AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00400 |
| ROMAN STERLINGOV | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/26/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Date of Birth:  XXXXXXXX | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 27, 2011 to April 26, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

Code Section                           Offense Description

18 USC 1960(a) Unlicensed Money Transmission
18 USC 1956(a)(3) Money Laundering - Sting
D.C. Code 26-1023(c) Money Transmission without a License

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Devon A Beckett* (signature)

Complainant's signature

Devon Beckett, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   04/26/2021

Judge's signature

City and state:   Washington D.C.            Robin M. Meriweather, Magistrate Judge
Printed name and title