AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00400 |
| ROMAN STERLINGOV | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/26/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROMAN STERLINGOV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1960(a) Unlicensed Money Transmission
18 USC 1956(a)(3) Money Laundering - Sting
D.C. Code 26-1023(c) Money Transmission without a License

Date: 04/26/2021

*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 04/26/2021, and the person was arrested on *(date)* 04/27/2021
at *(city and state)* Los Angeles, California.

Date: 04/27/2021

*Devon A Beckett*
*Arresting officer's signature*

Devon A Beckett, Special Agent
*Printed name and title*