UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-399 (RDM) |
| v. : | |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully move this Court to continue the status hearing currently scheduled for September 1, 2021, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from September 1, 2021 until the date of the next status hearing in this case, to be determined by the Court. In support whereof, the government states as follows:

1. The defendant was charged by criminal complaint on April 26, 2021, on charges of Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(A); Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a); and Money Transmission Without a License, in violation of D.C. Code § 26-1023(c).

2. The defendant was arrested in the early morning hours of April 27, 2021, at Los Angeles International Airport, and presented later that same date for an Initial Appearance before a Magistrate Judge in the Central District of California. A detention hearing was held on May 6, 2021. The Magistrate Judge ordered the defendant detained without bond and transported to the District of Columbia for further proceedings.

3. On June 14, 2021, a federal grand jury in the District of Columbia returned an Indictment against the defendant on charges of Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(A); Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a); and Money Transmission Without a License, in violation of D.C. Code § 26-1023(c).

4. The defendant had his Initial Appearance in the District of Columbia and was arraigned on the Indictment on June 23, 2021. A further status hearing was held in the case on July 19, 2021. A further status hearing is scheduled for September 1, 2021 at 3:30 p.m.

5. The government has produced a substantial volume of discovery in this case, including FBI and IRS-Criminal Investigation investigative records, records of undercover transactions, grand jury subpoena returns, and other records totaling more than 8 gigabytes. Forensic examination of the defendant's seized electronic devices is ongoing, and the government anticipates making further discovery of those electronic device records.

6. The parties respectfully request a continuance of approximately 30 days to facilitate the discovery process and discussions between the parties. The government proposes dates on September 29 or 30, 2021, subject to the Court's availability.

7. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from September 1, 2021 until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the Defendant to fully review the discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial.

8.      Counsel for the government has conferred with defense counsel regarding this motion. The Defendant joins the motion to continue the status hearing and waives his rights under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for September 1, 2021 be continued until September 29 or 30, 2021, at such time as the Court may determine, and that the time from September 1, 2021 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

BY:     */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov