UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-399 (RDM) |
| v. : | |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the parties' Joint Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for September 1, 2021 at 3:30 p.m. be continued until September _____, 2021, at _____ a.m./p.m.;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from September 1, 2021 until September _____, 2021, be excluded from computation of time under the Speedy Trial Act in this case, in order to give defense counsel time to review the voluminous discovery in this matter and to allow time for the parties to continue their discussions for a disposition of this matter short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of August, 2021.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE