UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 21-cr-399 (RDM) |
| ROMAN STERLINGOV | : | |
| | : | |

**ROMAN STERLINGOV'S MOTION FOR EXTENSION OF TIME**

1. I am counsel of record for defendant Roman Sterlingov ("Mr. Sterlingov").

2. By this motion I seek a two-week extension of time in which to file Mr. Sterlingov's reply in further support of his motion for revocation of his pretrial detention (the "Bail Motion"). His reply is currently due Tuesday, September 28, 2021. With the requested extension, his reply would be due Tuesday, October 12, 2021. This is my first extension request as to this brief.

3. In support and as good cause for the requested extension, undersigned counsel states:

    a. On Thursday, September 23, 2021, the government filed its opposition to the Bail Motion. *See* ECF Docket No. 19. On Friday, September 24, 2021, the Court "ORDERED that Defendant shall file his reply on or before September 28, 2021." *See* ECF Docket (9/24/21 Minute Order).

    b. I am currently in Somalia on a different matter, and am unable to work on the reply prior to my return on Sunday, September 26, 2021.

    c. More importantly, an extension also is necessary to allow the client to review the brief and meaningfully participate in the writing of the reply brief. Mr. Sterlingov specifically has asked that I mail to him a copy of the government's opposition, so he may read and discuss his response with undersigned counsel. A copy was mailed to him today (Friday, September 24, 2021), at the Northern Neck Regional Jail. From prior experience, I know that, given the current conditions at Northern Neck, it will take at least a week for the government's opposition to reach him, so he is able to read and discuss same with me.

4. Given the time difference and the need to motion as soon as possible given the Tuesday deadline, I was unable to reach the United States Attorney's Office to determine whether it would (or would not) consent to the requested extension.

5. Time is automatically excluded under the Speedy Trial Act, 18 U.S.C. section

3161(h)(1)(F) as there is motion pending.

    WHEREFORE, for the foregoing reasons, undersigned respectfully asks that the requested relief be granted in its entirety.

Dated:  September 25, 2021          Repectfully submitted,

                                                 /s/Sabrina P. Shroff

                                       Assistant Federal Public Defender
                                       Office of the Federal Public Defender
                                        For the District of Columbia
                                       625 Indiana Avenue, N.W.
                                       Washington, D.C. 20004
                                       Tel.: (202) 208-7500
                                       *Counsel for Mr. Roman Sterlingov*

SPS/mtf

cc: All counsel of record (by ECF)