UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 21-cr-399 (RDM) |
| ROMAN STERLINGOV | : | |
| | : | |

**ROMAN STERLINGOV'S MOTION FOR EXTENSION OF TIME**

1. I am counsel of record for defendant Roman Sterlingov ("Mr. Sterlingov").

2. By this motion I seek a one-week extension of time in which to file Mr. Sterlingov's reply in further support of his motion for revocation of his pretrial detention (the "Bail Motion"). His reply is currently due Tuesday, October 12, 2021. With the requested extension, his reply would be due Tuesday, October 19, 2021.  This is my second extension request as to this brief.

3. In support of the requested extension, I inform the court that for the last week, my husband has been in the ICU at Mount Sinai hospital. The United States consents to this request.

4. Time is automatically excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(1)(F) as there is motion pending.

WHEREFORE, for the foregoing reasons, undersigned respectfully asks that the requested relief be granted in its entirety.

Dated:  October 12, 2021

Repectfully submitted,

*/s/Sabrina P. Shroff*

Assistant Federal Public Defender
Office of the Federal Public Defender
 For the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 208-7500
Counsel for Roman Sterlingov

cc: All counsel of record (by ECF)

1