UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 21-cr-399 (RDM) |
| ROMAN STERLINGOV | : | |
| | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONERENCE**

1. I am counsel of record for defendant Roman Sterlingov ("Mr. Sterlingov").

2. By this motion, and because Mr. Sterlingov seeks a personal appearance before the Court, I seek to continue the status conference scheduled for October 19, 2021, until October 25, 2021, or to a date convenient to the Court.

3. Time is automatically excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(1)(F) as there is motion pending.

WHEREFORE, for the foregoing reasons, undersigned respectfully asks that the requested relief be granted in its entirety.

Dated:  October 19, 2021                    Repectfully submitted,

                                            */s/ Sabrina P. Shroff*

                                            Assistant Federal Public Defender
                                            Office of the Federal Public Defender
                                             For the District of Columbia
                                            625 Indiana Avenue, N.W.
                                            Washington, D.C. 20004
                                            Tel.: (202) 208-7500
                                            *Counsel for Mr. Roman Sterlingov*

SPS/mtf

cc: All counsel of record (by ECF)