UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 1:21-cr-399-RDM |
| ROMAN STERLINGOV | : | |
| | : | |

**FACTUAL INFORMATION IN FUTHER SUPPORT OF MR. STERLINGOV's
MOTION FOR REVOCATION OF HIS PRETRIAL DETENTION**

On October 26, 2021, this Court heard oral argument on Mr. Sterlingov's motion for revocation of his pretrial detention to determine whether the government proved, by a preponderance of the evidence, that Mr. Sterlingov poses a serious flight risk, *and* that no conditions exist other than detention that will reasonably assure his future appearances in court. This motion provides the information requested by the Court during oral argument.

1. In an email dated October 26, 2021, United States Pretrial Officer Andre Sidbury has informed defense counsel that his supervisor reached out to Pretrial Services in Boston, Massachusetts and confirmed that pretrial supervision in Boston does have "computer monitoring supervision" and is able to use it to monitor internet usage.

2. Third party custodian Alexander Koziakov has confirmed (by a text to undersigned counsel) his willingness to put secure any bond this court sets with both his home as well the property in Missouri.)

Dated:  District of Columbia
        October 26, 2021

Respectfully submitted,

*/s/Sabrina P. Shroff*
Assistant Federal Public Defender
Counsel for Mr. Roman Sterlingov

SPS/
cc: Counsel of record (by ECF)
Pretrial & Mr. Koziakov (by email)

1