UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-399 (RDM)** |
| v. | : | |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' Joint Status Report and Motion To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the parties shall submit a further Joint Status Report no later than January 13, 2022; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from November 30, 2021 until January 13, 2022, be excluded from computation of time under the Speedy Trial Act in this case, in order to give defense counsel time to review the voluminous discovery in this matter and to allow time for the parties to engage in discussions regarding possible disposition of this matter short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of December, 2021.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE