UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-399 (RDM) |
| v. | : | |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT AND MOTION
TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Status Report in response to the Court's December 1, 2021 Minute Order directing the parties to file a further status report on or before January 13, 2022.

1. The government has produced discovery including more than 8 gigabytes of records comprising investigative records produced by FBI and IRS-Criminal Investigation, records of undercover transactions, grand jury subpoena returns, electronic search warrant returns, and other records. The government has also produced forensic images of the defendant's cellular phone and other electronic storage media totaling approximately 814 gigabytes.

2. In the November 30, 2021 Joint Status Report, the government represented that it was preparing a plea offer and anticipated being able to extend an offer within "one to two weeks" of the status report. Unfortunately, the government was only able to offer a fully approved plea on January 10, 2022. The government sincerely regrets the delay.

3. The parties respectfully request a continuance of approximately 60 days to facilitate review of discovery and discussions between the parties about possible resolution of this case short of trial. The parties propose that another Joint Status Report be due on or before March 14, 2022.

4. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from January 14, 2022 until March 14, 2022. This additional period is necessary to allow the defendant to fully review the discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

5. Counsel for the government has conferred with defense counsel regarding this motion. Defense counsel consents on behalf of her client, and notes that the defendant has consented to prior exclusions of time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that a further Joint Status Report be due on or before March 14, 2022, and that the time from January 14, 2022 until March 14, 2022 be excluded from computation under the Speedy Trial Act.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7153
                Christopher.Brown6@usdoj.gov

                */s/ C. Alden Pelker*
                C. Alden Pelker, Maryland Bar
                Trial Attorney, U.S. Department of Justice
                Computer Crime & Intellectual Property Section
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 616-5007
                Catherine.Pelker@usdoj.gov