UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

JOINT STATUS REPORT AND MOTION
TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Status Report in response to the Court's January 14, 2022 Minute Order directing the parties to file a further status report on or before March 14, 2022.

1. The government has produced discovery including more than 8 gigabytes of records comprising investigative records produced by FBI and IRS-Criminal Investigation, records of undercover transactions, grand jury subpoena returns, electronic search warrant returns, and other records. The government has also produced forensic images of the defendant's cellular phone and other electronic storage media totaling approximately 814 gigabytes. On January 10, 2022, the government sent a plea offer to the defendant, but no plea agreement has been reached.

2. On February 18, 2022, attorneys from the firm Tor Ekeland Law, PLLC contacted the government and stated that they had been retained by the defendant in this case. These attorneys have represented that they intend to file a Notice of Appearance but have not yet done so.

3. In light of the defendant's anticipated change in representation, the parties respectfully request a continuance of approximately 30 days to allow new counsel to review

discovery and to facilitate discussions between the parties about possible resolution of this case short of trial. The parties propose that another Joint Status Report be due on or before April 13, 2022.

4. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from March 14, 2022 until April 13, 2022. This additional period is necessary to allow the defendant's prospective new counsel to fully review the discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

5. Counsel for the government has conferred with defense counsel regarding this motion. Defense counsel consents on behalf of her client, and notes that the defendant has consented to prior exclusions of time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that a further Joint Status Report be due on or before April 13, 2022, and that the time from March 14, 2022 until April 13, 2022 be excluded from computation under the Speedy Trial Act.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7153
                Christopher.Brown6@usdoj.gov

                */s/ C. Alden Pelker*
                C. Alden Pelker, Maryland Bar
                Trial Attorney, U.S. Department of Justice
                Computer Crime & Intellectual Property Section
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 616-5007
                Catherine.Pelker@usdoj.gov