# DECLARATION OF TOR EKELAND

Under 28 U.S.C. §1746 (2), I declare the following under the penalty of perjury:

1. My name is Tor Ekeland.

2. I am a Managing Partner at Tor Ekeland Law PLLC.

3. Our offices are located at the following address:

    30 Wall Street
    8th Floor
    New York, NY 10005

4. My office phone number is (718) 737-7264.

5. My email is tor@torekeland.com.

6. I am in good standing as a member of the State Bar of New York and have never been disciplined.

7. My bar number is 4493631.

8. I am admitted to practice in the following Courts:

    a) United States Court of Appeals for the Second Circuit
    b) United States Court of Appeals for the Third Circuit
    c) United States Court of Appeals for the Fifth Circuit
    d) United States Court of Appeals for the Ninth Circuit
    e) New York State Court, Second Judicial Department
    f) United States District Court for the District of Colorado
    g) United States District Court for the Eastern District of New York
    h) United States District Court for the Southern District of New York
    i) United States District Court for the Northern District of New York
    j) United States District Court for the Eastern District of Texas
    k) United States District Court for the Southern District of Texas

9. This is the first time I have moved to appear *pro hac vice* in this Court.

March 9, 2022

*[signature]*

Tor Ekeland
NYS Bar #: 4493631

**Tor Ekeland Law, PLLC**
30 Wall Street
8th Floor
New York, NY 10005

tor@torekeland.com
(718) 737-7264

*Attorney for Defendant*
*Roman Sterlingov*