# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, **Brenna B. Mahoney**, Clerk of this Court, certify that **Tor Bernhard Ekeland**, Bar # **TE1969**, was duly admitted to practice in this Court on **04/21/2008**, and is in good standing as a member of the Bar of this Court.

Dated at **Brooklyn** (Location) on **02/23/2022** (Date)

Brenna B. Mahoney
CLERK OF COURT

David Afrani
Deputy Clerk

