AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia        ▼

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-CR-00399-RDM |
| ROMAN STERLINGOV | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Sterlingov.                                                                                              .

Date:     03/22/2022

/s/ Tor Ekeland
*Attorney's signature*

Tor Ekeland,  NYS Bar No. 4493631
*Printed name and bar number*

Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005

*Address*

tor@torekeland.com
*E-mail address*

(718) 737-7264
*Telephone number*

*FAX number*