IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.: 21-CR-00399-RDM |
| ROMAN STERLINGOV | |

## MOTION TO APPEAR PRO HAC VICE

MICHAEL HASSARD, undersigned counsel for Defendant, ROMAN STERLINGOV, moves this Court for permission to appear *pro hac vice*, stating:

1. Movant graduated from Hofstra University School of Law in 2017 and is a member of the State Bar of New York, as well as the United States District Court for the Eastern District of New York. Attached as **Exhibit A** is a copy of a Certificate of Good Standing from the United States District Court for the Eastern District of New York, where the Movant resides.
2. Movant does not reside in the District of Columbia, is not regularly employed in this District, and is not regularly engaged in the practice of law in this Court.
3. Pursuant to Local Rule 44.1 attached is Movant's Declaration.

Therefore, undersigned counsel moves this Court for admission *pro hac* vice in this matter in accordance with *United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006).

March 10, 2022

Brooklyn, New York

    Submitted,
**SPONSORING ATTORNEY**

_____
Marina Medvin, Esq.
DC Bar #: 995966

**Medvin Law PLC**
916 Prince Street
Ste 109
Alexandria, VA 22314

_____
Michael Hassard
NYS Bar #: 5824768

**Tor Ekeland Law, PLLC**
30 Wall Street
8th Floor
New York, NY 10005

michael@torekeland.com
(718) 737-7264

*Attorney for Defendant
Roman Sterlingov*

**CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on March 22, 2022, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                          /s/
                              Marina Medvin, Esq.