# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Michael Hassard _____ , Bar # _____ 5824768 _____ ,

was duly admitted to practice in this Court on _____ 04/30/2021 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at   Brooklyn _____                on   _____ 03/09/2022
                        *(Location)*                                                    *(Date)*


Brenna B. Mahoney                                    David Afrani
*CLERK OF COURT*                                     Deputy Clerk

