AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-CR-0039-RDM |
| ROMAN STERLINGOV | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Sterlingov                                                                                    .

Date:   04/04/2022

/s/ Michael Hassard
*Attorney's signature*

Michael Hassard, NYS Bar No. 5824768
*Printed name and bar number*

Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY 10005
*Address*

michael@torekeland.com
*E-mail address*

(718) 737-7264
*Telephone number*

*FAX number*