UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-cr-399 (RDM)** |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT AND MOTION
TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Status Report in response to the Court's March 14, 2022 Minute Order directing the parties to file a further status report on or before April 13, 2022.

1. The government has produced discovery including more than 8 gigabytes of records comprising investigative records produced by FBI and IRS-Criminal Investigation, records of undercover transactions, grand jury subpoena returns, electronic search warrant returns, and other records. The government has also produced forensic images of the defendant's cellular phone and other electronic storage media totaling approximately 814 gigabytes. On January 10, 2022, the government sent a plea offer to the defendant, but no plea agreement has been reached.

2. On March 16, 2022, defendant's present defense counsel filed a motion to appear pro hac vice, and entered his appearance on March 22, 2022. The government is in the process of re-producing discovery to present defense counsel.

3. The parties respectfully request a continuance of approximately 30 days to allow defense counsel to review discovery and to facilitate discussions between the parties about possible

resolution of this case short of trial. The parties propose that another Joint Status Report be due on or before May 13, 2022.

4. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from April 13, 2022 until May 13, 2022. This additional period is necessary to allow the defendant's new counsel to fully review the discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

5. Counsel for the government has conferred with defense counsel regarding this motion. Defense counsel does not object to the motion or to exclusion of time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that a further Joint Status Report be due on or before May 13, 2022, and that the time from April 13, 2022 until May 13, 2022 be excluded from computation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov