UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the parties' Joint Status Report and Motion To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the parties shall submit a further Joint Status Report no later than May 13, 2022; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from April 13, 2022 until May 13, 2022 be excluded from computation of time under the Speedy Trial Act in this case, in order to allow the defendant's new counsel to fully review the voluminous discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of April, 2022.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE