UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-cr-399 (RDM)** |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT AND MOTION FOR STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Status Report in response to the Court's April 13, 2022 Minute Order directing the parties to file a further status report on or before May 13, 2022. The parties respectfully request a Status Hearing on May 17, June 8, or June 9, 2022, subject to the Court's availability, to schedule a jury trial and set a pretrial briefing schedule.

1. The government has produced discovery including more than 23 gigabytes of records comprising investigative records produced by FBI and IRS-Criminal Investigation, records of undercover transactions, grand jury subpoena returns, electronic search warrant returns, and other records. The government has also produced forensic images of the defendant's cellular phone and other electronic storage media totaling more than 2 terabytes. On January 10, 2022, the government sent a plea offer to the defendant, but the offer was not accepted.

2. Defendant's present defense counsel entered their appearances beginning March 22, 2022.

3. The parties request a Status Hearing to schedule a jury trial and set a pretrial briefing schedule. The parties are available on May 17, June 8, or June 9, 2022, subject to the Court's availability. The defense requests an in-person hearing.

4. The parties are generally available for trial in October or November 2022, subject to the Court's availability.

5. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from May 13, 2022 until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the defendant's counsel to fully review the discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

6. Counsel for the government has conferred with defense counsel regarding this motion. Defense counsel does not object to the motion or to exclusion of time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that a Status Hearing be held on May 17, June 8, or June 9, 2022, and that the time from May 13, 2022 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        C. Alden Pelker, Maryland Bar
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007
        Catherine.Pelker@usdoj.gov