**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 21-cr-399 (RDM)** |
| | **:** | |
| **ROMAN STERLINGOV,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the parties' Joint Status Report and Motion for Status Hearing and

To Exclude Time Under Speedy Trial Act, it is hereby

ORDERED, that a Status Hearing be held on _____, 2022 at ____ a.m.; and it is

further

ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from May 13,

2022 until _____, 2022 be excluded from computation of time under the Speedy Trial Act in

this case, in order to allow the defendant's counsel to fully review the voluminous discovery in the

case, and to allow the parties to engage in discussions regarding possible resolutions of the case

short of trial, and that the ends of justice served by taking such action outweigh the best interest of

the public and the defendant in a speedy trial.

Dated this _____ day of May, 2022.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE