UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT AND MOTION
TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following Joint Status Report and proposed scheduling order in response to the Court's June 9, 2022 Minute Order.

1. As discussed on the record during the June 9, 2022 Status Conference and pursuant to the Court's June 9, 2022 Minute Order, the parties conferred regarding estimated trial length and pretrial deadlines. The parties jointly propose the following trial and pretrial schedule, subject to the Court's availability:

    a. Jury trial to commence on January 4, 2023. The parties estimate that the trial will require 3-4 weeks, inclusive of any defense case.

    b. Pretrial conference: December 1, 2022.

    c. Joint Pretrial Statement due: November 21, 2022.

    d. Motions in limine:

        i. Motions in limine due: October 24, 2022.

        ii. Oppositions due: November 7, 2022.

        iii. Replies in support due: November 14, 2022.

    e. Substantive motions other than motions in limine, including motions to dismiss and motions to suppress:

        i. Motions and opening briefs due: August 1, 2022.

        ii. Oppositions due: August 29, 2022.

        iii. Replies in support due: September 7, 2022.

        iv. The parties anticipate that any motions hearing may be scheduled as needed at a time convenient to the Court and parties depending on the motions filed.

2. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from June 30, 2022 until the date ultimately selected by this Court for trial pursuant to the attached proposed scheduling order. This additional period is necessary for defense counsel to fully review the voluminous and complex discovery in the case and to adequately prepare for trial, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

3. Counsel for the government has conferred with defense counsel regarding this motion. Defense counsel does not object to the motion or to exclusion of time under the Speedy Trial Act.

WHEREFORE, the parties respectfully request that the Court enter the attached scheduling order, and that the time from June 30, 2022 until the date ultimately selected by this Court for trial be excluded from computation under the Speedy Trial Act.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        C. Alden Pelker, Maryland Bar
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007
        Catherine.Pelker@usdoj.gov