# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant*. | 21-CR-399 (RDM)<br><br>**[Proposed] Order Granting Defendant's Motion to Dismiss** |

    On this day, came on to be considered Defendant's Motion to Dismiss, and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

    IT IS THEREFORE ORDERED by the Court that said Motion to Dismiss be GRANTED.

    IT IS SO ORDERED.

    Dated: _____ 2022

                                                                                                   RANDOLPH D. MOSS<br>
                                                                                  UNITED STATES DISTRICT JUDGE