# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>      *Plaintiff*,<br><br>v.<br><br>Roman Sterlingov,<br><br>      *Defendant.* | 21-cr-399 (RDM) |

**DECLARATION OF ERIC GARLAND**

I, Eric Arnold Garland, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge and belief:

1. I am a citizen of the United States of America and reside in Kirkwood, Missouri.

2. Counsel for the Defendant engaged me to provide analysis of the evidence to be presented by the Government at trial and the process by which this evidence was gathered.

3. I have been working as an intelligence analyst for corporations and government agencies since 1997. My specialty is competitive intelligence. Using many of the collection and analysis techniques of intelligence services, I analyze the structure of companies, their competitive dynamic, their relationship with nation-states, connections of those companies to organized crime or hostile intelligence services, as well as other subjects. I have been an educator in the field since 2006. My books and training materials are published around the world and in multiple languages. I was made a Fellow of the Council of Competitive Intelligence Fellows in 2018 in recognition of my contributions

to the field. I have been cited by major media including The Atlantic, BBC, Al Jazeera, and many others.

4. I have been working in the subspecialty of technology assessment since 1999. My clients for that work are private sector businesses, including defense contractors, as well as numerous government agencies, including those in law enforcement and intelligence. I hold a Master's degree in International Affairs, Technology Policy from The George Washington University.

5. I also regularly collect and analyze information on emerging technologies on behalf of my clients to assist in their strategic planning, risk management, and legal strategies. In this area of my practice, I analyze prosecutions which involve novel and emerging technologies. I have been investigating cryptocurrency since 2011 in this regard, including its potential uses by organized crime, its adoption by the public and major financial institutions, potential regulatory regimes, geopolitical implications, and other topics.

6. I am conducting an ongoing analysis of the Government's prosecution of the Defendant, including its use of external contractors in addition to the investigative agencies which normally conduct these investigations.

7. On April 27, 2021, the arrest warrant for the Defendant was executed in Los Angeles, California.

8. Also on April 27, 2021, WIRED magazine published "Feds Arrest an Alleged $336M Bitcoin Laundering Kingpin," an article which is about the instant case. That story quotes Jonathan Levin from the company Chainalysis, who stated, "This is yet another example of how investigators with the right tools can leverage the transparency of cryptocurrency

to follow the flow of illicit funds." In addition to its private-sector clients in the cryptocurrency market space, Chainalysis is also a contractor to the Federal government where they reportedly provide proprietary tools to analyze cryptocurrency transactions.

9. On April 28, 2021, the Department of Justice Office of Public Affairs published a press release entitled "Individual Arrested and Charged with Operating Notorious Darknet Cryptocurrency Mixer." It states, "The IRS-CI District of Columbia Cybercrimes Unit and the FBI Washington Field Office are investigating the case." The press release further mentions the "essential support" of a private company called Excygent, which is listed first, followed by the Los Angeles FBI Field Office, the Financial Crimes Enforcement Network of the United States Treasury, the Swedish Prosecution Authority, among several others.

10. The April 28, 2021, press release also mentions the "invaluable contributions" of, among other individuals, former Assistant U.S. Attorney Youli Lee.

11. Chainalysis and Excygent are mentioned together in other Department of Justice press releases as having provided "assistance" in the prosecution of other individuals accused of crimes involving cryptocurrencies. These include *U.S. v. Nima Fazeli*, *U.S. v. Mehmet Akti et al.*, and a judicial forfeiture action against cryptocurrencies associated with the Silk Road marketplace. I have sought to learn about how Chainalysis and Excygent, both private companies, assisted the Government in the investigation and prosecution of these cases, but to date I have found no relevant information.

12. According to the Virginia State Corporate Commission Clerk's Information System, Excygent, LLC was formed as a Virginia Limited Liability Corporation on July 11, 2017, by John Lewis Golinvaux. The corporation's legal address appears to be Mr. Golinvaux's

home address in Ashburn, Virginia. The Entity ID of the corporation is S6918975. It appears to have been registered using LegalZoom Dot Com.

13. This case was investigated in part by Aaron Bice, who, according to his LinkedIn profile, was employed by MITRE Corporation from December 2010 until August 2018. Bice served multiple government clients as a MITRE employee, including the Veterans Administration and unnamed agencies in the Intelligence Community.  From December 2015 until August 2018, Bice apparently worked through MITRE for the IRS Criminal Investigation Cyber Crime Unit. I do not know at this time if Bice was a holder of a security clearance to access classified information as part of his employment for MITRE.

14. On or about August 2018, Aaron Bice, according to his LinkedIn profile, departed MITRE and began work for Excygent LLC. He is listed as a "Cofounder."

15.  Excygent participated in four cases announced publicly by the Department of Justice Between the date of his change of employment in 2018, and the instant case, which was unsealed on April 26, 2021.

