# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ROMAN STERLINGOV, *Defendant*. | 21-CR-399 (RDM) **[Proposed] Order Granting Defendant's Motion to Free Seized Assets** |

On this day, came on to be considered Defendant's Motion to Free Seized Assets, and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED by the Court that said Motion to Free Seized Assets be GRANTED.

IT IS SO ORDERED.

Dated: _____ 2022

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE