# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-399 (RDM) |
| *Plaintiff*, | NOTICE OF MOTION |
| v. | |
| ROMAN STERLINGOV, | |
| *Defendant*. | |

PLEASE TAKE NOTICE that upon Defendant Roman Sterlingov, through his undersigned counsels, and upon the Motion to Free Seized Assets herein, will move this Court, before the Honorable Randolph D. Moss of the United States District Court for the District of Columbia, in United States Courthouse, Courtroom 8, 333 Constitution Ave. N.W., Washington, D.C. 20001, for an Order granting the Defendant's Motion to Free Seized Assets, pursuant to the following schedule set by the Court:

1. Opposition papers, if any, are to be served on or before August 29, 2022;

2. Reply papers, if any, are to be served on or before September 7, 2022;

Dated: New York, New York

August 1, 2022

Respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

/s/ Michael Hassard

Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/ Marina Medvin, Esq.

Counsel for Defendant
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

*Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail and mail delivery via first class mail:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov