# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant*. | 21-CR-399 (RDM)<br><br>**[Proposed] Order Granting Defendant's Motion for a Rule 12(b)(4)(B) Request for Notice** |

On this day, came on to be considered Defendant's Motion for a Rule 12(b)(4)(B) Request for Notice, and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED by the Court that said Motion for a Rule 12(b)(4)(B) Request for Notice be GRANTED.

IT IS SO ORDERED.

Dated: _____ 2022

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE