# EXHIBIT 1

Page 49 of Notes Document Titled "Masked," Recovered from Defendant's Electronics. Original Text (in Russian) and English Machine Translation.

Белиз, Гибралтар — геймблинг, немного форекса
Кипр — владение акциями (защита собсвтенности)
Британские Виргинские острова — финансовые компании
Панама — судоходство
Бермуды — страхование

главный вопрос — не в том, в какой юрисдикции открывать оффшор и открывать ли вообще
например, открыть Ltd. в UK — 3 часа и 25 фунтов

главный вопрос в том, в каком банке будут ваши деньги лежать
ведь дело в том, что в мире не осталось в которых можно без опасений держать пяти- и более -значное сальдо, и которые при этом не будут задавать нудных вопросов — кто вы, что вы делаете, откуда деньги, кто ваши клиенты, кто настоящий хозяин бизнеса и т.п.

или придётся иметь дело с какими-то совсем мутными банчками на кокосово-крокодиловых островах, которым и тыщу-то евро доверить стрёмно
или — будьте добры как в анекдоте, и унитаз им принести, и жопу показать…
а что вы хотите, эра анонимных денег закончилась в 2001 году
в мире вовсю идёт борьба с финансированием терроризма, и до кучи — отмыванием нечистых денег

\*\*\*

так что

1) надо выбирать юрисдикцию с минимальным corporate tax/dividend tax, например Латвию с её 15%/10% или Кипр с 10%/15% (10%/0% для нерезидентов)

2) быть готовым платить за юр.адрес, ведение бухгалтерии и сдачу отчётов — примерно тысячи 2 евро в год
при этом не забудьте указать в бухгалтерии все затраты — тогда 15% налога будут не с оборота, а с прибыли

тогда любой банк будет рад вам открыть счёт, ваше юрлицо будет белым и пушистым, а сон — спокойным

это что касается ваших отношений с налоговой по месту резидентства компании

а вот платить или не платить налоги по месту вашего (как физлица) резиденства — это уже совсем другая история… и там тоже возможны разные белые и серые ходы

OMX Stockholm 30, в течении 2008, упал на 50%. Вернулся на прошлое значение до 2013.

```
Belize, Gibraltar - gamebling, a bit of forex
Cyprus - ownership of shares (protection of stock)
British Virgin Islands - financial companies
Panama - Shipping
Bermuda - insurance

the main question is not in what jurisdiction to open an offshore and whether to
open at all
for example, open Ltd. in the UK - 3 hours and 25 pounds

the main question is which bank your money will lie in
because the fact is that there are no left in the world in which you can safely keep
a five- or more-significant balance, and which at the same time do not
will ask tedious questions - who you are, what you do, where your money comes from,
who your customers are, who is the real boss of the business, etc.

or you'll have to deal with some very muddy jars on the coconut-crocodile islands,
which is a thousand euros
trust it's a sn to
or - be kind as in an anecdote, and bring them a toilet bowl, and show your ass...
well what do you want, the era of anonymous money ended in 2001
the world is struggling with the financing of terrorism, and up to a heap - the
laundering of unclean money

***

so that's what

1) You should choose a jurisdiction with a minimum corporate tax/dividend tax, such
as Latvia with its 15%/10% or Cyprus with 10%/15% (10%/0%
For non-residents)

2) be prepared to pay for legal address, accounting and reporting - about a thousand
2 euros per year
At the same time, be sure to specify all the costs in the accounting department -
then 15% of the tax will be not on turnover, but with profit

then any bank will be happy to open an account, your lawyer will be white and
fluffy, and sleep will be calm

it's as far as your relationship with the tax office at the company's residence

But paying or not paying taxes in your place (as an individual) residence is another
story... And there, too
different white and gray moves are possible

OMX Stockholm 30, during 2008, fell by 50%. Returned to the past value until 2013.
```