# Exhibit 4

```
------------------------------
From: ███████@s.whatsapp.net Max (owner)
Timestamp: 4/1/2020 8:17:56 PM(UTC+0)
Source App: WhatsApp
Body:
Where do you keep the bullion?😄
------------------------------
From: ███████@s.whatsapp.net Sin Jat
Timestamp: 4/1/2020 8:18:44 PM(UTC+0)
Source App: WhatsApp
Body:
Under your pillow or bullion vault you can rent
------------------------------
From: ███████@s.whatsapp.net Max (owner)
Timestamp: 4/1/2020 8:20:26 PM(UTC+0)
Source App: WhatsApp
Body:
Interesting thing about gold is that there seems to be no country that requires to
report it. Not even wealth tax ones like spain, nor US which taxes worldwide income
of any citizen. So you could technically have unlimited gold in a vault and not even
have to report it. And there is no reporting framework for it either (like CRS or
FATCA for bank accounts).
------------------------------
From: ███████@s.whatsapp.net Max (owner)
Timestamp: 4/1/2020 8:21:06 PM(UTC+0)
Source App: WhatsApp
Body:
I know the options, but how do you do it? :P
------------------------------
From: ███████@s.whatsapp.net Max (owner)
Timestamp: 4/1/2020 8:21:42 PM(UTC+0)
Source App: WhatsApp
Body:
Under the pillow seems unsafe... I have some hidden but I dont know if its well
enough
------------------------------
```