UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ROMAN STERLINGOV,<br><br>          Defendant. | 21-CR-399 (RDM) |

**Defendant's Opposition to Government's Motions in Limine to Admit Certain Government Exhibits - Dkt. 62**

1

## Introduction

The Defense objects to the laundry list of allegedly self-authenticating evidence the Government seeks to introduce through its Notice and Motion in Limine to Admit Certain Government Exhibits, as well as to the use of Summaries and Demonstratives without prior review and opportunity to object by the Defense. This Court should order the Government to provide a specific list of the Exhibits it seeks to introduce so that the Defense can evaluate pretrial its alleged self-authenticating nature, and have opportunity to object with particularity, rather than to the general categories the Government lists in its motion.

## Argument

The Government presents a laundry list of broad categories of evidence it alleges are self-authenticating for various reasons but provides little particular detail. The Defense cannot agree to the broad categories of self-authenticating evidence the Government proffers because of its lack of particularity. Screen shots aren't the same as a record from a business institution and can be cropped and altered, for instance. The Defense, however, has no interest in needless delay at trial over records that are self-authenticating. Thus, while making a general objection to the Government's extensive categories, the Defense requests this Court order the Government to produce pretrial a particular Exhibit List of its proffered self-authenticating exhibits for review by the Defense to see if particular objections are warranted. Likewise, the Court, to the extent not already provided for, should order the parties to exchange all summaries and demonstratives for review and potential objection before any use at trial.

## Conclusion

This Court should order the Government to produce a particular exhibit list of its allegedly self-authenticating evidence for review, and possible objection by the Defense.

Additionally, the Court should require the exchange of all summaries and demonstratives for review and objection by the parties before any use at trial. In the alternative, this Court should hold a hearing on this issue.

Dated: November 7, 2022
New York, New York

        Respectfully submitted,

        /s/ Tor Ekeland
        Tor Ekeland (NYS Bar No. 4493631)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        tor@torekeland.com

        /s/ Michael Hassard
        Michael Hassard (NYS Bar No. 5824768)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        michael@torekeland.com

        /s/ Marina Medvin, Esq.
        Counsel for Defendant
        MEDVIN LAW PLC
        916 Prince Street
        Alexandria, Virginia 22314
        Tel:  888.886.4127
        Email: contact@medvinlaw.com

        *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov