**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant*. | 21-CR-399 (RDM)<br><br>**Opposed Motion for a 3-Month Ends of Justice Continuance [Proposed Order]** |

**[Proposed] Order**

Upon due consideration of Defendant Roman Sterlingov's Opposed Motion for a 3-Month Ends of Justice Continuance, this Court finds that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Defendant's Opposed Motion for a 3-Month Ends of Justice Continuance is **GRANTED** in all respects. Jury Selection and Trial is set for _____.

It is so **ORDERED**.

Date:_____                    _____
                                          HON. RANDOPLH D. MOSS
                                          UNITED STATES DISTRICT JUDGE