UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF PRETRIAL STATEMENT MATERIALS

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits its materials intended for a Joint Pretrial Statement, pursuant to the Court's July 1, 2022 Minute Order. The government attempted to confer with the defense to prepare a joint submission, but the defense declined to share its objections or counterproposals to the government's proposed voir dire and jury instructions, and instead informed the government that it would unilaterally file its own set of papers. Accordingly, the government hereby submits its competing Pretrial Statement materials.

1. On July 1, 2022, the Court instructed the parties to submit a "a joint pretrial statement, to include a neutral statement of the case, any case-specific voir dire, and proposed preliminary and final jury instructions," by November 21, 2022.

2. On the evening of Wednesday, November 16, 2022, the government sent proposed drafts of the pretrial statement materials—including neutral statement of the case, case-specific voir dire, and jury instructions—to the defense for review.

3. On Friday, November 18, 2022, the defense informed the government that it could not agree to the government's proposed statement of the case, and promised to "draft and submit to you proposed documents from the Defense by Monday." The defense message did not address jury instructions or voir dire.

4.  On the afternoon of Monday, November 21, 2022, in response to an inquiry by the government, the defense provided the government with a completely rewritten proposed statement of the case. The defense proposal was argumentative and focused on defense arguments about individual items of evidence in the case. The government respectfully submits that an argumentative summary will not be helpful for providing prospective jurors with a basic, neutral overview of the case.

5.  The defense further informed the government that "we are going to be submitting our own proposed jury charges for all the counts, as well as requesting an instruction on venue, and statute of limitations." The defense stated that it intended to file its proposed jury instructions and voir dire "directly to the court" without first sharing them with the government.[1] The defense declined to disclose to the government its objections to the government's jury instructions or voir dire, or its counterproposals, prior to filing.

6.  Because the defense declined to provide the government with an opportunity to review, comment, and/or object to its proposed jury instructions or voir dire, the government reserves the right to make supplemental submissions and/or objections upon reading the defense submissions for the first time when they are filed with this Court.

---

[1] The government's proposed jury instructions, shared with the defense on November 16, 2022, did contain a venue instruction. Based on the response from the defense, the government's has added proposed instructions for statute of limitations, affirmative defenses, and withdrawal from a conspiracy.

2

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        C. Alden Pelker, Maryland Bar
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007
        Catherine.Pelker@usdoj.gov