# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S PROPOSED CASE-SPECIFIC *VOIR DIRE*

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits the following case-specific *voir dire* questions, in addition to the standard questions given by the Court.

          Respectfully submitted,
          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
          Christopher B. Brown, D.C. Bar No. 1008763
          Assistant United States Attorney
          U.S. Attorney's Office for the District of Columbia
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 252-7153
          Christopher.Brown6@usdoj.gov

          */s/ C. Alden Pelker*
          C. Alden Pelker, Maryland Bar
          Trial Attorney, U.S. Department of Justice
          Computer Crime & Intellectual Property Section
          1301 New York Ave., N.W., Suite 600
          Washington, D.C. 20005
          (202) 616-5007
          Catherine.Pelker@usdoj.gov

### Knowledge of the Case and Media Exposure

1. Other than what I've just summarized, have you heard, seen, or read anything from any source about this case?

2. Do you read, subscribe to, listen to podcasts, or follow on social media any specialized technology or cryptocurrency media, such as WIRED Magazine, CoinDesk, Cointelegraph, or podcasts relating to cryptocurrency?

3. Have you heard, seen, or read anything about a case involving the theft and laundering of cryptocurrency from the cryptocurrency exchange Bitfinex, or the arrest of Ilya "Dutch" Lichtenstein and Heather Morgan, also known as "Razzlekhan" or the "Crocodile of Wall Street"?

4. Have you heard, seen, or read anything about a case involving Larry Harmon, Helix, or bitcoin mixing and tumbling?

### Knowledge of the Parties

5. The government is represented by Assistant United States Attorney Christopher Brown and Department of Justice Trial Attorney Alden Pelker. They will be assisted at trial by paralegals Michon Tart and Divya Ramjee. Do you know or have any connection with Mr. Brown, Ms. Pelker, Ms. Tart, or Ms. Ramjee?

6. The defendant in this case is Roman Sterlingov. Do any of you know or have any connection with Mr. Sterlingov?

7. The attorneys representing the defendant are Tor Ekeland and Michael Hassard, of Tor Ekeland PLLC. They will be assisted at trial by paralegal [*Insert Name of Paralegal*]. Do you know or have any connection with Mr. Ekeland, Mr. Hassard [*or Name of Paralegal*]?

8.	During this case, you may hear testimony from or about the following individuals: [*List Parties' Witnesses*].  Do you know or have any connection with any of these individuals?

### Juror Fairness and Presumption of Innocence

9.	The government has the burden of proving that Mr. Sterlingov is guilty beyond a reasonable doubt, and that he is presumed innocent unless and until the government meets that burden.  The burden of proof never shifts to the defendant, and he has no obligation to offer his own evidence.  Would you have any difficulty or hesitation with respecting this allocation of the burden of proof?

10.	Mr. Sterlingov has been charged by means of an Indictment.  An Indictment is not evidence of a crime.  It merely initiates a case and is a formal way of presenting the charges.  The Indictment here informs Mr. Sterlingov, the Court, and members of the jury of the charges against Mr. Sterlingov.  Would the fact that an Indictment charges Mr. Sterlingov lead you to believe that he is, in fact, guilty or make it difficult for you to apply the presumption of innocence?

11.	A defendant has a constitutional right not to testify, and if Mr. Sterlingov decides not to testify, I will instruct you that you may not hold that silence against him in any way.  Would you have any difficulty following that instruction?

12.	The Indictment contains several charges or counts against Mr. Sterlingov.  If the evidence convinces you that Mr. Sterlingov is guilty beyond a reasonable doubt with respect to one count, but not of another count, will you have any difficulty considering the evidence of each count separately and rendering an independent verdict on each count?

13.	The law requires that the government prove the defendant's guilt "beyond a reasonable doubt," not to a mathematical certainty.  Would you hold the government to a higher

or greater burden of proof than "beyond a reasonable doubt"—for example, "beyond all doubt" or "beyond any doubt"—before you return a guilty verdict?

14. The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be. Would you have any difficulty at all in following this principle?

15. Anyone who is selected to serve on this jury will take an oath to follow the law as instructed by this Court. Would you for any reason not be able to accept and follow my instructions regarding the law?

16. To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations, you must consider the opinions and viewpoints of your fellow jurors. In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict. Would any of you have any difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

17. Do you have any moral, social, political, philosophical, religious or any other creed or belief that would make it hard for you to sit as a juror in this case?

**Experience with the Legal System and U.S. Government**

18. Have you, or any of your family, close friends, or household members ever worked for or with an office that handles prosecution, such as the U.S. Attorney's Office, D.C. Office of the Attorney General, a district attorney's office, state attorney's office, or an attorney general's office?

