UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the Government's Motion To Quash Early-Return Rule 17(c) Subpoenas, it is hereby,

ORDERED, that the Defendant's subpoenas dated November 18, 2022 and issued pursuant to Fed. R. Crim. P. 17(c) to Chainalysis, Inc., Michael Gronager, Jonathan Levin, and Youli Lee, shall be quashed; and it is further

ORDERED, that the Defendant shall seek and obtain leave of Court prior to serving any subpoenas pursuant to Fed. R. Crim. P. 17(c) that require records to be produced or testimony to be taken before trial or before such records or testimony are to be offered in evidence.

Dated this _____ day of December, 2022.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE