LEAVE TO FILE GRANTED
/s/ RDM
USDJ
12/9/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>　　　　　Defendant. | Criminal No. 21-CR-399 (RDM) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Please take notice of the appearance of James M. Koukios of the firm Morrison & Foerster LLP as counsel of record for and on behalf of non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-captioned matter should be forwarded to counsel at the following address:

James M. Koukios
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
Email: JKoukios@mofo.com

Dated this 2nd day of December, 2022.

Respectfully submitted,

MORRISON & FOERSTER LLP

By:   /s/ James M. Koukios
　　　James M. Koukios (D.C. Bar No. 477072)
　　　JKoukios@mofo.com
　　　2100 L Street, NW, Suite 900
　　　Washington, DC 20037
　　　Telephone: (202) 887-1500
　　　Facsimile: (202) 887-0763

1

SF-4985553