LEAVE TO FILE GRANTED

/s/ RMoss
USDJ
12/9/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>Defendant. | Criminal No. 21-CR-399 (RDM) |

# [PROPOSED] ORDER ON MOTION TO QUASH SUBPOENA BY NON-PARTIES CHAINALYSIS INC., MICHAEL GRONAGER, JONATHAN LEVIN, AND YOULI LEE

Upon consideration of the motion to quash brought by non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee, any responses to the motion, and any arguments of counsel at hearings, and for good cause shown, it is hereby

ORDERED that the motion to quash brought by non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee is GRANTED.

Dated: _____            _____
                                         Hon. Randolph D. Moss
                                         United States District Judge

SF-4984267

## SERVICE LIST

*Counsel for the United States*

Christopher B. Brown
Christopher.Brown6@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7153

C. Alden Pelker
Catherine.Pelker@usdoj.gov
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: (202) 616-5007

*Counsel for Defendant Roman Sterlingov*

Tor Ekeland
tor@torekeland.com
Michael Hassard
michael@torekeland.com
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (718) 737-7264

Marina Medvin, Esq.
contact@medvinlaw.com
Medvin Law PLC
916 Prince Street
Alexandria, VA 22314
Telephone: (888) 886-4127

*Counsel for Non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee*

James M. Koukios
JKoukios@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

William Frentzen
WFrentzen@mofo.com
Michael Komorowski
MKomorowski@mofo.com
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000