IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROMAN STERLINGOV**,<br><br>          Defendant. | Criminal No. 21-CR-399 (RDM) |

### DECLARATION OF WILLIAM FRENTZEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My name is William Frentzen, counsel for Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee.

2. My office is located at 425 Market Street, San Francisco, California 94105. My office telephone number is (415) 268-7000.

3. I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, the Bar of the State of Louisiana, the Bar of the United States District Court for the Central District of California. Per the requirements of Local Criminal Rule 44.1(c), attached as Exhibit A is a true and correct copy of my Certificate of Standing issued by the State Bar of California.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, certify that I am a member of the District of Columbia Bar, and certify that I have an application pending for the Bar of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2022

_____
William Frentzen

# EXHIBIT A



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

November 30, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM FRENTZEN, #343918 was admitted to the practice of law in this state by the Supreme Court of California on May 25, 2022 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records