IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROMAN STERLINGOV**, <br><br> Defendant. | Criminal No. 21-CR-399 (RDM) |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM FRENTZEN**

Upon consideration of the foregoing Motion for Admission *Pro Hac Vice* filed by James M. Koukios in the above-captioned matter and the Declaration in support thereof, it is hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of James M. Koukios be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that William Frentzen be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

Dated: _____      _____
                                                                                      Hon. Randolph D. Moss
                                                                                      United States District Judge

1