IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROMAN STERLINGOV**,<br><br>           Defendant. | Criminal No. 21-CR-399 (RDM) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

    Please take notice of the appearance of William Frentzen of the firm Morrison & Foerster LLP as counsel of record for and on behalf of non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-captioned matter should be forwarded to counsel at the following address:

    William Frentzen
    MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
    San Francisco, CA 94105
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
    Email: WFrentzen@mofo.com

Dated this 21st day of December, 2022.

                                                Respectfully submitted,

                                                MORRISON & FOERSTER LLP

            By:    */s/ William Frentzen*
                    William Frentzen (D.C. Bar No. 1740835; *pro hac vice*)
                    WFrentzen@mofo.com
                    425 Market Street, 32nd Floor
                    San Francisco, CA 94105
                    Telephone: (415) 268-7000
                    Facsimile: (415) 268-7522

SF-4995277