# Exhibit 2

# Roman Sterlingov

| | |
|---|---|
| **All transfers** | $31,311.00 |
| **Bank Deposits** | 0.00 |
| **Bank withdrawals** | $31,311.00 |
| **BTC deposits SUM** | 715.01780060 |
| **Deposit addresses** | 14PtjV2xT9An94N5U7bsMH7o5Lp4jJaDnQ (Created: May. 2. 2013)<br>1LGeMwALkiyahVcUMGgBVx1LLK5fUWEVmY (Created: Apr. 3. 2013)<br>3AieHpkUu77s2jd1bArnq1k5ozypqsi4UP (Created: Feb. 12. 2017) |
| **BTC withdrawals SUM** | 165.86023202 |
| **BTC withdrawal addresses** | 1D3StXBCVHxFFcwPNjYRPhTMf3LjSYdbjJ (0.01198100)<br>1MRaCvTt2Zazb8ohtYjWt36ncKxVzJrawZ (4.35000000)<br>13ChgB77axe1MB8Y3r1Xaonzz4qP4BukfL (0.02645502)<br>1HjdgyAYEC1NPFSkHLJ1RVQ4JFvyULvvvA (4.61300000)<br>1HDKBqimoXmwR5Uj9XaijYcMTS8E9AHm5o (5.57000000)<br>17jo8A86QcFBxSfv4igtd3nXjL191WEm5g (6.43879600)<br>1HidEbkgigwxQjW7jv7dXaezdACSP5UcQV (70.00000000)<br>1MbGDMsGfTvfzeHYGK41JwpKVyUVjCqHjg (6.20000000)<br>126QN5XG9WhjmtHSyC5rXqURgkq7sY7aVH (5.50000000)<br>16XPxczoFYwoNWr2BYa9V5dbUmUrw6aJCU (20.00000000)<br>1HLeFfjqWh2tUc55WxhpMi1FHzVew8Um75 (8.15000000)<br>1NrGQFRpJ9CBfVzVkS4uJVXG2A9GyLnD7a (35.00000000) |
| **Company Country** | Sweden / SE (Risk level: 0.1) |
| **Verified** | YES |
| **Customer ID** | 52443 |
| **Deposit reference** | 71852443932 |
| **E-mail address** | heavydist@gmail.com |
| **First and last name** | Roman Sterlingov |
| **Address** | ▮▮▮▮▮ |
| **Postal code and city** | ▮▮▮▮▮ |
| **Country of residence** | Sweden |
| **Nationality** | Sweden |
| **IBAN** | ▮▮▮▮▮ |
| **BIC** | ▮▮▮▮▮ |
| **Date of birth (day.month.year)** | ▮▮▮▮▮ |
| **Document ID** | 8808143674 |
| **Expiry date** | March 20, 2017 |
| **Account value** | $80,923.37 |
| **USD balance** | $69,453.19 |
| **BTC balance** | 9.55864476 BTC |
| **Available USD amount** | $69,453.19 |
| **Available BTC amount** | 9.55864476 BTC |
| **Date joined** | April 3, 2013, 6:10 p.m. |
| **Last login** | Feb. 18, 2017, 10:22 p.m. |

| | |
|---|---|
| **Ripple destination tag** | 53516693 |
| **Deposit addresses** | 14PtjV2xT9An94N5U7bsMH7o5Lp4jJaDnQ (Created: May. 2. 2013) |
| | 1LGeMwALkiyahVcUMGgBVx1LLK5fUWEVmY (Created: Apr. 3. 2013) |
| | 3AieHpkUu77s2jd1bArnq1k5ozypqsi4UP (Created: Feb. 12. 2017) |

**Support tickets**

**1066**
Roman Sterlingov (52443)
April 10, 2013, 7:56 a.m.
"Hello, I am waiting for a withdrawal, it's been more than 24 hours, and it still says "waiting to be processed". Is everything ok? If you have some sort of delay, please let me know, I am sort of waiting for this one."

