|  | United States of America |  |
|---|---|---|
|  | VS. |  |
|  | Roman Sterlingov |  |

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

Civil/Criminal No. 21-CR-00399

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Mr. Sterlingov's Declaration |  |  |  |  |
| B | Mr. Sterlingov's Statement of Net Worth | 1/13/23 |  | Roman Sterlingov |  |
| C | Kraken Account Summary Excel File |  |  |  |  |
| D | Inventory of Items Seized from Mr. Sterlingov at LAX |  |  |  |  |
| E | Bitstamp Communications |  |  |  |  |
| F | Mr. Scholl's Declaration |  |  |  |  |
| G | Mr. Scholl's Analysis |  |  |  |  |
| H | Chainalysis Report on Mixing Services |  |  |  |  |
| I | Cryptocurrency Seizure to Government Wallets |  |  |  |  |
| J | National Cyber Forensics and Training Alliance - Bitcoin Fog Report |  |  |  |  |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

_United States of America_
VS.
_Roman Sterlingov_

Civil/Criminal No. 21-CR-00399

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| K | Draft Trial Budget | 1/13/23 | 1/13/23 | Sterlingov | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |