United States of America

VS.

Roman Sterlingov

Civil/Criminal No. 21-CR-00899

| Government ☐ | | | | |
| Plaintiff ☐ | | | | |
| Defendant ✓ | | | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Mr. Sterlingov's Declaration | | | | |
| B | Mr. Sterlingov's Statement of Net Worth | 1/13/23 | | Roman Sterlingov | |
| C | Kraken Account Summary Excel File | | | | |
| D | Inventory of Items Seized from Mr. Sterlingov at LAX | | | | |
| E | Bitstamp Communications | | | | |
| F | Mr. Scholl's Declaration | | | | |
| G | Mr. Scholl's Analysis | | | | |
| H | Chainalysis Report on Mixing Services | | | | |
| I | Cryptocurrency Seizure to Government Wallets | | | | |
| J | National Cyber Forensics and Training Alliance - Bitcoin Fog Report | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States of America

vs.

Roman Sterlingov

Civil/Criminal No. 21 - CR - 00399

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| K | Draft Trial Budget | 1/13/23 | 1/13/23 | Sterlingov | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |