1               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

2

3   UNITED STATES OF AMERICA,

                              Criminal Action
4          Plaintiff,         No. 1:21-cr-0399

5         vs.                Washington, DC
                              January 31, 2023
6   ROMAN STERLINGOV,

                              10:21 a.m.
7         Defendant.
   _____/

8

9               TRANSCRIPT OF MOTION HEARING
           BEFORE THE HONORABLE RANDOLPH D. MOSS
10             UNITED STATES DISTRICT JUDGE

11

   **APPEARANCES:**

12

13   For the Government:    **CHRISTOPHER BROWN**
                        USAO-DOJ
                        601 D Street, NW
14                     Washington, DC 20001

15                    **ALDEN PELKER**
                        U.S. DOJ
16                     950 Pennsylvania Ave, NW
                        Washington, DC 20530
17

18   For the Defendant:     **TOR EKELAND**
                       **MICHAEL HASSARD**
19                    Tor Ekeland Law PLLC
                     30 Wall Street, 8th Floor
20                    Brooklyn, NY 10005

21

22

23   Court Reporter:        **JEFF M. HOOK**
                        Official Court Reporter
                        U.S. District & Bankruptcy Courts
24                    333 Constitution Avenue, NW
                      Room 4700-C
25                    Washington, DC 20001

**I N D E X**

| WITNESS | PAGE |
|---|---|
| ROMAN STERLINGOV | |
|   Direct Examination by Mr. Ekeland | 6 |
|   Cross-Examination by Mr. Brown | 39 |
| | |
| LUKE SCHOLL | |
|   Direct Examination by Mr. Brown | 107 |
|   Cross-Examination by Mr. Ekeland | 111 |
|   Redirect Examination by Mr. Brown | 114 |
|   Recross-Examination by Mr. Ekeland | 116 |

| EXHIBIT | PAGE |
|---|---|
| Government 1:     Admitted into Evidence | 111 |
| Government 9:     Admitted into Evidence | 88 |
| Government 19:     Admitted into Evidence | 69 |
| Government 20:     Admitted into Evidence | 69 |
| Government 22:     Admitted into Evidence | 88 |
| Government 23:     Admitted into Evidence | 88 |
| Government 24:     Admitted into Evidence | 88 |
| Government 25:     Admitted into Evidence | 52 |

1                **P R O C E E D I N G S**

2         **DEPUTY CLERK:**  This is criminal case 21-399,

3 United States of America v. Roman Sterlingov.  Counsel,

4 please state your name for the record, starting with

5 government counsel.

6         **MR. BROWN:**  Good morning, Judge Moss.  AUSA Chris

7 Brown for the government.

8         **MS. PELKER:**  Good morning, Your Honor.  Alden

9 Pelker for the United States.

10         **THE COURT:**  Good morning.

11         **MR. EKELAND:**  Good morning, Your Honor.  Tor

12 Ekeland for Defendant Roman Sterlingov, who is present in

13 court.

14         **THE COURT:**  Good morning.

15         **MR. HASSARD:**  Good morning, Your Honor.  Michael

16 Hassard for Defendant Roman Sterlingov.

17         **THE COURT:**  Good morning to you as well.  Well,

18 we're here for a continuation of the hearing on the

19 defendant's motion for release of funds.  I'm happy to

20 proceed however the parties want.

21         Let me ask, Mr. Ekeland, do you have anything else

22 to present with respect to need at this point?

23         **MR. EKELAND:**  No, Your Honor.

24         **THE COURT:**  Can I ask you one question, which is

25 what is the hourly rate you're charging in this case?

1          **MR. EKELAND:**  My standard hourly rate is $800.

2          **THE COURT:**  No, no, I'm asking what the hourly

3     rate is you're charging in this case?

4          **MR. EKELAND:**  In this case, $800 an hour.

5          **THE COURT:**  You're charging $800 an hour?

6          **MR. EKELAND:**  Yes.

7          **THE COURT:**  Okay.  How do you want to proceed with

8     respect to the question of traceability?

9          **MR. EKELAND:**  I'd like to put on the only evidence

10    there is for the origin of the funds, and that's the

11    testimony of Mr. Sterlingov as to where these funds came

12    from.

13         **THE COURT:**  Does that make sense to the government

14    to proceed that way by putting Mr. Sterlingov on the stand?

15         **MR. BROWN:**  Yes, Your Honor.  Your Honor, we

16    already heard testimony from Mr. Sterlingov.  If he wants to

17    testify further, we're prepared to hear that on the question

18    of financial need.  I assume we're still --

19         **THE COURT:**  No, no, I don't think he's talking

20    about need now, I think he's talking about traceability.  Is

21    that right?

22         **MR. EKELAND:**  I'm talking about the origin of the

23    funds in question.

24         **MR. BROWN:**  Yes, if we are proceeding to the

25    question of traceability, the government absolutely wants to

1   cross-examine Mr. Sterlingov about his declaration and his

2   testimony.

3         **THE COURT:**  So you're welcome to put him on the

4   stand then, Mr. Ekeland.

5         **MR. EKELAND:**  The defense calls Mr. Sterlingov.

6         **THE COURT:**  Just beforehand I want to, once again,

7   inquire of Mr. Sterlingov about his desire to testify in

8   this proceeding.  You obviously have a right in a criminal

9   proceeding to remain silent and not testify.  You have a

10  right to testify if you want to.  I just want to make sure

11  you feel as though you've had enough time to confer with

12  your counsel about the risks and benefits of doing so, and

13  that after a thorough discussion of all those risks and

14  benefits, that you've made a decision that you do want to

15  actually testify at this proceeding?

16        **THE DEFENDANT:**  I believe so, yes.

17        **THE COURT:**  Okay.  You can come to the witness

18  box.

19        **DEPUTY CLERK:**  Mr. Sterlingov, before you sit

20  down, would you please raise your right hand.  Do you

21  solemnly swear that the testimony you're about to give will

22  be the truth, the whole truth, and nothing but the truth, so

23  help you God?

24        **THE DEFENDANT:**  Yes, I do.

25        **DEPUTY CLERK:**  Thank you.  You may be seated.

1          **MR. EKELAND:**  Your Honor, do you still have the

2     exhibit book?

3          **THE COURT:**  I do.  Actually, you know what, I

4     think I may have accidentally left that on my desk.  Do you

5     want to hold it up just so my --

6          **MR. EKELAND:**  I have an extra copy.

7          **THE COURT:**  Well, I have a copy on my desk.  Can

8     you hold it up so he knows what it looks like, so he can see

9     it.  Thanks.

10         (Brief interruption)

11         **THE COURT:**  Okay, you may proceed.

12         <u>**DIRECT EXAMINATION OF ROMAN STERLINGOV**</u>

13    BY MR. EKELAND:

14       **Q.**    Thank you, Your Honor.  Good morning,

15    Mr. Sterlingov.

16       **A.**    Good morning.

17       **Q.**    Were you able to get any sleep last night before

18    you came here?

19       **A.**    No, this is actually an issue with this jail where

20    I'm being housed.  Every time they bring me to the

21    courthouse, I'm not able to get any sleep the night before

22    because they have people running around until 3:00 a.m.  And

23    then they wake you up at 3:00 a.m., and they move you to a

24    room where no sleep is possible.  And then throughout the

25    morning, they're moving you between different rooms and

1    things like that.  So I just want the Court to know that

2    this is a real issue, you know.  If I'm expected to testify

3    and be a part of this proceeding, I need to get my sleep.

4         THE COURT:  Do you feel as though you're in a

5    position to be able to testify today?

6         THE WITNESS:  Yes.

7         THE COURT:  And you feel sufficiently awake and

8    comfortable to testify?

9         THE WITNESS:  I do feel sufficiently awake, but my

10   concern is especially if we're going to trial.  If this is

11   going to be day after day, a situation that's going to

12   repeat day after day, this is not going to work.

13        THE COURT:  What facility are you at?

14        THE WITNESS:  It's called Northern Neck Regional

15   Jail.

16        THE COURT:  I appreciate your letting me know.

17   Okay, thank you.  I think that I'll confer with the Marshals

18   Service.  But I suspect when we go to trial, that

19   Mr. Sterlingov will -- it will probably be easier to house

20   him at the D.C. jail for coming and going each day, but

21   we'll check on that.

22   BY MR. EKELAND:

23   Q.   Thank you, Your Honor.  I hope so, I hope he

24   doesn't have to proceed without any sleep.

25        Mr. Sterlingov, you've got the defendant's exhibit

1    list book right there in front of you?

2         A.   Yes.

3         Q.   If I could just direct your attention to what's

4    marked for identification as Exhibit A.  If you could just

5    take a quick look at that, and when you're done looking at

6    it, just look up at me.

7              (Witness reviews document)

8         A.   Yes.

9         Q.   And do you recognize that document?

10        A.   Yes, this is my declaration.

11        Q.   And this is the declaration that you've -- that's

12   your signature at the end of the document?

13        A.   Yes.

14        Q.   I'd just like to use this document as a framework

15   to -- well, to go through your basic story.  And then if you

16   see anything in error in this document as we go along,

17   please correct it.

18             But my first basic question is:  Where were you

19   born?

20        A.   I was born in Voronezh, Russia.

21        Q.   And did you grow up in Russia?

22        A.   I was 14 when we moved to Sweden.  Until that

23   point, I was growing up in Russia.

24        Q.   When you say we moved to Sweden, who are you

25   referring to?

1      **A.**   I moved to Sweden with my mother.

2      **Q.**   You didn't move with your father?

3      **A.**   No.  We haven't had any contact with my father for

4  a really long time.

5      **Q.**   And since you moved to Sweden at age 14, have you

6  lived in Sweden ever since?

7      **A.**   Yes.

8      **Q.**   Before your arrest, have you ever been to

9  Washington, D.C.?

10     **A.**   No, never.

11     **Q.**   Have you ever done any business in Washington,

12  D.C.?

13     **A.**   Never.

14     **Q.**   Do you have any friends or family or any kind of

15  contacts in Washington, D.C.?

16     **A.**   I do not.

17     **Q.**   So when you moved to Sweden at age 14, where did

18  you move to?

19     **A.**   We moved to a town called Jonkoping.

20     **Q.**   And that's the town that's referred to in

21  paragraph three of your declaration, correct?

22     **A.**   Yes.

23     **Q.**   And how long did you live in Jonkoping?

24     **A.**   Possibly around 10 years, nine or 10 years.

25     **Q.**   And where did you move after that?

1      A.    After that I moved to Gothenburg, which is a town

2  two hours from Jonkoping.

3      Q.    And what year roughly was that?

4      A.    When I moved to Gothenburg?

5      Q.    Yes.

6      A.    It must have been 2009, I think.

7      Q.    And had you graduated high school at that point?

8      A.    Yes, I graduated high school, and after that I

9  moved to Gothenburg.

10     Q.    And when you moved to Gothenburg, did you have a

11 job?

12     A.    Yes, I was working at marketing and web firm in

13 Jonkoping.

14     Q.    And what was the name of that marketing firm?

15     A.    It's Capo Marknadskommunikation.

16     Q.    You said Capo Marknadskommunikation?

17     A.    Capo Marknadskommunikation in Swedish.

18     Q.    And that's the company referred to in paragraph

19 six of your declaration, correct?

20     A.    Yes.

21     Q.    So can you just describe briefly what that company

22 did?

23     A.    That company did produce printed materials for

24 other companies like catalogs, brochures.  They made

25 websites, they made animations and similar -- other similar.

1    Q.   What kind of work did you do for Capo

2    Marknadskommunikation?

3    A.   I was kind of doing mixed work, pretty much

4    everything that needed to be done.  Most of it had to do

5    with computers.  Like I've made some catalogs, I've worked

6    on some websites, things like that.

7    Q.   Just roughly, how long did you work for Capo

8    Marknadskommunikation?

9    A.   It must be something like five years, four or five

10   years.

11   Q.   And do you know what a DNS registration is?

12   A.   Yes.

13   Q.   Can you just briefly tell us what a DNS

14   registration is?

15   A.   A DNS is what you type -- when you type an address

16   in the browser, that name is a DNS.

17   Q.   And so as part of your job for Capo

18   Marknadskommunikation, did you ever register any website

19   names for your employer for clients?

20   A.   Yes, I did several times.  I have also had other

21   small freelance projects that I took where that was a common

22   task.

23   Q.   And on top of your job with Capo

24   Marknadskommunikation, are you testifying that you also did

25   freelance work?

1      **A.**   Yes, I was taking a number of small freelance

2   projects on the side.

3      **Q.**   And just generally, could you describe what type

4   of freelance projects you took or did?

5      **A.**   They would be IT related.  I was looking for other

6   professionals and people who were working in this sphere to

7   maybe try to work for them or try to learn from them.  If it

8   was possible, be maybe a part of their project or to offer

9   them some kind of help.  And that's basically where most

10   freelance projects came from.

11      **Q.**   You just testified that you said you were looking

12   to learn from the people that you were working with.  What,

13   if anything, were you seeking to learn?

14      **A.**   I was basically looking for different ways to like

15   make money on the internet or get any tradable skills that I

16   could use in the future.

17      **Q.**   And during this time period, did you learn about

18   Bitcoin?

19      **A.**   Yes, at a certain point I learned about Bitcoin.

20      **Q.**   Do you remember when that was, just about?

21      **A.**   This must have been around 2010, 2009 to 2010.

22      **Q.**   And when you learned about Bitcoin, what, if

23   anything, did you do in relation to your interest in

24   Bitcoin?

25      **A.**   I started to look for other people who were also

1   interested in Bitcoin.  I started meeting them, seeking them

2   out, you know, talking with them.  I started going to

3   meet-ups.  At one point, I started buying and selling this

4   Bitcoin as well, you know, using it -- using the actual

5   software, the Bitcoin software.

6       Q.   I just want to back up.  You said you started

7   going to meet-ups.  Can you explain what a meet-up is?

8       A.   A meet-up is just a group of people who are

9   interested in the same theme.  In this case, Bitcoin or

10  other IT related themes that are just meeting at a place to

11  talk and discuss things.

12      Q.   And where were these meet-ups?

13      A.   A lot of the times in like restaurants, like a

14  bar, restaurant bars.  Sometimes at different locations

15  like -- like if the organizer had access to another location

16  like a school, you know, after school hours, just locations

17  like that.

18      Q.   And did you have an apartment in Gothenburg?

19      A.   I had an apartment in Gothenburg, yes.

20      Q.   And did you ever have people over at your

21  apartment for meet-ups?

22      A.   I wouldn't say for meet-ups, I never hosted an

23  actual meet-up in my apartment.  But I had people from the

24  meet-ups and people that I knew at the time visit me in my

25  apartment, and we would discuss similar things as well.  I

1   guess you could call it kind of a small meet-up, but it

2   wasn't advertised.

3       Q.   Did you have wifi at your apartment?

4       A.   Yes, I had wifi in my apartment.

5       Q.   And you shared your wifi with the people who came

6   over to your apartment?

7       A.   Well, yes, I think it's pretty normal.  I think --

8   I would say most people do that just as I did, if guests

9   come over and they need internet, I would give them my wifi.

10  I didn't see any harm in that.

11      Q.   Now, you mentioned -- I think, if I heard you

12  right, you testified that you started -- did you say that

13  you started trading Bitcoin around this time, too, around

14  2010, 2011?

15      A.   More buying and selling, certainly.  I don't know,

16  I think trading refers more to -- I'm not sure, but I think

17  it refers more to being on some platform and trying to guess

18  the price movements in the future.  I think I started -- I

19  started doing that as well, but I think I started doing that

20  later.

21      Q.   Well, initially at first, were there any exchanges

22  that you could do any trading on?

23      A.   No.  Early on, you couldn't really buy Bitcoin

24  anywhere really other than another person that has Bitcoin.

25  They started -- some exchanges started coming up, but for a

1    long time a lot of the people didn't really trust them

2    because nobody knew what they -- whether they were regulated

3    or who runs them or what is going to happen with the money

4    if you send any money there.  So there was a long period

5    there where it was really hard to exchange on a platform.

6        **Q.**   You said you went to meet-ups.  When you went to

7    meet-ups, did you buy and sell Bitcoin at these meet-ups?

8        **A.**   Sometimes.

9        **Q.**   And at some point, did you ever hear or learn

10   about Bitcoin Fog?

11       **A.**   Yes, I was introduced to it as a means to mix my

12   transactions.  Several people had mentioned it to me after

13   one of them was really adamant about making me understand

14   that it's a privacy practice that probably everybody should

15   do, so then I started using Bitcoin Fog.

16       **Q.**   Why would you use Bitcoin Fog for privacy reasons?

17       **A.**   Well, the way it was explained to me is that every

18   transaction in Bitcoin is public.  It's there on the

19   internet, and it's available for everybody to see.  And if

20   you don't do any kind of mixing or any kind of -- yeah,

21   mixing essentially, then anybody who can see your address --

22   for example, if I buy Bitcoin from somebody who I meet in

23   person and they see who I am, they see my identity, my face,

24   and they also see my address, from that point on they can

25   track all of my transactions and how much money I have, and

1    where do I send it and things like that.

2            I didn't -- that seemed like a basic privacy

3    concern.  I was also really concerned about being robbed or

4    hacked, either at one of those meet-ups or if a person that

5    I'm trading with, maybe later after our trade, they will get

6    my information and then they will go after me one way or

7    another.  I wanted to prevent that.

8        Q.   And so you became a user of Bitcoin Fog, am I

9    understanding you correctly?

10       A.   Yes.

11       Q.   Did you ever operate or administer Bitcoin Fog?

12       A.   No, I never operated Bitcoin Fog or administered

13   it.

14       Q.   And the funds that you used -- that you mixed

15   through Bitcoin Fog, where did they come from?

16       A.   They were just the money that I had at the time.

17   They came from my job essentially.

18       Q.   Would it be fair to say that you were mixing the

19   proceeds of your paycheck?

20       A.   Yes.  Yes, you could say that.

21       Q.   And after you mixed your legitimate funds through

22   Bitcoin Fog, where did you deposit them?

23       A.   I would have them in my wallets on my computer.  I

24   would -- I've used a lot of different wallets and different

25   services over the years --

1    **Q.**   And does that include --

2    **A.**   -- in a lot of different places.

3    **Q.**   Does that include your Kraken account -- Kraken

4    accounts, I'm sorry, plural?

5    **A.**   Yes, that includes my Kraken accounts.

6    **Q.**   So turning your attention to the period around

7    2013 and 2014.  Did there come a time where you took a break

8    from your job at Capo Marknadskommunikation?

9    **A.**   Yes, I took a six-month leave, and they said that

10   I can come back pretty much at any point, you know, in the

11   near future.  So that gave me more confidence to try to

12   leave my job like that.  At that point, my savings had gone

13   up to a point where I felt that six months is a time that I

14   could do without my job and still be okay financially.

15   **Q.**   And after that six months was up, did you go back

16   to work for Capo Marknadskommunikation?

17   **A.**   I never went back full-time, I think I went back a

18   couple of short periods of time to help them out with

19   certain things that -- like maybe there were some questions

20   that they felt that I could answer in the best way or

21   perform certain tasks.

22   **Q.**   And how did you make ends meet if you didn't go

23   back to work full-time with Capo Marknadskommunikation?

24   **A.**   It was my savings, my Bitcoin.  The price has gone

25   up a lot already at that point, and it continued to go

1    further up and up.  The consensus that I was reading and I

2    was hearing from other people involved was that it is -- it

3    was very likely to go up even more.  I trusted that for some

4    reason.  But then again, I also -- I knew that I can go back

5    to my job at any point.  And also living in Sweden, I know

6    that you can't really become homeless in Sweden unless you

7    really, really want to.  Sweden has a really high standard

8    Social Security network.  I was young, I wanted to

9    experiment.

10   Q.   During this time period, after you left Capo

11   Marknadskommunikation, did you experiment with any other

12   kind of projects or businesses or work or anything like

13   that?

14   A.   Yes, I had a lot of ideas that I wanted to pursue.

15   A big one was my mental health coaching.  It was a long time

16   dream and aspiration of mine to become a mental health

17   coach.  I saw that it is relatively hard to make a lot of

18   money on that in the short term for somebody like me who

19   doesn't have a well established name, so I used the time to

20   educate myself on that.  We had opened a music studio in

21   Gothenburg with some friends.  Eventually I started working

22   on my VPN project.

23   Q.   I'm sorry, the VPN project, is that -- that you're

24   referring to, is that the To the Moon VPN?

25   A.   Yes.

1      Q.   Could you just briefly describe that business and

2  what happened to it?

3      A.   Well, I had the idea that I can make a VPN

4  business like Nord VPN.  I think a lot of people maybe are

5  familiar with them.  It looked relatively easy, because I

6  didn't see how much those businesses were doing kind of on

7  the back end.  I was still interested in Bitcoin, so I had

8  the idea that if you allow people to pay with Bitcoin, that

9  would kind of generate a lot of -- a lot of people would

10  just come to this business just by -- just because of that.

11  It didn't really work out.  My best explanation is that it

12  just was much more work than I anticipated.  There are a lot

13  of other VPN businesses out there.  I don't know if I should

14  have thought about that before I started, you know.

15         But yeah, I developed it for -- you know, it took

16  some time to make the website.  I had to get help of some

17  people to work on more technical stuff that I couldn't

18  really do.  I used -- there are a lot of other VPN

19  businesses out there, so there are ready-made solutions

20  which you can just kind of download and configure to your

21  own desires.  You don't really have to make -- you don't

22  really have to develop that much.  Eventually I just gave

23  up.  I understood that it wasn't -- it was a lot more work

24  than I expected, and I wasn't that interested.

25      Q.   As part of that business, did To the Moon VPN have

1   servers?

2       **A.**   Yes.

3       **Q.**   Were those servers in Romania?

4       **A.**   There was the main server in Romania, yeah.

5       **Q.**   Do you know if the government seized that server

6   as part of this prosecution?

7       **A.**   I believe so.

8       **Q.**   As far as you know, is there a trace of evidence

9   on that server or anything related to that business that

10  shows that you had anything to do with operating Bitcoin

11  Fog?

12          **MR. BROWN:**   Objection, argumentative.

13          **THE COURT:**   Overruled.

14  **BY MR. EKELAND:**

15      **Q.**   You can answer.

16      **A.**   I don't see how there could be, and no, I don't

17  think so.

18      **Q.**   As far as you're aware, has the government ever

19  found the Bitcoin Fog servers?

20      **A.**   I have to rely on what my attorneys were telling

21  me, which is no, I don't think they have.  I think we

22  have --

23      **Q.**   And you've never seen anything in the discovery

24  that you've reviewed having anything to do with the

25  operation of Bitcoin Fog, have you?

1    A.    No, I don't really have good access to my

2  discovery.  I'm locked up, I have very limited -- I was able

3  to look at a very limited number of files from the

4  discovery.  But to my knowledge, no.

5    Q.    So going back to this period around 2014.  Is that

6  roughly when you set up your Kraken account?

7    A.    That could be the case, I'm not sure.

8    Q.    And that Kraken account you set up in your own

9  name, correct?

10    A.    Yes.

11    Q.    And you provided a photo ID to set it up?

12    A.    Yes.

13    Q.    And what did you use those Kraken accounts for?

14    A.    I used my personal Kraken account to trade Bitcoin

15  and other cryptocurrencies.  I was spending a lot of time on

16  learning how to trade -- how to predict the price movements,

17  to make money on the volatility of the market, which takes a

18  lot of time and a lot of experimentation.  So that was one

19  purpose for my Kraken account.  You said Kraken accounts,

20  plural.  The only other Kraken account that I know of is the

21  one for the VPN, my VPN business.  And that was only used

22  for the transactions that are related to that business.

23    Q.    And what were the source of the funds that you

24  deposited in your Kraken account?

25    A.    It was my Bitcoin that has gone up in value --

1    Q.    And how --

2    A.    -- a lot.

3    Q.    Sorry.  And how did you pay for that Bitcoin?

4    A.    Well, originally I paid with -- like I said

5    before, with my paycheck.  The original Bitcoin that I ever

6    bought, that I first bought, that was just the money that I

7    had at the time.  And all the money that I had at the time

8    came pretty much from my paycheck.

9    Q.    So is it fair to say that the money that you had

10   in your Kraken account and all your wallets that you've been

11   talking about came from the money that you earned at your

12   job, and then those Bitcoin and whatnot appreciated

13   substantially during the period that you had them in there;

14   would that be fair to say?

15   A.    Yes, they appreciated astronomically.  They

16   appreciated more than any people in the meet-ups that I'd

17   met had ever thought they would.  They went from below a

18   dollar to like tens of thousands of dollars.

19   Q.    And so now we're talking about the period from

20   2014 on.  At any time -- well, actually, at any time, did

21   you visit the United States?

22   A.    Yes, I visited the United States a couple times

23   for vacationing and visiting friends.

24   Q.    And are you aware that the government put you

25   under surveillance during one of these visits?

1          **MR. BROWN:**  Objection, relevance.

2          **THE COURT:**  Overruled.

3    BY MR. EKELAND:

4          Q.   You can answer.

5          A.   I can answer?

6          Q.   Yes.

7          A.   I was not aware at the time of course, I don't

8    know how I would be.  I am aware about that now.

9          Q.   And so you mentioned your music studio.

10   Whatever -- what, if anything, ever happened to your music

11   studio?

12         A.   It was operating for a number of years, three,

13   four years I think.  There were some people coming there

14   recording their projects.  We were also using it for making

15   our own content like the mental health related content, like

16   audio and video.  In the end, there were three people that

17   were in the studio project, and they all -- including me,

18   pretty much we all wanted to kind of go forward.  So we --

19   at one point, we just decided that we're going to sell it.

20         Q.   And did you sell it?

21         A.   That was the end of that, yes.

22         Q.   You mentioned -- you said you had three other

23   partners in the music studio?

24         A.   Two others.

25         Q.   As far as you were aware, did the United States

1    Government ever interview your partners?

2        A.   As far as I'm aware, no.

3        Q.   As far as you're aware, has the United States

4    Government interviewed any of your family or friends or

5    anybody in your life in Sweden regarding your -- any alleged

6    connection to Bitcoin Fog?

7        A.   No, as far as I know, they haven't.

8        Q.   And did anybody from either Swedish law

9    enforcement or the United States Government ever bother to

10   interview you before you were arrested?

11       A.   No, never.

12       Q.   As a matter of fact, I know you said you've had

13   limited access to discovery.  But in your review of your

14   discovery, have you seen any witness interviews of anyone?

15       A.   I haven't seen any interviews with anybody that I

16   know.

17       Q.   So I just want to turn your attention to paragraph

18   36 in the declaration.  I want you to just take a look at

19   that.  It says in 2021 you signed up for flight school?

20       A.   Yes.

21       Q.   Is that accurate?

22       A.   Yes.

23       Q.   And why, if you have a reason, did you sign up for

24   a flight school intensive in Sacramento, California?

25       A.   Well, I had no continuous income at that point, I

1    guess if you don't really count trading.  But I wasn't that

2    proficient in trading at that point yet.  I didn't know if I

3    was ever going to be.  Bitcoin was still going up a lot, but

4    I couldn't count on it still doing that forever, you know.

5    I looked for something to -- a source of income.  I looked

6    for a job or a project that I can do.  After researching for

7    a long while, I concluded that being a small aviation pilot

8    could be a good occupation for me.  I talked to several

9    pilots.  I thought that my -- that with my interests, I

10   could learn to be a pilot.  I know they could make good

11   money working in that field.  So I started researching

12   schools and the different licenses that you can have.

13           And it turns out that the U.S. FAA license is the

14   most practical one that you can have in the whole world,

15   because a lot of the small airplanes in the world are

16   registered in the U.S. and so you need the U.S. license.

17   There was a network of airports and schools in the U.S. that

18   is really extensive, it's really friendly for people trying

19   to learn that, so I decided that that would be a good bet.

20       Q.   And could you just briefly describe the program

21   that you signed up for?

22       A.   The program was going to be, I believe, a two-week

23   intensive where you are -- there's at least six hours of

24   actual flying training every day.  There's also

25   additional -- I believe two or more hours of training on the

1    ground.  This would allow you to get the first step of the

2    commercial aviation license in three weeks.  Of course, this

3    is not counting the time that I've spent before studying the

4    theoretical parts of the program.

5        Q.   And it was this flight school that you were headed

6    to when you were arrested at LAX, Los Angeles International

7    Airport, correct?

8        A.   I landed in LAX to -- with the main purpose to go

9    to my flight school, yes.

10       Q.   Just directing your attention to paragraph 37 in

11   the declaration.  You mentioned that you quarantined in

12   Russia before you arrived in Los Angeles.  Can you explain

13   why you did that?

14       A.   Yes.  So when I had already planned my training in

15   this flight school, I discovered that the U.S. at the time

16   still had COVID-19 related restrictions on who can enter the

17   country.  And for some reason, they had a restriction that

18   said that nobody who was in any country in the Schengen zone

19   in the EU for the last 14 days could enter the United

20   States.  Surprisingly -- somewhat surprisingly to me, Russia

21   was on the list of the few countries that the U.S. was

22   actually allowing people to enter from.  Since I had the

23   Russian passport, I just decided to go there for 14 days to

24   be allowed to enter into the United States so that I

25   wouldn't miss my intensive and expensive flight training.

page_number

1            Also, at the time, it's a strange fact, but a lot

2    of the flights around the world were being canceled like two

3    days or a day before.  Even if you had a ticket for like

4    weeks in advance, they would cancel a flight the day before.

5    Because I think so many airplanes were shut down or grounded

6    because of COVID-19, and the companies couldn't make it work

7    with the whole mess of the situation that that was.  But

8    surprisingly people on the internet wrote that most flights

9    from Moscow were actually keeping the schedule for some

10   reason.

11       Q.   Just for the record, Sweden is part of the

12   Schengen zone?

13       A.   Yes.

14       Q.   And you mentioned in paragraph 38 of your

15   declaration, I think, that you had -- you have four

16   passports.  Could you explain why you have four passports?

17       A.   Yes.  I am still a citizen of Russia, where I was

18   born.  In Russia, they make you have two passports, they

19   require you to have two passports.  Although they do that,

20   it's only one of those passports that can actually be used

21   for travel outside of Russia.  So really, it's more like one

22   passport unless you're in Russia.  This is why I had two

23   Russian passports, I'm required by law to have two passports

24   there.

25            I also had two Swedish passports, which were --

1   one is essentially a copy of the other one.  They're in the

2   same name, in my real name, of course.  I'm not sure, but I

3   think they might actually have the same passport number.

4   And they were issued by the Swedish government through the

5   official channels, the Swedish government knows about that.

6   There was nothing illegal or clandestine or whatever about

7   my two Swedish passports.  I try to bring all of my

8   passports with me wherever I travel, because I'm not trying

9   to hide anything, I'm not trying to hide any documents.  I

10   know that sometimes they ask -- on the border they can ask

11   for all of your passports and all of your documents, so I

12   just bring them with me.

13       **Q.**   And your Russian passports, just for clarity on

14   the record, those were legitimately issued by the Russian

15   government?

16       **A.**   Yes, of course my Russian passports were as well

17   fully legitimate.

18       **Q.**   And do you recall at some point in this

19   prosecution being accused of having fake passports?

20       **MR. BROWN:**  Objection, that misrepresents

21   (inaudible).

22       **THE COURT:**  You can answer the question.

23       **THE WITNESS:**  I certainly remember that it was at

24   least insinuated.

25   **BY MR. EKELAND:**

1      Q.   Just turning your attention to your arrest at Los

2   Angeles International Airport, or LAX.

3           THE COURT:  I'm sorry, I'm not entire following

4   what this has to do with the question of traceability.

5           MR. EKELAND:  I will connect --

6           THE COURT:  He's accused of having false --

7           MR. EKELAND:  I can connect, because the next

8   thing I'm going to discuss is the evidence that was seized

9   at the airport and what was on it.

10          THE COURT:  Okay.

11          MR. EKELAND:  And so -- and it also will go to his

12  initial pretrial services detention interview and the

13  conditions that that was conducted under, which the

14  government has made an issue.  So I will connect, Your

15  Honor.  If you think that's inadequate, please let me know.

16          THE COURT:  Okay.

17  BY MR. EKELAND:

18      Q.   So turning your attention, Mr. Sterlingov, to your

19  arrest which was on April 27th, 2021, correct?

20      A.   26th or 27th or something, yes.

21      Q.   Could you just briefly describe what happened when

22  you arrived at the airport?

23      A.   Yes.  As I was exiting the airplane and the

24  corridor, I was stopped by two agents that told me that this

25  was some kind of random check.  They did not tell me that I

1    was under arrest.  They took all of my luggage.  I was

2    brought to a room for inspection where they started going

3    through my luggage and started asking me a lot of questions.

4    I was answering all of their questions like I normally

5    always do, truthfully and calmly and just giving them the

6    facts.  This went on for almost like close to an hour.

7           After a while, they started asking really invasive

8    and personal questions.  I started to suspect that something

9    else was going on there.  After that hour, they moved me to

10   a different room.  I met four different agents.  At that

11   point, there was -- that was the first time that they told

12   me that I was under arrest.  At that point, I was shocked.

13   I didn't really understand what was going on.  After being

14   handled like that by the first agents and the second agents,

15   I was thinking that something fishy or something not right

16   was going on in that situation.  I told them that I wanted

17   to speak to an attorney.  They said okay.  After that, they

18   still continued to ask me some questions.  They continued

19   talking to me for another hour or so while they were also

20   transporting me to something like a holding facility.

21       Q.   You mentioned that they seized your luggage at the

22   airport when they arrested you.  Did I hear that correctly?

23       A.   Yes.

24       Q.   Just directing your attention to what's been

25   marked for identification as Defendant's Exhibit D, it's

1    behind tab D.  You can just take a quick look at that, and

2    look up when you're done.

3           (Witness reviews document)

4      **A.**   Yes.

5      **Q.**   Is that a fairly accurate list of what you were

6    carrying and that was seized from you at the airport?

7      **A.**   Yes.  Aside from some typos and some small

8    inaccuracies, yes, it's pretty much accurate.

9      **Q.**   Just directing your attention to control number

10   one, suitcase number one, the first entry there where

11   they're describing what's seized by the government.  It says

12   unlabeled DVD-R in jewel case, do you see that, and three

13   they say prepared SIM cards?

14     **A.**   Yes.

15     **Q.**   Why were you carrying those SIM cards?

16         **MR. BROWN:**  Objection, relevance.

