# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant.* | Criminal Action No. 21-399 (RDM) |

## ORDER

Upon consideration of Defendant's motion to appoint counsel, Dkt. 117, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant previously qualified for appointment of counsel under the Criminal Justice Act ("CJA"), and the Court finds that Defendant is presently financially unable to obtain counsel to continue the case.

Therefore, pursuant to the CJA, the Court appoints Defendant's current attorneys, Tor Ekeland and Michael Hassard, effective March 22, 2023.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: March 22, 2023