UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion To Quash Defense Subpoena to the Government Prosecutor, it is hereby,

ORDERED, that the Defendant's subpoena dated March 8, 2023 to Catherine Alden Pelker shall be quashed.

Dated this _____ day of May, 2023.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE