UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the Government's Notice and Motion for Order To Show Cause Regarding Ongoing Violations of Local Criminal Rule 57.7(b), it is hereby

ORDERED, that the motion shall be granted, and that counsel for the defense shall appear before this Court at _____ a.m. / p.m., on _____, 2023, to show cause why an Order should not be entered pursuant to Local Criminal Rule 57.7(c) to preclude the defense from making extrajudicial statements to the media or public audiences regarding this case.

Dated this _____ day of May, 2023.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE