# Exhibit 'A'

**Table of Contents**

| Exhibit | Document | Expert |
|---|---|---|
| B | *Financial Action Task Force*: Second 12 Month Review Revised FATF Standards Virtual Assets VASPS | Dr. Francisco Cabañas |
| C | CCI-HQ, Dr. Itiel Dror Biography | Dr. Itiel Dror |
| D | *Analytical Chemistry* Journal: Cognitive and Human Factors in Expert Decision Making | Dr. Itiel Dror |
| E | *Digital Investigation* Journal: Cognitive and human factors in digital forensics Problems, challenges | Dr. Itiel Dror |
| F | *Forensic Science International Digital Investigation* Journal: A hierarchy of expert performance (HEP) applied to digital forensics | Dr. Itiel Dror |
| G | *The Guardian*: Digital forensics experts prone to bias study shows | Dr. Itiel Dror |