UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

## SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR LUKE SCHOLL

The government intends to call Luke Scholl to testify on virtual currency and blockchain analysis, including clustering. Mr. Scholl has been employed as a Staff Operations Specialist with the Federal Bureau of Investigation (FBI) since 2015. He is currently detailed to the Department of Justice's National Cryptocurrency Enforcement Team, serving as the lead tracing analyst for the group, which was formed to work on the Department of Justice's most serious cryptocurrency-related matters. Mr. Scholl was a founding member of the FBI's Virtual Currency Response Team (VCRT) and has provided virtual currency investigative support through blockchain analysis and case strategy consultation in dozens of investigations across the FBI. Mr. Scholl has developed and delivered training curriculum on virtual currency, including blockchain analysis, and related topics to a variety of audiences. Mr. Scholl has extensive experience in using numerous blockchain analysis products, including those offered by Chainalysis, TRM, and Coinbase, as well as free public blockchain analysis tools. He has experience in tracing bitcoin and other cryptocurrencies connected to darknet markets, ransomware, and other unlawful schemes, and is familiar with the use of mixers and different mixing and laundering typologies through his investigative work. Mr. Scholl's additional qualifications, training, experience, and certifications are detailed in his

curriculum vitae, which has been provided to defense counsel under separate cover and is incorporated in this notice by reference.

Through his testimony, Mr. Scholl is expected to explain bitcoin, including how bitcoin transactions are conducted, and how transactions can be traced on the blockchain. Mr. Scholl will explain the structure of a bitcoin transaction, and will define and explain terms and concepts such as bitcoin addresses, private keys, and wallets. Mr. Scholl will testify as to what information is recorded on the bitcoin blockchain and how that blockchain is stored and updated. Mr. Scholl will explain the function of virtual currency exchanges and will explain how bitcoin can be converted to other forms of value, including fiat currency and other cryptocurrencies. He will explain what information virtual currency exchanges collect and will testify regarding the importance of that information.

Mr. Scholl will testify regarding the basis for bitcoin's pricing and how that price fluctuates over time. Mr. Scholl will explain that in his work, he uses several sources for calculating bitcoin prices, including the pricing used by virtual currency exchanges and several widely used pricing indexes, such as CoinMarketCap, as well as the pricing integrated into Chainalysis Reactor and other blockchain analysis products.

Mr. Scholl's testimony will include testimony regarding the basic tenets of other cryptocurrencies in addition to bitcoin, including monero. Mr. Scholl will testify regarding the use of monero to conceal transactions, since monero does not rely on a transparent blockchain.

Mr. Scholl will explain the meaning and significance of various cryptocurrency-related records, references, and files found on the defendant's devices. For example, Mr. Scholl is expected to testify regarding the different systems noted in the defendant's document titled,

"Blockchains and Tokens," the defendant's references to various virtual currency exchanges and their compliance programs, and the defendant's notes about different systems and features.

Mr. Scholl will testify regarding common terms and jargon used among cryptocurrency users. For example, Mr. Scholl will testify regarding the meaning and significance of "hodl," a term used to reference holding on to bitcoin indefinitely, despite price fluctuations; "to the moon," a term used by cryptocurrency investors to reference skyrocketing trading prices; and various popular memes.

Mr. Scholl will explain the role of Bitcoin Talk as a popular forum for Bitcoin users, particularly in the early days of Bitcoin. Mr. Scholl will explain the use of bitcoin on darknet markets, and the evolution of the darknet market and cryptocurrency ecosystems since Silk Road.

Mr. Scholl will explain different wallet software, including Bitcoin Core and Mycelium, and other bitcoin-related programs, such as Bisq. He will explain hierarchical deterministic (HD) wallets, derivation paths, seed phrases, and how addresses may be generated and secured. He will explain the different ways that individuals can store their bitcoin, including through paper wallets, hardware wallets, and wallet files. He will explain the difference between custodial wallets, where keys are controlled in whole or in part by a third party, and non-custodial, where the keys are controlled by the individual.

