UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Criminal No. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| **Defendant.** : | |

## SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR ELIZABETH BISBEE

The government intends to call Ms. Elizabeth Bisbee, an expert in virtual currency and blockchain analysis. Ms. Bisbee is the Director of Investigation Solutions for the blockchain analytics company Chainalysis, where she leads a team of approximately three dozen investigators and provides investigative support for complex investigations involving blockchain analysis. Prior to joining Chainalysis in January 2021, Ms. Bisbee worked as the lead virtual currency subject matter expert at the Drug Enforcement Administration (DEA), serving as the national expert for all virtual currency investigations, practices, and policies. Ms. Bisbee was involved in over 400 virtual currency investigations, including work on covert operations, blockchain analysis, suspect interviews, seizure of cryptocurrency, and trial preparation.

Ms. Bisbee developed DEA's training curriculum related to virtual currency and blockchain analysis and has additionally taught numerous classes on virtual currency and virtual currency investigations. Since joining Chainalysis, she has designed training curricula, including a six-week onboarding program for Chainalysis investigators, and developed processes and procedures for Chainalysis' investigative team. Ms. Bisbee's testimony will be based on her experience in virtual currency investigations and blockchain analysis and her work at Chainalysis on blockchain analysis and clustering.

Ms. Bisbee is expected to testify regarding blockchain analysis, explaining to the jury how law enforcement and others can trace transactions on the blockchain. Ms. Bisbee will explain how cryptocurrency transactions are structured, and will further explain how information from the blockchain can be used to determine "clusters" of addresses held by the same individual or entity. Ms. Bisbee will explain how the blockchain can be coupled with other sources of information, including undercover transactions, to determine who controls particular clusters. Ms. Bisbee will explain how she performed this work at DEA and Chainalysis. Ms. Bisbee will testify regarding the clusters associated with Bitcoin Fog and with key darknet marketplaces, including AlphaBay, Evolution, Agora, Nucleus, Abraxas, Pandora, Sheep Market, and Black Bank. Ms. Bisbee will testify to fund flow analysis between Bitcoin Fog and darknet markets, through both direct and indirect transactions.

Additional detail regarding Ms. Bisbee's analysis and expected testimony is set forth in her report, signed and dated December 2, 2022, and its attachments, which have been previously produced to defense counsel. That report is incorporated into this notice by reference. Ms. Bisbee's experience and qualifications are further detailed in a curriculum vitae which has been provided to defense counsel under separate cover and is similarly incorporated herein by reference. The curriculum vitae lists Ms. Bisbee's prior trial testimony. Ms. Bisbee has not authored any publicly published works in the past 10 years.[1]

---

[1] The government's original Expert Notice stated that "Ms. Bisbee's work has been published in the *Department of Justice Journal of Federal Law and Practice*." ECF 61 at 7. Ms. Bisbee contributed to the article, Neal Christiansen and Julia Jarrett, *Forfeiting Cryptocurrency: Decrypting the Challenges of a Modern Asset*, 67 DOJ J. Fed. L. & Prac. 155 (2019), but she did not author the piece.

                    Respectfully submitted,
                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
         Christopher B. Brown, D.C. Bar No. 1008763
         Assistant United States Attorney
         U.S. Attorney's Office for the District of Columbia
         601 D Street, N.W.
         Washington, D.C. 20530
         (202) 252-7153
         Christopher.Brown6@usdoj.gov

         */s/ C. Alden Pelker*
         C. Alden Pelker, Maryland Bar
         Trial Attorney, U.S. Department of Justice
         Computer Crime & Intellectual Property Section
         1301 New York Ave., N.W., Suite 600
         Washington, D.C. 20005
         (202) 616-5007
         Catherine.Pelker@usdoj.gov

---

**Witness Attestation**

I, Elizabeth Bisbee, have reviewed and approve the contents of this filing.


_____          _____
Elizabeth Bisbee                                                    Date

---

3