UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

### SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR GOVERNMENT TRANSLATORS

The government intends to admit at trial numerous documents that were written in foreign languages, including Swedish, Russian, and Romanian. In particular, the defendant wrote extensive notes to himself, both handwritten and in text documents saved to his devices and accounts. These notes transition with varying frequency between the numerous languages that the defendant speaks, particularly English, Swedish, and Russian. The evidence also includes recordings of the defendant's conversations from jail, and records that originated from providers in foreign countries. Due to the multiple languages involved, the volume of translations, and the length of the investigation, the translations have been completed by multiple translators.

The government has provided the original records to defense counsel in discovery, and has provided some official translations, some machine translations, and some translation summaries. The government is producing another significant batch of official translations contemporaneous with this filing. In some instances, the defendant used specific jargon or terms, such as the term "irrigation," when referring to his activities, which is noted by the translators. Including the most recent production, the government has produced the bulk of the translations of the documents that the government intends to admit at trial. The government anticipates that, in developing its intended trial exhibits, it may identify a relatively small number of additional documents or lines

of text that require translation. These translations will be provided to the defense as they are available and in advance of trial.

The government is committed to working with defense counsel to resolve any disputes regarding translations in advance of trial and hopes to be able to stipulate to the bulk of the translations in order to streamline the proceedings. If stipulations cannot be reached, the government will be calling multiple translators at trial to testify regarding their translations of documents and records in this matter. Each translator has been employed by or contracted with the U.S. Government and has language training and experience in translating documents for court purposes. The translators' testimony will be based on their command of the language and their training and experience in working as a translator. The translations will assist the jury in understanding the underlying texts or conversations, which are written or spoken in languages that would not otherwise be understood by most U.S. jurors.

The particular translators, if any, needed for trial will depend on which translations are covered by stipulations and which, if any, are contested. The Advisory Committee's Note to the 2022 Amendment to Rule 16 recognizes, "on occasion, with respect to an expert witness whose identity is not critical to the opposing party's ability to prepare for trial, the party who wishes to call the expert may be able to provide a complete statement of the expert's opinions, bases and reasons for them, but may not be able to provide the witness's identity until a date closer to trial. In such circumstances, the party who wishes to call the expert may seek an order modifying discovery under Rule 16(d)." Fed. R. Crim. Pro. 16 advisory committee's note to 2022 amendment. Consistent with this provision and to the extent necessary, the government respectfully asks for leave of court to provide the identity of the needed translators to defense counsel and the court once the contested translations are identified.

                Respectfully submitted,
                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia
                601 D Street, N.W.
                Washington, D.C. 20530
                (202) 252-7153
                Christopher.Brown6@usdoj.gov

                */s/ C. Alden Pelker*
                C. Alden Pelker, Maryland Bar
                Trial Attorney, U.S. Department of Justice
                Computer Crime & Intellectual Property Section
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 616-5007
                Catherine.Pelker@usdoj.gov