# Exhibit A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Roman Sterlingov | ) | Case No.  21-CR-00399 (RDM) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Michael Gronager C/O James M. Koukios
      Morrison & Foerster LLP
      2100 L Street NW, Suite 900
      Washington, DC 20037

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | The U.S. District Court for D.C.<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 | Courtroom No.: | 8 |
|---|---|---|---|
| | | Date and Time: | 06/23/2023 9:00 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not
applicable)*:

*(SEAL)*

Date:   05/05/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Roman Sterlingov
_____ , who requests this subpoena, are:

Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY
10005
718-737-7264
tor@torekeland.com

**Exhibit A, Page 1 of 2**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Crimimal Case (Page 2)

Case No.   21-CR-00399 (RDM)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Exhibit A, Page 2 of 2**