UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the parties' submissions, including the notices and motions docketed at ECF No. 121 and ECF No. 125, in light of Local Criminal Rule 57.7(b), and for good cause shown, it is hereby

ORDERED, pursuant to Local Criminal Rule 57.7(b) and (c), to safeguard the defendant's right to a fair trial, and to ensure that the Court can seat a jury that has not been tainted by pretrial publicity, all attorneys for the government and for the defendant shall not make any extrajudicial statement in any public forum, to the media, or to any author, journalist, or member of the news media, commenting on the merits of the case or the evidence of the case, or commenting on the identity, testimony, or credibility of prospective witnesses, or that otherwise will interfere with a fair trial or otherwise prejudice the due administration of justice from the date of this Order until the commencement of trial or disposition without trial in this case.

Dated this _____ day of June, 2023.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE