# Exhibit 'A'

# Michael Hassard

| | |
|---|---|
| **From:** | Frentzen, William <WFrentzen@mofo.com> |
| **Sent:** | Wednesday, May 17, 2023 3:33 PM |
| **To:** | Michael Hassard; Tor Ekeland |
| **Cc:** | Komorowski, Michael |
| **Subject:** | RE: Subpoena Ad Testificandum - Michael Gronager |

Counsel, I am authorized to accept service of a subpoena for Mr. Gronager. Please confirm ASAP if you need him to appear for June 16 or for June 23 and for what purpose.

Thanks, WF.

**WILLIAM FRENTZEN**
Partner
WFrentzen@mofo.com
T +1 (415) 268-6413
M +1 (415) 937-2019

Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482

**MORRISON FOERSTER**

mofo.com | LinkedIn | Twitter

---

**From:** Michael Hassard <Michael@torekeland.com>
**Sent:** Sunday, May 14, 2023 2:04 PM
**To:** Frentzen, William <WFrentzen@mofo.com>
**Cc:** Tor Ekeland <tor@torekeland.com>
**Subject:** Re: Subpoena Ad Testificandum - Michael Gronager

**External Email**

Thanks!

Get Outlook for iOS

---

**From:** Frentzen, William <WFrentzen@mofo.com>
**Sent:** Sunday, May 14, 2023 4:26:41 PM
**To:** Michael Hassard <Michael@torekeland.com>
**Cc:** Tor Ekeland <tor@torekeland.com>
**Subject:** RE: Subpoena Ad Testificandum - Michael Gronager

Counsel, I was traveling last week. I have received the subpoenas and will let you know whether the client accepts service.

1

Thanks, WF.

**WILLIAM FRENTZEN**
Partner
WFrentzen@mofo.com
T +1 (415) 268-6413
M +1 (415) 937-2019

Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482

---

**From:** Michael Hassard <Michael@torekeland.com>
**Date:** Wednesday, May 10, 2023 at 3:30 PM
**To:** Frentzen, William <WFrentzen@mofo.com>, Koukios, James M. <JKoukios@mofo.com>
**Cc:** Tor Ekeland <tor@torekeland.com>
**Subject:** RE: Subpoena Ad Testificandum - Michael Gronager

**External Email**

Counsel,

Please confirm receipt, and whether you accept service. If we do not hear back from you we will effectuate service through other means.

Michael Hassard

Associate

Tor Ekeland Law, PLLC

30 Wall Street, 8th Floor

New York, NY 10005

p. 718-737-7264

michael@torekeland.com

torekeland.com

---

**From:** Michael Hassard
**Sent:** Friday, May 5, 2023 1:46 PM
**To:** 'wfrentzen@mofo.com' <wfrentzen@mofo.com>; 'JKoukios@mofo.com' <JKoukios@mofo.com>

2

**Cc:** Tor Ekeland <tor@torekeland.com>
**Subject:** Subpoena Ad Testificandum - Michael Gronager

Counsel,

Please see attached two subpoenas ad testificandum for your client, Michael Gronager, to appear at a pre-trial Daubert Hearing in *United States v. Sterlingov* scheduled for June 16, 2023, and June 23, 2023, in Washington D.C. Please reach out to us as to the scheduling of your client's testimony as we probably won't need your client on both days.

Michael Hassard

Associate

Tor Ekeland Law, PLLC

30 Wall Street, 8th Floor

New York, NY 10005

p. 718-737-7264

michael@torekeland.com

torekeland.com

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.