UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | CRIMINAL NO. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV,   : | |
| : | |
| Defendant.    : | |

**ORDER**

Pursuant to Local Criminal Rule 47.7(b), it is hereby

ORDERED, that the defendant's late-filed Opposition to the Government's Notice and Motion for Order To Show Cause Regarding Ongoing Violations of Local Criminal Rule 57.7(b), ECF No. 134, is not accepted and shall be stricken, and it is further ORDERED that the government's Notice and Motion for Order To Show Cause Regarding Ongoing Violations of Local Criminal Rule 57.7(b), ECF No. 121, shall be treated as conceded.

Dated this _____ day of June, 2023.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE