# Exhibit 2

```
User ID: 3a18748f-cc67-44e6-897a-7116eed28294
Username: volfprius
Email Address: volf.prius@hotmail.com
Account Status: expired
Date Registered: 2011-10-08 03:09:50
Last Login Date: 2011-11-24 11:32:15

        TOP 5 IP ADDRESSES USED:
        IP 212.117.160.123 used 4 time(s) between 2011-11-24 00:25:12 and
2011-11-24 11:32:15
        IP 189.47.194.196 used 2 time(s) between 2011-10-08 13:23:55 and 2011-10-08
13:23:55
        IP 61.19.252.148 used 2 time(s) between 2011-10-08 13:36:16 and 2011-10-08
13:36:16
        IP 199.48.147.36 used 1 time(s) between 2011-10-08 03:12:21 and 2011-10-08
03:12:21
[See ip_log.csv]

        TRANSACTION RECORDS:
[See transactions.csv]
```

```
User ID: 908f8fe5-d8bb-4e7b-a7e9-d1120c78b5b7
Username: roso987341870
Email Address: plasma@plasmadivision.com
Account Status: valid
Date Registered: 2011-09-29 07:28:28
Last Login Date: 2014-02-24 21:47:46

        USER AML:
[See user_aml.csv]

        TOP 5 IP ADDRESSES USED:
        IP 83.248.132.4 used 108 time(s) between 2012-07-05 15:04:33 and 2013-09-04 21:22:36
        IP 83.254.53.11 used 21 time(s) between 2011-09-29 07:31:19 and 2011-11-27 01:12:13
        IP 83.248.128.36 used 8 time(s) between 2014-02-12 11:29:30 and 2014-02-24 21:47:46
        IP 91.213.87.3 used 5 time(s) between 2011-10-19 01:24:11 and 2011-10-19 01:33:20
        IP 178.151.18.222 used 4 time(s) between 2012-08-25 05:32:20 and 2012-08-25 19:52:44
[See ip_log.csv]

        USER ADMIN COMMENTS:
[See admin_comments.csv]

        USER BANK ACCOUNTS:
[See bank_accounts.csv]

        TRANSACTION RECORDS:
[See transactions.csv]

        COUPON SUMMARY:
        Created 4 coupon(s) totaling 243.00 in USD
[See coupons.csv]

        USER UPLOAD FILES:
[See folder user_upload_files]

        User File ID: 70ff224a-ad82-41ac-b092-88760e001d5f
        Filename: 5b36e083345752e7fbecdf41f708d6a24c021071__scan_id_unedited.jpg
        Mime Type: image/jpeg
        Description: AML: Identity Proof
        Size: 1413929
        SHA1 Hash: 5b36e083345752e7fbecdf41f708d6a24c021071

        User File ID: eecd1914-fffa-46a1-9f78-5f7d24a92fda
        Filename: 5f6e97684232ba696660cbdf92eb45e4a98a6f26__scan_utility.jpg
        Mime Type: image/jpeg
        Description: AML: Residence Proof
```

```
Size: 1493147
SHA1 Hash: 5f6e97684232ba696660cbdf92eb45e4a98a6f26
```

```
User ID: a16d5abe-2308-469e-baf7-274cc4177ff9
Username: peternfs
Email Address: nfs9000@hotmail.com
Account Status: expired
Date Registered: 2011-10-09 01:09:26
Last Login Date: 2011-11-28 10:06:10

        TOP 5 IP ADDRESSES USED:
        IP 81.13.56.222 used 9 time(s) between 2011-10-19 21:38:00 and 2011-10-19 23:06:20
        IP 217.73.161.146 used 7 time(s) between 2011-10-09 01:38:45 and 2011-10-09 11:39:46
        IP 212.117.160.123 used 6 time(s) between 2011-11-24 14:51:21 and 2011-11-28 10:06:10
        IP 212.16.7.171 used 2 time(s) between 2011-10-25 13:39:55 and 2011-10-25 13:39:55
[See ip_log.csv]

        TRANSACTION RECORDS:
[See transactions.csv]

        COUPON SUMMARY:
        Created 3 coupon(s) totaling 122.14 in BTC
[See coupons.csv]
```

```
User ID: d7057509-c8a2-4210-8cfb-af51b049fb2a
Username: kolbasa
Email Address: kolbasa99@rambler.ru
Account Status: expired
Date Registered: 2011-10-09 14:31:29
Last Login Date: 2011-11-29 08:39:16

        TOP 5 IP ADDRESSES USED:
        IP 70.90.169.13 used 7 time(s) between 2011-10-20 00:41:45 and 2011-10-20 07:00:22
        IP 95.168.163.228 used 5 time(s) between 2011-10-09 14:48:20 and 2011-10-10 14:04:30
        IP 212.117.160.123 used 4 time(s) between 2011-11-28 23:58:43 and 2011-11-29 08:39:16
        IP 212.16.7.171 used 2 time(s) between 2011-10-25 13:40:28 and 2011-10-25 13:40:28
[See ip_log.csv]

        TRANSACTION RECORDS:
[See transactions.csv]

        COUPON SUMMARY:
        Created 2 coupon(s) totaling 183.00 in USD
        Redeemed 3 coupon(s) totaling 122.14 in BTC
[See coupons.csv]
```

```
User ID: ff0b1ee6-1af1-43ef-9a19-6607ae58cf51
Username: aurumxchange
Email Address: admin@aurumxchange.com
Account Status: expired
Date Registered: 2011-02-11 00:13:28
Last Login Date: 2013-08-28 21:34:48
	USER METADATA:
[See user_metadata.csv]

	TOP 5 IP ADDRESSES USED:
	IP 46.165.208.203 used 408 time(s) between 2013-02-21 22:36:25 and 2013-07-01 19:35:01
	IP 94.75.220.77 used 337 time(s) between 2011-06-27 21:55:16 and 2012-03-27 19:01:19
	IP 46.21.99.26 used 239 time(s) between 2012-04-20 11:01:44 and 2013-05-15 01:21:10
	IP 95.211.92.237 used 224 time(s) between 2012-12-11 03:42:10 and 2013-03-25 17:26:00
	IP 85.17.31.120 used 176 time(s) between 2013-01-19 16:01:40 and 2013-03-22 18:38:18
[See ip_log.csv]

	USER ADMIN COMMENTS:
[See admin_comments.csv]

	USER BANK ACCOUNTS:
[See bank_accounts.csv]

	TRANSACTION RECORDS:
[See transactions.csv]

	COUPON SUMMARY:
	Created 3,743 coupon(s) totaling 3,003,380.39 in USD
	Created 4 coupon(s) totaling 98.05 in BTC
	Redeemed 21,673 coupon(s) totaling 9,215,630.49 in USD
	Redeemed 1 coupon(s) totaling 280.00 in AUD
	Redeemed 5 coupon(s) totaling 99.05 in BTC
[See coupons.csv]
```