# Exhibit 4

**CERTIFICATE OF AUTHENTICITY PURSUANT TO**
**FEDERAL EVIDENCE RULE 902(13)/902(14)**

I, Kenneth W. Keller, attest, under the penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I certify that the data described below is a true copy of the original, as shown by the following:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since 2007. I am currently assigned to the FBI Washington Field Office, Northern Virginia Resident Agency, where I supervise a team of Special Agents responsible for investigating organized criminal enterprises. My experience as a FBI agent has included the investigation of cases concerning organized crime and the use of computers and the Internet to commit violations of fraud, computer intrusion, money laundering, and intellectual property laws. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, and the execution of searches and seizures. I have received training and gained experience in evidence collection and handling procedures as well as forensic imaging and review of digital evidence. I have personally participated in investigations relating to a variety of federal felony offenses, including computer intrusion, fraud, complex financial crimes, money laundering, and violent crime.

2. I am familiar with the process for imaging electronic devices and for ensuring that the image is an accurate copy of the original, and for extracting particular records from electronic evidence in a forensically and evidentiarily sound manner; indeed, such imaging and extraction is part of my training and responsibilities at the FBI.

3. In my capacity as an FBI supervisory special agent, I was involved in the review of Mt. Gox records. Pursuant to an official request from the United States to Japan, Japanese authorities provided a hard drive containing records of the virtual currency exchange Mt. Gox; the hard drive contained an image file with the hash value 7f212523d20b753accdfe5009c62226e. The hard drive was transferred to the custody of U.S. law enforcement agents and have been maintained by FBI securely and in adherence to established FBI evidence-handling procedures.

4. The hard drive contained a SQL[1] database consisting of records pertaining to Mt. Gox users, including the users' registration information, transaction history, IP logs, and related financial accounts. These records can be retrieved through SQL database queries; for example, a SQL database query for "user x" can produce all of the records for "user x" in the Mt. Gox SQL database. This SQL database query is an electronic process that produces an accurate result. I have tested the SQL database queries for the Mt. Gox SQL database, including by comparing the returns to the raw records in the database, and have confirmed that the retrieved information is an accurate reflection of the records in the database. At all times pertinent to the records certified here, the process functioned properly and normally.

5. Upon a case team request, I accessed the Mt. Gox SQL database and used a SQL database query to retrieve the records for the following user accounts:

| User ID | Login |
|---|---|
| 3a18748f-cc67-44e6-897a-7116eed28294 | volfprius |
| 908f8fe5-d8bb-4e7b-a7e9-d1120c78b5b7 | roso987341870 |
| a16d5abe-2308-469e-baf7-274cc4177ff9 | peternfs |
| d7057509-c8a2-4210-8cfb-af51b049fb2a | kolbasa |
| ff0b1ee6-1af1-43ef-9a19-6607ae58cf51 | Aurumxchange |

---

[1] SQL, or "Structured Query Language," is a programming language that is commonly used for managing structured data held in databases, such as those used by financial institutions to sort customer data. SQL allows database managers to create, retrieve, update, and delete information stored in "tables," the core organizational unit of SQL databases.

6. Those records are attached to this certification. I certify that the attached records are accurate reflections of the information contained in the Mt. Gox SQL database.

_____  5/17/2023.
Kenneth W. Keller              Date
Federal Bureau of Investigation