IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROMAN STERLINGOV**, <br><br> Defendant. | Criminal No. 21-CR-399 (RDM) |

### [PROPOSED] ORDER ON MOTION TO WITHDRAW APPEARANCE

Upon consideration of the motion to withdraw appearance of James M. Koukios, it is hereby

ORDERED that the motion is GRANTED.


Dated: _____     _____
                                    Hon. Randolph D. Moss
                                    United States District Judge

1

## SERVICE LIST

*Counsel for the United States*

Christopher B. Brown
Christopher.Brown6@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7153

C. Alden Pelker
Catherine.Pelker@usdoj.gov
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: (202) 616-5007

*Counsel for Defendant Roman Sterlingov*

Tor Ekeland
tor@torekeland.com
Michael Hassard
michael@torekeland.com
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (718) 737-7264

*Counsel for Non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee*

James M. Koukios
JKoukios@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

William Frentzen
WFrentzen@mofo.com
Michael Komorowski
MKomorowski@mofo.com
Emani N. Oakley
EOakley@mofo.com
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000