**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>    v.<br><br>ROMAN STERLINGOV<br><br>                    Defendant, | **21-CR-00399-RDM**<br><br>**ORDER EXCLUDING THE GOVERNMENT'S PROFFERED MT. GOX DATA** |

For good cause shown, it is hereby:

**ORDERED** that the Government's proffered Mt. Gox Data is hereby excluded as evidence.

_____

**Hon. Randolph D. Moss**
United States District Judge, District of Columbia