Exhibit 'D'

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | **No. 21-cr-399 (RDM)** |
| v. | |
| ROMAN STERLINGOV | |
| Defendant. | |

## SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR JONELLE STILL

Mr. Sterlingov intends to call **JONELLE STILL** ("Ms. Still") as an expert witness. Her qualifications, along with review and analysis of relevant records, reports, facts, and evidence set forth the basis for her expected testimony.

Ms. Still is an Air Force veteran and serves as Ciphertrace's Director of Crypto Investigations, the terrorism financing SME, and is a Co-Chair of the Defenders League – a pro-bono crypto investigations service. In her role as recognized global expert in on-chain forensics, she trains: law enforcement, law firms, domestic and foreign government agencies, and financial crime specialists. She is a regular contributor to Ciphertrace's quarterly Cryptocurrency Anti-Money Laundering report and has presented on these critical topics at the OSCE, CEPOL, Europol, INTERPOL and the UNODC. Jonelle is a member of the Institute of Security and Technology Ransomware Task Force and the Blockchain and Distributed Ledger Technologies Special Interest Group which focuses on Financial Crime and Human Trafficking.

Ms. Still's testimony is rooted in her extensive theoretical and practical expertise in on-chain blockchain forensics including her work for Ciphertrace, a Mastercard company. Ciphertrace received seed funding from DARPA. Ms. Still's testimony is based on her review of the discovery and the public Bitcoin blockchain.

Ms. Still is well-versed in the diverse tools used for blockchain forensic tracing and will discuss her efforts to replicate the Government's tracing methods for the crucial aspects of the Government's case. This includes her efforts to replicate the tracing work done by the Government's proffered expert witness Luke Scholl as contained in his expert report.

At the July 19, 2023, hearing on Motions in Limine and *Daubert* challenges, as well as at trial, the Defense expects Ms. Still to testify regarding the following:

1. The Defense expects Ms. Still to testify to her and Ciphertrace's review of the Government's blockchain tracing forensics in this case, particularly as to work done using Chainalysis Reactor and relevant traces that were not included in the Government's report.

2. She will explain how the Government's tracing fails to verify that Mr. Sterlingov is the operator of Bitcoin Fog and how the transactions are inconsistent with his ownership of the service.

3. She will testify as to peel chain typologies and their relevance to this case.

4. Ms. Still will testify to best practices in the attribution process which includes collection, storage, and audits.

5. The Defense expects Ms. Still to testify to the inherent limitations in the clustering heuristics and tracing methodology involved with the Government's use of Chainalysis Reactor and other blockchain tracing software in this case.

6. She will testify to the inherent limitations and misconceptions regarding the heuristics used for Chainalysis's clustering.

7. She will explain the difference between custodial and non-custodial wallets including personally held wallets, services and exchanges.

8.  The Defense expects Ms. Still to testify in rebuttal to the government's expert

   testimony.The content of Ms. Still's rebuttal testimony is contingent on the

   substance of testimony from the witnesses produced by the Government in the

   Hearings and at trial.

Witness Attestation

I, Jonelle Still, have reviewed and approve the contents of this
filing.

_____          7/7/2023
                                        _____
Jonelle Still                          Date
Ciphertrace