# Exhibit 1

CERTIFICATION OF BUSINESS RECORDS

I, _Mark Marie Robert Karpeles_, on penalty of criminal punishment for false statement,
(name)

hereby state as follows:

1. I ~~am~~ _was MK_ employed by _MTGOX CO. LTD._
(name of business from which records are sought)

and my title is _Chief Executive Officer._
(title)

2. The MTGOX database I provided to the Internal Revenue Service Criminal Investigation in 2016 is the original or a duplicate of the original records in the

custody of _MTGOX CO. LTD._
(name of business from which documents are sought)

3.    (1) Such records were made, at or near the time of the occurrence of the matters set forth, by

(or from information transmitted by) a person with knowledge of these matters;

(2) such records were kept in the course of a regularly conducted business activity;

(3) the business activity made such records as a regular practice; and

(4) if any such record is not the original, it is a duplicate of the original.

_[signature]_
(signature)

_August 13th 2019_
(date)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Mark Marie Robert Karpeles_ , attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am was employed by **MTGOX CO. LTD.** and my title

was _Chief Executive Officer_ . I am qualified to authenticate the records attached

hereto because I am familiar with how the records were created, managed, stored, and retrieved.

I state that the records attached hereto are true duplicates of the original records in the custody of

_MTGOX CO. LTD._ . The attached records consist of _a database dump._

I further state that:

      a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of **MTGOX CO. LTD.**, and they were made by **MTGOX CO. LTD.** as a

regular practice; and

      b.    such records were generated by **MTGOX CO. LTD.** electronic process or system

that produces an accurate result, to wit:

      1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of **MTGOX CO. LTD.** in a manner to ensure that they are true duplicates

of the original records; and

2.      the process or system is regularly verified by **MTGOX CO. LTD.**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

August 13th 2019
Date

Signature