# Exhibit 4

| | |
|---|---|
| **From:** | Tor Ekeland |
| **To:** | Brown, Christopher (USADC); Pelker, Catherine (CRM) |
| **Cc:** | Michael Hassard |
| **Subject:** | [EXTERNAL] U.S. v. Sterlingov: Mt. Gox Database |
| **Date:** | Monday, June 5, 2023 11:25:27 AM |

Chris & Catherine:

Our initial investigation indicates that Mt. Gox database is missing files, has been tampered with, and is corrupt. This is a formal request from the Defense for the complete Mt. Gox Database, in native format, in the custody or control of the Government, along with all information related to the chain of custody of all your Mt. Gox records.

Also, we request all information on the Government's relation to, and work with, Mark Karpeles, and any communications the Government may have had with Japanese authorities related to mitigating his conviction and prison sentence for falsifying Mt. Gox records.

We consider all of this Brady material.

-Tor

Tor Ekeland
Tor Ekeland Law PLLC
30 Wall Street
8th Floor
New York, NY 10005
tor@torekeland.com
torekeland.com

(718) 737-7264

This account is checked once in the morning and once in the afternoon. If you need a response before that please call the office number listed above. This email is sent from a law firm and may contain privileged and confidential information. If you have received it in error, please let us know and then delete all copies of it.