# Exhibit 5



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

June 12, 2023

BY E-MAIL
Tor Ekeland, Esq.
Michael Hassard, Esq.
TOR EKELAND LAW PLLC
30 Wall Street
8th Floor
Brooklyn, NY 10005

      Re:    *United States v. Roman Sterlingov*
              Case No. 21-cr-399 (RDM)

Dear Counsel:

      We are writing in response to your email dated June 5, 2023, requesting the complete Mt. Gox database.  We note that the government has previously produced working and evidentiary copies of the Mt. Gox records which pertain to Mr. Sterlingov and Bitcoin Fog, as well as the certifications detailing the official transfer of the database from Japanese authorities to the United States.  As you are aware, the full Mt. Gox database encompasses voluminous third-party financial records, including third-party individuals' personal information, financial information, identification information, and other sensitive personal information, which are not relevant to Mr. Sterlingov's case.  We dispute your characterization of such records as *Brady*.  However, the government will make an image of the hard drive provided by Japanese authorities and containing the Mt. Gox database available for the defense review at the Federal Bureau of Investigation Washington Field Office, Northern Virginia Resident Agency in Manassas, Virginia.  Personnel seeking to review the materials will need to be cleared into FBI space; we understand that Mr. Fischbach is familiar with this process from his prior work.  Please contact us to set up an appointment if needed.

      Please note that the Mt. Gox database and its contents — apart from Mr. Sterlingov's records which have been separately produced — are designated as Sensitive pursuant to the terms of the protective order entered in this case, ECF No. 18, and may not be publicly disseminated or discussed.

Sincerely,

*/s/ Christopher B. Brown*

Christopher B. Brown, Assistant United States Attorney
C. Alden Pelker, Trial Attorney, U.S. Department of Justice
 Computer Crime & Intellectual Property Section