UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENT TO THE GOVERNMENT'S SUPPLEMENTAL
NOTICE OF INTENT TO PRESENT EXPERT TESTIMONY**

The United States respectfully files this Supplement to the Government's Supplemental Notice of Intent to Present Expert Testimony, ECF No. 124, in order to respond to the Court's questions raised during the June 23, 2023 hearing. Specifically, the Court inquired whether Chainalysis could provide additional information regarding verification, testing, or analysis of the Chainalysis Reactor software. Proffered government expert Ms. Elizabeth Bisbee prepared the attached declaration in response to the Court's request. *See* Ex. 1.

Additionally, attached as Exhibit 2 is a research paper authored by several notable blockchain academics, including Sarah Meiklejohn. *See* Ex. 2 (George Kappos et al., *How to Peel a Million: Validating and Expanding Bitcoin Clusters* (2022), at 2, https://arxiv.org/abs/2205.13882). The paper was previously cited in the government's Opposition to Defendant's Omnibus Motions *in Limine*. ECF No. 73, note 4. The paper's focus is on the proposal of a new peel chain heuristic, but, relevant to the Court's inquiry, the researchers used information provided by Chainalysis as "ground truth" data, indicating a high confidence among the academic community in the reliability of the information. Ex. 2 at 1-2. The paper's "Related Work" section includes discussion of and citation to further academic research in blockchain analysis. *Id.* at 2.

1

                    Respectfully submitted,
                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
                    Christopher B. Brown, D.C. Bar No. 1008763
                    Assistant United States Attorney
                    U.S. Attorney's Office for the District of Columbia
                    601 D Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-7153
                    Christopher.Brown6@usdoj.gov

                    */s/ C. Alden Pelker*
                    C. Alden Pelker, Maryland Bar
                    Trial Attorney, U.S. Department of Justice
                    Computer Crime & Intellectual Property Section
                    1301 New York Ave., N.W., Suite 600
                    Washington, D.C. 20005
                    (202) 616-5007
                    Catherine.Pelker@usdoj.gov