Exhibit 'B'



# NORTHERN NECK REGIONAL JAIL

Serving • Richmond Co. • Westmoreland Co. • Northumberland Co. • Town of Warsaw • Gloucester Co.
P. O. Box 1090, 3908 Richmond Road, Warsaw, Virginia 22572
(804) 333-6419 • Fax (804) 333-6029

**Ted Hull, CJM, MBA**
Superintendent

**R. Michelle Lewis**
Deputy Superintendent

**Amy J. Dameron**
Director of Finance & Administration

**A. Auriel Diggs**
Director of Community Based Probation & Offender Reentry

**Captain Jonathan B. English**
Chief of Security

**Captain E. B. Luna**
Chief of Intake & Receiving

2/3/2023

Mr. Michael Hassard
Registration Number 5824768
30 Wall Street, 8th Floor
New York, NY 10005

Mr. Hassard,

On Monday, 01/30/2023, you requested a contact visit with your client, Sterlingov, Roman, at Northern Neck Regional Jail. Upon searching your bag, a pack of cigarettes and two packs of nicotine gum were found.

Based on this incident, your visitation with Sterlingov, Roman, will be restricted to either via telephone, video visit, or through the glass in our lobby area.

Respectfully,

*Michelle Lewis*

Michelle Lewis
Deputy Superintendent
Northern Neck Regional Jail
9804) 333-6007

*"Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."*
— M Meade



# NORTHERN NECK REGIONAL JAIL

Serving • Richmond Co. • Westmoreland Co. • Northumberland Co. • Town of Warsaw • Gloucester Co.
P. O. Box 1090, 3908 Richmond Road, Warsaw, Virginia 22572
(804) 333-6419 • Fax (804) 333-6029

Ted Hull, CJM, MBA
Superintendent

R. Michelle Lewis
Deputy Superintendent

Amy J. Dameron
Director of Finance & Administration

A. Auriel Diggs
Director of Community Based Probation & Offender Reentry

Captain Jonathan B. English
Chief of Security

Captain E. B. Luna
Chief of Intake & Receiving

2/3/2023

Mr. Tor Ekeland
Registration Number 4493631
30 Wall Street, 8th Floor
New York, NY 10005

Mr. Ekeland,

On Monday, 01/30/2023, you requested a contact visit with your client, Sterlingov, Roman, at Northern Neck Regional Jail. Upon searching your person, a pack of cigarettes was found.

Based on this incident, your visitation with Sterlingov, Roman, will be restricted to either via telephone, video visit, or through the glass in our lobby area.

Respectfully,

*michelle Lewis*

Michelle Lewis
Deputy Superintendent
Northern Neck Regional Jail
9804) 333-6007

M Meade

*"Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."*
M Meade