UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, respectfully advises the Court that the undersigned attorney, Jeff Pearlman, at telephone number (202) 579-6543, is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

        Respectfully submitted,
        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   */s/ Jeff Pearlman*
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 579-6543
        jeffrey.pearlman2@usdoj.gov