UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>　　　　Defendant. | No. 21-cr-399 (RDM) |

**SUPPLEMENTAL SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR JONELLE STILL**

　　　Mr. Sterlingov intends to call **JONELLE STILL** ("Ms. Still") as an expert witness. Her qualifications, along with her expert report written in conjunction with Ciphertrace and produced to the Government in this Court and a review and analysis of relevant records, reports, facts, and evidence produced by the Government set forth the basis for her expected testimony.

　　　Ms. Still is an Air Force veteran and serves as Ciphertrace's Director of Cryptocurrency Investigations and Intelligence, as the terrorism financing Subject Matter Expert, and as a Co-Chair of the Defenders League – a pro-bono crypto investigations service. In her role as a recognized global expert in on-chain forensics, she trains:  law enforcement, law firms, domestic and foreign government agencies, and financial crime specialists. She is a regular contributor to Ciphertrace's quarterly Cryptocurrency Anti-Money Laundering report and presents on these critical topics at the Organization for Security and Co-operation in Europe, European Union Agency for Law Enforcement Training, Europol, INTERPOL and the United Nations Office for Drugs and Crime. Ms. Still is a member of the Institute of Security and Technology Ransomware Task Force in Washington D.C., and the Blockchain and Distributed Ledger Technologies Special Interest Group which focuses on Financial Crime and Human Trafficking. In October 2023, she will present to the European Commission as part of an experts' conference to counter

1

terrorist financial networks in Brussels, Belgium. In November, 2023, she will train, in conjunction with CEPOL, judges and prosecutors on best practices for cryptocurrency analysis in court cases.

Ms. Still's testimony is rooted in her extensive theoretical and practical expertise in on-chain blockchain forensics, including her work for Ciphertrace, a Mastercard company. Ciphertrace received seed funding from Defense Advanced Research Projects Agency ("DARPA"). Ms. Still's testimony is based on her review of the discovery and the public Bitcoin, Ethereum, and Moneo networks. Her analysis utilizes a combination of public and proprietary tracing technologies including Mempool, Bitaps, Sentry, and Inspector.

Ms. Still is well-versed in the diverse tools used for blockchain forensic tracing and will discuss her efforts to replicate the Government's tracing methods for the crucial aspects of the Government's case. This includes her efforts to replicate the tracing work and analysis done by the Government's proffered expert witnesses Luke Scholl and Elizabeth Bisbee of Chainalysis as contained in their expert reports.

At the August 22nd and 23rd *Daubert* hearings, as well as at trial, the Defense expects Ms. Still to testify regarding the following:

1. She will testify to her and Ciphertrace's review of the Government's blockchain tracing forensics in this case, particularly as to work done using Chainalysis Reactor and the errors, omissions and inconsistencies in the Government's and Chainalysis's work.

2. She will testify as to the contents of Ciphertrace's expert report produced to both the Court and the Government via email on August 7, 2023.

3. She will explain how the Government's tracing fails to verify that Mr. Sterlingov is the operator of Bitcoin Fog and how the patterns of the transactions are inconsistent with ownership, creation or administration of the service.

4. She will testify as to the lack of contextual analysis in the Government's and Chainalysis's expert reports and how the Government and Chainalysis ignore on-chain transactions from Bitcoin Fog to wallets not controlled by Mr. Sterlingov, that could be controlled by the real operators and administrators of Bitcoin Fog.

5. She will testify as to peel chain typologies and their relevance to this case.

6. She will testify to best practices in the attribution process which includes collection, storage, and audits.

7. She will testify that blockchain tracing is an emerging technology that has no recognized standards, no oversight, no governing standards body akin to the Institute of Electrical and Electronics Engineers ("IEEE") - which governs standards for the internet, or the United States Government's National Institute for Standards in Technology ("NIST") - which govern standards in physical sciences, and no scientific consensus as to the validity or accuracy of the methodologies.

8. She will testify to the inherent limitations in the clustering heuristics and tracing methodology involved with the Government's use of Chainalysis Reactor and other blockchain tracing software in this case.

9. She will testify that Chainalysis's use of single-entity clustering leads to error, and her experience with this type of error occurring on a regular basis with law enforcement and other Chainalysis clients on a global scale.

10. She will testify to the inherent limitations and misconceptions regarding the heuristics used for Chainalysis's clustering.

11. She will testify to the fundamentals of blockchain and distributed ledger technology and their relationship to cryptocurrency.

12. She will testify to the strengths and limitations of public and proprietary tools.

13. She will testify to the nature of CoinJoin, mixers, PayJoins, and other obfuscation techniques that break the assumptions (heuristics) used in the Government's and Chainalysis's investigation.

14. She will testify to the process of transferring value between cryptocurrency and fiat currency.

15. She will testify generally to the crypto culture.

16. She will explain the difference between custodial and non-custodial wallets including personally held wallets, services and exchanges.

17. She will explain how cryptocurrency exchanges, such as KuCoin, Huobi Global and Gemini, make the best mixers because of KYC policies and the nature of their internal accounting methods that include off-chain transactions, OTC brokers, and off-chain services provided to high-net worth individuals, all of which obfuscate ownership and control.

DocuSign Envelope ID: CCC410C7-139C-4BF7-AB3B-8911140A99EB

18. The Defense expects Ms. Still to testify in rebuttal to the government's expert testimony. The content of Ms. Still's rebuttal testimony is contingent on the substance of testimony from the witnesses produced by the Government in the Hearings and at trial.

Witness Attestation

I, Jonelle Still, have reviewed and approve the contents of this filing.

DocuSigned by:

[signature]  3928BCF51C15418...                    8/7/2023
_____        _____

Jonelle Still                                       Date
Ciphertrace