# Exhibit 'B'

| Bitcoin History | Closing Price Beg. Of Month (in US Dollars) | Cumulative % Return To Present Day | Multiple Increase How many X it grew From Day 1 | # Bitcoin That $1,000 Bought |
|---|---|---|---|---|
| Jul-10 | 0.0055 | 554690809.09% | 1 | 181818.1818 |
| Jan-11 | 0.292 | 10447845.21% | 53.09090909 | 3424.657534 |
| Jul-11 | 16.1 | 189390.68% | 2927.272727 | 62.11180124 |
| Jan-12 | 4.72 | 646255.93% | 858.1818182 | 211.8644068 |
| Jul-12 | 6.69 | 455923.92% | 1216.363636 | 149.4768311 |
| Jan-13 | 13.5 | 225885.19% | 2454.545455 | 74.07407407 |
| Jul-13 | 89 | 34178.65% | 16181.81818 | 11.23595506 |
| Jan-14 | 732 | 4067.76% | 133090.9091 | 1.366120219 |
| Jul-14 | 644 | 4637.27% | 117090.9091 | 1.552795031 |
| Jan-15 | 321 | 9404.05% | 58363.63636 | 3.115264798 |
| Jul-15 | 262 | 11544.27% | 47636.36364 | 3.816793893 |
| Jan-16 | 430 | 6994.88% | 78181.81818 | 2.325581395 |
| Jul-16 | 667 | 4473.91% | 121272.7273 | 1.499250375 |
| Jan-17 | 966 | 3058.18% | 175636.3636 | 1.035196687 |
| Jul-17 | 2,467 | 1136.64% | 448545.4545 | 0.405350628 |
| Jan-18 | 13,803 | 121.02% | 2509636.364 | 0.072448019 |
| Jul-18 | 6,406 | 376.24% | 1164727.273 | 0.156103653 |
| Jan-19 | 3,697 | 725.21% | 672181.8182 | 0.270489586 |
| Jul-19 | 10,729 | 184.35% | 1950727.273 | 0.093205331 |
| Jan-20 | 7,161 | 326.03% | 1302000 | 0.139645301 |
| Jul-20 | 9,140 | 233.79% | 1661818.182 | 0.10940919 |
| Jan-21 | 28,955 | 5.36% | 5264545.455 | 0.03453635 |
| Jul-21 | 35,031 | -12.91% | 6369272.727 | 0.028546145 |
| Jan-22 | 46,215 | -33.99% | 8402727.273 | 0.021637996 |
| Jul-22 | 19,950 | 52.92% | 3627272.727 | 0.050125313 |
| Jan-23 | 17,313 | 76.21% | 3147818.182 | 0.057760065 |
| Jul-23 | 30,508 | 0 | 5546909.091 | 0.032778288 |