**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>  Defendant. | **No. 21-cr-399 (RDM)** |

# NOTICE OF EXPERT REPORT FOR DEFENSE EXPERT JONELLE STILL OF CIPHERTRACE

This filing supplements Mr. Sterlingov's Notice of Supplemental Expert Witness Disclosure for Jonelle Still filed on August 7, 2023 (Dkt. 157). The attached Expert Report by Ms. Still of Ciphertrace, and its Exhibits, were sent to both the Court and the Government via email contemporaneously with the filing.

On August 8, 2023, the Court instructed undersigned counsel to file this Expert Report via ECF. Accordingly, Ciphertrace's Expert Report is attached.

Dated: August 8, 2023
New York, New York

                                      Respectfully submitted,

                                      <u>/s/ Tor Ekeland</u>
                                      Tor Ekeland (NYS Bar No. 4493631)
                                      Tor Ekeland Law, PLLC
                                      30 Wall Street, 8th Floor
                                      New York, NY
                                      t:  (718) 737 - 7264
                                      f:  (718) 504 - 5417
                                      tor@torekeland.com

                                      <u>/s/ Michael Hassard</u>
                                      Michael Hassard (NYS Bar No. 5824768)
                                      Tor Ekeland Law, PLLC
                                      30 Wall Street, 8th Floor
                                      New York, NY
                                      t:  (718) 737 - 7264
                                      f:  (718) 504 - 5417
                                      michael@torekeland.com

                                      *Appointed Counsel for Defendant Roman Sterlingov*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

<u>s/ Tor Ekeland</u>

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov