# Exhibit 'A'



Data Credibility in Cryptocurrency Investigations

# The Black Box Approach

Black box analytics hinder investigations and impair testimony



**UNVERIFIED SOURCES**

**CANNOT BE USED IN A COURT OF LAW**



# How attribution data can be collected

## CREDIBLE ANALYTICS



**VERIFIED OPEN**

Active Live Accounts
Dark Market / Deep Web
Full Blockchain Nodes



**ACTIVE**

Hunting and Targeting
Malware Analysis
Honey Pots



**PRIVATE**

Verified User Feedback
Private Threat Intelligence
APWG eCrime Exchange
Stolen Cryptocurrencies
Fraudulent ICOs

## OTHER ANALYTICS



**UNVERIFIED OPEN**

Unverified databases and open forums



**BLACK BOX**

Potentially unauthorized customer data, unverified user feedback, clustering errors and false positives

3



# Importance of model validation

- Customers of a blockchain analytics provider may not know they are using a **Black Box** model.

- Model validation verifies the **accuracy** of the data enrichment and checks the **performance** of the model.

  - Providers should have well documented, auditable processes for attribution and clustering.

  - Providers should assess ongoing and historical attribution and clustering activity.

4



# Clustering Approaches

## SEPARATED CLUSTERS

**PROS**

- ✓ High fidelity
- ✓ True to blockchain
- ✓ Easily verify attribution

**CONS**

- ✗ Separate clusters won't group together visually

**HYDRA MARKET**

**CLUSTER 1**
- 1JRE……..
- 1pKR……..
- 17pM……..

**CLUSTER 2**
- 32L9……..
- 3g7K……..
- 3VeX……..

**CLUSTER 3**
- bc1q4……..

## SINGLE ENTITY CLUSTER

**HYDRA MARKET**
- 1JRE……..
- 1pKR……..
- 17pM……..
- 32L9……..
- 3c88……..
- 3VeX……..
- bc1q4……..
- ………….
- ………….

**PROS**

- ✓ Quick, high-level overview

**CONS**

- ✗ Not verifiable
- ✗ All data is lumped together
- ✗ Higher probability of false positives and errors



# Separated Cluster Example: Al Qassam Brigades





**3LhP8JYJ77cj2eVXBasY92Z6omTyRbUdbh**

**17QAWGVpFV4gZ25NQug46e5mBho4uDP6MD**



# Separated Cluster Example: Al Qassam Brigades

| CLUSTER ID | OWNER | TYPE | COUNTRY | ADDRESSES COUNT |
|---|---|---|---|---|
| 32c1c723 | AL-QASSAMBRIGADES | CRIMINAL | PALESTINIAN TERRITORY | 156 |

| ASSET | RISK | ADDRESS | BALANCE | TX RECEIVED |
|---|---|---|---|---|
| BTC | 10 | 3HHhgrJf8qg8MDMtJEowYk3... | 0.00000000 | 1 |
| BTC | 10 | 3G468TT13FxEdhL45wrnqRp... | 0.00000000 | 1 |
| BTC | 10 | 3G5ezFPg7tfJanEapnpQJeZ7J... | 0.00000000 | 5 |
| BTC | 10 | 3G3Kt3c9KutTitpSpc2pZoMr... | 0.00000000 | 1 |
| BTC | 10 | 31iUH4sRXJt9F8MnnpVY1HAx... | 0.00000000 | 1 |
| BTC | 10 | 3GQk47pSNGfWBLLWKjLzFQ... | 0.00000000 | 1 |
| BTC | 10 | 3GJgyDVYjxk3WDaiom7148S... | 0.00000000 | 1 |
| BTC | 10 | 3GPgT8dTs7ZknMDhceK2Wx... | 0.00000000 | 1 |

**3LhP8JYJ77cj2eVXBasY92Z6omTyRbUdbh**

| CLUSTER ID | OWNER | TYPE | COUNTRY | ADDRESSES COUNT |
|---|---|---|---|---|
| 1c5e355e | AL-QASSAMBRIGADES | CRIMINAL | PALESTINIAN TERRITORY | 8 |

| ASSET | RISK | ADDRESS | BALANCE | TX RECEIVED |
|---|---|---|---|---|
| BTC | 10 | 1AW9z69zW2Wpg5i2gFs9Yzk... | 0.00000000 | 1 |
| BTC | 10 | 14S3GUHsqSY2am6yCPqEhb7... | 0.00000000 | 1 |
| BTC | 10 | 1EQFWyM1gTus8cnuwHQErna... | 0.00000000 | 1 |
| BTC | 10 | 19ncZQTCBfvfW5bsM7v3Pe7t... | 0.00000000 | 1 |
| BTC | 10 | 17QAWGVpFV4gZ25NQug46e... | 0.00542293 | 62 |
| BTC | 10 | 14dRMzjmatz7zkc7iRYaitMvw... | 0.00000000 | 1 |
| BTC | 10 | 14EwXyqiB3yVLDJ1zVNevvED... | 0.00009990 | 3 |
| BTC | 10 | 1JJQceg2YZuCsJxUvAAVwU2... | 0.00000000 | 1 |

**17QAWGVpFV4gZ25NQug46e5mBho4uDP6MD**



Case Study
# Single Entity Tracing



A *Global exchange* was contacted by a blockchain analytics firm (utilizing wallet-based tracing tools) who informed them that they had a customer send a very small BTC donation to al Qassam Brigades.

*Global exchange* approached CipherTrace to verify the trace:



*recreated trace view



# Single Entity Tracing

**What the on-chain trace actually looks like.**




# Single Entity Tracing





**Wasabi CoinJoin**



# Artificial Clustering w/ Cluster Based Tracing

## CipherTrace was asked to verify the following trace:



Destination Output 1PAaf

| | |
|---|---|
| Address | 1PAafXXXXXXXXXXXXXXXXXXXXXXX |
| Transactions | 3 |
| Total Received | **0.79950000 BTC** |
| Total Sent | 0.79950000 BTC |
| Final Balance | 0.00000000 BTC |




# Artificial Clustering w/ Cluster Based Tracing



9.17 BTC Transaction

**5 Exchanges**

2 Services

CIPHERTRACE

Case Study

# Artificial Clustering w/ Cluster Based Tracing



# Clustering False Positives

- There are known false positives that exist for clustering heuristics, which require investigators to look at and rely on other data points to confirm clustering.

- Important to not just cluster addresses and never look back at them

- Most common example of technique used to break clustering heuristics is coinjoins.



These addresses would traditionally cluster together, but shouldn't if in a coinjoin

16

