# Exhibit A







| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard |
| Host IP+Date | 104.244.42.193 - United States |
| Category | Social Media Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Mike Hassard
1,625 Tweets

Follow

**Mike Hassard**
@mikehassard

Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey |

Lawyer & Law Firm · Brooklyn, NY · torekeland.com
Joined February 2009

**3,001** Following **1,020** Followers

Tweets · Replies · Media · Likes

**Mike Hassard** @mikehassard · May 14
Roman Sterlingov is wrongfully accused of operating Bitcoin Fog, a #Bitcoin mixing service. This is the first in a series of threads I will post in an effort to spread word of this unjust prosecution.
46 · 185 · 387 · 158K

**Mike Hassard** @mikehassard · Feb 8
Brampton's own Sunil Tulsiani, @TheWealthyCop, gets absolutely ROASTED by Edward Snowden, @Snowden, as Sunil attempts to solicit more victims for his #Toronto-based "private investment club" #Ponzi scheme.

(The end is hilarious.)

The media could not be played.
Reload

22 · 115 · 323 · 86.3K

**Mike Hassard** @mikehassard · Feb 25, 2022
The #ghostofkyiv is the best story I have seen today.

"A lone Ukrainian pilot has confirmed 6 aerial take downs in a single day. They're calling him the 'Ghost of Kyiv'"

The media could not be played.
Reload

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**
Thomas Fahrer @thomas_fahrer Follow
RoninDojo @RoninDojoNode Follow
Craig Raw @craigraw Follow
Show more

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

2 32 136

**Mike Hassard** @mikehassard · May 14 ···
Replying to @mikehassard
Next week I'll post a thread about Chainalysis Inc., and their involvement in this case. I'll discuss how the government relies on unproven, heuristic analysis from Chainalysis, and how their black-box blockchain surveillance techniques do not meet scientific forensic standards.

5 34 128 7,836

**Mike Hassard** @mikehassard · May 14 ···
Replying to @mikehassard
Please consider donating to Roman's legal defense funds:
torekeland.com/roman-sterling...

Please spread word of this unjust prosecution.

#FreeRoman

torekeland.com
#freeroman - U.S. v. Roman Sterlingov
Read about U.S. v. Roman Sterlingov. The Government nabbed the wrong man through shoddy and speculative "blockchain analysis." ...

3 21 84 22.9K

**Mike Hassard** @mikehassard · May 14 ···
Replying to @mikehassard
I had the pleasure of attending some #Bitcoin ₿ meetups in Europe last month. We spoke in Zürich, Munich, Berlin and Stuttgart. I understand why Roman was attracted to these meetups. They were fun, social, and filled with lovely people who have optimistic visions for the future.

5 5 46 3,202

**Mike Hassard** @mikehassard · May 14 ···
Replying to @mikehassard
Roman is transferred to the Northern Neck Regional Jail in Warsaw, Virginia where he remains to this day. Trapped in a Kafkaesque nightmare in a place he's never set foot in.

1 2 42 2,307

**Mike Hassard** @mikehassard · Jun 7, 2022 ···
80% of Americans can no longer see the Milky Way due to light pollution. So here is a photo of our galaxy captured in Dinosaur National Park, Utah.

10 36

**Mike Hassard** @mikehassard · May 14 ···
Replying to @mikehassard
In 2003, Roman moves from Russia to Jönköping with his mother. At school he excels in math and science and loves learning about technology. In 2010, he first hears about bitcoin. He is excited by this new technology and learns how to set up wallets & funds them with his paycheck.

3 3 39 3,462

**Mike Hassard** @mikehassard · May 14 ···
Replying to @mikehassard
In search of a career and a stable income, Roman enrolls in a commercial

Powered By MORRISON FOERSTER

pilot licensing class in California. In April 2021, he flies to LAX where he is arrested by the FBI and accused of operating Bitcoin Fog for the past seven years.

◯ 1  ⟲ 3  ♡ 36  📊 2,375  ⤒


**Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
Roman learns that when he makes Bitcoin transactions, his wallet address becomes public. He worries that someone could target him and steal his funds. From this point on, Roman incorporates mixing into his personal privacy practices when transferring #Bitcoin 🟠.

◯ 2  ⟲ 5  ♡ 38  📊 2,620  ⤒


**Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
Confused and shocked, Roman is stunned to hear that he is accused of creating and operating Bitcoin Fog. He gets locked up in California where a Magistrate judge issues an order for him to be "detained indefinitely".

◯ 1  ⟲ 4  ♡ 36  📊 2,452  ⤒


**Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
The government has seized all of Roman's remaining assets, and the Court will not release them to fund his defense.

