1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                          Criminal Action
4              Plaintiff,                 No. 1:21-cr-0399

5         vs.                             Washington, DC
                                          December 2, 2022
6    ROMAN STERLINGOV,
                                          2:10 p.m.
7              Defendant.
     _____/
8

9              TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Government:      CHRISTOPHER BROWN
13                            USAO-DOJ
                              601 D Street, NW
14                            Washington, DC 20001

15                            ALDEN PELKER
                              U.S. DOJ
16                            950 Pennsylvania Ave, NW
                              Washington, DC 20530
17

18   For the Defendant:      TOR EKELAND
                             MICHAEL HASSARD
19                            Tor Ekeland Law PLLC
                              30 Wall Street, 8th Floor
20                            Brooklyn, NY 10005

21

22

     Court Reporter:         JEFF M. HOOK
23                            Official Court Reporter
                              U.S. District & Bankruptcy Courts
24                            333 Constitution Avenue, NW
                              Room 4700-C
25                            Washington, DC 20001

**P R O C E E D I N G S**

1

2      **DEPUTY CLERK:**  This is criminal action 21-399, the

3  United States of America v. Roman Sterlingov.  The defendant

4  is present and in the courtroom.  Counsel, starting with the

5  government, please identify yourself for the record.

6      **MR. BROWN:**  Good afternoon, Your Honor.  AUSA

7  Chris Brown for the government.  With me at counsel table is

8  trial attorney Alden Pelker.

9      **THE COURT:**  Good afternoon to you.

10      **MR. EKELAND:**  Good afternoon, Your Honor.  Tor

11  Ekeland and Michael Hassard for defendant Roman Sterlingov,

12  who is present in court.

13      **THE COURT:**  Good afternoon to all of you.

14  Mr. Ekeland, why don't you stay at the podium.  Why don't

15  you address the scheduling issues, I think that's probably

16  the best place for us to start.

17      **MR. EKELAND:**  Yes, Your Honor.  As I think we

18  detailed in our motion for a continuance, we require more

19  time essentially to review the discovery in our case.  We,

20  of course, have been slowed down by our client's detention,

21  as the Court has noticed in just trying to schedule Zoom

22  video links to have this discussion today, some of the

23  issues we've had with the Court.  We've also recently

24  obtained a new expert that we're going through and manually

25  tracing these transactions that the government has

1    alleged -- or that they've put in their discovery, and

2    that's a very slow and painstaking process.

3          And as we're working our way through the

4    discovery, we're coming up with other questions that we need

5    to either address with the government or -- and I'm not

6    saying we need to move to compel, but just there's a lot of

7    questions coming up.  I just don't think realistically that

8    we can put on a full and complete defense without some more

9    time to deal with these discovery issues.  We're hoping to

10   get -- as we made, I think, in one of our motions in limine,

11   to get a laptop to our client so he can review some of the

12   electronic discovery.  Because down in the Warsaw -- was it

13   the northern regional neck jail in Warsaw, Virginia, he's --

14   he has very limited access to a computer that he has to

15   share with 60 other people.  So this just essentially slows

16   things down.  We're also very limited in terms of our funds,

17   because the government has seized his assets and we have a

18   pending motion in front of the Court on that.  But we're

19   doing the normal things you have to do on this kind of case.

20          **THE COURT:**  How does the funds slow things down?

21          **MR. EKELAND:**  Because experts are expensive.  We

22   have to find people who are willing to work for free or

23   independently wealthy, like this expert that we have coming

24   in who said he'll work for free on this case so we don't

25   have to pay him.  It costs money to upload gigabytes of data

1    into our e-discovery system.  For instance, we had to stop

2    when we got a $10,000 bill, because there's terabytes upon

3    terabytes upon terabytes of data.  To get it uploaded into

4    the system -- which is the industry standard legal

5    e-discovery system, they charge -- I could be wrong on this,

6    but something like $250, $300 a gigabyte.  So that slows

7    things down.  There's just a number of things that just

8    generally cost money.

9            **THE COURT:**  So one of the most substantial

10   problems we have is, as you probably know, the Court's trial

11   calendar is busier by a factor of three or four or five than

12   anything I've ever seen before.  I start in the beginning of

13   May an eight-week criminal trial.  I have multiple criminal

14   trials scheduled before then.  Realistically, it seems to me

15   there are only two options.  If we are going to move the

16   case -- and I don't know what everyone else's schedule looks

17   like, I think that I can move the case in light of some

18   other things that have moved and start on March 15, 16 or

19   17, somewhere in that range.  We could have the week of

20   March 24th, the week of the 27th of March, and we could go

21   into early May -- I'm sorry, into early April if we do that.

22   So that is one possibility.

23           If we can't do it then, I then have a trial that

24   is going to take me, along with other things, through the

25   end of April.  I then start an eight-week long terrorism

1    trial, which I'll be lucky if I get it done in eight weeks.

2    I then after that am going to have another trial right after

3    that that's done in July.  Then I have a little bit of a

4    window in August, but not enough for a three-week trial.

5    Then I've got another trial that's two weeks in August.  So

6    that means that, I think, realistically if we can't do it

7    with the March date, that we can't start trial until mid

8    September at the earliest.

9              **MR. EKELAND:**  I just had trouble hearing a little

10   bit.  I think I heard you say that there's an option in

11   March, if not in March, then September?

12             **THE COURT:**  Correct.

13             **MR. EKELAND:**  May I have a moment to speak to my

14   client?

