IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ROMAN STERLINGOV,**

        Defendant.

Criminal No. 21-CR-399 (RDM)

**MOTION FOR MISCELLANEOUS RELIEF REGARDING BRIEFING AND SCHEDULING OF HEARING ON DEFENDANT'S RULE 17(C) SUBPOENA**

Non-party Chainalysis Inc. ("Chainalysis") moves for a filing deadline before August 28, 2023 for defendant Sterlingov to provide an expert statement regarding Chainalysis Reactor source code or, in the alternative, for a hearing date after August 29, 2023 on defendant's Motion to Authorize Issuance and Pretrial Return of Subpoena Duces Tecum (ECF No. 155).

Chainalysis understands that at a *Daubert* hearing on August 22, 2023, the Court ordered defendant Sterlingov by August 28, 2023 to file a statement from an expert regarding the necessity to examine Reactor source code and the scope of any such examination. Chainalysis further understands that the Court set a hearing for the morning of August 29, 2023 on defendant's motion for leave to issue a Rule 17(c) subpoena that would seek Reactor source code. Chainalysis opposes defendant's repeated attempts to obtain Reactor source code for the reasons explained in its opposition to defendant's motion for reconsideration of the Court's prior order quashing defendant's first set of Rule 17(c) subpoenas. (ECF No. 160.) Chainalysis disagrees with providing defendant a renewed attempt to obtain Reactor source code given his repeated inability to articulate its relevance. Defendant was first put on notice of the Court's requirement that he obtain an expert statement on June 16, 2023. (Hr'g Tr. at 32:15-34:19.) Defendant then chose not to seek leave to issue a Rule 17(c) subpoena until August 2. (ECF No.

1

155.) Defendant failed to provide an expert statement at that time. After Chainalysis pointed that out in its August 10 filing (ECF No. 160), defendant still chose not to provide any statement.

While counsel for Chainalysis is ready to appear on August 29, Chainalysis asks the Court to allow sufficient time to review any filing by defendant ahead of the hearing. Given defendant has had over two months to provide an expert statement, Chainalysis should have more than a few hours to review such a statement before responding to it.

Accordingly, Chainalysis proposes that the Court order defendant to file an expert statement no later than August 25, 2023. In the alternative, if the Court maintains the filing deadline of August 28, Chainalysis asks that the hearing be moved to a time convenient for the Court later that same week.

Dated this 22nd day of August, 2023.

Respectfully submitted,

MORRISON & FOERSTER LLP

By:   */s/ William Frentzen*
William Frentzen (D.C. Bar No. 1740835)
WFrentzen@mofo.com
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

OF COUNSEL:

Michael Komorowski
MKomorowski@mofo.com
Emani N. Oakley
EOakley@mofo.com
425 Market Street, 32nd Floor
San Francisco, CA  94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Non-party Chainalysis Inc.*