## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-cr-399 (RDM)** |
| : | |
| **ROMAN STERLINGOV,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion To Quash Defense Subpoena to Former Government Prosecutor Lee, it is hereby,

ORDERED, that the Defendant's subpoena to Youli Lee shall be quashed.

Dated this _____ day of August, 2023.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE