UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF BILL OF PARTICULARS**

The United States of America, by and through the United States Attorney for the District of Columbia, files this Bill of Particulars pursuant to the Court's oral ruling on July 20, 2023, requiring the government to identify, either by providing names or other descriptive matter, the alleged co-conspirators whom the government intends to identify at trial. In response whereof, the government states as follows:

Pursuant to Count One of the Superseding Indictment, ECF No. 43, the government alleges that the defendant conspired with other co-conspirators known and unknown, including darknet vendors and darknet administrative teams, including without limitation the following:

a. All darknet vendors, including vendors on Silk Road; Silk Road 2.0; AlphaBay; Agora; Nucleus; Abraxas; Pandora; Sheep; Black Bank; and Evolution; who moved funds directly and indirectly through Bitcoin Fog, including the vendors noted in the following files provided in discovery: bcf_dnm_users; dnm_to_bcf; dnm_to_bcf_v2; and Copy of dnm_to_bcf_oxyfent_vendor; and darknet vendors specifically identified as Budworx-UK; MarijuanaIsMyMuse; peels4u; RoxiPal; Symbiosis; Tyl3r-Durden; UK-GROW-TEK; WestCoastRX; budworx; chemicalbrothers; crystalbuddha; mariosgramshoppe; shine-cartel; sunwu-int; sunwu-us; trevorphilipsenterprises; appletits; revolvshun; TripWithScience (James V. Barlow); and dashiki, Penisbreath, CaptainCum, SargentSemen, WhaleScrotom, and xanaxman (Ryan Farace); and

b. All darknet administrative teams, including administrators and administrative teams for Silk Road (including Ross Ulbricht); Silk Road 2.0; AlphaBay (including Alexandre Cazes); Agora; Nucleus; Abraxas; Pandora; Sheep; Black Bank; and Evolution; whose darknet markets received and sent funds directly and indirectly through Bitcoin Fog on behalf of darknet vendors and buyers.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        */s/ Jeffrey Pearlman*
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov