IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROMAN STERLINGOV,**<br><br>Defendant. | Criminal No. 21-CR-399 (RDM) |

**DECLARATION OF WILLIAM FRENTZEN IN SUPPORT OF CHAINALYSIS'
RESPONSE TO DEFENDANT'S NOTICE REGARDING EXPERT BRYAN BISHOP
AND REACTOR SOURCE CODE**

1. I am an attorney licensed to practice law in the State of California, the District of Columbia, and the State of Louisiana, and am admitted *pro hac vice* to practice before this Court. I am a partner of the law firm of Morrison & Foerster LLP, counsel for Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee. I make the statements in this Declaration based upon my personal knowledge and, if called upon to do so, I could and would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of a proposed source code protective order, as requested by the Court.

3. Attached as **Exhibit B** is a true and correct copy of an MIT Technology article published by Antonio Regalado, titled *The DIY designer baby project funded with Bitcoin*, dated February 1, 2019, available at https://www.technologyreview.com/2019/02/01/239624/the-transhumanist-diy-designer-baby-funded-with-bitcoin/amp/.

4. Attached as **Exhibit C** is a true and correct copy of a screenshot from Bryan Bishop's Twitter account (@kanzure), dated December 19, 2020 and time-stamped 5:08 PM, available at https://twitter.com/kanzure/status/1340442921930272772.

1

5. Attached as **Exhibit D** is a true and correct copy of a Federal Reserve Board press release, titled *Federal Reserve Board announces denial of application by Custodia Bank, Inc. to become a member of the Federal Reserve System*, dated January 27, 2023, available at https://www.federalreserve.gov/newsevents/pressreleases/orders20230127a.htm.

6. Attached as **Exhibit E** is a true and correct copy of an FBI public service announcement, titled *Criminals Pose as Non-Fungible Token (NFT) Developers to Target Internet Users with an Interest in NFT Acquisition*, dated August 4, 2023, available at https://www.ic3.gov/Media/Y2023/PSA230804.

7. Attached as **Exhibit F** is a true and correct copy of a CodeMonkey blog entry by Boaz Zaionce, titled *Top 13 Websites to Learn to Code – A Comprehensive Guide*, dated November 10, 2022, available at https://www.codemonkey.com/blog/top-websites-to-learn-to-code/#:~:text=SoloLearn%20is%20a%20great%20resource,teach%20others%20how%20to%20code.

8. Attached as **Exhibit G** is a true and correct copy of a CoinDesk article by Brady Dale, titled *The 'Vault' is Back: Coder Revives Plan to Shield Bitcoin Wallets from Theft*, dated August 7, 2019, available at https://www.coindesk.com/the-vault-is-back-bitcoin-coder-to-revive-plan-to-shield-wallets-from-theft.

9. Attached as **Exhibit H** is a true and correct copy of a CoinDesk article by Brady Dale, titled *Bitcoin Vaults: Developer Bryan Bishop Releases Prototype for Secure On-Chain Storage*, dated April 13, 2020, available at https://www.coindesk.com/tech/2020/04/13/bitcoin-vaults-developer-bryan-bishop-releases-prototype-for-secure-on-chain-storage/.

10. Attached as **Exhibit I** is a true and correct copy of a Github profile for kanzure/python-vaults, available at https://github.com/kanzure/python-vaults.

11. Attached as **Exhibit J** is a true and correct copy of the homepage for Custodia Bank, available at https://custodiabank.com/.

12. Attached as **Exhibit K** is a true and correct copy of a Banking Dive article by Anna Hrushka, titled *Custodia launches with US dollar deposits, preps crypto custody*, dated August 14, 2023, available at https://www.bankingdive.com/news/custodia-deposits-crypto-custody-caitlin-long-federal-reserve/690763/.

13. Attached as **Exhibit L** is a true and correct copy of a CBInsights profile for LedgerX, available at https://www.cbinsights.com/company/ledgerx.

14. Attached as **Exhibit M** is a true and correct copy of the current CV for Bryan Bishop.

15. Attached as **Exhibit N** is a true and correct copy of a Bitcoin Magazine article by Kudzai Kutukwa, titled *Your Financial Privacy Is Under Attack: How State-Sponsored Attacks on Bitcoin Are Growing*, dated August 15, 2023, available at https://bitcoinmagazine.com/culture/state-sponsored-attacks-on-bitcoin-privacy-are-growing

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of September, 2023 in San Francisco, California.

*/s/ William Frentzen*
William Frentzen