# Exhibit F

Document title:          Top 13 Websites to Learn To Code – A Comprehensive Guide | CodeMonkey

Capture URL:             https://www.codemonkey.com/blog/top-websites-to-learn-to-code/#:~:text=SoloLearn
                         %20is%20a%20great%20resource,teach%20others%20how%20to%20code

Page loaded at (UTC):    Fri, 08 Sep 2023 09:16:49 GMT

Capture timestamp (UTC): Fri, 08 Sep 2023 09:17:34 GMT

Capture tool:            10.27.0

Collection server IP:    54.157.181.49

Browser engine:          Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                         Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:        Windows_NT (Node 16.17.1)

PDF length:              14

Capture ID:              2QeQE6g5qK7mbSQUwV3ERS

User:                    mofo-cmiddleman

PDF REFERENCE #:        5Asac6rgwoXnFLdWd4gMFu



**ALL POSTS**

PREVIOUS
Educational Games for Kids

NEXT
Coding for Beginners: the Ultimate Guide

🔍 Search blogs



**Boaz Zaionce**

Boaz is seasoned marketer interested in the latest developments in the Website & Ecommerce Builders industry, FinTech and EdTech.

# Top 13 Websites to Learn To Code – A Comprehensive Guide

November 10, 2022



Code is becoming an essential skill in our modern world, and more and more people are looking to learn how to code because of the wide variety of careers available to coders.

Whether you want to learn software development, work as a developer, or develop websites, you'll need some coding skills.

Knowing how to code can give you an edge in this competitive industry, allowing you to work more independently and gain more flexibility in your career path.

There are thousands of resources on the web to help you learn how to code, but figuring out which ones are best can be tricky, especially if you're new to coding.

So if you're ready to begin learning how to code, here are some great places to start!

## Best Websites to Learn Computer Coding

## 1. Codecademy





[Codecademy](#) is an educational website with interactive coding tutorials. These tutorials are designed to make programming easy and accessible for beginners. Codecademy covers HTML, CSS, JavaScript, Python, and Ruby.

In addition, it also covers the languages web development professionals use, such as PHP or Ruby on Rails. It is free to use but has a Premium option with access to additional features and advanced courses.

The site contains a discussion board where users can post questions to get help from other users. The best part about this site is that you learn by doing instead of just reading articles or watching videos about how code works.

Aside from the fundamentals, Codecademy offers specific programming languages, such as Swift, for developing Google and Apple apps.

The courses include a set of explanations and instructions and a code editor where students can hone their skills.

You can opt-in for a free plan, which includes interactive lessons and daily practice but is limited to the fundamental courses. Alternatively, they offer a paid plan if you want to learn more in-depth.

Its Pro plan costs $15.99 monthly, where you get access to pro-member content, advanced courses, and certifications upon completion.

This is an excellent website for those without coding experience or who want a refresher course. The site uses a conversational teaching style and does not get too technical.

## 2. Khan Academy





[Khan Academy](#) is a non-profit that provides outstanding beginner-friendly coding skills and resources for free. Salman Khan built the platform to offer an educational resource that everyone may use.

It contains tutorials on a variety of computer science and programming topics. This includes anything from basic principles like binary numbers to complicated data structures.

It also has tutorials for a handful of coding languages like HTML, CSS, Java, Python, Ruby, C++, and more programming languages. Students can also learn to code by building websites and animations or managing data using JavaScript through Khan Academy.

Lectures are a common technique to teach programming topics, preceded by exercises using a text editor tool like Sublime Text. For example, students can practice problem-solving using the same editor after the instructor has finished speaking.

## 3. Coursera



[Coursera](#) is one of the most prominent websites for teaching people how to code. Over 100 courses are available, consisting of Python to JavaScript to Data Analyst.

Each course includes lectures, homework, quizzes, and tests. Students get to learn at their pace, and their progress is tracked.

Many free courses are available on the platform, but you'll need to consider a paid course if you want a certificate most of the time. The paid courses are usually a~~~~ Privacy & Cookies Policy

their pace, and their progress is tracked.

