# Exhibit J

| | |
|---|---|
| Document title: | Custodia Bank |
| Capture URL: | https://custodiabank.com/ |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:21:14 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:21:48 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 9x48FS3vLcGV3WV2njf7Qv |
| User: | mofo-cmiddleman |

PDF REFERENCE #:    f644rEGk6B4QqTnGFQBF9u

Case 1:21-cr-00399-RDM   Document 185-12   Filed 09/08/28   Page 3 of 8

# Custodia

Press  About  SUBSCRIBE

## Digital asset banking, custody, and payment solutions

Custodia Bank™ intends to provide a full suite of banking and financial services tailored to business customers looking for enhanced regulatory clarity and minimized transactional risk as they traverse the digital asset frontier.

SUBSCRIBE



## A regulatorily compliant platform for businesses to transact across digital assets and the traditional financial system.

As a chartered bank, Custodia operates under the first special purpose depository institution legal and regulatory framework in the United States. This allows us to offer a

## Custodia

Press  About  SUBSCRIBE



digital assets and the traditional financial system.

As a chartered bank, Custodia operates under the first special purpose depository institution legal and regulatory framework in the United States. This allows us to offer a full suite of financial services for both U.S. dollars and digital assets that is tailored to business customers looking for enhanced regulatory clarity and minimized transactional risk.

Custodia services U.S.–based business customers such as digital asset businesses, fintechs, banks, corporate treasurers, trusts, pension funds, start-ups, and many more. Ultimately, the strategy of Custodia is to serve customers worldwide.

## Our Products



Digital Banking



Custody



Prime Services

Custodia

Press    About    SUBSCRIBE

## Digital Banking

Demand deposit accounts protected under 100% reserve requirement, with broad support for fiat payments and integration possibilities with a robust API solution purpose-built for enabling programmability across accounts, payments, settlement, future custody products, and more. API features and services may not be available at launch.

## Custody

Qualified custody solution built from the ground up for the unique challenges of storing and transacting in digital assets, multisig key management, multiple layers of controls and redundancy, and bankruptcy remote asset protection under Wyoming's customer-friendly bailment laws.†

## Prime Services

Bundle of services available on our platform, with Custodia acting as an agent, to support conversion and settlement between fiat and digital assets.†





If your institution wants exposure to digital assets, we'll be the bridge.

Custodia is a bank formed to be a compliant bridge between digital assets and the U.S. dollar payments system, and a custodian of digital assets that can meet the strictest level of institutional custody standards. Custodia will initially offer online banking services for which customer demand deposits will be 100% reserved by law, and expects to offer several products and services; custody services for digital assets; and prime services for digital assets. Certain products are under phased development, and not all of them will be available at launch.



# Custodia

Press | About | SUBSCRIBE



## We see a future where all banks support digital assets and offer meaningful API capabilities to tech-savvy customers.

Custodia is a new breed of bank — a software platform with a bank charter, built to connect digital assets with the traditional financial system in a safe and sound way. Our team is deeply experienced in both. Custodia has a deep understanding of how digital assets can solve payment inefficiencies faced by our business customers. Custodia is a depository institution, which means we're eligible to become a U.S. dollar clearing bank at the Federal Reserve and, consequently, Custodia promises a superior regulatory structure relative to digital asset competitors.

Photo (edited) by danielsphotography / CC BY 2.0



AMERICAN BANKER · coindesk · Forbes · PYMNTS.com

Document title: Custodia Bank
Capture URL: https://custodiabank.com/
Capture timestamp (UTC): Fri, 08 Sep 2023 09:21:48 GMT
Page 5 of 6

