# Exhibit K

PageVault

| | |
|---|---|
| Document title: | Custodia launches with US dollar deposits, preps crypto custody \| Banking Dive |
| Capture URL: | https://www.bankingdive.com/news/custodia-deposits-crypto-custody-caitlin-long-federal-reserve/690763/ |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:22:01 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:22:42 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 7pme52tt8GzJM9o19bSVx4 |
| User: | mofo-cmiddleman |



 Fix Business Account Opening
with proven best practices
MANTL



# Custodia launches with US dollar deposits, preps crypto custody

The bank, which is engaged in a legal battle with the Fed, said it's initially serving U.S. business customers only and awaiting final regulatory clearance to launch its bitcoin custody service.

Published Aug. 14, 2023



Anna Hrushka
Senior Reporter






alfexe via Getty Images

Custodia Bank on Friday announced it is now accepting U.S. dollar deposits and U.S. government money market fund services.

"We are opening slowly & carefully," the bank said in a post on the X platform on Friday. The bank said it began serving customers last month.

The Cheyenne, Wyoming-based firm said it is initially serving U.S. business customers only and is not yet authorized to operate in all 50 U.S. states.

"We got our bank regulator's approval to take customer funds," Custodia CEO Caitlin Long told Decrypt on Friday. "The bar is very high for banks to launch, and we cleared it."

SPONSORED by MANTL
Grow more business accounts
Read the six proven best practices for business account opening.
Learn More



Get the free newsletter
Subscribe to Banking Dive for top news, trends & analysis
Work email address
Sign up

MOST POPULAR


DEEP DIVE
Goldman's strategy retreat leaves GreenSky in limbo


Morgan Stanley to roll out AI bot this month


San Francisco to set up US's first municipal bank


Fed issues enforcement order to Kansas bank

LIBRARY RESOURCES


PLAYBOOK
5 Ways Banks Can Prepare for Increased Fraud Risk

"We got our bank regulator's approval to take customer funds," Custodia CEO Caitlin Long told Decrypt on Friday. "The bar is very high for banks to launch, and we cleared it."

The crypto-focused bank is awaiting final regulatory clearance to launch its bitcoin custody service, which Long told Decrypt is on the firm's six-to-12 month roadmap.

SPONSORED by MANTL
MANTL
Grow more business accounts
Read the six proven best practices for business account opening.
Learn More

Long, a former managing director at Morgan Stanley, founded Custodia under the name Avanti Financial Group in 2020. The bank was among the first to be granted a special-purpose depository institution charter under Wyoming's crypto-friendly law, passed in 2019.

"[S]pecial thanks go to our team, our investors and all our partners — especially in the face of regulatory pressure on the #digitalasset industry," the bank said.

The firm's official launch comes as the crypto space has faced heightened scrutiny and skepticism from regulators and lawmakers following a year of high-profile scandals that have rocked the digital-asset sector.

Custodia on Friday, touted its "regional bank-style" risk management program, emphasizing it "took the hard path" of becoming a regulated bank.

Meanwhile, Custodia continues to pursue its lawsuit against both the Federal Reserve and the Federal Reserve Bank of Kansas City over an "unlawful delay" to its request to join the central bank's payments system. That access, Custodia claims, is vital to its ability to operate effectively and efficiently.

The Fed in January rejected Custodia's application to become a member of the Federal Reserve System, citing significant safety and soundness risks. Hours after the Fed's denial, the Kansas City Fed announced its decision to reject the bank's separate request for a Fed master account.

