# Exhibit L

**Page Vault**

| | |
|---|---|
| Document title: | LedgerX - Products, Competitors, Financials, Employees, Headquarters Locations |
| Capture URL: | https://www.cbinsights.com/company/ledgerx |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:22:50 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:23:16 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | cPNg7xp1q9ixBP5S84D8RZ |
| User: | mofo-cmiddleman |

PDF REFERENCE #:        7qXK5gdNNfajYnPu3eaqDk



Document title: LedgerX - Products, Competitors, Financials, Employees, Headquarters Locations
Capture URL: https://www.cbinsights.com/company/ledgerx
Capture timestamp (UTC): Fri, 08 Sep 2023 09:23:16 GMT

Page 1 of 3



# LedgerX Frequently Asked Questions (FAQ)

**When was LedgerX founded?**

LedgerX was founded in 2017.

**Where is LedgerX's headquarters?**

LedgerX's headquarters is located at 1110 Brickell Avenue, Miami.

**What is LedgerX's latest funding round?**

LedgerX's latest funding round is Acquired - II.

**How much did LedgerX raise?**

LedgerX raised a total of $33.88M.

**Who are the investors of LedgerX?**

Investors of LedgerX include MIAX Options, FTX, Huiyin Blockchain Venture, FundersClub, Google Ventures and 8 more.

**Who are LedgerX's competitors?**

Competitors of LedgerX include Bakkt.

## Compare LedgerX to Competitors

**BitMEX**

Bitmex offers a financial and crypto-products trading platform. It offers leverage on bitcoin and...

 **Paxos**

Paxos operates as a digital assets and blockchain company. It builds regulated blockchain and digital...

**Engage People**

Engage People is a global technology provider that is redefining how customers spend...

**Arcnet**

Arcnet is an open-investment network that uses blockchain and distributed ledgers to automate...

**Zero Hash**

Zero Hash operates as a business-to-business (B2B) embedded infrastructure mobile application...

**NYDIG**

NYDIG provides digital financial services. It offers a full suite of institutional-grade digital asset...



# Discover the right solution for your team

The CB Insights tech market intelligence platform analyzes millions of data points on vendors, products, partnerships, and patents to help your team find their next technology solution.

**Join a demo**

**CBINSIGHTS**

498 Seventh Avenue 12th floor
New York, NY 10018

info@cbinsights.com
212 292 3148

**About**

About Us

Upcoming Webinars

Contact Us

**How We Help**

Understand Tech Markets

Anticipate Competitor Strategy

Create Tech Strategy

**What We Offer**

Platform

Data

Research Overview

**Popular Research**

Retail Tech 100

Hey there 👋 Can I help you find anything?





Document title: LedgerX - Products, Competitors, Financials, Employees, Headquarters Locations
Capture URL: https://www.cbinsights.com/company/ledgerx
Capture timestamp (UTC): Fri, 08 Sep 2023 09:23:16 GMT