# Exhibit M

# Bryan Bishop
Rent-a-CTO software developer
Austin, Texas, United States

## Contact
15122030507 (Mobile)
kanzure@gmail.com

www.linkedin.com/in/bryan-bishop-3a63978 (LinkedIn)

## Top Skills
Programming
Python
Bitcoin

## Publications
Impacting Designer Creativity Through IT-Enabled Concept Generation

MetaBase—the wiki-database of biological databases

## Patents
Cryptographic token with separate circulation groups

Systems and methods for data storage in nucleic acids

## Summary

Bryan Bishop creates and builds software that is changing the face of modern finance, enabling startups to raise tens of millions of dollars in venture capital and pursue their revenue opportunities at full throttle. Bishop co-founded Custodia Bank (prev. Avanti Bank & Trust) and served as CTO for 2 years to transform the banking industry with crypto in the form of a regulated bank. With a background in software engineering, Bishop previously worked at LedgerX from 2014-2018 before returning to a life of consulting in fintech and biotech. In his non-commercial work, he has volunteered as a contributor to the Bitcoin Core project. He is also a public speaker and published scholar (Nucleic Acids Research, J. Comp. Inf. Sci. Eng.) and self-proclaimed "Do-It-Yourself biohacker".

---

## Experience

**10x Management**
Software engineering consultant
September 2018 - Present (5 years 1 month)

After leaving LedgerX, Bishop resumed software consulting for a variety of clients. He has served as an expert witness, advisor, and software engineer. Projects range from seedling ideas, code review, architecture proposals, and implementation to full-scale deployment in production environments.

Clients have included a startup that has raised over $100m dollars where he built a new system of private over-the-counter swaps, advisor to cryptocurrency projects such as Beam and others, and Bishop also worked as a part-time CTO-for-hire for a Hollywood-based entertainment/tech startup.

He also continued to work as a contributor for the Bitcoin Core project which writes software that runs the Bitcoin system itself. One project Bishop developed for Bitcoin is a mechanism of cold storage and vaults to shield wallets (and custody solutions) from theft by placing a ceiling on the maximum amount that a thief can steal. Read more at:

https://www.coindesk.com/the-vault-is-back-bitcoin-coder-to-revive-plan-to-shield-wallets-from-theft

More recently Bishop has worked as a software developer for Shyft Network on regulatory compliance software for cryptocurrency.

Since 2013, Bishop has been represented by his agent, Michael Solomon. Contact him at: michael@10xmanagement.com for more information.

Custodia Bank
Co-founder & Chief Technology Officer
March 2020 - March 2022 (2 years 1 month)
Cheyenne, Wyoming, United States

Custodia Bank (prev. Avanti Bank & Trust) is a Wyoming bank formed to serve as a compliant bridge to the U.S. dollar payments system and a custodian of digital assets that can meet the strictest level of institutional custody standards. Custodia is required to fully comply with all applicable laws and regulations, including the Bank Secrecy Act and federal "know your customer," anti-money laundering and related laws and regulations. Custodia will also comply with Wyoming's special purpose depository institution and digital asset laws, which include requirements that fiat deposits be 100% reserved and that Custodia meet the strictest consumer protections in the digital asset industry. Custodia plans to open its doors in 2022.

LedgerX
Senior Blockchain Engineer, early technical hire
September 2014 - September 2018 (4 years 1 month)
Greater New York City Area

LedgerX is a 21st century clearinghouse federally regulated by the U.S. Commodity Futures Trade Commission (CFTC). LedgerX has received regulatory approval to operate as a Swap Execution Facility (SEF) and Derivatives Clearing Organization (DCO).

Bryan was brought in as an early technical hire focusing on Bitcoin to design, develop and test the many software solutions necessary for improving the enormous derivatives market, using both modern software practices and, of course, bitcoin.

Full stack--- it's a 21st century clearinghouse built on modern software engineering practices. Perhaps the most interesting aspect is the elaborate signing ceremony developed specifically to handle bitcoin.

Bryan has been responsible for all bitcoin integration, including the bitcoin side of compliance with standards and regulations specified by the federal government, the Commodity Exchange Act and Dodd-Frank.

Bryan also acts as a bridge to the Bitcoin Core project and Bitcoin Core developer community to keep updated on important protocol developments, to relentlessly track and document everything, and to participate in the technical proposal review process.

