UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO SEPTEMBER 10, 2023 MINUTE ORDER

The United States of America, by and through the United States Attorney for the District of Columbia, files the following response to the Court's order on September 10, 2023, directing the government to submit an update regarding the disclosure made to the defense pursuant to the Court's order at Dkt. 174. *See* Minute Order (Sept. 10, 2023).

On the evening of September 9, 2023, undersigned counsel received from Chainalysis the additional information covered by the Court's order, as well as, separately, a proposed protective order. The government relayed the proposed protective order to defense counsel. This morning, defense counsel advised that they had objections to the protective order. The government has suggested that defense counsel and counsel for non-party Chainalysis confer regarding acceptable terms for a protective order. In the meantime, the government has suggested that defense counsel agree to be bound by the proposed protective order as an intermediate measure to facilitate immediate production, without any prejudice to future protective order discussions.

Regarding the Court's order to file the information produced on the docket, under seal if necessary, the production contains voluminous Excel spreadsheets which the government does not believe are an accepted file format for CM ECF filings. The government can make the production available to the Court through USA File Exchange (USAFX) in a manner consistent with how the government understands certain video media has been made available in January 6 cases. The

government is available to coordinate with court staff regarding facilitating access to the materials.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        */s/ Jeffrey Pearlman*
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov