## Chainalysis Data Evaluation

| Exchange | User ID/Account Number/Customer ID | Name | # of Exchange Addresses Identified | # True Positive | # Unattributed | # False Positive | # Inconclusive |
|---|---|---|---|---|---|---|---|
| LocalBitcoins | gothencoin | Roman Sterlingov | 188 | 125 | 63 | 0 | 0 |
| Kraken | xDGMY | Roman Sterlingov | 18 | 14 | 4 | 0 | 0 |
| Kraken | xKQ5Y | TO THE MOON LTD | 8 | 7 | 1 | 0 | 0 |
| MtGox | x78b5b7 | Roman Sterlingov | 45 | 41 | 0 | 0 | 4* |
| Bitstamp | x443 | Roman Sterlingov | 75 | 70 | 5 | 0 | 0 |
| Poloniex | x3418 | Roman Sterlingov | 1 | 1 | 0 | 0 | 0 |
| Binance | x6351 | Roman Sterlingov | 3 | 3 | 0 | 0 | 0 |
| Bitfinex | x1161 | Roman Sterlingov | 5 | 5 | 0 | 0 | 0 |
| **Exchange Sub-Total:** | | | **343** | **266** | **73** | **0** | **4** |
| Mycellium Wallet | N/A | N/A | 667 | 0 | 667 | 0 | 0 |
| **Total:** | | | **1010** | **266** | **740** | **0** | **4** |

*For withdrawals, the Mt. Gox records list transaction hashes rather than addresses, which is common for exchanges.  For this analysis, the government evaluated the input addresses to those withdrawal transactions.  However, on two occasions, there were inputs to a Mt. Gox withdrawal transaction that Chainalysis appears to have detected as a CoinJoin and attributed to two different sources -- one from Mt. Gox and the other from the St. Eligius mining pool.  The government is unable with the information presently available and on the timeframe provided to definitively evaluate these addresses and confirm Chainalysis' attribution.