## Chainalysis Data Validation

## Case 2

| Category | Address Count | % |
|---|---:|---:|
| Total | 76 | 100.0% |
| True Positive | 71 | 93.4% |
| Unattributed | 5 | 6.6% |
| False Positive | - | 0.0% |