IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ROMAN STERLINGOV**,

Defendant.

Criminal No. 21-CR-399 (RDM)

**CHAINALYSIS' NOTICE IN RESPONSE TO THE COURT' S REQUEST REGARDING
PROTECTIVE ORDER**

Chainalysis Inc. ("Chainalysis"), hereby respectfully provides for the Court copies of the

following:

1.      Exhibit A, a Proposed Protective Order addressing an expert to be named by the

defense, or, alternatively;

2. Exhibit B, a Proposed Protective Order if the defense were to choose Jonelle Still, who

is known to have a competitive interest with Chainalysis through her employment.

Dated this 12th day of September, 2023.

Respectfully submitted,

MORRISON & FOERSTER LLP

By:     */s/ William Frentzen*
        William Frentzen (D.C. Bar No. 1740835)
        WFrentzen@mofo.com
        425 Market Street, 32nd Floor
        San Francisco, CA 94105
        Telephone: (415) 268-7000
        Facsimile: (415) 268-7522

OF COUNSEL:

Michael Komorowski
MKomorowski@mofo.com
Emani N. Oakley
EOakley@mofo.com
425 Market Street, 32nd Floor
San Francisco, CA  94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Non-party Chainalysis Inc.*