# IN THE UNITED STATES DISTRICT COUT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | \| |
| | \| |
| v. | \| No.: 21-CR-00399-RDM |
| | \| |
| ROMAN STERLINGOV | \| |

## MOTION TO APPEAR PRO HAC VICE

IT IS ORDERED that the Motion of Tauseef S. Ahmed to appear *pro hac vice* as counsel for Defendant Roman Sterlingov is GRANTED.

Signed on September \_\_\_\_, 2023

\`
_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA