UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV<br><br>　　　　Defendant. | No. 21-cr-399 (RDM) |

**SUMMARY OF AVAILABILITY OF DEFENSE EXPERT WITNESSES IN RESPONSE TO THE COURT'S SEPTEMBER 18, 2023, MINUTE ORDER**

Defendant Roman Sterlingov, by and through his attorneys, submits the following outline of Expert Witness's Availability for the time periods from October 10, 2023, through November 30, 2023, and February 12, 2024, through March 31, 2024. Each of the Defense's proffered expert witnesses are busy professionals whose schedules are subject to change.

1. **Dr. Francisco Cabanas**

<u>October 10, 2023 – November 30, 2023</u>

Dr. Cabanas is currently available from October 10, 2023, through November 30, 2023.

<u>February 12, 2024 - March 31, 2024</u>

Dr. Cabanas is currently available from February 12, 2024, through March 31, 2024.

2. **Dr. Itiel Dror**

Dr. Dror lives in the United Kingdom. The Defense expects Dr. Dor to be able to attend the proceedings in-person, but situations may arise that necessitate Dr. Dror's remote testimony.

Therefore, the Defense has provided Dr. Dror's availability for both in-person and remote testimony.

<u>October 10, 2023 – November 30, 2023</u>

Dr. Dror is currently available for in-person testimony on the following dates:

- November 6, and 7.

Dr. Dror is currently available for remote testimony on the following dates:

- November 6, 7, 23, 24, and 29

<u>February 12, 2024 - March 31, 2024</u>

Dr. Dror is currently available for in-person testimony on the following dates:

- February 26, 27, and 28.
- March 11 and 29.

Dr. Dror is currently available for remote testimony on the following dates:

- February 5-9, 12, 26, 27, 28 and 29.
- March 1, 4, 5, 6, 7, and 8.

3. **Jeff Fischbach**

<u>October 10, 2023 – November 30, 2023</u>

Mr. Fischbach is currently available for the following dates:

- November 24-30

<u>February 12, 2024 - March 31, 2024</u>

Mr. Fischbach is currently available from February 12, 2024, through March 31, 2024.

4. **Jonelle Still**

<u>October 10, 2023 – November 30, 2023</u>

Ms. Still is not available from October 10, 2023, through November 2023.

<u>February 12, 2024 - March 31, 2024</u>

Ms. Still is currently available for the following dates:

- February 12-28
- March 1-2, 10-31

5. **J.W. Verret**

<u>October 10, 2023 – November 30, 2023</u>

Mr. Verret is currently available for the following dates:

- October 10-11, 14-15, 18, 21-23, 26-31.
- November 1-5, 7-12, 14-30.

<u>February 12, 2024 - March 31, 2024</u>

Mr. Verret is currently available from February 12, 2024, through March 31, 2024.

Dated: September 20, 2023
Alexandria, Virginia

    Respectfully submitted,

    <u>/s/ Michael Hassard</u>
    Michael Hassard (NYS Bar No. 5824768)
    *Pro Hac Vice*
    Tor Ekeland Law, PLLC
    30 Wall Street, 8th Floor
    New York, NY
    t:  (718) 737 - 7264
    f:  (718) 504 - 5417
    michael@torekeland.com

    <u>/s/ Tor Ekeland</u>
    Tor Ekeland (NYS Bar No. 4493631)
    *Pro Hac Vice*
    Tor Ekeland Law, PLLC
    30 Wall Street, 8th Floor
    New York, NY
    t:  (718) 737 - 7264
    f:  (718) 504 - 5417
    tor@torekeland.com

    *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov