AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, <u>Brenna B. Mahoney</u>, Clerk of this Court, certify that <u>Tauseef Saeed Ahmed</u>, Bar # <u>5614508</u>, was duly admitted to practice in this Court on <u>09/13/2019</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>Central Islip</u> on <u>08/28/2023</u>
         *(Location)*              *(Date)*

<u>Brenna B. Mahoney</u>
CLERK OF COURT

*Alison Fortunato*
Alison Fortunato, DEPUTY CLERK



Print    Save As...    Reset