UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>    Defendant. | No. 21-cr-399 (RDM) |

## NOTCICE OF AVAILABILITY OF DEFENSE EXPERT JEFF FISCHBACH

Upon information and belief, from on or about October 16, 2023, through on or about November 10, 2023, Mr. Fischbach is contracted to work on *State of Kansas v. Dana Chandler* (11-CR1329) in Kansas State Court. He is working for attorney Tom Bath, with whom he has worked for roughly two decades.

Mr. Bath informed Mr. Fischbach that he anticipates he will require Mr. Fischbach during trial. This includes testifying as an expert, helping with cross examination of Government witnesses, and reviewing transcripts.

Mr. Bath expressed concern about the potential of Mr. Fischbach splitting focus between two cases, which Mr. Bath understands is not Mr. Fischbach's typical, or suggested practice.

Mr. Bath further informed Mr. Fischbach that, besides weekends, the Court has only one off day on Friday, November 10th, 2023, in honor of Veterans Day (which falls on a Saturday this year). Mr. Bath also confirmed that he will not need Mr. Fischbach for jury selection.

Dated: September 21, 2023
Alexandria, Virginia

          Respectfully submitted,

          /s/ Michael Hassard
          Michael Hassard (NYS Bar No. 5824768)
          *Pro Hac Vice*
          Tor Ekeland Law, PLLC
          30 Wall Street, 8th Floor
          New York, NY
          t:  (718) 737 - 7264
          f:  (718) 504 - 5417
          michael@torekeland.com

          /s/ Tor Ekeland
          Tor Ekeland (NYS Bar No. 4493631)
          *Pro Hac Vice*
          Tor Ekeland Law, PLLC
          30 Wall Street, 8th Floor
          New York, NY
          t:  (718) 737 - 7264
          f:  (718) 504 - 5417
          tor@torekeland.com

          *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of September 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov