UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-cr-399 (RDM)** |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S NOTICE
OF AVAILABILITY OF DEFENSE EXPERT JEFF FISCHBACH**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully files this response to the defendant's Notice of Availability of Defense Expert Jeff Fischbach, ECF No. 203.

1. The government consents to Mr. Fischbach to testifying out-of-order during the government's case-in-chief for the October 10, 2023 trial.

2. Mr. Fischbach should be available to testify in this case before the October 16, 2023 start date for proceedings in *State of Kansas v. Dana Chandler*, 2011-CR-001329 (Kan. Dist. Ct.), as well as during jury selection in that case.

3. The government requests that the Court finalize the prospective October 10, 2023 trial date in this case, so that witnesses and experts on both sides can begin planning around the new dates, and both sides can expeditiously re-issue subpoenas and make travel and logistical arrangements.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
*/s/ Jeffrey Pearlman*
C. Alden Pelker, Maryland Bar
Jeff Pearlman, D.C. Bar No. 466901
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007 (Pelker)
(202) 579-6543 (Pearlman)
Catherine.Pelker@usdoj.gov
Jeffrey.Pearlman2@usdoj.gov