UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. 21-cr-399 (RDM) |
| v. | |
| ROMAN STERLINGOV | |
| Defendant. | |

**DEFENCE NOTICE TO THE COURT REGARDING *PRO HAC VICE* APPLICATION OF TAUSEEF AHMED**

On September 20, 2023, Defense Counsel filed an Amended *Pro Hac Vice* Application seeking *pro hac vice* admission for Tauseef Ahmed ("Mr. Ahmed") in this Court for purposes of this case.

On September 21, 2023, at an in-person hearing, this Court granted Mr. Ahmed leave to appear *pro hac vice* in this case.

On September 21, 2023, following the in-person hearing, Government Counsel informed Defense Counsel that Mr. Ahmed's sponsoring attorney's admission to this Court had expired and needed to be renewed.

After learning this, Defense Counsel reached out to the sponsoring attorney to discuss renewal of her registration.

The sponsoring attorney's renewal is now pending and was delayed by medical reasons.

Once Mr. Ahmed's sponsoring attorney's registration is renewed, we will file a notice with the Court. Should this Court require it, Defense Counsel will re-submit Mr. Ahmed's *Pro Hac Vice* Application.

Dated: October 27, 2024
Los Angeles, CA


Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t: (718) 737 - 7264
f: (718) 504 - 5417
tor@torekeland.com

/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t: (718) 737 - 7264
f: (718) 504 - 5417
michael@torekeland.com

*Counsel for Defendant Roman Sterlingov*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System and sent by email to the attorneys for the Government listed below:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman2@usdoj.gov