UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | |
| v.    : | CRIMINAL NO. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV,    : | |
| : | |
| Defendant.    : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
NOTICE OF SUPPLEMENTAL AUTHORITY

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully files this response to the defendant's Notice of Supplemental Authority regarding the Ninth Circuit decision in *United States v. Fortenberry*, No. 22-50144, --- F.4th ----, 2023 WL 8885105 (9th Cir. Dec. 26, 2023), *see* ECF No. 215. *Fortenberry* rejected "effects-based" venue for prosecutions of false statements in violation of 18 U.S.C. § 1001. 2023 WL 8885105, at *2. That is irrelevant here, because the government has never argued for effects-based venue for any of the charges in this case. Instead, the government has relied on well-established bodies of case law upholding venue based on undercover transactions in the charging district and omissions in the charging district, *see* ECF No. 52, at 2-20, none of which was at issue or ruled on by the Ninth Circuit in *Fortenberry*.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   /s/ Christopher B. Brown
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        /s/ C. Alden Pelker
        /s/ Jeffrey Pearlman
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov