**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-cr-399 (RDM)** |
| | **:** | |
| **ROMAN STERLINGOV,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

## ORDER

Upon consideration of the Government's Notice and Renewed Motion for Order To Show

Cause Regarding Ongoing Violations of Local Criminal Rule 57.7(b), it is hereby

ORDERED, that the motion shall be granted, and that counsel for the defense shall appear

before this Court at _____ a.m. / p.m., on _____, 2024, to show cause why an Order

should not be entered holding them in contempt for violation of Local Criminal Rule 57.7(b) and

this Court's August 29, 2023 Order.

Dated this _____ day of January, 2024.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE