UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>    Defendant. | No. 21-cr-399 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of the Defense's Response to Government's Order to Show Cause (Dkt. 219) and the Defense's Renewed Motion for Order to Show Cause Regarding the Government's Ongoing Violations of Local Criminal Rule 57.7(b), it is hereby

ORDERED, that the Government's motion for Order to Show Cause shall be denied, and that counsel for the Government appear before this Court at ___ a.m./p.m., on _____, 2024, to show cause why an Order should not be entered holding them in contempt for violation of Local Criminal Rule 57.7(b) and this Court's August 29, 2023, Order.

Dated this _____ day of January 2024.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE