# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Government's Motion *In Limine* for Expedited Appointment of Conflict-Free Counsel and Conflict Inquiry Hearing, it is hereby

ORDERED, that the motion shall be granted, and that _____ shall be appointed as Conflict Counsel for the defendant; it is further

ORDERED, that a Conflict Inquiry Hearing shall be scheduled at _____ a.m. / p.m., on _____, 2024.

Dated this _____ day of January, 2024.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE