UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>　　　　Defendant. | No. 21-cr-399 (RDM) |

**[PROPOSED] ORDER**

　　Upon consideration of the Defendant's Motion to Compel Production of Investigating Agent Devon Beckett's Contact Information, it is hereby

　　ORDERED, that the Government produce Devon Beckett's phone number, email address, and home address to the Defense by February _____, 2024, for purposes of the Defense issuing a subpoena *ad testificandum* for Ms. Becketts testimony at Mr. Sterlingov's February 12, 2024, trial in the United States District Court for the District of Columbia.

Dated this _____ day of February 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE