UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV<br><br>　　　　　Defendant. | No. 21-cr-399 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion to Change Pretrial Detention Facilities in Advance of Trial from the Washington D.C. Central Detention Facility ("CDF") to the adjacent Washington D.C. Correctional Treatment Facility ("CTF"), it is hereby

ORDERED, that Mr. Sterlingov be transferred from the Washington D.C. Central Detention Facility ("CDF") to the adjacent Washington D.C. Correctional Treatment Facility ("CTF") on February _____, 2024 in advance of Mr. Sterlingov's February 12, 2024, trial in the United States District Court for the District of Columbia.

Dated this _____ day of February 2024.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE