UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the February 1, 2024 letter to the Court from counsel for Ciphertrace, and the Government's Emergency Motion *In Limine* for Rule 16 Expert Discovery in Light of Disclosure that "Parts of the Ciphertrace Report Are Unreliable," and for good cause, it is hereby

ORDERED, that the motion shall be granted, and that the defendant is ordered to provide a supplemental disclosure of "a complete statement of all opinions that the defendant will elicit . . . in the defendant's case-in-chief" from Ciphertrace witness Jonelle Still, and "the bases and reasons for them," pursuant to Fed. R. Crim. P. 16(b)(1)(C)(iii), no later than February _____, 2024; it is further

ORDERED, that the defendant shall produce any statement of Ms. Still that relates to the subject matter of Ms. Still's testimony, no later than February 12, 2024.

Dated this _____ day of February, 2024.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE