UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION TO COMPEL PRODUCTION OF CONTACT INFORMATION

The United States of America respectfully informs the Court that the Defendant's Motion To Compel Production of Investigating Agent Devon Beckett's Contact Information, ECF No. 227, is moot, as the government has furnished defense counsel with former Agent Beckett's address so that they may serve a trial subpoena for her testimony pursuant to Fed. R. Crim. P. 17(d).

Former Agent Beckett is not a witness the government intends to call in its case-in-chief. As the defense motion acknowledges, the government has never once opposed defense efforts to subpoena and call former Agent Beckett as a witness in the defense case. The defense arguments regarding the Compulsory Process Clause and Confrontation Clause are therefore misplaced.

While Agent Beckett was employed by the government, the government accepted service of process on her behalf as a courtesy to the defense team. In between the September continuance—a continuance made at the defendant's request, over the government's objection—and the rescheduled trial date in February 2024, Agent Beckett medically retired from federal employment.

At the time of the defense requests, former Agent Beckett had not authorized the release of her contact information to the defense. Former Agent Beckett has now done so, and her address

has been conveyed to the defense for service of a trial subpoena. The defense motion to compel should be denied as moot.

                                                                   Respectfully submitted,

                                                                   MATTHEW M. GRAVES
                                                                   UNITED STATES ATTORNEY
                                                                   D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
          Christopher B. Brown, D.C. Bar No. 1008763
          Assistant United States Attorney
          U.S. Attorney's Office for the District of Columbia
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 252-7153
          Christopher.Brown6@usdoj.gov

          */s/ C. Alden Pelker*
          */s/ Jeffrey Pearlman*
          C. Alden Pelker, Maryland Bar
          Jeff Pearlman, D.C. Bar No. 466901
          Trial Attorneys, U.S. Department of Justice
          Computer Crime & Intellectual Property Section
          1301 New York Ave., N.W., Suite 600
          Washington, D.C. 20005
          (202) 616-5007 (Pelker)
          (202) 579-6543 (Pearlman)
          Catherine.Pelker@usdoj.gov
          Jeffrey.Pearlman2@usdoj.gov