UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE IN RESPONSE TO
MINUTE ORDER E REGARDING TRIAL SCHEDULING**

The United States of America respectfully responds to the Court's February 4, 2024 Minute Order requiring the parties to "file a notice on or before February 5, 2024, at 3:00 p.m. with their best estimate of how many trial days they will need to present their witnesses, including a reasonable amount of time for cross-examination."

The government anticipates its case-in-chief will require anywhere between 8-11 full days of trial, including reasonable time for cross-examination. Assuming the Court does not sit for trial on Fridays, and that the parties will be able to make opening statements on Tuesday, Feb. 13, 2024, the government estimates its case-in-chief could be complete as early as Feb. 27, 2024 or as late as March 5, 2024. The government appreciates the defense stipulations as to the authenticity of many records to be introduced at trial, see ECF 177 (Def. Response to Gov't Motion To Admit Certain Exhibits), and anticipates that its case may be streamlined through further agreement with the defense as to translations, as well as Court rulings on pre-admission of exhibits to the extent practicable.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        */s/ Jeffrey Pearlman*
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov