UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV<br><br>      Defendant. | **No. 21-cr-399 (RDM)** |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Notice of Withdrawal of *pro hac vice* attorney, Tauseef Ahmed, it is hereby

ORDERED, that the Tauseef Ahmed be removed as an attorney from this case.

Dated this _____ day of February 2024.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE