UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>            Defendant. | No. 21-cr-399 (RDM) |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION *IN LIMINE* FOR RULE 16 AND RULE 26.2 PRODUCTION (Dkt. 239)**

Roman Sterlingov, by and through undersigned counsel, files this Response to the Government's Motion as ordered in the Minute Order filed by this Court on the docket requiring a Response by 3:00 pm on February 5, 2024.

Upon information and belief, this morning Sheppard Mullin – counsel for Ciphertrace - held a phone call with the Government explaining the current situation and how Defense Counsel was unaware of any of the issues with Ciphertrace's expert report until this Thursday, February 1, 2024, shortly before Ciphertrace's counsel sent a letter to this Court and the Government. Upon information and belief, Sheppard Mullin explained to the Government that undersigned Defense Counsel had no prior knowledge of these issues. Nor does the Defense know what the issues are beyond what has been conveyed to the Government and the Court.

Given the circumstances, the Defense withdraws the Ciphertrace Expert Report as well as Ms. Still as a testifying expert at trial. The Defense notes that the problems disclosed by Ciphertrace go precisely to the issues that the Defense has repeatedly raised since the beginning of this case. Blockchain forensics are a standardless and unreliable pseudoscientific field that

hasn't matured sufficiently to be used as evidence in a federal criminal proceeding. As the Court is aware from the *Daubert* hearings, Chainalysis Reactor has never been subject to an independent audit, nor are there any scientific peer-reviewed papers attesting to the accuracy of its heuristics.

## CONCLUSION

This Court should deny the Government's motion as moot because the Defense is withdrawing the Ciphertrace expert report and not calling Ciphertrace expert Ms. Still as a testifying expert witness at trial.

Dated: February 5, 2024
Brooklyn, New York

                              Respectfully submitted,

                              /s/ Michael Hassard
                              Michael Hassard (NYS Bar No. 5824768)
                              *Pro Hac Vice*
                              Tor Ekeland Law, PLLC
                              30 Wall Street, 8th Floor
                              New York, NY
                              t:  (718) 737 - 7264
                              f:  (718) 504 - 5417
                              michael@torekeland.com

                              /s/ Tor Ekeland
                              Tor Ekeland (NYS Bar No. 4493631)
                              *Pro Hac Vice*
                              Tor Ekeland Law, PLLC
                              30 Wall Street, 8th Floor
                              New York, NY
                              t:  (718) 737 - 7264
                              f:  (718) 504 - 5417
                              tor@torekeland.com

                              *Counsel for Defendant Roman Sterlingov*

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov