UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>    Defendant. | **No. 21-cr-399 (RDM)** |

**DEFENDANT'S NOTICE OF EXPECTED WITNESS TESTIMONY**

Roman Sterlingov, by and through undersigned counsel, puts the Government and this Court on notice that the Defense may call the following witnesses at trial:

- Jeff Fischbach
- Dr. Francisco Cabanas
- Prof. J.W. Verret
- Devon Beckett
- Matthew Price
- Leo Rovensky
- Justin Allen
- Aaron Bice
- Roman Sterlingov

In addition to the witnesses listed above, and in response to this Court's February 2, 2024, Minute Order, the Defense further informs this Court and the Government of the following names that may be mentioned during trial:

- Jonelle Still

- Angela Wilkins
- Stephanie Norman
- Michael Gronager
- Jonathan Levin
- Zia Faruqui
- Kathleen Kaderabek
- James Rohls
- Andy Greenberg
- Youli Lee

Dated: February 7, 2024
Washington, D.C.

        Respectfully submitted,

        <u>/s/ Michael Hassard</u>
        Michael Hassard (NYS Bar No. 5824768)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        michael@torekeland.com

        <u>/s/ Tor Ekeland</u>
        Tor Ekeland (NYS Bar No. 4493631)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        tor@torekeland.com

        *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov