## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   Plaintiff,

v.

ROMAN STERLINGOV

   Defendant.

**No. 21-cr-399 (RDM)**

### [PROPOSED] ORDER

Upon consideration of the Defendant's Motion to Exclude Any Testimony About Deepweb Marketplaces, it is hereby

ORDERED, that all references to deepweb marketplaces are excluded.

Dated this _____ day of February 2024.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE