Exhibit A

# United States v. Roman Sterlingov

The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index....

**Bitcoin Forum**                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[          ] [          ] Forever ✔ Login
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin   🔍 [                    ] Search
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download, More info.

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization

« previous topic next topic »

publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.



We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

address. After a couple of network confirmations, your money is registered on your



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index....

**Bitcoin Forum**                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[                ] [                ] [ Forever ∨ ] [ Login ]
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

[ Search ]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization**

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 **[All]**                                    print

Author          Topic [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite         [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization         #1
Omedetou**          October 27, 2011, 05:05:07 PM
Member

Activity: 74        "Bitcoin anonymization taken seriously". (last update: 2013-03-12)
                    Public website with basically the same information from this thread:
                    http://www.bitcoinfog.com
                    Service link (you will need tor): http://fogcore5n3ov3tui.onion
                    Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
                    https://gate.bitcoinfog.com
**BITCOIN FOG**     Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

◄ [      ] ►       The bitcoin network might be anonymous in terms of single-handedly revealing your
                    ip address, but the transaction history is recorded in the block chain and is
                    publically available, which makes your anonymity very vulnerable. Once the
Ignore              interested parties, be it authorities or just interested researchers
                    (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
                    have acquired any one of your addresses or transactions, they could easily track

address. On the other hand, this also makes us feel more secure, knowing that we
will never be found and dealt with by proper authorities. (Even if Tor network would

We are providing a solution for this: using our service you mix up your bitcoins in
our own pool with other users' bitcoins, and get paid back to other accounts from
our mixed pool, which, if properly done by you can eliminate any chance of finding
your payments and making it impossible to prove any connection between a deposit
and a withdraw inside our service.

**How Bitcoin Fog works**
You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your

| Summary Table of BITCOIN FOG Darknet Market Exposure | | | | | |
| --- | --- | --- | --- | --- | --- |
| Counterparty Name | | Directly Sent to BITCOIN FOG | Indirectly Sent to BITCOIN FOG | Directly Received from BITCOIN FOG | Indirectly Received from BITCOIN FOG |
| SILK ROAD | BTC | 377102.7388 | 101783.57 | 106522.7697 | 51273.39 |
| | USD | $9,724,911 | $10,340,446 | $2,321,637 | $1,471,025 |
| SILK ROAD 2.0 | BTC | 22863.74065 | 12438.155 | 11274.31369 | 4320.23 |
| | USD | $12,582,929 | $6,463,629 | $5,852,300 | $2,534,628 |
| ALPHABAY | BTC | 5700.845981 | 2826.69 | 3651.443827 | 2638.945 |
| | USD | $3,062,842 | $1,868,844 | $1,679,212 | $1,342,528 |
| AGORA | BTC | 41972.36366 | 25679.985 | 26398.44487 | 10027.08 |
| | USD | $14,231,729 | $8,624,142 | $8,588,675 | $3,389,947 |
| NUCLEUS | BTC | 5240.193979 | 2820.15 | 2829.752662 | 1463.475 |
| | USD | $1,438,077 | $886,452 | $802,798 | $400,639 |
| ABRAXAS | BTC | 4116.93734 | 1895.51 | 2066.420789 | 903.39 |
| | USD | $1,027,249 | $558,194 | $516,058 | $229,535 |
| PANDORA | BTC | 2032.569964 | 418.28 | 553.2503671 | 401.155 |
| | USD | $1,254,828 | $238,695 | $299,141 | $260,550 |
| SHEEP | BTC | 7646.828974 | 2747.84 | 1547.522515 | 1925.09 |
| | USD | $2,788,483 | $1,494,597 | $361,895 | $551,001 |
| BLACK BANK | BTC | 2918.068006 | 2146.795 | 1632.1633 | 947.065 |
| | USD | $912,669 | $1,043,156 | $427,255 | $280,495 |
| WELCOME TO VIDEO | BTC | 0 | 0 | 2.47269674 | 1.675 |
| | USD | $0 | $0 | $989 | $846 |









Logged in as fatkitty11 :: 0.01572208 BTC :: HOME / DEPOSIT / WALLET / SUPPORT

**Bitcoin Fog Company**

# Support messages

You can use this page to securely communicate with our staff.

hello, i need help.

i created my account to clean my coins from selling
ecstasy.  I sold molly on apollon and ive been
selling on WSM and dream but all the exit scams and
cops got me spooked.  Im new to this and im worried
im gonna get caught.

