UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of the Government's Motion in Limine for Preliminary Jury Instructions, To Exclude Under Rule 403, and Other Miscellaneous Relief, it is hereby

ORDERED, that comments, arguments, or testimony relating to the hack of Mt. Gox or alleged misconduct by former Mt. Gox executives shall be excluded pursuant to Fed. R. Evid. 403; it is further

ORDERED, that the Court's ruling on impermissible defense arguments on September 15, 2023, applies equally to voir dire; it is further

ORDERED, that the defense shall provide notice no later than February __, 2024 of whether the defendant will request that the jury be retained to determine the forfeitability of specific property if it returns a guilty verdict on Counts One, Two, or Three; it is further

ORDERED, that the parties shall be prepared to identify any witnesses they intend to call during the next day of trial.

Dated this _____ day of February, 2024.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE