# Exhibit A



# Cryptocurrency Tracing Certified Examiner (CTCE)

ISSUED TO

## Francisco Caban_as



Issued on: 19 SEP 2023 | Expires on: 19 SEP 2025 | Issued by: CipherTrace
Verify: https://www.credly.com/go/eW2oFhHU