# Exhibit B

McAfee Institute
Board Credentialing
695 Trade Center Blvd, STE 110
Chesterfield MO 63005

Date: 12/21/23
Re: jayverret@gmail.com
Dear John Verret,

Congratulations on earning your board certification and designation as a Certified Cryptocurrency Forensic Investigator (CCFI) with the McAfee Institute. I want to be the first to welcome you to the McAfee Institute family and present you with your new credentials. Together with over 75,000 Board Certified Professionals worldwide, you are now a part of the elite, the best of the best. Feel free to utilize your new designation on your business cards, LinkedIn profile, and resume and wear it proud! It is truly a phenomenal accomplishment.

Accompanying this letter is your unofficial transcripts / CPE award letter. Feel free to keep these on file for your records. Your digital board certification and credentials should be issued within 2 weeks and if you ordered a physical diploma package it will arriving in 3-5 weeks. If you did not order a physical diploma package you can do so here https://www.mcafeeinstitute.com/products/graduation-packet or call us at 888-263-1650, they are amazing!

Lastly, we do provide verification services for your new credential. Simply direct the individual that needs to validate your credential to email certifications@mcafeeinstitute.com or call 888-263-1650. If you would like to order an official copy of your transcripts, please visit us at https://www.mcafeeinstitute.com/products/transcript-order

If you have any questions, please let us know as we are here to help. You can reach us at 888-263-1650. Again, welcome to our family!

Founder & CEO of McAfee Institute

McAfee Institute  
Registrar's Office  
635 Trade Center Blvd STE 110  
Chesterfield, MO 63005

National Registry of CPE  
Sponsors #: 112963

**Student Details:**  
John Verret

**Record #:** 750-371067769  
**Date:** 12/21/23

**Course Name**  
Certified Cryptocurrency Forensic Investigator (CCFI)

**Expiration**  
Valid for 2 Years

*On Behalf of the Board of Regents of the McAfee Institute we here by award the following CPE credits for completion of your Board Certification.*

**Instructional Delivery Method:** Group Internet Based

| Field of Study | # of CPE Credits | Type of Credit |
|---|---|---|
| Business Management and Organization | | CPE |
| Behavioral Ethics | | CPE |
| Information Technology | 5 | CPE |
| Personal Development | 5 | CPE |
| Computer Software & App | 15 | CPE |
| Specialized Knowledge & Applications | 15 | CPE |
| Total CPE Issued | 40 | |

NOTICE

*This is an unofficial student transcript.*

*In accordance with the standards of the McAfee Institute and the National Registry of CPE Sponsors, CPE credits have been granted based on a 50-minute hour.*

www.mcafeeinstitute.com

