# Exhibit 1

# BITCOIN & CRYPTO FINANCIAL FORENSICS

PROFESSOR J.W. VERRET, JD, CPA/CFF, CFE, CVA, CCFI

ASSOCIATE PROFESSOR, GEORGE MASON UNIVERSITY SCHOOL OF LAW

# STANDARD FORENSIC PRINCIPLES

- Standards of Forensic Accounting (CPA/CFF certification)
- Standards of Fraud Examination (CFE certification)
- Principles for Certified Cryptocurrency Forensic Investigators (CCFI certification)
- Published Professor of Banking Law, Forensic Accounting, Securities & Corporate Law

# DID STERLINGOV RECEIVE BITCOIN FOG FEES?

Financial Forensic standard tools available include:
- Net Worth/Income Indirect Analysis
- Presence of Unexplained Assets
- Correlation/Pattern Analysis
- Money Laundering Habits/Typology
- Crypto Privacy Behavior Patterns

# EARLY ADOPTER

- Early Bitcoin buyers and adopters experienced incredible returns.
- Mr. Sterlingov began buying Bitcoin 13-14 years ago.
- He used peer-to-peer transactions and paper wallets.
- Early user of privacy tools like Bitcoin Fog.

# BITCOIN VALUE OVER TIME

| Bitcoin & Traditional Assets ROI (vs USD) | | | |
|---|---|---|---|
|  | **Bitcoin** | **Gold** | **S&P 500** |
| 1 year: | +35% | +14% | +14% |
| 2 year: | -22% | +9% | +4% |
| 3 year: | +185% | +3% | +41% |
| 4 year: | +215% | +39% | +51% |
| 5 year: | +271% | +61% | +62% |
| 6 year: | +997% | +56% | +84% |
| 7 year: | +4,480% | +47% | +110% |
| 8 year: | +10,128% | +80% | +117% |
| 9 year: | +4,963% | +51% | +130% |
| 10 year: | +32,008% | +49% | +169% |
| 11 year: | +341,646% | +22% | +228% |
| 12 year: | +221,320% | +21% | +253% |
| 13 year: | +47 million% | +67% | +314% |
| 14 year: | +3.9 billion% | +111% | +366% |

https://casebitcoin.com

# BITCOIN PIZZA DAY

- May 22, 2010 - Bitcoin Pizza Day
- 2 Pizzas bought for 10,000 BTC
- $480,000,000 Pizza today

## MR. STERLINGOV INCOME AND ASSETS

- 2010-2011 Bitcoin as low as $0.40
- 2707 BTC - Glave estimate

## PERSONAL PRIVACY

- Safety
- Most mixing is for Personal Privacy
- OpSec
- Mixing Report
- Professional Responsibility

# FORENSIC INTERVIEWS

- 2010-2012 – Cash Transactions
- Up to $1000
- Dozens of Bitcoin Meetups
- Hundreds of Bitcoin at a time

# ASSETS

- Blocket
- Travel

## ASSESSING CREDIBILITY

- KYC
- Gift Cards
- XBT vs. BTC
- Co-operators

## NO MONEY LAUNDERING

- 5 Reasons

# #1 – POST MIX KYC

- Operator of Bitcoin Fog is smarter than that.
- Gift Cards
- Prepaid Phone Cards

# #2 - MYSTERY OF THE MISSING BITCOIN

- Expected Assets of the True Bitcoin Fog Operator
- 24,000 to 36,000 BTC – What Bitcoin Fog Operator Has
- $1,150,000,000 ($1.15 Billion) to $1,608,000,000 ($1.6 Billion)

# #3 – TO THE MOON / BITCOASTER VENTURES

- Failed Business
- Minimal Cash-Flow
- Never functional
- Not a front for money laundering

# #4 – CODE REACTOR

- Freelance Work
- Invoices
- Client Privacy

# #5 – "PUTTING" MONEY

- Mt. Gox to Aurum Exchange to Liberty Reserve = Common Practice
- Numerous Bitcoin Talk "Putting" Posts
- Best fix for the problem

# NO BITCOIN FOG FEES

- 4-3% Variable Fee
- Missing math

# BITCOIN FOG CASH FLOW

- 4.2 Million Bitcoin
- 4-3% Variable Fee

# GRAND TOTALS

- ~$4,000,000,000 -$4,300,000,000 – What Bitcoin Fog Operator has
- <$2 million – Estimate of Mr. Sterlingov 's maximum total

## MISSING BITCOIN

- 49,939 BTC
- 7.3 x more than 2707

## DO THE MATH

- Bitcoin Fog Operations Proceeds Accounting
- BTC Processed by Fog alleged by Government    4,200,000 BTC
- Fee Rate Estimate 2.0% (conservative, could stretch to 3%)
- Total Fees Received By Operator    24,000 BTC (conservative, may stretch toward 36,000 BTC)
- Govt Est. of Sterlingov Bitcoin Sourced From Bitcoin Fog    2707 BTC (implied under Glave estimate)
- Approximate BTC Remaining in the Bitcoin Fog Cluster    4354 BTC
- **"Proceeds" Unaccounted For    49,939 BTC (worth $957 million at the Feb 44 $48,000 price, worth $1.34 Billion at Bitcoin's price peak of $67,000 in 2024)**

## PATTERN CORRELATION ANALYSIS

- No correlation
- Early Bitcoin adopter
- Early Bitcoin Fog user
- 2014 price spike
- Consolidates Bitcoin to KYC Exchanges
- No more paper wallets

## SUMMARY – NO BITCOIN FOG SERVICE FEES

- Insufficient evidence for Net Worth/Net Income Indirect Analysis
- Lack of Substantial Unexplained Assets (Relative to Bitcoin Fog total fees at one point valued at over $4.34 BILLION, presently valued at $957 MILLION)
- Lack of Pattern Correlation Between BTC Fog fees and Sterlingov Bitcoin activity
- Sterlingov's early bitcoin wealth
- Use of privacy tool common
- No money laundering pattern
- Sending post-mix tokens to KYC Kraken accounts

# BITCOIN TRACING UNRELIABLE

- Private Key Problem
- Tracing is an unreliable attribution method
- Scientific Peer-Reviewed Doubts
    - *Analyzing the Error Rates of Bitcoin Clustering Heuristics* – Yanan Gong et al.
        - 50-90% Error Rates
- No Government Standards or Regulation

# CONCLUSION

- No financial forensic evidence that Mr. Sterlingov operated Bitcoin Fog