# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of Government's Motion To Exclude "Supplemental" Expert Testimony by Professor Verret First Disclosed in the Middle of Trial, and for good cause, it is hereby

ORDERED, pursuant to Fed. R. Crim. P. 16(d)(2)(C), that the defense shall be prohibited from introducing testimony relating to the subject matter of Professor J.W. Verret's Feb. 24, 2024 "Supplemental Expert Report," and it is further

ORDERED, that the substance of Professor J.W. Verret's expert testimony shall be limited to his pretrial disclosures as modified by the Court's oral rulings on September 8, 2023 and September 15, 2023, and that defense counsel shall confirm that Professor Verret will not raise any other topics or subjects in his testimony.

Dated this _____ day of February, 2024.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE