UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

## SPECIAL VERDICT FORM FOR FORFEITURE PROCEEDING

1. We, the jury, unanimously find by a preponderance of the evidence, that $349,625.72, seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

   Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts _____ of the Indictment, namely [Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

   YES _____

   NO _____

2. We, the jury, unanimously find by a preponderance of the evidence, that approximately 0.10877 Bitcoin (BTC) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

   Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts _____ of the Indictment, namely [Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

   YES _____

   NO _____

3.     We, the jury, unanimously find by a preponderance of the evidence, that approximately 205.9625 Ethereum (ETH) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

        Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts _____ of the Indictment, namely [Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

        YES _____

        NO _____

4.     We, the jury, unanimously find by a preponderance of the evidence, that approximately 9,371.52683 Stellar (XLM) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

        Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts _____ of the Indictment, namely [Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.

        YES _____

        NO _____

5.     We, the jury, unanimously find by a preponderance of the evidence, that approximately 35.9998 Monero (XMR) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

> Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts _____ of the Indictment, namely [Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

6.     We, the jury, unanimously find by a preponderance of the evidence, that approximately 1,354 BTC currently held in the Bitcoin Fog wallet, identified by root address 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw, named in the Forfeiture Allegation of the Indictment, is:

> Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts _____ of the Indictment, namely [Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business], or property traceable thereto.
>
> YES _____
>
> NO _____

**SIGNATURE OF FOREPERSON**

_____  _____  _____
Date             Time             Foreperson