Exhibit B

# BITCOIN & CRYPTO FINANCIAL FORENSICS

PROFESSOR J.W. VERRET, JD, CPA/CFF, CFE, CVA, CCFI

ASSOCIATE PROFESSOR, GEORGE MASON UNIVERSITY SCHOOL OF LAW

# STANDARD FORENSIC PRINCIPLES

- Standards of Forensic Accounting (CPA/CFF certification)

- Standards of Fraud Examination (CFE certification)

- Principles for Certified Cryptocurrency Forensic Investigators (CCFI certification)

- Published Professor of Banking Law, Forensic Accounting, Securities & Corporate Law

# DID STERLINGOV RECEIVE BITCOIN FOG FEES?

Financial Forensic standard tools available include:

- Net Worth/Income Indirect Analysis
- Presence of Unexplained Assets
- Correlation/Pattern Analysis
- Money Laundering Habits/Typology
- Crypto Privacy Behavior Patterns

# EARLY ADOPTER

- Early Bitcoin buyers and adopters experienced incredible returns.

- Mr. Sterlingov began buying Bitcoin 13-14 years ago.

- He used peer-to-peer transactions and paper wallets.

- Early user of privacy tools like Bitcoin Fog.

# BITCOIN VALUE OVER TIME

## Bitcoin & Traditional Assets ROI (vs USD)

| | Bitcoin | Gold | S&P 500 |
|---|---|---|---|
| 1 year: | +35% | +14% | +14% |
| 2 year: | -22% | +9% | +4% |
| 3 year: | +185% | +3% | +41% |
| 4 year: | +215% | +39% | +51% |
| 5 year: | +271% | +61% | +62% |
| 6 year: | +997% | +56% | +84% |
| 7 year: | +4,480% | +47% | +110% |
| 8 year: | +10,128% | +80% | +117% |
| 9 year: | +4,963% | +51% | +130% |
| 10 year: | +32,008% | +49% | +169% |
| 11 year: | +341,646% | +22% | +228% |
| 12 year: | +221,320% | +21% | +253% |
| 13 year: | +47 million% | +67% | +314% |
| 14 year: | +3.9 billion% | +111% | +366% |

https://casebitcoin.com

# BITCOIN PIZZA DAY

- May 22, 2010 - Bitcoin Pizza Day

- 2 Pizzas bought for 10,000 BTC

- $480,000,000 Pizza today

# MR. STERLINGOV INCOME AND ASSETS

- 2010-2011 Bitcoin as low as $0.40

- 2707 BTC - Glave estimate

# PERSONAL PRIVACY

- Safety

- Most mixing is for Personal Privacy

- OpSec

- Mixing Report

- Professional Responsibility

# FORENSIC INTERVIEWS

- 2010-2012 – Cash Transactions

- Up to $1000

- Dozens of Bitcoin Meetups

- Hundreds of Bitcoin at a time

# ASSETS

- Blocket

- Travel

# ASSESSING CREDIBILITY

- KYC

- Gift Cards

- XBT vs. BTC

- Co-operators

# NO MONEY LAUNDERING

- 5 Reasons

# #1 – POST MIX KYC

- Operator of Bitcoin Fog is smarter than that.

- Gift Cards

- Prepaid Phone Cards

# #2 - MYSTERY OF THE MISSING BITCOIN

- Expected Assets of the True Bitcoin Fog Operator

- 24,000 to 36,000 BTC – What Bitcoin Fog Operator Has

- $1,150,000,000 ($1.15 Billion) to $1,608,000,000 ($1.6 Billion)

# #3 – TO THE MOON / BITCOASTER VENTURES

- Failed Business

- Minimal Cash-Flow

- Never functional

- Not a front for money laundering

# #4 – CODE REACTOR

- Freelance Work

- Invoices

- Client Privacy

# #5 – "PUTTING" MONEY

- Mt. Gox to Aurum Exchange to Liberty Reserve = Common Practice

- Numerous Bitcoin Talk "Putting" Posts

- Best fix for the problem

# NO BITCOIN FOG FEES

- 4-**3%** Variable Fee

- Missing math

# BITCOIN FOG CASH FLOW

- 4.2 Million Bitcoin
- 4-3% Variable Fee

# GRAND TOTALS

- ~$4,000,000,000 -$4,300,000,000 – What Bitcoin Fog Operator has

- <$2 million – Estimate of Mr. Sterlingov 's maximum total

# MISSING BITCOIN

- 49,939 BTC

- 7.3 x more than 2707

# DO THE MATH

- Bitcoin Fog Operations Proceeds Accounting

- BTC Processed by Fog alleged by Government    4,200,000 BTC

- Fee Rate Estimate 2.0% (conservative, could stretch to 3%)

- Total Fees Received By Operator        24,000 BTC (conservative, may stretch toward 36,000 BTC)

- Govt Est. of Sterlingov Bitcoin Sourced From Bitcoin Fog      2707 BTC (implied under Glave estimate)

- Approximate BTC Remaining in the Bitcoin Fog Cluster        4354 BTC

- **"Proceeds" Unaccounted For        49,939 BTC (worth $957 million at the Feb 44 $48,000 price, worth $1.34 Billion at Bitcoin's price peak of $67,000 in 2024)**

# PATTERN CORRELATION ANALYSIS

- No correlation

- Early Bitcoin adopter

- Early Bitcoin Fog user

- 2014 price spike

- Consolidates Bitcoin to KYC Exchanges

- No more paper wallets

# SUMMARY – NO BITCOIN FOG SERVICE FEES

- Insufficient evidence for Net Worth/Net Income Indirect Analysis
- Lack of Substantial Unexplained Assets (Relative to Bitcoin Fog total fees at one point valued at over $4.34 BILLION, presently valued at $957 MILLION)
- Lack of Pattern Correlation Between BTC Fog fees and Sterlingov Bitcoin activity
- Sterlingov's early bitcoin wealth
- Use of privacy tool common
- No money laundering pattern
- Sending post-mix tokens to KYC Kraken accounts

# BITCOIN TRACING UNRELIABLE

- Private Key Problem

- Tracing is an unreliable attribution method

- Scientific Peer-Reviewed Doubts
    - *Analyzing the Error Rates of Bitcoin Clustering Heuristics* – Yanan Gong et al.
        - 50-90% Error Rates

- No Government Standards or Regulation

# CONCLUSION

- No financial forensic evidence that Mr. Sterlingov operated Bitcoin Fog