UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>        Defendant. | No. 21-cr-399 (RDM) |

**DEFENDANT'S NOTICE OF PROFESSOR J.W. VERRET'S PROFFERED REVISED DEMONSTRATIVE SUMMARY SLIDE DECK FOR TRIAL**

Roman Sterlingov, by and through undersigned counsel, proffers the following attached slide deck as the latest slimmed down version of the Power Point presentation discussed in Court at the end of the day on Friday, March 1st, 2024. The Defense intends to use this slide deck as demonstrative summary in conjunction with Professor Verret's expert testimony on Monday, March 4, 2024.

This revised version is in reaction to the Government's objections sent to the Defense via email on Saturday, March 2nd, 2024. The first version of this slimmed down slide deck was sent to the Government via email at 9:38 am on Sunday, March 3rd, 2024, along with a response to the Government's objections. At 2:05pm the same day, the Defense sent the attached version, which is even further slimmed down from the slide deck sent to the Government in the morning. As of this filing, the Government has not responded to attached proffered demonstrative summary.

1

March 3, 2024
Washington, D.C.

                                    Respectfully submitted,

                                    /s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

*Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov