Exhibit A

# BITCOIN & CRYPTO FINANCIAL FORENSICS

## PROFESSOR J.W. VERRET, JD, CPA/CFF, CFE, CVA, CCFI

### ASSOCIATE PROFESSOR, GEORGE MASON UNIVERSITY SCHOOL OF LAW

# STANDARD FORENSIC PRINCIPLES

- Standards of Forensic Accounting (CPA/CFF certification)

- Standards of Fraud Examination (CFE certification)

- Principles for Certified Cryptocurrency Forensic Investigators (CCFI certification)

- Published Professor of Banking Law, Forensic Accounting, Securities & Corporate Law

# DID STERLINGOV RECEIVE BITCOIN FOG FEES?

Financial Forensic standard tools available include:

- Net Worth/Income Indirect Analysis
- Presence of Unexplained Assets
- Correlation/Pattern Analysis
- Money Laundering Habits/Typology
- Crypto Privacy Behavior Patterns

# DO THE MATH

- Bitcoin Fog Operations Proceeds Accounting

- BTC Processed by Fog alleged by Government    1,200,000 BTC

- Fee Rate Estimate 2.0% (conservative, could stretch to 3%)

- Total Fees Received By Operator        24,000 BTC (conservative, may stretch toward 36,000 BTC)

- Govt Est. of Sterlingov Bitcoin Sourced From Bitcoin Fog     2707 BTC (implied under Glave estimate)

- Approximate BTC Remaining in the Bitcoin Fog Cluster        1354 BTC

- **"Proceeds" Unaccounted For        19,939 BTC (worth $957 million at the Feb 11 $48,000 price, worth $1.34 Billion at Bitcoin's price peak of $67,000 in 2021)**

# BITCOIN VALUE OVER TIME

## Bitcoin & Traditional Assets ROI (vs USD)

|           | Bitcoin      | Gold  | S&P 500 |
|-----------|--------------|-------|---------|
| 1 year:   | +35%         | +14%  | +14%    |
| 2 year:   | -22%         | +9%   | +4%     |
| 3 year:   | +185%        | +3%   | +41%    |
| 4 year:   | +215%        | +39%  | +51%    |
| 5 year:   | +271%        | +61%  | +62%    |
| 6 year:   | +997%        | +56%  | +84%    |
| 7 year:   | +4,480%      | +47%  | +110%   |
| 8 year:   | +10,128%     | +80%  | +117%   |
| 9 year:   | +4,963%      | +51%  | +130%   |
| 10 year:  | +32,008%     | +49%  | +169%   |
| 11 year:  | +341,646%    | +22%  | +228%   |
| 12 year:  | +221,320%    | +21%  | +253%   |
| 13 year:  | +47 million% | +67%  | +314%   |
| 14 year:  | +3.9 billion%| +111% | +366%   |

https://casebitcoin.com

# BITCOIN PIZZA DAY

- May 22, 2010 - Bitcoin Pizza Day

- 2 Pizzas bought for 10,000 BTC

- $480,000,000 Pizza today

# MR. STERLINGOV INCOME AND ASSETS

- 2010-2011 Bitcoin as low as $0.40

- 2707 BTC - Glave estimate

# PERSONAL PRIVACY

- Safety

- Most mixing is for Personal Privacy

- OpSec

- Mixing Report

- Professional Responsibility

# NO MONEY LAUNDERING

- 5 Reasons

# #1 – POST MIX KYC

- Operator of Bitcoin Fog is smarter than that.

- Gift Cards

- Prepaid Phone Cards

# #2 - MYSTERY OF THE MISSING BITCOIN

- Expected Assets of the True Bitcoin Fog Operator

- 24,000 to 36,000 BTC – Ceiling of What Bitcoin Fog Operator Has

- $1,150,000,000 ($1.15 Billion) to $1,608,000,000 ($1.6 Billion)

# #3 – TO THE MOON / BITCOASTER VENTURES

- Failed Business

- Minimal Cash-Flow

- Never functional

- Not a front for money laundering

# #4 – CODE REACTOR

- Freelance Work

- Invoices

- Client Privacy

# #5 – "PUTTING" MONEY

- Mt. Gox to Aurum Exchange to Liberty Reserve = Common Practice

- Numerous Bitcoin Talk "Putting" Posts

- Best fix for the problem

# CONCLUSION

- No financial forensic evidence that Mr. Sterlingov operated Bitcoin Fog