### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 21-cr-399 (RDM)** |
| | **:** | |
| **ROMAN STERLINGOV,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S RESPONSE TO DEFENSE NOTICE OF
### REVISED SLIDE DECK FOR PROFESSOR VERRET

The United States respectfully responds as follows to the "Defendant's Notice of Professor J.W. Verret's Proffered Revised Demonstrative Summary Slide Deck for Trial," ECF No. 261:

On Saturday, March 2, 2024, the government provided a detailed list of objections to some (not all) of Professor Verret's proposed demonstrative[1] PowerPoint slide deck. *See* Ex. 1.

On Sunday, March 3, 2024, the defense provided an updated slide deck cutting several of the slides to which the government articulated objections. The defense, however, continues to include and has made no change to seven of the slides to which the government articulated objections. The government continues to object to those seven slides in whole or in part.

---

[1] The defense characterizes the slide deck as a "demonstrative summary," but it meets none of the requirements for a summary exhibit and should be admitted, if at all, only as a demonstrative. *See United States v. Hemphill*, 514 F.3d 1350, 1358-59 (D.C. Cir. 2008) (summarizing requirements for admission of summary exhibits pursuant to Fed. R. Evid. 1006).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        */s/ Jeffrey Pearlman*
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov