**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 21-cr-399 (RDM)** |
| | **:** | |
| **ROMAN STERLINGOV,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America respectfully submits this Notice of Filing and corresponding attached exhibits for the record. During trial in the above matter, defense raised a question regarding electronic discovery that had previously been provided by the government. The matter was discussed on the record. *See* 2/27/24 (PM) Tr. at 17:17-28:19. The Court invited the government to lodge referenced email correspondence on the docket in order to make a record. The government accordingly submits the attached materials for the record.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
       Christopher B. Brown, D.C. Bar No. 1008763
       Assistant United States Attorney
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-7153
       Christopher.Brown6@usdoj.gov

       */s/ C. Alden Pelker*
       */s/ Jeffrey Pearlman*
       C. Alden Pelker, Maryland Bar
       Jeff Pearlman, D.C. Bar No. 466901
       Trial Attorneys, U.S. Department of Justice
       Computer Crime & Intellectual Property Section
       1301 New York Ave., N.W., Suite 600
       Washington, D.C. 20005
       (202) 616-5007 (Pelker)
       (202) 579-6543 (Pearlman)
       Catherine.Pelker@usdoj.gov
       Jeffrey.Pearlman2@usdoj.gov