# Pelker, Catherine (CRM)

| | |
|---|---|
| **From:** | Tor Ekeland <tor@torekeland.com> |
| **Sent:** | Wednesday, September 7, 2022 12:05 PM |
| **To:** | Brown, Christopher (USADC); Michael Hassard |
| **Cc:** | Pelker, Catherine (CRM); Tart, Michon (USADC) |
| **Subject:** | [EXTERNAL] Re: U.S. v. Roman Sterlingov - discovery production |

Thx!

---

**From:** Brown, Christopher (USADC) <Christopher.Brown6@usdoj.gov>
**Date:** Wednesday, September 7, 2022 at 10:54 AM
**To:** Tor Ekeland <tor@torekeland.com>, Michael Hassard <Michael@torekeland.com>, Nicole Guitelman
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>, Tart, Michon (USADC)
**Subject:** RE: U.S. v. Roman Sterlingov - discovery production

And the hard drives containing data related to the Romania server were sent on 9/6 via FedEx, Tracking # **5592 6260 2844**.

Regards,
Chris

**Christopher B. Brown**
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Office:              | Mobile:
Christopher.Brown6@usdoj.gov

---

**From:** Brown, Christopher (USADC)
**Sent:** Tuesday, September 6, 2022 8:40 PM
**To:** 'Tor Ekeland' <tor@torekeland.com>; 'Michael Hassard' <Michael@torekeland.com>; 'Nicole Guitelman'
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>;
**Subject:** RE: U.S. v. Roman Sterlingov - discovery production

Counsel – Attached please find another discovery letter, which accompanies the production of discovery, available via USAfx:
Sterlingov Sept. 6, 2022 production | Powered by Box

Regards,
Chris

Christopher B. Brown
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Office:              | Mobile:
Christopher.Brown6@usdoj.gov

1

**From:** Brown, Christopher (USADC)
**Sent:** Tuesday, August 23, 2022 10:30 PM
**To:** 'Tor Ekeland' <tor@torekeland.com>; 'Michael Hassard' <Michael@torekeland.com>; Nicole Guitelman
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>;                                                      ov>
**Subject:** RE: U.S. v. Roman Sterlingov - discovery production

Counsel – Attached please find another discovery letter, which accompanies the production of discovery, available via USAfx:

https://usafx.app.box.com/folder/170434737621

In addition, please be reminded about the availability of the Romania server discovery, per instructions below.

Thanks, and regards,
Chris

Christopher B. Brown
Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia
Office:                | Mobile:                  | Christopher.Brown6@usdoj.gov

---

**From:** Brown, Christopher (USADC)
**Sent:** Thursday, May 12, 2022 12:34 AM
**To:** Tor Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>;
**Subject:** U.S. v. Roman Sterlingov - discovery production

Tor and Michael – Attached please find a discovery letter, which accompanies the production of additional discovery via USAfx here:  (41) Sterlingov May 11, 2022 production | Powered by Box

In addition, there is one remaining electronic device discovery item, the server obtained from Romania.  To receive a copy of the Romanian server data, please send a 2TB drive (clearly marked with defendant's name, case number, and your return address) to:

> FBI
> Attn: 
>
> Manassas, VA 20109

With these productions, we believe discovery is substantially complete, except as to a handful of miscellaneous files that we are in the process of reviewing and processing.

Regards,
Chris

Christopher B. Brown
Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia
Office:                | Mobile:                  | Christopher.Brown6@usdoj.gov