

FedEx® Tracking



**DELIVERED**

# Thursday

9/8/22 at 1:07 PM

Signed for by: E.LISSA STANTON

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

559262602844  ✏ ☆

- **FROM**
  MANASSAS, VA US

- **WE HAVE YOUR PACKAGE**

- **ON THE WAY**

- **OUT FOR DELIVERY**

 **DELIVERED**
WEEHAWKEN, NJ US

*Delivered*
9/8/22 at 1:07 PM

⬇ **View travel history**

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | **SUBMIT** |

**MORE OPTIONS**

Manage Delivery 

Shipment facts 





