**Pelker, Catherine (CRM)**

| | |
|---|---|
| **From:** | Michael Hassard <Michael@torekeland.com> |
| **Sent:** | Tuesday, February 20, 2024 11:34 PM |
| **To:** | Pelker, Catherine (CRM); Jeff M. Fischbach, ABFE |
| **Cc:** | Pearlman, Jeffrey (CRM); Brown, Christopher (USADC); Tor Ekeland |
| **Subject:** | Re: [EXTERNAL] Sterlingov Password Document |

Alden,

Thanks for the heads up. We tracked it down. Looks like that drive is in evidence storage up in New York. Is there a way we can get another copy for Jeff while here in DC? We can provide a hard drive.

Thanks,
Mike

---

**From:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Sent:** Tuesday, February 20, 2024 11:11:38 PM
**To:** Jeff M. Fischbach, ABFE <░░░░░░░░░░░░░░░░░░>
**Cc:** Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <Christopher.Brown6@usdoj.gov>; Tor Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** RE: [EXTERNAL] Sterlingov Password Document

Mr. Fischbach,
I believe you are referencing the drives from IRS. Defense counsel separately sent a hard drive to FBI to receive the Romania Server discovery; I believe the hard drive containing the information was shipped back to defense counsel via FedEx in September 2022.

Regards,

*C. Alden Pelker*
National Cryptocurrency Enforcement Team
Computer Crime & Intellectual Property Section
Criminal Division
U.S. Department of Justice
Catherine.Pelker@usdoj.gov

---

**From:** Jeff M. Fischbach, ABFE <░░░░░░░░░░░░░░░░░░>
**Sent:** Tuesday, February 20, 2024 7:24 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Cc:** Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>; Tor Bernhard Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** Re: [EXTERNAL] Sterlingov Password Document

It doesn't seem to be. All forensic images appear to match the inventory of evidence found during the arrest. I'm hoping to have a look at it before any testimony is proffered. Hopefully, that will keep the Court happy with all of us.

Jeff Michael Fischbach
Forensic Technologist ■ Litigation Consultant ■ Adviser ■ Lecturer ■ Public Speaker
SecondWave, Inc., Los Angeles, CA
http://linqapp.com/jeff_fischbach

On Tue, Feb 20, 2024, 7:18 PM Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov> wrote:
> Hello Mr. Fischbach,
> I believe that would be on the drive shipped from the FBI.
>
> Regards,
>
> *C. Alden Pelker*
> National Cryptocurrency Enforcement Team
> Computer Crime & Intellectual Property Section
> U.S. Department of Justice
> Catherine.Pelker@usdoj.gov

---

**From:** Jeff M. Fischbach, ABFE
**Sent:** Tuesday, February 20, 2024 7:02:38 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Cc:** Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>; Tor Bernhard Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** Re: [EXTERNAL] Sterlingov Password Document

Hi Catherine! I was hoping you could point me in the right direction on the "To The Moon" VPN server forensic image files. They don't seem to be on the media I have. Do you know if that is something that was previously produced to the Defense, on a particular piece of media?

Thanks as always!

Jeff Michael Fischbach
Forensic Technologist ■ Litigation Consultant ■ Adviser ■ Lecturer ■ Public Speaker
SecondWave, Inc., Los Angeles, CA
http://linqapp.com/jeff_fischbach

On Mon, Feb 12, 2024, 10:37 PM Jeff M. Fischbach, ABFE wrote:

> Thank you so much for that info. Let's circle-back on this tomorrow. I just want to make sure Counsel has a complete set of Discovery.
>
> And, Jeff is fine. I suspect we'll all know each other for a while. I'm happy to say that the first AUSA I ever got to really know in California, decades back, is now on the bench in Alaska. Deservedly so. He was a spectacular AUSA. And one of the first Judges I ever trained, in Oregon, is now the Sr. Judge, and retiring. For as long as I've been at this, I couldn't keep doing it if I didn't come to deeply respect people sitting at opposite tables.
>
> Good night. See you all tomorrow.
>
>
> On Mon, Feb 12, 2024, 10:07 PM Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov> wrote:
>> Mr. Fischbach,

Yes, the .csv that the government will admit at trial is an export of the .psafe file.

