CO 109A - Rev. 3/2010

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Roman Sterlingov

)
)
)
)
)
)
)

Civil/Criminal No.: _____21-CR-399_____

### NOTE FROM JURY

For Count IV, the first element recites: "the defendant knowingly engaged in the business of money transmission in the District of Columbia ...." Does the knowledge requirement apply to both "engaged in the business" and "in the District of Columbia," i.e., is knowledge of the location required?

Date: __March 11, 2024__

Time: __2:42 pm__

_____
FOREPERSON