**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ROMAN STERLINGOV,

*Defendant.*

Criminal No. 21-399 (RDM)

### JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

### Count One: Conspiracy to Money Launder

X
_____          _____
Guilty              Not Guilty

**If you find the Defendant guilty beyond a reasonable doubt as to Count One, do you unanimously find:**

The Defendant conspired to launder money in violation of 18 U.S.C. § 1956(a)(1)(A)(i) (object one)?

Yes  X          No _____

The Defendant conspired to launder money in violation of 18 U.S.C. § 1956(a)(1)(B)(i) (object two)?

Yes  X          No _____

### Count Two: Money Laundering

X
_____          _____
Guilty              Not Guilty

1

### Count Three: Operating an Unlicensed Money Transmitting Business

      **X**
_____     _____
    Guilty          Not Guilty

**If you find the Defendant guilty beyond a reasonable doubt as to Count Three, do you unanimously find:**

The Defendant operated a money transmitting business without an appropriate money transmitting license in the District of Columbia?

      Yes **X** _____     No _____

The Defendant operated a money transmitting business that failed to comply with the money transmitting business registration requirements under federal law?

      Yes **X** _____     No _____

The Defendant operated a money transmitting business that involved the transportation or transmission of funds that were known to the Defendant to have been derived from a criminal offense or were intended to be used to promote or support unlawful activity?

      Yes **X** _____     No _____

### Count Four: Money Transmission Without a License in D.C.

      **X**
_____     _____
    Guilty          Not Guilty

Dated this 12 day of March, 2024

                                  Signature of Foreperson