| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF COLUMBIA |
| 2 | |

UNITED STATES OF AMERICA,

                              Criminal Action

        Plaintiff,          No. 1: 21-399

    vs.                   Washington, DC

                              February 13, 2024

ROMAN STERLINGOV,

                              10:08 a.m.

        Defendant.

_____/     MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:     CATHERINE PELKER
                       U.S. DEPARTMENT OF JUSTICE
                       950 Pennsylvania Ave NW
                       Washington, DC 20530

                       CHRISTOPHER BRODIE BROWN
                       DOJ-USAO
                       601 D Street, N.W.
                       Suite 5.1527
                       Washington, DC 20530

                       JEFFREY PEARLMAN
                       DOJ-CRM
                       Ccips
                       US Dept of Justice
                       1301 New York Ave NW
                       Washington, DC 20005


APPEARANCES CONTINUED ON NEXT PAGE

```
 1                      APPEARANCES CONTINUED

 2   For the Defendant:        TOR EKELAND
                               MICHAEL HASSARD
 3                             TOR EKELAND LAW PLLC
                               30 Wall Street
 4                             8th Floor
                               Brooklyn, NY 10005
 5

 6
     Court Reporter:           SHERRY LINDSAY
 7                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                               Room 6710
 9                             Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          P R O C E E D I N G S

2          THE COURTROOM DEPUTY:  Criminal case 21-399, *United*

3  *States of America versus Roman Sterlingov*.

4          Would counsel please approach the podium, state their

5  appearance for the record, starting with government counsel.

6          MR. BROWN:  Good morning, Your Honor.  AUSA Chris

7  Brown for the government and with me at counsel table are C.

8  Alden Pelker and Jeffrey Pearlman.

9          THE COURT:  All right.  Good morning.

10          MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

11  for the defendant, Roman Sterlingov, who is present in court.

12  And with me at counsel table is Mr. Michael Hassard; our legal

13  assistant, Ms. Angela Wilkins; and the Federal Defender,

14  Ms. Peterson.

15          THE COURT:  All right.  Thank you.  Welcome.

16          So we have got quite a few things to get through this

17  morning.  Let's make as much progress as we can.  Let me start

18  with Ms. Peterson, who is kind enough to be here and who at my

19  request met with Mr. Sterlingov to discuss any potential

20  conflicts and make sure he is aware of them and has made a

21  decision about how he wants to proceed.

22          MS. PETERSON:  Yes, Your Honor.  I did speak at some

23  length with Mr. Sterlingov this morning and we went through the

24  potential conflicts that exist in this case.  We discussed the

25  rules that apply, so that he understands what his lawyers'

1    obligations to him are.  We discussed -- without going into the

2    actual communications we had, obviously, we discussed how those

3    roles impact on his defenses in this courtroom and in

4    particular discussed the potential conflicts that could arise

5    when someone's case is being funded by someone other than

6    himself, as well as when attorneys have other clients who could

7    potentially have different agendas than his agenda, if you

8    will.  And he understands those potential conflicts are there.

9    And he is prepared to continue with his current counsel.  He

10   has not seen -- I think it is fair to say any evidence of

11   actual conflicts.  And I have provided him with my business

12   card, my cell phone number and told him if he has any questions

13   that arise during the course of the trial, all he has to do is

14   either ask his attorneys to have me contact him or ask the

15   Court directly to have me put back in touch with him.  I have

16   also let him know that I am going to be out of town for the

17   next three days on work travel, but that I am sure this Court

18   can get ahold of me and I can communicate with him by phone in

19   the courtroom if that is necessary.  And then I will be back in

20   town on Tuesday when the trial resumes and can easily come over

21   here at any time if he has concerns there are actual conflicts

22   that have arisen.

23             THE COURT:  I appreciate how quickly you got involved

24   in this and how thoroughly you have made yourself available to

25   Mr. Sterlingov.  So thank you for that.

1            MS. PETERSON:  Not a problem.

2            THE COURT:  Let me ask, Mr. Sterlingov -- if you

3    could pull the microphone to you.

4            After having a chance to confer with Ms. Peterson,

5    first of all, do you feel you have had enough time to talk with

6    her and understand what the potential conflict might be here?

7            THE DEFENDANT:  Yes.

8            THE COURT:  Thank you.  And in light of that

9    discussion, is it correct to understand that you do want to

10   continue with your current representation?

11           THE DEFENDANT:  Yes.

12           THE COURT:  And if you do see a conflict emerge, will

13   you let me know or reach out to Ms. Peterson to let her know so

14   you can engage in further conversation with her?

15           THE DEFENDANT:  I will.

16           THE COURT:  All right.  Anything else the government

17   thinks I should ask about on this issue?

18           MR. BROWN:  No, Your Honor.

19           THE COURT:  All right.  Mr. Ekeland, anything else?

20           MR. EKELAND:  No, Your Honor.

21           THE COURT:  All right.  And, Mr. Sterlingov, are you

22   satisfied with where we are at this point then?

23           THE DEFENDANT:  Yes.

24           THE COURT:  All right.  Thank you, Ms. Peterson.  You

25   are welcome to go.  I appreciate it.

1      The other thing I wanted to let Mr. Sterlingov know

2   is I did meet with the marshal this morning.  And he told me a

3   couple of things.  He is going to explore the issues that you

4   have raised, the whole issue range of -- he said there have

5   been problems with the barber.  And it is something they are

6   working with.  He will check on the circumstances with respect

7   to the shave.  He also said that he will check on the computer

8   to see if we can get you a computer to use during the trial or

9   if the jail can make sure you have one.  And he told me he

10   would get back to me by the end of the day.

11      He said he does not believe that the rules with

12   respect to access to the computer are any different at the CTF

13   than they are at the CDF.  And he thinks it is the same rules

14   that apply.  I raised with him the question with respect to the

15   vitamin.  He is going to check on that.  He says he thinks they

16   only provide them to you if they deem them medically necessary

17   in some way.  I don't know whether that may mean that you would

18   be welcome to purchase your own vitamins.  If you want us to

19   check on that, we can do that as well.  But I want to let you

20   know that the marshal is looking into the issues that you have

21   raised.

22      So I also wanted -- I know I need to give you my

23   views on a range of issues, including the Daubert issues and

24   the venue question and the statute of limitations question.

25   With respect to the Daubert issues, I do -- I am not sure I am

1    going to have time this morning with the jury coming at 11:00

2    and everything else we have to cover to get through all of

3    that.  I can give you some general guidance, but what I'd like

4    to do is before any of the experts testify or particular

5    experts testify is give you a more complete analysis of my

6    thinking.  And there are some guardrails I think we are going

7    to need in place, just by way of example, I think with respect

8    to Mr. Vlahakis, although I am inclined to allow him to

9    testify, I think it important that he not testify as to any

10   legal conclusions.  If he wants to testify about why know your

11   customer information is important to regulators, that strikes

12   me as appropriate and permissible.  But we'll have to talk

13   about exactly what the ground rules are with respect to

14   Mr. Vlahakis.

15          And I know that the defense has raised -- or has

16   filed with me the certificates for two of the witnesses with

17   respect to training that they have received with respect to the

18   blockchain.  And if you want to come back to me with that and

19   maybe we need to, outside the presence of the jury, briefly

20   voir dire those witnesses about what additional expertise or

21   skills they may have developed, we can do that.

22          So that is to say, we have spent many, many hours

23   discussing the Daubert issues in this case.  But I know I need

24   to get you more before the witnesses testify.  I think I have

25   given you enough for purposes of your openings, but if there is

1    anything else you need to know for purposes of your openings,

2    let me know.  I do want to give you just an oral decision now

3    on the venue question, as well as the statute of limitations.

4         I am happy to do that now.  I don't think I need to

5    get into the background here about the blockchain and how it

6    works and the allegations in this case.  We have already spent

7    quite a bit of time discussing that.  But turning to venue and

8    defense's motion to dismiss, for lack of venue, the law is

9    relatively straightforward.  Article III and the Sixth

10   Amendment to the constitution is both protect a right of a

11   defendant to be tried in the district where the alleged crime

12   was committed.  And Rule 18 of the Federal Rules of Criminal

13   Procedure implements that guarantee and dictates that "Unless a

14   statute provides otherwise, the government must prosecute an

15   offense in a district where the offense was committed."

16        So where there is a statutory venue provision, that

17   provision governs and otherwise the court must look to the

18   locus delicti.  It must determine the nature of the crime

19   alleged and the location of the act or acts constituting it.

20   And under that analysis, venue may be proper in more than one

21   district, as the D.C. Circuit held in *United States versus Lam*

22   *Kwong-Wah,* at 924 F.2d 298 at 301, so long as the acts

23   constituting the crime and the nature of the crime charged

24   implicate more than one location.  For continuing offenses,

25   venue is proper where the offense was begun, continued or

1    implemented under 18 U.S.C. section 3237(a).  And venue must be

2    proper for each count charged in an indictment.  There is no

3    such thing as pendent venue in a criminal case.

4         The Supreme Court has recognized broad congressional

5    power to define venue for federal crimes.  That is *United*

6    *States versus Johnson* at 323 U.S. 273, 274 to 275.  But it is

7    also observed that this power has an outer limit based on

8    notions of fair administration of criminal justice and public

9    confidence in it.  And that limit is embodied in the tests

10   already set forth.  Venue is proper where the offense's

11   essential conduct elements occurred.  And that is from

12   *Rodriguez-Moreno* at 526 U.S. at 280.

13        So some lower courts, although not the D.C. Circuit,

14   have added some gloss to that test.  And among the more common

15   formulations is the substantial contacts test, which considers

16   the site of the defendant's acts, the elements and nature of

17   the crime, the locus of the effect of the criminal conduct and

18   the suitability of the district for fact finding.  That is from

19   *United States versus Orona-Ibarra*, 831 F.3d 867 at 872.  The

20   government must prove venue by a preponderance of the evidence

21   at trial if the issue is raised by the defense.

22        As we have discussed, it is less clear exactly how

23   the Court should deal with the question where there is a

24   challenge that is raised to the time itself.  And as I

25   previously indicated to you, I am persuaded by the majority

1    view that where the indictment adequately alleges venue that is

2    sufficient and that ends the inquiry for purposes of Rule 12B

3    or at least ends that inquiry the Court must engage in,

4    although the Court's may, as Judge Fletcher observed in the

5    *Jensen* case, have discretion to go beyond that where the facts

6    are not in dispute, even if they are not set forth in the

7    indictment itself.

8              So I think that provides sufficient basis to deny the

9    venue motion at this point.  But I am also happy to give you

10   some further thoughts with respect to venue and why I

11   ultimately think venue is proper here with a couple of question

12   marks that we may have to wrestle with down the line.  When I

13   say proper here, what I really mean is that there is a basis to

14   bring the question to the jury.

15             And there are times in which the government's

16   pleadings seem to ask me just to conclude as a matter of law

17   that there is venue and there is not even a question for the

18   jury.  I am not persuaded by that.  And I do think the

19   government does have the burden by a preponderance of the

20   evidence to establish venue at trial.

21             With respect to the particular counts in the case, it

22   is probably easiest for me to start with Count 2, which is the

23   money laundering count.  Mr. Sterlingov is charged with money

24   laundering in violation of 18 U.S.C. sections 1956(a)(3)(A) and

25   (B).  And those provisions criminalize "Conducting or

attempting to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity or property used to conduct or to facilitate, specified unlawful conduct with the intent either to promote the carrying on of specified unlawful conduct activity or to conceal or disguise the nature, location, source, ownership or control of property believed to be the proceeds of the specified unlawful conduct."  And that is quoting from the statute.

The statute also provides at section 1956(C)(3) that a transaction is a transfer, delivery or other disposition. And the statute defines a financial transaction as one that "In any way or degree affects interstate or foreign commerce involving the movement of funds by wire or other means."  One conducts a transaction, by "Initiating, concluding or participating in initiating or concluding such a transaction." And that is section 1956(c)(2).

The money laundering statute actually does have a venue provision, which is expansive and permits a defendant to be tried "In any district in which the financial or monetary transaction constituting the offense is conducted."

And I have already defined conducted for you.  The provision further states that a transfer of funds from one place to another by wire or other means shall constitute a single continuing transaction.  And that any person who

1    conducts any portion of a money laundering transaction may be
2    charged in any district in which the transaction takes place.
3    That is section 1956(i)(3).  The question is thus whether
4    Mr. Sterlingov allegedly "conducted" a qualifying "transaction"
5    that "took place" in the District of Columbia.  And the answer
6    to that is yes.
7         The sting transaction that the government has
8    identified meets on all of those criteria.  It is obviously a
9    question for the jury as to whether that transaction occurred
10   and whether Mr. Sterlingov was aware of the transaction.  But
11   assuming the government can carry its burden, the Court
12   concludes that is sufficient to support venue in the District
13   of Columbia.  The sting transaction was a money laundering
14   transaction under the statute.  It was a transfer of funds from
15   the IRS agent's Bitcoin Fog deposit account to the agent's
16   receiving account and the property was transfer -- was
17   represented to be the proceeds of specified unlawful activity;
18   namely, the sale of a controlled substance, that is ecstasy.
19   And I am quoting there from 18 U.S.C. section 1986(c)(7)(B)(I)
20   and docket 1-1 at 6.
21        Next, the government has alleged that Mr. Sterlingov
22   as the operator of Bitcoin Fog, "conducted" this transaction
23   with the requisite mental state.  That is 1956(a)(3) along with
24   it IRS agent.  Mr. Sterlingov "initiated" the transfer of the
25   Bitcoin from the special agent's deposit account and concluded

1    that transfer by moving the Bitcoins into the receiving account

2    after mixing them through the Bitcoin Fog cluster.

3           Assuming that Mr. Sterlingov read the message that

4    was sent to him -- and that is a question for the jury not for

5    me -- Mr. Sterlingov conducted this transaction "with the

6    intent to promote the carrying on" of the asserted ecstasy

7    dealing and/or "to conceal or disguise the nature, location,

8    source, ownership or control of the proceeds of activity."  And

9    I am quoting there from section 1956(a)(3)(B).  Bitcoin Fog's

10   entire purpose, according to the government, was to assist

11   users in concealing the nature, location, source, ownership or

12   control of their Bitcoin.  Such concealment in turn allowed

13   users to "carry on their activity without detection."

14          Finally the transaction that Mr. Sterlingov took

15   place at least in part in the District of Columbia.  The agent

16   was in the District of Columbia when he or she requested the

17   transfer, at which point Mr. Sterlingov allegedly processed the

18   transaction.  And nothing more is required under the statute.

19   The statute provides that any person who conducts any portion

20   of a money laundering transaction may be charged in any

21   district in which that transaction takes place.

22          And this reflects the general rule that "where a

23   crime consists of distinct parts which have different

24   localities, the whole may be tried where any part could have

25   proved to have been done."  That is *United States versus*

1    *Lombardo*, 241 U.S. 73 at 77.  As such, it does not matter that

2    Mr. Sterlingov was not physically present in the District of

3    Columbia when he allegedly conducted the portion of the

4    transaction at issue.

5              In the Court's view, there is nothing unfair,

6    unforeseen or otherwise unconstitutional about applying the

7    money laundering venue provision under these circumstances.

8    Mr. Sterlingov allegedly conducted a large scale money

9    laundering operation through a bodily-accessible website and

10   could have easily foreseen that someone and perhaps many

11   individuals in the District of Columbia would use Bitcoin Fog

12   for the purposes in which it was allegedly made available and

13   allegedly marketed.  And the transaction created substantial

14   context with and effects in the place in which it occurred.

15             And I will note as well that Mr. Sterlingov himself

16   indicates that -- or through his counsel indicates that in

17   their view there is no other place in the United States where

18   the case could be brought.  So as a matter of question of

19   fairness here, his position is essentially that the United

20   States could never prosecute a case under the money laundering

21   statute where someone doesn't actually enter the United States

22   and engages in online transactions in cyberspace,

23   notwithstanding the fact that those involved in the

24   transactions are present in the United States.  And that is a

25   proposition that is difficult to square with any notions of

1       fundamental fairness.

2               Then, with respect to Count 1, the money laundering

3       conspiracy count, the indictment alleges that Mr. Sterlingov

4       together with other co-conspirators known and unknown,

5       including darknet vendors and darknet market administrators

6       conspired in violation of 1956(a)(1)(A)(I) and (B)(I).  Those

7       provisions in turn make it a crime to conduct a financial

8       transaction which involves the proceeds of specified unlawful

9       conduct, where the person conducting the transaction knows that

10      the property involved represents the proceeds of some form of

11      unlawful conduct and either intends to promote the carrying on

12      of the specified unlawful conduct or knows that the transaction

13      is designed in whole or in part to conceal or disguise the

14      nature, the location, the source, the ownership or control of

15      the proceeds of specified unlawful activity.  That is 18 U.S.C.

16      section 1956(a)(1)(A)(i) and (b)(I).

17              As with the substantive money laundering charge, the

18      alleged specified unlawful activity in the conspiracy charged

19      is the felonious manufacture, importation, receiving,

20      concealment, buying, selling, and otherwise dealing in a

21      controlled substance.  That is docket 43 at 2.  The money

22      laundering statute's venue provision provides that a

23      prosecution for money laundering conspiracy may be brought "In

24      the district where venue would lie for the completed offense or

25      in any other district where an act in furtherance of the

1     conspiracy took place."  That is 1956(I)(3).

2          Under this provision, venue lies where the planned

3     unlawful activity would be accomplished or where on overt act

4     in furtherance of a conspiracy was committed.  *United States*

5     *versus Booth,* 553 F. Supp. 3d 545 at 550 from the Southern

6     District of New York, 2022 citing *Whitfield versus United*

7     *States*, 543 U.S. 209 at 218.

8          Mr. Sterlingov himself need not have committed the

9     overt act that provides the basis for the venue, because venue

10    is proper in any jurisdiction where any co-conspirator

11    committed an overt act.

12         The court agrees with the government that the sting

13    transaction at least as alleged qualifies as an act in

14    furtherance of the alleged conspiracy.  And that act at least

15    took part in the District of Columbia.  The indictment alleges

16    that Mr. Sterlingov conferred with, quote, Darknet vendors and

17    darknet market administrators to launder the proceeds of

18    trafficking of controlled substances and accepting the

19    government's allegations and evidence after the IRS agent

20    commenced the sting transaction.  Mr. Sterlingov or a

21    co-conspirator allegedly mixed the agent's Bitcoin and

22    transferred it to a receiving account after being informed that

23    the Bitcoin was the proceeds of the ecstasy sale on the darknet

24    market Apollon.  That was an act in furtherance of the charged

25    conspiracy that took place in part in the District of Columbia.

1          Mr. Sterlingov's objection to the application of

2     these principles to crimes committed entirely in cyberspace

3     finds no support in precedent.  Courts have always adapted

4     legal doctrines as technology has progressed.  Well over 100

5     years ago the Supreme Court held that a crime conducted through

6     the mail could support venue in the place where the mail was

7     received, even if the defendant had never set foot there.  That

8     is *Palliser versus United States*, 136 U.S. 257, 265 to 268.

9          Courts have applied similar reasoning, dealing with

10    wire transfers and phone calls on numerous occasions.  And as

11    the Second Circuit explained in the *United States versus Rommy,*

12    when a conspirator uses a telephone call to further a criminal

13    scheme, a conspirator effectively propels not own his voice,

14    but the scheme itself beyond his own physical location into

15    that of a person with whom he is speaking, 506 F.3d at 122.

16    And the Court continued, the conspirator avails himself of

17    modern technology to commit a long distance call -- I'm

18    sorry -- to commit at long distance the identical overt act

19    that he would commit by being in the same room with the person

20    and whispering a conspiracy furthering message directly into

21    the listener's ear.  And the same could be said of the internet

22    and the blockchain and that Mr. Sterlingov has allegedly

23    availed himself of modern technology to commit a crime at a

24    distance.

25          It makes no difference for purposes of venue,

1    moreover that the Bitcoin used in the sting transaction did not

2    actually derive from unlawful activity or that the IRS agent

3    was not himself or herself an actual co-conspirator.

4              In *United States versus Sitzmann*, for example, Judge

5    Friedman rejected a venue challenge where the basis for venue

6    was a single wire transfer, a co-conspirator sent from Florida

7    to a government informant in the District of Columbia, relating

8    to a sham cocaine transaction.  And Judge Friedman concluded

9    that the wire transfer was an overt act in furtherance of the

10   conspiracy, even though the recipient was a government

11   informant and the cocaine transaction was a sting, the D.C.

12   Circuit affirmed albeit on plain error review, but the Court

13   wrote that the District Court did not error, let alone plainly

14   error in concluding that the wire transfer was an overt act in

15   furtherance of the conspiracy and the overt act established

16   venue.  That is from the D.C. Circuit 893 F.3d at 826.  Other

17   circuits have taken a similar view.  And I won't go into detail

18   about those here.  But I think this is all sufficient to

19   establish venue with respect to the alleged conspiracy.

