```
1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                          Criminal Action
4              Plaintiff,                 No. 1: 21-399

5          vs.                            Washington, DC
                                          February 15, 2024
6    ROMAN STERLINGOV,
                                          9:43 a.m.
7              Defendant.
     _____/            MORNING PROCEEDINGS
8

9                   TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             Jeffrey Pearlman
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23             APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                     APPEARANCES CONTINUED

 2   For the Defendant:        TOR EKELAND
                               MICHAEL HASSARD
 3                             TOR EKELAND LAW PLLC
                               30 Wall Street
 4                             8th Floor
                               Brooklyn, NY 10005
 5

 6
     Court Reporter:           SHERRY LINDSAY
 7                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                               Room 6710
 9                             Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          TABLE OF CONTENTS

2                              WITNESSES
   Matthew Price
3
        Cross-examination continued by Mr. Ekeland      4
4       Redirect examination by Mr. Brown              12

5  Sayyora Krulikowski

6       Direct examination by Mr. Pearlman             18
        Cross-examination by Mr. Ekeland               58
7
   Sergei Miroff
8
        Direct examination by Mr. Pearlman             48
9       Cross-examination by Mr. Ekeland               58

10 Leo Rovensky

11      Direct examination by Mr. Brown                62

12                              EXHIBITS

13 Government Exhibits 864, 864A                        23
   Government Exhibits 820, 820B                        31
14 Government Exhibits 507, 507B                        32
   Government Exhibits 120A, 120C                       33
15 Government Exhibit 117C                              34
   Government Exhibits 710, 710A                        37
16 Government Exhibits 711, 711A                        37
   Government Exhibits 712, 712A                        38
17 Government Exhibits 713, 713A                        39
   Government Exhibits 714, 714A                        39
18 Government Exhibits 715, 715A                        41
   Government Exhibit 119C                              42
19 Government Exhibits 520, 520B                        43
   Government Exhibits 818A, 818B                       45
20 Government Exhibits 55, 55A                          46
   Government Exhibits 709, 709B                        51
21 Government Exhibits 863, 863B                        52
   Government Exhibits 833, 833B                        52
22 Government Exhibits 862, 862B                        54
   Government Exhibits 431A, 431C                       54
23 Government Exhibits 432, 432C                        55
   Government Exhibits 709, 709B                        61
24 Government Exhibits 12 - 17                          74
   Government Exhibits 34A - 34E                        93
25 Government Exhibits 801 - 803                        97
```

CROSS-EXAMINATION OF MR. PRICE

```
1                    P R O C E E D I N G S
2              THE COURT:  Anything to raise before we bring the
3    jury in?
4              MR. BROWN:  Not for the government, Your Honor.
5              MR. EKELAND:  Very briefly, Your Honor.  We have
6    reached an agreement with the government on the translations.
7    And we would just like either now or before the translators
8    speak, I would just like to put on the record what that
9    agreement was.
10             THE COURT:  Okay.  Let's just do it during a break so
11   we don't keep the jury waiting.  Don't forget to do it.
12             MR. EKELAND:  Very good.
13             THE COURT:  You can go ahead and -- the witness can
14   get back on the stand so we don't waste any time with that.
15                  (Jury in at 9:45 a.m.)
16             THE COURT:  All right.  Welcome back members of the
17   jury and, Mr. Ekeland, you my proceed.
18                  CROSS-EXAMINATION CONTINUED
19   BY MR. EKELAND:
20   Q.   Good morning, Mr. Price.
21   A.   Good morning.
22   Q.   And I just want to touch briefly -- you testified
23   yesterday that you worked closely with Swedish law enforcement?
24   A.   Yes.
25   Q.   And do you know if Swedish law enforcement ever
```

1    interviewed Mr. Sterlingov?

2    A.    I am not certain.

3    Q.    Are you aware of Swedish law enforcement ever interviewing

4    his mother?

5    A.    I am not certain if they did.

6    Q.    Are you aware of Swedish law enforcement ever interviewing

7    Mr. Sterlingov's friends?

8    A.    Again, I am not certain.

9    Q.    Are you aware of Swedish law enforcement ever interviewing

10   any of Mr. Sterlingov's employers?

11   A.    Again, I am not certain what actions they took independent

12   of us.

13   Q.    And I understand as part of your investigation, did you

14   look into DNS registrations for the BitcoinFog.com clearnet

15   website?

16   A.    Yes, we did.

17   Q.    So you are aware that the DNS registration was renewed in

18   2015?

19   A.    I do recall that.

20   Q.    And that there were two renewals and one was for the

21   period of October 25th, 2016, through October 24th, 2001; is

22   that correct?

23   A.    I don't -- apologies.  I don't remember specific dates.

24   Q.    If I could just direct your attention to the binder, the

25   same binder you looked at yesterday.  If you could take a look

1    at Exhibits 56 and 57.

2    A.   Okay.

3    Q.   If you could take a look at both of them and after you

4    have looked at them, just let me know.

5    A.   Okay.

6    Q.   Does that refresh your recollection?

7    A.   Unfortunately, no.  I don't recall ever seeing these

8    documents before.

9    Q.   Okay.  So moving on -- so the Romania servers, the Romania

10   server for the To the Moon VPN that was run by a service called

11   M247; right?

12   A.   Yes.

13   Q.   And you're familiar with what KYC means?

14   A.   Yes.

15        And based on your previous question, I am a little

16   confused.  You said run by M247.

17   Q.   Well, let me clarify.  M247 was a service provider for the

18   To the Moon server?

19   A.   My understanding is that M247 is a hosting company where

20   individuals rent server space.

21   Q.   Right.  That is where the To the Moon server was hosted?

22   A.   Yes.

23   Q.   And Mr. Sterlingov paid for that To the Moon server in his

24   own name?

25   A.   I believe that is correct.

CROSS-EXAMINATION OF MR. PRICE                7

1    Q.    And he did that through PayPal?

2    A.    I don't remember the specific means.

3    Q.    And then turning your attention to your testimony about

4    the To the Moon VPN website that we looked at yesterday.  Do

5    you recall that testimony?

6    A.    Yes.

7    Q.    Do you recall testifying about what was called a warrant

8    canary?

9    A.    I do.

10   Q.    Could you just remind the jury what a warrant canary is

11   again?

12   A.    Again, my understanding based on what was listed on the

13   website was a means of notifying users of the Moon VPN service,

14   if the company had received some sort of legal request from law

15   enforcement for information.

16   Q.    And you're aware that Apple computer used to issue warrant

17   canaries?

18   A.    I have not heard that, no.

19   Q.    Are you aware that Twitter used to issue warrant canaries?

20   A.    I have not heard that term used.

21   Q.    Are you aware that Cloudflare, the company Cloudflare also

22   issues warrant canaries?

23   A.    Again, I have not heard that used in connection with

24   Cloudflare.

25   Q.    Are you aware that warrant canaries are very common

1    practice for computer companies?

2    A.    I have not experienced that in my professional experience.

3    Q.    Uh-huh.  And are you aware that the reason that computer

4    companies started issuing warrant canaries, was it was in

5    response to the National Security Agency's surveillance program

6    of American's data?

7              MR. BROWN:  What is the relevance?

8              THE COURT:  Well --

9              MR. EKELAND:  Your Honor, they opened the door by

10   bringing up --

11             THE COURT:  No.  No.  No.  Give me a second here.  I

12   think you need to sort of lay a foundation first before you get

13   into this as to whether that is an area that he has experience

14   or knowledge before exploring.  He testified about a particular

15   document, but you're exploring more generally, so I think you

16   need to ask -- lay a foundation to see if this is an area in

17   which he is knowledgeable.

18             MR. EKELAND:  I am happy to move on, Your Honor.

19   BY MR. EKELAND:

20   Q.    Mr. Price, in relation to the -- what you call I think the

21   undercover transactions with Bitcoin Fog, the main reason that

22   you did that was to establish venue in the District of

23   Columbia.   True?

24   A.    No.

25   Q.    No?

1          THE COURT:  Please don't comment on the witness'

2   testimony.

3          MR. EKELAND:  I'm sorry.  What?

4          THE COURT:  Don't comment on the witness' testimony,

5   just ask questions.

6          MR. EKELAND:  I was asking him if the reason whether

7   he --

8          THE COURT:  You asked the question and he answered

9   it.  And you shouldn't comment on his answer.

10          MR. EKELAND:  I wasn't aware I was commenting, Your

11   Honor.  I apologize if I --

12          THE COURT:  All right.  You may proceed.

13   BY MR. EKELAND:

14   Q.   Mr. Price, do you know what LocalBitcoins is?

15   A.   I do.

16   Q.   Do you know what LocalBitcoins is?

17   A.   LocalBitcoin was a peer-to-peer service that allowed for

18   trading of cryptocurrencies.

19   Q.   And in the course of your investigation, you learned that

20   Mr. Sterlingov used LocalBitcoin?

21   A.   I did.

22   Q.   And that was also a KYC account of his; true?

23   A.   As I recall, yes.

24   Q.   And you also learned in the course of your investigation,

25   that Mr. Sterlingov sold Bitcoin peer-to-peer and in-person

1    transactions?

2    A.    As I recall, selling and buying.

3    Q.    I'm sorry.  I just didn't hear the last thing you said.

4    A.    As I recall, he was selling and buying.

5    Q.    And that you learned that was a common practice of

6    Mr. Sterlingov?

7    A.    Yes.

8    Q.    Moving on to your testimony you called -- about the Tor

9    Browser.  Do you recall testifying about the Tor Browser

10   yesterday?

11   A.    Yes.

12   Q.    And do I recall correctly that you testified that most

13   dark websites are criminal?

14   A.    In my experience, the majority of the darknet sites I

15   visited were of a criminal nature, yes.

16   Q.    By dark websites you generally mean onion sites that you

17   access with the Tor Browser?

18   A.    Yes.

19   Q.    Are you aware the Tor Browser was developed by the United

20   States Navy?

21   A.    I believe that is correct.

22   Q.    And that the United States Navy created a nonprofit to

23   distribute the Tor Browser to the US public?

24   A.    I don't know the propriety of how the nonprofit came into

25   existence.

1    Q.   But you are aware that the United States Navy uses the Tor

2    Browser?

3    A.   I have no knowledge whether they use it.  I just know the

4    Naval Research Lab developed some of the technology.

5    Q.   It is not your testimony that the United States Navy is a

6    criminal organization?

7    A.   I don't have any reason to believe that.

8    Q.   You are aware that Facebook has an onion site?

9    A.   I am actually not.  That is new to me.

10   Q.   Are you aware that Twitter has an onion site?

11   A.   It is possible.  I don't know that I have seen it.

12   Q.   Are you aware that the BBC has an onion site?

13   A.   Not specifically the BBC, I know some news organizations

14   do.

15   Q.   Are you aware that "The New York Times" has an onion site?

16   A.   I haven't visited it, so I don't know for certain.

17   Q.   Are you aware that the CIA has an onion site?

18   A.   I am not certain.

19   Q.   But you don't consider any of those entities that I just

20   named to be criminal organizations, do you?

21   A.   I don't have a reason to.

22   Q.   And are you aware that one of the uses of the Tor Browser

23   is by political dissidents worldwide?

24   A.   I heard that story, yes.

25        MR. EKELAND:  No further questions, Your Honor.

```
 1              THE COURT:  Thank you.  Any redirect?

 2              MR. BROWN:  Yes, Your Honor.

 3                      REDIRECT EXAMINATION

 4    BY MR. BROWN:

 5    Q.    Good morning, Mr. Price.

 6    A.    Good morning.

 7    Q.    Mr. Price, do you have knowledge whether the server or

 8    servers that Mr. Sterlingov rented in Romania -- was that one

 9    server or more than one server?

10    A.    Frankly, I am not certain.  I know there was a server

11    rented, but I believe what came from the Romanians was after I

12    left, so I don't recall.

13    Q.    Do you have knowledge about whether those servers only

14    hosted data for To the Moon VPN or whether there was anything

15    else on the servers?

16    A.    No, I do not.

17    Q.    Now, Mr. Price, yesterday and today you were asked about

18    surveillance and whether that was conducted by various actors.

19    Are you familiar with different types of physical surveillance?

20    A.    Yes, I am.

21    Q.    Are you familiar with the term spot surveillance?

22    A.    Yes.

23    Q.    What is spot surveillance?

24    A.    In my understanding, it is generally like fixed

25    surveillance of a certain location or certain -- instead of
```

1   longterm running surveillance, a moment-in-time surveillance.

2   Q.   So when somebody talks about physical surveillance, does

3   that always mean the same thing?

4   A.   No, there are many different types.

5   Q.   Do you have knowledge of what kind of physical

6   surveillance the Swedish authorities did conduct?

7   A.   No.  They only told me they conducted surveillance.

8   Q.   And do you have knowledge about what manner of

9   surveillance was conducted in Miami when Mr. Sterlingov visited

10  in 2017?

11  A.   I do not.  That is before I joined the case.

12  Q.   At the time you visited Sweden, was the investigation into

13  Mr. Sterlingov -- was that a covert or was it an overt

14  investigation?

15  A.   It was still covert.

16  Q.   What is the difference between covert and overt?

17  A.   A covert investigation is the government would not take

18  any overt steps that may tip a target off to the existence of

19  an investigation to allow for collecting evidence without the

20  target's knowledge.

21  Q.   And so that point in an investigation, are there reasons

22  why you or other law enforcement partners would or would not

23  approach a primary suspect or close associates of that primary

24  suspect?

25  A.   Yes.

1    Q.    What are those reasons?

2    A.    Primarily to ensure that the suspect is not tipped off

3    where they may either flee, destroy evidence, take steps to

4    conceal their involvement, coordinate testimony between

5    potentially other parties, things of that nature.

6    Q.    Now, you were asked about efforts to request the Romanian

7    authorities to collect NetFlow information.  Do you recall that

8    line of questioning?

9    A.    I do.

10    Q.    And what information is included in a collection of

11    NetFlow information?

12    A.    Most of the information has to do with traffic records in

13    and out from a server, kind of communication between the server

14    from websites or persons.

15    Q.    When you say the information pertains to communications or

16    traffic, what specific sorts of information would law

17    enforcement be able to collect through a NetFlow collection?

18    A.    Primarily IP addresses as well as like times of site

19    visits, things of that nature.

20    Q.    So if, say, somebody were sending an email saying, you

21    know, happy Valentines Day, for example, to an associate and

22    that was captured through NetFlow collection, would

23    investigators reviewing that be able to see the content of that

24    email?

25    A.    No, they would not.

1   Q.   And if one -- if the computer being collected -- for which

2   the NetFlow data is being collected, if that computer is

3   communicating with a VPN service, what manner of data would you

4   get from the NetFlow information?

5   A.   Primarily just the web address from the VPN service.

6   Q.   Now, you were asked a question about one of the Government

7   Exhibits.  And if we could pull that up, please.

8        You were asked about Government Exhibit 1, which has

9   already been admitted.  And we would ask to publish to the

10  jury.

11       You were asked about post 35 on this exhibit.  And could I

12  direct your attention down to the reference, you read about a

13  NAT.  I think it is close to the bottom of that post.  I think

14  a little bit further down.  Keep going.

15  A.   I think it is on the center here.

16  Q.   Can you point out the section that defense counsel had

17  read?

18  A.   I think there might be a bit of an issue with the screen

19  here, but I am doing my best.

20  Q.   I think the jury can see where that is.  And go ahead and

21  clear that out.  Could you scroll up to the top of that post.

22  What is the date of this post?

23  A.   November 11th, 2001 -- I'm sorry, November 11th, 2011.

24  Q.   How does that relate in time to when Bitcoin Fog was

25  launched?

1    A.    About two weeks later.

2    Q.    And to the extent that you recall, when did the defendant

3    begin renting server space in Romania?

4    A.    I believe it was sometime in 2019.  I don't remember

5    specific dates.

6    Q.    Could it have been earlier than 2019?

7    A.    It could.  I apologize.  I don't remember the date.

8              MR. EKELAND:  Objection.

9              MR. BROWN:  No further questions.

10             THE COURT:  All right.  You may step down.  Thank

11   you.

12             And the government may call its next witness.

13             MR. EKELAND:  No recross, Your Honor?

14             THE COURT:  No.  Unless there is some unusual reason,

15   typically we don't do that.

16             You are excused.

17             MR. PEARLMAN:  On the phone briefly, Your Honor?

18             (Conference held at the bench.)

19             MR. PEARLMAN:  Your Honor, the next witnesses will be

20   translators.  I believe that the defense and the prosecution

21   have reached an agreement that they will not object to the

22   introducing of the translations.  However, by not objecting,

23   they still reserve the right to cross-examine the translators,

24   and to otherwise impeach them and to otherwise introduce

25   evidence, if they want, concerning disputing the translations.

1    And if I could ask through the Court, Mr. Ekeland; is that

2    correct?

3             MR. EKELAND:  That is accurate.  And I would just

4    like to add, Mr. Pearlman, if I understand our agreement

5    correctly that us being able to challenge things means either

6    through bringing on a translator to challenge certain words or

7    through Mr. Sterlingov's testimony or the like.  And we are

8    doing this just to avoid a long, drawn-out battle over certain

9    phrases and words when most of the stuff I think is -- can be

10   okay.  We reserve the right to object.

11            THE COURT:  All right.  Well, I appreciate the

12   parties working together on this.  And that sounds fine to me.

13   And you have your record.

14            MR. PEARLMAN:  I will call the next witness, Your

15   Honor.

16            (End of bench conference.)

17            THE COURT:  You may proceed.

18                 SAYYORA KRULIKOWSKI, sworn

19            THE WITNESS:  Yes.

20            THE COURTROOM DEPUTY:  Thank you.  Please be seated.

21            THE COURT:  All right.  You may proceed.

22            MR. PEARLMAN:  Is the publicized screen off?

23            THE COURTROOM DEPUTY:  It is not to the jury but

24   everyone else can see.  Is that okay?

25            MR. PEARLMAN:  Yes.

1              DIRECT EXAMINATION

2    BY MR. PEARLMAN:

3    Q.   Good morning, ma'am.

4    A.   Good morning.

5    Q.   How are you today?

6    A.   I am good.   Thanks.

7    Q.   In a loud, clear voice, can you introduce yourself to the

8    ladies and gentlemen of the jury by stating your full name and

9    spelling your first and last name please.

10   A.   Sure.   My name is Sayyora Krulikowski; S-A-Y-Y-O-R-A,

11   K-R-U-L-I-K-O-W-S-K-I.   And I am a linguist with the FBI.

12   Q.   And, ma'am, where did you -- for purposes of your

13   linguistic expertise, where did you grow up?

14   A.   I grew up in Uzbekistan.

15   Q.   And are you fluent in more than one language?

16   A.   Yes.   I grew up speaking Russian and Uzbek.

17   Q.   When you grew up in Uzbekistan, what was the language of

18   teaching that was taught to kids?

19   A.   In the secondary school it was mostly Uzbek.   When I was

20   studying for my bachelor's degree, it was both Uzbek and

21   Russian.

22   Q.   Did you subsequently move to the UK, the United Kingdom?

23   A.   Correct.   I won a scholarship and I studied in graduate

24   school in the United Kingdom, Lancaster University where the

25   school of teaching was in English.   That was from '97 to '98,

1    one-year degree course.

2        In addition to this, I also studied at Georgetown

3    University here in the United States from 2003 to 2005.  And

4    also the language of teaching was in English.  And all of the

5    tests we had to take in English, of course.

6    Q.    And, ma'am, what is your current employment?

7    A.    At this time, I work full time as international economist

8    with the United States International Trade Commission.  I am

9    also a contractor with the FBI.

10   Q.    What do you do for the FBI?

11   A.    I do translations, written translations, but also live

12   translations in Russian and Uzbek.  I tested for that and

13   qualified to do translations in both languages, so I am a dual

14   linguist.

15   Q.    When you say you tested, did you test for the FBI?

16   A.    Right.  We had to go through a battery of tests, spoken,

17   written and reading for each language and be found as qualified

18   in order to be assigned to certain tasks.

19   Q.    And were you -- so are you -- would you consider yourself

20   a certified Russian to English translator as a result?

21   A.    Correct.  I am found as -- I am qualified to do

22   translations in both languages, both written translations and

23   spoken translations.

24   Q.    Do you sometimes work in a translator team?

25   A.    Correct.  It depends on the task.  Some tasks are bigger

1    than others and may involve multiple linguists.

2    Q.   Do you sometimes review other translations done by

3    translators for accuracy?

4    A.   Correct.  Sometimes -- so the language process is

5    multi-layered in order to assure the quality of translations.

6    We will have a primary translator for the first layer of

7    translations and then reviewer and then finalizer who is

8    ultimately responsibility for quality assurance and quality of

9    translations.  So sometimes I was assigned as a reviewer,

10   sometimes I was assigned as a reviewer and finalizer, correct.

11   Q.   Were you asked to review some documents in this case?

12   A.   Correct.  I was assigned to be a finalizer in this case.

13   Q.   Were you shown some documents that contained Russian as

14   well as Swedish, as well as English?

15   A.   Correct.  I have seen some documents that had three

16   languages.

17   Q.   And did you work with a Swedish translator named Sergei

18   Miroff?

19   A.   Correct.

20   Q.   And he is fluent in Swedish?

21   A.   Yes.

22   Q.   At times would you submit documents to him to review the

23   Swedish and then send it back to you, so you could incorporate

24   that Swedish into your Russian translation?

25   A.   Correct.

1   Q.   Are there times that you would have a document that was in

2   English and Russian, and you would simply leave the English and

3   the translated copy?

4   A.   Correct.  This is how we are trained.  If the raw portion

5   is in English, we do not touch them, we leave them as is.

6   Q.   Were there times that you -- that goal would be to

7   highlight the English that was previously in the original, like

8   in green?

9   A.   Correct.  This was specific to this case.  And it was

10  agreed in cases -- in subset of documents it would be helpful

11  to highlight English portions.  So we agreed to -- it was

12  agreed with the case team that linguist help out by

13  highlighting those portions by green.

14  Q.   Did you also arrange with Mr. Miroff to highlight final

15  translations in yellow where they contained Swedish to English?

16  A.   Correct.

17  Q.   Were there times that you did not highlight original

18  English into final English, but you just left it unhighlighted?

19  A.   Correct.

20  Q.   But could someone look at the two documents and determine

21  what was originally English and what was not?

22  A.   Correct.  Because you have access to both documents,

23  original and translation, so when you see English in original,

24  you can match it up in the translation document.

25  Q.   I want to show you what is marked as Government

1   Exhibit 864.

2        Do you remember -- do you see what has been marked as

3   Government Exhibit 864?

4   A.   Yes.

5   Q.   What language does that appear to mostly be in?

6   A.   This is mostly in Russian language, but you see the top

7   part is in English.

8   Q.   Is this one of the documents that you were asked to

9   translate?

10  A.   Correct.

11  Q.   And I want to compare it with 864A.  Do you recognize

12  864A?

13  A.   Yes.

14  Q.   What is 864A?

15  A.   This is a translation of the previous document that we saw

16  as an original source document and we see the green highlights

17  to indicate English in the source document.

18  Q.   Is the -- is 864A an accurate copy of 864 that conveys the

19  meaning of 864?

20  A.   Correct.

21        MR. PEARLMAN:  At this time, Your Honor, I move to

22  introduce Government Exhibit 864 and 864A.

23        THE COURT:  Any objection?

24        MR. EKELAND:  Yes, Your Honor.  I have a 403

25  objection.

1          THE COURT:  Overruled.  Exhibits 864 and 864A are

2    admitted and may be published to the jury.

3               (Whereupon, Exhibit No. 864, 864A were admitted.)

4               MR. EKELAND:  Your Honor, I just didn't hear you.

5               THE COURT:  I said overruled.  And both exhibits are

6    admitted and may be published to the jury.

7    BY MR. PEARLMAN:

8    Q.   Ma'am, I want to publish a copy of 864 for the jury, so

9    they can now see it on their screens.  Is this an example of

10   the Russian document that you were talking about?

11   A.   Correct.

12   Q.   Okay.  And now I want to show the jury 864A.  Is this an

13   example of the highlighting that you were indicating before?

14   A.   Correct.

15   Q.   I want to move on and take a look at Government

16   Exhibit 121A.  Do you recognize 121A?

17   A.   Yes.

18   Q.   And what is that?

19   A.   This is one of the source documents that we were given to

20   translate and I was a finalizer for the translation.

21   Q.   Okay.  And does 121A appear to be a scanned document of

22   something else?  Is it handwritten?

23   A.   It is a handwritten, yeah, scanned document we were given

24   to translate.

25          So we could be given handwritten scanned documents for

1    translation or it could be printed, yeah.

2    Q.   Okay.  And then I want to show you 121C.  Do you recognize

3    this document?

4    A.   I recognize this document.  And I also see some

5    redactions.

6    Q.   Okay.  And when you say redactions are those black boxed

7    areas?

8    A.   Correct.

9    Q.   Is 121C, is that a translated version of 121A?

10   A.   Correct.

11   Q.   Portions of 121A?

12   A.   Correct.

13   Q.   Is 121C, is that an accurate copy of the 121A portions

14   translated to convey meaning?

15   A.   I confirm it is an accurate translation of the original

16   that we saw of 121A.

17          MR. PEARLMAN:  At this time, Your Honor, I would move

18   to introduce 121A and 121C.

19          THE COURT:  Any objection?

20          MR. EKELAND:  Relevance.

21          THE COURT:  I mean, I would have to read the whole

22   document.  I mean, we are just doing translation.

23          MR. EKELAND:  Again, clarity if we are certifying the

24   authenticity of the translations, but if we are moving them

25   into evidence, that is another matter.  And it occurs to me

1   that they are being published to the jury.  My understanding

2   was that we were certifying the authenticity of the

3   translations this morning and that we wouldn't be moving things

4   into evidence and publishing to the jury.  That is a whole

5   other issue in terms of admissibility.  That is my

6   understanding the government was going to do through witnesses.

7   It is the defense's position that they can certify the

8   authenticity, but moving these into evidence and publishing to

9   the jury is an entirely separate thing we did not agree to.

10          THE COURT:  I think my recollection is that the

11  Russian version already is in evidence.

12          MR. PEARLMAN:  That is correct, Your Honor.

13          THE COURT:  This is just the translation at this

14  point.

15          MR. PEARLMAN:  To clarify, all of these documents are

16  already in evidence in Russian or Swedish.

17          THE COURT:  So we are just offering the translations.

18          MR. EKELAND:  Was the email in evidence?  I don't

19  believe that is in evidence.

20          MR. PEARLMAN:  So to be clear, the emails are not yet

21  in evidence, but will be coming in in two witnesses.

22          THE COURT:  Okay.  So are there other emails to come?

23          MR. PEARLMAN:  There are.

24          THE COURT:  So why don't I do this then, so with

25  respect to the documents that are already in evidence, without

1    objection, I will admit the translations into evidence.  With

2    respect to those that are not in evidence and we are just doing

3    the translations, I will conditionally admit them into

4    evidence, but with the understanding that there will be a

5    subsequent witness who will offer it finally into evidence and

6    you can preserve any objections you have for that.

7            MR. EKELAND:  At that point, I just didn't hear you.

8            THE COURT:  You preserve any objections you have at

9    that time.

10           MR. EKELAND:  Thank you, Your Honor.

11           THE COURT:  So that is what I will do.

12           MR. PEARLMAN:  To be clear, Your Honor, most of what

13   the translators are going to be talking about are certain rules

14   they had, such as highlighting, sic, PH, things like that,

15   things of that nature at this time.

16           THE COURT:  Okay.  That is fine.  So if it is already

17   in evidence, I am admitting it.  If it is -- I am admitting the

18   translation.  If it is not, I am conditionally admitting it.

19   Also while I interrupted your examination, I will say to the

20   jury --

21           This is probably a good time to mention, sometimes

22   you will see documents that are admitted into evidence that

23   have redactions, things that are blacked out.  There are all

24   sorts of reasons why things are blacked out.  There could be

25   privacy interests.  It could be questions about admissibility.

1    There are a whole host of reasons.  The bottom line is you

2    should not speculate as to why things are redacted or what is

3    behind the redaction.

4            You may proceed.

5            MR. EKELAND:  Your Honor, just one more thing, in

6    terms of emails and things that haven't been admitted into

7    evidence and that we're going to admit for translation

8    purposes, the defense request they not be published to the jury

9    at this time.

10           THE COURT:  It is just frankly a relevance

11   objection -- and I am okay with publishing to the jury to the

12   extent that the government needs to explain sics or it needs to

13   be able to use the translator to explain issues that go to the

14   translation without going into the substance of the document.

15   If they have to show the document to the jury to make that

16   point, that seems acceptable.

17           MR. EKELAND:  Just, Your Honor, to be clear, the

18   defense is reserving all objections.  And we are not just

19   making necessary relevance objections.  It is going to be

20   document by document.  So I want to be clear that we are not

21   waiving any of our evidentiary objections to things that have

22   not yet come into evidence.

23           THE COURT:  All right.  I do think that -- I don't

24   know, but if it is necessary for the government to show -- to

25   publish the exhibit to the jury so the translator can explain

1   something related to the translation, I will allow that subject

2   to any particular objections you have.  And so when that comes,

3   if there are particular objections you want to raise as that

4   comes up, let me know and we'll discuss those.  But, otherwise,

5   they are going to have to bring back the translators at some

6   future time.  And that is just not very efficient, so I'd like

7   to -- if there are things they have to ask the translators

8   about in the documents, let's do it now.  But if you have

9   objections, you can raise those now with respect to the

10  documents.

11          MR. EKELAND:  So it was clear for the record, it

12  wasn't our understanding that these were going to be published

13  to the jury.  We were stipulating -- what our understanding

14  was, we were stipulating to the authenticity of the

15  translations.  And I understand the Court's concern with

16  efficiency.  And we don't object to that.  We just state for

17  the record we are -- we are reserving our objections on all

18  grounds to the admissibility of those exhibits that are being

19  published to the jury just purely for purposes of comparing the

20  translations.

21          THE COURT:  If you have any objections with them

22  being published to the jury at this point, raise it as we go.

23          But you may proceed.

24          MR. PEARLMAN:  Can we publish briefly 121A.

25  BY MR. PEARLMAN:

1   Q.   Is 121A that we are showing now, that is a copy of the

2   document you helped to translate?

3   A.   Correct.

4   Q.   And show briefly 121C.  And can you -- Ms. de Falco, can

5   you stop at page 4, actual computer page 4.  Thank you.

6        And do you see, ma'am, where it says, "Is it possible to

7   simply by [sic] a hotel"?

8   A.   Correct.

9   Q.   And do you see that word in brackets, sic?

10  A.   Correct.  Yes.

11  Q.   Is that a word that was in the original or is that

12  something that you added?

13  A.   This is something that we introduced to indicate as seen

14  in source, so sic implies, as seen in source.  The square

15  bracket implies this is something introduced by the linguist.

16  Q.   And it is used to introduce what?

17  A.   To say sometimes -- so to indicate this is translated as

18  seen in source, because it may not make sense in context or

19  like an easy example, for instance, the capital of England is

20  Paris.  So things like that, we could indicate, that this is

21  how it is in the source, the error is in the source, so we are

22  just translating as is.

