```
1                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                           Criminal Action
4               Plaintiff,                 No. 1: 21-399

5           vs.                            Washington, DC
                                           February 21, 2024
6    ROMAN STERLINGOV,
                                           9:26 a.m.
7               Defendant.
     _____/         MORNING PROCEEDINGS
8

9                     TRANSCRIPT OF JURY TRIAL
                BEFORE THE HONORABLE RANDOLPH D. MOSS
10                 UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             JEFFREY PEARLMAN
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23               APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                        APPEARANCES CONTINUED

 2      For the Defendant:        TOR EKELAND
                                  MICHAEL HASSARD
 3                                TOR EKELAND LAW PLLC
                                  30 Wall Street
 4                                8th Floor
                                  Brooklyn, NY 10005
 5

 6
        Court Reporter:           SHERRY LINDSAY
 7                                Official Court Reporter
                                  U.S. District & Bankruptcy Courts
 8                                333 Constitution Avenue, NW
                                  Room 6710
 9                                Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                     TABLE OF CONTENTS

2                         WITNESSES

3    Leo Rovensky

4          Cross-examination continued by Mr. Ekeland      6

5    Duncan Townsend

6          Direct examination by Mr. Brown               46
           Cross-examination by Mr. Ekeland             53
7          Redirect examination by Mr. Brown            55

8    Luke Scholl

9          Direct examination by Ms. Pelker             60

10

11                        EXHIBITS

12   Government Exhibit 313A                             30

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Criminal case 21-399, United

3    States of America versus Roman Sterlingov.

4              Would counsel approach the podium and state your name

5    for the record starting with government counsel.

6              MR. BROWN:  Good morning.  AUSA Christopher Brown and

7    with me at counsel table are C. Alden Pelker and Jeffrey

8    Pearlman.

9              THE COURT:  All right.  Good morning.

10             MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

11   for defendant Roman Sterlingov, who is present in court.  And

12   with me at counsel table is Michael Hassard.

13             THE COURT:  All right.  Good morning.

14             You have something you wanted to raise?

15             MR. EKELAND:  Very briefly, Your Honor.  The Court is

16   aware the US marshals wouldn't allow Mr. Sterlingov to shave

17   this morning.  And I thank the Court for telling the marshals

18   to allow that.

19             THE COURT:  I entered an order that will apply every

20   day through trial.

21             MR. EKELAND:  Thank you.  And he also wasn't allowed

22   to change into new clothes this morning.  We provided the

23   marshals with clothes that are in a locker down there I think

24   roughly a week ago.  And he was told this morning that he

25   couldn't put on his new clothes, so he is wearing the suit that
```

1     he had yesterday.

2              THE COURT:  Do you have any idea why they didn't want

3     him to change clothes?

4              MR. EKELAND:  I don't know, Your Honor.

5              THE COURT:  I will look into that and see what is

6     going on.

7              MR. EKELAND:  Thank you.  I appreciate that.

8              THE COURT:  So I think we are still waiting on one

9     juror; is that right?

10             THE COURTROOM DEPUTY:  Yes, Your Honor.  I am getting

11    ready to find out what the status is now.

12             THE COURT:  So I will come back out as soon as we

13    have the juror.  Remember, we are breaking for lunch today at

14    11:30 so I want to make sure we get going.

15             THE COURTROOM DEPUTY:  I think she is here.

16             THE COURT:  Oh, good.

17             MR. EKELAND:  Your Honor, may I ask a housekeeping

18    question very quickly?

19             THE COURT:  Yes.

20             MR. EKELAND:  Is there a time limit on closings?

21             THE COURT:  Well, I am happy to discuss it.  So let's

22    discuss that -- there is some time limit, whether you would be

23    anywhere close to it is something we could discuss.  But three

24    days would be too long.  But I -- we should talk what would be

25    a reasonable period of time.

1          MR. EKELAND:  It is not one hour?

2          THE COURT:  It is not one hour, no.  But I have to

3    say, if you are going for a couple of hours, I think not only

4    are you running up against the Court on that, but you are

5    losing the jury.

6          MR. EKELAND:  I am just curious what the parameters

7    are.  I don't have any set plan at this point.

8          THE COURT:  Okay.  So let's -- I think we are lining

9    the jurors up now.

10         (Jury in at 9:28 a.m.)

11         THE COURT:  All right.  Mr. Ekeland, you can proceed

12   when you are ready.

13         MR. EKELAND:  Thank you, Your Honor.

14                          CROSS-EXAMINATION

15   BY MR. EKELAND:

16   Q.   Agent Rovensky, you can't name me one single eyewitness

17   who will testify that they saw Mr. Sterlingov operating Bitcoin

18   Fog; true?

19   A.   I investigate cybercrime cases.  That is the situation

20   essentially in all of my cases.

21   Q.   So you can't name a single eyewitness who saw

22   Mr. Sterlingov operating Bitcoin Fog?

23   A.   That is correct.

24   Q.   And you can't name a single eyewitness that said that they

25   heard Mr. Sterlingov talking about operating Bitcoin Fog?

1   A.   That is correct.

2   Q.   And the government doesn't have the Bitcoin Fog server

3   logs; right?

4   A.   No.

5   Q.   And the government doesn't have the Bitcoin Fog ledgers?

6   A.   No.

7   Q.   And the ledgers are what would record the transactions

8   that Bitcoin Fog engaged in; right?

9           MR. BROWN:  Objection; calls for speculation.

10          THE COURT:  Why don't you -- I will sustain that

11  since we don't -- if we don't have the ledgers, we don't know

12  what they would show.  But you can ask a more general question,

13  if you would like.

14  BY MR. EKELAND:

15  Q.   The government doesn't have the Bitcoin Fog servers?

16  A.   No.

17  Q.   You don't even know how many servers Bitcoin Fog had?

18  A.   We don't.

19  Q.   And you are familiar -- I believe you testified about all

20  of the devices and everything that was seized from

21  Mr. Sterlingov at Los Angeles International Airport when he was

22  arrested on April 27th, 2021?

23  A.   I testified about some of the documents from the devices

24  that were on him when he was arrested, yes.

25  Q.   And nothing on any of those devices shows Mr. Sterlingov

```
 1    operating Bitcoin Fog?
 2    A.    That data, it is certainly relevant evidence on those
 3    devices.
 4    Q.    You can't name one thing on any of those devices that
 5    shows Mr. Sterlingov operating Bitcoin Fog?
 6    A.    When you are dealing with a sophisticated cybercriminal,
 7    like the defendant is, you expect that their operational
 8    security is going to be very good.  And you can tell from some
 9    of the excerpts I read that the defendant was obsessed with
10    hiding his digital footprint.  So we are really -- expect to be
11    dealing with somebody -- really good operational security and
12    you are looking for that one or two mistakes.  In this case,
13    the defendant made considerably more than one or two mistakes.
14    Q.    So you can't point to one thing on any of his devices that
15    show him operating Bitcoin Fog?
16    A.    From my memory, I am not recalling a specific document
17    from a device at the moment.
18    Q.    And on those devices, and I believe there were three
19    terabytes' worth of hard drives.  There was a bag of thumb
20    drives and I also think you got access to his Google Drives.
21    Nowhere on any of that was the source code to Bitcoin Fog, was
22    there?
23    A.    No.
24    Q.    And nowhere in all of those devices and everything that
25    you seized, was there anything related to the BitcoinFog.com
```

1    clearnet site?

2    A.   Well, the Google Drive document, the putting money

3    document, clearly stated how it was he was going to pay for the

4    Bitcoin.com domain.

5    Q.   The putting money document doesn't mention BitcoinFog.com

6    at all --

7              MR. BROWN:  Objection, argumentative.

8              THE COURT:  Sustained.

9    BY MR. EKELAND:

10   Q.   Did the word BitcoinFog.com appear anywhere in

11   Mr. Sterlingov's notes?

12   A.   It does not.

13   Q.   And nowhere in his devices, in his hard drives, in the

14   Google Drives, in his notes, is there any communications

15   between him and somebody else discussing the operation of

16   Bitcoin Fog?

17   A.   There is not.

18   Q.   Now, I would like to show you what has been admitted into

19   evidence as Government Exhibit 702 and Ms. Wilkins, if we could

20   get that up.

21             MR. BROWN:  Your Honor, this is the document that has

22   private password information so --

23             MR. EKELAND:  We may need to turn the --

24             THE COURT:  If you wouldn't mind turning off the

25   screen.

1          MR. EKELAND:  If we can get it up.

2   BY MR. EKELAND:

3   Q.   While we are getting that up, Agent Rovensky, as part of

4   the search of Mr. Sterlingov's devices, the government searched

5   his thumb drives?

6   A.   Correct.

7   Q.   There was a bag of thumb drives.  There was a lot of thumb

8   drives; right?

9   A.   Yes.

10  Q.   And when it searched one of his thumb drives, the

11  government found an encrypted file; right?

12  A.   Which file are you referring to?

13  Q.   I am referring to a file we looked at yesterday, 702.  You

14  can see it on your screen right now?

15  A.   Yes.

16  Q.   When the government found that, that was encrypted; right?

17  A.   When I reviewed the file, I reviewed it in this format.

18  Q.   But are you aware that it was encrypted when the

19  government first found it?

20  A.   I didn't participate in the extraction of it.

21  Q.   But you would agree with me that this is an Excel

22  spreadsheet of Mr. Sterlingov's passwords going back as early

23  as 2008?

24  A.   Among other things, yes.

25  Q.   You recall testifying that the Akemashite Omedetou moniker

1    who the government is maintaining ran Bitcoin Fog, you are

2    aware that that Akemashite Omedetou Bitcoin Talk forum account

3    was registered using the shormint@hotmail.com email address?

4    A.    Yes, I am.

5    Q.    And nowhere in this password list of, I don't know,

6    dozens, maybe a hundred, I don't know how many passwords, does

7    the shormint@hotmail.com account appear in this list?

8    A.    It does not.

9    Q.    And nowhere in this password list do you recall the

10   Shormint Liberty Reserve account?

11   A.    In this list, no.

12   Q.    Right.  So there is no password for anything Shormint

13   related in this case in Mr. Sterlingov's password list?

14   A.    On this document, no.

15   Q.    And Mr. Sterlingov's name is not on any document in this

16   case related to shormint@hotmail.com; right?

17   A.    Can you repeat that question?

18   Q.    Sure.  Let me be more specific.  You executed a search

19   warrant to Microsoft for the shormint@hotmail.com email

20   address?

21   A.    Yes.

22   Q.    And nowhere in the any of the search warrant returns did

23   Mr. Sterlingov's address appear?

24   A.    No, it did not.

25   Q.    And shormint@hotmail.com doesn't appear anywhere on the

1   computers that you seized from Mr. Sterlingov at Los Angeles

2   International Airport?

3   A.   No, it does not.

4   Q.   And it doesn't appear anywhere on the three terabytes

5   worth of a hard drives that you seized from Mr. Sterlingov at

6   Los Angeles International Airport?

7   A.   It does not.

8   Q.   It doesn't appear anywhere in the thumb drives that you

9   seized from Mr. Sterlingov at Los Angeles International

10  Airport; correct?

11  A.   Correct.

12  Q.   And it appears nowhere in his diary that you accessed

13  through this computer that you seized at LAX; correct?

14  A.   I don't know if it was his diary, but correct.

15  Q.   And it appears nowhere in his notes?

16  A.   It is not in his notes.

17  Q.   Nowhere in any of that stuff, computer devices, 3

18  terabytes of hard drives, his thumb drives does Mr. Sterlingov

19  discuss operating Bitcoin Fog anywhere?

20  A.   In those documents, he does not.

21  Q.   As a matter of fact, the name Akemashite Omedetou appears

22  nowhere, nowhere in anything that you seized from

23  Mr. Sterlingov?

24  A.   From the evidence that was on his person during the

25  arrest, no, it does not.

1    Q.   And that was quite extensive evidence that you seized from

2    him.  It was more than one computer?

3    A.   Yes.

4    Q.   Raspberry Pi computers?

5    A.   Right.

6    Q.   It was a modem with multiple SIM cards?

7    A.   Correct.

8    Q.   It was a bag full of thumb drives?

9    A.   It was.

10   Q.   And you are aware that the United States government had

11   Mr. Sterlingov under surveillance when he was in Miami in 2017?

12   A.   I know he was in Miami in 2017.

13   Q.   And but you -- well, you -- when did you start on this

14   case?

15   A.   In around May of 2022.

16   Q.   In 2022.  This investigation has been going on since 2015,

17   hasn't it?

18   A.   It has, yes.

19   Q.   And but when you joined the investigation, as a diligent

20   agent, you reviewed the case file?

21   A.   I did.

22   Q.   And you reviewed it thoroughly?

23   A.   I reviewed as much of it as I could, yes.

24   Q.   But you pay attention to detail?

25   A.   Sure.

CROSS-EXAMINATION OF MR. ROVENSKY

1   Q.   When you did that, you saw that the United States

2   government had Mr. Sterlingov under surveillance in Miami in

3   2017?

4            MR. BROWN:  Your Honor, I believe this has been asked

5   and answered.

6            THE COURT:  Sustained.

7   BY MR. EKELAND:

8   Q.   Did you read anything about pen traps?

9   A.   No.

10  Q.   No, you didn't.  Did you read -- all right.

11       Do you recall testifying about Mr. Sterlingov's Mt. Gox

12  account the one he uses the Roso that is a -- in Mt. Gox

13  account number 1 that has the Roso affiliated with it?

14  A.   I do.

15  Q.   Mr. Gox -- excuse me.  And Mr. Sterlingov used his photo

16  ID for that Mt. Gox account; correct?

17  A.   Yes.

18  Q.   And basically he KYCed that account?

19  A.   He did.

20  Q.   And can you explain to the jury again just what KYC is?

21  A.   It is, know your customer.

22  Q.   That means that you are providing the personal information

23  to the exchange, your name, your address, and your photo ID?

24  A.   Right.  At one point Mt. Gox did begin to request that

25  information from its users.

1    Q.   And isn't it true that in 2011 it was optional to KYC with

2    Mt. Gox?

3    A.   I don't remember when that started asking that.

4    Q.   But you have no reason to think that is incorrect?

5    A.   I don't know.

6    Q.   You don't.

7         Now, you testified about a number of accounts that

8    Mr. Sterlingov had.  And one of them was a Binance account?

9    A.   Correct.

10   Q.   And Mr. Sterlingov KYCed his Binance account; correct?

11   A.   Yes.

12   Q.   And I believe you testified about a Bitfinex account?

13   A.   I did.

14   Q.   And Mr. Sterlingov KYCed his Bitcoin account; correct?

15   A.   He did.

16   Q.   And you testified about his two Kraken accounts?

17   A.   Yes.

18   Q.   And Mr. Sterlingov KYCed his Kraken accounts?

19   A.   Yes.

20   Q.   And you identified about his XML Gold account; correct?

21   A.   I did.

22   Q.   That was registered to his home address in Sweden;

23   correct?

24   A.   Correct.

25   Q.   And you have never been to his apartment in Sweden, have

CROSS-EXAMINATION OF MR. ROVENSKY

1    you?

2    A.    No, I have not.

3    Q.    And you testified about his Poloniex account?

4    A.    Poloniex.

5    Q.    Poloniex account?

6    A.    Yes.

7    Q.    And he KYCed that too, didn't he?

8    A.    He did.

9    Q.    And now you talked a little bit about LocalBitcoin the

10   other day.  And that is a service that allows people to do

11   peer-to-peer Bitcoin exchanges?

12   A.    Right.

13   Q.    And I think you also testified about an email about

14   Mr. Sterlingov meeting somebody at McDonald's to do a

15   peer-to-peer exchange maybe?

16   A.    Yes.

17   Q.    So his GothenCoin moniker on LocalBitcoin, that has his

18   own name related to it; correct?

19   A.    Yes, I believe it does.

20   Q.    And then he also had a Code Grin moniker and that was

21   related to a Spam@plasmadivision.com email; right?

22   A.    Right.

23   Q.    And that email is readily identifiable as his?

24   A.    It is.

25   Q.    Yes.  And then he also had a PayPal account?

1    A.    Yes.

2    Q.    And that was in his own name too; right?

3    A.    Yes, it was.

4    Q.    And that PayPal account is what he used to pay M247 in

5    Romania; right?

6    A.    Yes.

7    Q.    And M247 was the service he was paying to run the To The

8    Moon Server that he had in Romania?

9    A.    One of the servers, yes.  I think they were all associated

10   with To the Moon.

11   Q.    If I could just see -- Ms. Wilkins, if I could get what is

12   in evidence as Government Exhibit 892.

13            THE COURT:  You can turn the monitor back on if it is

14   off.

15   BY MR. EKELAND:

16   Q.    It looks -- if we can't find 892, you don't dispute that

17   Mr. Sterlingov paid for the M247 services using PayPal?

18   A.    No.  If I could look at the record then maybe I could see

19   other forms of payment, but I don't dispute it.

20   Q.    And that PayPal account was in his own name?

21   A.    Yes.

22   Q.    I think we found it.  If we could -- Government Exhibit --

23   this is in the evidence as Government Exhibit 892, if we could

24   just show that.

25   A.    I can see.

1    Q.    You can see that?

2    A.    Yes, on this receipt the form of payment is PayPal.

3    Q.    You can see that right there, it says "Hello, Roman

4    Sterlingov"?

5    A.    I do.

6    Q.    Thank you, Ms. Wilkins.  You can take that down.

7          And then also you testified about his Pyramid Financial

8    Services account?

9    A.    Prepaid Financial Services?

10   Q.    I had -- it is Prepaid.  It looks like I have a typo here.

11   Excuse me.  Prepaid Financial Services?

12   A.    Yeah.

13   Q.    And that was in his own name too; right?

14   A.    Yes.

15   Q.    And then he also had a Namecheap account?

16   A.    Yes.

17   Q.    And that was in his own name too?

18   A.    It was.

19   Q.    And he -- you testified that he had a SpiderOak account?

20   A.    I did.

21   Q.    And SpiderOak is a data backup service?

22   A.    Yes.

23   Q.    That was in his own name too?

24   A.    It was.

25   Q.    And on that data backup service of Mr. Sterlingov's there

1    wasn't a single thing related to Bitcoin Fog, was there?

2    A.    We didn't receive the backup.  We just received the

3    customer account information.  There was nothing there that

4    said Bitcoin Fog.

5    Q.    And there was nothing related to shormint@hotmail.com was

6    there?

7    A.    On SpiderOak?

8    Q.    Uh-huh.

9    A.    No.

10   Q.    And then you testified yesterday, I think, about the

11   RamNode VPS service?

12   A.    I did.

13   Q.    And that was in Mr. Sterlingov's name?

14   A.    Yes.

15   Q.    And he used that for his email; correct?

16   A.    I don't know everything he used that for.

17   Q.    You don't know what he used it for, but you do know that

18   there is not anything on it related to Bitcoin Fog; correct?

19   A.    Not that I saw.

20   Q.    Uh-huh.  And there is not a whiff on that RamNode VPS

21   service of anything related to shormint@hotmail.com is there?

22   A.    Not that I saw.

23   Q.    Uh-huh.  And the government put the RamNode VPS under

24   surveillance?

25   A.    From my memory, I don't recall.

CROSS-EXAMINATION OF MR. ROVENSKY

1   Q.   Okay.  And now do you recall testifying I think when you

2   were testifying about the big foam chart where you were

3   following the flow of funds from Mr. Sterlingov's Mt. Gox

4   number 1 account, you know, through a long train.  Do you

5   recall testifying about that?

6   A.   I do.

7   Q.   Do you recall testifying about a Mt. Gox account number 2,

8   that was associated with an email NFS9000@hotmail.com?

9   A.   I do.

10  Q.   And nowhere on Mr. Sterlingov's password list going --

11  that goes back to 2008, does NFS9000@hotmail.com appear?

12  A.   That short-lived account is not on that list.

13  Q.   But it didn't appear at all?

14  A.   On that list, it --

15          THE COURT:  I'm sorry.  Make sure you don't talk at

16  the same time.

17          MR. EKELAND:  I'm sorry, Your Honor.

18          THE COURT:  I don't know if he was done answering his

19  answer.

20          THE WITNESS:  That email does not appear on that

21  document.

22  BY MR. EKELAND:

23  Q.   You executed a search warrant with Microsoft for that

24  email address?

25  A.   I don't recall if there was a search warrant for that

1  email address, but we did get legal process from Microsoft.

2  Q.   When I got legal process for the NFS9000@hotmail.com

3  account Mr. Sterlingov's name didn't appear anywhere in that

4  legal process?

5  A.   No.

6  Q.   And NFS9000 doesn't appear on any of the computers that

7  you seized from Mr. Sterlingov at LAX?

8  A.   It doesn't.

9  Q.   And it doesn't appear on the 3 terabytes worth of hard

10  drives you seized from Mr. Sterlingov at LAX?

11  A.   It doesn't.

12  Q.   And it doesn't appear on the thumb drives that you seized

13  from Mr. Sterlingov at LAX?

14  A.   No.

15  Q.   It doesn't appear on his Google Drive that you accessed,

16  Mr. Sterlingov's Google Drive, the NFS9000@hotmail.com doesn't

17  appear?

18  A.   I don't believe it does.

19  Q.   And NFS9000@hotmail.com is not mentioned anywhere in his

20  diary?

21  A.   I did not see it in his notes, no.

22  Q.   And his notes.  You say you didn't see it in his notes,

23  but did you see it in his diary?  Because you accessed his

24  diary as well; right?

25         MR. BROWN:  Your Honor, argumentative.

1          THE COURT:  I think the witness earlier -- why don't

2    you ask him a foundation of whether he accessed something that

3    he regards to be the diary.

4    BY MR. EKELAND:

5    Q.   You reviewed Mr. Sterlingov's diary?

6    A.   I don't know if it was a diary or if it was just notes.

7    Q.   You reviewed everything that Mr. Sterlingov had written?

8    A.   I reviewed the notes.

9    Q.   And nowhere in it did the NFS9000@hotmail.com email

10   address appear?

11   A.   No.

12   Q.   All right.  And then --

13          MR. BROWN:  Your Honor, could I ask that defense

14   counsel does not comment on answers with all right or okay.

15          THE COURT:  Fair enough.

16          MR. EKELAND:  Thank you, Your Honor.

17   BY MR. EKELAND:

18   Q.   And you are not aware of that email address coming up

19   during the Romanian's government's surveillance of the To the

20   Moon server?

21   A.   I don't know if there was surveillance, but, no, I am not

22   aware.

23   Q.   Uh-huh.  I'm sorry.  Just calling your attention to what

24   was on that same long trace that you testified to regarding

25   Mt. Gox account number 3.  Do you recall Mt. Gox account number

CROSS-EXAMINATION OF MR. ROVENSKY

1    3?

2    A.    I do.   Kolbasa.

3    Q.    That was associated with the Kolbasa99@rambler.ru email

4    address?

5    A.    Correct.

6    Q.    And that email address, the Kolbasa99@rambler.ru, that

7    doesn't appear anywhere in Mr. Sterlingov's password list, does

8    it?

9    A.    It is not on the saved document.

10    Q.    It doesn't appear anywhere in his computers seized at Los

11    Angeles International Airport?

12    A.    No, it doesn't.

13    Q.    It doesn't appear anywhere on the 3 terabytes worth of

14    hard drives you seized from Mr. Sterlingov at Los Angeles

15    International Airport?

16    A.    I didn't see it there.

17    Q.    It didn't appear on his thumb drive that you seized at Los

18    Angeles International Airport?

19    A.    No.

20    Q.    It didn't appear on his Google Drive?

21    A.    That short-lived account also did not appear on his Google

22    Drive.

23    Q.    And it doesn't appear anywhere in his notes?

24    A.    No.

25    Q.    Are you familiar with what the government has been

 1  referring to as Mt. Gox account number 4?

 2  A.   If you could remind me of it.

 3  Q.   It is one that has been associated with

 4  volf.prius@hotmail.com?

 5  A.   I am familiar with it.  I didn't testify to it, but I am

 6  familiar with it.

 7  Q.   You are familiar with that.  And you also are aware that

 8  the volf.prius@hotmail.com password, does not appear on

 9  Mr. Sterlingov's password list, does it?

10  A.   No, it does not.

11  Q.   And doesn't appear anywhere on his computers?

12  A.   No.

13  Q.   And it doesn't appear on his hard drives?

14  A.   Again, that short-lived account did not appear on his hard

15  drives.

16  Q.   But Mr. Sterlingov did have short-lived accounts on his

17  password list, didn't he?

18  A.   You could show me.

19  Q.   Do you know?

20  A.   Right now I am not recalling which one --

21  Q.   But you didn't see that email address --

22           MR. BROWN:  Your Honor, could we let the witness

23  finish his answers before we launch into the next question,

24  please.

25           THE COURT:  Yes.

CROSS-EXAMINATION OF MR. ROVENSKY

1   BY MR. EKELAND:

2   Q.   And you didn't see that email address, the

3   volf.prius@hotmail.com on his thumb drives?

4   A.   I did not.

5   Q.   On his Google Drive?

6   A.   I did not.

7   Q.   And anywhere in his notes?

8   A.   I did not.

9   Q.   As a matter of fact, you don't have a single piece of

10  evidence on Mr. Sterlingov's devices or anything that you

11  seized from him at LAX or anywhere else showing him ever

12  operating Bitcoin Fog?

13  A.   Again, I testified to, I believe, a significant amount of

14  evidence in my direct.

15  Q.   And none of that quote/unquote significant amount of

16  evidence shows Mr. Sterlingov operating Bitcoin Fog?

17  A.   I don't know if I see it that way.

18  Q.   Point to one thing if you could then.

19          MR. BROWN:  Your Honor, asked and answered.

20          THE COURT:  So I think that there may be a question

21  of ambiguity in your question.  If you are asking the witness

22  whether there is any evidence, he has been examined on that and

23  the jury can draw whatever inferences or conclusions they want

24  from that.  If you are asking is there evidence of him, you

25  know, of a picture of him operating it or at some point in time

CROSS-EXAMINATION OF MR. ROVENSKY

1    where you can point at him and say, there he is operating it,

2    that is just a different question.  I think you need to be

3    clear about the question you are raising.

4              MR. EKELAND:  I think the jury has sufficient

5    information, Your Honor, and I will move on.

6    BY MR. EKELAND:

7    Q.   So, Agent Rovensky, the government did work with Swedish

8    law enforcement?

9    A.   Yes.

10   Q.   And as far as you are aware, Swedish law enforcement never

11   interviewed Mr. Sterlingov?

12   A.   So there was -- for a long stretch, this investigation was

13   covert, right.  And it didn't become overt until Mr. Sterlingov

14   was charged and arrested in the US.

15   Q.   So I am correct to understand that Swedish law enforcement

16   never interviewed Mr. Sterlingov?

17   A.   No.

18   Q.   And you never interviewed Mr. Sterlingov before his

19   arrest, did you?

20   A.   I wasn't even on the case.

21   Q.   And Swedish law enforcement never interviewed

22   Mr. Sterlingov's mother?

23   A.   No.

24   Q.   And you didn't interview Mr. Sterlingov's mother?

25   A.   I did not.

1    Q.    And Swedish law enforcement never interviewed any of

2    Mr. Sterlingov's friends?

3    A.    They did interview two of his coworkers at CapO.

4    Q.    And that was after his arrest wasn't it?

5    A.    Yes.

6    Q.    And they said nothing about Bitcoin Fog; right?

7              THE COURT:  Hold on a second here.  You can pick up

8    the phone if you want.  It seems to me that sounds like you are

9    calling for hearsay here.  But if you want to come to the

10   phone.

11             MR. EKELAND:  I didn't hear the government object.

12             MR. BROWN:  I object on hearsay and we are now far,

13   far afield from the scope of direct.

14             MR. EKELAND:  I am asking him about the scope of his

15   investigation and the government has spent two days --

16             THE COURT:  No.  No.  I am still back on the question

17   of -- just it sounds like a classic call for hearsay.  If there

18   is some reason it is not hearsay, I would be happy to hear from

19   you all on the phone otherwise.

20             MR. EKELAND:  Effect on the listener.  I am wondering

21   what kind of effect the government -- the government's

22   investigation.

23             THE COURT:  That is hearsay.

24             MR. EKELAND:  Are you sustaining?

25             THE COURT:  Yes, that is hearsay.

1          MR. EKELAND:  Moving on.

2    BY MR. EKELAND:

3    Q.   You never interviewed any of Mr. Sterlingov's friends?

4    A.   No.

5          MR. BROWN:  Asked and answered.

6          THE WITNESS:  No.

7    BY MR. EKELAND:

8    Q.   And Swedish law enforcement never interviewed any of

9    Mr. Sterlingov's employers before?

10          MR. BROWN:  Your Honor, at this point I am going to

11   object that we are out of the scope of direct.

12          MR. EKELAND:  Your Honor, they put in information

13   related to --

14          THE COURT:  I will allow this, but then maybe if we

15   could move on after this question.

16   BY MR. EKELAND:

17   Q.   So I am going to repeat the question.  Swedish law

18   enforcement never interviewed any of Mr. Sterlingov's employers

19   before his arrest?

20   A.   Before his arrest, no.

21   Q.   Can you name me his employers?

22   A.   CapO was where he worked from -- before he left because,

23   obviously, Bitcoin Fog was up and running.

24   Q.   When did Mr. Sterlingov work at CapO Marknaos

25   Communication?

1  A.    I think from 2010 to 2014, around there.

2  Q.    The United States government did ask Swedish law

3  enforcement to put Mr. Sterlingov under surveillance?

4           MR. BROWN:   I believe this is asked and answered,

5  Your Honor.

6           THE COURT:   Overruled.

7           THE WITNESS:   So, again, I wasn't on the case at that

8  point.   There may have been surveillance.   I haven't reviewed

9  reports of surveillance.

10           MR. EKELAND:   Ms. Wilkins, if I could get what is in

11  evidence as Government Exhibit Exhibit 313 up on the screen.

12           MR. BROWN:   Your Honor, Exhibit 313 which was the

13  only exhibit that was admitted, which is a physical chart, we

14  can bring that up to the witness.

15           MR. EKELAND:   I'd rather use it on the digital

16  screen.   I don't need the physical chart.   Thank you,

17  Mr. Brown.

18           MR. BROWN:   The digital screen has not been admitted.

19           THE COURT:   You can move for its admission if you

20  like.

21           MR. EKELAND:   I would move for the admission of what

22  is Government Exhibit 313 digitally, which I understand is the

23  same as what the government put on the flow chart.

24           THE COURT:   Any objection to that?

25           MR. BROWN:   No, Your Honor.   The digital vision is

1   now labeled 313A, as in alpha, so if we could admit it that

2   way.  We have no objection.

3              THE COURT:  So 313A is admitted and may be published

4   to the jury.

5              (Whereupon, Exhibit No. 313A was admitted.)

6              MR. EKELAND:  Can we publish to the jury?

7              THE COURTROOM DEPUTY:  As soon as it comes up, I will

8   publish it.

9   BY MR. EKELAND:

10  Q.   Can you see that?

11  A.   Yes.  So parts of it are cut off.  It would be better for

12  this one to see full screen.

13  Q.   Okay.  It will take a second, but I can --

14             MR. BROWN:  Your Honor, we can pull this up on the

15  government computer or Ms. De Falco can pull it up.

16             MR. EKELAND:  Ms. De Falco, I would appreciate that.

17  Thank you.

18  BY MR. EKELAND:

19  Q.   Mr. Rovensky, can you see that?

20  A.   I can.

21  Q.   And this is the same exhibit that you testified to that

22  was on a big foam board in front of the jury the other day?

23  A.   It is.  This is the transaction that registered

24  Bitcoin.com domain with High Hosting.

25  Q.   And I would just would like to take you through this, the

CROSS-EXAMINATION OF MR. ROVENSKY

1    flow of funds here.  So right here we have got Mr. Sterlingov's

2    Mt. Gox account number 1?

3    A.    Correct.

4    Q.    And that is the Mt. Gox account that Mr. Sterlingov KYCed?

5    A.    It is.

6    Q.    That is the Mt. Gox account that there is a password for

7    in his password list?

8    A.    Yes.

9    Q.    Now, we see the funds are leaving Mt. Gox account number

10   1.  And they are going to this Bitcoin address over here.  The

11   government doesn't have the private key to that Bitcoin

12   address, does it?

13   A.    No.

14   Q.    And that means that the government doesn't know who

15   controls that Bitcoin address?

16         MR. BROWN:  Objection; calls for speculation.  And I

17   would point out to the defendant's 702 objection on this point.

18         MR. EKELAND:  Your Honor, they put him up on the

19   stand and testified to this tracing and they have opened the

20   door to this.

21         THE COURT:  I think what we agreed though at your

22   request was that he would testify just with respect to the flow

23   of the funds and not beyond that.  You leave the other issues

24   for other witnesses.

25         MR. EKELAND:  Very well, Your Honor.

1   BY MR. EKELAND:

2   Q.   Now you see how the flow of funds on October 19th, 2011

3   goes to another Bitcoin address?

4   A.   I do.

5   Q.   And the government doesn't have the private key to that

6   Bitcoin address?

7            MR. BROWN:  Objection, Your Honor.

8            THE COURT:  I will allow that question.

9            THE WITNESS:  No.

10  BY MR. EKELAND:

11  Q.   Now, the funds flow to a Mt. Gox account number 2, over

12  here, and that is the Mt. Gox account NFS9000@hotmail.com that

13  you just testified to?

14  A.   Yes.

15  Q.   And that is the one that doesn't appear anywhere in

16  Mr. Sterlingov's password list?

17  A.   Correct.

18  Q.   And that is the one that doesn't appear anywhere in any of

19  the devices or anything seized from Mr. Sterlingov at Los

20  Angeles International Airport?

21            MR. BROWN:  Your Honor, I believe these questions

22  have already been asked and answered by the witness.

23            THE COURT:  Sustained.

24  BY MR. EKELAND:

25  Q.   And then you see at the bottom here under Mt. Gox account

1   2 here, you see it is generating a redemption code; right?

2   A.   Yes.

3   Q.   That is a redemption code for 36 -- I can't see 36 or --

4   35 Bitcoin.  You are aware that Mt. Gox had two types of

5   redemption codes, one for Bitcoin and one for US dollars?

6   A.   You could do both of those.  They also do that for Euros I

7   believe.

8   Q.   And then the funds for this redemption code gets redeemed

9   by Mt. Gox account number 3, the Kolbasa99@rambler.ru that you

10  just testified about?

11  A.   Right.

12  Q.   And that account converts it with a redemption code into

13  US dollars.  That is down in the bottom there?

14  A.   Correct.

15  Q.   And then, on October 20th, it sends $80 to Aurum Xchange?

16  A.   Right.

17  Q.   And right here?

18  A.   Yes.

19  Q.   But that is not --

20           MR. BROWN:  Objection.  Misstates the evidence and

21  the record.

22           THE WITNESS:  So it is -- Aurum Xchange was a service

23  with accounts on both Mt. Gox and Liberty Reserve.  They are a

24  service that executed orders for clients.

