IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROMAN STERLINGOV,

       Defendant.

_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 22, 2024

9:20 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:     CATHERINE PELKER
                    U.S. DEPARTMENT OF JUSTICE
                    950 Pennsylvania Ave NW
                    Washington, DC 20530

                    CHRISTOPHER BRODIE BROWN
                    DOJ-USAO
                    601 D Street, N.W.
                    Suite 5.1527
                    Washington, DC 20530

                    JEFFREY PEARLMAN
                    DOJ-CRM
                    Ccips
                    US Dept of Justice
                    1301 New York Ave NW
                    Washington, DC 20005


APPEARANCES CONTINUED ON NEXT PAGE

```
 1                        APPEARANCES CONTINUED

 2     For the Defendant:        TOR EKELAND
                                 MICHAEL HASSARD
 3                               TOR EKELAND LAW PLLC
                                 30 Wall Street
 4                               8th Floor
                                 Brooklyn, NY 10005
 5

 6
       Court Reporter:           SHERRY LINDSAY
 7                               Official Court Reporter
                                 U.S. District & Bankruptcy Courts
 8                               333 Constitution Avenue, NW
                                 Room 6710
 9                               Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

TABLE OF CONTENTS

WITNESSES

Luke Scholl

    Direct examination continued by Ms. Pelker    8

EXHIBITS

Government Exhibit 310                                      11
Government Exhibits 403, 403A                              19
Government Exhibits 316, 316A                              23
Government Exhibits 603C, D, F, I, L, N, Q                 27
Government Exhibit 309                                     32
Government Exhibits 317, 317B, 317C                        42
Government Exhibits 370, 370A                              50
Government Exhibit 18F                                     62
Government Exhibit 848                                     66
Government Exhibit 703                                     72
Government Exhibits 705A - 705E                            74
Government Exhibit 706                                     77
Government Exhibit 360                                     79
Government Exhibits 708A, 708B                             83
Government Exhibit 356                                     91
Government Exhibits 737A, B, C                             98

```
1                    P R O C E E D I N G S
2           THE COURT:  Anything before we bring out the jury?
3           MS. PELKER:  No, Your Honor.
4           THE COURTROOM DEPUTY:  Let me call the case then.
5           Criminal case 21-399, United States of America versus
6    Roman Sterlingov.
7           Would counsel please approach the podium and state
8    their name for the record starting with government counsel.
9           MS. PELKER:  Good morning, Your Honor.  Alden Pelker
10   for the United States, joined at counsel table by Christopher
11   Brown and Jeff Pearlman.
12          THE COURT:  All right.  Good morning.
13          MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland
14   for defendant, Roman Sterlingov, who is present in court.  And
15   with me at counsel table is Michael Hassard.
16          THE COURT:  All right.  Good morning.
17          MR. EKELAND:  Two brief things, Your Honor.  One --
18   the first one, could we just pick up the phone?  Because this
19   regards Mr. Scholl and --
20          THE COURT:  Okay.
21          (Conference held at the bench.)
22          MR. EKELAND:  So, Your Honor -- and the government
23   can correct me on this, but I spoke -- the government and the
24   defense spoke this morning and what we were proposing to do in
25   relation to Mr. Scholl's testimony in relation to whether or
```

1    not Mr. Sterlingov was in custody on April 29th, 2021 -- what

2    we propose to do is the defense would just ask questions

3    essentially the form -- well, Mr. Sterlingov was in federal

4    custody on April 29th, 2021; correct?  And he would just

5    answer, yes.  And that he be instructed not to discuss anything

6    else like the fact that Mr. Sterlingov has been in jail for

7    three years.  And we -- Ms. Pelker and I discussed this this

8    morning.  And we are okay, I think, Ms. Pelker can correct

9    me -- telling Mr. Scholl that or having the Court tell him, if

10   that is okay with the Court.

11           THE COURT:  That is fine with me.

12           Ms. Pelker.

13           MS. PELKER:  The only shade to that, Your Honor, is

14   just that while I believe -- I believe that Mr. Scholl knows

15   that Mr. Sterlingov was in custody, it, obviously, is not a

16   question that we had prepped beforehand.  So it may just be

17   cleaner -- and the government is fine with this as well, for

18   the Court to just say the parties have stipulated that the

19   defendant was in custody on April 29th and just not leave any

20   area or room for further commentary from the witness.  Either

21   one is fine for the government.

22           THE COURT:  Do you have a preference, Mr. Ekeland?

23           MR. EKELAND:  I am fine with either way, Your Honor.

24           THE COURT:  All right.  When would you like me to

25   provide the stipulation?

1        MS. PELKER:  We can do it now or we can do it before

2   Mr. Ekeland's cross.

3        THE COURT:  Okay.  And it is April 29th --

4        MR. EKELAND:  2021, two day after his arrest.

5        THE COURT:  2021.  I will just give him that

6   instruction when they come out.  And I just wanted to confirm

7   that Mr. Sterlingov has had a chance to confer with his counsel

8   about this and he would like me to do that?

9        THE DEFENDANT:  Yes.

10        THE COURT:  I heard him say yes.

11        THE DEFENDANT:  Yes.

12        THE COURT:  Okay.  I heard him say yes.  Thank you.

13   That is sufficient.

14        Okay.  And should we go back on the public record?

15        MR. EKELAND:  Yeah, I can go on the record.  I was

16   going to raise the issue about the finding that

17   Mr. Sterlingov -- the preliminary finding that Mr. Sterlingov

18   is Akemashite Omedetou, because the Court mentioned it I

19   believe at the end of the day asking the government to put on

20   the record -- and the defense would like to get on the record

21   what specifically -- what justifies the decision saying that

22   Mr. Sterlingov is Akemashite Omedetou, when we believe nothing

23   in the record supports that at this point.  And even the

24   government's own IT analysis doesn't group Mr. Sterlingov with

25   Shormint.  So I haven't seen anything in the record that

1    supports this finding.

2         THE COURT:  So I don't want to keep the jury waiting

3    on this.  I may want to do this later.  But I will say, I

4    actually became satisfied at least on preponderance standard

5    yesterday from the testimony with the tracing that took place

6    that connected Mr. Sterlingov with the Shormint account which

7    then in turn connects him being Akemashite Omedetou.  But we

8    can come back to that later.  I just don't want to keep the

9    jury waiting.

10        MR. EKELAND:  Thank you, Your Honor.

11        (End of bench conference.)

12        (Jury in at 9:26 a.m.)

13        THE COURT:  Welcome back, everyone.  Just before we

14   get going this morning I want to put on the record that the

15   parties have stipulated that Mr. Sterlingov was in custody on

16   April 29th, 2021.

17        And a stipulation is an agreement between the parties

18   as to a question of fact.  And you should treat that as

19   uncontested evidence for purposes of your deliberations.

20        Ms. Pelker.

21        MS. PELKER:  Thank you, Your Honor.

22        THE COURT:  And the witness can return to the stand.

23             LUKE SCHOLL, previously sworn.

24        MS. PELKER:  With the Court's permission, could

25   Mr. Pearlman assist with placing the chart back up?

```
1              THE COURT:  That is fine.

2              MS. PELKER:  I believe we have a less wobbly easel to

3    try and use today.

4                   DIRECT EXAMINATION CONTINUED

5    BY MS. PELKER:

6    Q.   If we could please go ahead and pull up Exhibit 315, the

7    chart that we were looking at the end of the day yesterday.

8         Mr. Scholl, could you very briefly just remind the jury of

9    the tracing that we did at the end of the day yesterday as

10   shown in these charts?

11   A.   Yes, ma'am.  We were tracing funds out of Mr. Sterlingov's

12   plasma@plasmadivision Mt. Gox account where he had deposited

13   100 Euros, converted those funds through multiple transactions

14   from Bitcoin then to US dollars and then withdrew those funds

15   in three different redeem codes that were sent through the

16   Aurum Xchange and then deposited to Mr. Sterlingov's Liberty

17   Reserve account.

18   Q.   If we could now pull up the Liberty Reserve account

19   records that we were looking at in Exhibit 403.  And the

20   transactions tab.

21        Can you remind us what is shown in the first three

22   substantive rows?  So rows 2, 3 and 4 on this chart?

23   A.   10/3/2011 there were three deposits from the Aurum Xchange

24   company to Mr. Sterlingov's reserve account.  That is the

25   account ROSO7234852.
```

1          In the amounts of 24.5, 24.5 and 78.4 Liberty Reserve US

2     dollars.

3     Q.    And are these the first transactions into this account?

4     A.    Yes, ma'am, they are.

5     Q.    Looking at the next two rows, what happens with this

6     money?

7     A.    The funds are withdrawn in two different transactions on

8     10/8/2011 and 11/24/2011 to Mt. Gox.

9     Q.    We'll come back to the second withdrawal, the $26

10    withdrawal later.  But for now, can you show us where that $100

11    transaction is on the chart at 315?

12    A.    Yes, ma'am.  That is this transaction here.  And on the

13    chart, this $100 transaction denotes the Volf.prius@hotmail.com

14    account at Mt. Gox.

15    Q.    Could we please pull up Government Exhibit 405, the

16    Mt. Gox transaction information.

17          And, Mr. Scholl, looking at this, can you tell when the

18    Volf.prius account was created?

19    A.    The Volf.prius account was created on 10/8/2011.

20    Q.    And how does that relate to the withdrawal from the

21    defendant's account into the Volf.prius account?

22    A.    It is on the same date, 10/8/2011.

23    Q.    And pull up Exhibit 407A, the Volf.prius transactions.

24          Can you point out the deposit from the defendant's Liberty

25    Reserve account there?

DIRECT EXAMINATION OF LUKE SCHOLL                    10

1    A.    It is in row 2 10/8/2011, a deposit, $100.

2    Q.    Had this account ever been used before this transaction?

3    A.    No, ma'am, it had not.

4    Q.    What is done next with the Volf.prius account?

5    A.    The next transactions are purchases of Bitcoin, BTC.

6    Q.    And highlighting, lines 12 through 17, are those

7    additional buys and related fees?

8    A.    Yes, ma'am.

9    Q.    And then directing your attention to line 18, what is

10   shown there?

11   A.    Line 18 shows a withdrawal of 25.44 Bitcoin.  And if we

12   scroll slightly to the right, you can see the Bitcoin address

13   that the funds were sent to, the address starting with 1BbaVG.

14   Q.    And what date is that withdrawal?

15   A.    The withdrawal date was 10/8/2011, the same date.

16   Q.    And approximately how much time passed between the deposit

17   at the top and the withdrawal?

18   A.    Approximately 6 minutes.

19   Q.    If we can direct your attention back to the chart at

20   Exhibit 315 on the screen.  Can you show us where we now are on

21   the chart?

22   A.    We are now at the Bitcoin withdrawal from the account.

23   Q.    And what is that Bitcoin address shown there on the

24   first -- thank you.

25         Can you read the Bitcoin address at the top of that

DIRECT EXAMINATION OF LUKE SCHOLL

1    Bitcoin blockchain block?

2    A.    The Bitcoin address is 1BbaVGU.  Should I continue, ma'am?

3    Q.    No, that is sufficient.  Thank you.

4          Were you able to determine where the funds went from the

5    1BbaVG address?

6    A.    Yes, ma'am, I was.  They were sent to the Bitcoin address

7    starting with 1CRm23.

8    Q.    I would like to show you Exhibit 310 which is not yet in

9    evidence.

10          Do you recognize this?

11   A.    Yes, ma'am, I do.

12   Q.    What is it?

13   A.    This is the transaction information for that Bitcoin

14   transaction.

15   Q.    And does it fairly and accurately reflect the information

16   about the transaction?

17   A.    Yes, ma'am, it does.

18              MS. PELKER:  Government moves to admit 310.

19              THE COURT:  Any objection?

20              MR. EKELAND:  No objection.

21              (Whereupon, Exhibit No. 310 was admitted.)

22              THE COURT:  Exhibit 310 is admitted and may be

23   published to the jury.

24   BY MS. PELKER:

25   Q.    Mr. Scholl, can you explain what is shown here?

1    A.    This is raw transaction data for that transaction.

2    Q.    In this slide, what is shown in this view?

3    A.    That is a summary of that transaction, the transaction

4    hash, E9521B; the sending address was 1BbaVGU, sending 25.44

5    Bitcoin, the receiving address is 1CRm receiving 25.4395

6    Bitcoin.

7    Q.    And in addition to reviewing the transaction in its raw

8    form, did you also look at in a block explorer?

9    A.    Yes, ma'am, I did.

10   Q.    Directing your attention to next slide, what is shown

11   here?

12   A.    This is a screenshot from mempool.space showing the same

13   transaction.

14   Q.    Does this reflect the same information that is in the raw

15   transaction that we just looked at?

16   A.    Yes, ma'am, it does.

17   Q.    And then what is shown here?

18   A.    This is a Chainalysis screenshot of how that transaction

19   appeared in Chainalysis Reactor.

20   Q.    Does this also show the same information that was in the

21   mempool screenshot and in the raw transaction information?

22   A.    Yes, ma'am, it does.

23   Q.    So were these all just showing the same transaction

24   information in different forms?

25   A.    Yes, ma'am, they were.

1    Q.    If we could pull Exhibit 315 of the chart back up on the

2    screen.   Where did the money go from 1CRm?

3    A.    From 1CRm, the funds were transferred into the

4    NFS9000@hotmail.com Mt. Gox account, deposit into the Bitcoin

5    address 1PBSO.

6    Q.    And what date did that transaction occur?

7    A.    That transaction occurred on October 9th, 2011.

8    Q.    Directing your attention to Exhibit 408A, the NFS9000

9    account records.   Can you point out that October 9th deposit

10   from 1CRm?

11   A.    That is in row 2, October 9, 2011, there is a deposit

12   25.439 Bitcoin and in the memo field, the Bitcoin address

13   1PBSO.

14   Q.    Is this the first deposit into this account?

15   A.    Yes, ma'am, it is.

16   Q.    And what is the significance of that 1PBSO address?

17   A.    It it is the receiving address for this deposit at

18   Mt. Gox.

19   Q.    And did you also view the transaction from 1CRm to 1PBS on

20   the blockchain?

21   A.    Yes, ma'am, I did.

22   Q.    What did that show?

23   A.    The same information.

24   Q.    And had the NFS9000 account ever been used before this

25   transaction?

1    A.    No, ma'am, it had not.

2    Q.    What happens -- and directing your attention back to the

3    chart, what happens after the money is deposited into the NFS

4    Mt. Gox account?

5    A.    The funds are withdrawn from the NFS9000 account in the

6    form of a redeem code.

7    Q.    What was the redeem code ending in?

8    A.    It ends in 0EA25.

9    Q.    Where was that redeem code then redeemed?

10   A.    That redeem code was redeemed by the Kolbasa99 Mt. Gox

11   account.

12   Q.    What date was that?

13   A.    October 9th, 2011, the same redeem code on the screen,

14   0EA25.

15   Q.    Showing you Exhibit 409A, the Kolbasa account records.  If

16   we could clear out the writing on the screen.  Thank you.

17   A.    Yes, ma'am.

18   Q.    Could you point out that deposit?  Or we might need to

19   scroll.

20   A.    Second row, 10/9/2011, a deposit of 25.439 Bitcoin in the

21   redeem code 0EA25.

22   Q.    Had this Kolbasa account ever been used before this

23   transaction?

24   A.    No, ma'am, it had not.

25   Q.    And if you could check either in your binder if we could

1   pull it back up on the screen, Exhibit 405, Mt. Gox account

2   information.

3   A.   Yes, ma'am.  Which binder?

4   Q.   We can pull it up on the screen.  Can you note what time

5   and -- date and time the Kolbasa account was created?

6   A.   The Kolbasa account was created on 10/9/2011 at 14:31.

7   Q.   And going back to Exhibit 409A.  What was the time of that

8   first deposit?

9   A.   14:48.

10  Q.   So how soon -- how much time passed between the account

11  creation at 14:31 and that first deposit at 14:48?

12  A.   Approximately 17 minutes.

13  Q.   What happened with the funds from there?

14  A.   The funds are converted to dollars in multiple

15  transactions and then withdrawn from the account in a redeem

16  code.

17  Q.   If we could pull up Exhibit 315.  Can you point to what

18  you just described?

19  A.   Yes, ma'am.  The redeem code comes in, the funds are

20  converted from Bitcoin to dollars and dollars are withdrawn by

21  redeem code.

22  Q.   And are you able to tell where those funds then went from

23  there?

24  A.   Yes, ma'am.  They went back to the Aurum Xchange.

25  Q.   Just to be clear, do you know what account they went back

1   to at the Aurum Xchange?

2   A.   No, ma'am, I don't.

3   Q.   So that arrow is still pointing to the Aurum Xchange as a

4   service?

5   A.   Yes, ma'am.

6   Q.   Now, Mr. Scholl, looking at this chart and in the

7   transactions that you just reviewed, did anything stand out

8   regarding the time between the accounts being opened and when

9   they received their first deposits?

10  A.   Yes, ma'am.  They were very short amounts of time between

11  the accounts being opened and receiving the first deposits.

12  Q.   What was the significance of that in your analysis?

13  A.   These accounts had been created for the purpose of these

14  transactions.

15  Q.   What makes you say that?

16  A.   This is the first time those accounts were used.  They

17  were created immediately before receiving deposits.

18  Q.   And, Mr. Scholl, I may have misspoken, but I think you

19  understood but for the record, I think for the Kolbasa account

20  I may have asked whether the code had been used before the

21  account information.  I meant whether the account had been used

22  before that transaction?

23          MR. EKELAND:  Objection, Your Honor.

24          MS. PELKER:  I just wanted to ask the witness and

25  then clarify his answer.

DIRECT EXAMINATION OF LUKE SCHOLL

1          MR. EKELAND:  I just didn't answer what counsel said.

2     Maybe she could rephrase clearly.

3          THE COURT:  I think she was trying to clarify

4     something that she misspoke about.  Why don't I let you

5     rephrase it.

6     BY MS. PELKER:

7     Q.    Yes.  Mr. Scholl, when we were discussing the Kolbasa

8     account, which is at the lower left-hand corner of the screen.

9     I may have asked you whether that 0EA25 code had been used

10    before.  Could you also explain whether the Kolbasa account had

11    been used before this transaction?

12    A.    The Kolbasa account had not been used before this

13    transaction.

14    Q.    Returning now to our discussion -- your questions and

15    answers regarding the significance of these accounts being used

16    for the first time.  Can you explain how that informed your

17    analysis in tracing the flow of funds?

18    A.    Yeah.  These appear to be layering transactions.

19          Layering is a money laundering technique where funds are

20    passed through multiple accounts on their way from the source

21    to their intended destination.

22    Q.    What is the purpose of this sort of multi-step transaction

23    or layering in a money laundering scheme?

24    A.    It makes tracing the funds more complicated.

25    Q.    How does this flow of funds shown on this chart relate to

DIRECT EXAMINATION OF LUKE SCHOLL

1  flow of funds for the purchase of the Bitcoin Fog domain for

2  Mr. Sterlingov's account?

3  A.   There is a similar tactic and technique, I would say.

4  They are using the same, similar accounts, the same exchanges,

5  funds being deposited in Euros, being converted to dollars and

6  through Bitcoin and different circumstances.  So we have

7  Mt. Gox accounts being used.  Redeem codes being used to send

8  funds between accounts.  The Aurum Xchange being used to send

9  funds from Mt. Gox to Liberty Reserve accounts, all of those

10  are similar with these transactions.  And the transactions that

11  were used to purchase the Bitcoin Fog domain from High Hosting.

12  Q.   In fact, were many of the same accounts used as well?

13  A.   Yes, ma'am.

14  Q.   I would like to direct your attention on the chart to the

15  Liberty Reserve account in the box right there.

16  Mr. Sterlingov's Liberty Reserve account, how much was

17  deposited into that account approximately?

18  A.   Approximately 127.4 Liberty Reserve US dollars.

19  Q.   How much was withdrawn in the October 8 transaction that

20  is shown on this chart?

21  A.   One hundred US dollars.

22  Q.   Did you separately create a chart tracking the flow of

23  funds of the 27 approximately dollars left in the defendant's

24  Liberty Reserve account?

25  A.   Yes, ma'am, I did.

DIRECT EXAMINATION OF LUKE SCHOLL

1  Q.   I would like to now show you Exhibit 314.  And with

2  Mr. Pearlman's assistance, 314A.  And these have not yet been

3  admitted.

4       Mr. Scholl, do you recognize Exhibit 14?

5  A.   Yes, ma'am, I do.

6  Q.   Is this the chart that you created that maps out that

7  additional transaction from Mr. Sterlingov's Liberty Reserve

8  account?

9  A.   Yes, ma'am, it is.

10 Q.   Is Exhibit 314A, which Mr. Pearlman is bringing up simply

11 a physical print off of that chart?

12 A.   Yes, ma'am, I believe it is.

13 Q.   Do those charts fairly and accurately summarize the

14 voluminous records you viewed to trace these transactions?

15 A.   Yes, ma'am, they do.

16      MS. PELKER:  Government moves to admit 314 and 314A.

17      THE COURT:  Any objection?

18      MR. EKELAND:  Just hearsay and 403.

19      THE COURT:  403 and 403A are admitted.  The

20 objections are overruled.

21      (Whereupon, Exhibit Nos. 403, 403A were admitted.)

22 BY MS. PELKER:

23 Q.   Mr. Scholl, can you just orient us to what happened at the

24 top of this chart and where we are in the tracing?

25 A.   Yes, ma'am.  So the top of the chart is the same as the

1   last chart we just saw.  Funds leaving Mr. Townsend's

2   PlasmaDivision.com Mt. Gox account flowing into the Aurum

3   Xchange into the Mr. Sterlingov Liberty Reserve account.

4   Q.   Is the beginning portion the same as what we walked

5   through yesterday afternoon and what was on the prior chart?

6   A.   Yes, ma'am, it is.

7   Q.   And remind us, what was the balance -- approximate balance

8   left in the Liberty Reserve account after the $100 withdrawal

9   that we saw in that prior chart?

10   A.   Approximately 27.4 Liberty Reserve US dollars.

11   Q.   And what happens next in that Liberty Reserve account?

12   A.   There is another withdrawal from the Liberty Reserve

13   account on November 24th, 2011 of 26 US dollars being sent to

14   the same account Volf.prius@hotmail.com.

15   Q.   Is that the same Volf.prius account that received the

16   first $100 withdrawal from Mr. Sterlingov's account?

17   A.   Yes, ma'am, it is.

18   Q.   Showing you Exhibit 47A the Volf.prius account records.

19   Directing your attention to row 6.  Can you explain what is

20   happening here?

21   A.   Yes, ma'am, on 11/24/2011 there was a $26 deposit into the

22   Mt. Gox account, funding from the Liberty Reserve account

23   ROSO7234852.

24   Q.   And directing your attention to rows 19 through 28 for the

25   transactions dated November 24th, 2011.  What is happening

1   here?

2   A.   Here those funds are being converted to Bitcoin, so

3   Bitcoin is being purchased.   These lines are Bitcoin coming in

4   and fees being taken out for those transactions.

5   Q.   And in rows 29 and 30 -- we may need to scroll over to the

6   right just slightly.   Where does the Bitcoin go from the

7   Volf.prius account?

8   A.   The funds were withdrawn to the Bitcoin address 1KQT5R

9   here in two separate transactions on 11/24/2011.   They are both

10   on the same date two withdrawals of 2 Bitcoin and 8.965

11   Bitcoin.

12   Q.   Directing your attention back to your chart at

13   Exhibit 314.   Can you point to where we are now?

14   A.   Yes, ma'am.   We are at these two withdrawals from the

15   Volf.prius account Mt. Gox account sending funds to -- I

16   covered up the address, 1KQT5R.   That is here.

17   Q.   Where did the funds go from 1KQT5?

18   A.   The funds were sent to the Bitcoin Fog cluster Bitcoin

19   address 1LZVKK.

20   Q.   How did you know that address is controlled by Bitcoin

21   Fog?

22   A.   I used Chainalysis Reactor for that attribution, but I

23   also viewed what happened with those funds immediately after

24   that deposit to 1LZVKK.   Those funds were sent to the first

25   consolidation address, the address starting with 1YZJKA.

1    Q.    Why is that sweeping of funds into a consolidation address

2    significant to you in your attribution?

3    A.    Because it is consistent with Bitcoin Fog behavior.  It is

4    a confirmation that that was a Bitcoin Fog deposit address.

5    Q.    Did you trace additional transactions from the defendant's

6    accounts several weeks after the launch of Bitcoin Fog in 2011?

7    A.    Can you repeat the end of that question?

8    Q.    Did you trace additional transactions from the defendant's

9    accounts several weeks after the launch of Bitcoin Fog in 2011?

10   A.    Yes, ma'am.

11   Q.    Directing your attention to Exhibit 403, Mr. Sterlingov's

12   Liberty Reserve account.  And in the transaction tab after the

13   November 4th transaction that you traced to Bitcoin Fog just

14   now, were there any additional transactions?

15   A.    Yes, ma'am, there are.

16   Q.    And pointing to row 7.  What happened right after the

17   transaction to Bitcoin Fog that we just looked at?

18   A.    Row 7 shows a transfer from the Aurum Xchange company to

19   Mr. Sterlingov's Liberty Reserve account in the amount of

20   132.08 Liberty Reserve US dollars.

21   Q.    Did you make a chart following where those funds went?

22   A.    Yes, ma'am, I did.

23   Q.    Directing your attention now to Exhibit 316, which is not

24   yet in evidence.

25         Mr. Scholl, is this a chart that you created tracing those

1   funds that we just looked at?

2   A.   Yes, ma'am, it is.

3   Q.   And with Mr. Pearlman's assistance, is Exhibit 3 -- have

4   you previously looked at the physical print off that is 316A?

5   A.   Yes, ma'am, I have.

6   Q.   Is that simply a physical print off of what is shown as

7   Exhibit 316?

8   A.   Yes, ma'am, it is.

9   Q.   Does Exhibit 316 and 316A accurately summarize the

10  underlying spreadsheet entries that you reviewed?

11  A.   Yes, ma'am, they do.

12          MS. PELKER:  Government moves to admit 316 and 316A.

13          THE COURT:  Any objection?

14          MR. EKELAND:  Hearsay and 403.

15          THE COURT:  316 and 316A are admitted and may be

16  published to the jury.

17          (Whereupon, Exhibits No. 316, 316A were admitted.)

18  BY MS. PELKER:

19  Q.   Mr. Scholl, can you walk us through the first transfer

20  shown on this chart?

21  A.   Yes, ma'am.  There is a transfer from Mr. Sterlingov's

22  Liberty Reserve account into Mr. Sterlingov's Mt. Gox account.

23  130 US dollars on November 27th, 2011.

24  Q.   Thank you, Mr. Pearlman.  Were you able to review those

25  transactions in the spreadsheets that we looked at previously

DIRECT EXAMINATION OF LUKE SCHOLL

1    for the Liberty Reserve account and the Mt. Gox account?

2    A.    Yes, ma'am, I was.

3    Q.    And where do the funds go when they were withdrawn from

4    Mr. Sterlingov's Mt. Gox account?

5    A.    Those funds were converted into Bitcoin and then withdrawn

6    to the Bitcoin address starting with 1PFKQM on November 27th,

7    2011.

8    Q.    And did you review the record of that transaction on the

9    blockchain?

10   A.    Yes, ma'am, I did.

11   Q.    What did that show?

12   A.    The same information.

13   Q.    Where did the Bitcoin -- where was the Bitcoin then sent

14   from the 1PFKQ address?

15   A.    The Bitcoin was sent to Mr. Sterlingov's Silk Road account

16   username, Pas.

17   Q.    Stepping away from the chart for a moment, but we can

18   leave it on the screen.  Can you explain to the jury, what is

19   Silk Road?

20   A.    Silk Road is a darknet marketplace where drugs and elicit

21   activity -- elicit things were sold.  The first real darknet

22   marketplace that enabled users to purchase elicit goods with

23   Bitcoin.

24   Q.    How could people load Bitcoin onto Silk Road to buy

25   things?

DIRECT EXAMINATION OF LUKE SCHOLL

1   A.    They would create an account at the Silk Road.  The Silk

2   Road could provide them with a deposit address to fund their

3   account.  They would send Bitcoin to fund it.

4   Q.    Did Silk Road create one deposit address or multiple

5   deposit addresses for multiple users?

6   A.    They created multiple deposit addresses.

7   Q.    Did Silk Road keep records of its users' activity?

8   A.    Yes, ma'am, it did.

9   Q.    What happened to Silk Road?

10   A.    It was shut down by law enforcement.

11   Q.    What happened to the Silk Road records when it was shut

12   down by law enforcement?

13   A.    The FBI collected the records.

14   Q.    And who now has custody of those records from the Silk

15   Road investigation?

16   A.    The FBI.

17   Q.    Did the FBI retrieve records, including records of

18   specific user accounts and provide them to the case team in

19   this matter?

20   A.    Yes, ma'am, they did.

21   Q.    And were you able to review those Silk Road records?

22   A.    Yes, ma'am, I was.

23   Q.    And using those records, were you able to determine what

24   Silk Road user account received that deposit?

25   A.    Yes, ma'am, I was.

1    Q.   And I'd like to direct your attention to 702.  Directing

2    your attention to row 133.  Can you describe -- and we should

3    turn --

4         Thank you very much.

5         Can you explain what is shown here in this entry in

6    Mr. Sterlingov's password vault?

7    A.   Yes, ma'am.  What is shown here is a Silk Road account

8    with the username Pas and a variation of a consistent password

9    that he used for that account.

10   Q.   Okay.  And we could scroll over to column K.  What date

11   was this Silk Road -- what date was the Pas entry in the

12   password vault file created?

13   A.   The entry in the password file was created on 7/13/2011.

14   Q.   And did you review records for the Pas account from Silk

15   Road that were provided by the FBI?

16   A.   Yes, ma'am, I did.

17   Q.   I would like to direct your attention to Exhibit 603

18   specifically 603C, D, F, I, L, N, and Q.

19             MR. EKELAND:  Was that N as in Nancy?

20             MS. PELKER:  Yes, N as in Nancy, C, D, F, I, L, N, Q.

21             THE COURTROOM DEPUTY:  Okay.  I am going need you to

22   say that one more time.  I'm sorry.

23             MS. PELKER:  C, D, F, I, L, N and Q.

24             THE COURTROOM DEPUTY:  Thank you.

25   BY MS. PELKER:

DIRECT EXAMINATION OF LUKE SCHOLL

1    Q.   While she is bringing those up on your screen, Mr. Scholl,

2    had you previously reviewed the electronic copies of the Pas

3    Silk Road accounts?

4    A.   Yes, ma'am, I did.

5    Q.   Did they fairly and accurately reflect the records that

6    were obtained by the FBI and provided in a Silk Road

7    investigation and then provided for this case?

8    A.   Yes, ma'am, they did.

9         MS. PELKER:  And once they are up on the screen, the

10   government moves to admit Exhibits 603C, D, F, I, L, N, and Q.

11        THE COURT:  Any objection?

12        MR. EKELAND:  403 and hearsay.

13        THE COURT:  Okay.  Objection is overruled.  Exhibits

14   603C, D, F, I, L, N and Q are all admitted and may be published

15   to the jury.

16        (Whereupon, Exhibit Nos. 603C, D, F, I, L, N, Q were

17   admitted.)

18   BY MS. PELKER:

19   Q.   If we could pull up first Exhibit 603C.  Is this the user

20   account information on Silk Road for the Pas user?

21   A.   Yes, ma'am, it is.

22   Q.   Scrolling to the far right in column BA.  What date was

23   this Silk Road account created?  You have to scroll very far to

24   the right.

25   A.   7/13/2011.

1   Q.   How does that compare to the 7/13/2011 date from the P

2   safe file that the Pas credentials were created?

3   A.   It is the same date, ma'am.

4   Q.   We could now pull up Exhibit 603N.

5        It should be the deposit addresses.  Mr. Scholl, generally

6   what is shown here?

7   A.   This is a list of deposit addresses assigned to the Pas

8   account at Silk Road.

9   Q.   And remind the jury how the deposit addresses would be

10   used for a user trying to buy things on Silk Road?

11   A.   Yes, ma'am.  The first step for a user to purchase

12   something would be to make a deposit to their account in order

13   to fund their account on Silk Road.  These addresses are those

14   addresses assigned to Mr. Sterlingov's Silk Road account.

15   Q.   Directing your attention to row 5.  What address is shown

16   there?

17   A.   The Bitcoin address starting with 12MDVJ4.

18   Q.   What date was that deposit address created to be

19   associated with the Pas account?

20   A.   On 10/22/2011.

21   Q.   Is that 12MDV address the same address that is shown on

22   your chart?

23   A.   Yes, ma'am, it is.  12MDVJ.

24   Q.   Let the record reflect that Mr. Scholl has pointed to

25   deposit address within the Pas account at Silk Road on the