16. On June 24, 2021, Chainalysis announced its Series E round of fundraising of $100 million. The company's stated pre-round valuation was $4.2 billion. Its new fundraising was from investors such as GIC, the sovereign wealth management fund of Singapore, Pictet Private Equity Investors S.A. of Geneva, Switzerland, among others.

17. On or about October 5, 2021, Chainalysis published a press release entitled, "Chanalysis Acquires Excygent, the Market Leader in Cybercrime Investigations and Analysis." This press release was picked up by multiple media outlets. On the subject of Excygent, it states, "Founded in 2018 in Washington, DC by experts in cybercrime, virtual currency tracing, and open-source analysis, as well as database forensics and tool development,

Excygent enables organizations to conduct cyber investigations and perform operational data analytics by augmenting existing capabilities or providing fully-equipped investigative and analysis solutions as a service." Aaron Bice is quoted in the press release, stating, "The Excygent team has been leveraging Chainalysis technology and working alongside their team to tackle some of the most significant investigations into cryptocurrency crime in recent years. If you're committed to creating a safer ecosystem for cryptocurrency participants, Chainalysis is the team you want to be on."

18. On or about October 5, 2021, Chainalysis Chief Security Officer Jonathan Levin posted on his LinkedIn profile, "Excited today to announce our acquisition of Excygent. John Golinvaux, Aaron B., and Tyler Travis built a great company and unrivaled reputation of being able to do the full end to end investigation support of the most complex cyber and money laundering investigations. Having collaborated on many cases over the years supporting IRS Criminal Investigation, it was a natural match to bring them into the Chainalysis fold."

19. The financial details of the acquisition of Excygent by Chainalysis were not disclosed.

20. The leadership of Chainalysis includes several foreign nationals. Based on information and belief, Chief Executive Officer Michael Groninger is a national of Denmark who came to Chainalysis from Kraken Bitcoin Exchange, a company with which the Defendant apparently has assets that have been seized by the Government. Chief Security Officer Jonathan Levin is a UK national. Chief Product Officer Pratima Arora is an Indian national.

21. Chainalysis has hired a number of individuals with a background in Federal law enforcement. Youli Lee, who had been an Assistant U.S. Attorney prosecuting the instant

case was hired, according to her LinkedIn profile, as a Senior Legal Director. Gurvais Grigg retired from the Federal Bureau of Investigation where he was Assistant Director for Research and Development; Grigg is now Global Public Sector Chief Technology Officer. Don Spies was previously at the U.S. Treasury where he was Deputy Director of the Office of Cybersecurity and Critical Infrastructure Protection; in October 2020, Spies became Director of Strategic Initiatives for Chainalysis.

22. Chainalysis reportedly has a number of clients which compete in the same market space as Bitcoin Fog and which are based in countries overseas. Among these are Crypto Dot Com of Malta and Singapore, Diginex of Singapore, Banco Topazio of Brazil, Upbit of South Korea, Bitso of Mexico, and ZebPay of India, among others.

23. On May 12, 2022, it was announced that Chainalysis had taken on another $170 million in funding, including another undisclosed amount from the Singapore sovereign wealth fund GIC. The company's valuation was then reported as $8.6 billion.

24. In my experience, when I see a nation-state's sovereign wealth fund invest in a company or a class of assets, it is doing so in their larger strategic national interest and not simply for profit, as a private firm might.

25. This is the first case I have seen where a foreign-financed, for-profit entity is an investigative partner in a criminal case again the potential market rivals of that entity's customers or investors.

26. My investigations are ongoing, and I am available to testify under oath in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Doc ID: f816e13fda74e4ff51fb60bf43e035b213e86894

Executed this day  08 / 01 / 2022

Eric A. Garland

*[signature: Eric A. Garland]*

Doc ID: f816e13fda74e4ff51fb60bf43e035b213e86894

 Audit Trail

| | |
|---|---|
| **TITLE** | Garland Draft Declaration US v Sterlingov2[65].pdf |
| **FILE NAME** | Garland%20Draft%2...ngov2%5B65%5D.pdf |
| **DOCUMENT ID** | f816e13fda74e4ff51fb60bf43e035b213e86894 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**08 / 01 / 2022**  
18:49:55 UTC  
Sent for signature to Eric Garland (eric.garland@competitivefutures.com) from nicoleg@torekeland.com  
IP: 162.83.181.202

**VIEWED**  
**08 / 01 / 2022**  
19:04:09 UTC  
Viewed by Eric Garland (eric.garland@competitivefutures.com)  
IP: 47.24.153.191

**SIGNED**  
**08 / 01 / 2022**  
19:47:28 UTC  
Signed by Eric Garland (eric.garland@competitivefutures.com)  
IP: 47.24.153.191

**COMPLETED**  
**08 / 01 / 2022**  
19:47:28 UTC  
The document has been completed.

Powered by HELLOSIGN