19. Have you, or any of your family, close friends, or household members ever worked for or with a governmental entity engaged in financial regulation, whether at the local or federal

level, such as the D.C. Department of Insurance, Securities, and Banking; the U.S. Department of the Treasury; the Financial Crimes Enforcement Network; the U.S. Securities and Exchange Commission; the Federal Reserve System; the Commodity Futures Trading Commission; the Federal Deposit Insurance Corporation; the Office of the Comptroller of the Currency, or similar agency?

20.     Have you, or any of your family, close friends, or household members ever worked for or with any law enforcement agency?  Law enforcement agencies include any police department or sheriff's department in or outside the District of Columbia; special police officers; correctional officers; U.S. Department of Justice; U.S. Marshals Service; Internal Revenue Service; U.S. Secret Service; Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms, and Explosives; Drug Enforcement Agency; probation office; and parole office.

21.     Have you, or any of your family, close friends, or household members ever done any work for or with any person or organization that does criminal defense work, such as the Federal Public Defender, the Public Defender's Office, defense attorneys, a private law firm, or as a private investigator?

22.     Are you, or is any member of your immediate family, close friends, or household members, either a lawyer or one who studied law in a law school, or had any legal training, including paralegal training?

23.     Have you, or any of your family, close friends, or household members ever been a plaintiff or defendant in any civil court case?  If so, is there anything about your experience which would cause you to be unable to render a fair and impartial verdict in this case?

24.     Have you, or any of your family, close friends, or household members been a victim of or a witness to a crime?

25.     Have you, or any of your family, close friends, or household members been arrested or convicted of any crime?

### Case-Specific Issues

26.     This case was investigated by the Federal Bureau of Investigation, or FBI, and the Internal Revenue Service-Criminal Investigation, part of the IRS. Therefore, one or more law enforcement officials may be called as witnesses. Would any of you be inclined to give either greater or lesser weight to the testimony of these individuals simply because he or she is a law enforcement official?

27.     In this case, you may hear from one or more witnesses who have already pled guilty to a criminal offense and who have entered into cooperation plea agreements with the government. Would the use of these cooperating witnesses prevent you from rendering a fair and impartial verdict in this case?

28.     The defendant is charged in this case with, among other things, operating a money transmitting business without a state license. I will instruct you as a matter of law that, for purposes of this statute, the District of Columbia should be treated as a state. Do you have any strong feelings about District of Columbia statehood that will prevent you from following that instruction for the limited purposes of this trial?

29.     In this case, the defendant is a citizen of Russia and of Sweden. Do you have any strong feelings or opinions about Russia or Sweden, including any strong feelings or opinions about Russia, the Russian people, or the Russian government, that would make it difficult for you to render a fair and impartial verdict in this case?

30.     Do you have any strong feelings about foreign nationals being prosecuted in the United States?

31. This case may involve evidence concerning technical concepts, such as computer forensics and cryptocurrency. You do not need a background in or prior understanding of any technical concepts. Are you a computer professional by education, training, or experience?

32. Is there anyone who does not use a computer on a regular basis?

33. Have you ever used a Virtual Private Network, or VPN, used the Tor browser, or used any similar technology for your online activities?

34. Have you ever accessed part of the Internet called the Darknet?

35. Have you heard of cryptocurrency?

36. Do you have any strong feelings or opinions about the use of cryptocurrency?

37. Have you ever purchased, sold, or owned any cryptocurrency, such as Bitcoin, Ethereum, or Dogecoin, or any other kind of cryptocurrency?

38. Have you ever participated in an Initial Coin Offering, purchased a Non-Fungible Token, or NFT, or purchased some other form of digital asset?

39. Do you have any strong feelings or opinions about whether cryptocurrency should or should not be regulated by the federal government, by the District of Columbia, or by any other jurisdiction?

40. Do you have any strong feelings or opinions about the laws governing illegal drugs, narcotics, or controlled substances?

41. Do you have any strong feelings or opinions about whether the government should or should not pass laws relating to financial regulation or consumer protection?

42. Do you have any strong feelings or opinions about the IRS that would make it difficult for you to be a fair juror in this case?

43. Have you, or any of your family, close friends, or household members ever been audited by the IRS?

44. Do you have any strong feelings or opinions about the FBI that would make it difficult for you to be a fair juror in this case?

45. Do you have any strong feelings or opinions about law enforcement using undercover investigative methods or techniques to collect evidence in criminal cases?

46. Do you have strong opinions regarding the government or private companies tracking your movement, transactions, or daily life?

47. This case is scheduled to take approximately three to four weeks; do any of you have any reasons why you could not sit fairly, attentively, and impartially in this case?  Does anyone have a scheduling conflict or personal hardship that would make it difficult to sit as a juror in this case?