**1066**
Roman Sterlingov (52443)
April 10, 2013, 11:22 a.m.
"Hello! I don't know if you've just started it because of the ticket, or if it just went trhough by itself, but I've just got the confirmation mail :). Thank you."

**92542**
Roman Sterlingov (52443)
July 23, 2015, 1:35 a.m.
"How to change the address where the Debit card would be sent?"

**92542**
Janez Skumavc (415616)
July 23, 2015, 6:42 a.m.
"Dear Roman, thank you for reaching us. In case you have changed your residential address we would kindly ask you to send us a valid proof of residence document so we can update your residential address on your Bitstamp account. You can also set the address where the card is send once you gain access to cardportal. Should you require any additional assistance, please feel free to ask. Best regards, Janez Skumavc"

**92542**
Roman Sterlingov (52443)
July 26, 2015, 4 p.m.
83.248.209.132
"> You can also set the address where the card is send once you gain access to cardportal. How to do that? It seems that the only step I can do in the itnerface right now is to order the card itself, and so it would be impossible to change address after that?"

**92542**
Rok Pristov (240487)
July 27, 2015, 8:08 a.m.
"Dear Roman, once you order a debit card you should receive an email with instructions on how to activate your CardPortal account where you are then able to change your residential address details. Should you have any additional questions, please feel free to ask. Best regards, Rok Pristov"

92542
Roman Sterlingov (52443)
July 27, 2015, 2:29 p.m.
83.248.209.132
"But if I have to order it first (before I can change address), it will be sent to the wrong address? I don't want my card to be send somwhere where I can't access it (old address), it's a security risk if not more. Or what is meant by "order card"? Does it not imply sending the physical card?"

92542
Janez Skumavc (415616)
July 27, 2015, 5:34 p.m.
"Dear Roman, if your order your card at Bitstamp you will not get a plastic card yet, only online access to your card and then on the intercash side you can order a plastic card to be sent to you home address. Should you require any additional information, please feel free to ask. Best regards, Janez Skumavc"

116027
Rok Pristov (240487)
July 25, 2016, 6:30 a.m.
"Dear Roman, we have received your withdrawal request and instructed our payment department to further process it. You will receive an e-mail notification as soon as the process is concluded and funds sent to the designated account. We will have to kindly ask you to help us better understand the nature of your relationship with Bitstamp. In order to do so, we require that an additional KYC (know your customer) procedure is completed before we can proceed with processing of your future withdrawal requests. We kindly ask you to send us a high resolution image of both pages of your international passport and answer the following KYC questionnaire: 1. What is your occupation? 2. Are you using your Bitstamp account in connection with any business activity? 3. The purpose of trading on Bitstamp? Please describe in as much detail as possible how you intend to use your trading account. 4. What is the origin of the deposited Bitcoins? 5. What are your future plans and activities planned on our exchange? 6. Which bank do you intend to use? Please provide the complete address and SWIFT code. 7. Estimated amount that you would be depositing/withdrawing to/from your Bitstamp account per month (in USD and BTC)? We kindly ask you to submit your answers and documents in a reply to this ticket. Thank you for your cooperation and we look forward to your reply. Best regards, Rok Pristov"

116027
Roman Sterlingov (52443)
Aug. 2, 2016, 11:45 a.m.
83.248.64.79
"1. I'm freelancing, doing it related work. 2. No this is my personal account. 3. What detail? I want to buy and sell bitcoins because I think it's a good system with a lot of future and I like to trade. I like to put in the trades in the system and see how they execute. If I buy on the low and sell on the high then I make money. It's about looking for trends in the economic situation and news and reading the internet and making up your own opinion, and then trying to combine that opinion into trading. The purpose of this is to make and save money. I think money is good because it can be used for buying and selling goods and services which are important for surviving. How much more detail do you need? About what? 4. I bought them very early on when they were supercheap. One of the best decisions in my life. 5. To trade. What else would they be??? Do you guys sell pizza? My future plans are to trade the bitcoin on the exchange by going to the trade page and then then filling in the orders and then executing them hopefully making money. 6. You already have my bank details from my outgoing payments which have

even completed with no problems in the past. Take the last account that is my bank account. 7. maybe 1000$ per month. I don't know. You already have my documents since my account is already verified. "