17         **MR. EKELAND:**  This is directly relevant -- Your

18   Honor, the government has maintained that Mr. Sterlingov

19   operated Bitcoin Fog for 10 years and money laundered

20   $334,000,000.  They caught him with all his computers, his

21   SIM cards and cellphones.  This is directly relevant whether

22   or not he operated Bitcoin Fog.

23         **THE COURT:**  But that's not relevant to today's

24   proceeding, because under the Kaley decision, I have to rely

25   on the indictment for purposes of those allegations.

1     **MR. EKELAND:**  Your Honor, Luis, which supersedes

2     Kaley, makes very clear that the grand jury's

3     determination -- and I can give you the citation, I've got

4     it right here actually.  It's Luis v. United States, it's

5     2016, it's 136 S. Ct. 1083.  It makes it very clear that the

6     grand jury's determination as to probable cause does not

7     settle the traceability question.

8          **THE COURT:**  Agreed.

9          **MR. EKELAND:**  So I don't understand why -- I guess

10    my question is why that the evidence that was seized at the

11    airport, that all would go directly to him operating Bitcoin

12    Fog, when the government maintains that after his arrest

13    Bitcoin Fog stopped, has absolutely nothing on it that shows

14    that he ever operated Bitcoin Fog.

15         **THE COURT:**  But the allegation in the indictment

16    is that he operated Bitcoin Fog, and under Kaley, I need to

17    accept that finding of probable cause with respect to the

18    operation of Bitcoin Fog.  Although you're right, that the

19    question of traceability and whether the assets here are

20    traceable to that allegedly unlawful conduct.  But I have to

21    assume for purposes of these proceedings that he did -- that

22    he did what the indictment charges that he did, which is

23    operating Bitcoin Fog.

24         **MR. EKELAND:**  But the issue with traceability --

25    and here's the problem with this issue and why Kaley is a

1    bit confused --

2         THE COURT:  Well, whether it's confused or not,

3    it's binding on me.

4         MR. EKELAND:  Even Kaley says in footnote nine by

5    Justice Kagan that the traceability issue is separate.  But

6    the problem that you have here is that what the government

7    is alleging Mr. Sterlingov's money came from is that he's

8    getting royalty payments from the operation of Bitcoin Fog.

9    And the fact that if he's not operating it, that goes

10   directly to the traceability, because none of those funds

11   are coming from his operation.  It's a bit of a catch 22

12   here, right.

13        THE COURT:  It may be, but it's what the law is.

14   And the Supreme Court did distinguish between the inquiry

15   about whether he did what he's alleged to have done, and

16   whether the funds at issue are traceable to that conduct.

17   And with respect to the allegations in the indictment, I

18   think the Supreme Court was completely clear that the

19   probable cause that underlays -- or underlied the grand

20   jury's determination can't be revisited for purposes of this

21   proceeding.  The only thing we can now consider is whether

22   the funds at issue are traceable to that alleged unlawful

23   conduct.

24        MR. EKELAND:  Then, Your Honor, I'm just going to

25   note my objection for the record and make a proffer to say

1   that all this -- what this proffered testimony here would

2   show is that none of the funds are traceable, and that the

3   fact that --

4        THE COURT:  I'm not cutting you off, you can make

5   your record.  I'm just telling you what my understanding of

6   the law is here.  If you've got a gripe with that, you may

7   need to go to the Supreme Court pretty quickly.  But I can't

8   ignore what the Supreme Court has told me.

9        MR. EKELAND:  Well, given how many times this

10  issue has come up in front of the Court recently, that's

11  something I can really see happening.  Because this is a

12  fundamental right that we're talking about, and we are

13  talking about structural error if the determination is made

14  wrong.  You know, it's very serious.  When I look at the

15  case law here, the Court's all over the place.  And Luis --

16  but it's -- what's happened here, you've got essentially --

17  you're seizing funds pretrial, which is in derogation of the

18  common law.

19        And you're effectively preventing a defendant from

20  mounting a defense based on -- like I think this case is a

21  classic example, based on the flimsiest allegations without

22  any support.  They seize all his assets at the airport,

23  everything, all his computers, his diary, everything.  And

24  there's not a shred of evidence in it, not even of him

25  operating or any funds being traced to him.  In this entire

1  time, in the two and a half years of this case, nobody's

2  identified a single crime, a single specific crime that's

3  tied to Mr. Sterlingov, yet he's been in jail two and a half

4  years.

5          THE COURT:  Well, part of that is at your request

6  that we put off the trial.

7          MR. EKELAND:  What's that?

8          THE COURT:  That's in part at your request that we

9  put off the trial.

10          MR. EKELAND:  And we had no choice, because we

11  don't have 42 billion dollars for the government, and the

12  government has seized all his money pretrial.

13          THE COURT:  If there's no evidence, then there's

14  no reason you can't just go to trial and show that there's

15  no evidence.  I mean, if your point is that the government

16  to this day has unearthed not a single piece of evidence

17  tying Mr. Sterlingov to the operation of Bitcoin Fog, you

18  know, we can call a jury right away and we can go to trial

19  on that.

20          MR. EKELAND:  We are going to trial on that.

21          THE COURT:  I know, but you're the one who wanted

22  to -- my only point is I understand and I'm concerned about

23  how long Mr. Sterlingov has been in jail.  But that was his

24  decision and your decision to continue the trial date.

25          MR. EKELAND:  Yes, but it wasn't our decision to

1    incarcerate him pretrial.

2           **THE COURT:** Understood.

3           **MR. EKELAND:** That was fought like three times.

4           **THE COURT:** Well, I understand. Let me say this:

5    If you want to make your record, you're welcome to make your

6    record. I just want to make clear to you my understanding

7    of the law and that I'm bound by what the Supreme Court

8    says; and that even if you don't think it makes any sense,

9    it's binding on me. You can argue all day long with me

10   about whether what the Supreme Court said made sense or not,

11   but it's not going to move me in the slightest because I'm

12   bound by their decisions.

13          **MR. EKELAND:** Absolutely, Your Honor. I'm merely

14   noting I think I interpret the law differently than the

15   Court. And also, I think the Supreme Court is again

16   somewhat confused on this issue. One of the problems you

17   have here is that you really -- the question of whether --

18   of operating Bitcoin Fog and the traceability, they're

19   mixed. They're mixed together. It's like this kind of

20   artificial distinction that people are trying to make, like

21   this kind of cookie cutter approach to this, right. What's

22   very difficult about this case is we're being forced to

23   prove negatives.

24          The fact that they seized all his computers at the

25   airport and there's nothing on there that he's operating

1    Bitcoin Fog, that there's not a shred of evidence --

2         **THE COURT:**  Can I make a suggestion, this is legal

3    argument and we can get to the legal argument later.  Why

4    don't you finish with the examination.  You're welcome to

5    make your record, and then you can argue to me about the

6    Supreme Court precedents.  If I'm misunderstanding them, you

7    can explain to me why I'm misunderstanding them.  But why

8    don't we continue with the examination.

9    **BY MR. EKELAND:**

10        **Q.**   Yes, Your Honor, excellent.

11             So Mr. Sterlingov, I'm turning your attention back

12   to -- it says three prepared SIM cards.  What's a prepared

13   SIM card?

14        **A.**   I don't know what that is.  My best guess is it's

15   just a prepaid, it's a typo.

16        **Q.**   And why were you carrying SIM cards -- and you see

17   below it says mobile phones.  Why were you carrying SIM

18   cards with you and mobile phones with you?

19        **A.**   I use SIM cards for my phone, for my internet

20   connection, for -- yeah, for those things.

21        **Q.**   And you see -- taking you down -- I'll just speed

22   ahead a little bit here.  You see control number five in

23   suitcase one, it says that they seized an MSI laptop?

24        **A.**   Yes.

25        **Q.**   And that was your laptop?

1      A.   Yes.

2      Q.   It also says that they seized two Raspberry Pi

3  mini computers; is that correct?   That's on the bottom of

4  page one.

5      A.   Yes, I assume that's correct.

6      Q.   And then you see on the top of page two it says

7  that they seized storage cards and USB storage sticks?

8      A.   Yes.

9      Q.   And as you go down here, you can see number 11,

10  they seized another Raspberry Pi computer; is that correct?

11      A.   Yes.

12      Q.   And you see in number 14 it says they seized

13  financial documents and handwritten notes?

14      A.   Yes.

15      Q.   And then just directing your attention to the next

16  page.   You see on that page where they -- the government

17  seized more of your receipts and notes and handwritten notes

18  and IT documents?

19      A.   Yes.

20      Q.   And they seized all of that?

21      A.   I believe so.

22      Q.   And in all of that, in all those computers and all

23  those storage devices and everything, are you aware of a

24  single shred of evidence that you ever operated Bitcoin Fog?

25      A.   I don't see how there could be, and I'm not aware

1    of any, no.

2         **Q.**   And are you aware of a single piece of evidence in

3    all of that -- your computers, your hard drives that they

4    seized, and I believe they seized your diaries, that shows

5    that any of the funds that you had in any of your wallets

6    are traceable to any illicit proceeds or any kind of crime

7    whatsoever?

8         **A.**   No, not that I know of.

9         **Q.**   Are any of your proceeds at all in any of your

10   accounts traceable to any crime at all?

11        **A.**   No.

12             **MR. EKELAND:**  I pass the witness, Your Honor.

13             **THE COURT:**  Okay.  Cross-examination.

14        <u>**CROSS-EXAMINATION OF ROMAN STERLINGOV**</u>

15   **BY MR. BROWN:**

16        **Q.**   Good morning, Mr. Sterlingov.

17        **A.**   Good morning.

18        **Q.**   I'd like to re-center your testimony a little bit

19   and talk about the two Kraken accounts that are at issue

20   today.

21             Do you understand that this hearing is about those

22   two Kraken accounts, right?

23        **A.**   Yes.

24        **Q.**   And the first account was in the name of Roman

25   Sterlingov with account number AA68N84GQUXTDGMY, correct?

1    A.    I don't recognize that number.  I assume you're

2  referring to my personal Kraken account.

3    Q.    But you owned a personal Kraken account?

4    A.    A personal Kraken account.

5    Q.    And it's your understanding that the testimony

6  today is about that personal Kraken account, right?

7    A.    Yes.

8    Q.    And there was a second account, right?

9    A.    The VPN account?

10   Q.    There was a second Kraken account, correct?

11   A.    Which one is that?  Is that the account of the VPN

12  business?

13   Q.    There was an account in the name of To the Moon,

14  LTD at Kraken, correct?

15   A.    Yes.

16   Q.    And that was your account, right?

17   A.    That was the account of the business.

18   Q.    Of the business.  There was another account holder

19  on that, right?

20   A.    There was -- I'm not sure about that.  I'm certain

21  that what they require you to have is something they call an

22  ultimate beneficial owner.  And I do believe that that was

23  me, that was set to my name.

24   Q.    So To the Moon, LTD was a Malta corporation,

25  right?

1      A.    Yes.

2      Q.    And was there some requirement for a Malta

3  corporation that you had a Maltese citizen on an account

4  that was a business account?

5      A.    Yes.

6      Q.    But to your knowledge, that was really your

7  account, you were the real person controlling that account,

8  right?

9      A.    I was controlling the business, and the business

10  controlled the account.

11      Q.    Well, let's just make sure that we're clear on

12  this.  Is this your account, To the Moon, LTD?

13      A.    This is the account that belongs to the business.

14      Q.    Do you have a claim to the funds in the To the

15  Moon, LTD account?

16      A.    What does that mean?  I don't understand.

17      Q.    Do you have a right to use the funds in To the

18  Moon, LTD to spend as you like?

19      A.    If they're in the business, then I would say no.

20  If you're asking if by virtue of being -- of that business

21  being my business, if I can take the money out of the

22  business and then use it for any personal uses, then I would

23  say yes.

24      Q.    So it is your account effectively, correct?

25      A.    It is the account of the business.  I don't think

1    it's my personal account, no.  It's not my personal account.

2        Q.   It's not your personal account, you don't have a

3    right to use funds in that account for your personal

4    expenses?

5        A.   I do not.

6        Q.   Now, the --

7        A.   I'm not sure actually --

8        Q.   There's no question in front of you right now.

9        THE COURT:  I'm sorry, if he wants to clarify his

10   answer, he can do so.

11   BY MR. BROWN:

12       Q.   Okay.

13       A.   I'm not sure if there's any law regarding that in

14   Malta or however that works, but that would not be I guess

15   the right way to do business certainly.

16       Q.   Now, would it be fair to say that you opened the

17   account in the name of Roman Sterlingov on May 18th, 2014?

18       A.   Which account?

19       Q.   The account in your own name at Kraken.  Roman

20   Sterlingov is your name, right?

21       A.   Yes.

22       Q.   And you opened an account in the name of Roman

23   Sterlingov on May 18th, 2014; is that correct?

24       A.   I'm not sure, it could be correct.  I don't

25   remember the exact date.

1    **Q.**   You don't remember the exact date, but --

2           **THE COURT:**  I'm sorry, it's impossible for the

3    court reporter if you're talking at the same time.  So make

4    sure you give each other a chance to finish and then

5    proceed.

6    **BY MR. BROWN:**

7    **Q.**   Yes, Your Honor.  Do you have any reason to

8    believe it was not in May of 2014 that you opened that

9    account?

10   **A.**   I just don't have the exact memory of the date.

11   **Q.**   And the Kraken account in the name of To the Moon,

12   LTD, was that opened on May 24th, 2014?

13   **A.**   I don't know.  I don't know that it was not.

14   **Q.**   Does that sound plausible to you, that it was

15   opened in May of 2014?

16   **A.**   It could be, yes.

17   **Q.**   It could be.  Do you have any reason to believe it

18   was not opened in May of 2014?

19   **A.**   Like I said, no, I do not.

20   **Q.**   In this proceeding, we're also talking about a

21   LocalBitcoins account.  Do you understand what I am

22   referring to when I talk about LocalBitcoins or

23   LocalBitcoins.com?

24   **A.**   Yes.

25   **Q.**   And LocalBitcoins is a website where you can

1    advertise for buying and selling Bitcoin, right?

2         A.   Yes.

3         Q.   And you can also keep money on account with your

4    LocalBitcoins account, right?

5         A.   Yes.

6         Q.   And you had a LocalBitcoins account with the user

7    name of GothenCoin, correct?

8         A.   Yes.

9         Q.   And that was registered in your true name, in the

10   name of Roman Sterlingov, right?

11        A.   Yes, I believe so.

12        Q.   Do you have or have you ever had any other

13   LocalBitcoins accounts?

14        A.   I'm not sure.  I could have, I could have not.

15        Q.   What level of confidence do you have that you may

16   have had any other LocalBitcoins accounts?

17             MR. EKELAND:  Objection.

18             THE COURT:  What's the objection?

19             MR. EKELAND:  Calls for speculation.

20             THE COURT:  Overruled.

21   BY MR. BROWN:

22        Q.   You can answer.

23        A.   I really couldn't tell you, I don't know.

24        Q.   So you really cannot say whether or not that was

25   your only LocalBitcoins account?

1    **A.**   Over the years, I had numerous accounts on wallets

2    and services.  As an enthusiast, I was trying different

3    services and accounts.

4    **Q.**   And LocalBitcoins is just one service, right?

5    **A.**   Right.

6    **Q.**   But you think you may have opened more than one

7    account on that one service, right?

8    **A.**   It is possible, I don't know.

9    **Q.**   If you opened another account on

10   LocalBitcoins.com, what would your user name have been?

11   **A.**   I don't know.

12   **Q.**   Would you have registered under your true name

13   Roman Sterlingov or used a different name?

14   **A.**   I don't remember if LocalBitcoins was a website

15   that was enforcing real names.  I know it was not a bank.  I

16   don't think it was a financial institution.  I don't know if

17   it -- I don't remember if it required you to give any name.

18   **Q.**   In this particular case, you did register an

19   account using your name on LocalBitcoins, correct?

20   **A.**   The GothenCoin account, is that the one you're

21   talking about?

22   **Q.**   The question is before you.  Did you register a

23   LocalBitcoins account in your own name of Roman Sterlingov?

24   **A.**   I think so.

25   **Q.**   You think so?

1      A.    Yes.

2      Q.    If you could -- do you have the government

3  exhibits in front of you?

4      A.    No.

5           MR. BROWN:   Your Honor, may I approach the

6  witness?

7           THE COURT:   You may, but let me ask you, what

8  would be a good time to take a break?  Do you want to take a

9  break now or I'm happy to give you a few more minutes?

10 Whatever you want.

11          MR. BROWN:   Your Honor, if I could just follow

12 through with this line of questioning.

13          THE COURT:   That's fine.  You can approach the

14 witness.

15 BY MR. BROWN:

16     Q.    Thank you.  Mr. Sterlingov, if you turn to the

17 very last page in that notebook -- I believe I had it opened

18 to that last page when I handed it to you, there's an

19 exhibit that's marked as Government's Exhibit 25.

20          Do you see that?

21     A.    I see that.

22     Q.    And this is -- these are account records that were

23 produced to the government from LocalBitcoins.com related to

24 an account.  Do you see the -- up near the top there's a

25 line that says account user name, and then below that

1   there's a line that says real name.

2           Do you see those two lines at the top?

3       A.   Yes.

4       Q.   And at the very top it says account user name,

5   GothenCoin, right?

6       A.   Yes.

7       Q.   And then below that it says real name, Roman

8   Sterlingov, right?

9       A.   Yes.

10      Q.   And so when you registered this account on

11  LocalBitcoins, you gave your real name, right?

12      A.   Yes, it appears so.

13      Q.   If you registered any other accounts on

14  LocalBitcoins, would you have given your real name or would

15  you have given a fake name?

16      A.   I don't know if I would have given a fake name.  I

17  don't know an answer.  I know that whenever I'm on the

18  internet in general and giving any sort of information, if

19  it's not a banking institution that requires me to have

20  my -- to verify my identity, sometimes I'm reluctant to just

21  give every website all the information about myself.  I

22  don't know if that was the case with any other account.

23      Q.   Are there cryptocurrency exchanges that don't

24  require that they verify your identity?

25      A.   I don't know.

1      Q.   To your knowledge -- so LocalBitcoins was an

2  example, this was a service where you actually sent and

3  received Bitcoin from LocalBitcoins, right?

4      A.   Yes.

5      Q.   Are there any other services that you signed up

6  for where you sent and received Bitcoins where you did not

7  use your real name when you set up the account?

8      A.   Where I sent and received, are you talking about

9  trading in person or are you talking about any sort of

10  wallet period?

11      Q.   So LocalBitcoins, it's a third party, right?

12      A.   Okay.

13      Q.   It's a company, right?

14      A.   Okay.

15      Q.   Do you -- yes or no?

16      A.   Yes.

17      Q.   And you can sign up for a service on

18  LocalBitcoins, right?

19      A.   Yes.

20      Q.   And you set up an account, right?

21      A.   Yes.

22      Q.   And you use that account to do a few things.  But

23  one of the things that you can do is you have a Bitcoin

24  account on LocalBitcoins, and you can send money to it and

25  you can take money out of it, correct?

1    **A.**   Are you talking about a wallet?  I think they call

2    it a wallet usually, okay.

3    **Q.**   So you have a wallet on LocalBitcoins, right?

4    **A.**   Yes.

5    **Q.**   Are there any other services that you have signed

6    up for where you have a Bitcoin or other cryptocurrency

7    wallet where you did not sign up in your true name of Roman

8    Sterlingov?

9    **A.**   I mean, certainly I think there are wallets that

10   don't even ask for your name, or if they ask for your name,

11   they don't enforce it.  It is possible that I've at some

12   point registered for a service like that and did not give

13   them a name --

14   **Q.**   What --

15   **A.**   -- or I did not verify my account.

16   **Q.**   What other names would you have used when signing

17   up for cryptocurrency accounts?

18   **A.**   I don't use any other names.  I don't know.

19   **Q.**   Do you ever use the name Max?

20   **A.**   Max is -- yes, Max is my first name in Sweden.

21   When we first moved to Sweden, I had encountered a fair

22   amount of -- I don't know if you want to call it racism or

23   just prejudice against Russian people.  So whenever I would

24   introduce myself as Roman, that would make the person I'm

25   talking to be prejudiced against me -- which I noticed

1    several times.  So in Sweden, I've used the name Max because

2    it's a Swedish name.

3         Q.   And do you ever go by the name of Max Power?

4         A.   Max Power is just my Facebook account name.

5         Q.   So would it be possible that you signed up for

6    other cryptocurrency accounts in the name of Max, in the

7    name of Max Power or other names that are not your legal

8    name?

9         A.   I'm not sure, I think it's unlikely.  Because

10   whenever -- if there is an account where they wanted to

11   verify my legal name -- like if it's a bank or if it's an

12   exchange that is regulated, they always ask for your legal

13   name and I always give my legal name.  But I'm not sure if

14   I've ever used Max on any websites that don't require you to

15   verify your account.

16        Q.   And to your knowledge, was LocalBitcoins a website

17   that required you to verify your account?

18        A.   I'm not sure, I think they've been changing that.

19        Q.   When you --

20        A.   I think at some point they did not --

21        Q.   -- did -- I'm sorry.

22             THE COURT:  Go ahead, you can go ahead.

23             THE WITNESS:  I'm not sure, I think maybe at one

24   point they did not.  I'm just not sure.

25   BY MR. BROWN:

1      Q.   But you signed up for an account on LocalBitcoins,

2  right?

3      A.   Right.

4      Q.   And when you did, did they verify your account --

5  did they verify your identity as Roman Sterlingov?

6      A.   I don't remember.  Here it says not verified in

7  this document.

8      Q.   But you're reading the document.  The question is

9  do you have a recollection of your identity being verified

10  when you signed up for LocalBitcoins?

11      A.   I do not have --

12      Q.   It's a yes or no question.

13      A.   I do not have a recollection of that.  If it was,

14  it seems like a trivial, everyday thing that happens on some

15  of the websites.  I don't know if I would have remembered

16  that.

17      Q.   So to sum it up, it's your testimony that this is

18  your LocalBitcoins account, the GothenCoin account in the

19  name of Roman Sterlingov, and you're not sure if you had any

20  other Bitcoin accounts; is that accurate?

21      A.   Yes.

22           MR. BROWN:   The government moves to admit

23  Government's Exhibit 25.

24           THE COURT:   Any objection?

25           MR. EKELAND:   No objection.

1         **THE COURT:**  Exhibit 25 is admitted.

2         (Government Exhibit 25 admitted into evidence)

3         **MR. BROWN:**  I'm happy to take a break now, Your

4    Honor.

5         **THE COURT:**  Let's go ahead and take a 15-minute

6    break, and we'll come back at five minutes of 12:00.

7         (Recess taken at 11:45 a.m.)

8         (Back on the record at 12:10 p.m.)

9         **THE COURT:**  Mr. Brown, you may continue.

10   BY MR. BROWN:

11        **Q.**   Hello again, Mr. Sterlingov.

12        **A.**   Hello.  Excuse me, I would just like to mention

13   that from the questions that you asked earlier, it seemed to

14   me that it -- you kind of made it sound like I was using the

15   To the Moon VPN Kraken account for like my personal -- some

16   sort of personal usage, like I was abusing the company for

17   doing something for myself personally.  I'd just like to

18   state that I don't think that ever happened.  I also -- I

19   don't know --

20        **Q.**   Mr. Sterlingov, this will go faster if you wait

21   for a question to be asked.  You will have an opportunity

22   after cross-examination when your lawyer can get up and ask

23   you questions if there's any part of your testimony that you

24   feel the need to explain further.  But right now, just to be

25   efficient about this, this will go better if I ask the

1      questions and you answer.

2          A.   Okay.

3          Q.   Now, we were just on break, right?

4          A.   Yes.

5          Q.   And you are still under oath, correct?

6          A.   Yes.

7          Q.   Did you -- during the break, did you speak to your

8      lawyers or anyone else about the subject matter of your

9      testimony?

10         A.   No.

11         Q.   Now, your lawyers submitted a document called the

12     declaration of Roman Sterlingov, right?

13         A.   Yes.

14         Q.   And that's been admitted as Defense Exhibit A,

15     correct?

16         A.   Yes.

17         Q.   And that's your declaration that represents, in

18     part, your testimony before this Court, right?

19         A.   Yes.

20         Q.   And you reviewed it before your lawyers submitted

21     it, right?

22         A.   Yes.

23         Q.   And you signed it, correct?

24         A.   Yes.

25         Q.   And you stated in paragraph 54 of that

1    declaration:  "It was a common security practice of mine to

2    mix any assets through Bitcoin Fog before depositing them

3    into my Kraken account," right?

4        A.   Yes.

5        Q.   And that's true, right?

6        A.   It's true.

7        Q.   And is it true that you mixed most, if not all, of

8    the deposits into that Kraken account through Bitcoin Fog

9    before depositing them?

10       A.   Yes.

11       Q.   And just for the sake of clarity, we're talking

12   about both those accounts, the Roman Sterlingov and To the

13   Moon, LTD, right?

14       A.   Yes, although I don't have exact recollection of

15   every transaction.  But in general, that describes the

16   general picture, yes.

17       Q.   But it was your practice in general to mix Bitcoin

18   through Bitcoin Fog before you deposit it into either of

19   those Kraken accounts, correct?

20       A.   At some point before that, yes.

21       Q.   And that's because sometimes the money went from

22   Bitcoin Fog to LocalBitcoins or somewhere else before it

23   ended up in the Kraken accounts, right?

24       A.   It seems like that -- those transactions that

25   you're talking about have happened.  I would really like

1  to -- I saw in the document that you have submitted that it

2  sounds like those are the transactions that you are trying

3  to call layering or --

4      Q.   We'll get to this, Mr. Sterlingov.  There's no

5  question before you right now.  I'll walk through this.  And

6  like I said, your lawyer will have an opportunity --

7      A.   Okay, I would like to return to that.

8      Q.   Your lawyer will let you have an opportunity to

9  explain anything further that came up during

10  cross-examination.

11          But it's fair to say that most, if not all, of the

12  funds that went into those two Kraken accounts at some point

13  went through Bitcoin Fog, right?

14      A.   Yes.

15      Q.   Now, have you read the declaration that the

16  government submitted by FBI staff operations specialist Luke

17  Scholl?

18      A.   Not in full, no.

19      Q.   Are you familiar with that document, have lawyers

20  showed it to you?

21      A.   I'm not sure.

22      Q.   You're not sure.  Have your lawyers discussed with

23  you an FBI analysis --

24          **MR. EKELAND:**  Objection, Your Honor.  This is

25  privileged -- he's asking for privileged --

1          **THE COURT:**  Sustained.

2     **BY MR. BROWN:**

3          **Q.**   Withdraw the question.

4          Mr. Sterlingov, do you have an understanding that

5     an FBI employee has prepared an analysis and filed a

6     declaration before the Court about those two Kraken

7     accounts?

8          **A.**   Yes.

9          **Q.**   And do you have an understanding of the contents

10    of that declaration?

11         **A.**   No, not in detail, no.

12         **Q.**   And if the conclusion of that declaration was that

13    one could trace Bitcoin from Bitcoin Fog directly or

14    indirectly to those two Kraken accounts, would you disagree

15    with that?

16         **A.**   Conclusion that what?

17         **Q.**   Let me rephrase the question.

18         **THE COURT:**  Isn't this asked and answered?  Hasn't

19    he already testified that he agrees that the funds in the

20    two Kraken accounts were -- could be traced directly or

21    indirectly to Bitcoin Fog?  I thought --

22         **MR. BROWN:**  Yes, Your Honor, and I will withdraw

23    the question.

24         **THE COURT:**  Okay.

25    **BY MR. BROWN:**

1     Q.   I think the point has been made.

2     A.   I would please like to return to that question

3 afterwards.

4          MR. BROWN:  Well, Your Honor, may I -- it sounds

5 like the witness wants to --

6          THE COURT:  You can follow up, yes.

7 BY MR. BROWN:

8     Q.   So Mr. Sterlingov, so those two Kraken accounts,

9 do you agree or disagree that most, if not all, of the funds

10 in those two Kraken accounts comes directly or indirectly

11 from Bitcoin Fog?

12    A.   Well, no, they don't come from Bitcoin Fog, they

13 come through Bitcoin Fog.

14    Q.   Okay.

15    A.   They come from my own funds that I was mixing

16 using Bitcoin Fog.  They don't originate in Bitcoin Fog.

17    Q.   So it's your testimony that the funds started

18 someplace else before they went to Bitcoin Fog, right?

19    A.   Yes.

20    Q.   But you have no disagreement with the conclusion

21 that funds came from Bitcoin Fog to your Kraken accounts,

22 whether directly or indirectly?

23    A.   Yes.

24    Q.   Now, you testified on direct about how the

25 government has never interviewed you or anybody that you

1    know, right?

2         **A.**    Right.

3         **Q.**    Now, what are some of the names of individuals

4    that the government should interview to get a better sense

5    of your story?

6         **A.**    Members of my family, my friends in Sweden.

7         **Q.**    So do you remember the names of any of your

8    friends in Sweden who would have information relevant to

9    this case?

10        **A.**    Relevant to what specifically, to my --

11        **Q.**    Mr. Sterlingov, you testified on direct

12   examination that oh, the government has never interviewed

13   any of my friends about my activities in Sweden.  Which

14   friends are you thinking of?

15        **A.**    Any.

16        **Q.**    What are their names?

17        **A.**    Do you want the names of every person that I've

18   ever met in Sweden?  I don't understand the question.

19        **Q.**    If you believe that your friends have relevant

20   information related to this case, what are their names?

21             **MR. EKELAND:**  Objection, Your Honor.  Mr. Brown's

22   question misstates the defendant's testimony.  The defendant

23   never testified that any of his friends have any relevant

24   information.  His testimony was that the government never

25   bothered to interview anybody in Sweden regarding what

1    happened.

2            **THE COURT:**  Well, you can rephrase the question in

3    light of that, Mr. Brown.

4    **BY MR. BROWN:**

5        **Q.**   You testified that the government never bothered

6    to interview anybody who knew you in Sweden, right?

7        **A.**   As far as I know, yeah.

8        **Q.**   Now, what names of individuals in Sweden would you

9    believe would have relevant information related to this

10   case, related to your guilt or innocence in this case?

11           **MR. EKELAND:**  Objection, Your Honor.

12           **THE COURT:**  Overruled.

13   **BY MR. BROWN:**

14       **Q.**   You can answer the question.

15       **A.**   Okay.  Are you asking -- what do you mean by

16   relevant information?

17       **Q.**   I will move on.  Now, you also testified on direct

18   examination that the government never bothered to talk to

19   you or interview you; is that correct?

20       **A.**   Right, that's correct.

21       **Q.**   Isn't it true, though, that we actually met

22   before, right?  Isn't it true that -- met before you

23   appeared in this courtroom, let me put it this way.  We met

24   at Northern Neck Regional Jail, right?

25       **A.**   Yes.

1     **Q.**   And that's because the government went out with my

2   co-counsel and agents to go present evidence to you in

3   something that we call a reverse proffer, right?

4     **A.**   Yes.

5     **Q.**   And your attorney was present there, right?

6     **A.**   My public defender at the time was present.

7     **Q.**   Right, because you had two attorneys, you had the

8   public attorney and Max Nemtsev at the time.  So your public

9   defender was there, right?

10    **A.**   Maksim Nemtsev could not represent me in this case

11  because he cannot operate in D.C., so I did not have two

12  attorneys for this case.

13    **Q.**   Is Max Nemtsev your attorney or not?

14    **A.**   Yes.

15    **Q.**   He is your attorney?

16    **A.**   Yes.

17    **Q.**   And he was your attorney at the time that you were

18  represented by the Federal Public Defender, correct?

19    **A.**   Yes.

20    **Q.**   So isn't it also true that we offered to let you

21  come in and conduct something called a proffer, which is

22  where you speak to the government and you can tell us

23  anything that you want, right?

24    **A.**   I'm not completely sure as I understand your

25  conversation was with my attorney.  We did speak shortly

1    when I was there, so I don't know exactly what was said.

2         **Q.**   Let me interrupt you.  I'm not asking about what

3    you discussed with your attorney, and I don't want you to

4    tell me.  But do you understand that the government has

5    offered to let you come in and tell us anything that you

6    want?

7         **A.**   Yes, I understand that, that the government has

8    offered this after arresting me, putting me in Northern Neck

9    Regional Jail without access to my family, to my friends.

10   This is also after --

11        **Q.**   Excuse me, do you also understand --

12            **MR. EKELAND:**  Your Honor, he keeps --

13            **THE COURT:**  Yes, I'm sorry?

14            **MR. EKELAND:**  Mr. Brown keeps interrupting my

15   client's answers before he finishes.

16            **MR. BROWN:**  These are yes or no answers.

17            **THE COURT:**  You're interrupting each other right

18   now.  There's not going to be any interrupting in this

19   courtroom.  So let him finish his answers, and everyone

20   should avoid speaking over one another.

21   **BY MR. BROWN:**

22        **Q.**   All right.  You can finish your answer.

23        **A.**   Yes, what I said before was that nobody from any

24   government has ever approached me with any questions -- with

25   anything related to this case before my arrest.  Of course,

1    after my arrest and after me being locked up, being

2    jailed -- at the point of my arrest, I was talking to the

3    agent at the beginning of my arrest, I was already talking

4    to the agents, and I was completely open and I was

5    completely truthful.  The farther that went, the worse my

6    situation got.

7            Afterwards, I found out that even the things that

8    I told them there, they have already -- even though they're

9    not related to the case, they still try to use them against

10   me.  So I'd just like to say that that's quite a different

11   situation than if somebody would come to me before arresting

12   me and asking me whatever, do you know anything about this,

13   about this, about this person, about this person.  Yes,

14   thank you.

15       Q.   And do you also understand that the government's

16   offer to let you proffer would be accompanied by something

17   called a proffer letter which gives you legal protection and

18   prevents the government from using what you tell us during

19   the proffer session against you in a criminal proceeding?

20       A.   I do not know all the details and implications of

21   that, I do not.

22       Q.   Now, Mr. Sterlingov, I'd like to sort of clarify

23   the timeline of your declaration.  You testified that you

24   began buying Bitcoin -- when did you begin buying Bitcoin?

25       A.   It must have been somewhere around 2010.

1    Q.    And you were active in the Bitcoin community,

2    right?

3    A.    Somewhat.

4    Q.    And you were active -- you testified about going

5    to meet-ups and hosting people in your apartment, right?

6    A.    Yes.

7    Q.    And you were also active online, right?

8    A.    Yes.

9    Q.    And you posted on the forum website called

10   BitcoinTalk.org, correct?

11   A.    I think I had an account, yes.

12   Q.    And you posted under the name or the moniker of

13   Killdozer, is that correct?

14   A.    That's an account that I was using -- I'm not sure

15   if I was the only one using that account.  It was common

16   practice if somebody didn't have an account, we could share

17   them.