Mr. Scholl is also expected to testify regarding clustering, a blockchain analysis technique that identifies linked addresses held by an individual or organization. Mr. Scholl will explain the role of clustering in identifying wallets controlled by a target. Mr. Scholl will explain "co-spend," or "common input," analysis, in which addresses that are spent together in the same transaction can be determined to be under common control. Mr. Scholl will also testify regarding different transaction patterns that inform blockchain analysis, such as the presence of change addresses and

peel chains and other analysis of unspent transaction outputs ("UTXOs").  Mr. Scholl will explain different blockchain analysis products, particularly Chainalysis Reactor, and will testify as to his use of the products to conduct analysis, and will testify that he has found the products that he uses to be reliable.  He will also testify as to how he tests and verifies the clusters and attribution by comparing the information in the tools to information from cases.  Mr. Scholl will describe how in this case he verified that transactions sent to and from different exchanges, as confirmed through subpoena returns and business records, were correctly designated in blockchain analysis tools used; that the undercover transactions sent to Bitcoin Fog were recorded in the blockchain analysis tools and that Chainalysis had identified the receiving addresses as belonging to the Bitcoin Fog cluster; and that the defendant's own statements confirming that he received money from Bitcoin Fog further corroborated the clustering.

Mr. Scholl's testimony will include a discussion of the *modus operandi* of criminals operating on the darknet, including common money laundering techniques used to complicate blockchain analysis.  Mr. Scholl will explain how darknet market criminals and others try to thwart blockchain analysis and how blockchain analysis addresses those efforts.  He will explain how mixers make it more difficult to trace funds on the blockchain, and will testify as to their popularity among criminals for that reason.

Mr. Scholl will testify regarding the addresses held by Bitcoin Fog, as well as other darknet platforms, such as Silk Road, Silk Road 2.0, AlphaBay, Agora, Nucleus, Abraxas, Pandora, Sheep Market, Black Bank, and Welcome to Video.  Mr. Scholl will testify to the aggregate direct and indirect fund flows between Bitcoin Fog and these darknet sites and will testify to tracing funds tied to narcotics trafficking, identity theft, fraudulent financial documents, ransomware, computer hacking, and other unlawful activities, to and from Bitcoin Fog.

4

Mr. Scholl will testify to the blockchain analysis performed in support of the Bitcoin Fog investigation. This testimony will include tracing funds from Mr. Sterlingov's accounts to Bitcoin Fog and infrastructure connected to Bitcoin Fog, as well as tracing funds from Bitcoin Fog to Mr. Sterlingov's accounts or purchases made by Mr. Sterlingov. Mr. Scholl will testify that he reviewed financial records for Mr. Sterlingov's accounts at numerous traditional financial institutions and virtual currency exchanges, and that he then conducted a source of funds analysis to trace the origin of the funds. Mr. Scholl will testify that the bulk of Mr. Sterlingov's funds in these accounts can be traced to Bitcoin Fog.

Details of Mr. Scholl's tracing are set forth in Mr. Scholl's Expert Report, dated December 8, 2022, which has been provided to defense counsel in discovery,[1] as well as in Mr. Scholl's Declaration filed in support of the Government's Opposition to Defendant's Motion for Release of Seized Assets, ECF 53-5. These reports are incorporated into this notice by reference. Mr. Scholl also conducted the tracing set forth in the recent seizure warrant for the contents of the defendant's Mycelium wallet, 23-sz-12, and will testify, consistent with the probable cause set forth in that warrant, that the contents of the wallet were traced from Bitcoin Fog. Mr. Scholl testified at the January 2023 *Monsanto* hearing for the instant matter, but he has not testified at trial or by deposition in any case in the past 4 years. He has not authored any publicly published works in the past 10 years.

---

1 In his expert report, Mr. Scholl commented on the presence of "peel chains" and observed that "based on my training and experience and the spending behavior of these transactions, I believe it is likely that all of the intermediary addresses in the peel chain are contained in a single Bitcoin wallet and therefore controlled by the same entity." Since the completion of the report, the government has gained access to the full Mycelium wallet file contained on Mr. Sterlingov's phone and its contents. This has confirmed Mr. Scholl's analysis of several peel chains. At trial, Mr. Scholl will thus testify that these addresses are part of the same wallet not just because of the peel chain pattern, but because information from Mr. Sterlingov's phone confirms that the addresses were all held in Mr. Sterlingov's Mycelium wallet.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 |
| BY: | */s/ Christopher B. Brown*<br>Christopher B. Brown, D.C. Bar No. 1008763<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7153<br>Christopher.Brown6@usdoj.gov |
|  | */s/ C. Alden Pelker*<br>C. Alden Pelker, Maryland Bar<br>Trial Attorney, U.S. Department of Justice<br>Computer Crime & Intellectual Property Section<br>1301 New York Ave., N.W., Suite 600<br>Washington, D.C. 20005<br>(202) 616-5007<br>Catherine.Pelker@usdoj.gov |

**Witness Attestation**

I, Luke Scholl, have reviewed and approve the contents of this filing.

_____          5/18/2023
_____

Luke Scholl                                                            Date

6