◯ 1  ⟲ 5  ♡ 36  📊 2,334  ⤒


**Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
At one of these meetups, someone tells Roman he should mix his Bitcoin before selling it to people he doesn't know. At this time there is no Bitcoin marketplace - like Kraken or Coinbase - all transaction are done peer-to-peer and require a level of trust.

◯ 3  ⟲ 3  ♡ 33  📊 2,754  ⤒


**Mike Hassard** @mikehassard · May 14  ···
Today @TorEkelandPLLC and I shot a podcast for @WhatBitcoinDid with @PeterMcCormack and @_DannyKnowles about Roman's case.

The #Bitcoin 🟠 community has been AMAZING in supporting Roman. Together we can get an innocent person out of prison.



◯ 5  ⟲ 7  ♡ 34  📊 4,327  ⤒

Page 3



| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1687483918897795073 |
| Host IP+Date | 104.244.42.1 - United States - 08/04/2023 - 03:21:32 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Tweet

**Mike Hassard** ···
@mikehassard

We are in the final fundraising push for Roman's trial. It starts Sept. 14th and we need to raise money for travel and lodging expenses in DC for our incredible team of Experts.

Please consider donating to Roman's defense fund through @geyserfund

#FreeRoman

**Geyser** @geyserfund · 6h
🏆 Weekly Project Leaderboard

Education: @luke_broyles, @MasterGuantai, @nobsb

Culture: @HeroOfBitcoin, @ICOffenderII, @WorldofRusty, @tip_nz

Community: @mikehassard, @cafe_satoshi, @geyserfund

3:21 PM · Aug 4, 2023 · **385** Views

**1** Retweet **1** Like

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** @mikehassard Follow
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey | 🇨🇦🇺🇸

**Geyser** @geyserfund Follow
Borderless fundraising for communities that want to change the world. #bitcoin only. #grants for creators. Start creating on geyser.fund 🚀

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Subject: Mike Hassard                                                                                                      File No.: 00000000

| | |
|---|---|
| Website |  Twitter |
| URL | https://twitter.com/mikehassard/status/1686573138597773312 |
| Host IP+Date | 104.244.42.65 - United States 🇺🇸 - 08/02/2023 - 03:02:25 AM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard],  [Mikehassard],  [New York, USA],  [Manually Added] |
| Notes | |



| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1686571994198761472 |
| Host IP+Date | 104.244.42.1 - United States - 08/02/2023 - 02:57:53 AM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

← **Tweet**

Mike Hassard Retweeted

**Daniel Kuhn** ···
@DanielGKuhn

important argument unfolding in the Bitcoin Fog case about whether on-chain forensic tools even work.

coindesk.com
Chainalysis Investigations Lead Is 'Unaware' of Scientific Evidence the Survei...
Renowned lawyer Tor Ekeland is poking holes in the U.S. government's case against alleged Bitcoin Fog creator Roman Sterlingov by poking holes in ...

10:53 PM · Jul 24, 2023 · **43.8K** Views

**16** Retweets **2** Quotes **50** Likes **5** Bookmarks

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** Follow
@mikehassard
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey | 🇨🇦🇺🇸

**Daniel Kuhn** Follow
@DanielGKuhn
Deputy managing editor for opinions/features and writer @CoinDesk's Consensus Magazine. If you want to write, reach out. daniel@coindesk.com

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.





| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684706937290579968 |
| Host IP+Date | 104.244.42.193 - United States - 07/27/2023 - 11:26:48 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Tweet

**Mike Hassard** ···
@mikehassard

"It can't be that it comes from Roman Sterlingov, someone who is innocent and these rats puts him in jail without proving his innocence." - @Gelois_0

**Gelois Bitmaster** @Gelois_0 · Jul 22
Replying to @Gelois_0 and @BtcAndres
No puede ser que venga de Roman Sterlingov, alguien que es inocentes y estás ratas lo mete a la cárcel sin demostrar su inocencia.

courtlistener.com/docket/5998885...

11:26 PM · Jul 27, 2023 · **227** Views

**2** Retweets **2** Likes

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** @mikehassard Follow
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey | 🇨🇦🇺🇸

**Gelois Bitmaster** @Gelois_0 Follow
Sovereign is away. 🏴💚💛
paynym.is/+bitterterm189

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684573169649336321 |
| Host IP+Date | 104.244.42.193 - United States - 07/27/2023 - 02:35:16 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Tweet

Mike Hassard Retweeted

**Cryptonic Daily** ···
@CryptonicDaily

"🚀 Exciting news! Celebrated lawyer Tor Ekeland exposes flaws in the U.S. government's case against Roman Sterlingov, the alleged Bitcoin Fog creator. Chainalysis' investigative lead faces scrutiny, as privacy advocate L0la L33tz enlightens us. This is a game-changer for dig...