15             **THE COURT:**  Yes.  Obviously everyone else should

16   check their calendars too.

17        (Discussion off the record)

18             **MR. EKELAND:**  We completely understand the Court's

19   schedule.  We would ideally be looking for something in

20   April or May.  We'd be willing -- you mentioned I think that

21   there was another option, which I'm assuming is just

22   transferring it to another judge.  Is that what --

23             **THE COURT:**  I don't think I meant to say that.  I

24   suppose I could ask if there's another judge who could try

25   the case.

1      **MR. EKELAND:**  Oh, I was just getting clear on what

2    you were saying.

3      **THE COURT:**  All I was saying is I am

4    essentially -- this case, as I understand it, is going to be

5    at least -- or is going to be a three-week trial or so.

6      **MR. EKELAND:**  I could see it going longer than

7    that potentially.  It depends on what happens with some of

8    the discovery things we're trying to work on.

9      **THE COURT:**  Assuming a three-week trial, given my

10   trial calendar, the only options I have are March 15, 16 or

11   17 starting.  And if you think it might potentially run

12   longer than three weeks, we probably ought to start on the

13   15th of March.  That's probably the best option.  The other

14   option is to start in September -- and I have the week of

15   the 18th, 19th and the 2nd of October where I could give you

16   those three weeks then.  But those are my options.

17     **MR. EKELAND:**  So March -- may I have a moment with

18   my client?

19     **THE COURT:**  Yes.

20        (Discussion off the record)

21     **MR. EKELAND:**  So we'll ask for the September trial

22   date then.

23     **THE COURT:**  Let me see what the government says.

24   The March date is not that much earlier -- it's earlier than

25   you asked for, but it's not a lot earlier than you asked

**1**     for.  The case will be a year old -- I'm sorry, the case

**2**     will be more than a year old.  You'll have been on the case

**3**     for about a year at that point in time.

**4**              MR. EKELAND:  I understand.  I'm just looking at

**5**     how -- like we're grinding in the discovery.  It's just --

**6**     you know, it's --

**7**              THE COURT:  Let me see what the government has to

**8**     say.  Mr. Brown.

**9**              MR. BROWN:  Thank you, Your Honor.  And you

**10**    understand that we sort of have a crazy quilt of witness

**11**    availability that we're trying to map out.  For the March

**12**    trial date, we could likely make that work.  We're going to

**13**    have to do some juggling with some of our witnesses.  And

**14**    the way that it would work probably the best for us -- and

**15**    you said a start date of the 15th, 16th, 17th, I think is if

**16**    we plan to do jury selection and openings that first week,

**17**    and then have our witnesses start on March 20th.  We could

**18**    likely make that work with our witness availability.

**19**             THE COURT:  And what about Mr. Ekeland's preferred

**20**    date and waiting until September?  Presumably your witnesses

**21**    are going to be freer at that point in time, at least

**22**    hopefully.

**23**             MR. BROWN:  Yes, Your Honor.  Candidly, I don't

**24**    think we checked that far in advance with our witness

**25**    schedule.  But I think that we could be flexible and make

1    that work, especially with that much lead time.

2         **THE COURT:**  I mean, it does strike me that it's a

3    long time to put it off until September.  On the other hand,

4    Mr. Sterlingov is the one who is sitting in prison, and is

5    making a tough decision in thinking that the additional time

6    is important enough to him in his preparation that he's

7    willing to sit in prison during that period of time, which

8    strikes me as some evidence that he's just not dragging his

9    feet and doing everything he can to move the case as quickly

10   as he can.  So I'm inclined to give the defense the benefit

11   of the doubt on this and move the case to September, but I

12   will say that absent extraordinary circumstances of someone

13   becoming terribly ill or something like that, I'm not going

14   to move that date again.  I understand there are always

15   issues with witnesses and things like that that may be

16   unpredictable, but it's going to take a lot for me to move

17   that trial once we set it there.

18        So let's go ahead and set the trial for September.

19   Kristin, should we try and start the jury selection on a

20   Thursday or a Friday?  I know the jury office prefers that,

21   because this court -- we are so busy that the jury office

22   cannot produce enough jurors on Mondays and Tuesdays because

23   they're being consumed by so many trials that we have.  So

24   starting on a Thursday or a Friday means that we'll have

25   fresher jurors, and we're not going to have jurors who have

1    been sent back by another judge.  So let's put it down then

2    for September 14th.

3            Just before I finalize that, I just want to

4    confirm also, Mr. Ekeland, that you've had a chance to

5    confer with Mr. Sterlingov about the Speedy Trial Act, and

6    that he understands his rights under the Speedy Trial Act,

7    that he's requesting that I move the date so that he has

8    time to prepare?

9            MR. EKELAND:  Yes, Your Honor.

10           THE COURT:  Mr. Brown, was there something you

11   wanted to say before I --

12           MR. BROWN:  Your Honor, we just wanted to flag

13   that September 16th, which is a Saturday, is Rosh Hashanah,

14   just in case that may be an issue for witness or juror

15   availability.

16           THE COURT:  So that's a fair point.  I'm more

17   concerned about Yom Kippur, which is actually on a trial

18   day.  But I think that if we reach a point in which we need

19   to take Yom Kippur off and not sit that day, that's just

20   what we'll do, because I realize it could affect the jury

21   selection process.

22           So I'm going to put the matter down starting on

23   the 14th, and I'm going to toll time from January 4th, 2023

24   to September 14th, 2023 under the ends of justice exception.