Many free courses are available on the platform, but you'll need to consider a paid course if you want a certificate most of the time. The paid courses are usually around $39 for each course. However, they offer a 7-day free trial period to make a more informed decision.

Typically, learning is conducted through video materials, reading material, activities, quizzes, and forums. You could also set clear goals to motivate yourself.

## 4. Udemy



**A broad selection of courses**

Udemy provides its users with access to hundreds of courses offered by instructors from all around the world. It is similar to Coursera because it allows people to take free online classes.

However, unlike Coursera, it places more emphasis on real-world projects rather than self-paced learning.

Udemy is one of the best online coding websites, with over 130,000+ online courses. Thousands of courses are accessible to students at all levels, whether they are beginner programmers, sophisticated web developers, or experienced professionals wishing to improve their skills.

Because there are so many options, it's ideal you begin with courses with a high star rating and great feedback.

With these free online courses, you can access the videos, but you can't interact with the instructors. Also, you cannot get a certificate or receive feedback from them.

## 5. Code.org



Document title: Top 13 Websites to Learn To Code – A Comprehensive Guide | CodeMonkey
Capture URL: https://www.codemonkey.com/blog/top-websites-to-learn-to-code/#:~:text=SoloLearn%20is%20a%20great%20resource,teach%20others%20how%20to…
Capture timestamp (UTC): Fri, 08 Sep 2023 09:17:34 GMT



[Code.org](Code.org) is another excellent website for teaching children how to code. Hadi and Ali Partovi founded it in 2013 to teach youngsters computer science fundamentals. This website provides courses covering fundamental programming skills like variables, arrays, and functions.

There are also various fun activities available to make the process more enjoyable. For example, a game called "Guess My Number" allows kids to practice counting while having fun.

We discovered that the course catalog was explicitly tailored for newbie programmers interested in learning Python. However, it is appropriate for students of any age or skill level. The courses employ a block system, which allows students to drag blocks into the editing window.

## 6. freeCodeCamp



[freeCodeCamp](freeCodeCamp) is a non-profit organization dedicated to teaching computer science to people of all ages.

Its purpose is to provide free, open-source curricula and extracurricular resources for anybody, regardless of gender, color, religion, sexual orientation, economic status, physical ability, or prior knowledge, to learn computer science.

This platform teaches through a project-based approach. Each course begins with an introductory video, followed by textual materials, quizzes, and a practical learning coding project. Students are encouraged to focus on their projects and submit them a

Privacy & Cookies Policy

anybody regardless of gender, color, religion, sexual orientation, economic status,
physical ability, or prior knowledge, to learn computer science.

This platform teaches through a project-based approach. Each course begins with an
introductory video, followed by textual materials, quizzes, and a practical learning coding
project. Students are encouraged to focus on their projects and submit them after
completing them.

FreeCodeCamp is one of the most well-known online coding learning platforms. It
boasts thousands of graduates who have gone on to work for famous firms such as
Google, Apple, and Netflix.

After signing up, you'll be given a list of classes arranged in order of difficulty. So you
may immediately begin learning code at your own pace

## 7. THE ODIN PROJECT



Look no further than The Odin Project if you want to study HTML, JavaScript, CSS, and
PHP. The platform is like The Odin Project is more like a community where you can share
your work and work with other designers and developers.

The Odin Project eliminates the need for you to find all free web resources by gathering
them all in one location.

If you're starting, you might want to check out the beginner programming courses,
which walk students through everything from the ground up. This platform covers
everything from HTML, CSS, JavaScript, etc.

Each section has several tasks that allow students to put their knowledge into practice.
Members can then publish their completed assignments for assessment and criticism
by other members. A support team is ready to assist if problems arise while using the
platform.