POST
SHARE
TWEET
PRINT
EMAIL

Filed Under: Commercial, Regulations & Policy, Technology, Risk

LIBRARY RESOURCES

PLAYBOOK
5 Ways Banks Can Prepare for Increased Fraud Risk
Custom content for Ekata

PLAYBOOK
3 Ways Print Helps Banking Institutions Personalize Contact
Custom content for FedEx Office

PLAYBOOK
How the Right Fintech Partner Can Drive Innovation
Custom content for Reseda Group

View all

COMPANY ANNOUNCEMENTS

Andersen and General Financing Introduce an Innovative FinTech App
From Andersen

narmi
Northeast Bank Joins Forces with Narmi to Revolutionize the Consumer Account Opening Experienc...
From Narmi

Research: Cardholder Loyalty Hinges on Debit, Credit Card Rewards
From Valuedynamx

View all | Post a press release

Primax
PRIMAX PAYMENTS PULSE:
SUMMER 2023
SPENDING REPORT
Download the Report





Filed Under: Commercial, Regulations & Policy, Technology, Risk

## Banking Dive news delivered to your inbox

Get the free daily newsletter read by industry experts

Work email address

Sign up

## COMPANY ANNOUNCEMENTS

View all | Post a press release

**Andersen and General Financing Introduce an Innovative FinTech App**

From Andersen
August 31, 2023

**Northeast Bank Joins Forces with Narmi to Revolutionize the Consumer Account Opening Experienc...**

From Narmi
September 05, 2023

**Research: Cardholder Loyalty Hinges on Debit, Credit Card Rewards**

From Valuedynamx
September 05, 2023

## EDITORS' PICKS

### How banks could fit into Elon Musk's plans for an 'everything app'

The billionaire's intent to bring the social media platform into the banking and payments landscape presents both opportunities and risks for traditional banks, experts said.

By Anna Hrushka • July 31, 2023

### Regulators want banks to hold more debt to shield against failures

## LATEST IN COMMERCIAL

**San Francisco to set up US's first municipal bank**
By Rajashree Chakravarty

**FDIC seeks bids for $33B in Signature CRE loans**
By Dan Ennis

**Ex-Wells Fargo exec Tolstedt should serve prison time, prosecutors say**
By Gabrielle Saulsbery

**Upgrade sets sights on auto loans as legacy banks pull back**


BANKING DIVE Deep Dive Opinion Library Events Press Releases Topics Sign up

Opening Experience...

From Andersen
August 31, 2023

From Narmi
September 05, 2023

narmi

From Valuedynamx
September 05, 2023

## EDITORS' PICKS

### How banks could fit into Elon Musk's plans for an 'everything app'

The billionaire's intent to bring the social media platform into the banking and payments landscape presents both opportunities and risks for traditional banks, experts said.

By Anna Hrushka • July 31, 2023

### Regulators want banks to hold more debt to shield against failures

Under the proposal, large banks would be required to maintain a minimum amount of eligible long-term debt equal to 3.5% of average total assets or 6% of risk-weighted assets, whichever is higher.

By Anna Hrushka • Aug. 29, 2023

## LATEST IN COMMERCIAL

### San Francisco to set up US's first municipal bank

By Rajashree Chakravarty

### FDIC seeks bids for $33B in Signature CRE loans

By Dan Ennis

WELLS FARGO

### Ex-Wells Fargo exec Tolstedt should serve prison time, prosecutors say

By Gabrielle Saulsbery

### Upgrade sets sights on auto loans as legacy banks pull back

By Anna Hrushka

INDUSTRY DIVE

EXPLORE
About
Editorial Team
Contact Us
Newsletter
Article Reprints
Press Releases
What We're Reading

REACH OUR AUDIENCE
Advertising
Post a press release
Submit an opinion piece

RELATED PUBLICATIONS
CFO Dive
Payments Dive

informa Industry Dive is an Informa business

© 2023 Industry Dive. All rights reserved. | View our other publications | Privacy policy | Terms of use | Take down policy.
Cookie Preferences / Do Not Sell

Document title: Custodia launches with US dollar deposits, preps crypto custody | Banking Dive
Capture URL: https://www.bankingdive.com/news/custodia-deposits-crypto-custody-caitlin-long-federal-reserve/690763/
Capture timestamp (UTC): Fri, 08 Sep 2023 09:22:42 GMT
Page 4 of 4