Long-term, Bryan hopes to migrate commodity assets (like crude oil, gold, agricultural products) and their derivatives (smart contracts), options and swaps into the Bitcoin blockchain, payment channels and sidechains.

RiverMeadow Software
Senior Software Engineer
June 2013 - February 2014 (9 months)
San Jose, California

RiverMeadow Software enables the migration of server workloads from physical servers into the cloud. Many variants of Windows and Linux can be migrated into all major cloud platforms, including Amazon AWS, OpenStack and vmWare vCloud/vSphere.

I was brought into RiverMeadow to help turn around a $10 million software disaster into a beautifully written, elegant, and extremely fast Python solution that went on to raise an additional $10M in venture capital. Compared to where the software was, testing was reduced from 12 hours per test to a blazing fast 10 seconds total test time. Server migrations that originally took hours were successfully reduced to 20 minutes or less.

Through these efforts RiverMeadow succeeded in re-designing the codebase, including the REST API, the Java front-end (Spring, Cassandra) and a fully scalable, REST API-driven Python back-end designed around an abstract execution model and distributed queues (using MongoDB for the persistence layer).

We used the standard stack of engineering tools: git (Github), code reviews (RBcommons), Continuous Integration and Continuous Delivery (Chef, Jenkins, TeamCity) and vmWare virtualization environments - all running under Linux (CentOS and Ubuntu).

### AdSleuth
Founder
August 2012 - April 2013 (9 months)
Austin, Texas

I made software to download all free Android apps and obtained data on millions of mobile ads. I was able to answer questions such as where each advertiser spends their budget on mobile, which ads were being tested versus which ones were being used to drive traffic, as well as a number of interesting properties about Android apps from Google Play such as which SDKs were integrated, exposed AWS S3 credentials, and other analysis tasks.

### Gameprez
Software Contractor
June 2012 - January 2013 (8 months)
San Francisco Bay Area

Architected a JavaScript/CoffeeScript platform for web/browser gaming. Also, I wrote a number of JavaScript games for the platform including Space Invaders and Space Pong. Gameprez has continued this work by developing and releasing a JavaScript SDK to attract more developers to their platform.

### StyleOwner, Inc.
Senior Software Engineer
April 2012 - December 2012 (9 months)

I was responsible for designing and building PhantomJS/WebKit infrastructure to scrape millions of product webpages from vendors in the fashion industry. JavaScript was used to orchestrate a fleet of crawlers and scrapers to supply millions of products for thousands of users selling on StyleOwner.

### Hopper SDK
Co-founder
February 2011 - December 2011 (11 months)
Austin, Texas

• Built a mobile app testing platform based on crowdsourcing.

• Developed an in-app bug reporting system for mobile apps based on ACRA for Android, and
custom SDK for iOS and another SDK for JavaScript-based web apps and mobile apps.

• Scratch-built a web application for programmers to manage their testing sessions and view bug
reports or exceptions.

• Built dashboards for testers to join projects and test mobile apps, and flows for user acquisition.

Bohemian Innovation
Software Contractor
January 2011 - December 2011 (1 year)
Austin, Texas

I was responsible for the programming and technical design of 12 apps for the iOS and Android platforms. My work also touched on web development using Ruby on Rails. Additionally, I trained and managed a team of 6 programmers (sometimes more) in Vietnam and Austin, Texas.

• Built a web+mobile application for video recording and distribution (Shoutz.com). Much of this work was not only the mobile applications, but a web application including the backend to transcode video into multiple codecs for different mobile devices, which have a variety of exciting video codec licenses.

• Designed and developed of multiple mobile apps and web apps from scratch, including games
for iOS and Android, both native (Objective C/Java) and web (JavaScript/CoffeeScript).

• Wrote PhoneGap plugins for iPhone/Android for AWS S3, video recording, custom video
playing, custom/native controls, etc. PhoneGap experience includes versions 0.9.6 through 1.4.

• Improved PhoneGap/jQueryMobile click response time by >2x (500ms → 200ms).

• Apps: Extraction Zones, Socrative, Marbleous, YouPlus Dallas, Southwest Airlines, Shoutz,
Famigo, etc. Other projects included jQuery, Ruby/Rails, Ruby/Sinatra, Python/Django, Box2D,
GLES2, and tons of other fun tools.