I need help cleaning my bitcoin and I dont trust
the big mixers after best mixer. Bitcoin fog has
been around forever you you guys must be doing

Send

(C) Bitcoin Fog Company

PGP public key / Clearnet website / Bitcointalk.org thread / Logout

Logged in as fatkitty11 :: 0.01572208 BTC :: HOME / DEPOSIT / WALLET / SUPPORT

You can use this page to securely communicate with our staff.

hello, i need help.

i created my account to clean my coins from selling
ecstasy.  I sold molly on apollon and ive been
selling on WSM and dream but all the exit scams and
cops got me spooked. Im new to this and im worried
im gonna get caught.

I need help cleaning my bitcoin and I dont trust
the big mixers after best mixer. Bitcoin fog has
been around forever you you guys must be doing

**Send**

PGP public key / Clearnet website / Bitcointalk.org thread / Logout



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**

simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[            ] [          ] Forever ✔ Login
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

[            ] Search

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization**

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 **[All]**                                                print

| Author | Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times) |

**Akemashite
Omedetou**
Member

Activity: 74

**BITCOIN FOG**

◄ ▬▬▬ ►

Ignore

**[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**
October 27, 2011, 05:05:07 PM                                                           #1

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your
ip address, but the transaction history is recorded in the block chain and is
publically available, which makes your anonymity very vulnerable. Once the
interested parties, be it authorities or just interested researchers
(http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
have acquired any one of your addresses or transactions, they could easily track
your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you
is possible, because you will at some point need to exchange your bitcoins to or
from a fiat currency using a bank account number, a credit card, LR account or
similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in
our own pool with other users' bitcoins, and get paid back to other accounts from
our mixed pool, which, if properly done by you can eliminate any chance of finding
your payments and making it impossible to prove any connection between a deposit
and a withdraw inside our service.

**How Bitcoin Fog works**
You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index....

**Bitcoin Forum**                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[                ] [            ] Forever ▼ Login
Login with username, password and session length

**News:** ◆◆ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

[Search]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization**

« previous topic next topic »

print

e Bitcoin Anonymization  (Read 60475 times)

cure Bitcoin Anonymization                    #1

ly". (last update: 2013-03-12)
e information from this thread:

//fogcore5n3ov3tui.onion
ar to tor2web.org, uses SSL):

ter.com/#!/@BitcoinFog

**BITCOIN FOG**

Ignore

The bitcoin network might be anonymous in terms of single-handedly revealing your
ip address, but the transaction history is recorded in the block chain and is
publically available, which makes your anonymity very vulnerable. Once the
interested parties, be it authorities or just interested researchers
(http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
have acquired any one of your addresses or transactions, they could easily track
your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you
is possible, because you will at some point need to exchange your bitcoins to or
from a fiat currency using a bank account number, a credit card, LR account or
similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in
our own pool with other users' bitcoins, and get paid back to other accounts from
our mixed pool, which, if properly done by you can eliminate any chance of finding
your payments and making it impossible to prove any connection between a deposit
and a withdraw inside our service.

**How Bitcoin Fog works**

You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your

The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index....

**Bitcoin Forum**                          simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

| | Forever ∨ | Login |

Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization**

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [**All**]                                          print

Author          Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite**     **[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**              #1
**Omedetou**      October 27, 2011, 05:05:07 PM
Member
                 "Bitcoin anonymization taken seriously". (last update: 2013-03-12)
                 Public website with basically the same information from this thread:
Activity: 74     http://www.bitcoinfog.com
                 Service link (you will need tor): http://fogcore5n3ov3tui.onion
                 Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
                 https://gate.bitcoinfog.com
                 Twitter feed for updates: https://twitter.com/#!/@BitcoinFog
**BITCOIN FOG**

The bitcoin network might be anonymous in terms of single-handedly revealing your
ip address, but the transaction history is recorded in the block chain and is
publically available, which makes your anonymity very vulnerable. Once the
interested parties, be it authorities or just interested researchers
(http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
have acquired any one of your addresses or transactions, they could easily track
your money around the network.