*C. Alden Pelker*
*Deputy Director, National Cryptocurrency Enforcement Team*
*Computer Crime & Intellectual Property Section*
*Criminal Division*
*U.S. Department of Justice*
*Catherine.Pelker@usdoj.gov*

**From:** Jeff M. Fischbach, ABFE
**Sent:** Monday, February 12, 2024 10:03 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Cc:** Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>; tor@torekeland.com; Michael@torekeland.com
**Subject:** Re: [EXTERNAL] Sterlingov Password Document

OK, I believe I may have found a copy under a completely different name:
export_hq1.csv

Unfortunately, without source/context it's difficult to know for sure if this is the same file content as, "hq1.psafe3". But, the name you gave me tonight is what lead me to find this export.

Are you able to confirm that the CSV is an export from the .psafe3?

On Mon, Feb 12, 2024, 9:43 PM Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov> wrote:

> Hello Mr. Fischbach,
>
> The image file is the third file from the bottom of Ms. Daun's certification, attached, to which the defense stipulated.
>
> Regards,
>
> *C. Alden Pelker*
> *Deputy Director, National Cryptocurrency Enforcement Team*
> *Computer Crime & Intellectual Property Section*
> *Criminal Division*
> *U.S. Department of Justice*

Catherine.Pelker@usdoj.gov

**From:** Jeff M. Fischbach, ABFE
**Sent:** Monday, February 12, 2024 9:29 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Cc:** Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>; Tor Bernhard Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** Re: [EXTERNAL] Sterlingov Password Document

That sounds like it would be found inside a forensic image file, as opposed to outside.

If it helps, here are the root and secondary folders on that drive. Doesn't that provide any clues?

Jeff Michael Fischbach
Forensic Technologist ■ Litigation Consultant ■ Adviser ■ Lecturer ■ Public Speaker
SecondWave, Inc., Los Angeles, CA
http://linqapp.com/jeff_fischbach

On Mon, Feb 12, 2024, 9:19 PM Jeff M. Fischbach, ABFE wrote:

> If you're still up for a bit, I'll have a look and let you know.

On Mon, Feb 12, 2024, 9:14 PM Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov> wrote:

> Hello Mr. Fischbach,
>
> I will confirm this with our expert, but below is the information that I have regarding the file:
>
> The file name is hq1.psafe3.
>
> It was retrieved from the SanDisk Cruzer Blade 8GB USB (IRS 1000275898_2_A_USB3; FBI 1B9_13)
>
> The file path is home/heavydist/Documents/hq1.psafe3
>
> The password is "▆▆▆▆▆▆▆▆"

Regards,

*C. Alden Pelker*
Deputy Director, National Cryptocurrency Enforcement Team
Computer Crime & Intellectual Property Section
Criminal Division
U.S. Department of Justice
Catherine.Pelker@usdoj.gov

---

**From:** Jeff M. Fischbach, ABFE
**Sent:** Monday, February 12, 2024 8:49 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>; Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>
**Cc:** Tor Bernhard Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** [EXTERNAL] Sterlingov Password Document

Good evening! Sorry for the late evening email. I wanted to readh-out and see if any of you could help identify the location of the "password document" ("psafe") on the encrypted HD. Possibly Michael misheard the name of the file, but I have been unable to find anything by that name, outside any device image files.

Any direction would be greatly appreciated.

Best,

Jeff Michael Fischbach
Forensic Technologist ■ Litigation Consultant ■ Adviser ■ Lecturer ■ Public Speaker
SecondWave, Inc., Los Angeles, CA
http://linqapp.com/jeff_fischbach