20             With respect to the DC money count that alleges money

21   transmission without a license, I don't think I have to say a

22   whole lot about this count in this pont.  Because if there is

23   venue anywhere ever for a violation of that statute, it is in

24   the District of Columbia.  And the only question, which I have

25   raised with you previously, is whether what Mr. Sterlingov

1   allegedly did, constituted conducting a money transmission

2   business for purposes of the DC statute.  And as I indicated

3   previously, I think that is a tricky question.  And I

4   understand the arguments on both sides on that question.  But

5   we previously agreed that I need not reach the -- that question

6   at this point.  And both counsel for both the government and

7   the defense agreed that it was appropriate to postpone

8   resolving that issue and that the defense, in fact, never moved

9   on this ground.  And to this date still has not moved to

10  dismiss the indictment on the grounds that the statute doesn't

11  apply here.  The defense did respond to my raising of the

12  issue, but we agreed back on September 8, 2023, that the

13  defense can simply raise this issue in post-trial motions, if

14  there is a conviction on this count, at which point I can

15  address it there.

16          So that then simply leaves Count 3 of operating an

17  unlicensed money transmitting business.

18          That count alleges a violation of 18 U.S.C. section

19  960(a) as well as 18 U.S.C. section 2.  Section 960(a) makes it

20  a crime to knowingly conduct, control, manage, supervise,

21  direct or own all or part of an unlicensed money transmitting

22  business.  And a money transmitting business is defined, in

23  relevant part, to mean the transferring of funds on behalf of

24  the public by any and all means.  An unlicensed money

25  transmitting business is a money transmitting business

1    affecting interstate or foreign commerce that either under, A,

2    is operated without an appropriate money transmitting license

3    in a state where such operation is punishable as a misdemeanor

4    or felony under state law; B, fails to comply with the money

5    transmitting business registration requirements under section

6    5303 of Title 31; or, C, otherwise involves the transportation

7    of transmission of funds that are known to the defendant to

8    have been derived from a criminal offense or intended to be

9    used to promote or support unlawful activity.

10              This statute does not have its own venue provision in

11   it.  And the government argues correctly, in my view, that

12   venue in cases involving a failure to make a required filing is

13   typically in the district in which that failure occurred.  And

14   there is an argument here that the filing should have been made

15   with FinCEN under the relevant regulations.

16              I don't think I need to resolve that question for

17   present purposes about whether the failure to obtain or to

18   apply for the license in the District of Columbia is the

19   relevant conduct for present purposes.  And I do think that

20   there are some questions that at some point we may need to sort

21   through with respect to whether that is the relevant conduct

22   that is criminalized for purposes of 1960(a) and (b).  And

23   there is, I think, a question about whether it is the failure

24   to obtain license that provision is intending to criminalize or

25   punish or the operation of the business without the license.

1   And I realize that is a subtle semantic difference.  And the

2   government may well be right ultimately about this question.

3   But to my mind, I think that is sufficient for present purposes

4   to conclude that the relevant conduct for purposes of a

5   violation of 1960 can at least include the -- can include

6   knowingly conducting a money transmission business, that

7   otherwise involves the transportation or transmission of funds

8   that are known to the defendant to have been derived from a

9   criminal offense or are intended to be used to promote or

10   support criminal activity.

11          And although one might argue that the relevant

12   conduct is the conducting of the unlicensed money laundering

13   transmitting business, that simply, to my mind, circles back on

14   what the word conducting that business means.  And I think it

15   is a stretch to read that statute to mean that it is focused

16   solely on the place where the individual is sitting as they are

17   administering an unlawful money laundering transmission

18   business.  And to my mind, that is particularly the case,

19   because one I think can read the definitions -- read through

20   the defined comment to the definitions in a way that makes

21   pretty clear that the underlying unlawful activity is pivotal

22   to the offense.  And so read in that fashion 18 U.S.C. 1960(a)

23   would read, whoever knowingly conducts a money transmitting

24   business that -- or I'm sorry -- business in any manner or

25   degree that otherwise involves the transporting or transmission

1    of funds that are known to the defendant to have been derived

2    from a criminal offense or intended to be used to promote or

3    support such activity, constitutes a violation of the statute.

4    And read in that manner, I think the relevant conduct is

5    conducting a business involving the transmission of funds that

6    are known to the defendant to have been derived from criminal

7    conduct.  And if read in that fashion for the reasons that I

8    have previously given, I think that there is an adequate basis

9    to conclude that the conduct may have occurred subject to the

10   government's proof in the District of Columbia.

11           So then that just leads the defendant's more sweeping

12   arguments in which he argues most ambitiously that criminal

13   venue in the District of Columbia would be unconstitutional.

14   And he argues that the Sixth Amendment prohibits all criminal

15   trials in the District of Columbia.  That is one of those

16   arguments that to state the argument is to refute it.  And I

17   take it the proposition is that every criminal proceeding ever

18   brought in this court has been unconstitutional.  He points to

19   the amendment's text, which reads, In all criminal prosecutions

20   the accused shall enjoy the right to a speedy and public trial

21   by an impartial jury of the state and district where the crime

22   has been committed.  And he argues, well, the District of

23   Columbia is not a state.  But there are plenty of

24   constitutional precedents that treat the District of Columbia

25   as a state for the purposes of the constitution.  And there is

1    quite a bit of precedent treating the District of Columbia for

2    various purposes as a state for various constitutional

3    purposes.  And I think the argument to the contrary is absurd.

4          Then, finally, is the question of statute of

5    limitations.  And Mr. Sterlingov has moved to dismiss the

6    indictment on grounds of a statute of limitations.  Again, I

7    just have to look at this question on the face of the

8    indictment.  And it easily satisfies this statute of

9    limitations on its face.

10          We begin with Count 1, the money laundering

11    conspiracy count.  And for that count, the statute of

12    limitations is 5 years under 18 U.S.C. section 3282(a).  And

13    under Supreme Court precedent, it is established the conspiracy

14    is a continuing offense and a defendant who has joined a

15    conspiracy continues to violate the law through every moment of

16    the conspiracy's existence.  And that is *Smith versus United*

17    *States*, 568 U.S. 106 and 111.  As such, the statute of

18    limitation does not begin -- does not begin to run until the

19    conspiracy terminates or otherwise said until the last overt

20    act during the existence of the conspiracy.  And that is *Hitt*,

21    at -- from the D.C. Circuit 249 F.3d at 1015.

22          The one exception is where the defendant has

23    withdrawn from the conspiracy before the conspiracy concludes.

24    But there is no evidence in front of me to that effect here.

25    The indictment alleges that Mr. Sterlingov engaged in a money

1   laundering conspiracy from on or about October 27th, 2011
2   through April 27th, 2021.  And Mr. Sterlingov has made no
3   showing that the alleged conspiracy terminated earlier or that
4   raised an affirmative defense in withdrawal.  So the statute of
5   limitations did not began to run until April 27th, 2021.  And
6   Mr. Sterlingov was charged in a criminal complaint on April 26,
7   2021 and indicted on June 14th, 2021, all well within the
8   statute of limitations.

9          The same principles apply to Counts 3 and 4,
10  operating an unlawful -- unlicensed money transmitting business
11  and money transmission without a license.  These too are
12  continuing offenses.  And because criminal statute of
13  limitations are liberally interpreted in the favor of repose,
14  *United States versus Scharton,* 285 U.S. 518, 522 and that
15  should only be considered continuing for statute of limitations
16  if the explicit language of the substantive criminal statute
17  compels such a completion or the nature of the crime involved
18  such that congress must have assuredly have intended that it be
19  treated as a continuing offense.  And that is from *Toussie*
20  *versus United States,* 397 U.S. 112 at 115.

21         And as Chief Judge Johnson of the District of New
22  Mexico recently and ably explained, operating an unlicensed
23  money transmitting business in violation of 18 U.S.C. section
24  1960(a) meets the second prong of that test.  That is from
25  *United States versus Wellington.*  Section 960(a) states that it

1    shall be a crime to conduct, control, manage, supervise, direct

2    or own all or part of an unlicensed money transmitting

3    business, although the money transmitting business being

4    unlicensed is an essential element of the crime, the nature of

5    the crime is not failing to register a money transmitting

6    business, but rather knowingly operating an unlicensed money

7    transmitting business and operating an unlicensed business is

8    inherently a continuing process, such that, according from

9    Toussie, each day's acts bring a renewed threat of the

10   substantive evil Congress sought to prevent.

11           So section 960(a), in my view, does create a

12   continuing offense.  DC law also recognizes continuing

13   offenses.  And the offense with which Mr. Sterlingov is

14   charged, engaging in the business of money transmission without

15   a license in violation of D.C. Code section 26-1023(c) is

16   likewise an intrinsically continuing crime.  A person engages

17   in a business over time, not a discrete moment.  And the

18   relevant statutes of limitations for those offenses are in the

19   case of 1860(A) 5 years and in the case of D.C. Code provision

20   6 years.

21           The government has alleged continuing conduct by

22   Mr. Sterlingov until on or about April 27th, 2021.  And then

23   with respect to Count 2 of the indictment, money laundering in

24   violation of 18 U.S.C. section 1956(a)(3)(A) and (B) the same

25   5-year statute of limitations applies.  And that count is

1   predicated on the sting transaction which occurred on November

2   21st, 2019, less than five years before the prosecution

3   commenced.  So those are my rulings on those issues.  Let's

4   see.

5           All right.  I have got a jury note in my other case.

6   But I think the only other thing that we absolutely need to do

7   before openings is going through the slides.

8           Anything else, other than the slides, that we need to

9   reach before openings?

10          MR. EKELAND:  Yes, Judge.

11          THE COURT:  You need a microphone.

12          MR. EKELAND:  Just a brief question on the venue

13   issue of whether or not the Court considers that as an issue

14   for the jury to consider?

15          THE COURT:  I do.

16          MR. EKELAND:  Because I -- so I am asking basically

17   for my opening whether or not I should mention it in my

18   opening.

19          THE COURT:  I do consider it an issue for the jury,

20   yes.

21          MR. EKELAND:  Just so I am clear on the burden of

22   proof that the Court thinks that the jury needs to decide that

23   on, is that on the preponderance of the evidence?

24          THE COURT:  Yes.

25          MR. EKELAND:  Thank you, Your Honor.

1          THE COURT:  All right.  Well, since my voice is tired

2   anyway, why don't we take a break while I go and see what my

3   jury note is about in the other case and then come back and we

4   can go through the slides.  And as soon as we go through the

5   slides, we can proceed.  I will give the preliminary jury

6   instructions, which I am going to include, absent objection,

7   the instruction on juror questions and proceed to openings.

8   Okay.

9          (Recess taken at 10:54 a.m.)

10          THE COURT:  All right.  Everyone have a seat, please.

11   So I have been through the defendant's objections to the slides

12   the government proposes to use in its opening.  And at a

13   general level, I think it is not problematic for either side to

14   blow up or highlight a particular sentence or clause or to zoom

15   in, in portions of an exhibit or a slide and to do so in their

16   openings.  Because I think an opening is designed to draw the

17   jury's attention to the evidence that the parties expect will

18   be introduced and to outline that.  And although maybe there is

19   some argumentative element in pointing to the evidence that you

20   think is relevant in the case, I don't think that is the type

21   of -- it is not argumentative in the sense that it is

22   inappropriate in an opening statement, because that is what an

23   opening statement is.  Here is the relevance that we think you

24   are going to hear relevant to your consideration in this case.

25          So I don't think the fact that there is particular

1    material that is highlighted renders it argumentative or

2    improper.   I assume the defense is going to point to evidence

3    that the defense thinks is relevant in the case.

4             With respect to the defense objections that the

5    evidence has not yet been admitted, the rule that I typically

6    apply is that you have to have a good faith basis to believe it

7    will be admitted.   And we have been through quite an extensive

8    process of pretrial motions in limine.   But if there is some

9    exhibit that is included here where there is substantial doubt

10   whether it will be admitted, that is something we should talk

11   about.   If it is just that it hasn't happened yet, I don't

12   think that is problematic.   And that is something that

13   typically takes place in opening statements.   And it would be

14   hard to make an opening statement at all, if you couldn't refer

15   at least to evidence that you anticipate will be admitted

16   because, again, that is the whole purpose.

17            And I realize that actually showing the evidence may

18   be a little bit more impactful.   But, here, this doesn't strike

19   me as the type of case where there is, frankly, a huge

20   difference in impact from describing the evidence that you

21   expect to be admitted and showing some of it.   But if there was

22   a basis to conclude that there is something that is in here

23   that will not be admitted at trial, we should talk about that.

24   And you should explain that to me, although I would have hoped

25   you would have done that before now and before the eve of

1    openings, if there was a significant piece of evidence that we

2    didn't discuss during the many, many days of pretrial hearings

3    that we had.

4         The one question I did have, that I wanted to ask the

5    government about was the slide that shows Silk Road, Silk Road

6    2.0 and so forth, which is at page docket 248-1 at 6.  And the

7    defense comes back and says most of those entities no longer

8    existed by the time the statute -- within the statute of

9    limitations.  And I want to hear from the government.  And I

10   have given you my ruling on the statute of limitations that it

11   is a continuing offense.  But it was unclear to me whether what

12   the government is alleging here is, in essence, what is a hub

13   and spoke conspiracy in which allegedly Bitcoin Fog and

14   Mr. Sterlingov are the hubs and there are various spokes and

15   some of those spokes may have come and gone over time.  And

16   that it is permissible for the government to prove its case

17   based on spokes that may have been gone by the time the

18   conspiracy launched or whether the government's real point here

19   is whether this evidence goes to state of mind, modus operandi,

20   and is appropriate for that reason or for both.

21        MR. BROWN:  Your Honor, to answer the question

22   correctly, I think the more accurate description of our theory

23   of prosecution is a chain conspiracy.  It is a conspiracy

24   involving different actors in a vertically integrated drug

25   distribution and sale conspiracy where there is

1   inter-interdependency there.  These particular pictures, I

2   think, Your Honor, they are even more directly relevant,

3   because one of the government's -- the elements that the

4   government has to prove for the money laundering conspiracy is

5   the conspiracy to launder the proceeds of specified unlawful

6   activity.

7           Drug sales on Silk Road create proceeds of the SUA

8   alleged in the indictment, the drug trafficking offenses.  So

9   part of our proof is showing specific Silk Road transactions,

10  including specific vendors, which are shown in the opening that

11  then used Bitcoin Fog.

12          THE COURT:  Well, that gets back to my question

13  though which is, whether you call it a chain or a hub and spoke

14  conspiracy, where the overall conspiracy, the chain or the

15  wheel, continues up into the statute of limitations.  But there

16  are prongs or spokes or whatever you want to call them that are

17  gone before the statute runs, is that still something that can

18  be actually charged and proven as an element of the actual

19  offense?  I mean, just to give you a hypothetical of what I am

20  talking about is imagine a drug dealer and the -- he is a drug

21  distributor.  And you have five people who are the people who

22  you used to distribute the drugs.  And three of them are

23  arrested.  Before -- outside of what otherwise would be the

24  statute of limitations.  Two are not and you continue to deal

25  with those two.  Can the government prove its case by proving

1   the transactions involving the three, where they are all in

2   jail by the time -- when the statute of limitations otherwise

3   would have been the cutoff?

4          MR. BROWN:  Yes, Your Honor.  And I think that is

5   actually really sort of black letter conspiracy law.  The

6   co-conspirators can enter and withdraw from a conspiracy, but

7   the conspiracy is the offense.  It is the agreement among the

8   conspirators.  And an overt act committed by a co-conspirator

9   while they were still part of the overt acts in furtherance of

10  the conspiracy as a whole.  So if there is another

11  co-conspirator who is part of the conspiracy overlapping those

12  exited co-conspirators in time, that is absolutely still

13  relevant.  It is all one continuing course of conduct, even if

14  certain actors exit the conspiracy.

15         THE COURT:  Okay.  That is what my question was.  I

16  am not surprised by the answer, but I wanted to make sure I

17  understood that.

18         MR. BROWN:  Yes, Your Honor.

19         THE COURT:  I take it in addition, this is also

20  relevant to modis operandi, knowledge, state of mind and so

21  forth.

22         MR. BROWN:  Yes, Your Honor, absolutely.  And we do

23  expect to introduce evidence that Mr. Sterlingov had a Silk

24  Road account and actually used it in addition to --

25         THE COURT:  Okay.

1            MR. BROWN:  But the purpose of these exhibits is to

2    show the specific vendors who used -- some of the specific

3    vendors who used Bitcoin Fog.

4            THE COURT:  All right.  Let me hear from Mr. Ekeland

5    then.

6            MR. EKELAND:  I mean, the defense shares the Court's

7    confusion as to what the government's theory of conspiracy is.

8    I think we have been clear on our view in that almost all of

9    these darknet markets, which I think except for the exception

10   of AlphaBay are all shut down by law enforcement well outside

11   the statute of limitations.  And I think particularly with Silk

12   Road, you are looking at 2013, 2014.  So I have never been

13   really clear, you know, the conspiracy, of course, is an

14   inchoate charge.  But I think the theory here itself and the

15   law is a little bit inchoate.  And certainly the government

16   knew and was investigating this case when -- within the statute

17   of limitations.  They just waited until, essentially 2021, to

18   bring their criminal complaint against Mr. Sterlingov.  This

19   investigation starts in 2015.  So I don't have much more to add

20   to that except what we have already said.

21           THE COURT:  Anything else you want to add?

22           MR. EKELAND:  Yes.  Just one minor point.

23   Mr. Sterlingov did ask me about the Court's ruling on our

24   motion in limine on the 403 issue on the statute of

25   limitations.  I just wanted to make sure that was included in

1    your -- we made a --

2             THE COURT:  Oh, yes.  I have to say, I was really

3    puzzled when you say you want a ruling on the 403.  Is your

4    point -- is what you are arguing that any unlawful conduct that

5    occurred outside of what you say would be the window of the

6    statute of limitations is more prejudicial than probative and

7    should be excluded under 403 or really might be a 404 issue

8    instead?

9             MR. EKELAND:  I think actually both, Your Honor.  And

10   also given the fact that there is literally no evidence in the

11   record outside of what they are alleging from Bisbee's

12   Chainalysis report of any kind contact -- there is no evidence

13   of any contact between these darknet markets and Mr. Sterlingov

14   beyond this minor account that he had like one time.  There

15   is no -- everything they are charging in the conspiracy here,

16   they have got no explicit evidence for.  Beyond -- and this is

17   I think reflective in their bill of particulars, which

18   essentially just charges a conspiracy with basically the entire

19   internet, it looks like.

20            THE COURT:  If that is the motion, that motion is

21   denied.  I do think that both for two reasons, one is at least

22   based on what has been shown to me and argued to me thus far,

23   the government's theory of conspiracy is a tenable and

24   appropriate theory of conspiracy law.  And at least no one has

25   pointed me to any law that says where a -- where there are

1    multiple co-conspirators and one of the co-conspirators drops

2    out of the conspiracy perhaps because they are arrested that

3    that person -- the conduct involving that person is not at

4    issue in the conspiracy where the conspiracy is a continuing

5    violation involving others who are continuing members to the

6    conspiracy.  So I think that theory makes sense to me.  And no

7    one has pointed me to any law that says it is not correct.  And

8    I also think to the extent it is 403 or a 404 issue, that the

9    evidence would go to modus operandi and state of mind and would

10   be appropriate for those grounds as well.

11            But I think it is intrinsic to the unlawful conduct,

12   so it is not even a 404 issue because it is intrinsic to start

13   with.

14            MR. EKELAND:  Understood.

15            THE COURT:  All right.  I am going to allow the

16   slides then.  The government can use your slides during the

17   opening.

18            Anything else we need to address then before we bring

19   the jury in?

20            MR. BROWN:  No, Your Honor.

21            (Pause.)

22            (Jury in at 11:34 a.m.)

23            THE COURT:  All right.  Good morning, everyone.  Be

24   seated.

25            And I am going to ask you to stand back up and I am

1   going to ask the clerk to swear in the jury.

2             (Jury sworn.)

3             THE JURY:  I do.

4             THE COURTROOM DEPUTY:  Thank you.  You may be seated.

5             THE COURT:  All right.  Thank you, everyone.  Good

6   morning.

7             Before we begin the trial, I want to explain how the

8   trial will work and some of the legal rules that will be

9   important in this trial.  These remarks are not meant to be a

10  substitute for the detailed instructions that I will give at

11  the end of the trial just before you start your deliberations.

12  These preliminary instructions are intended to give you a sense

13  of what will being going on in the courtroom and what your

14  responsibility as jurors will be.