23  Q.   At times did you use the expression in brackets PH?

24  A.   It could be different things that are in brackets.  For

25  instance, if it is a PH, as you mentioned, that implies,

1   phonetic, that is short for phonetic.  And in audio, in case of

2   an audio source, it implies -- it is spelled as heard.  But

3   when it is a handwritten document, PH stands for written as

4   seen in the original.

5   Q.   As seen --

6   A.   Because as seen in the original, because if it is

7   handwriting and we cannot -- it is not very clear writing, so

8   we make our best effort to put a translation of that word.  But

9   it could be something else.  So as seen, as seen in the source.

10  Q.   And then, finally, bracketing IL, what does that mean?

11  A.    Illegible.

12  Q.   And that would mean that you couldn't figure out what the

13  handwriting said?

14  A.   We couldn't read, so it could be a portion of a word if it

15  is, you know, a complex word.  So it could be a portion of a

16  word and the rest of it is illegible, so we will mark it as

17  illegible.

18  Q.   Let's move on.  Can we show the --

19          THE COURT:  Just to maintain the record as we go

20  here, 121A was already in evidence; is that correct?

21          MR. PEARLMAN:  121D was already in evidence --

22          THE COURT:  Okay.

23          MR. PEARLMAN:  -- and was the original.  121A is the

24  scan and 121C is the translation.

25          THE COURT:  Okay.  Are you moving any of this into

1    evidence?

2            MR. PEARLMAN:  Yes.  We already moved in 121A and

3    121C.

4            THE COURT:  Okay.  Subject to my -- consistent with

5    what I have said previously those are admitted as translations

6    of a document already in evidence.

7    BY MR. PEARLMAN:

8    Q.   Next, can we take a look at 820.

9         Is this another document that you worked on, 820?

10   A.   Yes.

11   Q.   Can we take a look at 820B, as in boy?

12        Is that a translation of 820?

13   A.   Yes, with a redaction on top.

14           MR. PEARLMAN:  At this time, Your Honor, I would move

15   to introduce Government Exhibits 820 and 820B.

16           THE COURT:  Are either of those previously in

17   evidence?

18           MR. PEARLMAN:  They are not in evidence.

19           THE COURT:  So consistent with what I said

20   previously, I will conditionally admit 820 and 820B.

21           (Whereupon, Exhibit No. 820, 820B were admitted.)

22           THE COURT:  This is conditioned on evidence from a

23   witness who can later testify with respect to the substance.

24           MR. PEARLMAN:  I understand.  No need to publish at

25   this time.

1    BY MR. PEARLMAN:

2    Q.    Exhibit 507.  Do you recognize Government Exhibit 507?

3    A.    Yes.  I worked on this document.

4    Q.    And can we compare it with 507B?  Is 507B the translation

5    of the document?

6    A.    Yes.

7    Q.    And is it an accurate translation of 507 that conveys

8    proper meaning?

9    A.    Yes.

10              MR. PEARLMAN:  At this time, we would move for

11   conditional admission, Your Honor?

12              THE COURT:  All right.  507 and 507B are

13   conditionally admitted.

14              (Whereupon, Exhibit Nos. 507, 507B were admitted.)

15   BY MR. PEARLMAN:

16   Q.    Could we take a look at 120A.  Do you recognize Government

17   Exhibit 120A?

18   A.    I recognize it.

19   Q.    Is that another one of the documents that you worked on?

20   A.    Yes.

21   Q.    And if you could compare that with 120C.  I know there is

22   some redactions at the beginning.  What is this document?

23   A.    This is a translation of a source document we just saw

24   with some redactions and highlights.

25   Q.    And in this document are there examples of yellow

1    highlights?

2    A.   Yes.

3    Q.   And just to remind the jury is yellow highlights an

4    example of Swedish?

5    A.   Swedish.

6    Q.   So Swedish being put into English?

7    A.   Correct.

8    Q.   And is this an accurate translation that conveys the

9    meaning of Government Exhibit 120A?

10   A.   Yes, it is.

11            MR. PEARLMAN:  Move to introduce Government

12   Exhibit 120A and 120C, the original has already been previously

13   admitted.

14            THE COURT:  So 120A and 120C are admitted.

15            (Whereupon, Exhibit No. 120A, 120C were admitted.)

16            MR. PEARLMAN:  So, again, we'll move to admit 120C,

17   no need to publish for time purposes.

18   BY MR. PEARLMAN:

19   Q.   If we could move to 117A.

20            THE COURTROOM DEPUTY:  Did you say 117A?

21            MR. PEARLMAN:  Yes.

22            THE COURTROOM DEPUTY:  That has been previously

23   admitted.

24            MR. PEARLMAN:  117A has?

25            THE COURTROOM DEPUTY:  117A?

1          MR. PEARLMAN:  Yes.

2          THE COURTROOM DEPUTY:  Yesterday with Mr. Price.

3          MR. PEARLMAN:  Thank you, Madam Clerk.

4   BY MR. PEARLMAN:

5   Q.   If we could look at 117C.  Do you recognize Government

6   Exhibit 117C?

7   A.   Yes, I do with some redaction.  It is a translation of the

8   documents we just saw of the source document in Russian.

9   Q.   Is it an accurate translation to convey meaning?

10  A.   Yes.

11         MR. PEARLMAN:  Move to introduce Government

12  Exhibit 117C.

13         THE COURT:  117C is admitted.

14         (Whereupon, Exhibit No. 117C was admitted.)

15  BY MR. PEARLMAN:

16  Q.   I briefly want to publish and ask you a question.

17       If we go to page 3, if you could go up a bit.  Do you see

18  the term sprint approach?

19  A.   I do.

20  Q.   Were there times that you saw words in the document that

21  ask --

22         MR. PEARLMAN:  Ask to publish, Your Honor, 117C?

23         THE COURT:  You may.

24  BY MR. PEARLMAN:

25  Q.   Were there times that you saw words in the document that

1    didn't make immediate sense to you in the context of the whole

2    sentence or paragraph?

3    A.    Correct.

4    Q.    And was sprint one of those words?

5    A.    Yes.

6    Q.    And what is the word for sprint in Russian?

7    A.    Sprint.

8    Q.    Sprint.  And did you simply write the word in English in

9    this translation?

10   A.    Correct.

11   Q.    So can we publish 117C?

12         So do you see where it says "The sprint"?

13   A.    Yes.

14   Q.    Okay.  Is that an example of what we were talking about?

15   A.    Yes.

16   Q.    You were saying something else?

17   A.    I was trying to explain in this case, so in Russian, it

18   was (speaking in Russian), so English translation to convey the

19   meaning, here it is translated, you sprint approach.  It is the

20   approach to accomplish a task in a short amount of time quickly

21   based on the context.  It is -- so that is how it sounded in

22   the source document, which we tried to convey similarly in the

23   translation.  In short, it means, do things efficiently.

24   Q.    Was there also a term in this document, irrigation?

25   A.    Yes.  I saw a word in more than one source document which

 1    mentioned in Russian irrigation.  And it jumped -- it jumps at

 2    you, because it is out of context.

 3    Q.    Okay.  And so you just translated the word in English as

 4    irrigation?

 5    A.    We have to go with the translated word, but, yes.

 6    Q.    And to be clear what -- does the Russian word for

 7    irrigation sound phonetically similar to the English word for

 8    irrigation?

 9    A.    Irrigatsen (ph), that is how it sounds, very similar,

10    irrigatsen.

11    Q.    Let's move on to Government Exhibit 710.  Do you recognize

12    Government Exhibit 710?

13    A.    Yes.

14    Q.    Is this a fairly lengthy document?

15    A.    This is a document that I worked with, yes.

16    Q.    Let me show you 710A.

17          Do you recognize what this document is?

18    A.    Yes.  This is a translation of the document we just saw.

19    Q.    Does this document also contain some Swedish?

20    A.    Yes.  Yes.

21    Q.    And would Mr. Miroff have worked on that document for you?

22    A.    Yes.  Miroff worked on all of the documents that had

23    Swedish portions, yes.

24          MR. PEARLMAN:  All right.  Your Honor, move to

25    introduce Government Exhibit 710 and 710A.

```
1              THE COURT:  Is this conditionally?
2              MR. PEARLMAN:  Yes, Your Honor.
3              THE COURT:  So I will admit 710 and 710A
4    conditionally.
5                  (Whereupon, Exhibit No. 710, 710A was admitted.)
6    BY MR. PEARLMAN:
7    Q.   No need to publish.
8         Can we take a look at 711 and 711A.  Do you recognize 711?
9    A.   I do.  I have seen this document as an assignment for
10   translation.
11   Q.   Is this another document that also contains Swedish?
12   A.   Correct.
13   Q.   And can you take a look at Government Exhibit 711A?  Do
14   you recognize 711A?
15   A.   Yes.
16   Q.   Is 711A an accurate translation of 711 and convey the same
17   meaning?
18   A.   Yes.
19              MR. PEARLMAN:  Move to admit 711 and 711A
20   provisionally.
21              THE COURT:  That motion is granted.
22                  (Whereupon, Exhibit No. 711, 711A were admitted.)
23   BY MR. PEARLMAN:
24   Q.   Can we take a look at Government Exhibit 712.  Do you
25   recognize Government Exhibit 712?
```

DIRECT EXAMINATION OF MS. KRULIKOWSKI

1    A.    Yes, I worked with it.

2    Q.    Is it primarily in Russian?

3    A.    Yes.

4    Q.    And can you take a look at 712A, please.  Do you recognize

5    712A?

6    A.    Yes.  This is the translation of the source document we

7    just saw.

8    Q.    And is it an accurate translation that conveys the same

9    meaning?

10   A.    Yes.

11          MR. PEARLMAN:  Move to introduce conditionally 712

12   and 712A?

13          THE COURT:  That motion is granted.

14          (Whereupon, Exhibit No. 712, 712A were admitted.)

15   BY MR. PEARLMAN:

16   Q.    Next is 713.

17          Do you recognize 713?

18   A.    Yes.

19   Q.    Is this a document that you also worked on?

20   A.    Yes, it is.

21   Q.    Can we take a look at 713A.  Do you recognize 713A?

22   A.    I do.  It is a translation of the document we just saw.

23   Q.    Is it an accurate translation that conveys the same

24   meaning?

25   A.    Yes.

1            MR. PEARLMAN:  Move to conditionally admit 713 and

2   713A.

3            THE COURT:  713, 713A are provisionally admitted.

4            (Whereupon, Exhibit No. 713, 713A were admitted.)

5   BY MR. PEARLMAN:

6   Q.    Government Exhibit 714, please.

7         Do you recognize this?

8   A.    I do.  This is one of the documents I was assigned to

9   translate.

10  Q.    Let's take a look at 714A.  Do you recognize 714A as a

11  translation of 714?

12  A.    I do.

13  Q.    Is it an accurate translation that conveys the same

14  meaning?

15  A.    Yes, it is.

16           MR. PEARLMAN:  Move admit Government Exhibit 714 and

17  714A provisionally.

18           THE COURT:  That motion is granted.

19           (Whereupon, Exhibit No. 714, 714A were admitted.)

20  BY MR. PEARLMAN:

21  Q.    If we could take a look at 715.  Do you recognize 715?

22           MR. EKELAND:  Your Honor, can we speak on the phone

23  for a moment?

24           (Conference held at the bench.)

25           THE COURT:  Yes.

1              MR. EKELAND:  Your Honor, my client just -- he

2      basically, I think what just came in contains summaries of what

3      a document had and not actual translations.  I am not 100

4      percent sure, but I want to make clear that we are not agreeing

5      to the admission of summaries of documents.  We are agreeing to

6      translations of the documents in terms of authenticity.  We

7      consider summaries to be opinion testimony that is not

8      appropriate.

9              MR. PEARLMAN:  Your Honor, these documents were shown

10     to the defense over the last several days.  I do have other

11     documents where we did specifically redact summaries.  And I

12     haven't heard from the defense specifically what they are

13     saying in this document is summarized.  So at this point, I

14     don't know how to respond.  We have an objection to something

15     where there is nothing specified.

16             MR. EKELAND:  Your Honor, my client is happy to go

17     back and look and point out as to what is a summary.  The

18     defense did not agree to summaries coming in.  We agreed to,

19     you know -- agreed to as we put on the record, certify the

20     authenticity of the translations, but we did not agree to

21     summaries coming in.

22             MR. PEARLMAN:  We agree.  So if there is something on

23     there that turns out to be a summary, then we can debate it

24     later.  And we can redact as appropriate, Your Honor.  But at

25     this point, there is nothing specific indicated to be a

DIRECT EXAMINATION OF MS. KRULIKOWSKI

```
1    summary.
2              MR. EKELAND:  We will go back and look.  I will have
3    Mr. Sterlingov identify anything that is a summary and then we
4    can do this later.  We agree on that point.
5              THE COURT:  Okay.  Let's proceed then.
6              (End of bench conference.)
7    BY MR. PEARLMAN:
8    Q.   So, ma'am, we are on 715.  I also want to show you 715A.
9         Do you recognize 715 and 715A?
10   A.   I do.  These are the documents I worked with.
11   Q.   So you worked with the original 715 and then you had
12   translated 715A?
13   A.   Yes.
14   Q.   Is 715A an accurate translation that conveys the same
15   meaning?
16   A.   Yes, it is.
17             MR. PEARLMAN:  Move to provisionally admit 715 and
18   715A?
19             THE COURT:  That motion is granted.
20             (Whereupon, Exhibit No. 715, 715A were admitted.)
21   BY MR. PEARLMAN:
22   Q.   Next we have 716, please.
23   A.   Yes.
24   Q.   Is this another one of the documents that you worked on
25   primarily in Russian?
```

```
1    A.    Yes, it is.

2    Q.    Now let me show you 716A.  Do you recognize 716A?

3    A.    Yes.

4    Q.    Is it a translation of 716?

5    A.    Correct.

6              MR. PEARLMAN:  Move to provisionally admit 716 and

7    716A, Your Honor.

8              THE COURT:  That motion is granted.

9    BY MR. PEARLMAN:

10   Q.    Can we next take a look at 119A.

11         Do you recognize Government Exhibit 119A?

12   A.    Yes.  This is one of the documents I worked with.

13   Q.    And could you also take a look at Government Exhibit 119C?

14   Do you recognize 119C?

15   A.    I recognize it with some redactions.

16   Q.    Other than the redactions, is it an accurate translation

17   of 119A to convey the same meaning?

18   A.    Yes.

19   Q.    Let me show you Government Exhibit --

20             MR. PEARLMAN:  Move to introduce, Your Honor,

21   Government Exhibit 119A and 119C.

22             THE COURT:  Is 119 --

23             MR. PEARLMAN:  119A is already admitted, so 119C.

24             THE COURT:  119C is admitted.

25             (Whereupon, Exhibit No. 119C was admitted.)
```

1    BY MR. PEARLMAN:

2    Q.   Let me show you Government Exhibit 520.  Do you recognize

3    Government Exhibit 520?

4    A.   Yes.

5    Q.   Is this another one of the documents that you worked on

6    primarily in Russian?

7    A.   Correct.

8    Q.   Let me show you Government Exhibit 520B.  What is

9    Government Exhibit 520B?

10   A.   I see it.

11   Q.   Is it a translation of 520?

12   A.   Yes, it is.

13   Q.   And is it an accurate translation that conveys the same

14   meaning?

15   A.   Yes, it is.

16            MR. PEARLMAN:  Move to provisionally introduce 520

17   and 520B.

18            THE COURT:  That motion is granted.

19            (Whereupon, Exhibit Nos. 520, 520B were admitted.)

20   BY MR. PEARLMAN:

21   Q.   Showing you Government Exhibit 818A.  Do you recognize

22   what 818A is?

23   A.   Yes.  It is one of the source documents that I worked

24   with.

25   Q.   Is this a document primarily in Russian?

1    A.   Yes, it is.

2    Q.   Did you have it translated?

3    A.   Yes.

4    Q.   Okay.  I want to go back just to the file name.  Do you

5    see -- well, was there an original file name for this document?

6    A.   So when I received this file, its file name was Google

7    Drive putting money.

8    Q.   And did you see the original Russian name of the file?

9    A.   No, I did not.

10   Q.   If you take a look at Government Exhibit 818, do you see

11   the Russian name for the file on that one?

12   A.   Yes.  Here it is in Russian, it says (speaking in

13   Russian), which means entering or putting into -- putting money

14   into.

15   Q.   And so is that also consistent with deposit?

16   A.   Yes.

17   Q.   Does 818 -- if we could take a look at 818B.  Does 818B

18   convey the same meaning as an otherwise accurate translation of

19   818A?

20   A.   Yes.  This document is an accurate translation of the

21   source document we just saw.

22            MR. PEARLMAN:  Move to introduce 818A and B, Your

23   Honor.

24            THE COURT:  Is that provisionally?

25            MR. PEARLMAN:  No.

```
 1                  THE COURT:  Is one of them already in evidence?

 2                  MR. PEARLMAN:  Provisionally, Your Honor.

 3                  THE COURT:  They will be provisionally admitted, 818A

 4       and 818B.

 5                  (Whereupon, Exhibit Nos. 818A, 818B were admitted.)

 6       BY MR. PEARLMAN:

 7       Q.   Next, could we take a look at document number 55.  Do you

 8       recognize document 55?

 9       A.   I do.  This is one of the documents that I worked with.

10       Q.   Again, is it primarily in Russian?

11       A.   It is.

12       Q.   And now we could take a look at document 55A.  Do you

13       recognize 55A?

14       A.   Yes.

15       Q.   Does 55A contain the original Russian of 55 and then the

16       English translation of 55?

17       A.   Correct.

18       Q.   For each of the posts within the document?

19       A.   Correct.  It goes block by block.  So Russian block and

20       then translation of that block and then another Russian block

21       and translation follows.

22       Q.   And is this a document that you worked on or reviewed?

23       A.   Correct.

24       Q.   Is it an accurate translation?  Does it convey the same

25       meaning, the English as the Russian in the document and the
```

1   Russian in 55?

2   A.   Yes.

3              MR. PEARLMAN:  The Court's indulgence.

4              Pass the witness, Your Honor.

5              We'll move provisionally 55 and 55A in.

6              THE COURT:  All right.  That motion is granted.

7              (Whereupon, Exhibit Nos. 55, 55A were admitted.)

8              THE COURT:  Mr. Ekeland, any cross-examination?

9              MR. EKELAND:  Yes, Your Honor, just brief briefly.

10                       CROSS-EXAMINATION

11  BY MR. EKELAND:

12  Q.   Good morning.

13  A.   Good morning.

14  Q.   You said I think you testified that you were a finalizer?

15  A.   Yes.

16  Q.   Could you just explain to the jury what a finalizer is --

17  and me?

18  A.   Sure.  There is a review process for the FBI.  And once

19  the translation is completed, it goes to the review stage and

20  then finalization stage.  So at the first stage, it could be me

21  translating it over or it could be a different linguist

22  assigned to translate.  And then it has to go to review to the

23  second linguist for quality control purposes.  And then it

24  comes back to me as a finalizer to accept or reject some of the

25  proposed edits.  So a finalizer role is an important role,

CROSS-EXAMINATION OF MS. KRULIKOWSKI

1   because you are ultimately -- it is your responsibility -- that

2   translation is your responsibility in terms of its accuracy and

3   conveying the meaning to verbatim translation.

4   Q.   When you did your translations, did you know that

5   Mr. Sterlingov was accused of operating Bitcoin Fog?

6   A.   I had a case background information, that is all I had.

7   And that is a standard procedure which helps us to perform our

8   job well.  Because the case background conveys that as

9   cryptocurrency related case.  And so we might see some

10   cyberterms, yes.

11   Q.   So, yes, you were aware that Mr. Sterlingov had been

12   accused of operating Bitcoin Fog?

13   A.   I was aware of the case background, yes.

14   Q.   Okay.  One final question, everything that you translated

15   and that you read, did you ever read anything where

16   Mr. Sterlingov discussed operating Bitcoin Fog?

17           MR. PEARLMAN:  Objection, Your Honor.

18           THE COURT:  Yeah.

19           MR. EKELAND:  They brought the translator on the

20   stand and she read everything.

21           THE COURT:  The objection is sustained.

22           MR. EKELAND:  No further questions.

23           THE COURT:  Beyond the scope.

24           MR. EKELAND:  No further questions.

25           THE COURT:  All right.  Any redirect?

```
 1              MR. PEARLMAN:  No, Your Honor.

 2              THE COURT:  All right.  You are excused.  Thank you.

 3         The government may call its next witness.

 4              MR. PEARLMAN:  We'll call Sergei Miroff next, Your

 5    Honor.

 6                      SERGEI MIROFF, sworn

 7              THE WITNESS:  I do.

 8              THE COURTROOM DEPUTY:  Thank you.  Please be seated.

 9                        DIRECT EXAMINATION

10    BY MR. PEARLMAN:

11    Q.   Good morning, sir.

12    A.   Good morning.

13    Q.   Can you say hello to the jury by stating and spelling your

14    first and last name, please?

15    A.   Yes, good morning.  It is Sergei Miroff; S-E-R-G-E-I,

16    M-I-R-O-F-F.

17    Q.   Sir, who do you work for?

18    A.   FBI.

19    Q.   And what is your rank and title at the FBI?

20    A.   I am a linguist.

21    Q.   A linguist for what language?

22    A.   Russian and Swedish.

23    Q.   Were you asked to do some Swedish translations for this

24    case?

25    A.   Yes, sir,
```

DIRECT EXAMINATION OF MR. MIROFF

1   Q.   Where did you grow up, sir?

2   A.   I grew up in Sweden.

3   Q.   And at some point, did you come to the United States?

4   A.   I came 30 years ago, 1994.

5   Q.   Did you subsequently attend school in the United States?

6   A.   Yes, sir, I did.

7   Q.   Where did you attend school?

8   A.   University of Alabama, I received my bachelor's and my

9   master's.

10  Q.   Is that in Tuscaloosa?

11  A.   Yes, sir.

12  Q.   And did you keep up with your Swedish?

13  A.   I did.

14  Q.   And when approximately did you begin translating for the

15  FBI?

16  A.   2008.

17  Q.   Were you certified to translate Swedish into English for

18  the FBI?

19  A.   Yes, I was.

20  Q.   So, sir, you were -- as I asked before, you were asked to

21  work on some documents in this specific case?

22  A.   That is correct.

23  Q.   Now, to be clear, did you translate the Russian of these

24  documents or just the Swedish of these documents?

25  A.   Only the Swedish part.

1    Q.   Did you work with the Russian translator just coordinating

2    to make sure that your Swedish was accurately translated into

3    English?

4    A.   That is correct.

5    Q.   So I want to show you some documents that you worked on,

6    sir.

7    A.   Okay.

8    Q.   If I can show you Government Exhibit 709.

9              THE COURTROOM DEPUTY:  I'm sorry.

10   BY MR. PEARLMAN:

11   Q.   Sir, do you recognize this document?

12   A.   Yes, I do.

13   Q.   Was this one of the documents that you were asked to

14   provide Swedish assistance on?

15   A.   Certain words here and there, yes.

16   Q.   Let me show you 709B.  Do you see in 709B, some words in

17   yellow highlighter?

18   A.   Not yet.  Yes.

19   Q.   And, for example, is there one word that you are looking

20   at now that you translated from Swedish into English?

21   A.   Yes.

22   Q.   Were all of the translations of the original document in

23   Swedish?  Did you translate them into English and make sure

24   they were incorporated into 709B?

25   A.   That is correct.

 1   Q.    Okay.

 2               MR. PEARLMAN:  Your Honor, it is already

 3   provisionally admitted.

 4               THE COURT:  I am not sure this one was.

 5               MR. PEARLMAN:  If it is not, I would ask to.

 6               THE COURT:  I didn't have 709.

 7               THE COURTROOM DEPUTY:  709 was not admitted.

 8               MR. PEARLMAN:  We would move to provisionally admit

 9   709.

10               THE COURT:  709 is provisionally admitted.

11               MR. PEARLMAN:  If we could next take a look at --

12               As well as 709B, Your Honor, the translation.

13               THE COURT:  709B is provisionally admitted as well.

14               (Whereupon, Exhibit Nos. 709, 709B were admitted.)

15   BY MR. PEARLMAN:

16   Q.    If you could take a look at 863, sir.

17         Do you recognize 863?

18   A.    Yes, I do.

19   Q.    Is this a document that you worked on that was primarily

20   in Swedish?

21   A.    That's correct.

22   Q.    And let me show you 863B.

23         Do you recognize this document?

24   A.    Yes, I do.

25   Q.    Is 863B -- is that an English translation of 863?

1    A.   It is.

2    Q.   Is it an accurate translation that conveys the same

3    meaning?

4    A.   Yes.

5              MR. PEARLMAN:  I would move provisionally to admit

6    863 and 863B, Your Honor.

7              THE COURT:  That motion is granted.

8              (Whereupon, Exhibit No. 863, 863B were admitted.)

9    BY MR. PEARLMAN:

10   Q.   Next let me show you 833.  Do you recognize 833, sir?

11   A.   I do.

12   Q.   And what is that?

13   A.   That is an email chain in Swedish.

14   Q.   And were you asked to work on that and translate that?

15   A.   Yes, I was.

16   Q.   Have you take a look at 833B.

17        Do you recognize 833B?

18   A.   I do.

19   Q.   And is that an accurate translation that conveys the same

20   meaning?

21   A.   Yes, it is.

22             MR. PEARLMAN:  Move to provisionally admit 833 and

23   833B.

24             THE COURT:  That motion is granted.

25             (Whereupon, Exhibit No. 833, 833B were admitted.)

1   BY MR. PEARLMAN:

2   Q.   Now, sir, did you sometimes translate Swedish documents

3   that also contained English in the original?

4   A.   Yes.

5   Q.   And did you have a convention of using italics to denote

6   that the original had been in English?

7   A.   Yes, that is correct.

8   Q.   Show you Government Exhibit 862.  Do you recognize 862?

9   A.   Yes.

10   Q.   Is it a relatively short document?

11   A.   That's correct.

12   Q.   And is it in Swedish?

13   A.   Yes.

14   Q.   Is this one that you worked on?

15   A.   Yes.

16   Q.   Look at 862B, please, B as in boy.

17   A.   That is correct.

18   Q.   And is this the translation of that document?

19   A.   Yes.

20   Q.   Did you do that translation?

21   A.   Yes.

22   Q.   Is it an accurate translation that conveys the same

23   meaning?

24   A.   Yes.

25          MR. PEARLMAN:  Move to provisionally admit 862 and

1    862B, Your Honor.

2              THE COURT:  That motion is granted.

3              (Whereupon, Exhibit Nos. 862, 862B were admitted.)

4    BY MR. PEARLMAN:

5    Q.   Let me show you next Government Exhibit 431A.  Do you

6    recognize this document?

7    A.   Yes.

8    Q.   Is it a business document of a company called Nordea?

9    A.   Yes.

10   Q.   It is primarily in Swedish?

11   A.   Yes.

12   Q.   Did you translate this?

13   A.   I did.

14   Q.   Let me show you 431C, C as in cat.  Do you recognize 431C?

15   A.   Yes.

16   Q.   Is this an accurate translation that conveys the same

17   meaning as 431A?

18   A.   Yes.

19              MR. PEARLMAN:  Move to provisionally admit 431A and

20   431C.

21              THE COURT:  That motion is granted.

22              (Whereupon, Exhibit Nos. 431A, 431C were admitted.)

23   BY MR. PEARLMAN:

24   Q.   Next where we look at 432A, do you recognize this

25   document?

1    A.   Yes.

2    Q.   Is it primarily in Swedish?

3    A.   Yes.

4    Q.   Could you take a look at 432C.  Do you recognize this

5    document?

6    A.   Yes.

7    Q.   Did you translate 432A and is 432C a translation?

8    A.   Yes.

9    Q.   Is 432C an accurate translation that conveys the same

10   meaning?

11   A.   Yes, it is.

12        MR. PEARLMAN:  Move to provisionally admit 432 and

13   432C.

14        THE COURT:  That motion is granted.

15        (Whereupon, Exhibit Nos. 432, 432C were admitted.)

16   BY MR. PEARLMAN:

17   Q.   Next if we could take a look at 120A.

18        Do you recognize 120A?

19   A.   I do.

20        MR. PEARLMAN:  Already previously admitted, Your

21   Honor.

22   BY MR. PEARLMAN:

23   Q.   And could you compare that with 120C?

24   A.   Yes.

25   Q.   Are there some words in 120A that you translated from

1    Swedish to English?

2    A.   Yes, there were a few words.

3    Q.   Are those translations -- are they accurate?  Do they

4    convey the same meaning as the words in 120A?

5    A.   Yes.

6    Q.   If we could move on to 710 and 710A.  Do you recognize

7    710?

8    A.   I do.

9    Q.   Were there Swedish words, phrases, sentences in 710 that

10   you translated?

11   A.   Yes.

12   Q.   If you could take a look at 710A.  Sir, is 710A an

13   accurate translation of those words, phrases, sentences that

14   conveys the same meaning?

15   A.   Yes.

16   Q.   Let's do the same for 711.  Looking at 711, is that

17   another document that had Swedish words, phrases, sentences and

18   so forth?

19   A.   Yes.

20   Q.   Turn your attention to 711A.  Do you see if 711 is the

21   translation that you worked on?

22   A.   Yes.

23   Q.   Does that accurately convey the words, phrases, sentences

24   from Swedish into English?

25   A.   It does.

1    Q.    Let's move to 713.  Do you recognize 713?

2    A.    Yes.

3    Q.    Does that also contain some Swedish?

4    A.    It does.

5    Q.    If you could look at 713A.  Does 713A -- does it contain

6    the Swedish words from 713 accurately translated into English

7    to convey the same meaning?

8    A.    Yes.

9    Q.    So next 714.  Sir, 714 is that another document that you

10   worked on?

11   A.    Yes.

12   Q.    And if we can look at 714A.  And same questions as the

13   other -- sir, does this contain Swedish words, phrases and so

14   forth?

15   A.    Yes.

16   Q.    Did you have those phrases translated into the final

17   document which is 714A and does it accurately reflect --

18   A.    Yes.

19   Q.    -- the Swedish and it conveys the same meaning?

20   A.    That's correct.

21   Q.    Now, moving to 715.  Do you recognize this document?

22   A.    I do.

23   Q.    Was this another document you were asked to work on?

24   A.    Yes.

25   Q.    And could you look at 715A?  Do you recognize 715A?

```
1    A.    Yes.

2    Q.    And does it contain work that you did translating Swedish

3    into English?

4    A.    Yes.

5    Q.    And does it accurately translate it and convey the same

6    meaning?

7    A.    Yes.

8              MR. PEARLMAN:  The Court's indulgence.

9              No other questions, Your Honor.

10             THE COURT:  All right.  Mr. Ekeland, any questions?

11                         CROSS-EXAMINATION

12   BY MR. EKELAND:

13   Q.    Good morning.

14   A.    Good morning.

15   Q.    Were you given a case background on this case before you

16   did your translations?

17   A.    I was not.

18             MR. EKELAND:  You were not.  Okay.  No further

19   questions.

20             THE COURT:  All right.  Thank you.  The witness is

21   excused.

22             Thank you.

23             THE WITNESS:  Thank you.

24             MR. BROWN:  The Court's indulgence, Your Honor.

25             THE COURT:  Okay.  The witness is leaving.  I don't
```

1    know if there is something you needed the witness for or not.