25  BY MR. EKELAND:

1    Q.    Right.  And they would redeem Mt. Gox redemption codes,

2    that is one of the things that Aurum Xchange specialized in?

3    A.    Correct.

4    Q.    You could redeem their codes for US dollars and convert

5    them into Liberty Reserve dollars?

6    A.    On behalf of their clients.

7    Q.    That Aurum Xchange account is not Mr. Sterlingov's Aurum

8    Xchange account; correct?

9    A.    It is Aurum Xchange's account.

10   Q.    Right.  It is Aurum Xchange's account.  But there is

11   nothing in this flow of transactions that identifies

12   Mr. Sterlingov in any way at all with that Aurum Xchange

13   redemption of the whatever it is, the $80 going from Mt. Gox

14   account number 3?

15   A.    So this flow of transactions happened extremely close in

16   time with a specific purpose.  It is really a one-layer

17   transaction with a specific purpose.

18   Q.    But there is nothing -- there is nothing in that Aurum

19   Xchange account right there in this transaction, that

20   identifies it as having anything to do with Mr. Sterlingov?

21   A.    By the time it got to Aurum Xchange it had been separated

22   from Mr. Sterlingov's Mt. Gox account that is in his true name.

23   Q.    That is your testimony that what you are saying there with

24   that answer is that Aurum Xchange transaction right there, you

25   have got nothing there to identify it as having to do with

 1   Mr. Sterlingov?

 2            MR. BROWN:  Asked and answered.

 3            THE COURT:  I will allow this one.

 4            THE WITNESS:  Other than what I just said about how

 5   close in time this was all executed, it would have taken

 6   incredible coordination for more than one person.  But the

 7   Aurum Xchange records do not have -- in this transaction do not

 8   have Mr. Sterlingov's name.

 9   BY MR. EKELAND:

10   Q.   And you are referencing --

11            THE COURT:  Counsel, can you go to the telephone for

12   just a second please?

13            (Conference held at the bench.)

14            THE COURT:  Make sure you are not too close to the

15   microphone there.

16            I didn't want to say anything about this in front of

17   the jury.  There is a lot of body language in the examination.

18   And, you know, it is not necessarily showing up on the record.

19   I think I sustained an objection to argumentative because there

20   were like air quotes.  And there is -- you know, turning to the

21   jury making facial expressions to the jury with respect to, you

22   know, answers you like or don't like, during your

23   examination -- I just ask that you just ask your questions and

24   not sort of turn to the jury with body language, you know, you

25   are communicating or expressing views to the jury as you are

CROSS-EXAMINATION OF MR. ROVENSKY

1    asking your questions.  Let the questions and answers speak for

2    themselves.

3                    It doesn't seem to be working.

4                    Okay.  You got it.

5                    (End of bench conference.)

6    BY MR. EKELAND:

7    Q.    You mentioned temporal proximity I believe when you were

8    talking about the Aurum Xchange transaction just now?

9    A.    Correct.

10   Q.    And you read Akemashite Omedetou's posts where he talks

11   about -- he or she talks about the necessity of spreading out

12   transactions over time so that you can't be identified.  Do you

13   recall that?

14   A.    That post was for the purpose of mixing, for the purpose

15   of how best for a user trying to launder their funds to go

16   about mixing.

17   Q.    And after the Aurum Xchange, you have an arrow going to

18   Liberty Reserve account.  Do you see that down there?

19   A.    Yes.

20   Q.    And that is the Shormint Liberty Reserve account that you

21   just testified about?

22   A.    It is.

23   Q.    We can take 313A down.  Thank you, Ms. de Falco.  I

24   appreciate that.

25         And you recall testifying I think it was yesterday about

1     the www.BitcoinFog.com clearnet DNS registration at

2     highhosting.net?

3     A.    I did.

4     Q.    Do you recall seeing the documents that went into evidence

5     saying that highhosting.net was charging the

6     shormint@hotmail.com registration that was done in Akemashite

7     Omedetou's name $2 a month for some services?

8     A.    For hosting, yes.

9     Q.    And there is no evidence in any of Mr. Sterlingov's

10    devices, his hard drives and his notes, anywhere, of

11    Mr. Sterlingov paying that $2 a month?

12    A.    No.

13    Q.    And you recall testifying about evidence that came in

14    regarding the transfer of the BitcoinFog.com clearnet name to

15    another hosting service called internet.BScorp?

16              MR. BROWN:  Objection.  I believe this misstates the

17    record.

18              Would it be helpful to pull up an exhibit?

19              MR. EKELAND:  It is Exhibit 502H, which I believe is

20    in evidence.

21              THE COURTROOM DEPUTY:  I'm sorry.  502?

22              MR. EKELAND:  H, as in Harry.

23              THE COURTROOM DEPUTY:  Who is pulling it up?

24              MR. EKELAND:  Ms. de Falco.  Thank you.

25    BY MR. EKELAND:

1    Q.   Mr. Rovensky, if you could review that quickly?

2    A.   I am familiar with this.

3    Q.   That is essentially an email from Reseller Club Sales team

4    to the highhosting.net saying they have received a request to

5    transfer the Bitcoin.com clearnet site to new register

6    internet.BSCorp.  Am I reading that right?

7    A.   Yes.  This is a request for transferring BitcoinFog.com.

8    Q.   And we see the customer details and that says Akemashite

9    Omedetou and there is a Japanese address and then the email is

10   listed as shormint@hotmail.com?

11   A.   I see that.

12   Q.   And, once again, there is nothing in any of

13   Mr. Sterlingov's devices, his hard drives, his thumb drives,

14   his notes, the Google Drive you accessed or anything else you

15   seized from Mr. Sterlingov at LAX or anywhere else in any of

16   your searches of anything of Mr. Sterlingov or the surveillance

17   of referencing internet.BS in relation to the BitcoinFog.com

18   clearnet site?

19   A.   Is your question about internet.BS?

20   Q.   My question is about the BitcoinFog.com clearnet site,

21   there is nothing in Mr. Sterlingov's records anywhere related

22   to that; correct?

23   A.   I am misunderstanding the question.  I'm sorry.

24   Q.   That is okay.  We can move on.  We can take 502H down.

25   Thank you.

1          And do you recall that the clearnet -- the BitcoinFog.com

2     clearnet site moved to a hosting service called HostGator?

3     A.   HostGator.

4     Q.   Yeah, HostGator?

5     A.   I don't think I testified to that yesterday.  Maybe there

6     is a document that will --

7     Q.   You can't recall one way or the other.

8          Do you recall the --

9               MR. BROWN:  Your Honor, was that a question?

10              MR. EKELAND:  I asked him if he didn't recall one

11    anyway or the other.

12    BY MR. EKELAND:

13    Q.   Do you recall whether or not it moved to HostGator?

14    A.   I don't recall.

15    Q.   Do you recall the invoices that were moved into evidence I

16    think yesterday from the Orange website DNS hosting related to

17    Bitcoin Fog?

18    A.   I do.

19    Q.   And do you recall that there were invoices for extending

20    the DNS registration of -- through 2026?

21    A.   Yes.  They were in the defendant's shormint@hotmail.com

22    account.

23    Q.   And, once again, there is nothing related to that Orange

24    website DNS hosting for BitcoinFog.com, and any of

25    Mr. Sterlingov's devices, notes, hard drives, thumb drives,

CROSS-EXAMINATION OF MR. ROVENSKY

1  Google Drive and everything else that we have been discussing
2  like that?
3  A.    No.
4  Q.    And that was actually paid for, that Orange DNS
5  registration was actually paid for by the Shormint PayPal
6  account?
7  A.    You will have to show me a document.  I'm sorry.
8  Q.    We can move on.
9        And then do you recall testifying, I believe it was
10 yesterday, about someone named Andrew Bitcoiner's email
11 exchange with Akemashite Omedetou's shormint@hotmail.com email
12 account?
13 A.    Yes.
14 Q.    And that email for Andrew Bitcoiner, that was the
15 invalid@gmail.com email address?
16 A.    Yes.
17 Q.    And that belonged to someone named Andrew White?
18 A.    Yes.  Correct.
19 Q.    And Andrew White ran a service called Bitcoin
20 cleaners.com; is that correct?
21 A.    I have seen like open source information that name is
22 associated with Andrew White, but that is as much as I know
23 about it.
24 Q.    But Mr. White was heavily involved with Bitcoin in 2011?
25 A.    He appeared to be.

1   Q.   And the subject matter of those emails where Mr. White was

2   talking to Akemashite Omedetou through Mr. Omedetou's

3   shormint@hotmail.com account, they were talking about Mr. White

4   buying Bitcoin Fog?

5   A.   There was a conversation about that.  And I think from the

6   communications I read, it was clear that Akemashite Omedetou

7   ultimately decided not to sell it.

8   Q.   But you don't know for sure if that ever happened or not?

9               MR. BROWN:  Calls for speculation, Your Honor.

10              MR. EKELAND:  I am asking whether he knows if the

11   sale happened.

12              THE COURT:  You can ask that question.

13   BY MR. EKELAND:

14   Q.   Do you know if the sale ever happened?

15   A.   I can only look at the conversation.  And the conversation

16   concluded with the sale not happening.

17   Q.   Did the government interview Mr. White?

18   A.   There was an attempt.

19   Q.   The government attempted to talk to Mr. White?

20   A.   Yes.

21   Q.   But the government never actually managed to talk to

22   Mr. White?

23   A.   He refused.

24   Q.   He refused.  And the government didn't pursue it further?

25   A.   There was a couple of attempts made, but he did not -- he

 1    would not meet.

 2    Q.    And Mr. White lives in California; is that right?

 3    A.    No.

 4    Q.    Do you know where Mr. White lives?

 5    A.    I don't know where he is living right now.  When the

 6    attempts were made, it was in Missouri.

 7    Q.    Have you ever attempted to access the BitcoinFog.onion

 8    site?

 9    A.    Yes.

10    Q.    What was the last time you did that?

11          MR. BROWN:  Objection.  This is outside the scope of

12    direct.

13          MR. EKELAND:  I am asking about the scope of his

14    investigation, Your Honor, this --

15          THE COURT:  Overruled.  I will allow this.  We'll see

16    how far we get on this.  I will allow that.

17          THE WITNESS:  To the best of my recollection, maybe

18    one year ago, maybe less.

19    BY MR. EKELAND:

20    Q.    Uh-huh.  Was it operational?

21    A.    No.

22    Q.    Uh-huh.

23          MR. BROWN:  Your Honor, could we have defense counsel

24    not comment audibly or not audibly after the witness' answers

25    please.

```
 1              THE COURT:  Yes.
 2    BY MR. EKELAND:
 3    Q.   Are you aware that there is a clearnet site called Bitcoin
 4    Fog.site as of two days ago was still operational?
 5    A.   That could be.
 6    Q.   And are you aware that that clearnet site points to an
 7    onion site that purports to be Bitcoin Fog?
 8    A.   It could purport to be, but the administrator of Bitcoin
 9    Fog was very clear in his posts of where you could find the
10    real onion site.  Because there were imposters.  There were
11    scammers who were trying to execute cyberattacks by pretending
12    to be Bitcoin Fog.  So Akemashite Omedetou repeatedly on the
13    clearnet site, BitcoinFog.com, and also on Bitcoin Talk warned
14    against these scams and pointed to the right way to access
15    Bitcoin Fog.
16    Q.   But you also recall Akemashite Omedetou saying -- and that
17    the BitcoinFog.onion address changed often?
18    A.   Often?  No.
19    Q.   Well, it --
20    A.   It did not change often.
21    Q.   But it did change?
22    A.   At one point, it changed.
23    Q.   It changed more than once, didn't it?
24    A.   I don't know if it changed more than once.  But I know
25    when it did change, that I testified to, the administrator of
```

```
 1    Bitcoin Fog was very clear to communicate that.
 2    Q.   When you say administrator of Bitcoin Fog, you mean
 3    Akemashite Omedetou?
 4    A.   I do.
 5    Q.   You have no way of knowing whether or not the onion site
 6    that is currently operating as Bitcoin Fog -- claiming to be
 7    Bitcoin Fog whether that is actually Bitcoin Fog or not?
 8              MR. BROWN:  Your Honor --
 9              THE COURT:  Yeah.
10              MR. BROWN:  This calls for speculation.  The witness
11    has testified he doesn't know what defense counsel is talking
12    about with this site.
13              THE COURT:  Sustained.
14              I will also remind the jury that the questions from
15    counsel are not evidence.  And the evidence is when the witness
16    has an answer to the question.
17    BY MR. EKELAND:
18    Q.   Mr. Rovensky, you testified that you spoke Russian?
19    A.   I do.
20    Q.   That doesn't mean you are a criminal, does it?
21    A.   No.
22              MR. EKELAND:  No further questions.
23              THE COURT:  Okay.  Redirect?
24              MR. BROWN:  The Court's indulgence.
25              THE COURT:  Okay.
```

```
 1              MR. BROWN:  No redirect, Your Honor.

 2              THE COURT:  Okay.  The witness is excused.  Thank

 3   you.

 4              And the government may call its next witness.

 5              MR. BROWN:  The government calls Duncan Townsend.

 6              MR. PEARLMAN:  Your Honor, could I have one minute

 7   of -- the Court's indulgence.

 8              THE COURT:  Okay.  Is it just one minute?

 9              MR. PEARLMAN:  I think so.

10              THE COURT:  I didn't know whether we should take a

11   break or not, but if it is one minute, that is fine.

12              MR. PEARLMAN:  I don't think it will take more.

13              THE COURT:  Okay.

14              MR. BROWN:  And this should not last very long, Your

15   Honor.

16              THE COURT:  Feel free to stand up and stretch if you

17   like.

18              (Pause.)

19              MR. BROWN:  Your Honor, he is just coming from

20   another floor, but --

21              THE COURT:  Okay.  No worries.

22              MR. BROWN:  We could also take a break now, either

23   way.

24              THE COURT:  How long do you think the testimony is

25   going to take?
```

```
 1              MR. BROWN:  Maybe 15, 20 minutes for direct.

 2              THE COURT:  I think we are going to break today for

 3    lunch today at 11:30.  So maybe it just as convenient now to

 4    take the break now, if --

 5              Oh, here is the other witness.

 6              So then we'll break right after this witness and then

 7    have a short session before lunch.

 8              MR. BROWN:  Yes, Your Honor.

 9                          DUNCAN TOWNSEND, sworn.

10              THE WITNESS:  Yes.

11              THE COURTROOM DEPUTY:  Thank you.  Please be seated.

12                          DIRECT EXAMINATION

13    BY MR. BROWN:

14    Q.    Good morning, Mr. Townsend.

15    A.    Good morning.

16    Q.    Could you please introduce yourself to the jury, spelling

17    your full first and last name?

18    A.    My name is Duncan Townsend.  I am a software engineer in

19    De-Fi.  I have -- and many years ago, I wrote a Bitcoin mixer

20    with a superficial resemblance to Bitcoin Fog.

21    Q.    And could you also spell your first and last name?

22    A.    My first name is Duncan, D-U-N-C-A-N; and my last name is

23    Townsend, T-O-W-N-S-E-N-D.

24    Q.    And, Mr. Townsend, going back to the spring of 2011, where

25    were you?
```

DIRECT EXAMINATION OF MR. TOWNSEND

1    A.    I was a undergraduate student at MIT.

2    Q.    What were you majoring in?

3    A.    Software engineering -- computer science and electrical

4    engineering.

5    Q.    And in 2011, at some point did you create a

6    Bitcoin-related website?

7    A.    Yes.  I wrote a website BlindBitcoin.com.

8    Q.    When did you write that website approximately?

9    A.    It would have been like May, June of that year.

10   Q.    And what was Blind Bitcoin?

11   A.    So it was based on David Chaum's blind digital cash

12   scheme.  Essentially you could deposit Bitcoin, receive a

13   coupon, cash in the coupon, get the Bitcoin back.  But then the

14   scheme was designed such that the issuer of the coupon could

15   not know the deposit that created the coupon.

16   Q.    And is that -- is that or is that not what you might call

17   a mixer or a tumbler?

18   A.    It absolutely is.

19   Q.    And did you advertise Blind Bitcoin at the time?

20   A.    No.  As I was actually discovered by some enterprising

21   individuals before I was ready to launch it.  People started

22   using it and then I said, well, I suppose I should tell people

23   that it exists and posted a thread on BitcoinTalk.org.

24   Q.    What was BitcoinTalk.org?

25   A.    So a fairly major -- or at the time the major internet

1    forum for discussing cryptocurrencies, which at the time was

2    just Bitcoin -- cryptocurrency-related services, the

3    developments therein.

4    Q.    And did you post under a name or a moniker of some sort?

5    A.    I used the same handle that I had at MIT, which was

6    DuncanT.

7    Q.    And were you open about your identity on Bitcoin Talk?

8    A.    Yes.  I posted my full name and that was a student at MIT.

9    Q.    Now, after you launched Blind Bitcoin, was there

10   discussion about Blind Bitcoin on Bitcoin Talk?

11   A.    Yeah.  There was some criticism of my design in the

12   respect that it was -- there was a centralized issuing

13   authority who could conceivably run off with all of the money.

14   And I was encouraged to design something better, a design that

15   later resembled things like CoinJoin, which I didn't implement

16   because I shut the website down.

17   Q.    At some point, did you consult with a lawyer?

18   A.    I did.  I asked an attorney if it was illegal to run

19   BlindBitcoin.com and the best answer that I got was that it

20   probably wasn't money laundering because Bitcoin isn't money.

21   Q.    And on the Bitcoin Talk forum, was there some discussion

22   about the legality of running a website like this?

23   A.    Yeah.  A bunch of people suggested it was unnecessarily

24   legally risky.

25   Q.    And if I could direct your attention to Exhibit 22, which

1    I believe was admitted under Mr. Rovensky's testimony.  And

2    scrolling up to the very top of this for a second, do you

3    recognize this exhibit?

4    A.   Yeah.  That is the post that I made after people started

5    using the service.

6    Q.   If we just scroll down really quickly.  What is the whole

7    document here?

8    A.   That is the thread on BitcoinTalk.org about

9    BlindBitcoin.com.

10   Q.   Now, if I could direct your attention to post number 27.

11   Do you see post number 27 here?

12   A.   Yep.

13   Q.   Could you just read out the first sentence of that post

14   and -- well, actually before that, who is making the post 27.

15   Is that you or somebody else?

16   A.   That is definitely not me.

17   Q.   Could you read that first sentence in post 27?

18   A.   "I would suggest consulting on the record with a lawyer

19   who has significant professional standing to lose."

20   Q.   Could we scroll down to post 29.  And, again, is post 29 a

21   post that you did or somebody else?

22   A.   That is somebody else.

23   Q.   And then, could you read the first sentence of what that

24   poster said?

25   A.   "I agree this is really dumb from a liability perspective

1   and you are asking for trouble, IMO."

2   Q.   So by the end of July of 2011, had you decided anything in

3   particular with respect to Blind Bitcoin?

4   A.   Yeah.  I shut the website down.  At least initially I left

5   it open whether I was going to bring it back.  I never brought

6   it back.  It never seemed like a good idea to do.

7   Q.   If I could direct your attention to post 35, please.  And

8   post 35, is this your post or somebody else's?

9   A.   That is mine.

10  Q.   And if I could just ask you to read post 35 into the

11  record.

12  A.   "Scratch that on the business resuming.  I have decided

13  that the liability of running a site like this is just too

14  great and the monetary benefit is too small.  I will continue

15  to honor unredeemed tokens and existing scheduled payouts.  I

16  will not be accepting new transactions.  If anyone wants to

17  carry on this site, I can help you get everything up and

18  running.  Duncan."

19  Q.   And did you end up selling the site to somebody else?

20  A.   I did not.

21  Q.   Now, did Bitcoin Talk have a private message function?

22  A.   It did.

23  Q.   And were you able to send and receive private messages

24  with other Bitcoin Talk users?

25  A.   I was.

1    Q.   And did you receive any private messages asking about

2    Blind Bitcoin?

3    A.   I did.

4    Q.   So I would like to direct your attention to Exhibit 15,

5    which has been previously been admitted and specifically

6    message 115161.  And to begin with, Mr. Townsend, the

7    formatting may be different, but do you recognize what this is?

8    A.   I do.

9    Q.   And what is shown on the screen here?

10   A.   This is the top of the screen is a message that I received

11   on BitcoinTalk.org as a private direct message about asking to

12   take over BlindBitcoin.com.

13   Q.   Where it says recipients and there are two bullets -- but

14   do you recognize what is under one of those bullets?

15   A.   Yeah, that is my username, Duncan T.

16   Q.   And do you have an independent recollection of receiving

17   this message?

18   A.   I don't remember it, but I have my own records that I

19   trust implicitly that say that I received this message.

20   Q.   And scrolling down to -- I believe it is message 116334.

21   Now looking at the full text of this message.  Do you --

22   looking at the body of this message, do you recognize this

23   message?

24   A.   I discussed it with you previously, but I have no

25   independent recollection of this message.

1    Q.   And then looking at the format of the body, it appears

2    there is a quoted section.  And then there is further text

3    below.  Does the quoted section -- does that match the message

4    that we just looked at?

5    A.   Yes.

6    Q.   That was sent to you.

7         And then looking at the text below, I just want to walk

8    through a few details.  Is there a reference to an MIT email

9    address?

10   A.   Yes.

11   Q.   And what is that MIT email address?

12   A.   Duncan@mit.edu.

13   Q.   Was that your MIT email address?

14   A.   Yes.

15   Q.   Do you recognize the reference to IRC?

16   A.   Yeah.  That is internet relay chat, just a chat protocol

17   that I used extensively at the time.

18   Q.   If this was in October of 2011, what would you have been

19   doing with your time in 2011?

20   A.   Studying computer science.

21   Q.   And did you check your email account frequently?

22   A.   Extensively, yes.

23   Q.   Do you have any reason to doubt that this is than

24   authentic message that was sent from your account?

25   A.   No.  It certainly sounds like something I would send and I

1  definitely sent many messages similar to this in response to

2  similar inquiries.

3  Q.   And could I ask you to just read the lower part of this

4  body from the word "Hi" and then going into the next paragraph,

5  please?

6  A.   "Hi.  Sorry for taking so long to get back to you.  The

7  semester has just gotten into full swing and I have had no time

8  for myself.  I have not handed over the site to anybody yet.  I

9  don't really have any sort of IM client, but I check my email

10  every 5 minutes or thereabouts, so that is probably the best

11  way to get ahold of me.  DuncanT@mit.edu.  I am moderately

12  comfortable with IRC, if you prefer that."

13  Q.   To the best of your recollection, did you have any further

14  contact with Killdozer?

15  A.   No.

16        MR. BROWN:  No further questions.

17        THE COURT:  All right.  Mr. Ekeland.

18                    CROSS-EXAMINATION

19  BY MR. EKELAND:

20  Q.   I think you said in the spring of 2011, you were at MIT?

21  A.   Yes, I was.

22  Q.   And that is when you became interested in Bitcoin?

23  A.   Yep.

24  Q.   And you said you started Blind Bitcoin around then; is

25  that right?

1    A.    Yeah.   I had learned about RSA, Chaumian blind signing,

2    Bitcoin seemed like an obvious marriage.

3    Q.    You said Blind Bitcoin was a mixer?

4    A.    Yes.

5    Q.    And you created your Blind Bitcoin mixer to launder money?

6    A.    It was really a demonstration of my technical skills.

7    Q.    But -- so you did create it to launder money?

8    A.    No, I did not.

9    Q.    You said that it -- I just -- you said it leaked or

10   somehow other people found out about it.  How did that happen?

11   A.    I never advertised, posted about it anywhere.  I presume

12   somebody checked Whois records or certificate transparency,

13   found out about the domain, investigated it further, decided it

14   was a useful service.  I presume that there is private chat

15   somewhere where it got around through word of mouth, but that

16   is pure speculation.

17   Q.    But so people started using it?

18   A.    Yes.

19   Q.    And at first you didn't know that people were using it?

20   A.    No.  I had logs.  I knew that people were using it.

21   Q.    You kept logs?

22   A.    Yeah.

23         MR. BROWN:  Objection.  Can we not have comments on

24   the witness' answers, please.

25         MR. EKELAND:  Okay.  I was just confirming.

1    Absolutely, Your Honor.

2    BY MR. EKELAND:

3    Q.   And was the Blind Bitcoin mixer source code, was that open

4    source?

5    A.   The source was available, yes.

6    Q.   So anybody could access the source code to it?

7    A.   Yes.

8    Q.   And you also said on Bitcoin Talk that if people wanted to

9    get the source code from you, they should just reach out to

10   you?

11   A.   Yeah.  At some point, I had taken the source code down off

12   the web server or stopped updating it.  I forget exactly when

13   that was.

14   Q.   But anybody who wanted to get the source code from you

15   could get it?

16   A.   Yes.

17   Q.   And people did come to you for the source code?

18   A.   Yes, they did.

19   Q.   But you don't have any record of Mr. Sterlingov getting

20   the source code from you?

21   A.   I have no record of that, no.

22   Q.   And the government asked you to search your records?

23   A.   Yes.

24   Q.   And nothing came up?

25   A.   Nothing came up.

1          MR. EKELAND:  No further questions, Your Honor.

2          THE COURT:  All right.  Any redirect?

3                     REDIRECT EXAMINATION

4   BY MR. BROWN:

5   Q.   Mr. Townsend, did you use your true name openly in setting

6   up Blind Bitcoin?

7   A.   Yes.

8   Q.   And did you advertise Blind Bitcoin as a way to avoid the

9   authorities?

10  A.   Not that I recall, but it has been a really long time.

11  Q.   And did you advertise that Blind Bitcoin would never

12  cooperate with the authorities?

13  A.   No, certainly not.

14          MR. BROWN:  No further questions.

15          THE COURT:  All right.  You are excused.  Thank you.

16          And members of the jury, let's just take a short

17  break, because we are going to take our lunch break at 11:30 so

18  let's just take a short bathroom break and we'll come back at

19  10 minutes to 11:00.  And please don't discuss the case even

20  amongst yourselves or do any research.

21          (Jury out at 10:40 a.m.)

22          THE COURT:  All right.  Anything before the quick

23  break?

24          MR. BROWN:  No, Your Honor.

25          MR. EKELAND:  No, Your Honor.

1            THE COURT:  All right.  I will see you back shortly.

2            Just before we go, I -- just before we go -- I'm

3    sorry.  Mr. Ekeland, before we go, I know that it is -- you are

4    not even thinking as you are doing it, Mr. Ekeland, with

5    respect to commenting on the answers.  And it is -- you are not

6    even conscious of it.  But if you can try and be careful about

7    that.  I don't think you are doing it intentionally, but I know

8    it is happening.

9            MR. EKELAND:  I am not, but I will put that filter

10   in.

11           THE COURT:  All right.  Thank you.

12           (Recess taken at 10:41 a.m.)

13           THE COURT:  So the juror who had the appointment at

14   11:30 does not have it today after all.  We still have it on

15   Mondays going forward.  So we can go a little bit longer.  I

16   think we will maybe go until 12:15.  I don't want to go all of

17   the way until 12:30 because that is a long stretch for the

18   court reporter.

19           You can get the jury.

20           (Jury in at 10:56 a.m.)

21           THE COURT:  All right.  And the government may call

22   its next witness.

23           MS. PELKER:  Thank you, Your Honor.  The government

24   calls Mr. Luke Scholl.

25           THE COURT:  Okay.

1                          LUKE SCHOLL, sworn.

2                   MR. EKELAND:  Your Honor, can we --

3                   THE COURT:  Yes.

4                   (Conference held at the bench.)

5                   MR. EKELAND:  Just because the Daubert issue, because

6      the defense has an outstanding Daubert motion in relation to

7      Mr. Scholl.  If the Court could rule on it and put on the

8      record its decision as to whether or not he is qualified as an

9      expert, what he is qualified to testify to.

10                  THE COURT:  Yeah.  So I didn't realize that he was

11     taking the stand now or I would have done this during the break

12     or prior to this.  It is seems to me that the only question at

13     all with respect to him -- and I am not sure whether the motion

14     even extends beyond this is whether the Chainalysis reactor is

15     sufficiently reliable to clear the Daubert hurdle.  And I am

16     going to get you a more complete opinion on this.  I have spent

17     a lot of time thinking about the question.  And I am convinced

18     that it is sufficiently reliable.  And I can give you more.  As

19     I said, I can and will give you more detail with respect to my

20     conclusion with respect to this.

21                  But there are the three heuristics.  I am not sure

22     whether heuristic 3 comes into play at all with respect to this

23     witness.  If it does, it is only sort of a marginal issue.  And

24     with respect to heuristic 1, I think even although I understand

25     that you are no longer offering her as an expert, even your

1   expert I think didn't have fundamental disagreements with the

2   methodology with respect to heuristic 1.

3          So it was really heuristic 2 was the issue, in which

4   I provided to the defense and ensure the defendants received

5   the details with respect to that heuristic.  And I think that

6   in many ways, this is -- just a sophisticated form of following

7   a money trail.  And I understand that it is a particularly

8   sophisticated way to do it where there are some assumptions

9   which are grounds for fair cross-examination on the issue.  And

10  one of the things that -- and the reasons why I was persuaded

11  that it is appropriate in this case -- and I have other reasons

12  which I will get into detail about.  But one of the reasons I

13  concluded that it was appropriate in this case is this is not a

14  case in which the analysis is directly, for example,

15  implicating Mr. Sterlingov.  And it is done at a much grosser

16  level in which it is -- it doesn't need to, at least as offered

17  in this case, offer, you know, absolute precision.  So if it

18  were right, you know, only 90 percent of the time or only

19  80 percent of the time, I think it would still be valuable for

20  offering the evidence that the government is seeking to offer

21  it for.

22          And what I do have in front of me, although as you

23  made the point, many, many times, is there may not be a sort of

24  peer-reviewed study or a study that has given us an actual

25  error rate.  I do have evidence in front of me with respect to

1    the reliability of Reactor, as it has been used in law

2    enforcement for many, many thousands of subpoenas, as I

3    understand or thousands of subpoenas over time and which there

4    is a natural check in that those who have testified at a

5    Daubert hearing with respect to this have indicated to me that

6    they are not aware of any incidents in which the results were

7    incorrect.

8             And so given the extensive evidence that is in front

9    of me and given the fact that is not being used for the

10   precision of saying that this particular one transaction is

11   necessarily what it reports to be, but it is being used at a

12   more general -- given the evidence that even the previous

13   defense expert didn't have fundamental disagreement with

14   respect to the heuristic 1.  And I understand there are

15   CoinJoin issues and that is, again, fair ground for

16   cross-examination.  I conclude that it is appropriate to rely

17   on the Chainalysis Reactor.  But as I said, I am going to get

18   you a more detailed opinion on this issue.  I just didn't

19   realize the witness was going to be taking the stand today.

20            MR. EKELAND:  Thank you, Your Honor.

21            (End of bench conference.)

22                      LUKE SCHOLL, sworn.

23            THE WITNESS:  I do.

24            THE COURTROOM DEPUTY:  Thank you.  Please be seated.

25            THE COURT:  You may proceed.

1                    DIRECT EXAMINATION

2    BY MS. PELKER:

3    Q.   Mr. Scholl, could you please state and spell your name for

4    the record?

5    A.   My name is Luke Scholl; L-U-K-E, S-C-H-O-L-L.

6    Q.   Mr. Scholl, where do you work?

7    A.   I work at the Federal Bureau of Investigation.

8    Q.   What is your current assignment?

9    A.   I am a staff operation specialist assigned to an

10   intelligence squad in Newark division.

11   Q.   Can you please briefly describe your educational

12   background?

13   A.   I have a bachelor degree in optics from the University of

14   Rochester and a master's degree in cybersecurity from Stevens

15   Institute of Technology.

16   Q.   Where did you work between graduating college and getting

17   your master's in cybersecurity?

18   A.   I worked at the United States Navy.

19   Q.   What was your role there?

20   A.   I was a submarine officer.

21   Q.   When did you join the FBI?

22   A.   I started as an intern in 2014 while competing my master's

23   degree and started full time in 2015.

24   Q.   Were you recently on a special detail assignment for the

25   FBI?

1    A.    Yes, ma'am.

2    Q.    Could you tell us about that?

3    A.    I was on a joint duty assignment detailed to the National

4    Cryptocurrency Enforcement Team at the Department of Justice.

5    Q.    What is the National Cryptocurrency Enforcement Team?

6    A.    It is a group of prosecutors and an analyst that

7    specialize in cryptocurrency law and investigations.

8    Q.    What did your work on the National Cryptocurrency

9    Enforcement Team entail?

10   A.    Case support work, consulting, reviewing legislation,

11   mostly case support.

12   Q.    Were you selected for that team because of your

13   cryptocurrency tracing experience at FBI?

14   A.    Yes, ma'am.

15   Q.    How long have you been working cases involving

16   cryptocurrency?

17   A.    Since I joined the FBI in 2015.

18   Q.    Are you also a member of the FBI's virtual currency

19   response team?

20   A.    Yes, ma'am, I am.

21   Q.    What is the virtual currency response team?

22   A.    The FBI's virtual currency response team is a group of

23   cryptocurrency subject matter experts from all over the FBI

24   that have volunteered to support cryptocurrency investigations

25   that are on different squads across the bureau.  So you could

1    be working from Newark in supporting a case in Houston, for

2    example.

3    Q.    Do you have experience searching for and seizing

4    cryptocurrency?

5    A.    Yes, ma'am, I do.

6    Q.    What does that involve?

7    A.    I mean, it involves a logical investigation, often

8    receiving a search warrant that might be for a Gmail account or

9    where a seed phrase or wallet identifiers are found.  Or it

10   might involve a physical search where you are locating wallets

11   on devices or hardware wallets at a residence or something

12   depending on the warrant search warrant.

13   Q.    Are you also certified by the FBI to conduct online

14   undercover work?

15   A.    Yes, ma'am, I am.

16   Q.    Does that certification require additional specialized

17   training?

18   A.    Yes, ma'am.  I have attended two specialized trainings for

19   online covert activity with the Bureau.

20   Q.    Do you have experience doing undercover work involving

21   cryptocurrency and the darknet?

22   A.    Yes, ma'am.  I have engaged online covert activity in

23   involving Bitcoin transactions, sending funds, making

24   purchases, those sorts of things.

25   Q.    Without getting into anything sensitive, could you explain

1    generally what you would do as an online undercover?

2    A.   Most of my work as an online undercover employee has been

3    fairly transactional.  There is something being sold, usually

4    on the dark web or through some forum communication, somebody

5    is posting an offer to buy something.  And I'd reach out

6    purporting to be an individual interested engaging in the

7    solicit activity or having the solicit thing and arranging to

8    purchase that with cryptocurrencies.  And then finalizing the

9    purchase and receiving whatever goods that was purchasing for

10   evidence.

11   Q.   Does that work involve actually doing cryptocurrency

12   transactions while looking as though you are a cybercriminal?