```
 1    chart.
 2             THE COURT:  The record may so reflect.
 3    BY MS. PELKER:
 4    Q.   Directing your attention now to 603D, the archive
 5    transaction log.  Can you explain what is shown here?
 6    A.   These are archive transactions from the Pas Silk Road
 7    account.
 8    Q.   Can you explain the transactions versus transaction
 9    archive for Silk Road?
10    A.   Yes, ma'am.  It would appear that on their live servers
11    they would frequently move data to backup servers.  So this is
12    an archived bit of data that came from a different server than
13    the live server.
14    Q.   And directing your attention to row 6.  Can you explain
15    what is happening here?
16    A.   Row 6 records on 11/27/2011 a deposit to the Bitcoin
17    address 12MDVJ4 in the amount of 60.41BTC, Bitcoin.
18    Q.   And does that match what is shown on your chart?
19    A.   Yes, ma'am, it does.
20    Q.   What happened next as shown on this Exhibit 603D?
21    A.   Let me clear my marks.
22             On 11/27/2011 there is a withdrawal from the Pas account
23    in the amount of 60.8 Bitcoin.
24    Q.   How soon between the deposit and -- how much time elapsed
25    between the deposit and the withdrawal?
```

DIRECT EXAMINATION OF LUKE SCHOLL

1    A.   Approximately 9 and a half hours.

2    Q.   Did the defendant make any purchases on Silk Road between

3    this deposit and withdrawal?

4    A.   No, he did not.

5    Q.   What was the significance of this deposit and then quick

6    withdrawal, to you?

7    A.   Again, it looks like a passthrough account used to layer

8    transactions --

9    Q.   And how --

10   A.   -- in a money laundering scheme.

11   Q.   I'm sorry.  Could you repeat that?

12   A.   I said, it looks like a passthrough account.  The funds

13   were sent here with the purpose of immediately withdrawing them

14   to obfuscate the flow of funds, a layering technique in a money

15   laundering scheme.

16   Q.   How would moving the money through Silk Road in this way

17   help to conceal the funds?

18   A.   Had the FBI not been able to obtain the records from Silk

19   Road, we wouldn't have been able to trace these funds through

20   the Silk Road.

21   Q.   Returning your attention to the screen in front of you of

22   603D.  Is there a withdrawal address recorded on this

23   spreadsheet?

24   A.   No, ma'am, there is not.

25   Q.   Even though no withdrawal address was noted, were you

1   nonetheless able to determine where the funds went?

2   A.    Yes, ma'am, I was.

3   Q.    How did you do that?

4   A.    I used the block explorer blockchair.com to search the

5   Bitcoin blockchain for all transactions with an output of 60.8

6   Bitcoin and a date range 11/26/2011 to 11/28/2011.

7   Q.    And what did you find?

8   A.    I found there was only a single transaction on the Bitcoin

9   blockchain with an output of 60.8 Bitcoin in that timeframe.

10  Q.    Directing your attention to Exhibit 309, which is not yet

11  in evidence.

12        Do you recognize this?

13  A.    Yes, ma'am, I do.

14  Q.    And what is it?

15  A.    These are transaction records for that transaction.

16  Q.    Does this accurately reflect the information that you

17  retrieved showing that transaction?

18  A.    Yes, ma'am, it does.

19        MS. PELKER:  The government moves to admit

20  Exhibit 309.

21        THE COURT:  Any objection?

22        MR. EKELAND:  Your Honor, if I could get

23  clarification is this from mempool blockchain or Reactor?

24        THE WITNESS:  It is from both.  I have raw

25  transaction data here, a mempool screenshot and from Reactor,

1   sir.

2            MR. EKELAND:  We don't object to the mempool

3   blockchain explorer, but we object to the Reactor information

4   on hearsay grounds.

5            THE COURT:  The objection is overruled.  And

6   Exhibit 309 is admitted and may be published to the jury.

7            (Whereupon, Exhibit No. 309 was admitted.)

8   BY MS. PELKER:

9   Q.    Mr. Scholl, what shown here on the slide?

10  A.    This is raw transaction data for the transaction that

11  identified coming out of Mr. Sterlingov's Silk Road account.

12  Q.    And can you explain on the second slide the information

13  that is pulled out here?

14  A.    Yes, ma'am.  The summary of this information is that this

15  was transaction hash or transaction ID 71DB86, the sending

16  address was 14GBJPK, sending 61.0 Bitcoin.  And there are two

17  outputs, the first one, 1JJFRE received 0.2; and the second

18  one, the Bitcoin address starting with 1C7KW receiving 60.8

19  Bitcoin, the output that we were looking for.

20  Q.    So where does the 0.2 go?

21  A.    That would be change returning back to the Silk Road.

22  Q.    Directing your attention back to this next slide.  What is

23  shown here?

24  A.    This is a screenshot from the block explorer mempool.space

25  showing the name information.

1           I would like to point out for the jury that the Silk Road

2    was a custodial exchange, though funds did not come out of the

3    same address.  Once those funds go to a deposit address, it

4    goes into essentially the pool of funds at Silk Road.  And then

5    when he makes a withdrawal, that withdrawal came out of the

6    pool.  And that is why we had to identify the sending address

7    and the specific transaction.

8    BY MS. PELKER:

9    Q.   And can you explain what is shown here on the slide?

10   A.   This is a screenshot from Chainalysis showing the same

11   transaction.

12   Q.   And to be clear, this is the same transaction that was

13   shown with a raw transaction and then on mempool?

14   A.   Yes, ma'am, that is correct.

15   Q.   Can you explain why it is showing as a circle that is

16   labeled Silk Road marketplace?

17   A.   That cluster was identified as a Silk Road marketplace by

18   Chainalysis.

19   Q.   And is this the sort of clustering and attribution that

20   you testified to yesterday?

21   A.   Yes, ma'am, it is.

22   Q.   And so how did this help you verify the information in

23   your tracing?

24   A.   It confirms the Silk Road records that those addresses

25   belong to the Silk Road.  And also confirms that I found the

1   right output because I was only looking for an output of 60.8

2   Bitcoin.  And I found one output going to 1C7KW.  And

3   Chainalysis confirmed that did, in fact, come from the Silk

4   Road, as I would have expected.

5   Q.   And what does this matching of the records -- of the

6   records from Silk Road and the withdrawal that you found and

7   the clustering and attribution in Chainalysis tell you about

8   Chainalysis's clustering?

9   A.   It tells us that Chainalysis clustering is accurate and

10   reliable.

11   Q.   Turning your attention back to the chart of Exhibit 316.

12   Can you show us where you are now in your tracing?

13   A.   We are right here.  The withdrawal from Mr. Sterlingov's

14   Silk Road account to the Bitcoin address 1C7KW.  And on the

15   chart, that is down here.

16   Q.   Where did the money go after it was withdrawn from the

17   defendant's Silk Road Pas account?

18   A.   The funds were then sent to the NFS9000 Mt. Gox account.

19   Q.   Directing your attention to Exhibit 408A, the NFS9000

20   Mt. Gox transaction records.  Can you explain what is shown in

21   line 6?

22   A.   In line 6, a deposit is shown on 11/28/2011 in the amount

23   of 60.7 Bitcoin to the Bitcoin address 1C81MN.

24   Q.   On line 7, what happens with that money?

25   A.   I have got to clear the screen real quick.

DIRECT EXAMINATION OF LUKE SCHOLL

1              Line 7, there is a withdrawal on 11/28/2011 in the amount

2       of 61.699 Bitcoin in reference to the redeem code for Mt. Gox

3       ending in F916D.

4       Q.    How soon after the funds were deposited were they

5       converted to that redeem code?

6       A.    Approximately 8 hours.

7       Q.    Were you able to determine where that redeem code was then

8       deposited or redeemed?

9       A.    Yes, ma'am.  Yes, ma'am, I was.

10      Q.    Where was that?

11      A.    The redeem code was redeemed in the Kolbasa Mt. Gox

12      account.

13      Q.    Turning your attention back to the chart.  Can you show us

14      where we are now in your tracing?

15      A.    We are here, funds moving from the NFS9000 account into

16      the Kolbasa account.  That is here.

17      Q.    Directing your attention now to Exhibit 409A, the Kolbasa

18      account records.  Can you explain what is shown in line 12?

19      A.    That deposit is shown in line 12.  On 11/28/2011, there is

20      a deposit of 61.699 Bitcoin using the redeem code again ending

21      in F916D.

22      Q.    And approximately what was the time between when that

23      redeem code was generated from the NFS9000 account and when it

24      was redeemed in the Kolbasa account?

25      A.    So this is midnight, approximately midnight, I think it

DIRECT EXAMINATION OF LUKE SCHOLL

1   was 10:08 so approximately 14 hours.

2   Q.   What did the Kolbasa account do next about 10 minutes

3   later in line 13?

4   A.   Let me clear the screen.  In line 13, on 11/29/2011, there

5   is a withdrawal of 27 Bitcoin.  And in the memo, Bitcoin

6   withdrawn to the Bitcoin address starting with 16MT7V.

7   Q.   Were you able to determine who controlled that Bitcoin

8   address?

9   A.   Yes, ma'am, I was.

10  Q.   Who was that?

11  A.   It was the Bitcoin Fog cluster.

12  Q.   Were you able to see that transaction on the blockchain?

13  A.   Yes, ma'am, I was.

14  Q.   How could you determine that it was controlled by Bitcoin

15  Fog?

16  A.   Initial attribution came from Chainalysis Reactor, but

17  again, the funds immediately left this Bitcoin address, the

18  16MT7V Bitcoin address and were sent to the first consolidation

19  address, the address starting with 1YZJKA.

20  Q.   Can we point to where you are on the chart?

21  A.   We talked about the transfer to 16MT7V, that is down here.

22  And from here the funds were sent to the first consolidation

23  1YZJKA.

24  Q.   If we can now pull up Exhibit 405, the Mt. Gox user

25  account information.  Mr. Scholl, what, if anything, stood out

1  to you about the timing of the account activity relating to the

2  account opening?

3  A.   Again, the account activity, the first deposit was

4  immediately after the account was created.

5  Q.   And what about the account activity, in general, not just

6  with this chart, for the last log in?

7  A.   The last log in is -- the last log in for the Volf.prius,

8  PeterNFS and Kolbasa accounts are November 2011, shortly after

9  the transactions.

10  Q.   So do these appear to be accounts that were set up for

11  extended periods of time or for limited, specific purposes?

12  A.   These accounts appeared to be set up for limited, specific

13  purposes.

14  Q.   Now, directing your attention to Exhibit 408A, the NFS9000

15  transactions.  Can you describe how this applies to this

16  account as an example?  You can circle the relevant

17  transactions as you go.

18  A.   Yes, ma'am.  The first deposit is on 10/9 and the first

19  withdrawal is on 10/9.  So funds passing through the account,

20  the same thing happens on 10/19 with a deposit and an immediate

21  withdrawal.  My lines are terrible.  I apologize.  And then,

22  again, another deposit on 11/28 with a withdrawal immediately

23  following on 11/28.

24  Q.   And so is this account used for anything other than what

25  we saw on the chart?

1     A.    No, ma'am.  The charts collectively, no.

2     Q.    And in your experience, what is this activity indicative

3     of?

4     A.    This is indicative of a passthrough account, an account

5     that is used in layering transactions to obscure the flow of

6     funds in a money laundering scheme.

7     Q.    With Mr. Pearlman's assistance, if we could try and pull

8     up the physical charts of 313, which I believe is still back

9     there, 315 and 316.

10              MS. PELKER:  Thank you, Mr. Pearlman.  Thank you.

11    BY MS. PELKER:

12    Q.    Mr. Scholl, could you point to where the NFS9000 account

13    appears on those charts?

14    A.    Yes, ma'am.  Here, here, and here.  So, reading the

15    exhibit numbers in Exhibit 316A, the NFS9000 account appears

16    here; in Exhibit 315A, the NFS account appears here; and in 313

17    the NFS9000 account appears here.

18    Q.    And I apologize.  We will just do this on the screen for

19    the next physical exhibits.  Was the NFS account used for

20    anything other than what was shown on these charts?

21    A.    No, ma'am, it was not.

22    Q.    And were you able to tell where the funds went from the

23    NFS9000 account?

24    A.    Yes, ma'am, I was.

25    Q.    From all of these charts, where did the funds go from the

1   NFS9000 accounts?

2   A.    They go to the Kolbasa99 account.  So NFS9000 here is

3   sending funds to Kolbasa here, NFS9000 in Exhibit number 315A,

4   the NFS9000 account sends funds to the Kolbasa account and in

5   exhibit number 313, the NFS9000 account sends funds to the

6   Kolbasa account.

7   Q.    Thank you, Mr. Pearlman and Mr. Brown.

8         If we could pull up Exhibit 409A, the Kolbasa

9   transactions.

10        Can you explain what is going on with the Kolbasa account

11  for the duration of its activity?

12  A.    Yes, ma'am.  Funds come in, in Bitcoin -- well, funds come

13  in, are converted to different currencies and then withdrawn.

14  Q.    And can you highlight the deposits into the Kolbasa

15  account?

16  A.    That wasn't helpful.  I'm sorry.  Deposit, deposit,

17  deposit.

18  Q.    And then just scrolling down, can you confirm those are

19  the only three deposits into the account?

20  A.    Yes, ma'am, that is correct, there are only three

21  deposits.

22  Q.    And then can you note the withdrawals?

23  A.    One, two, three withdrawals.

24  Q.    And are those the only withdrawals from this account?

25  A.    Yes, ma'am, they are.

DIRECT EXAMINATION OF LUKE SCHOLL

1    Q.    If we could pull up on the screen -- not on the physical

2    charts, Exhibits 313, 315, and 316.  And starting with 313, can

3    you point to those withdrawals on these charts?

4    A.    There is a withdrawal here to the Aurum Xchange, a

5    withdrawal here if you scroll up back to the Aurum Xchange and

6    a withdrawal here to Bitcoin Fog.

7    Q.    Was the Kolbasa account used for anything other than what

8    was shown on these charts?

9    A.    No, ma'am, it was not.

10   Q.    We can now pull up the Volf.prius account information at

11   Exhibit 407A.  Can you explain what occurs in this account

12   generally?

13   A.    Deposits, here and here, and a withdrawal here and two

14   more here.  Two deposits, three withdrawals.

15   Q.    Directing your attention back to Exhibits 315 and 314.

16   Can you point to those withdrawals on these charts?

17   A.    So there is two withdrawals here.

18   Q.    Is that what we just saw at the bottom of that

19   spreadsheet?

20   A.    Yes, ma'am, to the Bitcoin address, 1KQT.

21           MS. PELKER:  Let the record reflect that the witness

22   is pointing on Exhibit 314 to the two withdrawals from the

23   Volf.prius account to the Bitcoin blockchain.

24           THE COURT:  The record shall so reflect.

25   BY MS. PELKER:

DIRECT EXAMINATION OF LUKE SCHOLL

1   Q.   Then for Exhibit 315?

2   A.   Withdrawal is here.

3   Q.   Was the Volf.prius account used for anything other than

4   what was shown on these charts?

5   A.   No, ma'am, it was not.

6   Q.   What is the significance to you of this pattern for the

7   Volf.prius account, Kolbasa and NFS9000 accounts?

8   A.   These accounts were used to layer transactions through

9   multiple accounts in order to obscure the flow of funds.  They

10  appear to be used in money laundering.

11  Q.   We can go ahead and take down these charts.  Mr. Scholl,

12  did you look at early transactions into Bitcoin Fog?

13  A.   Yes, ma'am, I did.

14  Q.   Why would you focus on early transactions into a criminal

15  service?

16  A.   We often look at early transactions because there might be

17  a mistake that was made earlier on before operational security

18  was improved.

19  Q.   What did you find when you looked at the early Bitcoin Fog

20  transfers?

21  A.   I found that the first transfer into the Bitcoin Fog

22  cluster contained funds that were withdrawn from

23  Mr. Sterlingov's account.

24  Q.   Did you prepare two charts summarizing that tracing?

25  A.   Yes, ma'am, I did.

1   Q.   Directing your attention to Exhibit 317 and 317B, which

2   are not yet in evidence.

3        317 and 317B, are these the charts that you created

4   showing that tracing?

5   A.   Yes, ma'am, they are.

6   Q.   And is Exhibit 317C, with Mr. Pearlman's assistance, a

7   physical print off of Exhibit 317B?

8   A.   Yes, ma'am, I believe it is.

9   Q.   And do those charts fairly and accurately summarize the

10  underlying transaction information that you reviewed?

11  A.   Yes, ma'am, they do.

12       MS. PELKER:  And we can -- if you want, we can take

13  the other charts and put them against the wall.  Thank you,

14  Mr. Pearlman.

15       The government moves to admit Exhibit 317, 317B, and

16  317C and publish to the jury?

17       THE COURT:  Any objection?

18       MR. EKELAND:  403 and hearsay.

19       THE COURT:  Objection is overruled.

20       317, 317B and 317C are admitted and may be published

21  to the jury.

22       (Whereupon, Exhibit Nos. 317, 317B, 317C were

23  admitted.)

24  BY MS. PELKER:

25  Q.   If we could pull up first Exhibit 317.

1          And first of all, Mr. Scholl, could you explain what the

2    gray diamonds are on this chart here?

3    A.    Yes, ma'am.  The gray diamonds represent transactions.

4    This graph is a little bit different than the other graphs that

5    we have seen before, because I wanted to show all inputs and

6    outputs from transaction.  So just looking as an example here,

7    we have normally just seen a Bitcoin address sending funds

8    through another Bitcoin address.  In this graph, I am showing

9    all outputs, all inputs and all outputs to those transactions.

10   So the little gray diamonds are the transaction themselves.

11   And you can look at the inputs by seeing which arrows are going

12   into the gray diamond and the outputs by which arrows are going

13   out of the gray diamond.

14   Q.    If you could start at the lower right-hand corner of this

15   chart.  What is shown in this red box?

16   A.    In the red box is the first consolidation address

17   @BitcoinFog, the address starting with 1YZJKA.

18   Q.    Can you explain what transaction 10 on November 10th is?

19   A.    Yes, ma'am.  Transaction 10 on November 10th is the first

20   transaction into the Bitcoin Fog cluster recorded by

21   Chainalysis.

22   Q.    And remind us, what is the significance of the 1YZJKA

23   address and what it would be receiving?

24   A.    The 1YZJKA address was the first consolidation address

25   used by Bitcoin Fog.

DIRECT EXAMINATION OF LUKE SCHOLL

1  Q.   And remind us, how would the consolidation address

2  function?

3  A.   Yes, ma'am.  The consolidation address was used to receive

4  funds from multiple Bitcoin Fog user deposits.

5  Q.   Can you explain what is happening in the transaction for

6  transaction 10 with the other orange circles with Bs going into

7  transaction 10?

8  A.   Yes, ma'am.  Transaction 10 has -- 1, 2, 3, 4 -- 5 inputs

9  to the transaction and one output, so the green arrows -- I

10  will remove my highlighting.  The green arrows are funds that

11  were withdrawn from Mr. Sterlingov's Mt. Gox account.  And the

12  gray arrows are other sources of funds.  So these five Bitcoin

13  addresses in the pink box were used as inputs to transaction 10

14  and sent funds in the first transaction to the Bitcoin Fog

15  cluster to the consolidation address, 1YZJKA.

16  Q.   And could you explain what the pink box labeled address is

17  belonging to wallet 2 based on co-spending in TX10 indicates?

18  A.   Yes, ma'am.  We discussed co-spending a bit earlier.  When

19  addresses are used as inputs to the same transaction, all of

20  their private keys are needed to sign that transaction at the

21  time of the transaction.  So we assess that these addresses

22  belong to the same wallet.  So in address 10, all five of those

23  Bitcoin addresses are used as inputs so we can assess that

24  those belong to the same wallet.

25  Q.   And what does this allow you to determine about the

DIRECT EXAMINATION OF LUKE SCHOLL

1    addresses in the pink box as related to the red Bitcoin Fog

2    box?

3    A.    Because these addresses are sending funds into the

4    consolidation address, I assess that those addresses are

5    Bitcoin Fog deposit addresses.

6    Q.    If we could pull up Exhibit 323, the fog operation chart.

7    How does what you described on the chart correspond to what is

8    shown here?

9    A.    Yes, ma'am.  So the consolidation address in this case was

10   1YZJKA, the big blue consolidation address here.  And those

11   other addresses, I assess are user deposit addresses that were

12   then used in one transaction to send funds into the

13   consolidation address.  So addresses in the pink box that were

14   used as inputs to transaction 10, are Bitcoin Fog deposit

15   addresses.

16   Q.    And remind the jury, who would control the Bitcoin Fog

17   deposit addresses?

18   A.    The Bitcoin Fog administrator.

19   Q.    If we can now direct your attention to Exhibit 317B.  And

20   then the physical of that is 317C.  What has that allowed you

21   to determine about the bottom now red box at the bottom of the

22   screen here?

23   A.    I determine that these addresses -- that those -- excuse

24   me -- addresses are part of Bitcoin Fog.  They are Bitcoin Fog

25   deposit addresses, because they are sending funds to 1YZJKA in

DIRECT EXAMINATION OF LUKE SCHOLL

1   this fashion.

2   Q.   From here are you able -- you're able to identify the very

3   first transaction into Bitcoin Fog?

4   A.   Yes, ma'am, I was.

5   Q.   And what is that?

6   A.   That is transaction 8, this output here.  I can make that

7   clearer.  This output here.

8   Q.   And could you also explain what is shown in transaction 9

9   slightly to the right?

10  A.   Yes, ma'am.  Transaction 9 is receiving change from

11  transaction 8.  Those funds were then spent in transaction 9,

12  which sent funds to the same address as transaction 8, a

13  Bitcoin Fog deposit address and an additional address that was

14  a Bitcoin Fog deposit address.

15  Q.   And was there anything significant about the timing of

16  these transactions relative to the Bitcoin Fog announcement?

17  A.   Yes, ma'am.  These transactions occurred before the

18  Bitcoin Fog announcement on Bitcoin Talk and Twitter.

19  Q.   And can we now zoom out and can you explain how you traced

20  these very first deposits into the Bitcoin Fog prior to any

21  public announcement back to the defendant?

22  A.   Yes, ma'am.  I was just following funds backwards on the

23  Bitcoin blockchain.

24  Q.   Can you just generally walk through that on the chart?

25  A.   Yes, ma'am.  This Bitcoin address received funds from that

DIRECT EXAMINATION OF LUKE SCHOLL

1    Bitcoin address.   In transaction 7, there was a series of

2    transactions that belong to another wallet based on co-spending

3    and transaction 6, and transaction 5.   Those addresses received

4    funds in transactions 1, 2 and 4 here.   And ultimately, the

5    Bitcoin came out this address here.   The Bitcoin address

6    starting with -- it is a little small.   I'm sorry.   12NSB.   And

7    if we scroll up a bit more, we can see the Bitcoin originated

8    in Mr. Sterlingov's plasma@plasmadivision Mt. Gox account.

9    Q.   Now, there are a number of addresses and gray diamonds

10   here.   Can you explain what that pink -- the top pink box is

11   showing?

12   A.   Yes, ma'am.   It is showing another cluster of addresses,

13   that I had broken out here.   But we know that these addresses

14   belong together because they co-spent collectively in two

15   transactions.   Transaction 5, this transaction here, we have

16   three input addresses, here, here and here.   So we know these

17   addresses belong to the same wallet.   And then in transaction

18   6, this address and this address co-spend.   They are used as

19   inputs to transaction 6.   So we know those two belong together.

20   And because this property is transitive, we know that all of

21   the addresses belong together.

22   Q.   Is this the sort of pattern analysis that you discussed in

23   your testimony yesterday?

24   A.   Yes, ma'am.   I would also point out in Chainalysis, these

25   addresses are represented in a cluster.   And I confirmed that

1    in TRM labs and actually CipherTrace as well.

2    Q.   Directing your attention to transactions in this cluster

3    so transaction 1, 2, and 4, did they appear similar to any

4    other transactions on this chart?

5    A.   Yes, ma'am.  These transactions appear very similar to

6    transactions 8 and 9 below.

7    Q.   Can we zoom out so we can see both?  Can you explain that

8    a bit more?

9    A.   Yes, ma'am.  Transaction 1 sends funds into wallet 1 and

10   change forward to this address here, which are subsequently

11   spent in transaction 2, sending funds again to the same address

12   that funds just came from -- or funds just went to.  And then,

13   transaction 4, sends two outputs.  I am going to clear this.

14   Transaction 4 has two outputs.  One of them goes to the

15   previous Bitcoin address that has already received funds and

16   transaction 1 and 2.  And the second output is to an address in

17   the same wallet.  It is somewhat unusual for a Bitcoin

18   transaction to be sending a payment to two addresses in the

19   same wallet.  That transaction would not have, like, an

20   economic purpose.  It would just be cheaper to send the

21   transaction to one address since they belong to the same

22   wallet.

23   Q.   How does that compare to transactions 8 and 9 below?

24   A.   In transactions 8 and 9, we see a similar pattern where

25   transaction 8 sends funds to a Bitcoin address in the Bitcoin

DIRECT EXAMINATION OF LUKE SCHOLL

1    Fog cluster and then sends change forward to this address here.

2    Those funds are then spent in transaction 9 where one output

3    goes to the same address that transaction 8 just paid.  And the

4    other output goes to an address in the same cluster.

5    Q.    And what would that pattern be consistent with?

6    A.    That pattern would be consistent with possibly using two

7    different deposit addresses for the same user account or

8    potentially testing two user accounts at BitcoinFog.

9    Q.    And just going back to the top of the chart, can you point

10   the account that -- that the first deposit into Bitcoin Fog

11   came from?

12   A.    The account was Mr. Sterlingov's Mt. Gox account, username

13   ROSO987341870, email address plasma@plasmadivision.com.

14   Q.    And did you assist in -- just zooming out briefly.  Can