116027
Rok Pristov (240487)
Aug. 2, 2016, 12:37 p.m.
"Dear Roman, thank you for your prompt reply and providing your information. Please note that in addition to the documentation you have submitted during your account verification we kindly ask you to provide us with an image of your international passport. Lastly we kindly ask you to provide us with some documentation which can confirm you early BTC acquisition, for example some screenshots of bank transactions sent to bitcoin exchanges. We thank you for your cooperation and look forward to hearing from you. Should you have any questions, please feel free to ask. Best regards, Rok Pristov"

116027
Roman Sterlingov (52443)
Aug. 2, 2016, 12:43 p.m.
83.248.64.79
"I am attaching a scan of my passport. However I cannot provide any documents for the later purchases, I don't even know where to get them. This was done years ago. Back in the day this was not done through a bank but through a means such as Liberty reserve, which does not even exist anymore. Further, a large chunk of those bitcoins was purchased on Mt.God platform which unfortunately does not exist anymore either. I'm sure you can see the dates on my account and it's very old. And the bitcoins I've acquired are really even much older than that, since I got my Bitstamp account pretty late. There is no requirement in my country to keep these kind of documents or verifications for years to come, since I'm not a part of any business, so I had no reason to keep them. (Nor are you really required to keep them either, if I understand it correctly.)"

116027
Rok Pristov (240487)
Aug. 2, 2016, 12:58 p.m.
"Dear Roman, thank you for the provide documentation. Alternatively, would it be possible to provide us with some screenshots of email confirmations you have received for the purchase of your BTC on Mt.Gox? We are looking forward to hearing from you. Best regards, Rok Pristov"

116027
Roman Sterlingov (52443)
Aug. 2, 2016, 1:40 p.m.
83.248.64.79
"Here is the screenshot of the one of the few pages which I can log in with my Mt.Gox account. It's on the mount gox website now, even thought it's not an exchange, it shows my account there with my credentials."

116027
Rok Pristov (240487)
Aug. 3, 2016, 1:36 p.m.
"Dear Roman, thank you for your reply and the provided document. 1. Would it be possible to provide us with some screenshots of email confirmations you have received from Mt.Gox for the purchased bitcoin? 2. Additionally could you confirm if you were using any crypto-currency tumblers? We thank

you for your cooperation and look forward to hearing from you. If you have any questions, please feel free to ask. Best regards, Rok Pristov"

116027
Roman Sterlingov (52443)
Aug. 3, 2016, 1:57 p.m.
83.248.64.79
"1. Would it be possible to provide us with some screenshots of email confirmations you have received from Mt.Gox for the purchased bitcoin? Well not really, sorry to say. Mind you, again, this was YEARS ago. There is/was no requirement in any law that governs me, or in the your terms and conditions at the time I was using those bitcoins to keep any of that information. I'm not sure how can I get any receipts from Mt.Gox because they don't exist anymore. If you ask me for any documents that I do actually have then of course I can send them to you. Honestly I don't understand what you are trying to check here. My account is very old. If there were any problems with the money they would already come up. I trusted your service as it seemed very legit as a way of storing my funds. In doing so I was completely compliant to all your rules and contracts. I honestly begin to doubt that your service really is so stable, because it looks like you are fishing for some reason to hold some payment. Do you have liquidity problems? 2. Additionally could you confirm if you were using any crypto-currency tumblers? I don't know if I did with the specific funds sent to your exchange. It's not impossible. I did a lot of experimenting with bitcoins back in the day, it was a very new and exciting technology. I haven't done this recently, but my account here is very old, I don't really remember. As you probably understand, I don't keep a record of every thing I do on my computer for years to come... If it would be in your terms at the time that this kind of information would need to be kept, then I would have done it."