18   Q.    Who did you share the Killdozer account with?

19   A.    I don't have any specific recollection at this

20   point, I just know it was a common occurrence.

21   Q.    It was a common occurrence to share the Killdozer

22   online account on BitcoinTalk.org?

23   A.    I'm not sure about that account specifically, I'm

24   talking in general about online accounts.  Like when -- if

25   somebody didn't have an account on a certain platform and

1    somebody else did and they needed to share that, that could

2    happen.

3        Q.    So is it your testimony that you shared the

4    Killdozer account with another specific individual?

5        A.    I do not have any specific recollection of that.

6        Q.    Do you believe -- if you had shared that account

7    with another individual, how would you have done it?

8            MR. EKELAND:  Objection, calls for speculation.

9            MR. BROWN:   I'm asking for his recollection.

10           THE COURT:  Overruled.  You can answer.

11   BY MR. BROWN:

12       Q.    How would you have shared that account with

13   another specific individual?

14       A.    Typically if we're hanging out at the same place

15   and somebody needs to do something on a platform and they

16   don't have an account, you would give them the account.

17   It's typically for like a smaller purpose, for a smaller

18   task.

19       Q.    And what sort of smaller tasks would somebody be

20   doing on the BitcoinTalk.org forum that required them to use

21   the Killdozer account?

22       A.    Like I said, I don't know specifically about this

23   account, I'm just saying about the general -- like the

24   things that were happening in general with accounts on

25   various platforms.

1      Q.    I'm not asking about accounts on general

2 platforms -- in general, I'm asking about BitcoinTalk.org

3 and the Killdozer account.  What specific task would

4 somebody need to conduct that would require them to use the

5 Killdozer account?

6      A.    I'm not sure.  It's a forum, right, post something

7 on a forum, I don't know.  I don't know, I don't have any

8 specific recollection of that.

9      Q.    Okay.  But you believe it's likely that you shared

10 that account?

11     A.    Yes, it's possible.

12     Q.    And whom would you have shared the account with?

13     A.    It would be some people that I was hanging out.

14     Q.    Do you remember any names of people you were

15 hanging out with who might have shared that account with

16 you?

17     A.    Like I said, I don't remember specifically sharing

18 that account, so I don't have any particular like instances

19 where that would have happened.

20     Q.    So you have --

21     A.    I just mentioned it in general, because that's

22 what we were doing with various accounts.

23     Q.    You have no recollection of ever sharing the

24 Killdozer account, right?

25     A.    I do not.

1    Q.   Do you think it's unlikely that you ever shared

2    the Killdozer account with another person?

3    A.   I don't know.

4    Q.   You don't know.  And you can't remember the names

5    of a single person with whom you might have shared that

6    account?

7    A.   I don't have a specific recollection.  I don't

8    want to speculate under oath.

9    Q.   Do you have a sense of what their names might have

10   been or where you knew them from?

11   A.   No.  Like I said, I don't have any specific

12   recollection of that happening with that particular account.

13   Q.   Mr. Sterlingov, could you turn to what's been

14   marked as Government's Exhibit 20.

15   A.   I don't have the folder.

16       MR. BROWN:  Your Honor, may I approach?

17       THE COURT:  You may.

18   BY MR. BROWN:

19   Q.   Mr. Sterlingov, do you recognize Government's

20   Exhibit 20?

21   A.   Yes.

22   Q.   So this is an account summary for an account on

23   BitcoinTalk.org, right?

24   A.   Yes, it looks like that.

25   Q.   It's an account summary for an account in the name

1  of Killdozer, correct?

2       A.   Yes.

3       Q.   And this is your account, right?

4       A.   I was primarily using that account, yes.

5       Q.   You were primarily using that account, and you

6  don't recall if you ever shared it with somebody else,

7  correct?

8       A.   I don't recall any specific instances of sharing

9  that account.  I know that sharing was a common thing that

10  was happening with this type of account.

11            MR. BROWN:  Your Honor, may I approach?

12            THE COURT:  You may.

13  BY MR. BROWN:

14       Q.   Mr. Sterlingov, I've just handed you what's been

15  marked as Government's Exhibit 19.  Do you recognize this

16  document?

17       A.   I don't really recognize it.  It looks like an

18  e-mail.

19       Q.   And this is an e-mail from Heavydist@gmail.com?

20       A.   It looks like it.

21       Q.   Heavydist@gmail.com was your e-mail account, one

22  of them?

23       A.   Yes.

24       Q.   The name associated with this account is Roman

25  Heavydist, right?

1    **A.**    Right.

2    **Q.**    Now, this e-mail is in Swedish, right?

3    **A.**    Yes.

4    **Q.**    But you can understand Swedish?

5    **A.**    Yes.

6    **Q.**    And you wrote this e-mail in the first place,

7    didn't you?

8    **A.**    I have no reason to believe that I did not.  I

9    don't remember writing it.  But this is in 2012, I don't --

10    **Q.**    Now, could you take a moment and read just the

11    first line of that e-mail?

12    **A.**    Yes.

13    **Q.**    And do you understand that first line, correct?

14    **A.**    Yes.

15    **Q.**    Now, at trial we will have translators who have

16    translated all these e-mails.  We don't have them here

17    today.  But you understand that e-mail, don't you?

18    **A.**    Yes.

19    **Q.**    And could you translate for the Court, what does

20    that first line say in English?

21    **A.**    It says:  "Hi Maks" -- which is a Swedish name, "I

22    am a guy from Gothenburg.  You can find me on Bitcoin.se and

23    BitcoinTalk as 'Killdozer.'"

24    **MR. BROWN:**  Your Honor, the government moves to

25    admit Government's Exhibits 19 and 20 at this time.

1      **THE COURT:**  Any objection?

2      **MR. EKELAND:**  No objection, Your Honor.

3      **THE COURT:**  19 and 20 are admitted.

4      (Government Exhibits 19 and 20 admitted into evidence)

5  **BY MR. BROWN:**

6      **Q.**  So you, as Killdozer, first started posting in

7  August of 2011, correct?

8      **A.**  I'm not sure, that could be the case.  I don't

9  remember everything from 2011.

10     **Q.**  Indeed you do not, Mr. Sterlingov.  Now moving on,

11  you stated that you started working for a marketing company

12  called Capo Marknadskommunikation, correct?

13     **A.**  Yes, that's what I stated.

14     **Q.**  And what were your duties at Capo

15  Marknadskommunikation?

16     **A.**  I was a junior worker.  Like I said, I worked with

17  various small jobs that they had, whether it's data entry or

18  printed catalogs or websites.

19     **Q.**  And you started -- I forget what your testimony

20  was.  What was the approximate year, was it 2009 when you

21  started?

22     **A.**  When I started at Capo Marknadskommunikation?

23     **Q.**  Yes.

24     **A.**  Maybe even earlier, 2008 or 7.

25     **Q.**  And during that time, what were the names of your

1    supervisors at Capo?

2         A.    One of my supervisors were this Peter Gustafson.

3         Q.    That was one of them.  Were there any others?

4         A.    They were different -- they changed a lot.  I

5    think they had somebody named Tobias, I don't remember the

6    last name.

7              **THE COURT:**  I'm not quite sure where you're going

8    with this, but I don't think this is simply an opportunity

9    to take discovery, if that's what's going on.

10             **MR. BROWN:**  Yes, Your Honor.  We'll get there, but

11   it gets to just his ability to recollect the nature of his

12   work at Capo and how he claims to have earned this money.

13             **THE COURT:**  Okay.

14   **BY MR. BROWN:**

15        Q.    So was it full-time or part-time?

16        A.    It was full-time.

17        Q.    So did you go into an office at Capo?

18        A.    Certain days we had to be in the office, certain

19   days we could work from home.

20        Q.    And did you receive a salary or was it -- was the

21   pay structured in some other way?

22        A.    There was a salary.

23        Q.    And what was your salary?

24        A.    I think somewhere around 25,000 kroners.  It's

25   like 2,500 in U.S.

1      **Q.**    Around 2,500 U.S.?

2      **A.**    Yeah.

3      **Q.**    And was that a monthly salary?

4      **A.**    Yes, yes, that's a monthly.

5      **Q.**    Did you receive payment for individual projects or

6  was it only that salary?

7      **A.**    I think it was pretty much only salary.

8      **Q.**    You also testified on direct that you did some

9  freelance work, right?

10      **A.**    Right.

11      **Q.**    And what was the timeframe for when you were doing

12  freelance work?

13      **A.**    I was doing it throughout the years.  A lot of

14  freelance projects were really small.  I just don't know

15  what else to call them.  They were more like tasks or

16  assignments.

17      **Q.**    What was the most that you ever earned from a

18  single freelance project?

19      **A.**    I'm not sure.  I want to say somewhere around

20  10,000 kroners, but I'm really not sure because they were

21  really different, all of them.

22      **Q.**    And 10,000 kroners would be around --

23      **A.**    A thousand dollars U.S.

24      **Q.**    And what was your rent while you were in

25  Gothenburg?

1      **A.**   5,000 kroners.  It went up during -- through the

2   years, but around 5,000.

3      **Q.**   And that's monthly?

4      **A.**   Yes.

5      **Q.**   And when did you end your employment at Capo?

6      **A.**   It must be 2013 I think.

7      **Q.**   In your declaration, I think it says 2013/2014.

8   Can you be a little bit more specific about when that was?

9      **A.**   I cannot, I don't remember exactly.

10     **Q.**   Would it have been closer to the end of 2014,

11  right in the middle, closer to the beginning of --

12     **A.**   I cannot be any more specific, I don't remember.

13  I don't have any access to any of my files either, I'm

14  locked up, so I can't --

15     **Q.**   At some point in 2013 or 2014, you took a

16  six-month break from Capo, correct?

17     **A.**   Yes.

18     **Q.**   And at the end of that six-month break, you

19  decided not to return to your job, correct?

20     **A.**   Yes.

21     **Q.**   Now, this wasn't in your declaration, but on

22  direct you also stated that you also periodically came back

23  to do individual projects with Capo, right?

24     **A.**   Yeah, like one or two times.

25     **Q.**   One or two times.  Now, you started buying Bitcoin

1   in -- was it 2011?

2        A.   I think it was around 2010.

3        Q.   Okay.  And you testified -- or you stated in your

4   declaration that after you took your leave of absence from

5   Capo and then never went back full-time, from that time

6   forward you lived off the savings you had accumulated

7   through Bitcoin; is that correct?

8        A.   Yes, mostly.

9        Q.   But you stated that you had no other significant

10  sources of income, right?

11       A.   Right.

12       Q.   And we'll talk about the other sources of income.

13  You opened the first Kraken account in March of 2014 or

14  thereabouts; is that correct?

15       A.   That sounds like it could be correct.

16       Q.   And in your declaration, you said around this

17  time -- meaning around the time that you opened the Kraken

18  accounts, you, quote, eventually stopped buying Bitcoin

19  because I had no new income from which to buy it, right?

20       A.   Right.

21       Q.   So you had no new income after about March of

22  2014, correct?

23       A.   Right, I had no -- I had income from the price

24  appreciation, but I can't use that to buy more Bitcoin, you

25  know, because it's from the Bitcoin.

1  **Q.**   And so from early 2014 until the date of your

2  arrest in 2021, you did not have any other sources of income

3  to pay for new Bitcoin purchases, right?

4  **A.**   No significant source of income.

5  **Q.**   And you testified on direct about a company called

6  To the Moon, LTD, right?

7  **A.**   Right.

8  **Q.**   And approximately what time period did you set

9  that up?  Your declaration, if you look at paragraph 33,

10 states 2015 to 2016.

11      Can you be a little bit more specific?

12 **A.**   It was a longer process.  I had that idea for a

13 while, and I think it took me a long time to kind of get all

14 the steps in order.  So it spanned, I think.

15 **Q.**   And in your declaration at paragraph 33, you

16 state:  "The business never took off.  I underestimated the

17 amount of work this would take," right?

18 **A.**   Right.

19 **Q.**   So To the Moon, LTD was never a significant source

20 of income for you, right?

21 **A.**   No.

22 **Q.**   Now, you had a Kraken account in the name of To

23 the Moon, LTD, right?

24 **A.**   Right.

25 **Q.**   And you testified on direct that you only used --

1    or that you used the Kraken account for business expenses,

2    right?

3         A.   Right.

4         Q.   What were some of the business expenses that you

5    spent money from the Kraken account on?

6         A.   I don't remember specifically the Kraken account,

7    but the business expenses in the Moon VPN were the

8    accounting, the company in Malta that helped me set up the

9    company and perform all the legal work there as well as the

10   servers and the development.

11        Q.   So did you ever use your Kraken account to pay for

12   an accountant or accounting services for To the Moon, LTD?

13        A.   I'm not sure if I used the Kraken account or the

14   bank account, I don't remember.

15        Q.   Did you ever use the Kraken account to pay for

16   establishing a company in Malta or doing whatever paperwork

17   you needed to do in Malta?

18        A.   I don't remember such details.  It was either the

19   Kraken account or the bank account in the company -- the

20   company's bank account.  I don't know.

21        Q.   You don't --

22        A.   I don't have my records either.

23        Q.   You don't remember?

24        A.   I can't look it up.

25        Q.   Did you ever use the Kraken account to pay for the

1   servers that were running To the Moon, LTD?

2       A.   I don't remember, I could have.

3       Q.   You could have, but you don't remember; is that

4   your testimony?

5       A.   Yes.

6       Q.   And the money that was flowing into the Kraken

7   account for To the Moon, LTD, that wasn't customer payments,

8   was it?

9       A.   I think some very few of them were.  I think a lot

10  of them were just my own money that I had to put in the

11  company for -- to make it run.

12      Q.   Now I'd like to talk more about the

13  LocalBitcoins.com activity.  You opened that LocalBitcoins

14  account -- going back to Government's Exhibit 25.

15      A.   I don't have the folder here.

16          MR. BROWN:  Oh, I'm sorry.  Your Honor, may I

17  approach?

18          THE COURT:  You may.

19  BY MR. BROWN:

20      Q.   So this is Government's Exhibit 25.  Down at the

21  third line from the bottom it says account creation date,

22  and then it says 2012, 9/20 -- meaning September 20th, 2012,

23  right?

24      A.   I see that.

25      Q.   Do you think you might have created this

1    LocalBitcoins account on September 20th, 2012?

2        **A.**   Yes.

3        **Q.**   You say yes.  Do you think you did?

4        **A.**   Yes.

5        **Q.**   Shortly thereafter, you got started trading on

6    LocalBitcoins.com, right?

7        **A.**   Again, that sounds plausible.  I don't really have

8    my records here.

9            **MR. BROWN:**  May I approach?

10           **THE COURT:**  You may.

11   **BY MR. BROWN:**

12       **Q.**   So Mr. Sterlingov, I've handed you what has been

13   marked as Government's Exhibits 22, 23 and 24.

14       **A.**   I only have 22 and 23.  Oh, I'm sorry, 24 is here.

15       **Q.**   24 is a single page, it should be at the bottom.

16   So do you have all three of those exhibits?

17       **A.**   Yes.

18       **Q.**   And these are account records that were provided

19   to the government from LocalBitcoins.  They are account

20   records for the account that we've been discussing, the

21   GothenCoin LocalBitcoins account.  Looking at Government's

22   Exhibit 22, this is a spreadsheet as it was produced to the

23   government showing receive transactions into the

24   LocalBitcoins account.

25           Are you looking at Government's Exhibit 22?

1      A.    Yes.

2      Q.    And so the very first transaction -- and these

3   have been sorted in order of chronological order.  The very

4   first transaction at the top of the upper left hand corner

5   is a transaction on 2022, October 4th.

6            Do you see that?

7      A.    You mean 2012?

8      Q.    2012.  If I misspoke, yes, 2012, October 4th?

9      A.    Yes, that's what it says here.

10     Q.    And on that date, there's a record for Bitcoin in

11  the amount of 120 Bitcoin being sent into your LocalBitcoins

12  account.  Do you see that?

13     A.    Yes.

14     Q.    And do you have any personal recollection of

15  making that -- of sending 120 Bitcoins to your LocalBitcoins

16  account?

17     A.    I do not.

18     Q.    Do you think it's -- do you have any reason to

19  believe that this is inaccurate, that first transaction

20  there?

21     A.    I do not.

22     Q.    Do you have a recollection generally of uploading

23  money into your LocalBitcoins account so you could get

24  started trading?

25     A.    Yes.

1     Q.   And so the next transaction beneath that is a

2   transaction in 2013 on March 25th.  Do you see that?

3     A.   Yes.

4     Q.   And that's another nine Bitcoins uploaded to your

5   LocalBitcoins account, do you see that?

6     A.   I can see that.

7     Q.   And so you uploaded a total of 129 Bitcoin in late

8   2012 and early 2013, right?

9     A.   Right.

10    Q.   And you didn't add any more Bitcoin to that

11  account until 2015, right?

12    A.   That's what it looks like.

13    Q.   Now turning to Government's Exhibit 23, and that's

14  the next multipage exhibit that I handed you.  This is a

15  record of trades that you made on -- using LocalBitcoins.

16         Do you have that in front of you?

17    A.   I have that, yes.

18    Q.   And so these are trades that you made in

19  peer-to-peer transactions, right?

20    A.   Yes, that sounds correct.

21    Q.   Do you understand what I mean when I talk about

22  peer-to-peer transactions?

23    A.   I mean, I guess you can clarify it just for --

24    Q.   So these would be transactions where you either

25  met in person or online and directly sent money or Bitcoin

1    to another individual as opposed to going through an

2    exchange or another intermediary.

3        A.   Right, that sounds correct.  Maybe one thing I

4    would add is that I don't know if all of these are

5    individuals, because I think there are some businesses

6    running on LocalBitcoins and they are trading on there.

7        Q.   And so when you met -- were most of these

8    transactions -- let me ask you this:  Were most of these

9    transactions transactions done in person -- in other words,

10   where you met physically with another person?

11       A.   If I'm looking at the list here, it looks like

12   most of them are not in person.

13       Q.   So would most of these have been conducted over

14   e-mail or text message?

15       A.   Right.

16       Q.   And they're recorded in your LocalBitcoins

17   account, because LocalBitcoins essentially served as an

18   escrow service, right?

19       A.   Right.

20       Q.   So you could sell Bitcoins, and LocalBitcoins

21   would hold those Bitcoins until you received payment, right?

22       A.   Yeah, that sounds familiar.

23       Q.   So this spreadsheet has also been sorted in

24   chronological order, and it begins with a transaction on

25   2012, November 5th.  Do you see that at the very top line

1    containing transaction data?

2         A.    Yes.

3         Q.    And the payment method says cash.  What does that

4    mean to you, if the payment was made in cash?

5         A.    It sounds like it was in person.

6         Q.    And the buyer user name, it looks like for this

7    first transaction, is a buyer by the name of Sirius, right?

8         A.    Right.

9         Q.    That's just the user name for somebody else on

10   LocalBitcoins, right?

11        A.    I think so.

12        Q.    And then the seller user name, that's GothenCoin,

13   right?

14        A.    Right.

15        Q.    And that's your account, right?

16        A.    Right.

17        Q.    And then the amount in currency, it says 1,000

18   SEK.  What's your understanding of what 1,000 SEK would be?

19        A.    My understanding?

20        Q.    What does SEK normally stand for?

21        A.    It's Swedish kroner.

22        Q.    And the amount in currency would have been 1,000

23   for this first transaction, right?

24        A.    Yes.

25        Q.    And then moving over, it says amount in BTC.  That

1    means Bitcoin, right?

2        A.    Right.

3        Q.    And this first transaction, you have a transaction

4    for 13.9454 Bitcoin, right?

5        A.    Right.

6        Q.    And so reading this first transaction altogether,

7    is it fair to say that you sold 13.9454 Bitcoin to a user by

8    the name of Sirius for 1,000 Swedish kroner?

9        A.    Yes, I think that's the correct -- yes.

10       Q.    And it's your testimony that your sales on

11   LocalBitcoins were a mix of in person and online or remote

12   transactions, correct?

13       A.    Right.

14       Q.    So if you look at the trades here, on the second

15   column to the left, going down the trade ID, there's kind of

16   a jump after eight transactions.  There's a jump from trade

17   ID that starts with the number 16 to a number that starts

18   33.

19             Do you see where I'm looking at?

20       A.    No, could you --

21       Q.    So if you count down to the eighth transaction

22   listed on the spreadsheet --

23       A.    Okay.

24       Q.    So the eighth line down lists a transaction in

25   2013 on March 11th, right?

1      A.   Right.

2      Q.   So -- and then the next transaction isn't until

3   2015, right?

4      A.   Right.

5      Q.   So moving over, keeping your eye on that same row,

6   the eighth row down, there are eight trades between 2012 and

7   2013 where you sold Bitcoin for currency, right?

8      A.   Right.

9      Q.   And the total -- I won't ask you to do the math,

10   but the total, if you add up those eight trades for Bitcoin,

11   it adds up to 109.4169 Bitcoin.  Just glancing at the sheet

12   here, do you have any reason to doubt that?

13      A.   Right.

14      Q.   And so, in other words, from October 2012 to March

15   of 2013, you uploaded 129 Bitcoin, and you sold 109 and some

16   change, correct?

17      A.   On this platform?

18      Q.   On this platform?

19      A.   Right.

20      Q.   Isn't it true that you had run out of Bitcoin by

21   2013?

22      A.   I don't know.

23           MR. BROWN:  May I approach, Your Honor?

24           THE COURT:  You may.

25   BY MR. BROWN:

1     **Q.**   Mr. Sterlingov, I'm handing you what's been marked

2     as Government's Exhibit 9.   Government's Exhibit 9 contains

3     two e-mails, right?   It's a two-page exhibit --

4     **A.**   I see it.

5     **Q.**   -- with -- and there's an e-mail on each page,

6     right?   Now, the first big e-mail is dated April 15th, 2013,

7     right?

8     **A.**   Right.

9     **Q.**   And you're e-mailing with somebody from the e-mail

10    address info@janemedia.se?

11    **A.**   Yes.

12    **Q.**   And if you look at the message that you're

13    replying to that has been appended to the bottom of that

14    e-mail, you see a message asking you:   "Hi, are you still in

15    business...what price," right?

16    **A.**   Yes.

17    **Q.**   And the message line -- the subject line of this

18    message was LocalBitcoins, right?

19    **A.**   Yes.

20    **Q.**   And then you responded up at the top of this

21    e-mail message:   "Suddenly a lot more people wanted to buy,

22    so I've been running out quickly," right?

23    **A.**   Right.

24    **Q.**   Now looking at the next page, there's an e-mail

25    dated November 11th, 2013, right?

1    **A.**   Right.

2    **Q.**   And this is an e-mail thread with the same

3    individual using the e-mail address info@janemedia.se,

4    correct?

5    **A.**   Correct.

6    **Q.**   And down at the bottom -- which is the first

7    message in that thread, on November 10th, 2013,

8    info@janemedia.se wrote to you asking:  "Hi, do you still

9    have coins," right?

10   **A.**   Right.

11   **Q.**   And you responded the next day:  "Hi man, I'm out

12   right now unfortunately"?

13   **A.**   Right.

14   **Q.**   And then at the top of that message, in a further

15   message back to info@janemedia.se, you said:  "I sold all

16   mine and I'll have to wait until the price gets down,"

17   correct?

18   **A.**   Correct.

19   **Q.**   So it's not really true that you accumulated all

20   of your Bitcoin before 2014 and then just lived off the

21   capital gains, is it?

22   **A.**   It is true.  This e-mail -- I don't remember

23   exactly what the context of this e-mail was.  There was a

24   number of different issues.  I remember certain people were

25   like pestering me to meet them again and again.  I would be

1   trying to get rid of them in any way possible.  I know I was

2   putting some Bitcoin into cold storage.  Some of it I was

3   trading.  If I had Bitcoin in cold storage at this point, I

4   wouldn't go and uncover it and put it in a wallet and go

5   through all that to just accommodate somebody who wants to

6   buy.

7       **Q.**   You also --

8       **A.**   I mean, that's what I told him, yes, but this is

9   not about all my Bitcoin that I had anywhere.

10      **Q.**   And you wrote further to him:  "I'll have to wait

11  until the price gets down or maybe it goes up as" -- F word

12  -- "so I'll buy it anyway," right?

13      **A.**   Right.

14      **Q.**   Now, you also wrote in your declaration, on

15  paragraph 56, quote:  "In almost all of my transactions, I

16  deal exclusively in Euros or Swedish kroner.  I rarely, if

17  ever, use U.S. dollars, and have never had any significant

18  holdings in U.S. dollars," right?

19      **A.**   Right.

20      **Q.**   That's your testimony, isn't it?

21      **A.**   What was the number?

22      **Q.**   Paragraph 56.

23      **A.**   Yes.

24      **Q.**   But that's not true, is it?

25      **A.**   I think it was.  Why would you say that it's not

1    true?

2         Q.    If you turn to what I've already handed to you as

3    Government's Exhibit 24, this is from the same spreadsheet

4    as Government's Exhibit 23.  It's a record of your trades on

5    LocalBitcoins.  The only difference is this spreadsheet has

6    been filtered for U.S. dollar transactions.

7         A.    Right.

8         Q.    And so on May 3rd, 2017 -- which is about seven

9    lines down, there's a transaction for May 3rd, 2017.  Do you

10   see that?

11        A.    Yes.

12        Q.    And you purchased -- in this case, you were buying

13   Bitcoin in 2017, right?

14        A.    Right.

15        Q.    And you purchased Bitcoin from a user named Raul

16   Litovigia (phonetic), right?

17        A.    Yes.

18        Q.    And you paid 2,000 U.S. dollars for approximately

19   1.266 Bitcoin, correct?

20        A.    Right.

21        Q.    Now, that's your purchase using U.S. dollars.  All

22   the rest of these entries on this spreadsheet show your

23   sales for U.S. dollars.  And if you add up all the other

24   entries on the spreadsheet, it adds up to 11.6895

25   approximately Bitcoin.  And the total U.S. dollars that you

1   received for that was $31,450.

2           Do you have any reason to doubt the accuracy of

3   those numbers?

4       **A.**   I do.  Like I wrote there, rarely, if ever, I use

5   U.S. dollars.  I live in Sweden, most of my transactions are

6   in U.S. kroners.  I have dealt in U.S. dollars at some

7   point, especially -- like I mentioned there, whenever I'm in

8   the U.S. or vacationing.  One of the lines -- one of the

9   terms here in the spreadsheet, it says gift card code,

10  Amazon.  I don't think I have any choice to deal in any

11  other currency on Amazon.  I'm pretty sure that's the reason

12  for me to deal in U.S. dollars there.  It is true that I

13  have sometimes dealt in U.S. dollars.  It's not something I

14  look for or primarily conduct my finances in.

15          **MR. BROWN:**  Your Honor, at this time the

16  government moves to admit Government's Exhibits 9, 22, 23,

17  24 and 25.

18          **THE COURT:**  Any objection?

19          **MR. EKELAND:**  No objection, Your Honor.

20          **THE COURT:**  Those exhibits are admitted.

21      (Government Exhibits 9, 22, 23 and 24 admitted into

22       evidence)

23      (Government Exhibit 25 previously admitted)

24          **THE COURT:**  Is this a good breaking point for

25  lunch, Mr. Brown?

1          **MR. BROWN:**  Yes, Your Honor.

2          **THE COURT:**  So it's five minutes past 1:00.  Why

3     don't we come back at 2:15.

4          (Recess taken at 1:09 p.m.)

5          (Back on the record at 2:30 p.m.)

6          **THE COURT:**  Mr. Sterlingov, let me remind you that

7     you're still under oath.  You may continue, Mr. Brown.  And

8     just for the sake of time, I would encourage everybody to

9     try and focus on the issues that are of importance today,

10    and not indulge the opportunity to examine a witness in a

11    deposition type style.  So make sure we're focused.

12         **MR. BROWN:**  Yes, Your Honor, understood.  And just

13    in fairness, the defendant's direct started with the day

14    that he was born, so the scope of the direct is quite wide.

15    I'm just trying to --

16         **THE COURT:**  It may have been wider than it needed

17    to be, but in any event, you should just focus on what

18    matters for the purposes of today's hearing.

19    **BY MR. BROWN:**

20         **Q.**   Yes, Your Honor.  Mr. Sterlingov, in your

21    declaration, you state that you were a user of Bitcoin Fog,

22    correct?

23         **A.**   Yes.

24         **Q.**   And you state, quote:  "I have never run, operated

25    or had any administrative access to Bitcoin Fog"?

1     A.    That's correct.

2     Q.    Did you ever set up the Bitcoin Fog Clearnet

3  domain, www.bitcoinfog.com?

4     A.    I'm not sure.  I've seen some of the transactions

5  that are used in the complaint and other documents.  I have

6  to say, I don't remember doing those transactions.  I know

7  that I was taking a lot of freelance jobs at the time.

8  Setting up a domain name was a common task that I was doing,

9  so I'm not really sure.  I do know that I never accepted any

10  offer or job where somebody would come to me and say hey,

11  let's work on an illegal money laundering operation or

12  something like that.

13     Q.    The question was just about the domain.  And is it

14  fair to say that your testimony is you don't remember if you

15  did, you don't remember if you didn't?

16     A.    It is fair.

17     Q.    And that's what you told two wired reporters,

18  right?

19     A.    Two?

20     Q.    Two reporters.  When you gave an interview to two

21  reporters about your case, that's what you told them, right?

22     A.    That might have been the case.

23     Q.    And you said:  "That was 11 years ago, it's really

24  hard for me to say anything specific"?

25     A.    Yes.

1    Q.    But you did not deny it to them, and you're not

2    denying it today, right?

3    A.    That's correct.

4    Q.    Now, as part of your job, was it normal for you to

5    pay out of your own pocket to set up domains?

6    A.    Sometimes.  I wouldn't say it was normal.

7    Q.    So you sometimes paid out of your own pocket to

8    set up a domain as part of your job?

9    A.    Yeah, I think definitely something like a domain

10   name, which is usually quite cheap, right.  It's around, I

11   don't know, $10 or something.

12   Q.    And would it be --

13   A.    That wouldn't -- if somebody asked me to do that,

14   I wouldn't have any good reason not to.

15   Q.    Would it be normal to start with your Mt. Gox

16   Bitcoin account, transfer to a second Mt. Gox account and

17   then to a third Mt. Gox account, convert to U.S. dollars,

18   sent to RM exchange, and then sent to a Liberty Reserve

19   account and use the Liberty Reserve account to pay for the

20   domain registration as part of your freelance work?

21   A.    That does not sound like a common or a regular

22   way.

23   Q.    In paragraph 15 of your declaration, you stated

24   that:  "Early on, somebody recommended I use Bitcoin Fog to

25   secure and protect my transactions," right?

1      A.   Yes.

2      Q.   And you testified on direct that somebody was

3  adamant that this was something you needed to do to protect

4  your privacy?

5      A.   Yes.

6      Q.   And of course you don't remember who it was who

7  told you to use Bitcoin Fog, right?

8      A.   It was one of the people that I was trading with.

9      Q.   And I'm sure you can't remember their name, can

10 you?

11     A.   I'm afraid I cannot.  This must have been 10 years

12 ago.  Somebody I met for 15 minutes 10 years ago, no,

13 unfortunately I cannot remember their name.

14     Q.   It's somebody you met for 15 minutes who told you

15 something that you adopted as your regular security practice

16 for more than 10 years, right, that's your testimony?

17     A.   Like I said, he wasn't the first person who

18 mentioned mixing to me.  That was probably more like the

19 final straw where I actually realized when a lot of

20 different people are mentioning something.  And I remember

21 this person was really -- they made me think that I was kind

22 of dumb to not mix when I'm trading in person with the way

23 they were animated about it, so that made me look into it,

24 yes.

25     Q.   And you testified on direct that you were

1    concerned about your privacy, right, and that's why you used

2    Bitcoin Fog?

3        A.    Yes.

4        Q.    You also testified that you were concerned about

5    maybe getting robbed, right?

6        A.    Yes.

7        Q.    And you were thinking that you might get robbed by

8    maybe one of the people that you sold Bitcoin to or one of

9    the people that you met in one of those meet-ups, right?

10       A.    Right, or anybody I bought something from with

11   Bitcoin or any other Bitcoin transaction.

12       Q.    And so if somebody -- if you met somebody in

13   person at a meet-up or doing one of these peer-to-peer sales

14   and then you mixed your Bitcoin afterward, how does that

15   protect you from being robbed?

16       A.    As I understand it, it makes my wallets and

17   transactions not visible to anybody who had my address --

18   which this person would have had at this point.

19       Q.    So just to be clear, you're not concerned about

20   somebody physically robbing you, right?

21       A.    Well, yes, I am.

22       Q.    Well, Bitcoin Fog doesn't help with that at all,

23   does it?

24       A.    As I understand it, it absolutely does.  Because

25   if you're meeting a person and you are buying 2,000 kroners,

1   $200 worth of Bitcoin or something like that, I mean, I

2   don't think it's -- I don't think there's a high chance that

3   somebody's going to go and rob you for that small amount.

4   However, if they can track your transactions and they can

5   see your maybe other wallets, how much money you have where,

6   they might -- that's when they are -- they might lock into

7   you and go after you.

8       Q.   But if you're meeting with somebody, that person

9   is already there in front of you, you are already physically

10  exposed to that person.  Going and mixing your Bitcoin

11  transactions after the fact doesn't help you from that risk

12  of a robbery, does it?

13      A.   I think it does, I think it absolutely does.

14  Because in one case, they don't know if you have any other

15  Bitcoin, where your transactions go.  In the other case,

16  they see everything that you do.  I think there's a

17  significant risk.

18      Q.   So it's your testimony --

19      A.   I've read about people -- I'm sorry.

20      Q.   This might be a situation --

21          THE COURT:  Let him go ahead and finish and then

22  you can ask your question.

23          MR. BROWN:  I'm just trying to keep things moving,

24  Your Honor.

25          THE WITNESS:  I've read about people being robbed

1    in their homes even when somebody found out about their

2    wallets or about them owning certain crypto.  People found

3    out about their identity and their information.  You might

4    not even know who you were trading with, that might not be

5    the person that robs you.  This is not to mention hacking.

6    You can be hacked as well, that's another risk I think, in

7    addition to robbery.  I'm done.

8    **BY MR. BROWN:**

9        **Q.**   So you opened these Kraken accounts in your true

10   name -- or associated with your true name, correct?

11       **A.**   Yes.