10:34 PM · Jul 24, 2023 · **169** Views

**3** Retweets **4** Likes

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** @mikehassard Follow
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey | 🇨🇦🇺🇸

**Cryptonic Daily** @CryptonicDaily Follow
Stay ahead of the game with the latest news and insights on #cryptocurrencies. Join us on the cutting edge of #crypto news! Join my channel.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.





| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684573145947328519 |
| Host IP+Date | 104.244.42.1 - United States - 07/27/2023 - 02:35:10 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Tweet

Mike Hassard Retweeted

Xcatcher ···
@TokenBeam

😃⬆️ Renowned lawyer Tor Ekeland challenges the U.S. government's case against alleged Bitcoin Fog creator Roman Sterlingov by questioning Chainalysis' forensics. #BTC ₿

Sentiment: Rocket Fuel 😃⬆️
prz.pw/93ahc

11:53 PM · Jul 24, 2023 · **105** Views

**1** Retweet **2** Likes

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** Follow
@mikehassard
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey | 🇨🇦🇺🇸

**Xcatcher** Follow
@TokenBeam
All the tokens shared in this profile are currently in simulation mode and have not been officially launched yet the time we tweet them. Verify before investing

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684055894810566658 |
| Host IP+Date | 104.244.42.193 - United States - 07/26/2023 - 04:19:48 AM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Tweet

Mike Hassard Retweeted

**Jonathan Scott** @jonathandata1

Tor said Chainalysis' Reactor is "a black box algorithm" that "relies on junk science."

.@TorEkelandPLLC and @mikehassard will go down in history when Roman Sterlingov is released from prison. 💪

This junk science "forensics" is a plague

coindesk.com
Chainalysis Investigations Lead Is 'Unaware' of Scientific Evidence the Survei...
Renowned lawyer Tor Ekeland is poking holes in the U.S. government's case against alleged Bitcoin Fog creator Roman Sterlingov by poking holes in ...

2:36 AM · Jul 26, 2023 · **2,307** Views

**3** Retweets **1** Quote **12** Likes

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** @mikehassard Follow
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey | 🇨🇦🇺🇸

**Jonathan Scott** @jonathandata1 Follow
American Mobile, IoT & Crypto Researcher (Malware/Spyware/Forensics) Founder @TheMiladGroup, Doctoral Student - Comp Sci - Digital Espionage

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1683866136503373825 |
| Host IP+Date | 104.244.42.1 - United States - 07/25/2023 - 03:45:46 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

Tweet

Mike Hassard Retweeted

L0la L33tz
@L0laL33tz

When you sell chain surveillance software to governments but have no scientific evidence of whether said software even works; chapeau @chainalysis - my latest for @CoinDesk

coindesk.com
Chainalysis Investigations Lead Is 'Unaware' of Scientific Evidence the Survei...
Renowned lawyer Tor Ekeland is poking holes in the U.S. government's case against alleged Bitcoin Fog creator Roman Sterlingov by poking holes in ...

10:27 PM · Jul 24, 2023 · 10.1K Views

32 Retweets 2 Quotes 88 Likes 11 Bookmarks

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Mike Hassard
@mikehassard
Follow
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey |

L0la L33tz
@L0laL33tz
Follow
Likes #Bitcoin . Dislikes Surveillance Capitalism. Professionally Shadowbanned

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1683606387186606080 |
| Host IP+Date | 104.244.42.1 - United States - 07/24/2023 - 10:33:37 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |

← **Tweet**

**Mike Hassard** ···
@mikehassard

#FREEROMAN

We are in the final stages of our fundraising campaign for Roman Sterlingov's Defense. Trial is scheduled to begin September 14th, 2023 in DC. If you are able, please consider donating to Roman's Legal Defense fund at the following link:
torekeland.com/roman-sterling...

> **L0la L33tz** @L0laL33tz · Jul 24
> When you sell chain surveillance software to governments but have no scientific evidence of whether said software even works; chapeau @chainalysis - my latest for @CoinDesk coindesk.com/consensus-maga...

10:33 PM · Jul 24, 2023 · **643** Views

**4** Retweets **1** Quote **7** Likes

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mike Hassard** @mikehassard Follow
Computer Lawyer | The Constitution | Bitcoin | Human Rights | Freedom | Nature | Hockey |

**L0la L33tz** @L0laL33tz Follow
Likes #Bitcoin . Dislikes Surveillance Capitalism. Professionally Shadowbanned

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.