25   The Court concludes that the continuance will serve the

1    interests of justice, and that those interests outweigh the

2    best interests of the public and the defendant in a speedy

3    trial.  In particular, the defense has represented to the

4    Court that this is a uniquely complicated case dealing with

5    a massive amount of discovery, and that the defense needs

6    that additional time in order to prepare for trial and to

7    have an opportunity for the defense witnesses to be able to

8    conduct their necessary analysis so that the defense can be

9    available.  So for that reason, the Court concludes that the

10   interests of justice outweigh the best interests of the

11   public and the defendant in a speedy trial.

12        Do you want to talk about a schedule now for

13   pretrial?  I know I've already got quite a stack of motions

14   in front of me.  Maybe what we want to do is schedule a

15   motions hearing.  One motion that struck me as one that

16   perhaps should be handled sooner than the others is the

17   motion with respect to the release of funds, to the extent

18   the defense needs those funds for preparation of the defense

19   in the case.

20        I will say, having looked just briefly at the

21   papers in the case, that I'm not yet convinced that the

22   defense has carried its burden to have a hearing at this

23   point.  What I might suggest is whether the defense wants to

24   go back and take another look at the government's

25   submission.  And you may want to -- you may need additional

1   affidavits and declarations.  You had mentioned that you

2   also needed to confer with your client with respect to his

3   assets -- you can come up to the podium.  If you wanted to

4   make a supplemental filing with respect to that motion, that

5   would be helpful for the Court, because I don't really have

6   the evidence in front of me at this point.  I don't know

7   whether it exists or not, but what I have is -- strikes me

8   as insufficient.  But if you wanted to make more of a

9   showing, I'd give you that opportunity.

10   **MR. EKELAND:**  We'd welcome the opportunity to do

11   that.  We would like to sit down and do a financial

12   affidavit with Mr. Sterlingov.  Now that we have our new

13   expert, we're able to look at these transactions closely.

14   So we do welcome the ability to submit a supplemental filing

15   to the Court and have the government respond.

16   **THE COURT:**  When would you like to make that

17   filing?

18   **MR. EKELAND:**  Soon.  We've got -- gosh, I mean, we

19   can have it -- the trick with the affidavit is getting down

20   to visit Mr. Sterlingov in the jail and confirming

21   everything.  But we could have something in in the next

22   couple weeks.

23   **THE COURT:**  So why don't I direct then that if you

24   want to supplement that motion, that you do so on or before

25   the 16th of December.

1        **MR. EKELAND:**  Yes, Your Honor.

2        **THE COURT:**  I'll tell you what, because I'm going

3    to give the government more time because of the holidays.

4    I'll give you until the 21st of December, and then I'm not

5    going to make the government work on the holidays.  I'll

6    give the government -- is the 6th of January enough time or

7    do you need more time after that?

8        **MR. BROWN:**  Your Honor, the 6th is fine.

9        **THE COURT:**  So I'll give the government until the

10   6th to file its response.  Since we've taken the case off

11   the calendar for January, we could probably pick a day in

12   January to have a hearing.  I don't know if it's going to be

13   a factual hearing or argument on that motion, but why don't

14   we pick a date for a proceeding relating to that motion

15   sometime in January.

16        Kristin, why don't you give me at least a week or

17   so after the papers come in, the supplemental papers come in

18   before we schedule something.

19        **DEPUTY CLERK:**  The 11th at 10:00 a.m. or later in

20   that week?

21        **THE COURT:**  Why don't we do the 13th at 10:00 a.m.

22   Does that work for everyone?

23        **MR. EKELAND:**  That should work.

24        **DEPUTY CLERK:**  You have a sentencing from 9:15 to

25   10:15, so 11:00.

1          **THE COURT:**  So 11:00 on the 13th.

2          **MR. BROWN:**  January 13th at 11:00 o'clock?

3          **THE COURT:**  Yes.

4          **MR. BROWN:**  Yes, Your Honor.

5          **MR. EKELAND:**  Okay.

6          **THE COURT:**  You all tell me, do you need more than

7     an hour for this?

8          **MR. EKELAND:**  I don't think so.  I hate to lock

9     myself in on that.  I don't think so.  I think we can --

10         **THE COURT:**  We can put it on for 2:00 p.m., give

11    you a little more flexibility.

12         **MR. EKELAND:**  That would be better.

13         **THE COURT:**  So 2:00 p.m. on the 13th.

14         **MR. EKELAND:**  That works for the defense.

15         **MR. HASSARD:**  Is that just for the funds?

16         **THE COURT:**  Yeah, it's not all the motions.  We

17    can set another hearing date for all the remaining motions.

18    Given the length of time between now and trial, I don't

19    really have a strong feeling about when we schedule it.  I

20    don't know if you all have a view as to when you would like

21    to schedule it.

22         **MR. BROWN:**  Your Honor, we don't have strong

23    feelings.  Sooner rather than later given that these are

24    fully briefed up.

25         **THE COURT:**  I agree.  So maybe we can do that in

1    January as well and just pick a different day in January.

2    Does that work, do you think?  I'm sorry, give me a second.

3         **MR. EKELAND:**  Your Honor, I would agree with the

4    government.  The only thing I would just say there is I can

5    see with the motions in limine maybe wanting to potentially

6    do them a little bit later in case other stuff comes up in

7    the discovery as we're reviewing it.  But I feel like all

8    the other motions, of course, I just see as we're going

9    through the discovery having other questions or issues

10   potentially there -- without representing that we will find

11   stuff.