## 8. EDX




Privacy & Cookies Policy

Document title: Top 13 Websites to Learn To Code – A Comprehensive Guide **|** CodeMonkey
Capture URL: https://www.codemonkey.com/blog/top-websites-to-learn-to-code/#:~:text=SoloLearn%20is%20a%20great%20resource,teach%20others%20how%20to…
Capture timestamp (UTC): Fri, 08 Sep 2023 09:17:34 GMT                                                    Page 6 of 13

## 8. edX



[edX](#) provides over 190 courses tutored by some of the world's best tutors. Data Science, Programming Languages, Computer Vision, Artificial Intelligence, Machine Learning, and other areas are covered.

edX offers a wide variety of programs, ranging from MOOCs to certificates. MOOCs are courses typically taught by universities and available to anyone worldwide.

On the other hand, its certificates are courses usually subject-specific and are only available to individuals who pass the required exams.

However, you should know that certificates aren't entirely free. You have to pay for certificate exams, which cost $50 each. Nevertheless, this is an excellent way to learn about programming languages such as C++ and Python without investing time or money in a degree program.

And if you're feeling particularly confident about your skills after taking one or more courses through edX, you may even want to check out their master's program in Computer Science.

## 9. SoloLearn



SoloLearn is a great resource for those who want to learn how to code on their own.

Privacy & Cookies Policy

SoloLearn is a great resource for those who want to learn how to code on their own.

They offer courses on HTML, CSS, JavaScript, PHP, MySQL, JavaScript, and many more coding languages. SoloLearn also offers a certificate program for those who want to teach others how to code.

There are tutorials in five different languages: English, Spanish, French, German and Brazilian Portuguese. The resources offered by this website are very helpful for individuals who want to start learning how to code on their own or need some help with a specific coding language.

However, the site only provides a few interactive opportunities like Codecademy. It would be good if they had an opportunity to work together with someone else on the same course and receive feedback.

## 10. Scrimba





Scrimba is a leading online interactive coding platform that teaches HTML, CSS, JavaScript, and more. With Scrimba, you can watch courses from the world's best instructors and follow along with their code in your browser — all without installing any software.

For those who prefer offline access, Scrimba also has over 30 hours of video content available for download. Besides being very easy to use and allowing students who want to learn on the go, they also have courses on different topics like jQuery or Ruby.

One cool thing about this website is that it will show you an example of how to code something, and then after showing you what to do, it shows what not to do.

Also, another great aspect of this website is that there are clear instructions on how to sign up and start using it, which can be seen by scrolling down at the top of their webpage.

Furthermore, there are live classes where students can ask questions through

Privacy & Cookies Policy

sign up and start using it, which can be seen by scrolling down at the top of their webpage.

Furthermore, there are live classes where students can ask questions through chat which could help them if they're stuck.

## 11. Udacity



[Udacity](#) offers a comprehensive course on web development, including HTML and CSS, JavaScript, front-end frameworks like React and Angular, and back-end frameworks like Ruby on Rails. The courses are self-paced, with deadlines for assignments that must be completed before moving on.

It also includes quizzes and interactive forums so students can get feedback and help from instructors, mentors, alumni, and other students.

Udacity offers more than 60 nanodegree programs in subjects ranging from computer science and data analytics to business administration, entrepreneurship, game design, and machine learning. Courses start at $399/month per month for a four month course.

Alumni of these programs include individuals looking to change careers and those looking to break into new fields they're not qualified in yet – like someone with a degree in literature who wants to become a web developer.

## 12. Codewars



Privacy & Cookies Policy



[CodeWars](#) is an online platform where programmers compete to solve programming problems known as Kata. A technology evaluation company manages it.

One aspect that distinguishes Codewars is its emphasis on community engagement, where members may assess themselves to one another, analyze their code, and create custom katas for others to practice.

Users begin by selecting one of the languages they wish to study. They then share their answers for review, and a difficulty level is assigned to them.

They can go on to the next set of challenges after finishing them at a specific difficulty level. As they move through the katas, the assignments become increasingly difficult until they reach the end.

## 13. CodeMonkey

Will you love to see your kids learn to code? Well, **[CodeMonkey](#)** can help with that.

CodeMonkey puts kids in charge of assisting a monkey in retrieving its missing bananas while traveling across a funny map full of procedural coding puzzles, solving them using real code written in CoffeeScript or Python.