### Humanity+
Associate Director of R&D
September 2010 - April 2011 (8 months)

I was serving as a technical director at Humanity+ to draft and execute technical projects. For example, one of the larger projects was my migration of the Gada Prize project and funding from Foresight Institute to Humanity+, which also involved drafting of legal documentation and forming a prize pool group for overseeing this RepRap / 3d printing prize money. Additionally, I undertook the migration of H+ Magazine (hplusmagazine.com) from Drupal 6 to Wordpress 3, which included rewriting the Drupal custom theme to turn it into a Wordpress custom theme.

Humanity+ is a non-profit organization focused on human enhancement-- making
individuals better, stronger, faster and smarter. Much of my work here was about exploring unique ways to create advanced technologies.

### Hurricane Party, Inc.
Co-founder
December 2009 - June 2010 (7 months)
Austin, Texas

• Brought the Hurricane Party iPhone app from concept to production by designing,
programming, testing and deploying back-end sever infrastructure.

• Developed backend server infrastructure in Python/Django.

• Implemented particular algorithms for large-scale party ratings and similarity search.

• Raised startup capital from Capital Factory.

### Telisite, Inc.
Software Contractor

December 2009 - June 2010 (7 months)
Austin, Texas

Developed web infrastructure for crowdsourced reporting of local GSM hotspots and weak
spots (low signal strength) for re-sale to mobile network operators.

I wrote software based on Python/Django and also worked on front-end web visualization of hotspot weakness.

### Betterhumans, LLC
Software Contractor
January 2010 - May 2010 (5 months)

I wrote software aimed at becoming a secure, proprietary bioinformatics system involving whole genome analysis.

### University of Texas at Austin
Researcher, Automated Design Lab
September 2008 - December 2009 (1 year 4 months)

I coauthored a paper regarding the benefits of conceptual design automation for mechanical engineering projects. The lab focused on graph grammars and graph theory as they apply to complex engineering artifacts.

### Machine Intelligence Research Institute
Programmer
July 2008 - August 2008 (2 months)
Palo Alto, California

JavaScript programming to help model and demonstrate probabilistic reasoning about the likelihood of future technology scenarios. This was volunteer programming work for a project called The Uncertain Future, which was eventually published as an academic paper. My one regret is that we didn't estimate what would happen if a certain cryptocurrency began existing!

### Cruise & Travel Connection
Software Contractor
March 2006 - June 2006 (4 months)
Lockhart, Texas

Web application and landing pages for a travel agency. PHP/MySQL.

### Dimensional Studios
Software Contractor
April 2005 - August 2005 (5 months)

Buda, Texas

Developed a PHP/MySQL web application for apartment searching, renting, and subscriptions/updates called Apartment Scouts.

### Lockhart Woodworks, Inc.
Webmaster
2003 - 2005 (2 years)
Lockhart, Texas

Transitioned a woodworking company's website from Geocities to a private hosting provider. PHP/MySQL development. Webmastering and website development. Photo galleries.

Expert Witness Testimony

Mr. Bishop was hired to be an expert witness by the law firm, Gumprecht law, but the case did not end up going to trial and he did not testify.

Publications

MetaBase—the wiki-database of biological databases
DM Bolser, PY Chibon, N Palopoli, S Gong, D Jacob, VDD Angel, D Swan, B Bishop, ....
Nucleic acids research 40 (D1), D1250-D1254

Impacting designer creativity through IT-enabled concept generation
K English, A Naim, K Lewis, S Schmidt, V Viswanathan, J Linsey, B. Bishop, ...
Journal of Computing and Information Science in Engineering 10 (3)

Bitcoin covenants: Three ways to control the future
J Swambo, S Hommel, B McElrath, B Bishop
arXiv preprint arXiv:2006.16714

Custody Protocols Using Bitcoin Vaults
J Swambo, S Hommel, B McElrath, B Bishop
arXiv preprint arXiv:2005.11776

Patents

Cryptographic token with separate circulation groups
CF Long, BA Bishop, ZN Shimko, BD Reddy, CD Thompson
US Patent 11,392,906

Systems and methods for data storage in nucleic acids
B Bishop, T Boloni, K Kemmish, M Berry
US Patent US11339423B2