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index....

**Bitcoin Forum**                                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[          ] [          ]  Forever ▼  Login
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.        [          ] Search

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization**

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 **[All]**                                      print

Author        Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite**        **[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**        #1
**Omedetou**          October 27, 2011, 05:05:07 PM
Member
                      "Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Activity: 74          Public website with basically the same information from this thread:
                      http://www.bitcoinfog.com
                      Service link (you will need tor): http://fogcore5n3ov3tui.onion
                      Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
                      https://gate.bitcoinfog.com
**BITCOIN FOG**       Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

                      The bitcoin network might be anonymous in terms of single-handedly revealing your
                      ip address, but the transaction history is recorded in the block chain and is
                      publically available, which makes your anonymity very vulnerable. Once the

We are providing a solution for this: using our service you mix up your bitcoins in
our own pool with other users' bitcoins, and get paid back to other accounts from
our mixed pool, which, if properly done by you can eliminate any chance of finding
your payments and making it impossible to prove any connection between a deposit
and a withdraw inside our service.

How Bitcoin Fog works
You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                          simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[          ] [          ] [ Forever ▾ ] [ Login ]
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.          [          ] [ Search ]

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization**

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [**All**]                                        print

Author          Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite      [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**              #1
Omedetou         October 27, 2011, 05:05:07 PM
Member**

Activity: 74     "Bitcoin anonymization taken seriously". (last update: 2013-03-12)
                 Public website with basically the same information from this thread:
                 http://www.bitcoinfog.com
                 Service link (you will need tor): http://fogcore5n3ov3tui.onion
                 Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
                 https://gate.bitcoinfog.com
**BITCOIN FOG**   Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

◄ ▬▬ ►       The bitcoin network might be anonymous in terms of single-handedly revealing your
                 ip address, but the transaction history is recorded in the block chain and is
                 publically available, which makes your anonymity very vulnerable. Once the
Ignore           interested parties, be it authorities or just interested researchers
                 (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
                 have acquired any one of your addresses or transactions, they could easily track

For security purposes, the service operates through the Tor network only. You can
be sure your data is processed securely and only by our server if you use our .onion
address. On the other hand, this also makes us feel more secure, knowing that we
will never be found and dealt with by proper authorities. (Even if Tor network would

How Bitcoin Fog works
You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your



This is better for you as well; while a freenet service may swear on not cooperating with authorities in case they show up at their homes, we can say with high certainty that not only will we not cooperate with any authorities, the authorities will not actually be able to show up at our doorstep, because finding a tor doorstep has proven difficult.



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                              simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[Forever ▼] [Login]
Login with username, password and session length

News: ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

[Search]

HOME    HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]                                              print

Author          Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite**      **[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**                 #1
**Omedetou**        October 27, 2011, 05:05:07 PM
Member

Activity: 74        "Bitcoin anonymization taken seriously". (last update: 2013-03-12)
                    Public website with basically the same information from this thread:
                    http://www.bitcoinfog.com
                    Service link (you will need tor): http://fogcore5n3ov3tui.onion
                    Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
                    https://gate.bitcoinfog.com
**BITCOIN FOG**     Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

                    The bitcoin network might be anonymous in terms of single-handedly revealing your
                    ip address, but the transaction history is recorded in the block chain and is
Ignore              publically available, which makes your anonymity very vulnerable. Once the
                    interested parties, be it authorities or just interested researchers
                    (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
                    have acquired any one of your addresses or transactions, they could easily track
                    your money around the network.

# Do you keep logs?

We keep logs for 1 week for debugging and troubleshooting purposes. After that
they are automatically deleted. ALL logs are taken care of. Even the bitcoin client

How Bitcoin Fog works
You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your

34pQQkTWMXPsQ65qKE3pTHnnjP47ZDfzSD









8/29/23, 9:15 AM                                               Bitcoin Fog Company

**BITCOIN FOG**
CLEARNET PORTAL

You are almost there...
http://fogcore5n3ov3tui.onion ;)

The Wayback Machine - https://web.archive.org/web/20111107231134/http://www.bitcoinfog.com:80/

## Where is the Fog?

To access Bitcoin Fog you will need Tor. Tor is an open-source anonymization network.