15            When you took your seats, or perhaps before you took

16  your seats, you may have noticed that each of you have a

17  notebook and a pen.  That is because I do permit jurors to take

18  notes during trial if they wish.  Whether you take notes or not

19  is entirely up to you.  Many people find that taking notes

20  helps them remember testimony and evidence.  Others find it

21  distracts from listening to the witnesses.  You will be

22  permitted to take your notebook back with you into the jury

23  room during your deliberations.  You should remember, however,

24  that your notes are only an aid of your memory.  They are not

25  evidence in the case.  And they should not replace your own

1    memory of the evidence.  Those jurors who do not take notes,

2    should rely on their own memory of the evidence and should not

3    be influenced by another juror's notes.

4         Other than during your deliberations, the notebooks

5    will remain locked in the courtroom during recesses and

6    overnight.  You will be able to take -- you will not be able to

7    take your notebooks home with you.  As you come and go you will

8    not be able to take them home with you overnight.

9         At the end of the trial, when you come back to the

10   courtroom to deliver your verdict, your notebooks will be

11   collected and the pages will be torn out and destroyed.  No

12   one, including myself, will ever look at any of your notes.  So

13   feel free to write whatever you wish.

14        Generally, only the lawyers and I ask witnesses

15   questions.  Occasionally, however, a juror thinks that an

16   important question has not been asked.  As a juror, you must be

17   an impartial judge of the facts and not an advocate for either

18   side in this proceeding.  While I am not encouraging any of you

19   to pose questions to the witnesses, if during the course of the

20   trial you feel an important question has not been asked, you

21   may write out that question on a piece of paper.  You may not

22   ask a question orally at any time during the trial.  In

23   addition, you may not discuss the question with any fellow

24   jurors or anything else.

25        You should submit your question to me after the

1   lawyers are finished with their questioning of the witness, but

2   before the witness leaves the stand.  And once a witness has

3   left the witness stand -- once a witness has left the witness

4   stand and been excused, the witness will not be recalled to

5   respond to a juror's question.

6          After consulting with the lawyers, I will determine

7   whether the question relates to a fact or facts about which the

8   witness can properly testify.  If it is proper, I will ask the

9   question.  If I do not ask the question, that means I have

10  decided the question is not a legally proper one.  The juror

11  posing it should not guess or speculate about what the answer

12  might have been and must not consider the question or discuss

13  it with other jurors during deliberations.  If I decide the

14  question relates only to a legal issue, I may decide to wait

15  until final instructions and answer the question then.

16         Now, you probably noticed there are 16 of you sitting

17  in the jury box or in front of the jury box.  Only 12 of you,

18  will retire to deliberate in this matter.  Before any of you

19  ever entered the courtroom we randomly selected the alternate

20  seats.  I will not disclose who the alternate jurors are until

21  the end of my final instructions, just before you begin your

22  delineations.  As any seat might turn out to be an alternate

23  seat, it is important that each of you think of yourself as

24  regular jurors during the trial.  And that all of you give this

25  case your fullest and most serious attention.

1    At the beginning of the jury selection process, you
2 were introduced to some of the witnesses by name.  If at any
3 time during the trial, you suddenly realize that you recognize
4 or might know any witness, lawyer, someone who is mentioned in
5 testimony or evidence or anyone else connected with this case
6 in any way, you should raise your hand immediately and ask to
7 speak with me.

8    Now, let me explain briefly some of the procedures we
9 will follow and some of the rules of law that will be important
10 in this case.

11    The indictment contains four counts.  In Count 1, the
12 indictment charges that the defendant conspired with
13 co-conspirators, known and unknown, including darknet vendors,
14 and darknet administrative teams to engage in a money
15 laundering conspiracy through a Bitcoin mixer known as Bitcoin
16 Fog.

17    In Count 2, the indictment charges the defendant
18 conducted a money laundering transaction involving property
19 represented to be the proceeds of unlawful activity on
20 November 21st, 2019.

21    In Count 3, the indictment charges the defendant
22 operated an unlicensed money transmitting business known as
23 Bitcoin Fog or aided and abetted others in doing so.

24    In Count 4, the indictment charges the defendant
25 through the operation of Bitcoin Fog engaged in the business of

1    money transmission without a license in the District of

2    Columbia.

3            You should understand clearly that the indictment

4    that I just summarized is not evidence.  The indictment is just

5    a formal way of charging a person with a crime in order to

6    bring him to trial.  You must not think of the indictment as

7    any evidence of the guilt of the defendant or draw any

8    conclusion about the guilt of the defendant just because he has

9    been indicted.

10           At the end of the trial, you will have to decide

11   whether the evidence presented has convinced you beyond a

12   reasonable doubt that the defendant committed the offenses with

13   which he has been charged.  As I explained, Mr. Sterlingov is

14   charged in four counts.

15           Each count of the indictment charges a separate

16   offense.  You should consider each offense and the evidence

17   which applies to it separately and should return separate

18   verdicts as to each count.  The fact that you may find the

19   defendant guilty or not guilty on any one count of the

20   indictment should not influence your verdict with respect to

21   any other count of the indictment.

22           I will provide you more detailed instructions at the

23   end of the case.  And allow me to briefly describe the elements

24   of the four counts now.

25           In Count 1, Mr. Sterlingov is charged with a money

1    laundering conspiracy.  There are two elements to this charge,

2    each of which the government must prove beyond a reasonable

3    doubt.  First, the government must prove that a conspiracy

4    existed.  A conspiracy exists when two or more people agree to

5    commit an offense.  A conspiracy does not require a formal

6    agreement or plan in which every detail is worked out.  But the

7    members of the conspiracy must have a common understanding to

8    commit at least one of the alleged crimes which are known as

9    the objects of the conspiracy.

10          Second, the government must prove the defendant

11   intentionally joined in that agreement.  Here, the indictment

12   alleges two objects of the conspiracy.  The first object of the

13   conspiracy is laundering of monetary instruments in violation

14   of 18 U.S.C. section 1956(a)(1)(A)(i).  A person violates

15   section 1956(a)(1)(A)(i) when, one, knowing that the property

16   involved in a financial transaction represents the proceeds of

17   some form of unlawful activity; two, he conducts or attempts to

18   conduct that financial transaction and the transaction both

19   affects interstate or foreign commerce and, in fact, involves

20   the proceeds of the unlawful activity; and, three, he does so

21   with the intent to promote the carrying on of the unlawful

22   activity.

23          The indictment alleges that the unlawful activity at

24   issue was the illegal manufacture, importation, receiving,

25   concealment, buying, selling or otherwise dealing in a

1    controlled substance.

2          The second alleged object of the conspiracy is

3    laundering of a monetary instrument in violation of 18 U.S.C.

4    section 1956(a)(1)(B)(i).  A person violates section

5    1956(a)(1)(B)(i) when, first, knowing that the property

6    involved in a financial transaction represents the proceeds of

7    some form of unlawful activity; two, he conducts or attempts to

8    conduct the financial transaction and the transaction both

9    effects interstate or foreign commerce and, in fact, involves

10   the proceeds of unlawful activity; and, three, he knows that

11   the transaction is designed in whole or in part to conceal or

12   disguise the nature, the location, the source ownership or the

13   control of the proceeds of the unlawful activity.

14         With respect to this object of the conspiracy, the

15   indictment also alleges that the unlawful activity at issue was

16   the illegal manufacture, importation, receiving, concealment,

17   buying, selling or otherwise dealing in a controlled substance.

18         In Count 2, the defendant is charged with money

19   laundering in violation of 18 U.S.C. section 1956(a)(3)(A) and

20   (B).  That charge contains three elements, each of which the

21   government must prove beyond a reasonable doubt.  First, the

22   government must prove that the defendant knowingly, conducted

23   or tried to conduct a financial transaction that effects

24   interstate or foreign commerce; second, it must prove the

25   transaction involved property represented by a law enforcement

1    officer to be the proceeds of some form of unlawful activity;

2    third, it must prove the defendant acted with the intent to

3    promote the carrying on of specified unlawful activity or the

4    intent to conceal or disguise the nature, location, source,

5    ownership or control of the property he believed to be the

6    proceeds of specified unlawful activity.

7        The indictment alleges that the unlawful activity at

8    issue was the illegal manufacture, importation, receiving,

9    concealment, buying, selling or otherwise dealing in a

10   controlled substance.

11       In Count 3, the defendant is charged with operating

12   an unlicensed money transmitting business from on or about

13   October 11th, 2011 through on or about April 27th, 2021 in

14   violation of 18 U.S.C. section 1960.  That charge contains

15   three elements, each of which government must prove beyond a

16   reasonable doubt.  First, the government must prove that

17   Bitcoin Fog was an unlicensed money transmitting business.  And

18   I will explain what an unlicensed money transmitting business

19   is in a moment.  Second, it must prove the defendant knowingly

20   controlled, conducted, managed, supervised, directed or

21   otherwise owned the business.

22       The government is not required to prove that the

23   defendant did all of the things in this list, but only that he

24   did one of them.

25       And, third, the government must prove that the money

1  transmitting business affected interstate or foreign commerce.

2  An unlicensed money transmitting business means a money

3  transmitting business, that, A, is operated without an

4  appropriate money transmitting license in the District of

5  Columbia where such operation is punishable as a misdemeanor or

6  a felony under District of Columbia law, whether or not the

7  defendant knew a license was required or punishable by District

8  of Columbia law.  B, fails to comply with the money

9  transmitting business registration requirements under certain

10  federal laws, which I will instruct you about at in greater

11  detail at the end of the case.  Or 3, or C, otherwise involves

12  the transportation or transmission of funds that are known by

13  the defendant to have been derived from a criminal offense or

14  intended to be used to promote or support unlawful activity.

15       A money transmitting business is unlicensed for

16  purposes of section 1960 if any one of those conditions is

17  satisfied.

18       Finally, in Count 4, the defendant is charged with

19  money transmission without a license from on or about

20  October 27th, 2011, through on or about April 27th, 2021 in

21  violation of D.C. Code 26-1023(c).  There are two elements to

22  this charge, each of which the government must prove beyond a

23  reasonable doubt.  First, the government must prove the

24  defendant was engaged in the business of money transmission in

25  the District of Columbia.  And, second, it must prove the

1    defendant did not have a license issued by the District of

2    Columbia to engage in that business.

3         Every defendant in a criminal case is presumed to be

4    innocent.  This presumption of innocence remains with the

5    defendant throughout the trial unless and until he or she is

6    proven guilty beyond a reasonable doubt.

7         The burden is on the government to prove the

8    defendant's guilt beyond a reasonable doubt.  And that burden

9    of proof never shifts throughout the trial.  The law does not

10    require a defendant to prove his or her innocence or to produce

11    any evidence.

12         If you find the government has proven beyond a

13    reasonable doubt every element of the offense with which the

14    defendant is charged, it is your duty to find him guilty of

15    that offense.  On the other hand, if you find the government

16    has failed to prove any element of the offense beyond a

17    reasonable doubt, you must find the defendant not guilty of

18    that offense.

19         As I explain how the trial will proceed, I will refer

20    to the government and the defense or the defendant.  When I

21    mention the government, I am referring to Assistant United

22    States Attorney Christopher Brown and Department of Justice

23    trial attorneys, Catherine Alden Pelker and Jeffrey Pearlman.

24    When I mention the defendant or defense, I am referring either

25    to Mr. Roman Sterlingov or his attorneys Mr. Tor Ekeland or

1    Mr. Michael Hassard.

2            As the first step in the trial, counsel for the

3    government and counsel for the defendant will have the

4    opportunity to make opening statements.  Counsel for the

5    defendant may make an opening statement immediately after the

6    government's opening statement or the defense may wait until

7    the beginning of its case or may choose not to make an opening

8    statement at all.  You should understand that opening

9    statements are not evidence.  They are only intended to help

10   you understand the evidence that the lawyers expect to be

11   introduced.

12           After the opening statement or statements, the

13   government will put on what is called its case in chief.  That

14   means the government will call witnesses to the witness stand

15   and ask them questions.  That is called direct examination.

16           When the government is finished, the defense may ask

17   questions.  And that is called cross-examination.  And when the

18   defense is finished the government my conduct a brief redirect

19   examination.

20           After the government presents its evidence, the

21   defendant may present evidence, but is not required to do so.

22   The law does not require a defendant to prove his or her

23   innocence or to produce any evidence.  If the defense does put

24   on evidence, the defense will call witnesses to the stand and

25   ask questions on direct examination.  The government will

cross-examine.  And the defense may conduct a brief redirect examination.  When the defense is finished, the government may offer a rebuttal case, which would operate along the same lines as the government's case in chief.  After all of the evidence is presented, counsel for the government and counsel for the defendant will have the opportunity to make a closing argument in support of its case.

The lawyers' closing arguments, just like opening statements, are not evidence in the case.  They are only intended to help you understand the evidence.  Finally, after both sides have finished closing argument, I will tell you in detail about the rules of law that you must follow when you consider what your verdict shall be.

Your verdict must be unanimous.  That is all 12 jurors must agree on the verdict.

I want to briefly describe my responsibilities as the judge and your responsibilities as the jurors.

My responsibility is to conduct this trial in an orderly, fair and efficient manner, to rule on legal questions that come up in the course of the trial and to instruct you about the law that applies to case.

It is your sworn duty as jurors to accept and to apply the law as I state it to you.

Your responsibility as jurors is to determine the facts in the case.  You, and only you, are the judges of the

1    facts.  You alone determine the weight, the effect, and the
2    value of the evidence, as well as the credibility or
3    believability of witnesses.  You must consider and weigh the
4    testimony of all witnesses who appear before you.  You alone
5    must decide the extent to which you believe any witness.  You
6    must pay very careful attention to the testimony of all of the
7    witnesses, because you will not have any transcript or
8    summaries of the testimony available to you during your
9    deliberations.  You will have to rely entirely on your memory
10   and your notes, if you choose to take any.

11          As human beings we all have personal likes and
12   dislikes, opinions, prejudices and biases.  Generally, we are
13   aware of these things, but also you should consider the
14   possibility that you have implicit biases.  That is, biases
15   which you may not be consciously aware of.  Personal
16   prejudices, preferences or biases have no place in a courtroom
17   where the goal is to arrive at a just impartial verdict.  All
18   people deserve fair treatment in the legal system regardless of
19   race, national or ethnic origin, religion, age, disability,
20   sex, gender or expression, sexual orientation, education,
21   income level or any other personal characteristic.  You should
22   determine the facts solely from a fair consideration of the
23   evidence.

24          During this trial, I may rule on motions and
25   objections by the lawyers, make comments to the lawyers,

1    question the witnesses and instruct you on the law.  You should

2    not take any of my statements or actions as any indication of

3    my opinion about how you should decide the facts.  If you think

4    that somehow I have expressed or even hinted at an opinion as

5    to the facts in this case, you should disregard it.  The

6    verdict in this case is your sole and exclusive responsibility.

7    You may consider only the evidence properly admitted in this

8    case.  That evidence includes the sworn testimony of witnesses

9    and the exhibits admitted into evidence.  Sometimes a lawyer's

10   question suggests the existence of fact, but the lawyer's

11   question alone is not evidence.

12          If the evidence includes anything other than

13   testimony and exhibits, I will instruct you about these other

14   types of evidence when they are admitted during the trial.

15          During the trial, if the court or a lawyer makes a

16   statement or asks a question or refers to the evidence that you

17   remember differently, you should rely on your memory of the

18   evidence during your deliberations.

19          The lawyers may object when the other side asks a

20   question, makes an argument or offers evidence that the

21   objecting lawyer believes is not properly admissible.  And I

22   will respond by saying sustained or overruled.  If I sustain an

23   objection to a question asked by a lawyer, the question must be

24   withdrawn and you must not guess or speculate what the answer

25   to the question would have been.  If a question is asked and

1    answered, and then I rule, the answer should be stricken from
2    the record you must disregard both the question and the answer
3    in your deliberations.  You should follow the same rule if any
4    of the exhibits are stricken.  If I overrule an objection, the
5    question may stand and the witness may answer it.  And you must
6    not hold such objections against the lawyer who makes them or
7    the party he or she represents.  It is the lawyer's
8    responsibility to object to evidence that the lawyer believes
9    is not admissible.

10          You are not permitted to discuss this case with
11   anyone until the case is submitted to you for your decision at
12   the end of my final instructions.  And this means that until
13   the case is submitted to you, you may not talk about it even
14   with your fellow jurors.  This is because we don't want you
15   making decisions, until you have heard all of the evidence and
16   the instructions of law.  In addition, you may not talk about
17   this case with anyone else.

18          In this age of electronic communications, I want to
19   stress that you must not use electronic devices or computers to
20   talk about the case, including tweeting, texting, blogging,
21   emailing, posting information on a website or chat room or by
22   any other means at all.  Do not send or accept message
23   including emails and text messages about your jury service.
24   You must not disclose your thoughts about your jury service or
25   ask for advice on how to decide the case.  This is because you

1    must decide the case based on what happens here in the

2    courtroom, not on what someone may or may not tell you outside

3    the courtroom.  People will undoubtedly ask you about what kind

4    of case you are sitting on.  And as I previously mentioned, it

5    is a criminal case but nothing else.

6           Now, when the case is completely over, you may

7    discuss any part of it with anyone you wish.  But until then,

8    you may not do so.  Although it is a natural human tendency to

9    talk with people with whom you may come into contact, you must

10   not talk to any of the parties, their attorneys or any

11   witnesses in this case during your time on the jury.

12          You -- if you encounter anyone connected with the

13   case outside the courtroom, you should avoid having any

14   conversation with them, overhearing their conversation or

15   having any contact with them at all.  For example, if you find

16   yourself in a courthouse corridor, elevator or other location

17   where the case is being discussed by the attorneys, parties,

18   witnesses or anyone else, you should immediately leave the area

19   to avoid hearing such discussions.

20          If you do overhear a discussion about the case, you

21   should report that to me as soon as you can.

22          And, finally, if you see any of the attorneys or

23   witnesses involved in the case and they turn and walk away from

24   you, they are not being rude.  They are simply following the

25   same instruction that I have just given you.  It is very

1  unlikely, but if someone tries to talk to you about the case,

2  you should refuse to do so and immediately let me know by

3  telling the deputy clerk or the marshal.  Don't tell the other

4  jurors, just let me know and I will bring you in and we can

5  discuss it.  Between now and when you are discharged from your

6  jury duty, you must not provide to or receive from anyone,

7  including friends, coworkers, family members any information

8  about your jury service.  You may tell those who need to know

9  where you are, that you have been chosen for a jury in a

10  criminal case and how long the case may take.  You may not,

11  however, give anyone any information about the case itself or

12  the people involved in the case.  And you must also warn people

13  not to try to say anything to you or write to you about your

14  jury service or the case.  That includes face to face, phone or

15  computer or electronic communications of any kind.

16          Because you must decide the case based only on what

17  occurs in the courtroom, you may not conduct any independent

18  investigation of the law or facts in this case of any kind.

19  That used to mean that you couldn't conduct any research in

20  books or newspapers or visit that scene of the alleged crime.

21  In this electronic age, it also means you cannot conduct any

22  other kind of research, for example, research any issue on the

23  internet, asking any questions of anyone via email or text or

24  otherwise communicating about or investigating the facts or law

25  connected with the case.

1          And I want to explain a bit further why there is a

2   ban on internet communications and research concerning the

3   case.  Unfortunately, courts around the country have

4   occasionally experienced problems with jurors ignoring this

5   rule and sometimes resulting in costly retrials.  Generally

6   speaking, those jurors have not sought to corrupt the process,

7   rather they have been seeking additional information in aiding

8   them in what is undoubtedly a heavy and solemn responsibility.

9   Nonetheless, there are very good reasons for this rule.  In the

10  first place, obviously not everything one sees online is true.

11  This includes not only information from persons responding to

12  whatever postings you may make about the case, but can also

13  include information from established websites, for example, a

14  mapping site might not reflect the way a location appeared at

15  the time that is at issue in the case.  Furthermore, even items

16  that are technically true can change their meaning and

17  significance based on context.

18          In addition, both sides are entitled to have a chance

19  not only to dispute or rebut evidence presented by the other

20  side, but also argue to you how the evidence should be

21  considered within the factual and legal confines of this case.

22          Any secret communications or research by you robs

23  them of those opportunities and can distort the process

24  sometimes with negative results.  It is for those reasons that

25  I instruct you that you should not and may not use the internet

1    to communicate about the case or to do research of any kind

2    about the case.

3             In some cases, there may be reports in newspapers or

4    on the radio, internet or television concerning a case while

5    the trial is ongoing.  If there should be such media coverage

6    in this case, you may be tempted to read, listen to or watch

7    it.  You must not read, listen to or watch such reports because

8    you must decide this case solely on the evidence presented in

9    the courtroom.

10            If any publicity about this case inadvertently comes

11   to your attention during the trial, do not discuss it with

12   other jurors or anyone else.  Just let me or my clerk know

13   about it as soon as you can and I will then briefly discuss it

14   with you.