2              MR. PEARLMAN:  I can get the witness back, Your

3    Honor.  I was trying to figure out if 709 and 709B were

4    conditionally admitted.

5              THE COURT:  709 and 709B according to my records were

6    provisionally admitted.

7              MR. PEARLMAN:  Okay.

8              THE COURT:  But Ms. Walkers' records are what

9    matters, so make sure she agrees.

10             MR. PEARLMAN:  Both the Swedish and the Russian, in

11   other words that Ms. Krulikowski --

12             THE COURT:  I see what you are saying.

13             You did not ask -- yes, you did ask Mr. Miroff about

14   709 and 709B.  You did not ask I think the prior witness about

15   709 and 709B.

16             MR. PEARLMAN:  Okay.  Can you pull up 709.

17             MR. EKELAND:  Just give me two seconds, Mr. Pearlman.

18             MR. PEARLMAN:  The Court's indulgence.

19             THE COURT:  That is fine.  Should we take our morning

20   break now anyway and --

21             MR. PEARLMAN:  Yes, Your Honor.

22             MR. EKELAND:  Yes, Your Honor.

23             THE COURT:  So let's do that.  Rather than have you

24   all sit here while we sort things out, I will remind you, don't

25   discuss the case amongst yourself and don't conduct any

 1     research.  Let's see.  It is 10 past 11:00.  Why don't we come

 2     back at 11:25.

 3                    MR. EKELAND:  11:25.

 4                    (Jury out at 11:09 a.m.)

 5                    THE COURT:  All right.  Anything before we take our

 6     break?

 7                    All right.  I will see you back --

 8                    MR. PEARLMAN:  Yeah, we'll see you back.

 9                    THE COURT:  All right.  Sounds good.

10                    (Recess taken at 11:10 a.m.)

11                    THE COURT:  So before the deputy clerk leaves, we do

12     have the one juror who has a --

13                    MR. EKELAND:  Your Honor, Mr. Sterlingov is not here.

14                    THE COURT:  Okay.

15                    MR. EKELAND:  I can go back and tell them.

16                    THE COURTROOM DEPUTY:  They are doing it now.

17                    THE COURT:  All right.  We have the one juror who has

18     a funeral that he needs to attend on Friday, tomorrow.  And he

19     has to leave early in the morning, so assuming we keep the

20     juror, we can't sit tomorrow.  And I want to confirm that

21     everyone thinks we should just take tomorrow off in light of

22     that.

23                    MR. BROWN:  That is fine with the government, Your

24     Honor.

25                    MR. EKELAND:  That is fine with the defense.

```
 1            THE COURT:  All right.  So I will let the jury know.
 2       Anything before we get the jury?
 3            MR. PEARLMAN:  Your Honor, two quick things on the
 4  translator.  709 and 709B, we agree and the defense agrees that
 5  it can come in without having to recall the Russian translator,
 6  that is that the Russian portion has been certified.
 7            THE COURT:  Okay.  So just for the record then, 709
 8  and 709B are provisionally --
 9            MR. PEARLMAN:  Fully provisionally.
10            THE COURT:  -- are fully provisionally admitted.
11            (Whereupon, Exhibit Nos. 709, 709B were admitted.)
12            MR. PEARLMAN:  The second thing is the translators
13  requested to sit on other portions of the trial.  I don't think
14  there is an issue with that.  There is a chance we may seek to
15  recall one of them, depending on whether Russian or Swedish
16  speakers are called to testify.  I just want to let the Court
17  know that.  It sounds like Mr. Ekeland is okay with that.
18            MR. EKELAND:  Solely for the purpose of
19  challenging -- our challenge to a translation that has been
20  admitted, not for admitting new translations.
21            THE COURT:  All right.  Is that acceptable?
22            MR. PEARLMAN:  Yes, Your Honor.
23            THE COURT:  All right.  Let's proceed.
24            (Jury in at 11:38 a.m.)
25            THE COURT:  All right.  The government can call its
```

1   next witness.

2            MR. BROWN:  The government calls Leo Rovensky.

3                    LEO ROVENSKY, sworn

4            THE WITNESS:  I do.

5            THE COURTROOM DEPUTY:  Thank you.  Please be seated.

6            THE WITNESS:  Thank you.

7                    DIRECT EXAMINATION

8   BY MR. BROWN:

9   Q.   Good morning, Agent Rovensky.  Could you please introduce

10  yourself to the jury, spelling your first and last name?

11  A.   Yes.  Leo Rovensky; L-E-O, R-O-V-E-N-S-K-Y.

12  Q.   And what is your current position?

13  A.   I am a special agent with IRS criminal investigation in

14  the eastern cybercrime unit.

15  Q.   And are you familiar with the Bitcoin Fog investigation?

16  A.   I am.

17  Q.   What was your role in the investigation?

18  A.   At one point, I became one of the case agents on the

19  investigation.

20  Q.   Did you take over from anybody?

21  A.   I did.

22  Q.   And who is that?

23  A.   Former special agent Matthew Price.

24  Q.   And what were the circumstances of you taking over from

25  him?

1  A.   So he had just left the service a little while back and I

2  had just transferred to the cybercrime unit.  And I was

3  assigned to the -- to be one of the case agents on Bitcoin Fog.

4  Q.   Is it common for one agent to take over from another agent

5  in an investigation?

6  A.   It is not uncommon.  These types of investigations, they

7  are complex.  They can take a long time to complete, especially

8  at their different stages.  So over time agents can get

9  promoted, transferred to different districts, take on different

10  assignments, sometimes leave the service altogether, which is

11  what happened here.  So it is not uncommon to take over a case

12  when it is pretty far along.

13  Q.   Why were you chosen to take over the investigation?

14  A.   I think for several reasons.  One is I just transferred to

15  the group.  The other I already had experience working Bitcoin

16  investigations, cryptocurrency investigations, in general.  I

17  also do speak and read Russian and there is some evidence in

18  this case that is in Russian.

19  Q.   And how do you speak and read Russian?  How do you come to

20  that knowledge?

21  A.   I was born in Latvia and immigrated to the US when I was a

22  kid, so that was actually the first language I spoke.

23  Q.   Do you have any particular training and experience in

24  cryptocurrency investigations?

25  A.   I do.  As far as training, I have completed training from

1   my own agency, from the Department of Homeland Security.  I

2   have also completed training and received certifications from

3   blockchain analytics companies such as Chainalysis, TRM,

4   CipherTrace.  And as far as experience, I have been working

5   cryptocurrency investigations for quite some time,

6   approximately eight years or so.  I have worked various types

7   of cases, crypto Ponzi schemes, unlicensed money remitters, not

8   compliant exchanges, mixing services.

9   Q.   And when you take over a case, in general, how do you

10  familiarize yourself with the work that has already been done?

11  A.   I try to look and review as much of the evidence as I can.

12  I look at charging documents; agent reports; reports of

13  undercover operations; records obtained through a legal

14  service, such as financial records; communications like emails,

15  or messaging; blockchain records; open source records that are

16  available to anyone.

17  Q.   And is that what you did here in the case of Bitcoin Fog?

18  A.   Yes.

19  Q.   Now, did you review records from Bitcoin Fog's launch?

20  A.   I did.

21  Q.   And how was the launch of Bitcoin Fog first announced?

22  A.   Bitcoin Fog was announced on the Bitcoin Talk forum.

23  Q.   What was the Bitcoin Talk forum?

24  A.   Bitcoin Talk is a social media forum, kind of like Reddit

25  where people could go and talk about Bitcoin.  Especially back

DIRECT EXAMINATION OF MR. ROVENSKY

1    in that time, it was the place to go to discuss all things

2    Bitcoin.  So you could -- you have an account.  You read posts,

3    you make posts, you could start your own posts.

4    Q.    Did you personally review records from Bitcoin Talk?

5    A.    Yes, I did.

6    Q.    What sorts of records from Bitcoin Talk did you review?

7    A.    I reviewed records by going on the actual Bitcoin Talk

8    forum and also reviewed the records obtained through legal

9    process from Bitcoin Talk.

10   Q.    Were some of those records obtained in response to a

11   search warrant to Bitcoin Talk?

12   A.    Yes, they were.

13   Q.    And, generally speaking, what sort of records did Bitcoin

14   Talk provide in response to the search warrant?

15   A.    Bitcoin Talk provided records of user registration,

16   subscriber information, IP logs, records of public posts users

17   made, and records of private messages that users made to each

18   other on the forum.

19   Q.    So, Agent Rovensky, there should be I think more than one

20   binder in the witness box in front of you.  If you could open

21   up I think the first binder and look at Exhibits 12 through

22   Exhibit 17.

23   A.    Okay.

24   Q.    Do you recognize Exhibits 12 through 17?

25   A.    I do.

1    Q.    What do you recognize them to be?

2    A.    These are records obtained pursuant to legal process from

3    Bitcoin Talk from the search warrant and I believe also the

4    subpoena.

5    Q.    And have you reviewed electronic copies of all of these

6    records in Exhibits 12 through 17?

7    A.    Yes, I have.

8    Q.    Do these records fairly and accurately represent the

9    records provided by Bitcoin Talk in response to legal process?

10   A.    They do.

11            MR. BROWN:  The government moves to admit Exhibits 12

12   through 17.

13            THE COURT:  Any objection?

14            MR. EKELAND:  Yes, Your Honor.  I do have a question

15   on number 12.  Can we just go on the phone real quick?

16            THE COURT:  Yep.

17            (Conference held at the bench.)

18            MR. EKELAND:  So on number 12, I see that they have

19   got -- I can't tell if this is the way it actually came from

20   Bitcoin Fog, if it -- I mean, from Bitcoin Talk.  Because it

21   starts -- it has Akemashite Omedetou and then it goes to

22   Killdozer.  I am just wondering if the government modified

23   these records in any way or if this is how it was originally

24   gotten in response to the search warrant?

25            MR. BROWN:  Your Honor, this is -- I mean, to answer

1    the question, this is how they were produced in response to the

2    search warrant.  But we would also be happy to lay a

3    foundational -- ask a foundational question just to establish

4    that fact.

5              THE COURT:  All right.  Does that address the

6    concern?

7              MR. EKELAND:  It addresses my concern.  And so then

8    on -- I am going to put an objection on the record, A, hearsay;

9    relevance and --

10             THE COURT:  No.  No.  No.  You have got to show me

11   which is the particular hearsay statement that you object to

12   and which statements or portions you are think are irrelevant.

13   You can't just sort of take an entire stack of exhibits and say

14   you have an objection to hearsay.

15             MR. EKELAND:  Well, there are a number of statements

16   from Akemashite Omedetou contained in these records --

17             THE COURT:  Given the fact that the government -- I

18   think it is the government's position -- and I think they have

19   made at least a preliminary showing that is Mr. Sterlingov,

20   that would come in as statements of a party opponent.

21             MR. EKELAND:  Your Honor, I --

22             THE COURT:  And if it is not Mr. Sterlingov, then

23   they are not harmful.

24             MR. EKELAND:  Could I ask the Court where the Court

25   thinks that that government has made a -- established

1    preliminarily that it is Mr. Sterlingov?  Because I haven't

2    seen anything come into evidence that suggests that.  And I

3    don't think that that has any foundation.  I think their

4    primary witness to establish that hasn't testified.  So I

5    don't --

6              THE COURT:  I can tell you sort of my perception of

7    it.  Maybe the government can answer the question more so.  But

8    my perception of the preliminary showing is they have shown the

9    records indicating it was Mr. Sterlingov that originally

10   purchased the domain name and it has tied him to Bitcoin Fog in

11   that way.  And there is evidence that Akemashite Omedetou is

12   the administrator or the person who was running Bitcoin Fog.  I

13   think that is -- at least that was what I was basing my

14   statement on.  There may be more.

15             MR. EKELAND:  That has not come into evidence at

16   trial.  Is the Court referring to what it saw at the Daubert

17   hearing?  Because in terms of what has been put on at this

18   trial, they haven't put on any evidence in relation to what

19   they have been suggesting is the payment for the DNS

20   registration.  And --

21             THE COURT:  I'm sorry.  Didn't that come in with

22   Mr. Price?  Maybe I am wrong.

23             MR. BROWN:  Your Honor, Mr. Price did not get into

24   the domain registration.

25             THE COURT:  I see.

1          MR. BROWN:  But so with respect to those records,

2     some of them are statements, some of them are not statements,

3     some of them are just business records.  It may be easier to

4     deal with individual -- whether it is a hearsay or other

5     objection, as the evidence is actually brought in and published

6     to the jury or as we asked for the evidence to be published to

7     the jury.  And, you know, we would also move to admit -- I

8     think the statements by Akemashite Omedetou still come as a

9     party opponent under -- well --

10         THE COURT:  Conspiracy theory.

11         MR. BROWN:  Yes, Your Honor, as a conspiracy theory

12    or conditional relevance determination that, you know, we would

13    ask to -- I mean, this witness will lay the foundation for the

14    questions that Mr. Ekeland is asking.  At this point, we just

15    want to get that foundation in front of the jury here.

16         THE COURT:  So are you going to get into any of the

17    details that are in these documents or are you just at this

18    point establishing that they were produced pursuant to

19    subpoena?

20         MR. BROWN:  Your Honor, for these documents we will

21    be getting into the details and we will be reading into the

22    record certain statements, similar to the way that we read in,

23    and Mr. Ekeland had Mr. Price read in statements by Akemashite

24    Omedetou on the Bitcoin Talk forum.  I think both sides have

25    admitted those statements for the truth of the matter asserted.

1    So I think we are on the same page that Akemashite Omedetou's

2    statements are statements of a party opponent to the extent

3    that we get into Killdozer's statements, we are prepared to lay

4    that foundation before we actually introduce statements by

5    Killdozer who is also statements of the defendant.

6            MR. EKELAND:  Your Honor, we absolutely object to

7    that.  There is no evidentiary foundation that been laid.  They

8    are calling their witnesses out of order.

9            THE COURT:  So for purposes of whether they have laid

10   an adequate foundation with respect to a co-conspirator

11   statement, that doesn't have to be laid in front of the jury.

12   That is a determination for the Court to find they have made

13   that showing sufficient to trigger the co-conspirator exception

14   to the hearsay rule.  And I can rely on everything that I have

15   heard at the Daubert hearings for purposes of making that

16   determination.

17           MR. EKELAND:  Then we ask that the Court make a

18   record and state clearly what it is relying on when it makes

19   that determination.

20           THE COURT:  Mr. Brown, do you want to make a proffer

21   in that regard?  Do you want to --

22           We can come back and do this over the break.  I do

23   have to say, I think this is really proceeding in a way that is

24   extremely inefficient, where, Mr. Ekeland, you have been aware

25   of these issues for months and months.  And to sort of kind of

 1    wait and raise them on the telephone and say, we have a hearsay

 2    objection to the entire document.  This is just a really

 3    inefficient way to proceed -- it is a really inefficient way to

 4    proceed.  And these are things that could have been sort of

 5    aired in advance without wasting the jury's time in doing it.

 6    And but, you know, we can -- I know over the lunch break, if

 7    you want, the government can put together that proffer and then

 8    I can make the findings you want me to make.

 9              MR. EKELAND:  Your Honor, we had no idea they were

10    going to call their witnesses in this order.  It was our

11    assumption they would lay a foundation before they called

12    witnesses to testify to these types of things.  And that would

13    be Mr. Scholl and Ms. Mazars de Mazarin.  And they chose their

14    witness order.  And we certainly have a right to object to lack

15    of foundation based on the way the government is presenting its

16    case.

17              THE COURT:  If it is just a matter of order, I can

18    provisionally admit it, and then if foundation is going to be

19    laid later, that is fine too.

20              MR. EKELAND:  The Court is free to do that and our

21    objections are noted for the record.

22              THE COURT:  No.  No.  No.

23              Mr. Ekeland, you are fond of doing that.  But I need

24    things teed up for me in a way in which I can decide the

25    issues.  It is not enough -- if you actually have a particular

1    objection, you can tell me what it is.  You can't just simply

2    say, Judge, you are free to do whatever you want, but we

3    object.  You need to explain why is that improper, if it is

4    improper for me to provisionally admit it.  And if you, for

5    example, think that the government is not going to be able to

6    lay this foundation, you can explain that.  But you need to

7    explain to me your objection.

8           MR. EKELAND:  Okay.  So the business records that

9    they are seeking to admit, the business record parts, just that

10   are just straight up business records -- are records from the

11   business, we don't object to.  But what is in here are hearsay

12   statements from Akemashite Omedetou that the government has

13   laid no foundation are Mr. Sterlingov.  They haven't presented

14   any of that evidence.  And what I am looking at here is a large

15   stack of exhibits that the government wants to admit in bulk

16   that contain hearsay statements that we argue that there is no

17   foundation for them coming in because the government hasn't

18   laid them by the way they have chosen to call their witnesses.

19          MR. BROWN:  Your Honor, the foundation has been laid

20   with Mr. Price's testimony.  His testimony was very fulsome and

21   complete in establishing that Akemashite Omedetou is Bitcoin

22   Fog.  And, I mean he is a party opponent.  The hearsay

23   exception can be based on evidence that is not yet in front of

24   the jury.  At the very least, these are all -- can be

25   conditionally admitted subject to further foundation,

1    because -- I mean, otherwise, we are going to be here for

2    months and months.  I mean, we can walk through these exhibits

3    word by word.  But we are trying to proceed in an efficient way

4    mindful of the jury's time.

5              THE COURT:  So let me ask you this:  It is my

6    understanding that there will be evidence that comes in that

7    shows -- and I have seen this evidence presented in the Daubert

8    hearing and elsewhere, but I have seen the evidence that shows

9    that Mr. Sterlingov purchased the domain name for Bitcoin Fog.

10   And is that evidence going to come in?

11             MR. BROWN:  Yes, Your Honor.

12             THE COURT:  All right.  And to my mind, I think that

13   whether Mr. Sterlingov is Akemashite Omedetou or whether he is

14   a co-conspirator, the statements from Akemashite Omedetou come

15   in under a hearsay exception either as the statement of a party

16   opponent, or as a co-conspirator statement.  And I think that I

17   can make the preliminary finding that I need to make for

18   purposes of the co-conspirator exception at a minimum.  If

19   there is anything that you would like to add to the record in

20   that regard, Mr. Brown, I would welcome it.

21             MR. BROWN:  Your Honor, I think that that is

22   sufficient.  And I -- certainly, in the Daubert hearings there

23   was a fulsome foundation laid for the series of transactions

24   leading from Mr. Sterlingov's true name account to the DNS

25   domain name registration.  And, again, the statement itself can

1    be part of what justifies the hearsay exception.  And those

2    statements will come into the record.  We will have the witness

3    introduce them.

4              THE COURT:  All right.  So I am going to go ahead and

5    overrule that objection.  Okay.

6              (End of bench conference.)

7              THE COURT:  So we were back with the question just

8    moving the admission of -- why don't you go back where we were.

9              MR. BROWN:  The government moves to admit Government

10   Exhibits 12 through 17.

11             THE COURT:  All right.  And that motion is granted.

12   Those exhibits are admitted and may be published to the jury.

13             (Whereupon, Government Exhibit Nos. 12 - 17 were

14   admitted.)

15   BY MR. BROWN:

16   Q.   All right.  Agent Rovensky, I'd like to show you

17   Government Exhibit 12.  Do you see that on the screen?

18   A.   I do.

19   Q.   And what is this document?

20   A.   This is the user data provided by Bitcoin Talk pursuant to

21   a search warrant.

22   Q.   And if you scroll down this document, are there more than

23   one accounts or user accounts listed here?

24   A.   Yes, there are three accounts.

25   Q.   What are those three accounts?

1    A.    First account is Akemashite Omedetou, where Akemashite

2    Omedetou is spelled starting AKE.   The second account is

3    Killdozer.   And the third account is Akimashite Omedetou, where

4    Akimashite is spelled A-K-I.

5    Q.    And that last account, Akemashite Omedetou is spelled with

6    an I., does that appear to be an impostor or an active account?

7    A.    This account did not have activity on Bitcoin Talk.   It

8    may be an impostor, because I know that is something that

9    Bitcoin Fog or the administrator of Bitcoin Fog did write about

10   there being imposters, but it did not have really any activity

11   on Bitcoin Talk?

12   Q.    And are you familiar with the first account listed, the

13   Akemashite Omedetou spelled with an E?

14   A.    I am.

15   Q.    And what is that account?

16   A.    That is the account for the administrator of Bitcoin Fog.

17   Q.    Now, I'd like turn to Exhibit 13.   If we could quickly

18   scroll through and go back to the top.   What does this exhibit

19   show?

20   A.    I will wait until it comes back to the top.   Those are the

21   posts on the forum made by the user that we did the search

22   warrant for.

23   Q.    I'd like to direct your attention to message 596034.

24   Before I ask you about that message, Agent Rovensky, are these

25   documents -- do they appear here in the state that they were

1   produced by Bitcoin Talk in response to the search warrant?

2   A.   Yes, they do.

3   Q.   So this was the format in which they were produced?

4   A.   Yes.

5   Q.   And have you reviewed the Bitcoin Talk thread online?

6   A.   I have.

7   Q.   And does it look the same or different from these records?

8   A.   The -- visually, it looks different, because it is how it

9   looks on the internet, but the content is largely the same.

10   Q.   Now directing your attention to 596034.  Do you recognize

11   this message?

12   A.   I do.

13   Q.   And what does the time show for this message?

14   A.   The time is October 27th, 2011 at 17:05:07.

15   Q.   And who is the author of this message or I should say

16   post?

17   A.   The author of this post is Akemashite Omedetou.

18   Q.   What is the subject line?  Could you just read that to the

19   jury?

20   A.   Sure.  "Announce, Bitcoin Fog, secure Bitcoin

21   anonymization."

22   Q.   And have you reviewed the content of this post?

23   A.   Yes, I have.

24   Q.   And what is, generally speaking, stated in this post?

25   A.   This is the announcement of the launch of the Bitcoin Fog

1    mixing service on Bitcoin Talk.

2    Q.   Now, I'd like to direct you to Government Exhibit number

3    1, which has previously been admitted and published.  Do you

4    recognize this document?

5    A.   Yes, I do.

6    Q.   And looking at that top post there, do you recognize that

7    post?

8    A.   Yes.  This is the same post, the announcement of Bitcoin

9    Fog on Bitcoin Talk.

10   Q.   Now going up to the top of this document, do you recognize

11   what sort of document this is?

12   A.   Yes.  This is a capture from an archive.org webpage, a

13   website called The Way Back Machine.

14   Q.   Can you tell from looking at this document, when the

15   snapshot was taken for archive.org?

16   A.   Yes.  So this is April 10th of 2014.  This is what -- this

17   announcement on Bitcoin Talk looked like on April 10th of 2014.

18   Q.   Have you read through or reviewed this entire document

19   shown in Government Exhibit number 1?

20   A.   Yes, I have.

21   Q.   And just at a summary level, what is the nature of this

22   thread here?

23   A.   This is the announcement of the launch of Bitcoin Fog.

24   Q.   And are there other statements by other individuals other

25   than Akemashite Omedetou in this --

1          MR. EKELAND:  Objection, Your Honor.

2          THE COURT:  What is the objection?

3          MR. EKELAND:  Well, leading, it is cumulative, the

4   document speaks for itself.  It is in evidence.  It is calling

5   for a narrative.

6          THE COURT:  All right.  I will sustain it on leading

7   grounds.

8          MR. BROWN:  Okay.

9   BY MR. BROWN:

10  Q.   Agent Rovensky, based on your review of this thread, how

11  was it used by Akemashite Omedetou?

12  A.   So it was used to periodically provide updates on the

13  service, also reply to posts made by other users about the

14  Bitcoin Fog service.

15  Q.   Now, directing your attention to that post number 1 here

16  on Exhibit 1, does that list a Tor or darknet address for the

17  Bitcoin Fog service?

18         MR. EKELAND:  Objection, Your Honor.  These are

19  leading questions.

20         MR. BROWN:  Your Honor, it is a yes-or-no question,

21  but it doesn't suggest the answer to the question.  It is not a

22  leading question.  Is there, is not a leading formulation.

23         THE COURT:  I will go ahead and allow it.  Overruled.

24  BY MR. BROWN:

25  Q.   Agent Rovensky, is there a Tor or darknet website listed

1   for the Bitcoin Fog service?

2   A.   Yes, there is.

3   Q.   And could you point that out to the jury?

4   A.   It is right.  There it is HTTP://FOGCORE5N3OV3TUI.onion.

5            THE REPORTER:  Sir, you've got to slow down when

6   reading those.

7            THE WITNESS:  Sorry.  HTTP://FOGCORE5N3OV3TUI.onion.

8   BY MR. BROWN:

9   Q.   And then directing your attention, I would like to compare

10  this to Exhibit 13.  Going back up to the top of that message

11  that we were looking at earlier, message 596034, if we could

12  scroll down a little bit.  Do you see a darknet or onion

13  address here or --

14  A.   Yes.

15  Q.   And could you point that out for the jury?

16  A.   It is right here.  It is a different address.  It is

17  FOGGEDDRIZTRCAR2.onion.

18  Q.   Now, can you tell from looking at this post -- well, let

19  me ask you this:  When Bitcoin Talk produced records in

20  response to the search warrant, did they provide the records --

21  what time frame did they provide the records for?

22  A.   They provided the records as they appeared on their

23  website when they executed the search.

24  Q.   And so looking at this post here on Exhibit 13, can you

25  tell when it was last modified or updated?

1  A.    Yes.  It was last updated on November 15th, 2014.

2  Q.    And could you point that out for the jury?

3  A.    Right there.

4  Q.    And so comparing those two posts and with the information

5  that you have just pointed out, can you tell if there has been

6  a change in the onion address for Bitcoin Fog?

7  A.    Yes.  At one point in time the .onion address did change.

8  Q.    Now, going back to Exhibit number 1, I would like to draw

9  your attention to a few posts by Akemashite Omedetou.

10  Directing your attention to post number 35 and what is the date

11  of post number 35?

12  A.    The date of this post is November 11th, 2011.

13  Q.    And who made this post?

14  A.    This post was made by Akemashite Omedetou.

15  Q.    Now, looking at the format of this post, are there boxes

16  followed by text?

17  A.    Yes, there are.

18  Q.    What do you understand those boxes to be?

19  A.    The boxes quote a previous post or a comment made by a

20  Bitcoin Talk user.  And the text under the box is the reply, in

21  this case by Akemashite Omedetou to that post.

22  Q.    And if I could direct your attention to third box down and

23  then the text following that.  Could you read that first block

24  of text starting with the word "so" and the next line

25  underneath it?

1    A.    "So should we make it easier for an attacker analyzer to

2    do statistical analysis on our payouts even before they are

3    made and helping them to start finding our Bitcoin client?

4    Wink emoji.  That could only be done by an authority, of

5    course, because that would mean having control over a lot of

6    nodes, but still -- no.  We won't make their life easier.  This

7    most probably will not be implemented."

8    Q.    And then directing your attention to post number 63.

9          And what is the date of post 63?

10   A.    February 8th, 2012.

11   Q.    And who made this post?

12   A.    Akemashite Omedetou.

13   Q.    And is there another one of those box quotes here?

14   A.    Yes, there is.

15   Q.    Could you read the box quote and then Akemashite

16   Omedetou's response beneath it for the entire post?

17   A.    Sure.  The quote, "I say, I didn't do that, but they

18   decide they have the proof and prosecute anyway."

19         The response, "How exactly could they prove they are your

20   coins?  It is not even trivial for them to prove they were your

21   coins if they were transferred from your address directly since

22   a virus could have stolen your wallet.dat and made that

23   transaction.  If you live in a country where proof is just a

24   word and authorities do as they please, then perhaps, no, our

25   service will not help you.  But then again, nothing will

1    really.  Also at this point, our service mainly deals with

2    making it difficult to find you, not convict you, since to my

3    knowledge, there hasn't been any real Bitcoin related

4    conviction yet anywhere in the world to see as an example."

5    Q.    Now I'd like to direct your attention to post number 50.

6          And are there more boxes and answers in this post?

7    A.    Yes.

8    Q.    If we could scroll down to the second-to-the-last set of

9    boxes and responses.

10         Could you please read the quoted -- the quote inside the

11   box and then read Akemashite Omedetou's response?

12   A.    The quote, "As for withdrawing a partial balance, sure, I

13   suppose.  Assuming they forgot about my Bitcoin and assume that

14   leaving Bitcoins sitting on an anonymous service is a good

15   idea, you have heard of My Bitcoin right?  And what good is an

16   anonymizing service that only works if you use it a certain

17   unusual way?  If all of the security rests on the user

18   remembering to take out a smaller amount than he put in, Mt.

19   Gox is already good for that today."

20   Q.    How does Akemashite Omedetou respond?

21   A.    He responds, "Oh, but there is a big difference here.

22   Mt. Gox is an official company with official owners, addresses,

23   taxes...  They never were nor ever said they would be

24   anonymous.  If any problem with the law ever comes up, all of

25   their logs will be in the hands of well, you know.  Japan is

1    probably as far from the off-shore mentality as it gets.  But

2    apart from that, if you would deposit your money into Mt. Gox,

3    and then manually pay it out to your other addresses, manually

4    randomizing all of the transactions, then sure it would be like

5    our service.  We do this automatically and anonymously without

6    any persisting logs."

7    Q.   Then I'd like to direct your attention to post number 68.

8         And who is the author of this post?

9    A.   The author of this post is Akemashite Omedetou.  And it

10   was made on February 9th, 2012.

11   Q.   And is there another box quote and then a response in this

12   post?

13   A.   Yes, there is.

14   Q.   Could you read the box quote and then Akemashite

15   Omedetou's response?

16   A.   Sure.  The quote, "Don't the exchanges run similar to this

17   service?  If I withdraw Bitcoins from an exchange, whether from

18   a purchase or transferred from another wallet, they come from a

19   mixed pool of coins and not a specific address attached to my

20   account or do I have that wrong?  The response, we have

21   discussed this a little bit earlier.  As I see it, you do get

22   some anonymity by mixing it like that.  And that is the only

23   other choice apart from mixing services, I guess.  But those

24   companies do not try to make your payments anonymous

25   deliberately.  Do not mix a lot just to hide all of the traces.

1    Most of them are also run as legitimate, visible businesses

2    which will be forced to reveal information about your funds,

3    should such a request be made by authorities.  I would assume

4    they are also keeping very long logs since they don't have any

5    reason not to.  Us on the other hand that authorities have to

6    find first, which as Silk Road have demonstrated can prove

7    problematic."