13   A.   Yes, ma'am.

14   Q.   Now, you mentioned earlier that you have been working on

15   cryptocurrency cases with the FBI since 2015.  Can you tell us

16   a bit about your early work in cryptocurrency for the FBI?

17   A.   Yes, ma'am.  The first investigation that I was involved

18   in that involved virtual cryptocurrency was a darknet market

19   investigation.  The goal there, again, was to engage as an

20   online undercover to make evidentiary purchases of hacking

21   tools and other indications of cybercriminal activity on that

22   forum.  Shortly thereafter, FBI cybersquads essentially stopped

23   working darknet market investigations and focused on computer

24   intrusion hacking cases.

25   Q.   Are those some of the cases you continue to work on using

1    your cryptocurrency experience?

2    A.    Yes, ma'am, they are.

3    Q.    Could you speak a bit what the investigative day to day

4    would look like for you on a case?

5              MR. EKELAND:  Objection, Your Honor; relevance.

6              MS. PELKER:  I think it is very relevant to establish

7    what the testifying witness' background and experience is here

8    and to explain -- he is about to explain a lot of

9    cryptocurrency concepts to the jury.  We have a right to lay a

10   foundation of why he knows those concepts.

11             THE COURT:  Go ahead.

12             Do you want to pick up?

13             MR. EKELAND:  Yes.

14             (Conference held at the bench.)

15             MR. EKELAND:  Your Honor, what -- the defense would

16   just like to get clear just on what exactly Mr. Scholl is being

17   offered as an expert in.  Because it is not clear to me that --

18   first of all, we had a Daubert hearing.  The Court has

19   recognized him as an expert.  And now we are hearing about his

20   day to day his -- I don't understand why this is necessary at

21   all if he already has been recognized as an expert by the

22   Court.

23             THE COURT:  I think the government does still need to

24   carry its burden with the jury of convincing the jury he is an

25   expert, even though the Court is admitting him as an expert or

1    whether they -- the jury may not need to make that legal

2    conclusion, but it goes to the credibility or believability of

3    the witness' testimony what their experience and background is.

4             MR. EKELAND:  But it is my understanding that he is

5    being offered as an expert in the tracing in this case.  And he

6    didn't do any of the undercover transactions.  So what I am

7    concerned with here is that we are just going outside the scope

8    of what is necessary in terms of what is necessary to lay the

9    foundation with the jury for him as an expert.

10            THE COURT:  Ms. Pelker.

11            MS. PELKER:  So he is about to speak in the

12   investigative day to day, not to the undercover activity, but

13   about the tracing.  That said, the fact that he has validated

14   his undercover transactions using his blockchain analysis goes

15   to his validation and why he is so confident in these tools and

16   his experience in tracing.

17            THE COURT:  I am going to go ahead and allow it.  My

18   only concern is making sure that he is not getting into what he

19   did in other cases in a particular level that is not relevant

20   here that could in any way be prejudicial.  Okay?

21            MR. BROWN:  Yes.

22            MS. PELKER:  Yes, Your Honor.

23            MR. EKELAND:  Thank you, Your Honor.

24            (End of bench conference.)

25            THE COURT:  You may proceed.

DIRECT EXAMINATION OF MR. SCHOLL

1    BY MS. PELKER:

2    Q.   Mr. Scholl, without speaking to the details of any

3    particular case, could you speak a bit to what the

4    investigative day to day looks like for you on a case?

5    A.   Without speaking to the details --

6    Q.   Of any particular case.  You can speak generally about

7    what you do on a case.

8    A.   I work a lot of ransomware investigations.  So a typical

9    day might be investigating a specific victim payment.  A

10   ransomware investigation -- a cybercriminal attacks a victim

11   company, encrypts all of their computers.  And then extorts

12   them for a ransom payment in Bitcoin.  I do a lot of collecting

13   those ransom payment addresses and following funds forward to

14   see where they are deposited, where the money goes from there.

15   It can be reviewing evidence, so just search warrant returns

16   from email providers, lots of just -- yeah, lots of logical

17   investigative steps around identifying cryptocurrency

18   investigation and then tracing funds forward and backward.

19   Q.   Have you received training related to virtual currency and

20   blockchain analysis?

21   A.   Yes, ma'am, I have.

22   Q.   Can you speak a bit to what that involved?

23   A.   I received a lot of training from the FBI and am a part of

24   not only the virtual currency response team, but also the

25   virtual currency evolving threat working group.  Both of those

1   have monthly calls where updates and training are provided.  I

2   have taken virtual academy classes, our online training portal

3   on virtual currency.  I have received training from outside

4   private sector companies, been to multiple government

5   conferences, symposiums discussing cryptocurrency tracing.

6   Yes, ma'am.

7   Q.   Do you hold certifications in blockchain analysis?

8   A.   I do.  I hold several certifications from Chainalysis

9   including cryptocurrency fundamentals, a reactor certification,

10  reactor investigative specialist, I think it is called,

11  Ethereum tracing from Chainalysis, as well as similar

12  certifications from TRM, cryptocurrency fundamental-type

13  certification and investigator-type certification and advance

14  investigator certification.

15  Q.   What are Chainalysis Reactor and TRM?

16  A.   So Chainalysis Reactor is blockchain analysis software

17  that we use on a daily basis.  It is used by the company

18  Chainalysis.  The software is called Reactor.  Sometimes you

19  will hear Chainalysis.  And TRM a competitor of Chainalysis,

20  also produces blockchain analysis software for investigators

21  and financial institutions that have AML, anti-money laundering

22  responsibilities to review their customer's transactions.

23  Q.   Do you have an estimate roughly of how many training hours

24  you have received in blockchain analysis?

25  A.   I believe we added up just the certification course hours

DIRECT EXAMINATION OF MR. SCHOLL

1   is 80, but I would say hundreds of hours of training.

2   Q.   And in addition to receiving the training, do you also

3   give trainings and presentations on topics related to

4   cryptocurrency?

5   A.   Yes, ma'am, I do.  I provided training to FBI Newark as

6   well as other FBI divisions.  I provided training to local law

7   enforcement.  I have provided training to the US Attorney's

8   Offices.  I have even provided training to the FBI's own

9   virtual currency response team.

10  Q.   Do you have a very rough estimate of how many hours you

11  have spent on blockchain analysis or cryptocurrency-related

12  work?

13  A.   I mean, thousands of hours.  I have been doing this since

14  2015.  And today it is the majority of what I do.

15  Q.   Have you received awards from the FBI and DOJ for your

16  cryptocurrency tracing work?

17  A.   Yes, ma'am, I have.

18  Q.   Has your blockchain work been used to support search

19  warrants, arrest warrants and indictments?

20  A.   Yes, ma'am, as well as convictions.

21          MS. PELKER:  Your Honor, the government would seek to

22  qualify Mr. Scholl in cryptocurrency and blockchain analysis.

23          THE COURT:  All right.  I conclude that Mr. Scholl is

24  qualified to testify as an expert on blockchain analysis and

25  cryptocurrency.

1              You may proceed.

2     BY MS. PELKER:

3     Q.   Mr. Scholl, we have heard a lot about this already, but

4     could you explain to the jury what is cryptocurrency or what is

5     virtual currency to start?

6     A.   A virtual currency is just an online payment system.  It

7     doesn't exist in the real world.  It has to be done on the

8     internet.

9     Q.   What is cryptocurrency specifically?

10    A.   Cryptocurrency is just a subset of virtual currency.  So

11    it is a virtual currency that is online only.  And what

12    distinguishes cryptocurrency from other virtual currencies is

13    that they are distributed, that the ledgers with all of the

14    transaction records, are contained on a blockchain, which is

15    just decentralized among different users and protected by

16    cryptography.  So cryptography is what secures Bitcoin

17    transactions and cryptocurrency transactions.

18    Q.   Are there multiple types of cryptocurrency?

19    A.   Yes, ma'am, there are.

20    Q.   What is one of the most popular?

21    A.   Bitcoin is the most common.

22    Q.   If I want to buy Bitcoin, where could I get it?

23    A.   You could create an account in an exchange and buy Bitcoin

24    from an exchange.  There are other methods.  You can

25    potentially use an ATM.  There are Bitcoin ATMs where you could

DIRECT EXAMINATION OF MR. SCHOLL

1    insert cash and receive Bitcoin to your cryptocurrency address.

2    Q.   What is a Bitcoin exchange?

3    A.   A Bitcoin exchange is a like a bank for Bitcoin or

4    cryptocurrency.  It is a financial institution that maintains

5    accounts, allows you to purchase and sell and often trade

6    cryptocurrencies.

7    Q.   For a user what is the process like to set up an account

8    at an exchange?

9    A.   The process for setting up an account on an exchange is

10   very similar to setting up an account at a bank.  For a

11   regulated exchange you would be providing your name, your date

12   of birth, usually a government ID of some sort to validate your

13   identity and frequently a utility bill to prove your address,

14   your location.

15   Q.   And what payment methods can you use to buy Bitcoin at an

16   exchange?

17   A.   I think, most commonly you would be linking a bank

18   account.  And that is where, you know, providing your KYC

19   information comes in.  But you could pay with other

20   cryptocurrency to buy cryptocurrencies.  And there is lots of

21   exchanges out there that offer payments in different forms.

22   Q.   I think we are invoking the ire of the court reporter, if

23   we could both of us try to slow down.  Apologies.

24           THE COURT:  If you could do your best, thank you.

25   BY MS. PELKER:

1    Q.    Is there a set price to buy one Bitcoin?

2    A.    No, ma'am.  The price of Bitcoin fluctuates.

3    Q.    And what is one Bitcoin worth today, approximately?

4    A.    It is approaching fifty -- it is fifty something thousand

5    dollars.  I didn't look this morning.

6    Q.    Once someone has Bitcoin, can they store those funds on an

7    account with the exchange?

8    A.    Yes, ma'am, they can in some cases.  Because exchanges

9    offer custodial wallet services where they would maintain your

10   funds for you.  You log into your account, you see how much is

11   there.  But you don't actually have the keys, the private keys

12   for that Bitcoin.  You can't spend them, other than by logging

13   into the exchange and making a payment or a withdrawal through

14   them.

15   Q.    Is there a real world equivalent to that?

16   A.    It is just like a bank.  The bank holds your money, so can

17   the exchange.

18   Q.    Are there other ways that users can store their Bitcoin if

19   they don't want to keep it on an exchange?

20   A.    Yes, ma'am, there are.

21   Q.    And what is that?

22   A.    Users can host their own wallets.  A wallet is just an

23   application you can download to a mobile device or your

24   computer.  It is a software application and it stores your

25   Bitcoin, the private key and your address essentially.  There

1    is many forms of wallets.  Wallets could also not be a software

2    application, a piece of hardware, like a USB device that is

3    designed to be a cryptocurrency wallet or even printing out

4    private keys on pieces of paper.

5    Q.   What is a Bitcoin address?

6    A.   A Bitcoin address is a string of random numbers and

7    letters that acts like an account number.  A Bitcoin address is

8    a public identifier that is just like an account number.

9    Q.   Can you explain what a private key is in relation to a

10   Bitcoin address?

11   A.   Yes, ma'am.  So each address on the Bitcoin blockchain has

12   a corresponding private key where you need to sign a

13   transaction that is spending Bitcoin from that address with a

14   private key.  It is what allows you to unlock funds in a

15   Bitcoin address.

16   Q.   Can you spend money from a Bitcoin address without the

17   private key?

18   A.   No, ma'am.

19   Q.   And where is that private key generally stored?

20   A.   It would be stored on your wallet application.

21   Q.   And does each Bitcoin wallet hold just one address and

22   private key?

23   A.   No.  No, ma'am.  Most Bitcoin wallets -- a wallet could,

24   but most Bitcoin wallets contain multiple addresses.

25   Q.   Can someone use their own wallet to send Bitcoin to

DIRECT EXAMINATION OF MR. SCHOLL

1    another person?

2    A.   Yes, they could.

3    Q.   Do Bitcoin transactions get recorded somewhere?

4    A.   They do.  They get recorded on the Bitcoin blockchain.

5    Q.   Can you explain -- we have heard about this a bit, but

6    what is the blockchain?

7    A.   The blockchain is just a long ledger of all of the Bitcoin

8    transactions that have ever happened from 2009 until right now.

9    The Bitcoin blockchain contains all of the valid Bitcoin

10   transactions.

11   Q.   Mr. Scholl, did you prepare a series or help to prepare a

12   series of visuals that explain Bitcoin transactions?

13   A.   I did.

14   Q.   I am showing you Exhibit 307.  Do you recognize it?

15   A.   Yes, ma'am.

16   Q.   Is this the PowerPoint that you assisted in preparing?

17   A.   Yes, ma'am, it is.

18   Q.   And would these visuals help the jury to understand your

19   testimony?

20   A.   Yes, ma'am.

21        MS. PELKER:  Government seeks to publish Exhibit 307

22   as a demonstrative.

23        THE COURT:  Any objection?

24        MR. EKELAND:  No objection, Your Honor.

25        THE COURT:  Exhibit 307 can be published as a

DIRECT EXAMINATION OF MR. SCHOLL

1    demonstrative.

2    BY MS. PELKER:

3    Q.   If we can go ahead and put this in present.  Thank you

4    very much.

5         Mr. Scholl, directing your attention to slide 1.  Can you

6    explain what is shown on the screen?

7    A.   Yes, ma'am.  This is an example of a Bitcoin wallet.  We

8    are calling it Bob's wallet here.  This wallet currently has

9    three Bitcoin addresses that hold different amounts of Bitcoin.

10   So the Bitcoin address starting with 1Btu73Y currently holds 2

11   Bitcoin.  And another Bitcoin address starting with 1PyT5F3t

12   holding 3 Bitcoin and another address starting with 1FSE9Y6

13   holding 1.5 Bitcoin.

14   Q.   Now, if Bob wants to send funds from his wallet to another

15   user, so here Alice, what is the first thing he needs?

16   A.   The first thing that Bob would need to send funds to Alice

17   is Alice's address, Alice's Bitcoin address.

18   Q.   And how does Alice get a Bitcoin address?

19   A.   So Alice would have to have a wallet software or some sort

20   of Bitcoin wallet.  And that wallet would provide her with an

21   address to receive funds.  And she would provide that address

22   here, 1YuR38j.  I can underline to that word.

23   Q.   You should be able to draw on the screen.  You might have

24   to tap the top corner.

25   A.   I don't know what is going on.

1          I knew I was going to struggle with this.

2               MS. PELKER:  Ms. Walker, we can go through without

3     it.

4     BY MS. PELKER:

5     Q.   And, Mr. Scholl, can you just describe the place on the

6     screen that you would be circling?

7               MS. PELKER:  We can work on it at lunch.  It is not

8     essential.

9               Thank you, Ms. Walker.

10              THE WITNESS:  So Alice would have to provide the

11    first step in Bob sending funds to Alice would be Alice

12    creating an address for Bob to send the funds to and then

13    providing that address to Bob.

14    BY MS. PELKER:

15    Q.   And what will Bob do now?

16    A.   Bob would open his Bitcoin wallet application and he would

17    copy and paste the address he has received from Alice into a

18    withdrawal that he is going to send.  So he'll paste the

19    address that he would like to withdraw to and type in the

20    amount that he wants to send to this address, in this case 1.5

21    Bitcoin.

22    Q.   What happens next in Bob's wallet?

23    A.   Bob's wallet will broadcast a transaction to the Bitcoin

24    network from Bitcoin address starting 1Btu73y and sending 1.5

25    Bitcoin to the address 1YuR38j.  And then it would sign that

1   transaction with Bob's private key for the address 1Btu.

2   Q.   How is that transaction then recorded?

3   A.   That transaction is recorded on the Bitcoin blockchain.

4   So eventually it will be picked up by a mining node, a Bitcoin

5   miner.  That miner will validate that transaction, that is, he

6   will verify that those funds haven't been spent yet and Bob's

7   address does contain those funds and that the signature for

8   that address is correct.  And then it will be included in a

9   block on the Bitcoin blockchain.

10  Q.   Showing you this slide in front of you.  What is shown

11  here?

12  A.   This is raw transaction data for a Bitcoin transaction.

13  Q.   And can you explain the key information that is shown in

14  these boxes?

15  A.   Yes, ma'am.  At the top, we have transaction ID.  That

16  transaction is a unique identifier for this specific Bitcoin

17  transaction.  Below that in blue we have the input information.

18  This is a reference to an input address and amount specified by

19  previous Bitcoin transaction ID.  And then in the yellow, we

20  have the output information.  You see Vout.  The value, 25.4395

21  Bitcoin sending to the address 1CRm, the address starting with

22  1CRm.

23  Q.   What is shown here in this box at the bottom now?

24  A.   So this is just a summary of that relevant transaction

25  information that we would need to conduct blockchain analysis,

1    the unique transaction hash, starting with e9521b in orange.

2    And the input address in blue, 1Bba, the amount of funds it is

3    sending 25.44.  That is an input to this transaction.  And then

4    in yellow the address it is sending to 1CRm and the amount it

5    is sending to that address 25.4395 Bitcoin.

6    Q.    Why does the amount drop there from 25.44 to 25.4395?

7    A.    So most Bitcoin transactions include a fee.  By and large

8    the vast minority of them are.  They don't have to include a

9    fee.  But that just incentivizes the blockchain miners to

10   include a transaction.  So any difference between the input

11   amounts and the output amounts is essentially a fee that gets

12   paid to the miner.  It incentivizes them to include your

13   transaction quickly essentially.

14   Q.    Does Alice's computer, the recipient computer, have to be

15   online for this transaction to go through?

16   A.    No, it does not have to be online.  Bob's computer is

17   going to be connected to the internet.  So Bob's computer has

18   to be online.  And when it sends that transaction to the

19   Bitcoin blockchain, the Bitcoin ledger, which is the

20   blockchain, is updated for this transaction.  Alice's wallet

21   doesn't have to be online.  The next time Alice's wallet

22   connects to the internet, it will check for transactions and

23   see that it received this payment.

24   Q.    So could you explain a bit more of this concept of the

25   blockchain?  Why is it called a blockchain, first of all?

DIRECT EXAMINATION OF MR. SCHOLL

1    A.    Yeah.  It is called a blockchain because the blocks are

2    sequential and they are linked together by cryptography

3    essentially.  So there is -- you know, block 8,002 or 80,002

4    comes after 80,001.  And the cryptography ensures there is a

5    link between those two transactions.  So it is a sequential

6    order of blocks.  It is a chain of blocks.

7    Q.    And how does this single transaction we see down in the

8    bottom box that we just looked at, how does that relate to the

9    structure of a single block?

10   A.    That one transaction would be included in a list of

11   potentially thousands of transactions that are included in a

12   single block.  And a block is created approximately every 10

13   minutes on the Bitcoin network.

14   Q.    Where is this blockchain with all of these transactions

15   stored?

16   A.    The blockchain is -- to the Bitcoin network is

17   decentralized.  Anyone can have a copy of the blockchain.  So

18   anyone running a full node wallet or a wallet that verifies

19   transactions has a copy of the Bitcoin blockchain.  It is also

20   publicly available to view on the internet at many different

21   block explorers.  So the answer is there is not one copy.  It

22   is a shared copy.  And then everybody can verify their copy is

23   correct through the cryptography built into the system.

24   Q.    So can every user look at the blockchain and the

25   transactions?

1    A.    Yes, ma'am.

2    Q.    And is the blockchain constantly growing as more

3    transactions occur?

4    A.    Yes, ma'am.

5    Q.    Is there a real world analogy to the blockchain?

6    A.    It is just like the ledgers that your bank would keep.

7    They have to keep records of all the transactions for all of

8    the accounts in the bank.  And the blockchain keeps records for

9    all of the transactions on the Bitcoin network.

10   Q.    Is there a real world equivalent or a rough real world

11   equivalent to the information that is associated with each

12   Bitcoin transaction?

13   A.    Yes, ma'am.  We often use a check as an analogy for

14   information in a Bitcoin transaction.

15   Q.    I would like to have you walk through the different

16   features of a check and how they equate to information in a

17   Bitcoin transaction.  So, first, what is the Bitcoin equivalent

18   of an account number?

19   A.    The account number is like the input address.  On the

20   check this account is like the account sending funds.  So it is

21   like the input address in a Bitcoin transaction.

22   Q.    And what is the equivalent of a pay to field?

23   A.    The pay to field would be the equivalent of the output

24   address.  This is who is receiving funds from this check.  And

25   an output address is who is receiving funds from a Bitcoin

1    transaction.

2    Q.    And the equivalent of the amount?

3    A.    That would be the amount being sent to that output

4    address, very similar to Bitcoin transaction.

5    Q.    What about the signature line?

6    A.    There is a signature on a Bitcoin transaction that you

7    need that private key to make, just like there is a signature

8    on a check.   It is there to make sure that the person who is

9    spending those funds that is making the transaction has the

10   authority to spend those funds.

11        So this signature on the check is just like a signature on

12   a Bitcoin transaction that needs the private key.

13   Q.    And the check number?

14   A.    The check number is the unique identifier for a payment in

15   this account.   It is just like the transaction ID on Bitcoin.

16   Only different checking accounts could all have a check number

17   2400, whereas on the Bitcoin network all transaction IDs are

18   you unique.   You don't have to share them.   It is not like your

19   wallet has its own check numbers.   That transaction ID is

20   completely unique.

21   Q.    And the date?

22   A.    The date time stamp on your check -- in blockchain

23   analysis this isn't part of a transaction.   It is part of the

24   block.   The block that the transaction gets included has a time

25   stamp associated with it.   And the date time on the check would

1    be equivalent to the time stamp that is associated with the

2    block.

3    Q.   Does every transaction have just one input and one output?

4    A.   No, ma'am.  Bitcoin transactions can have multiple inputs

5    and multiple outputs.

6    Q.   Why would a transaction have more than one input?

7    A.   Transactions might have more than one input if Bob wanted

8    to send a larger amount of money than he had in any single

9    address, but had enough funds in multiple addresses to send to

10   Alice.  He could combine multiple addresses in one transaction

11   using multiple addresses and input to send the required amount

12   of funds to Alice.

13   Q.   Can you walk us through an example on this screen?

14   A.   Yes, ma'am.  So in this example, Bob owes Alice 4.5

15   Bitcoin.  You can see the addresses in Bob's wallet.  None of

16   them have 4.5 Bitcoin to send.  So Bob's wallet will pick which

17   addresses to combine as inputs to this transaction.  Again, the

18   first step is that Bob needs Alice's Bitcoin address to send

19   funds to.  So we have 1YuR here.  Bob would copy and paste that

20   address into his Bitcoin wallet, and then type in that he would

21   like to send 4.5 Bitcoin.  Bob's Bitcoin wallet would then

22   select two addresses that have the right amount of funds to

23   send to Alice.  And then broadcast the transaction to the

24   Bitcoin network.

25   Q.   So how would this transaction appear on the blockchain?

DIRECT EXAMINATION OF MR. SCHOLL

1    A.   This would appear as a transaction with two inputs and one

2    output.

3    Q.   And what would that tell you about the inputs?

4    A.   That would tell me that the two input addresses belong

5    together, that they are controlled by the same entity, that

6    they belong to the same wallet because they co-spent, which

7    means just been used as inputs to the same transaction.  And

8    the private keys for both of those addresses were needed at

9    that time.  So we would assess that 1Btu and 1Pyt belongs to

10   the same wallet.  There are some exceptions to the rule.

11   Q.   Why would a transaction have more than one output?

12   A.   Bitcoin transactions frequently have more than one output.

13   The most common reason is that the sender needs change for this

14   transaction.

15        So in this example that we have, Bob owes Alice 1 Bitcoin.

16   He doesn't have an address that has 1 Bitcoin.  Bob's wallet

17   needs to spend one of those Bitcoin address' inputs in its

18   entirety.  And so he is going to need change from this

19   transaction.

20   Q.   So what is his first step?

21   A.   The first step again is to receive Alice's Bitcoin

22   address.  And then his wallet -- he will paste that into his

23   wallet's withdrawal page where he wants to send the funds.  And

24   he will type in 1 Bitcoin.  At that point, when Bob creates

25   this transaction, his wallet will create not only the input,

1     but an output that will send change back to Bob.  So in this

2     case, we have an input of 1.5 Bitcoin.  He owed Alice 1, 1

3     Bitcoin output goes to 1YuR.  The other .5 Bitcoin goes to a

4     new address created in Bob's wallet by Bob's wallet software.

5     So you can see the .5, which is the remainder here, the change,

6     got sent to a new address in Bob's wallet.

7     Q.   How would this transaction appear on the blockchain?

8     A.   This transaction would appear as a transaction with one

9     input and two outputs.

10    Q.   How does this compare to real world activity?

11    A.   We often use the example of buying coffee with cash to

12    compare this analogy with change on the Bitcoin network.  So if

13    you had a $5 bill and you went in to buy a $4 cup of coffee,

14    you would have to spend the whole $5 bill.  You can't rip a 5th

15    of it and hand over a ripped-up bill to the cashier.  You have

16    to spend the whole bill and then get change.  So in this case,

17    you get the $4 coffee and $1 bill as change.  And in Bitcoin,

18    it works the same way with the exception of you don't have to

19    send -- you don't have to give the cashier all of the money up

20    front and wait for your money to come back.  You create your

21    change when you are making the transaction.  The sender creates

22    the change.  Otherwise, it is very similar.

23    Q.   Now, directing your attention to the slide in front of

24    you.  Is the same raw blockchain transaction information that

25    we saw on the earlier slide?

1    A.    Yes, ma'am.

2    Q.    Would this type of record exist for every Bitcoin

3    transaction?

4    A.    Yes, ma'am.

5    Q.    As law enforcement, if this were a criminal transaction,

6    what can you do with the information on this slide?

7    A.    We can determine the source and destination of funds for

8    this transaction.  And then we could continue to look at the

9    next transaction, so the previous transactions on the Bitcoin

10   blockchain to follow the flow of funds forward and backward

11   depending on the context of the investigation.

12   Q.    Now, this may be a bit difficult without the ability to

13   circle.  It looks like I can circle.  I have great control

14   here.  Can you point us to the fields that we have been

15   describing as input?  And let me clear here.

16        And if you would tell me where to circle, I will attempt

17   to circle --

18   A.    So the input here is Vin.  And then transaction ID, Vout.

19   That is input information.

20   Q.    Have I circled the right place?

21   A.    Yes, ma'am.

22   Q.    Now, it might be a bit hard to see on the screen.  Is that

23   a Bitcoin address listed in the input section?

24   A.    No, ma'am, it is not.

25   Q.    What is it?

1    A.    That is a transaction ID.  Again, that is a unique

2    identifier for another Bitcoin transaction.

3    Q.    Why is it that it is a transaction ID that is listed here?

4    A.    Because it is referencing a previous output.  All Bitcoin

5    transactions -- all of the funds that are being spent in a

6    Bitcoin transaction are referenced to where that address

7    received those funds on the blockchain previously.  So in this

8    case, we are spending funds from one of the outputs, the number

9    1 output from transaction bfd3134.

10   Q.    So what do you have to do to figure out what the actual

11   input address is?

12   A.    I would have to go look at that transaction and find the

13   number 1 output, which is a little confusing because they are

14   actually indexed.  They start with zero.  So number 1 here

15   would actually be the second output from that transaction is

16   the funds that are being spent in this Bitcoin transaction.

17   Q.    So, as an example, could you remind us what the output of

18   the transaction currently showed on the screen was and I can --

19   if you tell me where to circle, I can circle?

20   A.    So the address is 1CRm.  And the value here is 25.4395.

21   And there is only one output.  So this would be index zero.  So

22   to spend funds from this output, I would reference this

23   transaction, which is up top, the e9521, all of the way at the

24   top.  I don't know if you want to -- yeah.  So my input would

25   be that transaction ID and the output address number zero,

1    which is the first output and the only output in the specific

2    transaction.

3    Q.    And my left-handed drawing on the screen is not going

4    well, but can you summarize what we are talking about here of

5    what the input to that transaction would be?

6    A.    Yeah.   In summary, if I wanted to spend -- so this is a

7    transaction where 1CRm234 is receiving 25.4395 Bitcoin.   And

8    the transaction is e9521b all of the way at the top.

9         Subsequently, when those funds are going to be spent, that

10   output to 1CRm will be referenced by this transaction ID at the

11   top and the output number zero because it is the first one.

12   Q.    So, Mr. Scholl, is reviewing even an otherwise simple

13   transaction by hand, in fact, a multi-step process?

14   A.    Yes, ma'am.   It could be tedious.

15   Q.    If you want to follow the money in one of your

16   investigations, do you hand review all of these text records?

17   A.    Not frequently.

18   Q.    Are there tools and software that make this easier?

19   A.    Yes, ma'am.

20   Q.    I am showing you this next slide.   Can you explain what

21   this is?

22   A.    This is a screenshot from the block explorer Mempool.space

23   showing the same transaction information.

24   Q.    Generally what is a block explorer?

25   A.    A block explorer is a tool that allows users to query the

1    Bitcoin blockchain.  You can search in the block explorer by

2    transaction hashes, which are the unique IDs or Bitcoin

3    addresses.  And it will pull up information on the Bitcoin

4    blockchain related to that transaction or addresses.

5    Q.    And what is the underlying data set that it is actually

6    querying from?

7    A.    It is querying the Bitcoin blockchain.

8    Q.    That is the same blockchain that everyone has access to?

9    A.    Yes, ma'am.

10    Q.    Now, is this just a zoomed in version of that same visual?

11    A.    Yes, it is.

12    Q.    Can you explain to the jury what is shown here?  And if

13    you tell me what to circle, I will do so.

14    A.    It is the same transaction we saw before.  So at the top,

15    there is the unique transaction ID, starting with e9521.  We

16    have the time stamp, right below that.  That time stamp is

17    2011-10-08.

18         I would note that that came from the block that this

19    transaction was included.  It is not included in the raw

20    transaction information.  And then below that, we have a

21    transaction with one input and one output.  The input address

22    to this transaction is the address starting 1Bba.  It is

23    spending -- its input here is 25.44 Bitcoin or BTC.  And then

24    we have the output addresses on the right, a single address

25    1CRm234.  And the amount that it is receiving, 25.4395 Bitcoin.

1          And then below that there is some metadata about the

2     transaction.

3     Q.    And then showing you this next slide, I remind all of my

4     witnesses to clear it and I can't remember to clear it myself.

5     Showing you the next slide, what is shown here?

6     A.    This is that same transaction again as viewed in the

7     Chainalysis Reactor software.

8     Q.    And could you just walk through again what is shown?

9     A.    So on the left we have a graphical representation of a

10    node representing the address 1Bba with an arrow sending funds

11    in the amount of 25.4395 Bitcoin to the Bitcoin address 1CRm.

12    Q.    And your real world analysis, are you just looking at one

13    transaction at a time?

14    A.    Almost never.

15    Q.    And what is the benefit of using a blockchain analysis

16    tool like Chainalysis Reactor?

17    A.    The benefit is that you can -- I say there is really a

18    couple of benefits.  The benefit that it is graphical.  You can

19    have a graph with thousands of transactions on it and not have

20    to be flipping through page, after page, after page of a block

21    explorer.  You can lay it out in a graphical view so that you

22    can kind of see the flow of funds.  It is more intuitive.  That

23    is the first benefit.

24          Is there -- do you want me to --

25    Q.    You speak to all of the benefits.

DIRECT EXAMINATION OF MR. SCHOLL

1   A.    The second benefit is that the tools provide attribution.

2   When you are reviewing the addresses on the Bitcoin blockchain,

3   they don't contain any attribution information.  So it won't

4   know if a Bitcoin address belongs to Coinbase or belongs to

5   Kraken, a place where I can send legal process.  These tools

6   have worked to identify addresses that belong to the exchanges.

7        The third thing is grouping of those Bitcoin addresses

8   into clusters or entities.  So a cluster is a group of

9   addresses that one of these tools has determined belonged to

10  the same entity usually by using the heuristics about

11  co-spending and other heuristics.

12       And the fourth thing is that they come with a lot of

13  analytical support tools.  So conversion between Bitcoin and US

14  dollars and totaling flows between two entities, things like

15  that.

16  Q.    How do you decide what tool to use?

17  A.    I always say right tool for the right job.  There is some

18  instances where I am going to be reviewing transactions step by

19  step.  In a block explorer, there is times where I am going to

20  choose Chainalysis, because I want to see the clustering that

21  Chainalysis does at graphing at the entity level.  There are

22  times when TRM might be a better fit when you want to see

23  really granular, you want to see address level tracing.  I

24  would use TRM.  And the truth is that in most of my

25  investigations, I am using many of these tools all at the same

1  time for different purposes.  And that is true in this case in

2  this investigation.

3  Q.   We talked about this earlier, but can one person have more

4  than one Bitcoin address?

5  A.   Yes, ma'am.  One person can have many Bitcoin addresses.

6  Q.   In investigations can it be helpful to identify all of the

7  addresses that someone controls?

8  A.   That would be ideal.

9  Q.   Is one way to do that by looking at transaction patterns

10  on the blockchain?

11  A.   Yes, ma'am, it is.

12  Q.   Can you explain that a bit more?

13  A.   Yeah.  So when we are looking at transaction patterns on

14  the Bitcoin blockchain, we are using information about how

15  those addresses have been used previously on the Bitcoin

16  blockchain, looking for things like, that co-spend where I know

17  these two addresses belong together because, you know, they

18  were used as inputs to the same transaction.  There is other

19  things like, identifying change and following control forward

20  or if this is change for this address, then these two are

21  likely controlled by the same individual.  Or I know that this

22  is the pattern that my actor always does, I am looking for that

23  pattern while I am analyzing the transactions to see where

24  funds are going.

25  Q.   I am showing you slide 15.  Is this the co-spending

1    transaction that we saw earlier?

2    A.    Yes, ma'am, it is.

3    Q.    And can you remind us what is happening here or what has

4    happened here?

5    A.    What has happened here is that Bob owed Alice 4.5 Bitcoin.

6    Alice provided her address.  Bob's wallet sent 4.5 Bitcoin from

7    two different Bitcoin addresses in the same transaction.

8    Q.    What would this tell you about 1BTu and 1Py?

9    A.    It would tell me that 1BTu and 1PyT belong to the same

10   wallet.

11   Q.    And is that sort of grouping that you are able to do

12   sometimes called clustering?

13   A.    Yes, ma'am, it is.

14   Q.    Would the third address in Bob's wallet here 1Fsev be

15   clustered at this point?

16   A.    If those -- if this was the only transaction that had

17   occurred with those addresses, no.  1Fsev has not co-spent with

18   1BTu or 1PyT.  So in Chainalysis, those would appear as two

19   separate clusters even though in this example we know the

20   addresses in Bob's wallet.  But as an investigator, you don't

21   get to see all of the addresses in Bob's wallet.  That is just

22   not how this is recorded on the blockchain.  So I'd just be

23   looking at this transaction.  I would know that 1BTu and 1PyT

24   belong together.  I wouldn't yet know necessarily that 1Fsev

25   belongs with these other two addresses without further

DIRECT EXAMINATION OF MR. SCHOLL

 1   information.