15   you summarize at a very high level what has now occurred with

16   the transfer from Mr. Sterlingov's plasma@plasmadivision

17   Mt. Gox account and the first deposit into Bitcoin Fog?

18   A.    Yes, ma'am.  Funds were withdrawn from Mr. Sterlingov's

19   Mt. Gox account, moved through a series of unusual transactions

20   and were deposited into addresses I assessed are Bitcoin Fog

21   deposit addresses prior to the announcement of Bitcoin Fog on

22   Bitcoin Talk and Twitter.

23   Q.    Mr. Scholl, did you assist in preparing a timeline of

24   events chronicling the weeks surrounding the launch of Bitcoin

25   Fog?

DIRECT EXAMINATION OF LUKE SCHOLL

1   A.   Yes, ma'am, I did.

2   Q.   Directing your attention to Exhibit 370.  Is this that

3   timeline?  This has not yet been admitted.

4   A.   Yes, ma'am, it is.

5   Q.   Exhibit 370A is this physical print off with the same --

6   with the one change that the -- the document name in the

7   electronic has an addition to what is in the physical on the

8   first entry?

9   A.   Yes, ma'am, it is.

10           MS. PELKER:  Government moves to admit Exhibit 370

11   and 370A and publish to the jury.

12           THE COURT:  Any objection?

13           MR. EKELAND:  That is the entire timeline right

14   there?

15           MS. PELKER:  Yes.

16           MR. EKELAND:  No objection.

17           THE COURT:  Exhibit 370 and 370A are admitted and may

18   be published to the jury.

19           (Whereupon, Exhibit Nos. 370, 370A were admitted.)

20   BY MS. PELKER:

21   Q.   Mr. Scholl, can you walk us through the events on the

22   chart starting at the beginning on September 29th?

23   A.   Yes, ma'am.  On September 29th, Mr. Sterlingov created the

24   putting money document, discussing a way to fund a Liberty

25   Reserve account by depositing Euros to a Mt. Gox account,

DIRECT EXAMINATION OF LUKE SCHOLL

1    converting those funds to Bitcoin and then dollars on the

2    Mt. Gox account and withdrawing those funds through the Aurum

3    Xchange, depositing Liberty Reserve US dollars to a Liberty

4    Reserve account.

5    Q.    What then happens the same day?

6    A.    At 07:21 the plasma@plasmadivision Liberty Reserve account

7    was created in Mr. Sterlingov's true name.  At 07:28, the

8    PlasmaDivision Mt. Gox account was created in Mr. Sterlingov's

9    true name.

10   Q.    Then what happens on October 2nd?

11   A.    On October 2nd, the defendant tries to buy Blind Bitcoin

12   mixer on Bitcoin Talk.

13              MR. EKELAND:  Objection.

14              THE COURT:  Give me a second.

15              MR. EKELAND:  I don't believe that was Mr. Townsend's

16   testimony.

17              MS. PELKER:  I can rephrase.

18              MR. EKELAND:  Move to strike that, Your Honor.

19              THE COURT:  All right.  I will grant that motion.

20              THE WITNESS:  Mr. Sterlingov communicated with

21   Mr. Townsend about interest in purchasing the Blind Bitcoin.

22              MR. EKELAND:  Objection again, Your Honor.  Can we

23   talk on the phone for a second?

24              THE COURT:  You know, I think just the jury's

25   recollection of the testimony will control.  So the jury heard

1   the testimony and the --

2              MR. EKELAND:  That is not in evidence, I don't

3   believe.

4              THE COURT:  So you are --

5              MR. EKELAND:  Okay.

6              THE COURT:  The jury's recollection controls.

7              MS. PELKER:  Your Honor, we have the messages in

8   evidence as well.

9              THE COURT:  I mean, that is the point, we don't --

10  the lawyers -- it is not what the lawyers think.  It is not

11  what I think, it is what the jury thinks, so it is your

12  recollection of the evidence.

13             THE WITNESS:  Yes, ma'am.

14  BY MS. PELKER:

15  Q.   Then could you explain what is happening between

16  October 3rd and October 9th?

17  A.   Between October 3rd and October 9th we saw those early

18  transfers between the PlasmaDivision Mt. Gox account, the

19  Volf.prius account and NFS9000 account and the Kolbasa

20  accounts.

21  Q.   And during this time period, what else is happening with

22  the Shormint accounts?

23  A.   On October 7th, the shormint@hotmail.com account was

24  created.

25  Q.   What occurred later, very soon after the same day?

1   A.   Approximately five minutes later, the Shormint Liberty

2   Reserve account was created.

3   Q.   What happens the next day?

4   A.   The next day, on October, 8 the Volf.prius Mt. Gox account

5   was created.

6   Q.   The day after that on October 9th?

7   A.   October 9th, the NFS9000 Mt. Gox account was created.  On

8   the same day, the Kolbasa Mt. Gox account was created.

9   Q.   What happens between October 19th and October 20th?

10  A.   We had the transfers from PlasmaDivision Mt. Gox account

11  through NFS9000 and Kolbasa account to the Shormint Liberty

12  Reserve account.  These are the funds that ultimately result in

13  the payment from the Shormint Liberty Reserve account to High

14  Hosting.

15  Q.   Is that on October 25th?

16  A.   On October 25th, yes, ma'am.

17  Q.   What else happens October 25th?

18  A.   The user Akemashite Omedetou is registered on Bitcoin

19  Talk.  On the same day, the Bitcoin Fog domain was registered

20  at High Hosting.

21  Q.   What happens on October 27th?

22  A.   On October 27th, we have the funds leaving

23  Mr. Sterlingov's Mt. Gox account and being deposited to the

24  Bitcoin Fog cluster.

25  Q.   What happens later that day after the defendant deposits

1    the funds to Bitcoin Fog?

2    A.    The Bitcoin Fog announcement occurred on Bitcoin Talk from

3    the Akemashite Omedetou account.

4    Q.    And was there another announcement later that day?

5    A.    Yes, ma'am.  After that Bitcoin Fog was announced on

6    Twitter.

7    Q.    What happened with those, the passthrough accounts that

8    you testified about earlier?

9    A.    The last log-in for the Volf.prius account occurred on

10   November 24th.

11   Q.    Were there additional accounts with the NFS9000 and

12   Kolbasa accounts?

13   A.    Yes, ma'am, there were.  Funds were transferred from

14   PlasmaDivision Liberty Reserve account through the Silk Road

15   and the NFS9000 and Kolbasa Mt. Gox on November 26 to

16   November 29.

17              THE COURT:  I remind you to go slowly.

18              THE WITNESS:  Thank you, Your Honor.

19   BY MS. PELKER:

20   Q.    Was what you just described the chart we showed with the

21   funds going from the defendant's account through Silk Road into

22   Mt. Gox?

23   A.    Yes, ma'am.

24   Q.    What occurs on November 28th?

25   A.    On November 28th, we have the last log-in for the NFS9000

1   Mt. Gox account.

2   Q.   And on November 29th?

3   A.   On November 29th, the last log-in for the Kolbasa account

4   Mt. Gox account.

5            MS. PELKER:  Your Honor, would you like us to take a

6   break now or keep going?  We have got another maybe 20 minutes

7   for the next section.  Still more testimony after that.

8            THE COURT:  Let's see here.  If you have 20 minutes

9   in the next section, why don't we go ahead and take our break

10  now.  It is almost a quarter of 11:00.  Let's come back at 5

11  minutes after 11:00.  Please don't discuss the case amongst

12  yourselves.  Don't conduct any type of research and we'll see

13  you back shortly.

14           THE COURTROOM DEPUTY:  All rise.

15           (Jury out at 10:42 a.m.)

16           THE COURT:  The witness can take your break as well.

17           One thing I wanted to put on the record without the

18  jury present was the objection with respect to the Silk Road

19  information was under 403, but I also want to put on the record

20  that I have also independently considered 404, since it is a

21  marketplace that engaged in legal activity.  And I conclude

22  that under 404(b)(2) that this would be a permitted use anyway,

23  because it goes to demonstrating motive, opportunity, intent,

24  preparation, plan, knowledge, identity, absence of mistake and

25  so forth.  So I just wanted to make sure that I actually made

1    that finding.

2              MS. PELKER:  Thank you, Your Honor.

3              THE COURT:  Anything else before we adjourn?

4              MR. EKELAND:  No, Your Honor.

5              MS. PELKER:  No, Your Honor.

6              THE COURT:  All right.  We'll see you back shortly.

7              (Recess taken at 10:44 a.m.)

8              THE COURT:  All right.  The witness can retake the

9    box and we can bring in the jury.

10             (Jury in at 11:08 a.m.)

11             THE COURT:  All right.  Mr. Pearlman, you can

12   continue when you are ready.

13             MS. PELKER:  Thank you, Your Honor.

14   BY MS. PELKER:

15   Q.   Mr. Scholl, before the break you walked through a number

16   of charts and tracing.  Did that include work tracing through

17   accounts at Liberty Reserve, Mt. Gox, Silk Road, and seeing

18   transactions in the Aurum Xchange?

19   A.   Yes, ma'am, it did.

20   Q.   At the time that those transactions were occurring in

21   2011, would law enforcement have had access to the Liberty

22   Reserve account records?

23   A.   No, ma'am, they would not.

24   Q.   Would they have had access to the Silk Road account

25   records?

1    A.   No, ma'am, they would not.

2    Q.   And did law enforcement ever get records or -- have you

3    ever been able to review records for the Aurum Xchange itself?

4    A.   No, ma'am, I have not.

5    Q.   Without the records from Liberty Reserve, Silk Road and

6    some of the other seed services, would you have been able to do

7    this tracing?

8    A.   No, ma'am, I would not have been.

9    Q.   What would that have meant for the effectiveness of the

10   laundering through these accounts?

11   A.   It would have meant that laundering would have been

12   effective, that we would not have been able to trace the flow

13   of funds.

14   Q.   And in your experience do criminals often seek out the

15   sorts of services to do this type of layering in order to

16   conceal the activity from law enforcement?

17   A.   Yes, ma'am, they do.

18   Q.   Turning now back to Bitcoin Talk.  Mr. Scholl, did Bitcoin

19   Talk allow businesses to advertise on its site?

20   A.   Yes, ma'am, they did.

21   Q.   Did Bitcoin Fog advertise on Bitcoin Talk?

22   A.   Yes, ma'am, they did.

23   Q.   Directing your attention to Exhibit 15, which is in

24   evidence.  If we could go to private message 185728.  If we can

25   look at the top and scroll down slightly.  Can you explain what

DIRECT EXAMINATION OF LUKE SCHOLL

1  is shown here?

2  A.   This is a private message from sender Nefario to

3  Akemashite Omedetou on Bitcoin Talk.

4  Q.   What is the date of the message?

5  A.   2012 March 11th.

6  Q.   And within the body or what is the subject line of the

7  message first?

8  A.   The subject is "Re: tier 1 sponsorship."

9  Q.   And can you describe the structure of this body with the

10  quoted text and then subsequent message?

11  A.   Yes, ma'am.  There is a quote where the author Nefario is

12  quoting Akemashite Omedetou.  And then a response below.

13         MS. PELKER:  If we could please publish this to the

14  jury.

15         THE COURTROOM DEPUTY:  I'm sorry.

16  BY MS. PELKER:

17  Q.   And could you just note on the screen where the text from

18  Akemashite Omedetou is?

19  A.   That quote there, ma'am.

20  Q.   Can you read the message from Akemashite Omedetou from

21  March 11th, 2012?

22  A.   "Hello, I would like to buy a spot for the Bitcoin Fog

23  service."

24  Q.   I'm sorry.  Can you start at the very top with the

25  beginning in the parenthesis?

1  A.   Yes, ma'am.  "Contacted you on the mail too yesterday from

2  Shormint@hotmail.com, so that is the same request I mean."

3       "Hello, I'd like to buy a spot for the Bitcoin Fog

4  service, www.Bitcoin.Fog.com if you are fine advertising an

5  anonymous service, please tell me where to transfer the

6  Bitcoins."  End quote.

7  Q.   In addition to selling advertisements at full price did

8  Bitcoin Talk also run promotional deals or auctions for its

9  limited advertisement space?

10           MR. EKELAND:  Objection, Your Honor.

11           THE COURT:  Just give me one second.

12           MR. EKELAND:  Could we go on the phone for a second.

13           (Conference held at the bench.)

14           MR. EKELAND:  Your Honor, I don't want to slow things

15  up, but there is -- in defense counsel's opinion, there is a

16  lot of leading here.  And that is -- I am objecting there on

17  leading, but in general there is just a lot of leading, I

18  think, in this direct.

19           THE COURT:  Okay.  Well, I will just ask Ms. Pelker

20  to avoid leading.  And if there is no reason -- instead of

21  slowing things up, there is no reason to come to the telephone.

22  You can say just say, objection, leading, Judge.

23           MR. EKELAND:  I didn't want to do a speaking

24  objection.

25           THE COURT:  You can do a one-word objection is fine.

1    Because otherwise if we go to the phone for every objection, we

2    are going to be here for a long, long time.

3              MR. EKELAND:  Understood.

4              (End of bench conference.)

5              THE COURT:  You can proceed.

6    BY MS. PELKER:

7    Q.   Directing your attention now to private message 356162.

8         Can you explain what is shown here?

9    A.   This is a private message from the sender Theymos to

10   Akemashite Omedetou.

11   Q.   What is the --

12   A.   And other users.

13   Q.   What is the date on this message?

14   A.   2012/10/4.

15   Q.   Can we scroll down to the actual text of this message?

16   What is this message saying?

17   A.   Subject is "Ad," the body reads, "You won some slots in

18   the ad auction.  Within 24 hours, you must pay the appropriate

19   amount to the appropriate address.  Email your ad to

20   Theymos@MM.ST.  Test your ad very carefully.  I might not

21   refund you or give you a chance to fix unacceptable ads.

22   Carefully read the URL for Bitcoin Talk formatting rules."

23   Q.   Who is Theymos, the sender of this message?

24   A.   The administrator of Bitcoin Talk.

25   Q.   And what do you understand this message to be talking

1    about?

2    A.    I understand this message to be talking about winning of

3    ads in an auction, ad space on Bitcoin Talk.

4    Q.    Now, scrolling down -- this is fine.  Scrolling back up.

5          Is there a Bitcoin -- is there a price noted for

6    Akemashite Omedetou?

7    A.    Yes, ma'am, there is.

8    Q.    And can you point that out on your screen?  What is that

9    price noted?

10   A.    2 for Akemashite Omedetou.  I understand that to mean 2

11   Bitcoin.

12   Q.    Scrolling down.  Is there a Bitcoin payment address given

13   for Akemashite Omedetou for this ad?

14   A.    Yes, ma'am, there is.  Bitcoin address begins with 1FUNBC.

15   Q.    Could you try to underline the actual address on your

16   screen?  If we could pull up Exhibit 18F, which is a Bitcoin

17   Talk record that is not yet admitted in evidence.  Directing

18   your attention to Exhibit 18F.  Mr. Scholl, is this a fair and

19   accurate copy of the report provided by Bitcoin Talk?

20   A.    Yes, ma'am, it is.

21             MS. PELKER:  Government moves to admit 18F.

22             THE COURT:  Any objection?

23             MR. EKELAND:  No objection.

24             THE COURT:  18F is admitted and may be published to

25   the jury.

1          (Whereupon, Exhibit No. 18F was admitted.)

2     BY MS. PELKER:

3     Q.    Mr. Scholl, can you explain what is shown here?

4     A.    This is an email from Shormint@hotmail.com sent to

5     Theymos@mm.st on 10/4/2012.

6     Q.    What does this ad appear to be?

7     A.    This appears to be an ad for BitcoinFog.com.

8     Q.    Apologies.  What does this email or record appear to be?

9     A.    This appears to be an email where Shormint is sending the

10    ad that he would like to be posted to Bitcoin Talk.

11    Q.    You read the text down at the bottom, the last line?

12    A.    The last line says, This is an ad -- correct.  "This is

13    the ad for user Akemashite Omedetou."

14    Q.    And what is shown in the text above there?

15    A.    What appear to be HTML code.

16    Q.    What do you understand this to be generally?

17    A.    I understand this to be an ad for Bitcoin Fog.

18    Q.    Is there a link included in the advertisement?

19    A.    Yes, ma'am, there is.

20    Q.    Can you point that out?

21    A.    The link is HTTP://BitcoinFog.com.

22    Q.    Is there text included in the ad?  You may need to clear

23    that out.

24    A.    Yes, ma'am, there is.

25    Q.    Could you read the text?

1    A.    "Bitcoin Fog, always clean untraceable Bitcoins."

2    Exclamation point.

3    Q.    Directing your attention now to Exhibit 14, which is in

4    evidence.  What is shown here?

5    A.    This is a business record from Bitcoin Talk.

6    Q.    Could you explain what record it is discussing?

7    A.    It is discussing the payment made by Akemashite Omedetou

8    to Bitcoin Talk.

9    Q.    What information does this record contain about that

10   transaction?

11   A.    It contains the date, the amount of Bitcoin, the

12   approximate US dollars value of the Bitcoins and the address in

13   which Akemashite Omedetou paid with the transaction hash.

14   Q.    Did you review the transaction?

15   A.    Yes, ma'am, I did.

16   Q.    Were you able to determine where the funds paying for that

17   ad came from?

18   A.    Yes, ma'am.  The funds came from Instawallet according to

19   Chainalysis Reactor.

20   Q.    What was Instawallet?

21   A.    Instawallet was a hosted wallet service.

22   Q.    Can you explain a bit more about what that means?

23   A.    It means that it was like a wallet that you could log into

24   on the internet, but it didn't have exchange service.  It

25   wasn't an exchange.  It was a hosted wallet.  All it was, was

1    wallet functionality.

2    Q.   Did you review records from Microtronix related to

3    purchases associated with Bitcoin Fog?

4    A.   Yes, ma'am, I did.

5    Q.   And are those some of the records that Special Agent

6    Rovensky testified to previously?

7    A.   Yes, ma'am, they were.

8    Q.   Did you also review records from BitPay regarding

9    Microtronix transaction?

10   A.   Yes, ma'am, I did.

11   Q.   I would like to direct your attention to Exhibit 438, the

12   BitPay records.  Directing your attention to line 6.  What is

13   shown here?

14   A.   This is a payment from Shormint@hotmail.com records, a

15   transaction hash, and a Bitcoin address receiving funds.

16   Q.   Could we scroll to the right to display what merchant this

17   was in relation to?

18   A.   The merchant was Microtronix.

19   Q.   And back over a bit to the left.  What was the date of

20   this transaction?

21   A.   The date of the transaction was December 1st, 2012.

22   Q.   And is this one of the transactions that Special Agent

23   Rovensky had noted?

24   A.   Yes, ma'am, it was.

25   Q.   Did you look at this transaction on the blockchain?

DIRECT EXAMINATION OF LUKE SCHOLL

1    A.   Yes, ma'am, I did.

2    Q.   Were you able to determine where the funds came from?

3    A.   The funds came from Instawallet, according to Chainalysis

4    Reactor.

5    Q.   Did Instawallet also come up in your review of

6    Mr. Sterlingov's true name activity?

7    A.   Yes, ma'am, it did.

8    Q.   I would like to pull up Exhibit 863B, scrolling down to

9    page 2.

10            THE COURTROOM DEPUTY:  I'm sorry.  Did you say 863?

11            MS. PELKER:  863B.  I believe this is in evidence.

12   BY MS. PELKER:

13   Q.   Mr. Scholl, can you describe generally what this is?  Can

14   we scroll to the top, please?

15   A.   This is an email from Mr. Sterlingov using the

16   heavydist@gmail.com email address to Emanual Ringberg at

17   Emanual@hoodlum.se.

18   Q.   Looking at the second paragraph from the bottom or --

19   generally speaking what is Mr. Sterlingov saying to

20   Mr. Ringberg throughout this email?

21   A.   He is giving him advice on services to use and information

22   about Bitcoin.

23   Q.   Looking down at the second paragraph from the bottom.

24   What is one of the services that Mr. Sterlingov recommends to

25   Mr. Ringberg?

1    A.    Mr. Sterlingov recommends Instawallet.org.

2    Q.    Directing your attention to Exhibit 848.  I believe this

3    is not yet admitted.

4              THE COURTROOM DEPUTY:  848 is not.

5    BY MS. PELKER:

6    Q.    Do you recognize this email?

7    A.    Yes, ma'am, I do.

8    Q.    Is this a fair and accurate copy of an email from

9    Mr. Sterlingov's heavydist@gmail account?

10   A.    Yes, ma'am, it is.

11             MS. PELKER:  Government moves to admit 848?

12             THE COURT:  Any objection?

13             MR. EKELAND:  No objection.

14             THE COURT:  848 is admitted and may be published to

15   the jury.

16             (Whereupon, Exhibit No. 848 was admitted.)

17   BY MS. PELKER:

18   Q.    Mr. Scholl, can you explain what is shown here?

19   A.    Yes, ma'am, this is an email from no reply at

20   instawallet.org to Mr. Sterlingov's heavydist@gmail.com account

21   on 12 April 2013.  It would appear to be an automatically

22   generated email as it comes from noreply@instawallet.org.  It

23   acknowledges Mr. Sterlingov filing an Instawallet claim.

24   Q.    What do these message and other evidence that you reviewed

25   in this case indicate to you about Mr. Sterlingov's use of

1    Instawallet?

2    A.   This information indicates that Mr. Sterlingov used

3    Instawallet.

4    Q.   To be clear, did numerous people use Instawallet around

5    this time?

6    A.   Yes, ma'am, they did.

7    Q.   Why is it still significant to you in your overall

8    analysis to be matching Mr. Sterlingov's use of Instawallet to

9    Akemashite Omedetou?

10              MR. EKELAND:  Objection; leading.

11              MS. PELKER:  I said why.

12              THE COURT:  Yeah.  Overruled.

13              THE WITNESS:  It is just evidence that Mr. Sterlingov

14   used the same tools that we know Akemashite Omedetou used.

15   BY MS. PELKER:

16   Q.   And do you see that come up elsewhere in your analysis of

17   both Akemashite Omedetou and Mr. Sterlingov?

18   A.   Yes, ma'am.

19   Q.   Mr. Scholl, are you familiar with a cryptocurrency wallet

20   found on the defendant's phone?

21   A.   Yes, ma'am, I am.

22   Q.   Can you explain how a wallet app on a phone works, in

23   general?

24   A.   Yes, ma'am.  A wallet app on a phone, you download to your

25   device just like you would any other application.  And that

1   wallet stores private keys in your addresses, allows you to

2   review funds, to receive funds, to send funds just like a

3   wallet application would on a computer.

4   Q.   What is the purpose of having a wallet on your phone?

5   A.   Accessibility, ease of use, it is readily available.

6   Q.   In your experience, do people who have significant

7   cryptocurrency holdings usually store the bulk of that on their

8   phone?

9   A.   No, ma'am.

10  Q.   Why not?

11  A.    It is thought to be not as secure as storing funds in cold

12  storage, where hardware wallets that are designed to not be

13  connected to the internet, to keep your private keys safe from

14  potential hacking.

15  Q.   So in your experience, what sort of funds are people

16  usually storing on their phones?

17  A.   Everyday use funds.

18  Q.   Now approximately how much Bitcoin was on the defendant's

19  phone when he was arrested?

20  A.   It was just over 10 Bitcoin, ma'am.

21  Q.   How much was that worth at the time?

22  A.   At the time of Mr. Sterlingov's arrest, that was worth

23  over $500,000.

24  Q.   What type of cryptocurrency wallet did the defendant have

25  on his phone?

1    A.    The wallet was a mycelium wallet.

2    Q.    What is mycelium?

3    A.    Mycelium is just a Bitcoin wallet.

4    Q.    Can you explain how mycelium works?

5    A.    Yes, ma'am.  It is a wallet software on the phone.  It has

6    the ability to have multiple accounts, so you can segregate

7    essentially into subwallets.  That mycelium wallet had multiple

8    accounts on it where those funds are segregated from other

9    accounts so they won't co-spend and be associated together.

10   Q.    Did you review information retrieved from the defendant's

11   mycelium wallet?

12   A.    Yes, ma'am, I did.

13   Q.    Showing you Exhibit 703, which is not in evidence.  Can

14   you explain at a high level what is shown here?

15   A.    This is the key value store file for the mycelium wallet

16   on Mr. Sterlingov's device.

17   Q.    Now, to be clear, did you export this list from his

18   device?

19   A.    No, ma'am, I did not.

20   Q.    Do you know who did?

21   A.    I believe computer scientist Mazars did.

22   Q.    Did you review then the copy provided by Ms. Mazars de

23   Mazarin and use it in your analysis?

24   A.    Yes, ma'am, I did.

25             MS. PELKER:  The government moves to conditionally

1    admit this exhibit and which will be further authenticated in

2    Ms. Mazars' testimony?

3                 MR. EKELAND:  I objection on authenticity grounds.

4    It is not the original extraction.

5                 MS. PELKER:  Your Honor, Ms. Mazars will testify that

6    is the file that she extracted.  It is what she gave to

7    Mr. Scholl.  And Mr. Scholl was going to testify and use this

8    in his analysis.

9                 THE COURT:  Let's go to the phone.

10               (Conference held at the bench.)

11               MR. EKELAND:  Your Honor, we object to these

12   witnesses being called out of order.  The whole issue with

13   Akemashite Omedetou, allegedly as Mr. Sterlingov, turns solely

14   on an IP address analysis done by Ms. Mazars.  What we have now

15   is a large volume of provisional conditionally admitted

16   evidence without a foundation.  They should have called the

17   witnesses in the proper order.  If they wanted this to come in

18   as an authentic document, then they could have called

19   Ms. Mazars first.  And now what we have is all of this

20   conditional evidence that has already gone in front of the jury

21   that doesn't have any foundation.

22               THE COURT:  Just wait a second.  What are you talking

23   about?  What has come in conditionally with this witness thus

24   far?  You said there is all of this evidence that is already in

25   front of the jury.  What is it?

1          MR. EKELAND:  It is all of the Akemashite Omedetou

2    posts which are coming in over the hearsay objection as

3    basically the premise that it is the admission of a party

4    opponent.  We have got alleged co-conspirators coming in when

5    there is --

6          THE COURT:  Just to back up.  I haven't admitted

7    anything conditionally with respect to this witness.

8          MR. EKELAND:  I am not just talking about this

9    witness.  But now I am objecting to this, which the government