116027
Roman Sterlingov (52443)
Aug. 3, 2016, 2:25 p.m.
83.248.64.79
"I've actually went back to my mail program and it turns out I didn't delete all of my mtgox mails as I assumed. (I usually delete such mails because they clog up the mailbox.) I'm sending a screenshot of one now. "

116027
Rok Pristov (240487)
Aug. 4, 2016, 1:34 p.m.
"Dear Roman, we thank you for getting back to us and providing your document. Please note that we require this information solely for the purpose of our KYC procedure which is our proactive approach towards regulatory compliance. You are still able to use your Bitstamp account as per usual. We would like to reassure you that the security of your account is of paramount importance to us and we take several security precautions to keep your account secure as described in our privacy policy: https://www.bitstamp.net/privacy-policy/ We also suggest you activate the Two Factor Authentication for additionally security: https://www.bitstamp.net/account/security/two-factor-authentication/ Lastly we apologize for any inconvenience you have experienced. We will review your provided information and get back to you as soon as possible. Should you have any further questions in the meantime, please feel free to ask. Best regards, Rok Pristov"

116027
Rok Pristov (240487)

Aug. 8, 2016, 6:04 a.m.
"Dear Roman, we thank you for your patience and cooperation. We are pleased to inform you that you have successfully concluded the initial KYC procedure. However, please note that we may contact you again should we require any additional information. If you have any questions, feel free to ask. Best regards, Rok Pristov"

116027
Roman Sterlingov (52443)
Aug. 11, 2016, 4 p.m.
83.248.64.79
"So when will my latest transfer will be completed? I thought you did this check so you could complete it."

116027
Rok Pristov (240487)
Aug. 12, 2016, 11:38 a.m.
"Dear Roman, thank you for getting back to us. Please note that your transfer request were not interrupted and were processed without any delay. For any additional information we kindly suggest you view your transaction log: https://www.bitstamp.net/account/transactions/ Should you have any further questions, please feel free to ask. We wish you a great and successful weekend. Best regards, Rok Pristov"

117283
Roman Sterlingov (52443)
Aug. 16, 2016, 9:38 p.m.
"My last bank withdrawal has not been received, even thought it was added a long time ago. Can you check on it? Can you provide some details about that payment, exact sum, date account, maybe a SWIFT code or something."

117283
Urška Rupar Vrbinc (992755)
Aug. 17, 2016, 12:38 p.m.
"Dear Roman, thank you for contacting me. I will check with our payments department and get back to you as soon as I have the information. Thank you for your patience, await my reply soon. Best regards, Urška Rupar Vrbinc"

117283
Petra Prusnik (959232)
Aug. 17, 2016, 1:10 p.m.
"Dear Roman, kindly note that we examined our bank account and according to our records your SEPA WITHDRAWAL 1157163 was processed and sent successfully with the information which you can examine on the SWIFT confirmation receipt below: ========================================= GORENJSKA BANKA, D.D., KRANJ Bleiweisova cesta 1 Kranj, Slovenija Telefon: 04/208 40 00 S.W.I.F.T.: GORE SI 2X INTERNET: HTTP://WWW.GBKR.SI CONFIRMATION OF PAYMENT Ordering institution: GORESI2X Sender´s Reference: 85409841 Value date/Currency/Amount: 25.07.2016/EUR/691,90 Ordering Customer: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ BITSTAMP LIMITED NEW STREET SQUARE 5 LONDON Intermediary Institution: Account With Institution: SWEDSESS Beneficiary Customer: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ROMAN STERLINGOV ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▓▓▓▓▓▓▓▓   SE Remittance Information: 52443 SEPA WITHDRAWAL 1157163 Details of Charges: SHA ======================================== Please note: the value date is the date on which your bank should have received this transfer. If your bank is unable to locate this transfer with this receipt we can request a transfer trace from our bank which costs 30€. If you would like to request one please prepare a balance of $35/30€ on your account and notify us. Should you have further questions or need additional assistance, please let us know. Best regards, Petra Prusnik"