12       **Q.**   Roman Sterlingov and then To the Moon, LTD which

13   is associated with a corporation that's associated with your

14   name, right?

15       **A.**   Yes.

16       **Q.**   So the Kraken accounts are not anonymous?

17       **A.**   They're not.

18       **Q.**   So you mixed funds going into the Kraken accounts

19   for privacy purposes, right?

20       **A.**   Right, protection.

21       **Q.**   And you never sent any money from the Kraken

22   accounts back to Bitcoin Fog, did you?

23       **A.**   I'm not sure if I did.  I was certainly more

24   careful with the wallets that I had on my computer or phone

25   where the person that you're trading with, they can see your

1    address.  That's how I understood it.  Like if they see your

2    address, that's what gives them like a point of attacking

3    you.  I'm not sure if Kraken works the same way, if they can

4    really go into your transactions in the same scale.

5        **Q.**    Now, before you -- you claim that all the money

6    that went through Bitcoin Fog and ended up in your Kraken

7    account started out as just Bitcoin that you bought from

8    your legitimate payroll from Capo Marknadskommunikation,

9    right?

10       **A.**    Right, and my trading and price appreciation.

11       **Q.**    So for every transaction that we see going from

12   Bitcoin Fog to Kraken, you should be able to show a

13   corresponding transaction on the other side where you have

14   legitimate Bitcoin that is going to Bitcoin Fog, right?

15       **A.**    Right.

16       **Q.**    And but there are no records of any of your wallet

17   addresses or any transactions from any account associated

18   with you sending into Bitcoin Fog; isn't that true?

19       **A.**    There must be somewhere on the blockchain for

20   sure.  Like I said, there were my wallets that I had on my

21   computer that I was using Bitcoin Fog with them.  I was

22   careful about that.

23       **Q.**    And for any of the funds coming out of Bitcoin Fog

24   being sent to your LocalBitcoins account or your Kraken

25   account, would there be a way for anybody to go back to that

1    Bitcoin Fog cluster and trace it back to where the funds

2    started out?

3        **A.**    I don't know.  One of the things that we have

4    discussed is if --

5        **THE COURT:**  I'm sorry, if you're talking and

6    wanted to say something you discussed with your lawyer, you

7    may not want to do that.

8        **THE WITNESS:**  Yeah, I'm not supposed to talk about

9    that?

10        **THE COURT:**  Well, no, because those are private

11    conversations.  If there's something he wants to ask you

12    about, that's fine.  The problem is if you say something

13    about what you've discussed with your lawyer, you open the

14    door and then the government can ask you other questions

15    about conversations with your lawyer.

16        **MR. EKELAND:**  For the record, Your Honor, I'm

17    going to object on privilege grounds.

18        **MR. BROWN:**  Your Honor, there was no question

19    anyway.

20        **THE COURT:**  No, it was the witness who brought it

21    up.  But I think you're directing your client not to answer

22    questions that involve attorney-client.

23        **MR. EKELAND:**  Your Honor, I'm just instructing my

24    client not to answer that question on the basis of

25    attorney-client privilege.

1          **THE COURT:**  I think it wasn't a question, he was

2      just offering --

3          **MR. BROWN:**  There was no question before the

4      witness.

5          **THE COURT:**  But I take your point just to be

6      instructing your client not to disclose attorney-client

7      conversations which is fine, okay.  You can continue.

8          **THE WITNESS:**  I'm sorry, let's just go forward.

9          **MR. BROWN:**  Your Honor, I'm trying to let the

10     witness speak.

11         **THE COURT:**  No, I understand.  That's fine.

12     Proceed.

13     **BY MR. BROWN:**

14     **Q.**   Mr. Sterlingov, did you ever use any other mixers

15     besides Bitcoin Fog?

16     **A.**   I think I went on the website at some point, but I

17     haven't used -- I haven't used any other mixers for any

18     large amounts of Bitcoin.

19     **Q.**   Do you think you might have used other mixers for

20     small amounts of Bitcoin?

21     **A.**   It's possible.

22     **Q.**   But you don't remember?

23     **A.**   It worked.  I was careful with it in the

24     beginning, like I wouldn't trust any other website out

25     there.  I got my money out, it kept working.  I never had

1    any reason to look into anything else really.

2        Q.    Okay.  I'm just trying to make sure that we have a

3    clear answer on the record.  Do you think that you ever used

4    any other mixers besides Bitcoin Fog?

5        A.    It is possible, I'm not sure.

6        Q.    It's your testimony that you believed using

7    Bitcoin Fog was completely legal, right?

8        A.    Yes.

9        Q.    Now, you were active in meet-ups and online.  Did

10   you ever tell anybody else about Bitcoin Fog?

11       A.    I'm not sure, I don't know, it's possible.

12       Q.    Do you think you did or do you think you didn't?

13       A.    I just don't know.  I don't remember all of my

14   conversations on all of them, you know, I don't know.

15       Q.    I mean, this was obviously a very important part

16   of your privacy practices according to your testimony, and

17   somebody clued you in to Bitcoin Fog.  But you're sure you

18   just can't say one way or the other whether you ever told

19   anybody else about Bitcoin Fog?

20       A.    I really don't remember.

21       Q.    We talked about your account Killdozer on

22   BitcoinTalk.org, right?

23       A.    Right.

24       Q.    An account that you used and maybe, maybe not you

25   shared it with some other people, but you can't remember,

1    right?

2         A.    Right.

3         Q.    The Killdozer account made 203 posts on

4    BitcoinTalk.org.  Does that sound about right?

5         A.    Yeah, it could be.

6         Q.    And not once did Killdozer ever post saying you

7    should mix your coins or you should use Bitcoin Fog,

8    correct?

9         A.    I'm not sure.

10        Q.    But you have no --

11        A.    I mean, one thing is I don't -- if something --

12   part of my privacy routine or something that I'm trying to

13   like do in order to prevent people from robbing me or

14   hacking me or something by discovering where my Bitcoin is

15   and how much Bitcoin is there, I'm usually not going to tell

16   anything about that routine to anyone.

17        Q.    And does that also account for using VPNs or any

18   other security measures, you would just never post about

19   those?

20        A.    I think VPN is a little bit different since I was

21   trying to create a VPN service.  But I'm not sure if I ever

22   posted about a VPN outside of To the Moon VPN.

23             MR. BROWN:  May I approach?

24             THE COURT:  You may.

25   BY MR. BROWN:

1  **Q.** Mr. Sterlingov, I've just handed you what has been

2 marked as Government's Exhibit 4.  Take a moment to flip

3 through it.  These are records from the cryptocurrency

4 exchange Bitstamp.  There are some redactions, because this

5 is the version that we filed online in the public docketing

6 system.

7   You had an account at Bitstamp, correct?

8 **A.** Yes.

9 **Q.** And Bitstamp is a cryptocurrency exchange, right?

10 **A.** Yes.

11 **Q.** Now on August 3rd, 2016.  If you'd turn to -- if

12 you look at the top of these pages, they're page numbers

13 blank of 14.  If you turn to page five of 14.

14 **A.** Yes.

15 **Q.** At the bottom of that page, there's a message from

16 an employee of Bitstamp dated August 3rd, 2016?

17 **A.** Yes.

18 **Q.** And this is a message from Bitstamp to you because

19 they are conducting further -- they're asking further

20 questions about your account and its usage, right?

21 **A.** Yes.

22 **Q.** And down at the very bottom of that page, carrying

23 over onto the next page, the employee of Bitstamp asks you,

24 number two:  "Additionally, could you confirm if you were

25 using any cryptocurrency tumblers?  We thank you for your

1    cooperation and look forward to hearing from you."  And then

2    you responded in the next message, which is on page six.

3    There's a paragraph there from you.

4              Those are your words, right, under Roman

5    Sterlingov --

6         A.   Yes.

7         Q.   -- at the top of the page?

8         A.   I can see that, yes.

9         Q.   And if you look about two-thirds of the way down

10   that paragraph, there's Roman numeral two, and you repeated

11   the question that was asked you:  "Additionally, could you

12   confirm if you were using any cryptocurrency tumblers?"  And

13   then you answered:  "I don't know if I did with the specific

14   funds sent to your exchange.  It's not impossible, I did a

15   lot of experimenting with Bitcoins back in the day.  It was

16   a very new and exciting technology.  I haven't done this

17   recently, but my account here is very old.  I don't really

18   remember."

19             Those are your words, right?

20        A.   Right.

21        Q.   Why didn't you just tell Bitstamp that Bitcoin Fog

22   is completely legal and you do it for privacy purposes?

23        A.   Well, I did tell them that I was using it with the

24   funds sent to their exchange.

25             **THE COURT:**  I have to say, obviously you're

1   guessing what I'm going to say.  I just don't know what this

2   has to do with this hearing.  It just feels to me like this

3   is taking discovery for purposes of the trial versus

4   answering the question presented.

5            MR. BROWN:  Your Honor, the defendant is

6   arguing -- he doesn't contest the tracing, but he has --

7            MR. EKELAND:  Actually, Your Honor, we do contest

8   the tracing.  I just want to put that on the record.

9            THE COURT:  Go ahead.

10            MR. BROWN:  So -- well, okay, I think the defense

11   has been inconsistent in their position as to the tracing.

12            THE COURT:  I'm sorry, this is a waste of time.

13   Don't mention tracing, just address my question.

14            MR. BROWN:  Your Honor, I'm just trying to get

15   at -- the defense has an alternative story of where these

16   come from, and so we're trying to explore that story.

17            THE COURT:  Right, I understand that.  But now

18   what you're trying to get at is not just whether he was

19   involved, but what his knowledge was, his state of mind, his

20   mens rea.  I don't want to prejudice the -- usually you

21   would not have a defendant who would subject himself to a

22   deposition in a criminal case, and I'm just afraid that it's

23   turning into that.

24            MR. BROWN:  Understood, Your Honor.  That's not

25   our intent.  First of all, this is within the scope of his

1    declaration and within the scope of his direct.  Our intent

2    is not to take discovery, but to probe what we think is a

3    very implausible story about the reason why he claims that

4    he was just a user of Bitcoin Fog.  It's a plausibility

5    inquiry, and we believe that we are -- we're crossing to

6    uncover inconsistencies and implausible details in his

7    testimony.  That's all we're trying do.  I'm not trying to

8    waste the Court's time or engage in discovery, Your Honor.

9           **THE COURT:**  I'm much more concerned about

10   discovery than wasting the Court's time.

11          Yes, Mr. Ekeland.

12          **MR. EKELAND:**  The defense merely wants to say that

13   after a 10-year investigation, you're seeing the gigantic

14   holes in the government's case.

15          **THE COURT:**  Well, okay.

16          **MR. EKELAND:**  They don't know where any of the

17   funds came from and --

18          **THE COURT:**  I don't think -- from either of you, I

19   don't think that's what this hearing should be about.

20          **MR. BROWN:**  Your Honor, I agree, but this is

21   within the scope of the defense's direct.

22          **THE COURT:**  As long as you can just be as targeted

23   as you can to the issues that were raised on the direct.

24   BY MR. BROWN:

25          **Q.**   Yes, Your Honor.  Just one last line of questions.

1          Mr. Sterlingov, you were signed up for a two-week

2    pilot school program, right?

3      **A.**    Yeah, two or three weeks.

4      **Q.**    Two or three weeks, and you'd never taken any

5    pilot training before?

6      **A.**    I have not.

7      **Q.**    And this was to start a whole new career as a

8    pilot?

9      **A.**    Yes.

10      **Q.**    And you were one of the first adopters of Bitcoin.

11   You're a technically adept individual, and you just decided

12   you want to become a pilot?

13      **A.**    I didn't just decide it, it took a long time, a

14   lot of research, a lot of studying for -- the two-week

15   course is the practical part of the course.  Before that, I

16   had to study the theoretical part of the course for myself.

17          **MR. BROWN:**  No further questions.

18          **THE COURT:**  Okay.  Redirect.

19          **MR. EKELAND:**  Just one moment, Your Honor, I just

20   want to check.

21          Your Honor, we have no redirect.  But depending on

22   what witnesses, if at all, the government calls, we'd just

23   like to make Mr. Sterlingov subject to recall if possible.

24          **THE COURT:**  He's here, so you can call him.

25          **MR. EKELAND:**  No further questions of the witness

1    subject to recall.

2            THE COURT:  Mr. Sterlingov, you can step down.

3    Thank you.

4            THE WITNESS:  Can I mention something?

5            THE COURT:  Why don't you do this:  Why don't you

6    take a minute to talk to your attorney.  And if you want to

7    come back on the stand, I'll let you do that.

8        (Discussion off the record)

9            MR. EKELAND:  Your Honor, we have no further

10   questions, again, with the witness subject to recall.

11           THE COURT:  Okay.  Were there any other witnesses

12   that you intend to call today?

13           MR. EKELAND:  Your Honor, we've got Mr. Fischbach

14   on standby as a rebuttal witness should the government call

15   their expert witness.  But otherwise, no.

16           THE COURT:  Okay.  Mr. Brown?

17           MR. BROWN:  Your Honor, we have obviously

18   proffered Mr. Scholl's declaration.  He's outside, he's

19   available.  I can put him on just to have him adopt the

20   declaration, introduce himself, and then the defense is

21   welcome to cross him.

22           THE COURT:  I think that's a wise way of doing it.

23   It saves the time of having to repeat what's in the

24   declaration.

25           DEPUTY CLERK:  Before you sit down, would you

1     please raise your right hand.  Do you solemnly swear that

2     the testimony you are about to give will be the truth, the

3     whole truth, and nothing but the truth, so help you God?

4          **THE WITNESS:**  I do.

5          **DEPUTY CLERK:**  Thank you.  Please be seated.

6          **THE COURT:**  You may proceed.

7          <u>**DIRECT EXAMINATION OF LUKE SCHOLL**</u>

8     **BY MR. BROWN:**

9          **Q.**   Good afternoon, Mr. Scholl.  Could you please

10    introduce yourself, spelling your first and last name.

11         **A.**   My name is Luke Scholl, L-U-K-E, S-C-H-O-L-L.

12         **Q.**   And how are you employed?

13         **A.**   I'm currently employed as a staff operations

14    specialist for the FBI.

15         **Q.**   How long have you worked for the FBI?

16         **A.**   I started interning with the FBI in 2014, and have

17    been in my current role since 2015.

18         **Q.**   What is your current role?

19         **A.**   I'm currently assigned to the Department of

20    Justice's National Cryptocurrency Enforcement Team.  My job

21    title is staff operations specialist.  Prior to the NCET, I

22    was assigned to an intelligence squad and embedded on a

23    cyber criminal threat squad.

24         **Q.**   Do you have any particular experience in

25    cryptocurrency?

1      A.   I've been working with cryptocurrency in the

2  course of my work since 2015.

3           THE COURT:  Can I ask you to slow down a little

4  bit.  It makes life easier for the court reporter if you go

5  slower.

6           THE WITNESS:  Yes, sir.  Sorry, sir.

7           MR. BROWN:  May I approach, Your Honor?

8           THE COURT:  Yes.

9  BY MR. BROWN:

10     Q.   So I'm showing you what's been marked as

11  Government's Exhibit 1.  Do you recognize this document,

12  Mr. Scholl?

13     A.   Yes, sir, I do.

14     Q.   And what is it?

15     A.   It's a declaration I wrote in regards to this

16  case.

17     Q.   And you drafted the entire declaration?

18     A.   Yes, sir, I did.

19     Q.   What records did you review in drafting this

20  declaration?

21     A.   I reviewed account records from LocalBitcoins and

22  Kraken associated with Mr. Sterlingov's accounts as well as

23  an IRS undercover transaction to Bitcoin Fog.

24     Q.   And did you also review records from Kraken?

25     A.   Yes, sir, reviewed two different accounts at

1    Kraken.

2        Q.    Now turning to page two of this exhibit, it looks

3    like there's some redactions in this exhibit.  Do you see

4    those?

5        A.    Yes, sir, I do.

6        Q.    And are those redactions because this is the

7    version that was filed on the public docket and is available

8    to the public?

9        A.    Yes, sir.

10        Q.    Now, in the version that you wrote yourself, are

11    those redactions there?

12        A.    No, sir.

13        Q.    And what's underneath those redactions?

14        A.    The full account numbers associated with those

15    accounts.

16        Q.    Now, have you had a chance to review your

17    declaration?

18        A.    Yes, sir, I have.

19        Q.    And are there any corrections that you would make

20    to that declaration?

21        A.    Yes, sir, there are.

22        Q.    And what are those?

23        A.    The user name for the LocalBitcoins account in

24    this declaration, it's GotheCoin and it should be GothenCoin

25    on pages two and three.  There's also a typographical error

1    in the onion address or the dark web address of Bitcoin Fog,

2    it's missing a D.

3        Q.   And on what page is that, is the onion address?

4        A.   On the bottom of page two:  "IRS special agent

5    accessed Bitcoin Fog via its TOR hidden service address" --

6            **COURT REPORTER:**  You have got to slow down,

7    please.  Thanks.

8            **THE WITNESS:**  Sorry, sir.  "The dark web address

9    at FOGGED -- there should be a second D after the first D,

10   IRZTRCAR2.onion.

11   **BY MR. BROWN:**

12       Q.   And are there any other changes?

13       A.   The name of the second LocalBitcoins account.

14   Target account two should not have a bar Sterlingov after it

15   on pages two and I believe six.

16       Q.   Mr. Scholl, I think you said the LocalBitcoins

17   account.  Is that the account that you mean?

18       A.   No, the Kraken account, I'm sorry.  To the Moon,

19   LTD, bar Roman should just read To the Moon, LTD without the

20   bar Roman.

21       Q.   And that's in paragraph 2A, right?

22       A.   On the second page, yeah, paragraph 2A.  And then

23   paragraph 16 on page six.

24       Q.   Now, with those corrections that you've just gone

25   over, do you adopt this declaration as corrected as your

1    testimony on direct today?

2         A.   Yes, sir.

3         Q.   And generally speaking, what was your bottom line

4    conclusion from the analysis that you conducted here?

5         A.   That there was a significant flow of funds from

6    Bitcoin Fog into Sterlingov's accounts.

7              MR. BROWN:  Your Honor, the government moves to

8    admit Government's Exhibit 1.

9              THE COURT:  Any objection?

10             MR. EKELAND:  No objection.

11             THE COURT:  Exhibit 1 is admitted.

12        (Government Exhibit 1 admitted into evidence)

13             MR. BROWN:  No further questions on direct.

14             THE COURT:  Mr. Ekeland, your witness, you may

15   proceed.

16             CROSS-EXAMINATION OF LUKE SCHOLL

17   BY MR. EKELAND:

18        Q.   Thank you, Your Honor.  Mr. Scholl, you just

19   testified you reviewed some records in preparation for the

20   declaration that was just admitted into evidence, correct?

21        A.   Yes, sir.

22        Q.   As part of your review, did you review any server

23   logs to the Bitcoin Fog server?

24        A.   No, sir, I did not.

25        Q.   To your knowledge, has the government seized the

1    Bitcoin Fog servers?

2         **A.**    Not to my knowledge, sir, no.

3         **Q.**    And at any time did you review any communications

4    from Mr. Sterlingov to any of the co-conspirators in this

5    case?

6         **A.**    I'm not aware of what co-conspirators you're

7    speaking of, sir.

8         **Q.**    And as you sit here today, can you name a single

9    co-conspirator in this case?

10        **A.**    Sir, my testimony is about the flow of funds from

11   Bitcoin Fog into the Sterlingov accounts, it's beyond the

12   scope of my testimony.

13        **Q.**    And so let's talk about the flow of funds from

14   Bitcoin Fog.  You didn't trace any flow of funds into

15   Bitcoin Fog, did you?  You only traced the flow of funds

16   from Bitcoin Fog to Mr. Sterlingov's Kraken account,

17   correct?

18        **A.**    For the purpose of this declaration, yes, sir, I

19   didn't trace flows of funds into Bitcoin Fog.  In addition

20   to tracing funds to his Kraken account, we also traced funds

21   to the LocalBitcoins account, and then from the

22   LocalBitcoins account into the Kraken accounts.

23        **Q.**    But you can't tell me as you sit here today the

24   origin of any of those funds, can you?

25        **A.**    The nature of Bitcoin Fog, sir, is that it

1    obfuscates the input from the output, and I can't testify to

2    the input of those flows of funds that went ultimately to

3    the Kraken accounts, no, sir.

4        Q.   So it's your testimony that you don't know the

5    origin of any of the funds that are going from the Bitcoin

6    Fog mixer to Mr. Sterlingov's accounts; is that correct?

7        A.   As far as this declaration's concerned, yes, sir,

8    that's correct.

9        Q.   And you said you reviewed the IRS undercover

10   transaction, correct?

11       A.   Yes, sir, I did.

12       Q.   And as part of that IRS transaction, the

13   government sent a message I believe it was -- attempted to

14   send a message to Bitcoin Fog's administrators, correct?

15       A.   I don't recall.  There were two IRS undercover

16   transactions.  I don't recall if this particular transaction

17   that I reviewed for the declaration was that transaction or

18   not.  But I'm aware that a message was sent by IRS

19   undercover agents in the process of making transactions with

20   Bitcoin Fog.

21       Q.   And there was no response to that message,

22   correct?

23       A.   I do not recall, sir.

24       Q.   But you did review the transaction?

25       A.   Yes, sir.

1      Q.   You just can't recall whether or not there was a

2   response to the message?

3      A.   Again, sir, this declaration was mostly focused on

4   the flow of funds and not the underlying communication.

5      Q.   And when you say flow of funds, you just mean the

6   flow of funds from Bitcoin Fog to Mr. Sterlingov's accounts,

7   correct?

8      A.   Yes, sir, for --

9      Q.   And you --

10      A.   -- the purposes of this declaration.

11      Q.   When you reference flow of funds, you don't know

12   anything about the flow of funds going into Bitcoin Fog?

13          MR. BROWN:   Objection, asked and answered.

14          THE COURT:   Overruled.

15          MR. EKELAND:   No further questions, Your Honor.

16          THE COURT:   Any redirect?

17          REDIRECT EXAMINATION OF LUKE SCHOLL

18   BY MR. BROWN:

19      Q.   Very quickly, Your Honor.   Mr. Scholl, you

20   testified that you reviewed IRS records of an undercover

21   transaction with Bitcoin Fog, right?

22      A.   Yes, sir.

23      Q.   And what was your focus in those records in

24   conducting this analysis?

25      A.   The focus was to obtain attribution for the

1   Bitcoin Fog cluster and Chainanalysis.

2   　　　　　**THE COURT:**  Keep reminding yourself to keep it

3   slow.

4   　　　　　**THE WITNESS:**  Yes, sir.  Sorry, sir.  The focus

5   was to identify the addresses associated with Bitcoin Fog.

6   **BY MR. BROWN:**

7   　　**Q.**   And so knowing the address the IRS interacted with

8   on Bitcoin Fog, could you draw any conclusion from that with

9   respect to attribution of the Bitcoin Fog cluster?

10   　　**A.**   Right, I reviewed the address that was obtained by

11   IRS from Bitcoin Fog.  When they're conducting the

12   transaction, Bitcoin Fog provided a deposit address.  I

13   verified that that deposit address was identified by

14   Chainanalysis as belonging to the Bitcoin Fog cluster, and

15   confirmed that attribution with an open source tool on the

16   internet available to anyone called WalletExplorer.

17   　　**Q.**   And so looking -- being able to check the IRS

18   undercover transaction, did that give you more or less

19   confidence in the attribution or identification of the

20   Bitcoin Fog cluster?

21   　　**A.**   It gave us more confidence in the attribution from

22   Chainanalysis and the Bitcoin Fog cluster, because we had an

23   address that we knew belonged to Bitcoin Fog and it was

24   properly identified and attributed by Chainanalysis as

25   Bitcoin Fog.

1          **MR. BROWN:**  No further redirect.

2          **THE COURT:**  All right, thank you.

3          **MR. EKELAND:**  Recross?

4          **THE COURT:**  Well, is there something you need to

5    ask on recross?  Is there some narrow focused question you

6    need to ask on recross?

7          **MR. EKELAND:**  Yes, there is.

8          **THE COURT:**  Okay, go ahead.

9          <u>**RECROSS-EXAMINATION OF LUKE SCHOLL**</u>

10   **BY MR. EKELAND:**

11       **Q.**   Agent Scholl, you testified you used, what was it,

12   Chainanalysis to conduct your tracing?

13       **A.**   Yes, sir, I did.

14       **Q.**   And in general, do you find Chainanalysis to be

15   reliable?

16         **MR. BROWN:**  Objection, outside the scope of

17   redirect.

18         **MR. EKELAND:**  Well, he testified to using

19   Chainanalysis for his tracing, Your Honor, and his

20   attribution.

21         **THE COURT:**  Overruled.

22   **BY MR. EKELAND:**

23       **Q.**   Thank you, Your Honor.  I'm sorry, I think I just

24   asked this, but generally you consider Chainanalysis to be

25   reliable; is that correct?

1      **A.**   Yes, sir, I do.

2            **MR. EKELAND:**   Your Honor, may I approach the

3      witness just to hand him an exhibit?

4            **THE COURT:**   Yes, but I am getting concerned that

5      you're going beyond the scope of the redirect.  So what is

6      it you want to get into now?  Usually I'll allow a question

7      or two, but it seems like you're opening a whole new line of

8      inquiry.

9            **MR. EKELAND:**   The question I'm asking is if

10     Chainanalysis is so reliable, I'd like to ask him his

11     opinion on this Chainanalysis report that says 90 percent of

12     mixed funds are mixed for privacy and security reasons.

13           **THE COURT:**   Well, I think it's agreed that that's

14     the reason funds are mixed.  I don't think that's a disputed

15     question.

16           **MR. EKELAND:**   This is a Chainanalysis -- this is a

17     story about a Chainanalysis report verifying that fact.

18           **MR. BROWN:**   Your Honor, we'll need to have

19     re-redirect if we go down this road.

20           **THE COURT:**   Yeah, I think I'm not going to allow

21     it at this point.  You can step down, thank you.

22           **THE WITNESS:**   Thank you, sir.

23           **THE COURT:**   Did you want to call a witness?

24           **MR. EKELAND:**   No, Your Honor, I think we're done.

25     We'd like to obviously make a closing argument, but we have

1    no further witnesses.

2           **THE COURT:**  That's fine.  Let me ask, do the

3    parties at this point just want to make closing arguments or

4    is there a need for any additional briefing on anything?

5           **MR. BROWN:**  Your Honor, I think it's fully briefed

6    and ripe for decision.

7           **MR. EKELAND:**  I couldn't hear what he said.

8           **THE COURT:**  He said it's fully briefed in his

9    view.

10           **MR. EKELAND:**  Well, we welcome the opportunity for

11    supplemental briefing, but we're happy to just rest on our

12    arguments here if necessary, Your Honor.

13           **THE COURT:**  Well, is there some issue that has not

14    been addressed that you need to address in supplemental

15    briefing?

16           **MR. EKELAND:**  No, I think we're in good shape,

17    Your Honor.

18           **THE COURT:**  Okay.  How much time do you want for

19    your argument now?

20           **MR. EKELAND:**  I don't think I need that long, but

21    then -- you know, like, I don't know, 10, 15 minutes maybe.

22           **THE COURT:**  The government, about the same?

23           **MR. BROWN:**  Much less, Your Honor, unless the

24    Court has specific questions.

25           **THE COURT:**  All right, go ahead.

1          **MR. EKELAND:**  I think one thing, Your Honor -- may

2     I proceed, sorry?

3          **THE COURT:**  Yes.

4          **MR. EKELAND:**  I think one thing that's clear from

5     this hearing, Your Honor, is that the government doesn't

6     know the source of any of these funds, and they haven't

7     established the traceability of the funds to any illicit

8     proceeds of any crime.  And that's because they don't have

9     any evidence, because Mr. Sterlingov did not commit any

10    crimes.  And here we are, Your Honor, after a seven-year

11    investigation, and they're asking him what his profession

12    was, what his salary was, who his friends were, who his

13    family is.  They're sitting in this court after he's been in

14    jail now over two years asking him basic questions about his

15    income, about his job, about his life.

16          The one thing that I think comes out in this

17    hearing is how little the government actually bothered to

18    investigate Mr. Sterlingov's life.  What you have is a bunch

19    of people sitting at desks 6,000 miles away with a

20    multi-year investigation that they realize is weak, and then

21    somebody decides to roll the dice seven years in.  And if

22    you look in the discovery, you see all sorts of other

23    names -- Andrew White, for instance, who's actually tied to

24    the shormint address that registers this DNS, right.

25          After seven years, they roll the dice and arrest

1    him at the airport with all of his computers, with his

2    personal diary, with his backup codes, with his handwritten

3    notes.  And there's not a trace on any of that of him

4    operating Bitcoin Fog.  And I know we're not here to

5    challenge the grand jury's probable cause decision, but we

6    are here to talk about traceability.  Mr. Sterlingov's

7    actual innocence goes to that traceability.  Because the

8    government is arguing that Mr. Sterlingov is getting

9    payments on a regular basis, royalties, from Bitcoin Fog.

10   That is nowhere in the record.  There's no evidence of that,

11   just like there's no evidence at all that he operated

12   Bitcoin Fog.

13          We put Mr. Sterlingov up on the stand, the

14   government could ask all the questions they wanted.

15   Mr. Sterlingov answered them honestly.  The money that went

16   into his Kraken account was the money that he earned from

17   his job in Sweden, the job that the government knows nothing

18   about.  They're sitting in this courtroom today saying to

19   him who are your friends.  That is something that's telling,

20   Your Honor.  There's not a single eyewitness in this case.

21   Everything in this case, everywhere that you turn in this

22   case, it's speculation and a hop, skip and a jump away.

23   There is no direct evidence in this case.  After a 10-year

24   investigation, they cannot even name a single specific

25   crime, not one.  And we've been asking.

1          And if you look at the forfeiture allegations in

2    the superseding indictment, they're asking for forfeiture

3    under 21 U.S.C. 853(p).  That's the substitute asset

4    forfeiture provision of the United States Code, Your Honor.

5    I argue under Luis that you cannot constitutionally seize

6    pretrial substitute assets to deprive a defendant of counsel

7    of their choice, and that's what's happening here.  And I

8    think the dissent that Justice Roberts lays out in Kaley is

9    very, very on point.  What's going on here is that the

10   government is trying to thwart Mr. Sterlingov's defense, yet

11   they cannot point to a single --

12          THE COURT:  But he was in dissent.

13          MR. EKELAND:  What's that?

14          THE COURT:  Chief Justice Roberts was in dissent.

15          MR. EKELAND:  I think he was in dissent in Kaley,

16   that's what I'm talking about.

17          THE COURT:  Right, but that's not the law if he

18   was in dissent, what matters is what the majority said.

19          MR. EKELAND:  Right, and the majority says you

20   can't challenge the grand jury's determination of probable

21   cause, but that traceability is a separate prong.  I don't

22   even think that's in question.  Justice Kagan says that in

23   footnote nine, and Justice Roberts agrees.  But what we're

24   talking about here is a fundamental constitutional right.

25   And these pretrial asset forfeitures are a new 20th century

1    invention here.  There's not a single crime here that this

2    can be traced back to.  The government essentially admits

3    that they're tracing stops halfway.  They use words in their

4    briefing, they say, oh, the funds originate with Bitcoin

5    Fog.  No, they originate with Mr. Sterlingov's paycheck.

6         Mr. Sterlingov went on the stand and told everyone

7    in this court, subject to cross-examination, where his funds

8    came from.  And the government -- the government comes up,

9    and they don't know, they're asking him about his income,

10   what his salary is.  There's no evidence at all anywhere in

11   the record that any of these funds are traceable to any

12   illicit proceeds.  And the government's own expert

13   Chainanalysis -- and we put this in our supplemental

14   briefing, has issued a report saying that 90 percent of

15   mixed funds are mixed for privacy and security reasons.  The

16   standard here is probable cause, probable cause that the

17   funds -- that's under Monsanto, that it's probable cause

18   that the funds are tied to a crime.  What crime?  Nobody's

19   named it.  There's no evidence.  Everything's speculation,

20   everything's a hop, skip and a jump away.

21        And Mr. Sterlingov finally had his opportunity to

22   speak in open court, and he was honest and he was

23   forthright.  The government's unable to contradict his

24   story.  That's why they waited seven years to arrest him.

25   They rolled the dice.  They knew it was weak.  None of the

1    evidence in this case at all changed.  The only thing that

2    changed was their quote, unquote unilateral IRS sting

3    investigation to manufacture venue in a district that he has

4    never been in, that he's never set foot in, he has no

5    friends in, no family in, and he's never done business in.

6         I don't know what else to say, Your Honor.  I

7    mean, an innocent man has been in jail pretrial for a felony

8    sentence on the flimsiest of evidence.  I mean, somebody,

9    please, name the crime, point it out.  Where's the direct

10   evidence?  They didn't know what he did for his job, because

11   nobody bothered.  Nobody bothered to do what you have to do

12   with this kind of blockchain tracing.  Tracing is not a form

13   of identification, it requires external verification.

14        In all the other cases -- Silk Road, Ross Ulbricht

15   is caught in the public library with his laptop open to the

16   admin panel to Silk Road.  When they seize his diaries,

17   there's all sorts of details in his diaries about what he

18   did.  The government seized Mr. Sterlingov's diaries here at

19   the airport.  They seized all his computers, his storage

20   drives, everything.  Not a trace.  Not a trace anywhere of

21   him ever operating Bitcoin Fog.  They've charged him with

22   conspiracy to operate Bitcoin Fog.  There's not a single

23   communication anywhere.  What's astonishing about this case

24   is the lack of corroborating evidence.  Even in Harmon,

25   Harmon accidentally took a photo of the Helix I think admin

1    panel with his Google Glass.  All the other cases, they all

2    have external empirical verification.  Here, you just have

3    people sitting at desks with all sorts of conflicted motives

4    waiting years, and then finally rolling the dice because

5    they need to get somebody, they need to arrest somebody.

6         But as I sit here in front of this Court, nobody

7    can still tell me what crime these proceeds are tied to, and

8    he languishes in jail.  They've taken all this money away

9    from his defense.  That's a fundamental constitutional

10   violation.  The government has not met its burden of

11   probable cause of tying any of these funds to any illicit

12   activity, because Mr. Sterlingov is completely, completely

13   innocent.

14        **THE COURT:**  Okay, thank you.  Mr. Brown.

15        **MR. BROWN:**  Your Honor, I can't possibly respond

16   to the entire argument about everything about this case.