12        **THE COURT:**  So I think that it actually would work

13   better to do this:  How about April 11th, does that work for

14   everybody, April 11th for just a hearing on the remaining

15   motions?  I don't see why we can't do the motions in limine

16   at the same time.  If something comes up before trial and we

17   need to have more motions in limine, we can deal with that

18   if there are intervening events.

19        **MR. EKELAND:**  April is plenty of time, yes.

20        **THE COURT:**  April 11th, why don't we do that at

21   10:00 a.m.

22        **MR. EKELAND:**  That's fine, Your Honor.

23        **THE COURT:**  And you should set aside the whole

24   day.  I don't know if it's going to take the whole day, but

25   let's just set it aside in case.  And then I will also

1    direct that the parties -- I'm sorry, go ahead, Mr. Brown.

2              **MR. BROWN:**  Your Honor, in the event that there

3    will be a Daubert hearing which our experts would have to be

4    available, April 11th is not a great date for one of our

5    experts.

6              **THE COURT:**  Oh, okay.  Well, we have enough

7    flexibility we can pick a different date.

8              **MR. BROWN:**  Later in that week, April 12th or the

9    following week.

10             **THE COURT:**  So I start another trial on the 13th.

11   I have the 12th, though, if you want to do it on the 12th?

12             **MR. BROWN:**  Yes, Your Honor, the 12th would work.

13             **THE COURT:**  Does that work for you as well,

14   Mr. Ekeland?

15             **MR. EKELAND:**  Yes, Your Honor.

16             **THE COURT:**  So April 12th at 10:00 a.m.  We should

17   be prepared, if necessary, to have a Daubert hearing on that

18   day as well so we can clear up as much of this as possible.

19             **MR. BROWN:**  Yes, Your Honor.

20             **THE COURT:**  And then reminds me, I can't recall

21   whether you've all submitted yet proposed jury instructions

22   or any of the other materials?

23             **MR. EKELAND:**  I'm sorry, I didn't hear you.

24             **THE COURT:**  Have you submitted proposed jury

25   instructions already?

1          MR. BROWN:  Yes, Your Honor.

2          MR. EKELAND:  Yes, Your Honor.

3          THE COURT:  And then why don't we just put down a

4    final pretrial conference then.  If we are starting on

5    September 14th --

6          MR. BROWN:  Excuse me, so April 12th we'll be

7    doing all the motions, both the pretrial motions and motions

8    in limine?

9          THE COURT:  Correct.  I'd like to do the pretrial

10   conference either on the 30th perhaps of August -- does that

11   work for the pretrial conference, at 10:00 a.m.?  I probably

12   could do the 31st as well, so either the 30th or the 31st

13   for the pretrial conference.

14         MR. EKELAND:  Either date is fine with the

15   defense, Your Honor.

16         MR. BROWN:  Same for the government, either date

17   works, we can make work.

18         THE COURT:  Well, why don't we put it down then

19   for the 30th at 2:00 p.m.  Anything else you all want to

20   bring up today, Mr. Brown?

21         MR. BROWN:  No, Your Honor.

22         THE COURT:  Mr. Ekeland?

23         MR. EKELAND:  Nothing from the defense, Your

24   Honor.

25         THE COURT:  Well, thank you.  I am sorry that we

1   have to put the trial off so far in the future, but I do

2   understand that the defense needs time to prepare, and that

3   this is something of imminence importance to Mr. Sterlingov.

4   I just want to make sure he has enough time that he's

5   comfortable that his defense is able to prepare adequately.

6           All right, I will see you all then for the motions

7   hearing, and we'll see where we go from there.  Thank you.

8           (Proceedings adjourned at 2:36 p.m.)

1
2
3

**C E R T I F I C A T E**

I, **Jeff M. Hook, Official Court Reporter,**

certify that the foregoing is a true and correct transcript

of the record of proceedings in the above-entitled matter.

August 10, 2023
          **DATE**

                        **Jeff M. Hook**

**$**

$10,000 [1]   4/2
$250 [1]   4/6
$300 [1]   4/6

**0**

0399 [1]   1/4

**1**

10005 [1]   1/20
10:00 a.m [5]   12/19
12/21 14/21 15/16
16/11
10:15 [1]   12/25
11:00 [2]   12/25
13/2
11:00 on [1]   13/1
11th [5]   12/19
14/13 14/14 14/20
15/4
12th [6]   15/8 15/11
15/11 15/12 15/16
16/6
13th [5]   12/21 13/1
13/2 13/13 15/10
14th [4]   9/2 9/23
9/24 16/5
15 [2]   4/18 6/10
15th [2]   6/13 7/15
16 [2]   4/18 6/10
16th [3]   7/15 9/13
11/25
17 [2]   4/19 6/11
17th [1]   7/15
18th [1]   6/15
19th [1]   6/15
1:21-cr-0399 [1]
1/4

**2**

20001 [2]   1/14 1/25
2022 [1]   1/5
2023 [2]   9/23 9/24
20530 [1]   1/16
20th [1]   7/17
21-399 [1]   2/2
21st [1]   12/4
24th [1]   4/20
27th [1]   4/20
2:00 p.m [3]   13/10
13/13 16/19
2:10 [1]   1/6
2:36 p.m [1]   17/8
2nd of [1]   6/15

**3**

30 [1]   1/19
30th [3]   16/10
16/12 16/19
31st [2]   16/12
16/12
333 [1]   1/24
399 [1]   2/2