Each level is displayed from a top-down perspective, and users must write and run code snippets in one part of the screen to lead the monkey over each level in another.

This segmented format allows students to see the results of their effort immediately, and the game walks through each line of code as it is performed.

Courses begin with block-based coding for young children and progress to activities such as Dodo Does Math and Banana Tales Python Course.

Privacy & Cookies Policy

and the game walks through enabling of code as it progressed.

Courses begin with block-based coding for young children and progress to activities such as Dodo Does Math and Banana Tales Python Course.

## Closing Thoughts

With the proliferation of coding bootcamps and online resources, learning how to code is easier than ever. Still, there are so many options that it can take quite an effort to figure out which is worthwhile.

Our list of websites will help you learn how to code, become a web developer, or even start your own business. As you progress using any of these websites, be sure to build something on your own to continue practicing and keep learning.

Learning how to code may seem daunting initially, but with this guide, we hope it'll be easier!

---

## Try CodeMonkey at home or at school!

| **SIGN UP NOW** | or | **REQUEST A QUOTE** |
|---|---|---|
| free trial | | for your school / district |

---

### More to explore:



**Web Design for Kids – What you should know**
September 7, 2023

Web design? For children? Absolutely. While it might seem like a role for an adult, teaching web design to children can be



**Best Home-School Computer Science Courses**
September 6, 2023

Home-schooling a child is an option that many parents consider. It is clear that many parents are opting to do so, with



**Choosing The Best Coding Club For Your Child**
September 4, 2023

With back-to-school fast approaching, parents will no doubt be thinking about which extra-curricular activities to enrol their children in. While there are

## Leave a Reply

Privacy & Cookies Policy

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

☐
**Save my name, email, and website in this browser for the next time I comment.**

**Post Comment**



**COMPANY**

About Us

Blog

Jobs

Press

Partners

User Reviews

**CURRICULUM**

Courses

Standards

Hour of Code

Summer Camp

Going Bananas

Microsoft Store

**EDUCATORS**

Teachers

Parents

Ambassadors

Webinars

Code Rush

CB Competition

**SUPPORT**

Help Center

Contact Us

FAQ

**PLANS**

Teacher Plans

Parent Plans

Give a Gift

**ABOUT CODEMONKEY**

CodeMonkey is a leading coding for kids program. Through its award-winning courses, millions of students learn how to code in real programming languages. CodeMonkey offers an engaging and enjoyable curriculum for schools, after-school clubs and camps as well as self-paced online courses to learn coding at home.

**KEEP IN TOUCH**

**CATCH-UP WITH CODEMONKEY!**

Take a break from catching bananas and sign-up for CodeMonkey's blog

Privacy & Cookies Policy

**Comment**

**Name** *

**Email** *

**Website**

☐
Save my name, email, and website in this browser for the next time I comment.

**Post Comment**



**COMPANY**

About Us

Blog

Jobs

Press

Partners

User Reviews

**CURRICULUM**

Courses

Standards

Hour of Code

Summer Camp

Going Bananas

Microsoft Store

**EDUCATORS**

Teachers

Parents

Ambassadors

Webinars

Code Rush

CB Competition

**SUPPORT**

Help Center

Contact Us

FAQ

**PLANS**

Teacher Plans

Parent Plans

Give a Gift

**ABOUT CODEMONKEY**

CodeMonkey is a leading coding for kids program. Through its award-winning courses, millions of students learn how to code in real programming languages. CodeMonkey offers an engaging and enjoyable curriculum for schools, after-school clubs and camps as well as self-paced online courses to learn coding at home.

**KEEP IN TOUCH**

**CATCH-UP WITH CODEMONKEY!**

Take a break from catching bananas and sign-up for CodeMonkey's blog

Enter your email here    **Sign up**

© CodeMonkey Studios Inc.  |  **PRIVACY POLICY**  |  Terms of Service

COPPA SAFE HARBOR CERTIFICATION    KiDS PRIVACY ASSURED PRIVO

Privacy & Cookies Policy