A short overview of Tor Project.

For easy setup: Tor Browser bundle.

When you are done setting up tor, simply go this address:
http://fogcore5n3ov3tui.onion                                http://fogcore5n3ov3tui.onion ;)

The website you are currently browsing is just an information page about how to access the
real thing. Bitcoin fog is not hosted on the same server and can only be accessed through
tor.

## What is bitcoin fog?

The bitcoin network might be anonymous in terms of single-handedly revealing your ip
address, but the transaction history is recorded in the block chain and is publically
available, which makes your anonymity very vulnerable. Once the interested parties, be it
authorities or just interested researchers (http://anon-inch-vin-
bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of
your addresses or transactions, they could easily track your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you is
possible, because you will at some point need to exchange your bitcoins to or from a fiat
currency using a bank account number, a credit card, LR account or similar service which is
much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in our own
pool with other users' bitcoins, and get paid back to other accounts from our mixed pool,
which, if properly done by you can eliminate any chance of finding your payments and
making it impossible to prove any connection between a deposit and a withdraw inside our
service.

## How the service works

You register an account on our website and deposit bitcoins to the designated address.
After a couple of network confirmations, your money is registered on your Fog account, and
you can schedule withdrawals. Each withdrawal will be split in a random number of
payouts, depending on the amount, and the relative size of each payout will be randomized
as well. Even the timing of those payouts will be randomly spread out over a period of time
you will specify.

Ideally you should deposit an amount of bitcoins to the Fog, wait some time (which will
depend on how many users are using the service, right now in the starting phase we
recommend a week) and request a withdrawal, which will not have the same amount as the
original deposit, leaving some funds in the Fog.

Then you should deposit another batch of bitcoins and withdraw yet another amount, again
different from the amount you have deposited. This time it can be lower than deposited, or
higher, adding the funds you have left from the previous deposit. This way there is no
practically reliable way to do statistical analysis on the block chain and link your deposits
to your withdrawals.





# FLOW OF FUNDS FROM MTGOX ACCOUNT 1 TO INFRASTRUCTURE PURCHASES



Heavydist@gmail.com



Значит первый шаг самый охуенный - это вроде бы
1) Европейский банк трансфер сразу из моего банка на аккаунт в mtgox. Занимает может пару бизнесдней, но вроде бы дешево.

2) Потом продаёшь евро в биткойны, и потом биткойны в доллары

3) выводишь на либертирезерв через www.aurumxchange.com

So the first step is the most fucking mind-blowing - it seems to be
1) A European bank transfer directly from my bank to *mtgox* account. It takes a couple of business days perhaps, but it seems to be cheap.

2) Then you sell euros in exchange for bitcoins, and then bitcoins in exchange for dollars

3) you transfer to liberty-reserve through www.aurumxchange.com

# Mt. Gox
# AurumXchange
# Liberty Reserve

# plasma@plasmadivision.com

**Subject:** Successful Liberty Reserve Registration
**From:** no_reply@libertyreserve.com
**Date:** 9/29/2011, 3:21 AM
**To:** plasma@plasmadivision.com

Dear Roman,

Your registration is NOT yet complete! You must login to your account to activate it and complete your registration!

==========================================
Your Liberty Reserve account number: U7489869
==========================================

Reminder: You must login to your account in order to activate it.

For inqueries and support please use our contact form.

Thank you.

# plasma@plasmadivision.com

**Subject:** [Mt.Gox] Account creation confirmation
**From:** Mt.Gox <info@mtgox.com>
**Date:** 9/29/2011, 3:28 AM
**To:** roso987341870 <plasma@plasmadivision.com>

Welcome to Mt.Gox!

Thank you for creating your account with us.

Your login: roso987341870

In order to enable your account, you need to enter your validation code on the Mt.Gox website.

Your confirmation code: YAA6GE3HTMXFGBU6

Alternatively you can click on or copy in your browser this url:
https://mtgox.com/users/register_confirm?ID=908f8fe5-d8bb-4e7b-a7e9-d1120c78b5b7&Code=YAA6GE3HTMXFGBU6


Best regards,
The Mt.Gox Team
info@mtgox.com
https://mtgox.com/

plasma@plasmadivision.com



So the first step is the most fucking mind-blowing - it seems to be
1) A European bank transfer directly from my bank to *mtgox* account. It takes a couple of business days perhaps, but it seems to be cheap.