15            After I submit the case to you, you may discuss it

16   only when I instruct you to do so and only in the jury room and

17   only in the presence of all of your fellow jurors.  It is

18   important that you keep an open mind and not decide any issue

19   in the case until after I submit the entire case to you with my

20   final instructions.

21            Finally, we have a fine court reporter here taking

22   down the testimony, but you will not have a transcript with you

23   during your deliberations.  You must rely on your memory and,

24   if you take them, the notes to aid in your memory.  So I ask

25   that you all pay close attention.

1          With that, we will begin with opening statements.

2          Just a moment, first.

3          (Conference held at the bench.)

4          THE COURT:  Can I ask counsel to pick up for a

5  second?

6          THE COURTROOM DEPUTY:  Counsel, can you pick up the

7  phones?

8          Counsel, can you pick up the phones, please?

9          THE COURT:  So I have a verdict in my other case.

10  And so I guess the question is, I can send them to lunch.  But

11  maybe it is just as well, I can send the jury for an early

12  lunch at 12:00 and come back and that way you can all give your

13  openings one after another back here at 1:00?

14          MR. BROWN:  Your Honor, the government is okay either

15  way, but we are prepared to go forward right now.

16          THE COURT:  Mr. Ekeland.

17          MR. EKELAND:  The defense is fine with whatever the

18  Court chooses, Your Honor.

19          THE COURT:  All right.  How long is your opening?

20          MR. BROWN:  Your Honor, about -- probably 45 minutes.

21          THE COURT:  All right.  I think I probably should go

22  take the verdict now.  I will send them to lunch and come back

23  -- we'll do it at 1:00.  Okay?

24          MR. BROWN:  Yes, Your Honor.

25          (End of bench conference.)

1          THE COURT:  All right.  Members of the jury, I have

2    another case going on at the same time.  I need to go attend to

3    something in the other case.  I apologize for that.  So I think

4    what probably makes sense for me to do is to just send you all

5    for an early lunch at 12:00.  Now come back at 1:00 and then

6    we'll start fresh at 1:00 with the openings.  I will remind you

7    not to discuss the case with anybody, not to conduct any type

8    of research and just to steer clear of anyone associated with

9    the case.  And I apologize to everyone for the delay, but we'll

10   be back at 1:00 to start.  All right.  So see you soon.

11          THE COURTROOM DEPUTY:  All rise.

12          (Jury out at 12:03 p.m.)

13          THE COURT:  All right.  My apologies to everyone who

14   has come to watch.  I hope this hasn't thrown you off too much,

15   but I have a verdict in another case that I have to go take.

16   So we will be back at 1:00.

17          Anything before we adjourn?  Okay.  I will see you

18   back at 1:00.

19          (Recess taken at 12:04 p.m.)

20

21

22

23

24

25

1                          C E R T I F I C A T E

2

3            I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                       Dated this 15th day of March, 2024.

11

12                       _____
                         Sherry Lindsay, RPR
13                       Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**MR. BROWN: [11]**   3/6 5/18 29/21
31/4 31/18 31/22 32/1 34/20 54/14
54/20 54/24
**MR. EKELAND: [12]**   3/10 5/20
26/10 26/12 26/16 26/21 26/25
32/6 32/22 33/9 34/14 54/17
**MS. PETERSON: [2]**   32/2 5/1
**THE COURT: [34]**   3/9 3/15 4/23
5/2 5/8 5/12 5/16 5/19 5/21 5/24
26/11 26/15 26/19 26/24 27/1
27/10 30/12 31/15 31/19 31/25
32/4 32/21 33/2 33/20 34/15 34/23
35/5 54/4 54/9 54/16 54/19 54/21
55/1 55/13
**THE COURTROOM DEPUTY: [4]**   3/2
35/4 54/6 55/11
**THE DEFENDANT: [4]**   5/7 5/11 5/15
5/23
**THE JURY: [1]**   35/3

# 1

**1-1 [1]**   12/20
**100 [1]**   17/4
**10005 [1]**   2/4
**1015 [1]**   23/21
**1023 [2]**   25/15 43/21
**106 [1]**   23/17
**10:08 [1]**   1/6
**10:54 [1]**   27/9
**111 [1]**   23/17
**112 [1]**   24/20
**115 [1]**   24/20
**11:00 [1]**   7/1
**11:34 [1]**   34/22
**11th [1]**   42/13
**12 [2]**   37/17 46/14
**122 [1]**   17/15
**12:00 [2]**   54/12 55/5
**12:03 [1]**   55/12
**12:04 [1]**   55/19
**12B [1]**   10/2
**13 [1]**   1/5
**1301 [1]**   1/20
**136 [1]**   17/8
**14th [1]**   24/7
**15th [1]**   56/10
**16 [1]**   37/16
**18 [15]**   8/12 9/1 10/24 12/19
15/15 19/18 19/19 21/22 23/12
24/23 25/24 40/14 41/3 41/19
42/14
**1860 [1]**   25/19
**1956 [15]**   10/24 11/10 11/17 12/3
12/23 13/9 15/6 15/16 16/1 25/24
40/14 40/15 41/4 41/5 41/19
**1960 [6]**   20/22 21/5 21/22 24/24
42/14 43/16
**1986 [1]**   12/19
**1:00 [4]**   54/13 54/23 55/16 55/18
**1:00 and [1]**   55/5
**1:00 to [1]**   55/10
**1:00 with [1]**   55/6

# 2

**2.0 [1]**   29/6
**20001 [1]**   2/9
**20005 [1]**   1/21
**2011 [3]**   24/1 42/13 43/20
**2013 [1]**   32/12
**2014 [1]**   32/12
**2015 [1]**   32/19
**2019 [2]**   26/2 38/20
**2021 [8]**   24/2 24/5 24/7 24/7
25/22 32/17 42/13 43/20
**2022 [1]**   16/6
**2023 [1]**   19/12
**2024 [2]**   1/5 56/10
**20530 [2]**   1/14 1/17
**209 [1]**   16/7
**21-399 [2]**   1/4 3/2

**218 [1]**   16/7
**21-399 [2]**   1/4 3/2
**241 [1]**   14/1
**248-1 [1]**   29/6
**249 [1]**   23/21
**257 [1]**   17/8
**26 [1]**   24/6
**26-1023 [2]**   25/15 43/21
**265 [1]**   17/8
**268 [1]**   17/8
**273 [1]**   9/6
**274 [1]**   9/6
**275 [1]**   9/6
**27th [7]**   24/1 24/2 24/5 25/22
42/13 43/20 43/20
**280 [1]**   9/12
**285 [1]**   24/14
**298 [1]**   8/22

# 3

**30 [1]**   2/3
**301 [1]**   8/22
**31 [1]**   20/6
**323 [1]**   9/6
**3237 [1]**   9/1
**3282 [2]**   23/12
**333 [1]**   2/8
**397 [1]**   24/20
**399 [2]**   1/4 3/2
**3d [1]**   16/5

# 4

**403 [4]**   32/24 33/3 33/7 34/8
**404 [3]**   33/7 34/8 34/12
**43 [1]**   15/21
**45 [1]**   54/20

# 5

**5-year [1]**   25/25
**5.1527 [1]**   1/17
**506 [1]**   17/15
**518 [1]**   24/14
**522 [1]**   24/14
**526 [1]**   9/12
**5303 [1]**   20/6
**543 [1]**   16/7
**545 [1]**   16/5
**550 [1]**   16/5
**553 [1]**   16/5
**568 [1]**   23/17

# 6

**601 [1]**   1/16
**6710 [1]**   2/8

# 7

**73 [1]**   14/1
**77 [1]**   14/1

# 8

**826 [1]**   18/16
**831 [1]**   9/19
**867 [1]**   9/19
**872 [1]**   9/19
**893 [1]**   18/16
**8th [1]**   2/4

# 9

**924 [1]**   8/22
**950 [1]**   1/14
**960 [4]**   19/19 19/19 24/25 25/11

# A

**a.m [3]**   1/6 27/9 34/22
**abetted [1]**   38/23
**able [3]**   36/6 36/6 36/8
**ably [1]**   24/22
**about [50]**   3/21 5/17 7/10 7/13
7/20 8/5 14/6 18/18 18/22 20/17
20/23 21/2 24/1 25/22 27/3 28/11
28/23 29/5 30/20 32/23 37/7 37/11

39/8 42/12 42/13 43/10 43/19
43/23 48/3 48/13
48/16 47/23 48/3 48/13
49/13 49/16 49/20 49/23 49/24
50/3 50/20 51/1 51/8 51/11 51/13
51/24 52/12 53/1 53/2 53/10 53/13
54/20
**above [1]**   56/5
**above-entitled [1]**   56/5
**absent [1]**   27/6
**absolutely [3]**   26/6 31/12 31/22
**absurd [1]**   23/3
**accept [2]**   46/22 49/22
**accepting [1]**   16/18
**access [1]**   6/12
**accessible [1]**   14/9
**accomplished [1]**   16/3
**according [2]**   13/10 25/8
**account [7]**   12/15 12/16 12/25
13/1 16/22 31/24 33/14
**accurate [1]**   29/22
**accused [1]**   22/20
**act [14]**   8/19 15/25 16/3 16/9
16/11 16/13 16/14 16/24 17/18
18/9 18/14 18/15 23/20 31/8
**acted [1]**   42/2
**Action [1]**   1/3
**actions [1]**   48/2
**activity [28]**   11/3 11/5 12/17
13/8 13/13 15/15 15/18 16/3 18/2
20/9 21/10 21/21 22/3 30/6 38/19
40/17 40/20 40/22 40/23 41/7
41/10 41/13 41/15 42/1 42/3 42/6
42/7 43/14
**actors [2]**   29/24 31/14
**acts [5]**   8/19 8/22 9/16 25/9 31/9
**actual [5]**   4/2 4/11 4/21 18/3
30/18
**actually [8]**   11/18 14/21 18/2
28/17 30/18 31/5 31/24 33/9
**adapted [1]**   1/7
**add [2]**   32/19 32/21
**added [1]**   9/14
**addition [5]**   31/19 31/24 36/23
49/16 52/18
**additional [2]**   7/20 52/7
**address [2]**   19/15 34/18
**adequate [1]**   22/8
**adequately [1]**   10/1
**adjourn [1]**   55/17
**administering [1]**   21/17
**administration [1]**   9/8
**administrative [1]**   38/14
**administrators [2]**   15/5 16/17
**admissible [2]**   48/21 49/9
**admitted [9]**   28/5 28/7 28/10
28/15 28/21 28/23 48/7 48/9 48/14
**advice [1]**   49/25
**advocate [1]**   36/17
**affected [1]**   43/1
**affecting [1]**   20/1
**affects [2]**   11/13 40/19
**affirmative [1]**   24/4
**affirmed [1]**   18/12
**after [14]**   5/4 13/2 16/19 16/22
36/25 37/6 45/5 45/12 45/20 46/4
46/10 53/15 53/19 54/13
**again [2]**   23/6 28/16
**against [2]**   32/18 49/6
**age [3]**   47/19 49/18 51/21
**agenda [1]**   4/7
**agendas [1]**   4/7
**agent [4]**   12/24 13/15 16/19 18/2
**agent's [4]**   12/15 12/15 12/25
16/21
**ago [1]**   17/5
**agree [2]**   40/4 46/15
**agreed [3]**   19/5 19/7 19/12
**agreement [3]**   31/7 40/6 40/11
**agrees [1]**   16/12
**ahold [1]**   4/18
**aid [2]**   35/24 53/24
**aided [1]**   38/23

**A**

**aiding [1]** 52/7
**albeit [1]** 18/12
**Alden [2]** 3/8 44/23
**all [51]** 3/9 3/15 4/13 5/5 5/16 5/19 5/21 5/24 7/2 12/8 18/18 19/21 19/24 22/14 22/19 24/7 25/2 26/5 27/1 27/10 28/14 31/1 31/13 32/4 32/8 32/10 34/15 34/23 35/5 37/24 42/23 45/8 46/4 46/14 47/4 47/6 47/11 47/17 49/15 49/22 50/15 53/17 53/25 54/12 54/19 54/21 55/1 55/4 55/10 55/11 55/13
**allegations [2]** 8/6 16/19
**alleged [13]** 8/11 8/19 12/21 15/18 16/13 16/14 18/19 24/3 25/21 30/8 40/8 41/2 51/20
**allegedly [10]** 12/4 13/17 14/3 14/8 14/12 14/13 16/21 17/22 19/1 29/13
**alleges [10]** 10/1 15/3 16/15 18/20 19/18 23/25 40/12 40/23 41/15 42/7
**alleging [2]** 29/12 33/11
**allow [3]** 7/8 34/15 39/23
**allowed [1]** 13/12
**almost [1]** 32/8
**alone [4]** 18/13 47/1 47/4 48/11
**along [2]** 12/23 46/3
**AlphaBay [1]** 32/10
**already [4]** 8/6 9/10 11/22 32/20
**also [16]** 4/16 6/7 6/22 9/7 10/9 11/10 25/12 31/19 33/10 34/8 41/15 47/13 51/12 51/21 52/12 52/20
**alternate [3]** 37/19 37/20 37/22
**although [8]** 7/8 9/13 10/4 21/11 25/3 27/18 28/24 50/8
**always [1]** 17/3
**am [22]** 4/16 4/17 6/25 6/25 7/8 8/4 9/25 10/9 10/18 12/19 13/9 26/16 26/21 27/6 30/19 31/16 34/15 34/25 34/25 36/18 44/21 44/24
**ambitiously [1]** 22/12
**Amendment [2]** 8/10 22/14
**amendment's [1]** 22/19
**AMERICA [2]** 1/3 3/3
**among [2]** 9/14 31/7
**analysis [2]** 7/5 8/20
**Angela [1]** 3/13
**another [6]** 11/24 31/10 36/3 54/13 55/2 55/15
**answer [9]** 12/5 29/21 31/16 37/11 37/15 48/24 49/1 49/2 49/5
**answered [1]** 49/1
**anticipate [1]** 28/15
**any [72]**
**anybody [1]** 55/7
**anyone [11]** 38/5 49/11 49/17 50/7 50/12 50/18 51/6 51/11 51/23 53/12 55/8
**anything [10]** 5/16 5/19 8/1 26/8 32/21 34/18 36/24 48/12 51/13 55/17
**anyway [1]** 27/2
**anywhere [1]** 18/23
**Apollon [1]** 16/24
**apologies [1]** 55/13
**apologize [2]** 55/3 55/9
**appear [1]** 47/4
**appearance [1]** 3/5
**APPEARANCES [3]** 1/12 1/23 2/1
**appeared [1]** 52/14
**application [1]** 17/1
**applied [1]** 17/9
**applies [3]** 25/25 39/17 46/21
**apply [7]** 3/25 6/14 19/11 20/18 24/9 28/6 46/23
**applying [1]** 14/6
**appreciate [2]** 4/23 5/25

**approach [1]** 3/4
**appropriate [1]** 3/17
**approved [3]** 29/20 33/24 34/10 43/4
**April [6]** 24/2 24/5 24/6 25/22 42/13 43/20
**April 26 [1]** 24/6
**April 27th [4]** 24/2 24/5 25/22 43/20
**are [77]**
**area [1]** 50/18
**argue [2]** 21/11 52/20
**argued [1]** 33/22
**argues [4]** 20/11 22/12 22/14 22/22
**arguing [1]** 33/4
**argument [6]** 20/14 22/16 23/3 46/6 46/11 48/20
**argumentative [3]** 27/19 27/21 28/1
**arguments [4]** 19/4 22/12 22/16 46/8
**arise [2]** 4/4 4/13
**arisen [1]** 4/22
**around [1]** 32/3
**arrested [2]** 30/23 34/2
**arrive [1]** 47/17
**Article [1]** 8/9
**as [76]**
**ask [21]** 4/14 4/14 5/2 5/17 10/16 29/4 32/23 34/25 35/1 36/14 36/22 37/8 37/9 38/6 45/15 45/16 45/25 49/25 50/3 53/24 54/4
**asked [4]** 36/16 36/20 48/23 48/25
**asking [2]** 26/1 51/23
**asks [2]** 48/16 48/19
**asserted [1]** 13/6
**assist [1]** 13/10
**assistant [2]** 3/13 44/21
**associated [1]** 55/8
**assume [1]** 28/2
**assuming [2]** 12/11 13/3
**assuredly [1]** 24/18
**attempting [1]** 11/1
**attempts [2]** 40/17 41/7
**attend [1]** 55/2
**attention [5]** 27/17 37/25 47/6 53/11 53/25
**Attorney [1]** 44/22
**attorneys [7]** 4/6 4/14 44/23 44/25 50/10 50/17 50/22
**AUSA [1]** 3/6
**available [3]** 4/24 14/12 47/8
**availed [1]** 17/23
**avails [1]** 17/16
**Ave [2]** 1/14 1/20
**Avenue [1]** 2/8
**avoid [2]** 50/13 50/19
**aware [4]** 3/20 12/10 47/13 47/15
**away [1]** 50/23

**B**

**back [19]** 4/15 4/19 6/10 7/18 19/12 21/13 27/3 29/7 30/12 34/25 35/22 36/9 54/12 54/13 54/22 55/5 55/10 55/16 55/18
**background [1]** 8/5
**ban [1]** 52/2
**Bankruptcy [1]** 2/7
**barber [1]** 6/5
**based [6]** 9/7 29/17 33/22 50/1 51/16 52/17
**basically [2]** 26/16 33/18
**basis [7]** 10/8 10/13 16/9 18/5 22/8 28/6 28/22
**be [74]**
**because [18]** 16/9 18/22 21/19 24/12 26/16 27/16 27/22 28/16 30/3 34/2 34/12 35/17 39/8 47/7 49/14 49/25 51/16 53/7
**been [27]** 6/5 13/25 20/8 20/14 21/8 22/1 22/6 22/18 22/22 27/11 28/5 28/7 29/17 31/3 32/8 32/12

33/22 36/16 36/20 37/4 37/12 39/9 39/17 41/2 41/9 52/7