8    Q.   Now, I would like to direct your attention to post 91.

9         Who is the author of post 91?

10   A.   Akemashite Omedetou.  And this post was made on

11   April 20th, 2013.

12   Q.   Could you please read the third paragraph starting also?

13   A.   "Also, please be aware of copycats of which there are now

14   a number of HTTP://IDG2WIOIMYJAEKIH.onion,

15   HTTP://ECF5DPPFFHIM3FAW.onion, HTTP://KFDRUA2BJBZ7H243.onion,

16   et cetera.  That's only the ones we could find.  We are not

17   affiliated with them in any way.  Use them on your own risk.

18   The only real link is HTTP://FOGCORE5N30V3TUI.onion."

19   Q.   Agent Rovensky, are you familiar with hidden services

20   websites on the darknet?

21   A.   I am.

22   Q.   Have you, yourself, visited some hidden services websites?

23   A.   Yes, I have.

24   Q.   And can hidden services websites be copied or

25   impersonated?

1    A.    The websites can be copied and impersonated, but not

2    the .onion URLs.

3    Q.    Now, directing your attention to post number 71.

4          Who is the author of this post?

5    A.    Akemashite Omedetou.  And this is dated February 26th,

6    2012.

7    Q.    Could you read the second full paragraph of this post?

8    A.    "Now, for the important news, be advised someone has put a

9    fake link on the Tor hidden Wiki and called it Bitcoin Fog,

10   when in reality it leads to a completely different website

11   which reportedly even scams people.  Please always use the

12   original link published here in the first post of this topic,

13   HTTP://FOGCORE5N30V3TUI.onion."

14   Q.    And then I'd like to direct your attention to the search

15   warrant returns at Exhibit 13.  And, Agent Rovensky, is there

16   any reason why the search warrant returns might be different

17   from the archive.org version of the thread here?

18   A.    Yes.  The archive.org version captured the post at a

19   specific date at a certain time that we pointed out earlier.

20   The search by the search records provided by Bitcoin Talk were

21   done at a much later date.  And the posts were different at a

22   later date than they were on the archive.org date.

23   Q.    And directing your attention to message 962302.  And the

24   first thing I want to ask is look at the subject line of this

25   post.  Could you read out the subject line?

1    A.    "Subject regarding announce, Tor wallet-anonymous mixing

2    wallet service."

3    Q.    Is that a different subject from the other posts that we

4    have been looking at?

5    A.    Yes.  This is a different topic from the announcement of

6    Bitcoin Fog topic.

7    Q.    Was this still included in the search warrant returns?

8    A.    It was.

9    Q.    Why was that?

10   A.    Because the search included all posts made by Akemashite

11   Omedetou.

12   Q.    Now, could you point out the date and time for this post,

13   message 962302?

14   A.    Yes.  2012 -- June 14th of 2012 at 13:38:23.

15   Q.    And looking at the body of the message, it appears to

16   start with something in brackets and then some text.  Could you

17   explain, what does that mean?

18   A.    Yes.  This is the version of a box that we were looking at

19   the archive.org captured.  So the beginning and end of the

20   quote is -- the quote is between the parentheses that say

21   quote.  And then beneath is the response to the quote.

22   Q.    So to start out with, could you read the quoted passage?

23   A.    Yes.  The quoted passage, "So why pay for laundering?

24   Laundry service probably provides you coins that someone else

25   wanted to launder previously.  So I see no difference to

1    actually depositing your coins to some random web service and

2    then withdrawing them after a while.  Usually it is a fraction

3    of the cost."

4    Q.    And then how does Akemashite Omedetou respond here?

5    A.    He responds, "Well, because you don't actually know that

6    the service is going to launder your coins.  And because all

7    normal services can and do keep logs of user names, IP

8    addresses, link to deposits.  Should the time come, the police

9    won't try to guess what happened from the blockchain.  They

10   will simply come to the service and ask for the information

11   from the logs, which any legitimate service will provide

12   because they don't want any problems with the law.  They are

13   also much easier to find and contact for the authorities than

14   an anonymous, good luck to find Tor hidden services."

15   Q.    Directing your attention to 5604916.

16         What is the date of this post?

17   A.    March 9th, 2014 at 14:44:36.

18   Q.    Is this another post by Akemashite Omedetou?

19   A.    Yes, it is.

20   Q.    Could you please read the second block of text starting

21   "as for" in the body of that message?

22   A.    Sure.  So the quote is, "Are there any objective

23   advantages to blockchain shared coin feature?"

24         And the response is, "We would personally never use them

25   as the only step in the washing.  Blockchain is public company

1   and is required by law to comply with anti-money laundering

2   laws, as well as revealing user information and logs should the

3   law require that."

4   Q.   Directing your attention to message 4168326.

5        And just look at the subject line.  To begin with, what

6   subject line is this?

7   A.   "Announce Bitcoin Fog secure Bitcoin anonymization."

8   Q.   So is that the same main thread that we were looking at in

9   Exhibit 1?

10  A.   Yes.  This is a continuation of the announcement of

11  Bitcoin Fog topic.

12  Q.   Can you please read the -- actually, could you please read

13  the whole body of this message?

14  A.   Sure.

15       "We acknowledge the problem and shall resolve this matter

16  with any users involved.  Please contact us on the fog.  If

17  there were any unauthorized withdrawals, we shall reverse them.

18  It seems we have now localized the problem.  We would like to

19  thank the good hackers at Agora for their help once again."

20  Q.   Do you have knowledge of what Agora was?

21  A.   Agora was a darknet market on Tor.

22  Q.   Directing your attention to Exhibit 5167738.

23       And what is the date of this post?

24  A.   February 15th, 2014.

25  Q.   And could I ask you to in the body of the message please

1    read that first full paragraph?

2    A.   "As you might have noticed, we have had a lot of

3    withdrawal issues lately.  From the very start, our system has

4    several security mechanisms, which monitor the current

5    situation and try to lock access to both money and information

6    in case any threat is detected.  Some of you have experienced

7    problems with this in the past as well.  The system was

8    reacting on more things than it should have been."

9    Q.   Directing your attention to post 6089297.

10        And what is the date of this post?

11   A.   April 5th, 2014.

12   Q.   Could you please read the whole body of that post?

13   A.   Yes.

14        "We have received information about suspicious activity by

15   our hosting provider.  In order to prevent any information from

16   being seized, we had to shut down all servers activating

17   encryption and are now in the process of moving to the backup

18   server.  Currently all services are inaccessible.  Sorry for

19   the inconvenience.  We estimate the works being completed

20   within 48 hours."

21   Q.   And then directing your attention to message 7441952.

22        What is the date of this post?

23   A.   This post is dated June 21st, 2014.

24   Q.   If we could scroll down a little bit further.  Do you see

25   a chunk of text starting, "Unfortunately we don't have"?

DIRECT EXAMINATION OF MR. ROVENSKY

1   A.   Yes.

2   Q.   Could you read that first paragraph starting with

3   "unfortunately" and then to the end of that paragraph, the next

4   paragraph is not indented, but to end of that first paragraph?

5   A.   "Unfortunately we don't have a proper way to restore a

6   password since we cannot trust the identity of the users who

7   claim owning accounts to which they don't have passwords.  This

8   is not only a matter of money security.  This is a matter of

9   personal security.  If we were to reveal any account

10   information to any authorized party, people might go to jail."

11   Q.   Then could you read the next little paragraph there?

12   A.   Sure.

13        "Bitcoin Fog is highest possible anonymity outpost in the

14   Bitcoin world.  It not for people that just joke around with

15   their money.  It is for people who have real problems with the

16   law.  And we provide them with the best possible service and

17   the highest possible anonymity."

18   Q.   Now going back to the account records that Bitcoin Talk

19   provided.  Did Bitcoin Talk provide user data for Akemashite

20   Omedetou?

21   A.   Yes.

22   Q.   Directing your attention to Exhibit 12.

23        And what is shown here on Exhibit 12?

24   A.   This is the user data for the accounts that were searched.

25   It is kind of like account sign-up information.

1   Q.   And what is the first account listed here?

2   A.   First account is Akemashite Omedetou.

3   Q.   And maybe if we could zoom in just a little bit further so

4   the jury can see.  Is there a username associated with this

5   account?  Could you point that out with your finger?

6   A.   The username is Akemashite Omedetou.

7   Q.   And what is the display name?

8   A.   The display name is also Akemashite Omedetou.

9   Q.   Is there an email address associated with that?

10  A.   There is.  Shormint@hotmail.com.

11  Q.   Is there a birth date for Akemashite Omedetou?

12  A.   There is.  January 1 of the year 1 AD.

13  Q.   Is there a website listed for Akemashite Omedetou?

14  A.   Yes.  WWW.BitcoinFog.com.

15  Q.   What is the title to the website?

16  A.   The website title is Bitcoin Fog.

17  Q.   If we could scroll down a little bit further, is there an

18  avatar image for this account?

19  A.   There is.  You see the avatar is a grouping of gold coins

20  kind of in the shape of wings behind a cloud of dust with a

21  question mark.  And underneath it reads, Bitcoin Fog.

22  Q.   Now, looking at the account information for Akemashite

23  Omedetou, is there any other identifying personal information

24  about the user of this account?

25  A.   No, there isn't.

1    Q.    When was this account registered on Bitcoin Talk?

2    A.    This account was registered on October 25th, 2011 at

3    11:54:39.

4    Q.    How close in time was that to the launch of Bitcoin Fog?

5    A.    Within two days of the launch of Bitcoin Fog.

6    Q.    So we can close those out.  Did you review the Twitter

7    account of Bitcoin Fog?

8    A.    Yes, I did.

9    Q.    How did you review that account?

10    A.    I reviewed it by looking at it on Twitter and also

11    reviewing records provided by Twitter pursuant to a search

12    warrant.

13    Q.    So in your binder, I would like to ask you to review

14    Exhibits 34A through 34E, as in echo.

15              THE COURTROOM DEPUTY:  I'm sorry.  Did you say B too?

16              MR. BROWN:  34A through 34E, as in echo.

17              THE COURTROOM DEPUTY:  Thank you.

18    BY MR. BROWN:

19    Q.    Okay.  Do you recognize those exhibits?

20    A.    Yes, I do.  These are the records provided by Twitter

21    pursuant to search warrant.

22    Q.    And for what Twitter account?

23    A.    For the account @BitcoinFog.

24    Q.    Are these exhibits fair and accurate copies of the records

25    provided to law enforcement by Twitter?

 1    A.    Yes, they are.

 2              MR. BROWN:  The government moves to admit and publish

 3    Exhibits 34A through 34E?

 4              THE COURT:  Any objection?

 5              MR. EKELAND:  No objection, Your Honor.

 6              THE COURT:  All right.  Exhibits 34A through 34E are

 7    admitted and may be published to the jury.

 8              (Whereupon, Exhibit Nos. 34A - 34E were admitted.)

 9    BY MR. BROWN:

10    Q.    I would like to direct your attention to Exhibit 34A.  And

11    what is this?

12    A.    This is the account information for the @BitcoinFog

13    Twitter account.

14    Q.    And is this the format in which Twitter provided these

15    records?

16    A.    Yes, it is.

17    Q.    And what is the username for this account?

18    A.    The username is Bitcoin Fog.

19    Q.    And when was the account created?

20    A.    On October 27th, 2011.

21    Q.    And how does that time compare to the time that Bitcoin

22    Fog was launched?

23    A.    This is the date that Bitcoin Fog was announced on Bitcoin

24    Talk.

25    Q.    And is there an email account associated with this Twitter

1    account?

2    A.    There is.  Also Shormint@hotmail.com.

3    Q.    Is there any other identifying information for the owner

4    of this Twitter account?

5    A.    No, there is not.

6    Q.    You can close that out.  And directing your attention to

7    34D, as in delta.  And please publish.

8          What is this, Agent Rovensky?

9    A.    These are the tweets made by the Bitcoin Fog Twitter

10   account in the format that Twitter produced them pursuant to a

11   search warrant.

12   Q.    Do you understand that on the actual Twitter website, do

13   these look the same or different?

14   A.    No.  It looks like you would expect tweets to look on

15   Twitter, much different.

16   Q.    And just scrolling through this exhibit, have you

17   previously reviewed this exhibit?

18   A.    I have.

19   Q.    And are the tweets in chronological order or not?

20   A.    No.  It goes in the order of most recent tweet down to the

21   bottom of the first tweet.

22   Q.    And if we could scroll down to the bottom of the exhibit

23   to what is the first tweet, maybe scroll up a little bit.

24   Here.  Can you point out the first tweet in this document?

25   A.    Yes.  The first tweet is on October 27, 2011.  And the

1    text is, "The fog is operational!  Freenet:"  And it provides a

2    link to the clearnet website.  "And then the real thing," and

3    it provides a link to the hidden services website.  The

4    clearnet website is WWW.BitcoinFog.com but on the Twitter

5    records it reads HTTP://T.CO/REKk2Xih.

6    Q.   How do you know that is the link to the Bitcoin Fog

7    clearnet website?

8    A.   Because I reviewed the tweet as it appeared on Twitter and

9    it read WWW.BitcoinFog.com.

10   Q.   And could you just read out what is the Tor website

11   address?

12   A.   Sure.  Real thing, HTTP://FOGCORE5N3OV3TUI.onion.

13   Q.   So we can close that out.  Agent Rovensky, remind the jury

14   what was the email address for Akemashite Omedetou on Bitcoin

15   Talk?

16   A.   Shormint@hotmail.com.

17   Q.   Did you review records replating to Shormint@hotmail.com?

18   A.   I did.

19   Q.   What sorts of records did you review?

20   A.   I reviewed records that were produced by Microsoft

21   pursuant to legal process.

22   Q.   Were there -- was there more than one instance of legal

23   process issued to Microsoft?

24   A.   Yes, there were.

25   Q.   So I'd like to direct your attention in your binder to

1    Exhibits 801 through 803.  You may need to switch binders.

2    A.    Switch binders?

3    Q.    It should be in binder number 4.

4    A.    Okay.

5    Q.    Exhibits 801 through 803.

6    A.    I am not sure if it is binder number 4.

7    Q.    Binder 5, maybe.  Agent Rovensky, it might just -- there

8    might be an 800 and then single digits for subsequent tabs.  So

9    the 8 is dropped off.

10            THE COURT:  It is binder number 4.

11   BY MR. BROWN:

12   Q.    Binder number 4, we can also review this on the screen, it

13   may be easier.  These are not as voluminous.

14   A.    I see them.

15   Q.    Do you recognize Exhibits 801 through 803?

16   A.    I do.  I am just finishing looking at them.  I do.  I

17   recognize them.

18   Q.    Are these records provided by Microsoft to the government?

19   A.    Yes, they are.

20   Q.    What is the relationship between Microsoft and Hotmail?

21   A.    Microsoft owns Hotmail.

22   Q.    Are these exhibits fair and accurate copies of the records

23   provided by Microsoft to the government?

24   A.    Yes, they are.

25            MR. BROWN:  The government moves to admit exhibits

1    801, 802 and 803.

2           THE COURT:  I want to make sure I am looking at the

3    right exhibits.  There is a tab that says 800 and there is 1

4    tab underneath that, a 2 tab and 3 tab.  Are those the

5    exhibits?

6           MR. BROWN:  Yes, Your Honor.

7           THE COURT:  Any objection?

8           MR. EKELAND:  No objection, Your Honor.

9           THE COURT:  Exhibits 801, 802 and 803 are admitted.

10           (Whereupon, Exhibit Nos. 801 - 803 were admitted.)

11           THE COURT:  When you are done with those exhibits,

12    why don't we take our lunch break?

13           MR. BROWN:  Very good.

14    BY MR. BROWN:

15    Q.   Agent Rovensky, so directing your attention on the screen.

16         Directing your attention on the screen --

17         And the government moves to publish if --

18           THE COURT:  You may.

19    BY MR. BROWN:

20    Q.   -- to Exhibit 801.  Is this from legal process provided by

21    Microsoft?

22    A.   Yes, it is.

23    Q.   Can you tell from the face of this when Microsoft provided

24    the data?

25    A.   These records were provided on June 2nd, 2016.

1    Q.   And does this appear to show data for two different

2    accounts?

3    A.   Yes, it does.   It shows data for an active account at

4    Shormint@hotmail.com and shows data for an archived

5    Shormint@hotmail.com that was archive deleted on September 14,

6    2015.

7    Q.   Do you have an understanding of what that means?

8    A.   Yes.   The Shormint account on the bottom, Microsoft

9    archived and deleted records for it.   And then the

10   Shormint@hotmail.com on top was reactivated in a way.

11   Q.   So directing your attention to Exhibit 802.   Does this

12   show user information for the archived account?

13   A.   Yes.

14   Q.   And down at the bottom of those fields, what does it say

15   for date archived?

16   A.   Date archived, September 21st, 2015.

17   Q.   And looking at the user information that is given here,

18   what identifying information is there?

19   A.   So there is the Shormint@hotmail.com email address with

20   the first name, Vasily; last name Kunnikov.   It also provides a

21   geographic location England, United Kingdom.

22   Q.   Can you read what is in parenthesis at the bottom of this

23   document?

24   A.   Yes.   "Not every field may appear in your report.   This

25   data was provided to us by the user and Microsoft does not make

1   any representations regarding its authenticity."

2   Q.   And then switching to Exhibit 803.  Is this user

3   information.

4        Clear off the -- thank you.

5        Does Exhibit 803 show user information for the active

6   Shormint account?

7   A.   Yes, it does.

8   Q.   I'm sorry.  Go ahead.

9   A.   Yes, it does.

10  Q.   And what does it say down at the bottom for date

11  registered?

12  A.   Date registered, October 12th, 2015.

13  Q.   And was that after the date that the other account was

14  archived?

15  A.   Yes.  It was a few weeks after the date that the

16  Shormint@hotmail.com was archived.

17  Q.   And just skipping through the identifying information

18  given here, is it mostly the same or different?

19  A.   It is the same.

20            MR. BROWN:  Your Honor, this would be a good place

21  for a break.

22            THE COURT:  All right.  Let's go ahead and take our

23  lunch break.  It is 12:40.  Why don't we come back at 1:45.

24            And I will remind you, don't discuss the case with

25  anybody.  Don't conduct any research and steer clear of anyone

DIRECT EXAMINATION OF MR. ROVENSKY

1    associated with the case so you don't overhear any chatter in

2    the hall.  Have a nice lunch.

3                    (Jury out at 12:40 p.m.)

4              THE COURT:  All right.  You are welcome to have your

5    lunch as well.  Just don't discuss your testimony until it is

6    complete.

7              THE WITNESS:  Thank you.

8              THE COURT:  All right.  Anything anyone else wants to

9    raise before we adjourn?

10             MR. BROWN:  No, Your Honor.

11             MR. EKELAND:  No, Your Honor.

12             THE COURT:  All right.  I will see you after lunch.

13                    (Recess taken at 12:41 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                    <u>C E R T I F I C A T E</u>

2

3           I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                        Dated this 16th day of February, 2023.

11

12                        _____
                          Sherry Lindsay, RPR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. BROWN: [3]**   62/8 79/8
96/11
**BY MR. PEARLMAN: [9]**   23/7 28/25
32/1 33/18 34/4 38/15 45/6 54/23
55/22
**MR. BROWN: [26]**   4/4 8/7 12/2
16/9 58/24 60/23 62/2 66/11 66/25
68/23 69/1 69/11 69/20 72/19
73/11 73/21 74/9 78/8 78/20 92/16
93/2 96/25 97/6 97/13 99/20
100/10
**MR. EKELAND: [55]**   4/5 4/12 8/9
8/18 9/3 9/6 9/10 12/25 16/8
16/13 17/3 22/24 23/4 24/20 24/23
25/18 26/7 26/10 27/5 27/17 28/11
39/22 40/1 40/16 41/2 46/9 47/19
47/22 47/24 58/18 59/17 59/22
60/3 60/13 60/15 60/25 61/18
66/14 66/18 67/7 67/15 67/21
67/24 68/15 70/6 70/17 71/9 71/20
72/8 78/1 78/3 78/18 93/5 97/8
100/11
**MR. PEARLMAN: [70]**   16/17 16/19
17/14 17/22 17/25 22/21 24/17
25/12 25/15 25/20 25/23 26/12
28/24 30/21 30/23 31/2 31/14
31/18 31/24 32/10 33/11 33/16
33/21 33/24 34/1 34/3 34/11 34/22
36/24 37/2 37/19 38/11 39/1 39/16
40/9 40/22 41/17 42/6 42/20 42/23
43/16 44/22 44/25 45/2 46/3 47/17
48/1 48/4 51/2 51/5 51/8 51/11
52/5 52/22 53/25 54/19 55/12
55/20 58/8 59/2 59/7 59/10 59/16
59/18 59/21 60/8 61/3 61/9 61/12
61/22
**THE COURT: [129]**
**THE COURTROOM DEPUTY: [13]**   17/20
17/23 33/20 33/22 33/25 34/2 48/8
50/9 51/7 60/16 62/5 92/15 92/17
**THE REPORTER: [1]**   79/5
**THE WITNESS: [7]**   17/19 48/7
58/23 62/4 62/6 79/7 100/7

---

**'**

**'97 [1]**   18/25
**'98 [1]**   18/25

---

**.**

**.onion [2]**   80/7 85/2

---

**1**

**10 [1]**   60/1
**100 [1]**   40/3
**10005 [1]**   2/4
**10th [2]**   77/16 77/17
**117A [4]**   33/19 33/20 33/24 33/25
**117C [8]**   3/15 34/5 34/6 34/12
34/13 34/14 34/22 35/11
**119 [1]**   42/22
**119A [5]**   42/10 42/11 42/17 42/21
42/23
**119C [7]**   3/18 42/13 42/14 42/21
42/23 42/24 42/25
**11:00 [1]**   60/1
**11:09 [1]**   60/4
**11:10 [1]**   60/10
**11:25 [2]**   60/2 60/3
**11:38 [1]**   61/24
**11:54:39 [1]**   92/3
**11th [3]**   15/23 15/23 80/12
**12 [13]**   3/4 3/24 65/21 65/24 66/6
66/11 66/15 66/18 74/10 74/13
74/17 90/22 90/23
**120A [11]**   3/14 32/16 32/17 33/9
33/12 33/14 33/15 55/17 55/18
55/25 56/4
**120C [7]**   3/14 32/21 33/12 33/14
33/15 33/16 55/23
**121A [13]**   23/16 23/16 23/21 24/9

---

24/11 24/13 24/16 24/18 28/24
24/24 29/3 31/8 31/12 31/21 31/23
**121C [7]**   24/2 24/9 24/13 24/18
29/4 30/24 31/3
**121D [1]**   30/21
**12:40 [2]**   99/23 100/3
**12:41 [1]**   100/13
**12th [1]**   99/12
**13 [4]**   77/17 79/10 79/24 85/15
**1301 [1]**   1/20
**13:38:23 [1]**   86/14
**14 [1]**   98/5
**14:44:36 [1]**   87/17
**14th [1]**   86/14
**15 [1]**   1/5
**15th [2]**   80/1 88/24
**16th [1]**   101/10
**17 [7]**   3/24 65/22 65/24 66/6
66/12 74/10 74/13
**17:05:07 [1]**   76/14
**18 [1]**   3/6
**1994 [1]**   49/4
**1:45 [1]**   99/23

---

**2**

**20001 [1]**   2/9
**20005 [1]**   1/21
**2001 [2]**   5/21 15/23
**2003 [1]**   19/3
**2005 [1]**   19/3
**2008 [1]**   49/16
**2011 [6]**   15/23 76/14 80/12 92/2
93/20 94/25
**2012 [5]**   81/10 83/10 85/6 86/14
86/14
**2013 [1]**   84/11
**2014 [7]**   77/16 77/17 80/1 87/17
88/24 89/11 89/23
**2015 [4]**   5/18 98/6 98/16 99/12
**2016 [2]**   5/21 97/25
**2017 [1]**   13/10
**2019 [2]**   16/4 16/6
**2023 [1]**   101/10
**2024 [1]**   1/5
**20530 [2]**   1/14 1/17
**20th [1]**   84/11
**21-399 [1]**   1/4
**21st [2]**   89/23 98/16
**23 [1]**   3/13
**24th [1]**   5/21
**25th [2]**   5/21 92/2
**26th [1]**   85/5
**27 [1]**   94/25
**27th [2]**   76/14 93/20
**2nd [1]**   97/25

---

**3**

**30 [2]**   2/3 49/4
**31 [1]**   3/13
**32 [1]**   3/14
**33 [1]**   3/14
**333 [1]**   2/8
**34 [1]**   3/15
**34A [7]**   3/24 92/14 92/16 93/3
93/6 93/8 93/10
**34D [1]**   94/7
**34E [6]**   3/24 92/14 92/16 93/3
93/6 93/8
**35 [3]**   15/11 80/10 80/11
**37 [2]**   3/15 3/16
**38 [1]**   3/16
**39 [2]**   3/17 3/17
**399 [1]**   1/4

---

**4**

**403 [1]**   22/24
**41 [1]**   3/18
**4168326 [1]**   88/4
**42 [1]**   3/18
**43 [1]**   3/19
**431A [5]**   3/22 54/5 54/17 54/19

---

54/22
**431B [3]**   54/5 54/17 54/14 54/20
54/22
**432 [3]**   3/23 55/12 55/15
**432A [2]**   54/24 55/7
**432C [6]**   3/23 55/4 55/7 55/9
55/13 55/15
**45 [1]**   3/19
**46 [1]**   3/20
**48 [2]**   3/8 89/20

---

**5**

**5.1527 [1]**   1/17
**50 [1]**   82/5
**507 [6]**   3/14 32/2 32/2 32/7 32/12
32/14
**507B [5]**   3/14 32/4 32/4 32/12
32/14
**51 [1]**   3/20
**5167738 [1]**   88/22
**52 [2]**   3/21 3/21
**520 [6]**   3/19 43/2 43/3 43/11
43/16 43/19
**520B [5]**   3/19 43/8 43/9 43/17
43/19
**54 [2]**   3/22 3/22
**55 [9]**   3/20 3/23 45/7 45/8 45/15
45/16 46/1 46/5 46/7
**55A [6]**   3/20 45/12 45/13 45/15
46/5 46/7
**56 [1]**   6/1
**5604916 [1]**   87/15
**57 [1]**   6/1
**58 [2]**   3/9 89/20
**596034 [3]**   75/23 76/10 79/11
**5th [1]**   89/11

---

**6**

**601 [1]**   1/16
**6089297 [1]**   89/9
**61 [1]**   3/23
**62 [1]**   3/11
**63 [2]**   81/8 81/9
**6710 [1]**   2/8
**68 [1]**   83/7

---

**7**

**709 [16]**   3/20 3/23 50/8 51/6 51/7
51/9 51/10 51/14 59/3 59/5 59/14
59/15 59/16 61/4 61/7 61/11
**709B [15]**   3/20 3/23 50/16 50/16
50/24 51/12 51/13 51/14 59/3 59/5
59/14 59/15 61/4 61/8 61/11
**71 [1]**   85/3
**710 [9]**   3/15 36/11 36/12 36/25
37/3 37/5 56/6 56/7 56/9
**710A [8]**   3/15 36/16 36/25 37/3
37/5 56/6 56/12 56/12
**711 [9]**   3/16 37/8 37/8 37/16
37/19 37/22 56/16 56/16 56/20
**711A [8]**   3/16 37/8 37/13 37/14
37/16 37/19 37/22 56/20
**712 [5]**   3/16 37/24 37/25 38/11
38/14
**712A [5]**   3/16 38/4 38/5 38/12
38/14
**713 [9]**   3/17 38/16 38/17 39/1
39/3 39/4 57/1 57/1 57/6
**713A [8]**   3/17 38/21 38/21 39/2
39/3 39/4 57/5 57/5
**714 [7]**   3/17 39/6 39/11 39/16
39/19 57/9 57/9
**714A [7]**   3/17 39/10 39/10 39/17
39/19 57/12 57/17
**715 [9]**   3/18 39/21 39/21 41/8
41/9 41/11 41/17 41/20 57/21
**715A [9]**   3/18 41/8 41/9 41/12
41/14 41/18 41/20 57/25 57/25
**716 [3]**   41/22 42/4 42/6
**716A [3]**   42/2 42/2 42/7
**74 [1]**   3/24

**7**

7441952 [1]   89/21

**8**

800 [2]   96/8 97/3
801 [8]   3/25 96/1 96/5 96/15 97/1 97/9 97/10 97/20
802 [3]   97/1 97/9 98/11
803 [9]   3/25 96/1 96/5 96/15 97/1 97/9 97/10 99/2 99/5
818 [2]   44/10 44/17
818A [7]   3/19 43/21 43/22 44/19 44/22 45/3 45/5
818B [5]   3/19 44/17 44/17 45/4 45/5
820 [7]   3/13 31/8 31/9 31/12 31/15 31/20 31/21
820B [5]   3/13 31/11 31/15 31/20 31/21
833 [5]   3/21 52/10 52/10 52/22 52/25
833B [5]   3/21 52/16 52/17 52/23 52/25
862 [5]   3/22 53/8 53/8 53/25 54/3
862B [4]   3/22 53/16 54/1 54/3
863 [6]   3/21 51/16 51/17 51/25 52/6 52/8
863B [5]   3/21 51/22 51/25 52/6 52/8
864 [9]   3/13 22/1 22/3 22/18 22/19 22/22 23/1 23/3 23/8
864A [9]   3/13 22/11 22/12 22/14 22/18 22/22 23/1 23/3 23/12
8th [2]   2/4 81/10

**9**

91 [2]   84/8 84/9
93 [1]   3/24
950 [1]   1/14
962302 [2]   85/23 86/13
97 [1]   3/25
9:43 [1]   1/6
9:45 [1]   4/15
9th [2]   83/10 87/17