 2   Q.   Are there other types of patterns and behaviors that can

 3   be used to cluster addresses together?

 4   A.   Yes, ma'am.

 5   Q.   Is part of blockchain analysis also studying those

 6   patterns to be able to accurately cluster the addresses?

 7   A.   Yes, ma'am.

 8   Q.   Is that one of the topics that is covered in your

 9   trainings and certifications in your work?

10   A.   It is.

11   Q.   What are some of the patterns and behaviors that you look

12   at?

13   A.   We look at change address identification and different

14   features.  We saw a little bit of -- I pointed out the metadata

15   in those transactions.  We are looking for transaction

16   behaviors.  If it is using certain features, like replace by

17   fee or lock time or even how it handles change, how much fees

18   it is paying, things like that.

19   Q.   Now, you tossed out a few phrases there.  Without getting

20   into anything overly technical, can you describe generally what

21   sort of things you are looking at and how it is used?

22   A.   Yeah.  We are looking at how these addresses are behaving.

23   We are looking at patterns in the blockchain, essentially.

24   Q.   And when you are doing that sort of behavioral analysis or

25   looking for patterns, are you looking at just one feature of a

1   transaction in a vacuum?

2   A.   No.  Multiple features and frequently many transactions.

3   Q.   So how would that sort of analysis apply to this

4   transactions on the screen?

5   A.   So, again, there is this co-spending happening here.  So

6   we would assess that 1BTu and 1PyT belong to the same wallet.

7   Q.   And would you then look at subsequent or earlier

8   transaction to try to get a more holistic picture of what else

9   is going on?

10  A.   Yes, ma'am.  We would look at all of the transaction

11  history for 1BTu73y and 1PyT53t.  So it is possible that there

12  was other transactions on the blockchain where one 1BTu was

13  co-spent with other address.  And so if I could find a

14  transaction where 1BTu co-spent with another address then I

15  would I know that all three addresses 1Btu, 1Pyt --

16           THE REPORTER:  You have to slow down on those

17  addresses.

18           THE WITNESS:  Yeah.

19           If we could find another example of co-spending, I

20  could create a larger cluster identifying more addresses that

21  were controlled by the same wallet.

22  BY MS. PELKER:

23  Q.   For your work in law enforcement, are you intentionally

24  conservative when approaching your clustering?

25           MR. EKELAND:  Objection.

DIRECT EXAMINATION OF MR. SCHOLL

```
1              THE COURT:  I'm sorry?

2              MR. EKELAND:  That is just vague and ambiguous.

3              THE COURT:  You can ask the witness to --

4              MS. PELKER:  I can rephrase.

5    BY MS. PELKER:

6    Q.   For law enforcement, what is your approach when

7    clustering?

8    A.   So I like to be conservative.  But I would point out that

9    most of the time, the clustering is done in these tools.  The

10   tools are providing that information about the clusters.  I am

11   making assessments that involve clusters, but I would say

12   generally the approach is conservative.  And the tools that we

13   use are conservative.  But there are times that I might make an

14   assessment and send a subpoena for something that I am being a

15   little bit -- I am not sure, but I think this might be the case

16   and I will send a subpoena, but general conservative

17   clustering.

18   Q.   And when you are doing the sort of attribution work or

19   preparing something for testimony in court, what is your

20   approach to how conservative you want to be in your tracing,

21   your clustering?

22   A.   I want to be conservative and I want to be clear about the

23   assessments that are made.

24   Q.   When you are observing activity on the blockchain is there

25   behavior or patterns that you take note of but that might not
```

1    cause you to immediately cluster something together?

2    A.   Yes.

3    Q.   And could you give an example of that?

4    A.   Change addresses are something that I don't generally

5    merge together when I am doing this analysis.  I leave all of

6    the change addresses out on the graph.  I try to organize my

7    graphs in such a way that I know I have reviewed it and assess

8    this is likely change but I haven't combined the clusters.

9    Q.   And if we could pull up Exhibit 324A, which has not yet

10   been admitted.

11        It should be 324A.  Thanks.

12        Mr. Scholl, do you recognize this?

13   A.   I do.

14   Q.   And what is it, generally?

15   A.   This is the depiction of a peel chain, a description of

16   what a peel chain is.

17   Q.   Would this be helpful to the jury in understanding your

18   testimony about peel chains?

19   A.   Yes, ma'am.

20        MS. PELKER:  Government seeks to publish Exhibit 324A

21   as a demonstrative.

22        THE COURT:  Any objection?

23        MR. EKELAND:  No objection.

24        THE COURT:  You may publish 324A as a demonstrative.

25   BY MS. PELKER:

DIRECT EXAMINATION OF MR. SCHOLL

1   Q.   Mr. Scholl, can you explain what a peel chain is?

2   A.   Yes, ma'am.  A peel chain is a behavior and blockchain

3   analysis where one address with a relatively large amount of

4   funds, spends those funds in a transaction with a payment and

5   change.  So in this case address 1 has 100 Bitcoin.  It wants

6   to make a payment of 5 Bitcoin.  It sends change to change

7   address 1 of 95 Bitcoin.  And that is a transaction with one

8   input and two outputs.  Subsequently another transaction with

9   one input and two outputs, one being payment and one being

10  change occurs.  And funds are sent to change address 2.  This

11  pattern continues where there is a relatively large amount of

12  funds being spent in smaller sequential payments with change

13  going to the next address.  That is a peel chain.

14  Q.   What is your general approach to peel chains when you see

15  them come up in your tracing?

16  A.   My general approach is to note there is a peel chain

17  happening to identify which address is likely the change

18  address and which address is the payment address.  I tend to

19  keep them aligned horizontally on my graphs and I sometimes

20  color code them.

21  Q.   Now, we can take this down.  Did the blockchain records

22  themselves contain anyone's name or address?

23  A.   No, ma'am.

24  Q.   So how do you go about connecting a Bitcoin address to a

25  real person?

1  A.   The goal generally is to trace funds forward or backward

2  to exchanges that have KYC information for their customers.  So

3  if a ransom payment goes to this address and then that address

4  sends funds into an exchange, I want to send a subpoena to that

5  exchange to see whose account at that exchange received funds.

6  Q.   In your investigations, do you often seek records from

7  exchanges in that way?

8  A.   Yes, ma'am, all of the time.

9  Q.   What type of information do you receive in response?

10  A.   We receive back in the subpoena response information about

11  the customers themselves, the name, date of birth, the place of

12  the residence, often government IDs of some sort to prove their

13  identity, as well as all of the transaction records for that

14  account, withdrawals, deposits, trades, things of that nature.

15  Q.   Are there laws requiring exchanges to collect that

16  information?

17  A.   Yes, there are.

18  Q.   Why is it important for law enforcement that exchanges do

19  collect that information?

20            MR. EKELAND:  Objection; leading.

21            THE COURT:  Overruled.

22            THE WITNESS:  It allows law enforcement to

23  investigate crime and money laundering on cryptocurrency

24  blockchains.

25  BY MS. PELKER:

DIRECT EXAMINATION OF MR. SCHOLL

1   Q.   Can you give us a simple example of how his would play out

2   in an investigation of you tracing funds to an exchange?

3   A.   The most simple example from one of my cases involved a

4   victim company in New Jersey who had been the victim of a cyber

5   attack.  The FBI investigation revealed that a specific hacking

6   tool was used in that attack, a tool that had to be purchased.

7   The FBI obtained records from that tool provider and identified

8   the attack for that specific victim and saw that there was a

9   payment in Bitcoin for the use of that tool in this attack.  I

10  conducted a very short blockchain analysis which showed that

11  the funds that made -- the funds that made the payment, they

12  came directly from Coinbase according to Chainalysis Reactor.

13  I sent a subpoena to Coinbase.  And Coinbase confirmed that the

14  transaction did, in fact, come from a Coinbase account and

15  provided me the account records for the subject of the

16  investigation, who subsequently plead guilty for that attack.

17  Q.   If you're following transactions on the blockchain, like

18  what you just described, how can you tell when they go to an

19  exchange?

20  A.   We generally rely on initial attribution from the tools.

21  And then, we get confirmation that the tool was accurate when

22  Coinbase says, yes, that is my account, just like Chainalysis

23  told you.  I am just using these as generic examples in this

24  case.

25  Q.   Does that happen frequently in your cases?

DIRECT EXAMINATION OF MR. SCHOLL

1    A.    All of the time.

2    Q.    Do your colleagues at FBI and other agencies also

3    regularly request and obtain records based on clustering from

4    Chainalysis and other tools?

5              MR. EKELAND:  Objection, Your Honor.

6              Can we speak on the phone?

7              THE COURT:  Okay.

8              (Conference held at the bench.)

9              MR. EKELAND:  We object to this line of questioning.

10   Because as it was well established in the Daubert hearing,

11   there actually is no collection of data on the error rates.

12   This is completely one sided.  There is no baseline data.  I

13   just don't think this is an appropriate way.  It is

14   unscientific methodology that as we have been through all of

15   these points in the Daubert hearing.  I think it is sufficient

16   that the witness just testifies, okay, well, whatever we -- I

17   have sent out a subpoena before and corroborated.  But to start

18   getting into this kind of unscientific data collection process

19   for which there is no basis, we absolutely object to.

20             THE COURT:  All right.  Response.

21             MS. PELKER:  I don't think that he is testifying to a

22   data collection process.  He is testifying as to his practice

23   and the practice -- as an expert the practice of his colleagues

24   and why he is able to confidently rely on this data.

25             THE COURT:  Okay.

DIRECT EXAMINATION OF MR. SCHOLL

1            MR. EKELAND:  Your Honor, they are trying to give the

2    appearance that there is some sort of solid empirical

3    foundation for the reliability of data that they cannot produce

4    any statistical error rates for or any scientific evidence for.

5    And I think this would be highly prejudicial to the jury to

6    hear this.  I think he should be limited to just testify, okay,

7    I have gotten confirmation from Coinbase before.  But to start

8    to bring in all sorts of investigations, none of which have

9    been produced to the defense in discovery is highly prejudicial

10   and very unscientific.

11           THE COURT:  I am about as confident as I can be that

12   in either cross-examining this witness or other witnesses, you

13   are going to ask them about whether there is a known error rate

14   and it seems to me that it is fair for the government to offer

15   whatever it has with respect to the reliability.  And you can,

16   in your cross-examination, explore those issues.  I think it is

17   appropriate for both sides to explore the question.  So I will

18   overrule the objection.

19           (End of bench conference.)

20           THE COURT:  You can proceed.

21   BY MS. PELKER:

22   Q.   I wasn't sure whether the witness had completed his

23   answer.  Do you and your colleagues at the FBI and other

24   agencies regularly request and obtain records based on

25   clustering from Chainalysis and other products?

1    A.   Yes, ma'am.

2    Q.   What does that tell you about the clustering and

3    attribution in Chainalysis Reactor?

4    A.   Every time we send a subpoena, based on initial

5    attribution provided by one of the tools, we have the ability

6    to confirm whether the tool was accurate or not accurate.  And

7    in my experience, Chainalysis Reactor is very accurate.

8    Q.   Have you also validated the information in Chainalysis by

9    comparing it to information gathered in other parts of

10   investigations?

11   A.   Yes, ma'am.

12   Q.   Does that include information retrieved in other subpoenas

13   or search warrants?

14   A.   Yes, ma'am.

15   Q.   Could you explain that?

16   A.   Certainly.  In an investigation you might be conducting

17   blockchain analysis and seeing that funds are going to an

18   exchange and then you get a search warrant return back for an

19   email account or something like that.  And you receive the

20   confirmation emails from the exchange, like I received your

21   deposit that was correctly attributed in one of the tools.

22   Q.   Have you also had occasion to validate the information

23   through interviews with defendants who wind up cooperating?

24   A.   Yes, ma'am.

25   Q.   Can you explain how that would play out?

1   A.   We can -- when a subject is cooperating, we can interview

2   them and confirm the information that we are seeing in the

3   tools is matching up with their testimony.  They will admit

4   that they used this service that was identified already in the

5   investigation through the use of the tools, confirming the

6   attribution in the tools.

7   Q.   And has that, in fact, happened in the cases of -- your

8   cases and cases of your colleagues?

9   A.   Yes, ma'am.

10  Q.   Has your own undercover work provided opportunities for

11  validation?

12  A.   Yes, ma'am, it has.

13  Q.   And is blockchain analysis frequently used by

14  investigators in criminal cases?

15  A.   Yes, it is.

16  Q.   Mr. Scholl, do many criminals know that law enforcement

17  can trace their transactions on the blockchain?

18           MR. EKELAND:  Objection.

19           THE COURT:  Sustained.  I think you need to lay a

20  foundation as to how he would know.

21  BY MS. PELKER:

22  Q.   Mr. Scholl, are you aware of whether criminals take steps

23  to avoid law enforcement tracing their transactions on the

24  blockchain?

25  A.   Yes, ma'am.

DIRECT EXAMINATION OF MR. SCHOLL                104

1   Q.   What do criminals do to try to hide their activity on the

2   blockchain?

3   A.   Many different obfuscation techniques, making complicated

4   transactions, trying to make it more difficult to determine

5   which address is payment and which address is change,

6   frequently using multiple accounts to send the funds through.

7   We call that layering.  Sending funds through multiple

8   accounts, frequently in different jurisdictions, cross-chain

9   hopping, switching from one cryptocurrency to another

10  cryptocurrency and using services like mixers.

11  Q.   Can you explain to the jury what a cryptocurrency mixer

12  actually is?

13  A.   A cryptocurrency mixer is just a service that pools your

14  input funds with other user's and allows you to make a

15  withdrawal in such a way that it is difficult for someone

16  looking at the blockchain to determine which output goes with

17  which input, thereby breaking our ability to do blockchain

18  analysis or hindering our ability to do blockchain analysis --

19  more accurate.

20  Q.   If we could return to your PowerPoint, which we are using

21  as a demonstrative.  And at slide 16, can you explain what is

22  shown here?

23  A.   This is just an example of --

24  Q.   Just a moment, if we could publish this to the jury.

25  Thank you.

1    A.    This is just an example of a mixing service.  Excuse me.

2    Q.    Could you explain what is shown on the slide with the flow

3    of funds?

4    A.    Yes, ma'am.  In this case, a user is sending one Bitcoin

5    into the deposit address, at the mixing service, address B.

6    And then subsequently, the user withdraws funds at address C.

7    But those two addresses are not connected necessarily on the

8    blockchain.  The amounts are -- the input and the output are

9    related, but you can't make connection on the Bitcoin

10   blockchain without the records from the service.

11   Q.    Are there different types of mixing?

12   A.    Yes, ma'am, there are.

13   Q.    Can you explain at a very high level some of those

14   different types?

15              MR. EKELAND:  Objection, Your Honor.  Can we talk on

16   the phone real quick?

17              (Conference held at the bench.)

18              MR. EKELAND:  I'm sorry.  I don't believe that

19   Mr. Scholl has been qualified as an expert in blockchain

20   mixers.  I believe he has been qualified as an expert in

21   cryptocurrency and blockchain tracing.  But I think the actual

22   functionality of mixers is something completely different that

23   I don't think he is qualified to testify to.

24              THE COURT:  Ms. Pelker.

25              MS. PELKER:  Your Honor, I don't think that in the

1   expert qualification we are required to enumerate each

2   subsection.  But if we were, we are certainly happy to qualify

3   Mr. Scholl as an expert in this area.  He is going -- he was

4   qualified as an expert in blockchain analysis, including -- a

5   big part of that is dealing with mixers.  And he is now going

6   to explain how mixers function.  A big part of his work on this

7   case was looking at the internal functionality of Bitcoin Fog.

8   That is how he was noticed as an expert.

9                MR. EKELAND:  Your Honor, I don't believe he was

10  noticed as an expert on mixers.  Perhaps I am mistaken and the

11  government can point to the expert disclosure where it says

12  that.  I just don't off the top of my head recall that.  And I

13  don't recall him being Dauberted on his knowledge of the

14  mixers.  It is my understanding we Dauberted him on the things

15  that the Court just mentioned, Chainalysis Reactor and

16  clustering.  This is an entirely different area that we -- the

17  time for noticing an expert on mixers has passed.

18               THE COURT:  I think your recollection is wrong.  He

19  was, in fact, noticed as an expert on common techniques used to

20  launder money on the blockchain, which is what a mixer is.

21               THE COURTROOM DEPUTY:  Judge, we have a juror that

22  needs a break.

23               (End of bench conference.)

24               THE COURT:  We need to break.  Why don't we go ahead

25  and have the lunch break.  So it is a little after noon.  Why

1    don't we come back at 1:15 and continue at 1:15.  Please don't

2    discuss the case with anybody.  Don't conduct any type of

3    research and I will see you back here at 1:15.

4                (Jury out at 12:06 p.m.)

5                THE COURT:  All right.  So I was just saying, based

6    on my review, it appears the government did notice Mr. Scholl

7    as an expert not just on blockchain and tracing, which I think

8    tracing involves some knowledge of how mixers work, but also he

9    was actually noticed with respect to common techniques used to

10   launder money on the blockchain, which I believe is essentially

11   what a mixer is.

12               MR. EKELAND:  Your Honor, I'd first submit that just

13   the use of a mixer isn't necessarily money laundering.  And

14   using a mixer and Mr. Scholl testifying as to the use of a

15   mixer as a money laundering technique is completely different

16   than actually testifying as to the functionality of the mixer.

17   And I think that is where the problem comes in is he hasn't

18   been noticed as an expert in that area.  It is one thing to

19   say, oh, you are using a particular device to launder money.

20   It is entirely another thing to start talking about the

21   functionality of the device, how it works, what kind of source

22   code it has.  And I think that is where the problem is.

23               THE COURT:  I am not sure we were getting into the

24   source code.  But, Ms. Pelker.

25               MS. PELKER:  Mr. Scholl is not going to testify about

DIRECT EXAMINATION OF MR. SCHOLL

1  the source code.  And we did notice that Mr. Scholl will

2  explain how mixers make it more difficult to trace funds on the

3  blockchain and will testify as to their popularity among

4  criminals for that reason.  The testimony will include a

5  discussion of the modus operandi of criminals operating on the

6  darknet, including common money laundering techniques used to

7  complicate blockchain analysis.  And explaining how Bitcoin Fog

8  works is clearly a big part of the government's case and a

9  burden of their proof here.  And Mr. Scholl is well qualified

10  and his been noticed as providing testimony in that vein.

11            MR. EKELAND:  Your Honor --

12            THE COURT:  I do think this falls within the scope of

13  his testimony, within the scope of the notice.  I suppose it

14  could get into technical levels that go beyond that, at which

15  point, I think the defense would be free to renew its

16  objections or for example if he is getting into distinct

17  signatures depending on the computer code that was used or

18  something like that, that would be a different matter.

19            MS. PELKER:  Yes, Your Honor.

20            THE COURT:  I will see you all back then at 1:15.

21  And I just remind the witness not to discuss your testimony

22  until it is complete.

23            THE WITNESS:  Yes, Your Honor.

24            (Recess taken at 12:09 p.m.)

25

1                    C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                        Dated this 22nd day of February, 2024.

11

12                        _____
                          Sherry Lindsay, RPR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. BROWN: **[2]**   46/13 56/4
BY MR. EKELAND: **[30]**   6/15 7/14
9/9 10/2 14/7 17/15 20/22 22/4
22/17 25/1 26/6 28/2 28/7 28/16
30/9 30/18 32/1 32/10 32/24 33/25
35/9 36/6 37/25 39/12 41/13 42/19
43/2 44/17 53/19 55/2
BY MS. PELKER: **[13]**   61/2 67/1
70/2 71/25 75/2 76/4 76/14 94/22
95/5 96/25 98/25 101/21 103/21
MR. BROWN: **[42]**   4/6 7/9 9/7 9/21
14/4 21/25 22/13 24/22 25/19
27/12 28/5 28/10 29/4 29/12 29/18
29/25 30/14 31/16 32/7 32/21
33/20 35/2 37/10 39/9 41/9 42/11
42/23 44/8 44/10 44/24 45/1 45/5
45/14 45/19 45/22 46/1 46/8 53/16
54/23 56/14 56/24 66/21
MR. EKELAND: **[61]**   4/10 4/15 4/21
5/4 5/7 5/17 5/20 6/1 6/6 6/13
9/23 10/1 20/17 22/16 26/4 27/11
27/14 27/20 27/24 28/1 28/12
29/10 29/15 29/21 30/6 30/16
31/18 31/25 37/19 37/22 37/24
39/10 41/10 42/13 44/22 54/25
56/1 56/25 57/9 58/2 58/5 60/20
65/5 65/13 65/15 66/4 66/23 74/24
94/25 95/2 96/23 98/20 100/5
100/9 101/1 103/18 105/15 105/18
106/9 107/12 108/11
MR. PEARLMAN: **[3]**   45/6 45/9
45/12
MS. PELKER: **[14]**   57/23 65/6
66/11 66/22 69/21 74/21 76/2 76/7
95/4 96/20 100/21 105/25 107/25
108/19
THE COURT: **[93]**   4/9 4/13 4/19
5/2 5/5 5/8 5/12 5/16 5/19 5/21
6/2 6/8 6/11 7/10 9/8 9/24 14/6
17/13 20/15 20/18 22/1 22/15
24/25 25/20 27/7 27/16 27/23
27/25 28/14 29/6 29/19 29/24 30/3
31/21 32/8 32/23 35/3 35/11 35/14
41/12 42/15 43/1 44/9 44/13 44/23
44/25 45/2 45/8 45/10 45/13 45/16
45/21 45/24 46/2 53/17 56/2 56/15
56/22 57/1 57/11 57/13 57/21
57/25 58/3 58/10 60/25 65/11
65/23 66/10 66/17 66/25 69/23
71/24 74/23 74/25 95/1 95/3 96/22
96/24 98/21 100/7 100/20 100/25
101/11 101/20 103/19 105/24
106/18 106/24 107/5 107/23 108/12
108/20
THE COURTROOM DEPUTY: **[9]**   4/2
5/10 5/15 30/7 37/21 37/23 46/11
60/24 106/21
THE REPORTER: **[1]**   94/16
THE WITNESS: **[13]**   20/20 28/6
29/7 32/9 33/22 35/4 42/17 46/10
60/23 76/10 94/18 98/22 108/23

## $

**$1 [1]**   84/17
**$2 [2]**   37/7 37/11
**$4 [2]**   84/13 84/17
**$5 [2]**   84/13 84/14
**$80 [2]**   33/15 34/13

## .

**.5 [2]**   84/3 84/5

## 0

**08 [1]**   88/17

## 1

**1.5 [4]**   75/13 76/20 76/24 84/2
**10 [2]**   59/16 79/12
**100 [1]**   97/5
**10005 [1]**   2/4

**10:40 [1]**   56/21
**10:44 [1]**   56/23
**10:56 [1]**   57/20
**115161 [1]**   51/6
**116334 [1]**   51/20
**11:00 [1]**   56/5
**11:30 [3]**   5/14 46/3 56/17
**11:30 does [1]**   57/14
**12:06 [1]**   107/4
**12:09 [1]**   108/24
**12:15 [1]**   57/16
**12:30 because [1]**   57/17
**1301 [1]**   1/20
**15 [3]**   46/1 51/4 91/25
**16 [1]**   104/21
**19th [1]**   32/2
**1:15 [4]**   107/1 107/1 107/3 108/20
**1Bba [3]**   78/2 88/22 89/10
**1Btu [10]**   77/1 83/9 92/8 92/9
92/18 92/23 94/6 94/12 94/14
94/15
**1Btu73Y [3]**   75/10 76/24 94/11
**1CRm [6]**   77/21 77/22 78/4 86/20
87/10 89/11
**1CRm234 [2]**   87/7 88/25
**1FSE9Y6 [1]**   75/12
**1Fsev [3]**   92/14 92/17 92/24
**1Py [1]**   92/8
**1Pyt [6]**   83/9 92/9 92/18 92/23
94/6 94/15
**1PyT53t [1]**   94/11
**1PyT5F3t [1]**   75/11
**1YuR [2]**   82/19 84/3
**1YuR38j [2]**   75/22 76/25

## 2

**20 [1]**   46/1
**20001 [1]**   2/9
**20005 [1]**   1/21
**2008 [2]**   10/23 20/11
**2009 [1]**   74/8
**2010 [1]**   29/1
**2011 [9]**   15/1 32/2 40/24 46/24
47/5 50/2 52/18 52/19 53/20
**2011-10-08 [1]**   88/17
**2014 [2]**   29/1 61/22
**2015 [5]**   13/16 61/23 62/17 64/15
69/14
**2017 [3]**   13/11 13/12 14/3
**2021 [1]**   7/22
**2022 [2]**   13/15 13/16
**2024 [2]**   1/5 109/10
**2026 [1]**   39/20
**20530 [2]**   1/14 1/17
**20th [1]**   33/15
**21 [1]**   1/5
**21-399 [2]**   1/4 4/2
**2400 [1]**   81/17
**22nd [1]**   109/10
**25.4395 [7]**   77/20 78/5 78/6 86/20
87/7 88/25 89/11
**25.44 [3]**   78/3 78/6 88/23
**27 [4]**   49/10 49/11 49/14 49/17
**27th [1]**   7/22
**29 [2]**   49/20 49/20

## 3

**30 [2]**   2/3 3/12
**307 [3]**   74/14 74/21 74/25
**313 [3]**   29/11 29/12 29/22
**313A [5]**   3/12 30/1 30/3 30/5
36/23
**324A [4]**   96/9 96/11 96/20 96/24
**333 [1]**   2/8
**35 [4]**   33/4 50/7 50/8 50/10
**36 [2]**   33/3 33/3
**399 [2]**   1/4 4/2

## 4

**4.5 [5]**   82/14 82/16 82/21 92/5

**92/6
46 [1]**   3/18

## 5

**5.1527 [1]**   1/17
**502 [1]**   37/21
**502H [2]**   37/19 38/24
**53 [1]**   3/6
**55 [1]**   3/7
**5th [1]**   84/14

## 6

**60 [1]**   3/9
**601 [1]**   1/16
**6710 [1]**   2/8

## 7

**702 [3]**   9/19 10/13 31/17

## 8

**8,002 [1]**   79/3
**80 [1]**   69/1
**80 percent [1]**   59/19
**80,001 [1]**   79/4
**80,002 [1]**   79/3
**892 [3]**   17/12 17/16 17/23
**8th [1]**   2/4

## 9

**90 [1]**   59/18
**95 [1]**   97/7
**950 [1]**   1/14
**9:26 [1]**   1/6
**9:28 [1]**   6/10

## A

**a.m [5]**   1/6 6/10 56/21 57/12
57/20
**ability [4]**   85/12 102/5 104/17
104/18
**able [5]**   50/23 75/23 92/11 93/6
100/24
**about [79]**   6/25 7/19 7/23 14/8
14/11 15/7 15/12 15/16 15/20 16/3
16/9 16/13 16/13 18/7 19/10 20/2
20/5 20/7 26/3 27/6 27/14 33/10
35/4 35/16 36/8 36/11 36/11 36/16
36/21 36/25 37/13 38/19 38/20
40/10 40/23 41/3 41/5 42/13 44/12
48/7 48/10 48/22 49/8 51/1 51/11
54/1 54/10 54/11 54/13 57/6 58/17
59/12 62/2 64/16 65/8 65/19 66/11
66/13 67/6 70/3 74/5 81/5 83/3
87/4 89/1 90/10 91/3 91/14 92/8
95/10 95/22 96/18 97/24 98/10
101/11 101/13 102/2 107/20 107/25
**above [1]**   109/5
**above-entitled [1]**   109/5
**absolute [1]**   59/17
**absolutely [3]**   47/18 55/1 100/19
**academy [1]**   68/2
**accepting [1]**   50/16
**access [5]**   8/20 42/7 43/14 55/6
88/8
**accessed [5]**   12/12 21/15 21/23
22/2 38/14
**according [1]**   99/12
**account [75]**   11/2 11/7 11/10
14/12 14/13 14/16 14/18 15/8
15/10 15/12 15/14 15/20 16/3 16/5
16/25 17/4 17/20 18/8 18/15 18/19
19/3 20/4 20/7 20/12 21/3 22/25
22/25 23/21 24/1 24/14 31/2 31/4
31/6 31/9 32/11 32/12 32/25 33/9
33/12 34/7 34/8 34/9 34/10 34/14
34/19 34/22 34/24 35/8 36/20 39/22
40/6 40/12 41/3 52/21 52/24 63/8
70/23 71/7 71/9 71/10 71/18 72/7
72/10 73/7 73/8 80/18 80/19 80/20
80/20 81/15 98/5 98/14 99/14
99/15 99/22 102/19

**accounts [10]**  15/7 15/16 15/18
24/16 33/23 71/5 80/8 81/16 104/6
104/8
**accurate [5]**  99/21 102/6 102/6
102/7 104/19
**accurately [1]**  93/6
**across [1]**  62/25
**Action [1]**  1/3
**activity [8]**  63/19 63/22 64/7
64/21 66/12 84/10 95/24 104/1
**actor [1]**  91/22
**acts [1]**  73/7
**actual [3]**  59/24 86/10 105/21
**actually [15]**  40/4 40/5 41/21
44/7 47/20 49/14 64/11 72/11
86/14 86/15 88/5 100/11 104/12
107/9 107/16
**added [1]**  68/25
**addition [1]**  69/2
**additional [1]**  63/16
**address [109]**  11/3 11/20 11/23
14/23 15/22 20/24 21/1 22/10
22/18 23/4 23/6 24/21 25/2 31/10
31/12 31/15 32/3 32/6 38/9 40/15
43/17 52/9 52/11 52/13 71/1 71/13
72/25 73/5 73/6 73/7 73/10 73/11
73/13 73/15 73/16 73/21 75/10
75/11 75/12 75/17 75/17 75/18
75/21 75/21 76/12 76/13 76/17
76/19 76/20 76/24 76/25 77/1 77/7
77/8 77/18 77/21 77/21 78/2 78/4
78/5 80/19 80/21 80/24 80/25 81/4
82/9 82/18 82/20 83/16 83/22 84/4
84/6 85/23 86/6 86/11 86/20 86/25
88/21 88/22 88/24 89/10 89/11
90/4 90/23 91/4 91/20 92/6 92/14
93/13 94/13 94/14 97/3 97/5 97/7
97/10 97/13 97/17 97/18 97/18
97/18 97/22 97/24 98/3 98/3 104/5
104/5 105/5 105/5 105/6
**address' [1]**  83/17
**addresses [36]**  67/13 73/24 75/9
82/9 82/10 82/11 82/15 82/17
82/22 83/4 83/8 88/3 88/4 88/24
90/2 90/6 90/7 90/9 91/5 91/17
91/15 91/17 92/7 92/17 92/20
92/21 92/25 93/3 93/6 93/22 94/15
94/17 94/20 96/4 96/6 105/7
**administrator [3]**  43/8 43/25 44/2
**admission [2]**  29/19 29/21
**admit [2]**  30/1 103/3
**admitted [8]**  9/18 29/13 29/18
30/3 30/5 49/1 51/5 96/10
**admitting [1]**  65/25
**advance [1]**  68/13
**advertise [3]**  47/19 56/8 56/11
**advertised [1]**  54/11
**affiliated [1]**  14/13
**afield [1]**  27/13
**after [12]**  27/4 28/15 36/17 42/24
46/6 48/9 49/4 57/14 79/4 89/20
89/20 106/25
**again [15]**  14/20 24/14 25/13 29/7
38/12 39/23 49/20 60/15 64/19
82/17 83/21 86/1 89/6 89/8 94/5
**against [2]**  6/4 43/14
**agencies [2]**  100/2 101/24
**agent [4]**  6/16 10/3 13/20 26/7
**ago [4]**  4/24 42/18 43/4 46/19
**agree [2]**  10/21 49/25
**agreed [1]**  31/21
**ahead [4]**  65/11 66/17 75/3 106/24
**ahold [1]**  53/11
**air [1]**  35/20
**Airport [8]**  7/21 12/2 12/6 12/10
23/11 23/15 23/18 32/20
**Akemashite [12]**  10/25 11/2 12/21
36/10 37/6 38/8 40/11 41/2 41/6
43/12 43/16 44/3
**Alden [1]**  4/7

**Alice [16]**  75/15 75/16 75/18
82/10 82/12 82/14 82/23 83/15
84/2 92/5 92/6
**Alice's [7]**  75/17 75/17 78/14
78/20 78/21 82/18 83/21
**aligned [1]**  97/19
**all [64]**  4/9 4/13 6/11 6/20 7/19
8/24 9/6 14/10 17/9 20/13 22/12
22/14 27/19 34/12 35/5 48/13
53/17 56/2 56/15 56/22 57/1 57/11
57/15 57/16 57/21 58/13 58/22
62/23 65/18 65/21 67/11 69/23
70/13 74/7 74/9 78/25 79/14 80/7
80/7 80/9 81/16 81/17 84/19 86/4
86/5 86/23 87/8 87/16 89/3 89/25
90/25 91/6 92/21 94/10 94/15 96/5
98/8 98/13 100/1 100/14 100/20
101/8 107/5 108/20
**allow [8]**  4/16 4/18 28/14 32/8
35/3 42/15 42/16 66/17
**allowed [1]**  4/21
**allows [6]**  16/10 71/5 73/14 87/25
98/22 104/14
**Almost [1]**  89/14
**alpha [1]**  30/1
**already [4]**  32/22 65/21 70/3
103/4
**also [28]**  4/21 8/20 16/13 16/20
16/25 18/7 18/15 23/21 24/7 33/6
43/13 43/16 44/14 45/22 46/21
55/8 62/18 63/13 67/24 68/20 69/2
73/1 79/19 93/5 100/2 102/8
102/22 107/8
**although [2]**  58/24 59/22
**always [2]**  90/17 91/22
**am [51]**  5/10 5/21 6/6 8/16 10/13
11/4 22/21 24/5 24/5 24/20 26/15
27/14 27/16 27/20 28/10 28/17
38/2 38/6 38/23 41/10 42/13 46/18
53/11 57/9 58/13 58/15 58/17
58/21 60/17 61/9 62/20 63/15 66/6
66/17 67/23 74/14 87/20 90/18
90/19 90/25 91/22 91/23 91/25
95/10 95/14 95/15 96/5 99/23
101/11 106/10 107/23
**ambiguity [1]**  25/21
**ambiguous [1]**  95/2
**AMERICA [2]**  1/3 4/3
**AML [1]**  68/21
**among [3]**  10/24 70/15 108/3
**amongst [1]**  56/20
**amount [16]**  25/13 25/15 76/20
77/18 78/2 78/4 78/6 81/2 81/3
82/8 82/11 82/22 88/25 89/11 97/3
97/11
**amounts [4]**  75/9 78/11 78/11
105/8
**analogy [3]**  80/5 80/13 84/12
**analysis [26]**  59/14 66/14 67/20
68/7 68/16 68/20 68/24 69/11
69/22 69/24 77/25 81/23 89/12
89/15 93/5 93/24 94/3 96/5 97/3
99/10 102/17 103/13 104/18 104/18
106/4 108/7
**analyst [1]**  62/6
**analytical [1]**  90/13
**analyzing [1]**  91/23
**Andrew [5]**  40/10 40/14 40/17
40/19 40/22
**Angeles [8]**  7/21 12/1 12/6 12/9
23/11 23/14 23/18 32/20
**another [13]**  32/3 37/15 45/20
74/1 75/11 75/12 75/14 86/2 94/14
94/19 97/8 104/9 107/20
**answer [6]**  20/19 34/24 44/16
48/19 79/21 101/23
**answered [6]**  14/5 25/19 28/5 29/4
32/22 35/2
**answering [1]**  20/18
**answers [7]**  22/14 24/23 35/22
36/1 42/24 54/24 57/5