10   just offered conditionally.  And I am just noting, again, that

11   if the government wants to lay a foundation for exhibits, they

12   should call the witnesses in the proper order to do that.

13         THE COURT:  The problem with that is that you are

14   going to have ping-pong.  Because there are going to be some

15   things that she can testify to that he can't testify to and

16   back and forth.  And we could delay the trial and have him come

17   back again to testify after she testifies as to this.  But I

18   think to my mind the question is whether there is a substantial

19   reason to doubt this is going to be admitted.  If there is, I

20   see your point.  If it is just a matter of timing, that is --

21   and that there is no reason to think that she is not going to

22   be able to authenticate this, then I think it is not a very

23   efficient way to proceed and that is the reason that Courts

24   conditionally admit exhibits, to avoid that sort of ping-pong

25   and delay in trials.

1              MR. EKELAND:  We have noted our objection, Your

2      Honor.  And we hear the Court, but we note our objection for

3      the record.

4              THE COURT:  That is fine, but my objection had a

5      question in it.  My response had a question in it, which is

6      there some substantial reason to think that she is not going to

7      be able to authenticate this as the actual extraction?

8                  MR. EKELAND:  I won't know until I cross-examine her.

9                  THE COURT:  Right.  Objection denied.

10             (End of bench conference.)

11                 THE COURT:  I will admit 703 and it may be published

12     to the jury.

13                 (Whereupon, Exhibit No. 703 was admitted.)

14     BY MS. PELKER:

15     Q.   Mr. Scholl, can you explain generally what is shown here

16     in this extraction?

17     A.   These are records from Mr. Sterlingov's mycelium wallet,

18     his information including account names and the notes that

19     Mr. Sterlingov attached to certain transactions, as well as

20     other information including exchange rates that were used by

21     the mycelium wallet.

22     Q.   And this information matched what was displayed on the

23     phone itself?

24     A.   In many cases, I didn't review all of the things that were

25     displayed in this file on the phone.  But as far as accounts

1    and transactions yes, ma'am.

2    Q.   I am pulling down the screen for the jury for now.  And

3    directing your attention to Exhibit 705A through E, which are

4    not yet in evidence.

5         Mr. Scholl, do you recognize what is shown in Exhibits A

6    through E?

7    A.   Yes, ma'am, I do.

8    Q.   What is that generally?

9    A.   They appear to be images of Mr. Sterlingov's cell phone

10   showing information about the mycelium wallet.

11   Q.   Mr. Scholl, did you take these photographs?

12   A.   No, ma'am, I did not.

13   Q.   Were they provided to you by the case team?

14   A.   Yes, ma'am, they were.

15   Q.   Did they correspond to the records you reviewed and the

16   records retrieved from the phone?

17   A.   Yes, ma'am, they do.

18        MS. PELKER:  The government similarly seeks to admit

19   705A through E conditionally subject to Ms. Mazars' testimony.

20   She will testify she was there as the images were being taken

21   and assisted with taking the images.

22        THE COURT:  Any objection?

23        MR. EKELAND:  Same as before.

24        THE COURT:  Exhibits 705A through E are conditionally

25   admitted.

1        (Whereupon, Exhibit No. 705A - 705E were admitted.)

2   BY MS. PELKER:

3   Q.   Mr. Scholl, directing your attention to the first image at

4   705A.  Can you explain what is shown here?

5   A.   Yes, ma'am.  This is a photograph of Mr. Sterlingov's

6   mycelium wallet application on this phone.  It is showing the

7   first accounts listed on the device.

8   Q.   And can you just walk through the different accounts that

9   are listed here?  You don't have to read them off, but describe

10  generally what is shown on the screen?

11  A.   Accounts 1 through 8.  And some of them have names that

12  Mr. Sterlingov would have added to those accounts.  For

13  example, you see account 1, 2, 3, 4, 5 and 6, instead of -- my

14  arrow has gone away.  Instead of account 6, it says the Chad

15  account.  And it is misspelled.

16  Q.   If we could go now to Exhibit 705B.  Can you explain what

17  is shown here?

18  A.   I apologize, ma'am.  I can't clear my screen.

19  Q.   I might be able to.

20  A.   The touch screen appears to have failed.

21  Q.   Why don't we talk through it.  And can see if we can get

22  that --

23  A.   Okay.

24  Q.   Can you explain what is shown here on the screen?

25  A.   These are remaining accounts, so the first image was

1    showing accounts 1 through 8.  And this image is showing

2    accounts 9 through 16.

3    Q.   And going to image C, what is the total noted down on the

4    bottom?

5    A.   The total at the bottom shows, $546,510.91 USD.

6    Q.   Where was most of that -- what subaccount was most of that

7    held in?

8    A.   Most of the funds were held in account 15, Straight out of

9    mint.

10   Q.   You can't point to it on the screen, but can you describe

11   where that is noted and read off the information about the

12   number of private keys and the Bitcoin balance?

13   A.   Yes, ma'am.  Again, we are at the bottom of the image

14   here.  It says account 15 Straight outta mint contains 108

15   private keys, 9.11915903 BTC.

16   Q.   And in addition to looking at the balances, did you

17   analyze the wallet to learn more about the addresses contained

18   in it and the transaction history?

19   A.   Yes, ma'am, I did.

20   Q.   How did you do that?

21   A.   I received a seed phrase or a pneumonic word list to

22   reconstruct this wallet offline.

23   Q.   And what did that then allow you to do?

24   A.   It allowed me to view all of the addresses contained in

25   each of those accounts and their private keys.  And with that

1   information, I reviewed those addresses using public block

2   explorers and Chainalysis Reactor.

3   Q.    Showing you Exhibit 706, which is not yet in evidence.

4          THE COURTROOM DEPUTY:   What exhibit number?

5          MS. PELKER:   706.   We just need to pull down the

6   screen for the jury.

7          Thank you, Ms. Walker.

8   BY MS. PELKER:

9   Q.    It looks like I can't clear off of your screen, either.

10         Mr. Scholl, do you recognize this spreadsheet?

11  A.    Yes, ma'am, I do.

12  Q.    What is it?

13  A.    It is a workbook that I created while analyzing the

14  mycelium wallet.   It shows information about the Bitcoin

15  addresses contained in the mycelium wallet and which accounts

16  they belonged to and in later sheets, the derivation paths or

17  how these addresses were created by the wallet.

18  Q.    Does Exhibit 706 accurately reflect the information that

19  you compiled regarding the addresses in the mycelium wallet?

20  A.    Yes, ma'am, it does.

21         MS. PELKER:   Government moves to admit Exhibit 706.

22         THE COURT:   Any objection?

23         MR. EKELAND:   Just hearsay.

24         THE COURT:   Exhibit 706 is admitted and may be

25  published to the jury.

1          (Whereupon, Exhibit No. 706 was admitted.)

2     BY MS. PELKER:

3     Q.   Mr. Scholl, can you explain the setup of this exhibit with

4     the different tabs along the bottom?

5     A.   Yes, ma'am.  The first tab is all used addresses.  So the

6     way this technology works, you can generate an infinite number

7     of Bitcoin addresses with that seed phrase.  So I generated, I

8     believe, 200 for each possible derivation path used by the

9     mycelium wallet and then checked how many of the addresses were

10    used.  So the first tab is just a list of all used addresses.

11    It also indicates what account on the mycelium wallet that

12    address belonged to and whether or not it was an address to use

13    to receive funds externally or if it was a change address for

14    that account.

15          And then on each of the subsequent account tabs -- if you

16    wouldn't mind clicking to count 1 -- I have listed each of the

17    addresses that were generated using the seed phrase.  And I

18    have highlighted in green the addresses that were used by

19    Mr. Sterlingov.  And you can see next to them their derivation

20    path.  That is just information about how the wallet calculated

21    the addresses using that seed phrase.

22    Q.   Can we click through to show along the bottom -- we don't

23    need to click through each of the tabs, just click over to show

24    the full span of tabs, if possible.  And then click over to

25    account 15.

1        And, Mr. Scholl, did you use this information to look at

2   the past history for the transactions going into and out of the

3   defendant's mycelium wallet?

4   A.   Yes, ma'am.

5   Q.   What did you see?

6   A.   For this account 15 specifically?

7   Q.   Overall, just for the full wallet.

8   A.   I saw many of these accounts were receiving funds directly

9   from Bitcoin Fog, not all of them.  And these funds, these

10  transactions, create long peel chains as discussed in my

11  previous analysis in this case and confirmed that work,

12  assessing that those peel chains belong to the same wallet.  I

13  did that analysis before I had the seed phrase and was able to

14  confirm that analysis was correct.  Generally that is what I

15  found.

16  Q.   Did you look at transactions into account 15, which was

17  named Straight out of Mint?

18  A.   Yes, ma'am, I did.

19  Q.   It if we could pull up Exhibit 360, which is not yet in

20  evidence.  Can you describe this spreadsheet including both

21  tabs generally?

22  A.   Yes, ma'am.  The first tab is the funding transaction for

23  account 15, Straight out of Mint.  The second tab is for the

24  account that was named BitDials only, that was a withdrawal

25  from the BitDials account of interest.

DIRECT EXAMINATION OF LUKE SCHOLL

1   Q.   We'll talk about the BitDials account in a minute.  But

2   overall, is this exhibit with both of its tabs an accurate

3   reflection of the information that you looked up regarding

4   these transactions?

5   A.   Yes, ma'am, it is.

6           MS. PELKER:  Government moves to admit Exhibit 360.

7           THE COURT:  Any objection?

8           MR. EKELAND:  Hearsay.

9           THE COURT:  Exhibit 360 is admitted and may be

10  published to the jury.

11          (Whereupon, Exhibit No. 360 was admitted.)

12  BY MS. PELKER:

13  Q.   Mr. Scholl, can you explain what is shown here in the

14  account 15, Straight out of Mint, tab?

15  A.   Yes, ma'am.  What is shown here is the only payment

16  into -- correction.  The initial payment into account 15,

17  Straight out of Mint on Mr. Sterlingov's mycelium wallet, there

18  is a transaction hash, the address that was generated by

19  Mr. Sterlingov's seed phrase that belonged to Mr. Sterlingov's

20  mycelium wallet --

21  Q.   Why don't we break this down.  Did you look at the funding

22  source for the account 15, Straight out of Mint?

23  A.   Yes, ma'am, I did.

24  Q.   Remind the jury, what was -- when we were looking at the

25  photos of the phone, what was the significance of account 15,

DIRECT EXAMINATION OF LUKE SCHOLL

1    Straight out of Mint?

2    A.    Account 15, held the majority of the balance that was in

3    the mycelium wallet at the time of Mr. Sterlingov's arrest.

4    Q.    And looking at the transactions into that wallet, were you

5    able to determine where the funds -- identify the transaction

6    that had funded the account?

7    A.    Yes, ma'am I was.

8    Q.    And that is what is shown on the screen here?

9    A.    Yes, ma'am, it is.

10   Q.    Can you walk us through this transaction slowly for the

11   court reporter?

12   A.    There is a transaction hash beginning with 97BAEE.

13   Mr. Sterlingov's mycelium wallet receiving address, the address

14   beginning with 3HRBCB.

15   Q.    And is that one of the addresses that you found that was

16   in the spreadsheet we just looked at with the list of all of

17   the addresses in the account?

18   A.    Yes, ma'am, it is.

19   Q.    And you can continue explaining what money you saw going

20   into that address?

21   A.    The amount received going into this transaction by

22   Mr. Sterlingov was 29.44819244 Bitcoin, the approximate US

23   dollar value of that transaction at the time of the

24   transaction, was $280,544.09.  And that transaction occurred on

25   June 17th, 2020.

DIRECT EXAMINATION OF LUKE SCHOLL

1    Q.    Were you able to look at this transaction on the

2    blockchain?

3    A.    Yes, ma'am, I was.

4    Q.    And in doing so, were you able to tell where the money in

5    the Straight out of Mint account had come straight out of?

6    A.    Yes, ma'am.  The funds came straight out of the Bitcoin

7    Fog cluster.

8    Q.    What was the source of the funds going into

9    Mr. Sterlingov's mycelium wallet in this deposit of nearly

10   $300,000?

11   A.    The source of funds was Bitcoin Fog.

12   Q.    Were you also able to see the transactions where the

13   defendant spent funds from his mycelium wallet?

14   A.    Yes, ma'am, I was.

15   Q.    Turning your attention back to 705B, the photograph.

16        And can you actually read the name of the account four

17   lines up?

18   A.    Four lines up, "Burned, do not use 1."

19   Q.    And two above that?

20   A.    "Local cash trading."

21   Q.    And directing your attention to the account below, Burned,

22   do not use 1 --

23   A.    Yes, ma'am.

24   Q.    Could you read the name of the account between, Burned, do

25   not use 1 and account 15, Straight out of Mint?

1   A.   Yes, ma'am.  The account nickname is BitDials only.

2   Q.   And what was the balance of that BitDials account when

3   Mr. Sterlingov was arrested?

4   A.   The balance was 0.48604698 Bitcoin.

5   Q.   What is BitDials?

6   A.   BitDials is a site for purchasing luxury goods with

7   Bitcoin.

8   Q.   Showing you Exhibit 708A and 708B, which are not yet in

9   evidence.  Do you recognize these?

10   A.   Yes, ma'am, I do.

11   Q.   And what are they?

12   A.   They are screenshots from the BitDials website.

13   Q.   Do they fairly and accurately depict the materials shown

14   on the BitDials website?

15   A.   Yes, ma'am, they do.

16        MS. PELKER:  Government moves to admit 708A and 708B.

17        THE COURT:  Any objection?

18        MR. EKELAND:  Yes, Your Honor, 401 and 403.

19        MS. PELKER:  Your Honor, this is then going to

20   substantiate what Mr. Scholl sees in the transaction

21   information description of what this transaction he traces is

22   used for.

23        THE COURT:  I will allow it.

24        So Exhibit 708A and 708B are admitted and may be

25   published to the jury.

1       (Whereupon, Exhibit No. 708A, 708B were admitted.)

2   BY MS. PELKER:

3   Q.   Mr. Scholl, directing your attention to 708A and if we can

4   zoom out a little bit.  Can you explain what is shown here?

5   A.   Yes, ma'am.  This is a screenshot of my computer accessing

6   the www.bitdials.eu website.

7   Q.   What things are sold on BitDials?

8   A.   Luxury watches, like Rolexes, very expensive alcohol, aged

9   scotch --

10  Q.   Turning your attention to --

11  A.   -- private chartered aircraft and cars.

12  Q.   Turning your attention to Exhibit 708B.  Can you describe

13  what is shown here?

14  A.   Yes, ma'am.  This is another image on the home page of

15  bitdials.eu.  You can see there are four images that were

16  scrolling.  This is just another capture of the image on the

17  home page.

18  Q.   If we could zoom in a bit.  Can you read what is shown

19  there starting with cars?

20  A.   Yes, ma'am.  It says, "Cars, buy your Tesla with crypto."

21  Q.   If we could return to Exhibit 703.  And scrolling down to

22  row 52.  Can you explain what is shown there?

23  A.   What is shown there is the name of the account and the

24  account list, BitDials only.

25  Q.   Can you explain what is shown down in row 54 and first

1    remind the jury where the spreadsheet came from or what the

2    spreadsheet is?

3    A.    This spreadsheet is a key values store information used by

4    Mr. Sterlingov's mycelium wallet, so it contains information

5    about the account names.  And it contains notes that he would

6    have attached to these transactions.

7    Q.    And in row 54, what is shown there?

8    A.    In column A, on all of the way on the left, that is a

9    Bitcoin transaction hash or transaction ID.

10   Q.    And what --

11   A.    Then in column C, there is information -- that is a note

12   that Mr. Sterlingov attached to this transaction.

13   Q.    And if we can click on the text in column C so that you

14   can read the full text.  If we can expand the formula bar or --

15   A.    I think it was all there.  It says, "Vehicle

16   specifications color, deep blue metallic" and there is a Euro

17   symbol, "condition, new vehicle, 0 to 100 kilometers per hour,

18   2.8s."

19   Q.    And scrolling back over to the left, did you review the

20   transaction that is shown in row 54?

21   A.    Yes, ma'am, I did.

22   Q.    And directing your attention back to Exhibit 360 and now

23   going to tab 2.  What is shown here?

24   A.    This is that transaction, ma'am.

25   Q.    And can you walk us across slowly what is shown on this

DIRECT EXAMINATION OF LUKE SCHOLL

1    spreadsheet.

2    A.    The first thing is the transaction hash or transaction ID.

3    Then the address that the mycelium wallet paid to.  The address

4    begins with 3GYZ5A, the amount that was sent from the mycelium

5    wallet was 16.27574274 Bitcoin.

6    Q.    How much was that worth in US dollars?

7    A.    Approximately 151,000 US dollars.

8    Q.    What was the date of the transaction?

9    A.    The date was 6/20/2020.

10   Q.    If we could pull up Exhibit 436, which is already in

11   evidence.  Just scroll down to show the last line of this --

12   the second to last line.

13        Do you know what Roman Sterlingov purchased in June of

14   2020?

15   A.    Yes, ma'am.

16   Q.    What was that?

17   A.    A Tesla Model X.

18   Q.    We can go ahead and pull these down.

19        Mr. Scholl, did you also review records of

20   Mr. Sterlingov's accounts at numerous virtual currency

21   exchanges?

22   A.    Yes, ma'am, I did.

23   Q.    Did you do source of funds analysis for Mr. Sterlingov's

24   accounts?

25   A.    Yes, ma'am, I did.

DIRECT EXAMINATION OF LUKE SCHOLL

1    Q.    Can you explain what source of funds analysis is?

2    A.    I looked at the deposits to Mr. Sterlingov's accounts and

3    traced funds backward on the Bitcoin blockchain to determine

4    where those funds came from.

5    Q.    And is source of funds analysis something that you do

6    frequently for other cases?

7    A.    Yes, ma'am.

8    Q.    Generally speaking, what was a substantial source of funds

9    deposited into Mr. Sterlingov's accounts?

10   A.    Bitcoin Fog was a substantial source of the funds.

11   Q.    Does that include instances where the funds were

12   transferred directly to the defendant's accounts?

13   A.    Yes, ma'am.  In many cases, funds transferred directly

14   from Bitcoin Fog into Mr. Sterlingov's accounts.

15   Q.    In other cases were they sent through a series of

16   addresses before being deposited?

17   A.    Yes, ma'am, that is correct.

18   Q.    And can you describe the difference there between a direct

19   transfer and indirect transfer?

20   A.    Yes, ma'am.  So a direct transfer very simply is an

21   address that belonged to the Bitcoin Fog cluster sending funds

22   to a deposit address at one of Mr. Sterlingov's accounts.  And

23   an indirect transfer meaning there are at least one

24   intermediary address, so funds withdrawn from Bitcoin Fog to an

25   address and then, subsequently, could be even multiple hops

DIRECT EXAMINATION OF LUKE SCHOLL

1    deposited to Mr. Sterlingov's accounts.

2    Q.   And what frequently would -- in general, why would a

3    transaction be indirect from one service to another?

4    A.   Because the user withdrew funds to a private wallet and

5    then transferred from that private wallet into a different

6    account, in general.

7    Q.   Did you prepare a series of charts summarizing your

8    findings for source of funds analysis for Mr. Sterlingov's

9    accounts?

10   A.   Yes, ma'am, I did.

11   Q.   Showing you Exhibit 356, which is not yet in evidence.

12        Do you recognize this?

13   A.   Yes, ma'am, I do.

14   Q.   And what is it?

15   A.   This is a summary of the funds into Mr. Sterlingov's

16   accounts that I created.

17   Q.   Does this fairly summarize the information from the

18   voluminous account records that you reviewed?

19   A.   Yes, ma'am, it does.

20             MS. PELKER:  The government moves to admit 356.

21             THE COURT:  Any objection?

22             MR. EKELAND:  Yes.  Hearsay and 403.  And can we just

23   pick up the phone for one moment?

24             (Conference held at the bench.)

25             MR. EKELAND:  These summaries, Your Honor, I think

1    are unduly argumentative and I guess this is a 403 objection.

2    Because it is implying that, these are direct deposits from

3    Bitcoin Fog, when all of the evidence shows that Bitcoin Fog is

4    a mixer that you take Bitcoin and you pass it through.  And I

5    think the implication is that, you know, Mr. Sterlingov is

6    somehow just getting direct deposits from Bitcoin Fog and

7    not -- that this is where the source of funds is originating

8    from when it is not.

9               THE COURT:  Well, so, I mean, I think that strikes me

10   as the sort of thing that you clear up on cross.  If it is not

11   clear from the direct examination.  I think it is really sort

12   of your argument about the case and you are entitled to make

13   it.  I just think it is something that comes out in cross,

14   rather than limiting the government's ability to prove its

15   case.

16              MR. EKELAND:  Your Honor, these are misleading

17   summaries.  This isn't direct evidence.  The government is

18   offering this as a summary.  This is Mr. Scholl's work product

19   and this is being offered into evidence.  And it is going back

20   into the jury room.  It is going to mislead the jury, because

21   it is not accurate.  It contains several levels of hearsay and

22   it also contains Mr. Scholl's expert opinions.  So we object on

23   that ground.  It is not appropriate.  It is not direct evidence

24   of anything.  It is a summary chart that is argumentative.  It

25   is conclusory.  It has all sorts of opinions in it and it is

1    full of hearsay.

2            MS. PELKER:  These aren't hearsay.  They are business

3    records that Mr. Scholl reviewed and then summarized.  He then

4    did tracing and found that it came from Bitcoin Fog.  I

5    understand the defense is going to argue that the defendant was

6    a user, that is their defense.  We are saying that this money

7    came out of Bitcoin Fog into the accounts.

8            MR. EKELAND:  Your Honor, the government has admitted

9    they do not have the Bitcoin Fog ledgers, so there is no

10   question of any business records being involved there.  And so

11   if the government is going to say this is a direct deposit from

12   Bitcoin Fog and then argue business records they don't have,

13   there is no way they can verify this.  That is hearsay, saying

14   this is a direct deposit of Bitcoin Fog.  It doesn't have any

15   evidentiary basis and this is highly prejudicial hearsay and

16   opinion evidence being proffered to the jury as if it is some

17   sort of objective thing, which it is not.

18           THE COURT:  What are the business records that you

19   are relying on?

20           MS. PELKER:  This is LocalBitcoin business records.

21   Each slide is a different account that has been entered into

22   evidence and reviewed by Mr. Scholl.  That is what the business

23   records are.  And then the figures of how much came from

24   Bitcoin Fog directly and indirectly is from Mr. Scholl's expert

25   report and the work he did of looking at the source funds.

DIRECT EXAMINATION OF LUKE SCHOLL

1          MR. EKELAND:  Your Honor, I believe we stipulated the

2    expert reports weren't coming in.  There is valuations here for

3    Bitcoin accounts that I believe are being done in US dollars.

4    There is all sorts of -- I mean, there is all sorts of opinion

5    testimony here.  There is all sorts of speculation.  It is not

6    an accurate reflection of the Bitcoin amounts if they are

7    translating this into US dollars.  And the mere fact they are

8    saying it is a direct deposit from Bitcoin Fog is expert

9    opinion and not something that is in the record nor can the

10   government substantiate that because they don't have the server

11   logs or the ledgers.

12          MS. PELKER:  I honestly don't understand what the

13   defense's objection is at this point.  They are business

14   records.  Then Mr. Scholl summarized in his chart.  We are not

15   admitting his expert report, but we certainly didn't stipulate

16   his information and his expert report wouldn't be something he

17   would testify to.

18          THE COURT:  The objection is overruled.  You can make

19   use of the exhibit.

20          (End of bench conference.)

21          THE COURT:  Exhibit 356 is admitted and may be

22   published to the jury.

23          (Whereupon, Exhibit No. 356 was admitted.)

24   BY MS. PELKER:

25   Q.   Mr. Scholl, did you review the defendant's account records

DIRECT EXAMINATION OF LUKE SCHOLL

1    at LocalBitcoin?

2    A.    Yes, ma'am, I did.

3    Q.    What was LocalBitcoins?

4    A.    LocalBitcoin was a peer-to-peer exchange, a peer-to-peer

5    virtual currency exchange, Bitcoin exchange.

6    Q.    Can you explain in very simple terms what that means?

7    A.    In very simple terms it means users would go to

8    LocalBitcoin to post an offer for a trade of assets.  And other

9    users would contact them if they wanted to make one of those

10   trades.

11   Q.    And can you walk us through an example of how a trade on

12   LocalBitcoin would work?

13   A.    Yes, ma'am.  So one user posts an offer to trade dollars

14   for Bitcoin, like to purchase Bitcoin for dollars.  And another

15   user would review trades, the arrangement was favorable to both

16   of them, they would agree to make transfer.  There is an escrow

17   service involved and once the funds are sent, escrow is

18   released.

19   Q.    Turning to your review of the defendant's account records

20   at LocalBitcoins, what was the purpose of your review?

21   A.    The purpose of the review is to determine the source of

22   funds into Mr. Sterlingov's LocalBitcoins account.

23   Q.    And how did you set about conducting that review?

24   A.    I reviewed the LocalBitcoins records and I identified the

25   deposits and then traced those funds deposited to the account