**IP report**
83.248.132.4 (74) Sweden
213.66.214.217 (2) Sweden
83.248.128.36 (1) Sweden
83.248.209.132 (6) Sweden
83.248.64.35 (24) Sweden
83.248.64.79 (50) Sweden

**Volume report**
2013 April $29,587.00
2013 May $4,553.58
2013 June $525.93
2013 July $6,773.13
2013 August $0.00
2013 September $0.00
2013 October $29,453.71
2013 November $50,713.60
2013 December $0.00
2014 January $0.00
2014 February $0.00
2014 March $0.00
2014 April $0.00
2014 May $0.00
2014 June $0.00
2014 July $0.00
2014 August $0.00
2014 September $0.00
2014 October $0.00
2014 November $0.00
2014 December $0.00
2015 January $0.00
2015 February $0.00
2015 March $0.00
2015 April $0.00
2015 May $0.00
2015 June $0.00
2015 July $0.00
2015 August $0.00
2015 September $0.00
2015 October $0.00

2015 November $0.00
2015 December $0.00
2016 January $1,995.01
2016 February $9,835.41
2016 March $0.00
2016 April $0.00
2016 May $0.00
2016 June $0.00
2016 July $0.00
2016 August $0.00
2016 September $0.00
2016 October $0.00
2016 November $0.00
2016 December $0.00
2017 January $0.00
2017 February $0.00

**Deposits**

Deposit      293826      Apr. 12, 2013, 10:50 PM      Main Account      1000.00 USD

**Withdrawals**

1) 43532 04.08.2013 19:04:49 EU bank transfer (SEPA) $25000.00 52443 Jonas Wånggren

   Address:
   
   Sweden

   Comment:
   Finished

2) 48350 04.12.2013 22:41:27 Bitcoin 35.00000000 BTC 52443
   1NrGQFRpJ9CBfVzVkS4uJVXG2A9GyLnD7a Finished

3) 51960 04.16.2013 21:57:21 USD Bitstamp code $100.00 52443
   1333835c7a9d95c21f801a81628b553e Finished

4) 63666 04.30.2013 15:25:33 EU bank transfer (SEPA) $200.00 52443 Roman Sterlingov

   Address:
   
   United Kingdom

Comment:
Finished

5) 63848 04.30.2013 21:15:42 Bitcoin 0.02340000 BTC 52443
1FNQjiaRXqZgAdM8ZcoTJMwZS5k83ZWXsi Canceled

6) 67585 05.05.2013 19:46:30 USD Bitstamp code $300.00 52443
cc40b6b7e96c80a4a504135579d4a307 Finished

7) 72324 05.12.2013 17:16:54 EU bank transfer (SEPA) $100.00 52443 Roman Sterlingov

Address:

United Kingdom

Comment:
5295653100217800 Finished

8) 72326 05.12.2013 17:22:37 USD Bitstamp code $500.00 52443
d8aac8bdeaab3b74f66d4b6d218a667c Finished

9) 72334 05.12.2013 17:45:25 USD Bitstamp code $700.00 52443
b66531f3b713049d26ac05d815aa2d0f Finished

10) 77065 05.17.2013 23:51:57 USD Bitstamp code $700.00 52443
2367996e0768778697726dcd6e3ca2ad Finished

11) 78395 05.19.2013 16:39:20 USD Bitstamp code $800.00 52443
7e5b97aefc3e454ffa9f76494e3031e6 Finished

12) 78417 05.19.2013 17:20:47 USD Bitstamp code $800.00 52443
65a9e2cb3af3d793dd99506a7d3e4846 Finished

13) 78452 05.19.2013 18:23:12 USD Bitstamp code $700.00 52443
e41d3779acf3fde6fbbf7169dc0b0999 Finished

14) 99676 06.19.2013 21:08:42 EU bank transfer (SEPA) $518.00 52443 Roman Sterlingov

Address:



GB

**Comment:**
5295653100217800 Finished

15) 111191 07.07.2013 23:59:33 EU bank transfer (SEPA) $370.00 52443 Frilans Finans Sverige AB