17   But just narrowly focused on the issues before the Court for

18   this proceeding, assuming that Mr. Sterlingov has

19   established financial need -- and the government believes

20   that he's been evasive and incomplete in his disclosures.

21   But assuming that he has established financial need, the

22   question becomes whether the seized funds are traceable to

23   the offense that's been indicted.

24        Now, in Mr. Sterlingov's testimony -- well, to

25   begin with, there's no -- I know the defense says that they

1    dispute the tracing, but I haven't heard any evidence or

2    factual argument to dispute that the funds in the seized

3    Kraken accounts are traceable to Bitcoin Fog.  The defense

4    argument is they came from somewhere else before then.  We

5    think that Mr. Sterlingov's testimony on cross-examination

6    casts doubt on his story about where the funds came from

7    beforehand.  It seems like he ran out of Bitcoin sometime in

8    2013 before he even opened up these accounts, and then he

9    had some other source -- not his job, for continued Bitcoin

10   purchases.

11          But setting all of that aside, the standard here

12   is probable cause.  The Court has in front of it an

13   indictment for money laundering, conspiracy through Bitcoin

14   Fog, essentially as a business, and an indictment for

15   operating an unlicensed money transmitting business.  Both

16   of those offenses give rise to forfeiture of any property

17   involved in the offense.  However you slice it, money --

18   here's a defendant who's been indicted for the conduct.  The

19   money that was seized comes from that conduct, it comes from

20   the unlicensed money transmitting business, and it comes

21   from the money laundering conspiracy business.  The Court is

22   entitled to draw a fair inference based on those two facts.

23          This is a bit like somebody who's been indicted

24   for robbing a bank, and they're found to be in possession of

25   dollar bills from the bank.  They may have a different story

1    of how those dollar bills -- maybe there was a dye pack and

2    the bills have dye on them.  They may have a different story

3    for how those bills ended up in their possession, but the

4    Court can and should draw a fair totality of the

5    circumstances probable cause determination that in the bank

6    robbery example, that there is a fair probability that the

7    indicted bank robber, who's in possession of money from the

8    bank robbery, that those funds represent the proceeds of the

9    bank robbery.  And the same logic holds true here.  We have

10   an indicted defendant.  We have funds that come from the

11   indicted defenses.  There's at least a fair probability --

12   which is all the government has to prove, assuming we even

13   bear the burden of proof.  There is at least a fair

14   probability for this Court to find that those funds are

15   subject to seizure and forfeiture.

16          I'm happy to answer any questions the Court has.

17   I'm happy to talk about Luis as opposed to Kaley.  I'm happy

18   to talk about the indictment.  But I don't want to belabor

19   the point any further unless the Court has any further

20   questions.

21          THE COURT:  I don't think I do at this point,

22   thank you.

23          MR. BROWN:  Thank you.

24          THE COURT:  Anything further?

25          MR. EKELAND:  I think the fundamental problem with

1    the government's position is that if they are correct, then

2    the government can simply seize all of the defendant's

3    assets merely on a grand jury indictment.  We know that's

4    not the law, and we know that's not constitutional.  What's

5    happening here is unconstitutional.  There's a difference

6    between a grand jury issuing a finding of probable cause and

7    producing an accusatory instrument and whether or not the

8    funds in question are traceable to any crime.

9           Now, note the government's not arguing that just

10   the mere operation of mixing or Bitcoin Fog is illegal.  We

11   have not seen any evidence at all anywhere in this case,

12   anywhere in what happened today, in any of the briefings of

13   any of the proceeds being connected to any illicit activity.

14   It's all speculation.  And if the government can seize a

15   defendant's assets on such a flimsy standard, then no

16   defendant in any federal court is ever going to be able to

17   pay for a defense lawyer.  And this is what Justice Roberts

18   was getting at in his Kaley defense.  Because no lawyer is

19   going to want to defend someone when they think the

20   government is going to just take their money.  That's the

21   fundamental problem with the government's argument.

22          They want to say that essentially they can seize

23   whatever they want just upon grand jury indictment.  But

24   that's not our constitutional system, and this is a

25   fundamental -- this seizure is a fundamental violation of

1    Mr. Sterlingov's Sixth Amendment right to counsel of his

2    choice.

3         **THE COURT:**  All right, thank you.  So I appreciate

4    the arguments and the hearing today.  I'll give this a

5    little bit of thought and will get you all an opinion.  I do

6    want to spend a minute talking about scheduling before we

7    adjourn.  I know my clerk has been going back and forth with

8    you about scheduling the hearing or argument on the pending

9    motions.  I think my clerk heard back that counsel thinks

10   that two days might be needed just for the Daubert hearing.

11   I will tell you, I am in trial almost continuously for May,

12   June and portions of July, as well as additional trials

13   before then.  I have a 10-week trial that starts in May.  My

14   intention is not to sit every Friday at least, and to at

15   least take off Friday afternoons.  But I don't know that

16   before August I'm going to have any time in which I have two

17   or three available days for the entire day for a Daubert

18   hearing and for argument.

19        The question for you all is do we think we can do

20   this in a more abbreviated fashion or do you want to wait

21   until August when I will have some more availability and

22   schedule it in August?  Mr. Brown.

23        **MR. BROWN:**  Your Honor, I mean, the government

24   will do its best to -- I think that we are going to be on

25   the receiving end of the -- on the defensive side of these

1    Daubert hearings.  But in terms of scheduling, August seems

2    very close to trial to us.  And given that this is -- it's

3    not the biggest part of the government's case, but it's

4    something that requires a lot of preparation, it will have a

5    significant impact on trial preparation.  So if there's any

6    way to do this sooner, maybe consecutive Fridays, you know,

7    continue one week, that would be preferable to us.  We just

8    think the earlier the better, Your Honor, but we understand

9    the Court is busy.

10              **THE COURT:**  Mr. Ekeland.

11              **MR. EKELAND:**  Your Honor, the defense is flexible

12   as to dates.  But I do think given the nature of this case

13   and everything about it being a unique blockchain

14   prosecution with a host of novel issues, that it is going to

15   take up some time.  But we're willing to do whatever we need

16   to do.  I do agree with the government that August is

17   getting close to the trial, but we're flexible, Your Honor.

18              **MR. BROWN:**  Sorry, just one other note, Your

19   Honor.  We filed our response to the defense expert notice.

20   We have a pending motion before the Court where we'd like

21   a -- actually a fulsome expert notice if the defense is

22   going to notice a cryptocurrency expert.  And so we will

23   need time to respond.  And we may be on -- I said we're

24   going to be on the defensive side, but we may be on the

25   offensive side to the extent the defense actually notices

1    any sort of experts.

2         **THE COURT:**  Are you going to be noticing experts,

3    Mr. Ekeland?

4         **MR. EKELAND:**  If I can afford them, yes.

5         **THE COURT:**  I think you should go ahead and notice

6    them in any event.  I don't know how I'm going to come out

7    on this motion, but even if I end up ruling against the

8    defense on this motion, there will be funds that will be

9    made available.  Even if I rule against the defense on this

10   motion, I think there are funds that could be available

11   through the CJA act.  So I think you should go ahead and

12   notice your experts.

13        **MR. EKELAND:**  Your Honor, if these funds aren't

14   unfrozen, I don't think I can afford to do this case.  So

15   I'm going to -- I mean, I'm going to have to look at that,

16   but I just don't think that's realistic based on what I've

17   heard.  And I've talked to Mr. Fischbach about his

18   experience with CJA, the rates and amount of time.  I know

19   Mr. Fischbach won't work on this case for CJA rates given

20   its complexity and the amount of hours required.

21        **THE COURT:**  Mr. Fischbach is your expert?

22        **MR. EKELAND:**  Yeah, he's the one who was

23   waiting -- he's one of my experts.  It's just -- it's too

24   complex of a case.  This is precisely what Justice

25   Roberts --

1          **THE COURT:**  Indigent defendants are entitled to

2     experts.  Even if your client doesn't have funds, he's

3     entitled to the money he needs to hire appropriate experts.

4     So if the experts are needed in the case, there will be a

5     way that's found to pay those experts.

6          **MR. EKELAND:**  Then perhaps we should cross that

7     bridge when we get to it.  Like I don't -- you know, I mean,

8     this is -- people are already going out-of-pocket on this

9     case.

10          **THE COURT:**  I'm not asking you to go out-of-pocket

11     on anything.

12          **MR. EKELAND:**  Yeah, but, you know...

13          **THE COURT:**  And Mr. Brown, when are you out of

14     town?

15          **MR. BROWN:**  Your Honor, I'm leaving -- I'm not

16     sure if it's the -- I'm leaving the 6th or 7th of July, and

17     I don't get back until the -- I think it's the 24th to be on

18     the safe side.

19          **THE COURT:**  Well, then how about setting aside the

20     16th and 23rd of June, two Fridays in a row?  I think we're

21     going to have to be efficient about how we approach this.

22     I'm going to ask counsel to be as focused as they can be.  I

23     don't think we have the luxury of three days of motions

24     practice.  I think we can do everything we need to do in two

25     easily.

1    **MR. BROWN:**  Yes, Your Honor.  So the 16th and the

2    23rd of June?

3    **THE COURT:**  Yes.

4    **MR. BROWN:**  Our Chainanalysis expert, Ms. Beth

5    Bisbee, isn't available on the 16th, but she would, as far

6    as we know, be available on the 23rd.

7    **THE COURT:**  I can do the 23rd and the 30th.

8    **MR. BROWN:**  Or we could do those two dates and we

9    could just have her on the 23rd.  But the 23rd and 30th

10   would work.

11   **THE COURT:**  Well, the 30th may be a problem for

12   me.

13   **MR. BROWN:**  We could try to make the 16th and 23rd

14   work, because we've obviously noticed two cryptocurrency

15   blockchain experts.

16   **THE COURT:**  Let's do the 16th and 23rd.  Does that

17   work for you, Mr. Ekeland?

18   **MR. EKELAND:**  Of June, Your Honor?

19   **THE COURT:**  Correct.

20   **MR. EKELAND:**  Yes, Your Honor.

21   **THE COURT:**  So we'll put that down.  I will get

22   you an opinion as soon as I can on the seizure issue.  And

23   if I end up rejecting the motion, we may then have to confer

24   about how we're going to proceed with the case.  If I end up

25   rejecting the motion to unfreeze, we'll have to schedule

1    something to figure out how to proceed with the case in

2    light of that.

3         **MR. BROWN:**  Your Honor, on the scheduling -- just

4    one last housekeeping issue.  We don't have to decide it

5    now, but the government would ask that we have a date

6    certain in advance of the motions hearing in June for the

7    defense to file any expert notices so we have sufficient

8    time to review, draft our own motion if needed.

9         **THE COURT:**  Mr. Ekeland, any thoughts on that

10   date?

11        **MR. EKELAND:**  I'm sorry, I didn't hear the date.

12        **THE COURT:**  He just wants a date certain in

13   advance of the -- sufficiently in advance of the 16th and

14   23rd hearing dates so they'll be able to prepare for the

15   hearing on those days.

16        **MR. EKELAND:**  I'm sorry, dates for what?

17        **THE COURT:**  For you to designate an expert, if

18   you're going to designate one.

19        **MR. EKELAND:**  What was the date proposed?

20        **THE COURT:**  I'm sorry?

21        **MR. EKELAND:**  Did he propose --

22        **THE COURT:**  He didn't propose one.

23        **MR. EKELAND:**  We're fine with picking a date

24   certain.

25        **MR. BROWN:**  How about maybe four to six weeks to

1     give us time.

2            THE COURT:  How about the 19th of May?

3            MR. EKELAND:  The 19th of May?

4            THE COURT:  Yeah.

5            MR. EKELAND:  That's fine.

6            MR. BROWN:  Yes.

7            DEPUTY CLERK:  Your Honor, what time on the 16th

8     and the 23rd?

9            THE COURT:  Both days will be at 10:00 a.m. for

10    the hearings.

11           MR. EKELAND:  I'm assuming that -- the only thing

12    we ask is that the government adhere to the same deadline

13    for their experts, that we both have the same date certain

14    for disclosure of experts.

15           MR. BROWN:  We've already noticed our experts.

16           MR. EKELAND:  So there's nobody else that you're

17    going to call, you've noticed everybody that you're going

18    to?

19           MR. BROWN:  Yeah.  I mean, if we have any more

20    we'll --

21           MR. EKELAND:  You'll do it by that date, okay,

22    that's fine.

23           THE COURT:  Anything else while you're at the

24    microphone you want to bring up before we adjourn?

25           MR. EKELAND:  No, Your Honor.  Thank you very

1    much.

2              THE COURT:  Mr. Brown, anything else before we

3    adjourn?

4              MR. BROWN:  No, Your Honor.

5              THE COURT:  Okay, thank you.

6         (Proceedings adjourned at 3:38 p.m.)

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9         **February 22, 2023**

10            **DATE**                      **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**
$10 [1]   91/11
$200 [1]   94/1
$31,450 [1]   88/1
$334,000,000 [1]
31/20
$800 [3]   4/1 4/4
4/5

**'**
'Killdozer.' [1]
68/23

**0**
0399 [1]   1/4

**1**
1,000 [4]   81/17
81/18 81/22 82/8
1.266 [1]   87/19
10 [7]   9/24 9/24
31/19 92/11 92/12
92/16 118/21
10,000 [2]   71/20
71/22
10-week [1]   128/13
10-year [2]   104/13
120/23
10005 [1]   1/20
107 [1]   2/8
1083 [1]   32/5
109 [1]   83/15
109.4169 [1]   83/11
10:00 a.m [1]   134/9
10:21 [1]   1/6
10th [1]   85/7
11 [2]   38/9 90/23
11.6895 [1]   87/24
111 [2]   2/9 2/16
114 [1]   2/10
116 [1]   2/11
11:45 a.m [1]   52/7
11th [2]   82/25
84/25
120 [2]   78/11 78/15
129 [2]   79/7 83/15
12:00 [1]   52/6
12:10 p.m [1]   52/8
13.9454 [2]   82/4
82/7
136 [1]   32/5
14 [8]   8/22 9/5
9/17 26/19 26/23
38/12 101/13 101/13
15 [4]   91/23 92/12
92/14 118/21
15-minute [1]   52/5
15th [1]   84/6
16 [2]   82/17 110/23
16th [7]   131/20
132/1 132/5 132/13
132/16 133/13 134/7
18th [2]   42/17
42/23
19 [6]   2/18 26/16
27/6 67/15 68/25
69/4
19 and [1]   69/3
19th [2]   134/2

134/3
1:00 [1]   89/2
1:09 p.m [1]   89/4
1:21-cr-0399 [1]
1/4

**2**
2,000 [2]   87/18
93/25
2,500 [2]   70/25
71/1
20 [7]   2/19 66/14
66/20 68/25 69/3
69/4 76/22
20001 [2]   1/14 1/25
2008 [1]   69/24
2009 [3]   10/6 12/21
69/20
2010 [5]   12/21
12/21 14/14 62/25
73/2
2011 [4]   14/14 69/7
69/9 73/1
2012 [11]   68/9
76/22 76/22 77/1
78/7 78/8 78/8 79/8
80/25 83/6 83/14
2013 [13]   17/7 72/6
72/15 79/2 79/8
82/25 83/7 83/15
83/21 84/6 84/25
85/7 125/8
2013/2014 [1]   72/7
2014 [17]   17/7 21/5
22/20 42/17 42/23
43/8 43/12 43/15
43/18 72/7 72/10
72/15 73/13 73/22
74/1 85/20 107/16
2015 [5]   74/10
79/11 83/3 107/17
108/2
2016 [4]   32/5 74/10
101/11 101/16
2017 [3]   87/8 87/9
87/13
2021 [3]   24/19
29/19 74/2
2022 [1]   78/5
2023 [1]   1/5
203 [1]   100/3
20530 [1]   1/16
20th [3]   76/22 77/1
121/25
21 [1]   121/3
21-399 [1]   3/2
22 [8]   2/20 33/11
77/13 77/14 77/22
77/25 88/16 88/21
23 [7]   2/21 77/13
77/14 79/13 87/4
88/16 88/21
23rd [10]   131/20
132/2 132/6 132/7
132/9 132/9 132/13
132/16 133/14 134/8
24 [6]   2/22 77/13
77/14 87/3 88/17
88/21
24 is [1]   77/15

24th [2]   43/12
131/17
25 [9]   2/23 46/19
51/23 52/1 52/2
76/14 76/20 88/17
88/23
25,000 [1]   70/24
25th [1]   79/2
26th [1]   29/20
27th [2]   29/19
29/20
2:15 [1]   89/3
2:30 p.m [1]   89/5
2A [2]   110/21
110/22

**3**
30 [1]   1/19
30th [3]   132/7
132/9 132/11
31 [1]   1/5
33 [3]   74/9 74/15
82/18
333 [1]   1/24
36 [1]   24/18
37 [1]   26/10
38 [1]   27/14
39 [1]   2/5
399 [1]   3/2
3:00 a.m [2]   6/22
6/23
3:38 p.m [1]   135/6
3rd [4]   87/8 87/9
101/11 101/16

**4**
42 [1]   35/11
4700-C [1]   1/24
4th [2]   78/5 78/8

**5**
5,000 [2]   72/1 72/2
52 [1]   2/23
54 [1]   53/25
56 [2]   86/15 86/22
5th [1]   80/25

**6**
6,000 miles [1]
119/19
601 [1]   1/13
69 [2]   2/18 2/19
6th [1]   131/16

**7**
7th [1]   131/16

**8**
853 [1]   121/3
88 [4]   2/17 2/20
2/21 2/22
8th [1]   1/19

**9**
9/20 [1]   76/22
90 percent [2]
117/11 122/14
950 [1]   1/16

**A**
a.m [5]   1/6 6/22

6/23 52/7 134/9
AA68N84GQUXTDGMY [1]
39/25
abbreviated [1]
128/20
ability [1]   70/11
able [8]   6/17 6/21
7/5 21/2 96/12
115/17 127/16
133/14
above [1]   136/5
above-entitled [1]
136/5
absence [1]   73/4
absolutely [5]   4/25
32/13 36/13 93/24
94/13
abusing [1]   52/16
accept [1]   32/17
accepted [1]   90/9
access [6]   13/15
21/1 24/13 61/9
72/13 89/25
accessed [1]   110/5
accidentally [2]
6/4 123/25
accommodate [1]
86/5
accompanied [1]
62/16
according [1]   99/16
account [168]
accountant [1]
75/12
accounting [2]   75/8
75/12
accounts [45]   17/4
17/5 21/13 21/19
39/10 39/19 39/22
44/13 44/16 45/1
45/3 47/13 49/17
50/6 51/20 54/12
54/19 54/23 55/12
56/7 56/14 56/20
57/8 57/10 57/21
63/24 64/24 65/1
65/22 73/18 95/9
95/16 95/18 95/22
108/22 108/25
109/15 111/6 112/11
112/22 113/3 113/6
114/6 125/3 125/8
accumulated [2]
73/6 85/19
accuracy [1]   88/2
accurate [4]   24/21
31/5 31/8 51/20
accusatory [1]
127/7
accused [2]   28/19
29/6
act [1]   130/11
Action [1]   1/3
active [4]   63/1
63/4 63/7 99/9
activities [1]
58/13
activity [3]   76/13
124/12 127/13
actual [4]   13/4

**A**

actual... [3]    13/23
25/24 120/7
actually [18]    5/15
6/3 6/19 22/20
26/22 27/9 27/20
28/3 32/4 42/7 48/2
59/21 92/19 103/7
119/17 119/23
129/21 129/25
adamant [2]    15/13
92/3
add [4]    79/10 80/4
83/10 87/23
addition [2]    95/7
112/19
additional [3]
25/25 118/4 128/12
Additionally [2]
101/24 102/11
address [21]    11/15
15/21 15/24 84/10
85/3 93/17 96/1
96/2 103/13 110/1
110/1 110/3 110/5
110/8 115/7 115/10
115/12 115/13
115/23 118/14
119/24
addressed [1]
118/14
addresses [2]    96/17
115/5
adds [2]    83/11
87/24
adept [1]    105/11
adhere [1]    134/12
adjourn [3]    128/7
134/24 135/3
adjourned [1]    135/6
admin [2]    123/16
123/25
administer [1]
16/11
administered [1]
16/12
administrative [1]
89/25
administrators [1]
113/14
admit [4]    51/22
68/25 88/16 111/8
admits [1]    122/2
admitted [19]    2/16
2/17 2/18 2/19 2/20
2/21 2/22 2/23 52/1
52/2 53/14 69/3
69/4 88/20 88/21
88/23 111/11 111/12
111/20
adopt [2]    106/19
110/25
adopted [1]    92/15
adopters [1]    105/10
advance [4]    27/4
133/6 133/13 133/13
advertise [1]    44/1
advertised [1]    14/2
afford [2]    130/4

130/14
afraid [2]    92/11
103/22
afternoon [1]    107/9
afternoons [1]
128/15
afterward [1]    93/14
afterwards [2]    57/3
62/7
again [9]    5/6 18/4
36/15 52/11 77/7
85/25 85/25 106/10
114/3
against [6]    49/23
49/25 62/9 62/19
130/7 130/9
age [2]    9/5 9/17
agent [3]    62/3
110/4 116/11
agents [7]    29/24
30/10 30/14 30/14
60/2 62/4 113/19
ago [3]    90/23 92/12
92/12
agree [3]    57/9
104/20 129/16
agreed [2]    32/8
117/13
agrees [2]    56/19
121/23
ahead [10]    37/22
50/22 50/22 52/5
94/21 103/9 116/8
118/25 130/5 130/11
airplane [1]    29/23
airplanes [2]    25/15
27/5
airport [11]    26/7
29/2 29/9 29/22
30/22 31/6 32/11
34/22 36/25 120/1
123/19
airports [1]    25/17
ALDEN [2]    1/15 3/8
allegation [1]
32/15
allegations [4]
31/25 33/17 34/21
121/1
alleged [1]    24/5
33/15 33/22
allegedly [1]    32/20
alleging [1]    33/7
allow [4]    19/8 26/1
117/6 117/20
allowed [1]    26/24
allowing [1]    26/22
almost [3]    30/6
86/15 128/11
along [1]    8/16
alternative [1]
103/15
although [3]    27/19
32/18 54/14
altogether [1]    82/6
always [3]    30/5
50/12 50/13
Amazon [2]    88/10
88/11
Amendment [1]    128/1

AMERICA [2]    1/3 3/3
amount [9]    49/22
74/17 78/11 81/17
81/22 81/25 94/3
130/18 130/20
amounts [2]    98/18
98/20
analysis [4]    55/23
56/5 111/4 114/24
Andrew [1]    119/23
Angeles [3]    26/6
26/12 29/2
animated [1]    92/23
animations [1]
10/25
anonymous [1]    95/16
answered [4]    56/18
102/13 114/13
120/15
anticipated [1]
19/12
apartment [9]    13/18
13/19 13/21 13/23
13/25 14/3 14/4
14/6 63/5
APPEARANCES [1]
1/11
appeared [1]    59/23
appears [1]    47/12
appended [1]    84/13
appreciate [2]    7/16
128/3
appreciated [3]
22/12 22/15 22/16
appreciation [2]
73/24 96/10
approach [12]    36/21
46/5 46/13 66/16
67/11 76/17 77/9
83/23 100/23 108/7
117/2 131/21
approached [1]
61/24
appropriate [1]
131/3
approximate [1]
69/20
approximately [3]
74/8 87/18 87/25
April [2]    29/19
84/6
April 15th [1]    84/6
April 27th [1]
29/19
argue [3]    36/9 37/5
121/5
arguing [3]    103/6
120/8 127/9
argument [10]    37/3
37/3 117/25 118/19
124/16 125/2 125/4
127/21 128/8 128/18
argumentative [1]
20/12
arguments [3]    118/3
118/12 128/4
around [18]    6/22
9/24 12/21 14/13
14/13 17/6 21/5
27/2 62/25 70/24

71/1 71/19 71/22
72/2 73/2 73/16
73/17 91/10
arrest [14]    9/8
29/1 29/19 30/1
30/12 32/12 61/25
62/1 62/2 62/3 74/2
119/25 122/24 124/5
arrested [3]    24/10
26/6 30/22
arresting [2]    61/8
62/11
arrived [2]    26/12
29/22
artificial [1]
36/20
aside [3]    31/7
125/11 131/19
aspiration [1]
18/16
asset [2]    121/3
121/25
assets [6]    32/19
34/22 54/2 121/6
127/3 127/15
assigned [2]    107/19
107/22
assignments [1]
71/16
associated [8]
67/24 95/10 95/13
95/13 96/17 108/22
109/14 115/5
assume [4]    4/18
32/21 38/5 40/1
assuming [4]    124/18
124/21 126/12
134/11
astonishing [1]
123/23
astronomically [1]
22/15
attacking [1]    96/2
attempted [1]
113/13
attention [10]    8/3
17/6 24/17 26/10
29/1 29/18 30/24
31/9 37/11 38/15
attorney [12]    30/17
60/5 60/8 60/13
60/15 60/17 60/25
61/3 97/22 97/25
98/6 106/6
attorney-client [3]
97/22 97/25 98/6
attorneys [3]    20/20
60/7 60/12
attributed [1]
115/24
attribution [6]
114/25 115/9 115/15
115/19 115/21
116/20
audio [1]    23/16
August [8]    69/7
101/11 101/16
128/16 128/21
128/22 129/1 129/16
August 3rd [2]

**A**

August 3rd... [2]
  101/11 101/16
AUSA [1]   3/6
availability [1]
  128/21
available [9]   15/19
  106/19 109/7 115/16
  128/17 130/9 130/10
  132/5 132/6
Ave [1]   1/16
Avenue [1]   1/24
aviation [2]   25/7
  26/2
avoid [1]   61/20
awake [2]   7/7 7/9
aware [12]   20/18
  22/24 23/7 23/8
  23/25 24/2 24/3
  38/23 38/25 39/2
  112/6 113/18
away [5]   35/18
  119/19 120/22
  122/20 124/8

**B**

back [27]   13/6
  17/10 17/15 17/17
  17/17 17/23 18/4
  19/7 21/5 37/11
  52/6 52/8 72/22
  73/5 76/14 85/15
  89/3 89/5 95/22
  96/25 97/1 102/15
  106/7 122/2 128/7
  128/9 131/17
backup [1]   120/2
bank [11]   45/15
  50/11 75/14 75/19
  75/20 125/24 125/25
  126/5 126/7 126/8
  126/9
banking [1]   47/19
Bankruptcy [1]   1/23
bar [4]   13/14
  110/14 110/19
  110/20
bars [1]   13/14
based [4]   34/20
  34/21 125/22 130/16
basic [4]   8/15 8/18
  16/2 119/14
basically [2]   12/9
  12/14
basis [2]   97/24
  120/9
be on [1]   129/23
bear [1]   126/13
became [1]   16/8
become [3]   18/6
  18/16 105/12
becomes [1]   124/22
beforehand [2]   5/6
  125/7
began [1]   62/24
begin [2]   62/24
  124/25
beginning [3]   62/3
  72/11 98/24

begins [1]   80/24
behind [1]   31/1
belabor [1]   126/18
believes [1]   124/19
belonged [1]   115/23
belonging [1]
  115/14
belongs [1]   41/13
below [4]   22/17
  37/17 46/25 47/7
beneath [1]   79/1
beneficial [1]
  40/22
benefits [2]   5/12
  5/14
besides [2]   98/15
  99/4
best [4]   17/20
  19/11 37/14 128/24
bet [1]   25/19
Beth [1]   132/4
better [3]   52/25
  58/4 129/8
beyond [2]   112/11
  117/5
big [2]   18/15 84/6
biggest [1]   129/3
billion [1]   35/11
bills [4]   125/25
  126/1 126/2 126/3
binding [2]   33/3
  36/9
Bisbee [1]   132/5
bit [10]   33/1 33/11
  37/22 39/18 72/8
  74/11 100/20 108/4
  125/23 128/5
Bitcoin [178]
Bitcoin.se [1]
  68/22
Bitcoins [6]   48/6
  78/15 79/4 80/20
  80/21 102/15
BitcoinTalk [1]
  68/23
BitcoinTalk.org [7]
  63/10 63/22 64/20
  65/2 66/23 99/22
  100/4
Bitstamp [7]   101/4
  101/7 101/9 101/16
  101/18 101/23
  102/21
blank [1]   101/13
blockchain [4]
  96/19 123/12 129/13
  132/15
book [2]   6/2 8/1
border [1]   28/10
born [4]   8/19 8/20
  27/18 89/14
both [4]   54/12
  125/15 134/9 134/13
bother [1]   24/9
bothered [6]   58/25
  59/5 59/18 119/17
  123/11 123/11
bottom [9]   38/3
  76/21 77/15 84/13
  85/6 101/15 101/22

110/4 111/3
bought [4]   22/6
  22/6 93/10 96/7
bound [2]   36/7
  36/12
box [1]   5/18
break [9]   17/7 46/8
  46/9 52/3 52/6 53/3
  53/7 72/16 72/18
breaking [1]   88/24
bridge [1]   131/7
Brief [1]   6/10
briefed [2]   118/5
  118/8
briefing [5]   118/4
  118/11 118/15 122/4
  122/14
briefings [1]
  127/12
briefly [5]   10/21
  11/13 19/1 15/20
  29/21
bring [4]   6/20 28/7
  28/12 134/24
brochures [1]   10/24
Brooklyn [1]   1/20
brought [2]   30/2
  97/20
BROWN [15]   1/12 2/5
  2/8 2/10 3/7 52/9
  59/3 61/14 88/25
  89/7 106/16 124/14
  128/22 131/13 135/2
Brown's [1]   58/21
browser [1]   11/16
BTC [1]   81/25
bunch [1]   119/18
burden [2]   124/10
  126/13
business [30]   9/11
  19/1 19/4 19/10
  19/25 20/9 21/21
  21/22 40/12 40/17
  40/18 41/4 41/9
  41/9 41/13 41/19
  41/20 41/21 41/22
  41/25 42/15 74/16
  75/1 75/4 75/7
  123/5 125/14 125/15
  125/20 125/21
business...what [1]
  84/15
businesses [5]
  18/12 19/6 19/13
  19/19 80/5
busy [1]   129/9
buy [8]   14/23 15/7
  15/22 73/19 73/24
  84/21 86/6 86/12
buyer [2]   81/6 81/7
buying [9]   13/3
  14/15 44/1 62/24
  62/24 72/25 73/18
  87/12 93/25

**C**

California [1]
  24/24
call [13]   14/1
  35/18 40/21 49/1

49/22 55/3 60/3
  71/15 105/24 106/12
  106/14 117/23
  134/17
called [9]   7/14
  9/19 53/11 60/21
  62/17 63/9 69/12
  74/5 115/16
calls [4]   5/5 44/19
  64/8 105/22
calmly [1]   30/5
came [15]   4/11 6/18
  12/10 14/5 16/17
  22/8 22/11 33/7
  55/9 57/21 72/22
  104/17 122/8 125/4
  125/6
came from [1]
  104/17
can [95]   3/24 5/17
  6/7 6/8 10/21 11/13
  13/7 15/21 15/24
  17/10 18/4 19/3
  19/20 20/15 23/4
  23/5 25/6 25/12
  25/14 26/12 26/16
  27/20 28/10 28/22
  29/7 31/1 32/3
  33/21 34/4 34/11
  35/18 35/18 36/9
  37/2 37/3 37/5 37/7
  38/9 41/21 42/10
  43/25 44/3 44/22
  46/13 48/17 48/23
  48/24 48/25 50/22
  52/22 57/6 59/2
  59/14 60/22 61/22
  64/10 68/4 68/22
  72/8 74/11 79/6
  79/23 92/9 94/4
  94/4 94/22 95/6
  95/25 96/3 97/14
  98/7 102/8 104/22
  104/23 105/24 106/2
  106/4 106/19 108/3
  112/8 112/24 117/21
  122/2 124/7 126/4
  127/2 127/14 127/22
  128/19 130/4 130/14
  131/22 131/24 132/7
  132/22
cancel [1]   27/4
canceled [1]   27/2
capital [1]   85/21
Capo [22]   10/15
  10/16 10/17 11/1
  11/7 11/17 11/23
  17/8 17/16 17/23
  18/10 69/12 69/14
  69/22 70/1 70/12
  70/17 72/5 72/16
  72/23 73/5 96/8
card [2]   37/13 88/9
cards [8]   31/13
  31/15 31/21 37/12
  37/16 37/18 37/19
  38/7
career [1]   105/7
careful [3]   95/24
  96/22 98/23