**4**

4700-C [1]   1/24
4th [1]   9/23

**6**

60 [1]   3/15

**601 [1]   1/13**
6th [3]   12/6 12/8
12/10

**8**

8th [1]   1/19

**9**

950 [1]   1/16
9:15 to [1]   12/24

**A**

a.m [5]   12/19 12/21
14/21 15/16 16/11
ability [1]   11/14
able [3]   10/7 11/13
17/5
above [1]   18/5
above-entitled [1]
18/5
absent [1]   8/12
access [1]   3/14
Act [2]   9/5 9/6
action [2]   1/3 2/2
actually [2]   9/17
14/12
additional [3]   8/5
10/6 10/25
address [2]   2/15
3/5
adequately [1]   17/5
adjourned [1]   17/8
advance [1]   7/24
affect [1]   9/20
affidavit [2]   11/12
11/19
affidavits [1]   11/1
afternoon [4]   2/6
2/9 2/10 2/13
again [1]   8/14
agree [2]   13/25
14/3
ahead [2]   8/18 15/1
ALDEN [2]   1/15 2/8
alleged [1]   3/1
along [1]   8/14
always [1]   8/14
AMERICA [2]   1/3 2/3
amount [1]   10/5
analysis [1]   10/8
APPEARANCES [1]
1/11
April [11]   4/21
4/25 5/20 14/13
14/14 14/19 14/20
15/4 15/8 15/16
16/6
April 11th [4]
14/13 14/14 14/20
15/4
April 12th [2]   15/8
15/16
argument [1]   12/13
aside [2]   14/23
14/25
assets [2]   3/17
11/3
assuming [2]   5/21
6/9
attorney [1]   2/8

**August [3]   5/4 5/5**
16/10
AUSA [1]   2/6
availability [3]
7/11 7/18 9/15
available [2]   10/9
15/4
Ave [1]   1/16
Avenue [1]   1/24

**B**

back [2]   9/1 10/24
Bankruptcy [1]   1/23
becoming [1]   8/13
beginning [1]   4/12
benefit [1]   8/10
best [5]   2/16 6/13
7/14 10/2 10/10
better [2]   13/12
14/13
bill [1]   4/2
bit [3]   5/3 5/10
both [1]   16/7
briefed [1]   13/24
briefly [1]   10/20
bring [1]   16/20
Brooklyn [1]   1/20
BROWN [6]   1/12 2/7
7/8 9/10 15/1 16/20
burden [1]   10/22
busier [1]   4/11
busy [1]   8/21

**C**

calendar [3]   4/11
6/10 12/11
calendars [1]   5/16
can [17]   3/8 3/11
4/17 8/9 8/10 10/8
11/3 11/19 13/9
13/10 13/17 13/25
14/4 14/17 15/7
15/18 16/17
candidly [1]   7/23
carried [1]   10/22
case [19]
certify [1]   18/4
chance [1]   9/4
charge [1]   4/5
check [1]   5/16
checked [1]   7/24
Chris [1]   2/7
CHRISTOPHER [1]
1/12
circumstances [1]
8/12
clear [2]   6/1 15/18
client [1]   3/11
5/14 6/18 11/2
client's [1]   2/20
closely [1]   11/13
COLUMBIA [1]   1/1
comfortable [1]
17/5
coming [3]   3/4 3/7
3/23
compel [1]   3/6
complete [1]   3/8
completely [1]   5/18

**complicated [1]**
10/4
computer [1]   3/14
concerned [1]   9/17
concludes [2]   9/25
10/9
conduct [1]   10/8
confer [2]   9/5 11/2
conference [5]   1/9
16/4 16/10 16/11
16/13
confirm [1]   9/4
confirming [1]
11/20
Constitution [1]
1/24
consumed [1]   8/23
continuance [2]
2/18 9/25
convinced [1]   10/21
cost [1]   4/8
costs [1]   3/25
counsel [2]   2/4 2/7
couple [1]   11/22
course [2]   2/20
14/8
court [14]   1/1 1/22
1/23 2/12 2/21 2/23
3/18 8/21 9/25 10/4
10/9 11/5 11/15
18/3
Court's [2]   4/10
5/18
courtroom [1]   2/4
Courts [1]   1/23
cr [1]   1/4
crazy [1]   7/10
criminal [4]   1/3
2/2 4/13 4/13

**D**

data [2]   3/25 4/3
date [15]   5/7 6/22
6/24 7/12 7/15 7/20
8/14 9/7 12/14
13/17 15/4 15/7
16/14 16/16 18/10
Daubert [2]   15/3
15/17
day [7]   9/18 9/19
12/11 14/1 14/24
14/24 15/18
DC [4]   1/5 1/14
1/16 1/25
deal [2]   3/9 14/17
dealing [1]   10/4
December [3]   1/5
11/25 12/4
decision [1]   8/5
declarations [1]
11/1
defendant [6]   1/7
1/18 2/3 2/11 10/2
10/11
defense [15]   3/8
8/10 10/3 10/5 10/7
10/8 10/18 10/18
10/22 10/23 13/14
16/15 16/23 17/2
17/5

**D**

depends [1]   6/7
detailed [1]   2/18
detention [1]   2/20
different [2]   14/1
15/7
direct [2]   11/23
15/1
discovery [12]   2/19
3/1 3/4 3/9 3/12
4/1 4/5 6/8 7/5
10/5 14/7 14/9
discussion [3]   2/22
5/17 6/20
DISTRICT [4]   1/1
1/1 1/10 1/23
DOJ [2]   1/13 1/15
done [2]   5/1 5/3
doubt [1]   8/11
down [11]   2/20 3/12
3/16 3/20 4/7 9/1
9/22 11/11 11/19
16/3 16/18
dragging [1]   8/8
during [1]   8/7