2) Then you sell euros in exchange for bitcoins, and then bitcoins in exchange for dollars

3) you transfer to liberty-reserve through www.aurumxchange.com

So the first step is the most fucking mind-blowing - it seems to be
1) A European bank transfer directly from my bank to *mtgox* account. It takes a couple of business days perhaps, but it seems to be cheap.

2) Then you sell euros in exchange for bitcoins, and then bitcoins in exchange for dollars

3) you transfer to liberty-reserve through www.aurumxchange.com

# Mt. Gox Accounts

| Login | Email |
|---|---|
| volfprius | volf.prius@hotmail.com |
| roso987341870 | plasma@plasmadivision.com |
| peternfs | nfs9000@hotmail.com |
| kolbasa | kolbasa99@rambler.ru |

So the first step is the most fucking mind-blowing - it seems to be
1) A European bank transfer directly from my bank to *mtgox* account. It takes a couple of business days perhaps, but it seems to be cheap.

2) Then you sell euros in exchange for bitcoins, and then bitcoins in exchange for dollars

3) you transfer to liberty-reserve through www.aurumxchange.com

# Shormint@hotmail.com

Account ID: U0845692  :Account does not have associated API's.
Account Name: shormint
Email: shormint@hotmail.com
Registration Date: 2011-10-07 00:06:41
Bal (USD): 6.06
Bal (EUR): 0
Bal (GLD): 0
First Name: Vasily
Last Name: Kunnikov

Akemashite Omedetou
Shormint@hotmail.com



# FLOW OF FUNDS FROM MTGOX ACCOUNT 1 TO INFRASTRUCTURE PURCHASES



8/29/23, 9:15 AM                                         Bitcoin Fog Company



## BITCOIN FOG
**CLEARNET PORTAL**

You are almost there...
http://fogcore5n3ov3tui.onion ;)

The Wayback Machine - https://web.archive.org/web/20111107231154/http://www.bitcoinfog.com:80/

### Where is the Fog?

To access Bitcoin Fog you will need Tor. Tor is an open-source anonymization network.

A short overview of Tor Project.

For easy setup: Tor Browser bundle

When you are done setting up tor, simply go this address:
http://fogcore5n3ov3tui.onion

http://fogcore5n3ov3tui.onion ;)

The website you are currently browsing is just an information page about how to access the real thing. Bitcoin fog is not hosted on the same server and can only be accessed through tor.

### What is bitcoin fog?

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anon-mid-vm-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you is possible, because you will at some point need to exchange your bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

### How the service works

You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your Fog account, and you can schedule withdrawals. Each withdrawal will be split in a random number of payouts, depending on the amount, and the relative size of each payout will be randomized as well. Even the timing of those payouts will be randomly spread out over a period of time you will specify.

Ideally you should deposit an amount of bitcoins to the Fog, wait some time (which will depend on how many users are using the service, right now in the starting phase we recommend a week) and request a withdrawal, which will not have the same amount as the original deposit, leaving some funds in the Fog.

Then you should deposit another batch of bitcoins and withdraw yet another amount, again different from the amount you have deposited. This time it can be lower than deposited, or higher, adding the funds you have left from the previous deposit. This way there is no practically reliable way to do statistical analysis on the block chain and link your deposits to your withdrawals.

https://web.archive.org/web/20111107231154/http://www.bitcoinfog.com/                                1/3



# Where is the Fog?

To access Bitcoin Fog you will need Tor. Tor is an open-source anonymization network.

A short overview of Tor Project.

For easy setup: Tor Browser bundle

When you are done setting up tor, simply go this address:
http://fogcore5n3ov3tui.onion

The website you are currently browsing is just an information page about how to access the real thing. Bitcoin fog is not hosted on the same server and can only be accessed through tor.



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index....

**Bitcoin Forum**                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, **Guest**. Please login or register.