**before [20]** 1/9 7/4 7/24 23/23 26/2 26/7 26/9 28/25 28/25 30/17 30/23 34/18 35/7 35/11 35/15 37/2 37/18 37/21 47/4 47/4 55/17
**began [1]** 24/5
**begin [6]** 23/10 23/18 23/18 35/7 37/21 54/1
**beginning [2]** 38/1 45/7
**begun [1]** 8/25
**behalf [1]** 19/23
**being [7]** 4/5 16/22 17/19 25/3 35/13 50/17 50/24
**beings [1]** 47/11
**believability [1]** 47/3
**believe [3]** 6/11 28/6 47/5
**believed [2]** 11/7 42/5
**believes [2]** 48/21 49/8
**bench [2]** 54/3 54/25
**between [2]** 33/13 51/5
**beyond [13]** 10/5 17/14 33/14 33/16 39/11 40/2 41/21 42/15 43/22 44/6 44/8 44/12 44/16
**biases [4]** 47/12 47/14 47/14 47/16
**bill [1]** 33/17
**Bisbee's [1]** 33/11
**bit [5]** 8/7 23/1 28/18 32/15 52/1
**Bitcoin [18]** 12/15 12/22 12/25 13/2 13/9 13/12 14/11 16/21 16/23 18/1 29/13 30/11 32/3 38/15 38/15 38/23 38/25 42/17
**Bitcoins [1]** 13/1
**black [1]** 31/5
**blockchain [3]** 7/18 8/5 17/22
**blogging [1]** 49/20
**blow [1]** 27/14
**bodily [1]** 14/9
**bodily-accessible [1]** 14/9
**books [1]** 51/20
**Booth [1]** 16/5
**both [12]** 8/10 19/4 19/6 19/6 29/20 33/9 33/21 40/18 41/8 46/11 49/2 52/18
**box [2]** 37/17 37/17
**break [1]** 27/2
**brief [3]** 26/12 45/18 46/1
**briefly [5]** 7/19 38/8 39/23 46/16 53/13
**bring [6]** 10/14 25/9 32/18 34/18 39/6 51/4
**broad [1]** 9/4
**BRODIE [1]** 1/15
**Brooklyn [1]** 2/4
**brought [3]** 14/18 15/23 22/18
**BROWN [3]** 1/15 3/7 44/22
**burden [5]** 10/19 12/11 26/21 44/7 44/8
**business [38]** 4/11 19/2 19/17 19/22 19/22 19/25 19/25 20/5 20/25 21/6 21/13 21/14 21/18 21/24 21/24 22/5 24/10 24/23 25/3 25/3 25/6 25/7 25/7 25/14 25/17 38/22 38/25 42/12 42/17 42/18 42/21 43/1 43/2 43/3 43/9 43/15 43/24 44/2
**buying [4]** 15/20 40/25 41/17 42/9

**C**

**call [6]** 17/12 17/17 30/13 30/16 45/14 45/24
**called [3]** 45/13 45/15 45/17
**calls [1]** 17/10
**can [35]** 3/17 4/18 4/18 4/20 5/14 6/8 6/9 6/19 7/3 7/21 12/11 19/13 19/14 21/5 21/5 21/19 27/4 27/5 30/17 30/25 31/6 34/16 37/8 50/21 51/4 52/12 52/16 52/23 53/13 54/4 54/6 54/8 54/10 54/11 54/12
**cannot [1]** 51/21
**card [1]** 4/12

**C**

careful [1]   47/6
carry [2]   12/11 13/13
carrying [5]   11/5 13/6 15/11
40/21 42/3
case [83]
cases [2]   20/12 53/3
CATHERINE [2]   1/13 44/23
Ccips [1]   1/19
CDF [1]   6/13
cell [1]   4/12
certain [2]   31/14 43/9
certainly [1]   32/15
certificates [1]   7/16
certify [1]   56/3
chain [3]   29/23 30/13 30/14
Chainalysis [1]   33/12
challenge [2]   9/24 18/5
chance [2]   5/4 52/18
change [1]   52/16
characteristic [1]   47/21
charge [6]   15/17 32/14 40/1 41/20
42/14 43/22
charged [17]   8/23 9/2 10/23 12/2
13/20 15/18 16/24 24/6 25/14
30/18 39/13 39/14 39/25 41/18
42/11 43/18 44/14
charges [6]   33/18 38/12 38/17
38/21 38/24 39/15
charging [2]   33/15 39/5
chat [1]   49/21
check [4]   6/6 6/7 6/15 6/19
chief [3]   24/21 45/13 46/4
choose [2]   45/7 47/10
chooses [1]   54/18
chosen [1]   51/9
Chris [1]   3/6
CHRISTOPHER [2]   1/15 44/22
circles [1]   21/13
Circuit [6]   8/21 9/13 17/11 18/12
18/16 23/21
circuits [1]   18/17
circumstances [2]   6/6 14/7
citing [1]   16/6
clause [1]   27/14
clear [6]   9/22 21/21 26/21 32/8
32/13 55/8
clearly [1]   39/3
clerk [3]   35/1 51/3 53/12
clients [1]   4/6
close [1]   53/25
closing [3]   46/6 46/8 46/11
cluster [1]   13/2
co [12]   15/4 16/10 16/21 18/3
18/6 31/6 31/8 31/11 31/12 34/1
34/1 38/13
co-conspirator [6]   16/10 16/21
18/3 18/6 31/8 31/11
co-conspirators [6]   15/4 31/6
31/12 34/1 34/1 38/13
cocaine [2]   18/8 18/11
Code [3]   25/15 25/19 43/21
collected [1]   36/11
COLUMBIA [24]   1/1 12/5 12/13
13/15 13/16 14/3 14/11 16/15
16/25 18/7 18/24 20/18 22/10
22/13 22/15 22/23 22/24 23/1 39/2
43/5 43/6 43/8 43/25 44/2
come [12]   4/20 7/18 27/3 29/15
36/7 36/9 46/20 50/9 54/12 54/22
55/5 55/14
comes [2]   29/7 53/10
coming [1]   7/1
commenced [2]   16/20 26/3
comment [1]   21/20
comments [1]   47/25
commerce [6]   11/13 20/1 40/19
41/9 41/24 43/1
commit [6]   17/17 17/18 17/19
17/23 40/5 40/8
committed [9]   8/12 8/15 16/4 16/8

16/11 17/2 22/22 31/8 39/12
committing [2]   8/19 17/22
communicate [2]   4/18 53/1
communicating [1]   51/24
communications [5]   4/2 49/18
51/15 52/2 52/22
compels [1]   24/17
complaint [2]   24/6 32/18
complete [1]   7/5
completed [1]   15/24
completely [1]   50/6
completion [1]   24/17
comply [2]   20/4 43/8
computer [4]   6/7 6/8 6/12 51/15
computers [1]   49/19
conceal [5]   11/6 13/7 15/13 41/11
42/4
concealing [1]   13/11
concealment [5]   13/12 15/20 40/25
41/16 42/9
concerning [2]   52/2 53/4
concerns [1]   4/21
conclude [4]   10/16 21/4 22/9
28/22
concluded [2]   12/25 18/8
concludes [2]   12/12 23/23
concluding [3]   11/15 11/16 18/14
conclusion [1]   39/8
conclusions [1]   7/10
conditions [1]   43/16
conduct [35]   9/11 9/17 11/1 11/3
11/4 11/5 11/8 15/7 15/9 15/11
15/12 19/20 20/19 20/21 21/4
21/12 22/4 22/7 22/9 25/1 25/21
31/13 33/4 34/3 34/11 40/18 41/8
41/23 45/18 46/1 46/18 51/17
51/19 51/21 55/7
conducted [11]   11/21 11/22 12/4
12/22 13/5 14/3 14/8 17/5 38/18
41/22 42/20
conducting [7]   10/25 15/9 19/1
21/6 21/12 21/14 22/5
conducts [6]   11/15 12/1 13/19
21/23 40/17 41/7
confer [1]   5/4
conference [2]   54/3 54/25
conferred [1]   16/16
confidence [1]   9/9
confines [1]   52/21
conflict [2]   5/6 5/12
conflicts [6]   3/20 3/24 4/4 4/8
4/11 4/21
confusion [1]   32/7
congress [2]   24/18 25/10
congressional [1]   9/4
connected [3]   38/5 50/12 51/25
consciously [1]   47/15
consider [8]   26/14 26/19 37/12
39/16 46/13 47/3 47/13 48/7
consideration [2]   27/24 47/22
considered [2]   24/15 52/21
considers [2]   15/25 26/13
consists [1]   13/23
conspiracy [56]   15/3 15/18 15/23
16/1 16/4 16/14 16/15 17/20 18/10
18/15 18/19 23/11 23/13 23/15
23/19 23/20 23/23 23/23 24/1 24/3
29/13 29/18 29/23 29/23 29/25
30/4 30/5 30/14 30/14 31/5 31/6
31/7 31/10 31/11 31/14 32/7 32/13
33/15 33/18 33/23 33/24 34/2 34/4
34/4 34/6 38/15 40/1 40/3 40/4
40/5 40/7 40/9 40/12 40/13 41/2
41/14
conspiracy's [1]   23/16
conspirator [9]   16/10 16/21 17/12
17/13 17/16 18/3 18/6 31/8 31/11
conspirators [7]   15/4 31/6 31/8
31/12 34/1 34/1 38/13
conspired [2]   15/6 38/12
constitute [1]   11/24
constituted [1]   19/1

constitutes [2]   22/3 56/4
constituting [2]   19/8 23/11 21/21
constitution [3]   2/8 8/10 22/25
constitutional [2]   22/24 23/2
consulting [1]   37/6
contact [5]   4/14 33/12 33/13 50/9
50/15
contacts [1]   9/15
contains [3]   38/11 41/20 42/14
context [2]   14/14 52/17
continue [3]   4/9 5/10 30/24
continued [4]   1/23 2/1 8/25 17/16
continues [2]   23/15 30/15
continuing [15]   8/24 11/25 23/14
24/12 24/15 24/19 25/8 25/12
25/12 25/16 25/21 29/11 31/13
34/4 34/5
contrary [1]   23/3
control [8]   11/7 13/8 13/12 15/14
19/20 25/1 41/13 42/5
controlled [7]   12/18 15/21 16/18
41/1 41/17 42/10 42/20
conversation [3]   5/14 50/14 50/14
conviction [1]   19/14
convinced [1]   39/11
correct [3]   5/9 34/7 56/4
correctly [2]   20/11 29/22
corridor [1]   50/16
corrupt [1]   52/6
costly [1]   52/5
could [9]   4/4 4/6 5/3 13/24 14/10
14/18 14/20 17/6 17/21
couldn't [2]   28/14 51/19
counsel [15]   3/4 3/5 3/7 3/12 4/9
14/16 19/6 45/2 45/3 45/4 46/5
46/5 54/4 54/6 54/8
count [27]   9/2 10/22 10/23 15/2
15/3 18/20 18/22 19/14 19/16
19/18 23/10 23/11 23/11 25/23
25/25 38/11 38/17 38/21 38/24
39/15 39/18 39/19 39/21 39/25
41/18 42/11 43/18
country [1]   52/3
counts [5]   10/21 24/9 38/11 39/14
39/24
couple [2]   6/3 10/11
course [5]   4/13 31/13 32/13 36/19
46/20
court [25]   1/1 2/6 2/7 3/11 4/15
4/17 8/17 9/4 9/23 10/3 12/11
16/12 17/5 17/16 18/12 18/13
22/18 23/13 26/13 26/22 48/15
53/21 54/18 56/3 56/13
Court's [4]   10/4 14/5 32/6 32/23
courthouse [1]   50/16
courtroom [12]   4/3 4/19 35/13
36/5 36/10 37/19 47/16 50/2 50/3
50/13 51/17 53/9
courts [5]   2/7 9/13 17/3 17/9
52/3
cover [1]   7/2
coverage [1]   53/5
coworkers [1]   51/7
create [2]   25/11 30/7
created [1]   14/13
credibility [1]   47/2
crime [18]   8/11 8/18 8/23 8/23
9/17 13/23 15/7 17/5 17/23 19/20
22/21 24/17 25/1 25/4 25/5 25/16
39/5 51/20
crimes [3]   9/5 17/2 40/8
criminal [24]   1/3 3/2 8/12 9/3
9/8 9/17 17/12 20/8 21/9 21/10
22/2 22/6 22/12 22/14 22/17 22/19
24/6 24/12 24/16 32/18 43/13 44/3
50/5 51/10
criminalize [2]   10/25 20/24
criminalized [1]   20/22
criteria [1]   12/8
CRM [1]   1/19
cross [2]   45/17 46/1
cross-examination [1]   45/17

**C**

cross-examine [1]   46/1
CTF [1]   6/12
current [2]   4/9 5/10
customer [1]   7/11
cutoff [1]   31/3
cyberspace [2]   14/22 17/2

**D**

D.C [8]   8/21 9/13 18/11 18/16
23/21 25/15 25/19 43/21
darknet [9]   15/5 15/15 16/16 16/17
16/23 32/9 33/13 38/13 38/14
date [1]   19/9
Dated [1]   56/10
Daubert [3]   6/23 6/25 7/23
day [2]   6/10 56/10
day's [1]   25/9
days [2]   4/17 29/2
DC [8]   1/5 1/14 1/17 1/21 2/9
18/20 19/2 25/12
deal [2]   9/23 30/24
dealer [1]   30/20
dealing [6]   13/7 15/20 17/9 40/25
41/17 42/9
decide [11]   26/22 37/13 37/14
39/10 47/5 48/3 49/25 50/1 51/16
53/8 53/18
decided [1]   37/10
decision [3]   3/21 8/2 49/11
decisions [1]   49/15
deem [1]   6/16
defendant [44]   1/7 2/2 3/11 8/11
11/19 17/7 20/7 21/8 22/1 22/6
23/14 23/22 38/12 38/17 38/21
38/24 39/7 39/8 39/12 39/19 40/10
41/18 41/22 42/2 42/11 42/19
42/23 43/7 43/13 43/18 43/24 44/1
44/3 44/5 44/10 44/14 44/17 44/20
44/24 45/3 45/5 45/21 45/22 46/6
defendant's [4]   9/16 22/11 27/11
44/8
Defender [1]   3/13
defense [22]   7/15 9/21 19/7 19/8
19/11 19/13 24/4 28/2 28/3 28/4
29/7 32/6 44/20 44/24 45/6 45/16
45/18 45/23 45/24 46/1 46/2 54/17
defense's [1]   8/8
defenses [1]   4/3
define [1]   9/5
defined [3]   11/22 19/22 21/20
defines [1]   11/12
definitions [2]   21/19 21/20
degree [2]   11/13 21/25
delay [1]   55/9
deliberate [1]   37/18
deliberations [8]   35/11 35/23
36/4 37/13 47/9 48/18 49/3 53/23
delicti [1]   8/18
delineations [1]   37/22
deliver [1]   36/10
delivery [1]   11/11
denied [1]   33/21
deny [1]   10/8
DEPARTMENT [2]   1/13 44/22
deposit [2]   12/15 12/25
Dept [1]   1/20
deputy [1]   51/3
derive [1]   18/2
derived [5]   20/8 21/8 22/1 22/6
43/13
describe [2]   39/23 46/16
describing [1]   28/20
description [1]   29/22
deserve [1]   47/18
designed [3]   15/13 27/16 41/11
destroyed [1]   36/11
detail [4]   18/17 40/6 43/11 46/12
detailed [2]   35/10 39/22
detection [1]   13/13
determine [5]   8/18 37/6 46/24

devices [1]   49/19
dictates [1]   8/13
did [12]   3/22 6/2 18/1 18/13 19/1
19/11 24/5 29/4 32/23 42/23 42/24
44/1
didn't [1]   29/2
difference [3]   17/25 21/1 28/20
different [4]   4/7 6/12 13/23
29/24
differently [1]   48/17
difficult [1]   14/25
dire [1]   7/20
direct [4]   19/21 25/1 45/15 45/25
directed [1]   42/20
directly [3]   4/15 17/20 30/2
disability [1]   47/19
discharged [1]   51/5
disclose [2]   37/20 49/24
discrete [1]   25/17
discretion [1]   10/5
discuss [11]   3/19 29/2 36/23
37/12 49/10 50/7 51/5 53/11 53/13
53/15 55/7
discussed [6]   3/24 4/1 4/2 4/4
9/22 50/17
discussing [2]   7/23 8/7
discussion [2]   5/9 50/20
discussions [1]   50/19
disguise [5]   11/6 13/7 15/13
41/12 42/4
dislikes [1]   47/12
dismiss [3]   8/8 19/10 23/5
disposition [1]   11/11
dispute [2]   10/6 52/19
disregard [2]   48/5 49/2
distance [3]   17/17 17/18 17/24
distinct [1]   13/23
distort [1]   52/23
distracts [1]   35/21
distribute [1]   30/22
distribution [1]   29/25
distributor [1]   30/21
district [41]   1/1 1/1 1/10 2/7
8/11 8/15 8/21 9/18 11/20 12/2
12/5 12/12 13/15 13/16 13/21 14/2
14/11 15/24 15/25 16/6 16/15
16/25 18/7 18/13 18/24 20/13
20/18 22/10 22/13 22/15 22/21
22/22 22/24 23/1 24/21 39/1 43/4
43/6 43/7 43/25 44/1
do [32]   4/13 5/5 5/9 5/12 6/19
6/25 7/4 7/21 8/2 8/4 10/18 20/19
26/6 26/15 26/19 27/15 31/22
33/21 35/3 35/17 36/1 37/9 45/21
49/22 50/8 50/20 51/2 53/1 53/11
53/16 54/23 55/4
docket [3]   12/20 15/21 29/6
doctrines [1]   17/4
does [13]   6/11 10/19 11/18 14/1
20/10 23/18 23/18 25/11 40/5
40/20 44/9 45/22 45/23
doesn't [3]   14/21 19/10 28/18
doing [1]   38/23
DOJ [2]   1/16 1/19
DOJ-CRM [1]   1/19
DOJ-USAO [1]   1/16
don't [11]   6/17 8/4 18/21 20/16
27/2 27/20 27/25 28/11 32/19
49/14 51/3
done [2]   13/25 28/25
doubt [10]   28/9 39/12 40/3 41/21
42/16 43/23 44/6 44/8 44/13 44/17
down [3]   10/12 32/10 53/22
draw [2]   27/16 39/7
drops [1]   34/1
drug [5]   29/24 30/7 30/8 30/20
30/20
drugs [1]   30/22
during [22]   4/13 6/8 23/20 29/2
34/16 35/18 35/23 36/4 36/5 36/19

36/22 37/13 37/24 38/3 47/8 47/24
48/19 48/22 49/5 50/11 53/11
53/23
duty [3]   44/14 46/22 51/6

**E**

each [11]   9/2 25/9 35/16 37/23
39/15 39/16 39/18 40/2 41/20
42/15 43/22
ear [1]   17/21
earlier [1]   24/3
early [2]   54/11 55/5
easiest [1]   10/22
easily [3]   4/20 14/10 23/8
ecstasy [3]   12/18 13/6 16/23
education [1]   47/20
effect [3]   9/17 23/24 47/1
effectively [1]   17/13
effects [3]   14/14 41/9 41/23
efficient [1]   46/19
either [8]   4/14 11/4 15/11 20/1
27/13 36/17 44/24 54/14
EKELAND [7]   2/2 2/3 3/10 5/19
32/4 44/25 54/16
electronic [4]   49/18 49/19 51/15
51/21
element [5]   25/4 27/19 30/18
44/13 44/16
elements [8]   9/11 9/16 30/3 39/23
40/1 41/20 42/15 43/21
elevator [1]   50/16
else [13]   5/16 5/19 7/2 8/1 26/8
32/21 34/18 36/24 38/5 49/17 50/5
50/18 53/12
email [1]   51/23
emailing [1]   49/21
emails [1]   49/23
embodied [1]   9/9
emerge [1]   5/12
encounter [1]   50/12
encouraging [1]   36/18
end [9]   6/10 35/11 36/9 37/21
39/10 39/23 43/11 49/12 54/25
ends [2]   10/2 10/3
enforcement [2]   32/10 41/25
engage [4]   5/14 10/3 38/14 44/2
engaged [3]   23/25 38/25 43/24
engages [2]   14/22 25/16
engaging [1]   25/14
enjoy [1]   22/20
enough [3]   3/18 5/5 7/25
enter [2]   14/21 31/6
entered [1]   37/19
entire [3]   13/10 33/18 53/19
entirely [3]   17/2 35/19 47/9
entities [1]   29/7
entitled [2]   52/18 56/5
error [3]   18/12 18/13 18/14
essence [1]   29/12
essential [2]   9/11 25/4
essentially [3]   14/19 32/17 33/18
establish [2]   10/20 18/19
established [3]   18/15 23/13 52/13
ethnic [1]   47/21
eve [1]   28/25
even [10]   10/6 10/17 17/7 18/10
30/2 31/13 34/12 48/4 49/13 52/15
ever [4]   18/23 22/17 36/12 37/19
every [5]   22/17 23/15 40/6 44/3
44/13
everyone [5]   27/10 34/23 35/5
55/9 55/13
everything [3]   7/2 33/15 52/10
evidence [55]   4/10 9/20 10/20
16/19 23/24 26/23 27/17 27/19
28/2 28/5 28/15 28/17 28/20 29/1
29/19 31/23 33/10 33/12 33/16
34/9 35/20 35/25 36/1 36/2 38/5
39/4 39/7 39/11 39/16 44/11 45/9
45/10 45/20 45/21 45/23 45/24
46/4 46/9 46/10 47/2 47/23 48/7
48/8 48/9 48/11 48/12 48/14 48/16

47/1 47/22
developments [1]   7/7

**E**

evidence... [7]  48/18 48/20 49/8
49/15 52/19 52/20 53/8
evil [1]  25/10
exactly [2]  7/13 9/22
examination [5]  45/15 45/17 45/19
45/25 46/2
examine [1]  46/1
example [5]  7/7 18/4 50/15 51/22
52/13
except [2]  32/9 32/20
exception [2]  23/22 32/9
excluded [1]  33/7
exclusive [1]  48/6
excused [1]  37/4
exhibit [2]  27/15 28/9
exhibits [4]  32/1 48/9 48/13 49/4
exist [1]  3/24
existed [2]  29/8 40/4
existence [3]  23/16 23/20 48/10
exists [1]  40/4
exit [1]  31/14
exited [1]  31/12
expansive [1]  11/19
expect [4]  27/17 28/21 31/23
45/10
experienced [1]  52/4
expertise [1]  7/20
experts [2]  7/4 7/5
explain [6]  28/24 35/7 38/8 42/18
44/19 52/1
explained [3]  17/11 24/22 39/13