**A**

a.m [5]   1/6 4/15 60/4 60/10 61/24 72/5
able [5]   14/17 14/23 17/5 27/13 72/5
about [30]   7/3 7/7 8/14 10/8 10/9 12/13 12/17 13/2 13/8 14/6 15/6 15/8 15/11 15/12 16/1 23/10 26/13 26/25 28/8 35/14 59/13 59/14 64/25 75/9 75/24 78/13 82/13 84/2 89/14 91/24
above [1]   101/5
above-entitled [1]   101/5
absolutely [1]   70/6
accept [1]   46/24
acceptable [2]   27/16 61/21
access [3]   10/17 21/22 89/5
accomplish [1]   35/20
according [1]   59/5
account [41]   9/22 65/2 73/24 75/1 75/2 75/3 75/5 75/6 75/7 75/12 75/15 75/16 83/20 90/9 90/18 90/25 91/1 91/2 91/5 91/18 91/22 91/24 92/1 92/2 92/7 92/9 92/22 92/23 93/12 93/13 93/17 93/19 93/25 94/1 94/4 94/10 98/3 98/8 98/12 99/6 99/13
accounts [7]   74/23 74/23 74/24 74/25 90/7 90/24 98/2
accuracy [2]   20/3 47/2
accurate [26]   17/3 22/18 24/13 24/15 32/7 33/8 34/9 37/16 38/8 38/23 39/13 41/14 42/16 43/13 44/18 44/20 45/24 52/2 52/19 53/22 54/16 55/9 56/3 56/13 92/24 96/22
accurately [6]   50/2 56/23 57/6

acknowledge [1]   88/15
Action [1]   1/3
actions [1]   5/11
activating [1]   89/16
active [3]   75/6 98/3 99/5
activity [3]   75/7 75/10 89/14
actors [1]   12/18
actual [4]   29/5 40/3 65/7 94/12
actually [9]   11/9 63/22 66/19 69/5 70/4 71/25 87/1 87/5 88/12
AD [1]   91/12
add [2]   17/4 73/19
added [1]   29/12
addition [1]   19/2
address [13]   15/5 67/5 78/16 79/13 79/16 80/6 80/7 81/21 83/19 91/9 95/11 95/14 98/19
addresses [5]   14/18 67/7 82/22 83/3 87/8
adequate [1]   70/10
adjourn [1]   100/9
administrator [3]   68/12 75/9 75/16
admissibility [3]   25/5 26/25 28/18
admission [3]   32/11 40/5 74/8
admit [26]   26/1 26/3 27/7 31/20 33/16 37/3 37/19 39/1 39/16 41/17 42/6 51/8 52/5 52/22 53/25 54/19 55/12 66/11 69/7 71/18 72/4 72/9 72/15 74/9 93/2 96/25
admitted [55]   15/9 23/2 23/3 23/6 26/22 27/6 31/5 31/21 32/13 32/14 33/13 33/14 33/15 33/23 34/13 34/14 37/5 37/22 38/14 39/3 39/4 39/19 41/20 42/23 42/24 42/25 43/19 45/3 45/5 46/7 51/3 51/7 51/10 51/13 51/14 52/8 52/25 54/3 54/22 55/15 55/20 59/4 59/6 61/10 61/11 61/20 69/25 72/25 74/12 74/14 77/3 93/7 93/8 97/9 97/10
admitting [4]   26/17 26/17 26/18 61/20
advance [1]   71/5
advantages [1]   87/23
advised [1]   85/8
affiliated [1]   84/17
after [6]   6/3 12/11 87/2 99/13 99/15 100/12
again [11]   5/8 5/11 7/11 7/12 7/23 24/23 33/16 45/10 73/25 81/25 88/19
agency [1]   64/1
Agency's [1]   8/5
agent [17]   62/9 62/13 62/23 63/4 63/4 64/12 65/19 74/16 75/24 78/10 78/25 84/19 85/15 94/8 95/13 96/7 97/15
agents [3]   62/18 63/3 63/8
ago [1]   49/4
Agora [1]   88/19 88/20 88/21
agree [6]   25/9 40/18 40/20 40/22 41/4 61/4
agreed [5]   12/10 21/11 21/12 40/18 40/19
agreeing [2]   40/4 40/5
agreement [4]   4/6 4/9 16/21 17/4
agrees [2]   59/9 61/4
ahead [6]   4/13 15/20 74/4 78/23 99/8 99/22
aired [1]   71/5
AKE [1]   75/2
Akemashite [39]   66/21 67/16 68/11 69/8 69/23 70/1 72/12 72/21 73/13 73/14 75/1 75/5 75/13 76/17 77/25 78/11 80/9 80/14 80/21 81/12 81/15 82/11 82/20 83/9 83/14 84/10 85/5 86/10 87/4 87/18 90/19 91/2 91/6 91/8 91/11 91/13 91/22 95/14

Akimashite [2]   75/3 75/4
Alabama [1]   13/18
all [52]   4/16 9/12 16/10 17/11 17/21 19/4 25/15 26/23 27/18 27/23 28/17 32/12 36/22 36/24 46/6 47/6 47/25 48/2 50/22 58/10 58/20 59/24 60/5 60/7 60/9 60/17 61/1 61/21 61/23 61/25 65/1 66/5 67/5 72/24 73/12 74/4 74/11 74/16 78/6 82/17 82/24 83/4 83/25 86/10 87/6 89/16 89/18 93/6 99/22 100/4 100/8 100/12
allow [3]   13/19 28/1 78/23
allowed [1]   9/17
along [1]   63/12
already [17]   15/9 25/11 25/16 25/25 26/16 30/20 30/21 31/2 31/6 33/12 42/23 45/1 51/2 55/20 63/15 64/10 82/19
also [38]   7/21 9/22 9/24 19/2 19/4 19/9 19/11 21/14 24/4 26/19 35/24 36/19 37/11 38/19 41/8 42/13 44/15 53/3 57/3 63/17 64/2 65/8 66/3 67/2 69/7 70/5 78/13 82/1 84/1 84/4 84/12 84/13 87/13 91/8 92/10 94/2 96/12 98/20
altogether [1]   63/10
always [2]   13/3 85/11
am [36]   5/2 5/5 5/8 5/11 6/15 8/18 11/9 11/18 12/10 12/20 15/19 18/6 18/11 19/8 19/13 19/21 19/21 26/17 26/17 26/18 27/11 40/3 48/20 51/4 62/13 62/16 66/22 67/8 68/22 72/14 74/4 75/14 84/21 96/6 96/16 97/2
AMERICA [1]   1/3
American's [1]   8/6
amongst [1]   59/25
amount [2]   35/20 82/18
analysis [1]   81/2
analytics [1]   64/3
analyzer [1]   81/1
announce [3]   76/20 86/1 88/7
announced [3]   64/21 64/22 93/23
announcement [6]   76/25 77/8 77/17 77/23 86/5 88/10
anonymity [3]   83/22 90/13 90/17
anonymization [2]   76/21 88/7
anonymizing [1]   82/16
anonymous [5]   82/14 82/24 83/24 86/1 87/14
anonymously [1]   83/5
another [15]   24/25 31/9 32/19 37/11 41/24 43/5 45/20 56/17 57/9 57/23 63/4 81/13 83/11 83/18 87/18
answer [4]   9/9 66/25 68/7 78/21
answered [1]   9/8
answers [1]   82/6
anti [1]   88/1
anti-money [1]   88/1
any [48]   4/14 5/10 11/7 11/19 12/1 13/18 22/23 24/19 26/6 26/8 27/21 28/2 28/21 30/25 46/8 47/25 58/10 59/25 63/23 66/13 66/23 68/3 68/18 69/16 72/14 75/10 82/3 82/24 83/6 84/4 84/17 85/16 87/11 87/12 87/22 88/16 88/17 89/6 89/15 90/9 90/10 91/23 93/4 94/3 97/7 99/1 99/25 100/1
anybody [2]   62/20 99/25
anyone [1]   64/16 99/25 100/8
anything [9]   4/2 12/14 41/3 47/15 60/5 61/2 68/23 73/19 100/8
anyway [2]   59/20 81/18
anywhere [1]   82/4
apart [2]   83/2 83/23
apologies [1]   5/23
apologize [2]   9/11 16/7
appear [6]   22/5 23/21 75/6 75/25 98/1 98/24
APPEARANCES [3]   1/12 1/23 2/1

**A**

appeared [2]  79/22 95/8
appears [1]  86/15
Apple [1]  7/16
appreciate [1]  17/11
approach [4]  13/23 34/18 35/19 35/20
appropriate [2]  40/8 40/24
approximately [2]  49/14 64/6
April [4]  77/16 77/17 84/11 89/11
April 10th [2]  77/16 77/17
April 20th [1]  84/11
April 5th [1]  89/11
archive [1]  98/5
archive.org [6]  77/12 77/15 85/17 85/18 85/22 86/19
archived [7]  98/4 98/9 98/12 98/15 98/16 99/14 99/16
are [158]
area [2]  8/13 8/16
areas [1]  24/7
argue [1]  72/14
around [1]  90/14
arrange [1]  22/12
as [95]  5/13 8/13 9/23 10/2 10/4 14/18 14/18 19/7 19/17 19/20 19/21 20/9 20/10 20/13 20/14 20/14 20/14 21/5 21/25 22/2 22/16 26/14 27/2 28/3 28/22 29/13 29/14 29/17 29/22 29/25 30/2 30/3 30/5 30/6 30/9 30/9 30/16 30/19 31/5 31/11 36/3 37/9 39/10 40/17 40/19 40/24 44/18 45/25 46/24 47/8 49/20 51/12 51/12 51/13 53/16 54/14 54/17 56/4 57/12 63/25 63/25 64/3 64/4 64/4 64/11 64/11 64/14 67/20 69/5 69/6 69/8 69/11 73/15 73/16 79/22 81/24 82/4 82/12 83/1 83/1 83/21 84/1 84/6 87/21 87/25 88/2 88/2 89/2 89/7 92/14 92/16 94/7 95/8 96/13 100/5
ask [23]  8/16 9/5 15/9 17/1 28/7 34/16 34/21 34/22 51/5 59/13 59/13 59/14 67/3 67/24 69/13 70/17 73/5 75/24 79/19 85/24 87/10 88/25 92/13
asked [15]  9/8 12/17 14/6 15/6 15/8 15/11 20/11 22/8 48/23 49/20 49/20 50/13 52/14 57/23 69/6
asking [1]  9/6 69/14
asserted [1]  69/25
assigned [7]  19/18 20/9 20/10 20/12 39/8 46/22 63/3
assignment [1]  37/9
assignments [1]  63/10
assistance [1]  50/14
associate [1]  14/21
associated [4]  91/4 91/9 93/25 100/1
associates [1]  13/23
assume [2]  82/13 84/3
assuming [2]  60/19 82/13
assumption [1]  71/11
assurance [1]  20/8
assure [1]  20/5
attached [1]  83/19
attacker [1]  81/1
attend [3]  49/5 49/7 60/18
attention [30]  5/24 7/3 15/12 56/20 75/23 76/10 78/15 79/9 80/9 80/10 80/22 81/8 82/5 83/7 84/8 85/3 85/14 85/23 87/15 88/4 88/22 89/9 89/21 90/22 93/10 94/6 95/25 97/15 97/16 98/11
audio [2]  30/1 30/2
authenticity [7]  24/24 25/2 25/8 28/14 40/6 40/20 99/1
author [6]  76/15 76/17 83/8 83/9 84/9 85/4
authorities [6]  13/6 14/7 81/24 84/3 84/5 87/13
authority [1]  81/4
authorized [7]  97/21 97/21
automatically [1]  83/5
available [1]  64/16
avatar [2]  91/18 91/19
Ave [1]  1/14 1/20
Avenue [1]  2/8
avoid [1]  17/8
aware [22]  5/3 5/6 5/9 5/17 7/16 7/19 7/21 7/25 8/3 9/10 10/19 11/1 11/8 11/10 11/12 11/15 11/17 11/22 47/11 47/13 70/24 84/13

**B**

bachelor's [2]  18/20 49/8
back [25]  4/14 4/16 20/23 28/5 40/17 41/2 44/4 46/24 59/2 60/2 60/7 60/8 60/15 63/1 64/25 70/22 74/7 74/8 75/18 75/20 77/13 79/10 80/8 90/18 99/23
background [4]  47/6 47/8 47/13 58/15
backup [1]  89/17
balance [1]  82/12
Bankruptcy [1]  2/7
based [6]  6/15 7/12 35/21 71/15 72/23 78/10
basically [1]  40/2
basing [1]  68/13
battery [1]  19/16
battle [1]  11/8
BBC [2]  11/12 11/13
be [85]  11/20 14/17 14/23 15/18 16/19 17/9 17/20 19/17 19/18 20/12 21/6 21/10 22/5 23/2 23/6 23/21 23/21 24/5 25/3 25/20 25/21 26/4 26/12 26/13 26/24 26/25 27/8 27/13 27/17 27/19 27/20 28/12 29/24 30/9 30/14 30/15 36/6 40/7 40/23 40/25 45/3 46/20 46/21 48/7 49/23 62/5 63/3 65/19 66/1 67/2 68/14 69/3 69/6 69/21 69/21 70/11 71/13 71/18 72/5 72/23 72/24 73/1 73/4 74/1 74/12 75/6 75/8 80/18 81/4 81/7 82/23 82/25 83/4 84/2 84/3 84/13 84/24 85/1 85/8 85/16 93/7 96/3 96/8 96/13 99/20
became [1]  62/18
because [20]  21/22 29/18 30/6 30/6 36/2 47/1 47/8 66/20 68/1 68/17 72/17 73/1 75/8 76/8 81/5 86/10 87/5 87/6 87/12 95/8
been [23]  15/9 16/6 22/2 27/6 33/12 33/22 47/11 53/6 61/6 61/19 64/4 64/10 68/17 68/19 70/7 70/24 74/4 72/19 77/3 80/5 82/3 86/4 89/8
before [18]  1/9 4/2 4/7 6/8 8/12 8/14 13/11 23/13 49/20 58/15 60/5 60/11 61/2 70/4 71/11 75/24 81/2 100/9
begin [3]  16/3 49/14 88/5
beginning [2]  32/22 86/19
behind [2]  27/3 91/20
being [10]  15/1 15/2 17/5 25/1 28/18 28/22 33/6 75/10 89/16 89/19
believe [8]  6/25 10/21 11/7 12/11 16/4 16/20 25/19 66/3
bench [6]  16/18 17/16 39/24 41/6 66/17 74/6
beneath [2]  81/16 86/21
best [3]  15/19 30/8 90/16
between [5]  13/16 14/4 14/13 86/20 96/20
Beyond [1]  47/23
big [1]  82/21
bigger [1]  19/25
binder [11]  5/24 5/25 65/20 65/21 92/13 95/25 96/3 96/6 96/7 96/10 96/12
binders [2]  96/1 96/2
birth [1]  91/11
bit [4]  21/4 34/17 79/12 83/21 89/24 91/3 91/17 94/23
Bitcoin [83]  8/21 9/25 15/24 47/5 47/12 47/16 62/15 63/3 63/15 64/17 64/19 64/21 64/22 64/22 64/23 64/24 64/25 65/2 65/4 65/6 65/7 65/9 65/11 65/13 65/15 66/3 66/9 66/20 66/20 68/10 68/12 69/24 72/21 73/9 74/20 75/7 75/9 75/9 75/11 75/16 76/1 76/5 76/20 76/20 76/25 77/1 77/8 77/9 77/17 77/23 78/14 78/17 79/1 79/19 80/6 80/20 81/3 82/3 82/13 82/15 85/9 85/20 86/6 88/7 88/7 88/11 90/13 90/14 90/18 90/19 91/16 91/21 92/1 92/4 92/5 92/7 93/18 93/21 93/23 93/23 94/9 95/6 95/14
BitcoinFog [2]  92/23 93/12
BitcoinFog.com [1]  5/14
Bitcoins [2]  82/14 83/21
black [1]  24/6
blacked [2]  26/23 26/24
block [7]  45/19 45/19 45/19 45/20 45/20 80/23 87/20
blockchain [5]  64/3 64/15 87/9 87/23 87/25
body [5]  86/15 87/21 88/13 88/25 89/12
born [1]  63/21
both [10]  6/3 18/20 19/13 19/22 19/22 21/22 23/5 59/10 69/24 89/5
bottom [8]  15/13 27/1 94/21 94/22 98/8 98/14 98/22 99/10
box [9]  65/20 80/20 80/22 81/13 81/15 82/11 83/11 83/14 86/18
boxed [1]  24/6
boxes [5]  80/15 80/18 80/19 82/6 82/9
boy [2]  31/11 53/16
bracket [1]  29/15
bracketing [1]  30/10
brackets [4]  29/9 29/23 29/24 86/16
break [8]  4/10 59/20 60/6 70/22 71/6 97/12 99/21 99/23
brief [1]  46/9
briefly [7]  4/5 4/22 16/17 28/24 29/4 34/16 46/9
bring [2]  4/2 28/5
bringing [2]  8/10 17/6
BRODIE [1]  1/15
Brooklyn [1]  2/4
brought [2]  47/19 69/5
BROWN [5]  1/15 3/4 3/11 70/20 73/20
Browser [7]  10/9 10/9 10/17 10/19 10/23 11/2 11/22
bulk [1]  72/15
business [6]  54/8 69/3 72/8 72/9 72/10 72/11
businesses [1]  84/1
buying [2]  10/2 10/4

**C**

call [8]  8/20 16/12 17/14 48/3 48/4 61/25 71/10 72/18
called [8]  6/10 7/7 10/8 54/8 61/16 71/11 77/13 85/9
calling [2]  70/8 78/4
calls [1]  62/2
came [5]  10/24 12/11 40/2 49/4 66/19
can [77]  4/13 4/13 15/16 15/20 17/9 17/24 18/7 21/24 23/9 25/7 26/6 27/25 28/9 28/24 29/4 29/4 30/18 31/8 31/11 31/23 32/4 35/11 37/8 37/13 37/24 38/4 38/21 39/22 40/23 40/24 41/4 42/10 48/13 50/8 57/12 59/2 59/16 60/15 61/5 61/25 63/7 63/8 64/11 66/15 68/6 68/7 70/14 70/22 71/6 71/7 71/8 71/17

**C**

can... [25]  7/1/24 7/1 7/2/6 7/2/23
72/24 73/2 73/17 73/25 77/14
79/18 79/24 80/5 84/6 84/24 85/1
87/7 88/12 91/4 92/6 94/6 94/24
95/13 96/12 97/23 98/22
can't [4]  60/20 66/19 67/13 72/1
canaries [5]  7/17 7/19 7/22 7/25
8/4
canary [2]  7/8 7/10
cannot [2]  30/7 90/6
capital [1]  29/19
capture [1]  77/12
captured [3]  14/22 85/18 86/19
case [27]  13/11 20/11 20/12 21/9
21/12 30/1 35/17 47/6 47/8 47/9
47/13 48/24 49/21 58/15 58/15
59/25 62/18 63/3 63/11 63/18 64/9
64/17 71/16 80/21 89/6 99/24
100/1
cases [2]  21/10 64/7
cat [1]  54/14
CATHERINE [1]  1/13
Ccips [1]  1/19
center [1]  15/15
certain [17]  5/2 5/5 5/8 5/11
11/16 11/18 12/10 12/25 12/25
17/6 17/8 19/18 26/13 50/15 69/22
82/16 85/19
certainly [2]  71/14 73/22
certifications [1]  64/2
certified [3]  19/20 49/17 61/6
certify [3]  25/7 40/19 101/3
certifying [2]  24/23 25/2
cetera [1]  84/16
chain [1]  52/13
Chainalysis [1]  64/3
challenge [3]  17/5 17/6 61/19
challenging [1]  61/19
chance [1]  61/14
change [2]  80/6 80/7
charging [1]  64/12
chatter [1]  100/1
choice [1]  83/23
chose [1]  71/13
chosen [2]  63/13 72/18
CHRISTOPHER [1]  1/15
chronological [1]  94/19
chunk [1]  89/25
CIA [1]  11/17
CipherTrace [1]  64/4
circumstances [1]  62/24
claim [1]  90/7
clarify [2]  6/17 25/15
clarity [1]  24/23
clear [13]  15/21 18/7 25/20 26/12
27/17 27/20 28/11 30/7 36/6 40/4
49/23 99/4 99/25
clearly [1]  70/18
clearnet [4]  5/14 95/2 95/4 95/7
clerk [2]  34/3 60/11
client [3]  40/1 40/16 81/3
close [6]  13/23 15/13 92/4 92/6
94/6 95/13
closely [1]  4/23
cloud [1]  91/20
Cloudflare [3]  7/21 7/21 7/24
co [5]  70/10 70/13 73/14 73/16
73/18
co-conspirator [5]  70/10 70/13
73/14 73/16 73/18
coin [1]  87/23
coins [7]  81/20 81/21 83/19 86/24
87/1 87/6 91/19
collect [2]  14/7 14/17
collected [2]  15/1 15/2
collecting [1]  13/19
collection [4]  14/10 14/17 14/22
COLUMBIA [2]  1/1 8/23
come [19]  25/22 27/22 49/3 60/1
61/5 63/19 67/20 68/2 68/15 68/21

69/8 70/22 73/10 73/14 74/2 83/18
comes [6]  28/2 28/4 46/24 73/6
75/20 82/24
coming [4]  25/21 40/18 40/21
72/17
comment [4]  9/1 9/4 9/9 80/19
commenting [1]  9/10
Commission [1]  19/8
common [3]  7/25 10/5 63/4
communicating [1]  15/3
communication [1]  14/13
communications [2]  14/15 64/14
companies [4]  8/1 8/4 64/3 83/24
company [6]  6/19 7/14 7/21 54/8
82/22 87/25
compare [6]  22/11 32/4 32/21
55/23 79/9 93/21
comparing [2]  28/19 80/4
complete [3]  63/7 72/21 100/6
completed [4]  46/19 63/25 64/2
89/19
completely [1]  85/10
complex [2]  30/15 63/7
compliant [1]  64/8
comply [1]  88/1
computer [6]  7/16 8/1 8/3 15/1
15/2 29/5
conceal [1]  14/4
concern [3]  28/15 67/6 67/7
concerning [1]  16/25
conditional [2]  32/11 69/12
conditionally [10]  26/3 26/18
31/20 32/13 37/1 37/4 38/11 39/1
59/4 72/25
conditioned [1]  31/22
conduct [3]  13/6 59/25 99/25
conducted [3]  12/18 13/7 13/9
conference [6]  16/18 17/16 39/24
41/6 66/17 74/6
confirm [2]  24/15 60/20
confused [1]  6/16
connection [1]  7/23
consider [3]  11/19 19/19 40/7
consistent [3]  31/4 31/19 44/15
conspiracy [2]  69/10 69/11
conspirator [5]  70/10 70/13 73/14
73/16 73/18
constitutes [1]  101/4
Constitution [1]  2/8
contact [2]  87/13 88/16
contain [7]  36/19 45/15 57/3 57/5
57/13 58/2 72/16
contained [4]  20/13 21/15 53/3
67/16
contains [2]  37/11 40/2
content [3]  14/23 76/9 76/22
CONTENTS [1]  3/1
context [4]  29/18 35/1 35/21 36/2
continuation [1]  88/10
continued [4]  1/23 2/1 3/3 4/18
contractor [1]  19/9
control [2]  46/23 81/5
convention [1]  53/5
convey [12]  24/14 34/9 35/18
35/22 37/16 42/17 44/18 45/24
56/4 56/23 57/7 58/5
conveying [1]  47/3
conveys [16]  22/18 32/7 33/8 38/8
38/23 39/13 41/14 43/13 47/8 52/2
52/19 53/22 54/16 55/9 56/14
57/19
convict [1]  82/2
conviction [1]  82/4
coordinate [1]  14/4
coordinating [1]  50/1
copied [2]  84/24 85/1
copies [3]  66/5 92/24 96/22
copy [5]  21/3 22/18 23/8 24/13
29/1
copycats [1]  84/13
correct [48]  5/22 6/25 10/21 17/2

18/23 19/21 19/25 20/4 20/10
20/15 20/16 20/19 20/25 21/4 21/9
21/16 21/19 21/22 22/10 22/20
23/11 23/14 24/8 24/10 24/12
25/12 29/3 29/8 29/10 30/20 33/7
35/3 35/10 37/12 42/5 43/7 45/17
45/19 45/23 49/22 50/4 50/25
51/21 53/7 53/11 53/17 57/20
101/4
correctly [2]  10/12 17/5
cost [1]  87/3
could [84]  5/24 5/25 6/3 7/10
15/7 15/11 15/21 16/6 16/7 17/1
20/23 21/20 23/25 24/1 26/24
26/25 29/20 29/24 30/9 30/14
30/15 32/16 32/21 33/19 34/5
34/17 39/21 42/13 44/17 45/7
45/12 46/16 46/20 46/21 51/11
51/16 55/4 55/17 55/23 56/6 56/12
57/5 57/25 62/9 64/25 65/2 65/3
65/20 67/24 71/4 75/17 76/18 79/3
79/11 79/15 80/2 80/22 80/23 81/4
81/15 81/19 81/22 82/8 82/10
83/14 84/12 84/16 85/7 85/25
86/12 86/16 86/22 87/20 88/12
88/25 89/12 89/24 90/2 90/11 91/3
91/5 91/17 94/22 95/10
couldn't [2]  30/12 30/14
counsel [1]  15/16
country [1]  81/23
course [5]  9/19 9/24 19/1 19/5
81/5
COURT [13]  1/1 2/6 2/7 17/1 61/16
67/24 67/24 68/16 70/12 70/17
71/20 101/3 101/13
Court's [5]  28/15 46/3 58/8 58/24
59/18
Courts [1]  2/7
covert [4]  13/13 13/15 13/16
13/17
created [2]  10/22 93/19
criminal [6]  1/3 10/13 10/15 11/6
11/20 62/13
CRM [1]  1/19
cross [8]  3/3 3/6 3/9 4/18 16/23
46/8 46/10 58/11
cross-examination [7]  3/3 3/6 3/9
4/18 46/8 46/10 58/11
cross-examine [1]  16/23
crypto [1]  64/7
cryptocurrencies [1]  9/18
cryptocurrency [4]  47/9 63/16
63/24 64/5
cumulative [1]  78/3
current [3]  19/6 62/12 89/4
Currently [1]  89/18
cybercrime [2]  62/14 63/2
cyberterms [1]  47/10

**D**

dark [2]  10/13 10/16
darknet [6]  10/14 78/16 78/25
79/12 84/20 88/21
data [12]  8/6 12/14 15/2 15/3
74/20 90/19 90/24 97/24 98/1 98/3
98/4 98/25
date [22]  15/22 16/7 80/10 80/12
81/9 85/19 85/21 85/22 85/22
86/12 87/16 88/23 89/10 89/22
91/11 93/23 98/15 98/16 99/10
99/12 99/13 99/15
dated [3]  85/5 89/23 101/10
dates [2]  5/23 16/5
Daubert [4]  68/16 70/15 73/7
73/22
day [2]  14/21 101/10
days [2]  40/10 92/5
DC [5]  1/5 1/14 1/17 1/21 2/9
de [2]  29/4 71/13
deal [1]  69/4
deals [1]  82/1
debate [1]  40/23

**D**

**decide [2]** 71/24 81/18
**defendant [4]** 1/7 2/2 16/2 70/5
**defense [9]** 15/16 16/20 27/8
27/18 40/10 40/12 40/18 60/25
61/4
**defense's [1]** 25/7
**degree [1]** 18/20 19/1
**deleted [2]** 98/5 98/9
**deliberately [1]** 83/25
**delta [1]** 94/7
**demonstrated [1]** 84/6
**denote [1]** 53/5
**DEPARTMENT [2]** 1/13 64/1
**depending [1]** 61/15
**depends [1]** 19/25
**deposit [2]** 44/15 83/2
**depositing [1]** 87/1
**deposits [1]** 87/8
**Dept [1]** 1/20
**deputy [1]** 60/11
**destroy [1]** 14/3
**details [2]** 69/17 69/21
**detected [1]** 89/6
**determination [4]** 69/12 70/12
70/16 70/19
**determine [1]** 21/20
**developed [2]** 10/19 11/4
**did [76]** 5/5 5/13 5/16 7/1 8/22
9/21 13/6 16/2 18/12 18/13 18/22
19/15 20/17 21/14 21/17 25/9
29/23 33/20 35/8 40/11 40/18
40/20 44/2 44/8 44/9 47/4 47/4
47/15 49/1 49/3 49/5 49/6 49/7
49/12 49/13 49/14 49/23 50/1
50/23 53/2 53/5 53/20 54/12 54/13
55/7 57/16 58/2 58/16 59/13 59/13
59/14 62/20 62/21 64/17 64/19
64/20 65/4 65/5 65/6 65/13 68/23
75/7 75/9 75/10 75/21 79/20 79/21
80/7 90/19 92/6 92/8 92/9 92/15
95/17 95/18 95/19
**didn't [7]** 10/3 23/4 26/7 35/1
51/6 68/21 81/17
**difference [3]** 13/16 82/21 86/25
**different [19]** 12/19 13/4 29/24
46/21 63/8 63/9 63/9 76/7 76/8
79/16 85/10 85/16 85/21 86/3 86/5
94/13 94/15 98/1 99/18
**difficult [1]** 82/2
**digits [1]** 96/8
**direct [17]** 3/6 3/8 3/11 5/24
15/12 18/1 48/9 62/7 75/23 77/2
80/22 82/5 83/7 84/8 85/14 93/10
95/25
**directing [17]** 76/10 78/15 79/9
80/10 81/8 85/3 85/23 87/15 88/4
88/22 89/9 89/21 90/22 94/6 97/15
97/16 98/11
**directly [1]** 81/21
**discuss [5]** 28/4 59/25 65/1 99/24
100/5
**discussed [2]** 47/16 83/21
**display [2]** 91/7 91/8
**disputing [1]** 16/25
**dissidents [1]** 11/23
**distribute [1]** 10/23
**DISTRICT [5]** 1/1 1/1 1/10 2/7
8/22
**districts [1]** 63/9
**DNS [4]** 5/14 5/17 68/19 73/24
**do [165]**
**document [80]** 8/15 21/1 21/24
22/15 22/16 22/17 23/10 23/21
23/23 24/3 24/4 24/22 27/14 27/15
27/20 27/20 29/2 30/3 31/6 31/9
32/3 32/5 32/22 32/23 32/25 34/8
34/20 34/25 35/22 35/24 35/25
36/14 36/15 36/17 36/18 36/19
36/21 37/9 37/11 38/6 38/19 38/22
40/3 40/13 43/25 44/5 44/20 44/21

45/7 45/8 45/12 45/18 45/22 45/25
53/18 54/6 54/8 54/25 55/5 56/17
57/9 57/17 57/21 57/23 71/2 74/19
74/22 77/4 77/10 77/11 77/14
77/18 78/4 94/24 98/23
**documents [40]** 6/8 20/11 20/13
20/15 20/22 21/10 21/20 21/22
22/8 23/19 23/25 25/15 25/25
26/22 28/8 28/10 32/19 34/8 36/22
39/8 40/5 40/6 40/9 40/11 41/10
41/24 42/12 43/5 43/23 45/9 49/21
49/24 49/24 50/5 50/13 53/2 64/12
69/17 69/20 75/25
**does [41]** 6/6 13/2 15/24 22/5
23/21 30/10 36/6 36/19 44/17
44/17 45/15 45/24 56/23 56/25
57/3 57/4 57/5 57/5 57/13 57/17
58/2 58/5 67/5 75/6 75/18 76/7
76/13 78/16 82/20 86/17 87/4
93/21 98/1 98/3 98/11 98/14 98/25
99/5 99/7 99/9 99/10
**doesn't [2]** 70/11 78/21
**doing [7]** 15/19 17/8 24/22 26/2
60/16 71/5 71/23
**DOJ [2]** 1/16 1/19
**DOJ-CRM [1]** 1/19
**DOJ-USAO [1]** 1/16
**domain [4]** 68/10 68/24 73/9 73/25
**don't [46]** 4/11 4/11 4/14 5/23
5/23 6/7 7/2 9/1 9/4 10/24 11/7
11/11 11/16 11/19 11/21 12/12
16/4 16/7 16/15 25/18 25/24 27/23
28/16 40/14 58/25 59/24 59/25
60/1 61/13 68/3 68/5 72/11 74/8
83/16 84/4 87/5 87/12 89/25 90/5
90/7 97/12 99/23 99/24 99/25
100/1 100/5
**done [5]** 20/2 64/10 81/4 85/21
97/11
**door [1]** 8/9
**down [15]** 15/12 15/14 16/10 74/22
79/5 79/12 80/22 82/8 89/16 89/24
91/17 94/20 94/22 98/14 99/10
**draw [1]** 80/8
**drawn [1]** 17/8
**drawn-out [1]** 17/8
**Drive [1]** 44/7
**dropped [1]** 96/9
**dual [1]** 19/13
**during [1]** 4/10
**dust [1]** 91/20