**anti [1]**  68/21
**any [43]**  5/2 6/7 7/25 8/4 8/14
8/21 9/14 11/15 11/22 12/17 21/6
25/22 27/1 28/3 28/8 28/18 29/24
32/18 34/12 37/9 38/12 38/15
39/24 51/1 52/23 53/9 53/13 55/19
56/2 56/20 60/6 66/6 66/20 67/2
67/6 74/23 78/10 82/8 90/3 96/22
101/4 101/4 107/2
**anybody [4]**  53/8 55/6 55/14 107/2
**anyone [3]**  50/16 79/17 79/18
**anyone's [1]**  97/22
**anything [16]**  8/25 11/12 12/22
14/8 19/18 19/21 25/10 32/19
34/20 35/16 38/14 38/16 50/2
56/22 63/25 93/20
**anyway [1]**  39/11
**anywhere [21]**  5/23 9/10 11/25
12/4 12/8 12/19 21/3 21/19 23/7
23/10 23/13 23/23 24/11 25/7
25/11 32/15 32/18 37/10 38/15
38/21 54/11
**apartment [1]**  15/25
**Apologies [1]**  71/23
**appear [34]**  9/10 11/7 11/23 11/25
12/4 12/8 20/11 20/13 20/20 21/3
21/6 21/9 21/12 21/15 21/17 22/10
23/7 23/10 23/13 23/17 23/20
23/21 23/23 24/8 24/11 24/13
24/14 32/15 32/18 82/25 83/1 84/7
84/8 92/18
**appearance [1]**  101/2
**APPEARANCES [3]**  1/12 1/23 2/1
**appeared [1]**  40/25
**appears [5]**  12/12 12/15 12/21
52/1 107/6
**application [5]**  72/23 72/24 73/2
73/20 76/16
**apply [2]**  4/19 94/3
**appointment [1]**  57/13
**appreciate [3]**  5/7 30/16 36/24
**approach [6]**  4/4 95/6 95/12 95/20
97/14 97/16
**approaching [2]**  72/4 94/24
**appropriate [5]**  59/11 59/13 60/16
100/13 101/17
**approximately [3]**  47/8 72/3 79/12
**April [1]**  7/22
**April 27th [1]**  7/22
**are [144]**
**area [3]**  106/3 106/16 107/18
**argumentative [3]**  9/7 21/25 35/19
**around [5]**  13/15 29/1 53/24 54/15
67/17
**arranging [1]**  64/7
**arrest [6]**  12/25 26/19 27/4 28/19
28/20 69/19
**arrested [3]**  7/22 7/24 26/14
**arrow [2]**  36/17 89/10
**as [107]**  5/12 5/12 9/19 10/3
10/22 10/23 12/21 13/19 13/23
13/23 16/23 17/12 17/23 21/24
24/1 25/9 26/10 26/10 29/11 29/23
30/1 30/7 30/7 34/20 34/25 35/25
37/22 38/10 40/22 40/22 44/3 44/6
46/3 47/20 51/11 56/8 57/4 58/8
58/8 58/18 58/25 59/16 59/22 60/1
60/2 60/17 61/22 64/1 64/2 64/12
64/19 65/17 65/19 65/21 65/25
66/5 66/9 68/11 68/11 69/5 69/6
69/20 69/20 69/24 74/22 74/25
80/2 80/13 82/17 83/1 83/7 84/8
84/17 85/5 85/15 86/17 89/6 91/18
92/18 92/20 96/21 96/24 98/13
98/13 99/23 100/10 100/14 100/22
100/23 101/11 101/11 103/20
104/21 105/19 105/20 106/3 106/4
106/8 106/10 106/19 107/7 107/14
107/15 107/16 107/18 108/3 108/10
**ask [12]**  5/17 7/12 22/2 22/13
29/2 35/23 35/23 41/12 50/10 53/3

**A**

ask... [2]  95/3 101/13
asked [9]  14/4 25/19 28/5 29/4 32/22 35/2 39/10 48/18 55/22
asking [10]  15/3 25/21 25/24 27/14 36/1 41/10 42/13 50/1 51/1 51/11
assess [3]  83/9 94/6 96/7
assessment [1]  95/14
assessments [2]  95/11 95/23
assigned [1]  61/9
assignment [3]  61/8 61/24 62/3
assisted [1]  74/16
associated [8]  17/9 20/8 23/3 24/3 40/22 80/11 81/25 82/1
assumptions [1]  59/8
ATM [1]  70/25
ATMs [1]  70/25
attack [5]  99/5 99/6 99/8 99/9 99/16
attacks [1]  67/10
attempt [2]  41/18 85/16
attempted [2]  41/19 42/7
attempts [2]  41/25 42/6
attended [1]  63/18
attention [8]  13/24 22/23 48/25 49/10 50/7 51/4 75/5 84/23
attorney [1]  48/18
Attorney's [1]  69/7
attributed [1]  102/21
attribution [7]  90/1 90/3 95/18 99/20 102/3 102/5 103/6
audibly [2]  42/24 42/24
Aurum [14]  33/15 33/22 34/2 34/7 34/7 34/9 34/10 34/12 34/18 34/21 34/24 35/7 36/8 36/17
AUSA [1]  4/6
authentic [1]  52/24
authorities [2]  56/9 56/12
authority [2]  48/13 81/10
available [2]  55/5 79/20
Ave [2]  1/14 1/20
Avenue [1]  2/8
avoid [3]  56/8 103/23
awards [1]  69/15
aware [13]  4/16 10/18 11/2 13/10 22/18 22/22 24/7 26/10 33/4 43/3 43/6 60/6 103/22

**B**

bachelor [1]  61/13
back [19]  5/12 10/22 17/13 20/11 27/16 46/24 47/13 50/5 50/6 53/6 56/18 57/1 84/1 84/20 98/10 102/18 107/1 107/3 108/20
background [3]  61/12 65/7 66/3
backup [3]  18/21 18/25 19/2
backward [3]  67/18 85/10 98/1
bag [3]  8/19 10/7 13/8
bank [7]  71/3 71/10 71/17 72/16 72/16 80/6 80/8
Bankruptcy [1]  2/7
based [5]  47/11 100/3 101/24 102/4 107/5
baseline [1]  100/12
basically [1]  14/18
basis [2]  68/17 100/19
bathroom [1]  56/18
be [89]  5/22 5/24 5/24 8/8 8/10 11/18 22/3 25/20 26/2 27/18 30/3 30/11 36/3 36/12 37/18 40/25 43/5 43/7 43/8 43/12 44/6 46/11 50/16 51/7 57/6 59/19 59/23 60/11 60/19 60/24 63/1 63/8 64/6 66/20 67/9 67/15 70/7 71/11 71/17 73/1 73/3 73/20 74/25 75/23 76/6 76/11 77/4 77/8 78/14 78/16 78/17 78/18 78/21 79/10 80/23 81/3 82/1 85/12 85/22 86/15 86/21 86/25 87/5 87/9 87/10 87/14 89/20 90/18 90/22 91/6 91/8 92/14 92/22 93/3 93/6

**5**

95/8 95/15 95/20 95/22 95/22
101/11 102/16 108/15 108/18
became [1]  53/22
because [21]  21/23 28/22 35/19 43/10 48/16 48/20 56/17 57/17 58/5 58/5 62/12 65/17 72/8 79/1 83/6 86/4 86/13 87/11 90/20 91/17 100/10
become [1]  26/13
been [37]  9/18 13/16 14/4 15/25 23/25 24/3 25/22 29/8 29/18 32/22 34/21 40/1 47/9 51/5 51/5 52/18 56/10 60/1 62/15 64/2 64/14 65/21 68/4 69/13 69/18 77/6 83/7 85/14 91/15 96/10 99/4 100/14 101/9 105/19 105/20 107/18 108/10
before [17]  1/9 24/23 26/18 28/9 28/19 28/20 28/22 46/7 47/21 49/14 56/22 57/2 57/2 57/3 88/14 100/17 101/7
begin [2]  14/24 51/6
behalf [1]  34/6
behaving [1]  93/22
behavior [2]  95/25 97/2
behavioral [1]  93/24
behaviors [3]  93/2 93/11 93/16
being [13]  60/9 60/11 64/3 65/16 66/5 81/3 86/5 86/16 95/14 97/9 97/9 97/12 106/13
believability [1]  66/2
believe [21]  7/19 8/18 14/4 15/12 16/19 21/18 25/13 29/4 32/21 33/7 36/7 37/16 37/19 40/9 49/1 51/20 68/25 105/18 105/20 106/9 107/10
belong [7]  83/4 83/6 90/6 91/17 92/9 92/24 94/6
belonged [2]  40/17 90/9
belongs [4]  83/9 90/4 90/4 92/25
below [6]  52/3 52/7 77/17 88/16 88/20 89/1
bench [10]  35/13 36/5 58/4 60/21 65/14 66/24 100/8 101/19 105/17 106/23
benefit [6]  50/14 89/15 89/17 89/18 89/23 90/1
benefits [2]  89/18 89/25
best [6]  36/15 42/17 48/19 53/10 53/13 71/24
better [3]  30/11 48/14 90/22
between [6]  9/15 61/16 78/10 79/5 90/13 90/14
beyond [3]  31/23 58/14 108/14
bfd3134 [1]  86/9
big [5]  20/2 30/22 106/5 106/6 108/8
bill [6]  71/13 84/13 84/14 84/15 84/16 84/17
Binance [2]  15/8 15/10
birth [2]  71/12 98/11
Bitcoin [209]
Bitcoin-related [1]  47/6
Bitcoin.com [3]  9/4 30/24 38/5
Bitcoiner [1]  40/14
Bitcoiner's [1]  40/10
BitcoinFog.com [10]  8/25 9/5 9/10 37/14 38/7 38/17 38/20 39/1 39/24 43/13
BitcoinFog.onion [2]  42/7 43/17
BitcoinTalk.org [4]  47/23 47/24 49/8 51/11
Bitfinex [1]  15/12
blind [15]  47/10 47/11 47/19 48/9 48/10 50/3 51/2 53/24 54/1 54/3 54/5 55/3 56/6 56/8 56/11
Blind Bitcoin [1]  55/3
BlindBitcoin.com [4]  47/7 48/19 49/9 51/12
block [16]  77/9 79/3 79/9 79/12

**6**

79/12 79/21 81/24 81/24 82/2 82/4 85/20 87/23 88/1 88/18 89/20 90/19
blockchain [75]  66/14 67/20 68/7 68/16 68/20 68/24 69/11 69/18 69/22 69/24 70/14 73/11 74/4 74/6 74/7 74/9 77/3 77/9 77/25 78/9 78/19 78/20 78/25 78/25 79/1 79/14 79/16 79/17 79/19 79/24 80/2 80/5 80/8 81/22 82/25 84/7 84/24 85/10 86/7 88/1 88/4 88/7 88/8 89/15 90/2 91/10 91/14 91/16 92/22 93/5 93/23 94/12 95/24 97/2 97/21 99/10 99/17 102/17 103/13 103/17 103/24 104/2 104/16 104/17 104/18 105/8 105/10 105/19 105/21 106/4 106/20 107/7 107/10 108/3 108/7
blockchains [1]  98/24
blocks [3]  79/1 79/6 79/6
blue [2]  77/17 78/2
board [1]  30/22
Bob [15]  75/14 75/16 76/11 76/12 76/13 76/15 76/16 82/7 82/14 82/18 82/19 83/15 83/24 84/1 92/5
Bob's [18]  75/8 76/22 76/23 77/1 77/6 78/16 78/17 82/15 82/16 82/21 83/16 84/4 84/4 84/6 92/6 92/14 92/20 92/21
body [2]  35/17 35/24 51/22 52/1 53/4
both [6]  33/6 33/23 67/25 71/23 83/8 101/17
bottom [4]  32/25 33/13 77/23 79/8
box [2]  77/23 79/8
boxes [1]  77/14
break [13]  45/11 45/22 46/2 46/4 46/6 56/17 56/17 56/18 56/23 58/11 106/22 106/24 106/25
breaking [2]  5/13 104/17
briefly [2]  4/15 61/11
bring [3]  29/14 50/5 101/8
broadcast [2]  76/23 82/23
BRODIE [1]  1/15
Brooklyn [1]  2/4
brought [1]  50/5
BROWN [5]  1/15 3/6 3/7 4/6 29/17
BTC [1]  88/23
built [1]  79/23
bullets [2]  51/13 51/14
bunch [1]  48/23
burden [2]  65/24 108/9
bureau [3]  61/7 62/25 63/19
business [1]  50/12
buy [7]  64/5 70/22 70/23 71/15 71/20 72/1 84/13
buying [2]  41/4 84/11

**C**

California [1]  42/2
call [5]  27/17 45/4 47/16 57/21 104/7
called [9]  37/15 39/2 40/19 43/3 68/10 68/18 78/25 79/1 92/12
calling [3]  22/23 27/9 75/8
calls [7]  7/9 31/16 41/9 44/10 45/5 57/24 68/1
came [3]  37/13 55/24 55/25 88/18 99/12
can [113]
can't [13]  6/16 6/21 6/24 8/4 8/14 17/16 33/3 36/12 39/7 72/12 84/14 89/4 105/9
cannot [1]  101/3
CapO [3]  27/3 28/22 28/24
cards [1]  13/6
careful [1]  57/6
carry [2]  50/17 65/24
case [34]  4/2 8/12 11/13 11/16 13/14 13/20 26/20 29/7 56/19 59/11 59/13 59/14 59/17 62/10 62/11 63/11 65/4 66/5 67/3 67/4

**case... [14]** 6/76 6/77 78/20 84/2 84/16 86/8 91/1 95/15 97/5 99/24 105/4 106/7 107/2 108/8
**cases [14]** 6/19 6/20 62/15 64/15 64/24 64/25 66/19 72/8 99/3 99/25 103/7 103/8 103/8 103/14
**cash [4]** 47/11 47/13 71/1 84/11
**cashier [2]** 84/15 84/19
**CATHERINE [1]** 1/13
**cause [1]** 96/1
**Ccips [1]** 1/19
**centralized [1]** 48/12
**certain [1]** 93/16
**certainly [5]** 8/2 52/25 56/13 102/16 106/2
**certificate [1]** 54/12
**certification [6]** 63/16 68/9 68/13 68/13 68/16 68/25
**certifications [4]** 68/7 68/8 68/12 93/9
**certified [1]** 63/13
**certify [1]** 109/3
**chain [8]** 79/6 96/15 96/16 97/1 97/2 97/13 97/16 104/8
**Chainalysis [22]** 58/14 60/17 68/8 68/11 68/15 68/16 68/18 68/19 68/19 89/7 89/16 90/20 90/21 92/18 99/12 99/22 100/4 101/25 102/3 102/7 102/8 106/15
**chains [2]** 96/18 97/14
**change [29]** 4/22 5/3 43/20 43/21 43/25 83/13 83/18 84/1 84/5 84/12 84/16 84/17 84/21 84/22 91/19 91/20 93/13 93/17 96/4 96/6 96/8 97/5 97/6 97/9 97/10 97/10 97/12 97/17 104/5
**changed [4]** 43/17 43/22 43/23 43/24
**charged [1]** 26/14
**charging [1]** 37/5
**chart [4]** 20/2 29/13 29/16 29/23
**chat [3]** 52/16 52/16 54/14
**Chaum's [1]** 47/11
**Chaumian [1]** 54/1
**check [16]** 52/21 53/9 60/4 78/22 80/13 80/16 80/20 80/24 81/8 81/11 81/13 81/14 81/16 81/19 81/22 81/25
**checked [1]** 54/12
**checking [1]** 81/16
**choose [1]** 90/20
**CHRISTOPHER [2]** 1/15 4/6
**circle [7]** 85/13 85/13 85/16 85/17 86/19 86/19 88/13
**circled [1]** 85/20
**circling [1]** 76/6
**claiming [1]** 44/6
**classes [1]** 68/2
**classic [1]** 27/17
**cleaners.com [1]** 40/20
**clear [11]** 26/3 41/6 43/9 44/1 58/15 65/16 65/17 85/15 89/4 89/4 95/22
**clearly [2]** 9/3 108/8
**clearnet [11]** 9/1 37/1 37/14 38/5 38/18 38/20 39/1 39/2 43/3 43/6 43/13
**client [1]** 53/9
**clients [2]** 33/24 34/6
**close [4]** 5/23 34/15 35/5 35/14
**closings [1]** 5/20
**clothes [4]** 4/22 4/23 4/25 5/3
**Club [1]** 38/3
**cluster [5]** 90/8 93/3 93/6 94/20 96/1
**clustered [1]** 92/15
**clustering [11]** 90/20 92/12 94/24 95/7 95/9 95/17 95/21 100/3 101/25 102/2 106/16
**clusters [5]** 90/8 92/19 95/10

95/11 96/8
**coconspirator [3]** 89/14 92/16 92/17 94/5 94/13 94/14 94/19
**co-spend [1]** 91/16
**co-spending [4]** 90/11 91/25 94/5 94/19
**co-spent [4]** 83/6 92/17 94/13 94/14
**code [18]** 8/21 16/20 33/1 33/3 33/8 33/12 55/3 55/6 55/9 55/11 55/14 55/17 55/20 97/20 107/22 107/24 108/1 108/7 108/17
**codes [3]** 33/5 34/1 34/4
**coffee [3]** 84/11 84/13 84/17
**Coinbase [7]** 90/4 99/12 99/13 99/13 99/14 99/22 101/7
**CoinJoin [2]** 48/15 60/15
**colleagues [4]** 100/2 100/23 101/23 103/8
**collect [2]** 98/15 98/19
**collecting [1]** 67/12
**collection [3]** 100/11 100/18 100/22
**college [1]** 61/16
**color [1]** 97/20
**COLUMBIA [1]** 1/1
**combine [2]** 82/10 82/17
**combined [1]** 96/8
**come [9]** 5/12 27/9 55/17 56/18 84/20 90/12 97/15 99/14 107/1
**comes [5]** 30/7 58/22 71/19 79/4 107/17
**comfortable [1]** 53/12
**coming [2]** 22/18 45/19
**comment [2]** 22/14 42/24
**commenting [1]** 57/5
**comments [1]** 54/23
**common [5]** 70/21 83/13 106/19 107/9 108/6
**commonly [1]** 71/17
**communicate [1]** 44/1
**communicating [1]** 35/25
**communication [2]** 28/25 64/4
**communications [2]** 9/14 41/6
**companies [1]** 68/4
**company [3]** 67/11 68/17 99/4
**compare [2]** 84/10 84/12
**comparing [1]** 102/9
**competing [1]** 61/22
**competitor [1]** 68/19
**complete [2]** 58/16 108/22
**completed [1]** 101/22
**completely [4]** 81/20 100/12 105/22 107/15
**complicate [1]** 108/7
**complicated [1]** 104/3
**computer [13]** 12/13 12/17 13/2 30/15 47/3 52/20 64/23 72/24 78/14 78/14 78/16 78/17 108/17
**computers [6]** 12/1 13/4 21/6 23/10 24/11 67/11
**conceivably [1]** 48/13
**concept [1]** 78/24
**concepts [2]** 65/9 65/10
**concern [1]** 66/18
**concerned [1]** 66/7
**conclude [2]** 60/16 69/23
**concluded [2]** 41/16 59/13
**conclusion [2]** 58/20 66/2
**conclusions [1]** 25/23
**conduct [3]** 63/13 77/25 107/2
**conducted [1]** 99/10
**conducting [1]** 102/16
**conference [10]** 35/13 36/5 58/4 60/21 65/14 66/24 100/8 101/19 105/17 106/23
**conferences [1]** 68/5
**confident [2]** 66/15 101/11
**confidently [1]** 100/24
**confirm [2]** 102/6 103/2
**confirmation [3]** 99/21 101/7 102/20

**confirmed [1]** 99/13
**confirms [2]** 99/24 103/5
**confusing [1]** 86/13
**connected [2]** 78/17 105/7
**connecting [1]** 97/24
**connection [1]** 105/9
**connects [1]** 78/22
**conscious [1]** 57/6
**conservative [7]** 94/24 95/8 95/12 95/13 95/16 95/20 95/22
**considerably [1]** 8/13
**constantly [1]** 80/2
**constitutes [1]** 109/4
**Constitution [1]** 2/8
**consult [1]** 48/17
**consulting [2]** 49/18 62/10
**contact [1]** 53/14
**contain [4]** 73/24 77/7 90/3 97/22
**contained [1]** 70/14
**contains [1]** 74/9
**CONTENTS [1]** 3/1
**context [1]** 85/11
**continue [4]** 50/14 64/25 85/8 107/1
**continued [3]** 1/23 2/1 3/4
**continues [1]** 97/11
**control [2]** 85/13 91/19
**controlled [3]** 83/5 91/21 94/21
**controls [2]** 31/15 91/7
**convenient [1]** 46/3
**conversation [3]** 41/5 41/15 41/15
**conversion [1]** 90/13
**convert [1]** 34/4
**converts [1]** 33/12
**convictions [1]** 69/20
**convinced [1]** 58/17
**convincing [1]** 65/24
**cooperate [1]** 56/12
**cooperating [2]** 102/23 103/1
**coordination [1]** 35/6
**copy [7]** 76/17 79/17 79/19 79/21 79/22 79/22 82/19
**corner [1]** 75/24
**correct [32]** 6/23 7/1 10/6 12/10 12/11 12/13 12/14 13/7 14/16 15/9 15/10 15/14 15/20 15/23 15/24 16/18 19/15 19/18 23/5 26/15 31/3 32/17 33/14 34/3 34/8 36/9 38/22 40/18 40/20 77/8 79/23 109/4
**correctly [1]** 102/21
**corresponding [1]** 73/12
**corroborated [1]** 100/17
**could [77]** 5/23 9/19 13/23 17/11 17/11 17/18 17/18 17/22 17/22 17/23 22/13 24/2 24/18 24/22 25/18 28/15 29/10 30/1 33/6 34/4 38/1 42/23 43/5 43/8 43/9 45/6 45/22 46/16 46/21 47/12 47/14 48/13 48/25 49/10 49/13 49/17 49/20 49/23 50/7 50/10 53/3 55/6 55/15 58/7 61/3 62/2 62/25 63/25 65/3 66/20 67/3 70/4 70/22 70/23 70/25 71/19 71/23 71/24 73/1 73/23 74/2 78/24 81/16 82/10 85/8 86/17 87/14 89/8 94/13 94/19 94/20 96/3 96/9 102/15 104/20 104/24 105/2 108/14
**couldn't [1]** 4/25
**counsel [9]** 4/4 4/5 4/7 4/12 22/14 35/11 42/23 44/11 44/15
**couple [3]** 6/3 41/25 89/18
**coupon [4]** 47/13 47/13 47/14 47/15
**course [1]** 68/25
**court [17]** 1/1 2/6 2/7 4/11 4/15 4/17 6/4 57/18 58/7 65/18 65/22 65/25 71/22 95/19 106/15 109/3 109/13
**Court's [2]** 44/24 45/7
**Courts [1]** 2/7
**covered [1]** 93/8
**covert [3]** 26/13 63/19 63/22

**C**

coworkers [1]  27/3
create [6]  47/5 54/7 70/23 83/25
84/20 94/20
created [4]  47/15 54/5 79/12 84/4
creates [2]  83/24 84/21
creating [1]  76/12
credibility [1]  66/2
crime [1]  98/23
criminal [4]  1/3 4/2 44/20 85/5
103/14
criminals [5]  103/16 103/22 104/1
108/4 108/5
criticism [1]  48/11
CRM [1]  1/19
cross [9]  3/4 3/6 6/14 53/18 59/9
60/16 101/12 101/16 104/8
cross-chain [1]  104/8
cross-examination [7]  3/4 3/6
6/14 53/18 59/9 60/16 101/16
cross-examining [1]  101/12
cryptocurrencies [4]  48/1 64/8
71/6 71/20
cryptocurrency [42]  48/2 62/4
62/5 62/7 62/8 62/13 62/16 62/23
62/24 63/4 63/21 64/11 64/15
64/16 64/18 65/1 65/9 67/17 68/5
68/9 68/12 69/4 69/11 69/16 69/22
69/25 70/4 70/9 70/10 70/12 70/17
70/18 71/1 71/4 71/20 73/3 98/23
104/9 104/10 104/11 104/13 105/21
cryptocurrency-related [2]  48/2
69/11
cryptography [5]  70/16 70/16 79/2
79/4 79/23
cup [1]  84/13
curious [1]  6/6
currencies [1]  70/12
currency [12]  62/18 62/21 62/22
67/19 67/24 67/25 68/3 69/9 70/5
70/6 70/10 70/11
current [1]  61/8
currently [4]  44/6 75/8 75/10
86/18
custodial [1]  72/9
customer [3]  14/21 19/3 38/8
customer's [1]  68/22
customers [2]  98/2 98/11
cut [1]  30/11
cyber [1]  99/4
cyberattacks [1]  43/11
cybercrime [1]  6/19
cybercriminal [4]  8/6 64/12 64/21
67/10
cybersecurity [2]  61/14 61/17
cybersquads [1]  64/22

**D**

daily [1]  68/17
dark [1]  64/4
darknet [4]  63/21 64/18 64/23
108/6
data [11]  8/2 18/21 18/25 77/12
88/5 100/11 100/12 100/18 100/22
100/24 101/3
date [5]  71/11 81/21 81/22 81/25
98/11
Dated [1]  109/10
Daubert [7]  58/5 58/6 58/15 60/5
65/18 100/10 100/15
Dauberted [2]  106/13 106/14
David [1]  47/11
day [13]  4/20 16/10 30/22 65/3
65/3 65/20 65/20 66/12 66/12 67/4
67/4 67/9 109/10
days [3]  5/24 27/15 43/4
DC [5]  1/5 1/14 1/17 1/21 2/9
de [5]  30/15 30/16 36/23 37/24
46/19
De-Fi [1]  46/19
dealing [3]  8/6 8/11 106/5

decentralized [2]  70/15 79/17
decryption [1]  79/9
decided [4]  41/7 50/2 50/22 54/13
decision [1]  58/8
defendant [6]  1/7 2/2 4/11 8/7
8/9 8/13
defendant's [2]  31/17 39/21
defendants [2]  59/4 102/23
defense [9]  22/13 42/23 44/11
58/6 59/4 60/13 65/15 101/9
108/15
definitely [2]  49/16 53/1
degree [3]  61/13 61/14 61/23
demonstration [1]  54/6
demonstrative [5]  74/22 75/1
96/21 96/24 104/21
DEPARTMENT [2]  1/13 62/4
depending [3]  63/12 85/11 108/17
depiction [1]  96/15
deposit [4]  47/12 47/15 102/21
105/5
deposited [1]  67/14
deposits [1]  98/14
Dept [1]  1/20
describe [3]  61/11 76/5 93/20
described [1]  99/18
describing [1]  85/15
description [1]  96/15
design [3]  48/11 48/14 48/14
designed [2]  47/14 73/3
destination [1]  85/7
detail [4]  13/24 58/19 59/12
61/24
detailed [2]  60/18 62/3
details [5]  38/8 52/8 59/5 67/2
67/5
determine [3]  85/7 104/4 104/16
determined [1]  90/9
developments [1]  48/3
device [5]  8/17 72/23 73/2 107/19
107/21
devices [17]  7/20 7/23 7/25 8/3
8/4 8/14 8/18 8/24 9/13 10/4
12/17 25/10 32/19 37/10 38/13
39/25 63/11
diary [8]  12/12 12/14 21/20 21/23
21/24 22/3 22/5 22/6
did [72]  9/10 11/22 11/24 13/13
13/21 14/1 14/8 14/10 14/19 14/24
24/14 24/16 25/4 25/6 25/8 26/7
26/19 26/25 27/3 28/24 29/2 37/3
41/17 41/25 42/10 43/20 43/21
43/25 47/5 47/8 47/19 48/4 48/17
48/18 49/21 50/19 50/20 50/21
50/22 51/1 51/3 52/21 53/13 54/7
54/8 54/10 55/17 55/18 56/5 56/8
56/11 61/16 61/21 62/8 66/19
74/11 74/13 97/21 99/14 107/6
108/1
didn't [31]  5/2 10/20 14/10 16/7
19/2 20/13 21/3 21/22 23/16 23/17
23/20 24/5 24/17 24/21 25/2 26/13
26/24 27/1 35/16 39/10 41/24
43/23 45/10 48/15 54/19 58/10
59/1 60/13 60/18 66/6 72/5
difference [1]  78/10
different [20]  26/2 51/7 62/25
70/15 71/21 75/9 79/20 80/15
81/16 91/1 92/7 93/13 104/3 104/8
105/11 105/14 105/22 106/16
107/15 108/18
difficult [4]  85/12 104/4 104/15
108/2
digital [3]  8/10 29/15 29/18
29/25 47/11
digitally [1]  29/22
diligent [1]  13/19
direct [14]  3/6 3/9 25/14 27/13
28/11 42/12 46/1 46/12 48/25
49/10 50/7 51/4 51/11 61/1

directing [2]  75/5 84/23
directly [2]  83/9 99/12
disagreement [1]  60/13
disagreements [1]  59/1
disclosure [1]  106/11
discovered [1]  47/20
discovery [1]  101/9
discuss [7]  5/21 5/22 5/23 12/19
56/19 107/2 108/21
discussed [1]  51/24
discussing [4]  9/15 40/1 48/1
68/5
discussion [3]  48/10 48/21 108/5
dispute [2]  17/16 17/19
distinct [1]  108/16
distinguishes [1]  70/12
distributed [1]  70/13
DISTRICT [4]  1/1 1/1 1/10 2/7
division [1]  61/10
divisions [1]  69/6
DNS [5]  37/1 39/16 39/20 39/24
40/4
do [98]  5/2 11/9 14/11 14/14
16/10 16/14 18/5 19/17 20/11 20/4
20/6 20/7 20/9 22/25 23/2 24/19
32/4 33/6 33/6 34/20 34/25 35/7
35/7 36/12 36/18 37/4 39/1 39/8
39/13 39/15 39/18 39/19 40/9
41/14 42/4 44/4 44/19 45/24 49/2
49/11 50/6 51/7 51/8 51/14 51/16
51/21 51/22 52/15 52/23 56/20
59/8 59/22 59/25 60/23 61/6 63/3
63/5 63/20 64/1 65/12 66/6 67/7
67/12 68/7 68/8 68/23 69/2 69/5
69/10 69/14 71/24 74/3 74/4 74/14
76/15 85/6 86/10 86/10 87/16
88/13 89/24 90/16 91/9 92/11
96/12 96/13 97/24 98/6 98/9 98/18
100/2 101/23 103/16 104/1 104/1
104/17 104/18 108/12
document [12]  8/16 9/2 9/3 9/5
9/21 11/14 11/15 20/21 23/9 39/6
40/7 49/7
documents [3]  7/23 12/20 37/4
does [42]  9/12 11/6 11/8 12/3
12/7 12/18 12/20 12/25 16/19
20/11 20/20 21/18 22/14 23/7 24/8
24/9 24/10 31/12 44/20 52/3 52/3
57/14 58/23 63/6 63/16 64/11
65/23 73/21 75/18 77/7 78/6 78/14
78/16 79/7 79/8 82/3 84/10 90/21
91/22 99/25 102/2 102/12
doesn't [33]  7/2 7/5 7/15 9/5
11/25 12/4 12/8 21/6 21/8 21/9
21/11 21/12 21/15 21/16 23/7
23/10 23/12 23/13 23/23 24/11
24/13 31/11 31/14 32/5 32/15
32/18 36/3 44/11 44/20 59/16 70/7
78/21 83/16
doing [9]  52/19 57/4 57/7 63/20
64/11 69/13 93/24 95/18 96/5
DOJ [3]  1/16 1/19 69/15
DOJ-CRM [1]  1/19
DOJ-USAO [1]  1/16
dollars [6]  33/5 33/13 34/4 34/5
72/5 90/14
domain [3]  9/4 30/24 54/13
don't [66]  5/4 6/7 7/10 7/11 7/11
7/11 7/17 7/18 11/5 11/6 12/14
15/3 15/5 15/6 17/16 17/19 19/16
19/17 19/25 20/15 20/18 20/25
21/18 22/1 22/6 22/21 25/9 25/17
29/16 35/22 39/5 39/14 41/8 42/5
43/24 45/12 51/18 53/6 53/11
56/19 57/7 57/16 65/20 72/11
72/19 75/25 78/8 81/18 84/18
84/19 86/24 90/3 92/20 96/4
100/13 100/21 105/18 105/23
105/25 106/9 106/12 106/13 106/24
107/1 107/17 107/21
done [6]  20/18 37/6 58/11 59/15
70/7 95/9

**D**

door [1]   31/20
doubt [1]   52/23
down [16]   4/23 18/6 33/13 36/18
36/23 38/24 48/16 49/6 49/20 50/4
51/20 55/11 71/23 79/7 94/16
97/21
download [1]   72/23
dozens [1]   11/6
draw [2]   25/23 75/23
drawing [1]   87/3
drive [9]   9/2 21/15 21/16 23/17
23/20 23/22 25/5 38/14 40/1
drives [25]   8/19 8/20 8/20 9/13
9/14 10/5 10/7 10/8 10/10 12/5
12/8 12/18 12/18 13/8 21/10 21/12
23/14 24/13 24/15 25/3 37/10
38/13 38/13 39/25 39/25
drop [1]   78/6
dumb [1]   49/25
Duncan [8]   3/5 45/5 46/9 46/18
46/22 50/18 51/15 52/12
DuncanT [2]   48/6 53/11
during [4]   12/24 22/19 35/22
58/11
duty [1]   62/3