1    backwards on the Bitcoin blockchain.

2    Q.    Showing you the slide or directing your attention to the

3    slide in front of you.  Is this a summary of the LocalBitcoin

4    account activity for the defendant's Gothencoin account?

5    A.    Yes, ma'am, it is.

6    Q.    Can you walk us through what was the date that account was

7    created?

8    A.    The creation date was 9/20/2012.

9    Q.    And how much money was deposited into the defendant's

10   LocalBitcoins account in total?

11   A.    The total Bitcoin were 260 Bitcoin.

12   Q.    What was the US dollars value of that Bitcoin at the time

13   they were deposited?

14   A.    The approximately US dollars value was 870,941.

15   Q.    Did you look at those deposits to determine where the

16   money had come from?

17   A.    Yes, ma'am, I did.

18   Q.    Could you walk us through and the next few lines of this

19   chart, what you found?

20   A.    I found that there were 9 deposits directly from the

21   Bitcoin Fog cluster and that those deposits totaled 64 Bitcoin

22   or approximately $629,923, that there were 29 indirect deposits

23   from Bitcoin Fog that totaled 35 Bitcoin or approximately

24   $44,000 -- $44,192.

25   Q.    And did you also look at transfers from Mr. Sterlingov's

1    other accounts which came up later in your review?

2    A.    Yes, ma'am, I did.

3    Q.    What did you find there?

4    A.    I found that there were five direct deposits from

5    Mr. Sterlingov's Bitcoin stamp account.  And those Bitcoins

6    totaled 16 Bitcoin or approximately $143,116 at the time of the

7    deposit.  And that there were two deposits from

8    Mr. Sterlingov's Binance account totaling 2 Bitcoin worth

9    approximately $12,568 at the times of the deposits.

10   Q.    So taken overall, what was the substantial source of

11   funding for the defendant's LocalBitcoin account as shown here?

12   A.    This substantial source of funding was Bitcoin Fog.

13   Q.    Did you review messages between the defendant and the

14   trading partner Propaganda or Tango cash?

15   A.    Yes, ma'am, I did.

16   Q.    Did Special Agent Rovensky testify to some of those

17   messages earlier this week?

18   A.    Yes, ma'am, he did.

19   Q.    Can you generally explain the defendant's dealings with

20   Propaganda?

21   A.    Generally, Mr. Sterlingov was selling Bitcoins to

22   Propaganda.

23   Q.    If we could pull up Exhibit 835.  Can you explain what is

24   shown here?

25   A.    Yes, ma'am.  This is an email from Mr. Sterlingov's

DIRECT EXAMINATION OF LUKE SCHOLL

1    heavydist@gmail.com account to at propaganda@rebelart.se.

2          I can spell, ma'am, that if that's helpful.

3    P-R-O-P-A-G-A-N-D-A at R-E-B-E-L-A-R-T dot S-E.

4                THE REPORTER:  Thank you.

5    BY MS. PELKER:

6    Q.   And can you explain what is occurring in this

7    communication with Propaganda and the defendant?

8    A.   Yes, ma'am.  This is a reply to an earlier email to

9    Propaganda.  In that email Propaganda sent a Bitcoin address

10   and wrote, "Address for later," with a typographical error.

11         And then Mr. Sterlingov is replying in this email.  It

12   says, "Cool, see you tonight."

13   Q.   Directing your attention now to Exhibit 845.  What is the

14   date on this email?

15   A.   The date is 25 March 2013.

16   Q.   And is this another communication -- series of exchanges

17   with Propaganda?

18   A.   Yes, ma'am, it is.

19   Q.   Can you explain what is shown here?

20   A.   Again, this is a reply from Mr. Sterlingov using the

21   heavydist@gmail.com account to Propaganda.  Earlier, Propaganda

22   had sent a message that just includes the Bitcoin address

23   beginning with 1CT9C.

24         And then Mr. Sterlingov is replying here saying, "Hi, man,

25   thanks for today, the lost BC seem to have returned to my insta

DIRECT EXAMINATION OF LUKE SCHOLL

1    now.  So all good."

2    Q.    What is meant by insta?

3    A.    I understand that --

4          MR. EKELAND:  Objection.

5          THE COURT:  Obviously, the witness doesn't personally

6    know what the drafter of the email used.  But you can answer

7    the question just to whether he has common understanding of how

8    he understands that word or phrase to be used, understanding

9    that is not the same thing as saying what the user had in the

10   user's head at that moment.

11         You can answer.

12         THE WITNESS:  I understand that to mean Instawallet,

13   ma'am.

14   BY MS. PELKER:

15   Q.    Can you explain what is happening in Exhibit 835 and 845

16   with the emails with Propaganda providing a Bitcoin address to

17   the defendant?

18   A.    Yes, ma'am.  So these are cash trades on Mr. Sterlingov's

19   LocalBitcoin account.  So he provides -- Propaganda provides a

20   Bitcoin address for Mr. Sterlingov to transfer Bitcoin to.

21   Q.    In addition to LocalBitcoin records, did you review other

22   records indicating Mr. Sterlingov was cashing out additional

23   Bitcoin through trades?

24   A.    Yes, ma'am, I did.

25   Q.    Did you review messages retrieved from the defendant's

DIRECT EXAMINATION OF LUKE SCHOLL                96

1  phone discussing OTC trading?

2  A.   Yes, ma'am, I did.

3  Q.   I would like to direct your attention to Exhibit 737A, B,

4  and C, which are not yet in evidence.

5       Are these chat messages that you reviewed from defendant's

6  phone?

7  A.   Yes, ma'am, they are.

8  Q.   Are these fair and accurate copies from files retrieved

9  from the devices?

10 A.   Yes, ma'am, they are.

11          MS. PELKER:  Government moves to admit 737A, B and C.

12          THE COURT:  Any objection?

13          MR. EKELAND:  Hearsay.  And did Mr. Scholl do the

14 extraction?

15          MS. PELKER:  To conditionally admit pending

16 Ms. Mazars' testimony.  Although, Ms. Mazars will testify to

17 the phones in the files.  The defense did stipulate to the --

18          MR. EKELAND:  Your Honor, can we get on the phone if

19 we are going to discuss other witness testimony?

20          (Conference held at the bench.)

21          THE COURT:  What is the issue?

22          MS. PELKER:  I just want to -- I just want to clarify

23 while Ms. Mazars will be testifying to the devices, the defense

24 did stipulate to the authenticity of the cell phone extraction.

25 So based on that, we don't have the person who did the original

DIRECT EXAMINATION OF LUKE SCHOLL

1    extraction coming in.  But that is based on the defense's

2    stipulation.

3              THE COURT:  Mr. Ekeland.

4              MR. EKELAND:  I am not going to quibble with that.  I

5    just honestly didn't recall that point, so I am not going to

6    argue with the government with on that.

7              THE COURT:  On hearsay, these are Mr. Sterlingov's

8    messages; is that right?

9              MS. PELKER:  That is right.  It is -- there are his

10   messages.  There are responses to that message.  We are using

11   this to note what Mr. Sterlingov was saying in the message.

12   Anything else is simply effect on the listener and showing the

13   completeness of the message thread.

14             THE COURT:  All right.

15             MR. EKELAND:  We keep our hearsay objection in terms

16   of that.  Not in terms of Mr. Sterlingov, obviously, that is an

17   admission of a party opponent.  But the other statements from

18   the other people are all hearsay statements.

19             THE COURT:  Well, if there is anything in there that

20   is not necessary for understanding what Mr. Sterlingov was

21   saying or is being offered for the truth of the matter

22   asserted, I will let you all confer about that before this

23   exhibit goes back to the jury.

24             I take it the government is not using it for that

25   purpose now.  If there is something else in there that should

1    be redacted before it goes back to the jury, you can do so.

2    And if you have a dispute, you can bring it to me.  Okay.

3              MS. PELKER:  Yes, Your Honor.

4              (End of bench conference.)

5              THE COURT:  Exhibits 737A, B and C are admitted and

6    may be published to the jury.

7              (Whereupon, Exhibit No. 737A, B, C were admitted.)

8    BY MS. PELKER:

9    Q.    If we could publish Exhibit 737A.

10         Mr. Scholl, generally what do these chats involve?

11   A.    These chats involve Mr. Sterlingov selling Bitcoin.

12   Q.    Can you read the first line of the -- explain what is

13   shown in the top message and read the body of the message?

14   A.    So this is a Telegram message between John Hugo and Max --

15   from the owner, Max.  The body says, "Hi.  I would to like

16   exchange some BTC to Zelle."

17   Q.    What is your understanding of who Max is in this?

18   A.    My understanding is that is Mr. Sterlingov.

19   Q.    And can you read that text of the message again?

20   A.    Yes, ma'am.  "Hi.  I would like to exchange some BTC to

21   Zelle."

22   Q.    Can you explain what is happening here?

23   A.    Yes, ma'am.  He is looking to sell Bitcoin.

24   Q.    And is this the same -- is this consistent with the other

25   chats in 737B and C retrieved from the defendant's phone?

DIRECT EXAMINATION OF LUKE SCHOLL

1    A.    Yes, ma'am, they are.

2    Q.    Returning now to Exhibit 356 and moving to slide 2.  Did

3    you also review records from the defendant's account at the

4    virtual currency exchange Kraken?

5    A.    Yes, ma'am, I did.

6    Q.    What is Kraken?

7    A.    Kraken is a cryptocurrency exchange located in the United

8    States.

9    Q.    Did the records that you reviewed from Kraken include both

10   a personal account and a business account?

11   A.    Yes, ma'am, they did.

12   Q.    And is what is in front of you a summary of the personal

13   account?

14   A.    That is correct, ma'am.

15   Q.    When was this account opened?

16   A.    The creation in this account was 3/18/2014.

17   Q.    How much money did the defendant's personal Kraken account

18   receive?

19   A.    Bitcoin deposits totaled 111 Bitcoin valued at

20   approximately $418,394.

21   Q.    And did you determine where the money going into the

22   defendant's personal Kraken account came from?

23   A.    Yes, ma'am, I did.

24   Q.    Can you explain what is shown here on the screen?

25   A.    Yes, ma'am, there were four direct deposits from

1    Mr. Sterlingov's LocalBitcoins account into this Kraken

2    account, total 16 Bitcoin valued at approximately $164,885 at

3    the time of the deposits.

4         And there were 16 indirect deposits from Bitcoin Fog.

5    Those deposits totaled 84 Bitcoin, valued at approximately

6    $247,396 at the times of the deposits.

7    Q.   Is the LocalBitcoins account, the LocalBitcoins account

8    that we just looked at on the previous slide?

9    A.   Yes, ma'am, it is.

10   Q.   Can you remind the jury what the primary source of funding

11   for that account was?

12   A.   The primary source of funding was Bitcoin Fog.

13   Q.   So looking at this with both the LocalBitcoin -- the

14   deposits from LocalBitcoins and from Bitcoin Fog, what was the

15   primary source of funding for Mr. Sterlingov's personal Kraken

16   account?

17   A.   The primary source of funding for Mr. Sterlingov's

18   personal Kraken account was Bitcoin Fog.

19   Q.   Did the defendant -- now is what is showing on the screen

20   here the value of the Bitcoin deposited into Mr. Sterlingov's

21   accounts, to be clear?

22   A.   Yes, ma'am.  To be clear, those are values calculated

23   based on the value of Bitcoin at the time of each individual

24   deposit.

25   Q.   Did the defendant then convert Bitcoin to any other assets

DIRECT EXAMINATION OF LUKE SCHOLL                101

1    within the Kraken account?

2    A.    Yes, ma'am, he did.

3    Q.    And what was the approximate balance of the defendant's

4    Kraken account at the time of his arrest in 2021?

5    A.    I believe it was approximately $800,000.

6    Q.    Could you repeat that again?

7    A.    I believe it was approximately $800,000.

8    Q.    Was that a mix of US dollars and cryptocurrency assets?

9    A.    Yes, ma'am, it was.

10   Q.    And was that money seized by the government?

11   A.    Yes, ma'am, it was.

12   Q.    We could now turn to the next slide, slide 3.  Did you

13   also review the defendant's business account and the name To

14   the Moon?

15   A.    Yes, ma'am, I did.

16   Q.    Could you explain what To the Moon means?

17   A.    It is a common phrase used in cryptocurrency lingo meaning

18   that the value of an asset is going to go very high, going to

19   go to the moon.

20   Q.    When was this account opened?

21   A.    The account creation date was 3/16/2015.

22   Q.    How much money did the defendant's business Kraken account

23   receive?

24   A.    In total, 14 Bitcoin deposited, totaling $13,158,

25   approximately.

DIRECT EXAMINATION OF LUKE SCHOLL

1   Q.    Did you analyze the source of funds for the Kraken

2   business account for To the Moon?

3   A.    Yes, ma'am, I did.

4   Q.    What did you find?

5   A.    I found one direct deposit from Mr. Sterlingov

6   LocalBitcoin account in the amount of .57 Bitcoin valued at

7   approximately $946.

8   Q.    Remind me, what was the primary source of funds for the

9   account?

10  A.    The primary source of funds was Bitcoin Fog.

11  Q.    Did you also see deposits into the Kraken account trace to

12  Bitcoin in addition to those LocalBitcoin transactions?

13          MR. EKELAND:  Objection, leading.

14          THE WITNESS:  Yes, I did.

15          THE COURT:  Sustained.

16          You can rephrase.

17  BY MS. PELKER:

18  Q.    Can you explain what is shown in the next two lines of the

19  chart?

20  A.    Yes, ma'am, I can.  I identified six indirect deposits to

21  Mr. Sterlingov's To the Moon LTD account which came from

22  Bitcoin Fog indirectly.  And the Bitcoin in those indicate

23  deposits totaled 11 Bitcoin, valued at approximately $7,871 at

24  the time of deposit.

25  Q.    Turning now to the next slide.  Did you also review

1    records for the defendant's Mt. Gox account?

2    A.   Yes, ma'am, I did.

3    Q.   And have you seen this account previously on your charts?

4    A.   Yes, ma'am, we have.

5    Q.   Can you explain what is shown here?

6    A.   Yes, ma'am.  The account was created on 9/29/2011.  There

7    were a total of 26 Bitcoin deposits totaling 1,636 Bitcoin

8    valued at approximately $122,181 at times of deposit.

9    Q.   To be clear, these are the Bitcoin deposits specifically?

10   A.   Yes, ma'am.

11   Q.   And were you able to determine what the source of funds

12   for the Bitcoin deposits into Mr. Sterlingov's Mt. Gox account

13   were?

14   A.   Yes, ma'am, I was.

15   Q.   Can you explain that?

16   A.   There were 15 deposits that came directly from the Bitcoin

17   Fog cluster.  Those Bitcoin totaled 700 Bitcoin valued at

18   approximately $63,301 at times of deposit.  Additionally there

19   were two deposits directly from Mr. Sterlingov's LocalBitcoins

20   account totaling 40 Bitcoin, valued at $4,935 at times of

21   deposit.

22   Q.   Moving to the next slide, slide 5.  Did you also review

23   records for the defendant's account at the virtual currency

24   account Poloniex?

25   A.   Yes, ma'am, I did.

DIRECT EXAMINATION OF LUKE SCHOLL

1   Q.   How would you characterize the activity in the Poloniex

2   account?

3   A.   There was only one Bitcoin deposit.

4   Q.   What was the source of that one Bitcoin deposit?

5   A.   The deposit came indirectly from the Bitcoin Fog cluster.

6   Q.   Moving to the next slide.  Did you review records for the

7   defendant's account at the virtual currency exchange Binance?

8   A.   Yes, ma'am, I did.

9   Q.   When was that account opened?

10  A.   The account was created on 1/29/2018.

11  Q.   Where did the money from the Binance account come from?

12  A.   It came from Mr. Sterlingov's LocalBitcoin account.

13  Q.   And remind the jury where --

14          MR. EKELAND:  Objection.  This is cumulative.

15          THE COURT:  Overruled.

16  BY MS. PELKER:

17  Q.   Where did the money from that LocalBitcoin account come

18  from?

19  A.   The substantial source of funds in the LocalBitcoins

20  account was Bitcoin Fog.

21  Q.   Going to the next slide of slide 7.

22          Did you also review records from the defendant's account

23  at the virtual currency exchange Bitfinex?

24  A.   Yes, ma'am, I did.

25  Q.   When was that account opened?

1   A.   I note the first log-in occurred on 4/5/2016.

2   Q.   And what was the source of funds for that account?

3   A.   This source of funds was Mr. Sterlingov's LocalBitcoin

4   account.

5   Q.   What was the total deposit into the account?

6   A.   The total deposited was 3.84 Bitcoin, valued $26,172 at

7   times of deposit.

8   Q.   And, again, where did most of the money from the

9   LocalBitcoins account come from?

10   A.   It came from Bitcoin Fog.

11   Q.   So what was ultimately the source of funds into this

12   Bitfinex account?

13   A.   Largely Bitcoin Fog.

14   Q.   Moving now to the next slide.  Did you review records for

15   the defendant's account at the virtual currency exchange

16   Bitstamp?

17   A.   Yes, ma'am, I did.

18   Q.   How much money in total -- first, when was this account

19   created?

20   A.   I believe it is 4/3/2013, but my arrow that is stuck on

21   the screen is covering that.

22   Q.   We'll try and fix that during lunch?

23   A.   I think 4/3/2013.

24   Q.   How much Bitcoin in total was deposited into the

25   defendant's Bitstamp account?

1    A.    Total Bitcoin deposited, 715 Bitcoin valued at

2    approximately $125,180 at times of deposit.

3    Q.    And how many deposits was that spread across?

4    A.    Twenty-six deposits total.

5    Q.    And what portion of that came directly from Bitcoin Fog?

6    A.    Approximately 623 Bitcoin valued at approximately $102,037

7    in 18 deposits.

8    Q.    Was there additional Bitcoin that also came indirectly

9    from Bitcoin Fog?

10   A.    Yes, ma'am, there were.

11   Q.    How much was that?

12   A.    Approximately 51 Bitcoin, valued at approximately $17,308.

13   Q.    Was there also funds transferred into Mr. Sterlingov's

14   Bitcoin stamp accounts from another account controlled by

15   Mr. Sterlingov?

16   A.    Yes, ma'am.  There were two deposits directly from

17   Mr. Sterlingov's Mt. Gox account.  Those deposits totaled 40

18   Bitcoin valued at approximately $5,372 at times of deposit.

19   Q.    And remind the jury what was the source of the Bitcoin

20   deposits into Mr. Sterlingov's Mt. Gox account?

21   A.    The substantial source of funds was Bitcoin Fog.

22   Q.    So overall, what is the main source of funds for

23   Mr. Sterlingov's Bitstamp account?

24   A.    Bitcoin Fog, ma'am.

25          MS. PELKER:  And, Your Honor, this would be a good

1   time to break if that works.  The next section is maybe 15

2   minutes or so.

3            THE COURT:  Why don't we go ahead and break for lunch

4   now.  It is almost 12:25.  Why don't we come back at 1:30.

5            And I will remind you, please don't discuss the case

6   even amongst yourselves.  Don't conduct any research and steer

7   clear of anyone involved with the case so you don't overhear

8   anything in the hallway.  Have a nice lunch.

9            (Jury out at 12:22 p.m.)

10            THE COURT:  All right.  Anything before the lunch

11   break?

12            MS. PELKER:  We wanted to check in on the Court's

13   plans for tomorrow.

14            THE COURT:  I think we should sit tomorrow starting

15   at 10:00, as Mr. Ekeland requested, and then just going until

16   lunchtime.

17            MS. PELKER:  Would 9:30 be okay?  Just so we can try

18   and get in a full witness in that block of time just to --

19            THE COURT:  So I am happy --

20            MS. PELKER:  10:00 is fine.

21            THE COURT:  I am happy to try for 9:30.  I have a

22   hearing in another matter that starts at 9:00.  If I am done by

23   9:30, we can get going then.

24            I guess the question is what we should tell the jury.

25            Why don't we tell the jury 10:00, because I think

1    that is what the deputy clerk has already asked them about.  So

2    rather than upset their expectations, why don't we leave it at

3    10:00.

4              MS. PELKER:  Thank you, Your Honor.

5              THE COURT:  Okay.

6              MR. EKELAND:  Nothing further.

7              THE COURT:  Thank you.

8              (Recess taken at 12:24 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3            I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                        Dated this 23rd day of February, 2024.

11

12                        _____
                          Sherry Lindsay, RPR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

BY MS. PELKER: **[36]**   8/5 11/24
17/6 19/22 23/18 26/25 27/18 29/3
32/8 33/8 38/11 40/25 42/24 50/20
52/14 54/19 56/14 58/16 60/6 62/2
65/12 66/5 66/17 67/15 72/14 74/2
76/8 77/2 79/12 83/2 90/24 94/5
95/14 98/8 102/17 104/16
**MR. EKELAND: [57]**   4/13 4/17 4/22
5/23 6/4 6/15 7/10 11/20 16/23
17/1 19/18 23/14 26/19 27/12
31/22 32/2 42/18 50/13 50/16
51/13 51/15 51/18 51/22 52/2 52/5
56/4 59/10 59/12 59/14 59/23 60/3
61/23 66/13 67/10 70/3 70/11 71/1
71/8 72/1 72/8 73/23 76/23 79/8
82/18 87/22 87/25 88/16 89/8 90/1
95/4 96/13 96/18 97/4 97/15
102/13 104/14 108/6
**MS. PELKER: [53]**   4/3 4/9 5/13
6/1 7/21 7/24 8/2 11/18 16/24
19/16 23/12 26/20 26/23 27/9
31/19 38/10 40/21 42/12 50/10
50/15 51/17 52/7 55/5 56/2 56/5
56/13 58/13 61/21 65/11 66/11
67/11 69/25 70/5 73/18 76/5 76/21
79/6 82/16 82/19 87/20 89/2 89/20
90/12 96/11 96/15 96/22 97/9 98/3
106/25 107/12 107/17 107/20 108/4
**THE COURT: [91]**   4/2 4/12 4/16
4/20 5/11 5/22 5/24 6/3 6/5 6/10
6/12 7/2 7/13 7/22 8/1 11/19
11/22 17/3 19/17 19/19 23/13
23/15 27/11 27/13 29/2 31/21 32/5
40/24 42/17 42/19 50/12 50/17
51/14 51/19 51/24 52/4 52/6 52/9
54/17 55/8 55/16 56/3 56/6 56/8
56/11 59/11 59/19 59/25 60/5
61/22 61/24 66/12 66/14 67/12
70/9 70/22 71/6 71/13 72/4 72/9
72/11 73/22 73/24 76/22 76/24
79/7 79/9 82/17 82/23 87/21 88/9
89/18 90/18 90/21 95/5 96/12
96/21 97/3 97/7 97/14 97/19 98/5
102/15 104/15 107/3 107/10 107/14
107/19 107/21 108/5 108/7
**THE COURTROOM DEPUTY: [8]**   4/4
26/21 26/24 55/14 58/15 65/10
66/4 76/4
**THE DEFENDANT: [2]**   6/9 6/11
**THE REPORTER: [1]**   94/4
**THE WITNESS: [7]**   31/24 51/20
52/13 54/18 67/13 95/12 102/14

---

**$**

**$100 [5]**   9/10 9/13 10/1 20/8
20/16
**$102,037 [1]**   106/6
**$12,568 [1]**   93/9
**$122,181 [1]**   103/8
**$125,180 [1]**   106/2
**$13,158 [1]**   101/24
**$143,116 [1]**   93/6
**$164,885 [1]**   100/2
**$17,308 [1]**   106/12
**$247,396 [1]**   100/6
**$26 [2]**   9/9 20/21
**$26,172 [1]**   105/6
**$280,544.09 [1]**   80/24
**$300,000 [1]**   81/10
**$4,935 [1]**   103/20
**$418,394 [1]**   99/20
**$44,000 [1]**   92/24
**$44,192 [1]**   92/24
**$5,372 [1]**   106/18
**$500,000 [1]**   68/23
**$546,510.91 [1]**   75/5
**$629,923 [1]**   92/22
**$63,301 [1]**   103/18
**$7,871 [1]**   102/23
**$800,000 [2]**   101/5 101/7

---

**$946 [1]**   102/7

---

**.**

**.57 [1]**   102/6

---

**0**

**0.2 [2]**   32/17 32/20
**0.48604698 [1]**   82/4
**07:21 [1]**   51/6
**07:28 [1]**   51/7
**0EA25 [4]**   14/8 14/14 14/21 17/9

---

**1**

**1,636 [1]**   103/7
**1/29/2018 [1]**   104/10
**10 [10]**   36/2 43/18 43/19 44/6
44/7 44/8 44/13 44/22 45/14 68/20
**10/19 [1]**   37/20
**10/22/2011 [1]**   28/20
**10/3/2011 [1]**   8/23
**10/4/2012 [1]**   62/5
**10/8/2011 [5]**   9/8 9/19 9/22 10/1
10/15
**10/9 [2]**   37/18 37/19
**10/9/2011 [2]**   14/20 15/6
**100 [2]**   8/13 84/17
**10005 [1]**   2/4
**108 [1]**   75/14
**10:00 [4]**   107/15 107/20 107/25
108/3
**10:08 [1]**   36/1
**10:42 [1]**   55/15
**10:44 [1]**   56/7
**10th [2]**   43/18 43/19
**11 [2]**   3/7 102/23
**11/24/2011 [3]**   9/8 20/21 21/9
**11/26/2011 [1]**   31/6
**11/27/2011 [2]**   29/16 29/22
**11/28 [2]**   37/22 37/23
**11/28/2011 [4]**   31/6 34/22 35/1
35/19
**11/29/2011 [1]**   36/4
**111 [1]**   99/19
**11:00 [2]**   55/10 55/11
**11:08 [1]**   56/10
**11th [2]**   58/5 58/21
**12 [4]**   10/6 35/18 35/19 66/21
**127.4 [1]**   18/18
**12:22 [1]**   107/9
**12:24 [1]**   108/8
**12:25 [1]**   107/4
**12MDV [1]**   28/21
**12MDVJ [1]**   28/23
**12MDVJ4 [2]**   28/17 29/17
**12NSB [1]**   47/6
**13 [2]**   36/3 36/4
**130 [1]**   23/23
**1301 [1]**   1/20
**132.08 [1]**   22/20
**133 [1]**   26/2
**14 [4]**   19/4 36/1 63/3 101/24
**14:31 [2]**   15/6 15/11
**14:48 [2]**   15/9 15/11
**14GBJPK [1]**   32/16
**15 [15]**   57/23 75/8 75/14 77/25
78/6 78/16 78/23 79/14 79/16
79/22 79/25 80/2 81/25 103/16
107/1
**151,000 [1]**   85/7
**16 [4]**   75/2 93/6 100/2 100/4
**16.27574274 [1]**   85/5
**16MT7V [3]**   36/6 36/18 36/21
**17 [2]**   10/6 15/12
**17th [1]**   80/25
**18 [3]**   10/9 10/11 106/7
**185728 [1]**   57/24
**18F [6]**   3/11 61/16 61/18 61/21
61/24 62/1
**19 [3]**   3/8 20/24 37/20
**19th [1]**   53/9
**1:30 [1]**   107/4

---

**1BbaVG [2]**   10/13 11/5
**1BbaVG2 [1]**   11/4
**1C7KW [3]**   32/18 34/2 34/14
**1C81MN [1]**   34/23
**1CRm [5]**   12/5 13/2 13/3 13/10
13/19
**1CRm23 [1]**   11/7
**1CT9C [1]**   94/23
**1FUNBC [1]**   61/14
**1JJFRE [1]**   32/17
**1KQT [1]**   40/20
**1KQT5 [1]**   21/17
**1KQT5R [2]**   21/8 21/16
**1LZVKK [2]**   21/19 21/24
**1PBS [1]**   13/19
**1PBSO [3]**   13/5 13/13 13/16
**1PFKQ [1]**   24/14
**1PFKQM [1]**   24/6
**1st [1]**   64/21
**1YZJKA [9]**   21/25 36/19 36/23
43/17 43/22 43/24 44/15 45/10
45/25

---

**2**

**2.8s [1]**   84/18
**20 [2]**   55/6 55/8
**200 [1]**   77/8
**20001 [1]**   2/9
**20005 [1]**   1/21
**2011 [35]**   8/23 9/8 9/8 9/19 9/22
10/1 10/15 13/7 13/11 14/13 14/20
15/6 20/13 20/21 20/25 21/9 22/6
22/9 23/23 24/7 26/13 27/25 28/1
28/20 29/16 29/22 31/6 31/6 34/22
35/1 35/19 36/4 37/8 56/21 103/6
**2012 [5]**   58/5 58/21 62/5 64/21
92/8
**2012/10/4 [1]**   60/14
**2013 [4]**   66/21 94/15 105/20
105/23
**2014 [1]**   99/16
**2015 [1]**   101/21
**2016 [1]**   105/1
**2018 [1]**   104/10
**2020 [3]**   80/25 85/9 85/14
**2021 [6]**   5/1 5/4 6/4 6/5 7/16
101/4
**2024 [2]**   1/5 109/10
**20530 [2]**   1/14 1/17
**20th [1]**   53/9
**21-399 [2]**   1/4 4/5
**22 [1]**   1/5
**23 [1]**   3/8
**23rd [1]**   109/10
**24 [1]**   60/18
**24.5 [2]**   9/1 9/1
**24th [3]**   20/13 20/25 54/10
**25 [1]**   94/15
**25.439 [2]**   13/12 14/20
**25.4395 [1]**   12/5
**25.44 [2]**   10/11 12/4
**25th [3]**   53/15 53/16 53/17
**26 [3]**   20/13 54/15 103/7
**260 [1]**   92/11
**27 [3]**   3/9 18/23 36/5
**27.4 [1]**   20/10
**27th [4]**   23/23 24/6 53/21 53/22
**28 [3]**   20/24 37/22 37/23
**28th [2]**   54/24 54/25
**29 [3]**   21/5 54/16 92/22
**29.44819244 [1]**   80/22
**29th [9]**   5/1 5/4 5/19 6/3 7/16
50/22 50/23 55/2 55/3
**2nd [2]**   51/10 51/11

---

**3**

**3.84 [1]**   105/6
**3/16/2015 [1]**   101/21
**3/18/2014 [1]**   99/16
**30 [2]**   2/3 21/5
**309 [5]**   3/9 31/10 31/20 32/6 32/7
**310 [5]**   3/7 11/8 11/18 11/21

**3**

310... [1]   11/22
313 [5]   38/8 38/16 39/5 40/2 40/2
314 [5]   19/1 19/16 21/13 40/15
  40/22
314A [3]   19/2 19/10 19/16
315 [9]   8/6 9/11 10/20 13/1 15/17
  38/9 40/2 40/15 41/1
315A [2]   38/16 39/3
316 [10]   3/8 22/23 23/7 23/9