**Address:**



SE

**Comment:**
OCR number 2741882 Failed

16) 129892 08.05.2013 18:43:56 Bitcoin 5.57000000 BTC 52443
    1HDKBqimoXmwR5Uj9XaijYcMTS8E9AHm5o Finished

17) 138846 08.19.2013 17:05:16 Bitcoin 20.00000000 BTC 52443
    16XPxczoFYwoNWr2BYa9V5dbUmUrw6aJCU Finished

18) 141821 08.22.2013 15:11:49 Bitcoin 6.20000000 BTC 52443
    1MbGDMsGfTvfzeHYGK41JwpKVyUVjCqHjg Finished

19) 162031 09.15.2013 00:44:10 Bitcoin 12.45360000 BTC 52443
    1GPxBxYwQgFbR7Ji5REw5ZQXQ2DWJ1j5j Canceled

20) 162043 09.15.2013 01:16:00 Bitcoin 20.00000000 BTC 52443
    1HidEbkgigwxQjW7jv7dXaezdACSP5UcQV Finished

21) 162802 09.16.2013 09:05:38 Bitcoin 20.00000000 BTC 52443
    1HidEbkgigwxQjW7jv7dXaezdACSP5UcQV Finished

22) 172861 09.27.2013 19:58:28 Bitcoin 30.00000000 BTC 52443
    1HidEbkgigwxQjW7jv7dXaezdACSP5UcQV Finished

23) 988430 01.27.2016 23:38:10 Bitcoin 6.43879600 BTC 52443
    17jo8A86QcFBxSfv4igtd3nXjL191WEm5g Finished

24) 991027 01.30.2016 01:03:25 Bitcoin 5.50000000 BTC 52443
    126QN5XG9WhjmtHSyC5rXqURgkq7sY7aVH Finished

25) 994848 02.02.2016 21:36:42 Bitcoin 4.35000000 BTC 52443
    1MRaCvTt2Zazb8ohtYjWt36ncKxVzJrawZ Finished

26) 998865 02.07.2016 00:58:02 Bitcoin 4.61300000 BTC 52443
    1HjdgyAYEC1NPFSkHLJ1RVQ4JFvyULvvvA Finished

27) 1003840 02.12.2016 01:17:22 Bitcoin 8.15000000 BTC 52443
    1HLeFfjqWh2tUc55WxhpMi1FHzVew8Um75 Finished

28) 1154267 07.19.2016 12:28:12 Bitcoin 0.01198100 BTC 52443
    1D3StXBCVHxFFcwPNjYRPhTMf3LjSYdbjJ Finished

29) 1157163 07.22.2016 12:24:09 EU bank transfer (SEPA) $765.00 52443 Roman Sterlingov



Address:
▓▓▓▓▓▓▓▓▓▓
SE

Comment:
Finished

30) 1206327 09.08.2016 12:25:28 EU bank transfer (SEPA) $702.00 52443 Roman Sterlingov



Address:
▓▓▓▓▓▓▓▓▓▓
SE

Comment:
Finished

31) 1232291 10.02.2016 00:08:57 Bitcoin 0.02645502 BTC 52443
    13ChgB77axe1MB8Y3r1Xaonzz4qP4BukfL Finished

32) 1247180 10.15.2016 17:19:46 EU bank transfer (SEPA) $993.00 52443 Roman Sterlingov

**Address:**

SE

**Comment:**
Finished

33) 1297933 11.27.2016 16:55:11 EU bank transfer (SEPA) $790.00 52443 Roman Sterlingov

**Address:**

SE

**Comment:**
Finished

34) 1316753 12.11.2016 23:58:23 EU bank transfer (SEPA) $830.00 52443 Roman Sterlingov

**Address:**

SE

**Comment:**
Finished

35) 1351783 01.08.2017 21:09:09 EU bank transfer (SEPA) $937.00 52443 Roman Sterlingov

**Address:**

SE

Comment:
Finished

**36)** 1410154 02.18.2017 22:29:21 EU bank transfer (SEPA) $476.00 52443 Roman Sterlingov

Address:



SE

Comment:
Finished