**C**

carrying [5]   31/6
31/15 37/16 37/17
101/22
case [49]   3/2 3/25
4/3 4/4 13/9 21/7
31/12 34/15 34/20
35/1 36/22 45/18
47/22 58/9 58/20
59/10 59/10 60/10
60/12 61/25 62/9
69/8 87/12 90/21
90/22 94/14 94/15
103/22 104/14
108/16 112/5 112/9
120/20 120/21
120/22 120/23 123/1
123/23 124/16
127/11 129/3 129/12
130/14 130/19
130/24 131/4 131/9
132/24 133/1
cases [2]   123/14
124/1
cash [2]   81/3 81/4
casts [1]   125/6
catalogs [3]   10/24
11/5 69/18
catch [1]   33/11
caught [2]   31/20
123/15
cause [12]   32/6
32/17 33/19 120/5
121/21 122/16
122/16 122/17
124/11 125/12 126/5
127/6
cellphones [1]
31/21
center [1]   39/18
century [1]   121/25
certain [13]   12/19
17/19 17/21 40/20
63/25 70/18 70/18
85/24 95/2 133/6
133/12 133/24
134/13
certainly [5]   14/15
28/23 42/15 49/9
95/23
certify [1]   136/4
Chainanalysis [14]
115/1 115/14 115/22
115/24 116/12
116/14 116/19
116/24 117/10
117/11 117/16
117/17 122/13 132/4
challenge [2]   120/5
121/20
chance [3]   43/4
94/2 109/16
change [1]   83/16
changed [3]   70/4
123/1 123/2
changes [1]   110/12
changing [1]   50/18
channels [1]   28/5
charged [1]   123/21

charges [1]   32/22
charging [3]   3/25
4/3 4/5
cheap [1]   91/10
check [4]   7/21
29/25 105/20 115/17
Chief [1]   121/14
choice [4]   35/10
88/10 121/7 128/2
Chris [1]   3/6
CHRISTOPHER [1]
1/12
chronological [2]
78/3 80/24
circumstances [1]
126/5
citation [1]   32/3
citizen [2]   27/17
41/3
CJA [3]   130/11
130/18 130/19
claim [2]   41/14
96/5
claims [2]   70/12
104/3
clandestine [1]
28/6
clarify [3]   42/9
62/22 79/23
clarity [2]   28/13
54/11
classic [1]   34/21
clear [8]   32/2 32/5
33/18 36/6 41/11
93/19 99/3 119/4
Clearnet [1]   90/2
clerk [2]   128/7
128/9
client [7]   97/21
97/22 97/24 97/25
98/6 98/6 131/2
client's [1]   61/15
clients [1]   11/19
close [3]   30/6
129/2 129/17
closer [2]   72/10
72/11
closing [2]   117/25
118/3
clued [1]   99/17
cluster [6]   97/1
115/1 115/9 115/14
115/20 115/22
co [4]   60/2 112/4
112/6 112/9
co-conspirator [1]
112/9
co-conspirators [2]
112/4 112/6
co-counsel [1]   60/2
coach [1]   18/17
coaching [1]   18/15
code [2]   88/9 121/4
codes [1]   120/2
coins [2]   85/9
100/7
cold [2]   86/2 86/3
COLUMBIA [1]   1/1
column [1]   82/15
comfortable [1]   7/8

comfortable to [1]
7/8
coming [5]   7/20
14/25 23/13 33/11
96/23
commercial [1]   26/2
commit [1]   119/9
common [9]   11/21
34/18 54/1 63/15
63/20 63/21 67/9
90/8 91/21
communication [2]
114/4 123/23
communications [1]
112/3
community [1]   63/1
companies [2]   10/24
27/6
company [12]   10/18
10/21 10/23 48/13
52/16 69/11 74/5
75/8 75/9 75/16
75/19 76/11
company's [1]   75/20
complaint [1]   90/5
completely [8]
33/18 60/24 62/4
62/5 99/7 102/22
124/12 124/12
complex [1]   130/24
complexity [1]
130/20
computer [4]   16/23
38/10 95/24 96/21
computers [9]   11/5
31/20 34/23 36/24
38/3 38/22 39/3
120/1 123/19
concern [2]   7/10
16/3
concerned [8]   16/3
35/22 93/1 93/4
93/19 104/9 113/7
117/4
concluded [1]   25/7
conclusion [5]
56/12 56/16 57/20
111/4 115/8
conditions [1]
29/13
conduct [9]   32/20
33/16 33/23 60/21
65/4 88/14 116/12
125/18 125/19
conducted [3]   29/13
80/13 111/4
conducting [3]
101/19 114/24
115/11
confer [3]   5/11
7/17 132/23
confidence [4]
17/11 44/15 115/19
115/21
configure [1]   19/20
confirm [2]   101/24
102/12
confirmed [1]
115/15
conflicted [1]

124/3
confused [3]   33/1
33/2 36/16
connect [3]   29/5
29/7 29/14
connected [1]
127/13
connection [2]   24/6
37/20
consecutive [1]
129/6
consensus [1]   18/1
consider [2]   33/21
116/24
conspiracy [3]
123/22 125/13
125/21
conspirator [1]
112/9
conspirators [2]
112/4 112/6
Constitution [1]
1/24
constitutional [4]
121/24 124/9 127/4
127/24
constitutionally [1]
121/5
contact [1]   9/3
contacts [1]   9/15
containing [1]   81/1
contains [1]   84/2
content [2]   23/15
23/15
contents [1]   56/9
contest [2]   103/6
103/7
context [1]   85/23
continuation [1]
3/18
continue [6]   35/24
37/8 52/9 89/7 98/7
129/7
continued [4]   17/25
30/18 30/18 125/9
continuous [1]
24/25
continuously [1]
128/11
contradict [1]
122/23
control [2]   31/9
37/22
controlled [1]
41/10
controlling [2]
41/7 41/9
conversation [1]
60/25
conversations [4]
97/11 97/15 98/7
99/14
convert [1]   91/17
cookie [1]   36/21
cooperation [1]
102/1
copy [3]   6/6 6/7
28/1
corner [1]   78/4
corporation [3]

**C**

corporation... [3]
40/24 41/3 95/13
corrected [1]
110/25
corrections [2]
109/19 110/24
correctly [2]  16/9
30/22
corresponding [1]
96/13
corridor [1]  29/24
corroborating [1]
123/24
counsel [8]  3/3 3/5
5/12 60/2 121/6
128/1 128/9 131/22
count [3]  25/1 25/4
82/21
counting [1]  26/3
countries [1]  26/21
country [2]  26/17
26/18
couple [2]  17/18
22/22
course [10]  23/7
26/2 28/2 28/16
61/25 92/6 105/15
105/15 105/16 108/2
court [36]  1/1 1/22
1/23 3/13 7/1 33/14
33/18 34/7 34/8
34/10 36/7 36/10
36/15 36/15 37/6
43/3 53/18 56/6
68/19 108/4 118/24
119/13 122/7 122/22
124/6 124/17 125/12
125/21 126/4 126/14
126/16 126/19
127/16 129/9 129/20
136/3
Court's [3]  34/15
104/8 104/10
courthouse [1]  6/21
courtroom [3]  59/23
61/19 120/18
Courts [1]  1/23
COVID [2]  26/16
27/6
COVID-19 [2]  26/16
27/6
cr [1]  1/4
create [1]  100/21
created [1]  76/25
creation [1]  76/21
crime [12]  35/2
35/2 39/6 39/10
119/8 120/25 122/1
122/18 122/18 123/9
124/7 127/8
crimes [1]  119/10
criminal [6]  1/3
3/2 5/8 62/19
103/22 107/23
cross [12]  2/5 2/9
5/1 39/13 39/14
52/22 55/10 106/21
111/16 122/7 125/5

131/6
cross-examination [9]
2/5 2/9 39/13 39/14
52/22 55/10 111/16
122/7 125/5
cross-examine [1]
5/1
crossing [1]  104/5
crypto [1]  95/2
cryptocurrencies [1]
21/15
cryptocurrency [13]
47/23 49/6 49/17
50/6 101/3 101/9
101/25 102/12
107/20 107/25 108/1
129/22 132/14
Ct [1]  32/5
currency [4]  81/17
81/22 83/7 88/11
current [2]  107/17
107/18
currently [2]
107/13 107/19
customer [1]  76/7
cutter [1]  36/21
cutting [1]  34/4
cyber [1]  107/23

**D**

D.C [5]  7/20 9/9
9/12 9/15 60/11
dark [2]  110/1
110/8
data [2]  69/17 81/1
date [16]  35/24
42/25 43/1 43/10
74/1 76/21 78/10
133/5 133/10 133/11
133/12 133/19
133/23 134/13
134/21 136/10
dated [3]  84/6
84/25 101/16
dates [4]  129/12
132/8 133/14 133/16
Daubert [3]  128/10
128/17 129/1
day [14]  7/11 7/11
7/12 7/12 7/20
25/24 27/3 27/4
35/16 36/9 85/11
89/13 102/15 128/17
days [10]  26/19
26/23 27/3 70/18
70/19 128/10 128/17
131/23 133/15 134/9
DC [4]  1/5 1/14
1/16 1/25
deadline [1]  134/12
deal [3]  86/16
88/10 88/12
dealt [2]  88/6
88/13
decide [2]  105/13
133/4
decided [5]  23/19
25/19 26/23 72/19
105/11
decides [1]  119/21

decision [7]  5/14
31/24 35/24 35/24
35/25 118/6 120/5
decisions [1]  36/12
declaration [41]
5/1 8/10 8/11 9/21
10/19 24/18 26/11
27/15 53/12 53/17
54/1 55/15 56/6
56/10 56/12 62/23
72/7 72/21 73/4
73/16 74/9 74/15
86/14 89/21 91/23
104/1 106/18 106/20
106/24 108/15
108/17 108/20
109/17 109/20
109/24 110/25
111/20 112/18
113/17 114/3 114/10
declaration's [1]
113/7
defend [1]  127/19
defendant [12]  1/7
1/18 3/12 3/16
34/19 58/22 103/5
103/21 121/6 125/18
126/10 127/16
defendant's [7]
3/19 7/25 30/25
58/22 89/13 127/2
127/15
defendants [1]
131/1
defender [3]  60/6
60/9 60/18
defense [20]  5/5
34/20 53/14 103/10
103/15 104/12
106/20 121/10 124/9
124/25 125/3 127/17
127/18 129/11
129/19 129/21
129/25 130/8 130/9
133/7
defense's [1]
104/21
defenses [1]  126/11
defensive [2]
128/25 129/24
definitely [1]  91/9
deny [1]  91/1
denying [1]  91/2
Department [1]
107/19
depending [1]
105/21
deposit [4]  16/22
54/18 115/12 115/13
deposited [1]  21/24
depositing [2]  54/2
54/9
deposition [2]
89/11 103/22
deposits [1]  54/8
deprive [1]  121/6
derogation [1]
34/17
describe [5]  10/21
12/3 19/1 25/20

29/21
describes [1]  54/15
describing [1]
31/11
designate [2]
133/17 133/18
desire [1]  5/7
desires [1]  19/21
desk [2]  6/4 6/7
desks [2]  119/19
124/3
detail [1]  56/11
details [4]  62/20
75/18 104/6 123/17
detention [1]  29/12
determination [6]
32/3 32/6 33/20
34/13 121/20 126/5
develop [1]  19/22
developed [1]  19/15
development [1]
75/10
devices [1]  38/23
diaries [4]  39/4
123/16 123/17
123/18
diary [2]  34/23
120/2
dice [4]  119/21
119/25 122/25 124/4
difference [2]  87/5
127/5
different [20]  6/25
12/14 13/14 16/24
16/24 17/2 25/12
30/10 30/10 45/2
45/13 62/10 70/4
71/21 85/24 92/20
100/20 108/25
125/25 126/2
differently [1]
36/14
difficult [1]  36/22
direct [23]  2/4 2/8
6/12 8/3 57/24
58/11 59/17 71/8
72/22 74/5 74/25
89/13 89/14 92/2
92/25 104/1 104/21
104/23 107/7 111/1
111/13 120/23 123/9
directing [5]  26/10
30/24 31/9 38/15
97/21
directly [9]  31/17
31/21 32/11 33/10
56/13 56/20 57/10
57/22 79/25
disagree [2]  56/14
57/9
disagreement [1]
57/20
disclose [1]  98/6
disclosure [1]
134/14
disclosures [1]
124/20
discovered [1]
26/15
discovering [1]

**D**

discovering... [1]
100/14
discovery [11]
20/23 21/2 21/4
24/13 24/14 70/9
103/3 104/2 104/8
104/10 119/22
discuss [3]   13/11
13/25 29/8
discussed [5]   55/22
61/3 97/4 97/6
97/13
discussing [1]
77/20
discussion [2]   5/13
106/8
dispute [2]   125/1
125/2
disputed [1]   117/14
dissent [5]   121/8
121/12 121/14
121/15 121/18
distinction [1]
36/20
distinguish [1]
33/14
district [5]   1/1
1/1 1/10 1/23 123/3
DNS [5]   11/11 11/13
11/15 11/16 119/24
do not [1]   51/11
docket [1]   109/7
docketing [1]   101/5
document [13]   8/7
8/9 8/12 8/14 8/16
31/3 51/7 51/8
53/11 55/1 55/19
67/16 108/11
documents [5]   28/9
28/11 38/13 38/18
90/5
DOJ [2]   1/13 1/15
dollar [4]   22/18
87/6 125/25 126/1
dollars [14]   22/18
35/11 71/23 86/17
86/18 87/18 87/21
87/23 87/25 88/5
88/6 88/12 88/13
91/17
domain [6]   90/3
90/8 90/13 91/8
91/9 91/20
domains [1]   91/5
done [11]   8/5 9/11
11/4 31/2 33/15
64/7 80/9 95/7
102/16 117/24 123/5
door [1]   97/14
doubt [3]   83/12
88/2 125/6
down [22]   5/20 27/5
37/21 38/9 76/20
82/15 82/21 82/24
83/6 85/6 85/16
86/11 87/9 101/22
102/9 106/2 106/25
108/3 110/6 117/19

117/21 132/21
download [1]   19/20
draft [1]   133/8
drafted [1]   108/17
drafting [1]   108/19
draw [3]   115/8
125/22 126/4
dream [1]   18/16
drives [2]   39/3
123/20
dumb [1]   92/22
during [9]   12/17
18/10 22/13 22/25
53/7 55/9 62/18
69/25 72/1
duties [1]   69/14
DVD [1]   31/12
DVD-R [1]   31/12
dye [2]   126/1 126/2

**E**

e-mail [18]   67/18
67/19 67/21 68/2
68/6 68/11 68/17
80/14 84/5 84/6
84/9 84/14 84/21
84/24 85/2 85/3
85/22 85/23
e-mailing [1]   84/9
e-mails [2]   68/16
84/3
earlier [3]   52/13
69/24 129/8
early [4]   14/23
74/1 79/8 91/24
earned [4]   22/11
70/12 71/17 120/16
easier [2]   7/19
108/4
easily [1]   131/25
easy [1]   19/5
educate [1]   18/20
effectively [2]
34/19 41/24
efficient [2]   52/25
131/21
eight [3]   82/16
83/6 83/10
eighth [3]   82/21
82/24 83/6
either [8]   16/4
24/8 54/18 72/13
75/18 75/22 79/24
104/18
EKELAND [14]   1/18
1/19 2/4 2/9 2/11
3/12 3/21 5/4
104/11 111/14
129/10 130/3 132/17
133/9
else [17]   3/21 30/9
53/8 54/22 57/18
64/1 67/6 71/15
81/9 99/1 99/10
99/19 123/6 125/4
134/16 134/23 135/2
embedded [1]   107/22
empirical [1]   124/2
employed [2]   107/12
107/13

employee [3]   56/5
101/16 101/23
employer [1]   11/19
employment [1]   72/5
encountered [1]
49/21
encourage [1]   89/8
end [11]   8/12 19/7
23/16 23/21 72/5
72/10 72/18 128/25
130/7 132/23 132/24
ended [3]   54/23
96/6 126/3
ends [1]   17/22
enforce [1]   49/11
enforcement [2]
24/9 107/20
enforcing [1]   45/15
engage [1]   104/8
English [1]   68/20
enough [1]   5/11
enter [4]   26/16
26/19 26/22 26/24
enthusiast [1]   45/2
entire [5]   29/3
34/25 108/17 124/16
128/17
entitled [4]   125/22
131/1 131/3 136/5
entries [2]   87/22
87/24
entry [2]   31/10
69/17
error [3]   8/16
34/13 109/25
escrow [1]   80/18
especially [2]   7/10
88/7
essentially [8]
15/21 16/17 28/1
34/16 80/17 122/2
125/14 127/22
established [4]
18/19 119/7 124/19
124/21
establishing [1]
75/16
EU [1]   26/19
Euros [1]   86/16
evasive [1]   124/20
even [19]   18/3 27/3
33/4 34/24 36/8
49/10 62/7 62/8
69/24 95/1 95/4
120/24 121/22
123/24 125/8 126/12
130/7 130/9 131/2
event [2]   89/17
130/6
eventually [3]
18/21 19/22 73/18
everybody [4]   15/14
15/19 89/8 134/17
everyday [1]   51/14
everyone [2]   61/19
122/6
everything's [2]
122/19 122/20
everywhere [1]
120/21

evidence [37]   2/16
2/17 2/18 2/19 2/20
2/21 2/22 2/23 4/9
20/8 29/8 32/10
34/24 35/13 35/15
35/16 37/1 38/24
39/2 52/2 60/2 69/4
88/22 111/12 111/20
119/9 120/10 120/11
120/23 122/10
122/19 123/1 123/8
123/10 123/24 125/1
127/11
exact [4]   42/25
43/1 43/10 54/14
exactly [3]   61/1
72/9 85/23
examination [21]
2/4 2/5 2/8 2/9
2/10 2/11 6/12 37/4
37/8 39/13 39/14
52/22 55/10 58/12
59/18 107/7 111/16
114/17 116/9 122/7
125/5
examine [2]   5/1
89/10
example [4]   15/22
34/21 48/2 126/6
excellent [1]   37/10
exchange [8]   15/5
50/12 80/2 91/18
101/4 101/9 102/14
102/24
exchanges [3]   14/21
14/25 47/23
exciting [1]   102/16
exclusively [1]
86/16
Excuse [2]   52/12
61/11
exhibit [34]   2/15
6/2 7/25 8/4 30/25
46/19 46/19 51/23
52/1 52/2 53/14
66/14 66/20 67/15
76/14 76/20 77/22
77/25 79/13 79/14
84/2 84/2 84/3 87/3
87/4 88/23 101/2
108/11 109/2 109/3
111/8 111/11 111/12
117/3
Exhibit 1 [3]
108/11 111/8 111/11
Exhibit 19 [1]
67/15
Exhibit 20 [2]
66/14 66/20
Exhibit 22 [2]
77/22 77/25
Exhibit 23 [2]
79/13 87/4
Exhibit 24 [1]   87/3
Exhibit 25 [5]
46/19 51/23 52/1
76/14 76/20
Exhibit 4 [1]   101/2
Exhibit 9 [2]   84/2
84/2

**E**

Exhibit A [2]   8/4
53/14
Exhibit D [1]   30/25
exhibits [8]   46/3
68/25 69/4 77/13
77/16 88/16 88/20
88/21
exiting [1]   29/23
expected [2]   7/2
19/24
expenses [4]   42/4
75/1 75/4 75/7
expensive [1]   26/25
experience [2]
107/24 130/18
experiment [2]   18/9
18/11
experimentation [1]
21/18
experimenting [1]
102/15
expert [9]   106/15
122/12 129/19
129/21 129/22
130/21 132/4 133/7
133/17
experts [12]   130/1
130/2 130/12 130/23
131/2 131/3 131/4
131/5 132/15 134/13
134/14 134/15
explain [6]   13/7
26/12 27/16 37/7
52/24 55/9
explained [1]   15/17
explanation [1]
19/11
explore [1]   103/16
exposed [1]   94/10
extensive [1]   25/18
extent [1]   129/25
external [2]   123/13
124/2
extra [1]   6/6
eye [1]   83/5
eyewitness [1]
120/15

**F**

FAA [1]   25/13
face [1]   15/23
Facebook [1]   50/4
facility [2]   7/13
30/20
fact [7]   24/12 27/1
33/9 34/3 36/24
94/11 117/17
facts [2]   30/6
125/22
factual [1]   125/2
fair [14]   16/18
22/9 22/14 42/16
49/21 55/11 82/7
90/14 90/16 125/22
126/4 126/6 126/11
126/13
fairly [1]   31/5
fairness [1]   89/13

fake [3]   28/19
47/15 47/16
false [1]   29/6
familiar [3]   19/5
55/19 80/22
family [6]   9/14
24/4 58/6 61/9
119/13 123/5
far [9]   20/8 20/18
23/25 24/2 24/3
24/7 59/7 113/7
132/5
farther [1]   62/5
fashion [1]   128/20
faster [1]   52/20
father [2]   9/2 9/3
FBI [6]   55/16 55/23
56/5 107/14 107/15
107/16
federal [2]   60/18
127/16
feel [5]   5/11 7/4
7/7 7/9 52/24
feels [1]   103/2
felony [1]   123/7
felt [2]   17/13
17/20
few [4]   26/21 46/9
48/22 76/9
field [1]   25/11
figure [1]   133/1
file [1]   133/7
filed [4]   56/5
101/5 109/7 129/19
files [2]   21/3
72/13
filtered [1]   87/6
final [1]   92/19
finally [2]   122/21
124/4
finances [1]   88/14
financial [5]   4/18
38/13 45/16 124/19
124/21
financially [1]
17/14
find [3]   68/22
116/14 126/14
finding [2]   32/17
127/6
fine [8]   46/13
97/12 98/7 98/11
118/2 133/23 134/5
134/22
finish [5]   37/4
43/4 61/19 61/22
94/21
finishes [1]   61/15
firm [2]   10/12
10/14
first [30]   8/18
14/21 22/6 26/1
30/11 30/14 31/10
39/24 49/20 49/21
68/6 68/11 68/13
68/20 69/6 73/13
78/2 78/4 78/19
81/7 81/23 82/3
82/6 84/6 85/6
92/17 103/25 105/10

107/10 110/9
Fischbach [4]
106/13 130/17
130/19 130/21
fishy [1]   30/15
five [6]   11/9 11/9
37/22 52/6 89/2
101/13
flexible [2]   129/11
129/17
flight [7]   24/19
24/24 26/5 26/9
26/15 26/25 27/4
flights [2]   27/2
27/8
flimsiest [1]   34/21
123/8
flimsy [1]   127/15
flip [1]   101/2
Floor [1]   1/19
flow [10]   111/5
112/10 112/13
112/14 112/15 114/4
114/5 114/6 114/11
114/12
flowing [1]   76/6
flows [2]   112/19
113/2
flying [1]   25/24
focus [5]   89/9
89/17 114/23 114/25
115/4
focused [5]   89/11
114/3 116/5 124/17
131/22
Fog [100]   15/10
15/15 15/16 16/8
16/11 16/12 16/15
16/22 20/11 20/19
20/25 24/6 31/19
31/22 32/12 32/13
32/14 32/16 32/18
32/23 33/8 35/17
36/18 37/1 38/24
54/2 54/8 54/18
54/22 55/13 56/13
56/21 57/11 57/12
57/13 57/16 57/16
57/18 57/21 89/21
89/25 90/2 91/24
92/7 93/2 93/22
95/22 96/6 96/12
96/14 96/18 96/21
96/23 97/1 98/15
99/4 99/7 99/10
99/17 99/19 100/7
102/21 104/4 108/23
110/1 110/5 111/6
111/23 112/1 112/11
112/14 112/15
112/16 112/19
112/25 113/6 113/20
114/6 114/12 114/21
115/1 115/5 115/8
115/9 115/11 115/12
115/14 115/20
115/22 115/23
115/25 120/4 120/9
120/12 122/5 123/21
123/22 125/3 125/14

127/10
Fog's [1]   113/14
FOGGED [1]   110/9
folder [2]   66/15
76/15
follow [2]   46/11
57/6
following [1]   29/3
foot [1]   123/4
footnote [2]   33/4
121/23
for disclosure [1]
134/14
For the Defendant [1]
1/18
forced [1]   36/22
foregoing [1]   136/4
forever [1]   25/4
forfeiture [5]
121/1 121/2 121/4
125/16 126/15
forfeitures [1]
121/25
forget [1]   69/19
form [2]   123/12
forth [1]   128/7
forthright [1]
122/3
forum [4]   63/9
64/20 65/6 65/7
forward [4]   23/18
73/6 98/8 102/1
fought [1]   36/3
found [6]   20/19
62/7 95/1 95/2
125/24 131/5
four [6]   11/9 23/13
27/15 27/16 30/10
133/25
framework [1]   8/14
freelance [11]
11/21 11/25 12/1
12/4 12/10 71/9
71/12 71/14 71/18
90/7 91/20
Friday [2]   128/14
128/15
Fridays [2]   129/6
131/20
friendly [2]   25/18
friends [14]   9/14
18/21 22/23 24/4
58/6 58/8 58/13
58/14 58/19 58/23
61/9 119/12 120/19
123/5
front [8]   8/1 34/10
42/8 46/3 79/16
94/9 124/6 125/12
full [7]   17/17
17/23 55/18 70/15
70/16 73/5 109/14
full-time [5]   17/17
17/23 70/15 70/16
73/5
fully [3]   28/17
118/5 118/8
fulsome [1]   129/21
fundamental [7]
34/12 121/24 124/9

**F**

fundamental... [4]
126/25 127/21
127/25 127/25
funds [67]   3/19
4/10 4/11 4/23
16/14 16/21 21/23
33/10 33/16 33/22
34/2 34/17 34/25
39/5 41/14 41/17
42/3 55/12 56/19
57/9 57/15 57/17
57/21 95/18 96/23
97/1 102/14 102/24
104/17 111/5 112/10
112/13 112/14
112/15 112/19
112/20 112/20
112/24 113/2 113/5
114/4 114/5 114/6
114/11 114/12
117/12 117/14 119/6
119/7 122/4 122/7
122/11 122/15
122/17 122/18
124/11 124/22 125/2
125/6 126/8 126/10
126/14 127/8 130/8
130/10 130/13 131/2
further [18]   4/17
18/1 52/24 55/9
85/14 86/10 101/19
101/19 105/17
105/25 106/9 111/13
114/15 116/1 118/1
126/19 126/19
126/24
future [3]   12/16
14/18 17/11

**G**

gains [1]   85/21
gave [5]   17/11
19/22 47/11 90/20
115/21
general [11]   47/18
54/15 54/16 54/17
63/24 64/23 64/24
65/1 65/2 65/21
116/14
generally [4]   12/3
78/22 111/3 116/24
generate [1]   19/9
gets [3]   70/11
85/16 86/11
gift [1]   88/9
gigantic [1]   104/13
given [7]   34/9
47/14 47/15 47/16
129/2 129/12 130/19
gives [2]   62/17
96/2
giving [2]   30/5
47/18
glancing [1]   83/11
Glass [1]   124/1
gmail.com [2]   67/19
67/21
God [2]   5/23 107/3

goes [3]   33/9 86/11
120/7
good [20]   3/6 3/8
3/10 3/11 3/14 3/15
3/17 6/14 6/16 21/1
25/8 25/10 25/19
39/16 39/17 46/8
88/24 91/14 107/9
118/16
Google [1]   124/1
GotheCoin [1]
109/24
Gothenburg [9]   10/1
10/4 10/9 10/10
13/18 13/19 18/21
68/22 71/25
GothenCoin [7]   44/7
45/20 47/5 51/18
77/21 81/12 109/24
government [83]
1/12 2/16 2/17 2/18
2/19 2/20 2/21 2/22
2/23 3/5 3/7 4/13
4/25 20/5 20/18
22/24 24/1 24/4
24/9 28/4 28/5
28/15 29/14 31/11
31/18 32/12 33/6
35/11 35/12 35/15
38/16 46/2 46/23
51/22 52/2 55/16
57/25 58/4 58/12
58/24 59/5 59/18
60/1 60/22 61/4
61/7 61/24 62/18
68/24 69/4 77/19
77/23 88/16 88/21
88/23 97/14 105/22
106/14 111/7 111/12
111/25 113/13
118/22 119/5 119/17
120/8 120/14 120/17
121/10 122/2 122/8
122/8 123/18 124/10
124/19 126/12 127/2
127/14 127/20
128/23 129/16 133/5
134/12
government's [28]
46/19 51/23 62/15
66/14 66/19 67/15
68/25 76/14 76/20
77/13 77/21 77/25
79/13 84/2 84/2
87/3 87/4 88/16
101/2 104/14 108/11
111/8 122/12 122/23
127/1 127/9 127/21
129/3
Gox [3]   91/15 91/16
91/17
graduated [2]   10/7
10/8
grand [8]   32/2 32/6
33/19 120/5 121/20
127/3 127/6 127/23
gripe [1]   34/6
ground [1]   26/1
grounded [1]   27/5
grounds [1]   97/17

group [1]   13/8
grow [1]   8/21
growing [1]   8/23
guess [7]   14/1
14/17 25/1 32/9
37/14 42/14 79/23
guessing [1]   103/1
guests [1]   14/8
guilt [1]   59/10
Gustafson [1]   70/2
guy [1]   68/22

**H**

hacked [2]   16/4
95/6
hacking [2]   95/5
100/14
half [2]   35/1 35/3
halfway [1]   122/3
hand [4]   5/20 78/4
107/1 117/3
handed [6]   46/18
67/14 77/12 79/14
87/2 101/1
handing [1]   84/1
handled [1]   30/14
handwritten [3]
38/13 38/17 120/2
hanging [3]   64/14
65/13 65/15
happen [2]   15/3
64/2
happened [9]   19/2
23/10 29/21 34/16
52/18 54/25 59/1
65/19 127/12
happening [6]   34/11
64/24 66/12 67/10
121/7 127/5
happens [1]   51/14
happy [7]   3/19 46/9
52/3 118/11 126/16
126/17 126/17
hard [4]   15/5 18/17
39/3 90/24
harm [1]   14/10
Harmon [2]   123/24
123/25
HASSARD [2]   1/18
3/16
having false [1]
29/6
headed [1]   26/5
health [3]   18/15
18/16 23/15
hear [5]   4/17 15/9
30/22 118/7 133/11
heard [5]   4/16
14/11 125/1 128/9
130/17
hearing [17]   1/9
3/18 18/2 39/21
89/18 102/1 103/2
104/19 119/5 119/17
128/4 128/8 128/10
128/18 133/6 133/14
133/15
hearings [2]   129/1
134/10
Heavydist [3]   67/19

67/21 67/25
Helix [1]   123/25
Hello [2]   52/11
52/12
help [7]   5/23 12/9
17/18 19/16 93/22
94/11 107/3
helped [1]   75/8
here's [2]   32/25
125/18
hey [1]   90/10
Hi [4]   68/21 84/14
85/8 85/11
hidden [1]   110/5
hide [2]   28/9 28/9
high [4]   10/7 10/8
18/7 94/2
himself [2]   103/21
106/20
hire [1]   131/3
hold [3]   6/5 6/8
80/21
holder [1]   40/18
holding [1]   30/20
holdings [1]   86/18
holds [1]   126/9
holes [1]   104/14
home [1]   70/19
homeless [1]   18/6
homes [1]   95/1
honest [1]   122/22
honestly [1]   120/15
Honor [90]   3/8 3/11
3/15 3/23 4/15 4/15
6/1 6/14 7/23 29/15
31/18 32/1 33/24
36/13 37/10 39/12
43/7 46/5 46/11
52/4 55/24 56/22
57/4 58/21 59/11
61/12 66/16 67/11
68/24 69/2 70/10
76/16 83/23 88/15
88/19 89/1 89/12
89/20 94/24 97/16
97/18 97/23 98/9
103/5 103/7 103/14
103/24 104/8 104/20
104/25 105/19
105/21 106/9 106/13
106/17 108/7 111/7
111/18 114/15
114/19 116/19
116/23 117/2 117/18
117/24 118/5 118/12
118/17 118/23 119/1
119/5 119/10 120/20
121/4 123/6 124/15
128/23 129/8 129/11
129/17 129/19
130/13 131/15 132/1
132/18 132/20 133/3
134/7 134/25 135/4
HONORABLE [1]   1/9
HOOK [3]   1/22 136/3
136/10
hop [2]   120/22
122/20
hope [2]   7/23 7/23
host [1]   129/14

**H**

hosted [1]   13/22
hosting [1]   63/5
hour [5]   4/4 4/5
30/6 30/9 30/19
hourly [3]   3/25 4/1
4/2
hours [5]   10/2
13/16 25/23 25/25
130/20
house [1]   7/19
housed [1]   6/20
housekeeping [1]
133/4

**I**

ID [3]   21/11 82/15
82/17
idea [3]   19/3 19/8
74/12
ideas [1]   18/14
identification [4]
8/4 30/25 115/19
123/13
identified [3]   35/2
115/13 115/24
identify [1]   115/5
identity [6]   15/23
47/20 47/24 51/5
51/9 95/3
ignore [1]   34/8
illegal [3]   28/6
90/11 127/10
illicit [5]   39/6
119/7 122/12 124/11
127/13
impact [1]   129/5
implausible [2]
104/3 104/6
implications [1]
62/20
importance [1]   89/9
important [1]   99/15
impossible [2]   43/2
102/14
inaccuracies [1]
31/8
inaccurate [1]
78/19
inadequate [1]
29/15
inaudible [1]   28/21
incarcerate [1]
36/1
include [2]   17/1
17/3
includes [1]   17/5
including [1]   23/17
income [12]   24/25
25/5 73/10 73/12
73/19 73/21 73/23
74/2 74/4 74/20
119/15 122/9
incomplete [1]
124/20
inconsistencies [1]
104/6
inconsistent [1]
103/11

Indeed [1]   69/10
indicted [6]   124/23
125/18 125/23 126/7
126/10 126/11
indictment [10]
31/25 32/15 32/22
33/17 121/2 125/13
125/14 126/18 127/3
127/23
Indigent [1]   131/1
indirectly [4]
56/14 56/21 57/10
57/22
individual [8]   64/4
64/7 64/13 71/5
72/23 80/1 85/3
105/11
individuals [3]
58/3 59/8 80/5
indulge [1]   89/10
inference [1]
125/22
info [4]   84/10 85/3
85/8 85/15
information [9]
16/6 47/18 47/21
58/8 58/20 58/24
59/9 59/16 95/3
initial [1]   29/12
initially [1]   14/21
innocence [2]   59/10
120/7
innocent [2]   123/7
124/13
input [2]   113/1
113/2
inquire [1]   5/7
inquiry [3]   33/14
104/5 117/8
insinuated [1]
28/24
inspection [1]   30/2
instance [1]   119/23
instances [2]   65/18
67/8
institution [2]
45/16 47/19
instructing [2]
97/23 98/6
instrument [1]
127/7
intelligence [1]
107/22
intend [1]   106/12
intensive [3]   24/24
25/23 26/25
intent [2]   103/25
104/1
intention [1]
128/14
interacted [1]
115/7
interest [1]   12/23
interested [4]   13/1
13/9 19/7 19/24
interests [1]   25/9
intermediary [1]
80/2
International [2]
26/6 29/2

internet [7]   12/15
14/9 15/19 27/8
37/19 47/18 115/16
interning [1]
107/16
interpret [1]   36/14
interrupt [1]   61/2
interrupting [3]
61/14 61/17 61/18
interruption [1]
6/10
interview [8]   24/1
24/10 29/12 58/4
58/25 59/6 59/19
90/20
interviewed [3]
24/4 57/25 58/12
interviews [2]
24/14 24/15
into [39]   2/16 2/17
2/18 2/19 2/20 2/21
2/22 2/23 26/24
52/2 54/3 54/8
54/18 55/12 69/4
70/17 76/6 77/23
78/11 78/23 86/2
88/21 92/23 94/6
95/18 96/4 96/18
99/1 103/23 111/6
111/12 111/20
112/11 112/14
112/19 112/22
114/12 117/6 120/16
introduce [3]   49/24
106/20 107/10
introduced [1]
15/11
invasive [1]   30/7
invention [1]   122/1
investigate [1]
119/18
investigation [5]
104/13 119/11
119/20 120/24 123/3
involve [1]   97/22
involved [3]   18/2
103/19 125/17
IRS [11]   108/23
110/4 113/9 113/12
113/15 113/18
114/20 115/7 115/11
115/17 123/2
IRZTRCAR2.onion [1]
110/10
is busy [1]   129/9
issue [14]   6/19 7/2
29/14 32/24 32/25
33/5 33/16 33/22
34/10 36/16 39/19
118/13 132/22 133/4
issued [3]   28/4
28/14 122/14
issues [5]   85/24
89/9 104/23 124/17
129/14
issuing [1]   127/6