**E**

e-discovery [2]   4/1
4/5
earlier [3]   6/24
6/24 6/25
earliest [1]   5/8
early [2]   4/21 4/21
eight [3]   4/13 4/25
5/1
eight-week [2]   4/13
4/25
either [5]   3/5
16/10 16/12 16/14
16/16
EKELAND [7]   1/18
1/19 2/11 2/14 9/4
15/14 16/22
Ekeland's [1]   7/19
electronic [1]   3/12
else [2]   5/15 16/19
else's [1]   4/16
end [1]   4/25
ends [1]   9/24
enough [6]   5/4 8/6
8/22 12/6 15/6 17/4
entitled [1]   18/5
especially [1]   8/1
essentially [3]
2/19 3/15 6/4
event [1]   15/2
events [1]   14/18
everybody [1]   14/14
everyone [3]   4/16
5/15 12/22
evidence [2]   8/8
11/6
exception [1]   9/24
Excuse [1]   16/6
exists [1]   11/7
expensive [1]   3/21
expert [2]   2/24
3/23 11/13
experts [3]   3/21

15/3 15/5
extent [1]   10/17
extraordinary [1]
8/12

**F**

factor [1]   4/11
factual [1]   12/13
fair [1]   9/16
far [2]   7/24 17/1
feel [1]   14/7
feeling [1]   13/19
feelings [1]   13/23
feet [1]   8/9
file [1]   12/10
filing [3]   11/4
11/14 11/17
final [1]   16/4
finalize [1]   9/3
financial [1]   11/11
find [2]   3/22 14/10
fine [3]   12/8 14/22
16/14
first [1]   7/16
five [1]   4/11
flag [1]   9/12
flexibility [2]
13/11 15/7
flexible [1]   7/25
Floor [1]   1/19
following [1]   15/9
For the Defendant [1]
1/18
foregoing [1]   18/4
four [1]   4/11
free [2]   3/22 3/24
freer [1]   7/21
fresher [1]   8/25
Friday [2]   8/20
8/24
front [3]   3/18
10/14 11/6
full [1]   3/8
fully [1]   13/24
funds [5]   3/16 3/20
10/17 10/18 13/15
future [1]   17/1

**G**

generally [1]   4/8
gigabyte [1]   4/6
gigabytes [1]   3/25
given [3]   6/9 13/18
13/23
Good [4]   2/6 2/9
2/10 2/13
gosh [1]   11/18
government [15]
1/12 2/5 2/7 2/25
3/5 3/17 6/23 7/7
11/15 12/3 12/5
12/6 12/9 14/4
16/16
government's [1]
10/24
great [1]   15/4
grinding [1]   7/5

**H**

hand [1]   8/3

handled [1]   10/16
happens [1]   6/7
Hashanah [1]   9/13
HASSARD [2]   1/18
2/11
hate [1]   13/8
hear [1]   15/23
heard [1]   5/10
hearing [10]   5/9
10/15 10/22 12/12
12/13 13/17 14/14
15/3 15/17 17/7
helpful [1]   11/5
holidays [2]   12/3
12/5
Honor [22]
HONORABLE [1]   1/9
HOOK [3]   1/22 18/3
18/10
hopefully [1]   7/22
hoping [1]   3/9
hour [1]   13/7

**I**

ideally [1]   5/19
identify [1]   2/5
ill [1]   8/13
imminence [1]   17/3
importance [1]   17/3
important [1]   8/6
inclined [1]   8/10
independently [1]
3/23
industry [1]   4/4
instance [1]   4/1
instructions [2]
15/21 15/25
insufficient [1]
11/8
interests [5]   10/1
10/1 10/2 10/10
10/10
intervening [1]
14/18
into [4]   4/1 4/3
4/21 4/21
issue [1]   9/14
issues [5]   2/15
2/23 3/9 8/15 14/9

**J**

jail [2]   3/13 11/20
January [8]   9/23
12/6 12/11 12/12
12/15 13/2 14/1
14/1
January 13th [1]
13/2
January 4th [1]
9/23
JEFF [3]   1/22 18/3
18/10
judge [4]   1/10 5/22
5/24 9/1
juggling [1]   7/13
July [1]   5/3
juror [1]   9/14
jurors [3]   8/22
8/25 8/25
jury [7]   7/16 8/19

8/20 8/21 9/20
15/21 15/24
justice [3]   9/24
10/1 10/10

**K**

kind [1]   3/19
Kippur [2]   9/17
9/19
Kristin [2]   8/19
12/16

**L**

laptop [1]   3/11
later [4]   12/19
13/23 14/6 15/8
Law [1]   1/19
lead [1]   8/1
least [3]   6/5 7/21
12/16
legal [1]   4/4
length [1]   13/18
light [1]   4/17
likely [2]   7/12
7/18
limine [5]   3/10
14/5 14/15 14/17
16/8
limited [2]   3/14
3/16
links [1]   2/22
little [4]   5/3 5/9
13/11 14/6
lock [1]   13/8
long [2]   4/25 8/3
longer [2]   6/6 6/12
look [2]   10/24
11/13
looked [1]   10/20
looking [2]   5/19
7/4
looks [1]   4/16
lot [3]   3/6 6/25
8/16
lucky [1]   5/1