[_____] [_____] [Forever ✓] [Login]
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

[_____] [Search]

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > **[ANNOUNCE] Bitcoin Fog:**
**Secure Bitcoin Anonymization**

« previous topic next topic »
print

Pages: 1 2 3 4 5 6 7 8 9 10 11 **[All]**

Author       Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite**      **[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**           #1
**Omedetou**       October 27, 2011, 05:05:07 PM
Member

**Public website** with basically the same information from this thread:

## http://www.bitcoinfog.com



Ignore

ip address, but the transaction history is recorded in the block chain and is
publically available, which makes your anonymity very vulnerable. Once the
interested parties, be it authorities or just interested researchers
(http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html)
have acquired any one of your addresses or transactions, they could easily track
your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you
is possible, because you will at some point need to exchange your bitcoins to or
from a fiat currency using a bank account number, a credit card, LR account or
similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in
our own pool with other users' bitcoins, and get paid back to other accounts from
our mixed pool, which, if properly done by you can eliminate any chance of finding
your payments and making it impossible to prove any connection between a deposit
and a withdraw inside our service.

## How Bitcoin Fog works

You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your

# Killdozer

## Sent PMs

○ Time: 2011-10-02 00:52:06

○ Body:
Hello!
Did you already outsource the blindbitcoin site to someone else? If not, I am very much willing to discuss taking over, I think the service is great and operating such a website would be very interesting. Besides, I believe I have all the needed techincal qualifications.
Do you have a jabber account? Perhaps we could discuss this in more detail there?

## Akemashite Omedetou

### Sent PMs

○ Time: 2011-10-27 12:51:29

○ Body:

I don't know if it was you personally, but thanks for unlocking my account. I never anticipated so much trolling in the now-deleted "Bitcoin fog" topic yesterday. The idea was to create it before the actual announcement, to be able to reserve first two answers for updates and extra information, because we are planning to use a topic here as the main discussion place for the service. Nevertheless, I won't do any more such experiments, I'll just put the announcement in at 1700 UTC, plain and simple. The service itself is basically a blindbitcoin- implementation with improvements and more professionally done, operating through tor.

**Akemashite Omedetou**
Member

Activity: 74



I have been following Blind Bitcoin project and in fact, many of the ideas in our service originated in that. (We are not however using any codebase from BB. Our solution is customly written.)

| | 212.117.160.123 | 212.16.7.171 | 213.66.214.217 | 61.19.252.148 | 70.90.169.13 | 83.248.132.4 | 83.254.53.11 | 95.168.163.228 |
|---|---|---|---|---|---|---|---|---|
| **BITSTAMP-HEAVY** | | | X | | X | | | |
| **BTCE-HEAVYDIST** | | | | | X | | | |
| **BT-KILLDOZER** | | | X | | X | X | | |
| **LOCALBIT-GOTHENCOIN** | | | | | X | | | |
| **LR-HEAVYDIST** | | | | | X | | | |
| **LR-PLASMA** | X | | | X | X | X | | |
| **LR-SHORMINT** | X | | | X | | | | X |
| **MTGOX-KOLBASA** | X | X | | X | | | | X |
| **MTGOX-PETERNFS** | X | X | | | | | | |
| **MTGOX-PLASMA** | | | | | X | X | | |
| **MTGOX-VOLFPRIUS** | X | | | X | | | | |
| **TWITTER-CRAYKILLDOZER** | | | | | X | | | |







# M247 - Romania

# M247 - Romania



# M247 - Romania



 **Akemashite Omedetou (OP)** Member  Re: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  December 31, 2015, 03:37:24 PM   #513

We currently experience outages related to a hardware failure. Sorry for this inconvenience, we are working on getting the service back online as soon as

 **Akemashite Omedetou (OP)** Member   Activity: 84   Merit: 13  Re: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  January 13, 2016, 12:09:53 AM   #527

We have finally been able to resolve all the technical issues. We know there have been a lot of delays and we are sorry for the inconvenience. Ultimately this comes as a cost for running our service at the level of anonymity that we have.
As of now both deposits, withdrawals and the mixing process are all working as expected.

Aug. 3, 2016, 1:36 p.m.

None

"Dear Roman, thank you for your reply and the provided document. 1. Would it be possible to provide us with some screenshots of email confirmations you have received from Mt.Gox for the purchased bitcoin? 2. Additionally could you confirm if you were using any crypto-currency tumblers? We thank you for your cooperation and look forward to hearing from you. If you have any questions, please feel free to ask. Best regards, Rok Pristov"

Aug. 3, 2016, 1:36 p.m.