explicit [2]  24/16 33/16
explore [1]  6/3
expressed [1]  48/4
expression [1]  47/20
extensive [1]  28/7
extent [2]  34/8 47/5

**F**

F.2d [1]  8/22
F.3d [4]  9/19 17/15 18/16 23/21
face [4]  23/7 23/9 51/14 51/14
facilitate [1]  11/3
fact [10]  9/18 14/23 19/8 27/25
33/10 37/7 39/18 40/19 41/9 48/10
facts [10]  10/5 36/17 37/7 46/25
47/1 47/22 48/3 48/5 51/18 51/24
factual [1]  52/21
failed [1]  44/16
failing [1]  25/5
fails [2]  20/4 43/8
failure [4]  20/12 20/13 20/17
20/23
fair [5]  4/10 9/8 46/19 47/18
47/22
fairness [2]  14/19 15/1
faith [1]  28/6
family [1]  51/7
far [1]  33/22
fashion [2]  21/22 22/7
favor [1]  24/13
February [1]  1/5
federal [4]  3/13 8/12 9/5 43/10
feel [3]  5/5 36/13 36/20
fellow [3]  36/23 49/14 53/17
felonious [1]  15/19
felony [2]  20/4 43/6
few [1]  3/16
filed [1]  7/16
filing [2]  17/12 20/14
final [4]  37/15 37/21 49/12 53/20
finally [6]  13/14 23/4 43/18
46/10 50/22 53/21
financial [9]  11/1 11/12 11/20
15/7 40/16 40/18 41/6 41/8 41/23
FinCEN [1]  20/15
find [8]  35/19 35/20 39/18 44/12
44/14 44/15 44/17 50/15
finding [1]  9/18
finds [1]  17/3

fine [2]  53/21 54/17
financial... [7]  45/8 45/9 46/1
46/2 46/11
first [10]  5/2 40/3 40/12 41/5
41/21 42/16 43/23 45/2 52/10 54/7
five [2]  26/2 30/21
Fletcher [1]  10/4
Floor [1]  2/4
Florida [1]  18/6
focused [1]  21/15
Fog [11]  12/15 12/22 13/2 14/11
29/13 30/11 32/3 38/16 38/23
38/25 42/17
Fog's [1]  13/9
follow [3]  38/9 46/12 49/3
following [1]  50/24
foot [1]  17/7
foregoing [1]  56/4
foreign [6]  11/13 20/1 40/19 41/9
41/24 43/1
foreseen [1]  14/10
form [4]  15/10 40/17 41/7 42/1
formal [2]  39/5 40/5
formulations [1]  9/15
forth [4]  9/10 10/6 29/6 31/21
forward [1]  54/15
four [3]  38/11 39/14 39/24
frankly [1]  28/19
free [1]  36/13
fresh [1]  55/6
Friedman [2]  18/5 18/8
friends [1]  51/7
front [2]  23/24 37/17
fullest [1]  37/25
fundamental [1]  15/1
funded [1]  4/5
funds [9]  11/14 11/23 12/14 19/23
20/7 21/7 22/1 22/5 43/12
further [5]  5/14 10/10 11/23
17/12 52/1
furtherance [7]  15/25 16/4 16/14
16/24 18/9 18/15 31/9
furthering [1]  17/20
Furthermore [1]  52/15

**G**

gender [1]  47/20
general [3]  7/3 13/22 27/13
Generally [3]  36/14 47/12 52/5
get [7]  3/16 4/18 6/8 6/10 7/2
7/24 8/5
gets [1]  30/12
give [12]  6/22 7/3 7/5 8/2 10/9
27/5 30/19 35/10 35/12 37/24
51/11 54/12
given [5]  7/25 22/8 29/10 33/10
50/25
gloss [1]  9/14
go [12]  5/25 10/5 18/17 27/2 27/4
27/4 34/9 36/7 54/15 54/21 55/2
55/15
goal [1]  47/17
goes [1]  29/19
going [15]  4/1 4/16 6/3 6/15 7/1
7/6 26/7 27/6 27/24 28/2 34/15
34/25 35/1 35/13 55/2
gone [3]  29/15 29/17 30/17
good [7]  3/6 3/9 3/10 28/6 34/23
35/5 52/9
got [4]  3/16 4/23 26/5 33/16
government [52]  3/5 3/7 5/16 8/14
9/20 10/19 12/7 12/11 12/21 13/10
16/12 18/7 18/10 19/6 20/11 21/2
25/21 27/12 29/5 29/19 29/22 29/16
30/4 30/25 32/15 34/16 40/2 40/3
40/10 41/21 41/22 42/15 42/16
42/22 42/25 43/22 43/23 44/7
44/12 44/15 44/20 44/21 45/3
45/13 45/14 45/16 45/18 45/20
45/25 46/2 46/5 54/14
government's [9]  10/15 16/19
22/10 29/18 30/3 32/7 33/23 45/6

46/4
average [1]  8/8
greater [1]  43/10
ground [2]  7/13 19/9
grounds [3]  19/10 23/6 34/10
guarantee [1]  8/13
guardrails [1]  7/6
guess [3]  37/11 48/24 54/10
guidance [1]  7/3
guilt [3]  39/7 39/8 44/8
guilty [5]  39/19 39/19 44/6 44/14
44/17

**H**

had [6]  4/2 5/5 17/7 29/3 31/23
33/14
hand [2]  38/6 44/15
happened [1]  28/11
happens [1]  50/1
happy [2]  8/4 10/9
hard [1]  28/14
has [36]  3/20 4/10 4/12 4/13 4/21
7/15 7/15 9/4 9/7 12/7 12/21 17/4
17/22 19/9 22/18 22/22 23/5 23/14
23/22 24/2 25/21 28/5 30/4 33/22
33/24 34/7 36/16 36/20 37/2 37/3
39/8 39/11 39/13 44/12 44/16
55/14
hasn't [2]  28/11 55/14
HASSARD [3]  2/2 3/12 45/1
have [101]
having [3]  5/4 50/13 50/15
he [45]  3/20 3/21 3/25 4/8 4/9
4/9 4/12 4/13 4/21 6/2 6/3 6/4
6/6 6/7 6/7 6/9 6/9 6/11 6/11
6/13 6/15 6/15 6/15 7/9 7/10
13/16 14/3 17/15 17/19 22/12
22/14 22/18 22/22 30/20 33/14
39/8 39/13 40/17 40/20 41/7 41/10
42/5 42/23 44/5 49/7
hear [3]  27/24 29/9 32/4
heard [1]  49/15
hearing [1]  50/19
hearings [1]  29/2
heavy [1]  52/8
held [3]  8/21 17/5 54/3
help [2]  45/9 46/10
helps [1]  35/20
her [5]  5/6 5/13 5/14 44/10 45/22
here [23]  3/18 4/21 5/6 8/5 10/11
10/13 14/19 18/18 19/11 20/14
23/24 27/23 28/9 28/18 28/22
29/12 29/18 32/14 33/15 40/11
50/1 53/21 54/13
herself [1]  18/3
highlight [1]  27/14
highlighted [1]  28/1
him [12]  4/1 4/11 4/12 4/14 4/15
4/16 4/18 6/14 7/8 13/4 39/6
44/14
himself [6]  4/6 14/15 16/8 17/16
17/23 18/3
hinted [1]  48/4
his [12]  3/25 4/3 4/7 4/9 4/14
14/16 14/19 17/13 17/14 44/10
44/25 45/22
Hitt [1]  23/20
hold [1]  49/6
home [2]  36/7 36/8
Honor [17]  3/6 3/10 3/22 5/18
5/20 26/25 29/21 30/2 31/4 31/18
31/22 33/9 34/20 54/14 54/18
54/20 54/24
HONORABLE [1]  1/9
hope [1]  55/14
hoped [1]  28/24
hours [1]  7/22
how [13]  3/21 4/22 4/23 4/24 8/5
9/22 35/7 44/19 48/3 49/25 51/10
52/20 54/19
however [3]  35/23 36/15 51/11
hub [2]  29/12 30/13

**H**

hubs [1]   29/14
huge [1]   28/19
human [2]   47/11 50/8
hypothetical [1]   30/19

**I**

I'd [1]   7/3
I'm [2]   17/17 21/24
Ibarra [1]   9/19
identical [1]   17/18
identified [1]   12/8
ignoring [1]   52/4
III [1]   8/9
illegal [3]   40/24 41/16 42/8
imagine [1]   30/20
immediately [4]   38/6 45/5 50/18
  51/2
impact [2]   4/3 28/20
impactful [1]   28/18
impartial [3]   22/21 36/17 47/17
implemented [1]   9/1
implements [1]   8/13
implicate [1]   8/24
implicit [1]   47/14
important [8]   7/9 7/11 35/9 36/16
  36/20 37/23 38/9 53/18
importation [4]   15/19 40/24 41/16
  42/8
improper [1]   28/2
inadvertently [1]   53/10
inappropriate [1]   27/22
inchoate [2]   32/14 32/15
inclined [1]   7/8
include [4]   21/5 21/5 27/6 52/13
included [2]   28/9 32/25
includes [4]   48/8 48/12 51/14
  52/11
including [8]   6/23 15/5 30/10
  36/12 38/13 49/20 49/23 51/7
income [1]   47/21
independent [1]   51/17
indicated [2]   9/25 19/2
indicates [2]   14/16 14/16
indication [1]   48/2
indicted [2]   24/7 39/9
indictment [26]   9/2 10/1 10/7
  15/3 16/15 19/10 23/6 23/6 23/25
  25/23 30/8 38/11 38/12 38/17
  38/21 38/24 39/3 39/4 39/6 39/15
  39/20 39/21 40/11 40/23 41/15
  42/7
individual [1]   21/16
individuals [1]   14/11
influence [1]   39/20
influenced [1]   36/3
informant [2]   18/7 18/11
information [7]   7/11 49/21 51/7
  51/11 52/7 52/11 52/13
informed [1]   16/22
inherently [1]   25/8
initiated [1]   12/24
initiating [1]   11/15 11/16
innocence [3]   44/4 44/10 45/23
innocent [1]   44/4
inquiry [2]   10/2 10/3
instead [1]   33/8
instruct [6]   43/10 46/20 48/1
  48/13 52/25 53/16
instruction [2]   27/7 50/25
instructions [9]   27/6 35/10 35/12
  37/15 37/21 39/22 49/12 49/16
  53/20
instrument [1]   41/3
instruments [1]   40/13
integrated [1]   29/24
intended [8]   20/8 21/9 22/2 24/18
  35/12 43/14 45/9 46/10
intending [1]   20/24
intends [1]   15/11
intent [5]   11/4 13/6 40/21 42/2

  42/4
international [2]   40/9
inter [1]   30/1
inter-interdependency [1]   30/1
interdependency [1]   30/1
internet [6]   17/21 33/19 51/23
  52/2 52/25 53/4
interpreted [1]   24/13
interstate [6]   11/13 20/1 40/19
  41/9 41/24 43/1
intrinsic [2]   34/11 34/12
intrinsically [1]   25/16
introduce [1]   31/23
introduced [3]   27/18 38/2 45/11
investigating [2]   32/16 51/24
investigation [2]   32/19 51/18
involved [9]   4/23 14/23 15/10
  24/17 40/16 41/6 41/25 50/23
  51/12
involves [7]   15/8 20/6 21/7 21/25
  40/19 41/9 43/11
involving [9]   11/1 11/14 20/12
  22/5 29/24 31/1 34/3 34/5 38/18
IRS [4]   12/15 12/24 16/19 18/2
is no [1]   33/15
issue [22]   5/17 6/4 9/21 14/4
  19/8 19/12 19/13 26/13 26/13
  26/19 32/24 33/7 34/4 34/8 34/12
  37/14 40/24 41/15 42/8 51/22
  52/15 53/18
issued [1]   44/1
issues [7]   6/3 6/20 6/23 6/23
  6/25 7/23 26/3
it [95]
items [1]   52/15
its [10]   12/11 20/10 23/9 27/12
  29/16 30/25 45/7 45/13 45/20 46/7
itself [5]   9/24 10/7 17/14 32/14
  51/11

**J**

jail [2]   6/9 31/2
JEFFREY [3]   1/18 3/8 44/23
Jensen [1]   10/5
Johnson [2]   9/6 24/21
joined [2]   23/14 40/11
judge [8]   1/10 10/4 18/4 18/8
  24/21 26/10 36/17 46/17
judges [1]   46/25
June [1]   24/7
June 14th [1]   24/7
jurisdiction [1]   16/10
juror [4]   27/7 36/15 36/16 37/10
juror's [2]   36/3 37/5
jurors [17]   35/14 35/17 36/1
  36/24 37/13 37/20 37/24 46/15
  46/17 46/22 46/24 49/14 51/4 52/4
  52/6 53/12 53/17
jury [33]   1/9 7/1 7/19 10/14
  10/18 12/9 13/4 22/21 26/5 26/14
  26/19 26/22 27/3 27/5 34/19 34/22
  35/1 35/2 35/22 37/17 37/17 38/1
  49/23 49/24 50/11 51/6 51/8 51/9
  51/14 53/16 54/11 55/1 55/12
jury's [1]   27/17
just [27]   7/7 8/2 10/16 22/11
  23/7 26/12 26/21 28/11 30/19
  32/17 32/22 32/25 33/18 35/11
  37/21 39/4 39/4 39/8 46/8 47/17
  50/25 51/4 53/12 54/2 54/11 55/4
  55/8
justice [4]   1/13 1/20 9/8 44/22

**K**

keep [1]   53/18
kind [7]   3/18 33/12 50/3 51/15
  51/18 51/22 53/1
knew [2]   32/16 43/7
know [18]   4/16 5/13 5/13 6/1 6/17
  6/20 6/22 7/10 7/15 7/23 8/1 8/2

  32/13 38/4 51/2 51/4 51/8 53/12
knowingly [6]   19/20 21/6 21/23
  25/6 41/22 42/19
knowledge [1]   31/20
known [10]   15/4 20/7 21/8 22/1
  22/6 38/13 38/15 38/22 40/8 43/12
knows [3]   15/9 15/12 41/10
Kwong [1]   8/22
Kwong-Wah [1]   8/22

**L**

lack [1]   8/8
Lam [1]   8/21
language [1]   24/16
large [1]   14/8
last [1]   23/19
launched [1]   29/18
launder [2]   16/17 30/5
laundering [25]   10/23 10/24 11/18
  12/1 12/13 13/20 14/7 14/9 14/20
  15/2 15/17 15/22 15/23 21/12
  21/17 23/10 24/1 25/23 30/4 38/15
  38/18 40/1 40/13 41/3 41/19
law [25]   2/3 8/8 10/16 20/4 23/15
  25/12 31/5 32/10 32/15 33/24
  33/25 34/7 38/9 41/25 43/6 43/8
  44/9 45/22 46/12 46/21 46/23 48/1
  49/16 51/18 51/24
laws [1]   43/10
lawyer [6]   38/4 48/15 48/21 48/23
  49/6 49/8
lawyer's [3]   48/9 48/10 49/7
lawyers [7]   36/14 37/1 37/6 45/10
  47/25 47/25 48/19
lawyers' [2]   3/25 46/8
leads [1]   22/11
least [9]   10/3 13/15 16/13 16/14
  21/5 28/15 33/21 33/24 40/8
leave [1]   50/18
leaves [2]   19/16 37/2
left [2]   37/3 37/3
legal [8]   3/12 7/10 17/4 35/8
  37/14 46/19 47/18 52/21
legally [1]   37/10
length [1]   3/23
less [2]   9/22 26/2
let [14]   3/17 4/16 5/2 5/13 5/13
  6/1 6/19 8/2 18/13 32/4 38/8 51/2
  51/4 53/12
Let's [2]   3/17 26/3
letter [1]   31/5
level [2]   27/13 47/21
liberally [1]   24/13
license [12]   18/21 20/2 20/18
  20/24 20/25 24/11 25/15 39/1 43/4
  43/7 43/19 44/1
lie [1]   15/24
lies [1]   16/2
light [1]   5/8
like [4]   7/3 33/14 33/19 46/8
likes [1]   47/11
likewise [1]   25/16
limine [2]   28/8 32/24
limit [2]   9/7 9/9
limitation [1]   23/18
limitations [21]   6/24 8/3 23/5
  23/6 23/9 23/12 24/5 24/8 24/13
  24/15 25/18 25/25 29/9 29/10
  30/15 30/24 31/2 32/11 32/17
  32/25 33/6
LINDSAY [3]   2/6 56/3 56/12
line [1]   10/12
lines [1]   46/3
list [1]   42/23
listen [2]   53/6 53/7
listener's [1]   17/21
listening [1]   35/21
literally [1]   33/10
little [2]   28/18 32/15
localities [1]   13/24
location [11]   8/19 8/24 11/6 13/7

**L**

location... [7] 13/11 13/14 17/14
41/12 42/4 50/16 52/14
locked [1] 36/5
locus [2] 8/18 9/17
Lombardo [1] 14/1
long [5] 8/22 17/17 17/18 51/10
54/19
longer [1] 29/7
look [3] 8/17 23/7 36/12
looking [2] 6/20 32/12
looks [1] 33/19
lot [1] 18/22
lower [1] 9/13
lunch [4] 54/10 54/12 54/22 55/5

**M**

made [6] 3/20 4/24 14/12 20/14
24/2 33/1
mail [2] 17/6 17/6
majority [1] 9/25
make [14] 3/17 3/20 6/9 15/7
20/12 28/14 31/16 32/25 45/4 45/5
45/7 46/6 47/25 52/12
makes [8] 17/25 19/19 21/20 34/6
48/15 48/20 49/6 55/4
making [1] 49/15
manage [2] 19/20 25/1
managed [1] 42/20
manner [5] 21/24 22/4 46/19
manufacture [4] 15/19 40/24 41/16
42/8
many [6] 7/22 7/22 14/10 29/2
29/2 35/19
mapping [1] 52/14
March [1] 56/10
market [3] 15/5 16/17 16/24
marketed [1] 14/13
markets [2] 32/9 33/13
marks [1] 10/12
marshal [3] 6/2 6/20 51/3
material [1] 28/1
matter [5] 10/16 14/1 14/18 37/18
56/5
may [51] 6/17 7/21 8/20 10/4
10/12 12/1 13/20 13/24 15/23
20/20 21/2 22/9 28/17 29/15 29/17
35/4 35/16 36/21 36/21 36/23
37/14 39/18 45/5 45/6 45/7 45/16
45/21 46/1 46/2 47/15 47/24 48/7
48/19 49/5 49/5 49/13 49/16 50/2
50/2 50/6 50/8 50/9 51/8 51/10
51/10 51/17 52/12 52/25 53/3 53/6
53/15
maybe [3] 7/19 27/18 54/11
me [38] 3/7 3/12 3/17 4/14 4/15
4/18 5/2 5/13 6/2 6/9 6/10 7/12
7/16 7/18 8/2 10/16 10/22 13/5
23/24 28/19 28/24 29/11 32/4
32/23 33/22 33/22 33/25 34/6 34/7
36/25 38/7 38/8 39/23 50/21 51/2
51/4 53/12 55/4
mean [7] 6/17 10/13 19/23 21/15
30/19 32/6 51/19
meaning [1] 52/16
means [10] 11/14 11/24 19/24
21/14 37/9 43/2 45/14 49/12 49/22
51/21
meant [1] 35/9
media [1] 53/5
medically [1] 6/16
meet [1] 6/2
meets [2] 12/8 24/24
members [4] 34/5 40/7 51/7 55/1
memory [7] 35/24 36/1 36/2 47/9
48/17 53/23 53/24
mental [1] 12/23
mention [3] 26/17 44/21 44/24
mentioned [2] 38/4 50/4
message [3] 13/3 17/20 49/22
messages [1] 49/23

met [1] 3/19
Mexican [1] 14/2
MICHAEL [3] 2/2 3/12 45/1
microphone [2] 5/3 26/11
might [7] 5/6 21/11 33/7 37/12
37/22 38/4 52/14
mind [7] 21/3 21/13 21/18 29/19
22/20 34/9 53/18
minor [2] 32/22 33/14
minutes [1] 54/20
misdemeanor [2] 20/3 43/5
mixed [1] 16/21
mixer [1] 38/15
mixing [1] 13/2
modern [2] 17/17 17/23
modis [1] 31/20
modus [2] 29/19 34/9
moment [4] 23/15 25/17 42/19 54/2
monetary [3] 11/20 40/13 41/3
money [56] 10/23 10/23 11/18 12/1
12/13 13/20 14/7 14/8 14/20 15/2
15/17 15/21 15/23 18/20 18/20
19/1 19/17 19/21 19/22 19/24
19/25 20/2 20/4 21/6 21/12 21/17
21/23 23/10 23/25 24/10 24/11
24/23 25/2 25/3 25/5 25/6 25/14
25/23 30/4 38/14 38/18 38/22 39/1
39/25 41/18 42/12 42/17 42/18
42/25 43/2 43/2 43/4 43/8 43/15
43/19 43/24
more [14] 7/5 7/24 8/20 8/24 9/14
13/18 22/11 28/18 29/22 30/2
32/19 33/6 39/22 40/4
Moreno [1] 9/12
moreover [1] 18/1
morning [10] 1/7 3/6 3/9 3/10
3/17 3/23 6/2 7/1 34/23 35/6
MOSS [1] 1/9
most [3] 22/12 29/7 37/25
motion [5] 8/8 10/9 32/24 33/20
33/20
motions [3] 19/13 28/8 47/24
moved [3] 19/8 19/9 23/5
movement [1] 11/14
moving [1] 13/1
Mr [1] 4/25
Mr. [46] 3/12 3/19 3/23 5/2 5/19
5/21 6/1 7/8 7/14 10/23 12/4
12/10 12/21 12/24 13/3 13/5 13/14
13/17 14/2 14/8 14/15 15/3 16/8
16/16 16/20 17/1 17/22 18/25 23/5
23/25 24/2 24/6 25/13 25/22 29/14
31/23 32/4 32/18 32/23 33/13
39/13 39/25 44/25 44/25 45/1
54/16
Mr. Ekeland [3] 5/19 32/4 54/16
Mr. Michael [2] 3/12 45/1