**E**

**each [3]** 19/17 45/18 65/17
**earlier [4]** 16/6 79/11 83/21
85/19
**early [1]** 60/19
**easier [5]** 69/3 81/1 81/6 87/13
96/13
**eastern [1]** 62/14
**easy [1]** 29/19
**ECF5DPPFFHIM3FAW.onion [1]** 84/15
**echo [2]** 92/14 92/16
**economist [1]** 19/7
**edits [1]** 46/25
**efficiency [1]** 28/16
**efficient [2]** 28/6 73/3
**efficiently [1]** 35/23
**effort [1]** 30/8
**efforts [1]** 14/6
**eight [1]** 64/6
**either [5]** 4/7 14/3 17/5 31/16
73/15
**EKELAND [14]** 2/2 2/3 3/3 3/6 3/9
4/17 17/1 46/8 58/10 61/17 69/14
69/23 70/24 71/23
**electronic [1]** 84/8
**else [7]** 12/15 17/24 23/22 30/9
35/16 86/24 100/8
**elsewhere [1]** 73/8
**email [8]** 14/20 14/24 25/18 52/13

91/9 93/25 95/14 98/19
**emails [2]** 20/22 27/6 64/14
**emoji [1]** 81/4
**employers [1]** 5/10
**employment [1]** 19/6
**encryption [1]** 89/17
**end [6]** 17/16 41/6 74/6 86/19
90/3 90/4
**enforcement [9]** 4/23 4/25 5/3 5/6
5/9 7/15 13/22 14/17 92/25
**England [2]** 29/19 98/21
**English [35]** 18/25 19/4 19/5
19/20 20/14 21/2 21/2 21/5 21/7
21/11 21/15 21/18 21/18 21/21
21/23 22/7 22/17 33/6 35/8 35/18
36/3 36/7 45/16 45/25 49/17 50/3
50/20 50/23 51/25 53/3 53/6 56/1
56/24 57/6 58/3
**enough [1]** 71/25
**ensure [1]** 14/2
**entering [1]** 44/13
**entire [4]** 67/13 71/2 77/18 81/16
**entirely [1]** 25/9
**entities [1]** 11/19
**entitled [1]** 101/5
**error [1]** 29/21
**especially [2]** 63/7 64/25
**establish [3]** 8/22 67/3 68/4
**established [1]** 67/25
**establishing [2]** 69/18 72/21
**estimate [1]** 89/19
**et [1]** 84/16
**even [3]** 81/2 81/20 85/11
**ever [8]** 4/25 5/3 5/6 5/9 6/7
47/15 82/23 82/24
**every [1]** 98/24
**everyone [2]** 17/24 60/21
**everything [3]** 47/14 47/20 70/14
**evidence [43]** 13/19 14/3 16/25
24/25 25/4 25/8 25/11 25/16 25/18
25/19 25/21 25/25 26/1 26/2 26/4
26/5 26/17 26/22 27/7 27/22 30/20
30/21 31/1 31/6 31/17 31/18 31/22
45/1 63/17 64/11 68/2 68/11 68/15
68/18 69/5 69/6 72/14 72/23 73/6
73/7 73/8 73/10 78/4
**evidentiary [2]** 27/21 70/7
**exactly [1]** 81/19
**examination [16]** 3/3 3/4 3/6 3/6
3/8 3/9 3/11 4/18 12/3 18/1 26/19
46/8 46/10 48/9 58/11 62/7
**examine [1]** 16/23
**example [9]** 14/21 23/9 23/13
29/19 33/4 35/14 50/19 72/5 82/4
**examples [1]** 32/25
**exception [5]** 70/13 72/23 73/15
73/18 74/1
**exchange [1]** 83/17
**exchanges [2]** 64/8 83/16
**excused [3]** 16/16 48/2 58/21
**executed [1]** 79/23
**exhibit [85]** 3/15 3/18 15/8 15/11
22/1 22/3 22/22 23/3 23/16 27/25
31/21 32/2 32/2 32/14 32/17 33/9
33/12 33/15 34/6 34/12 34/14
36/11 36/12 36/25 37/5 37/13
37/22 37/24 37/25 38/14 39/4 39/6
39/16 39/19 41/20 42/11 42/13
42/19 42/21 42/25 43/2 43/3 43/8
43/9 43/19 43/21 44/10 45/5 46/7
50/8 51/14 52/8 52/25 53/8 54/3
54/5 54/22 55/15 61/11 65/22
74/13 74/17 75/17 75/18 77/2
77/19 78/16 79/10 79/24 80/8
85/15 88/9 88/22 90/22 90/23 93/8
93/10 94/16 94/17 94/22 97/10
97/20 98/11 99/2 99/5
**Exhibit 1 [1]** 15/8
**Exhibit 117C [1]** 34/6 34/12
**Exhibit 119A [2]** 42/11 42/21
**Exhibit 119C [1]** 42/13
**Exhibit 12 [3]** 74/17 90/22 90/23

**E**

Exhibit 120A [3]   32/17 33/9 33/12
Exhibit 121A [1]   23/16
Exhibit 13 [4]   75/17 79/10 79/24
85/15
Exhibit 17 [1]   65/22
Exhibit 34A [1]   93/10
Exhibit 431A [1]   54/5
Exhibit 507 [2]   32/2 32/2
Exhibit 5167738 [1]   88/22
Exhibit 520 [2]   43/2 43/3
Exhibit 520B [2]   43/8 43/9
Exhibit 709 [1]   50/8
Exhibit 710 [3]   36/11 36/12 36/25
Exhibit 711A [1]   37/13
Exhibit 712 [2]   37/24 37/25
Exhibit 714 [2]   39/6 39/16
Exhibit 801 [1]   97/20
Exhibit 802 [1]   98/11
Exhibit 803 [2]   99/2 99/5
Exhibit 818 [1]   44/10
Exhibit 818A [1]   43/21
Exhibit 862 [1]   53/8
Exhibit 864 [3]   22/1 22/3 22/22
Exhibit number [2]   77/2 77/19
exhibits [53]   3/12 3/13 3/13 3/14
3/14 3/15 3/16 3/16 3/17 3/17
3/18 3/19 3/19 3/20 3/20 3/21
3/21 3/22 3/22 3/23 3/23 3/24
3/24 3/25 6/1 15/7 23/1 23/5
28/18 31/15 65/21 65/24 66/6
66/11 67/13 72/15 73/2 74/10
74/12 92/4 92/19 92/24 93/3 93/6
96/1 96/5 96/15 96/22 96/25 97/3
97/5 97/9 97/11
existence [2]   10/25 13/18
expect [1]   94/14
experience [6]   8/2 8/13 10/14
63/15 63/23 64/4
experienced [2]   8/2 89/6
expertise [1]   18/13
explain [9]   27/12 27/13 27/25
35/17 46/16 72/3 72/6 72/7 86/17
exploring [2]   8/14 8/15
expression [1]   29/23
extent [3]   16/2 27/12 70/2
extremely [1]   70/24

**F**

face [1]   97/23
Facebook [1]   11/8
fact [2]   67/4 67/17
fair [2]   92/24 96/22
fairly [2]   36/14 66/8
fake [1]   85/9
Falco [1]   29/4
familiar [6]   6/13 12/19 12/21
62/15 75/12 84/19
familiarize [1]   64/10
far [4]   63/12 63/25 64/4 83/1
FBI [9]   18/11 19/9 19/10 19/15
46/18 48/18 48/19 49/15 49/18
feature [1]   87/23
February [6]   1/5 81/10 83/10 85/5
88/24 101/10
February 15th [1]   88/24
February 26th [1]   85/5
February 8th [1]   81/10
February 9th [1]   83/10
few [3]   56/2 80/9 99/15
field [1]   98/24
fields [1]   98/14
figure [2]   30/12 59/3
file [6]   44/4 44/5 44/6 44/6 44/8
44/11
final [4]   21/14 21/18 47/14 57/16
finalization [1]   46/20
finalizer [8]   20/7 20/10 20/12
23/20 46/14 46/16 46/24 46/25
finally [2]   26/5 30/10
financial [1]   64/14

**find [6]**   70/12 82/2 84/6 84/16
finding [2]   73/17 81/3
findings [1]   71/8
fine [6]   17/12 26/16 59/19 60/23
60/25 71/19
finger [1]   91/5
finishing [1]   96/16
first [25]   8/12 18/9 20/6 46/20
48/14 62/10 63/22 64/21 65/21
75/1 75/12 80/23 84/6 85/12 85/24
89/1 90/2 90/4 91/1 91/2 94/21
94/23 94/24 94/25 98/20
fixed [1]   12/24
flee [1]   14/3
Floor [1]   2/4
fluent [2]   18/15 20/20
fog [43]   8/21 15/24 47/5 47/12
47/16 62/15 63/3 64/17 64/21
64/22 66/20 68/10 68/12 72/22
73/9 75/9 75/9 75/16 76/20 76/25
77/9 77/23 78/14 78/17 79/1 80/6
85/9 86/6 88/7 88/11 88/16 90/13
91/16 91/21 92/4 92/5 92/7 93/18
93/22 93/23 94/9 95/1 95/6
Fog's [1]   64/19
FOGCORE5N30V3TUI.onion [4]   79/4
79/7 84/18 85/13
FOGCORE5N30V3TUI.onion [1]   95/12
FOGGEDDRIZTRCAR2.onion [1]   79/17
followed [1]   80/16
following [1]   80/23
follows [1]   45/21
fond [1]   71/23
forced [1]   84/2
foregoing [1]   101/4
forget [1]   4/11
forgot [1]   82/13
format [4]   76/3 80/15 93/14 94/10
Former [1]   62/23
formulation [1]   78/22
forth [2]   56/18 57/14
forum [7]   64/22 64/23 64/24 65/8
65/18 69/24 75/21
found [2]   19/17 19/21
foundation [17]   8/12 8/16 68/3
69/13 69/15 70/4 70/7 70/10 71/11
71/15 71/18 72/4 72/13 72/17
72/19 72/25 73/23
foundational [2]   67/3 67/3
fraction [1]   87/2
frame [1]   79/21
frankly [2]   12/10 27/10
free [2]   71/20 72/2
Freenet [1]   95/1
Friday [1]   60/18
friends [1]   5/7
front [4]   65/20 69/15 70/11 72/23
full [4]   18/8 19/7 85/7 89/1
fully [2]   61/9 61/10
fulsome [2]   72/20 73/23
funds [1]   84/2
funeral [1]   60/18
further [10]   11/25 15/14 16/9
47/22 47/24 58/18 72/25 89/24
91/3 91/17
future [1]   28/6

**G**

general [2]   63/16 64/9
generally [5]   8/15 10/16 12/24
65/13 76/24
gentlemen [1]   18/8
geographic [1]   98/21
Georgetown [1]   19/2
get [11]   4/14 8/12 15/4 59/2 61/2
63/8 68/23 69/15 69/16 70/3 83/21
gets [1]   83/1
getting [1]   69/21
give [2]   81/1 59/17
given [7]   23/19 23/23 23/25 58/15
67/17 98/17 99/18

**go [24]**   4/13 15/20 19/16 27/13
28/21 29/24 33/19 34/17 36/5
40/16 41/2 44/4 46/22 60/15 64/25
65/1 66/15 74/4 74/8 75/18 78/23
90/10 99/8 99/22
goal [1]   21/6
goes [4]   45/19 46/19 66/21 94/20
going [22]   15/14 25/6 26/13 27/7
27/14 27/19 28/5 28/12 65/7 67/8
69/16 71/10 71/18 72/5 73/1 73/10
74/4 77/10 79/10 80/8 87/6 90/18
gold [1]   91/19
good [25]   4/12 4/20 4/21 12/5
12/6 18/3 18/4 18/6 26/21 46/12
46/13 48/11 48/12 48/15 58/13
58/14 60/9 62/9 82/14 82/15 82/19
87/14 88/19 97/13 99/20
Google [1]   44/6
got [3]   66/19 67/10 79/5
gotten [1]   66/24
government [92]   3/13 3/13 3/14
3/14 3/15 3/15 3/16 3/16 3/17
3/17 3/18 3/18 3/19 3/19 3/20
3/20 3/21 3/21 3/22 3/22 3/23
3/23 3/24 3/24 3/25 4/4 4/6 13/17
15/6 15/8 16/12 21/25 22/3 22/22
23/15 25/6 27/12 27/24 31/15 32/2
32/16 33/9 33/11 34/5 34/11 36/11
36/12 36/25 37/13 37/24 37/25
39/6 39/16 42/11 42/13 42/19
42/21 43/2 43/3 43/8 43/9 43/21
44/10 48/3 50/8 53/8 54/5 60/23
61/25 62/2 66/11 66/22 67/17
67/25 68/7 71/7 71/15 72/5 72/12
72/15 72/17 74/9 74/9 74/13 74/17
77/2 77/19 93/2 96/18 96/23 96/25
97/17
government's [1]   67/18
Gox [3]   82/19 82/22 83/2
graduate [1]   18/23
granted [13]   37/21 38/13 39/18
41/19 42/8 43/18 46/6 52/7 52/24
54/2 54/21 55/14 74/11
green [3]   21/8 21/13 22/16
grew [4]   18/14 18/16 18/17 49/2
grounds [2]   28/18 78/7
group [1]   63/15
grouping [1]   91/19
grow [2]   18/13 49/1
guess [2]   83/23 87/9

**H**

hackers [1]   88/19
had [21]   7/14 15/16 19/5 19/16
20/15 26/14 36/22 40/3 41/11 47/6
47/6 47/11 53/6 56/17 63/1 63/2
63/15 69/23 71/9 89/2 89/16
hall [1]   100/2
hand [1]   84/5
hands [1]   82/25
handwriting [2]   30/7 30/13
handwritten [4]   22/22 23/23 23/25
30/3
happened [2]   63/11 87/9
happy [4]   8/18 14/21 40/16 67/2
harmful [1]   67/23
has [31]   8/13 11/8 11/10 11/12
11/15 11/17 14/12 15/8 22/2 33/12
33/22 33/24 46/22 60/12 60/17
60/19 61/6 61/19 64/10 66/21
67/25 68/3 68/10 68/15 68/17
72/12 72/19 77/3 80/5 85/8 89/3
hasn't [3]   68/4 72/17 82/3
HASSARD [1]   2/2
have [115]
haven't [6]   11/16 27/6 40/12 68/1
68/18 72/13
having [2]   61/5 81/5
he [17]   7/1 8/13 8/14 8/17 9/7
9/8 10/4 20/20 40/1 60/18 60/18
63/1 72/22 73/13 82/18 82/21 87/5
hear [3]   10/3 23/4 26/7

**H**

heard [8]   7/18 7/20 7/23 11/24
 30/2 40/12 70/15 82/15
hearing [2]   68/17 73/8
hearings [2]   70/15 73/22
hearsay [11]   67/8 67/11 67/14
 69/4 70/14 71/1 72/11 72/16 72/22
 73/15 74/1
held [3]   16/18 39/24 66/17
hello [1]   48/13
help [3]   21/12 81/25 88/19
helped [1]   29/2
helpful [1]   21/10
helping [1]   81/3
helps [1]   47/7
here [33]   8/11 15/15 15/19 19/3
 30/20 35/19 44/12 50/15 59/24
 60/13 63/11 64/17 69/15 72/11
 72/14 73/1 74/23 75/25 77/22
 78/15 79/13 79/16 79/24 81/13
 82/21 85/12 85/17 87/4 90/23 91/1
 94/24 98/17 99/18
hidden [6]   84/19 84/22 84/24 85/9
 87/14 95/3
hide [1]   83/25
highest [2]   90/13 90/17
highlight [4]   21/7 21/11 21/14
 21/17
highlighter [1]   50/17
highlighting [3]   21/13 23/13
 26/14
highlights [4]   22/16 32/24 33/1
 33/3
him [4]   9/6 20/22 62/25 68/10
his [5]   5/4 6/23 9/9 9/22 72/20
Homeland [1]   64/1
Honor [73]   4/4 4/5 8/9 8/18 9/11
 11/25 12/2 16/13 16/17 16/19
 17/15 22/21 22/24 23/4 24/17
 25/12 26/10 26/12 27/5 27/17
 31/14 32/11 34/22 36/24 37/2
 39/22 40/1 40/9 40/16 40/24 42/7
 42/20 44/23 45/2 46/4 46/9 47/17
 48/1 48/5 51/2 51/12 52/6 54/1
 55/21 58/9 58/24 59/3 59/21 59/22
 60/13 60/24 61/3 61/22 66/14
 66/25 67/21 68/23 69/11 69/20
 70/6 71/9 72/19 73/11 73/21 78/1
 78/18 78/20 93/5 97/6 97/8 99/20
 100/10 100/11
HONORABLE [1]   1/9
host [1]   27/1
hosted [2]   6/21 12/14
hosting [2]   6/19 89/15
hotel [1]   29/7
Hotmail [2]   96/20 96/21
hotmail.com [9]   91/10 94/2 95/16
 95/17 98/4 98/5 98/10 98/19 99/16
hours [1]   89/20
how [23]   10/24 15/24 18/5 21/4
 29/21 35/21 36/9 40/14 63/19
 63/19 64/9 64/21 66/23 67/1 76/8
 78/10 81/19 82/20 87/4 92/4 92/9
 93/21 95/6
However [1]   16/22
HTTP: [9]   79/4 79/7 84/14 84/15
 84/15 84/18 85/13 95/5 95/12
HTTP://ECF5DPPFFHIM3FAW.onion [1]
 84/15
HTTP://FOGCORE5N3OV3TUI.onion [4]
 79/4 79/7 84/18 85/13
HTTP://FOGCORE5N3OV3TUI.onion [1]
 95/12
HTTP://IDG2WIOIMYJAEKIH.onion [1]
 84/14
HTTP://KFDRUA2BJBZ7H243.onion [1]
 84/15
HTTP://T.CO/REKk2Xih [1]   95/5
huh [1]   8/3

**I**

I interrupted [1]   26/19
I'd [9]   28/6 74/16 75/17 75/23
 77/2 82/5 83/7 85/14 95/25
I'm [7]   9/3 10/3 15/23 50/9 68/21
 92/15 99/8
idea [2]   71/9 82/15
identify [1]   41/3
identifying [4]   91/23 94/3 98/18
 99/17
identity [1]   90/6
IDG2WIOIMYJAEKIH.onion [1]   84/14
IL [1]   30/10
illegible [3]   30/11 30/16 30/17
image [1]   91/18
immediate [1]   35/1
immigrated [1]   63/21
impeach [1]   16/24
impersonated [2]   84/25 85/1
implemented [1]   81/7
implies [4]   29/14 29/15 29/25
 30/2
important [2]   46/25 85/8
imposters [1]   75/10
impostor [2]   75/6 75/8
improper [2]   72/3 72/4
inaccessible [1]   89/18
included [1]   14/10 86/7 86/10
inconvenience [1]   89/19
incorporate [1]   20/23
incorporated [1]   50/24
indented [1]   90/4
independent [1]   5/11
indicate [4]   22/17 29/13 29/17
 29/20
indicated [1]   40/25
indicating [2]   23/13 68/9
individual [1]   69/4
individuals [2]   6/20 77/24
indulgence [4]   46/3 58/8 58/24
 59/18
inefficient [3]   70/24 71/3 71/3
information [29]   7/15 14/7 14/10
 14/11 14/12 14/15 14/16 15/4 47/6
 65/16 80/4 84/2 87/10 88/2 89/5
 89/14 89/15 90/10 90/25 91/22
 91/23 92/12 94/3 98/12 98/17
 98/18 99/3 99/5 99/17
inside [1]   82/10
instance [3]   29/19 29/25 95/22
instead [1]   12/25
interests [1]   26/25
international [1]   19/7 19/8
internet [1]   76/9
interrupted [1]   26/19
interviewed [1]   5/1
interviewing [3]   5/3 5/6 5/9
introduce [16]   16/24 18/7 22/22
 24/18 29/16 31/15 33/11 34/11
 36/25 38/11 42/20 43/16 44/22
 62/9 70/4 74/3
introduced [2]   29/13 29/15
introducing [1]   16/22
investigation [14]   5/13 9/19 9/24
 13/12 13/14 13/19 13/21
 62/13 62/15 62/17 62/19 63/5
 63/13
investigations [5]   63/6 63/16
 63/16 63/24 64/5
investigators [1]   14/23
involve [1]   20/1
involved [1]   88/16
involvement [1]   14/4
IP [3]   14/18 65/16 87/7
irrelevant [1]   67/12
irrigation [5]   35/24 36/1 36/4
 36/7 36/8
irrigatsen [2]   36/9 36/10
IRS [1]   62/13
is [477]
is cumulative [1]   78/3

**J**

isn't [1]   91/25
issuance [3]   15/11 15/18 25/5
 61/14
issued [1]   95/23
issues [5]   7/22 27/13 70/25 71/25
 89/3
issuing [1]   8/4
it [257]
italics [1]   53/5
its [7]   16/12 44/6 47/2 48/3
 61/25 71/15 99/1
itself [2]   73/25 78/4

**J**

jail [1]   90/10
January [1]   91/12
Japan [1]   82/25
Jeffrey [1]   1/18
job [1]   47/8
joined [1]   13/11
joke [1]   90/14
JUDGE [2]   1/10 72/2
jumped [1]   36/1
jumps [1]   36/1
June [3]   86/14 89/23 97/25
June 14th [1]   86/14
juror [3]   60/12 60/17 60/20
jury [47]   1/9 4/3 4/11 4/15 4/17
 7/10 15/10 15/20 17/23 18/8 23/2
 23/6 23/8 23/12 25/1 25/4 25/9
 26/20 27/8 27/11 27/15 27/25
 28/13 28/19 28/22 33/3 46/16
 48/13 60/4 61/1 61/2 61/24 62/10
 69/6 69/7 69/15 70/11 72/24 74/12
 76/19 79/3 79/15 80/2 91/4 93/7
 95/13 100/3
jury's [2]   71/5 73/4
just [79]   4/7 4/8 4/10 4/22 5/24
 6/4 7/10 9/5 10/3 11/3 11/19 15/5
 17/3 17/8 21/18 23/4 24/22 25/13
 25/17 26/2 26/7 27/5 27/10 27/17
 27/18 28/6 28/16 28/19 29/22
 30/19 32/23 33/3 34/8 36/3 36/18
 38/7 38/22 40/1 40/2 44/4 44/21
 46/9 46/16 49/24 50/1 59/17 60/21
 61/7 61/16 63/1 63/2 63/14 66/15
 66/22 67/3 67/13 69/3 69/14 69/17
 71/2 71/17 72/1 72/9 72/10 74/7
 76/18 77/21 80/5 81/23 83/25 88/5
 90/14 91/3 94/16 95/10 96/7 96/16
 99/17 100/5
JUSTICE [2]   1/13 1/20
justifies [1]   74/1

**K**

K-R-U-L-I-K-O-W-S-K-I [1]   18/11
keep [5]   4/11 15/14 49/12 60/19
 87/7
keeping [1]   84/4
KFDRUA2BJBZ7H243.onion [1]   84/15
kid [1]   63/22
kids [1]   18/18
Killdozer [3]   66/22 70/5 75/3
Killdozer's [1]   70/3
kind [6]   13/5 14/13 64/24 70/25
 90/25 91/20
Kingdom [3]   18/22 18/24 98/21
know [29]   4/25 6/4 9/14 9/16
 10/24 11/3 11/11 11/13 11/16
 12/10 14/21 27/24 28/4 30/15
 32/21 40/14 40/19 47/4 59/1 61/1
 61/17 69/7 69/12 71/6 71/6 75/8
 82/25 87/5 95/6
knowledge [10]   8/14 11/3 12/7
 12/13 13/5 13/8 13/20 63/20 82/3
 88/20
knowledgeable [1]   8/17
Krulikowski [4]   3/5 17/18 18/10
 59/11
Kunnikov [1]   98/20
KYC [2]   6/13 9/22

**L**

Lab [1]  11/4
lack [1]  71/14
ladies [1]  18/8
laid [8]  70/7 70/9 70/11 71/19
  72/13 72/18 72/19 73/23
Lancaster [1]  18/24
language [9]  18/15 18/17 19/4
  19/17 20/4 22/5 22/6 48/21 63/22
languages [3]  19/13 19/22 20/16
large [1]  72/14
largely [1]  76/9
last [10]  10/3 18/9 40/10 48/14
  62/10 75/5 79/25 80/1 82/8 98/20
lately [1]  89/3
later [7]  16/1 31/23 40/24 41/4
  71/19 85/21 85/22
Latvia [1]  63/21
launch [6]  64/19 64/21 76/25
  77/23 92/4 92/5
launched [2]  15/25 93/22
launder [2]  86/25 87/6
laundering [2]  86/23 88/1
Laundry [1]  86/24
law [15]  2/3 4/23 4/25 5/3 5/6
  5/9 7/14 13/22 14/16 82/24 87/12
  88/1 88/3 90/16 92/25
laws [1]  88/2
lay [7]  8/12 8/16 67/2 69/13 70/3
  71/11 72/6
layer [1]  20/6
layered [1]  20/5
leading [6]  73/24 78/3 78/6 78/19
  78/22 78/22
leads [1]  85/10
learned [2]  9/19 9/24 10/5
least [3]  67/19 68/13 72/24
leave [4]  21/2 21/5 60/19 63/10
leaves [1]  60/11
leaving [2]  58/25 82/14
left [3]  12/12 21/18 63/1
legal [8]  7/14 64/13 65/8 66/2
  66/9 95/21 95/22 97/20
legitimate [2]  84/1 87/11
lengthy [1]  36/14
Leo [4]  3/10 62/2 62/3 62/11
let [17]  6/4 6/17 28/4 36/16 42/2
  42/19 43/2 43/8 50/16 51/22 52/10
  54/5 54/14 61/1 61/16 73/5 79/18
let's [12]  4/10 28/8 30/18 36/11
  39/10 41/5 56/16 57/1 59/23 60/1
  61/23 99/22
level [1]  77/21
life [1]  81/6
light [1]  60/21
like [34]  4/7 4/8 12/24 14/18
  17/4 17/7 21/7 26/14 28/6 29/19
  29/20 61/17 64/14 64/24 73/19
  74/16 75/17 75/23 77/2 77/17 79/9
  80/8 82/5 83/4 83/7 83/22 84/8
  85/14 88/18 90/25 92/13 93/10
  94/14 95/25
LINDSAY [3]  2/6 101/3 101/12
line [8]  14/8 27/1 76/18 80/24
  85/24 85/25 88/5 88/6
linguist [8]  18/11 19/14 21/12
  29/15 46/21 46/23 48/20 48/21
linguistic [1]  18/13
linguists [1]  20/1
link [7]  84/18 85/9 85/12 87/8
  95/2 95/3 95/6
list [1]  78/16
listed [6]  7/12 74/23 75/12 78/25
  91/1 91/13
little [10]  6/15 15/14 63/1 79/12
  83/21 89/24 90/11 91/3 91/17
  94/23
live [2]  19/11 81/23
LocalBitcoin [2]  9/17 9/20
LocalBitcoins [2]  9/14 9/16
localized [1]  88/18

location [2]  12/25 98/21
Locquant [1]  79/1
logs [7]  65/16 82/25 83/6 84/4
  87/7 87/11 88/2
long [3]  17/8 63/7 84/4
longterm [1]  13/1
look [43]  5/14 5/25 6/3 21/20
  23/15 31/8 31/11 32/16 34/5 37/8
  37/13 37/24 38/4 38/21 39/10
  39/21 40/17 41/2 42/10 42/13
  44/10 44/17 45/7 45/12 51/11
  51/16 52/16 53/16 54/24 55/4
  55/17 56/12 57/5 57/12 57/25
  64/11 64/12 65/21 76/7 85/24 88/5
  94/13 94/14
looked [4]  5/25 6/4 7/4 77/17
looking [18]  50/19 56/16 72/14
  77/6 77/14 79/11 79/18 79/24
  80/15 86/4 86/15 86/18 88/8 91/22
  92/10 96/16 97/2 98/17
looks [3]  76/8 76/9 94/14
lot [3]  81/5 83/25 89/2
loud [1]  18/7
luck [1]  87/14
lunch [6]  71/6 97/12 99/23 100/2
  100/5 100/12

**M**

M-I-R-O-F-F [1]  48/16
M247 [4]  6/11 6/16 6/17 6/19
ma'am [6]  18/3 18/12 19/6 23/8
  29/6 41/8
Machine [1]  77/13
Madam [1]  34/3
made [18]  65/17 65/17 67/19 67/25
  70/12 75/21 78/13 80/13 80/14
  80/19 81/3 81/11 81/22 83/10 84/3
  84/10 86/10 94/9
main [2]  8/21 88/8
mainly [1]  82/1
maintain [1]  30/19
majority [1]  10/14
make [20]  27/15 29/18 30/8 35/1
  40/4 50/2 50/23 59/9 65/3 70/17
  70/20 71/8 71/8 73/17 73/17 81/1
  81/6 83/24 97/2 98/25
makes [1]  70/18
making [3]  27/19 70/15 82/2
manner [2]  13/8 15/3
manually [2]  83/3 83/3
many [1]  13/4
March [1]  87/17
March 9th [1]  87/17
mark [2]  30/16 91/21
marked [2]  21/25 22/2
market [1]  88/21
master's [1]  49/9
match [1]  21/24
matter [7]  24/25 69/25 71/17
  88/15 90/8 90/8 101/5
matters [1]  59/9
Matthew [2]  3/12 62/23
may [25]  9/12 13/18 14/3 16/10
  16/12 17/17 17/21 20/1 23/2 23/6
  27/4 28/23 29/18 34/23 48/3 61/14
  68/14 69/3 74/12 75/8 93/7 96/1
  96/13 97/18 98/24
maybe [5]  68/7 68/22 91/3 94/23
  96/7
Mazarin [1]  71/13
Mazars [1]  71/13
me [30]  6/4 6/17 8/11 11/9 13/7
  17/12 24/25 28/4 36/16 42/2 42/19
  43/2 43/8 46/17 46/20 46/24 50/16
  51/22 52/10 54/5 54/14 59/17
  67/10 71/8 71/24 72/1 72/4 72/7
  73/5 79/19
mean [14]  10/16 13/3 24/21 24/22
  30/10 30/12 66/20 66/25 69/13
  72/22 73/1 73/3 81/5 86/17
mean he [1]  72/22
meaning [26]  22/19 24/14 32/8