**E**

e9521 [2]   86/23 88/15
e9521b [2]   78/1 87/8
each [4]   73/11 73/21 80/11 106/1
earlier [6]   22/1 64/14 84/25 91/3
92/1 94/7
early [2]   10/22 64/16
easier [1]   87/18
educational [1]   61/11
effect [2]   27/20 27/21
either [2]   45/22 101/12
EKELAND [9]   2/2 2/3 3/4 3/6 4/10
6/11 53/17 57/3 57/4
electrical [1]   47/3
else [10]   9/15 25/11 38/14 38/15
40/1 49/15 49/21 49/22 50/19 94/8
else's [1]   50/8
email [29]   11/3 11/19 16/13 16/21
16/23 19/15 20/8 20/20 20/24 21/1
22/9 22/18 23/3 23/6 24/21 25/2
38/3 38/9 40/10 40/11 40/14 40/15
52/8 52/11 52/13 52/21 53/9 67/16
102/19
emails [2]   41/1 102/20
empirical [1]   101/2
employee [1]   64/2
employers [3]   28/9 28/18 28/21
encouraged [1]   48/14
encrypted [3]   10/11 10/16 10/18
encrypts [1]   67/11
end [7]   36/5 50/2 50/19 60/21
66/24 101/19 106/23
enforcement [20]   26/8 26/10 26/15
26/21 27/1 28/8 28/18 29/3 60/2
62/4 62/5 62/9 69/7 85/5 94/23
95/6 98/18 98/22 103/16 103/23
engage [1]   64/19
engaged [2]   7/8 63/22
engaging [1]   64/6
engineer [1]   46/18
engineering [2]   47/3 47/4
enough [2]   22/15 82/9
ensure [1]   59/4
ensures [1]   79/4
entail [1]   62/9
entered [1]   4/19
enterprising [1]   47/20
entirely [2]   106/16 107/20
entirety [1]   83/18
entities [2]   90/8 90/14
entitled [1]   109/5
entity [3]   83/5 90/10 90/21
enumerate [1]   106/1
equate [1]   80/16

**equivalent [8]**   72/15 80/10 80/11
**error [4]**   59/25 100/11 101/4
101/13
**essential [1]**   76/8
**essentially [10]**   6/20 38/3 47/12
64/22 72/25 78/11 78/13 79/3
93/23 107/10
**establish [1]**   65/6
**established [1]**   100/10
**estimate [2]**   68/23 69/10
**Ethereum [1]**   68/11
**Euros [1]**   33/6
**even [15]**   7/17 26/20 56/19 57/4
57/6 58/14 58/24 58/25 60/12
65/25 69/8 73/3 87/12 92/19 93/17
**eventually [1]**   77/4
**ever [5]**   25/11 41/8 41/14 42/7
74/8
**every [7]**   4/19 73/9 79/12 79/24
82/3 85/2 102/4
**everybody [1]**   79/22
**everyone [1]**   88/8
**everything [6]**   7/20 8/24 19/16
22/7 40/1 50/17
**evidence [27]**   8/2 9/19 12/24 13/1
17/12 17/23 25/10 25/14 25/16
25/22 25/24 29/11 33/20 37/4 37/9
37/13 37/20 39/15 44/15 44/15
59/20 59/25 60/8 60/12 64/10
67/15 101/4
**evidentiary [1]**   64/20
**evolving [1]**   67/25
**exactly [2]**   55/12 65/16
**examination [15]**   3/4 3/6 3/6 3/7
3/9 6/14 35/17 35/23 46/12 53/18
56/3 59/9 60/16 61/1 101/16
**examined [1]**   25/22
**examining [1]**   101/12
**example [16]**   59/14 63/2 75/7
82/13 82/14 83/15 84/11 86/17
92/19 94/19 96/3 99/1 99/3 104/23
105/1 108/16
**examples [1]**   99/23
**Excel [1]**   10/21
**exception [1]**   84/18
**exceptions [1]**   83/10
**excerpts [1]**   8/9
**exchange [22]**   14/23 16/15 40/11
70/23 70/24 71/2 71/3 71/8 71/9
71/11 71/16 72/7 72/13 72/17
72/19 98/4 98/5 98/5 99/2 99/19
102/18 102/20
**exchanges [8]**   16/11 71/21 72/8
90/6 98/2 98/7 98/15 98/18
**excuse [3]**   14/15 18/11 105/1
**excused [2]**   45/2 56/15
**execute [1]**   43/11
**executed [4]**   11/18 20/23 33/24
35/5
**exhibit [22]**   3/12 9/19 17/12
17/22 17/23 29/11 29/11 29/12
29/13 29/22 30/5 30/21 37/18
37/19 48/25 49/3 51/4 74/14 74/21
74/25 96/9 96/20
**Exhibit 15 [1]**   51/4
**Exhibit 22 [1]**   48/25
**Exhibit 307 [3]**   74/14 74/21 74/25
**Exhibit 313 [2]**   29/12 29/22
**Exhibit 324A [2]**   96/9 96/20
**Exhibit 502H [1]**   37/19
**Exhibit 702 [1]**   9/19
**Exhibit 892 [2]**   17/12 17/23
**Exhibit Exhibit 313 [1]**   29/11
**EXHIBITS [1]**   3/11
**exist [2]**   70/7 85/2
**existing [1]**   50/15
**exists [1]**   47/23
**expect [2]**   8/7 8/10
**experience [8]**   62/13 63/3 63/20
65/1 65/7 66/3 66/16 102/7
**expert [25]**   58/9 58/25 59/1 60/13

65/17 65/19 65/21 65/25 65/25
75/23 75/23 105/19
105/20 106/1 106/3 106/4 106/8
106/10 106/11 106/17 106/19 107/7
107/18
**experts [1]**   62/23
**explain [23]**   14/20 63/25 65/8
65/8 70/4 73/9 74/5 74/12 75/6
77/13 78/24 87/20 88/12 91/12
97/1 102/15 102/25 104/11 104/21
105/2 105/13 106/6 108/2
**explaining [1]**   108/7
**explore [2]**   101/16 101/17
**explorer [6]**   87/22 87/24 87/25
88/1 89/21 90/19
**explorers [1]**   79/21
**expressing [1]**   35/25
**expressions [1]**   35/21
**extending [1]**   39/19
**extends [1]**   58/14
**extensive [2]**   13/1 60/8
**extensively [2]**   52/17 52/22
**extorts [1]**   67/11
**extraction [1]**   10/20
**extremely [1]**   34/15
**eyewitness [3]**   6/16 6/21 6/24

**F**

**facial [1]**   35/21
**fact [8]**   12/21 25/9 60/9 66/13
87/13 99/14 103/7 106/19
**fair [4]**   22/15 59/9 60/15 101/14
**fairly [2]**   47/25 64/3
**Falco [4]**   30/15 30/16 36/23 37/24
**falls [1]**   108/12
**familiar [6]**   7/19 23/25 24/5 24/6
24/7 38/2
**far [4]**   26/10 27/12 27/13 42/16
**FBI [17]**   61/21 61/25 62/13 62/17
62/23 63/13 64/15 64/16 64/22
67/23 69/5 69/6 69/15 99/5 99/7
100/2 101/23
**FBI's [3]**   62/18 62/22 69/8
**feature [1]**   93/25
**features [4]**   80/16 93/14 93/16
94/2
**February [2]**   1/5 109/10
**Federal [1]**   61/7
**fee [4]**   78/7 78/9 78/11 93/17
**Feel [1]**   45/16
**fees [1]**   93/17
**few [2]**   52/8 93/19
**Fi [1]**   46/19
**field [2]**   80/22 80/23
**fields [1]**   85/14
**fifty [2]**   72/4 72/4
**figure [1]**   86/10
**file [5]**   10/11 10/12 10/13 10/17
13/20
**filter [1]**   57/9
**finalizing [1]**   64/8
**financial [5]**   18/7 18/9 18/11
68/21 71/4
**find [6]**   5/11 17/16 43/9 86/12
94/13 94/19
**fine [1]**   45/11
**finish [1]**   24/23
**first [22]**   10/19 46/17 46/21
46/22 49/13 49/17 49/23 54/19
64/17 65/15 78/15 75/16 76/11
78/25 80/17 82/18 83/20 83/21
87/1 87/11 89/23 107/12
**fit [1]**   90/22
**flipping [1]**   89/20
**floor [2]**   2/4 45/20
**flow [11]**   20/3 29/23 31/1 31/22
32/2 32/11 34/11 34/15 85/10
89/22 105/2
**flows [1]**   90/14
**fluctuates [1]**   72/2
**foam [1]**   20/2 30/22
**focused [1]**   64/23

## F

**Fog [36]** 6/18 6/22 6/25 7/2 7/5 7/8 7/15 7/17 8/1 8/5 8/15 8/21 9/16 11/1 12/19 19/1 19/4 19/18 25/12 25/16 27/6 28/23 39/17 41/4 43/7 43/9 43/12 43/15 44/1 44/2 44/6 44/7 44/7 46/20 106/7 108/7
**Fog.site [1]** 43/4
**follow [2]** 85/10 87/15
**following [5]** 20/3 59/6 67/13 91/19 99/17
**footprint [1]** 8/10
**foregoing [1]** 109/4
**forget [1]** 55/12
**form [2]** 18/2 59/6
**format [2]** 10/17 52/1
**formatting [1]** 51/7
**forms [3]** 17/19 71/21 73/1
**forum [5]** 11/2 48/1 48/21 64/4 64/22
**forward [6]** 57/15 67/13 67/18 85/10 91/19 98/1
**found [7]** 10/11 10/16 10/19 17/22 54/10 54/13 63/9
**foundation [5]** 22/2 65/10 66/9 101/3 103/20
**fourth [1]** 90/12
**free [2]** 45/16 108/15
**frequently [9]** 52/21 71/13 83/12 87/17 94/2 99/25 103/13 104/6 104/8
**friends [2]** 27/2 28/3
**front [8]** 30/22 35/16 59/22 59/25 60/8 77/10 84/20 84/23
**full [8]** 13/8 30/12 46/17 48/8 51/21 53/7 61/23 79/18
**function [2]** 50/21 106/6
**functionality [4]** 105/22 106/7 107/16 107/21
**fundamental [3]** 59/1 60/13 68/12
**fundamental-type [1]** 68/12
**fundamentals [1]** 68/9
**funds [60]** 20/3 31/1 31/9 31/23 32/2 32/11 33/8 36/15 63/23 67/13 67/18 72/6 72/10 73/14 75/14 75/16 75/21 76/11 76/12 77/6 77/7 78/2 80/20 80/24 80/25 81/9 81/10 82/9 82/12 82/19 82/22 83/23 85/7 85/10 86/5 86/7 86/8 86/16 86/22 87/9 89/10 89/22 91/24 97/4 97/4 97/10 97/12 98/1 98/4 98/5 99/2 99/11 99/11 102/17 104/6 104/7 104/14 105/3 105/6 108/2
**further [9]** 41/24 44/22 52/2 53/13 53/16 54/13 56/1 56/14 92/25

## G

**gathered [1]** 102/9
**general [5]** 7/12 60/12 95/16 97/14 97/16
**generally [10]** 64/1 67/6 73/19 87/24 93/20 95/12 96/4 96/14 98/1 99/20
**generating [1]** 33/1
**generic [1]** 99/23
**get [30]** 5/14 9/20 10/1 17/11 21/1 29/10 42/16 47/13 50/17 53/6 53/11 55/9 55/14 55/15 57/19 58/16 59/12 60/17 65/16 70/22 74/3 74/4 75/18 84/16 84/17 92/21 94/8 99/21 102/18 108/14
**gets [3]** 33/8 78/11 81/24
**getting [10]** 5/10 10/3 55/19 61/16 63/25 66/18 93/19 100/18 107/23 108/16
**give [7]** 58/18 58/19 69/3 84/19 96/3 99/1 101/1
**given [4]** 59/24 60/8 60/9 60/12
**Gmail [1]** 63/8
**gmail.com [1]** 40/15

## gg [18]
35/11 36/15 57/2 57/2 57/9 57/11 57/18 57/20 66/17 75/3 76/2 78/15 86/12 97/24 99/18 106/24 108/14
**goal [2]** 64/19 98/1
**goes [2]** 20/11 32/3 66/2 66/14 67/14 84/3 84/3 98/3 104/16
**going [42]** 5/6 5/14 6/3 8/8 9/3 10/22 13/16 20/10 28/10 28/17 31/10 34/13 36/17 45/25 46/2 46/24 50/5 53/4 56/17 57/15 58/16 60/17 60/19 66/7 66/17 75/25 76/1 76/18 78/17 83/18 87/3 87/9 90/18 90/19 91/24 94/9 97/13 101/13 102/17 106/3 106/5 107/25
**Gold [1]** 15/20
**good [10]** 4/6 4/9 4/10 4/13 5/16 8/8 8/11 46/14 46/15 50/6
**goods [1]** 64/9
**Google [10]** 8/20 9/2 9/14 21/15 21/16 23/20 23/21 25/5 38/14 40/1
**got [9]** 8/20 21/2 31/1 34/21 34/25 36/4 48/19 54/15 84/6
**GothenCoin [1]** 16/17
**gotten [2]** 53/7 101/7
**government [50]** 3/12 4/5 7/2 7/5 7/15 9/19 10/4 10/11 10/16 10/19 11/1 13/10 14/2 17/12 17/22 17/23 19/23 23/25 26/7 27/11 27/15 27/21 29/2 29/11 29/22 29/23 30/15 31/11 31/14 32/5 41/17 41/19 41/21 41/24 45/4 45/5 55/22 57/21 57/23 59/20 65/23 68/4 69/21 71/12 74/21 96/20 98/12 101/14 106/11 107/6
**government's [3]** 22/19 27/21 108/8
**Gox [24]** 14/11 14/12 14/15 14/16 14/24 15/2 20/3 20/7 22/25 22/25 24/1 31/2 31/4 31/6 31/9 32/11 32/12 32/25 33/4 33/9 33/23 34/1 34/13 34/22
**graduating [1]** 61/16
**granular [1]** 90/23
**graph [2]** 89/19 96/6
**graphical [3]** 89/9 89/18 89/21
**graphing [1]** 90/21
**graphs [2]** 96/7 97/19
**great [2]** 50/14 85/13
**Grin [1]** 16/20
**grosser [1]** 59/15
**ground [1]** 60/15
**grounds [1]** 59/9
**group [4]** 62/6 62/22 67/25 90/8
**grouping [2]** 90/7 92/11
**growing [1]** 80/2
**guilty [1]** 99/16

## H

**hacking [3]** 64/20 64/24 99/5
**had [30]** 5/1 7/17 13/10 14/2 15/8 16/20 16/25 17/8 18/10 18/15 18/19 22/7 33/4 34/21 48/5 50/2 53/7 54/1 54/20 55/11 57/13 65/18 82/8 82/9 84/13 92/16 99/4 99/6 101/22 102/22
**hand [3]** 84/15 87/13 87/16
**handed [2]** 53/8 87/3
**handle [1]** 48/5
**handles [1]** 93/17
**happen [2]** 54/10 99/25
**happened [8]** 34/15 41/8 41/11 41/14 74/8 92/4 92/5 103/7
**happening [5]** 41/16 57/8 92/3 94/5 97/17
**happens [1]** 76/22
**happy [3]** 5/21 27/18 106/2
**hard [12]** 8/19 9/13 12/5 12/18 21/9 23/14 24/13 24/14 37/10 38/13 39/25 85/22
**hardware [2]** 63/11 73/2
**Harry [1]** 37/22

## has [53]
9/18 9/21 13/16 13/18 14/2 17/25 19/25 24/3 25/22 26/4 27/15 29/18 44/11 44/16 49/19 51/5 53/7 56/10 58/6 59/24 60/1 64/2 65/18 65/21 66/13 69/18 70/7 72/6 73/11 75/8 76/17 78/17 79/19 81/9 81/19 81/24 83/16 88/8 90/9 92/3 92/5 92/17 96/9 97/5 101/15 103/7 103/10 103/12 105/19 105/20 106/17 107/22
**hash [1]** 78/1
**hashes [1]** 88/2
**hasn't [2]** 13/17 107/17
**HASSARD [2]** 2/2 4/12
**have [151]**
**haven't [3]** 29/8 77/6 96/8
**having [3]** 34/20 34/25 64/7
**he [96]** 4/21 4/24 4/24 4/25 5/1 7/21 7/24 9/3 12/20 13/11 13/12 14/12 14/18 14/19 15/15 16/7 16/7 16/8 16/20 16/25 17/4 17/7 17/8 18/15 18/19 18/19 19/15 19/16 19/17 20/18 22/2 22/3 24/17 25/22 26/1 28/22 28/22 31/22 36/10 36/11 39/10 40/25 41/10 41/23 41/24 41/25 41/25 42/5 44/11 45/19 58/8 58/9 58/10 65/8 65/10 65/21 65/24 66/4 66/5 66/11 66/13 66/15 66/18 66/18 75/15 76/16 76/17 76/18 76/19 76/20 77/5 82/8 82/10 82/20 83/16 83/18 83/22 83/23 83/24 84/2 100/21 100/22 100/24 101/6 103/20 105/20 105/23 106/3 106/3 106/5 106/8 106/9 106/18 107/8 107/17 108/16
**he'll [1]** 76/18
**head [1]** 106/12
**hear [4]** 27/11 27/18 68/19 101/6
**heard [6]** 6/25 70/3 74/5
**hearing [6]** 60/5 65/18 65/19 100/10 100/15
**hearsay [6]** 27/9 27/12 27/17 27/18 27/23 27/25
**heavily [1]** 40/24
**held [5]** 35/13 58/4 65/14 100/8 105/17
**Hello [1]** 18/3
**help [5]** 50/17 74/11 74/18
**helpful [3]** 37/18 91/6 96/17
**her [5]** 58/25 75/20 92/6
**here [43]** 5/15 18/10 27/7 27/9 31/1 31/1 31/10 32/12 32/25 33/1 33/17 46/5 49/7 49/11 51/9 65/7 66/7 66/20 75/8 75/15 75/22 77/11 77/23 82/19 84/5 85/14 85/15 85/18 86/3 86/14 86/20 87/4 88/12 88/23 89/5 92/3 92/4 92/5 92/14 94/5 104/22 107/3 108/9
**heuristic [6]** 58/22 58/24 59/2 59/3 59/5 60/14
**heuristics [3]** 58/21 90/10 90/11
**Hi [2]** 53/4 53/6
**hide [1]** 104/1
**hiding [1]** 8/10
**high [2]** 30/24 105/13
**highhosting.net [3]** 37/2 37/5 38/4
**highly [2]** 101/5 101/9
**him [20]** 5/3 7/24 8/15 9/15 13/2 22/2 25/11 25/11 25/24 25/25 26/1 27/14 31/18 39/10 58/13 65/19 65/25 66/9 106/13 106/14
**hindering [1]** 104/18
**his [92]** 4/25 8/10 8/14 8/20 9/13 9/13 9/14 10/5 10/10 12/12 12/14 12/15 12/16 12/18 12/24 14/15 15/10 15/14 15/16 15/18 15/20 15/22 15/25 16/3 16/17 16/17 16/23 17/2 17/20 18/7 18/13 18/17 18/23 19/15 20/18 21/15 21/19 21/21 21/22 21/22 21/23 21/23 23/10 23/17 23/20 23/21 23/23

## H

**his...** [45]  24/11 24/13 24/14
24/16 24/23 25/3 25/5 25/7 26/18
27/3 27/4 27/14 28/19 28/20 28/21
31/7 34/22 37/10 37/10 38/13
38/13 38/14 42/13 43/9 65/19
65/20 66/14 66/14 66/15 66/16
75/14 76/16 82/20 83/20 83/22
83/22 83/25 99/1 100/22 100/23
101/22 106/6 106/13 108/10 108/13
**history** [1]  94/11
**hold** [5]  27/7 68/7 68/8 73/21
75/9
**holding** [2]  75/12 75/13
**holds** [2]  72/16 75/10
**holistic** [1]  94/8
**home** [1]  15/22
**honor** [58]  4/10 4/15 5/4 5/10
5/17 6/13 9/21 14/4 20/17 21/25
22/13 22/16 24/22 25/19 26/5
28/10 28/12 29/5 29/12 29/25
30/14 31/18 31/25 32/7 32/21 39/9
41/9 42/14 42/23 44/8 45/1 45/6
45/15 45/19 46/8 50/15 55/1 56/1
56/24 56/25 57/23 58/2 60/20 65/5
65/15 66/22 66/23 69/21 74/24
100/5 101/1 105/15 105/25 106/9
107/12 108/11 108/19 108/23
**HONORABLE** [1]  1/9
**hopping** [1]  104/9
**horizontally** [1]  97/19
**host** [1]  72/22
**HostGator** [4]  39/2 39/3 39/4
39/13
**hosting** [6]  30/24 37/8 37/15 39/2
39/16 39/24
**hotmail.com** [22]  11/3 11/7 11/16
11/19 11/25 19/5 19/21 20/8 20/11
21/2 21/16 21/19 22/9 24/4 24/8
25/3 32/12 37/6 38/10 39/21 40/11
41/3
**hour** [2]  6/1 6/2
**hours** [6]  6/3 68/23 68/25 69/1
69/10 69/13
**housekeeping** [1]  5/17
**Houston** [1]  63/1
**how** [41]  7/17 9/3 11/6 32/2 35/4
36/15 42/16 45/24 54/10 62/15
68/23 69/10 72/10 75/18 77/2 79/7
79/8 80/16 82/25 84/7 84/10 90/16
91/14 92/22 93/17 93/17 93/21
93/22 94/3 95/20 97/24 99/1 99/18
102/25 103/20 106/6 106/8 107/8
107/21 108/2 108/7
**huh** [6]  19/8 19/20 19/23 22/23
42/20 42/22
**hundred** [1]  11/6
**hundreds** [1]  69/1
**hurdle** [1]  58/15

## I

**I'd** [4]  29/15 64/5 92/22 107/12
**I'm** [9]  20/15 20/17 22/23 37/21
38/23 40/7 57/2 95/1 105/18
**ID** [13]  14/16 14/23 71/12 77/15
77/19 81/15 81/19 85/18 86/1 86/3
86/25 87/10 88/15
**idea** [2]  5/2 50/6
**ideal** [1]  91/8
**identifiable** [1]  16/23
**identification** [1]  93/13
**identified** [4]  15/20 36/12 99/7
103/4
**identifier** [4]  73/8 77/16 81/14
86/2
**identifiers** [1]
**identifies** [2]  34/11 34/20
**identify** [4]  34/25 90/6 91/6
97/17
**identifying** [3]  67/17 91/19 94/20
**identity** [3]  48/7 71/13 98/13

**IDs** [3]  81/17 88/2 98/12
**illegitimate** [1]  99/11
**IM** [1]  53/9
**immediately** [1]  96/1
**IMO** [1]  50/1
**implement** [1]  48/15
**implicating** [1]  59/15
**implicitly** [1]  51/19
**important** [1]  98/18
**imposters** [1]  43/10
**incentivizes** [2]  78/9 78/12
**incidents** [1]  60/6
**include** [6]  78/7 78/8 78/10 78/12
102/12 108/4
**included** [6]  77/8 79/10 79/11
81/24 88/19 88/19
**including** [3]  68/9 106/4 108/6
**incorrect** [2]  15/4 60/7
**incredible** [1]  35/6
**independent** [2]  51/16 51/25
**index** [1]  86/21
**indexed** [1]  86/14
**indicated** [1]  60/5
**indications** [1]  64/21
**indictments** [1]  69/19
**individual** [2]  64/6 91/21
**individuals** [1]  47/21
**indulgence** [2]  44/24 45/7
**inferences** [1]  25/23
**information** [35]  9/22 14/22 14/25
19/3 26/5 28/12 40/21 71/19 77/13
77/17 77/20 77/25 80/11 80/14
80/16 84/24 85/6 85/19 87/23 88/3
88/20 90/3 91/14 93/1 95/10 98/2
98/9 98/10 98/16 98/19 102/8
102/9 102/12 102/22 103/2 104/4
**initial** [2]  99/20 102/4
**initially** [1]  50/4
**input** [30]  77/17 77/18 78/2 78/3
78/10 80/19 80/21 82/3 82/6 82/7
82/11 83/4 83/25 84/2 84/9 85/15
85/18 85/19 85/23 86/11 86/24
87/5 88/21 88/21 88/23 97/8 97/9
104/14 104/17 105/8
**inputs** [7]  82/4 82/17 83/1 83/3
83/7 83/17 91/18
**inquiries** [1]  53/2
**insert** [1]  71/1
**instances** [1]  90/18
**Institute** [1]  61/15
**institution** [1]  71/4
**institutions** [1]  68/21
**intelligence** [1]  61/10
**intentionally** [2]  57/7 94/23
**interested** [2]  53/22 64/6
**intern** [1]  61/22
**internal** [1]  106/7
**International** [8]  7/21 12/2 12/6
12/9 23/11 23/15 23/18 32/20
**internet** [6]  47/25 52/16 70/8
78/17 78/22 79/20
**internet.BS** [2]  38/17 38/19
**internet.BSCorp** [2]  37/15 38/6
**interview** [4]  26/24 27/3 41/17
103/1
**interviewed** [8]  26/11 26/16 26/18
26/21 27/1 28/3 28/8 28/18
**interviews** [1]  102/23
**introduce** [1]  46/16
**intrusion** [1]  64/24
**intuitive** [1]  89/22
**invalid** [1]  40/15
**investigate** [2]  6/19 98/23
**investigated** [1]  54/13
**investigating** [1]  67/9
**investigation** [19]  13/16 13/19
26/12 27/15 27/22 42/14 61/7 63/7
64/17 64/19 67/10 67/18 85/11
91/2 99/2 99/5 99/16 102/16 103/5
**investigations** [10]  62/7 62/24
64/23 67/8 87/16 90/25 91/6 98/6
101/8 102/10

**investigative** [5]  65/3 66/12 67/4
**investigator** [3]  68/13 68/14
92/20
**investigator-type** [1]  68/13
**investigators** [2]  68/20 103/14
**invoices** [2]  39/15 39/19
**invoking** [1]  71/22
**involve** [4]  63/6 63/10 64/11
95/11
**involved** [5]  40/24 64/17 64/18
67/22 99/3
**involves** [2]  63/7 107/8
**involving** [3]  62/15 63/20 63/23
**IRC** [2]  52/15 53/12
**ire** [1]  71/22
**is** [511]
**is happening** [1]  57/8
**is not** [1]  33/19
**isn't** [4]  15/1 48/20 81/23 107/13
**issue** [5]  58/5 58/23 59/3 59/9
60/18
**issuer** [1]  47/14
**issues** [3]  31/23 60/15 101/16
**issuing** [1]  48/12
**it** [333]
**its** [10]  14/25 29/19 45/4 57/22
58/8 65/24 81/19 83/17 88/22
108/15

## J

**Japanese** [1]  38/9
**JEFFREY** [2]  1/18 4/7
**Jersey** [1]  99/4
**job** [1]  90/17
**join** [1]  61/21
**joined** [2]  13/19 62/17
**joint** [1]  62/3
**JUDGE** [1]  1/10 106/21
**July** [1]  50/2
**June** [1]  47/9
**jurisdictions** [1]  104/8
**juror** [4]  5/9 5/13 57/13 106/21
**jurors** [1]  6/9
**jury** [33]  1/9 6/5 6/10 14/20
25/23 26/4 30/4 30/6 30/22 35/17
35/21 35/21 35/24 35/25 44/14
44/16 56/16 56/21 57/19 57/20
65/9 65/24 65/24 66/1 66/9 70/4
74/18 88/12 96/17 101/5 104/11
104/24 107/4
**just** [89]  6/6 14/20 17/11 17/24
19/2 22/6 22/23 26/2 27/17 30/25
31/22 32/13 33/10 35/4 35/12
35/23 35/23 36/8 36/21 45/8 45/19
46/3 48/2 49/6 49/13 50/10 50/13
52/4 52/7 52/16 53/3 53/7 54/9
54/25 55/9 56/16 56/18 57/2 57/2
58/5 59/6 60/18 65/16 65/16 66/7
67/15 67/16 68/25 70/6 70/10
70/15 72/16 72/22 73/8 73/21 74/7
76/5 77/24 78/9 79/8 80/6 81/7
81/11 81/15 82/3 83/7 88/10 89/8
89/12 92/21 92/22 93/25 95/2
99/18 99/22 99/23 100/13 100/16
101/6 104/13 104/23 104/24 105/1
106/12 106/15 107/5 107/7 107/12
108/21
**JUSTICE** [3]  1/13 1/20 62/4

## K

**keep** [4]  72/19 80/6 80/7 97/19
**keeps** [1]  80/8
**kept** [1]  54/21
**key** [13]  31/11 32/5 72/25 73/9
73/12 73/14 73/17 73/19 73/22
77/1 77/13 81/7 81/12
**keys** [4]  72/11 72/11 73/4 83/8
**Killdozer** [1]  53/14
**kind** [4]  27/21 89/22 100/18
107/21
**knew** [2]  54/20 76/1

## K

know [54]  5/4 /7/11 7/17 11/5 11/6
12/14 13/12 14/21 15/5 19/16
19/17 19/17 20/4 20/18 22/6 22/21
24/19 25/17 25/25 31/14 35/18
35/20 35/22 35/24 40/22 41/8
41/14 42/4 42/5 43/24 43/24 44/11
45/10 47/15 54/19 57/3 57/7 59/17
59/18 71/18 75/25 79/3 86/24 90/4
91/16 91/17 91/21 92/19 92/23
92/24 94/15 96/7 103/16 103/20
knowing [1]  44/5
knowledge [2]  106/13 107/8
known [1]  101/13
knows [2]  41/10 65/10
Kolbasa [1]  23/2
Kolbasa99 [3]  23/3 23/6 33/9
Kraken [3]  15/16 15/18 90/5
KYC [4]  14/20 15/1 71/18 98/2
KYCed [6]  14/18 15/10 15/14 15/18
16/7 31/4

## L

L-U-K-E [1]  61/5
labeled [1]  30/1
language [2]  35/17 35/24
large [3]  78/7 97/3 97/11
larger [2]  82/8 94/20
last [5]  42/10 45/14 46/17 46/21
46/22
later [1]  48/15
launch [2]  24/23 47/21
launched [1]  48/9
launder [6]  36/15 54/5 54/7
106/20 107/10 107/19
laundering [6]  48/20 68/21 98/23
107/13 107/15 108/6
law [19]  2/3 26/8 26/10 26/15
26/21 27/1 28/8 28/17 29/2 60/1
62/7 69/6 85/5 94/23 95/6 98/18
98/22 103/16 103/23
laws [1]  98/15
lawyer [2]  48/17 49/18
LAX [6]  12/13 21/7 21/10 21/13
25/11 38/15
lay [4]  65/9 66/8 89/21 103/19
layer [1]  34/16
layering [1]  104/7
leading [1]  98/20
leaked [1]  54/9
learned [1]  54/1
least [2]  50/4 59/16
leave [2]  31/23 96/5
leaving [1]  31/9
ledger [2]  74/7 78/19
ledgers [5]  7/5 7/7 7/11 70/13
80/6
left [4]  28/22 50/4 87/3 89/9
left-handed [1]  87/3
legal [5]  21/1 21/2 21/4 66/1
90/5
legality [1]  48/22
legally [1]  48/24
legislation [1]  62/10
Leo [1]  3/3
less [1]  42/18
let [4]  11/18 24/22 36/1 85/15
let's [4]  5/21 6/8 56/16 56/18
letters [1]  73/7
level [5]  59/16 66/19 90/21 90/23
105/13
levels [1]  108/14
liability [2]  49/25 50/13
Liberty [5]  11/10 33/23 34/5
36/18 36/20
like [56]  7/13 8/7 9/18 18/10
27/8 27/17 29/20 30/25 35/20
35/22 35/22 40/2 40/21 45/17 47/9
48/15 48/22 50/6 50/13 51/4 52/25
54/2 65/4 65/16 67/4 71/3 71/7
72/16 73/2 73/7 73/8 76/19 80/6

## M

80/15 80/19 80/20 80/21 81/7
89/16 90/14 91/16 91/19 93/16
93/18 95/8 99/17 99/22 102/19
102/20 104/10 108/18
likely [3]  91/21 96/8 97/17
limit [2]  5/20 5/22
limited [1]  101/6
LINDSAY [3]  2/6 109/3 109/12
line [2]  81/5 100/9
lining [1]  6/8
link [1]  79/5
linked [1]  79/2
linking [1]  71/17
list [14]  11/5 11/7 11/9 11/11
11/13 20/10 20/12 20/14 23/7 24/9
24/17 31/7 32/16 79/10
listed [3]  38/10 85/23 86/3
listener [1]  27/20
little [6]  16/9 57/15 86/13 93/14
95/15 106/25
lived [4]  20/12 23/21 24/14 24/16
lives [2]  42/2 42/4
living [1]  42/5
local [1]  69/6
LocalBitcoin [2]  16/9 16/17
locating [1]  63/10
location [1]  71/14
lock [1]  93/17
locker [1]  4/23
log [1]  72/10
logging [1]  72/12
logical [2]  63/7 67/16
logs [3]  7/3 54/20 54/21
long [11]  5/24 20/4 22/24 26/12
45/14 45/24 53/6 56/10 57/17
62/15 74/7
longer [2]  57/15 58/25
look [12]  5/5 17/18 41/15 65/4
72/5 79/24 85/8 86/12 93/11 93/13
94/7 94/10
looked [3]  10/13 52/4 79/8
looking [20]  8/12 51/21 51/22
52/1 52/7 64/12 89/12 91/9 91/13
91/16 91/22 92/23 93/15 93/21
93/22 93/23 93/25 93/25 104/16
106/7
looks [4]  17/16 18/10 67/4 85/13
Los [8]  7/21 12/1 12/6 12/9 23/10
23/14 23/17 32/19
lose [1]  49/19
losing [1]  51/6
lot [9]  10/7 35/17 58/17 65/8
67/8 67/12 67/23 70/3 90/12
lots [3]  67/16 67/16 71/20
lower [1]  53/3
Luke [5]  3/8 57/24 58/1 60/22
61/5
lunch [6]  5/13 46/3 46/7 56/17
76/7 106/25