  23/12 23/15 23/17 34/11 38/9 40/2
316A [7]   3/8 23/4 23/9 23/12
  23/15 23/17 38/15
317 [7]   3/10 42/1 42/3 42/15
  42/20 42/22 42/25
317B [8]   3/10 42/1 42/3 42/7
  42/15 42/20 42/22 45/19
317C [6]   3/10 42/6 42/16 42/20
  42/22 45/20
32 [1]   3/9
323 [1]   45/6
333 [1]   2/8
35 [1]   92/23
356 [6]   3/14 87/11 87/20 90/21
  90/23 99/2
356162 [1]   60/7
360 [6]   3/13 78/19 79/6 79/9
  79/11 84/22
370 [5]   3/10 50/2 50/10 50/17
  50/19
370A [5]   3/10 50/5 50/11 50/17
  50/19
399 [2]   1/4 4/5
3GYZ5A [1]   85/4
3HRBCB [1]   80/14
3rd [2]   52/16 52/17

**4**

4/3/2013 [2]   105/20 105/23
4/5/2016 [1]   105/1
40 [2]   103/20 106/17
401 [1]   82/18
403 [13]   3/8 8/19 19/18 19/19
  19/21 22/11 23/14 27/12 42/18
  55/19 82/18 87/22 88/1
403A [3]   3/8 19/19 19/21
404 [2]   55/20 55/22
405 [3]   9/15 15/1 36/24
407A [2]   9/23 40/11
408A [3]   13/8 34/19 37/14
409A [4]   14/15 15/7 35/17 39/8
42 [1]   3/10
436 [1]   85/10
438 [1]   64/11
47A [1]   20/18
4th [1]   22/13

**5**

5.1527 [1]   1/17
50 [1]   3/10
51 [1]   106/12
52 [1]   83/22
54 [3]   83/25 84/7 84/20

**6**

6/20/2020 [1]   85/9
60.41BTC [1]   29/17
60.7 [1]   34/23
60.8 [5]   29/23 31/5 31/9 32/18
  34/1
601 [1]   1/16
603 [1]   26/17
603C [6]   3/9 26/18 27/10 27/14
  27/16 27/19
603D [3]   29/4 29/20 30/22
603N [1]   28/4
61.0 [1]   32/16
61.699 [2]   35/2 35/20
62 [1]   3/11
623 [1]   106/6
64 [1]   92/21

**66**

66 [1]   3/11
6120quot [1]   3/4

**7**

7/13/2011 [3]   26/13 27/25 28/1
700 [1]   103/17
702 [1]   26/1
703 [5]   3/12 69/13 72/11 72/13
  83/21
705A [6]   3/12 73/3 73/19 73/24
  74/1 74/4
705B [2]   74/16 81/15
705E [2]   3/12 74/1
706 [7]   3/13 76/3 76/5 76/18
  76/21 76/24 77/1
708A [6]   3/14 82/8 82/16 82/24
  83/1 83/3
708B [6]   3/14 82/8 82/16 82/24
  83/1 83/12
715 [1]   106/1
71DB86 [1]   32/15
72 [1]   3/12
737A [6]   3/15 96/3 96/11 98/5
  98/7 98/9
737B [1]   98/25
74 [1]   3/12
77 [1]   3/13
78.4 [1]   9/1
79 [1]   3/13
7th [1]   52/23

**8**

8.965 [1]   21/10
83 [1]   3/14
835 [2]   93/23 95/15
84 [1]   100/5
845 [2]   94/13 95/15
848 [6]   3/11 66/2 66/4 66/11
  66/14 66/16
863 [1]   65/10
863B [2]   65/8 65/11
870,941 [1]   92/14
8th [2]   2/4

**9**

9.11915903 [1]   75/15
9/20/2012 [1]   92/8
9/29/2011 [1]   103/6
91 [1]   3/14
950 [1]   1/14
97BAEE [1]   80/12
98 [1]   3/15
9:00 [1]   107/22
9:20 [1]   1/6
9:26 [1]   7/12
9:30 [3]   107/17 107/21 107/23
9th [7]   13/7 13/9 14/13 52/16
  52/17 53/6 53/7

**A**

a.m [5]   1/6 7/12 55/15 56/7 56/10
ability [2]   69/6 88/14
able [28]   11/4 15/22 23/24 25/21
  25/23 30/18 30/19 31/1 35/7 36/7
  36/12 38/22 46/2 46/2 57/3 57/6
  57/12 63/16 65/2 71/22 72/7 74/19
  78/13 80/5 81/1 81/4 81/12 103/11
about [33]   6/8 6/16 11/16 17/4
  34/7 36/2 36/21 37/1 37/5 44/25
  45/21 46/15 51/21 54/8 61/1 61/2
  63/9 63/22 65/22 66/25 70/23 71/8
  73/10 75/11 75/17 76/14 77/20
  79/1 84/5 88/12 91/23 97/22 108/1
above [3]   62/14 81/19 109/5
above-entitled [1]   109/5
absence [1]   55/24
access [2]   56/21 56/24
Accessibility [1]   68/5
accessing [1]   83/5
according [2]   63/18 65/3
account [270]

accounts [59]   16/8 16/11 16/13
  16/24 18/4 18/6 18/14 18/7 18/8
  18/9 18/12 22/6 22/9 25/18 27/3
  37/8 37/10 37/12 39/1 41/7 41/8
  41/9 49/8 52/20 52/22 54/7 54/11
  54/12 56/17 57/10 69/6 69/8 69/9
  72/25 74/7 74/8 74/11 74/12 74/25
  75/1 75/2 75/25 76/15 78/8 85/20
  85/24 86/2 86/9 86/12 86/14 86/22
  87/1 87/9 87/16 89/7 90/3 93/1
  100/21 106/14
accurate [7]   34/9 61/19 66/8 79/2
  88/21 90/6 96/8
accurately [8]   11/15 19/13 23/9
  27/5 31/16 42/9 76/18 82/13
acknowledges [1]   66/23
across [2]   84/25 106/3
Action [1]   1/3
activity [12]   24/21 25/7 37/1
  37/3 37/5 38/2 39/11 55/21 57/16
  65/6 92/4 104/1
actual [3]   60/15 61/15 72/7
actually [4]   7/4 48/1 55/25 81/16
ad [14]   60/17 60/18 60/19 60/20
  61/3 61/13 62/6 62/7 62/10 62/12
  62/13 62/17 62/22 63/17
added [1]   74/12
addition [6]   12/7 50/7 59/7 75/16
  95/21 102/12
additional [9]   10/7 19/7 22/5
  22/8 22/14 46/13 54/11 95/22
  106/8
Additionally [1]   103/18
address [110]
addresses [53]   25/5 25/6 28/5
  28/7 28/9 28/13 28/14 33/24 44/13
  44/19 44/21 44/23 45/1 45/3 45/4
  45/5 45/11 45/11 45/13 45/15
  45/17 45/23 45/24 45/25 45/3 47/9
  47/12 47/13 47/16 47/17 47/21
  47/25 48/18 49/7 49/20 49/21 68/1
  75/17 75/24 76/1 76/15 76/17
  76/19 77/5 77/7 77/9 77/10 77/17
  77/18 77/21 80/15 80/17 86/16
adjourn [1]   56/3
administrator [2]   45/18 60/24
admission [2]   71/3 97/17
admit [19]   11/18 19/16 23/12
  27/10 31/19 42/15 50/10 61/21
  66/11 70/1 71/24 72/11 73/18
  76/21 79/6 82/16 87/20 96/11
  96/15
admitted [39]   11/21 11/22 19/3
  19/19 19/21 23/15 23/17 27/14
  27/17 32/6 32/7 42/20 42/23 50/3
  50/17 50/19 61/17 61/24 62/1 66/3
  66/14 66/16 70/15 71/6 71/19
  72/13 73/25 74/1 76/24 77/1 79/9
  79/11 82/24 83/1 89/8 90/21 90/23
  98/5 98/7
admitting [1]   90/15
ads [2]   60/21 61/3
advertise [2]   57/19 57/21
advertisement [2]   59/9 62/18
advertisements [1]   59/7
advertising [1]   59/4
advice [1]   65/21
after [19]   6/4 14/3 20/8 21/23
  22/6 22/9 22/12 22/16 34/16 35/4
  37/4 37/8 52/25 53/6 53/25 54/5
  55/7 55/11 71/17
afternoon [1]   20/5
again [14]   30/7 35/20 36/17 37/3
  37/22 48/11 51/22 71/10 71/17
  75/13 94/20 98/19 101/6 105/8
against [1]   42/13
aged [1]   83/8
Agent [3]   64/5 64/22 93/16
agree [1]   91/16
agreement [1]   7/17
ahead [5]   8/6 41/11 55/9 85/18
  107/3

**A**

aircraft [1]  83/11
Akemashite [21]  6/18 6/22 7/7
53/18 54/3 58/3 58/12 58/18 58/20
60/10 61/6 61/10 61/13 62/13 63/7
63/13 67/9 67/14 67/17 70/13 71/1
alcohol [1]  83/8
Alden [1]  4/9
all [43]  4/12 4/16 5/24 12/23
18/9 27/14 31/5 38/25 43/1 43/5
43/9 43/9 43/9 44/19 44/22 47/20
51/19 55/14 56/6 56/8 56/11 63/25
70/19 70/24 71/1 72/24 75/24 77/5
77/10 78/9 80/16 84/8 84/15 88/3
88/25 90/4 90/4 90/5 95/1 97/14
97/18 97/22 107/10
alleged [1]  71/4
allegedly [1]  70/13
allow [4]  44/25 57/19 75/23 82/23
allowed [2]  45/20 75/24
allows [1]  68/1
almost [1]  55/10 107/4
along [2]  77/4 77/22
already [26]  48/15 70/20 70/24
85/10 108/1
also [26]  12/8 12/20 13/19 17/10
21/23 33/25 46/8 47/24 55/19
55/20 59/8 64/8 65/5 77/11 81/12
85/19 88/22 92/25 99/3 101/13
102/11 102/25 103/22 104/22 106/8
106/13
Although [1]  96/16
always [1]  63/1
am [15]  5/23 26/21 43/8 48/13
59/16 67/21 71/8 71/9 71/10 73/2
97/4 97/5 107/19 107/21 107/22
AMERICA [2]  1/3 4/5
amongst [2]  55/11 107/6
amount [10]  22/19 29/17 29/23
34/22 35/1 60/19 63/11 80/21 85/4
102/6
amounts [3]  9/1 16/10 90/6
analysis [16]  6/24 16/12 17/17
47/22 67/8 67/16 69/23 70/8 70/14
78/11 78/13 78/14 85/23 86/1 86/5
87/8
analyze [2]  75/17 102/1
analyzing [1]  76/13
announced [1]  54/5
announcement [6]  46/16 46/18
46/21 49/21 54/2 54/4
anonymous [1]  59/5
another [14]  20/12 37/22 43/8
47/2 47/12 54/4 55/6 83/14 83/16
87/3 91/14 94/16 106/14 107/22
answer [5]  5/5 16/25 17/1 95/6
95/11
answers [1]  17/15
any [27]  5/19 11/19 19/17 22/14
23/13 27/11 30/2 31/21 42/17
46/20 48/3 50/12 55/12 61/22
66/12 67/25 70/18 71/7 73/22 76/22
79/7 82/17 87/21 89/10 89/14
96/12 100/25 107/6
anyone [1]  107/7
anything [17]  4/2 5/5 6/25 16/7
36/25 37/24 38/20 40/7 41/3 46/15
56/3 71/7 88/24 97/12 97/19 107/8
107/10
anyway [1]  55/22
Apologies [1]  62/8
apologize [3]  37/21 38/18 74/18
app [2]  67/22 67/24
appear [11]  17/18 29/10 37/10
41/10 48/3 48/5 62/6 62/8 62/15
66/21 73/9
APPEARANCES [3]  1/12 1/23 2/1
appeared [2]  12/19 37/12
appears [7]  38/13 38/15 38/16
38/17 62/7 62/9 74/20
application [3]  67/25 68/3 74/6

applies [1]  37/15
apply [1]  90/22
appropriate [3]  60/18 60/19 88/23
approximate [2]  20/7 63/12 80/22
101/3
approximately [36]  10/16 10/18
15/12 18/17 18/18 18/23 20/10
30/1 35/6 35/22 35/25 36/1 53/1
68/18 85/7 92/14 92/22 92/23 93/6
93/9 99/20 100/2 100/5 101/5
101/7 101/25 102/7 102/23 103/8
103/18 106/2 106/6 106/6 106/12
106/12 106/18
April [6]  5/1 5/4 5/19 6/3 7/16
66/21
April 2013 [1]  66/21
April 29th [4]  5/1 5/4 5/19 7/16
archive [3]  29/4 29/6 29/9
archived [1]  29/12
are [130]
are those [1]  28/13
area [1]  5/20
aren't [1]  89/2
argue [3]  89/5 89/12 97/6
argument [1]  88/12
argumentative [2]  88/1 88/24
around [1]  67/4
arrangement [1]  91/15
arrest [4]  6/4 68/22 80/3 101/4
arrested [2]  68/19 82/3
arrow [3]  16/3 74/14 105/20
arrows [5]  43/11 43/12 44/9 44/10
44/12
as [49]  5/17 7/18 7/18 8/9 16/3
18/12 19/25 20/4 23/6 26/19 26/20
29/20 33/15 33/17 34/4 37/16
37/17 43/6 44/13 44/19 44/23 45/1
45/14 46/12 47/18 48/1 52/8 55/16
66/22 68/11 68/11 70/13 70/18
71/2 71/17 72/7 72/19 72/19 72/25
72/25 73/20 73/23 78/10 88/10
87/18 89/16 91/11 95/9 107/15
ask [3]  5/2 16/24 59/19
asked [3]  16/20 17/9 108/1
asking [1]  6/19
asserted [1]  97/22
assess [4]  44/21 44/23 45/4 45/11
assessed [1]  49/20
assessing [1]  78/12
asset [1]  101/18
assets [3]  91/8 100/25 101/8
assigned [2]  28/7 28/14
assist [3]  7/25 49/14 49/23
assistance [4]  19/2 23/3 38/7
42/6
assisted [1]  73/21
associated [3]  28/19 64/3 69/9
attached [3]  72/19 84/6 84/12
attention [48]  10/9 10/19 12/10
13/8 14/2 18/14 20/19 20/24 21/12
22/11 22/23 26/1 26/2 26/17 28/15
29/4 29/14 30/21 31/10 32/22
34/11 34/19 35/13 35/17 37/14
40/15 42/1 45/19 48/2 50/2 57/23
60/7 61/18 63/3 64/11 64/12 66/2
73/3 74/3 81/15 81/21 83/3 83/10
83/12 84/22 92/2 94/13 96/3
attribution [5]  21/22 22/2 33/19
34/7 36/16
auction [2]  60/18 61/3
auctions [1]  59/8
Aurum [13]  8/16 8/23 15/24 16/1
16/3 18/8 20/2 22/18 40/4 40/5
51/2 56/18 57/3
authentic [1]  70/18
authenticate [2]  71/22 72/7
authenticated [1]  70/1
authenticity [2]  70/3 96/24
author [1]  58/11
automatically [1]  66/21
available [1]  68/5

Avenue [1]  2/8
average [2]  24/17 74/14
away [2]  24/17 74/14

**B**

BA [1]  27/22
back [38]  6/14 7/8 7/13 7/25 9/9
10/19 13/1 14/2 15/1 15/7 15/24
15/25 21/12 32/21 32/22 34/11
35/13 38/8 40/5 40/15 46/21 49/9
55/10 55/13 56/6 57/18 61/4 64/19
71/6 71/16 71/17 81/15 84/19
84/22 88/19 97/23 98/1 107/4
backup [1]  29/11
backward [1]  86/3
backwards [2]  46/22 92/1
balance [7]  20/7 20/7 75/12 80/2
82/2 82/4 101/3
balances [1]  75/16
Bankruptcy [1]  2/7
bar [1]  84/14
based [5]  44/17 47/2 96/25 97/1
100/23
basically [1]  71/3
basis [1]  89/15
BC [1]  94/25
be [70]  5/5 5/16 11/22 15/25
17/18 23/15 27/14 28/5 28/9 28/12
28/18 32/6 32/21 33/12 37/10
37/12 41/10 41/16 42/20 43/23
48/18 48/20 49/5 49/6 50/18 55/22
60/2 60/25 61/2 61/24 62/6 62/7
62/8 62/9 62/10 62/15 62/16 62/17
66/14 66/21 67/4 67/8 68/11 68/12
69/9 69/17 70/1 71/14 71/19 71/22
72/7 72/11 73/9 74/19 76/24 79/9
82/24 86/25 87/3 90/16 90/21 95/8
96/23 98/1 98/6 100/21 100/22
103/9 106/25 107/17
became [1]  7/4
because [18]  4/18 6/18 22/3 34/1
41/16 43/5 45/3 45/25 47/14 47/20
55/23 60/1 71/14 87/4 88/2 88/20
90/10 107/25
been [20]  5/6 10/2 13/24 14/22
16/13 16/20 16/21 17/9 17/11
17/12 19/2 30/18 30/19 50/3 57/3
57/6 57/8 57/11 57/12 89/21
before [24]  1/9 4/2 6/1 7/13 10/2
13/24 14/22 16/17 16/20 16/22
17/10 17/11 17/12 41/17 43/5
46/17 56/3 56/15 73/23 78/13
86/16 97/22 98/1 107/10
beforehand [1]  5/16
beginning [6]  20/4 50/22 58/25
80/12 80/14 94/23
begins [2]  61/14 85/4
behavior [1]  22/3
being [22]  7/7 16/8 16/11 17/15
18/5 18/5 18/7 18/7 18/8 20/13
21/2 21/3 21/4 53/23 70/12 73/20
86/16 88/19 89/10 89/16 90/3
97/21
believe [19]  5/14 5/14 6/19 6/22
8/2 19/12 38/8 42/8 51/15 52/3
65/11 66/2 69/21 77/8 90/1 90/3
101/5 101/7 105/20
belong [10]  33/25 44/22 44/24
47/2 47/14 47/17 47/19 47/21
48/21 78/12
belonged [4]  76/16 77/12 79/19
86/21
belonging [1]  44/17
below [4]  48/6 48/23 58/12 81/21
bench [10]  4/21 7/11 59/13 60/4
70/10 72/10 87/24 90/20 96/20
98/4
between [18]  7/17 10/16 15/10
16/8 16/10 18/8 29/24 29/25 30/2
35/22 52/15 52/17 52/18 53/9
81/24 86/18 93/13 98/14
big [1]  45/10

**B**

Binance [3] 93/8 104/7 104/11
binder [2] 14/25 15/3
bit [9] 29/12 43/4 44/18 47/7 48/8 63/22 64/19 83/4 83/18
Bitcoin [253]
BitcoinFog [2] 43/17 49/8
BitcoinFog.com [1] 62/7 62/21
Bitcoins [5] 59/6 63/1 63/12 93/5 93/21
BitDials [11] 78/24 78/25 79/1 82/1 82/2 82/5 82/6 82/12 82/14 83/7 83/24
bitdials.eu [1] 83/15
Bitfinex [1] 104/23 105/12
BitPay [2] 64/8 64/12
Bitstamp [3] 105/16 105/25 106/23
Blind [2] 51/11 51/21
block [6] 11/1 12/8 31/4 32/24 76/1 107/18
blockchain [14] 11/1 13/20 24/9 31/5 31/9 31/23 32/3 36/12 40/23 46/23 64/25 81/2 86/3 92/1
blockchair.com [1] 31/4
blue [2] 45/10 84/16
body [5] 58/6 58/9 60/17 98/13 98/15
both [9] 21/9 31/24 48/7 67/17 78/20 79/2 91/15 99/9 100/13
bottom [11] 40/18 45/21 45/21 62/11 65/18 65/23 75/4 75/5 75/13 77/4 77/22
box [11] 18/15 43/15 43/16 44/13 44/16 45/1 45/2 45/13 45/21 47/10 56/9
break [8] 55/6 55/9 55/16 56/15 79/21 107/1 107/3 107/11
brief [1] 4/17
briefly [2] 8/8 49/14
bring [3] 4/2 56/9 98/2
bringing [2] 19/10 27/1
BRODIE [1] 1/15
broken [1] 47/13
Brooklyn [1] 2/4
BROWN [3] 1/15 4/11 39/7
Bs [1] 44/6
BTC [4] 10/5 75/15 98/16 98/20
bulk [1] 68/7
Burned [3] 81/18 81/21 81/24
business [12] 63/5 89/2 89/10 89/12 89/18 89/20 89/22 90/13 99/10 101/13 101/22 102/2
businesses [1] 57/19
buy [6] 24/24 28/10 51/11 58/22 59/3 83/20
buys [1] 10/7

**C**

calculated [2] 77/20 100/22
call [2] 4/4 71/12
called [3] 70/12 70/16 70/18
came [25] 29/12 33/5 36/16 47/5 48/12 49/11 63/17 63/18 65/2 65/3 81/6 84/1 86/4 89/4 89/7 89/23 93/1 99/22 102/21 103/16 104/5 104/12 105/10 106/5 106/8
can [161]
can't [5] 71/15 74/18 75/10 76/9
capture [1] 83/16
carefully [2] 60/20 60/22
cars [3] 83/11 83/19 83/20
case [13] 4/4 4/5 25/18 27/7 45/9 55/11 66/25 73/13 78/11 88/12 88/15 107/5 107/7
cases [4] 72/24 86/6 86/13 86/15
cash [3] 81/20 93/14 95/18
cashing [1] 95/22
CATHERINE [1] 1/13
Ccips [1] 1/19
cell [2] 73/9 96/24
certain [1] 72/19

certainly [1] 90/15
Chad [1] 74/14
Chainalysis [14] 12/18 12/19 21/22 33/10 33/18 34/3 34/7 34/9 36/16 43/21 47/24 63/19 65/3 76/2
Chainalysis's [1] 34/8
chains [2] 78/10 78/12
chance [2] 6/7 60/21
change [6] 32/21 46/10 48/10 49/1 50/6 77/13
characterize [1] 104/1
chart [48] 7/25 8/7 8/22 9/11 9/13 10/19 10/21 13/1 14/3 16/6 17/25 18/14 18/20 18/22 19/6 19/11 19/24 19/25 20/1 20/5 20/9 21/12 22/21 22/25 23/20 24/17 28/22 29/1 29/18 34/11 34/15 35/13 36/20 37/6 37/25 43/2 43/15 45/6 45/7 46/24 48/4 49/9 50/22 54/20 88/24 90/14 92/19 102/19
chartered [1] 83/11
charts [20] 8/10 19/13 38/1 38/8 38/13 38/20 38/25 40/2 40/3 40/8 40/16 41/4 41/11 41/24 42/3 42/9 42/13 56/16 87/7 103/3
chat [1] 96/5
chats [3] 98/10 98/11 98/25
cheaper [1] 48/20
check [2] 14/25 107/12
checked [1] 77/9
CHRISTOPHER [2] 1/15 4/10
chronicling [1] 49/24
CipherTrace [1] 48/1
circle [2] 33/15 37/16
circles [1] 44/6
circumstances [1] 18/6
claim [1] 66/23
clarification [1] 31/23
clarify [3] 16/25 17/3 96/22
clean [1] 63/1
cleaner [1] 5/17
clear [18] 14/16 15/25 29/21 33/12 34/25 36/4 48/13 62/22 67/4 69/17 74/18 76/9 88/10 88/11 100/21 100/22 103/9 107/7
clearer [1] 46/7
clearly [1] 17/2
clerk [1] 108/1
click [5] 77/22 77/23 77/23 77/24 84/13
clicking [1] 77/16
cluster [17] 21/18 33/17 36/11 41/22 43/20 44/15 47/12 47/25 48/2 49/1 49/4 53/24 81/7 86/21 92/21 103/17 104/5
clustering [4] 33/19 34/7 34/8 34/9
co [7] 44/17 44/18 47/2 47/14 47/18 69/9 71/4
co-conspirators [1] 71/4
co-spend [2] 47/18 69/9
co-spending [3] 44/17 44/18 47/2
co-spent [1] 47/14
code [18] 14/6 14/7 14/9 14/10 14/13 14/21 15/16 15/19 15/21 16/20 17/9 35/2 35/5 35/7 35/11 35/20 35/23 62/9
codes [2] 8/15 18/7
cold [1] 68/11
collected [1] 25/13
collectively [2] 38/1 47/14
color [1] 84/16
COLUMBIA [1] 1/1
column [5] 26/10 27/22 84/8 84/11 84/13
come [20] 6/6 7/8 9/9 33/2 34/3 39/12 39/12 55/10 59/21 65/5 67/16 70/17 70/23 71/16 81/5 92/16 104/11 104/17 105/9 107/4
comes [3] 15/19 66/22 88/13
coming [6] 21/3 32/11 71/2 71/4

90/2 97/1
common [2] 95/7 101/17
communicated [1] 51/20
communication [2] 94/7 94/16
company [2] 8/24 22/18
compare [2] 28/1 48/23
compiled [1] 76/19
completeness [1] 97/13
complicated [1] 17/24
computer [3] 68/3 69/21 83/5
conceal [2] 30/17 57/16
conclude [1] 55/21
conclusory [1] 88/25
condition [1] 84/17
conditional [1] 70/20
conditionally [9] 69/25 70/15 70/23 71/7 71/10 71/24 73/19 73/24 96/15
conduct [2] 55/12 107/6
conducting [1] 91/23
confer [2] 6/7 97/22
conference [10] 4/21 7/11 59/13 60/4 70/10 72/10 87/24 90/20 96/20 98/4
confirm [3] 6/6 39/18 78/14
confirmation [1] 22/4
confirmed [3] 34/3 47/25 78/11
confirms [2] 33/24 33/25
connected [2] 7/6 68/13
connects [1] 7/7
considered [1] 55/20
consistent [5] 22/3 26/8 49/5 49/6 98/24
consolidation [13] 21/25 22/1 36/18 36/22 43/16 43/24 44/1 44/3 44/15 45/4 45/9 45/10 45/13
conspirators [1] 71/4
constitutes [1] 109/4
Constitution [1] 2/8
contact [1] 91/9
Contacted [1] 59/1
contain [1] 63/9
contained [4] 41/22 75/17 75/24 76/15
contains [6] 63/11 75/14 84/4 84/5 88/21 88/22
CONTENTS [1] 3/1
continue [3] 11/2 56/12 80/19
continued [4] 1/23 2/1 3/4 8/4
control [2] 45/16 51/25
controlled [4] 21/20 36/7 36/14 106/14
controls [1] 52/6
convert [1] 100/25
converted [8] 8/13 15/14 15/20 18/5 21/2 24/5 35/5 39/13
converting [1] 51/1
Cool [1] 94/12
copies [2] 27/2 96/8
copy [3] 61/19 66/8 69/22
corner [2] 17/8 43/14
correct [10] 4/23 5/4 5/8 33/14 39/20 62/12 78/14 86/17 99/14 109/4
correction [1] 79/16
correspond [2] 45/7 73/15
could [58] 4/18 7/24 8/6 8/8 8/18 9/15 13/1 14/16 14/18 14/25 14/25 15/17 17/2 17/10 24/24 25/2 26/10 27/19 28/4 30/11 31/22 36/14 38/7 38/12 39/8 40/1 42/25 43/1 43/14 44/16 45/6 46/8 52/15 57/24 58/13 58/17 59/12 61/15 61/16 62/25 63/6 63/23 64/16 70/18 71/16 74/16 78/19 81/24 83/18 83/21 85/10 86/25 92/18 93/23 98/9 101/6 101/12 101/16
counsel [6] 4/7 4/8 4/10 4/15 6/7 17/1
counsel's [1] 59/15
count [1] 77/16

**C**

court [12]   1/7 2/6 2/7 4/14 5/9
5/10 5/18 6/18 72/2 80/11 109/3
109/13
Court's [2]   7/24 107/12
Courts [2]   2/7 71/23
covered [1]   21/16
covering [1]   105/21
create [4]   18/22 25/1 25/4 78/10
created [31]   9/18 9/19 15/5 15/6
16/13 16/17 19/6 22/25 25/6 26/12
26/13 27/23 28/2 28/18 37/4 42/3
50/23 51/7 51/8 52/24 53/2 53/5
53/7 53/8 76/13 76/17 87/16 92/7
103/6 104/10 105/19
creation [4]   15/11 92/8 99/16
101/21
credentials [1]   28/2
criminal [3]   1/3 4/5 41/14
criminals [1]   57/14
CRM [1]   1/19
cross [4]   6/2 72/8 88/10 88/13
cross-examine [1]   72/8
crypto [1]   83/20
cryptocurrency [6]   67/19 68/7
68/24 99/7 101/8 101/17
cumulative [1]   104/14
currencies [1]   39/13
currency [7]   85/20 91/5 99/4
103/23 104/7 104/23 105/15
custodial [1]   33/2
custody [6]   5/1 5/4 5/15 5/19
7/15 25/14

**D**

darknet [2]   24/20 24/21
data [5]   12/1 29/11 29/12 31/25
32/10
date [27]   9/22 10/14 10/15 10/15
13/6 14/12 15/5 21/10 26/10 26/11
27/22 28/1 28/3 28/18 31/6 58/4
60/13 63/11 64/19 64/21 85/8 85/9
92/6 92/8 94/14 94/15 101/21
dated [2]   20/25 109/10
day [14]   6/4 6/19 8/7 8/9 51/5
52/25 53/3 53/4 53/6 53/8 53/19
53/25 54/4 109/10
DC [5]   1/5 1/14 1/17 1/21 2/9
de [1]   69/22
dealings [1]   93/19
deals [1]   59/8
December [1]   64/21
decision [1]   6/21
deep [1]   84/16
defendant [16]   1/7 2/2 4/14 5/19
30/2 46/21 51/11 53/25 68/24
81/13 89/5 93/13 94/7 95/17
100/19 100/25
defendant's [33]   9/21 9/24 18/23
22/5 22/8 34/17 54/21 67/20 68/18
69/10 78/3 86/12 90/25 91/19 92/4
92/9 93/11 93/19 95/25 96/5 98/25
99/3 99/17 99/22 101/3 101/13
101/22 103/1 103/23 104/7 104/22
105/15 105/25
defense [8]   4/24 5/2 6/20 59/15
89/5 89/6 96/17 96/23
defense's [2]   90/13 97/1
delay [2]   71/16 71/25
deliberations [1]   7/19
demonstrating [1]   55/23
denied [1]   72/9
denotes [1]   9/13
DEPARTMENT [1]   1/13
depict [1]   82/13
deposit [72]   9/24 10/1 10/16 13/4
13/9 13/11 13/14 13/17 14/18
14/20 15/8 15/11 20/21 21/24 22/4
25/2 25/4 25/5 25/6 25/24 28/5
28/7 28/9 28/12 28/18 28/25 29/16
29/24 29/25 30/3 30/5 33/3 34/22

35/19 35/20 37/3 37/18 37/20
37/23 42/17 43/8 43/14 44/24
45/11 45/14 45/17 45/25 46/13
46/14 49/7 49/10 49/17 49/21 81/9
86/22 89/11 89/14 90/8 93/7
100/24 102/5 102/24 103/8 103/18
103/21 104/3 104/4 104/5 105/5
105/7 106/12 106/18
deposited [20]   8/12 8/16 14/3
18/5 18/17 35/4 35/8 49/20 53/23
86/9 86/16 87/1 91/25 92/9 92/13
100/20 101/24 105/6 105/24 106/1
depositing [2]   50/25 51/3
deposits [44]   8/23 16/9 16/11
16/17 39/14 39/19 39/20 40/13
40/14 44/4 46/20 53/25 86/2 88/2
88/6 91/25 92/15 92/20 92/21
92/22 93/4 93/7 93/9 99/19 99/25
100/3 100/4 100/5 100/6 100/14
102/11 102/20 102/23 103/7 103/9
103/12 103/16 103/19 106/3 106/4
106/7 106/16 106/17 106/20
Dept [1]   1/20
deputy [1]   108/1
derivation [3]   76/16 77/8 77/19
describe [9]   26/2 37/15 58/9
65/13 74/9 75/10 78/20 83/12
86/18
described [3]   15/18 45/7 54/20
description [1]   82/21
designed [1]   68/12
destination [1]   17/21
determine [17]   11/4 25/23 31/1
35/7 36/7 36/14 44/25 45/21 45/23
63/16 65/2 80/5 86/3 91/21 92/15
99/21 103/11
device [4]   67/25 69/16 69/18 74/7
devices [2]   96/9 96/23
diamond [2]   43/12 43/13
diamonds [4]   43/2 43/3 43/10 47/9
did [155]
didn't [6]   17/1 59/23 63/24 72/24
90/15 97/5
difference [1]   86/18
different [12]   8/15 9/7 12/24
18/6 29/12 39/13 43/4 49/7 74/8
77/4 87/5 89/21
direct [23]   3/4 8/4 10/19 18/14
26/1 26/17 45/19 59/18 64/11
86/18 86/20 88/2 88/6 88/11 88/17
88/23 89/11 89/14 90/8 93/4 96/3
99/25 102/5
directing [35]   10/9 12/10 13/8
14/2 20/19 20/24 21/12 22/11
22/23 26/1 28/15 29/4 29/14 31/10
32/22 34/19 35/17 37/14 40/15
42/1 48/2 50/2 57/23 60/7 61/17
63/3 64/12 66/2 73/3 74/3 81/21
83/3 84/22 92/2 94/13
directly [9]   78/8 86/12 86/13
89/24 92/20 103/16 103/19 106/5
106/16
discuss [4]   5/5 55/11 96/19 107/5
discussed [4]   5/7 44/18 47/22
78/10
discussing [5]   17/7 50/24 63/6
63/7 96/1
discussion [1]   17/14
display [1]   64/16
displayed [2]   72/22 72/25
dispute [1]   98/2
DISTRICT [4]   1/1 1/1 1/10 2/7
do [62]   4/24 5/2 5/22 6/1 6/1 6/8
7/3 11/10 11/11 15/25 19/4 19/15
19/13 19/15 23/11 24/3 31/3 31/12
31/13 36/2 37/10 38/18 42/9 42/11
57/6 57/14 57/15 57/17 59/23
59/25 60/25 62/16 66/6 66/7 66/24
67/16 68/6 69/20 71/12 73/5 73/7
73/17 75/20 75/23 76/10 76/11
81/18 81/22 81/24 82/9 82/10
82/13 82/15 85/13 85/23 86/5

87/12 87/13 89/9 96/13 98/1 98/10
103/24 104/8 106/24 107/24 70/18
does [28]   9/20 11/15 11/17 12/14
12/16 12/20 12/22 17/25 21/6 23/9
28/1 29/18 29/19 31/16 31/18
32/20 34/5 44/25 45/7 48/23 62/6
62/8 63/9 76/18 76/20 86/11 87/17
87/19
doesn't [4]   6/24 70/21 89/14 95/5
doing [1]   81/4
DOJ [2]   1/16 1/19
DOJ-CRM [1]   1/19
DOJ-USAO [1]   1/16
dollar [1]   80/23
dollars [25]   8/14 9/2 15/14 15/20
15/20 18/5 18/18 18/21 18/23
20/10 20/13 22/20 23/23 51/1 51/3
63/12 85/6 85/7 90/3 90/7 91/13
91/14 92/12 92/14 101/8
domain [3]   18/1 18/11 53/19
don't [27]   7/2 7/8 16/2 17/4 32/2
51/15 52/2 52/9 55/9 55/11 55/12
59/14 74/9 74/21 77/22 79/21
89/12 90/10 90/12 96/25 107/3
107/4 107/5 107/6 107/7 107/25
108/2
done [4]   10/4 70/14 90/3 107/22
dot [1]   94/3
doubt [1]   71/19
down [21]   25/10 25/12 34/15 36/21
39/18 41/11 57/25 60/15 61/4
61/12 62/21 65/8 65/23 73/2 75/3
76/5 79/21 83/21 83/25 85/11
85/18
download [1]   67/24
drafter [1]   95/6
drugs [1]   24/20
duration [1]   39/11
during [2]   52/21 105/22

**E**

E9521B [1]   12/4
each [7]   75/25 77/8 77/15 77/16
77/23 89/21 100/23
earlier [6]   41/17 44/18 54/8
93/17 94/8 94/21
early [5]   41/12 41/14 41/16 41/19
52/17
ease [1]   68/5
easel [1]   8/22
economic [1]   48/20
effect [1]   97/12
effective [1]   57/12
effectiveness [1]   57/9
efficient [1]   71/23
either [4]   5/20 5/23 14/25 76/9
EKELAND [6]   2/2 2/3 4/13 5/22
97/3 107/15
Ekeland's [1]   6/2
elapsed [1]   29/24
electronic [2]   27/2 50/7
elicit [3]   24/20 24/21 24/22
else [6]   5/6 52/21 53/17 56/3
97/12 97/25
elsewhere [1]   67/16
email [18]   49/13 60/19 62/4 62/8
62/9 65/15 65/16 65/20 66/6 66/8
66/19 66/22 93/25 94/8 94/9 94/11
94/14 95/6
emails [1]   95/16
Emanual [2]   65/16 65/17
enabled [1]   24/22
end [10]   6/19 7/11 8/7 8/9 22/7
59/6 60/4 72/10 90/20 98/4
ending [3]   14/7 35/3 35/20
ends [1]   14/8
enforcement [5]   25/10 25/12 56/21
57/2 57/16
engaged [1]   55/21
entered [1]   89/21
entire [1]   50/13
entitled [2]   88/12 109/5

**E**

**entries [1]**   23/10
**entry [4]**   26/5 26/11 26/13 50/8
**error [1]**   94/10
**escrow [2]**   91/16 91/17
**essentially [3]**   5/3 33/4 69/7
**Euro [1]**   84/16
**Euros [3]**   8/13 18/5 50/25
**even [4]**   6/23 30/25 86/25 107/6
**events [2]**   49/24 50/21
**ever [5]**   10/2 13/24 14/22 57/2
57/3
**every [1]**   60/1
**Everyday [1]**   68/17
**everyone [1]**   7/13
**evidence [31]**   7/19 11/9 22/24
31/11 42/2 52/2 52/8 52/12 57/24
61/17 63/4 65/11 66/24 67/13
69/13 70/16 70/20 70/24 73/4 76/3
78/20 82/9 85/11 87/11 88/3 88/17
88/19 88/23 89/16 89/22 96/4
**evidentiary [1]**   89/15
**examination [3]**   3/4 8/4 88/11
**examine [1]**   72/8
**example [4]**   37/16 43/6 74/13
91/11
**exchange [14]**   33/2 63/24 63/25
72/20 91/4 91/5 91/5 98/16 98/20
99/4 99/7 104/7 104/23 105/15
**exchanges [3]**   18/4 85/21 94/16
**Exclamation [1]**   63/2
**excuse [1]**   45/23
**exhibit [115]**
**Exhibit 14 [2]**   19/4 63/3
**Exhibit 15 [1]**   57/23
**Exhibit 18F [2]**   61/16 61/18
**Exhibit 3 [1]**   23/3
**Exhibit 309 [3]**   31/10 31/20 32/6
**Exhibit 310 [2]**   11/8 11/22
**Exhibit 314 [2]**   19/1 21/13
**Exhibit 314A [1]**   19/10
**Exhibit 315 [5]**   8/6 10/20 13/1
15/17 41/1
**Exhibit 315A [1]**   38/16
**Exhibit 316 [4]**   22/23 23/7 23/9
34/11
**Exhibit 316A [1]**   38/15
**Exhibit 317 [3]**   42/1 42/15 42/25
**Exhibit 317B [2]**   42/7 45/19
**Exhibit 317C [1]**   42/6
**Exhibit 323 [1]**   45/6
**Exhibit 356 [3]**   87/11 90/21 99/2
**Exhibit 360 [4]**   78/19 79/6 79/9
84/22
**Exhibit 370 [3]**   50/2 50/10 50/17
**Exhibit 370A [1]**   50/5
**Exhibit 403 [2]**   8/19 22/11
**Exhibit 405 [3]**   9/15 15/1 36/24
**Exhibit 407A [2]**   9/23 40/11
**Exhibit 408A [3]**   13/8 34/19 37/14
**Exhibit 409A [3]**   14/15 15/7 39/8
**Exhibit 436 [1]**   85/10
**Exhibit 438 [1]**   64/11
**Exhibit 47A [1]**   20/18
**Exhibit 603 [1]**   26/17
**Exhibit 603C [1]**   27/19
**Exhibit 603N [1]**   28/4
**Exhibit 703 [2]**   69/13 83/21
**Exhibit 705A [1]**   73/3
**Exhibit 705B [1]**   74/16
**Exhibit 706 [4]**   76/3 76/18 76/21
76/24
**Exhibit 708A [2]**   82/8 82/24
**Exhibit 708B [1]**   83/12
**Exhibit 737A [1]**   96/3
**Exhibit 835 [2]**   93/23 95/15
**Exhibit 845 [1]**   94/13
**Exhibit 848 [1]**   66/2
**Exhibit 863B [1]**   65/8
**exhibits [20]**   3/6 3/8 3/8 3/9
3/10 3/10 3/12 3/14 3/15 23/17

27/10 27/13 38/19 40/2 40/15
**expand [1]**   84/14
**expectations [1]**   108/2
**expected [1]**   34/4
**expensive [1]**   83/8
**experience [4]**   38/2 57/14 68/6
68/15
**expert [6]**   88/22 89/24 90/2 90/8
90/15 90/16
**explain [57]**   11/25 17/10 17/16
20/19 24/18 26/5 29/5 29/8 29/14
32/12 33/9 33/15 34/20 35/18
39/10 40/11 43/1 43/18 44/5 44/16
46/8 46/19 47/10 48/7 52/15 57/25
60/8 62/3 63/6 63/22 66/18 67/22
69/4 69/14 72/15 74/4 74/16 74/24
77/3 79/13 83/4 83/22 83/25 86/1
91/6 93/19 93/23 94/6 94/19 95/15
98/12 98/22 99/24 101/16 102/18
103/5 103/15
**explaining [1]**   80/19
**explorer [4]**   12/8 31/4 32/3 32/24
**explorers [1]**   76/2
**export [1]**   69/17
**extended [1]**   37/11
**externally [1]**   77/13
**extracted [1]**   70/6
**extraction [6]**   70/4 72/7 72/16
96/14 96/24 97/1

**F**

**F916D [2]**   35/3 35/21
**fact [5]**   5/6 7/18 18/12 34/3 90/7
**failed [1]**   74/20
**fair [3]**   61/18 66/8 96/8
**fairly [6]**   11/15 19/13 27/5 42/9
82/13 87/17
**familiar [1]**   67/19
**far [4]**   27/22 27/23 70/24 72/25
**fashion [1]**   46/1
**favorable [1]**   91/15
**FBI [6]**   25/13 25/16 25/17 26/15
27/6 30/18
**February [2]**   1/5 109/10
**federal [1]**   5/3
**fees [2]**   10/7 21/4
**few [1]**   92/18
**field [1]**   13/12
**figures [1]**   89/23
**file [6]**   26/12 26/13 28/2 69/15
70/6 72/25
**files [2]**   96/8 96/17
**filing [1]**   66/23
**find [4]**   31/7 41/19 93/3 102/4
**finding [4]**   6/16 6/17 7/1 56/1
**findings [1]**   87/8
**fine [10]**   5/11 5/17 5/21 5/23 8/1
59/4 59/25 61/4 72/4 107/20
**first [48]**   4/18 8/21 9/3 10/24
13/14 15/8 15/11 16/9 16/11 16/16