**J**

jail [10]   6/19 7/15
7/20 35/3 35/23

59/24 61/9 119/14
123/7 124/8
jailed [1]   62/2
janemedia.se [4]
84/10 85/3 85/8
85/15
January [1]   1/5
JEFF [3]   1/22 136/3
136/10
jewel [1]   31/12
job [20]   10/11
11/17 11/23 16/17
17/8 17/12 17/14
18/5 22/12 25/6
72/19 90/10 91/4
91/8 107/20 119/15
120/17 120/17
123/10 125/9
jobs [2]   69/17 90/7
Jonkoping [4]   9/19
9/23 10/2 10/13
JUDGE [2]   1/10 3/6
July [2]   128/12
131/16
jump [4]   82/16
82/16 120/22 122/20
June [5]   128/12
131/20 132/2 132/18
133/6
junior [1]   69/16
jury [4]   35/18
127/3 127/6 127/23
jury's [5]   32/2
32/6 33/20 120/5
121/20
Justice [7]   33/5
121/8 121/14 121/22
121/23 127/17
130/24
Justice's [1]
107/20

**K**

Kagan [2]   33/5
121/22
Kaley [9]   31/24
32/2 32/16 32/25
33/4 121/8 121/15
126/17 127/18
keep [4]   44/3 94/23
115/2 115/2
keeping [2]   27/9
83/5
keeps [2]   61/12
61/14
kept [1]   98/25
Killdozer [14]
63/13 63/18 63/21
64/4 64/21 65/3
65/5 65/24 66/2
67/1 69/6 99/21
100/3 100/6
kind [21]   9/14 11/1
11/3 12/9 14/1
15/20 15/20 18/12
19/6 19/19 19/20
23/18 29/25 36/19
36/21 39/6 52/14
74/13 82/15 92/21
123/12

**K**

knew [7]  13/24 15/2
  18/4 59/6 66/10
  115/23 122/25
knowing [1]  115/7
knowledge [7]  21/4
  41/6 48/1 50/16
  103/19 111/25 112/2
knows [3]  6/8 28/5
  120/17
Kraken [64]  17/3
  17/3 17/5 21/6 21/8
  21/13 21/14 21/19
  21/19 21/20 21/24
  22/10 39/19 39/22
  40/2 40/3 40/4 40/6
  40/10 40/14 42/19
  43/11 52/15 54/3
  54/8 54/19 54/23
  55/12 56/6 56/14
  56/20 57/8 57/10
  57/21 73/13 73/17
  74/22 75/1 75/5
  75/6 75/11 75/13
  75/15 75/19 75/25
  76/6 95/9 95/16
  95/18 95/21 96/3
  96/6 96/12 96/24
  108/22 108/24 109/1
  110/18 112/16
  112/20 112/22 113/3
  120/16 125/3
kroner [3]  81/21
  82/8 86/16
kroners [6]  70/24
  71/20 71/22 72/1
  88/6 93/25

**L**

L-U-K-E [1]  107/11
lack [1]  123/24
landed [1]  26/8
languishes [1]
  124/8
laptop [3]  37/23
  37/25 123/15
large [1]  98/18
last [8]  6/17 26/19
  46/17 46/18 70/6
  104/25 107/10 133/4
late [1]  79/7
later [3]  14/20
  16/5 37/3
laundered [1]  31/19
laundering [3]
  90/11 125/13 125/21
law [12]  1/19 24/8
  27/23 33/13 34/6
  34/15 34/18 36/7
  36/14 42/13 121/17
  127/4
lawyer [8]  52/22
  55/6 55/8 97/6
  97/13 97/15 127/17
  127/18
lawyers [5]  53/8
  53/11 53/20 55/19
  55/22
LAX [3]  26/6 26/8

  29/2
layering [1]  55/3
lays [1]  121/8
learn [7]  12/7
  12/12 12/13 12/17
  15/9 25/10 25/19
learned [2]  12/19
  12/22
learning [1]  21/16
least [6]  25/23
  28/24 126/11 126/13
  128/14 128/15
leave [3]  17/9
  17/12 73/4
leaving [2]  131/15
  131/16
left [4]  6/4 18/10
  78/4 82/15
legal [10]  37/2
  37/3 50/7 50/11
  50/12 50/13 62/17
  75/9 99/7 102/22
legitimate [4]
  16/21 28/17 96/8
  96/14
legitimately [1]
  28/14
less [2]  115/18
  118/23
letter [1]  62/17
letting [1]  7/16
level [1]  44/15
Liberty [2]  91/18
  91/19
library [1]  123/15
license [3]  25/13
  25/16 26/2
licenses [1]  25/12
life [4]  24/5 108/4
  119/15 119/18
light [2]  59/3
  133/2
likely [2]  18/3
  65/9
limited [3]  21/2
  21/3 24/13
line [14]  46/12
  46/25 47/1 68/11
  68/13 68/20 76/21
  80/25 82/24 84/17
  84/17 104/25 111/3
  117/7
lines [3]  47/2 87/9
  88/8
list [4]  8/1 26/21
  31/5 80/11
listed [1]  82/22
lists [1]  82/24
Litovigia [1]  87/16
little [8]  37/22
  39/18 72/8 74/11
  100/20 108/3 119/17
  128/5
live [2]  9/23 88/5
lived [3]  9/6 73/6
  85/20
living [1]  18/5
LocalBitcoins [50]
  43/21 43/22 43/25
  44/4 44/6 44/13

  44/16 44/25 45/4
  45/14 45/19 45/23
  47/11 47/14 48/1
  48/3 48/11 48/18
  48/24 49/3 50/16
  51/1 51/10 51/18
  54/22 76/13 77/1
  77/19 77/21 77/24
  78/11 78/15 78/23
  79/5 79/15 80/6
  80/16 80/17 80/20
  81/10 82/11 84/18
  87/5 96/24 108/21
  109/23 110/13
  110/16 112/21
  112/22
LocalBitcoins.com [5]
  43/23 45/10 46/23
  76/13 77/6
location [1]  13/15
locations [2]  13/14
  13/16
lock [1]  94/6
locked [3]  21/2
  62/1 72/14
logic [1]  126/9
logs [1]  111/23
long [14]  9/4 9/23
  11/7 15/1 15/4
  18/15 25/7 35/23
  36/9 74/13 104/22
  105/13 107/15
  118/20
longer [1]  74/12
look [21]  8/5 8/6
  12/25 21/3 24/18
  31/1 31/2 34/14
  74/9 75/24 82/14
  84/12 88/14 92/23
  99/1 101/12 102/1
  102/9 119/22 121/1
  130/15
looked [3]  19/5
  25/5 25/5
looking [10]  8/5
  12/5 12/11 12/14
  77/21 77/25 80/11
  82/19 84/24 115/17
looks [8]  6/8 66/24
  67/17 67/20 79/12
  80/11 81/6 109/2
Los [3]  26/6 26/12
  29/1
lot [31]  13/13 15/1
  16/24 17/2 17/25
  18/14 18/17 19/4
  19/9 19/9 19/12
  19/18 19/23 21/15
  21/18 21/18 22/2
  25/3 25/15 27/1
  30/3 70/4 71/13
  76/9 84/21 90/7
  92/19 102/15 105/14
  105/14 129/4
LTD [16]  40/14
  40/24 41/12 41/15
  41/18 43/12 54/13
  74/6 74/19 74/23
  75/12 76/1 76/7
  95/12 110/19 110/19

  luggage [3]  30/1
  30/3 30/21
Luis [5]  32/1 32/4
  34/15 121/5 126/17
LUKE [7]  2/7 55/16
  107/7 107/11 111/16
  114/17 116/9
lunch [1]  88/25
luxury [1]  131/23

**M**

mail [18]  67/18
  67/19 67/21 68/2
  68/6 68/11 68/17
  80/14 84/5 84/6
  84/9 84/14 84/21
  84/24 85/2 85/3
  85/22 85/23
mailing [1]  84/9
mails [2]  68/16
  84/3
main [2]  20/4 26/8
maintained [1]
  31/18
maintains [1]  32/12
majority [2]  121/15
  121/19
makes [5]  32/2 32/5
  36/8 93/16 108/4
making [4]  15/13
  23/14 78/15 113/19
Maks [1]  68/21
Maksim [1]  60/10
Malta [6]  40/24
  41/2 42/14 75/8
  75/16 75/17
Maltese [1]  41/3
man [2]  85/11 123/7
manufacture [1]
  123/3
many [2]  27/5 34/9
March [5]  73/13
  73/21 79/2 82/25
  83/14
March 11th [1]
  82/25
March 25th [1]  79/2
marked [9]  8/4
  30/25 46/19 66/14
  67/15 77/13 84/1
  101/2 108/10
market [1]  21/17
marketing [3]  10/12
  10/14 69/11
Marknadskommunikation [15]
  10/15 10/16 10/17
  11/2 11/8 11/18
  11/24 17/8 17/16
  17/23 18/11 69/12
  69/15 69/22 96/8
Marshals [1]  7/17
materials [1]  10/23
math [1]  83/9
matter [3]  24/12
  53/8 136/5
matters [2]  89/18
  121/18
Max [11]  49/19
  49/20 49/20 50/1
  50/3 50/4 50/6 50/7

**M**

Max... **[3]**   50/14
60/8 60/13
may **[49]**   5/25 6/4
6/11 33/13 34/6
42/17 42/23 43/8
43/12 43/15 43/18
44/15 45/6 46/5
46/7 52/9 57/4
66/16 66/17 67/11
67/12 76/16 76/18
77/9 77/10 83/23
83/24 87/8 87/9
89/7 89/16 97/7
100/23 100/24 107/6
108/7 111/14 117/2
119/1 125/25 126/2
128/11 128/13
129/23 129/24
132/11 132/23 134/2
134/3
May 18th **[2]**   42/17
42/23
May 24th **[1]**   43/12
May 3rd **[2]**   87/8
87/9
maybe **[18]**   12/7
12/8 16/5 17/19
19/4 50/23 69/24
80/3 86/11 93/5
93/8 94/5 99/24
99/24 118/21 126/1
129/6 133/25
mean **[20]**   35/15
41/16 49/9 59/15
78/7 79/21 79/23
81/4 86/8 94/1
99/15 100/11 110/17
114/5 123/7 123/8
128/23 130/15 131/7
134/19
meaning **[2]**   73/17
76/22
means **[2]**   15/11
82/1
measures **[1]**   100/18
meet **[22]**   13/3 13/7
13/7 13/8 13/12
13/21 13/22 13/23
13/24 14/1 15/6
15/7 15/7 15/22
16/4 17/22 22/16
63/5 85/25 93/9
93/13 99/9
meet-up **[5]**   13/7
13/8 13/23 14/1
93/13
meet-ups **[14]**   13/3
13/7 13/12 13/21
13/22 13/24 15/6
15/7 15/7 16/4
22/16 63/5 93/9
99/9
meeting **[4]**   13/1
13/10 93/25 94/8
Members **[1]**   58/6
memory **[1]**   43/10
mens **[1]**   103/20
mental **[3]**   18/15

18/16 23/15
mention **[4]**   52/12
95/5 103/13 106/4
mentioned **[10]**
14/11 15/12 23/9
23/22 26/11 27/14
30/21 65/21 88/7
92/18
mentioning **[1]**
92/20
mere **[1]**   127/10
merely **[3]**   36/13
104/12 127/3
mess **[1]**   27/7
message **[17]**   80/14
84/12 84/14 84/17
84/18 84/21 85/7
85/14 85/15 101/15
101/18 102/2 113/13
113/14 113/18
113/21 114/2
met **[14]**   22/17
30/10 58/18 59/21
59/22 59/23 79/25
80/7 80/10 92/12
92/14 93/9 93/12
124/10
method **[1]**   81/3
MICHAEL **[2]**   1/18
3/15
microphone **[1]**
134/24
middle **[1]**   72/11
might **[14]**   28/3
65/15 66/5 66/9
76/25 90/22 93/7
94/6 94/6 94/20
95/3 95/4 98/19
128/10
miles **[1]**   119/19
mind **[1]**   103/19
mine **[3]**   18/16 54/1
85/16
mini **[1]**   38/3
minute **[3]**   52/5
106/6 128/6
minutes **[6]**   46/9
52/6 89/2 92/12
92/14 118/21
misrepresents **[1]**
28/20
miss **[1]**   26/25
missing **[1]**   110/2
misspoke **[1]**   78/8
misstates **[1]**   58/22
misunderstanding **[2]**
37/6 37/7
mix **[6]**   15/11 54/2
54/17 82/11 92/22
100/7
mixed **[13]**   11/3
16/14 16/21 36/19
36/19 54/7 93/14
95/18 117/12 117/12
117/14 122/15
122/15
mixer **[1]**   113/6
mixers **[4]**   98/14
98/17 98/19 99/4
mixing **[7]**   15/20

15/21 16/18 57/15
92/18 94/10 127/10
mobile **[2]**   37/17
37/18
moment **[3]**   68/10
101/2 105/19
money **[43]**   12/15
15/3 15/4 15/25
16/16 18/18 21/17
22/6 22/7 22/9
22/11 25/11 31/19
33/7 35/12 41/21
44/3 48/24 48/25
54/21 70/12 75/5
76/6 76/10 78/23
79/25 90/11 94/5
95/21 96/5 98/25
120/15 120/16 124/8
125/13 125/15
125/17 125/19
125/20 125/21 126/7
127/20 131/3
moniker **[1]**   63/12
Monsanto **[1]**   122/17
month **[3]**   17/9
72/16 72/18
monthly **[3]**   71/3
71/4 72/3
months **[2]**   17/13
17/15
Moon **[21]**   18/24
19/25 40/13 40/24
41/12 41/15 41/18
43/11 52/15 54/13
74/6 74/19 74/23
75/7 75/12 76/1
76/7 95/12 100/22
110/18 110/19
more **[31]**   14/15
14/16 14/17 17/11
18/3 19/12 19/17
19/23 22/16 25/25
27/21 38/17 45/6
46/9 71/15 72/8
72/12 73/24 74/11
76/12 79/10 84/21
92/16 92/18 95/23
104/9 115/18 115/21
128/20 128/21
134/19
morning **[12]**   3/6
3/8 3/10 3/11 3/14
3/15 3/17 6/14 6/16
6/25 39/16 39/17
MOSS **[2]**   1/9 3/6
Moscow **[1]**   27/9
most **[14]**   11/4 12/9
14/8 25/14 27/8
54/7 55/11 57/9
71/17 80/7 80/8
80/12 80/13 88/5
mostly **[2]**   73/8
114/3
mother **[1]**   9/1
motion **[9]**   1/9 3/19
129/20 130/7 130/8
130/10 132/23
132/25 133/8
motions **[3]**   128/9
131/23 133/6

motives **[1]**   124/3
mounting **[1]**   34/20
move **[6]**   6/23 9/2
9/18 9/25 36/11
59/17
moved **[12]**   8/22
8/24 9/1 9/5 9/17
9/19 10/1 10/4 10/9
10/10 30/9 49/21
movements **[2]**   14/18
21/16
moves **[4]**   51/22
68/24 88/16 111/7
moving **[5]**   6/25
69/10 81/25 83/5
94/23
Mr. **[88]**   3/21 4/11
4/14 4/16 5/1 5/4
5/5 5/7 5/19 6/15
7/19 7/25 29/18
31/18 33/7 35/3
35/17 35/23 37/11
39/16 46/16 52/9
52/11 52/20 55/4
56/4 57/8 58/11
58/21 59/3 61/14
62/22 66/13 66/19
67/14 69/10 77/12
84/1 88/25 89/7
89/20 98/14 101/1
104/11 105/1 105/23
106/2 106/13 106/16
106/18 107/9 108/12
108/22 110/16
111/14 111/18 112/4
112/16 113/6 114/6
114/19 119/9 119/18
120/6 120/8 120/13
120/15 121/10 122/5
122/6 122/21 123/18
124/12 124/14
124/18 124/24 125/5
128/1 128/22 129/10
130/3 130/17 130/19
130/21 131/13
132/17 133/9 135/2
Mr. Brown **[10]**   52/9
59/3 61/14 88/25
89/7 106/16 124/14
128/22 131/13 135/2
Mr. Brown's **[1]**
58/21
Mr. Ekeland **[8]**
3/21 5/4 104/11
111/14 129/10 130/3
132/17 133/9
Mr. Fischbach **[4]**
106/13 130/17
130/19 130/21
Mr. Scholl **[5]**
107/9 108/12 110/16
111/18 114/19
Mr. Scholl's **[1]**
106/18
Mr. Sterlingov **[45]**
4/11 4/14 4/16 5/1
5/5 5/7 5/19 6/15
7/25 29/18 31/18
35/3 35/17 35/23
37/11 39/16 46/16

**M**

Mr. Sterlingov... [28]
52/11 52/20 55/4
56/4 57/8 58/11
62/22 66/13 66/19
67/14 69/10 77/12
84/1 89/20 98/14
101/1 105/1 105/23
106/2 112/4 119/9
120/12 120/13 120/15
122/6 122/21 124/12
124/18
Mr. Sterlingov will [1]
7/19
Mr. Sterlingov's [13]
33/7 108/12 112/16
113/6 114/6 119/18
120/6 121/10 122/5
123/18 124/24 125/5
128/1
Ms. [1]   132/4
Ms. Beth [1]   132/4
MSI [1]   37/23
Mt [3]   91/15 91/16
91/17
much [16]   11/3
15/25 17/10 19/6
19/12 19/22 22/8
23/18 31/8 71/7
94/5 100/15 104/9
118/18 118/23 135/1
multi [1]   119/20
multi-year [1]
119/20
multipage [1]   79/14
music [4]   18/20
23/9 23/10 23/23
must [7]   10/6 11/9
12/21 62/25 72/6
92/11 96/19
myself [5]   18/20
47/21 49/24 52/17
105/16

**N**

name [75]   3/4 10/14
11/16 18/19 21/9
28/2 28/2 39/24
40/13 40/23 42/17
42/19 42/20 42/22
43/11 44/7 44/9
44/10 45/10 45/12
45/13 45/17 45/19
45/23 46/25 47/1
47/4 47/7 47/11
47/14 47/15 47/16
48/7 49/7 49/10
49/10 49/13 49/19
49/20 50/1 50/2
50/3 50/4 50/6 50/7
50/8 50/11 50/13
50/13 51/19 63/12
66/25 67/24 68/21
70/6 74/22 81/6
81/7 81/9 81/12
82/8 90/8 91/10
92/9 92/13 95/10
95/10 95/14 107/10
107/11 109/23

named [3]   70/5
87/15 122/19
names [16]   11/19
45/15 49/16 49/18
50/7 58/3 58/7
58/16 58/17 58/20
59/8 65/14 66/4
66/9 69/25 119/23
narrow [1]   116/5
narrowly [1]   124/17
National [1]   107/20
nature [3]   70/11
112/25 129/12
NCET [1]   107/21
near [2]   17/11
46/24
necessary [1]
118/12
Neck [3]   7/14 59/24
61/8
need [23]   3/22 4/18
4/20 7/3 14/9 25/16
32/16 34/7 52/24
65/4 116/4 116/6
117/18 118/4 118/14
118/20 124/5 124/5
124/19 124/21
129/15 129/23
131/24
needed [8]   11/4
64/1 75/17 89/16
92/3 128/10 131/4
133/8
needs [2]   64/15
131/3
negatives [1]   36/23
Nemtsev [3]   60/8
60/10 60/13
network [2]   18/8
25/17
new [7]   73/19 73/21
74/3 102/16 105/7
117/7 121/25
next [9]   29/7 38/15
79/1 79/14 83/2
84/24 85/11 101/23
102/2
night [2]   6/17 6/21
nine [4]   9/24 33/4
79/4 121/23
nobody [7]   15/2
26/18 61/23 123/11
123/11 124/6 134/16
nobody's [2]   35/1
122/18
none [3]   33/10 34/2
122/25
Nord [1]   19/4
normal [4]   14/7
91/4 91/6 91/15
normally [2]   30/4
81/20
Northern [3]   7/14
59/24 61/8
note [3]   33/25
127/9 129/18
notebook [1]   46/17
notes [4]   38/13

110/13 112/8 120/24
123/9
notice [5]   129/19
129/21 129/22 130/5
130/12
noticed [4]   49/25
132/14 134/15
134/17
notices [2]   129/25
133/7
noticing [1]   130/2
noting [1]   36/14
novel [1]   129/14
November [3]   80/25
84/25 85/7
November 10th [1]
85/7
November 11th [1]
84/25
November 5th [1]
80/25
nowhere [1]   120/10
number [16]   12/1
21/3 23/12 28/3
31/9 31/10 37/22
38/9 38/12 39/25
40/1 82/17 82/17
85/24 86/21 101/24
numbers [3]   88/3
101/12 109/14
numeral [1]   102/10
numerous [1]   45/1
NW [3]   1/13 1/16
1/24
NY [1]   1/20

**O**

oath [3]   53/5 66/8
89/7
obfuscates [1]
113/1
object [1]   97/17
objection [21]
20/12 23/1 28/20
31/16 33/25 44/17
44/18 51/24 51/25
55/24 58/21 59/11
64/8 69/1 69/2
88/18 88/19 111/9
111/10 114/13
116/16
obtain [1]   114/25
obtained [1]   115/10
obviously [6]   5/8
99/15 102/25 106/17
117/25 132/14
occupation [1]   25/8
occurrence [2]
63/20 63/21
October [3]   78/5
78/8 83/14
October 2012 [1]
83/14
October 4th [2]
78/5 78/8
off [8]   34/4 35/6
35/9 73/6 74/16
85/20 106/8 128/15
offense [2]   124/23
125/17
offenses [1]   125/16

offensive [1]
129/25
offer [3]   12/8
62/16 90/10
offered [3]   60/20
61/5 61/8
offering [1]   98/2
office [2]   70/17
70/18
official [3]   1/23
28/5 136/3
old [1]   102/17
once [2]   5/6 100/6
one [62]   3/24 13/3
15/13 16/4 16/6
18/15 21/18 21/21
22/25 23/19 25/14
27/20 27/21 28/1
28/1 31/10 31/10
35/21 36/16 37/23
38/4 40/11 45/4
45/6 45/7 45/20
48/23 50/23 56/13
61/20 63/15 67/21
70/2 70/3 72/24
72/25 80/3 88/8
88/8 92/8 93/8 93/8
93/9 93/13 94/14
97/3 99/18 100/11
104/25 105/10
105/19 119/1 119/4
119/16 125/25 129/7
129/18 130/22
130/23 133/4 133/18
133/22
onion [2]   110/1
110/3
online [7]   63/7
63/22 63/24 79/25
82/11 99/9 101/5
only [16]   4/9 21/20
21/21 27/20 33/21
35/22 44/25 63/15
71/6 71/7 74/25
77/14 87/5 112/15
123/1 134/11
onto [1]   101/23
open [5]   62/4 97/13
115/15 122/22
123/15
opened [15]   18/20
42/16 42/22 43/8
43/12 43/15 43/18
45/6 45/9 46/17
73/13 73/17 76/13
95/9 125/8
opening [1]   117/7
operate [3]   16/11
60/11 123/22
operated [8]   16/12
31/19 31/22 32/14
32/16 38/24 89/24
120/11
operating [11]
20/10 23/12 32/11
32/23 33/9 34/25
36/18 36/25 120/4
123/21 125/15
operation [7]   20/25
32/18 33/8 33/11

**O**

operation... [3]
35/17 90/11 127/10
operations [3]
55/16 107/13 107/21
opinion [3]  117/11
128/5 132/22
opportunity [7]
52/21 55/6 55/8
70/8 89/10 118/10
122/21
opposed [2]  80/1
126/17
order [5]  74/14
78/3 78/3 80/24
100/13
organizer [1]  13/15
origin [4]  4/10
4/22 112/24 113/5
original [1]  22/5
originally [1]  22/4
originate [3]  57/16
122/4 122/5
others [2]  23/24
70/3
otherwise [1]
106/15
out [34]  13/2 17/18
19/11 19/13 19/19
25/13 41/21 48/25
60/1 62/7 64/14
65/13 65/15 83/20
84/22 85/11 91/5
91/7 95/1 95/3 96/7
96/23 97/2 98/24
98/25 119/16 121/8
123/9 125/7 130/6
131/8 131/10 131/13
133/1
out-of-pocket [2]
131/8 131/10
output [1]  113/1
outside [4]  27/21
100/22 106/18
116/16
over [13]  13/20
14/6 14/9 16/25
34/15 45/1 61/20
80/13 81/25 83/5
101/23 110/25
119/14
Overruled [7]  20/13
23/2 44/20 59/12
64/10 114/14 116/21
own [11]  19/21 21/8
23/15 42/19 45/23
57/15 76/10 91/5
91/7 122/12 133/8
owned [1]  40/3
owner [1]  40/22
owning [1]  95/2

**P**

p.m [4]  52/8 89/4
89/5 135/6
pack [1]  126/1
page [24]  2/2 2/15
38/4 38/6 38/16
38/16 46/17 46/18
77/15 84/3 84/5
84/24 101/12 101/13
101/15 101/22
101/23 102/2 102/7
109/2 110/3 110/4
110/22 110/23
pages [3]  101/12
109/25 110/15
paid [3]  22/4 87/18
91/7
panel [2]  123/16
124/1
paperwork [1]  75/16
paragraph [16]  9/21
10/18 24/17 26/10
27/14 53/25 74/9
74/15 86/15 86/22
91/23 102/3 102/10
110/21 110/22
110/23
part [21]  7/3 11/17
12/8 19/25 20/6
27/11 35/5 35/8
52/23 53/18 70/15
91/4 91/8 91/20
99/15 100/12 105/15
105/16 111/22
113/12 129/3
part-time [1]  70/15
particular [5]
45/18 65/18 66/12
107/24 113/16
parties [2]  3/20
118/3
partners [2]  23/23
24/1
parts [1]  26/4
party [1]  48/11
pass [1]  39/12
passport [2]  26/23
27/22 28/3
passports [14]
27/16 27/16 27/18
27/19 27/20 27/23
27/23 27/25 28/7
28/8 28/11 28/13
28/16 28/19
past [1]  89/2
pay [11]  19/8 22/3
70/21 74/3 75/11
75/15 75/25 91/5
91/19 127/17 131/5
paycheck [4]  16/19
22/5 22/8 122/5
payment [4]  71/5
80/21 81/3 81/4
payments [3]  33/8
76/7 120/9
payroll [1]  96/8
peer [6]  79/19
79/19 79/22 79/22
93/13 93/13
peer-to-peer [3]
79/19 79/22 93/13
PELKER [2]  1/15 3/9
pending [2]  128/8
129/20
Pennsylvania [1]
1/16
people [42]  6/22
12/6 12/12 12/25
13/8 13/20 13/23
13/24 14/5 14/8
15/1 15/12 18/2
19/4 19/8 19/9
19/17 22/16 23/13
23/16 25/18 26/22
27/8 36/20 49/23
63/5 65/13 65/14
84/21 85/24 92/8
92/20 93/8 93/9
94/19 94/25 95/2
99/25 100/13 119/19
124/3 131/8
percent [2]  117/11
122/14
perform [2]  17/21
75/9
perhaps [1]  131/6
period [9]  12/17
15/4 17/6 18/10
21/5 22/13 22/19
48/10 74/8
periodically [1]
72/22
periods [1]  17/18
person [27]  14/24
15/23 16/4 41/7
48/9 49/24 58/17
62/13 62/13 66/2
66/5 79/25 80/9
80/10 80/12 81/5
82/11 92/17 92/21
92/22 93/13 93/18
93/25 94/8 94/10
95/5 95/25
personal [15]  21/14
30/8 40/2 40/3 40/4
40/6 41/22 42/1
42/1 42/2 42/3
52/15 52/16 78/14
120/2
personally [1]
52/17
pestering [1]  85/25
Peter [1]  70/2
phone [2]  37/19
95/24
phones [2]  37/17
37/18
phonetic [1]  87/16
photo [2]  21/11
123/25
physically [3]
80/10 93/20 94/9
Pi [2]  38/2 38/10
picking [1]  133/23
picture [1]  54/16
piece [2]  35/16
39/2
pilot [6]  25/7
25/10 105/2 105/5
105/8 105/12
pilots [1]  25/9
place [4]  13/10
34/15 64/14 68/6
places [1]  17/2
Plaintiff [1]  1/4
planned [1]  26/14
platform [6]  14/17
15/5 63/25 64/15
83/17 83/18
platforms [2]  64/25
65/2
plausibility [1]
104/4
plausible [2]  43/14
77/7
please [10]  3/4
5/20 8/17 29/15
57/2 107/1 107/5
107/9 110/7 123/9
PLLC [1]  1/19
plural [2]  17/4
21/20
pocket [4]  91/5
91/7 131/8 131/10
point [43]  3/22
8/23 10/7 12/19
13/3 15/9 15/24
17/10 17/12 17/13
17/25 18/5 23/19
24/25 25/2 28/18
30/11 30/12 35/15
35/22 49/12 50/20
50/24 54/20 55/12
57/1 62/2 63/20
72/15 86/3 88/7
88/24 93/18 96/2
98/5 98/16 117/21
118/3 121/9 121/11
123/9 126/19 126/21
point they [1]
50/20
portions [1]  128/12
position [3]  7/5
103/11 127/1
possession [3]
125/24 126/3 126/7
possible [11]  6/24
12/8 45/8 49/11
50/5 65/11 86/1
98/21 99/5 99/11
105/23
possibly [2]  9/24
124/15
post [3]  65/6 100/6
100/18
posted [3]  63/9
63/12 100/22
posting [1]  69/6
posts [1]  100/3
Power [3]  50/3 50/4
50/7
practical [2]  25/14
105/15
practice [6]  15/14
54/1 54/17 63/16
92/15 131/24
practices [1]  99/16
precedents [1]  37/6
precisely [1]
130/24
predict [1]  21/16
preferable [1]
129/7
prejudice [2]  49/23
103/20
prejudiced [1]
49/25

**P**

prepaid [1]   37/15
preparation [3]
111/19 129/4 129/5
prepare [1]   133/14
prepared [5]   4/17
31/13 37/12 37/12
56/5
present [5]   3/12
3/22 60/2 60/5 60/6
presented [1]   103/4
pretrial [7]   29/12
34/17 35/12 36/1
121/6 121/25 123/7
pretty [9]   11/3
14/7 17/10 22/8
23/18 31/8 34/7
71/7 88/11
prevent [2]   16/7
100/13
preventing [1]
34/19
prevents [1]   62/18
previously [1]
88/23
price [8]   14/18
17/24 21/16 73/23
84/15 85/16 86/11
96/10
primarily [3]   67/4
67/5 88/14
printed [2]   10/23
69/18
Prior [1]   107/21
privacy [11]   15/14
15/16 16/2 92/4
93/1 95/19 99/16
100/12 102/22
117/12 122/15
private [1]   97/10
privilege [2]   97/17
97/25
privileged [2]
55/25 55/25
probability [3]
126/6 126/11 126/14
probable [12]   32/6
32/17 33/19 120/5
121/20 122/16
122/16 122/17
124/11 125/12 126/5
127/6
probably [3]   7/19
15/14 92/18
probe [1]   104/2
problem [6]   32/25
33/6 97/12 126/25
127/21 132/11
problems [1]   36/16
proceed [12]   3/20
4/7 4/14 6/11 7/24
43/5 98/12 107/6
111/15 119/2 132/24
133/1
proceeding [10]
4/24 5/8 5/9 5/15
7/3 31/24 33/21
43/20 62/19 124/18
proceedings [3]

32/21 135/6 136/5
proceeds [8]   16/19
39/6 39/9 119/8
122/12 124/7 126/8
127/13
process [2]   74/12
113/19
produce [1]   10/23
produced [2]   46/23
77/22
producing [1]   127/7
profession [1]
119/11
professionals [1]
12/6
proffer [6]   33/25
60/3 60/21 62/16
62/17 62/19
proffered [2]   34/1
106/18
proficient [1]   25/2
program [4]   25/20
25/22 26/4 105/2
project [6]   12/8
18/22 18/23 23/17
25/6 71/18
projects [9]   11/21
12/2 12/4 12/10
18/12 23/14 71/5
71/14 72/23
prong [1]   121/21
proof [1]   126/13
properly [1]   115/24
property [1]   125/16
propose [2]   133/21
133/22
proposed [1]   133/19
prosecution [3]
20/6 28/19 129/14
protect [3]   91/25
92/3 93/15
protection [2]
62/17 95/20
prove [2]   36/23
126/12
provided [3]   21/11
77/18 115/12
provision [1]   121/4
public [9]   15/18
60/6 60/8 60/8
60/18 101/5 109/7
109/8 123/15
purchase [1]   87/21
purchased [2]   87/12
87/15
purchases [2]   74/3
125/10
purpose [4]   21/19
26/8 64/17 112/18
purposes [8]   31/25
32/21 33/20 89/18
95/19 102/22 103/3
114/10
pursue [1]   18/14
put [13]   4/9 5/3
22/24 35/6 35/9
59/23 76/10 86/4
103/8 106/19 120/13
122/13 132/21
putting [3]   4/14

61/8 86/2

**Q**

quarantined [1]
26/11
quick [2]   8/5 31/1
quickly [3]   34/7
84/22 114/19
quite [4]   62/10
70/7 89/14 91/10
quote [4]   73/18
86/15 89/24 123/2

**R**

racism [1]   49/22
raise [2]   5/20
107/1
raised [1]   104/23
ran [1]   125/7
RANDOLPH [1]   1/9
random [1]   29/25
rarely [2]   86/16
88/4
Raspberry [2]   38/2
38/10
rate [3]   3/25 4/1
4/3
rates [2]   130/18
130/19
Raul [1]   87/15
re [2]   39/18 117/19
re-center [1]   39/18
re-redirect [1]
117/19
rea [1]   103/20
read [5]   55/15
68/10 94/19 94/25
110/19
reading [3]   18/1
51/8 82/6
ready [1]   19/19
ready-made [1]
19/19
real [9]   7/2 28/2
41/7 45/15 47/1
47/7 47/11 47/14
48/7
realistic [1]
130/16
realize [1]   119/20
realized [1]   92/19
really [41]   9/4
14/23 14/24 15/1
15/5 15/13 16/3
18/6 18/7 18/7 18/7
19/11 19/18 19/21
19/22 21/1 25/1
25/18 25/18 27/21
30/7 30/13 34/11
36/17 41/6 44/23
44/24 54/25 67/17
71/14 71/20 71/21
77/7 85/19 90/9
90/23 92/21 96/4
99/1 99/20 102/17
reason [16]   18/4
24/23 26/17 27/10
35/14 43/7 43/17
68/8 78/18 83/12
88/2 88/11 91/14