**M**

making [1]   8/5
manually [1]   2/24
many [1]   8/23
map [1]   7/11
March [12]   4/18
4/20 4/20 5/7 5/11
5/11 6/10 6/13 6/17
6/24 7/11 7/17
March 15 [2]   4/18
6/10
March 20th [1]   7/17
March 24th [1]   4/20
massive [1]   10/5
materials [1]   15/22
matter [2]   9/22
18/5
may [9]   4/13 4/21
5/13 5/20 6/17 8/15
9/14 10/25 10/25
maybe [3]   10/14
13/25 14/5
mean [2]   8/2 11/18
means [2]   5/6 8/24

**M**

meant [1]   5/23
mentioned [2]   5/20
11/1
MICHAEL [2]   1/18
2/11
mid [1]   5/7
might [2]   6/11
10/23
moment [2]   5/13
6/17
Mondays [1]   8/22
money [2]   3/25 4/8
more [10]   2/18 3/8
7/2 9/16 11/8 12/3
12/7 13/6 13/11
14/17
MOSS [1]   1/9
most [1]   4/9
motion [8]   2/18
3/18 10/15 10/17
11/4 11/24 12/13
12/14
motions [14]   3/10
10/13 10/15 13/16
13/17 14/5 14/8
14/15 14/15 14/17
16/7 16/7 16/7 17/6
move [8]   3/6 4/15
4/17 8/9 8/11 8/14
8/16 9/7
moved [1]   4/18
Mr. [14]   2/14 7/8
7/19 8/4 9/4 9/5
9/10 11/12 11/20
15/1 15/14 16/20
16/22 17/3
Mr. Brown [4]   7/8
9/10 15/1 16/20
Mr. Ekeland [4]
2/14 9/4 15/14
16/22
Mr. Ekeland's [1]
7/19
Mr. Sterlingov [5]
8/4 9/5 11/12 11/20
17/3
much [3]   6/24 8/1
15/18
multiple [1]   4/13
myself [1]   13/9

**N**

necessary [2]   10/8
15/17
neck [1]   3/13
need [7]   3/4 3/6
9/18 10/25 12/7
13/6 14/17
needed [1]   11/2
needs [3]   10/5
10/18 17/2
new [2]   2/24 11/12
next [1]   11/21
normal [1]   3/19
northern [1]   3/13
noticed [1]   2/21
number [1]   4/7
NW [3]   1/13 1/16
1/24
NY [1]   1/20

**O**

o'clock [1]   13/2
obtained [1]   2/24
Obviously [1]   5/15
October [1]   6/15
off [6]   5/17 6/20
8/3 9/19 12/10 17/1
office [2]   8/20
8/21
Official [2]   1/23
18/3
old [2]   7/1 7/2
once [1]   8/17
one [7]   3/10 4/9
4/22 8/4 10/15
10/15 15/4
only [3]   4/15 6/10
14/4
openings [1]   7/16
opportunity [3]
10/7 11/9 11/10
option [4]   5/10
5/21 6/13 6/14
options [3]   4/15
6/10 6/16
order [1]   10/6
others [1]   10/16
ought [1]   6/12
out [1]   7/11
outweigh [2]   10/1
10/10

**P**

p.m [5]   1/6 13/10
13/13 16/19 17/8
painstaking [1]   3/2
papers [3]   10/21
12/17 12/17
particular [1]   10/3
parties [1]   15/1
pay [1]   3/25
PELKER [2]   1/15 2/8
pending [1]   3/18
Pennsylvania [1]
1/16
people [2]   3/15
3/22
perhaps [2]   10/16
16/10
period [1]   8/7
pick [4]   12/11
12/14 14/1 15/7
place [1]   2/16
Plaintiff [1]   1/4
plan [1]   7/16
please [1]   2/5
plenty [1]   14/19
PLLC [1]   1/19
podium [2]   2/14
11/3
point [6]   7/3 7/21
9/16 9/18 10/23
11/6
possibility [1]
4/22
possible [1]   15/18
potentially [4]   6/7

6/11 14/5 14/10
preferred [1]   7/19
prefers [1]   8/20
preparation [2]   8/6
10/18
prepare [4]   9/8
10/6 17/2 17/5
prepared [1]   15/17
present [2]   2/4
2/12
Presumably [1]   7/20
pretrial [6]   10/13
16/4 16/7 16/9
16/11 16/13
prison [2]   8/4 8/7
probably [7]   2/15
4/10 6/12 6/13 7/14
12/11 16/11
problems [1]   4/10
proceeding [1]
12/14
proceedings [2]
17/8 18/5
process [2]   3/2
9/21
produce [1]   8/22
proposed [2]   15/21
15/24
public [2]   10/2
10/11
put [9]   3/1 3/8 8/3
9/1 9/22 13/10 16/3
16/18 17/1

**Q**

quickly [1]   8/9
quilt [1]   7/10
quite [1]   10/13

**R**

RANDOLPH [1]   1/9
range [1]   4/19
rather [1]   13/23
reach [1]   9/18
realistically [3]
3/7 4/14 5/6
realize [1]   9/20
really [2]   11/5
13/19
reason [1]   10/9
recall [1]   15/20
recently [1]   2/23
record [4]   2/5 5/17
6/20 18/5
regional [1]   3/13
relating [1]   12/14
release [1]   10/17
remaining [2]   13/17
14/14
reminds [1]   15/20
Reporter [2]   1/22
1/23 18/3
represented [1]
10/3
representing [1]
14/10
requesting [1]   9/7
require [1]   2/18
respect [3]   10/17
11/2 11/4

respond [1]   11/15
response [1]   12/10
review [2]   2/19
3/11
reviewing [1]   14/7
right [2]   5/2 17/6
rights [1]   9/6
ROMAN [3]   1/8 6/2/3
2/11
Room [1]   1/24
Rosh [1]   9/13
run [1]   6/11