None

"Dear Roman, thank you for your reply and the provided document. 1. Would it be possible to provide us with some screenshots of email confirmations you have received from Mt.Gox for the purchased bitcoin? 2. Additionally could you confirm if you were using any crypto-currency tumblers? We thank you for your cooperation and look forward to hearing from you. If you have any questions, please feel free to ask. Best regards, Rok Pristov"

Roman Sterlingov (52443)

Aug. 3, 2016, 1:57 p.m.

problems? 2. Additionally could you confirm if you were using any crypto-currency tumblers? I don't know if I did with the specific funds sent to your exchange. It's not impossible. I did a lot of experimenting with bitcoins back in the day, it was a very new and exciting technology. I haven't done this recently, but my account here is very old, I don't really remember. As you probably understand, I don't keep a record of every thing I do on my computer for years to come... If it would be in your terms at the time that this kind of information would need to be kept, then I would have done it."

♦ Bitstamp, dollars, probably like 50k?
Withdrawn everything when they started delaying withdrawals and asking for 10 stupid questions.

Do not use them, tell everyone to stop using them…















| Summary Table of BITCOIN FOG Darknet Market Exposure | | | | | |
|---|---|---|---|---|---|
| **Counterparty Name** | | **Directly Sent to BITCOIN FOG** | **Indirectly Sent to BITCOIN FOG** | **Directly Received from BITCOIN FOG** | **Indirectly Received from BITCOIN FOG** |
| SILK ROAD | BTC | 377102.7388 | 101783.57 | 106522.7697 | 51273.39 |
| | USD | $9,724,911 | $10,340,446 | $2,321,637 | $1,471,025 |
| SILK ROAD 2.0 | BTC | 22863.74065 | 12438.155 | 11274.31369 | 4320.23 |
| | USD | $12,582,929 | $6,463,629 | $5,852,300 | $2,534,628 |
| ALPHABAY | BTC | 5700.845981 | 2826.69 | 3651.443827 | 2638.945 |
| | USD | $3,062,842 | $1,868,844 | $1,679,212 | $1,342,528 |
| AGORA | BTC | 41972.36366 | 25679.985 | 26398.44487 | 10027.08 |
| | USD | $14,231,729 | $8,624,142 | $8,588,675 | $3,389,947 |
| NUCLEUS | BTC | 5240.193979 | 2820.15 | 2829.752662 | 1463.475 |
| | USD | $1,438,077 | $886,452 | $802,798 | $400,639 |
| ABRAXAS | BTC | 4116.93734 | 1895.51 | 2066.420789 | 903.39 |
| | USD | $1,027,249 | $558,194 | $516,058 | $229,535 |
| PANDORA | BTC | 2032.569964 | 418.28 | 553.2503671 | 401.155 |
| | USD | $1,254,828 | $238,695 | $299,141 | $260,550 |
| SHEEP | BTC | 7646.828974 | 2747.84 | 1547.522515 | 1925.09 |
| | USD | $2,788,483 | $1,494,597 | $361,895 | $551,001 |
| BLACK BANK | BTC | 2918.068006 | 2146.795 | 1632.1633 | 947.065 |
| | USD | $912,669 | $1,043,156 | $427,255 | $280,495 |
| WELCOME TO VIDEO | BTC | 0 | 0 | 2.47269674 | 1.675 |
| | USD | $0 | $0 | $989 | $846 |

## COUNT ONE
### (Money Laundering Conspiracy)

# COUNT TWO
## (Money Laundering)

# COUNT THREE
## (Operating an Unlicensed Money Transmitting Business)

a. Operated without an appropriate money transmitting license in the District of Columbia, where such operation is punishable as a felony under District of Columbia law, whether or not STERLINGOV knew that the operation was required to be licensed or that the operation was so punishable;

b. Failed to comply with the money transmitting business registration requirements under Title 31, United States Code, Section 5330, and the regulations prescribed thereunder; and

c. Otherwise involved the transportation and transmission of funds known to STERLINGOV to have been derived from a criminal offense and intended to be used to promote and support unlawful activity;

## COUNT FOUR
(Money Transmission Without a License)