Mr. Roman [1] 44/25
Mr. Sterlingov [36] 3/19 3/23 5/2
5/21 6/1 10/23 12/4 12/10 12/21
12/24 13/3 13/5 13/14 13/17 14/2
14/8 14/15 15/3 16/8 16/16 16/20
17/22 18/25 23/5 23/25 24/2 24/6
25/13 25/22 29/14 31/23 32/18
32/23 33/13 39/13 39/25
Mr. Sterlingov's [1] 17/1
Mr. Tor [1] 44/25
Mr. Vlahakis [2] 7/8 7/14
Ms. [6] 3/13 3/14 3/18 5/4 5/13
5/24
Ms. Angela [1] 3/13
Ms. Peterson [3] 3/14 3/18 5/4
5/13 5/24
much [3] 3/17 32/19 55/14
multiple [1] 34/1
must [6] 8/14 8/17 8/18 9/1 9/20
10/3 24/18 36/16 37/12 39/6 40/2
40/3 40/7 40/10 41/21 41/22 41/24
42/2 42/15 42/16 42/19 42/25
43/22 43/23 43/25 44/17 46/12
46/14 46/15 47/3 47/5 47/6 48/23
48/24 49/2 49/5 49/19 49/24 50/1

50/9 51/6 51/12 51/16 53/7 53/8
53/23
my [31] 3/18 4/11 4/12 6/22 7/5
19/11 20/11 21/13 21/13 21/18
25/11 26/3 26/5 26/17 26/17 27/1
27/2 29/10 30/12 31/15 37/21
45/18 46/16 46/18 48/2 48/3 49/12
53/12 53/19 54/9 55/13
myself [1] 36/12

**N**

N.W [1] 1/16
name [1] 38/2
namely [1] 12/18
national [1] 47/19
natural [1] 50/8
nature [11] 8/18 8/23 9/16 11/6
13/7 13/11 15/14 24/17 25/4 41/12
42/4
necessary [2] 4/19 6/16
need [16] 6/22 7/7 7/19 7/23 8/1
8/4 16/8 19/5 20/16 20/20 26/6
26/8 26/11 34/18 51/8 55/2
needs [1] 26/22
negative [1] 52/24
never [5] 14/20 17/7 19/8 32/12
44/9
New [1] 1/20 16/6 24/21
newspapers [2] 51/20 53/3
next [3] 12/3 4/17 12/21
no [19] 1/4 5/18 5/20 9/2 14/17
17/3 17/25 23/24 24/2 29/7 33/10
33/12 33/15 33/16 33/24 34/6
34/20 36/11 47/16
Nonetheless [1] 52/9
not [109]
note [3] 14/15 26/5 27/3
notebook [2] 35/17 35/22
notebooks [3] 36/4 36/7 36/10
notes [9] 35/18 35/19 35/24
36/1 36/3 36/12 47/10 53/24
nothing [3] 13/18 14/5 50/5
noticed [2] 35/16 37/16
notions [2] 9/8 14/25
notwithstanding [1] 14/23
November [2] 26/1 38/20
November 21st [1] 38/20
now [11] 8/2 8/4 28/25 37/16 38/8
39/24 50/6 51/5 54/15 54/22 55/5
number [1] 4/12
numerous [1] 17/10
NW [1] 1/14 1/20 2/8
NY [1] 2/4

**O**

object [5] 40/12 41/2 41/14 48/19
49/8
objecting [1] 48/21
objection [4] 17/1 27/6 48/23
49/4
objections [4] 27/11 28/4 47/25
49/6
objects [2] 40/9 40/12
obligations [1] 4/1
observed [2] 9/7 10/4
obtain [2] 20/17 20/24
obviously [3] 4/2 12/8 52/10
occasionally [2] 36/15 52/4
occasions [1] 17/10
occurred [7] 9/11 12/9 14/14
20/13 22/9 26/1 33/5
occurs [1] 51/17
October [3] 24/1 42/13 43/20
October 11th [1] 42/13
October 27th [2] 24/1 43/20
off [1] 55/14
offense [24] 8/15 8/15 8/25 11/21
15/24 20/8 21/9 21/22 22/2 23/14
24/19 25/12 25/13 29/11 30/19
31/7 39/16 39/16 40/5 43/13 44/13
44/15 44/16 44/18

**O**

offense's [1] 9710
offenses [6] 8/24 24/12 25/13 25/18 30/8 39/12
offer [1] 46/3
offers [1] 48/20
officer [1] 42/1
Official [3] 2/7 56/3 56/13
Oh [1] 33/2
okay [6] 27/8 31/15 31/25 54/14 54/23 55/17
once [2] 37/2 37/3
one [28] 6/9 8/20 8/24 11/12 11/14 11/23 21/11 21/19 22/15 23/22 29/4 30/3 31/13 32/22 33/14 33/21 33/24 34/1 34/7 36/12 37/10 39/19 40/8 40/15 42/24 43/16 52/10 54/13
ongoing [1] 53/5
online [2] 14/22 52/10
only [19] 6/16 18/24 24/15 26/6 35/24 36/14 37/14 37/17 42/23 45/9 46/9 46/25 48/7 51/16 52/11 52/19 53/16 53/16 53/17
open [1] 53/18
opening [19] 26/17 26/18 27/12 27/16 27/22 27/23 28/13 28/14 30/10 34/17 45/4 45/5 45/6 45/7 45/8 45/12 46/8 54/1 54/19
openings [9] 7/25 8/1 26/7 26/9 27/7 27/16 29/1 54/13 55/6
operandi [3] 29/19 31/20 34/9
operate [1] 46/3
operated [3] 20/2 38/22 43/3
operating [6] 19/16 24/10 24/22 25/6 25/7 42/11
operation [5] 14/9 20/3 20/25 38/25 43/5
operator [1] 12/22
opinion [2] 48/3 48/4
opinions [1] 47/12
opportunities [1] 52/23
opportunity [2] 45/4 46/6
oral [1] 8/2
orally [1] 36/22
order [1] 39/5
orderly [1] 46/19
orientation [1] 47/20
origin [1] 47/19
Orona [1] 9/19
Orona-Ibarra [1] 9/19
other [30] 4/5 4/6 6/1 11/11 11/14 11/24 14/17 15/4 15/25 18/16 26/5 26/6 26/8 27/3 36/4 37/13 39/21 44/15 47/21 48/12 48/13 48/19 49/22 50/16 51/3 51/22 52/19 53/12 54/9 55/3
others [3] 34/5 35/20 38/23
otherwise [16] 8/14 8/17 14/6 15/20 20/6 21/7 21/25 23/19 30/23 31/2 40/25 41/17 42/9 42/21 43/11 51/24
our [5] 3/12 29/22 30/9 32/8 32/23
out [8] 4/16 5/13 34/2 36/11 36/21 37/22 40/6 55/12
outer [1] 9/7
outline [1] 27/18
outside [7] 7/19 30/23 32/10 33/5 33/11 50/2 50/13
over [5] 4/20 17/4 25/17 29/15 50/6
overall [1] 30/14
overhear [1] 50/20
overhearing [1] 50/14
overlapping [1] 31/11
overnight [2] 36/6 36/8
overrule [1] 49/4
overruled [1] 48/22
overt [10] 16/3 16/9 16/11 17/18 18/9 18/14 18/15 23/19 31/8 31/9

**P**

own [8] 6/18 17/13 17/14 19/21 41/23 54/7 55/5
owned [1] 42/21
ownership [6] 11/6 13/8 13/11 15/14 41/12 42/5

p.m [2] 55/12 55/19
page [2] 1/23 29/6
pages [1] 36/11
Palliser [1] 17/8
paper [1] 36/21
part [13] 13/15 13/24 15/13 16/15 16/25 19/21 19/23 25/2 30/9 31/9 31/11 41/11 50/7
participating [1] 11/16
particular [6] 4/4 7/4 10/21 27/14 27/25 30/1
particularly [2] 21/18 32/11
particulars [1] 33/17
parties [3] 27/17 50/10 50/17
parts [1] 13/23
party [1] 49/7
Pause [1] 34/21
pay [2] 47/6 53/25
PEARLMAN [3] 1/18 3/8 44/23
PELKER [3] 1/13 3/8 44/23
pen [1] 35/17
pendent [1] 9/3
Pennsylvania [1] 1/14
people [9] 30/21 30/21 35/19 40/4 47/18 50/3 50/9 51/12 51/12
perhaps [3] 14/10 34/2 35/15
permissible [2] 7/12 29/16
permit [1] 35/17
permits [1] 11/19
permitted [2] 35/22 49/10
person [11] 11/25 13/19 15/9 17/15 17/19 25/16 34/3 34/3 39/5 40/14 41/4
personal [3] 47/11 47/15 47/21
persons [1] 52/11
persuaded [2] 9/25 10/18
Peterson [5] 3/14 3/18 5/4 5/13 5/24
phone [4] 4/12 4/18 17/10 51/14
phones [2] 54/7 54/8
physical [1] 17/14
physically [1] 14/2
pick [3] 54/4 54/6 54/8
pictures [1] 30/1
piece [2] 29/1 36/21
pivotal [1] 21/21
place [15] 7/7 11/24 12/2 12/5 13/15 13/21 14/14 14/17 16/1 16/25 17/6 21/16 28/13 47/16 52/10
plain [1] 18/12
plainly [1] 18/13
Plaintiff [2] 1/4 1/13
plan [1] 40/6
planned [1] 16/2
pleadings [1] 10/16
please [3] 3/4 27/10 54/8
plenty [1] 22/23
PLLC [1] 2/3
podium [1] 3/4
point [10] 5/22 10/9 13/17 19/6 19/14 20/20 28/2 29/18 32/22 33/4
pointed [2] 33/25 34/7
pointing [1] 27/19
points [1] 22/18
pont [1] 18/22
portion [3] 12/1 13/19 14/3
portions [1] 27/15
pose [1] 36/19
posing [1] 37/11
position [1] 14/19
possibility [1] 47/14
post [1] 19/13
post-trial [1] 19/13
posting [1] 49/21

postings [1] 52/12
postscript [1] 36/9
potential [5] 3/19 3/24 4/4 4/8 5/6
potentially [1] 4/7
power [2] 9/5 9/7
precedent [3] 17/3 23/1 23/13
precedents [1] 22/24
predicated [1] 26/1
preferences [1] 47/16
prejudices [2] 47/12 47/16
prejudicial [1] 33/6
preliminary [2] 27/5 35/12
prepared [2] 4/9 54/15
preponderance [3] 9/20 10/19 26/23
presence [2] 7/19 53/17
present [7] 3/11 14/2 14/24 20/17 20/19 21/3 45/21
presented [4] 39/11 46/5 52/19 53/8
presents [1] 45/20
presumed [1] 44/3
presumption [1] 44/4
pretrial [2] 28/8 29/2
pretty [1] 21/21
prevent [1] 25/10
previously [6] 9/25 18/25 19/3 19/5 22/8 50/4
principles [2] 17/2 24/9
probably [5] 10/22 37/16 54/20 54/21 55/4
probative [1] 33/6
problem [1] 5/1
problematic [2] 27/13 28/12
problems [2] 6/5 52/4
Procedure [1] 8/13
procedures [1] 38/8
proceed [4] 3/21 27/5 27/7 44/19
proceeding [2] 22/17 36/18
proceedings [2] 1/7 56/5
proceeds [19] 11/2 11/7 12/17 13/8 15/8 15/10 15/15 16/17 16/23 30/5 30/7 38/19 40/16 40/20 41/6 41/10 41/13 42/1 42/6
process [5] 25/8 28/8 38/1 52/6 52/23
processed [1] 13/17
produce [2] 44/10 45/23
progress [1] 3/17
progressed [1] 17/4
prohibits [1] 22/14
promote [9] 11/4 13/6 15/11 20/9 21/9 22/2 40/21 42/3 43/14
prong [1] 24/24
prongs [1] 30/16
proof [4] 22/10 26/22 30/9 44/9
propels [1] 17/13
proper [9] 8/20 8/25 9/2 9/10 10/11 10/13 16/10 37/8 37/10
properly [3] 37/8 48/7 48/21
property [10] 11/2 11/3 11/7 12/16 15/10 38/18 40/15 41/5 41/25 42/5
proposes [1] 27/12
proposition [2] 14/25 22/17
prosecute [2] 8/14 14/20
prosecution [3] 15/23 26/2 29/23
prosecutions [1] 22/19
protect [1] 8/10
prove [23] 9/20 29/16 30/4 30/25 40/2 40/3 40/10 41/21 41/22 41/24 42/2 42/15 42/16 42/19 42/22 42/25 43/22 43/23 43/25 44/7 44/10 44/16 45/22
proved [1] 13/25
proven [3] 30/18 44/6 44/12
provide [1] 6/16 39/22 51/6
provided [1] 4/11
provides [6] 8/14 10/8 11/10 13/19 15/22 16/9
proving [1] 30/25

**P**

**provision [10]** 8/16 8/17 11/19 11/23 14/7 15/22 16/2 20/10 20/24 25/19
**provisions [2]** 10/25 15/7
**public [3]** 9/8 19/24 22/20
**publicity [1]** 53/10
**pull [1]** 5/3
**punish [1]** 20/25
**punishable [3]** 20/3 43/5 43/7
**purchase [1]** 6/18
**purpose [3]** 13/10 28/16 32/1
**purposes [15]** 7/25 8/1 10/2 14/12 17/25 19/2 20/17 20/19 20/22 21/3 21/4 22/25 23/2 23/3 43/16
**put [3]** 4/15 45/13 45/23
**puzzled [1]** 33/3

**Q**

**qualifies [1]** 16/13
**qualifying [1]** 12/4
**question [52]** 6/14 6/24 6/24 8/3 9/23 10/11 10/14 10/17 12/3 12/9 13/4 14/18 18/24 19/3 19/4 19/5 20/16 20/23 21/2 23/4 23/7 26/12 29/4 29/21 30/12 31/15 36/16 36/20 36/21 36/22 36/23 36/25 37/5 37/7 37/9 37/9 37/10 37/12 37/14 37/15 48/1 48/10 48/11 48/16 48/20 48/23 48/23 48/25 48/25 49/2 49/5 54/10
**questioning [1]** 37/1
**questions [10]** 4/12 20/20 27/7 36/15 36/19 45/15 45/17 45/25 46/19 51/23
**quickly [1]** 4/23
**quite [4]** 3/16 8/7 23/1 28/7
**quote [1]** 16/16
**quoting [3]** 11/8 12/19 13/9

**R**

**race [1]** 47/19
**radio [1]** 53/4
**raise [2]** 19/13 38/6
**raised [8]** 6/4 6/14 6/21 7/15 9/21 9/24 18/25 24/4
**raising [1]** 19/11
**RANDOLPH [1]** 1/9
**randomly [1]** 37/19
**range [2]** 6/4 6/23
**rather [2]** 25/6 52/7
**reach [3]** 5/13 19/5 26/9
**read [10]** 13/3 21/15 21/19 21/19 21/22 21/23 22/4 22/7 53/6 53/7
**reads [1]** 22/19
**real [1]** 29/18
**realize [3]** 21/1 28/17 38/3
**really [5]** 10/13 31/5 32/13 33/2 33/7
**reason [1]** 29/20
**reasonable [9]** 39/12 40/2 41/21 42/16 43/23 44/6 44/8 44/13 44/17
**reasoning [1]** 17/9
**reasons [4]** 22/7 33/21 52/9 52/24
**rebut [1]** 52/19
**rebuttal [1]** 46/3
**recalled [1]** 37/4
**receive [1]** 51/6
**received [2]** 7/17 17/7
**receiving [7]** 12/16 13/1 15/19 16/22 40/24 41/16 42/8
**recently [1]** 24/22
**Recess [2]** 27/9 55/19
**recesses [1]** 36/5
**recipient [1]** 18/10
**recognize [1]** 38/3
**recognized [1]** 9/4
**recognizes [1]** 25/12
**record [4]** 3/5 33/11 49/2 56/5
**redirect [2]** 45/18 46/1
**refer [2]** 28/14 44/19

**referring [2]** 44/21 44/24
**reference [2]** 10/25 37/23
**reflect [1]** 52/14
**reflective [1]** 33/17
**reflects [1]** 13/22
**refuse [1]** 51/2
**refute [1]** 22/16
**regardless [1]** 47/18
**register [1]** 25/5
**registration [2]** 20/5 43/9
**regular [1]** 37/24
**regulations [1]** 20/15
**regulators [1]** 7/11
**rejected [1]** 18/5
**relates [2]** 37/7 37/14
**relating [1]** 18/7
**relatively [1]** 8/9
**relevance [1]** 27/23
**relevant [14]** 19/23 20/15 20/19 20/21 21/4 21/11 22/4 25/18 27/20 27/24 28/3 30/2 31/13 31/20
**religion [1]** 47/19
**rely [4]** 36/2 47/9 48/17 53/23
**remain [1]** 36/5
**remains [1]** 44/4
**remarks [1]** 35/9
**remember [3]** 35/20 35/23 48/17
**remind [1]** 55/6
**renders [1]** 28/1
**renewed [1]** 25/9
**replace [1]** 35/25
**report [2]** 33/12 50/21
**reporter [5]** 2/6 2/7 53/21 56/3 56/13
**reports [2]** 53/3 53/7
**repose [1]** 24/13
**representation [1]** 5/10
**represented [4]** 11/2 12/17 38/19 41/25
**represents [4]** 15/10 40/16 41/6 49/7
**request [1]** 3/19
**requested [1]** 13/16
**require [3]** 40/5 44/10 45/22
**required [5]** 13/18 20/12 42/22 43/7 45/21
**requirements [2]** 20/5 43/9
**requisite [1]** 12/23
**research [7]** 51/19 51/22 51/22 52/2 52/22 53/1 55/8
**resolve [1]** 20/16
**resolving [1]** 19/8
**respect [18]** 6/6 6/12 6/14 6/25 7/7 7/13 7/17 7/17 10/10 10/21 15/2 18/19 18/20 20/21 25/23 28/4 39/20 41/14
**respond [2]** 19/11 37/5 48/22
**responding [1]** 52/11
**responsibilities [2]** 46/16 46/17
**responsibility [6]** 35/14 46/18 46/24 48/6 49/8 52/8
**resulting [1]** 52/5
**results [1]** 52/24
**resumes [1]** 4/20
**retire [1]** 37/18
**retrials [1]** 52/5
**return [1]** 39/17
**review [1]** 18/12
**right [22]** 3/9 3/15 5/16 5/19 5/21 5/24 8/10 21/2 22/20 26/5 27/1 27/10 32/4 34/15 34/23 35/5 54/15 54/19 54/21 55/1 55/10 55/13
**rise [1]** 55/11
**Road [6]** 29/5 29/5 30/7 30/9 31/24 32/12
**robs [1]** 52/22
**Rodriguez [1]** 9/12
**Rodriguez-Moreno [1]** 9/12
**roles [1]** 4/3
**ROMAN [4]** 1/6 3/3 3/11 44/25
**Rommy [1]** 17/11

**room [5]** 2/8 17/19 35/23 49/21
**RPR [1]** 56/12
**rude [1]** 50/24
**rule [10]** 8/12 10/2 13/22 28/5 46/19 47/24 49/1 49/3 52/5 52/9
**rules [8]** 3/25 6/11 6/13 7/13 8/12 35/8 38/9 46/12
**ruling [3]** 29/10 32/23 33/3
**rulings [1]** 26/3
**run [2]** 23/18 24/5
**runs [1]** 30/17

**S**

**said [6]** 6/4 6/7 6/11 17/21 23/19 32/20
**sale [3]** 12/18 16/23 29/25
**sales [1]** 30/7
**same [9]** 6/13 17/19 17/21 24/9 25/24 46/3 49/3 50/25 55/2
**satisfied [2]** 5/22 43/17
**satisfies [1]** 23/8
**say [8]** 4/10 7/22 10/13 18/21 33/2 33/3 33/3 33/5 51/13
**saying [1]** 48/22
**says [4]** 6/15 29/7 33/25 34/7
**scale [1]** 14/8
**scene [1]** 51/20
**Scharton [1]** 24/14
**scheme [2]** 17/13 17/14
**seat [3]** 27/10 37/22 37/23
**seated [2]** 34/24 35/4
**seats [3]** 35/15 35/16 37/20
**second [8]** 17/11 24/24 40/10 41/2 41/24 42/19 43/25 54/5
**secret [1]** 52/22
**section [24]** 9/1 11/10 11/17 12/3 12/19 13/9 15/16 19/18 19/19 19/19 20/5 23/12 24/23 24/25 25/11 25/15 25/24 40/14 40/15 41/4 41/4 41/19 42/14 43/16
**sections [1]** 10/24
**see [7]** 5/12 6/8 26/4 27/2 50/22 55/10 55/17
**seeking [1]** 52/7
**seem [1]** 10/16
**seen [1]** 4/10
**sees [1]** 52/10
**selected [1]** 37/19
**selection [1]** 38/1
**selling [4]** 15/20 40/25 41/17 42/9
**semantic [1]** 21/1
**send [5]** 49/22 54/10 54/11 54/22 55/4
**sense [4]** 27/21 34/6 35/12 55/4
**sent [2]** 13/4 18/6
**sentence [1]** 27/14
**separate [2]** 39/15 39/17
**separately [1]** 39/17
**September [1]** 19/12
**September 8 [1]** 19/12
**serious [1]** 37/25
**service [4]** 49/23 49/24 51/8 51/14
**set [3]** 9/10 10/6 17/7
**sex [1]** 47/20
**sexual [1]** 47/20
**shall [4]** 11/24 22/20 25/1 46/13
**sham [1]** 18/8
**shares [1]** 32/6
**shave [1]** 6/7
**she [3]** 13/16 44/5 49/7
**SHERRY [3]** 2/6 56/3 56/12
**shifts [1]** 44/9
**should [37]** 5/17 9/23 20/14 24/15 26/17 28/10 28/23 28/24 33/7 35/23 35/25 36/2 36/2 36/2 37/11 38/6 39/3 39/16 39/17 39/20 45/8 47/13 47/21 48/1 48/3 48/5 48/17 49/1 49/3 50/13 50/18 50/21 51/2 52/20 52/25 53/5 54/21

**S**

show [1] 32/2