  33/9 34/9 35/19 37/17 38/9 38/24
  39/7 43/9 44/12 44/14 44/18
  45/25 47/3 52/3 52/20 53/23 54/17
  55/10 56/4 56/14 57/7 57/19 58/6
means [7]  6/13 7/2 7/13 17/5
  35/23 44/13 98/7
mechanisms [1]  89/4
media [1]  64/24
members [1]  4/16
mentality [1]  83/1
mention [1]  26/21
mentioned [2]  29/25 36/1
message [15]  75/23 75/24 76/11
  76/13 76/15 79/10 79/11 85/23
  86/13 86/15 87/21 88/4 88/13
  88/25 89/21
messages [1]  65/17
messaging [1]  64/15
Miami [1]  13/9
MICHAEL [1]  2/2
Microsoft [10]  95/20 95/23 96/18
  96/20 96/21 96/23 97/21 97/23
  98/8 98/25
might [7]  15/18 47/9 85/16 89/2
  90/10 96/7 96/8
mind [1]  73/12
mindful [1]  73/4
minimum [1]  73/18
Miroff [9]  3/7 20/18 21/14 36/21
  36/22 48/4 48/6 48/15 59/13
mix [1]  83/25
mixed [1]  83/19
mixing [5]  64/8 77/1 83/22 83/23
  86/1
modified [2]  66/22 79/25
moment [2]  13/1 39/23
money [8]  44/7 44/13 64/7 83/2
  88/1 89/5 90/8 90/15
monitor [1]  89/4
months [4]  70/25 70/25 73/2 73/2
Moon [7]  6/10 6/18 6/21 6/23 7/4
  7/13 12/14
more [12]  8/15 12/9 18/15 27/5
  35/25 65/19 68/7 68/14 74/22 82/6
  89/8 95/22
morning [18]  1/7 4/20 4/21 12/5
  12/6 18/3 18/4 25/3 46/12 46/13
  48/11 48/12 48/15 58/13 58/14
  59/19 60/19 62/9
MOSS [1]  1/9
most [7]  10/12 14/12 17/9 26/12
  81/7 84/1 94/20
mostly [4]  18/19 22/5 22/6 99/18
mother [1]  5/4
motion [13]  37/21 38/13 39/18
  41/19 42/8 43/18 46/6 52/7 52/24
  54/2 54/21 55/14 74/11
move [33]  8/18 18/22 22/21 23/15
  24/17 30/18 31/14 32/10 33/11
  33/16 33/19 34/11 36/16 36/24
  37/19 38/11 39/1 39/16 41/17 42/6
  42/20 43/16 44/22 46/5 51/8 52/5
  52/22 53/25 54/19 55/12 56/5 57/1
  69/7
moved [1]  31/2
moves [5]  66/11 74/9 93/2 96/25
  97/17
moving [9]  6/9 10/8 24/24 25/3
  25/8 30/25 57/21 74/8 89/17
Mr [9]  3/3 3/4 3/6 3/6 3/8 3/9
  3/11 9/20 72/13
Mr. [50]  4/17 4/20 5/1 5/7 5/10
  6/23 8/20 9/14 9/25 10/6 12/5
  12/7 12/8 12/17 13/9 13/13 17/1
  17/4 17/7 21/14 34/2 36/21 41/3
  46/8 47/5 47/11 47/16 58/10 59/13
  59/17 60/13 61/17 67/19 67/22
  68/1 68/9 68/22 68/23 69/14 69/23
  69/23 70/20 70/24 71/13 71/23
  72/20 73/3 73/12 73/20 73/24
Mr. Brown [2]  70/20 73/20
Mr. Ekeland [9]  4/17 17/1 46/8

**M**

Mr. Ekeland... [6]   58/10 61/17
69/14 69/23 70/24 71/23
Mr. Miroff [3]   21/14 36/21 59/13
Mr. Pearlman [2]   17/4 59/17
Mr. Price [10]   4/20 8/20 9/14
12/5 12/7 12/17 34/2 68/22 68/23
69/23
Mr. Price's [1]   72/20
Mr. Scholl [1]   71/13
Mr. Sterlingov [18]   5/1 6/23 9/25
10/6 12/8 13/9 13/13 41/3 47/5
47/11 47/16 60/13 67/19 67/22
68/1 68/9 73/9 73/13
Mr. Sterlingov's [4]   5/7 5/10
17/7 73/24
Ms [1]   59/11
Ms. [3]   29/4 59/8 71/13
Ms. de [1]   29/4
Ms. Mazars [1]   71/13
Ms. Walkers' [1]   59/8
Mt [2]   82/18 83/2
Mt. [1]   82/22
Mt. Gox [1]   82/22
much [4]   64/11 85/21 87/13 94/15
multi [1]   20/5
multi-layered [1]   20/5
multiple [1]   20/1
my [29]   4/17 6/19 7/12 8/2 10/14
12/24 15/19 18/10 18/20 25/1 25/5
25/10 31/4 40/1 40/16 49/8 49/8
59/5 64/1 67/7 68/6 68/8 68/13
73/5 73/12 82/2 82/13 82/15 83/19

**N**

N.W [1]   1/16
name [19]   6/24 18/8 18/9 18/10
44/4 44/5 44/6 44/8 44/11 48/14
62/10 68/10 73/9 73/24 73/25 91/7
91/8 98/20 98/20
named [2]   11/20 20/17
names [1]   87/7
narrative [1]   78/5
NAT [1]   15/13
National [1]   8/5
nature [5]   10/15 14/5 14/19 26/15
77/21
Naval [1]   11/4
Navy [4]   10/20 10/22 11/1 11/5
necessary [2]   27/19 27/24
need [10]   8/12 8/16 31/24 33/17
37/7 71/23 72/3 72/6 73/17 96/1
needed [1]   59/1
needs [3]   27/12 27/12 60/18
NetFlow [6]   14/7 14/11 14/17
14/22 15/2 15/4
never [2]   82/23 87/24
new [4]   1/20 11/9 11/15 61/20
news [2]   11/13 85/8
next [21]   1/23 16/12 16/19 17/14
31/8 38/16 41/22 42/10 45/7 48/3
48/4 51/11 52/10 54/5 54/24 55/17
57/9 62/1 80/24 90/3 90/11
nice [1]   100/2
no [62]   1/4 6/7 7/18 8/11 8/11
8/11 8/24 8/25 11/3 11/25 12/16
13/4 13/7 14/25 16/9 16/13 16/14
23/3 31/21 31/24 33/15 33/17
34/14 37/5 37/7 37/22 38/14 39/4
39/19 41/20 42/25 44/9 44/25
47/22 47/24 48/1 52/8 52/25 58/9
58/18 67/10 67/10 67/10 70/7 71/9
71/22 71/22 71/22 72/13 72/16
78/20 81/6 81/24 86/25 91/25 93/5
94/5 94/14 94/20 97/8 100/10
100/11
nodes [1]   81/6
nonprofit [2]   10/22 10/24
Nordea [1]   54/8
normal [1]   87/7
Nos [12]   32/14 43/19 45/5 46/7

51/14 54/3 54/22 55/15 61/11
**not [91]**   4/4 5/2 5/5 5/8 15/1
7/18 7/20 7/23 8/2 11/5 11/9
11/13 11/18 12/10 12/16 13/11
13/17 13/22 14/2 14/25 16/21
16/22 17/23 21/5 21/17 21/21 25/9
25/20 26/2 26/18 27/2 27/8 27/18
27/20 27/22 28/6 29/18 30/7 31/18
40/3 40/3 40/4 40/7 40/18 40/20
44/9 50/18 51/4 51/5 51/7 58/17
58/18 59/1 59/13 59/14 60/13
61/20 63/6 63/11 64/7 67/22 67/23
68/15 68/23 69/2 71/25 72/5 72/23
75/7 75/10 78/21 78/22 81/7 81/20
81/25 82/2 83/19 83/24 83/25 84/5
84/16 85/1 90/4 90/8 90/14 94/5
94/19 96/6 96/13 98/24 98/25
noted [1]   71/21
nothing [3]   40/15 40/25 81/25
noticed [1]   89/2
notifying [1]   7/13
November [4]   15/23 15/23 80/1
80/12
November 11th [2]   15/23 15/23
November 15th [1]   80/1
now [36]   4/7 12/17 14/6 15/6 23/9
23/12 28/8 28/9 29/1 42/2 45/12
49/23 50/20 53/2 57/21 59/20
60/16 64/19 75/17 76/10 77/2
77/10 78/15 79/18 80/8 80/15 82/5
84/8 84/13 85/3 85/8 86/12 88/18
89/17 90/18 91/22
number [19]   45/7 66/15 66/18
67/15 77/2 77/19 78/15 80/8 80/10
80/11 81/8 82/5 83/7 84/14 85/3
96/3 96/6 96/10 96/12
NW [3]   1/14 1/20 2/8
NY [1]   2/4

**O**

object [8]   16/21 17/10 28/16
67/11 70/6 71/14 72/3 72/11
objecting [1]   16/22
objection [24]   16/8 22/23 22/25
24/19 26/1 27/11 40/14 47/17
47/21 66/13 67/8 67/14 69/5 71/2
72/1 72/7 74/5 78/1 78/2 78/18
93/4 93/5 97/7 97/8
objections [11]   26/6 26/8 27/18
27/19 27/21 28/2 28/3 28/9 28/17
28/21 71/21
objective [1]   87/22
obtained [4]   64/13 65/8 65/10
66/2
occurs [1]   24/25
October [7]   5/21 5/21 76/14 92/2
93/20 94/25 99/12
October 12th [1]   99/12
October 24th [1]   5/21
October 25th [2]   5/21 92/2
October 27 [1]   94/25
October 27th [2]   76/14 93/20
off [7]   13/18 14/2 17/22 60/21
83/1 96/9 99/4
off-shore [1]   83/1
offer [1]   26/5
offering [1]   25/17
official [5]   2/7 82/22 82/22
101/3 101/13
Oh [1]   82/21
okay [36]   4/10 6/2 6/5 6/9 17/10
17/24 23/12 23/21 24/2 24/6 25/22
26/16 27/11 30/22 30/25 31/4
35/14 36/3 41/5 44/4 47/14 50/7
51/1 58/18 58/25 59/7 59/16 60/14
61/7 61/17 65/23 72/8 74/5 78/8
92/19 96/4
Omedetou [36]   66/21 67/16 68/11
69/8 69/24 72/12 72/21 73/13
73/14 75/1 75/2 75/3 75/5 75/13
76/17 77/25 78/11 80/9 80/14

80/21 81/12 82/20 83/9 84/10 85/5
85/12 86/20 89/8 90/20 91/2 91/6
91/8 91/11 91/13 91/23 95/14
Omedetou's [4]   70/1 81/16 82/11
83/15
once [2]   46/18 88/19
one [40]   5/20 11/22 12/8 12/9
15/1 15/6 18/15 19/1 22/8 23/19
27/5 32/19 35/4 35/25 39/8 41/24
42/12 43/5 43/23 44/11 45/1 45/9
47/14 50/13 50/19 51/4 53/14
60/12 60/17 61/15 62/18 62/18
63/3 63/4 63/14 65/19 74/23 80/7
81/13 95/22
one-year [1]   19/1
ones [1]   84/16
onion [8]   10/16 11/8 11/10 11/12
11/15 11/17 79/12 80/6
online [1]   76/5
only [10]   12/13 13/7 49/25 81/4
82/16 83/22 84/16 84/18 87/25
90/8
open [2]   64/15 65/20
opened [1]   8/9
operating [3]   47/5 47/12 47/16
operational [1]   95/1
operations [1]   64/13
opinion [1]   40/7
opponent [5]   67/20 69/9 70/2
72/22 73/16
order [9]   19/18 20/5 70/8 71/10
71/14 71/17 89/15 94/19 94/20
organization [1]   11/6
organizations [2]   11/13 11/20
original [19]   21/7 21/17 21/23
21/23 22/16 24/15 29/11 30/4 30/6
30/23 33/12 41/11 44/5 44/8 45/15
50/22 53/3 53/6 85/12
originally [3]   21/21 66/23 68/9
other [25]   13/22 14/5 20/2 25/5
25/22 40/10 42/16 57/13 58/9
59/11 61/13 63/15 65/18 69/4
77/24 77/24 77/24 78/13 83/3
83/23 84/5 86/3 91/23 94/3 99/13
others [1]   20/1
otherwise [5]   16/24 16/24 28/4
44/18 73/1
our [21]   17/4 27/21 28/12 28/13
28/17 30/8 47/7 59/19 60/5 61/19
71/10 71/20 81/2 81/3 81/24 82/1
83/5 89/3 89/15 97/12 99/22
out [32]   14/13 15/16 15/21 17/8
21/12 26/23 26/24 30/12 36/2
40/17 40/23 59/3 59/24 60/4 70/8
79/3 79/15 80/2 80/5 82/18 83/3
85/19 85/25 86/12 86/22 91/5 92/6
94/6 94/24 95/10 95/13 100/3
outpost [1]   90/13
over [13]   17/8 40/10 46/21 62/20
62/24 63/4 63/8 63/11 63/13 64/9
70/22 71/6 81/5
overhear [1]   100/1
overrule [1]   74/5
overruled [3]   23/1 23/5 78/23
overt [3]   13/13 13/16 13/18
own [4]   6/24 64/1 65/3 84/17
owner [1]   94/3
owners [1]   82/22
owning [1]   90/7
owns [1]   96/21

**P**

p.m [2]   100/3 100/13
page [5]   1/23 29/5 29/5 34/17
70/1
paid [1]   6/23
paragraph [9]   35/2 84/12 85/7
89/1 90/2 90/3 90/4 90/4 90/11
parentheses [1]   86/20
parenthesis [1]   98/22
Paris [1]   29/20
part [4]   5/13 22/7 49/25 74/1

**P**

**partial [1]**  82/12
**particular [6]**  8/14 28/2 28/3 63/23 67/11 71/25
**parties [2]**  14/5 17/12
**partners [1]**  13/22
**parts [1]**  72/9
**party [6]**  67/20 69/9 70/2 72/22 73/15 90/10
**Pass [1]**  46/4
**passage [2]**  86/22 86/23
**password [1]**  90/6
**passwords [1]**  90/7
**past [2]**  60/1 89/7
**pay [2]**  83/3 86/23
**payment [1]**  68/19
**payments [1]**  83/24
**payouts [1]**  81/2
**PayPal [1]**  7/1
**Pearlman [5]**  1/18 3/6 3/8 17/4 59/17
**peer [4]**  9/17 9/17 9/25 9/25
**PELKER [1]**  1/13
**Pennsylvania [1]**  1/14
**people [5]**  64/25 85/11 90/10 90/14 90/15
**percent [1]**  40/4
**perception [2]**  68/6 68/8
**perform [1]**  47/7
**perhaps [1]**  81/24
**period [1]**  5/21
**periodically [1]**  78/12
**persisting [1]**  83/6
**person [2]**  9/25 68/12
**personal [2]**  90/9 91/23
**personally [2]**  65/4 87/24
**persons [1]**  14/14
**pertains [1]**  14/15
**ph [5]**  26/14 29/23 29/25 30/3 36/9
**phone [3]**  16/17 39/22 66/15
**phonetic [2]**  30/1 30/1
**phonetically [1]**  36/7
**phrases [7]**  17/9 56/9 56/13 56/17 56/23 57/13 57/16
**physical [3]**  12/19 13/2 13/5
**place [2]**  65/1 99/20
**Plaintiff [2]**  1/4 1/13
**please [24]**  9/1 15/7 17/20 18/9 38/4 39/6 41/22 48/8 48/14 53/16 62/5 62/9 81/24 82/10 84/12 84/13 85/11 87/20 88/12 88/12 88/16 88/25 89/12 94/7
**PLLC [1]**  2/3
**point [22]**  13/21 15/16 25/14 26/7 27/16 28/22 40/13 40/17 40/25 41/4 49/3 62/18 69/14 69/18 79/3 79/15 80/2 80/7 82/1 86/12 91/5 94/24
**pointed [2]**  80/5 85/19
**police [1]**  87/8
**political [1]**  11/23
**Ponzi [1]**  64/7
**pool [1]**  83/19
**portion [4]**  21/4 30/14 30/15 61/6
**portions [7]**  21/11 21/13 24/11 24/13 36/23 61/13 67/12
**position [3]**  25/7 62/12 67/18
**possible [5]**  11/11 29/6 90/13 90/16 90/17
**post [50]**  15/11 15/13 15/21 15/22 76/16 76/17 76/22 76/24 77/6 77/7 77/8 78/15 79/18 79/24 80/10 80/11 80/12 80/13 80/14 80/15 80/19 80/21 81/8 81/9 81/11 81/16 82/5 82/6 83/7 83/8 83/9 83/12 84/8 84/9 84/10 85/3 85/4 85/7 85/12 85/18 85/25 86/12 87/16 87/18 88/23 89/9 89/10 89/12 89/22 89/23
**posts [12]**  45/18 65/2 65/3 65/3

65/16 75/21 78/13 80/4 80/9 85/21
**potentially [1]**  14/5
**practice [2]**  8/1 10/5
**preliminarily [1]**  68/1
**preliminary [3]**  67/19 68/8 73/17
**prepared [1]**  70/3
**presented [2]**  72/13 73/7
**presenting [1]**  71/15
**preserve [2]**  26/6 26/8
**pretty [1]**  63/12
**prevent [1]**  89/15
**previous [3]**  6/15 22/15 80/19
**previously [10]**  21/7 31/5 31/16 31/20 33/12 33/22 55/20 77/3 86/25 94/17
**Price [12]**  3/2 4/20 8/20 9/14 12/5 12/7 12/17 34/2 62/23 68/22 68/23 69/23
**Price's [1]**  72/20
**primarily [11]**  14/2 14/18 15/5 38/2 41/25 43/6 43/25 45/10 51/19 54/10 55/2
**primary [4]**  13/23 13/23 20/6 68/4
**printed [1]**  24/1
**prior [1]**  59/14
**privacy [1]**  26/25
**private [1]**  10/24
**probably [4]**  26/21 81/7 83/1 86/24
**problem [3]**  82/24 88/15 88/18
**problematic [1]**  84/7
**problems [3]**  87/12 89/7 90/15
**procedure [1]**  47/7
**proceed [11]**  4/17 9/12 17/17 17/21 27/4 28/23 41/5 61/23 71/3 71/4 73/3
**proceeding [1]**  70/23
**proceedings [2]**  1/7 101/5
**process [9]**  20/4 46/18 65/9 66/2 66/9 89/17 95/21 95/23 97/20
**produced [7]**  67/1 69/18 76/1 76/3 79/19 94/10 95/20
**professional [1]**  8/2
**proffer [2]**  70/20 71/7
**program [1]**  8/5
**promoted [1]**  63/9
**proof [2]**  81/18 81/23
**proper [2]**  32/8 90/5
**proposed [1]**  46/25
**propriety [1]**  10/24
**prosecute [1]**  81/18
**prosecution [1]**  16/20
**prove [3]**  81/19 81/20 84/6
**provide [8]**  50/14 65/14 78/12 79/20 79/21 87/11 90/16 90/19
**provided [16]**  65/15 66/9 74/20 79/22 85/20 90/19 92/11 92/20 92/25 93/14 96/18 96/23 97/20 97/23 97/25 98/25
**provider [2]**  6/17 89/15
**provides [4]**  86/24 95/1 95/3 98/20
**provisionally [25]**  37/20 39/3 39/17 41/17 42/6 43/16 44/24 45/2 45/3 46/5 51/3 51/8 51/10 51/13 52/5 52/22 53/25 54/19 55/12 59/6 61/9 61/10 71/18 72/4 **public [3]**  10/23 65/16 87/25
**publicized [1]**  17/22
**publish [13]**  15/9 23/8 27/25 28/24 31/24 33/17 34/16 34/22 35/11 37/7 93/2 94/7 97/17
**published [13]**  23/2 23/6 25/1 27/8 28/12 28/19 28/22 69/5 69/6 74/12 77/3 85/12 93/7
**publishing [3]**  25/4 25/8 27/11
**pull [2]**  15/7 59/16
**purchase [1]**  83/18
**purchased [2]**  68/10 73/9
**purely [1]**  28/19
**purpose [1]**  61/18

**purposes [8]**  18/12 27/8 28/19 33/22 38/16 61/15 73/18
**pursuant [7]**  66/2 69/18 74/20 92/11 92/21 94/10 95/21
**put [10]**  4/8 30/8 33/6 40/19 67/8 68/17 68/18 71/7 72/4 73/3
**putting [3]**  44/7 44/13 44/13

**Q**

**qualified [3]**  19/13 19/17 19/21
**quality [4]**  20/5 20/8 20/8 46/23
**question [14]**  6/15 9/8 15/6 34/16 47/14 64/14 67/1 67/3 68/7 74/7 78/20 78/21 78/22 91/21
**questioning [1]**  14/8
**questions [12]**  9/5 11/25 16/9 26/25 47/22 47/24 57/12 58/9 58/10 58/19 69/14 78/19
**quick [2]**  61/3 66/15
**quickly [2]**  35/20 75/17
**quite [1]**  64/5
**quote [13]**  80/19 81/15 81/17 82/10 82/12 83/11 83/14 83/16 86/20 86/20 86/21 86/21 87/22
**quoted [3]**  82/10 86/22 86/23
**quotes [1]**  81/13

**R**

**R-O-V-E-N-S-K-Y [1]**  62/11
**raise [6]**  4/2 28/3 28/9 28/22 71/1 100/9
**RANDOLPH [1]**  1/9
**random [1]**  87/1
**randomizing [1]**  83/4
**rank [1]**  48/19
**Rather [1]**  59/23
**raw [1]**  21/4
**reached [2]**  4/6 16/21
**reacting [1]**  89/8
**reactivated [1]**  98/10
**read [33]**  15/12 15/17 24/21 30/14 47/15 47/15 47/20 63/17 63/19 65/2 69/22 69/23 76/18 77/18 80/23 81/15 82/10 82/11 83/14 84/12 85/7 85/25 86/22 87/20 88/12 88/12 89/1 89/12 90/2 90/11 95/9 95/10 98/22
**reading [3]**  19/17 69/21 79/6
**reads [2]**  91/21 95/5
**real [6]**  66/15 82/3 84/18 90/15 95/2 95/12
**reality [1]**  85/10
**really [5]**  70/23 71/2 71/3 75/10 82/1
**reason [8]**  8/3 8/21 9/6 11/7 11/21 16/14 84/5 85/16
**reasons [5]**  13/21 14/1 26/24 27/1 63/14
**recall [14]**  5/19 6/7 7/5 7/7 9/23 10/2 10/14 10/9 10/12 12/12 14/7 16/2 61/5 61/15
**received [5]**  7/14 44/6 49/8 64/2 89/14
**recent [1]**  94/20
**Recess [2]**  60/10 100/13
**recognize [52]**  22/11 23/16 24/2 24/4 32/2 32/16 32/18 34/5 36/11 36/17 37/8 37/14 37/25 38/4 38/17 38/21 39/7 39/10 39/21 41/9 42/2 42/11 42/14 42/15 43/2 43/21 45/8 45/13 50/11 51/17 51/23 52/10 52/17 53/8 54/6 54/14 54/24 55/4 55/18 56/6 57/1 57/21 57/25 65/24 66/1 76/10 77/4 77/6 77/10 92/19 96/15 96/17
**recollection [2]**  6/6 25/10
**record [15]**  4/8 17/13 28/11 28/17 30/19 40/19 61/7 67/8 69/22 70/18 71/21 72/9 73/19 74/2 101/5
**records [48]**  14/12 59/5 59/8 64/13 64/14 64/15 64/15 64/19 65/4 65/6 65/7 65/8 65/10 65/13

**R**

records... **[34]**   65/15 65/16 65/17
66/2 66/6 66/8 66/9 66/23 67/16
68/9 69/1 69/3 72/8 72/10 72/10
76/7 79/19 79/20 79/21 79/22
85/20 90/18 92/11 92/20 92/24
93/15 95/5 95/17 95/19 95/20
96/18 96/22 97/25 98/9
**recross [1]**   16/13
**redact [2]**   40/11 40/24
**redacted [1]**   27/2
**redaction [3]**   27/3 31/13 34/7
**redactions [7]**   24/5 24/6 26/23
32/22 32/24 42/15 42/16
**Reddit [1]**   64/24
**redirect [4]**   3/4 12/1 12/3 47/25
**reference [1]**   15/12
**referring [1]**   68/16
**reflect [1]**   57/17
**refresh [1]**   6/6
**regard [2]**   70/21 73/20
**regarding [2]**   86/1 99/1
**registered [4]**   92/1 92/2 99/11
99/12
**registration [5]**   5/17 65/15 68/20
68/24 73/25
**registrations [1]**   5/14
**reject [1]**   46/24
**relate [1]**   15/24
**related [3]**   28/1 47/9 82/3
**relation [2]**   8/20 68/18
**relationship [1]**   96/20
**relatively [1]**   53/10
**relevance [6]**   8/7 24/20 27/10
27/19 67/9 69/12
**rely [1]**   70/14
**relying [1]**   70/18
**remember [5]**   5/23 7/2 16/4 16/7
22/2
**remembering [1]**   82/18
**remind [5]**   7/10 33/3 59/24 95/13
99/24
**remitters [1]**   64/7
**renewals [1]**   5/20
**renewed [1]**   5/17
**rent [1]**   6/20
**rented [2]**   12/8 12/11
**renting [1]**   16/3
**replating [1]**   95/17
**reply [2]**   78/13 80/20
**report [1]**   98/24
**reportedly [1]**   85/11
**Reporter [4]**   2/6 2/7 101/3 101/13
**reports [2]**   64/12 64/12
**represent [1]**   66/8
**representations [1]**   99/1
**request [4]**   7/14 14/6 27/8 84/3
**requested [1]**   61/13
**require [1]**   88/3
**required [1]**   88/1
**research [3]**   11/4 60/1 99/25
**reserve [2]**   16/23 17/10
**reserving [2]**   27/18 28/17
**resolve [1]**   88/15
**respect [6]**   25/25 26/2 28/9 31/23
69/1 70/10
**respond [3]**   40/14 82/20 87/4
**responds [2]**   82/21 87/5
**response [16]**   8/5 65/10 65/14
66/9 66/24 67/1 76/1 79/20 81/16
81/19 82/11 83/11 83/15 83/20
86/21 87/24
**responses [2]**   82/9
**responsibility [3]**   20/8 47/1 47/2
**rest [1]**   30/16
**restore [1]**   90/5
**rests [1]**   82/17
**result [1]**   19/20
**returns [3]**   85/15 85/16 86/7
**reveal [1]**   84/2 90/9
revealing **[1]**   88/2
**reveals [1]**   18/6
**review [17]**   20/2 20/11 20/22
46/18 46/19 46/22 64/11 64/19
65/4 65/6 78/10 92/6 92/9 92/13
95/17 95/19 96/12
**reviewed [11]**   45/22 65/7 65/8
66/5 76/5 76/22 77/18 92/10 94/17
95/8 95/20
**reviewer [3]**   20/7 20/9 20/10
**reviewing [2]**   14/23 92/11
**right [43]**   4/16 6/11 6/21 9/12
16/10 16/23 17/10 17/11 17/21
19/16 27/23 32/12 36/24 46/6
47/25 48/2 58/10 58/20 60/5 60/7
60/9 60/17 61/1 61/21 61/23 61/25
67/5 71/14 73/12 74/4 74/11 74/16
78/6 79/4 79/16 80/3 82/15 93/6
97/3 99/22 100/4 100/8 100/12
**risk [1]**   84/17
**Road [1]**   84/6
**role [3]**   46/25 46/25 62/17
**ROMAN [1]**   1/6
**Romania [4]**   6/9 6/9 12/8 16/3
**Romanian [1]**   14/6
**Romanians [1]**   12/11
**Room [1]**   2/8
**Rovensky [16]**   3/10 62/2 62/3 62/9
62/11 65/19 74/16 75/24 78/10
78/25 84/19 85/15 94/8 95/13 96/7
97/15
**RPR [1]**   101/12
**rule [1]**   70/14
**rules [1]**   26/13
**run [4]**   6/10 6/16 83/16 84/1
**running [2]**   13/1 68/12
**Russian [41]**   18/16 18/21 19/12
19/20 20/13 20/24 21/2 22/6 23/10
25/11 25/16 34/8 35/6 35/17 35/18
36/1 36/6 38/2 41/25 43/6 43/25
44/8 44/11 44/12 44/13 45/10
45/15 45/19 45/20 45/25 46/1
48/22 49/23 50/1 59/10 61/5 61/6
61/15 63/17 63/18 63/19

**S**

**S-A-Y-Y-O-R-A [1]**   18/10
**S-E-R-G-E-I [1]**   48/15
**said [8]**   6/16 10/3 23/5 30/13
31/5 31/19 46/14 82/23
**same [31]**   5/25 13/3 37/16 38/8
38/23 39/13 41/14 42/17 43/13
44/18 45/24 52/2 52/19 53/22
54/16 55/9 56/4 56/14 56/16 57/7
57/12 57/19 58/5 70/1 76/7 76/9
77/8 88/8 94/13 99/18 99/19
**saw [12]**   22/15 24/16 32/23 34/8
34/20 34/25 35/25 36/18 38/7
38/22 44/21 68/16
**say [18]**   14/15 14/20 19/15 24/6
26/19 29/17 33/20 48/13 67/13
70/23 71/1 72/2 76/15 81/17 86/20
92/15 98/14 99/10
**saying [4]**   14/20 35/16 40/13
59/12
**says [4]**   29/6 35/12 44/12 97/3
**Sayyora [3]**   3/5 17/18 18/10
**scams [1]**   85/11
**scan [1]**   30/24
**scanned [3]**   23/21 23/23 23/25
**schemes [1]**   64/7
**scholarship [1]**   18/23
**Scholl [1]**   71/13
**school [5]**   18/19 18/24 18/25 49/5
49/7
**scope [1]**   47/23
**screen [6]**   15/18 17/22 74/17
96/12 97/15 97/16
**screens [1]**   23/9
**scroll [9]**   15/21 74/22 75/18
79/12 82/8 89/24 91/17 94/22
94/23
scrolling **[1]**   94/16
searched **[1]**   66/3
66/24 67/2 74/21 75/21 76/1 79/20
79/23 85/14 85/16 85/20 85/20
86/7 86/10 92/11 92/21 94/11
**searched [1]**   90/24
**seated [3]**   17/20 48/8 62/5
**second [7]**   8/11 46/23 61/12 75/2
82/8 85/7 87/20
**secondary [1]**   18/19
**seconds [1]**   59/17
**section [1]**   15/16
**secure [2]**   76/20 88/7
**security [6]**   8/5 64/1 82/17 89/4
90/8 90/9
**see [38]**   8/16 14/23 15/20 17/24
21/23 22/2 22/6 22/16 23/9 24/4
26/22 29/6 29/9 34/17 35/12 43/10
44/5 44/8 44/10 47/9 50/16 56/20
59/12 60/1 60/7 60/8 66/18 68/25
74/17 79/12 82/4 83/21 86/25
89/24 91/4 91/19 96/14 100/12
**seeing [1]**   6/7
**seek [1]**   61/14
**seeking [1]**   72/9
**seems [2]**   27/16 88/18
**seen [14]**   11/11 20/15 29/13 29/14
29/18 30/4 30/5 30/6 30/9 30/9
37/9 68/2 73/7 73/8
**seized [1]**   89/16
**selling [2]**   10/2 10/4
**send [1]**   20/23
**sending [1]**   14/20
**sense [2]**   29/18 35/1
**sentence [1]**   35/2
**sentences [4]**   56/9 56/13 56/17
56/23
**separate [2]**   25/9
**September [2]**   98/5 98/16
**September 14 [1]**   98/5
**Sergei [5]**   3/7 20/17 48/4 48/6
48/15
**series [1]**   73/23
**server [13]**   6/10 6/18 6/20 6/21
6/23 12/7 12/9 12/9 12/10 14/13
14/13 16/3 89/18
**servers [5]**   6/9 12/8 12/13 12/15
89/16
**service [27]**   6/10 6/17 7/13 9/17
15/3 15/5 63/1 63/10 64/14 77/1
78/13 78/14 78/17 79/1 81/25 82/1
82/14 82/16 83/5 83/17 86/2 86/24
87/1 87/6 87/10 87/11 90/16
**services [9]**   64/8 83/23 84/19
84/22 84/24 87/7 87/14 89/18 95/3
**set [1]**   82/8
**several [3]**   40/10 63/14 89/4
**shall [2]**   88/15 88/17
**shape [1]**   91/20
**shared [1]**   87/23
**she [2]**   47/20 59/9
**SHERRY [3]**   2/6 101/3 101/12
**shore [1]**   83/1
**Shormint [11]**   91/10 94/2 95/16
95/17 98/4 98/5 98/8 98/10 98/19
99/6 99/16
**short [4]**   30/1 35/20 35/23 53/10
**should [11]**   27/2 59/19 60/21
65/19 76/15 81/1 84/3 87/8 88/2
89/8 96/3
**shouldn't [1]**   9/9
**show [28]**   21/25 23/12 24/2 27/15
27/24 29/4 30/18 36/16 41/8 42/2
42/19 43/2 43/8 50/5 50/8 50/16
51/22 52/10 53/8 54/5 54/14 67/10
74/16 75/19 76/13 98/1 98/12 99/5
**showing [5]**   29/1 43/21 67/19 68/8
70/13
**shown [5]**   20/13 40/9 68/8 77/19
90/23
**shows [4]**   73/7 73/8 98/3 98/4
**shut [1]**   89/16