## M

M247 [3]  17/4 17/7 17/17
ma'am [59]  62/1 62/14 62/20 63/5
63/15 63/18 63/22 64/13 64/17
65/2 67/21 68/6 69/5 69/17 69/20
70/19 72/2 72/8 72/20 73/11 73/18
73/23 74/15 74/17 74/20 75/7
77/15 80/1 80/4 80/13 82/4 82/14
85/1 85/4 85/21 85/24 87/14 87/19
88/9 91/5 91/11 92/2 92/13 93/4
93/7 94/10 96/19 97/2 97/23 98/8
102/1 102/11 102/14 102/24 103/9
103/12 103/25 105/4 105/12
made [8]  8/13 41/25 42/6 49/4
59/23 95/23 99/11 99/11
maintain [1]  72/9
maintaining [1]  11/1
maintains [1]  71/4
major [2]  47/25 47/25
majoring [1]  47/2
majority [1]  69/14

make [14]  5/14 20/15 35/14 64/20
68/8 83/14 91/9 92/4 93/11 93/13
104/4 104/14 105/9 108/2
making [9]  35/21 49/14 63/23
66/18 72/13 81/9 84/21 95/11
104/3
managed [1]  41/21
many [18]  7/17 11/6 46/19 53/1
59/6 59/23 59/23 60/2 60/2 68/23
69/10 73/1 79/20 90/25 91/5 94/2
103/16 104/3
marginal [1]  58/23
market [2]  64/18 64/23
Marknaos [1]  28/24
marriage [1]  54/2
marshals [3]  4/16 4/17 4/23
master's [3]  61/14 61/17 61/22
match [1]  52/3
matching [1]  103/3
matter [6]  12/21 25/9 41/1 62/23
108/18 109/5
may [17]  5/17 9/23 13/15 25/20
29/8 30/3 45/4 47/9 51/7 57/21
59/23 60/25 66/1 66/25 70/1 85/12
96/24
maybe [10]  11/6 16/15 17/18 28/14
39/5 42/17 42/18 46/1 46/3 57/16
McDonald's [1]  16/14
me [30]  4/7 4/12 6/16 10/21 11/18
14/15 18/11 24/2 24/18 27/8 28/21
40/7 49/16 53/11 58/12 59/22
59/25 60/5 60/9 65/17 83/4 85/15
85/16 86/19 88/13 89/24 92/9
99/15 101/14 105/1
mean [4]  44/2 44/20 63/7 69/13
means [3]  14/22 31/14 83/7
meet [1]  42/1
meeting [1]  16/14
member [1]  62/18
members [1]  56/16
memory [2]  8/16 19/25
Mempool.space [1]  87/22
mention [1]  9/5
mentioned [4]  21/19 36/7 64/14
106/15
merge [1]  96/5
message [13]  50/21 51/6 51/10
51/11 51/17 51/19 51/20 51/21
51/22 51/23 51/25 52/3 52/24
messages [3]  50/23 51/1 53/1
metadata [2]  89/1 93/14
methodology [2]  59/2 100/14
methods [2]  70/24 71/15
Miami [3]  13/11 13/12 14/2
MICHAEL [2]  2/2 4/12
microphone [1]  35/15
Microsoft [3]  11/19 20/23 21/1
might [12]  47/16 63/8 63/10 67/9
75/23 82/7 85/22 90/22 95/13
95/15 95/25 102/16
mind [1]  9/24
mine [1]  50/9
miner [3]  77/5 77/5 78/12
miners [1]  78/9
mining [1]  77/4
minority [1]  78/8
minute [3]  45/6 45/8 45/11
minutes [4]  46/1 53/10 56/19
79/13
Missouri [1]  42/6
misstates [2]  33/20 37/16
mistaken [1]  106/10
mistakes [2]  8/12 8/13
misunderstanding [1]  38/23
MIT [7]  47/1 48/5 48/8 52/8 52/11
52/13 53/20
mit.edu [2]  52/12 53/11
mixer [13]  46/19 47/17 54/3 54/5
55/3 104/11 104/13 106/20 107/11
107/13 107/14 107/15 107/16
mixers [10]  104/10 105/20 105/22
106/5 106/6 106/10 106/14 106/17

**M**

mixers... [2] 107/8 108/2
mixing [5] 36/14 36/16 105/1
105/5 105/11
mobile [1] 72/23
modem [1] 13/6
moderately [1] 53/11
modus [1] 108/5
moment [2] 8/17 104/24
Mondays [1] 57/15
monetary [1] 50/14
money [23] 9/2 9/5 48/13 48/20
48/20 54/5 54/7 59/7 67/14 68/21
72/16 73/16 82/8 84/19 84/20
87/15 98/23 106/20 107/10 107/13
107/15 107/19 108/6
moniker [4] 10/25 16/17 16/20
48/4
monitor [1] 17/13
month [2] 37/7 37/11
monthly [1] 68/1
Moon [3] 17/8 17/10 22/20
more [27] 7/12 8/13 11/18 13/2
35/6 43/23 43/24 45/12 58/16
58/18 58/19 60/12 60/18 78/24
80/2 82/6 82/7 83/11 83/12 89/22
91/3 91/12 94/8 94/20 104/4
104/19 108/2
morning [11] 1/7 4/6 4/9 4/10
4/13 4/17 4/22 4/24 46/14 46/15
72/5
MOSS [1] 1/9
most [11] 64/2 70/20 70/21 71/17
73/23 73/24 78/7 83/13 90/24 95/9
99/3
mostly [1] 62/11
mother [2] 26/22 26/24
motion [2] 58/6 58/13
mouth [1] 54/15
move [6] 26/5 28/15 29/19 29/21
38/24 40/8
moved [3] 39/2 39/13 39/15
Moving [1] 28/1
Mr [24] 3/4 3/6 3/6 3/7 6/17
14/15 21/13 65/16 67/2 69/22
69/23 70/3 74/11 76/5 87/12 96/12
97/1 103/16 106/3 107/6 107/14
107/25 108/1 108/9
Mr. [103] 4/16 6/11 6/22 6/25
7/21 7/25 8/5 9/11 10/4 10/22
11/13 11/15 11/23 12/1 12/5 12/9
12/18 12/23 13/11 14/2 14/11
14/15 15/8 15/10 15/14 15/18
16/14 17/17 18/25 19/13 20/3
20/10 21/3 21/7 21/10 21/16 22/5
22/7 23/7 23/14 24/9 24/16 25/10
25/16 26/11 26/13 26/16 26/18
26/22 26/24 27/2 28/3 28/9 28/18
28/24 29/3 29/17 30/19 31/1 31/4
32/16 32/19 34/7 34/12 34/20
34/22 35/1 35/8 37/9 37/11 38/1
38/13 38/15 38/16 38/21 39/25
40/24 41/1 41/2 41/3 41/17 41/19
41/22 42/2 42/4 44/18 46/14 46/24
49/1 51/6 53/17 55/19 56/5 57/3
57/4 57/24 58/7 59/15 61/3 61/6
75/5 103/22 105/19
Mr. Brown [1] 29/17
Mr. Ekeland [4] 6/11 53/17 57/3
57/4
Mr. Luke [1] 57/24
Mr. Omedetou's [1] 41/2
Mr. Rovensky [3] 30/19 38/1 44/18
Mr. Rovensky's [1] 49/1
Mr. Scholl [6] 58/7 61/3 61/6
75/5 103/22 105/19
Mr. Sterlingov [42] 4/16 6/22
6/25 7/21 7/25 8/5 12/1 12/5 12/9
12/18 12/23 13/11 14/2 14/15 15/8
15/10 15/14 15/18 16/14 17/17
21/7 21/10 22/7 23/14 24/16 25/16

26/11 26/13 26/16 26/18 28/24
28/9 28/18 34/12 38/15 38/21
37/11 38/15 38/16 55/19 59/15
Mr. Sterlingov's [32] 9/11 10/4
10/22 11/13 11/15 11/23 14/11
18/25 19/13 20/3 20/10 21/3 21/16
22/5 23/7 24/9 25/10 26/22 26/24
27/2 28/3 28/9 28/18 31/1 32/16
34/7 34/22 35/8 37/9 38/13 38/21
39/25
Mr. Townsend [4] 46/14 46/24 51/6
56/5
Mr. White [8] 40/24 41/1 41/3
41/17 41/19 41/22 42/2 42/4
Ms [2] 3/9 107/24
Ms. [12] 9/19 17/11 18/6 29/10
30/15 30/16 36/23 37/24 66/10
76/2 76/9 105/24
Ms. De [4] 30/15 30/16 36/23
37/24
Ms. Pelker [2] 66/10 105/24
Ms. Walker [2] 76/2 76/9
Ms. Wilkins [4] 9/19 17/11 18/6
29/10
Mt [22] 14/11 14/12 14/16 14/24
15/2 20/3 20/7 22/25 24/1 31/2
31/4 31/6 31/9 32/11 32/12 32/25
33/4 33/9 33/23 34/1 34/13 34/22
Mt. [1] 22/25
Mt. Gox [1] 22/25
much [6] 13/23 40/22 59/15 72/10
75/4 93/17
multi [1] 87/13
multi-step [1] 87/13
multiple [12] 13/6 68/4 70/18
73/24 82/4 82/5 82/9 82/10 82/11
94/2 104/6 104/7
my [35] 6/20 8/16 19/25 25/14
38/20 42/17 46/18 46/22 46/22
48/8 48/11 51/15 51/18 53/9 54/6
58/19 61/5 61/22 64/2 66/4 66/17
86/24 87/3 89/3 90/24 91/22 96/6
97/16 97/19 99/3 99/22 102/7
102/12 106/14 107/6
myself [2] 53/8 89/4

**N**

N.W [1] 1/16
name [35] 4/4 6/16 6/21 6/24 8/4
11/15 12/21 14/23 16/18 17/2
17/20 18/13 18/17 18/23 19/13
21/3 28/21 34/22 35/8 37/7 37/14
40/21 46/17 46/18 46/21 46/22
46/22 48/4 48/8 56/5 61/3 61/5
71/11 97/22 98/11
Namecheap [1] 18/15
named [2] 40/10 40/17
National [3] 62/3 62/5 62/8
natural [1] 60/4
nature [1] 98/14
Navy [1] 61/18
necessarily [5] 35/18 60/11 92/24
105/7 107/13
necessary [3] 65/20 66/8 66/8
necessity [1] 36/11
need [13] 9/23 26/2 29/16 59/16
65/23 66/1 73/12 75/16 77/25 81/7
81/23 103/19 106/24
needed [1] 83/8
needs [6] 75/15 81/12 82/18 83/13
83/17 106/22
network [7] 76/24 79/13 79/16
80/9 81/17 82/24 84/12
never [15] 15/25 26/10 26/16
26/18 26/21 27/1 28/3 28/8 28/18
41/21 50/9 54/11 56/11 89/14
new [8] 1/20 4/22 4/25 38/5 50/16
84/4 84/6 99/4
Newark [3] 61/10 63/1 69/5
next [12] 1/23 24/23 45/4 53/4
57/22 76/22 78/21 85/9 87/20 89/3
89/5 97/13

**NFS9000 [8]** 20/8 20/11 21/2 21/6
21/9 21/11 21/23 21/24
no [82] 1/4 6/2 7/4 7/6 7/16 8/23
11/11 11/12 11/14 11/24 12/3
12/25 14/9 14/10 15/4 16/2 17/18
19/9 21/5 21/14 21/21 22/11 22/21
23/12 23/19 23/24 24/10 24/12
26/17 26/23 27/16 27/16 28/4 28/6
28/20 29/25 30/2 30/5 31/13 32/9
37/9 37/12 40/3 42/3 42/21 43/18
44/5 44/21 44/22 45/1 45/21 47/20
51/24 52/25 53/7 53/15 53/16 54/8
54/20 55/21 55/21 56/1 56/13
56/14 56/24 56/25 58/25 72/2
73/18 73/23 73/23 74/24 78/16
82/4 85/24 92/17 94/2 96/23 97/23
100/11 100/12 100/19
node [3] 77/4 79/18 89/10
none [3] 25/15 82/15 101/8
noon [1] 106/25
not [109] 6/1 6/2 6/3 8/16 9/12
9/17 11/8 11/15 11/24 12/3 12/7
12/16 12/20 12/25 16/2 19/18
19/19 19/20 19/22 20/12 20/20
21/19 21/21 22/14 22/18 22/21
23/9 23/21 24/8 24/10 24/14 24/20
25/4 25/6 25/8 26/25 27/18 29/18
31/23 33/19 34/7 35/7 35/7 35/14
35/18 35/24 39/13 41/7 41/8 41/16
41/25 42/1 42/24 42/24 43/20 44/5
44/7 44/15 45/11 45/14 47/15
47/16 49/16 50/16 50/20 53/8 54/8
54/23 56/10 56/13 57/4 57/5 57/9
57/14 58/8 58/13 58/21 59/13
59/23 60/6 60/9 65/17 66/1 66/12
66/18 66/19 67/24 73/1 76/7 78/16
79/21 81/18 83/25 85/24 87/3
87/17 88/19 89/19 92/17 92/22
95/15 95/25 96/9 102/6 105/7
107/7 107/23 107/25 108/21
note [3] 88/18 95/25 97/16
notes [14] 9/11 9/14 12/15 12/16
21/21 21/22 21/22 22/6 22/8 23/23
25/7 37/10 38/14 39/25
nothing [13] 7/25 19/3 19/5 27/6
34/11 34/18 34/18 34/25 38/12
38/21 39/23 55/24 55/25
notice [3] 107/6 108/1 108/13
noticed [6] 106/8 106/10 106/19
107/9 107/18 108/10
noticing [1] 106/17
now [36] 5/11 6/9 9/18 10/14 15/7
16/9 20/1 24/20 27/12 30/1 31/9
32/2 32/11 36/8 42/5 45/22 46/3
46/4 48/9 49/10 50/21 51/21 58/11
64/14 65/19 74/8 75/14 76/15
77/23 84/23 85/12 85/22 88/10
93/19 97/21 106/5
nowhere [13] 8/21 8/24 9/13 11/5
11/9 11/22 12/12 12/15 12/17
12/22 12/22 20/10 22/9
number [26] 14/13 15/7 20/4 20/7
22/25 22/25 24/1 31/2 31/9 32/11
33/9 34/14 49/10 49/11 73/7 73/8
80/18 80/19 81/13 81/14 81/16
86/8 86/13 86/14 86/25 87/11
numbers [2] 73/6 81/19
NW [3] 1/14 1/20 2/8
NY [1] 2/4

**O**

obfuscation [1] 104/3
object [5] 27/11 27/12 28/11
100/9 100/19
objection [23] 7/9 9/7 29/24 30/2
31/16 31/17 32/7 33/20 35/19
37/16 42/11 54/23 65/5 74/23
74/24 94/25 96/22 96/23 98/20
100/5 101/18 103/18 105/15
objections [1] 108/16
observing [1] 95/24
obsessed [1] 8/9

**O**

**obtain [2]** 100/3 101/24
**obtained [1]** 99/7
**obvious [1]** 54/2
**obviously [1]** 28/23
**occasion [1]** 102/22
**occur [1]** 80/3
**occurred [1]** 92/17
**occurs [1]** 97/10
**October [3]** 32/2 33/15 52/18
**October 19th [1]** 32/2
**October 20th [1]** 33/15
**off [6]** 9/24 17/14 30/11 48/13 55/11 106/12
**offer [6]** 59/17 59/20 64/5 71/21 72/9 101/14
**offered [3]** 59/16 65/17 66/5
**offering [2]** 58/25 59/20
**officer [1]** 61/20
**Offices [1]** 69/8
**Official [3]** 2/7 109/3 109/13
**often [9]** 43/17 43/18 43/20 63/7 71/5 80/13 84/11 98/6 98/12
**oh [3]** 5/16 46/5 107/19
**okay [19]** 6/8 20/1 22/14 30/13 36/4 38/24 44/23 44/25 45/2 45/8 45/13 45/21 54/25 57/25 66/20 100/7 100/16 100/25 101/6
**Omedetou [9]** 10/25 11/2 12/21 38/9 41/2 41/6 43/12 43/16 44/3
**Omedetou's [4]** 36/10 37/7 40/11 41/2
**once [5]** 38/12 39/23 43/23 43/24 72/6
**one [80]** 5/8 6/1 6/2 6/16 8/4 8/12 8/13 8/14 10/10 13/2 14/12 14/24 15/8 17/9 24/3 24/20 25/18 30/12 32/15 32/18 33/5 33/5 34/2 34/16 35/3 35/6 39/7 39/10 42/18 43/22 45/6 45/8 45/11 51/14 59/10 59/12 60/10 70/20 72/1 72/3 73/21 79/10 79/21 82/3 82/3 82/6 82/7 82/10 83/1 83/11 83/12 83/17 84/8 86/8 86/21 87/11 87/15 88/21 88/21 89/12 90/9 91/3 91/4 91/5 91/9 93/8 93/25 94/12 97/3 97/7 97/9 97/9 97/9 99/3 100/12 102/5 102/21 104/9 105/4 107/18
**one-layer [1]** 34/16
**onion [3]** 43/7 43/10 44/5
**online [13]** 63/13 63/19 63/22 64/1 64/2 64/20 68/2 70/6 70/11 78/15 78/16 78/18 78/21
**only [15]** 6/3 29/13 41/15 58/12 58/23 59/18 59/18 66/18 67/24 70/11 81/16 83/25 86/21 87/1 92/16
**open [5]** 40/21 48/7 50/5 55/3 76/16
**opened [1]** 31/19
**openly [1]** 56/5
**operandi [1]** 108/5
**operating [13]** 6/17 6/22 6/25 8/1 8/5 8/15 12/19 25/12 25/16 25/25 26/1 44/6 108/5
**operation [2]** 9/15 61/9
**operational [4]** 8/7 8/11 42/20 43/4
**opinion [2]** 58/16 60/18
**opportunities [1]** 103/10
**optics [1]** 61/13
**optional [1]** 15/1
**orange [4]** 39/16 39/23 40/4 78/1
**order [2]** 4/19 79/6
**orders [1]** 33/24
**organize [1]** 96/6
**other [36]** 10/24 16/10 17/19 30/22 31/23 31/24 35/4 39/7 39/11 46/5 50/24 54/10 59/11 64/21 66/19 69/6 70/12 70/24 71/19 72/12 72/18 84/3 90/11 91/18

92/25 93/2 94/12 94/13 100/2 102/12 104/14
**otherwise [3]** 27/19 84/22 87/12
**our [4]** 56/17 68/2 104/17 104/18
**out [23]** 5/11 5/12 28/11 31/17 36/11 49/13 54/10 54/13 55/9 56/21 64/5 71/21 73/3 86/10 89/21 93/14 93/19 95/8 96/6 99/1 100/17 102/25 107/4
**output [27]** 77/20 78/11 80/23 80/25 81/3 82/3 83/2 83/11 83/12 84/1 84/3 86/4 86/9 86/13 86/15 86/17 86/21 86/22 86/25 87/1 87/1 87/10 87/11 88/21 88/24 104/16 105/9 107/12
**outputs [5]** 82/5 84/9 86/8 97/8 97/9
**outside [3]** 42/11 66/7 68/3
**outstanding [1]** 58/6
**over [8]** 31/10 32/11 36/12 51/12 53/8 60/3 62/23 84/15
**overly [1]** 93/20
**overrule [1]** 101/18
**Overruled [3]** 29/6 42/15 98/21
**overt [1]** 26/13
**owed [2]** 84/2 92/5
**owes [2]** 82/14 83/15
**own [12]** 16/18 17/2 17/20 18/13 18/17 18/23 51/18 69/8 72/22 73/25 81/19 103/10

**P**

**p.m [2]** 107/4 108/24
**page [5]** 1/23 83/23 89/20 89/20 89/20
**paid [4]** 17/17 40/4 40/5 78/12
**paper [1]** 73/4
**paragraph [1]** 53/4
**parameters [1]** 6/6
**part [9]** 10/3 53/3 67/23 81/23 81/23 93/5 106/5 106/6 108/8
**participate [1]** 10/20
**particular [6]** 50/3 60/10 66/19 67/3 67/6 107/19
**particularly [1]** 59/7
**parts [2]** 30/11 102/9
**passed [1]** 106/17
**password [13]** 9/22 11/5 11/9 11/12 11/13 20/10 23/7 24/8 24/9 24/17 31/6 31/7 32/16
**passwords [2]** 10/22 11/6
**paste [4]** 76/17 76/18 82/19 83/22
**pattern [3]** 91/22 91/23 97/11
**patterns [8]** 91/9 91/13 93/2 93/6 93/11 93/23 93/25 95/25
**Pause [1]** 45/18
**pay [6]** 9/3 13/24 17/4 71/19 80/22 80/23
**paying [3]** 17/7 37/11 93/18
**payment [18]** 17/19 18/2 67/9 67/12 67/13 70/6 71/15 72/13 78/23 81/14 97/4 97/6 97/9 97/18 98/3 99/9 99/11 104/5
**payments [2]** 71/21 97/12
**payouts [1]** 50/15
**PayPal [6]** 16/25 17/4 17/17 17/20 18/2 40/5
**PEARLMAN [2]** 1/18 4/8
**peel [8]** 96/15 96/16 96/18 97/1 97/2 97/13 97/14 97/16
**peer [5]** 16/11 16/11 16/15 16/15 59/24
**peer-reviewed [1]** 59/24
**PELKER [6]** 1/13 3/9 4/7 66/10 105/24 107/24
**pen [1]** 14/8
**Pennsylvania [1]** 1/14
**people [11]** 16/10 47/21 47/22 48/23 49/4 54/10 54/17 54/19 54/20 55/8 55/17
**percent [2]** 59/18 59/19

**Perhaps [1]** 106/10
**perhaps [2]** 106/10
**person [7]** 12/24 35/6 74/1 81/8 91/3 91/5 97/25
**personal [1]** 14/22
**perspective [1]** 49/25
**persuaded [1]** 59/10
**phone [5]** 27/8 27/10 27/19 100/6 105/16
**photo [2]** 14/15 14/23
**phrase [1]** 63/9
**phrases [1]** 93/19
**physical [3]** 29/13 29/16 63/10
**Pi [1]** 13/4
**pick [3]** 27/7 65/12 82/16
**picked [1]** 77/4
**picture [2]** 25/25 94/8
**piece [2]** 25/9 73/2
**pieces [1]** 73/4
**place [4]** 76/5 85/20 90/5 98/11
**Plaintiff [2]** 1/4 1/13
**plan [1]** 6/7
**plasmadivision.com [1]** 16/21
**play [3]** 58/22 99/1 102/25
**plead [1]** 99/16
**please [13]** 24/24 35/12 42/25 46/11 46/16 50/7 53/5 54/24 56/19 60/24 61/3 61/11 107/1
**PLLC [1]** 2/3
**podium [1]** 4/4
**point [21]** 6/7 8/14 14/24 25/18 25/25 26/1 28/10 29/8 31/17 31/17 43/22 47/5 48/17 55/11 59/23 83/24 85/14 92/15 95/8 106/11 108/15
**pointed [2]** 43/14 93/14
**points [2]** 43/6 100/15
**Poloniex [3]** 16/3 16/4 16/5
**pools [1]** 104/13
**popular [1]** 70/20
**popularity [1]** 108/3
**portal [1]** 68/2
**possible [1]** 94/11
**post [15]** 36/14 48/4 49/4 49/10 49/11 49/13 49/14 49/17 49/20 49/20 49/21 50/7 50/8 50/10
**posted [3]** 47/23 48/8 54/11
**poster [1]** 49/24
**posting [1]** 64/5
**posts [2]** 36/10 43/9
**potentially [2]** 70/25 79/11
**PowerPoint [2]** 74/16 104/20
**practice [3]** 100/22 100/23 100/23
**precision [2]** 59/17 60/10
**prefer [1]** 53/12
**prejudicial [3]** 66/20 101/5 101/9
**Prepaid [3]** 18/9 18/10 18/11
**prepare [2]** 74/11 74/11
**preparing [2]** 74/16 95/19
**present [2]** 4/11 75/3
**presentations [1]** 69/3
**presume [2]** 54/11 54/14
**pretending [1]** 43/11
**previous [4]** 60/12 77/19 85/9 86/4
**previously [4]** 51/5 51/24 86/7 91/15
**price [2]** 72/1 72/2
**printing [1]** 73/3
**prior [1]** 58/12
**private [22]** 9/22 31/11 32/5 50/21 50/23 51/1 51/11 54/14 68/4 72/11 72/25 73/4 73/9 73/12 73/14 73/17 73/19 73/22 77/1 81/7 81/12 83/8
**probably [2]** 48/20 53/10
**problem [2]** 107/17 107/22
**proceed [5]** 6/11 60/25 66/25 70/1 101/20
**proceedings [2]** 1/7 109/5
**process [9]** 21/1 21/2 21/4 71/7 71/9 87/13 90/5 100/18 100/22

## P

**produce [1]** 101/3
**produced [1]** 101/9
**produces [1]** 68/20
**products [1]** 101/25
**professional [1]** 49/19
**proof [1]** 108/9
**prosecutors [1]** 62/6
**protected [1]** 70/15
**protocol [1]** 52/16
**prove [2]** 71/13 98/12
**provide [4]** 75/20 75/21 76/10
90/1
**provided [11]** 4/22 59/4 68/1 69/5
69/6 69/7 69/8 92/6 99/15 102/5
103/10
**provider [1]** 99/7
**providers [1]** 67/16
**providing [6]** 14/22 71/11 71/18
76/13 95/10 108/10
**proximity [1]** 36/7
**public [1]** 73/8
**publicly [1]** 79/20
**publish [6]** 30/6 30/8 74/21 96/20
96/24 104/24
**published [2]** 30/3 74/25
**pull [5]** 30/14 30/15 37/18 88/3
96/9
**pulling [1]** 37/23
**purchase [3]** 64/8 64/9 71/5
**purchased [1]** 99/6
**purchases [2]** 63/24 64/20
**purchasing [1]** 64/9
**pure [1]** 54/16
**purport [1]** 43/8
**purporting [1]** 64/6
**purports [1]** 43/7
**purpose [4]** 34/16 34/17 36/14
36/14
**purposes [1]** 91/1
**pursue [1]** 41/24
**put [9]** 4/25 19/23 28/12 29/3
29/23 31/18 57/9 58/7 75/3
**putting [1]** 9/2 9/5
**Pyramid [1]** 18/7

## Q

**qualification [1]** 106/1
**qualified [8]** 58/8 58/9 69/24
105/19 105/20 105/23 106/4 108/9
**qualify [6]** 69/22 106/2
**query [1]** 87/25
**querying [2]** 88/6 88/7
**question [21]** 5/18 7/12 11/17
24/23 25/20 25/21 26/2 26/3 27/16
28/15 28/17 32/8 38/19 38/20
38/23 39/9 41/12 44/16 58/12
58/17 101/17
**questioning [1]** 100/9
**questions [9]** 32/21 35/23 36/1
36/1 44/14 44/22 53/16 56/1 56/14
**quick [2]** 56/22 105/16
**quickly [4]** 5/18 38/1 49/6 78/13
**quite [1]** 13/1
**quote [1]** 25/15
**quote/unquote [1]** 25/15
**quoted [2]** 52/2 52/3
**quotes [1]** 35/20

## R

**raise [1]** 4/14
**raising [1]** 26/3
**rambler.ru [3]** 23/3 23/6 33/9
**RamNode [3]** 19/11 19/20 19/23
**ran [2]** 11/1 40/19
**RANDOLPH [1]** 1/9
**random [1]** 73/6
**ransom [3]** 67/12 67/13 98/3
**ransomware [2]** 67/8 67/10
**Raspberry [1]** 13/4
**rate [2]** 59/25 101/13

**rates [2]** 100/11 101/4
**rather [2]** 18/6 19/6
**raw [3]** 77/12 84/24 88/19
**reach [2]** 55/9 64/5
**reactor [14]** 58/14 60/1 60/17
68/9 68/10 68/15 68/16 68/18 89/7
89/16 99/12 102/3 102/7 106/15
**read [10]** 8/9 14/8 14/10 36/10
41/6 49/13 49/17 49/23 50/10 53/3
**readily [1]** 16/23
**reading [1]** 38/6
**ready [5]** 5/11 6/12 47/21
**real [10]** 43/10 70/7 72/15 80/5
80/10 80/10 84/10 89/12 97/25
105/16
**realize [2]** 58/10 60/19
**really [11]** 8/10 8/11 34/16 49/6
49/25 53/9 54/6 56/10 59/3 89/17
90/23
**reason [5]** 15/4 27/18 52/23 83/13
108/4
**reasonable [1]** 5/25
**reasons [3]** 59/10 59/11 59/12
**recall [26]** 10/25 11/9 14/11
19/25 20/1 20/5 20/7 20/25 22/25
36/13 36/25 37/4 37/13 39/1 39/7
39/8 39/10 39/13 39/14 39/15
39/19 40/9 43/16 56/10 106/12
106/13
**recalling [2]** 8/16 24/20
**receipt [1]** 18/2
**receive [10]** 19/2 47/12 50/23
51/1 71/1 75/21 83/21 98/9 98/10
102/19
**received [15]** 19/2 38/4 51/10
51/19 59/4 67/19 67/23 68/3 68/24
69/15 76/17 78/23 86/7 98/5
102/20
**receiving [8]** 51/16 63/8 64/9
69/2 80/24 80/25 87/7 88/25
**recently [1]** 61/24
**Recess [2]** 57/12 108/24
**recipient [1]** 78/14
**recipients [1]** 51/13
**recognize [7]** 49/3 51/7 51/14
51/22 52/15 74/14 96/12
**recognized [2]** 65/19 65/21
**recollection [5]** 42/17 51/16
51/25 53/13 106/18
**record [14]** 4/5 7/7 17/18 33/21
35/18 37/17 49/18 50/11 55/19
55/21 58/8 61/4 85/2 109/5
**recorded [5]** 74/3 74/4 77/2 77/3
92/22
**records [17]** 35/7 38/21 51/18
54/12 55/22 70/14 80/7 80/8 87/16
97/21 98/6 98/13 99/7 99/15 100/3
101/24 105/10
**redeem [2]** 34/1 34/4
**redeemed [1]** 33/8
**redemption [7]** 33/1 33/3 33/5
33/8 33/12 34/1 34/13
**redirect [5]** 3/7 44/23 45/1 56/2
56/3
**reference [4]** 52/8 52/15 77/18
86/22
**referenced [2]** 86/6 87/10
**referencing [3]** 35/10 38/17 86/4
**referring [3]** 10/12 10/13 24/1
**refused [2]** 41/23 41/24
**regarding [2]** 22/24 37/14
**regards [1]** 22/3
**register [1]** 38/5
**registered [3]** 11/3 15/22 30/23
**registration [4]** 37/1 37/6 39/20
40/5
**regularly [2]** 100/3 101/24
**regulated [1]** 71/11
**relate [1]** 79/8
**related [20]** 8/25 11/13 11/16
16/18 16/21 19/1 19/5 19/18 19/21
28/13 38/21 39/16 39/23 47/6 48/2

67/19 69/3 69/11 88/4 105/9
**relates [5]** 4/17 5/16 8/6 73/9
**relatively [2]** 97/3 97/11
**relay [1]** 52/16
**relevance [1]** 65/5
**relevant [4]** 8/2 65/6 66/19 77/24
**reliability [3]** 60/1 101/3 101/15
**reliable [2]** 58/15 58/18
**rely [3]** 60/16 99/20 100/24
**remainder [1]** 84/5
**remember [4]** 5/13 15/3 51/18 89/4
**remind [6]** 24/2 44/14 86/17 89/3
92/3 108/21
**renew [1]** 108/15
**repeat [2]** 11/17 28/17
**repeatedly [1]** 43/12
**rephrase [1]** 95/4
**replace [1]** 93/16
**reporter [6]** 2/6 2/7 57/18 71/22
109/3 109/13
**reports [2]** 29/9 60/11
**representation [1]** 89/9
**representing [1]** 89/10
**request [6]** 14/24 31/22 38/4 38/7
100/3 101/24
**require [1]** 63/16
**required [2]** 82/11 106/1
**requiring [1]** 98/15
**research [2]** 56/20 107/3
**Reseller [1]** 38/3
**resemblance [1]** 46/20
**resembled [1]** 48/15
**Reserve [5]** 11/10 33/23 34/5
36/18 36/20
**residence [2]** 63/11 98/12
**respect [17]** 31/22 35/21 48/12
50/3 57/5 58/13 58/19 58/20 58/22
58/24 59/2 59/5 59/25 60/5 60/14
101/15 107/9
**response [9]** 53/1 62/19 62/21
62/22 67/24 69/9 98/9 98/10
100/20
**responsibilities [1]** 68/22
**results [1]** 60/6
**resuming [1]** 50/12
**retrieved [1]** 102/12
**return [2]** 102/18 104/20
**returns [2]** 11/22 67/15
**revealed [1]** 99/5
**review [14]** 38/1 68/22 87/16 107/6
**reviewed [11]** 10/17 10/17 13/20
13/22 13/23 22/5 22/7 22/8 29/8
59/24 96/7
**reviewing [5]** 62/10 67/15 87/12
90/2 90/18
**right [62]** 4/9 4/13 5/9 6/11 7/3
7/8 10/8 10/11 10/14 10/16 11/2
11/16 13/5 14/10 14/24 16/12
16/21 16/22 17/2 17/5 18/3 18/13
21/24 22/12 22/14 24/20 26/13
27/6 31/1 33/1 33/11 33/16 33/17
34/1 34/10 34/19 34/24 38/6 42/2
42/5 43/14 46/6 53/17 53/25 56/2
56/15 56/22 57/1 57/11 57/21
59/18 65/9 69/23 74/8 82/22 85/20
88/16 88/24 90/17 90/17 100/20
107/5
**rip [1]** 84/14
**ripped [1]** 84/15
**ripped-up [1]** 84/15
**risky [1]** 48/24
**Rochester [1]** 61/14
**role [1]** 61/19
**ROMAN [4]** 1/6 4/3 4/11 18/3
**Romania [2]** 17/5 17/8
**Romanian's [1]** 22/19
**Room [1]** 2/8
**Roso [2]** 14/12 14/13
**rough [2]** 69/10 80/10
**roughly [2]** 4/24 68/23
**Rovensky [7]** 3/3 6/16 10/3 26/7
30/19 38/1 44/18

**R**

Rovensky's [1] 49/1
RPR [1] 109/12
RSA [1] 54/1
rule [2] 58/7 83/10
run [3] 17/7 48/13 48/18
running [6] 6/4 28/23 48/22 50/13
50/18 79/18
Russian [1] 44/18