17/16 20/16 21/24 23/19 24/21
27/19 28/11 32/17 36/18 36/22
37/3 37/18 37/18 41/21 42/25 43/1
43/16 43/19 43/24 44/14 46/3
46/20 49/10 49/17 50/8 58/7 70/19
74/3 74/7 74/25 77/5 77/10 78/22
83/25 85/2 98/12 105/1 105/18
**five [4]**   44/12 44/22 53/1 93/4
**fix [2]**   60/21 105/22
**Floor [1]**   2/4
**flow [8]**   17/17 17/25 18/1 18/22
30/14 38/5 41/9 57/12
**flowing [1]**   20/2
**focus [1]**   41/14
**fog [86]**   18/1 18/11 21/18 21/21
22/3 22/4 22/6 22/9 22/13 22/17
36/11 36/15 40/6 41/12 41/19
41/21 43/20 43/25 44/4 44/14 45/1
45/5 45/6 45/14 45/16 45/18 45/24
45/24 46/3 46/13 46/14 46/16
46/18 46/20 49/1 49/10 49/17

49/20 49/21 49/25 53/19 53/24
54/24 55/22 55/25 58/10 58/18 59/3
62/17 63/1 64/3 78/9 81/7 81/11
86/10 86/14 86/21 86/24 88/3 88/3
88/6 89/4 89/7 89/9 89/12 89/14
89/24 90/8 92/21 92/23 93/12
100/4 100/12 100/14 100/18 102/10
102/22 103/17 104/5 104/20 105/10
105/13 106/5 106/9 106/21 106/24
**following [3]**   22/21 37/23 46/22
**foregoing [1]**   109/4
**form [3]**   5/3 12/8 14/6
**formatting [1]**   60/22
**forms [1]**   12/24
**formula [1]**   84/14
**forth [2]**   55/25 71/16
**forward [2]**   48/10 49/1
**found [13]**   31/8 33/25 34/2 34/6
41/21 67/20 78/15 80/15 89/4
92/19 92/20 93/4 102/5
**foundation [3]**   70/16 70/21 71/11
**four [4]**   81/16 81/18 83/15 99/25
**frequently [3]**   29/11 86/6 87/2
**front [5]**   30/21 70/20 70/25 92/3
99/12
**full [6]**   59/7 77/24 78/7 84/14
89/1 107/18
**function [1]**   44/2
**functionality [1]**   64/1
**fund [4]**   25/2 25/3 28/13 50/24
**funded [1]**   80/6
**funding [9]**   20/22 78/22 79/21
93/11 93/12 100/10 100/12 100/15
100/17
**funds [138]**
**further [3]**   5/20 70/1 108/6

**G**

**gave [1]**   70/6
**general [5]**   37/5 59/17 67/23 87/2
87/6
**generally [15]**   28/5 40/12 46/24
62/16 65/13 65/19 72/15 73/8
74/10 78/14 78/21 86/8 93/19
93/21 98/10
**generate [1]**   77/6
**generated [5]**   35/23 66/22 77/7
77/17 79/18
**get [8]**   6/20 7/14 31/22 57/2
74/21 96/18 107/18 107/23
**getting [1]**   88/6
**give [4]**   6/5 51/14 59/11 60/21
**given [1]**   61/12
**giving [1]**   65/21
**gmail [1]**   66/9
**gmail.com [4]**   65/16 66/20 94/1
94/21
**go [26]**   6/14 6/15 8/6 13/2 21/6
21/17 24/3 32/20 33/3 34/16 37/17
38/25 39/2 41/11 54/17 55/9 57/24
59/12 60/1 70/9 74/16 85/18 91/7
101/18 101/19 107/3
**goes [7]**   33/4 48/14 49/3 49/4
55/23 97/23 98/1
**going [40]**   6/16 7/14 15/7 26/21
34/2 39/10 43/11 43/12 44/6 48/13
49/9 54/21 55/6 60/2 70/7 71/14
71/14 71/19 71/21 72/6 75/3 78/2
80/19 80/21 81/8 82/19 84/23
88/19 88/20 89/5 89/11 96/19 97/4
97/5 99/21 101/18 101/18 104/21
107/15 107/23
**gone [2]**   70/20 74/14
**good [6]**   4/9 4/12 4/13 4/16 95/1
106/25
**goods [2]**   24/22 82/6
**got [3]**   34/25 55/6 71/4
**Gothencoin [1]**   92/4
**government [48]**   3/7 3/8 3/8 3/9
3/9 3/10 3/10 3/11 3/11 3/12 3/12
3/13 3/13 3/14 3/14 3/15 4/8 4/22
4/23 5/17 5/21 6/19 9/15 11/18

**G**

government... **[24]**   19/16 23/12
27/10 31/19 42/15 50/10 61/21
66/11 69/25 71/9 71/11 73/18
76/21 79/6 82/16 87/20 88/17 89/8
89/11 90/10 96/11 97/6 97/24
101/10
government's **[2]**   6/24 88/14
**Gox [45]**   8/12 9/8 9/14 9/16 13/4
13/18 14/4 14/10 15/1 18/7 18/9
20/2 20/22 21/15 23/22 24/1 24/4
34/18 34/20 35/2 35/11 36/24
44/11 47/8 49/12 49/17 49/19
50/25 51/2 51/8 52/18 53/4 53/7
53/8 53/10 53/23 54/15 54/22 55/1
55/4 56/17 103/1 103/12 106/17
106/20
**grant [1]**   51/19
**graph [2]**   43/4 43/8
**graphs [1]**   43/4
**gray [7]**   43/2 43/3 43/10 43/12
43/13 44/12 47/9
**green [3]**   44/9 44/10 77/18
**ground [1]**   88/23
**grounds [2]**   32/4 70/3
**group [1]**   6/24
**guess [2]**   88/1 107/24

**H**

**hacking [1]**   68/14
**had [32]**   5/16 6/7 8/12 10/2 10/3
13/24 14/1 14/22 14/24 16/13
16/20 16/21 17/9 17/10 17/12 27/2
30/18 33/6 47/13 53/10 56/21
56/24 64/23 69/7 72/4 72/5 78/13
80/6 81/5 92/16 94/22 95/9
**half [1]**   30/1
**hallway [1]**   107/8
**hand [2]**   17/8 43/14
**happened [8]**   15/13 19/23 21/23
22/16 25/9 25/11 29/20 54/7
**happening [8]**   20/20 20/25 29/15
44/5 52/15 52/21 95/15 98/22
**happens [13]**   9/5 14/12 14/3 20/11
34/24 37/20 51/5 51/10 53/3 53/9
53/17 53/21 53/25
**happy [2]**   107/19 107/21
**hardware [1]**   68/12
**has [20]**   5/6 6/7 25/14 28/24 44/8
45/20 48/14 48/15 49/15 50/3 50/7
69/5 70/20 70/23 74/14 88/25 89/8
89/21 95/7 108/1
**hash [8]**   12/4 32/15 63/13 64/15
79/18 80/12 84/9 85/2
**HASSARD [2]**   2/2 4/15
**have [67]**   5/18 5/22 7/15 8/2
16/18 16/20 17/9 18/6 19/2 23/3
23/5 27/3 30/19 31/24 34/4 34/25
43/5 43/7 47/15 48/19 52/7 53/22
54/25 55/6 55/8 55/20 56/21 56/24
57/2 57/4 57/6 57/8 57/9 57/11
57/11 57/12 63/24 68/6 68/24 69/6
70/14 70/16 70/18 70/19 70/21
71/4 71/14 71/16 72/1 74/9 74/11
74/12 74/20 77/16 77/18 84/6 89/9
89/12 89/14 90/10 94/25 96/25
98/2 103/3 103/4 107/8 107/21
**haven't [2]**   6/25 71/6
**having [2]**   5/9 68/4
**he [22]**   5/4 5/5 6/8 8/12 26/9
30/4 33/5 62/10 65/21 68/19 71/15
82/21 84/5 89/3 89/25 90/16 93/18
95/7 95/8 95/19 98/23 101/2
**head [1]**   95/10
**hear [1]**   72/2
**heard [2]**   6/10 6/12 51/25
**hearing [1]**   107/22
**hearsay [18]**   19/18 23/14 27/12
32/4 42/18 71/2 76/23 79/8 87/22
88/21 89/1 89/2 89/13 89/15 96/13
97/7 97/15 97/18

**heavydist [5]**   65/16 66/9 66/20
**held [8]**   4/21 59/13 70/10 75/7
75/8 80/2 87/24 96/20
**Hello [2]**   58/22 59/3
**help [2]**   30/17 33/22
**helpful [2]**   39/16 94/2
**her [1]**   72/8
**here [93]**   9/12 11/25 12/11 12/17
20/20 21/1 21/2 21/9 21/16 26/5
26/7 28/6 29/5 29/15 30/13 31/25
32/9 32/13 32/23 33/9 34/13 34/15
35/15 35/16 36/21 36/22 38/14
38/14 38/14 38/16 38/16 38/17
39/2 39/3 40/4 40/5 40/6 40/13
40/13 40/13 40/14 40/17 41/2 43/2
43/6 45/8 45/10 45/22 46/2 46/6
46/7 47/4 47/5 47/10 47/13 47/15
47/16 47/16 47/16 48/10 49/1 55/8
58/1 59/16 60/2 60/8 62/3 63/4
64/13 66/18 69/14 72/15 74/4 74/9
74/11 74/24 75/14 79/13 79/15
80/8 83/4 83/13 84/23 90/2 90/5
93/11 93/24 94/19 94/24 98/22
99/24 100/20 103/5
**Hi [3]**   94/24 98/15 98/20
**high [6]**   18/11 49/15 53/13 53/20
69/14 101/18
**highlight [1]**   39/14
**highlighted [1]**   77/18
**highlighting [2]**   10/6 44/10
**highly [1]**   89/15
**him [7]**   5/9 6/5 6/10 6/12 7/7
65/21 71/16
**his [14]**   6/4 6/7 16/25 68/25
69/17 70/8 72/18 81/13 90/14
90/15 90/16 90/16 97/9 101/4
**history [2]**   75/18 78/2
**holdings [1]**   68/7
**home [2]**   83/14 83/17
**honestly [2]**   90/12 97/5
**Honor [35]**   4/3 4/9 4/13 4/17 4/22
5/13 5/23 7/10 7/21 16/23 31/22
51/18 51/22 52/7 54/18 55/5 56/2
56/4 56/5 56/13 59/10 59/14 70/5
70/11 72/2 82/18 82/19 87/25
88/16 89/8 90/1 96/18 98/3 106/25
108/4
**HONORABLE [1]**   1/9
**hoodlum.se [1]**   65/17
**hops [1]**   86/25
**hosted [2]**   63/21 63/25
**Hosting [3]**   18/11 53/14 53/20
**hotmail.com [7]**   9/13 13/4 20/14
52/23 59/2 62/4 64/14
**hour [1]**   84/17
**hours [4]**   30/1 35/6 36/1 60/18
**how [47]**   9/20 10/16 12/18 15/10
15/10 17/16 17/25 18/16 18/19
21/20 24/24 28/1 28/9 29/24 29/24
30/9 30/16 31/3 33/22 35/4 36/14
37/15 44/1 45/7 46/19 48/23 67/22
68/18 68/21 69/4 75/20 76/17 77/9
77/20 85/6 89/23 91/11 91/23 92/9
95/7 99/17 101/22 104/1 105/18
105/24 106/3 106/11
**HTML [1]**   62/15
**HTTP:**   62/21
**HTTP://BitcoinFog.com [1]**   62/21
**Hugo [1]**   98/14
**hundred [1]**   18/21

**I**

**I'd [2]**   26/1 59/3
**I'm [7]**   26/22 30/11 39/16 47/6
58/15 58/24 65/10
**ID [3]**   32/15 84/9 85/2
**identified [4]**   32/11 33/17 91/24
102/20
**identify [3]**   33/6 46/2 80/5
**identity [1]**   55/24
**image [7]**   74/3 74/25 75/1 75/3

75/13 83/14 83/16
**images... [23]**   72/20 73/21 83/15
73/6 73/9
**immediate [1]**   37/20
**immediately [6]**   16/17 21/23 30/13
36/17 37/4 37/22
**implication [1]**   88/5
**implying [1]**   88/2
**improved [1]**   41/18
**include [3]**   56/16 86/11 99/9
**included [2]**   62/18 62/22
**includes [1]**   94/22
**including [4]**   25/17 72/18 72/20
78/20
**independently [1]**   55/20
**indicate [2]**   66/25 102/22
**indicates [3]**   44/17 67/2 77/11
**indicating [1]**   95/22
**indicative [2]**   38/2 38/4
**indirect [6]**   86/19 86/23 87/3
92/22 100/4 102/20
**indirectly [4]**   89/24 102/22 104/5
106/8
**individual [1]**   100/23
**infinite [1]**   77/6
**information [43]**   9/16 11/13 11/15
12/14 12/20 12/21 12/24 14/23
15/2 16/21 24/12 27/20 31/16 32/3
32/12 32/14 32/25 33/22 36/25
40/10 42/10 55/19 63/9 65/21 67/2
69/10 72/18 72/20 72/22 73/10
75/11 76/1 76/14 76/18 77/20 78/1
79/3 82/21 84/3 84/4 84/11 87/17
90/16
**informed [1]**   17/16
**initial [2]**   36/16 79/16
**input [1]**   47/16
**inputs [9]**   43/5 43/9 43/11 44/8
44/13 44/19 44/23 45/14 47/19
**insta [2]**   94/25 95/2
**instances [1]**   86/11
**Instawallet [11]**   63/18 63/20
63/21 65/3 65/5 66/23 67/1 67/3
67/4 67/8 95/12
**instawallet.org [3]**   66/1 66/20
66/22
**instead [3]**   59/20 74/13 74/14
**instructed [1]**   5/5
**instruction [1]**   6/6
**intended [1]**   17/21
**intent [1]**   55/23
**interest [2]**   51/21 78/25
**intermediary [1]**   86/24
**internet [2]**   63/24 68/13
**investigation [2]**   25/15 27/7
**involve [2]**   98/10 98/11
**involved [3]**   89/10 91/17 107/7
**IP [1]**   70/14
**is [488]**
**isn't [1]**   88/17
**issue [3]**   6/16 70/12 96/21
**it [187]**
**its [7]**   12/7 25/7 39/11 57/19
59/8 79/2 88/14
**itself [2]**   57/3 72/23

**J**

**jail [1]**   5/6
**Jeff [1]**   4/11
**JEFFREY [1]**   1/18
**John [1]**   98/14
**joined [1]**   4/10
**JUDGE [2]**   1/10 59/22
**June [2]**   80/25 85/13
**June 17th [1]**   80/25
**jury [50]**   1/9 4/2 7/2 7/9 7/12
8/8 11/23 23/16 24/18 27/15 28/9
32/6 33/1 42/16 42/21 45/16 50/11
50/18 51/25 52/4 53/18 55/18
56/9 56/10 58/14 61/25 66/15
70/20 70/25 72/12 73/2 76/24 76/25
79/10 79/24 82/25 84/1 88/20
88/20 89/16 90/22 97/23 98/1 98/6

**J**

jury... [6]  100/10 104/13 106/19
107/9 107/24 107/25
jury's [2]  51/24 52/6
just [81]  4/18 5/2 5/4 5/14 5/16
5/18 5/19 6/5 6/6 7/8 7/13 8/8
12/15 12/23 15/18 15/25 16/7
16/24 17/1 19/18 19/23 20/1 21/6
22/13 22/17 23/1 37/5 38/18 39/18
40/18 43/6 43/7 46/22 46/24 48/12
48/12 48/20 49/3 49/9 49/14 51/24
54/20 55/25 58/17 59/11 59/17
59/19 59/22 67/13 67/25 68/2
68/20 69/3 70/22 71/6 71/8 71/10
71/10 71/20 74/8 76/5 76/23 77/10
77/20 77/23 78/7 80/16 83/16
85/11 87/22 88/6 88/13 94/22 95/7
96/22 96/22 97/5 100/8 107/15
107/17 107/18
JUSTICE [2]  1/13 1/20
justifies [1]  6/21

**K**

keep [6]  7/2 7/8 25/7 55/6 68/13
97/15
key [2]  69/15 84/3
keys [6]  44/20 68/1 68/13 75/12
75/15 75/25
kilometers [1]  84/17
know [13]  15/25 21/20 47/13 47/16
47/19 47/20 51/24 67/14 69/20
72/8 85/13 88/5 95/6
knowledge [1]  55/24
knows [1]  5/14
Kolbasa [28]  14/15 14/22 15/5
15/6 16/19 17/7 17/10 17/12 35/11
35/16 35/17 35/24 36/2 37/8 39/3
39/4 39/6 39/8 39/10 39/14 40/7
41/7 52/19 53/8 53/11 54/12 54/15
55/3
Kolbasa99 [2]  14/10 39/2
Kraken [14]  99/4 99/6 99/7 99/9
99/17 99/22 100/1 100/15 100/18
101/1 101/4 101/22 102/1 102/11

**L**

labeled [2]  33/16 44/16
labs [1]  48/1
large [1]  70/15
Largely [1]  105/13
last [11]  20/1 37/6 37/7 37/7
54/9 54/25 55/3 62/11 62/12 85/11
85/12
later [11]  7/3 7/8 9/10 36/3
52/25 53/1 53/25 54/4 76/16 93/1
94/10
launch [3]  22/6 22/9 49/24
laundering [8]  17/19 17/23 30/10
30/15 38/6 41/10 57/10 57/11
law [6]  2/3 25/10 25/12 56/21
57/2 57/16
lawyers [2]  52/10 52/10
lay [1]  71/11
layer [1]  30/7 41/8
layering [6]  17/18 17/19 17/23
30/14 38/5 57/15
leading [7]  59/16 59/17 59/17
59/20 59/22 61/10 102/13
learn [1]  75/17
least [2]  7/4 86/23
leave [3]  5/19 24/18 108/2
leaving [2]  20/1 53/22
ledgers [2]  89/9 90/11
left [7]  17/8 18/23 20/8 36/17
64/19 84/8 84/19
left-hand [1]  17/8
legal [1]  55/21
less [1]  8/2
let [7]  4/4 17/4 28/24 29/21 36/4
40/21 97/22
Let's [3]  55/8 55/10 70/9

**M**

level [2]  49/15 69/14
leverage [1]  92/8
Liberty [32]  8/16 8/18 9/1 9/24
18/9 18/15 18/16 18/18 18/24 19/7
20/3 20/8 20/10 20/11 20/12 20/22
22/12 22/19 22/20 23/22 24/1
50/24 51/3 51/3 51/6 53/1 53/11
53/13 54/14 56/17 56/21 57/5
like [28]  5/6 5/24 6/8 6/20 11/8
18/14 19/1 26/1 26/17 30/7 30/12
33/1 48/19 55/5 58/22 59/3 62/10
63/23 64/11 65/8 67/25 68/2 76/9
83/8 91/14 96/3 98/15 98/20
limited [3]  37/11 37/12 59/9
limiting [1]  88/14
LINDSAY [3]  2/6 109/3 109/12
line [17]  10/9 10/11 34/21 34/22
34/24 35/1 35/18 35/19 36/3 36/4
58/6 62/11 62/12 64/12 85/11
85/12 98/12
lines [7]  10/6 21/3 37/21 81/17
81/18 92/18 102/18
lingo [1]  101/17
link [2]  62/18 62/21
list [6]  28/7 69/17 75/21 77/10
80/16 83/24
listed [3]  74/7 74/9 77/16
listener [1]  97/12
little [4]  43/4 43/10 47/6 83/4
live [2]  29/10 29/13
load [1]  24/24
Local [1]  81/20
LocalBitcoin [15]  89/20 91/1 91/4
91/8 91/12 92/3 93/11 95/19 95/21
100/13 102/6 102/12 104/12 104/17
105/3
LocalBitcoins [12]  91/3 91/20
91/22 92/14 92/10 100/1 100/7
100/7 100/14 103/19 104/19 105/9
located [1]  99/7
log [9]  29/5 37/6 37/7 37/7 54/9
54/25 55/3 63/23 105/1
log-in [4]  54/9 54/25 55/3 105/1
logs [1]  90/11
long [3]  60/2 60/2 78/10
look [12]  12/8 41/12 41/16 43/11
57/25 64/25 78/1 78/16 79/21 81/1
92/15 92/25
looked [10]  12/15 22/17 23/1 23/4
23/25 41/19 79/3 80/16 86/2 100/8
looking [16]  8/7 8/19 9/5 9/17
16/6 32/19 34/1 43/6 65/18 65/23
75/16 79/24 80/4 89/25 98/23
100/13
looks [3]  30/7 30/12 76/9
lost [1]  94/25
lot [2]  59/16 59/17
lower [2]  17/8 43/14
LTD [1]  102/21
Luke [2]  3/3 7/23
lunch [4]  105/22 107/3 107/8
107/10
lunchtime [1]  107/16
luxury [2]  82/6 83/8

**M**

ma'am [236]
made [3]  41/17 55/25 63/7
mail [1]  59/1
main [1]  106/22
majority [1]  80/2
make [9]  22/21 28/12 30/2 46/6
55/25 88/12 90/18 91/9 91/16
makes [3]  16/15 17/24 33/5
man [1]  94/24
many [6]  18/12 72/24 77/9 78/8
86/13 106/3
maps [1]  19/6
March [3]  58/5 58/21 94/15
March 11th [2]  58/5 58/21
marketplace [5]  24/20 24/22 33/16
33/17 55/21

**M** (continued)

marks [1]  29/21
matched [1]  72/22
matching [2]  34/5 67/8
materials [1]  82/13
matter [5]  25/19 71/20 97/21
107/22 109/5
Max [3]  98/14 98/16 98/17
may [22]  5/16 7/3 11/22 16/18
16/20 17/9 21/5 23/15 27/14 29/2
32/6 42/20 50/17 61/24 62/22
66/14 72/11 76/24 79/9 82/24
90/21 98/6
maybe [3]  17/2 55/6 107/1
Mazarin [1]  69/23
Mazars [7]  69/21 69/22 70/5 70/14
70/19 96/16 96/23
Mazars' [3]  70/2 73/19 96/16
me [17]  4/4 4/15 4/23 5/9 5/11
5/24 6/8 29/21 36/4 45/24 51/14
59/5 59/11 75/24 88/9 98/2 102/8
mean [6]  52/9 59/2 61/10 88/9
90/4 95/12
meaning [2]  86/23 101/17
means [5]  63/22 63/23 91/6 91/7
101/16
meant [6]  16/21 57/9 57/11 95/2
memo [2]  13/12 36/5
mempool [5]  12/21 31/23 31/25
32/2 33/13
mempool.space [2]  12/12 32/24
mentioned [1]  6/18
merchant [2]  64/16 64/18
mere [1]  90/7
message [23]  57/24 58/2 58/4 58/7
58/10 58/20 60/7 60/9 60/13 60/15
60/16 60/23 60/25 61/2 66/24
94/22 97/10 97/11 97/13 98/13
98/13 98/14 98/19
messages [7]  52/7 93/13 93/17
95/25 96/5 97/8 97/10
metallic [1]  84/16
MICHAEL [2]  2/2 4/15
Microtronix [3]  64/2 64/9 64/18
midnight [2]  35/25 35/25
might [4]  14/18 41/16 60/20 74/19
mind [2]  71/18 77/16
mint [10]  75/9 75/14 78/17 78/23
79/14 79/17 79/22 80/1 81/5 81/25
minute [1]  79/1
minutes [8]  10/18 15/12 36/2 53/1
55/6 55/8 55/11 107/2
mislead [1]  88/20
misleading [1]  88/16
misspelled [1]  74/15
misspoke [1]  17/4
misspoken [1]  16/18
mistake [2]  41/17 55/24
mix [1]  101/8
mixer [2]  51/12 88/4
mm.st [2]  60/20 62/5
Model [1]  85/17
moment [3]  24/17 87/23 95/10
money [26]  9/6 13/2 14/3 17/19
17/23 30/10 30/14 30/16 34/16
34/24 38/6 41/10 50/24 80/19 81/4
89/6 92/9 92/16 99/17 99/21
101/10 101/22 104/11 104/17 105/8
105/18
moon [5]  101/14 101/16 101/19
102/2 102/21
more [8]  17/24 26/22 40/14 47/7
48/8 55/7 63/22 75/17
morning [8]  1/7 4/9 4/12 4/13
4/16 4/24 5/8 7/14
MOSS [1]  1/9
most [4]  75/6 75/6 75/8 105/8
motion [1]  51/19
motive [1]  55/23
move [2]  29/11 51/18
moved [1]  49/19
moves [15]  11/18 19/16 23/12

**M**

moves... [12]   27/10 31/19 42/15
50/10 61/21 66/11 69/25 76/21
79/6 82/16 87/20 96/11
moving [6]   30/16 35/15 99/2
103/22 104/6 105/14
Mr [50]   5/9 5/14 8/8 9/17 11/25
16/6 16/18 17/7 19/4 19/23 22/25
23/19 27/1 28/5 28/24 32/9 36/25
38/12 41/11 43/1 49/23 50/21
56/15 57/18 61/18 62/3 65/13
66/18 67/19 70/7 72/15 73/5 73/11
74/3 76/10 77/3 78/1 79/13 79/19
83/3 85/19 88/18 88/22 89/3 89/22
89/24 90/14 90/25 96/13 98/10
Mr. [139]
Mr. Brown [1]   39/7
Mr. Ekeland [3]   5/22 97/3 107/15
Mr. Ekeland's [1]   6/2
Mr. Pearlman [7]   7/25 19/10 23/24
38/10 39/7 42/14 56/11
Mr. Pearlman's [4]   19/2 23/3 38/7
42/6
Mr. Ringberg [2]   65/20 65/25
Mr. Scholl [3]   4/19 70/7 82/20
Mr. Scholl's [1]   4/25
Mr. Sterlingov [43]   5/1 5/3 5/6
5/15 6/7 6/10 6/17 6/22 6/24 7/6
7/15 20/3 50/23 51/20 65/15 65/19
65/24 66/1 66/23 67/2 67/13 67/17
70/13 72/19 74/12 77/19 80/22
82/3 84/12 88/5 93/21 94/11 94/20
94/24 95/20 95/22 97/11 97/16
97/20 98/11 98/18 102/5 106/15
Mr. Sterlingov's [71]   8/11 8/16
8/24 18/2 18/16 19/7 20/16 22/11
22/19 23/21 23/22 24/4 24/15 26/6
28/14 32/11 34/13 41/23 44/11
47/8 49/12 49/16 49/18 51/7 51/8
52/23 65/6 66/9 66/20 66/25 67/8
68/22 69/16 72/17 73/9 74/5 79/17
79/19 80/3 80/13 81/9 84/4 85/20
85/23 86/2 86/9 86/14 86/22 87/1
87/8 87/15 91/22 92/25 93/5 93/8
93/25 95/18 97/7 100/1 100/15
100/17 100/20 102/21 103/12
103/19 104/12 105/3 106/13 106/17
106/20 106/23
Mr. Townsend [1]   51/21
Mr. Townsend's [2]   20/1 51/15
Ms [6]   3/4 70/5 70/14 73/19 96/16
96/23
Ms. [10]   5/7 5/8 5/12 7/20 59/19
69/22 70/2 70/19 76/7 96/16
Ms. Mazars [2]   69/22 70/19
Ms. Mazars' [1]   70/2 96/16
Ms. Pelker [5]   5/7 5/8 5/12 7/20
59/19
Ms. Walker [1]   76/7
Mt [8]   8/12 9/8 9/14 13/4 14/10
15/1 21/15 53/8
Mt. [37]   9/16 13/18 14/4 18/7
18/9 20/2 20/22 23/22 24/1 24/4
34/18 34/20 35/2 35/11 36/24
44/11 47/8 49/12 49/17 49/19
50/25 51/2 51/8 52/18 53/4 53/7
53/10 53/23 54/15 54/22 55/1 55/4
56/17 103/1 103/12 106/17 106/20
Mt. Gox [37]   9/16 13/18 14/4 18/7
18/9 20/2 20/22 23/22 24/1 24/4
34/18 34/20 35/2 35/11 36/24
44/11 47/8 49/12 49/17 49/19
50/25 51/2 51/8 52/18 53/4 53/7
53/10 53/23 54/15 54/22 55/1 55/4
56/17 103/1 103/12 106/17 106/20
much [16]   10/16 15/10 18/16 18/19
26/4 29/24 68/18 68/21 85/6 89/23
92/9 99/17 101/22 105/18 105/24
106/11
multi [1]   17/22
multi-step [1]   17/22

**multiple [11]**   8/13 15/14 17/20
69/7 86/25
must [6]   60/18
my [13]   29/21 37/21 44/10 71/18
72/4 72/5 74/13 74/18 78/10 83/5
94/25 98/18 105/20
mycelium [26]   69/1 69/2 69/3 69/4
69/7 69/11 69/15 72/17 72/21
73/10 74/6 76/14 76/15 76/19 77/9
77/11 78/3 79/17 79/20 80/3 80/13
81/9 81/13 84/4 85/3 85/4

**N**

N.W [1]   1/16
name [10]   4/8 32/25 50/6 51/7
51/9 65/6 81/16 81/24 83/23
101/13
named [2]   78/17 78/24
names [3]   72/18 74/11 84/5
Nancy [2]   26/19 26/20
nearly [1]   81/9
necessary [1]   97/20
need [6]   14/18 21/5 26/21 62/22
76/5 77/23
needed [1]   44/20
Nefario [2]   58/2 58/11
new [2]   1/20 84/17
next [24]   1/23 9/5 10/4 10/5
12/10 20/11 29/20 32/22 36/2
38/19 53/3 53/4 55/7 55/9 77/19
92/18 101/12 102/18 102/25 103/22
104/6 104/21 105/14 107/1
NFS [3]   14/3 38/16 38/19
NFS9000 [25]   13/4 13/8 13/24 14/5
34/18 34/19 35/15 35/23 37/14
38/12 38/15 38/17 38/23 39/1 39/2
39/3 39/4 39/5 41/7 52/19 53/7
53/11 54/11 54/15 54/25
nice [1]   107/8
nickname [1]   82/1
no [46]   1/4 4/3 10/3 11/3 11/20
11/21 14/1 14/24 16/2 23/17 30/4
30/24 30/25 32/7 38/1 38/1 38/21
40/9 41/5 50/16 56/4 56/5 56/23
57/1 57/4 57/8 59/20 59/21 61/23
62/1 66/13 66/16 66/19 68/9 69/19
71/21 72/13 73/12 74/1 77/1 79/11
83/1 89/9 89/13 90/23 98/7
nonetheless [1]   31/1
noreply [1]   66/22
normally [1]   43/7
Nos [4]   19/21 27/16 42/22 50/19
not [75]   5/1 5/5 5/15 5/19 10/3
11/8 14/1 14/24 17/12 19/2 22/23
30/4 30/18 30/24 31/10 33/2 37/5
38/21 40/1 40/9 41/5 42/2 48/19
50/3 52/2 52/10 52/10 56/23 57/1
57/4 57/8 57/12 60/20 61/17 66/3
66/4 68/10 68/11 68/12 69/13
69/19 70/4 71/8 71/21 71/22 72/6
73/4 73/12 76/3 77/12 78/9 78/19
81/18 81/22 81/25 82/8 87/11 88/7
88/8 88/10 88/21 88/23 88/23 89/9
89/17 90/5 90/9 90/14 95/9 96/4
97/4 97/5 97/16 97/20 97/24
note [7]   15/4 39/22 58/17 72/2
84/11 97/11 105/1
noted [7]   30/25 61/5 61/9 64/23
72/1 75/3 75/11
notes [2]   72/18 84/5
nothing [2]   6/22 108/6
noting [1]   71/10
November [15]   20/13 20/25 22/13
23/23 24/6 37/8 43/18 43/19 54/10
54/15 54/16 54/24 54/25 55/2 55/3
November 10th [2]   43/18 43/19
November 24th [3]   20/13 20/25
54/10
November 26 [1]   54/15
November 27th [2]   23/23 24/6
November 28th [2]   54/24 54/25

**November 29 [1]**   54/16
November 2nd [3]   54/15 54/25 55/3
November 4th [1]   22/13
now [48]   6/1 8/18 9/10 10/20
10/22 16/6 17/14 19/1 21/13 22/14
22/23 25/14 28/4 29/4 34/12 35/14
35/17 36/24 37/14 40/10 45/19
45/21 46/19 47/9 49/15 55/6 55/10
57/18 60/7 61/4 63/3 68/18 69/17
70/14 70/19 71/9 73/2 74/16 84/22
94/13 95/1 97/25 99/2 100/19
101/12 102/25 105/14 107/4
number [7]   39/3 39/5 47/9 56/15
75/12 76/4 77/6
numbers [1]   38/15
numerous [2]   67/4 85/20
NW [3]   1/14 1/20 2/8
NY [1]   2/4

**O**

obfuscate [1]   30/14
object [4]   32/2 32/3 70/11 88/22
objecting [2]   59/16 71/9
objection [45]   11/19 11/20 16/23
19/17 23/13 27/11 27/13 31/21
32/5 42/17 42/19 50/12 50/16
51/13 51/22 55/18 59/10 59/22
59/24 59/25 60/1 61/22 61/23
66/12 66/13 67/10 70/3 71/2 72/1
72/2 72/4 72/9 73/22 76/22 79/7
82/17 87/21 88/1 90/13 90/18 95/4
96/12 97/15 102/13 104/14
objections [1]   19/20
objective [1]   89/17
obscure [2]   38/5 41/9
obtain [1]   30/18
obtained [1]   27/6
obviously [3]   5/15 95/5 97/16
occur [1]   13/6
occurred [8]   13/7 46/17 49/15
52/25 54/2 54/9 80/24 105/1
occurring [2]   56/20 94/6
occurs [2]   40/11 54/24
October [22]   13/7 13/9 13/11
14/13 18/19 51/10 51/11 52/16
52/16 52/17 52/17 52/23 53/4 53/6
53/7 53/9 53/9 53/15 53/16 53/17
53/21 53/22
October 19th [1]   53/9
October 20th [1]   53/9
October 25th [3]   53/15 53/16
53/17
October 27th [2]   53/21 53/22
October 3rd [2]   52/16 52/17
October 7th [1]   52/23
October 8 [1]   18/19
October 9 [1]   13/11
October 9th [4]   13/9 14/13 52/16
52/17
off [8]   19/11 23/4 23/6 42/7 50/5
74/9 75/11 76/9
offer [2]   91/8 91/13
offered [3]   71/10 88/19 97/21
offering [1]   88/18
Official [3]   2/7 109/3 109/13
offline [1]   75/22
often [2]   41/16 57/14
okay [15]   4/20 5/8 5/10 6/3 6/12
6/14 26/10 26/21 27/13 52/5 59/19
74/23 98/2 107/17 108/5
Omedetou [21]   6/18 6/22 7/7 53/18
54/3 58/3 58/12 58/18 58/20 60/10
61/6 61/10 61/13 62/13 63/7 63/13
67/9 67/14 67/17 70/13 71/1
once [3]   27/9 33/3 91/17
one [31]   4/17 4/18 5/21 18/21
25/4 26/22 32/17 32/18 34/2 39/23
44/9 45/12 48/14 48/21 49/2 50/6
55/17 59/11 59/25 64/22 65/24
80/15 86/22 86/23 87/3 87/23 91/9
91/13 102/5 104/3 104/4
one-word [1]   59/25

**O**

only [11]   5/13 31/8 34/1 39/19
39/20 39/24 78/24 79/15 82/1
83/24 104/3
opened [6]   16/8 16/11 99/15
101/20 104/9 104/25
opening [1]   37/2
operation [1]   45/6
operational [1]   41/17
opinion [4]   59/15 89/16 90/4 90/9
opinions [2]   88/22 88/25
opponent [2]   71/4 97/17
opportunity [1]   55/23
orange [1]   44/6
order [6]   28/12 41/9 57/15 70/12
70/17 71/12
orient [1]   19/23
original [2]   70/4 96/25
originated [1]   47/7
originating [1]   88/7
OTC [1]   96/1
other [27]   37/24 38/20 40/7 41/3
42/13 43/4 44/6 44/12 45/11 48/4
49/4 57/6 60/12 66/24 67/25 69/8
72/20 86/6 86/15 91/8 93/1 95/21
96/19 97/17 97/18 98/24 100/25
otherwise [1]   60/1
our [5]   17/14 55/9 72/1 72/2
97/15
out [46]   4/2 6/6 8/11 9/24 13/9
14/16 14/18 16/7 19/6 21/4 32/11
32/13 33/1 33/2 33/5 36/25 43/13
46/19 47/5 47/13 47/24 48/7 49/14
55/15 57/14 61/8 62/20 62/23
70/12 75/8 78/2 78/17 78/23 79/14
79/17 79/22 80/1 81/5 81/5 81/6
81/25 83/4 88/13 89/7 95/22 107/9
output [12]   31/5 31/9 32/19 34/1
34/1 34/2 44/9 46/6 46/7 48/16
49/2 49/4
outputs [7]   32/17 43/6 43/9 43/9
43/12 48/13 48/14
outta [1]   75/14
over [9]   21/5 26/10 64/19 68/20
68/23 71/2 77/23 77/24 84/19
overall [5]   67/7 78/7 79/2 93/10
106/22
overhear [1]   107/7
overruled [7]   19/20 27/13 32/5
42/19 67/12 90/18 104/15
own [1]   6/24
owner [1]   98/15

**P**

P-R-O-P-A-G-A-N-D-A [1]   94/3
p.m [2]   107/9 108/8
page [4]   1/23 65/9 83/14 83/17
paid [3]   49/3 63/13 85/3
paragraph [2]   65/18 65/23
parenthesis [1]   58/25
part [1]   45/24
parties [3]   5/18 7/15 7/17
partner [1]   93/14
party [2]   71/3 97/17
Pas [13]   24/16 26/8 26/11 26/14
27/2 27/20 28/2 28/7 28/19 28/25
29/6 29/22 34/17
pass [1]   88/4
passed [3]   10/16 15/10 17/20
passing [1]   37/19
passthrough [4]   30/7 30/12 38/4
54/7
password [4]   26/6 26/8 26/12
26/13
past [1]   78/2
path [2]   77/8 77/20
paths [1]   76/16
pattern [5]   41/6 47/22 48/24 49/5
49/6
pay [1]   60/18
paying [1]   63/16

payment [7]   48/18 53/13 61/22
23/24 73/16 73/18 73/19
PEARLMAN [9]   1/18 4/11 7/25 19/10
23/24 38/10 39/7 42/14 56/11
Pearlman's [4]   19/2 23/3 38/7
42/6
peel [2]   78/10 78/12
peer [4]   91/4 91/4 91/4 91/4
PELKER [8]   1/13 3/4 4/9 5/7 5/8
5/12 7/20 59/19
pending [1]   96/15
Pennsylvania [1]   1/14
people [5]   24/24 67/4 68/6 68/15
97/18
per [1]   84/17
period [1]   52/21
periods [1]   37/11
permission [1]   7/24
permitted [1]   55/22
person [1]   96/25
personal [6]   99/10 99/12 99/17
99/22 100/15 100/18
personally [1]   95/5
PeterNFS [1]   37/8
phone [25]   4/18 51/23 59/12 60/1
67/20 67/22 67/24 68/4 68/8 68/19
68/25 69/5 70/9 72/23 72/25 73/9
73/16 74/6 79/25 87/23 96/1 96/6
96/18 96/24 98/25
phones [1]   68/16 96/17
photograph [2]   74/5 81/15
photographs [1]   73/11
photos [1]   79/25
phrase [8]   75/21 77/7 77/17 77/21
78/13 79/19 95/8 101/17
physical [10]   19/11 23/4 23/6
38/8 38/19 40/1 42/7 45/20 50/5
50/7
pick [2]   4/18 87/23
ping [2]   71/14 71/24
ping-pong [2]   71/14 71/24
pink [6]   44/13 44/16 45/1 45/13
47/10 47/10
place [1]   7/5
placing [1]   7/25
Plaintiff [2]   1/4 1/13
plan [1]   55/24
plans [1]   107/13
plasma [5]   8/12 47/8 49/13 49/16
51/6
plasmadivision [8]   8/12 47/8
49/16 51/6 51/8 52/18 53/10 54/14
plasmadivision.com [2]   20/2 49/13
please [8]   4/7 8/6 9/15 55/11
58/13 59/5 65/14 107/5
PLLC [1]   2/3
pneumonic [1]   75/21
podium [1]   4/7
point [21]   6/23 9/24 13/9 14/18
15/17 21/13 33/1 36/20 38/12 40/3
40/16 47/24 49/9 52/9 61/8 62/20
63/2 71/20 75/10 90/13 97/5
pointed [1]   28/24
pointing [2]   16/3 22/16 40/22
Poloniex [2]   103/24 104/1
pong [2]   71/14 71/24
pool [2]   33/4 33/6
portion [2]   20/4 106/5
possible [2]   77/8 77/24
possibly [1]   49/6
post [1]   91/8
posted [1]   62/10
posts [2]   71/2 91/13
potential [1]   68/14
potentially [1]   49/8
preference [1]   5/22
prejudicial [1]   89/15
preliminary [1]   6/17
premise [1]   71/3
preparation [1]   55/24
prepare [2]   41/24 87/7
preparing [1]   49/23

preponderance [1]   7/4
prepare [1]   95/0
present [2]   4/14 55/18
previous [3]   48/15 78/11 100/8
previously [6]   7/23 23/4 23/25
27/2 64/6 103/3
price [3]   59/7 61/5 61/9
primary [1]   100/10 100/12 100/15
100/17 102/8 102/10
print [5]   19/11 23/4 23/6 42/7
50/5
prior [4]   20/5 20/9 46/20 49/21
private [13]   44/20 57/24 58/2
60/7 60/9 68/1 68/13 75/12 75/15
75/25 83/11 87/4 87/5
problem [1]   71/13
proceed [2]   60/5 71/23
proceedings [2]   1/7 109/5
product [1]   88/18
proffered [1]   89/16
promotional [1]   59/8
propaganda [12]   93/14 93/20 93/22
94/1 94/7 94/9 94/9 94/17 94/21
94/21 95/16 95/19
proper [2]   70/17 71/12
property [1]   47/20
propose [1]   5/2
proposing [1]   4/24
prove [1]   88/14
provide [3]   5/25 25/2 25/18
provided [6]   26/15 27/6 27/7
61/19 69/22 73/13
provides [1]   95/19 95/19
providing [1]   95/16
provisional [1]   70/15
public [3]   6/14 46/21 76/1
publish [4]   42/16 50/11 58/13
98/9
published [14]   11/23 23/16 27/14
32/6 42/20 50/18 61/24 66/14
72/11 76/25 79/10 82/25 90/22
98/6
pull [24]   8/6 8/18 9/15 9/23 13/1
15/1 15/4 15/17 27/19 28/4 36/24
38/7 39/8 40/1 40/10 42/25 45/6
61/16 65/8 76/5 78/19 85/10 85/18
93/23
pulled [1]   32/13
pulling [1]   73/2
purchase [5]   18/1 18/11 24/22
28/11 91/14
purchased [2]   21/3 85/13
purchases [3]   10/5 30/2 64/3
purchasing [2]   51/21 82/6