99/1 104/3 117/14
reasons [3]   15/16
117/12 122/15
rebuttal [1]   106/14
recall [10]   28/18
67/6 67/8 105/23
106/1 106/10 113/15
113/16 113/23 114/1
receipts [1]   38/17
receive [3]   70/20
71/5 77/23
received [5]   48/3
48/6 48/8 80/21
88/1
receiving [1]
128/25
recently [2]   34/10
102/17
Recess [2]   52/7
89/4
recognize [6]   8/9
40/1 66/19 67/15
67/17 108/11
recollect [1]   70/11
recollection [12]
51/9 51/13 54/14
63/19 64/5 64/9
65/8 65/23 66/7
66/12 78/14 78/22
recommended [1]
91/24
record [20]   3/4
27/11 28/14 33/25
34/5 36/5 36/6 37/5
52/8 78/10 79/15
87/4 89/5 97/16
99/3 103/8 106/8
120/10 122/11 136/5
recorded [1]   80/16
recording [1]   23/14
records [13]   46/22
75/22 77/8 77/18
77/20 96/16 101/3
108/19 108/21
108/24 111/19
114/20 114/23
recross [5]   2/11
116/3 116/5 116/6
116/9
Recross-Examination [2]
2/11 116/9
redactions [5]
101/4 109/3 109/6
109/11 109/13
redirect [9]   2/10
105/18 105/21
114/16 114/17 116/1
116/17 117/5 117/19
reference [1]
114/11
referred [2]   9/20
10/18
referring [4]   8/25
18/24 40/2 43/22
refers [2]   14/16
14/17
regarding [3]   24/5
42/13 58/25
regards [1]   108/15
Regional [3]   7/14

**R**

Regional... [2]
59/24 61/9
register [3]   11/18
45/18 45/22
registered [6]
25/16 44/9 45/12
47/10 47/13 49/12
registers [1]
119/24
registration [3]
11/11 11/14 91/20
regular [3]   91/21
92/15 120/9
regulated [2]   15/2
50/12
rejecting [2]
132/23 132/25
related [12]   12/5
13/10 20/9 21/22
23/15 26/16 46/23
58/20 59/9 59/10
61/25 62/9
relation [1]   12/23
relatively [2]
18/17 19/5
release [1]   3/19
relevance [2]   23/1
31/16
relevant [9]   31/17
31/21 31/23 58/8
58/10 58/19 58/23
59/9 59/16
reliable [3]   116/15
116/25 117/10
reluctant [1]   47/20
rely [2]   20/20
31/24
remain [1]   5/9
remember [36]   12/20
28/23 42/25 43/1
45/14 45/17 51/6
58/7 65/14 65/17
66/4 68/9 69/9 70/5
72/9 72/12 75/6
75/14 75/18 75/23
76/2 76/3 85/22
85/24 90/6 90/14
90/15 92/6 92/9
92/13 92/20 98/22
99/13 99/20 99/25
102/18
remembered [1]
51/15
remind [1]   89/6
reminding [1]   115/2
remote [1]   82/11
rent [1]   71/24
repeat [2]   7/12
106/23
repeated [1]   102/10
rephrase [2]   56/17
59/2
replying [1]   84/3
report [3]   117/11
117/17 122/14
reporter [5]   1/22
1/23 43/3 108/4
136/3

reporters [3]   90/17
90/20 90/21
represent [2]   60/10
126/8
represented [1]
60/18
represents [1]
53/17
request [2]   35/5
35/8
require [5]   27/19
40/21 47/24 50/14
65/4
required [5]   27/23
45/17 50/17 64/20
130/20
requirement [1]
41/2
requires [3]   47/19
123/13 129/4
research [1]   105/14
researching [2]
25/6 25/11
Reserve [2]   91/18
91/19
respect [5]   3/22
4/8 32/17 33/17
115/9
respond [2]   124/15
129/23
responded [3]   84/20
85/11 102/2
response [3]   113/21
114/2 129/19
rest [1]   87/22
118/11
restaurant [1]
13/14
restaurants [1]
13/13
restriction [1]
26/17
restrictions [1]
26/16
return [3]   55/7
57/2 72/19
reverse [1]   60/3
review [9]   24/13
108/19 108/24
109/16 111/22
111/22 112/3 113/24
133/8
reviewed [9]   20/24
53/20 108/21 108/25
111/19 113/9 113/17
114/20 115/10
reviews [2]   8/7
31/3
revisited [1]   33/20
rid [1]   86/1
right [195]
ripe [1]   118/6
rise [1]   125/16
risk [3]   94/11
94/17 95/6
risks [2]   5/12 5/13
RM [1]   91/18
road [3]   117/19
123/14 123/16
rob [1]   94/3

robbed [5]   16/3
93/5 93/7 93/15
94/25
robber [1]   126/7
robbery [5]   94/12
95/7 126/6 126/8
126/9
robbing [3]   93/20
100/13 125/24
Roberts [5]   121/8
121/14 121/23
127/17 130/25
robs [1]   95/5
role [2]   107/17
107/18
roll [2]   119/21
119/25
rolled [1]   122/25
rolling [1]   124/4
ROMAN [27]   1/6 2/3
3/3 3/12 3/16 6/12
39/14 39/24 42/17
42/19 42/22 44/10
45/13 45/23 47/7
49/7 49/24 51/5
51/19 53/12 54/12
67/24 95/12 102/4
102/10 110/19
110/20
Romania [2]   20/3
20/4
room [4]   1/24 6/24
30/2 30/10
rooms [1]   6/25
Ross [1]   123/14
roughly [3]   10/3
11/7 21/6
routine [2]   100/12
100/16
row [3]   83/5 83/6
131/20
royalties [1]   120/9
royalty [1]   33/8
rule [1]   130/9
ruling [1]   130/7
run [3]   76/11 83/20
89/24
running [4]   6/22
76/1 80/6 84/22
runs [1]   15/3
Russia [9]   8/20
8/21 8/23 26/12
26/20 27/17 27/18
27/21 27/22
Russian [6]   26/23
27/23 28/13 28/14
28/16 49/23

**S**

S-C-H-O-L-L [1]
107/11
Sacramento [1]
24/24
safe [1]   131/18
sake [2]   54/11 89/8
salary [8]   70/20
70/22 70/23 71/3
71/6 71/7 119/12
122/10
sales [3]   82/10

87/23 93/13
same [14]   13/9 28/2
28/3 43/3 64/14
83/5 85/2 87/3 96/3
96/4 118/22 126/9
134/12 134/13
saves [1]   106/23
savings [3]   17/12
17/24 73/6
saw [2]   18/17 55/1
saying [4]   64/23
100/6 120/18 122/14
scale [1]   96/4
schedule [3]   27/9
128/22 132/25
scheduling [4]
128/6 128/8 129/1
133/3
Schengen [2]   26/18
27/12
SCHOLL [13]   2/7
55/17 107/7 107/9
107/11 108/12
110/16 111/16
111/18 114/17
114/19 116/9 116/11
Scholl's [1]   106/18
school [10]   10/7
10/8 13/16 13/16
24/19 24/24 26/5
26/9 26/15 105/2
schools [2]   25/12
25/17
scope [7]   89/14
103/25 104/1 104/21
112/12 116/16 117/5
seated [2]   5/25
107/5
second [8]   30/14
40/8 40/10 82/14
91/16 110/9 110/13
110/22
secure [1]   91/25
security [6]   18/8
54/1 92/15 100/18
117/12 122/15
seeing [1]   104/13
seeking [2]   12/13
13/1
seemed [2]   16/2
52/13
seems [5]   51/14
54/24 117/7 125/7
129/1
seize [6]   34/22
121/5 123/16 127/2
127/14 127/22
seized [23]   20/5
29/8 30/21 31/6
31/11 32/10 35/12
36/24 37/23 38/2
38/7 38/10 38/12
38/17 38/20 39/4
39/4 111/25 123/18
123/19 124/22 125/2
125/19
seizing [1]   34/17
seizure [3]   126/15
127/25 132/22
SEK [3]   81/18 81/18

**S**

SEK... [1]   81/20
sell [4]   15/7 23/19
   23/20 80/20
seller [1]   81/12
selling [3]   13/3
   14/15 44/1
send [4]   15/4 16/1
   48/24 113/14
sending [2]   78/15
   96/18
sense [5]   4/13 36/8
   36/10 58/4 66/9
sent [13]   48/2 48/6
   48/8 78/11 79/25
   91/18 91/18 95/21
   96/24 102/14 102/24
   113/13 113/18
sentence [1]   123/8
separate [2]   33/5
   121/21
September [2]   76/22
   77/1
September 20th [2]
   76/22 77/1
serious [1]   34/14
served [1]   80/17
server [5]   20/4
   20/5 20/9 111/22
   111/23
servers [6]   20/1
   20/3 20/19 75/10
   76/1 112/1
service [9]   7/18
   45/4 45/7 48/2
   48/17 49/12 80/18
   100/21 110/5
services [7]   16/25
   29/12 45/2 45/3
   48/5 49/5 75/12
session [1]   62/19
set [12]   21/6 21/8
   21/11 40/23 48/7
   48/20 74/8 75/8
   90/2 91/5 91/8
   123/4
setting [3]   90/8
   125/11 131/19
settle [1]   32/7
seven [5]   87/8
   119/10 119/21
   119/25 122/24
seven-year [1]
   119/10
several [4]   11/20
   15/12 25/8 50/1
shape [1]   118/16
share [4]   63/16
   63/18 63/21 64/1
shared [11]   14/5
   64/3 64/6 64/12
   65/9 65/12 65/15
   66/1 66/5 67/6
   99/25
sharing [4]   65/17
   65/23 67/8 67/9
sheet [1]   83/11
shocked [1]   30/12
shormint [1]   119/24

short [2]   17/18
   18/18
shortly [2]   60/25
   77/5
show [4]   34/2 35/14
   87/22 96/12
showed [1]   55/20
showing [2]   77/23
   108/10
shows [3]   20/10
   32/13 39/4
shred [3]   34/24
   37/1 38/24
shut [1]   27/5
side [6]   12/2 96/13
   128/25 129/24
   129/25 131/18
sign [3]   24/23
   48/17 49/7
signature [1]   8/12
signed [9]   24/19
   25/21 48/5 49/5
   50/5 51/1 51/10
   53/23 105/1
significant [7]
   73/9 74/4 74/19
   86/17 94/17 111/5
   129/5
signing [1]   49/16
silent [1]   5/9
Silk [2]   123/14
   123/16
SIM [8]   31/13 31/15
   31/21 37/12 37/13
   37/16 37/17 37/19
similar [3]   10/25
   10/25 13/25
simply [2]   70/8
   127/2
single [14]   35/2
   35/2 35/16 38/24
   39/2 66/5 71/18
   77/15 112/8 120/20
   120/24 121/11 122/1
   123/22
Sirius [2]   81/7
   82/8
sit [6]   5/19 106/25
   112/8 112/23 124/6
   128/14
sitting [4]   119/13
   119/19 120/18 124/3
situation [6]   7/11
   27/7 30/16 62/6
   62/11 94/20
six [11]   10/19 17/9
   17/13 17/15 25/23
   72/16 72/18 102/2
   110/15 110/23
   133/25
six-month [3]   17/9
   72/16 72/18
Sixth [1]   128/1
skills [1]   12/15
skip [2]   120/22
   122/20
sleep [5]   6/17 6/21
   6/24 7/3 7/24
slice [1]   125/17
slightest [1]   36/11

slow [3]   108/3
   110/6 115/3
slower [1]   108/5
small [10]   11/21
   12/1 14/1 25/7
   25/15 31/7 69/17
   71/14 94/3 98/20
smaller [3]   64/17
   64/17 64/19
Social [1]   18/8
software [2]   13/5
   13/5
sold [5]   82/7 83/7
   83/15 85/15 93/8
solemnly [2]   5/21
   107/1
solutions [1]   19/19
somebody [31]   15/22
   18/18 62/11 63/16
   63/25 64/1 64/15
   64/19 65/4 67/6
   70/5 81/9 84/9 86/5
   90/10 91/13 91/24
   92/2 92/12 92/14
   93/12 93/12 93/20
   94/8 95/1 99/17
   119/21 123/8 124/5
   124/5 125/23
somebody's [1]   94/3
someone [1]   127/19
someplace [1]   57/18
sometime [1]   125/7
sometimes [8]   13/14
   15/8 28/10 47/20
   54/21 88/13 91/6
   91/7
somewhat [3]   26/20
   36/16 63/3
somewhere [6]   54/22
   62/25 70/24 71/19
   96/19 125/4
soon [1]   132/22
sooner [1]   129/6
sorry [24]   17/4
   18/23 22/3 29/3
   42/9 43/2 50/21
   61/13 76/16 77/14
   94/19 97/5 98/8
   103/12 108/6 110/8
   110/18 115/4 116/23
   119/2 129/18 133/11
   133/16 133/20
sort [6]   47/18 48/9
   52/16 62/22 64/19
   130/1
sorted [2]   78/3
   80/23
sorts [3]   119/22
   123/17 124/3
sound [4]   43/14
   52/14 91/21 100/4
sounds [8]   55/2
   57/4 73/15 77/7
   79/20 80/3 80/22
   81/5
source [7]   21/23
   25/5 74/4 74/19
   115/15 119/6 125/9
sources [3]   73/10
   73/12 74/2

spanned [1]   74/14
speak [6]   30/17
   53/7 60/22 60/25
   98/10 122/22
speaking [3]   61/20
   111/3 112/7
special [1]   110/4
specialist [3]
   55/16 107/14 107/21
specific [17]   35/2
   63/19 64/4 64/5
   64/13 65/3 65/8
   66/7 66/11 67/8
   72/8 72/12 74/11
   90/24 102/13 118/24
   120/24
specifically [5]
   58/10 63/23 64/22
   65/17 75/6
speculate [1]   66/8
speculation [5]
   44/19 64/8 120/22
   122/19 127/14
speed [1]   37/21
spelling [1]   107/10
spend [2]   41/18
   128/6
spending [1]   21/15
spent [2]   26/3 75/5
sphere [1]   12/6
spreadsheet [8]
   77/22 80/23 82/22
   87/3 87/5 87/22
   87/24 88/9
squad [2]   107/22
   107/23
staff [3]   55/16
   107/13 107/21
stand [6]   4/14 5/4
   81/20 106/7 120/13
   122/6
standard [5]   4/1
   18/7 122/16 125/11
   127/15
standard hourly [1]
   4/1
standby [1]   106/14
start [2]   91/15
   105/7
started [33]   12/25
   13/1 13/2 13/3 13/6
   14/12 14/13 14/18
   14/19 14/19 14/25
   14/25 15/15 18/21
   19/14 25/11 30/2
   30/3 30/7 30/8
   57/17 69/6 69/11
   69/19 69/21 69/22
   72/25 77/5 78/24
   89/13 96/7 97/2
   107/16
starting [1]   3/4
starts [3]   82/17
   82/17 128/13
state [6]   3/4 52/18
   74/16 89/21 89/24
   103/19
stated [7]   53/25
   69/11 69/13 72/22
   73/3 73/9 91/23

**S**

states [15]   1/1 1/3 1/10 3/3 3/9 22/21 22/22 23/25 24/3 24/9 26/20 26/24 32/4 74/10 121/4
step [3]   26/1 106/2 117/21
steps [1]   74/14
STERLINGOV [71]   1/6 2/3 3/3 3/12 3/16 4/11 4/14 4/16 5/1 5/5 5/7 5/19 6/12 6/15 7/19 7/25 29/18 31/18 35/3 35/17 35/23 37/11 39/14 39/16 39/25 42/17 42/20 42/23 44/10 45/13 45/23 46/16 47/8 49/8 51/5 51/19 52/11 52/20 53/12 54/12 55/4 56/4 57/8 58/11 62/22 66/13 66/19 67/14 69/10 77/12 84/1 89/6 89/20 95/12 98/14 101/1 102/5 105/1 105/23 106/2 110/14 112/4 112/11 119/9 120/8 120/13 120/15 122/6 122/21 124/12 124/18
Sterlingov's [14]   33/7 108/22 111/6 112/16 113/6 114/6 119/18 120/6 121/10 122/5 123/18 124/24 125/5 128/1
sticks [1]   38/7
still [15]   4/18 6/1 17/14 19/7 25/3 25/4 26/16 27/17 30/18 53/5 62/9 84/14 85/8 89/7 124/7
sting [1]   123/2
stopped [3]   29/24 32/13 73/18
stops [1]   122/3
storage [6]   38/7 38/7 38/23 86/2 86/3 123/19
story [10]   8/15 58/5 103/15 103/16 104/3 117/17 122/24 125/6 125/25 126/2
strange [1]   27/1
straw [1]   92/19
Street [2]   1/13 1/19
structural [1]   34/13
structured [1]   70/21
studio [5]   18/20 23/9 23/11 23/17 23/23
study [1]   105/16

studying [2]   26/3 105/14
stuff [1]   19/17
style [1]   89/11
subject [8]   53/8 84/17 103/21 105/23 106/1 106/10 122/7 126/15
submitted [4]   53/11 53/20 55/1 55/16
substantially [1]   22/13
substitute [2]   121/3 121/6
Suddenly [1]   84/21
sufficient [1]   133/7
sufficiently [3]   7/7 7/9 133/13
suggestion [1]   37/2
suitcase [2]   31/10 37/23
sum [1]   51/17
summary [2]   66/22 66/25
supersedes [1]   32/1
superseding [1]   121/2
supervisors [2]   70/1 70/2
supplemental [3]   118/11 118/14 122/13
support [1]   34/22
supposed [1]   97/8
Supreme [8]   33/14 33/18 34/7 34/8 36/7 36/10 36/15 37/6
sure [43]   5/10 14/16 21/7 28/2 40/20 41/11 42/7 42/13 42/24 43/4 44/14 50/9 50/13 50/18 50/23 50/24 51/19 55/21 55/22 60/24 63/14 63/23 65/6 69/8 70/7 71/19 71/20 75/13 88/11 89/11 90/4 90/9 92/9 95/23 96/3 96/20 99/2 99/5 99/11 99/17 100/9 100/21 131/16
surprisingly [3]   26/20 26/20 27/8
surveillance [1]   22/25
suspect [2]   7/18 30/8
Sustained [1]   56/1
swear [2]   5/21 107/1
Sweden [23]   8/22 8/24 9/1 9/5 9/6 9/17 18/5 18/6 18/7 24/5 27/11 49/20 49/21 50/1 58/6 58/8 58/13 58/18 58/25 59/6 59/8

88/5 120/17
Swedish [13]   10/17 24/8 27/25 28/4 28/5 28/7 50/2 68/2 68/4 68/21 81/21 82/8 86/16
system [2]   101/6 127/24

**T**

tab [1]   31/1
talk [13]   13/11 39/19 43/22 59/18 73/12 76/12 79/21 97/8 106/6 112/13 120/6 126/17 126/18
talked [3]   25/8 99/21 130/17
talking [5]   4/19 4/20 4/22 13/2 22/11 22/19 30/19 34/12 34/13 43/3 43/20 45/21 48/8 48/9 49/1 49/25 54/11 54/25 62/2 62/3 63/24 97/5 121/16 121/24 128/6
Target [1]   110/14
targeted [1]   104/22
task [4]   11/22 64/18 65/3 90/8
tasks [3]   17/21 64/19 71/15
Team [1]   107/20
technical [1]   19/17
technically [1]   105/11
technology [1]   102/16
telling [3]   20/20 34/5 120/19
tens [1]   22/18
term [1]   18/18
terms [2]   88/9 129/1
testified [21]   12/11 14/12 56/19 57/24 58/11 58/23 59/5 59/17 62/23 63/4 71/8 73/3 74/5 74/25 92/2 92/25 93/4 111/19 114/20 116/11 116/18
testify [9]   4/17 5/7 5/9 5/10 5/15 7/2 7/5 7/8 113/1
testifying [1]   11/24
testimony [32]   4/11 4/16 5/2 5/21 34/1 39/18 40/5 51/17 52/23 53/9 53/18 57/17 58/22 58/24 64/3 69/19 76/4 82/10 86/20 90/14 92/16 94/18 99/6 99/16 104/7 107/2 111/1 112/10 112/12 113/4 124/24 125/5
Thanks [2]   6/9

110/7
theme [1]   13/9
themes [1]   13/10
theoretical [2]   26/4 105/16
thereabouts [1]   73/14
thereafter [1]   77/5
thinking [3]   30/15 58/14 93/7
third [3]   48/11 76/21 91/17
thirds [1]   102/9
this is [1]   131/8
thorough [1]   5/13
though [4]   5/11 7/4 59/21 62/8
thought [5]   19/14 22/17 25/9 56/21 128/5
thoughts [1]   133/9
thousand [1]   71/23
thousands [1]   22/18
thread [2]   85/2 85/7
threat [1]   107/23
three [14]   9/21 23/12 23/16 23/22 26/2 31/12 36/3 37/12 77/16 105/3 105/4 109/25 128/17 131/23
throughout [2]   6/24 71/13
thwart [1]   121/10
ticket [1]   27/3
tied [4]   35/3 119/23 122/18 124/7
timeframe [1]   71/11
timeline [1]   62/23
times [8]   11/20 13/13 22/22 34/9 36/3 50/1 72/24 72/25
title [1]   107/21
Tobias [1]   70/5
today [13]   7/5 39/20 40/6 68/17 89/9 91/2 106/12 111/1 112/8 112/23 120/18 127/12 128/4
today's [2]   31/23 89/18
together [1]   36/19
told [12]   29/24 30/11 30/16 34/8 62/8 86/8 90/17 90/21 92/7 92/14 99/18 122/6
took [12]   11/21 12/4 17/7 17/9 19/15 30/1 72/15 73/4 74/13 74/16 105/13 123/25
tool [1]   115/15
top [11]   11/23 38/6 46/24 47/2 47/4 78/4 80/25 84/20 85/14 101/12 102/7
TOR [4]   1/18 1/19

**T**

TOR... **[2]**   3/11
110/5
total **[4]**   79/7 83/9
83/10 87/25
totality **[1]**   126/4
town **[4]**   9/19 9/20
10/1 131/14
trace **[8]**   20/8
56/13 97/1 112/14
112/19 120/3 123/20
123/20
traceability **[14]**
4/8 4/20 4/25 29/4
32/7 32/19 32/24
33/5 33/10 36/18
119/7 120/6 120/7
121/21
traceable **[10]**
32/20 33/16 33/22
34/2 39/6 39/10
122/11 124/22 125/3
127/8
traced **[5]**   34/25
56/20 112/15 112/20
122/2
tracing **[11]**   103/6
103/8 103/11 103/13
112/20 116/12
116/19 122/3 123/12
123/12 125/1
track **[2]**   15/25
94/4
tradable **[1]**   12/15
trade **[5]**   16/5
21/14 21/16 82/15
82/16
trades **[6]**   79/15
79/18 82/14 83/6
83/10 87/4
trading **[16]**   14/13
14/16 14/22 16/5
25/1 25/2 48/9 77/5
78/24 80/6 86/3
92/8 92/22 95/4
95/25 96/10
training **[5]**   25/24
25/25 26/14 26/25
105/5
transaction **[31]**
15/18 54/15 78/2
78/4 78/5 78/19
79/1 79/2 80/24
81/1 81/7 81/23
82/3 82/3 82/6
82/21 82/24 83/2
87/9 93/11 96/11
96/13 108/23 113/10
113/12 113/16
113/17 113/24
114/21 115/12
115/18
transactions **[28]**
15/12 15/25 21/22
54/24 55/2 77/23
79/19 79/22 79/24
80/8 80/9 80/9
82/12 82/16 86/15
87/6 88/5 90/4 90/6

91/25 93/17 94/4
94/11 94/15 96/4
96/17 113/16 113/19
transcript **[2]**   1/9
136/4
transfer **[1]**   91/16
translate **[1]**   68/19
translated **[1]**
68/16
translators **[1]**
68/15
transmitting **[2]**
125/15 125/20
transporting **[1]**
30/20
travel **[2]**   27/21
28/8
trial **[15]**   7/10
7/18 35/6 35/9
35/14 35/18 35/20
35/24 68/15 103/3
128/11 128/13 129/2
129/5 129/17
trials **[1]**   128/12
trivial **[1]**   51/14
true **[20]**   44/9
45/12 49/7 54/5
54/6 54/7 59/21
59/22 60/20 83/20
85/19 85/22 86/24
87/1 88/12 95/9
95/10 96/18 126/9
136/4
trust **[2]**   15/1
98/24
trusted **[1]**   18/3
truth **[6]**   5/22 5/22
5/22 107/2 107/3
107/3
truthful **[1]**   62/5
truthfully **[1]**   30/5
try **[7]**   12/7 12/7
17/11 28/7 62/9
89/9 132/13
trying **[20]**   14/17
25/18 28/8 28/9
36/20 45/2 55/2
86/1 89/15 94/23
98/9 99/2 100/12
100/21 103/14
103/16 103/18 104/7
104/7 121/10
tumblers **[2]**   101/25
102/12
turn **[7]**   24/17
46/16 66/13 87/2
101/11 101/13
120/21
turning **[7]**   17/6
29/1 29/18 37/11
79/13 103/23 109/2
turns **[1]**   25/13
two **[58]**   10/2 23/24
25/22 25/25 27/2
27/18 27/19 27/22
27/23 27/25 28/7
29/24 35/1 35/3
38/2 38/6 39/19
39/22 47/2 55/12
56/6 56/14 56/20

57/8 57/10 60/7
60/11 72/24 72/25
84/3 84/3 90/17
90/19 90/20 90/20
101/24 102/9 102/10
105/1 105/3 105/4
105/14 108/25 109/2
109/25 110/4 110/14
110/15 113/15 117/7
119/14 125/22
128/10 128/16
131/20 131/24 132/8
132/14
two-page **[1]**   84/3
two-thirds **[1]**
102/9
two-week **[3]**   25/22
105/1 105/14
tying **[1]**   35/17
124/11
type **[5]**   11/15
11/15 12/3 67/10
89/11
typically **[2]**   64/14
64/17
typo **[1]**   37/15
typographical **[1]**
109/25
typos **[1]**   31/7

**U**

U.S **[25]**   1/15 1/23
25/13 25/16 25/16
25/17 26/15 26/21
70/25 71/1 71/23
86/17 86/18 87/6
87/18 87/21 87/23
87/25 88/5 88/6
88/6 88/8 88/12
88/13 91/17
U.S.C **[1]**   121/3
Ulbricht **[1]**   123/14
ultimate **[1]**   40/22
ultimately **[1]**
113/2
unable **[1]**   122/23
unconstitutional **[1]**
127/5
uncover **[2]**   86/4
104/6
under **[15]**   22/25
29/13 30/1 30/12
31/24 32/16 45/12
53/5 63/12 66/8
89/7 102/4 121/3
121/5 122/17
undercover **[6]**
108/23 113/9 113/15
113/19 114/20
115/18
underestimated **[1]**
74/16
underlays **[1]**   33/19
underlied **[1]**   33/19
underlying **[1]**
114/4
underneath **[1]**
109/13
understood **[5]**
19/23 36/2 89/12

96/1 103/24
unearthed **[1]**   35/16
unfortunately **[2]**
85/12 92/13
unfreeze **[1]**   132/25
unfrozen **[1]**   130/14
unilateral **[1]**
123/2
unique **[1]**   129/13
UNITED **[14]**   1/1 1/3
1/10 3/3 3/9 22/21
22/22 23/25 24/3
24/9 26/19 26/24
32/4 121/4
unlabeled **[1]**   31/12
unlawful **[2]**   32/20
33/22
unless **[4]**   18/6
27/22 118/23 126/19
unlicensed **[2]**
125/15 125/20
unlikely **[2]**   50/9
66/1
unquote **[1]**   123/2
up **[75]**   6/5 6/8
6/23 8/6 8/21 8/23
13/6 13/7 13/8
13/23 14/1 14/25
17/13 17/15 17/25
18/1 18/1 18/3
19/23 21/2 21/6
21/8 21/11 21/25
24/19 24/23 25/3
25/21 31/2 34/10
46/24 48/5 48/7
48/17 48/20 49/6
49/7 49/17 50/5
51/1 51/10 51/17
52/22 54/23 55/9
57/6 62/1 72/1
72/14 74/9 75/8
75/24 83/10 83/11
84/20 86/11 87/23
87/24 90/2 90/8
91/5 91/8 93/13
96/6 97/21 105/1
120/13 122/8 125/8
126/3 129/15 130/7
132/23 132/24
134/24
up just **[1]**   6/5
uploaded **[3]**   79/4
79/7 83/15
uploading **[1]**   78/22
upon **[1]**   127/23
upper **[1]**   78/4
ups **[14]**   13/3 13/7
13/12 13/21 13/22
13/24 15/6 15/7
15/7 16/4 22/16
63/5 93/9 99/9
usage **[2]**   52/16
101/20
USAO **[1]**   1/13
USAO-DOJ **[1]**   1/13
USB **[1]**   38/7
use **[27]**   8/14 12/16
15/16 21/13 37/19
41/17 41/22 42/3
48/7 48/22 49/18

**U**

use... [16]   49/19
62/9 64/20 65/4
73/24 75/11 75/15
75/25 86/17 88/4
91/19 91/24 92/7
98/14 100/7 122/3
used [22]   16/14
16/24 18/19 19/18
21/14 21/21 27/20
45/13 49/16 50/1
50/14 74/25 75/1
75/13 90/5 93/1
98/17 98/17 98/19
99/3 99/24 116/11
user [13]   16/8 44/6
45/10 46/25 47/4
81/6 81/9 81/12
82/7 87/15 89/21
104/4 109/23
uses [1]   41/22
using [22]   13/4
13/4 15/15 23/14
45/19 52/14 57/16
62/18 63/14 63/15
67/4 67/5 79/15
85/3 87/21 96/21
99/6 100/17 101/25
102/12 102/23
116/18
usually [5]   49/2
91/19 100/15 103/20
117/6

**V**

vacationing [2]
22/23 88/8
value [1]   21/25
various [3]   64/25
65/22 69/17
venue [1]   123/3
verification [2]
123/13 124/2
verified [3]   51/6
51/9 115/13
verify [8]   47/20
47/24 49/15 50/11
50/15 50/17 51/4
51/5
verifying [1]
117/17
version [3]   101/5
109/7 109/10
versus [1]   103/3
via [1]   110/5
video [1]   23/16
view [1]   118/9
violation [2]
124/10 127/25
virtue [1]   41/20
visible [1]   93/17
visit [2]   13/24
22/21
visited [1]   22/22
visiting [1]   22/23
visits [1]   22/25
volatility [1]
21/17
Voronezh [1]   8/20

**W**

wait [4]   52/20
85/16 86/10 128/20
waited [1]   122/24
waiting [2]   124/4
130/23
wake [1]   6/23
walk [1]   55/5
Wall [1]   1/19
wallet [7]   48/10
49/1 49/2 49/3 49/7
86/4 96/16
WalletExplorer [1]
115/16
wallets [11]   16/23
16/24 22/10 39/5
45/1 49/9 93/16
94/5 95/2 95/24
96/20
wants [8]   4/16 4/25
42/9 57/5 86/5
97/11 104/12 133/12
Washington [7]   1/5
1/14 1/16 1/25 9/9
9/11 9/15
waste [2]   103/12
104/8
wasting [1]   104/10
way [17]   4/14 15/17
16/6 17/20 42/15
59/23 70/21 86/1
91/22 92/22 96/3
96/25 99/18 102/9
106/22 129/6 131/5
ways [1]   12/14
we're still [1]
4/18
weak [2]   119/20
122/25
web [3]   10/12 110/1
110/8
website [9]   11/18
19/16 43/25 45/14
47/21 50/16 63/9
98/16 98/24
websites [5]   10/25
11/6 50/14 51/15
69/18
week [5]   25/22
105/1 105/14 128/13
129/7
weeks [5]   26/2 27/4
105/3 105/4 133/25
welcome [5]   5/3
36/5 37/4 106/21
118/10
what's [21]   8/3
30/24 31/11 34/16
35/7 36/21 37/12
44/18 66/13 67/14
70/9 81/18 84/1

106/23 108/10
109/13 121/7 121/9
121/13 123/23 127/4
whatnot [1]   22/12
whatsoever [1]   39/7
whenever [4]   47/17
49/23 50/10 88/7
Where's [1]   123/9
wherever [1]   28/8
White [1]   119/23
who's [4]   119/23
125/18 125/23 126/7
whole [6]   5/22
25/14 27/7 105/7
107/3 117/7
wide [1]   89/14
wider [1]   89/16
wifi [4]   14/3 14/4
14/5 14/9
willing [1]   129/15
wired [1]   90/17
wise [1]   106/22
withdraw [2]   56/3
56/22
within [3]   103/25
104/1 104/21
without [5]   7/24
17/14 34/21 61/9
110/19
witness [20]   2/2
5/17 8/7 24/14 31/3
39/12 46/6 46/14
57/5 89/10 97/20
98/4 98/10 105/25
106/10 106/14
106/15 111/14 117/3
117/23
witnesses [3]
105/22 106/11 118/1
word [1]   86/11
words [5]   80/9
83/14 102/4 102/19
122/3
work [27]   7/12 11/1
11/3 11/7 11/25
12/7 17/16 17/23
18/12 19/11 19/12
19/17 19/23 27/6
70/12 70/19 71/9
71/12 74/17 75/9
90/11 91/20 108/2
130/19 132/10
132/14 132/17
worked [4]   11/5
69/16 98/23 107/15
worker [1]   69/16
working [8]   10/12
12/6 12/12 18/21
25/11 69/11 98/25
108/1
works [2]   42/14
96/3
world [3]   25/14
25/15 27/2
worse [1]   62/5
worth [1]   94/1
writing [1]   68/9
wrong [1]   34/14
wrote [8]   27/8 68/6
85/8 86/10 86/14

88/4 108/15 109/10
www.bitcoinfog.com [1]
90/3

**Y**

year [6]   10/3 69/20
104/13 119/10
119/20 120/23
years [22]   9/24
9/24 11/9 11/10
16/25 23/12 23/13
31/19 35/1 35/4
45/1 71/13 72/2
90/23 92/11 92/12
92/16 119/14 119/21
119/25 122/24 124/4
young [1]   18/8

**Z**

zone [2]   26/18
27/12