**S**

same [2]   14/16
16/16
Saturday [1]   9/13
saying [3]   3/6 6/2
6/3
schedule [9]   2/21
4/16 5/19 7/25
10/12 10/14 12/18
13/19 13/21
scheduled [1]   4/14
scheduling [1]   2/15
second [1]   14/2
seems [1]   4/14
seized [1]   3/17
selection [3]   7/16
8/19 9/21
sent [1]   9/1
sentencing [1]
12/24
September [12]   5/8
5/11 6/14 6/21 7/20
8/3 8/11 8/18 9/2
9/13 9/24 16/5
September 14th [3]
9/2 9/24 16/5
September 16th [1]
9/13
serve [1]   9/25
set [5]   8/17 8/18
13/17 14/23 14/25
share [1]   3/15
showing [1]   11/9
sit [3]   8/7 9/19
11/11
sitting [1]   8/4
slow [2]   3/2 3/20
slowed [1]   2/20
slows [2]   3/15 4/6
someone [1]   8/12
sometime [1]   12/15
somewhere [1]   4/19
Soon [1]   11/18
sooner [2]   10/16
13/23
sorry [6]   4/21 7/1
14/2 15/1 15/23
16/25
sort [1]   7/10
speak [1]   5/13
speedy [4]   9/5 9/6
10/2 10/11
stack [1]   10/13
standard [1]   4/4
start [11]   2/16
4/12 4/18 4/25 5/7
6/12 6/14 7/15 7/17

**S**

start... [2]   8/19
15/10
starting [5]   2/4
6/11 8/24 9/22 16/4
STATES [4]   1/1 1/3
1/10 2/3
STATUS [1]   1/9
stay [1]   2/14
STERLINGOV [8]   1/6
2/3 2/11 8/4 9/5
11/12 11/20 17/3
stop [1]   4/1
Street [2]   1/13
1/19
strike [1]   8/2
strikes [2]   8/8
11/7
strong [2]   13/19
13/22
struck [1]   10/15
stuff [2]   14/6
14/11
submission [1]
10/25
submit [1]   11/14
submitted [2]   15/21
15/24
substantial [1]   4/9
suggest [1]   10/23
supplement [1]
11/24
supplemental [3]
11/4 11/14 12/17
suppose [1]   5/24
sure [1]   17/4
system [3]   4/1 4/4
4/5

**T**

table [1]   2/7
talk [1]   10/12
terabytes [3]   4/2
4/3 4/3
terms [1]   3/16
terribly [1]   8/13
terrorism [1]   4/25
thinking [1]   8/5
though [1]   15/11
three [6]   4/11 5/4
6/5 6/9 6/12 6/16
three-week [3]   5/4
6/5 6/9
Thursday [2]   8/20
8/24
today [2]   2/22
16/20
toll [1]   9/23
TOR [3]   1/18 1/19
2/10
tough [1]   8/5
tracing [1]   2/25
transactions [2]
2/25 11/13
transcript [2]   1/9
18/4
transferring [1]
5/22
trial [26]

trials [2]   4/14
8/23
trick [1]   11/19
trouble [1]   5/9
true [1]   18/4
try [2]   5/24 8/19
trying [3]   2/21 6/8
7/11
Tuesdays [1]   8/22
two [2]   4/15 5/5

**U**

U.S [2]   1/15 1/23
under [2]   9/6 9/24
understands [1]   9/6
uniquely [1]   10/4
UNITED [4]   1/1 1/3
1/10 2/3
unpredictable [1]
8/16
up [8]   3/4 3/7 11/3
13/24 14/6 14/16
15/18 16/20
upload [1]   3/25
uploaded [1]   4/3
upon [2]   4/2 4/3
USAO [1]   1/13
USAO-DOJ [1]   1/13

**V**

video [1]   2/22
view [1]   13/20
Virginia [1]   3/13
visit [1]   11/20

**W**

waiting [1]   7/20
Wall [1]   1/19
wants [1]   10/23
Warsaw [2]   3/12
3/13
Washington [4]   1/5
1/14 1/16 1/25
way [2]   3/3 7/14
wealthy [1]   3/23
week [13]   4/13 4/19
4/20 4/25 5/4 6/5
6/9 6/14 7/16 12/16
12/20 15/8 15/9
weeks [5]   5/1 5/5
6/12 6/16 11/22
welcome [2]   11/10
11/14
whole [2]   14/23
14/24
willing [3]   3/22
5/20 8/7
window [1]   5/4
without [2]   3/8
14/10
witness [4]   7/10
7/18 7/24 9/14
witnesses [5]   7/13
7/17 7/20 8/15 10/7
work [17]   3/22 3/24
6/8 7/12 7/14 7/18
8/1 12/5 12/22
12/23 14/2 14/12
14/13 15/12 15/13
16/11 16/17

working [1]   3/3
works [2]   13/14
16/17
wrong [1]   4/5

**Y**

year [3]   7/1 7/2
7/3
Yom [2]   9/17 9/19

**Z**

zoom [1]   2/21