showing [4] 24/3 28/17 28/21 30/9
shown [2] 30/10 33/22
shows [1] 29/5
shut [1] 32/10
side [4] 27/13 36/18 48/19 52/20
sides [3] 19/4 46/11 52/18
significance [1] 52/17
significant [1] 29/1
Silk [6] 29/5 29/5 30/7 30/9
31/23 32/11
similar [2] 17/9 18/17
simply [4] 19/13 19/16 21/13
50/24
since [1] 27/1
single [2] 11/25 18/6
site [2] 9/16 52/14
sitting [3] 21/16 37/16 50/4
Sitzmann [1] 18/4
Sixth [2] 8/9 22/14
skills [1] 7/21
slide [2] 27/15 29/5
slides [7] 26/7 26/8 27/4 27/5
27/11 34/16 34/16
Smith [1] 23/16
so [43] 3/16 3/25 4/25 5/13 6/22
7/22 8/16 8/22 9/13 10/8 14/18
19/16 21/22 22/11 24/4 25/11 26/3
26/16 26/21 27/11 27/15 27/25
29/6 30/8 31/10 31/20 32/12 32/19
34/6 34/12 36/12 38/23 40/20
45/21 50/8 51/2 53/16 53/24 54/9
54/10 55/3 55/10 55/16
sole [1] 48/6
solely [3] 21/16 47/22 53/8
solemn [1] 52/8
some [23] 3/22 6/17 7/3 7/6 9/13
9/14 10/10 10/20 20/20 20/20
27/19 28/8 28/21 29/15 32/2 35/8
38/2 38/8 38/9 40/17 41/7 42/1
53/3
somehow [1] 48/4
someone [6] 4/5 14/10 14/21 38/4
50/2 51/1
someone's [1] 4/5
something [6] 6/5 28/10 28/12
28/22 30/17 55/3
sometimes [3] 48/9 52/5 52/24
soon [4] 27/4 50/21 53/13 55/10
sorry [2] 17/18 21/24
sort [2] 20/20 31/5
sought [2] 25/10 52/6
source [6] 11/6 13/8 13/11 15/14
41/12 42/4
Southern [1] 16/5
speak [2] 3/22 38/7
speaking [2] 17/15 52/6
special [1] 12/25
specific [4] 30/9 30/10 32/2 32/2
specified [12] 11/2 11/4 11/5
11/8 12/17 15/8 15/12 15/15 15/18
30/5 42/3 42/6
speculate [2] 37/11 48/24
speedy [1] 22/20
spent [2] 7/22 8/6
spoke [2] 29/13 30/13
spokes [4] 29/14 29/15 29/17
30/16
square [1] 14/25
stand [7] 34/25 37/2 37/3 37/4
45/14 45/24 49/5
start [6] 3/17 10/22 34/12 35/11
55/6 55/10
starting [1] 3/5
starts [1] 32/19
state [13] 3/4 12/23 20/3 20/4
22/16 22/21 22/23 22/25 23/2
29/19 31/20 34/9 46/23
statement [8] 27/22 27/23 28/14
45/5 45/6 45/8 45/12 48/16

**T**

statements [7] 28/13 45/4 45/9
45/11 47/1 47/2 47/7
states [24] 1/1 1/3 1/6 9/1 28/21
9/6 9/19 11/23 13/25 14/17 14/20
14/21 14/24 16/4 16/7 17/8 17/11
18/4 23/17 24/14 24/20 24/24 24/25
24/25 44/22
statute [39] 6/24 8/3 8/14 11/9
11/10 11/12 11/18 12/14 13/18
13/19 14/21 18/23 19/2 19/10
20/10 21/15 22/3 23/4 23/6 23/8
23/11 23/17 24/4 24/8 24/12 24/15
24/16 25/25 29/8 29/8 29/10 30/15
30/17 30/24 31/2 32/11 32/16
32/24 33/6
statute's [1] 15/22
statutes [1] 25/18
statutory [1] 8/16
steer [1] 55/8
step [1] 45/2
STERLINGOV [41] 1/6 3/3 3/11 3/19
3/23 4/25 5/2 5/21 6/1 10/23 12/4
12/10 12/21 12/24 13/3 13/5 13/14
13/17 14/2 14/8 14/15 15/3 16/8
16/16 16/20 17/22 18/25 23/5
23/25 24/2 24/6 25/13 25/22 29/14
31/23 32/18 32/23 33/13 39/13
39/25 44/25
Sterlingov's [1] 17/1
still [4] 19/9 30/17 31/9 31/12
sting [7] 12/7 12/13 16/12 16/20
18/1 18/11 26/1
straightforward [1] 8/9
Street [2] 1/16 2/3
stress [1] 49/19
stretch [1] 21/15
stricken [2] 49/1 49/4
strike [1] 28/18
strikes [1] 7/11
SUA [1] 30/7
subject [1] 22/9
submit [3] 36/25 53/15 53/19
submitted [2] 49/11 49/13
substance [5] 12/18 15/21 41/1
41/17 42/10
substances [1] 16/18
substantial [3] 9/15 14/13 28/9
substantive [3] 15/17 24/16 25/10
substitute [1] 35/10
subtle [1] 21/1
such [15] 9/3 11/16 13/12 14/1
20/3 22/3 23/17 24/17 24/18 25/8
43/5 49/6 50/19 53/5 53/7
suddenly [1] 38/3
sufficient [5] 10/2 10/8 12/12
18/18 21/3
suggests [1] 48/10
suitability [1] 9/18
Suite [1] 1/17
summaries [1] 47/8
summarized [1] 39/4
supervise [2] 19/20 25/1
supervised [1] 42/20
Supp [1] 16/5
support [8] 12/12 17/3 17/6 20/9
21/10 22/3 43/14 46/7
Supreme [3] 9/4 17/5 23/13
sure [6] 3/20 4/17 6/9 6/25 31/16
32/25
surprised [1] 31/16
sustain [1] 48/22
sustained [1] 48/22
swear [1] 35/1
sweeping [1] 22/11
sworn [3] 35/2 46/22 48/8
system [1] 47/18

**T**

table [2] 3/7 3/12
take [16] 22/17 27/2 31/19 35/17
35/18 35/22 36/1 36/6 36/7 36/8
47/10 48/2 51/10 53/24 54/22

55/15
takers [1] 26/19 55/19
takes [3] 12/2 13/21 28/13
taking [2] 35/19 53/21
talk [10] 5/5 7/12 28/10 28/23
49/13 49/16 49/20 50/9 50/10 51/1
talking [1] 30/20
talks [1] 38/14
teams [1] 38/14
technically [1] 52/16
technology [3] 17/4 17/17 17/23
telephone [1] 17/12
television [1] 53/4
tell [4] 46/11 50/2 51/3 51/8
telling [1] 51/3
tempted [1] 53/6
tenable [1] 30/23
tendency [1] 50/8
terminated [1] 24/3
terminates [1] 23/19
test [3] 9/14 9/15 24/24
testify [7] 7/4 7/5 7/9 7/9 7/10
7/24 37/8
testimony [8] 35/20 38/5 47/4
47/6 47/8 48/8 48/13 53/22
tests [1] 9/9
text [3] 22/19 49/23 51/23
texting [1] 49/20
than [10] 4/5 4/7 6/13 8/20 8/24
26/2 26/8 33/6 36/4 48/12
thank [7] 3/15 4/25 5/8 5/24
26/25 35/4 35/5
that [331]
their [12] 3/4 13/12 13/13 14/17
27/15 32/18 33/17 36/2 37/1 50/10
50/14 52/16
them [18] 5/20 6/16 6/16 13/2
30/16 30/22 35/20 36/8 42/24
45/15 49/6 50/14 50/15 52/8 52/23
53/24 54/10 54/22
then [17] 4/19 5/22 15/2 19/16
22/11 23/4 25/22 27/3 30/11 32/5
34/16 34/18 37/15 49/1 50/7 53/13
55/5
theory [6] 29/22 32/7 32/14 33/23
33/24 34/6
there [51] 4/8 4/21 6/4 7/6 7/25
8/16 9/2 9/23 10/13 10/15 10/17
10/17 12/19 13/9 14/5 14/17 17/7
18/22 19/14 19/15 20/14 20/20
20/23 22/8 22/23 22/25 23/24
27/18 27/25 28/8 28/9 28/19 28/21
28/22 29/1 29/14 29/25 30/1 30/15
31/10 33/10 33/12 33/14 33/25
37/16 40/1 43/21 52/1 52/9 53/3
53/5
these [11] 14/7 17/2 24/11 30/1
32/1 32/9 33/13 35/9 35/12 47/13
48/13
they [26] 6/5 6/13 6/15 6/16 7/17
7/21 10/6 21/16 30/2 31/1 31/9
32/17 33/11 33/15 33/16 34/2
35/18 35/24 35/25 45/9 46/9 48/14
50/23 50/24 50/24 52/7
thing [3] 6/1 9/3 26/6
things [4] 3/16 6/3 42/23 47/13
think [47] 4/10 7/6 7/7 7/9 7/24
8/4 10/8 10/11 10/18 18/18 18/21
19/3 20/16 20/19 20/23 21/3 21/14
21/19 22/4 22/8 23/3 26/6 27/13
27/16 27/20 27/20 27/23 27/25
28/12 29/22 30/2 31/4 32/8 32/9
32/11 32/14 33/9 33/17 33/21 34/6
34/8 34/11 37/23 39/6 48/3 54/21
55/3
thinking [1] 7/6
thinks [6] 5/17 6/13 6/15 26/22
28/3 36/15
third [2] 42/2 42/25
this [73]
thoroughly [1] 4/24
those [23] 4/2 4/8 7/20 10/25
12/8 14/23 15/6 18/18 22/15 25/18

**T**

those... [13]  26/3 26/3 29/7
29/15 30/25 31/11 34/10 36/1
43/16 51/8 52/6 52/23 52/24
though [2]  18/10 30/13
thoughts [2]  10/10 49/24
threat [1]  25/9
three [7]  4/17 30/22 31/1 40/20
41/10 41/20 42/15
through [20]  3/16 3/23 7/2 13/2
14/9 14/16 17/5 20/21 21/19 23/15
24/2 26/7 27/4 27/14 27/11 28/7
38/15 38/25 42/13 43/20
throughout [2]  44/5 44/9
thrown [1]  55/14
thus [2]  12/3 33/22
time [17]  4/21 5/5 7/1 8/7 9/24
25/17 29/8 29/15 29/17 31/2 31/12
33/14 36/22 38/3 50/11 52/15 55/2
times [1]  10/15
tired [1]  27/1
Title [1]  30/6
together [1]  15/4
told [3]  4/12 6/2 6/9
too [2]  24/11 55/14
took [7]  12/5 13/14 16/1 16/15
16/25 35/15 35/15
TOR [4]  2/2 2/3 3/10 44/25
torn [1]  36/11
touch [1]  4/15
Toussie [2]  24/19 25/9
town [2]  4/16 4/20
trafficking [2]  16/18 30/8
training [1]  7/17
transaction [42]  11/1 11/11 11/12
11/15 11/16 11/21 11/25 12/1 12/2
12/4 12/7 12/9 12/10 12/13 12/14
12/22 13/5 13/14 13/18 13/20
13/21 14/4 14/13 15/8 15/9 15/12
16/13 16/20 18/1 18/8 18/11 26/1
38/18 40/16 40/18 40/18 41/6 41/8
41/8 41/11 41/23 41/25
transactions [4]  14/22 14/24 30/9
31/1
transcript [4]  1/9 47/7 53/22
56/4
transfer [10]  11/11 11/23 12/14
12/16 12/24 13/1 13/17 18/6 18/9
18/14
transferred [1]  16/22
transferring [1]  19/23
transfers [1]  17/10
transmission [14]  18/21 19/1 20/7
21/6 21/7 21/17 21/25 22/5 24/11
25/14 39/1 43/12 43/19 43/24
transmitting [25]  19/17 19/21
19/22 19/25 19/25 20/2 20/5 21/13
21/23 24/10 24/23 25/2 25/3 25/5
25/7 38/22 42/12 42/17 42/18 43/1
43/2 43/3 43/4 43/9 43/9
transportation [3]  20/6 21/7
43/12
transporting [1]  21/25
travel [1]  4/17
treat [1]  22/24
treated [1]  24/19
treating [1]  23/1
treatment [1]  47/18
trial [33]  1/9 4/13 4/20 6/8 9/21
10/20 19/13 22/20 28/23 35/7 35/8
35/9 35/11 35/18 36/9 36/20 36/22
37/24 38/3 39/6 39/10 44/5 44/9
44/19 44/23 45/2 46/18 46/20
47/24 48/14 48/15 53/5 53/11
trials [1]  22/15
tricky [1]  19/3
tried [4]  8/11 11/20 13/24 41/23
tries [1]  51/1
true [3]  52/10 52/16 56/4
try [1]  51/13
Tuesday [1]  4/20

turn [4]  13/12 15/7 37/22 50/23
turnaround [1]  52/22
tweeting [1]  49/20
two [10]  7/16 30/24 30/25 33/21
40/1 40/4 40/12 40/17 41/7 43/21
type [3]  27/20 28/19 55/7
types [1]  48/14
typically [3]  20/13 28/5 28/13

**U**

U.S [10]  1/13 2/7 9/6 9/12 14/1
16/7 17/8 23/17 24/14 24/20
U.S.C [14]  9/1 10/24 12/19 15/15
19/11 21/22 23/12 24/23
25/24 40/14 41/3 41/19 42/14
ultimately [2]  10/11 21/2
unanimous [1]  46/14
unclear [1]  29/11
unconstitutional [3]  14/6 22/13
22/18
under [16]  8/20 9/1 12/14 13/18
14/7 14/20 16/2 20/1 20/4 20/5
20/15 23/12 23/13 33/7 43/6 43/9
underlying [1]  21/21
understand [7]  5/6 5/9 19/4 39/3
45/8 45/10 46/10
understanding [1]  40/7
understands [2]  3/25 4/8
understood [2]  31/17 34/14
undoubtedly [2]  50/3 52/8
unfair [1]  14/5
unforeseen [1]  14/6
Unfortunately [1]  52/3
UNITED [22]  1/1 1/3 1/10 3/2 8/21
9/5 9/19 13/25 14/17 14/19 14/21
14/24 16/4 16/6 17/8 17/11 18/4
23/16 24/14 24/20 24/25 44/21
unknown [2]  15/4 38/13
unlawful [33]  11/2 11/4 11/5 11/8
12/17 15/8 15/11 15/12 15/15
15/18 16/3 18/2 20/9 21/17 21/21
24/10 30/5 33/4 34/11 38/19 40/17
40/20 40/21 40/23 41/7 41/10
41/13 41/15 42/1 42/3 42/6 42/7
43/14
unless [2]  8/13 44/5
unlicensed [16]  19/17 19/21 19/24
21/12 24/10 24/22 25/2 25/4 25/6
25/7 38/22 42/12 42/17 42/18 43/2
43/15
unlikely [1]  51/1
until [14]  23/18 23/19 24/5 25/22
32/17 37/15 37/20 44/5 45/6 49/11
49/12 49/15 50/7 53/19
up [8]  27/14 30/15 34/25 35/19
46/20 54/4 54/6 54/8
us [2]  1/20 6/18
USAO [1]  1/16
use [6]  6/8 14/11 27/12 34/16
49/19 52/25
used [12]  11/3 18/1 20/9 21/9
22/2 30/11 30/22 31/24 32/2 32/3
43/14 51/19
users [1]  11/13 11/13
uses [1]  17/12

**V**

value [1]  47/2
various [3]  23/2 23/2 29/14
vendors [6]  15/5 16/16 30/10 32/2
32/3 38/13
venue [37]  6/24 8/3 8/7 8/8 8/16
8/20 8/25 9/1 9/3 9/5 9/10 9/20
10/1 10/9 10/10 10/11 10/17 10/20
11/19 12/12 14/7 15/22 15/24 16/2
16/9 16/9 17/6 17/25 18/5 18/5
18/16 18/19 18/23 20/10 20/12
23/13 26/12
verdict [10]  36/10 39/20 46/13
46/14 46/15 47/17 48/6 54/9 54/22
55/15

verdicts [1]  39/18
versus [3]  3/3 8/21 9/6 9/19
13/25 16/5 16/6 17/8 17/11 18/4
23/16 24/14 24/20 24/25
vertically [1]  29/24
very [3]  47/6 50/25 52/9
via [1]  51/23
view [7]  10/1 14/5 14/17 18/17
20/11 25/11 32/8
views [1]  6/23
violate [1]  23/15
violates [2]  40/14 41/4
violation [15]  10/24 15/6 18/23
19/18 21/5 22/3 24/23 25/15 25/24
34/5 40/13 41/3 41/19 42/14 43/21
visit [1]  51/20
vitamin [1]  6/15
vitamins [1]  6/18
Vlahakis [2]  7/8 7/14
voice [2]  17/13 27/1
voir [1]  7/20
vs [1]  1/5

**W**

Wah [1]  8/22
wait [2]  37/14 45/6
waited [1]  32/17
walk [1]  50/23
Wall [1]  2/3
want [14]  5/9 6/18 6/19 7/18 8/2
29/9 30/16 32/21 33/3 35/7 46/16
49/14 49/18 52/1
wanted [5]  6/1 6/22 29/4 31/16
32/25
wants [2]  3/21 7/10
warn [1]  51/12
was [39]  8/12 8/15 8/25 12/10
12/13 12/14 12/16 12/16 13/4
13/10 13/16 14/2 14/12 16/4 16/23
16/24 17/6 18/3 18/6 18/9 18/10
18/11 18/14 19/7 24/6 28/21 29/1
29/5 29/11 31/15 32/16 32/25 33/2
40/24 41/15 42/8 42/17 43/7 43/24
Washington [5]  1/5 1/14 1/17 1/21
2/9
watch [1]  53/6 53/7 55/14
way [9]  6/17 7/7 11/13 21/20 38/6
39/5 52/14 54/12 54/15
we [52]  3/16 3/17 3/23 3/24 4/1
4/2 4/2 5/22 6/8 6/19 7/2 7/6
7/19 7/21 7/22 8/6 9/22 10/12
19/5 19/12 20/20 23/10 26/6 26/8
27/2 27/3 27/4 27/5 27/23 28/7
28/10 28/23 29/1 29/3 31/22 32/8
32/20 33/1 34/18 34/18 35/7 37/19
38/8 47/11 47/12 49/14 51/4 53/21
54/1 54/15 55/16 55/17
we'll [4]  7/12 54/23 55/6 55/9
website [2]  14/9 49/21
websites [1]  52/13
weigh [1]  47/3
weight [1]  47/1
welcome [3]  3/15 5/25 6/18
well [15]  4/6 6/19 8/3 14/15 17/4
19/19 21/2 22/22 24/7 27/1 30/12
32/10 34/10 47/2 54/11
Wellington [1]  24/25
went [1]  3/23
were [2]  31/9 38/2
what [34]  3/25 5/6 7/3 7/13 7/20
10/13 18/25 21/14 27/2 27/22
29/11 29/12 30/19 30/23 31/15
32/7 32/20 33/4 33/5 33/11 33/22
35/13 35/13 37/11 42/18 45/13
46/13 48/24 50/1 50/2 50/3 51/16
52/8 55/4
whatever [4]  30/16 36/13 52/12
54/17
wheel [1]  30/15
when [26]  4/5 4/6 4/20 10/12
13/16 14/3 17/12 31/2 32/16 33/3
35/15 36/9 40/4 40/15 41/5 44/20

**W**

**when... [10]**  44/24 45/16 45/17
46/2 46/12 48/14 48/19 50/6 51/5
53/16
**where [37]**  5/22 8/11 8/15 8/16
8/25 9/10 9/23 10/1 10/5 13/22
13/24 14/17 14/21 15/9 15/24
15/25 16/2 16/3 16/10 17/6 18/5
20/3 21/16 22/21 23/22 28/9 28/19
29/25 30/14 31/1 33/25 33/25 34/4
43/5 47/17 50/17 51/9
**whether [19]**  6/17 12/3 12/9 12/10
18/25 20/17 20/21 20/23 26/13
26/17 28/10 29/11 29/18 29/19
30/13 35/18 37/7 39/11 43/6
**which [40]**  9/15 10/15 10/22 11/19
11/20 12/2 13/17 13/21 13/23
14/12 14/14 15/8 18/24 19/14
20/13 22/12 22/19 25/13 26/1 27/6
29/6 29/13 30/10 30/13 32/9 33/17
37/7 39/13 39/17 40/2 40/6 40/8
41/20 42/15 43/10 43/22 44/13
46/3 47/5 47/15
**while [4]**  27/2 31/9 36/18 53/4
**whispering [1]**  17/20
**Whitfield [1]**  16/6
**who [20]**  3/11 3/18 3/18 4/6 11/25
13/19 23/14 30/21 30/21 31/11
32/2 32/3 34/5 36/1 37/20 38/4
47/4 49/6 51/8 55/13
**whoever [1]**  21/23
**whole [7]**  6/4 13/24 15/13 18/22
28/16 31/10 41/11
**whom [2]**  17/15 50/9
**why [4]**  7/10 10/10 27/2 52/1
**Wilkins [1]**  3/13
**will [59]**
**window [1]**  33/5
**wire [6]**  11/14 11/24 17/10 18/6
18/9 18/14
**wish [3]**  35/18 36/13 50/7
**withdraw [1]**  31/6
**withdrawal [1]**  24/4
**withdrawn [2]**  23/23 48/24
**within [4]**  24/7 29/8 32/16 52/21
**without [10]**  4/1 13/13 18/21 20/2
20/25 24/11 25/14 39/1 43/3 43/19
**witness [12]**  37/1 37/2 37/2 37/3
37/3 37/3 37/4 37/8 38/4 45/14
47/5 49/5
**witnesses [17]**  7/16 7/20 7/24
35/21 36/14 36/19 38/2 45/14
45/24 47/3 47/4 47/7 48/1 48/8
50/11 50/18 50/23
**won't [1]**  18/17
**word [1]**  21/14
**work [2]**  4/17 35/8
**worked [1]**  40/6
**working [1]**  6/6
**works [1]**  8/6
**would [19]**  3/4 6/10 6/17 14/11
15/24 16/3 17/19 21/23 22/13
28/13 28/24 28/25 30/23 31/3 33/5
34/9 34/9 46/3 48/25
**wrestle [1]**  10/12
**write [3]**  36/13 36/21 51/13
**wrote [1]**  18/13

**Y**

**year [1]**  25/25
**years [5]**  17/5 23/12 25/19 25/20
26/2
**yes [14]**  3/22 5/7 5/11 5/23 12/6
26/10 26/20 26/24 31/4 31/18
31/22 32/22 33/2 54/24
**yet [2]**  28/5 28/11
**York [2]**  1/20 16/6
**you [223]**
**your [74]**
**yourself [3]**  4/24 37/23 50/16

**Z**

**zoom [1]**  27/14