**S**

sic [4]   28/14 29/7 29/9 29/14
sics [1]   27/12
sides [1]   69/24
sign [1]   90/25
sign-up [1]   90/25
Silk [1]   84/6
similar [4]   36/7 36/9 69/22 83/16
similarly [1]   35/22
simply [5]   21/2 29/7 35/8 72/1
87/10
since [4]   81/21 82/2 84/4 90/6
single [1]   96/8
sir [16]   48/11 48/17 48/25 49/1
49/6 49/11 49/20 50/6 50/11 51/16
52/10 53/2 56/12 57/9 57/13 79/5
sit [3]   59/24 60/20 61/13
site [6]   11/8 11/10 11/12 11/15
11/17 14/18
sites [2]   10/14 10/16
sitting [1]   82/14
situation [1]   89/5
skipping [1]   99/17
slow [1]   79/5
smaller [1]   82/18
snapshot [1]   77/15
so [117]
social [1]   64/24
sold [1]   9/25
Solely [1]   61/18
some [35]   7/14 11/4 11/13 16/14
19/25 20/11 20/13 20/15 24/4 28/5
32/22 32/24 34/7 36/19 42/15
46/24 47/9 48/23 49/3 49/21 50/5
50/16 55/25 57/3 63/17 64/5 65/10
69/2 69/2 69/3 83/22 84/22 86/16
87/1 89/6
somebody [2]   13/2 14/20
someone [3]   21/20 85/8 86/24
something [12]   23/22 28/1 29/12
29/13 29/15 30/9 35/16 40/14
40/22 59/1 75/8 86/16
sometime [1]   16/4
sometimes [9]   19/24 20/2 20/4
20/9 20/10 26/21 29/17 53/2 63/10
sorry [9]   9/3 10/3 15/23 50/9
68/21 79/7 89/18 92/15 99/8
sort [9]   7/14 8/12 59/24 65/13
67/13 68/6 70/25 71/4 77/11
sorts [4]   14/16 26/24 65/6 95/19
sound [1]   36/7
sounded [1]   35/21
sounds [4]   17/12 36/9 60/9 61/17
source [18]   22/16 22/17 23/19
29/14 29/14 29/18 29/21 29/21
30/2 30/9 32/23 34/8 35/22 35/25
38/6 43/23 44/21 64/15
space [2]   6/20 16/3
speak [4]   4/8 39/22 63/17 63/19
speakers [1]   61/16
speaking [5]   18/16 35/18 44/12
65/13 76/24
speaks [1]   78/4
special [2]   62/13 62/23
specific [9]   5/23 7/2 14/16 16/5
21/9 40/25 49/21 83/19 85/19
specifically [3]   11/13 40/11
40/12
specified [1]   40/15
speculate [1]   27/2
spelled [5]   30/2 75/2 75/4 75/5
75/13
spelling [3]   18/9 48/13 62/10
spoke [1]   63/22
spoken [2]   19/16 19/23
spot [2]   12/21 12/23
sprint [7]   34/18 35/4 35/6 35/7
35/8 35/12 35/19
square [1]   29/14
stack [2]   67/13 72/15
stage [3]   46/19 46/20 46/20

**S**

stages [1]   63/8
stance [1]   46/25
standard [1]   47/7
stands [1]   30/3
start [5]   65/3 81/3 86/16 86/22
89/3
started [1]   8/4
starting [6]   75/2 80/24 84/12
87/20 89/25 90/2
starts [1]   66/21
state [3]   28/16 70/18 75/25
stated [1]   76/24
statement [6]   67/11 68/14 70/11
73/15 73/16 73/25
statements [19]   67/12 67/15 67/20
69/2 69/2 69/8 69/22 69/23 69/25
70/2 70/2 70/3 70/4 70/5 72/12
72/16 73/14 74/2 77/24
STATES [11]   1/1 1/3 1/10 10/20
10/22 11/1 11/5 19/3 19/8 49/3
49/5
stating [2]   18/8 48/13
statistical [1]   81/2
steer [1]   99/25
step [2]   16/10 87/25
steps [2]   13/18 14/3
STERLINGOV [21]   1/6 5/1 6/23 9/20
9/25 10/6 12/8 13/9 13/13 41/3
47/5 47/11 47/16 60/13 67/19
67/22 68/1 68/9 72/13 73/9 73/13
Sterlingov's [4]   5/7 5/10 17/7
73/24
still [5]   13/15 16/23 69/8 81/6
86/7
stipulating [2]   28/13 28/14
stolen [1]   81/22
stop [1]   29/5
story [1]   11/24
straight [1]   72/10
Street [2]   1/16 2/3
studied [2]   18/23 19/2
studying [1]   18/20
stuff [1]   17/9
subject [10]   28/1 31/4 72/25
76/18 85/24 85/25 86/1 86/3 88/5
88/6
submit [1]   20/22
subpoena [2]   66/4 69/19
subscriber [1]   65/16
subsequent [2]   26/5 96/8
subsequently [2]   18/22 49/5
subset [1]   21/10
substance [2]   27/14 31/23
such [4]   26/14 64/3 64/14 84/3
sufficient [2]   70/13 73/22
suggest [1]   78/21
suggesting [1]   68/19
suggests [1]   68/13
Suite [1]   1/17
summaries [6]   40/2 40/5 40/7
40/11 40/18 40/21
summarized [1]   40/13
summary [5]   40/17 40/23 41/1 41/3
77/21
suppose [1]   82/13
sure [18]   18/10 40/4 46/18 50/2
50/23 51/4 59/9 76/20 81/17 82/12
83/4 83/16 87/22 88/14 90/12
95/12 96/6 97/2
surveillance [12]   8/5 12/18 12/19
12/21 12/23 12/25 13/1 13/1 13/2
13/6 13/7 13/9
suspect [3]   13/23 13/24 14/2
suspicious [1]   89/14
sustain [1]   78/6
sustained [1]   47/21
Sweden [2]   13/12 49/2
Swedish [46]   4/23 4/25 5/3 5/6
5/9 13/6 20/14 20/17 20/20 20/23
20/24 21/15 25/16 33/4 33/5 33/6
36/19 36/23 37/11 48/22 48/23
49/12 49/17 49/24 49/25 50/2

**S**

50/14 50/20 50/23 51/20 52/13
53/22 53/23 53/25 55/2 56/1 56/9
56/17 56/24 57/3 57/6 57/13 57/19
58/2 59/10 61/15
switch [2]   96/1 96/2
switching [1]   99/2
sworn [3]   17/18 48/6 62/3
system [2]   89/3 89/7

**T**

T.CO [1]   95/5
tab [4]   97/3 97/4 97/4 97/4
TABLE [1]   2/11
tabs [1]   96/8
take [42]   5/25 6/3 13/17 14/3
19/5 23/15 31/8 31/11 32/16 37/8
37/13 37/24 38/4 38/21 39/10
39/21 42/10 42/13 44/10 44/17
45/7 45/12 51/11 51/16 52/16 55/4
55/17 56/12 59/19 60/5 60/21
62/20 63/4 63/7 63/9 63/11 63/13
64/9 67/13 82/18 97/12 99/22
taken [3]   60/10 77/15 100/13
taking [1]   62/24
talk [31]   64/22 64/23 64/24 64/25
65/4 65/6 65/7 65/9 65/11 65/14
65/15 66/3 66/9 66/20 69/24 74/20
75/7 75/11 76/1 76/5 77/1 77/9
77/17 79/19 80/20 85/20 90/18
90/19 92/1 93/24 95/15
talking [3]   23/10 26/13 35/14
talks [1]   13/2
target [1]   13/18
target's [1]   13/20
task [2]   19/25 35/20
tasks [2]   19/18 19/25
taught [1]   18/18
taxes [1]   82/23
teaching [3]   18/18 18/25 19/4
team [2]   19/24 21/12
technology [1]   11/4
teed [1]   71/24
telephone [1]   71/1
tell [9]   60/15 66/19 68/6 72/1
77/14 79/18 79/25 80/5 97/23
term [4]   7/20 12/21 34/18 35/24
terms [5]   25/5 27/6 40/6 47/2
68/17
test [1]   19/15
tested [2]   19/12 19/15
testified [5]   4/22 8/14 10/12
46/14 68/4
testify [3]   31/23 61/16 71/12
testifying [2]   7/7 10/9
testimony [12]   7/3 7/5 9/2 9/4
10/8 11/5 14/4 17/7 40/7 72/20
72/20 100/5
tests [2]   19/5 19/16
text [8]   80/16 80/20 80/23 80/24
86/16 87/20 89/25 95/1
than [15]   12/9 16/6 18/15 20/1
35/25 42/16 59/23 65/19 74/22
77/25 82/18 85/22 87/13 89/8
95/22
thank [17]   12/1 16/10 17/20 26/10
29/5 34/3 48/2 48/8 58/20 58/22
58/23 62/5 62/6 88/19 92/17 99/4
100/7
Thanks [1]   18/6
that [449]
That's [4]   51/21 53/11 57/20
84/16
their [13]   14/4 23/9 63/8 68/3
70/8 71/10 71/13 72/18 79/22 81/6
82/25 88/19 90/15
them [33]   6/3 6/4 16/24 21/5 21/5
24/24 26/3 28/21 45/1 50/23 60/15
61/15 66/1 69/2 69/2 69/3 71/1
72/17 72/18 74/3 81/3 81/20 84/1
84/17 84/17 87/2 87/24 88/17
90/16 94/10 96/14 96/16 96/17
then [48]   7/3 20/7 20/7 20/23

**T**

**then... [44]** 24/2 25/24 30/10
40/23 41/3 41/5 41/11 45/15 45/20
45/20 46/20 46/22 46/23 61/7
66/21 67/7 67/22 70/17 71/7 71/18
79/9 80/23 81/8 81/15 81/24 81/25
82/11 83/3 83/4 83/7 83/11 83/14
85/14 86/16 86/21 87/2 87/4 89/21
90/3 90/11 95/2 96/8 98/9 99/2
**theory [2]** 69/10 69/11
**there [94]** 5/20 12/10 12/14 13/4
13/21 15/18 16/14 21/1 21/6 21/17
25/22 25/23 26/4 26/23 26/24 27/1
28/3 28/7 32/21 32/25 34/20 34/25
35/24 40/15 40/22 40/23 40/25
44/5 46/18 50/15 50/19 55/25 56/2
56/9 59/1 61/14 61/14 63/17 65/19
67/15 68/11 68/14 70/7 72/16 73/6
73/19 73/22 74/22 74/24 75/10
77/6 77/24 78/22 78/25 79/2 79/4
80/3 80/5 80/15 80/17 81/13 81/14
82/3 82/6 82/21 83/11 83/13 84/13
85/15 87/22 88/17 90/11 91/4 91/9
91/10 91/11 91/12 91/13 91/17
91/19 91/23 91/25 93/25 94/2 94/3
94/5 95/22 95/22 95/24 96/7 97/3
97/3 98/18 98/19
**these [33]** 6/7 25/8 25/15 28/12
40/9 41/10 49/23 49/24 63/6 66/2
66/5 66/8 66/23 67/16 69/17 69/20
70/25 71/4 71/12 72/24 73/2 75/24
76/7 78/18 92/20 92/24 93/14 94/9
94/13 96/13 96/18 96/22 97/25
**they [81]** 5/5 5/11 8/9 11/3 13/7
13/7 14/3 14/25 16/21 16/23 16/25
21/15 23/9 25/1 25/7 26/14 27/8
27/15 28/5 28/7 31/18 40/12 45/3
47/19 50/24 56/3 56/3 60/16 63/6
63/7 65/12 66/10 66/18 67/1 67/18
67/23 68/8 68/18 68/19 69/18 70/7
70/9 70/12 71/9 71/11 71/11 71/13
72/9 72/13 72/18 75/25 75/25 76/2
76/3 79/20 79/21 79/22 79/22
79/23 81/2 81/17 81/18 81/19
81/19 81/20 81/21 81/24 82/13
82/23 82/23 83/24 84/4 84/4 85/22
87/9 87/12 87/12 90/7 93/1 96/19
96/24
**thing [8]** 10/3 13/3 25/9 27/5
61/12 85/24 95/2 95/12
**things [22]** 14/5 14/19 17/5 25/3
26/14 26/15 26/23 26/24 27/2 27/6
27/21 28/7 29/20 29/24 35/23
59/24 61/3 65/1 71/4 71/12 71/24
89/8
**think [32]** 8/12 8/15 8/20 15/13
15/13 15/15 15/18 15/20 17/9
25/10 27/23 40/2 46/14 59/14
61/13 63/14 65/19 65/21 67/12
67/18 67/18 68/3 68/3 68/13 69/8
69/24 70/1 70/23 72/5 73/12 73/16
73/21
**thinks [2]** 60/21 67/25
**third [3]** 75/3 80/22 84/12
**this [204]**
**those [32]** 11/19 12/13 14/1 21/13
24/6 26/2 28/4 28/9 28/18 31/5
31/16 35/4 56/3 56/13 57/16 65/10
69/1 69/25 74/1 74/12 74/25 75/20
79/6 80/4 80/18 81/13 83/23 92/6
92/19 97/4 97/11 98/14
**thread [5]** 76/5 77/22 78/10 85/17
88/8
**threat [1]** 89/6
**three [3]** 20/15 74/24 74/25
**through [28]** 5/21 7/1 14/17 14/22
17/1 17/6 17/7 19/16 25/6 64/13
65/8 65/21 65/24 66/6 66/12 73/2
74/10 75/18 77/18 92/14 92/16
93/3 93/6 94/16 96/1 96/5 96/15
99/17

**tied [1]** 68/10
**time [26]** 6/14 18/10 18/20 19/1
19/7 19/7 22/21 24/17 26/9 26/15
26/21 27/9 28/6 31/14 31/25 32/10
33/17 35/20 63/7 63/8 64/5 65/1
71/5 73/4 76/13 76/14 79/21 80/7
85/19 86/12 87/8 92/4 93/21 93/21
**times [9]** 11/15 14/18 20/22 21/1
21/6 21/17 29/23 34/20 34/25
**tip [1]** 13/18
**tipped [1]** 14/2
**title [18]** 48/19 91/15 91/16
**today [3]** 12/17 18/5 82/19
**together [2]** 17/12 71/7
**told [1]** 13/7
**tomorrow [3]** 60/18 60/20 60/21
**too [2]** 71/19 92/15
**took [1]** 55/11
**top [9]** 15/21 22/6 31/13 75/18
75/20 77/6 77/10 79/10 98/10
**topic [4]** 85/12 86/5 86/6 88/11
**TOR [16]** 2/2 2/3 10/8 10/9 10/17
10/19 10/23 11/1 11/22 78/16
78/25 85/9 86/1 87/14 88/21 95/10
**touch [2]** 4/22 21/5
**traces [1]** 83/25
**Trade [1]** 19/8
**trading [1]** 9/18
**traffic [2]** 14/12 14/16
**trained [1]** 21/4
**training [4]** 63/23 63/25 63/25
64/2
**transaction [1]** 81/23
**transactions [4]** 8/21 10/1 73/23
83/4
**transcript [2]** 1/9 101/4
**transferred [5]** 63/2 63/9 63/14
81/21 83/18
**translate [14]** 22/9 23/20 23/24
29/2 39/9 46/22 49/17 49/23 50/23
52/14 53/2 54/12 55/7 58/5
**translated [16]** 21/3 24/9 24/14
29/17 35/19 36/3 36/5 41/12 44/2
47/14 50/2 50/20 55/25 56/10 57/6
57/16
**translating [4]** 29/22 46/21 49/14
58/2
**translation [61]** 20/24 21/23
21/24 22/15 23/20 24/1 24/15
24/22 25/13 26/18 27/7 27/14 28/1
30/8 30/24 31/12 32/4 32/7 32/23
33/8 34/7 34/9 35/9 35/18 35/23
36/18 37/10 37/16 38/6 38/8 38/22
38/23 39/11 39/13 41/14 42/4
42/16 43/1 43/13 44/18 44/20
45/16 45/20 45/21 45/24 46/19
47/2 47/3 51/12 51/25 52/2 52/19
53/18 53/20 53/22 54/16 55/7 55/9
56/13 56/21 61/19
**translations [32]** 4/6 16/22 16/25
19/11 19/11 19/12 19/13 19/22
19/22 19/23 20/2 20/5 20/7 20/9
21/15 24/24 25/3 25/17 26/1 26/3
28/15 28/20 31/5 40/3 40/6 40/20
47/4 48/23 50/22 56/3 58/16 61/20
**translator [11]** 17/6 19/20 19/24
20/6 20/17 27/13 27/25 47/19 50/1
61/4 61/5
**translators [8]** 4/7 16/20 16/23
20/3 26/13 28/5 28/7 61/12
**trial [4]** 1/9 61/13 68/16 68/18
**tried [1]** 35/22
**trigger [1]** 70/13
**trivial [1]** 81/20
**TRM [1]** 64/3
**true [4]** 8/23 9/22 73/24 101/4
**trust [1]** 90/6
**truth [1]** 69/25
**try [4]** 64/11 83/24 87/9 89/5
**trying [1]** 35/17 59/3 73/3
**turn [2]** 56/20 75/17
**turning [1]** 7/3

**turns [1]** 40/23
**tuscaloosa.al [1]** 4/15
**tweet [16]** 94/20 94/21 94/23 94/24
94/25 95/8
**tweets [3]** 94/9 94/14 94/19
**Twitter [18]** 7/19 11/10 92/6
92/10 92/11 92/20 92/22 92/25
93/13 93/14 93/25 94/4 94/9 94/10
94/12 94/15 95/4 95/8
**two [9]** 5/20 16/1 21/20 25/21
59/17 61/3 80/4 92/5 98/1
**types [5]** 12/19 13/4 63/6 64/6
71/12
**typically [1]** 16/15

**U**

**U.S [2]** 1/13 2/7
**Uh [1]** 8/3
**Uh-huh [1]** 8/3
**UK [1]** 18/22
**ultimately [2]** 20/8 47/1
**unauthorized [1]** 88/17
**uncommon [2]** 63/6 63/11
**under [3]** 69/9 73/15 80/20
**undercover [2]** 8/21 64/13
**underneath [3]** 80/25 91/21 97/4
**understand [6]** 5/13 17/4 28/15
31/24 80/18 94/12
**understanding [10]** 6/19 7/12
12/24 25/1 25/6 26/4 28/12 28/13
73/6 98/7
**unfortunately [4]** 6/7 89/25 90/3
90/5
**unhighlighted [1]** 21/18
**unit [2]** 62/14 63/2
**UNITED [14]** 1/1 1/3 1/10 10/19
10/22 11/1 11/5 18/22 18/24 19/3
19/8 49/3 49/5 98/21
**University [3]** 18/24 19/3 49/8
**Unless [1]** 16/14
**unlicensed [1]** 64/7
**until [2]** 75/20 100/5
**unusual [2]** 16/14 82/17
**up [22]** 8/10 15/7 15/21 18/13
18/14 18/16 18/17 21/24 28/4
34/17 49/1 49/2 49/12 59/16 65/21
71/24 72/10 77/10 79/10 82/24
90/25 94/23
**updated [2]** 79/25 80/1
**updates [1]** 78/12
**URLs [1]** 85/2
**us [9]** 1/20 5/12 10/23 17/5 47/7
63/21 84/5 88/16 98/25
**USAO [1]** 1/16
**use [7]** 11/3 27/13 29/23 82/16
84/17 85/11 87/24
**used [8]** 7/16 7/19 7/20 7/23 9/20
29/16 78/11 78/12
**user [16]** 65/15 74/20 74/23 75/21
80/20 82/17 87/7 88/2 90/19 90/24
91/24 98/12 98/17 98/25 99/2 99/5
**username [4]** 91/4 91/6 93/17
93/18
**users [6]** 7/13 65/16 65/17 78/13
88/16 90/6
**uses [2]** 11/1 11/22
**using [1]** 53/5
**Usually [1]** 87/2
**Uzbek [4]** 18/16 18/19 18/20 19/12
**Uzbekistan [2]** 18/14 18/17

**V**

**Valentines [1]** 14/21
**various [2]** 12/18 64/6
**Vasily [1]** 98/20
**venue [1]** 8/22
**verbatim [1]** 47/3
**version [5]** 24/9 25/11 85/17
85/18 86/18
**very [11]** 4/5 4/12 7/25 28/6 30/7
36/9 72/20 72/24 84/4 89/3 97/13
**virus [1]** 81/22

**V**

**visible [1]**  84/1
**visited [5]**  10/15 11/16 13/9
13/12 84/22
**visits [1]**  14/19
**visually [1]**  76/8
**voice [1]**  18/7
**voluminous [1]**  96/13
**VPN [6]**  6/10 7/4 7/13 12/14 15/3
15/5
**vs [1]**  1/5

**W**

**wait [2]**  71/1 75/20
**waiting [1]**  4/11
**waiving [1]**  27/21
**walk [1]**  73/2
**Walkers' [1]**  59/8
**Wall [1]**  2/3
**wallet [3]**  83/18 86/1 86/2
**wallet-anonymous [1]**  86/1
**wallet.dat [1]**  81/22
**want [26]**  4/22 16/25 21/25 22/11
23/8 23/12 23/15 24/2 27/20 28/3
34/16 40/4 41/8 44/4 50/5 60/20
61/16 69/15 70/20 70/21 71/7 71/8
72/2 85/24 87/12 97/2
**wanted [1]**  86/25
**wants [2]**  72/15 100/8
**warrant [22]**  7/7 7/10 7/16 7/19
7/22 7/25 8/4 65/11 65/14 66/3
66/24 67/2 74/21 75/22 76/1 79/20
85/15 85/16 86/7 92/12 92/21
94/11
**was [129]**
**washing [1]**  87/25
**Washington [5]**  1/5 1/14 1/17 1/21
2/9
**wasn't [2]**  9/10 28/12
**waste [1]**  4/14
**wasting [1]**  71/5
**way [16]**  66/19 66/23 68/11 69/22
70/23 71/3 71/3 71/15 71/24 72/18
73/3 77/13 82/17 84/17 90/5 98/10
**we [184]**
**We just [1]**  28/16
**we'll [5]**  28/4 33/16 46/5 48/4
60/8
**we're [1]**  27/7
**web [2]**  15/5 87/1
**webpage [1]**  77/12
**website [16]**  5/15 7/4 7/13 77/13
78/25 79/23 85/10 91/13 91/15
91/16 94/12 95/2 95/3 95/4 95/7
95/10
**websites [7]**  10/13 10/16 14/14
84/20 84/22 84/24 85/1
**weeks [2]**  16/1 99/15
**welcome [3]**  4/16 73/20 100/4
**well [19]**  6/17 8/8 14/18 17/11
20/14 20/14 44/5 47/8 51/12 51/13
67/15 69/9 78/3 79/18 82/25 87/5
88/2 89/7 100/5
**were [93]**  5/20 10/15 12/17 14/6
14/20 15/6 15/8 15/11 19/19 20/11
20/13 21/6 21/17 22/8 23/3 23/10
23/13 23/19 23/23 25/2 28/12
28/13 28/14 31/21 32/14 33/15
34/20 34/25 35/14 35/16 37/22
38/14 39/4 39/19 40/9 41/20 43/19
45/5 46/7 46/14 47/11 48/23 49/17
49/20 49/20 50/13 50/22 50/24
51/14 52/8 52/14 52/25 54/3 54/22
55/15 56/2 56/9 57/23 58/18 58/18
59/3 59/5 61/11 62/24 63/13 65/10
65/12 67/1 69/18 71/9 74/7 74/8
74/13 75/25 76/3 79/11 81/20
81/21 82/23 85/20 85/21 85/22
86/18 88/8 88/17 90/9 90/24 93/8
95/20 95/22 95/24 97/10 97/25
**what [117]**

**whatever [1]**  72/2
**when [49]**  7/3 7/4 12/25 12/25
16/2 17/9 18/17 18/19 19/15 21/23
24/6 26/8 28/2 30/3 44/6 47/4 49/14
63/12 63/21 64/9 70/18 77/14 79/5
79/19 79/23 79/25 85/10 92/1
93/19 97/11 97/23
**where [23]**  6/19 6/21 14/3 15/20
18/12 18/13 18/24 21/15 29/6
35/12 40/11 40/15 47/15 49/1 49/7
54/24 64/25 67/24 70/24 74/8 75/1
75/3 81/23
**Whereupon [25]**  23/3 31/21 32/14
33/15 34/14 37/5 37/22 38/14 39/4
39/19 41/20 42/25 43/19 45/5 46/7
51/14 52/8 52/25 54/3 54/22 55/15
61/11 74/13 93/8 97/10
**whether [13]**  8/13 9/6 11/3 12/7
12/13 12/14 12/18 61/15 69/4 70/9
73/13 73/13 83/17
**which [22]**  8/17 15/1 15/8 35/22
35/25 44/13 47/7 57/17 63/10
67/11 67/12 71/24 76/3 77/3 84/2
84/6 84/13 85/11 87/11 89/4 90/7
93/14
**while [4]**  26/19 59/24 63/1 87/2
**who [17]**  20/7 26/5 31/23 48/17
60/12 60/17 62/22 68/12 70/5
76/15 80/13 81/11 83/8 84/9 85/4
90/6 90/15
**whole [6]**  24/21 25/4 27/1 35/1
83/9 89/12
**why [13]**  13/22 25/24 26/24 27/2
60/1 63/13 72/3 74/8 85/16 86/9
86/23 97/12 99/23
**Wiki [1]**  85/9
**will [40]**  16/19 16/21 17/14 20/6
25/21 26/1 26/3 26/4 26/5 26/11
26/19 26/22 28/1 30/16 31/20 37/3
41/2 41/2 45/3 59/24 60/7 61/1
69/13 69/20 69/21 73/6 74/2 74/2
75/20 78/6 78/23 81/7 81/25 81/25
82/25 84/2 87/10 87/11 99/24
100/12
**wings [1]**  91/20
**Wink [1]**  81/4
**withdraw [1]**  83/17
**withdrawal [1]**  89/3
**withdrawals [1]**  88/17
**withdrawing [2]**  82/12 87/2
**within [3]**  45/18 89/20 92/5
**without [6]**  13/19 25/25 27/14
61/5 71/5 83/5
**witness [18]**  4/13 16/12 17/14
26/5 31/23 46/4 48/3 58/20 58/25
59/1 59/2 59/14 62/1 65/20 68/4
69/13 71/14 74/2
**witness' [2]**  9/1 9/4
**witnesses [8]**  3/2 16/19 25/6
25/21 70/8 71/10 71/12 72/18
**won [1]**  18/23
**won't [2]**  81/6 87/9
**wondering [1]**  66/22
**word [18]**  29/9 29/11 30/8 30/14
30/15 30/16 35/6 35/8 35/25 36/3
36/5 36/6 36/7 50/19 73/3 73/3
80/24 81/24
**words [17]**  17/6 17/9 34/20 34/25
35/4 50/15 50/16 55/25 56/2 56/4
56/9 56/13 56/17 56/23 57/6 57/13
59/11
**work [10]**  19/7 19/24 20/17 48/17
49/21 50/1 52/14 57/23 58/2 64/10
**worked [23]**  4/23 31/9 32/3 32/19
36/15 36/21 36/22 38/1 38/19
41/10 41/11 41/24 42/12 43/5
43/23 45/9 45/22 50/5 51/19 53/14
52/1 57/10 64/6
**working [3]**  17/12 63/15 64/4
**works [2]**  82/16 89/19
**world [2]**  82/4 90/14
**worldwide [1]**  11/23

**would [48]**  4/7 4/8 13/17 13/22
13/23 14/9 14/23 23/25 15/3 15/9
17/3 19/19 20/22 21/1 21/2 21/6
21/10 24/17 24/21 30/12 31/14
32/10 36/21 51/5 51/8 52/5 67/2
67/20 69/7 69/12 71/11 71/12
73/19 73/20 79/9 80/8 81/5 82/23
83/2 83/4 84/3 84/8 87/24 88/18
92/13 93/10 94/14 99/20
**wouldn't [1]**  25/3
**write [2]**  35/8 75/9
**writing [1]**  30/7
**written [4]**  19/11 19/17 19/22
30/3
**wrong [2]**  68/22 83/20
**WWW.BitcoinFog.com [3]**  91/14 95/4
95/9

**Y**

**yeah [4]**  23/23 24/1 47/18 60/8
**year [2]**  19/1 91/12
**years [2]**  49/4 64/6
**yellow [4]**  21/15 32/25 33/3 50/17
**Yep [1]**  66/16
**yes [192]**
**yesterday [6]**  4/23 5/25 7/4 10/10
12/17 34/2
**yet [5]**  25/20 27/22 50/18 72/23
82/4
**York [2]**  1/20 11/15
**you [454]**
**you're [3]**  6/13 7/16 8/15
**you've [1]**  79/5
**your [149]**
**yourself [6]**  18/7 19/19 59/25
62/10 64/10 84/22

**Z**

**zoom [1]**  91/3