**S**

S-C-H-O-L-L [1] 61/5
said [15] 6/24 19/4 27/6 35/4
47/22 49/24 53/20 53/24 54/3 54/9
54/9 55/8 58/19 60/17 66/13
sale [3] 41/11 41/14 41/16
Sales [1] 38/3
same [24] 20/16 22/24 29/23 30/21
48/5 83/5 83/6 83/7 83/10 84/18
84/24 87/23 88/8 88/10 88/14 89/6
90/10 90/25 91/18 91/21 92/7 92/9
94/6 94/21
saved [1] 23/9
saw [10] 6/17 6/21 14/1 19/19
19/22 84/25 88/14 92/1 93/14 99/8
say [11] 6/3 21/22 26/1 35/16
44/2 51/19 69/1 89/17 90/17 95/11
107/19
saying [6] 34/23 37/5 38/4 43/16
60/10 107/5
says [5] 18/3 38/8 51/13 99/22
106/11
scammers [1] 43/11
scams [1] 43/14
scheduled [1] 50/15
scheme [2] 47/12 47/14
Scholl [28] 3/8 57/24 58/1 58/7
60/22 61/3 61/5 61/6 65/16 67/2
69/22 69/23 70/3 74/11 75/5 76/5
87/12 96/12 97/1 103/16 103/22
105/19 106/3 107/6 107/14 107/25
108/1 108/9
science [2] 47/3 52/20
scientific [1] 101/4
scope [8] 27/13 27/14 28/11 42/11
42/13 66/7 108/12 108/13
Scratch [1] 50/12
screen [16] 9/25 10/14 29/11
29/16 29/18 30/12 51/9 51/10 75/6
75/23 76/6 82/13 85/22 86/18 87/3
94/4
screenshot [1] 87/22
scroll [2] 49/6 49/20
scrolling [2] 49/2 51/20
search [14] 10/4 11/18 11/22
20/23 20/25 55/22 63/8 63/10
63/12 67/15 69/18 88/1 102/13
102/18
searched [2] 10/4 10/10
searched one [1] 10/10
searches [1] 38/16
searching [1] 63/3
seated [2] 46/11 60/24
second [6] 27/7 30/13 35/12 49/2
86/15 90/1
section [3] 52/2 52/3 85/23
sector [1] 68/4
secures [1] 70/16
security [2] 8/8 8/11
see [46] 5/5 10/14 17/11 17/18
17/25 18/1 18/3 21/21 21/22 21/23
23/16 24/21 25/2 25/17 30/10
30/12 30/19 31/9 32/2 32/25 33/1
33/3 36/18 38/8 38/11 42/15 49/11
57/1 67/14 72/10 77/20 78/23 79/7
82/15 84/5 85/22 89/22 90/20
90/22 90/23 91/23 92/21 97/14
98/5 107/3 108/20
seed [1] 63/9
seeing [3] 37/4 102/17 103/2
seek [2] 69/21 98/6

seeking [1] 59/20
seem [3] 39/13 66/7 99/3
seem [1] 36/3
seemed [2] 50/6 54/2
seems [3] 27/8 58/12 101/14
seen [1] 40/21
seized [17] 7/20 8/25 12/1 12/5
12/9 12/13 12/22 13/1 21/7 21/10
21/12 23/10 23/14 23/17 25/11
32/19 38/15
seizing [1] 63/3
select [1] 82/22
selected [1] 62/12
sell [2] 41/7 71/5
selling [1] 50/19
semester [1] 53/7
send [24] 50/23 52/25 73/25 75/14
75/16 76/12 76/18 76/20 82/8 82/9
82/11 82/16 82/18 82/21 82/23
82/23 84/1 84/19 90/5 95/14 95/16
98/4 102/4 104/6
sender [2] 83/13 84/21
sending [11] 63/23 76/11 76/24
77/21 78/3 78/4 78/5 80/20 89/10
104/7 105/4
sends [4] 33/15 78/18 97/6 98/4
sensitive [1] 63/25
sent [9] 52/6 52/24 53/1 81/3
84/6 92/6 97/10 99/13 100/17
sentence [3] 49/13 49/17 49/23
separate [1] 92/19
separated [1] 34/21
sequential [3] 79/2 79/5 97/12
series [2] 74/11 74/12
server [4] 7/2 17/8 22/20 55/12
servers [3] 7/15 17/17 17/9
service [18] 16/10 17/7 18/21
18/25 19/11 19/21 33/22 33/24
37/15 39/2 40/19 49/5 54/14 103/4
104/13 105/1 105/5 105/10
services [8] 17/17 18/8 18/9
18/11 37/7 48/2 72/9 104/10
session [1] 46/7
set [4] 6/7 71/7 72/1 88/5
setting [3] 56/5 71/9 71/10
several [1] 68/8
share [1] 81/18
shared [1] 79/22
shave [1] 4/16
she [3] 5/15 36/11 75/21
SHERRY [3] 2/6 109/3 109/12
shortmint [16] 11/3 11/7 11/10
11/12 11/16 11/19 11/25 19/5
19/21 36/20 37/6 38/10 39/21 40/5
40/11 41/3
short [8] 20/12 23/21 24/14 24/16
46/7 56/16 56/18 99/10
short-lived [4] 20/12 23/21 24/14
24/16
shortly [1] 57/1 64/22
should [8] 5/24 45/10 45/14 47/22
55/9 75/23 96/11 101/6
show [6] 7/12 8/15 9/18 17/24
24/18 40/7
showed [1] 86/18 99/10
showing [9] 25/11 35/18 74/14
77/10 87/20 87/23 89/3 89/5 91/25
shown [10] 51/9 75/6 77/10 77/13
77/23 88/12 89/5 89/8 104/22
105/2
shows [3] 7/25 8/5 25/16
shut [2] 41/18 50/4
sided [1] 100/12
sides [1] 101/17
sign [2] 73/12 76/25
signature [6] 77/7 81/5 81/6 81/7
81/11 81/11
signatures [1] 108/17
significant [3] 25/13 25/15 49/19
signing [1] 54/1
SIM [1] 13/6
similar [6] 53/1 53/2 68/11 71/10

81/4 84/22
simple [2] 70/2 99/3
simply [2] 67/7 99/3
since [5] 7/11 13/16 62/17 64/15
69/13
single [10] 6/16 6/21 6/24 19/1
25/9 79/7 79/9 79/12 82/8 88/24
site [17] 9/1 38/5 38/18 38/20
39/2 42/8 43/3 43/6 43/7 43/10
43/13 44/5 44/12 50/13 50/17
50/19 53/8
situation [1] 6/19
skills [1] 54/6
slide [11] 75/5 77/10 84/23 84/25
85/6 87/20 89/5 91/25 104/21
105/2
slow [2] 71/23 94/16
small [1] 50/14
smaller [1] 97/12
so [121]
software [11] 46/18 47/3 68/16
68/18 68/20 72/24 73/1 75/19 84/4
87/18 89/7
sold [1] 64/3
solicit [2] 64/7 64/7
solid [1] 101/2
some [27] 5/22 7/23 8/8 25/25
27/18 37/7 47/5 47/20 48/4 48/11
48/17 48/21 55/11 59/8 64/4 64/25
71/12 72/8 75/19 83/10 89/1 90/17
93/11 98/12 101/2 105/13 107/8
somebody [10] 8/11 9/15 16/14
49/15 49/21 49/22 50/8 50/19
54/12 64/4
somehow [1] 54/10
someone [6] 40/10 40/17 72/6
73/25 91/7 104/15
something [16] 4/14 5/23 22/2
48/14 52/25 63/11 64/3 64/5 72/4
95/14 95/19 96/1 96/4 102/19
105/22 108/18
sometimes [3] 68/18 92/12 97/19
somewhere [2] 54/15 74/3
soon [2] 5/12 30/7
sophisticated [3] 8/6 59/6 59/8
sorry [10] 20/15 20/17 22/23
37/21 38/23 40/7 53/6 57/3 95/1
105/18
sort [14] 35/24 48/4 53/9 58/23
59/23 71/12 75/19 92/11 93/21
93/24 94/3 95/18 98/12 101/2
sorts [2] 63/24 101/8
sounds [3] 27/8 27/17 52/25
source [15] 8/21 40/21 55/3 55/4
55/5 55/6 55/9 55/11 55/14 55/17
55/20 85/7 107/21 107/24 108/1
Spam [1] 16/21
speak [8] 36/1 65/3 66/11 67/3
67/6 67/22 89/25 100/6
speaking [2] 67/2 67/5
special [1] 61/24
specialist [2] 61/9 68/10
specialize [1] 62/7
specialized [3] 34/2 63/16 63/18
specific [9] 8/16 11/18 34/16
34/17 67/9 77/16 87/11 99/5 99/8
specifically [2] 51/5 70/9
specified [1] 77/18
speculation [5] 7/9 31/16 41/9
44/10 54/16
spell [2] 46/21 61/3
spelling [1] 46/16
spend [9] 72/12 73/16 81/10 83/17
84/14 84/16 86/22 87/6 91/16
spending [8] 73/13 81/9 86/8
88/23 90/11 91/25 94/5 94/19
spends [1] 97/4
spent [12] 27/15 58/16 69/11 77/6
83/6 86/5 86/16 87/9 92/17 94/13
94/14 97/12
SpiderOak [3] 18/19 18/21 19/7
spoke [1] 44/18
spreading [1] 36/11

**S**

**spreadsheet [1]**  10/22
**spring [2]**  46/24 53/20
**squad [1]**  61/10
**squads [1]**  62/25
**staff [1]**  61/9
**stamp [5]**  81/22 81/25 82/1 88/16
88/16
**stand [4]**  31/19 45/16 58/11 60/19
**standing [1]**  49/19
**start [6]**  13/13 70/5 86/14 100/17
101/7 107/20
**started [7]**  15/3 47/21 49/4 53/24
54/17 61/22 61/23
**starting [9]**  4/5 75/10 75/11
75/12 76/24 77/21 78/1 88/15
88/22
**state [2]**  4/4 61/3
**stated [1]**  9/3
**STATES [8]**  1/1 1/3 1/10 4/3 13/10
14/1 29/2 61/18
**statistical [1]**  101/4
**status [1]**  5/11
**step [7]**  76/11 82/18 83/20 83/21
87/13 90/18 90/19
**steps [2]**  67/17 103/22
**STERLINGOV [48]**  1/6 4/3 4/11 4/16
6/17 6/22 6/25 7/21 7/25 8/5 12/1
12/5 12/9 12/18 12/23 13/11 14/2
14/15 15/8 15/10 15/14 15/18
16/14 17/17 18/4 21/7 21/10 21/13
22/7 23/14 24/16 25/16 26/11
26/13 26/16 26/18 28/24 29/3 31/4
32/19 34/12 34/20 35/1 37/11
38/15 38/16 55/19 59/15
**Sterlingov's [32]**  9/11 10/4 10/22
11/13 11/15 11/23 14/11 18/25
19/13 20/3 20/10 21/3 21/16 22/5
23/7 24/9 25/10 26/22 26/24 27/2
28/3 28/9 28/18 31/1 32/16 34/7
34/22 35/8 37/9 38/13 38/21 39/25
**Stevens [1]**  61/14
**still [6]**  5/8 27/16 43/4 57/14
59/19 65/23
**stopped [2]**  55/12 64/22
**store [2]**  72/6 72/18
**stored [3]**  73/19 73/20 79/15
**stores [1]**  72/24
**Street [1]**  1/16 2/3
**stretch [3]**  26/12 45/16 57/17
**string [1]**  73/6
**structure [1]**  79/9
**struggle [1]**  76/1
**student [1]**  47/1 48/8
**study [2]**  59/24 59/24
**studying [2]**  52/20 93/5
**stuff [1]**  12/17
**subject [4]**  41/1 62/23 99/15
103/1
**submarine [1]**  61/20
**submit [1]**  107/12
**subpoena [7]**  95/14 95/16 98/4
98/10 99/13 100/17 102/4
**subpoenas [3]**  60/2 60/3 102/12
**subsection [1]**  106/2
**subsequent [1]**  94/7
**subsequently [4]**  87/9 97/8 99/16
105/6
**subset [1]**  70/10
**such [3]**  47/14 96/7 104/15
**sufficient [2]**  26/4 100/15
**sufficiently [2]**  58/15 58/18
**suggest [1]**  49/18
**suggested [1]**  48/23
**suit [1]**  4/25
**Suite [1]**  1/17
**summarize [1]**  87/4
**summary [2]**  77/24 87/6
**superficial [1]**  46/20
**support [5]**  62/10 62/11 62/24
69/18 90/13

**supporting [1]**  63/1
**supposed [1]**  51/1
**sure [13]**  5/14 11/18 13/25 20/15
35/14 41/8 58/13 58/21 66/14 81/8
95/15 101/22 107/23
**surveillance [9]**  13/11 14/2 19/24
22/19 22/21 29/3 29/8 29/9 38/16
**sustain [1]**  7/10
**sustained [6]**  9/8 14/6 32/23
35/19 44/13 103/19
**sustaining [1]**  27/24
**Sweden [2]**  15/22 15/25
**Swedish [8]**  26/7 26/10 26/15
26/21 27/1 28/8 28/17 29/2
**swing [1]**  53/7
**switching [1]**  104/9
**sworn [3]**  46/9 58/1 60/22
**symposiums [1]**  68/5
**system [2]**  70/6 79/23

**T**

**T-O-W-N-S-E-N-D [1]**  46/23
**table [3]**  2/11 4/7 4/12
**take [17]**  18/6 30/13 30/25 36/23
38/24 45/10 45/12 45/22 45/25
46/4 51/12 56/16 56/17 56/18
95/25 97/21 103/22
**taken [5]**  35/5 55/11 57/12 68/2
108/24
**taking [3]**  53/6 58/11 60/19
**talk [13]**  5/24 11/2 20/15 41/19
41/21 43/13 48/7 48/10 48/21
50/21 50/24 55/8 105/15
**talked [2]**  16/9 91/3
**talking [7]**  6/25 36/8 41/2 41/3
44/11 87/4 107/20
**talks [2]**  36/10 36/11
**tap [1]**  75/24
**team [10]**  38/3 62/4 62/5 62/9
62/12 62/19 62/21 62/22 67/24
69/9
**technical [3]**  54/6 93/20 108/14
**technique [1]**  107/15
**techniques [4]**  104/3 106/19 107/9
108/6
**Technology [1]**  61/15
**tedious [1]**  87/14
**telephone [1]**  35/11
**tell [13]**  8/8 47/22 62/2 64/15
83/3 83/4 85/16 86/19 88/13 92/8
92/9 99/18 102/2
**telling [1]**  4/17
**temporal [1]**  36/7
**tend [1]**  97/18
**terabytes [4]**  12/4 12/18 21/9
23/13
**terabytes' [1]**  8/19
**terms [1]**  66/8
**testified [22]**  7/19 7/23 15/7
15/12 15/16 16/3 16/13 18/7 18/19
19/10 22/24 25/13 30/21 31/19
32/13 33/10 36/21 39/5 43/25
44/11 44/18 60/4
**testifies [1]**  100/16
**testify [9]**  6/17 24/5 31/22 58/9
69/24 101/6 105/23 107/25 108/3
**testifying [14]**  10/25 14/11 20/1
20/2 20/5 24/7 36/25 37/13 40/9
65/7 100/21 100/22 107/14 107/16
**testimony [12]**  34/23 45/24 49/1
66/3 74/19 95/19 96/18 103/3
108/4 108/10 108/13 108/21
**text [4]**  51/21 52/2 52/7 87/16
**than [15]**  8/13 13/2 35/4 35/6
43/23 43/24 52/23 72/12 82/6 82/7
82/8 83/11 83/12 91/4 107/16
**thank [23]**  4/17 4/21 5/7 6/13
18/6 22/16 29/16 30/17 36/23
37/24 38/25 45/2 46/11 56/15
57/11 57/23 60/20 60/24 66/23
71/24 75/3 76/9 104/25
**Thanks [1]**  96/11

**that [594]**
**their [15]**  8/15 33/4 34/6 36/15
66/3 67/11 68/22 72/18 72/22
73/25 79/22 98/2 98/12 103/3
103/17 103/23 104/1 108/3 108/9
**them [14]**  15/8 34/5 67/12 72/12
72/14 78/8 78/12 81/18 82/16
97/15 97/19 97/20 101/13 103/2
**themselves [3]**  36/2 97/22 98/11
**then [53]**  16/20 16/25 17/18 18/7
18/15 19/10 22/12 25/18 28/14
32/25 33/8 35/15 38/9 40/9 46/6
46/6 47/13 47/22 49/23 52/1 52/2
52/7 53/4 53/24 64/8 67/11 67/18
76/12 76/25 77/2 77/8 77/19 78/3
79/22 82/20 82/21 82/23 83/22
84/16 85/8 85/18 88/20 88/23 89/1
89/3 91/20 94/7 94/14 98/3 99/21
102/18 105/6 108/20
**there [128]**
**thereabouts [1]**  53/10
**thereafter [1]**  64/22
**thereby [1]**  104/17
**therein [1]**  48/3
**these [17]**  32/21 43/14 66/15
74/18 77/14 79/14 87/16 90/5 90/9
90/25 91/17 91/20 92/25 93/22
95/9 99/23 100/15
**they [50]**  5/2 6/17 6/24 7/12 17/9
25/23 27/3 27/6 28/12 31/10 31/18
31/19 33/6 33/23 34/1 38/4 39/21
41/3 55/9 55/18 60/6 65/2 66/1
67/14 70/13 72/6 72/8 72/9 72/19
74/2 74/4 74/4 78/8 79/2 80/7
80/16 83/5 83/6 86/13 86/14
90/3 90/12 91/17 99/11 99/18
101/1 101/3 103/3 103/4
**thing [11]**  8/4 8/14 19/1 25/18
64/7 75/15 75/16 90/7 90/12
107/18 107/20
**things [12]**  10/24 34/2 48/15
59/10 63/24 90/14 91/16 91/19
93/18 93/21 98/14 106/14
**think [56]**  4/23 5/8 5/15 6/3 6/8
8/20 15/4 16/13 17/9 17/22 19/10
20/1 22/1 25/20 26/2 26/4 29/1
31/21 35/19 36/25 39/5 39/16 41/5
45/9 45/12 45/24 46/2 53/20 57/7
57/16 58/24 59/1 59/5 59/19 65/6
65/23 68/10 71/17 71/22 95/15
100/13 100/15 100/21 101/5 101/6
101/16 103/19 105/21 105/23
105/25 106/18 107/7 107/17 107/22
108/12 108/15
**thinking [2]**  57/4 58/17
**third [2]**  90/7 92/14
**this [200]**
**thoroughly [1]**  13/22
**those [37]**  7/25 8/2 8/4 8/18 8/24
12/20 33/6 41/1 51/14 60/4 63/24
64/25 65/10 67/13 67/25 72/6 77/6
77/7 79/5 81/9 81/10 83/8 83/17
86/7 87/9 90/7 91/15 92/16 92/17
92/18 93/5 93/15 94/16 97/4
101/16 105/7 105/13
**though [4]**  31/21 64/12 65/25
92/19
**thousand [1]**  72/4
**thousands [5]**  60/2 60/3 69/13
79/11 89/19
**thread [2]**  47/23 49/8
**threat [1]**  67/25
**three [6]**  5/23 8/18 12/4 58/21
75/9 94/15
**through [22]**  4/20 12/13 20/4
30/25 39/20 41/2 52/8 54/15 64/4
72/13 76/2 78/15 79/23 80/15
82/13 89/8 89/20 100/14 102/23
103/5 104/6 104/7
**thumb [13]**  8/19 10/5 10/7 10/7
10/10 12/8 12/18 13/8 21/12 23/17
25/3 38/13 39/25

**T**

**time [38]** 5/20 5/22 5/25 20/16 25/25 34/16 34/21 35/5 36/12 42/10 47/19 47/25 48/1 52/17 52/19 53/7 56/10 58/17 59/18 59/19 60/3 61/23 78/21 81/22 81/24 81/25 82/1 83/9 88/16 88/16 89/13 91/1 93/17 95/9 98/8 100/1 102/4 106/17

**times [4]** 59/23 90/19 90/22 95/13

**today [7]** 5/13 46/2 46/3 57/14 60/19 69/14 72/3

**together [7]** 79/2 83/5 91/17 92/24 93/3 96/1 96/5

**tokens [1]** 50/15

**told [2]** 4/24 99/23

**too [9]** 5/24 16/7 17/2 18/13 18/17 18/23 35/14 50/13 50/14

**tool [10]** 87/25 89/16 90/16 90/17 99/6 99/6 99/7 99/9 99/21 102/6

**tools [18]** 64/21 66/15 87/18 90/1 90/5 90/9 90/13 90/25 95/9 95/10 95/12 99/20 100/4 102/5 102/21 103/3 103/5 103/6

**top [10]** 49/2 51/10 75/24 77/15 86/23 86/24 87/8 87/11 88/14 106/12

**topics [2]** 69/3 93/8

**TOR [3]** 2/2 2/3 4/10

**tossed [1]** 93/19

**totaling [1]** 90/14

**Townsend [9]** 3/5 45/5 46/9 46/14 46/18 46/23 46/24 51/6 56/5

**trace [4]** 22/24 98/1 103/17 108/2

**tracing [17]** 31/19 62/13 66/5 66/13 66/16 67/18 68/5 68/11 69/16 90/23 95/20 97/15 99/2 103/23 105/21 107/7 107/8

**trade [1]** 71/5

**trades [1]** 98/14

**trail [1]** 59/7

**train [1]** 20/4

**training [13]** 63/17 67/19 67/23 68/1 68/2 68/3 68/23 69/1 69/2 69/5 69/6 69/7 69/8

**trainings [3]** 63/18 69/3 93/9

**transaction [112]**

**transactional [1]** 64/3

**transactions [42]** 7/7 34/11 34/15 36/12 50/16 63/23 64/12 66/6 66/14 68/22 70/17 70/17 74/3 74/8 74/10 74/12 78/7 78/22 79/5 79/11 79/14 79/19 79/25 80/3 80/7 80/9 82/4 82/7 83/12 85/9 86/5 89/19 90/18 91/23 93/15 94/2 94/4 94/12 99/17 103/17 103/23 104/4

**transcript [2]** 1/9 109/4

**transfer [2]** 37/14 38/5

**transferring [1]** 38/7

**transparency [1]** 54/12

**traps [1]** 14/8

**trial [2]** 1/9 4/20

**TRM [5]** 68/12 68/15 68/19 90/22 90/24

**trouble [1]** 50/1

**true [6]** 6/18 15/1 34/22 56/5 91/1 109/4

**trust [1]** 51/19

**truth [1]** 90/24

**try [5]** 57/6 71/23 94/8 96/6 104/1

**trying [4]** 36/15 43/11 101/1 104/4

**tumbler [1]** 47/17

**turn [3]** 9/23 17/13 35/24

**turning [2]** 9/24 35/20

**two [23]** 8/12 8/13 15/16 27/3 27/15 33/4 43/4 51/13 63/18 79/5 82/22 83/1 83/4 84/9 90/14 91/17 91/20 92/7 92/18 92/25 97/8 97/9 105/7

**type [8]** 68/12 68/13 76/19 82/20

**types [5]** 33/4 70/18 93/2 105/11 105/14

**typical [1]** 67/8

**typo [1]** 18/10

**U**

**U.S [2]** 1/13 2/7

**Uh [6]** 19/8 19/20 19/23 22/23 42/20 42/22

**Uh-huh [6]** 19/8 19/20 19/23 22/23 42/20 42/22

**ultimately [1]** 41/7

**under [8]** 13/11 14/2 19/23 29/3 32/25 48/4 49/1 51/14

**undercover [9]** 63/14 63/20 64/1 64/2 64/20 66/6 66/12 66/14 103/10

**undergraduate [1]** 47/1

**underline [1]** 75/22

**underlying [1]** 88/5

**understand [8]** 26/15 29/22 58/24 59/7 60/3 60/14 65/20 74/18

**understanding [3]** 66/4 96/17 106/14

**unique [8]** 77/16 78/1 81/14 81/18 81/20 86/1 88/2 88/15

**UNITED [8]** 1/1 1/3 1/10 4/2 13/10 14/1 29/2 61/18

**University [1]** 61/13

**unlock [1]** 73/14

**unnecessarily [1]** 48/23

**unquote [1]** 25/15

**unredeemed [1]** 50/15

**unscientific [3]** 100/14 100/18 101/10

**until [5]** 26/13 57/16 57/17 74/8 108/22

**up [38]** 6/4 6/9 9/20 10/1 10/3 22/18 27/7 28/23 29/11 29/14 30/7 30/14 30/15 31/18 35/18 37/18 37/23 45/16 49/2 50/17 50/19 55/24 55/25 56/6 65/12 68/25 71/7 71/9 71/10 77/4 84/15 84/19 86/23 88/3 96/9 97/15 102/23 103/3

**updated [1]** 78/20

**updates [1]** 68/1

**updating [1]** 55/12

**us [17]** 1/20 4/16 26/14 33/5 33/13 34/4 59/24 62/2 64/15 69/7 71/23 82/13 85/14 86/17 90/13 92/3 99/1

**USAO [1]** 1/16

**USB [1]** 73/2

**use [15]** 29/15 56/5 68/17 70/25 71/15 73/25 80/13 84/11 90/16 90/24 95/13 99/9 103/5 107/13 107/14

**used [24]** 14/15 17/4 19/15 19/16 19/17 48/5 52/17 60/1 60/9 60/11 68/17 69/18 83/7 91/15 91/18 93/3 93/21 99/6 103/4 103/13 106/19 107/9 108/6 108/17

**useful [1]** 54/14

**user [6]** 36/15 71/7 75/15 79/24 105/4 105/6

**user's [1]** 104/14

**username [1]** 51/15

**users [6]** 14/25 50/24 70/15 72/18 72/22 87/25

**uses [1]** 14/12

**using [21]** 11/3 17/17 47/22 49/5 54/17 54/19 54/20 64/25 66/14 82/11 89/15 90/10 90/25 91/14 93/16 99/23 104/6 104/10 104/20 107/14 107/19

**usually [3]** 64/3 71/12 90/10

**utility [1]** 71/13

**V**

**vacuum [1]** 94/1

**vague [1]** 95/2

**validate [3]** 71/12 77/5 102/22

**validated [2]** 66/13 102/8

**validation [2]** 66/15 103/11

**valuable [1]** 59/19

**value [2]** 77/20 86/20

**vast [1]** 78/8

**vein [1]** 108/10

**verifies [1]** 79/18

**verify [2]** 77/6 79/22

**version [1]** 88/10

**versus [1]** 4/3

**very [18]** 4/15 5/18 8/8 31/25 43/9 44/1 45/14 49/2 65/6 69/10 71/10 75/4 81/4 84/22 99/10 101/10 102/7 105/13

**victim [5]** 67/9 67/10 99/4 99/4 99/8

**view [2]** 79/20 89/21

**viewed [1]** 89/6

**views [1]** 35/25

**Vin [1]** 85/18

**virtual [15]** 62/18 62/21 62/22 64/18 67/19 67/24 67/25 68/2 68/3 69/9 70/5 70/6 70/10 70/11 70/12

**vision [1]** 29/25

**visual [1]** 88/10

**visuals [2]** 74/12 74/18

**volf.prius [3]** 24/4 24/8 25/3

**volunteered [1]** 62/24

**Vout [2]** 77/20 85/18

**VPS [3]** 19/11 19/20 19/23

**vs [1]** 1/5

**W**

**wait [1]** 84/20

**waiting [1]** 5/8

**walk [4]** 52/7 80/15 82/13 89/8

**Walker [2]** 76/2 76/9

**Wall [1]** 2/3

**wallet [42]** 63/9 72/9 72/22 73/3 73/20 73/21 73/23 73/25 75/7 75/8 75/8 75/14 75/19 75/20 75/20 76/16 76/22 76/23 78/20 78/21 79/18 79/18 81/19 82/15 82/16 82/20 82/21 83/6 83/10 83/16 83/22 83/25 84/4 84/4 84/6 92/6 92/10 92/14 92/20 92/21 94/6 94/21

**wallet's [1]** 83/23

**wallets [7]** 63/10 63/11 72/22 73/1 73/1 73/23 73/24

**want [21]** 5/2 5/14 25/23 27/8 27/9 35/16 52/7 57/16 65/12 70/22 72/19 86/24 87/15 89/24 90/20 90/22 90/23 95/20 95/22 95/22 98/4

**wanted [5]** 4/14 55/8 55/14 82/7 87/6

**wants [5]** 50/16 75/14 76/20 83/23 97/5

**warned [1]** 43/13

**warrant [9]** 11/19 11/22 20/23 20/25 63/8 63/12 63/12 67/15 102/18

**warrants [3]** 69/19 69/19 102/13

**was [155]**

**Washington [5]** 1/5 1/14 1/17 1/21 2/9

**wasn't [7]** 4/21 19/1 26/20 27/4 29/7 48/20 101/22

**way [20]** 25/17 30/2 34/12 39/7 43/14 44/5 45/23 53/11 56/8 57/17 59/8 66/20 84/18 86/23 87/8 91/9 96/7 98/7 100/13 104/15

**ways [2]** 59/6 72/18

**we [143]**

**we'll [3]** 42/15 46/6 56/18

**wearing [1]** 4/25

**web [2]** 55/12 64/4

**website [8]** 39/16 39/24 47/6 47/7

**W**

**website...** **[4]**   47/8 48/16 48/22 50/4
**week** **[1]**   4/24
**well** **[16]**   5/21 9/2 13/13 21/24 31/25 43/19 47/22 49/14 68/11 69/6 69/20 87/4 98/13 100/10 100/16 108/9
**went** **[2]**   37/4 84/13
**were** **[32]**   7/24 8/18 17/9 20/2 20/2 35/20 36/7 39/15 39/19 39/21 41/3 42/6 43/10 43/10 43/11 46/25 47/2 48/7 50/23 53/20 54/19 54/20 59/18 60/6 61/24 62/12 83/8 85/5 91/18 94/21 106/2 107/23
**what** **[123]**
**whatever** **[5]**   25/23 34/13 64/9 100/16 101/15
**when** **[43]**   6/12 7/21 7/24 8/6 10/10 10/16 10/17 10/18 13/11 13/13 13/19 14/1 15/3 20/1 21/2 28/24 36/7 42/5 43/25 44/2 44/15 47/8 53/22 55/12 61/21 78/18 83/24 84/21 87/9 90/2 90/22 90/22 91/13 93/24 94/24 95/6 95/18 95/24 96/5 97/14 99/18 99/21 103/1
**where** **[43]**   20/2 26/1 28/22 36/10 41/1 42/4 42/5 43/9 46/24 51/13 54/15 59/8 61/6 61/16 63/9 63/10 67/14 67/14 68/1 70/22 70/25 71/18 72/9 73/12 73/19 79/14 83/23 85/16 86/6 86/19 87/7 90/5 90/18 90/19 91/16 91/23 94/12 94/14 97/3 97/11 106/11 107/17 107/22
**whereas** **[1]**   81/17
**Whereupon** **[1]**   30/5
**whether** **[18]**   5/22 22/2 25/22 39/13 41/10 44/5 44/7 45/10 50/5 58/8 58/13 58/14 58/22 66/1 101/13 101/22 102/6 103/22
**which** **[42]**   10/12 24/20 29/12 29/13 29/22 37/19 48/1 48/5 48/15 48/25 51/5 59/3 59/9 59/12 59/14 59/16 60/3 60/6 70/14 78/19 82/16 83/6 84/5 86/13 86/23 87/1 88/2 96/9 97/17 97/18 99/10 100/19 101/8 104/5 104/5 104/16 104/17 104/20 106/20 107/17 107/10 108/14
**whiff** **[1]**   19/20
**while** **[4]**   10/3 61/22 64/12 91/23
**White** **[11]**   40/17 40/19 40/22 40/24 41/1 41/3 41/17 41/19 41/22 42/2 42/4
**who** **[19]**   4/11 6/17 6/21 11/1 31/14 37/23 43/11 48/13 49/14 49/19 55/14 57/13 60/4 80/24 80/25 81/8 99/4 99/16 102/23
**who is** **[1]**   4/11
**Whois** **[1]**   54/12
**whole** **[3]**   49/6 84/14 84/16
**whose** **[1]**   98/5
**why** **[16]**   5/2 7/10 22/1 59/10 65/10 65/20 66/15 78/6 78/25 82/6 83/11 86/3 98/18 100/24 106/24 106/25
**Wilkins** **[4]**   9/19 17/11 18/6 29/10
**will** **[49]**   4/19 5/5 5/12 6/17 7/10 26/5 28/14 30/7 30/13 32/8 35/3 39/6 40/7 42/15 42/16 44/14 45/12 50/14 50/16 57/1 57/9 57/16 58/19 59/12 68/19 76/15 76/23 77/4 77/5 77/6 77/8 78/22 82/16 83/22 83/24 83/25 84/1 85/16 87/10 88/3 88/13 95/16 101/17 103/3 107/3 108/1 108/3 108/4 108/20
**wind** **[1]**   102/23
**withdraw** **[1]**   76/19
**withdrawal** **[4]**   72/13 76/18 83/23 104/15

**withdrawals** **[1]**   98/14
**withdrawn** **[1]**   76/6
**within** **[2]**   108/12 108/13
**without** **[9]**   63/25 67/2 67/5 73/16 76/2 85/12 92/25 93/19 105/10
**witness** **[19]**   22/1 24/22 25/21 29/14 32/22 44/10 44/15 45/2 45/4 46/6 57/22 58/23 60/19 95/3 100/16 101/12 101/22 108/21
**witness'** **[4]**   42/24 54/24 65/7 66/3
**witnesses** **[4]**   3/2 31/24 89/4 101/12
**won't** **[1]**   90/3
**wondering** **[1]**   27/20
**word** **[4]**   9/10 53/4 54/15 75/22
**work** **[24]**   26/7 28/24 61/6 61/7 61/16 62/8 62/10 63/14 63/20 64/2 64/11 64/16 64/25 67/8 69/12 69/16 69/18 76/7 93/9 94/23 95/18 103/10 106/6 107/8
**worked** **[3]**   28/22 61/18 90/6
**working** **[6]**   36/3 62/15 63/1 64/14 64/23 67/25
**works** **[3]**   84/18 107/21 108/8
**world** **[7]**   70/7 72/15 80/5 80/10 80/10 84/10 89/12
**worries** **[1]**   45/21
**worth** **[5]**   8/19 12/5 21/9 23/13 72/3
**would** **[100]**   4/4 5/22 5/24 5/24 7/7 7/12 7/13 9/18 10/21 27/18 29/21 30/11 30/16 30/25 30/25 31/17 31/22 34/1 35/5 37/18 42/1 47/9 49/18 51/4 52/18 52/25 56/11 58/11 59/19 64/1 65/4 65/15 69/1 69/21 71/11 71/17 72/9 73/20 74/18 75/16 75/19 75/20 75/21 76/6 76/10 76/11 76/16 76/16 80/15 80/23 81/3 81/25 82/6 82/19 82/20 82/21 82/25 83/1 83/3 83/4 83/9 83/11 84/7 84/8 84/14 85/2 85/6 86/15 86/21 86/22 86/24 87/5 88/18 90/24 91/8 92/8 92/9 92/14 92/18 92/23 94/3 94/6 94/7 94/10 94/15 95/8 95/11 96/7 99/1 101/5 102/25 103/20 108/15 108/18
**wouldn't** **[3]**   4/16 9/24 92/24
**write** **[1]**   47/8
**written** **[1]**   22/7
**wrong** **[1]**   106/18
**wrote** **[2]**   46/19 47/7
**www.BitcoinFog.com** **[1]**   37/1

**X**

**Xchange** **[12]**   33/15 33/22 34/2 34/7 34/8 34/12 34/19 34/21 34/24 35/7 36/8 36/17
**Xchange's** **[2]**   34/9 34/10
**XML** **[1]**   15/20

**Y**

**yeah** **[20]**   18/12 39/4 44/9 48/11 48/23 49/4 50/4 51/15 52/16 54/1 54/22 55/11 58/10 67/16 79/1 86/24 87/6 91/13 93/22 94/18
**year** **[2]**   42/18 47/9
**years** **[1]**   46/19
**yellow** **[2]**   77/19 78/4
**Yep** **[2]**   49/12 53/23
**yes** **[130]**
**yesterday** **[7]**   5/1 10/13 19/10 36/25 39/5 39/16 40/10
**yet** **[4]**   53/8 77/6 92/24 96/9
**York** **[1]**   1/20
**you** **[491]**
**you're** **[1]**   99/17
**your** **[150]**
**yourself** **[1]**   46/16
**yourselves** **[1]**   56/20

**Z**

**zero** **[4]**   86/14 86/21 86/25 87/11
**zoomed** **[1]**   88/10