purpose [8]   16/13 17/22 30/13
48/20 68/4 91/20 91/21 97/25
purposes [3]   7/19 37/11 37/13
put [5]   6/19 7/14 42/13 55/17
55/19
putting [1]   50/24

**Q**

quarter [1]   55/10
question [9]   5/16 7/18 22/7 71/18
72/5 72/5 89/10 95/7 107/24
questions [2]   5/2 17/14
quibble [1]   97/4
quick [2]   30/5 34/25
quote [3]   58/11 58/19 59/6
quoted [1]   58/10
quoting [1]   58/12

**R**

R-E-B-E-L-A-R-T [1]   94/3
raise [1]   6/16
RANDOLPH [1]   1/9
range [1]   31/6
rates [1]   72/20
rather [2]   88/14 108/2
raw [7]   12/1 12/7 12/14 12/21
31/24 32/10 33/13
Re [1]   58/8

**R**

**Reactor [9]** 12/19 21/22 31/23 31/25 32/3 36/16 63/19 65/4 76/2
**read [14]** 10/25 58/20 60/22 62/11 62/25 74/9 75/11 81/16 81/24 83/18 84/14 98/12 98/13 98/19
**readily [1]** 68/5
**reading [1]** 38/14
**reads [1]** 60/17
**ready [1]** 56/12
**real [2]** 24/21 34/25
**really [1]** 88/11
**reason [6]** 59/20 59/21 71/19 71/21 71/23 72/6
**rebelart.se [1]** 94/1
**recall [1]** 97/5
**receive [5]** 44/3 68/2 77/13 99/18 101/23
**received [9]** 16/9 20/15 25/24 32/17 46/25 47/3 48/15 75/21 80/21
**receiving [11]** 12/5 12/5 13/17 16/11 16/17 32/18 43/23 46/10 64/15 78/8 80/13
**Recess [2]** 56/7 108/8
**recognize [8]** 11/10 19/4 31/12 66/6 73/5 76/10 82/9 87/12
**recollection [5]** 51/25 52/6 52/12
**recommends [2]** 65/24 66/1
**reconstruct [1]** 75/22
**record [24]** 4/8 6/14 6/15 6/20 6/20 6/23 6/25 7/14 16/19 24/8 28/24 29/2 40/21 40/24 55/17 55/19 61/17 62/8 63/5 63/6 63/9 72/3 90/9 109/5
**recorded [2]** 30/22 43/20
**records [57]** 8/19 13/9 14/15 19/14 20/18 25/7 25/11 25/13 25/14 25/17 25/17 25/21 25/23 26/14 27/5 29/16 30/18 31/15 33/24 34/5 34/6 34/20 35/18 56/22 56/25 57/2 57/3 57/5 64/2 64/5 64/8 64/12 64/14 72/17 73/15 73/16 85/19 87/18 89/3 89/10 89/12 89/18 89/20 89/23 90/14 90/25 91/19 91/24 95/21 95/22 99/3 99/9 103/1 103/23 104/6 104/22 105/14
**red [4]** 43/15 43/16 45/1 45/21
**redacted [1]** 98/1
**redeem [17]** 8/15 14/6 14/7 14/9 14/10 14/13 14/21 15/15 15/19 15/21 18/7 35/2 35/5 35/7 35/11 35/20 35/23
**redeemed [5]** 14/9 14/10 35/8 35/11 35/24
**reference [1]** 35/2
**reflect [9]** 11/15 12/14 27/5 28/24 29/2 31/16 40/21 40/24 76/18
**reflection [2]** 79/3 90/6
**refund [1]** 60/21
**regarding [5]** 16/8 17/15 64/8 76/19 79/3
**regards [1]** 4/19
**registered [2]** 53/18 53/19
**relate [2]** 9/20 17/25
**related [3]** 10/7 45/1 64/2
**relating [1]** 37/1
**relation [3]** 4/25 4/25 64/17
**relative [1]** 46/16
**released [1]** 91/18
**relevant [1]** 37/16
**reliable [1]** 34/10
**relying [1]** 89/19
**remaining [1]** 74/25
**remind [15]** 8/8 8/21 20/7 28/9 43/22 44/1 45/16 54/17 79/24 84/1 100/10 102/8 104/13 106/19 107/5
**remove [1]** 44/10
**repeat [3]** 22/7 30/11 101/6

**rephrase [4]** 17/2 17/5 51/17
**reply [3]** 66/19 94/8 94/20
**replying [2]** 94/11 94/24
**report [4]** 61/19 89/25 90/15 90/16
**reporter [5]** 2/6 2/7 80/11 109/3 109/13
**reports [1]** 90/2
**represent [1]** 43/3
**represented [1]** 47/25
**request [1]** 107/15
**requested [1]** 107/15
**research [2]** 55/12 107/6
**reserve [33]** 8/17 8/18 8/24 9/1 9/25 18/9 18/15 18/16 18/18 18/24 19/7 20/3 20/8 20/10 20/11 20/12 20/22 22/12 22/19 22/20 23/22 24/1 50/25 51/3 51/4 51/6 53/2 53/12 53/13 54/14 56/17 56/22 57/5
**respect [2]** 55/18 71/7
**response [2]** 58/12 72/5
**responses [1]** 97/10
**result [1]** 53/12
**retake [1]** 56/8
**retrieve [1]** 25/17
**retrieved [6]** 31/17 69/10 73/16 95/25 96/8 98/25
**return [2]** 7/22 83/21
**returned [1]** 94/25
**returning [17]** 17/14 30/21 32/21 99/2
**review [32]** 23/24 24/8 25/21 26/14 57/3 63/14 64/2 64/8 65/5 68/2 69/10 69/22 72/24 84/19 85/19 90/25 91/15 91/19 91/20 91/21 91/23 93/1 93/13 95/21 95/25 99/3 101/13 102/25 103/22 104/6 104/22 105/14
**reviewed [13]** 16/7 23/10 27/2 42/10 66/24 73/15 76/1 87/18 89/3 89/22 91/24 96/5 99/9
**reviewing [1]** 12/7
**right [24]** 4/12 4/16 5/24 10/12 18/15 21/6 22/6 27/22 27/24 34/1 34/13 43/14 46/9 50/13 51/19 56/6 56/8 56/11 64/16 72/9 97/8 97/9 97/14 107/10
**right-hand [1]** 43/14
**Ringberg [3]** 65/16 65/20 65/25
**rise [1]** 55/14
**Road [49]** 24/15 24/19 24/20 24/24 25/1 25/2 25/4 25/7 25/9 25/11 25/15 25/21 25/24 26/7 26/11 26/15 27/3 27/6 27/20 27/23 28/8 28/10 28/13 28/14 28/25 29/6 29/9 30/2 30/10 30/19 30/20 32/11 32/21 33/1 33/4 33/16 33/17 33/24 33/25 34/4 34/6 34/14 34/17 54/14 54/21 55/18 56/17 56/24 57/5
**Rolexes [1]** 83/8
**ROMAN [4]** 1/6 4/6 4/14 85/13
**room [3]** 2/8 5/20 88/20
**ROSO7234852 [2]** 8/25 20/23
**ROSO987341870 [1]** 49/13
**Rovensky [3]** 64/6 64/23 93/16
**row [14]** 10/1 13/11 14/20 20/19 22/16 22/18 26/2 28/15 29/14 29/16 83/22 83/25 84/7 84/20
**rows [5]** 8/22 8/22 9/5 20/24 21/5
**RPR [1]** 109/12
**rules [1]** 60/22
**run [1]** 59/8

**S**

**S-E [1]** 94/3
**safe [2]** 28/2 68/13
**said [4]** 17/1 30/12 67/11 70/24
**same [46]** 9/22 10/15 12/12 12/14 12/20 12/23 13/23 14/13 18/4 18/4 18/12 19/25 20/4 20/14 20/15

21/10 24/12 28/3 28/21 33/3 33/10 33/22 43/12 43/13 44/16 44/18 44/22 44/24
46/12 47/17 48/11 48/17 48/19 48/21 49/3 49/4 49/7 50/5 51/5 52/25 53/8 53/19 59/2 67/14 73/23 78/12 95/9 98/24
**satisfied [1]** 7/4
**saw [7]** 20/1 20/9 37/25 40/18 52/17 78/8 80/19
**say [11]** 5/18 6/10 6/12 7/3 16/15 18/3 26/22 59/22 59/22 65/10 89/11
**saying [10]** 6/21 60/16 65/19 89/6 89/13 90/8 94/24 95/9 97/11 97/21
**says [7]** 62/12 74/14 75/14 83/20 84/15 94/12 98/15
**scheme [4]** 17/23 30/10 30/15 38/6
**Scholl [51]** 3/3 4/19 5/9 5/14 7/23 8/8 9/17 11/25 16/6 16/18 17/7 19/4 19/23 22/25 23/19 27/1 28/5 28/24 32/9 36/25 38/12 41/11 43/1 49/23 50/21 56/15 57/18 61/18 62/3 65/13 66/18 67/19 70/7 70/7 72/15 73/5 73/11 74/3 76/10 77/3 78/1 79/13 82/20 83/3 85/19 89/3 89/22 90/14 90/25 96/13 98/10
**Scholl's [4]** 4/25 88/18 88/22 89/24
**scientist [1]** 69/21
**scotch [1]** 83/9
**screen [31]** 10/20 13/2 14/13 14/16 15/1 15/4 17/8 24/18 27/1 27/9 30/21 34/25 36/4 38/18 40/1 45/22 58/17 61/8 61/16 73/2 74/10 74/18 74/20 74/24 75/10 76/6 76/9 80/8 99/24 100/19 105/21
**screenshot [7]** 12/12 12/18 12/21 31/25 32/24 33/10 83/5
**screenshots [1]** 82/12
**scroll [12]** 10/12 14/19 21/5 26/10 27/23 40/5 47/7 57/25 60/15 64/16 65/14 85/11
**scrolling [9]** 27/22 39/18 61/4 61/4 61/12 65/8 83/16 83/21 84/19
**search [1]** 31/4
**second [14]** 9/9 14/20 32/12 32/17 48/16 51/14 51/23 59/11 59/12 65/18 65/23 70/22 78/23 85/12
**section [3]** 55/7 55/9 107/1
**secure [1]** 68/11
**security [1]** 41/17
**see [18]** 10/12 36/12 47/7 48/7 48/24 55/8 55/12 56/6 67/16 71/20 74/13 74/21 77/19 78/5 81/12 83/15 94/12 102/11
**seed [7]** 57/6 75/21 77/7 77/17 77/21 78/13 79/19
**seeing [2]** 43/11 56/17
**seek [1]** 57/14
**seeks [1]** 73/18
**seem [1]** 94/25
**seen [4]** 6/25 43/5 43/7 103/3
**sees [1]** 82/20
**segregate [1]** 69/6
**segregated [1]** 69/8
**seized [1]** 101/10
**sell [1]** 98/23
**selling [3]** 59/7 93/21 98/11
**send [6]** 18/7 18/8 25/3 45/12 48/20 68/2
**sender [3]** 58/2 60/9 60/23
**sending [14]** 12/4 12/4 21/15 32/15 32/16 33/6 39/3 43/7 45/3 45/25 48/11 48/18 62/9 86/21
**sends [6]** 39/4 39/5 48/9 48/13 48/25 49/1
**sent [20]** 8/15 10/13 11/6 20/13 21/18 21/24 24/13 24/15 30/13 34/18 36/18 36/22 44/14 46/12 62/4 85/4 86/15 91/17 94/9 94/22
**separate [1]** 21/9

**S**

**separately [1]** 18/22
**September [2]** 50/22 50/23
**September 29th [2]** 50/22 50/23
**series [5]** 47/1 49/19 86/15 87/7 94/16
**server [3]** 29/12 29/13 90/10
**servers [2]** 29/10 29/11
**service [9]** 16/4 41/15 58/23 59/4 59/5 63/21 63/24 87/3 91/17
**services [4]** 57/6 57/15 65/21 65/24
**set [3]** 37/10 37/12 91/23
**setup [1]** 77/3
**several [3]** 22/6 22/9 88/21
**shade [1]** 5/13
**shall [1]** 40/24
**she [12]** 17/2 17/3 17/4 27/1 70/6 70/6 71/15 71/17 71/21 72/6 73/20 73/20
**sheets [1]** 76/16
**SHERRY [3]** 2/6 109/3 109/12
**shormint [11]** 6/25 7/6 52/22 52/23 53/1 53/11 53/13 59/2 62/4 62/9 64/14
**short [1]** 16/10
**shortly [3]** 37/8 55/13 56/6
**should [10]** 6/14 7/18 11/2 26/2 28/5 70/16 71/12 97/25 107/14 107/24
**show [13]** 9/10 10/20 11/8 12/20 13/22 19/1 24/11 34/12 35/13 43/5 77/22 77/23 85/11
**showed [1]** 54/20
**showing [23]** 12/12 12/23 14/15 20/18 31/17 32/25 33/10 33/15 42/4 43/8 47/11 47/12 69/13 73/10 74/6 75/1 75/1 76/3 82/8 87/11 92/2 97/12 100/19
**shown [69]** 8/10 8/21 10/10 10/23 11/25 12/2 12/10 12/17 17/25 18/20 23/6 23/20 26/5 26/7 28/6 28/15 28/21 29/5 29/18 29/20 32/9 32/23 33/9 33/13 34/20 34/22 35/18 35/19 38/20 40/8 41/4 43/15 45/8 46/8 58/1 60/8 62/3 62/14 63/4 64/13 66/18 69/14 72/15 73/5 74/4 74/10 74/17 74/24 79/13 79/15 80/8 82/13 83/4 83/13 83/18 83/22 83/23 83/25 84/7 84/20 84/23 84/25 93/11 93/24 94/19 98/13 99/24 102/18 103/5
**shows [5]** 10/11 22/18 75/5 76/14 88/3
**shut [2]** 25/10 25/11
**sign [1]** 44/20
**significance [7]** 13/16 16/12 17/15 30/5 41/6 43/22 79/25
**significant [4]** 22/2 46/15 67/7 68/6
**Silk [49]** 24/15 24/19 24/20 24/24 25/1 25/1 25/4 25/7 25/9 25/11 25/14 25/21 25/24 26/7 26/11 26/14 27/3 27/6 27/20 27/23 28/8 28/10 28/13 28/14 28/25 29/6 29/9 30/2 30/10 30/18 30/20 32/11 32/21 33/1 33/4 33/16 33/17 33/24 33/25 34/3 34/6 34/14 34/17 54/14 54/21 55/18 56/17 56/24 57/5
**similar [6]** 18/3 18/4 18/10 48/3 48/5 48/24
**similarly [1]** 73/18
**simple [2]** 91/6 91/7
**simply [4]** 19/10 23/6 86/20 97/12
**since [2]** 48/21 55/20
**single [1]** 31/8
**sir [1]** 32/1
**sit [1]** 107/14
**site [2]** 57/19 82/6
**six [2]** 102/20 106/4
**slide [20]** 12/2 12/10 32/9 32/12 32/22 33/9 89/21 92/2 92/3 99/2 103/22 104/6 104/21 104/21 105/14
**slightly [4]** 10/12 21/6 46/9 57/25
**slots [1]** 60/17
**slow [1]** 59/14
**slowing [1]** 59/21
**slowly [3]** 54/17 80/10 84/25
**small [1]** 47/6
**so [77]** 4/22 5/16 6/25 7/2 8/22 12/23 15/10 16/3 18/6 19/25 21/2 29/2 29/11 32/20 33/22 35/25 36/1 37/10 37/19 37/24 38/14 39/2 40/17 40/24 43/6 43/10 44/9 44/12 44/21 44/22 44/23 45/9 45/13 47/16 47/19 48/3 48/7 51/25 52/4 52/11 55/25 55/25 59/2 68/15 69/6 69/9 74/25 77/5 77/7 77/10 81/4 82/24 84/4 84/13 86/20 86/24 88/9 88/22 89/9 89/10 91/13 93/10 95/1 95/18 95/19 96/25 97/5 98/1 98/14 100/13 105/11 106/22 107/2 107/7 107/17 107/19 108/1
**software [1]** 69/5
**sold [2]** 24/21 83/7
**solely [1]** 70/13
**some [10]** 57/6 60/17 64/5 71/14 72/6 74/11 89/16 93/16 98/16 98/20
**somehow [1]** 88/6
**something [7]** 17/4 28/12 86/5 88/13 90/9 90/16 97/25
**somewhat [1]** 48/17
**soon [4]** 15/10 29/24 35/4 52/25
**sorry [7]** 26/22 30/11 39/16 47/6 58/15 58/24 65/10
**sort [8]** 17/22 33/19 47/22 68/15 71/24 88/10 88/11 89/17
**sorts [5]** 57/15 88/25 90/4 90/4 90/5
**source [31]** 17/20 79/22 81/8 81/11 85/23 86/1 86/5 86/8 86/10 87/8 88/7 89/25 91/21 93/10 93/12 100/10 100/12 100/15 100/17 100/21 102/8 102/10 103/11 104/4 104/19 105/2 105/3 105/11 106/19 106/21 106/22
**sources [1]** 44/12
**space [2]** 59/9 61/3
**span [1]** 77/24
**speaking [3]** 59/23 65/19 86/8
**Special [3]** 64/5 64/22 93/16
**specific [4]** 25/18 33/7 37/11 37/12
**specifically [4]** 6/21 26/18 78/6 103/9
**specifications [1]** 84/16
**speculation [1]** 90/5
**spell [1]** 94/2
**spend [2]** 47/18 69/9
**spending [3]** 44/17 44/18 47/2 81/13
**spent [5]** 46/11 47/14 48/11 49/2 81/13
**spoke [2]** 4/23 4/24
**sponsorship [1]** 58/8
**spot [2]** 58/22 59/3
**spread [1]** 106/3
**spreadsheet [10]** 23/10 30/23 40/19 76/10 78/20 80/16 84/1 84/2 84/3 85/1
**spreadsheets [1]** 23/25
**stamp [2]** 93/5 106/14
**stand [2]** 7/22 16/7
**standard [1]** 7/4
**start [2]** 43/14 58/24
**starting [15]** 4/8 10/13 11/7 21/25 24/6 28/17 32/18 36/6 36/19 40/2 43/17 47/6 50/22 83/19 107/14
**starts [1]** 107/22
**state [1]** 4/7

**statements [2]** 97/17 97/18
**STATES [3]** 4/10 4/5 4/10 99/8
**steer [1]** 107/6
**step [2]** 17/22 28/11
**Stepping [1]** 24/17
**STERLINGOV [47]** 1/6 4/6 4/14 5/1 5/3 5/6 5/15 6/7 6/17 6/17 6/22 6/24 7/6 7/15 20/3 50/23 51/20 65/15 65/19 65/24 66/1 66/23 67/2 67/13 67/17 70/13 72/19 74/12 77/19 80/22 82/3 84/12 85/13 88/5 93/21 94/11 94/20 94/24 95/20 95/22 97/11 97/16 97/20 98/11 98/18 102/5 106/15
**Sterlingov's [72]** 8/11 8/16 8/24 18/2 18/16 19/7 20/16 22/11 22/19 23/21 23/22 24/4 24/15 26/6 28/14 32/11 34/13 41/23 44/11 47/8 49/12 49/16 49/18 51/7 51/8 53/23 65/6 66/9 66/20 66/25 67/8 68/22 69/16 72/17 73/9 74/5 79/17 79/19 79/19 80/3 80/13 81/9 84/4 85/20 85/23 86/2 86/9 86/14 86/22 87/1 87/8 87/15 91/22 92/25 93/5 93/8 93/25 95/18 97/7 100/1 100/15 100/17 100/20 102/21 103/12 103/19 104/12 105/3 106/13 106/17 106/20 106/23
**still [4]** 16/3 38/8 55/7 67/7
**stipulate [3]** 90/15 96/17 96/24
**stipulated [3]** 5/18 7/15 90/1
**stipulation [3]** 5/25 7/17 97/2
**stood [1]** 36/25
**storage [1]** 68/12
**store [3]** 68/7 69/15 84/3
**stores [1]** 68/1
**storing [2]** 68/11 68/16
**straight [12]** 75/8 75/14 78/17 78/23 79/14 79/17 79/22 80/1 81/5 81/5 81/6 81/25
**Street [2]** 1/16 2/3
**strike [1]** 51/18
**strikes [1]** 88/9
**structure [1]** 58/9
**stuck [1]** 105/20
**subaccount [1]** 75/6
**subject [4]** 58/6 58/8 60/17 73/19
**subsequent [2]** 58/10 77/15
**subsequently [2]** 48/10 86/25
**substantial [8]** 71/18 72/6 86/8 86/10 93/10 93/12 104/19 106/21
**substantiate [2]** 82/20 90/10
**substantive [1]** 8/22
**subwallets [1]** 69/7
**sufficient [2]** 6/13 11/3
**Suite [1]** 1/17
**summaries [2]** 87/25 88/17
**summarize [5]** 19/13 23/9 42/9 49/15 87/17
**summarized [2]** 89/3 90/14
**summarizing [2]** 41/24 87/7
**summary [7]** 12/3 32/14 87/15 88/18 88/24 92/3 99/12
**supports [2]** 6/23 7/1
**sure [1]** 55/25
**surrounding [1]** 49/24
**Sustained [1]** 102/15
**sweeping [1]** 22/1
**sworn [1]** 7/23
**symbol [1]** 84/17

**T**

**tab [8]** 8/20 22/12 77/5 77/10 78/22 78/23 79/14 84/23
**table [3]** 2/10 4/10 4/15
**tabs [6]** 77/4 77/15 77/23 77/24 78/21 79/2
**tactic [1]** 18/3
**take [8]** 41/11 42/12 55/5 55/9 55/16 73/11 88/4 97/24
**taken [5]** 21/4 56/7 73/20 93/10

**T**

taken... [1]   108/8
taking [1]   73/21
talk [21]   46/18 49/22 51/12 51/23
53/19 54/2 57/18 57/19 57/21 58/3
59/8 60/22 60/24 61/3 61/17 61/19
62/10 63/5 63/8 74/21 79/1
talked [1]   36/21
talking [4]   60/25 61/2 70/22 71/8
Tango [1]   93/14
team [2]   25/18 73/13
technique [3]   17/19 18/3 30/14
technology [1]   77/6
Telegram [1]   98/14
telephone [1]   59/21
tell [9]   5/9 9/17 15/22 34/7
38/22 59/5 81/4 107/24 107/25
telling [1]   5/9
tells [1]   34/9
terms [4]   91/6 91/7 97/15 97/16
terrible [1]   37/21
Tesla [2]   83/20 85/17
Test [1]   60/20
testified [3]   33/20 54/8 64/6
testifies [1]   71/17
testify [9]   70/5 70/7 71/15 71/15
71/17 73/20 90/17 93/16 96/16
testifying [1]   96/23
testimony [12]   4/25 7/5 47/23
51/16 51/25 52/1 55/7 70/2 73/19
90/5 96/16 96/19
testing [1]   49/8
text [10]   58/10 58/17 60/15 62/11
62/14 62/22 62/25 84/13 84/14
98/19
than [8]   29/12 37/24 38/20 40/7
41/3 43/4 88/14 108/2
thank [20]   6/12 7/10 7/21 10/24
11/3 14/16 23/24 26/4 26/24 38/10
38/10 39/7 42/13 54/18 56/2 56/13
76/7 94/4 108/4 108/7
thanks [1]   94/25
that [424]
that's [1]   94/2
their [15]   4/8 16/9 17/20 17/21
25/2 28/12 28/13 29/10 44/20 68/7
68/16 75/25 77/19 89/6 108/2
them [12]   25/2 25/18 30/13 42/13
48/14 74/9 74/11 77/19 78/9 91/9
91/16 108/1
themselves [1]   43/10
then [60]   4/4 7/7 8/14 8/14 8/16
10/9 12/17 14/9 15/15 15/22 16/25
24/5 24/13 27/7 30/5 33/4 33/13
34/18 35/7 37/21 39/13 39/18
39/22 41/1 45/12 45/20 46/11
47/17 48/12 49/1 49/2 51/1 51/5
51/10 52/15 58/10 58/12 69/22
70/18 71/22 75/23 77/9 77/15
77/24 82/19 84/11 85/3 86/25 87/5
89/3 89/3 89/12 89/23 90/14 91/25
94/11 94/24 100/25 107/15 107/23
there [102]   8/23 9/25 10/10 10/23
13/11 15/13 15/23 18/3 18/15
20/12 20/21 22/14 22/15 23/21
28/16 29/22 30/22 30/24 31/8
32/16 35/1 35/19 36/4 38/9 39/20
40/4 40/17 41/16 46/15 47/1 47/9
50/14 54/4 54/11 54/13 58/11
58/19 59/15 59/15 59/16 59/17
59/20 59/21 61/5 61/5 61/7 61/12
61/14 62/14 62/18 62/19 62/22
62/24 70/24 71/5 71/14 71/18
71/19 71/21 72/6 73/20 79/17
80/12 83/15 83/19 83/22 83/23
84/7 84/11 84/15 84/16 86/18
86/23 89/9 89/10 89/13 90/2 90/4
90/4 90/5 91/16 92/20 92/22 93/3
93/4 93/7 97/9 97/10 97/19 97/19
97/25 97/25 99/25 100/4 103/6
103/16 103/18 104/3 106/8 106/10

106/13 106/16
these [48]   4/6 9/5 13/21 14/2
16/13 17/15 17/18 18/10 19/2
19/14 21/3 21/14 28/13 29/6 30/19
31/15 37/10 37/12 38/20 38/25
40/3 40/8 40/16 41/4 41/8 41/11
42/3 44/12 44/21 45/3 45/23 46/16
46/17 46/20 47/13 47/16 47/24
48/5 53/12 57/10 66/24 70/11
72/17 73/11 74/25 76/17 78/8 78/9
78/9 79/4 82/9 84/6 85/18 87/25
88/2 88/16 89/2 95/18 96/5 96/8
97/7 98/10 98/11 103/9
they [73]   6/6 9/14 11/6 12/25
15/24 15/25 16/9 16/10 16/16 18/4
19/15 21/9 23/11 24/3 25/1 25/3
25/6 25/20 27/5 27/8 27/9 29/11
35/4 39/2 39/25 41/9 42/5 42/11
45/24 45/25 47/14 47/18 48/3
48/21 56/23 56/24 57/1 57/17
57/20 57/22 64/7 67/6 69/9 70/16
70/17 70/18 71/11 73/9 73/13
73/14 73/15 73/17 76/16 82/11
82/12 82/13 82/15 86/15 89/2 89/9
89/12 89/13 90/6 90/7 90/10 90/13
91/9 91/16 92/13 96/7 96/10 99/1
99/11
Theymos [4]   60/9 60/20 60/23 62/5
thing [6]   37/20 55/17 85/2 88/10
89/17 95/9
things [9]   4/17 24/21 24/25 28/10
59/14 59/21 71/15 72/24 83/7
think [22]   5/8 16/18 16/19 17/3
35/25 51/24 52/10 52/11 59/18
71/18 71/21 71/22 72/6 84/15
87/25 88/5 88/9 88/11 88/13
105/23 107/14 107/25
thinks [1]   52/11
this [246]
those [62]   8/13 8/14 10/6 15/22
16/16 18/9 19/13 21/2 21/4 21/23
21/24 22/21 22/25 23/24 24/5
25/14 25/21 25/23 27/1 28/13 33/3
33/24 38/13 39/18 39/24 40/3
40/16 42/9 43/9 44/22 44/24 45/4
45/10 45/23 46/11 47/3 47/19 49/2
51/1 51/2 52/17 54/7 56/20 64/5
69/8 74/12 75/25 76/1 78/12 86/4
91/9 91/25 92/15 92/21 93/5 93/16
100/5 100/22 102/12 102/22 103/17
106/17
though [2]   30/25 33/2
thought [1]   68/11
thread [1]   97/13
three [9]   5/7 8/15 8/21 8/23
39/19 39/20 39/23 40/14 47/16
through [41]   8/13 8/15 10/6 17/20
18/6 20/5 20/24 23/19 30/16 30/19
37/19 41/8 43/8 46/24 49/19 50/21
51/2 53/11 54/14 54/21 56/15
56/16 57/10 73/3 73/6 73/19 73/24
74/8 74/11 74/21 75/1 75/2 77/22
77/23 80/10 86/15 88/4 91/11 92/6
92/18 95/23
throughout [1]   65/20
thus [1]   70/23
tier [1]   58/8
time [30]   10/16 15/4 15/5 15/7
15/10 16/8 16/10 16/16 17/16
26/22 29/24 35/22 37/11 44/21
52/21 56/20 60/2 67/5 68/21 68/22
80/3 80/23 92/12 93/6 100/3
100/23 101/4 102/24 107/1 107/18
timeframe [1]   31/9
timeline [3]   49/23 50/3 50/13
times [8]   93/9 100/6 103/8 103/18
103/20 105/7 106/2 106/18
timing [3]   37/1 46/15 71/20
today [2]   8/3 94/25
together [4]   47/14 47/19 47/21
69/9
tomorrow [2]   107/13 107/14

tonight [1]   94/12
too [3]   29/19 32/23 106/3
took [2]   7/5
tools [1]   67/14
top [10]   10/17 10/25 19/24 19/25
47/10 49/9 57/25 58/24 65/14
98/13
TOR [3]   2/2 2/3 4/13
total [13]   75/3 75/5 92/10 92/11
100/2 101/24 103/7 105/5 105/6
105/18 105/24 106/1 106/4
totaled [8]   92/21 92/23 93/6
99/19 100/5 102/23 103/17 106/17
totaling [4]   93/8 101/24 103/7
103/20
touch [1]   74/20
Townsend [1]   51/21
Townsend's [2]   20/1 51/15
trace [6]   19/14 22/5 22/8 30/19
57/12 102/11
traced [4]   22/13 46/19 86/3 91/25
traces [1]   82/21
tracing [16]   7/5 8/9 8/11 17/17
17/24 19/24 22/25 33/23 34/12
35/14 41/24 42/4 56/16 56/16 57/7
89/4
tracking [1]   18/22
trade [3]   91/8 91/11 91/13
trades [4]   91/10 91/15 95/18
95/23
trading [3]   81/20 93/14 96/1
transaction [124]
transactions [60]   8/13 8/20 9/3
9/7 9/23 10/5 15/15 16/7 16/14
17/18 18/10 18/10 19/14 20/25
21/4 21/9 22/5 22/8 22/14 23/25
29/6 29/8 30/8 31/5 37/9 37/15
37/17 38/5 39/9 41/8 41/12 41/14
41/16 43/3 43/9 46/16 46/17 47/2
47/4 47/15 48/2 48/4 48/5 48/6
48/23 48/24 49/19 56/18 56/20
64/22 72/19 73/1 78/2 78/10 78/16
79/4 80/4 81/12 84/6 102/12
transcript [2]   1/9 109/4
transfer [13]   22/18 23/19 23/21
36/21 41/21 49/16 59/5 86/19
86/19 86/20 86/23 91/16 95/20
transferred [6]   13/3 54/13 86/12
86/13 87/5 106/13
transfers [4]   41/20 52/18 53/10
92/25
transitive [1]   47/20
translating [1]   90/7
treat [1]   7/18
trial [2]   1/9 71/16
trials [1]   71/25
tries [1]   51/11
TRM [1]   48/1
true [4]   51/7 51/9 65/6 109/4
truth [1]   97/21
try [6]   8/3 38/7 61/15 105/22
107/17 107/21
trying [2]   17/3 28/10
turn [3]   7/7 26/3 101/12
Turning [1]   34/11 35/13 57/18
81/15 83/10 83/12 91/19 102/25
turns [1]   70/13
Twenty [1]   106/4
Twenty-six [1]   106/4
Twitter [3]   46/18 49/22 54/6
two [26]   4/17 6/4 9/5 9/7 21/9
21/10 21/14 32/16 39/23 40/13
40/14 40/17 40/22 41/24 47/14
47/19 48/13 48/14 48/18 49/6 49/8
81/19 93/7 102/18 103/19 106/16
TX10 [1]   44/17
type [3]   55/12 57/15 68/24
typographical [1]   94/10

**U**

U.S [2]   1/13 2/7
ultimately [3]   47/4 53/12 105/11

**U**

unacceptable [1]   60/21
uncontested [1]   7/19
under [2]   55/19 55/22
underline [1]   61/15
underlying [2]   23/10 42/10
understand [9]   60/25 61/2 61/10
  62/16 62/17 89/5 90/12 95/3 95/12
understanding [5]   95/7 95/8 97/20
  98/17 98/18
understands [1]   95/8
understood [2]   16/19 60/3
unduly [1]   88/1
UNITED [6]   1/1 1/3 1/10 4/5 4/10
  99/7
until [2]   72/8 107/15
untraceable [1]   63/1
unusual [2]   48/17 49/19
up [44]   4/18 7/25 8/6 8/18 9/15
  9/23 13/1 15/1 15/4 15/17 19/10
  21/16 27/1 27/9 27/19 28/4 36/24
  37/10 37/12 38/8 39/8 40/1 40/5
  40/10 42/25 45/6 47/7 59/15 59/21
  61/4 61/16 65/5 65/8 67/16 71/6
  78/19 79/3 81/17 81/18 85/10
  87/23 88/10 93/1 93/23
upset [1]   108/2
URL [1]   60/22
us [37]   1/20 8/14 8/21 9/1 9/10
  10/20 18/18 18/21 19/23 20/7
  20/10 20/13 22/20 23/19 23/23
  34/9 34/12 35/13 43/22 44/1 50/21
  51/3 55/5 63/12 80/10 80/22 84/25
  85/6 85/7 90/3 90/7 91/1 92/6
  92/12 92/14 92/18 101/8
USAO [1]   1/16
USD [1]   75/5
use [16]   8/3 55/22 65/21 66/25
  67/4 67/8 68/5 68/17 69/23 70/7
  77/12 78/1 81/18 81/22 81/25
  90/19
used [49]   10/2 13/24 14/22 16/16
  16/20 16/21 17/9 17/11 17/12
  17/15 18/7 18/7 18/8 18/11 18/12
  21/22 26/9 28/10 30/7 31/4 37/24
  38/5 38/19 40/7 41/3 41/8 41/10
  43/25 44/3 44/13 44/19 44/23
  45/12 45/14 47/18 67/2 67/14
  67/14 72/20 77/5 77/8 77/10 77/10
  77/18 82/22 84/3 95/6 95/8 101/17
user [18]   25/18 25/24 27/19 27/20
  28/10 28/11 36/24 44/4 45/11 49/7
  49/8 53/18 62/13 87/4 89/6 91/13
  91/15 95/9
user's [1]   95/10
username [3]   24/16 26/8 49/12
users [5]   24/22 25/5 60/12 91/7
  91/9
users' [1]   25/7
using [11]   18/4 25/23 35/20 49/6
  65/15 76/1 77/17 77/21 94/20
  97/10 97/24
usually [2]   68/7 68/16

**V**

valuations [1]   90/2
value [8]   63/12 69/15 80/23 92/12
  92/14 100/20 100/23 101/18
valued [13]   99/19 100/2 100/5
  102/6 102/23 103/8 103/17 103/20
  105/6 106/1 106/6 106/12 106/24
values [2]   84/3 100/22
variation [1]   26/8
vault [2]   26/6 26/12
vehicle [2]   84/15 84/17
verify [2]   33/22 89/13
versus [2]   4/5 29/8
very [17]   8/8 16/10 26/4 27/23
  46/2 46/20 48/5 49/15 52/25 58/24
  60/20 71/22 83/8 86/20 91/6 91/7
  101/18

view [3]   12/2 13/19 75/24
viewed [2]   21/1 21/1
virtual [7]   85/20 91/5 99/4
  103/23 104/7 104/23 105/15
Volf.prius [19]   9/13 9/18 9/19
  9/21 9/23 10/4 20/14 20/15 20/18
  21/7 21/15 37/7 40/10 40/23 41/3
  41/7 52/19 53/4 54/9
volume [1]   70/15
voluminous [2]   19/14 87/18
vs [1]   1/5

**W**

wait [1]   70/22
waiting [2]   7/2 7/9
walk [9]   23/19 46/24 50/21 74/8
  80/10 84/25 91/11 92/6 92/18
walked [2]   20/4 56/15
Walker [1]   76/7
wall [2]   2/3 42/13
wallet [55]   44/17 44/22 44/24
  47/2 47/17 48/9 48/17 48/19 48/22
  63/21 63/23 63/25 64/1 67/19
  67/22 67/24 68/1 68/3 68/4 68/24
  69/1 69/1 69/3 69/5 69/7 69/11
  69/15 72/17 72/21 73/10 74/6
  75/17 75/22 76/14 76/15 76/17
  76/19 77/9 77/11 77/20 78/3 78/7
  78/12 79/17 79/20 80/3 80/4 80/13
  81/9 81/13 84/4 85/3 85/5 87/4
  87/5
wallets [1]   68/12
want [10]   7/2 7/3 7/8 7/14 42/12
  55/19 59/14 59/23 96/22 96/22
wanted [8]   6/6 16/24 43/5 55/17
  55/25 70/17 91/9 107/12
wants [1]   71/11
was [218]
Washington [5]   1/5 1/14 1/17 1/21
  2/9
wasn't [2]   39/16 63/25
watches [1]   83/8
way [8]   5/23 17/20 30/16 50/24
  71/23 77/6 84/8 89/13
we [165]
we'll [5]   55/12 56/6 79/1
  105/22
website [3]   82/12 82/14 83/6
week [1]   93/17
weeks [3]   22/6 22/9 49/24
Welcome [1]   7/13
well [11]   5/3 5/17 18/12 39/12
  48/1 52/8 55/16 59/19 72/19 88/9
  97/19
went [8]   11/4 15/22 15/24 15/25
  22/21 31/1 38/22 48/12
were [102]   4/24 8/7 8/11 8/15
  8/19 8/23 10/13 11/4 11/6 12/23
  12/25 13/3 16/10 16/16 16/17 17/7
  18/11 18/12 21/9 21/11 21/8 21/18
  21/24 22/14 23/17 23/24 24/3 24/5
  25/21 25/21 25/23 26/15 27/6
  27/16 28/2 30/13 30/25 32/19
  34/18 35/4 35/4 35/7 36/7 36/12
  36/18 36/22 37/10 38/22 41/8
  41/22 42/22 44/11 44/13 45/11
  45/13 46/11 49/18 49/20 50/19
  54/11 54/13 54/13 56/20 63/16
  64/7 65/2 72/20 72/24 73/13 73/14
  73/20 74/1 75/8 76/17 77/9 77/17
  77/18 78/8 79/24 80/4 81/1 81/4
  81/12 83/1 83/15 86/11 86/15
  92/11 92/13 92/20 92/22 93/4 93/7
  98/7 99/25 100/4 103/7 103/11
  103/13 103/16 103/19 106/10
  106/16
weren't [1]   90/2
what [250]
when [25]   5/24 6/6 6/22 9/17 16/8
  17/7 24/3 25/11 33/5 35/22 35/23
  41/19 44/18 56/12 68/19 71/4
  79/24 82/2 88/3 88/8 99/15 101/20

104/9 104/25 105/18
whereas [1]   10/20 11/4
  13/2 14/9 15/22 17/19 19/24 21/6
  21/13 21/17 22/21 24/3 24/13
  24/13 24/20 31/1 32/20 34/12
  34/16 35/7 35/10 35/14 36/20
  38/12 38/22 38/25 48/24 49/2
  58/11 58/17 59/5 62/9 63/16 65/2
  68/12 69/8 75/6 75/11 80/5 81/4
  81/12 84/1 86/4 86/11 88/7 92/15
  99/21 104/11 104/13 104/17 105/8
Whereupon [16]   11/21 19/21 23/17
  27/16 32/7 42/22 50/19 62/1 66/16
  72/13 74/1 77/1 79/11 83/1 90/23
  98/7
whether [8]   4/25 16/20 16/21 17/9
  17/10 71/18 77/12 95/7
which [34]   7/6 11/8 15/3 17/8
  19/10 22/23 31/10 38/8 42/1 43/11
  43/12 46/12 48/10 57/23 61/16
  63/3 63/13 69/13 70/1 71/2 71/9
  72/5 73/3 76/3 76/15 78/16 78/19
  82/8 85/10 87/11 89/17 93/1 96/4
  102/21
while [4]   5/14 27/1 76/13 96/23
who [10]   4/14 25/14 36/7 36/10
  45/16 60/23 68/6 69/20 96/25
  98/17
whole [1]   70/12
why [16]   17/4 22/1 33/6 33/15
  41/14 55/9 67/7 67/11 68/10 74/21
  79/21 87/2 107/3 107/4 107/25
  108/2
will [16]   6/5 7/3 38/18 44/10
  51/19 51/25 59/19 70/1 70/5 72/11
  73/20 82/23 96/16 96/23 97/22
  107/5
winning [1]   61/2
withdrawal [32]   9/9 9/10 9/20
  10/11 10/14 10/15 10/17 10/22
  20/8 20/12 20/16 29/22 29/25 30/3
  30/6 30/22 30/25 33/5 33/5 34/6
  34/13 35/1 36/5 37/19 37/21 37/22
  40/4 40/5 40/6 40/13 41/2 78/24
withdrawals [10]   21/10 21/14
  39/22 39/23 39/24 40/3 40/14
  40/16 40/17 40/22
withdrawing [2]   30/13 51/2
withdrawn [15]   9/7 14/5 15/15
  15/20 18/19 21/8 24/3 24/5 34/16
  36/6 39/13 41/22 44/11 49/18
  86/24
withdrew [2]   8/14 87/4
within [4]   28/25 58/6 60/18 101/1
without [3]   55/17 57/5 70/16
witness [12]   5/20 7/22 16/24
  40/21 55/16 56/8 70/23 71/7 71/9
  95/5 96/19 107/18
witnesses [4]   3/2 70/12 70/17
  71/12
wobbly [1]   8/2
won [1]   60/17
won't [2]   69/9 72/8
word [3]   59/25 75/21 95/8
work [5]   56/16 78/11 88/18 89/25
  91/12
workbook [1]   76/13
works [4]   67/22 69/4 77/6 107/1
worth [4]   68/21 68/22 85/6 93/8
would [65]   4/7 5/2 5/4 5/24 6/8
  6/20 11/8 18/3 18/14 19/1 25/1
  25/3 26/17 28/9 28/12 29/10 29/11
  30/16 32/21 33/1 34/4 41/14 43/23
  44/1 45/16 47/24 48/19 48/20 49/5
  49/6 55/5 55/22 56/21 56/23 56/24
  57/1 57/6 57/8 57/9 57/11 57/11
  57/12 58/22 62/10 64/11 65/8
  66/21 67/25 68/3 74/12 84/5 87/2
  87/2 90/17 91/7 91/9 91/12 91/15
  91/16 96/3 98/15 98/20 104/1
  106/25 107/17
wouldn't [3]   30/19 77/16 90/16

**W**

**writing [1]**  14/16
**wrote [1]**  94/10
**www.Bitcoin.Fog.com [1]**  59/4
**www.bitdials.eu [1]**  83/6

**X**

**Xchange [13]**  8/16 8/23 15/24 16/1
16/3 18/8 20/3 22/18 40/4 40/5
51/3 56/18 57/3

**Y**

**Yeah [3]**  6/15 17/18 67/12
**years [1]**  5/7
**yes [222]**
**yesterday [7]**  7/5 8/7 8/9 20/5
33/20 47/23 59/1
**yet [14]**  11/8 19/2 22/24 31/10
42/2 50/3 61/17 66/3 73/4 76/3
78/19 82/8 87/11 96/4
**York [1]**  1/20
**you [354]**
**you're [1]**  46/2
**your [125]**
**yourselves [2]**  55/12 107/6

**Z**

**Zelle [2]**  98/16 98/21
**zoom [4]**  46/19 48/7 83/4 83/18
**zooming [1]**  49/14