```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                        Criminal Action
 4              Plaintiff,              No. 1: 21-399

 5         vs.                          Washington, DC
                                        February 26, 2024
 6   ROMAN STERLINGOV,
                                        9:19 a.m.
 7              Defendant.
     _____/         MORNING PROCEEDINGS
 8

 9                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE RANDOLPH D. MOSS
10             UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             JEFFREY PEARLMAN
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                       APPEARANCES CONTINUED

 2    For the Defendant:        TOR EKELAND
                                MICHAEL HASSARD
 3                              TOR EKELAND LAW PLLC
                                30 Wall Street
 4                              8th Floor
                                Brooklyn, NY 10005
 5

 6
      Court Reporter:           SHERRY LINDSAY
 7                              Official Court Reporter
                                U.S. District & Bankruptcy Courts
 8                              333 Constitution Avenue, NW
                                Room 6710
 9                              Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          TABLE OF CONTENTS

2              WITNESSES

3  Luke Scholl

4        Cross-examination by Mr. Ekeland          7
         Redirect examination by Ms. Pelker        99
5

6  Ilya Lichtenstein

7        Direct examination by Mr. Pearlman        112

8

9              EXHIBITS

10 Government Exhibit 47E                           117
   Government Exhibit 47D                           119
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2          THE COURT:  All right.  Before we get going this

3    morning, I am becoming increasingly concerned about some of the

4    timing issues in the case.  And I have got a number of jurors

5    with issues and not be able to sit for full days.  Two jurors

6    are chronically late was the reason for today.  Tomorrow there

7    is a juror who has to leave by probably 1:00 because of a child

8    who has surgery.  We have the juror today who has to leave by

9    1:00, but there is another juror who has to finish -- if we

10   were leaving at 1:00, by 12:30 today because of an appointment.

11   There is a juror who on Thursday can only be here from 10:00 to

12   4:00.

13          So we can -- I don't want to keep us waiting now, but

14   we are going to have to figure out about what to do about

15   these.  And at some point, I think we have got four alternates,

16   we are going to start having to let folks go, particularly if

17   they are chronically late in ways that are preventing us from

18   moving forward with the trial.

19          Obviously the woman who has a medical condition today

20   has a real issue and the person whose child is in surgery

21   tomorrow has a real issue.  But we need to be on top of that,

22   so we can talk more about that.

23          One other question I had before we get going, if you

24   may recall, I had a juror note early on in the testimony of

25   this witness.  And I guess the question is when we are done

CROSS-EXAMINATION OF LUKE SCHOLL

1   with the redirect, whether I should just ask the jury say, you

2   know, if you still have that question, raise your hand.  If you

3   want me to ask the question, I am happy to do it.  Obviously,

4   there has been a lot of testimony on this question already and

5   maybe the juror no longer has the question.  I wanted to make

6   sure that was the way everyone thought I should proceed with

7   respect to that issue.

8           MS. PELKER:  That is fine with the government, Your

9   Honor.

10          THE COURT:  Mr. Ekeland.

11          MR. EKELAND:  We are fine with either way.  The

12   defense doesn't think it necessary --

13          THE COURT:  If you are not at a microphone, you are

14   not on the record.

15          MR. EKELAND:  Your Honor, we are fine with what the

16   Court decides on that.  We don't think it necessary, because we

17   think there has been sufficient testimony on it, but we are not

18   going to fight on that issue.

19          THE COURT:  All right.  Let's get the jury and get

20   going then.

21          (Jury in at 9:21 a.m.)

22          THE COURT:  All right.  And the witness can return to

23   the witness box.

24              LUKE SCHOLL, previously sworn

25          THE COURT:  And, Mr. Ekeland, you may continue.

1          MR. EKELAND:  Thank you, Your Honor.

2                   CROSS-EXAMINATION CONTINUED

3    BY MR. EKELAND:

4    Q.    Good morning, Mr. Scholl.

5    A.    Good morning, sir.

6    Q.    Mr. Hassard, if we could get Government Exhibit 313A up.

7          THE COURTROOM DEPUTY:  It is up.  It is not on your

8    screen?

9          There was just something up and now it is not there.

10         MR. EKELAND:  Thank you.

11         Could we publish this to the jury?

12         THE COURTROOM DEPUTY:  It is.

13   BY MR. EKELAND:

14   Q.    Thank you.  And, Mr. Scholl, this is the exhibit that we

15   were looking at when we finished your testimony on Thursday;

16   correct?

17   A.    Yes, sir.

18   Q.    And we had gone through the trace here and I believe we

19   left off with the amount down there on the bottom where from

20   the Mt. Gox account number 3 going to the Aurum Xchange

21   account.  Do you recall that?

22   A.    I don't recall precisely where we left off, but that seems

23   reasonable.

24   Q.    Let's start with Mt. Gox account number 3 there.  And down

25   at the bottom, we have got in the box, Mt. Gox account number 3

CROSS-EXAMINATION OF LUKE SCHOLL              7

1   there.  We have got a Mt. Gox redemption code there for 80 US

2   dollars; is that correct?

3   A.   Yes, sir, that correct.

4   Q.   And the Mt. Gox account number 3 is sending that $80 to

5   Aurum Xchange?

6   A.   Yes, sir, that is correct.

7   Q.   And that is not Mr. Sterlingov's Aurum Xchange account, is

8   it?

9   A.   The government doesn't have the particular Aurum Xchange

10  account that those funds were sent to.

11  Q.   So you have no evidence that is Mr. Sterlingov's Aurum

12  Xchange account?

13  A.   The evidence that I discussed during direct examination,

14  sir, was about the timing of the value, moving from the Kolbasa

15  account into the Aurum Xchange and then subsequently, value

16  moving from the Aurum Xchange into the Shormint Liberty Reserve

17  account that was consistent.

18  Q.   But you have no Aurum Xchange record with Mr. Sterlingov's

19  name on it showing that Mr. Sterlingov's Aurum Xchange account

20  received 80 US dollars on October 20th, 2011?

21  A.   That is correct, sir.

22  Q.   And then you see the Aurum Xchange account -- well, I'm

23  sorry.  Withdrawn.

24       Could you just again remind the jury what Aurum Xchange

25  was?

1    A.    Yes, sir.   The Aurum Xchange was a virtual currency

2    exchange.

3    Q.    And one thing that Aurum Xchange did, is it allowed you to

4    take Mt. Gox redemption codes and convert them to Liberty

5    Reserve dollars?

6    A.    Yes, sir, that is correct.

7    Q.    That was a very common thing that people did in 2011,

8    because there weren't a lot of exchanges you could use to

9    convert your Bitcoin into dollars and then spend it; correct?

10   A.    I say that is correct, sir, but I did not find any other

11   candidate transactions moving through the Aurum Xchange into

12   Liberty Reserve that would have been confused with this

13   payment.

14   Q.    Is your testimony that a lot of people, relatively

15   speaking, in the Bitcoin community weren't using Aurum Xchange

16   in 2011?

17   A.    No, sir, it is not.

18   Q.    And so you see the transaction there, leaving Aurum

19   Xchange on October 20th, 2011, for $77 and what is that 60

20   cents right there?

21   A.    Yes, sir.

22   Q.    And that is going to a Shormint Liberty Reserve account;

23   correct?   That is what is labeled there?

24   A.    Yes, sir.

25   Q.    And by Shormint what the government means is the email

1    address associated with that account which was

2    Shormint@hotmail.com?

3    A.   Yes, sir.

4    Q.   And you are familiar with the Microsoft search warrant

5    return that the government executed on Microsoft asking for

6    information about this Shormint account; correct?

7    A.   Yes, sir, I am aware of it.

8    Q.   And Mr. Sterlingov's name was nowhere anywhere in that

9    search warrant return for Microsoft in relation to the

10   Shormint@hotmail.com account; correct?

11   A.   That is my understanding, sir.  I don't believe I reviewed

12   those -- I observed Special Agent Rovensky's testimony on that

13   matter and that is my understanding on that matter, yes, sir.

14   Q.   And the government also has the Liberty Reserve account

15   information because the government seized Liberty Reserve some

16   time -- what was that 2013, 2014, something like that?

17   A.   Yes, sir.

18   Q.   And nowhere in the Liberty Reserve records that the

19   government seized is there any record of Mr. Sterlingov

20   controlling the Shormint Liberty Reserve account; correct?

21   A.   Can you repeat the question, sir?

22   Q.   Yes, sir.  There is nowhere in the Liberty Reserve records

23   that the United States seized from Liberty Reserve, nowhere in

24   the records, is Mr. Sterlingov's name associated with what the

25   government is calling the Shormint Liberty Reserve account?

CROSS-EXAMINATION OF LUKE SCHOLL

1   A.    That is correct, sir.

2              MS. PELKER:  Objection.

3              THE COURT:  You are withdrawing the objection?

4              MS. PELKER:  Withdrawn.

5              THE COURT:  Okay.

6              MR. EKELAND:  Thank you.

7   BY MR. EKELAND:

8   Q.    And there so -- you see there it says in this big box, you

9   have got Liberty Reserve and you have got the Shormint Liberty

10  Reserve account.  You see how it has 77.60 and then next to it

11  says LR USD?

12  A.    Yes, sir, I see that.

13  Q.    That just means Liberty Reserve US dollars; is that

14  correct?

15  A.    Yes, sir.

16  Q.    That is not actually the same as US dollars; is that

17  correct?

18  A.    That is correct, sir.

19  Q.    But what Liberty Reserve did, is it allowed people to use

20  it to pay for goods and services, correct, with Liberty Reserve

21  dollars?

22  A.    Yes, sir.

23  Q.    Assuming the vendor would take those Liberty Reserve

24  dollars?

25  A.    That is correct, sir.

1   Q.   And what you have got down there on the bottom, now you

2   have got three -- it looks like three separate transactions

3   coming out of the Shormint Liberty Reserve account; correct?

4   A.   Yes, sir.

5   Q.   And the first one there, on October 20th, that is to Okay

6   To Host?

7   A.   Yes, sir.

8   Q.   And what was Okay to Host?

9   A.   My understanding is a hosting provider, sir.

10  Q.   Is it illegal to make a payment to a hosting provider?

11  A.   Not necessarily, sir.

12  Q.   Uh-huh.  You have no reason to think that anything

13  actually happening in this entire trace here was illegal, do

14  you?

15          MS. PELKER:  Objection, Your Honor, calls for a legal

16  conclusion.

17          MR. EKELAND:  Your Honor, they have have been

18  offering this as an example of money laundering and illicit

19  funds.  And I am asking Mr. Sterlingov [sic] as an expert,

20  whether or not, in his opinion, any of this is illicit.

21          MS. PELKER:  Your Honor, first of all, there is a

22  difference between concealment money laundering and promotional

23  money laundering, but none of that is relevant because the

24  witness is not entitled to testify to a legal conclusion.

25          THE COURT:  I will sustain the objection.

CROSS-EXAMINATION OF LUKE SCHOLL

1  BY MR. EKELAND:

2  Q.  Mr. Scholl, you haven't traced any of the funds involved

3  in this trace in 2011 to any crime, have you?

4          MS. PELKER:  Objection, Your Honor.

5          MR. EKELAND:  I am asking for his trace, the source

6  of funds.

7          THE COURT:  I will allow that one.

8          THE WITNESS:  This trace is relevant because of the

9  purchase of the domain name BitcoinFog.com.

10  BY MR. EKELAND:

11  Q.  But you haven't traced any of the funds in this trace to

12  any crime?

13  A.  Other than the government's interest in who purchased the

14  BitcoinFog.com domain name, no, sir.

15  Q.  Are you saying that the purchase of a domain name is a

16  crime?

17          MS. PELKER:  Objection.

18          THE COURT:  Sustained.

19  BY MR. EKELAND:

20  Q.  You don't have any evidence at all in relation to anything

21  in this trace that anything -- any transaction here happened in

22  Washington, DC, do you?

23  A.  I am not aware of the location of all of these exchanges.

24  But I think that is accurate, sir, that I am not aware that any

25  of the transactions took place in the District of Columbia.

1    Q.    You also don't have any evidence whatsoever related to any

2    of the transactions that any of them occurred in the United

3    States?

4    A.    That is correct, sir.

5    Q.    As matter of fact, when you look at the IP address right

6    there, that is a European IP address, isn't it?

7    A.    I actually didn't attempt to geolocate the IP address,

8    sir.

9    Q.    You never looked up the IP address?

10            THE COURT:  Asked and answered.  He just answered

11   that.

12   BY MR. EKELAND:

13   Q.    You are aware, it is very easy to look up an IP address;

14   correct?

15            MS. PELKER:  Objection, Your Honor, argumentative.

16            THE COURT:  Sustained.

17   BY MR. EKELAND:

18   Q.    And you see the November 6th payment of 21 Liberty Reserve

19   dollars to Crypto VPN?

20   A.    Yes, sir, I do.

21   Q.    And you see the 14 Liberty Reserve US dollars to High

22   Hosting; correct?

23   A.    Yes, sir, I do.

24   Q.    And that High Hosting.net account, that is the one that

25   the government is claiming operated the www.BitcoinFog.com

CROSS-EXAMINATION OF LUKE SCHOLL

1   clearnet site?

2   A.    The government has the presented records showing that

3   payment was for the purpose and hosting -- the domain

4   registration and hosting of the BitcoinFog.com domain.

5   Q.    And you recall testifying that you reviewed all of

6   Mr. Sterlingov's -- you reviewed a large portion of

7   Mr. Sterlingov's devices and notes as part of your

8   investigation in this tracing; correct?

9   A.    Sir, I testified that I did not review the devices

10  themselves.   I reviewed information that was obtained from the

11  devices.   But, yes, sir, generally, yes.

12  Q.    In nowhere in any of the information that you reviewed,

13  did you see any evidence of Mr. Sterlingov having any sort of

14  computer code or anything related to the actual clearnet

15  website; correct?

16  A.    No, sir, I did not.

17  Q.    Mr. Hassard, if you could take this down for now.

18        And if we could get what is in evidence as I believe

19  Government Exhibit 314.

20        And this has been published to the jury.  Do you recognize

21  this exhibit, Mr. Scholl?

22  A.    Yes, sir, I do.

23  Q.    Again, this exhibit is dealing with a series of

24  transactions between October and November 2011?

25  A.    That is correct, sir.

CROSS-EXAMINATION OF LUKE SCHOLL                    15

1    Q.   And all of the -- basically the five traces that you

2    testified to involving these Mt. Gox accounts 1, 2, 3, and 4,

3    those are all in October and November of 2011; is that correct?

4    A.   Yes, sir, that is correct.

5    Q.   And in 2011, Mr. Sterlingov turned 23; correct?

6    A.   I am not sure the correct answer to that, sir.

7    Q.   Do you know where he was living in 2011?

8    A.   I am not sure where he was living in 2011, sir.

9    Q.   Do you know who he was associating with in 2011?

10   A.   No, sir, I do not.

11   Q.   Do you know anything about what he was doing when he was

12   23 years old at all?

13   A.   I mean, I reviewed his activity on the blockchain during

14   that time period.

15   Q.   Did you review any kind of records that showed what his

16   social life was like?

17   A.   Generally, no, sir.

18   Q.   What kind of Bitcoin meet-ups he was going to?

19   A.   There were items in the evidence that I have reviewed

20   about meeting up for Bitcoin exchanges via LocalBitcoin.

21   Q.   If I understand you correctly, that when you did your

22   tracing, you really didn't consider anything about

23   Mr. Sterlingov's life as it was in 2011?

24        MS. PELKER:   Objection, Your Honor, argumentative and

25   misstating the witness's testimony.

CROSS-EXAMINATION OF LUKE SCHOLL

1          MR. EKELAND:  I am asking him to clarify what he --

2     what the basis of his investigation was, Your Honor.

3          THE COURT:  All right.  Overruled.

4          THE WITNESS:  Can you repeat the question, please,

5     sir?

6     BY MR. EKELAND:

7     Q.   Certainly.

8     A.   Thank you.

9     Q.   As part of your tracing investigation, did you consider

10    what Mr. Sterlingov was doing in his life in 2011?

11    A.   Generally, no, sir.  My work was focused on blockchain

12    analysis.

13    Q.   And your blockchain analysis was all done from in front of

14    a computer screen?

15    A.   Yes, sir.

16    Q.   At your desk in Newark, New Jersey?

17    A.   The vast majority at least in Newark, New Jersey, yes,

18    sir.

19    Q.   Okay.  Turning your attention back to Government Exhibit

20    314.  Now, that Mt. Gox account number 1, that is

21    Mr. Sterlingov's account; correct?

22    A.   Yes, sir, it is.

23    Q.   And we know that because he KYCed that account; correct?

24    A.   That is correct, sir.

25    Q.   When he did that, he did so voluntarily in 2011; correct?

CROSS-EXAMINATION OF LUKE SCHOLL

1    A.    Yes, sir.

2    Q.    Because we know that because there is other Mt. Gox

3    accounts that we are looking at that weren't KYCed?

4    A.    Again, my understanding about why that was KYCed was to

5    make bank transfers to that account, sir.

6    Q.    When he KYCed it, he put down his photo ID?

7    A.    That is correct, sir.

8    Q.    With his real name?

9    A.    Yes, sir.

10   Q.    He didn't use a fake ID?

11   A.    No, sir.

12   Q.    Taking a look at these transactions on October 3rd, 2011,

13   we have got a -- it looks like what is that $130 transaction

14   being broken down into three separate redemption codes.  Am I

15   looking at that right?

16   A.    Yes, sir, that is correct.

17   Q.    You see the red box you have got around these Mt. Gox

18   accounts?

19   A.    Yes, sir, I do.

20   Q.    Now, that is nowhere on the internet, is it?

21   A.    You asked a similar question on Friday, sir, and what I

22   would say is that red box is just representing that both of

23   those accounts are at Mt. Gox.

24   Q.    Now, is it your testimony that both of those accounts are

25   controlled by the same person?

CROSS-EXAMINATION OF LUKE SCHOLL                    18

1    A.   Yes, sir, it is.

2    Q.   It is.  So essentially what you are saying is that

3    Mr. Sterlingov is also the Mt. Gox account number 4?

4    A.   I am saying that is my assessment, sir.

5    Q.   That is your assessment.  And so -- and that is why you

6    drew the red box around there?

7    A.   No, sir.  I drew the red box to signify that both of those

8    accounts are located at Mt. Gox, just as there are other

9    colored boxes, the purplish box around Liberty Reserve, the

10   black box around Aurum Xchange, that was to contain accounts

11   that belong to exchanges.

12   Q.   You reviewed the Mt. Gox accounts in relation to Mt. Gox

13   account number 4; correct?

14   A.   Yes, sir, I did.

15   Q.   And there is nothing in those Mt. Gox accounts that

16   relates it to Mr. Sterlingov?

17   A.   No, sir.  Other than the information about the timing and

18   transactions that we have discussed in the tracing, there is no

19   information in the account records themselves that indicate

20   Mr. Sterlingov's name.

21   Q.   Now, you say that the information related to the timing

22   and the tracing is what your basis for saying Mr. Sterlingov is

23   the -- controls Mt. Gox account number 4, did I hear you

24   correctly?

25   A.   Yes, sir.

CROSS-EXAMINATION OF LUKE SCHOLL

1    Q.    Could you specifically tell me what timing facts you are

2    talking about that establishes that Mr. Sterlingov controls

3    Mt. Gox account number 4?

4    A.    Yes, sir.  The time of creation of that account in

5    position with the creation of the other accounts used in the

6    tracing that we have discussed in this case, as well as the

7    timing between the account creation and the first deposit and

8    the timing of the last log in to this account that was --

9    Q.    So it was your testimony --

10             THE COURT:  I'm sorry.  One at a time.

11             MR. EKELAND:  I thought he was finished.  I'm sorry,

12   Your Honor.

13             THE WITNESS:  I said, as discussed on my direct

14   examination, sir.

15   BY MR. EKELAND:

16   Q.    So you are essentially attributing Mt. Gox account number

17   4 to Mr. Sterlingov based on a timing analysis?

18   A.    And the flow of funds.

19   Q.    And the flow of funds.  But you recall testifying earlier

20   that the flow of funds is not the same as the flow of control;

21   correct?

22   A.    Yes, sir, I do.

23   Q.    So that is just an assessment?

24   A.    That is correct.

25   Q.    Just like your timing analysis?

CROSS-EXAMINATION OF LUKE SCHOLL

1   A.   No, sir.  The timing analysis is based on time stamps in

2   logs.

3   Q.   Right.  And you're assessing from the time stamps in those

4   logs that because there is some kind of temporal proximity

5   between Mr. Sterlingov's Mt. Gox account number 1 and Mt. Gox

6   number 4, that they are controlled by the same person?

7   A.   Among other things, yes, sir.  Other things including the

8   fact that this Volf.prius account was not used for any other

9   transactions other than in the tracing that we have discussed

10  on my direct examination.

11  Q.   And do you recall Akemashite Omedetou talking about the

12  timing of transactions and how if you time your transactions

13  too closely together, then it makes you easy to trace; correct?

14  A.   Yes, sir.  I remember multiple discussions about

15  BitcoinFog specifically and Akemashite Omedetou's discussing

16  that.

17  Q.   And yet it is your testimony that Mt. Gox account number 1

18  is -- and Mt. Gox account number 4 are controlled by the same

19  person?

20  A.   Sir, just looking at the graph, Mt. Gox account 1,

21  Mr. Sterlingov's account send funds to Mr. Sterlingov's Liberty

22  Reserve account.  It did that in three separate transactions

23  through two different Aurum Xchange accounts associated with

24  Mr. Sterlingov, the plasma@plasmadivision.com and the

25  Spam@plasmadivision.com account.  And they sent funds all to

CROSS-EXAMINATION OF LUKE SCHOLL

1    the same Liberty Reserve account on the same date.

2    Q.    Correct.  And --

3    A.    And that is an example --

4              THE COURT:  One at a time.

5              THE WITNESS:  That is an example of different random

6    amounts being transferred in multiple transactions that I

7    believe were designed to obscure the flow of funds, yes, sir.

8    BY MR. EKELAND:

9    Q.    This is entirely consistent with Mr. Sterlingov selling

10   Bitcoin to somebody?

11   A.    Selling -- the Liberty Reserve account here on this graph,

12   sir, is Mr. Sterlingov's own account.

13   Q.    That is correct, in his own name.

14   A.    So the activity of moving funds to Mt. Gox to Aurum

15   Xchange to Liberty Reserve in this account is not at all

16   consistent with Mr. Sterlingov selling Bitcoin to someone else.

17   Q.    But it could be consistent with him paying somebody for

18   something?

19   A.    He paid himself, sir.  Again, the Mt. Gox account 1 is

20   Mr. Sterlingov's Mt. Gox account.  The Liberty Reserve account

21   is Mr. Sterlingov Liberty Reserve account.  It is not

22   consistent with him paying someone else.

23   Q.    But you have got --

24             THE COURT:  One at a time.

25   BY MR. EKELAND:

1   Q.   But you have got nothing in the Mt. Gox tying that account

2   to Mr. Sterlingov?

3   A.   Mt. Gox account 1 is the account I am discussing, sir.

4   And that account is in Mr. Sterlingov's true name.

5   Q.   But Mt. Gox number 4 isn't?

6   A.   Mt. Gox account 4 is not in Mr. Sterlingov's true name,

7   no.

8   Q.   And there is no photo ID associated with Mt. Gox number 4?

9   A.   That is correct, sir.

10  Q.   So if Akemashite Omedetou wanted to create an untraceable

11  transaction, all she would have had to have done is to start

12  with funds in that Mt. Gox account number 4?

13  A.   I would say they would need to be able to deposit funds

14  into Mt. Gox account number 4.  That is correct, there could

15  have been a transaction -- what I would say, sir, is that it is

16  possible that could have been done, but they would have needed

17  to receive funds somewhere.  And as the putting money document

18  indicates, Mr. Sterlingov's, you know, laid out a series of

19  steps that started with Euros.  So in order to get Euros into a

20  Mt. Gox account, it is my understanding that account would be

21  KYCed.

22  Q.   You recall testifying on Thursday that there were ways to

23  fund Mt. Gox accounts off chain; correct?

24  A.   Yes, sir.  I recall talking about different ways to fund

25  Mt. Gox accounts.

1  Q.   For instance, you could buy someone's redemption code for

2  cash and then just redeem it in your account?

3  A.   That is possible, sir.

4  Q.   So, again, there -- it is your testimony that Akemashite

5  Omedetou started a deposit which ultimately what looks like

6  going into Bitcoin Fog from her KYC Mt. Gox account, is that

7  your testimony?

8  A.   Yes, sir, that is my testimony.  I thought we were agreed

9  to referring to Akemashite Omedetou as he or she or they.

10 Q.   I did believe I referred to her as she, but moving on.  So

11 that Aurum Xchange, you said there is two Aurum Xchange

12 accounts up there.  But both of those Aurum Xchange accounts

13 are related to Mr. Sterlingov through his easily identifiable

14 email; correct?

15 A.   Yes, sir.

16 Q.   And then the funds on October 3rd go to the Liberty

17 Reserve account that is in Mr. Sterlingov's name?

18 A.   Yes, sir.

19 Q.   That is not the Shormint Liberty Reserve account?

20 A.   No, sir, it is not.

21 Q.   And now there is about, what, a month in between the

22 next -- to the next transaction?  Because that transfer of that

23 26 US dollars is on November 24th, 2011?

24 A.   That is correct, sir.  In this case, there were two

25 withdrawals from the Mr. Sterlingov Liberty Reserve that were

1    discussed during my direct examination.  Both of them sent

2    funds to the Volf.prius Mt. Gox account, Mt. Gox account 4

3    here.

4    Q.   So I just want to get clear, this is a diagram of the flow

5    of funds.  We are not actually seeing everything that actually

6    occurred.  This is a flow of funds diagram, it is not showing

7    us every address involved.  Did I understand you correctly

8    there?

9    A.   No, sir, that is not what I said.

10   Q.   Could you clarify then?  I just see one arrow right there.

11   A.   Right.  There is a separate exhibit that was discussed on

12   my direct examination that showed a 100 US dollar transfer from

13   Mr. Sterlingov's Liberty Reserve account to Mt. Gox account 4

14   that occurred closer in time to these deposits on October 3rd.

15   Q.   But that is --

16   A.   There was a withdrawal from that account of approximately

17   100 Liberty Reserve US dollars being converted to $100 in the

18   Volf.prius Mt. Gox account.  And then approximately 27.4

19   Liberty Reserve US dollars were remaining in that account.  And

20   subsequently on November 24th, there was another transfer again

21   from Mr. Sterlingov's Liberty Reserve account to the

22   Volf.prius@hotmail.com account.

23   Q.   And that one is not on here, that is on another exhibit?

24   A.   That is on another exhibit, yes, sir.

25   Q.   Then you see down here on November 24th, the Volf.prius

1    account converts the $26 into 11 Bitcoin?

2    A.   Yes, sir.

3    Q.   And then you see on November 24th, it looks like there

4    is -- it transmits in -- what is that two separate

5    transactions -- close to 11 Bitcoin to the Bitcoin address

6    1KQTSR.  Do you see that right here?  Do I have that right?

7    A.   Yes, sir.  I believe you do, based on the size of the text

8    it could be 5R, if you want to zoom in, I could -- I believe it

9    is 5R.

10   Q.   I stand corrected.

11        The government don't have the private key to that address,

12   does it?

13   A.   Not to my knowledge, no, sir.

14   Q.   And then on November 24th, 2011, the 10.955 Bitcoin is

15   deposited into what you are saying is the Bitcoin Fog address?

16   A.   Yes, sir, that is correct.

17   Q.   And then, again, I can't remember if I already asked you

18   this question.  You haven't traced anything in this trace to

19   any crime, have you?

20   A.   No, sir.  This graph was to lay out information about the

21   pattern of transactions between Mr. Sterlingov's Mt. Gox

22   account, the Aurum Xchange and the Volf.prius account and

23   discuss the pattern of transactions.

24   Q.   Just to be clear, nothing in this trace shows

25   Mr. Sterlingov operating Bitcoin Fog?

1    A.    That is correct, sir.

2    Q.    Everything in this trace is consistent with someone or

3    more than one person making an entirely legal deposit into

4    Bitcoin Fog for privacy reasons?

5              MS. PELKER:  Objection, Your Honor, calls for a legal

6    conclusion.

7              MR. EKELAND:  I wasn't asking for a legal conclusion.

8    I was saying that somebody may want to be depositing funds into

9    Bitcoin Fog for privacy reasons.

10             THE COURT:  I think you did say an entirely legal

11   deposit, but why don't you rephrase the question?

12             MR. EKELAND:  I will rephrase it, Your Honor.

13   BY MR. EKELAND:

14   Q.    So everything in this trace is consistent with somebody

15   making a deposit into Bitcoin Fog for privacy reasons?

16   A.    I don't necessarily agree with that, based on the

17   randomized payments going through the Aurum Xchange into

18   Mr. Sterlingov's Liberty Reserve account.  I think these are

19   suspicious transactions.

20   Q.    Is it your testimony that someone wouldn't randomize their

21   transactions for privacy reasons?

22   A.    No, it is not my testimony that somebody could not do

23   that.  I am just saying these transactions are indicative of

24   someone attempting to obscure the flow of funds.

25   Q.    That is one possible interpretation of this, but there is

1    more than one?

2           MS. PELKER:  Objection; asked and answered.

3           THE COURT:  Sustained.

4    BY MR. EKELAND:

5    Q.   Mr. Hassard, if we could take that exhibit down.  And if

6    we could go to Exhibit 315.  What is in evidence as Government

7    Exhibit 315.  And do you recognize this exhibit?

8    A.   Yes, sir, I do.

9    Q.   And is there anything in this trace that you have any

10   evidence of occurring in Washington, DC?

11   A.   No, sir.

12   Q.   And is there anything in this trace that you have any

13   evidence of occurring in the United States of America?

14   A.   No, sir.  I would point out though that Bitcoin

15   blockchain -- transactions on the Bitcoin blockchain are

16   broadcast to the global network, but not in the sense that you

17   are asking the question, sir.

18   Q.   Are any of the funds that you are tracing here, have you

19   traced them back to any crime whatsoever?

20           MS. PELKER:  Objection.  Again, it calls for legal

21   conclusion and about whether buying the Bitcoin Fog domain was

22   part of a criminal engagement.

23           MR. EKELAND:  That is not the question I asked, Your

24   Honor.  And there is nothing on here about buying the Bitcoin

25   Fog domain.  I am asking merely if he has traced the funds back

CROSS-EXAMINATION OF LUKE SCHOLL

1    to anything he considered criminal activity.  He has been

2    offered as an expert in tracing of cyber criminals.  I hope --

3            THE COURT:  Maybe you can clarify about what you mean

4    by tracing it to criminal activity, whether it is traced to

5    some illegal drug transaction.  I think there is some ambiguity

6    when you say tracing it to illegal activity.  Because obviously

7    the government's whole theory of the case is relevant evidence

8    in a criminal case.  But I think you may be asking a different

9    question about whether this could be traced to any drug

10   transaction or something like that nature.  So if you could

11   clarify your question, that is fine.

12           MR. EKELAND:  Thank you, Your Honor.

13   BY MR. EKELAND:

14   Q.   Mr. Scholl, have you traced any of the funds involved in

15   this trace here to any drug transaction?

16   A.   No, sir, I have not.  The purpose --

17   Q.   Have you traced --

18           THE COURT:  One at a time.

19           MR. EKELAND:  I'm sorry.  I thought he was finished.

20           THE WITNESS:  The purpose of this exhibit was to

21   demonstrate a pattern of behavior between Mr. Sterlingov's

22   Mt. Gox account, the Aurum Xchange Liberty Reserve and the

23   other Mt. Gox accounts, the Volf.prius, the NFS9000 and the

24   Kolbasa99 account.

25   BY MR. EKELAND:

CROSS-EXAMINATION OF LUKE SCHOLL

1    Q.   But you don't know anything about Mr. Sterlingov's social

2    pattern of behavior in 2011, do you?

3           MS. PELKER:  Objection; asked and answered.

4           THE COURT:  Sustained.

5    BY MR. EKELAND:

6    Q.   So, again, we start with Mt. Gox account number 1.  That

7    is Mr. Sterlingov's KYCed account?

8    A.   Yes, sir, it is.

9    Q.   That is also the KYCed account that you say belongs to

10   Akemashite Omedetou; is that correct?

11   A.   Yes, sir.

12   Q.   Here, we have got -- what is that -- on October 3rd, 2011,

13   we have got the sum of $130 being broken down to what looks

14   like 3 Mt. Gox redemption codes?

15   A.   Yes, sir.  These are the same transactions we discuss at

16   the top of the other graph.

17   Q.   Uh-huh.  And we have got going over to Mr. Sterlingov's

18   Aurum Xchange account; correct?

19   A.   Two separate accounts the Spam and

20   plasma@plasmadivision.com.

21   Q.   Both of those went to PlasmaDivision.com, which were the

22   email domain controlled by Mr. Sterlingov?

23   A.   Yes, sir, that is correct.

24   Q.   And Mr. Sterlingov didn't try to hide that he controlled

25   that email domain, did he?

1    A.    I am not sure how to answer that question, sir.

2    Q.    But, again, now we are going and we see again the same

3    October 3rd transactions I think we were looking at on 314 now

4    going into Mr. Sterlingov's Liberty Reserve account that he

5    kept in his own name?

6    A.    Yes, sir.

7    Q.    And then, we are going over to the Mt. Gox account number

8    4 and on October 8, 2011 and you are sending $100; correct?

9    A.    Yes, sir.

10   Q.    Then we are going and he is -- whoever is running Mt. Gox

11   account number 4, they are converting that $100 into 25.44

12   Bitcoin, which they are then sending on October 8 to an address

13   on the blockchain that is down there that starts -- what is

14   that 1BBAVGU; correct?

15   A.    Yes, sir, that is correct.

16   Q.    And the government doesn't have the private key to that

17   Bitcoin address?

18   A.    No, sir.  Not my understanding.

19   Q.    Then it is going again to another address on October 28,

20   to 1CRm234X and the government doesn't have the private key to

21   that Bitcoin address, do they?

22   A.    Not to my knowledge, no, sir.

23   Q.    Mr. Hassard, if we could zoom out a little bit.  Then

24   again this is going -- from there to Mt. Gox number 2, which

25   has the email address associated with it the

CROSS-EXAMINATION OF LUKE SCHOLL

1   NFS9000@hotmail.com?

2   A.   That is correct, sir.

3   Q.   When the government executed its search warrant of

4   Microsoft and got the search warrant return related to that

5   NFS9000@hotmail.com email address, nothing related to that

6   email address to Mr. Sterlingov, did it?

7   A.   I don't recall, sir.  But I don't believe so.  I don't

8   know that I reviewed the NFS9000@hotmail.com return.

9   Q.   And the Mt. Gox number 2 generates a redemption code, this

10   time a BTC redemption code for 25.439 BTC on October 9, 2011?

11   A.   That is correct, sir.

12   Q.   And then on October 9, 2011 -- Mr. Hassard, if we could

13   scroll down a little bit -- it sends that redemption code -- or

14   actually, is it sending the redemption code or is Mt. Gox

15   account number 3 there, just redeeming it?

16   A.   I think that is synonymous.

17   Q.   Uh-huh.

18   A.   So there is a record in the -- if you -- there is a record

19   in the previous Mt. Gox account that shows the generation of a

20   redeem code.  And there is a record in the Kolbasa99 Mt. Gox

21   account that shows the redemption of that code.

22   Q.   So actually that code could have been sent or it could

23   have been communicated in person or any -- it could have

24   gone -- Mt. Gox account number 3 could have gotten that

25   redemption code in a couple of ways; correct?

CROSS-EXAMINATION OF LUKE SCHOLL

1    A.   Yes.

2    Q.   More than one way.

3         And then we see there on October 9th, it converts the

4    Bitcoin to US dollars for a whopping total $103.  If we

5    could --

6         Correct?

7    A.   Yes, sir, that is correct.

8    Q.   If we could zoom out.

9         And then you have got this arrow going back on

10   October 9th, 2011 for the $103.  It goes back all of the way to

11   Aurum Xchange.  But it is not going back to Mr. Sterlingov's

12   Aurum Xchange account, is it?

13   A.   No, sir, I don't believe it is.

14   Q.   All right.

15        And if we could take that down.  And if we could go now

16   to -- Mr. Hassard, to what is in evidence as Government

17   Exhibit 316.

18             THE COURTROOM DEPUTY:  316?

19             MR. EKELAND:  316, yes.

20   BY MR. EKELAND:

21   Q.   Do you recall Government Exhibit 316?

22   A.   Yes, sir, I do.

23   Q.   Do you have any evidence that anything in this trace

24   occurred in Washington, DC?

25   A.   No, sir, I don't.

1    Q.    Do you have any evidence at all that something in this

2    trace occurred in the United States of America?

3    A.    No, sir, I don't, withstanding the fact that Bitcoin

4    transactions are broadcast globally.

5    Q.    And you -- this trace starts from, again, Mr. Sterlingov's

6    Liberty Reserve account?

7    A.    Yes, sir, that is correct.

8    Q.    And that is the account he had in his own name with

9    Liberty Reserve; correct?

10   A.    Yes, sir, it is.

11   Q.    And then, again, he is taking the relatively small amount

12   of 132 and 8 Liberty Reserve dollars and it looks like he is

13   sending them as 130 US dollars to Mt. Gox account number 1 on

14   November 27th, 2011?

15   A.    Yes, sir, that is correct.

16   Q.    And then he takes that money and he purchases some Bitcoin

17   there, which is 52.5 Bitcoin?

18   A.    Yes, sir, I believe that is correct.

19   Q.    And then on that -- on November 27th, 2011, he sends

20   60.417 to a Bitcoin blockchain address, right there, you see

21   that?

22   A.    Yes, sir, I do.  It is not totally legible from this

23   screen, but I see the Bitcoin address.

24   Q.    Can you see that a little bit better?

25   A.    Yes, sir, I do.

1    Q.   It looks like on the same day he sends 60.41 Bitcoin to

2    his Silk Road account?

3    A.   Yes, sir.

4    Q.   That Silk Road, that is in Mr. Sterlingov's password list;

5    correct?

6    A.   Yes, sir, it is, sir.

7    Q.   And on the same day, he sends a slightly larger amount of

8    Bitcoin out of Silk Road at 60.8 Bitcoin; correct?

9    A.   Yes, sir, that is correct.

10   Q.   That is, what, .39 more Bitcoin than went in?

11   A.   Yes, sir, that is correct.

12   Q.   And that is because you could -- in your Silk Road

13   account, you could hold Bitcoin and send and receive Bitcoin,

14   you just didn't have to purchase things with your Silk Road

15   account; correct?

16   A.   I mean, that is possible to make a withdrawal from your

17   Silk Road account.  I don't think that was the intent of having

18   deposits in Bitcoin at Silk Road but it is possible to withdraw

19   funds from a Silk Road account.

20   Q.   But you would agree with me that there is more Bitcoin

21   coming out of the Silk Road account than went in?

22   A.   Just slightly, yes, sir.

23   Q.   And then you have got on November 28th, 2011, you have got

24   60.7 Bitcoin going to Mt. Gox account number 2.  Mr. Hassard,

25   if we could zoom out a little bit?

1    A.   Yes, sir, that is correct.

2    Q.   And then if you can recall, Mt. Gox account number 2, the

3    NFS9000@hotmail.com, that doesn't appear anywhere in

4    Mr. Sterlingov's password list, does it?

5    A.   No, sir, I don't believe it does.

6    Q.   And then on November 28th, there is 61.669 Bitcoin that is

7    getting redeemed from the Mt. Gox BTC redemption code you see

8    there; correct?

9    A.   61.699 Bitcoin.

10   Q.   And then, again that redemption code is being redeemed by

11   Mt. Gox account, number 3, 61.699 on November 28, 2011;

12   correct?

13   A.   Yes, sir, that is correct.

14   Q.   And, again, there is no password for Mt. Gox account

15   number 3, anywhere in Mr. Sterlingov's password list?

16   A.   I don't believe there is, sir.

17   Q.   And then Mr. Hassard, if we could zoom out a little bit,

18   and then on November 29th, 2011, you have got 27 Bitcoin going

19   into Bitcoin Fog; is that correct?

20   A.   That's correct.

21   Q.   At least what government says is a Bitcoin Fog address.

22   And this is entirely consistent with somebody depositing

23   Bitcoin Fog -- Bitcoin into Bitcoin Fog for privacy reasons?

24   A.   I would say that there are unusual transactions, again, in

25   this series of transactions.  But the purpose of this trace was

1  to demonstrate the pattern of behavior between accounts and

2  demonstrating the Silk Road transaction.

3  Q.   But you have no eyewitnesses to any part of this

4  transaction?

5  A.   No, sir, I have logs.

6  Q.   Do you have any eyewitnesses?

7  A.   No, sir.

8  Q.   And nothing in this trace shows Mr. Sterlingov operating

9  Bitcoin Fog, does it?

10  A.   No, sir.

11  Q.   And Silk Road, the government shut Silk Road down in 2013;

12  correct?

13  A.   That is correct, sir.

14  Q.   That is 11 years ago?

15  A.   Approximately.

16  Q.   And this trace here, that you are doing your timing and

17  behavioral analysis on, that was 13 years ago?

18  A.   2011, yes, sir, approximately.

19  Q.   And are you aware that in 2011, in Mr. Sterlingov's

20  hometown there was a hacker convention called Dream Hack?

21          MS. PELKER:  Objection, Your Honor.

22          THE COURT:  Can you say that question again?

23          MR. EKELAND:  Yes.  I said are you aware that in

24  2011, in Mr. Sterlingov's hometown, there was a hacker

25  convention called Dream Hack?

CROSS-EXAMINATION OF LUKE SCHOLL

1          THE COURT:  So why don't you lay a foundation before

2     you --

3          MR. EKELAND:  I will move on from that.

4          THE COURT:  You know, I just want to remind the jury

5     that the lawyer's questions are not evidence in the case.

6     BY MR. EKELAND:

7     Q.   Are you aware that -- do you know anything about

8     Gothenburg, Sweden?

9     A.   No, sir, not really.

10    Q.   Do you know anything about Jonkoping, Sweden?

11    A.   I'm not sure that I even understood that, sir.

12    Q.   Are you aware that there is a town in Sweden called

13    Jonkoping?

14          MS. PELKER:  Objection, Your Honor.  Asked and

15    answered.

16          THE COURT:  Sustained.

17          MR. EKELAND:  Your Honor, I am trying to ask him

18    about his knowledge of Mr. Sterlingov, where he lived and who

19    he interacted with.

20          MS. PELKER:  I think the record is clear that the

21    witness' role here was tracing transactions.  He said that he

22    wasn't familiar with the particularities of the hometown in

23    Sweden.

24          THE COURT:  Why don't we, for purposes of expediting

25    this, why don't you ask one general question whether he has any

1   knowledge of Mr. Sterlingov's activities in Sweden and then we

2   can move on.

3   BY MR. EKELAND:

4   Q.   Do you have any knowledge of Mr. Sterlingov's personal

5   life when he lived in Sweden?

6   A.   No, sir.

7   Q.   We can take this down, Mr. Hassard.

8        And if we could publish to the jury what is in evidence as

9   Government Exhibit 317.  Let me clear this.  It is --

10  Mr. Hassard, could you zoom out a little bit?  We may have to

11  zoom in.

12       Mr. Scholl, do you recognize this exhibit?

13  A.   Yes, sir, I do.

14  Q.   I believe you testified this was an early deposit into

15  Bitcoin Fog; is that correct?

16  A.   Transaction 10 is the first deposit into the Chainalysis

17  Bitcoin Fog cluster.

18  Q.   That you are aware of?

19  A.   No.  It is a fact that Chainalysis has the cluster of

20  Bitcoin Fog addresses and the first transaction into that

21  cluster is transaction 10.

22  Q.   But you also, I think, testified at one point that I think

23  there were some addresses that appeared that you came across

24  that weren't in the Chainalysis cluster.  Do I remember that

25  right?

1    A.    That is correct.  The addresses in wallet 2 in the bottom

2    pink box, I believe are deposit addresses to Bitcoin Fog.

3    Q.    So it is possible that there were other Bitcoin Fog

4    addresses that aren't in the Chainalysis cluster; correct?

5    A.    That is correct, sir.

6    Q.    So let's go to the top of this transaction here.  Now, at

7    the top here, you have there is once again, Mr. Sterlingov's

8    Mt. Gox number 1 account; correct?

9    A.    Yes, sir, that is correct.

10   Q.    And that again is the Mt. Gox account that he KYCed with

11   his photo ID?

12   A.    Yes, sir, that is correct.

13   Q.    And you see him there on October 12th, 2011, he deposits

14   89.87 Euros and on October 13th, it is converted to -- the 6

15   Euros are converted to 2 Bitcoin?

16   A.    Yes, sir.

17   Q.    And if we -- Mr. Hassard, if you could scroll down to the

18   bottom of the final deposit there.

19         The final deposit here, after all of these transactions is

20   43.67 Bitcoin?

21   A.    That is correct, sir.

22   Q.    That is a difference of around 41 Bitcoin; correct?

23   A.    Approximately, sir.

24   Q.    And that is because along this whole transaction there is

25   other inputs from other Bitcoin addresses that you don't have

CROSS-EXAMINATION OF LUKE SCHOLL

1    any KYC information on; correct?

2    A.   Not along the whole transaction, sir.  But there are --

3    like my testimony was that addresses that are in the pink box

4    that are labeled as wallet 2 are Bitcoin Fog deposit addresses.

5    So the only place where funds come in here are at the very

6    bottom.  I don't know if I can draw.  These three addresses

7    received funds well after the announcement of Bitcoin Fog in

8    November.  That is where the additional money came from, not

9    from anywhere in the above trace.  So these deposits --

10   Q.   Right.  And --

11           THE COURT:  One at a time.

12           THE WITNESS:  -- to wallet 2 are all 100 percent

13   funds that were withdrawn from Mr. Sterlingov's Mt. Gox

14   account.

15   BY MR. EKELAND:

16   Q.   That is flow of funds not necessarily flow of controls;

17   correct?

18           MS. PELKER:  Objection; argumentative, asked and

19   answered.

20           THE COURT:  I think it is asked and answered.  But I

21   will allow it this time.

22   BY MR. EKELAND:

23   Q.   If we could scroll to the top, Mr. Hassard.

24       So the first hop in this transaction, do you see here

25   where the 2 Bitcoin on October 13th, 2011, goes to this

1    address?

2    A.    Yes, sir.

3    Q.    The government doesn't have the private key to that

4    address, do they?

5    A.    No, sir, not to my knowledge.

6    Q.    This is entirely consistent with Mr. Sterlingov selling

7    Bitcoin to somebody?

8    A.    That could be consistent with Mr. Sterlingov selling

9    Bitcoin to someone, sir.

10   Q.    And you have got, you're saying, two wallets here;

11   correct, in this trace?  Mr. Hassard, could you scroll out so

12   Mr. Scholl can see.

13   A.    To be clear those other Bitcoin addresses belong to

14   wallets, some wallet.  I don't know.  But the significance of

15   those pink boxes is to say these addresses belong to the same

16   wallet.

17   Q.    And assuming that your co-spend heuristic is correct in

18   grouping all of the addresses together on wallet number 1 and

19   your co-spend heuristic is correct in grouping all of the

20   addresses together as wallet number 2, it is not your testimony

21   that wallet number 1 and wallet number 2 were controlled by the

22   same person, is it?

23   A.    No.  It is my testimony that it is likely that the person

24   making deposits to wallet 1 is the same person making deposits

25   to wallet 2.

CROSS-EXAMINATION OF LUKE SCHOLL

1    Q.    But that is your assessment?

2    A.    That is correct.

3    Q.    But you don't have any evidence that -- solid evidence

4    that you can point me to that shows that the same person is

5    controlling wallet number 1 and wallet number 2; correct?

6    A.    That's correct, sir.

7    Q.    If you take a look -- it looks like it is conveniently

8    circled for is -- that Bitcoin address between wallet number 1

9    and wallet number 2, do you see that?

10   A.    I see that there is a Bitcoin address there.  I can't read

11   it.  It is probably not significant to the testimony.

12   Q.    Do you see it?

13   A.    I see it.

14   Q.    And the government doesn't have -- let me clear that out.

15   One second.  If I can get my screen up and I will clear this.

16         The government doesn't have the private key to that

17   Bitcoin address, does it?

18   A.    No, sir, it doesn't.  This transaction could represent a

19   change in control.  Based on the evidence in this case, that is

20   not what I believe happened here.  But it is correct based

21   purely on this transaction and blockchain analysis, you would

22   not be able to make a conclusion about whether or not that was

23   a change in control or not.

24   Q.    Right.  But it is entirely possible and you have no way of

25   knowing without the private key?

1           MS. PELKER:  Objection; asked and answered.

2           THE WITNESS:  I don't believe a private key is the

3   only way to obtain attribution of an address.

4           I'm sorry.  There was an objection.

5           MS. PELKER:  It is okay.  Withdrawn.

6           THE COURT:  You have answered.  I will allow you to

7   answer the question.

8           THE WITNESS:  Again, I do not have the private key or

9   I am not aware of the government having the private key for

10  this Bitcoin address.  I don't believe that is the only way to

11  determine attribution is the -- it is an ideal way, not the

12  only way.

13  BY MR. EKELAND:

14  Q.   If you knew who had the private key, you would know for

15  certain who controlled the address?

16  A.   Yes, sir, that is correct.

17  Q.   And there is at least two points here, two Bitcoin

18  addresses, outside of the wallet addresses that the government

19  doesn't have the private key to; correct?

20  A.   That is correct, sir.

21  Q.   And then forgive me if I have asked this, but you don't

22  have any evidence at all that any of these transactions

23  occurred in Washington, DC?

24  A.   No, sir.

25  Q.   And you don't have any evidence at all that any of these

1    transactions occurred in the United States?

2    A.    No, sir.

3    Q.    And Mr. Hassard, if we could zoom out a little bit.

4          And there is nothing in this trace that shows

5    Mr. Sterlingov operating Bitcoin Fog?

6    A.    This trace shows funds withdrawn from Mr. Sterlingov's

7    Mt. Gox account that are deposited into addresses I believe are

8    controlled by Bitcoin Fog before the announcement of Bitcoin

9    Fog on Bitcoin Talk or Twitter.

10   Q.    But nothing in this trace shows Mr. Sterlingov operating

11   Bitcoin Fog?

12              MS. PELKER:  Objection; asked and answered, I think.

13              THE COURT:  Sustained.

14              MR. EKELAND:  Okay.

15   BY MR. EKELAND:

16   Q.    And your analysis of the addresses that are grouped in

17   wallet number 1, that is based on a co-spending heuristic?

18   A.    Yes, sir, that is correct.  And it is supported by

19   clustering analysis in Chainalysis, in TRM and in CipherTrace.

20   Q.    You can't tell me the statistical error rate for the

21   co-spend heuristic, can you?

22   A.    No, sir, I am not aware of a statistical error rate.

23   Q.    You can't name one scientific peer-reviewed paper

24   attesting to the accuracy of the co-spend heuristic?

25              MS. PELKER:  Objection; asked and answered.

1              MR. EKELAND:  I haven't asked the question about the

2     co-spending.

3              THE COURT:  Overruled.  You can answer the question.

4              THE WITNESS:  Can you repeat the question, please,

5     sir.

6     BY MR. EKELAND:

7     Q.    You can't name me one scientific peer-reviewed paper

8     attesting to the accuracy of the co-spend heuristic, can you?

9     A.    No, sir, I cannot.

10    Q.    Mr. Hassard, can you take this down.

11             And if I could get what is in evidence as Government

12    Exhibit 318.  Do you recognize this?

13    A.    Yes, sir, I do.

14    Q.    And this is a series of post-mix transactions from Bitcoin

15    Fog; correct?

16    A.    Not necessarily, sir.

17    Q.    What is this then?

18    A.    By suggesting that this is post mix, you are suggesting

19    that Mr. Sterlingov input those funds to Bitcoin as a deposit

20    and didn't withdraw them as the administrator of Bitcoin Fog

21    earning fees.

22    Q.    You don't -- the government doesn't have the Bitcoin Fog

23    ledger, does it?

24    A.    No, sir, it does not.

25    Q.    And without the Bitcoin Fog ledger, the government has no

CROSS-EXAMINATION OF LUKE SCHOLL

1   way of knowing what were the Bitcoin Fog fees; correct?

2   A.   We are aware of what the fees are based on statements made

3   by Akemashite Omedetou about the fees being between 1 and 3

4   percent.  It changed over time.  First, it was a standard

5   2 percent.  And then it changed, randomized between 1 and

6   3 percent.  That was consistent with the fees that were

7   withdrawn from undercover transactions conducted by government

8   agents.

9   Q.   But without the Bitcoin Fog ledger --

10              MS. PELKER:  Objection; asked and answered.

11              MR. EKELAND:  I haven't even finished my question.

12              THE COURT:  Finish it.

13   BY MR. EKELAND:

14   Q.   Without the Bitcoin Fog ledger, the government has no way

15   of confirming whether any output from Bitcoin Fog are funds

16   that have been sent through Bitcoin Fog or funds that

17   constitute fees; correct?

18   A.   That is correct.  But I would add that I am not aware of

19   deposits from Mr. Sterlingov's accounts to Bitcoin Fog that

20   would amount to that amount of money either.

21   Q.   You testified earlier that you haven't traced through

22   Bitcoin Fog?

23   A.   That is correct, sir, other than the FBI and IRS

24   undercover transactions where I had additional information

25   about those funds.

CROSS-EXAMINATION OF LUKE SCHOLL

1   Q.   And when you traced through on those IRS and FBI

2   quote/unquote undercover transactions, you didn't find a single

3   thing that identified Mr. Sterlingov as the operator of Bitcoin

4   Fog, did you?

5   A.   No.  That information was used to corroborate the

6   Chainalysis cluster for Bitcoin Fog.

7   Q.   But you didn't find any information tying the

8   administration of Bitcoin Fog to Mr. Sterlingov?

9              THE COURT:  Sustained.

10  BY MR. EKELAND:

11  Q.   So this is entirely consistent, this trace, with

12  Mr. Sterlingov taking his Bitcoin that he bought with his

13  paycheck, mixing it through Bitcoin Fog, for privacy reasons

14  and then depositing it into his KYC accounts?

15  A.   Can we zoom into the top, please, Mr. Hassard?

16              So the only thing that I would say, sir, is that I am not

17  aware of deposits from Mr. Sterlingov's true name accounts,

18  direct or indirect in those amounts to the Bitcoin Fog cluster.

19  However, hypothetically, it is possible that Mr. Sterlingov

20  withdrew funds and then was depositing them into his various

21  true name accounts.

22  Q.   And if we could zoom out, Mr. Hassard.  And that you see

23  there, the Sterlingov LocalBitcoin account number 1?

24  A.   Yes, sir, I do.

25  Q.   That was in Mr. Sterlingov's name, wasn't it?

CROSS-EXAMINATION OF LUKE SCHOLL

1    A.    Yes, sir, it was.

2    Q.    And you see that Mr. Sterlingov Kraken account number 1?

3    A.    Yes, sir, I do.

4    Q.    That was a KYCed account of Mr. Sterlingov's; correct?

5    A.    Yes, sir, it was.

6    Q.    And he put his photo ID up for it; correct?

7    A.    Correct.

8    Q.    I can never say it right, the Poloniex account number 1?

9    A.    You got it right today, sir.

10   Q.    That is a KYCed account too; correct?

11   A.    Yes, sir, it was.

12   Q.    And he used his photo ID for that?

13   A.    Yes, sir, I believe he did.

14   Q.    And it is your testimony that Akemashite Omedetou post-mix

15   deposited funds into his or her KYCed accounts?

16   A.    Through multiple intermediary addresses, yes, sir.

17   Q.    And forgive me if I already asked -- stop me if I asked

18   this, you have got no evidence that any of the transactions

19   occurred in Washington, DC?

20   A.    No, sir, I don't.

21   Q.    And you have got no evidence that any of the transactions

22   occurred in the United States of America?

23   A.    Well, some of these accounts are located in the United

24   States of America, so they were received at accounts in the

25   United States of America.

1    Q.    Which accounts were those?

2    A.    Kraken is a US-based exchange.  And I am not sure about

3    the location of Poloniex 100 percent, but it is possible.

4    Q.    And Kraken servers are in the United States?

5    A.    I do not know where exactly the servers are.  I don't know

6    which servers is involved in these deposits, but Kraken is a

7    US-based exchange.

8    Q.    Uh-huh.  And we can take this down, Mr. Hassard.

9          Now, you are aware that when Mr. Sterlingov was arrested,

10   the Department of Justice issued a press release?

11              MS. PELKER:  Objection, Your Honor.

12              MR. EKELAND:  This is absolutely relevant, Your

13   Honor, and I am happy to go on the phone.

14              THE COURT:  We can go on the phone on that.

15              (Conference held at the bench.)

16              MR. EKELAND:  Testing, can you hear me.

17              THE COURT:  Yeah.  Go ahead.

18              MR. EKELAND:  Your Honor, they brought up the fact or

19   Mr. Scholl testified that on October 29th, 2021, that is the

20   date on the last withdrawal of funds from Bitcoin Fog

21   allegedly.  They are implying that Bitcoin Fog shut down

22   because of Mr. Sterlingov's arrest.  It is completely relevant

23   that this was covered in the -- both press because of the DOJ

24   press release both domestically and internationally because it

25   is entirely possible that the real operator of Bitcoin Fog read

CROSS-EXAMINATION OF LUKE SCHOLL

1    the press and shut down the site for a little bit.

2           MS. PELKER:  I think that this is incredible

3    speculation by defense counsel.  And that the fact that DOJ

4    issued a press release has no relevance or bearing on this

5    witness' testimony.  And that the defense is simply trying to

6    use this as a way to shoehorn impermissible arguments that the

7    Court has already ruled on.

8           THE COURT:  Tell me where this is going, because I

9    am -- what is in the press release?

10          MR. EKELAND:  The press release states that

11   Mr. Sterlingov -- this is -- I believe there is two press

12   releases and there was also a "Wired Magazine" online article,

13   which was all picked up by the national, international press

14   saying that the operator of Bitcoin Fog had been arrested.  I

15   mean, the government issued the press release.  And it is

16   entirely relevant, because it is entirely plausible that if the

17   operator of Bitcoin Fog read it, that then they decided to stop

18   operating.  I don't think that is like attenuated at all.

19          THE COURT:  Ms. Pelker?

20          MS. PELKER:  I think that defense counsel is trying

21   to go down a route here that is not simply that a press release

22   went out, that the operator was arrested.

23          THE COURT:  What is your concern?

24          MS. PELKER:  That the defense is then going to go

25   down the route of and wasn't it also picked up by Wired, what

1    did the Wired article say and go into the whole argument about

2    the publicity surrounding this case.

3              MR. EKELAND:  The government is the entity that

4    engaged in the publicity around this case.  The government is

5    the entity that spoke to Wired or somebody tipped off Wired,

6    because Wired ran an article before the DOJ arrest.  And, once

7    again, it is entirely relevant, you know, effect on listener,

8    what people saw about this.  I think the government -- the

9    Court understands.

10             THE COURT:  Go ahead, Ms. Pelker.

11             MS. PELKER:  I want to be on the record -- I think

12   this is very clear.  The government did not tip off anyone.  We

13   briefed this.  We have made it very clear, it is highly

14   concerning that defense counsel continues making these very

15   serious allegations despite this being ruled on and vetted in

16   numerous hearings.

17             THE COURT:  So that is fair.

18             But for present purposes, I will allow the question

19   about whether there was a press release and simply about

20   whether there was press coverage.  But I am going to shut you

21   off very quickly, Mr. Ekeland, if you are going beyond that and

22   trying to insinuate some government misconduct here in this

23   process.

24             And I will note that I didn't want to say this on

25   record, but I have seen you continuing to make faces to the

1    jury when you are trying to make a point.  And that is not what

2    we should be doing here.  The questions should not be argument.

3    There will be time for that.  And there ought not be efforts to

4    sort of interact with the jury short of just asking the

5    questions and getting answers.

6              MR. EKELAND:  Your Honor, I disagree that I am making

7    faces at the jury.  I am looking at the jury.  But is the Court

8    saying that defense counsel is not allowed to look at the jury?

9              THE COURT:  I am saying when you are making a point,

10   you are not supposed to turn to the jury and gesticulate and

11   like, you see, here is my point to the jury.  The question can

12   stand for itself.  You are doing more than simply looking at

13   the jury.  You are laughing after answers, you are smiling in

14   sort of disbelief to answers and that is improper.

15             Okay.  Let's proceed.

16             (End of bench conference.)

17   BY MR. EKELAND:

18   Q.   Mr. Scholl, you are aware that the DOJ issued a press

19   release when Mr. Sterlingov was arrested?

20   A.   No, sir, I am not.  But I wouldn't be surprised.

21   Q.   That is because DOJ regularly --

22             MS. PELKER:  Objection.

23             THE COURT:  Sustained.

24             MS. PELKER:  He said he wasn't aware.

25             THE COURT:  He has answered the question.

1          MR. EKELAND:  I was -- can we.

2          THE COURT:  Ask your question.

3    BY MR. EKELAND:

4    Q.    That is because DOJ regularly issues press releases when

5    people are arrested; correct?

6    A.    It is not uncommon.

7    Q.    And you are aware that the national and international

8    press --

9          MS. PELKER:  Objection; he just said he wasn't aware.

10         MR. EKELAND:  He said he wasn't aware of the DOJ

11   press release.  I am asking a separate question on the --

12         THE COURT:  Why don't you lay a foundation, ask if he

13   has any additional knowledge with respect to any press relating

14   to this matter.

15   BY MR. EKELAND:

16   Q.    Do you have any knowledge of any of the press related to

17   this matter?

18   A.    I am aware that it has been discussed in the press and

19   Bitcoin news websites.  I have not followed the press on this

20   case.

21   Q.    But you are aware it has been covered in the national

22   press?

23   A.    And I am not aware of anything specifically related to the

24   time of his arrest.

25   Q.    Uh-huh.  And you claim that Bitcoin Fog's last withdrawal

1   was on April 29th, 2021?

2   A.    The last withdrawal from the Bitcoin Fog cluster was on

3   April 29th, 2021, yes, sir.

4   Q.    And Mr. Sterlingov was in federal custody that day?

5   A.    That is my understanding, yes, sir.

6   Q.    And do you know what a dead man switch is?

7   A.    Generally, sir.  But I welcome a definition if you want to

8   provide one.

9   Q.    Can you tell the jury your understanding of what a dead

10  man switch is?

11  A.    Generally, a dead man switch is something designed to make

12  an effect after a person is dead or no longer capable of taking

13  an action on their own free will.  Lengthy definition, I

14  apologize.

15  Q.    Would you agree with that a dead man switch on a computer

16  is something where if somebody doesn't check in with the switch

17  or reactivate it, it will shut down; correct?

18  A.    That is possible.  I am not aware of any specifics here,

19  sir.

20  Q.    You are not aware of any dead man switch being found on

21  any of Mr. Sterlingov's devices?

22  A.    Not to my knowledge, sir.  Again, I didn't review the

23  devices myself.  I only reviewed information provided by other

24  members of the case team.

25  Q.    And are you aware that Mr. Sterlingov was in Miami in

CROSS-EXAMINATION OF LUKE SCHOLL

1  2017?

2  A.  I have no specific first-hand knowledge of that, no, sir.

3  But I have, obviously, been in court and heard the testimony.

4  Q.  And Bitcoin Fog was operating while Mr. Sterlingov was in

5  Miami in 2017, if you know?

6  A.  Bitcoin Fog was operating in 2017.  It did experience down

7  times from time to time.  I don't have any information about --

8  I don't know, as I sit here today, when Mr. Sterlingov was

9  here -- was in Miami in 2017.  But Bitcoin Fog was generally

10  operating in 2017, yes, sir.

11  Q.  And you haven't seen any evidence in what you have

12  reviewed of Mr. Sterlingov operating Bitcoin Fog from Miami in

13  2017?

14  A.  No, sir.  I am not sure that I would have been provided

15  that information, but I am not aware of that.

16  Q.  Would you agree with me that Bitcoin Fog has changed its

17  onion addresses over the years?

18  A.  I am aware that there was at least one change to the

19  BitcoinFog.onion address.

20  Q.  And are you aware that there is at least one onion site

21  right now claiming to be Bitcoin Fog?

22  A.  I heard you reference that, sir.  I am not aware of that.

23  Q.  Because the last time you checked to see if Bitcoin Fog

24  was operating I believe you testified was 2022?

25  A.  I'm sorry?

CROSS-EXAMINATION OF LUKE SCHOLL

1   Q.   The last time you checked to see if Bitcoin Fog was

2   operating was in 2022?

3   A.   I don't recall.

4   Q.   Have you -- do you recall the last time you checked to see

5   if Bitcoin Fog was operating?

6   A.   I checked several weeks ago to see whether there were any

7   additional transactions out of the Bitcoin Fog cluster.

8   Q.   But you just looked at addresses and the Bitcoin Fog

9   cluster that you got from Chainalysis?

10  A.   That is correct.

11  Q.   I am now going to ask you some questions about the

12  financial analysis you did in this case.  Do you understand?

13  A.   Yes, sir, I do.

14  Q.   And you're not a member of the Association of

15  International Certified Professional Accountants?

16  A.   No, sir, I am not.

17  Q.   And you're not a member of the American Institute of

18  Certified Public Accountants?

19          MS. PELKER:  Objection, Your Honor; relevance.

20          MR. EKELAND:  Your Honor --

21          THE COURT:  You can continue.  Overruled.

22          MR. EKELAND:  Thank you, Your Honor.

23  BY MR. EKELAND:

24  Q.   You are not a member of the Chartered Institute of

25  Management Accountants?

CROSS-EXAMINATION OF LUKE SCHOLL

1    A.    No, sir, I am not.

2    Q.    You are not a Certified Public Accountant, are you?

3    A.    No, sir, I am not.

4    Q.    You have never worked professionally in your life as an

5    accountant?

6    A.    No, sir, I have not.

7    Q.    And you are not certified in financial forensics by the

8    Association of International Certified Professional Accountants

9    and the Chartered Institute of Management Accountants?

10   A.    No, sir, I am not.

11   Q.    And you have no master's degree in accounting?

12   A.    No, sir, I do not.

13   Q.    And you don't have a bachelor's degree in accounting?

14   A.    No, sir, I do not.

15   Q.    You don't have a certification as a certified fraud

16   examiner?

17             MS. PELKER:  Objection, Your Honor.

18             THE COURT:  I think we can move on.

19             MR. EKELAND:  Your Honor, these are all --

20             THE COURT:  I understand.  I understand.  But I think

21   you have --

22             Well, pick up the phone.

23             (Conference held at the bench.)

24             THE COURT:  I just think it is a waste of time here

25   to go through list of qualifications of your expert to

1   establish -- ask him more generally whether he has it, but to

2   go through every single qualification to ask whether he has it

3   is just wasting the jury's time here.

4               MR. EKELAND:  Your Honor, we submit that, we

5   are allowed to make a record on this point.  But if the Court

6   wants me to move on, I will move on.  I have one more question

7   I would ask him about valuation, because that is relevant.

8               THE COURT:  You are welcome to ask him anything about

9   the substance.  You have asked about seven questions already

10  about his qualification when I think you could have asked a

11  more general level than going item by item like that in a way

12  that I think is just delaying things unnecessarily here.

13              MR. EKELAND:  I have got like one or two more

14  questions on this.

15              THE COURT:  That is fine.  I will allow you to ask

16  those.

17              MR. EKELAND:  Thank you, Your Honor.

18              (End of bench conference.)

19  BY MR. EKELAND:

20  Q.   And then, Mr. Scholl, you are not a certified valuation

21  analyst, are you?

22  A.   No, sir, I am not.

23  Q.   And I would like to now just take a quick look at what is

24  in evidence as Government Exhibit 325.

25              MR. HASSARD:  Do you see anything?

CROSS-EXAMINATION OF LUKE SCHOLL

```
1              THE COURTROOM DEPUTY:  No.

2              MR. EKELAND:  Is it possible we could get the

3    government to put up 325 for us?  It is a large file.

4              Do you see it now?

5              THE COURTROOM DEPUTY:  No.

6              There is it is.

7              MR. EKELAND:  There we go.  Thank you.

8    BY MR. EKELAND:

9    Q.   Mr. Scholl, can you see that?

10   A.   Yes, sir, I can.

11   Q.   Do you recognize that?

12   A.   Yes, sir, I do.

13   Q.   That is -- well, why don't you tell the jury what that is?

14   A.   This is an estimate of Bitcoin Fog administrator earnings,

15   again just taking total deposits to the Bitcoin Fog cluster and

16   evaluating them at different fee rates, 1 percent, 2 percent

17   and 3 percent and showing approximately how much money the

18   Bitcoin Fog administrator would have made in fees.

19   Q.   And this graph is in US dollars?

20   A.   Yes, sir, it is.

21   Q.   And Bitcoin Fog didn't take US dollars?

22   A.   No, sir, it did not.

23   Q.   So what you are doing is you are calculating the exchange

24   rate between US dollars and Bitcoin?

25   A.   This data relied on exchange rates provided by
```

CROSS-EXAMINATION OF LUKE SCHOLL

1    Chainalysis, sir.

2    Q.   And when you calculated the rate, the assumption you made

3    was that Bitcoin was instantly exchanged for US dollars?

4    A.   Yes, sir.  It -- the calculation was based on the average

5    daily value of Bitcoin on the date of that specific deposit.

6    Q.   So the assumption is that whomever was running Bitcoin Fog

7    wasn't just holding onto the Bitcoin; correct?

8    A.   I think that is correct.  Again, the US dollar value is

9    based on the -- the average value of Bitcoin on the date of

10   deposit to Bitcoin Fog.

11   Q.   So depending on what date you calculate the exchange rate,

12   these numbers could change dramatically; correct?

13   A.   I am not sure I understand the question, sir.  Again, my

14   testimony is that these are US dollar values based on the dates

15   of the individual deposit to the Bitcoin Fog cluster.

16   Q.   And on January 1, 2011, you could buy 1 Bitcoin for 30

17   cents?

18   A.   I don't recall offhand what the price of Bitcoin was on

19   January 1st, 2011, sir.

20   Q.   Do you recall that Bitcoin didn't go higher than roughly

21   $33 in 2011?

22   A.   No, sir, I don't recall that.

23   Q.   Wouldn't you agree with me that this morning Bitcoin was

24   trading somewhere around $51,000?

25   A.   I did not check the price of Bitcoin this morning, sir.

1    That seems reasonable.  That is in the average -- you know,

2    that is within the ballpark of what it has been at recently.

3    Q.   In 2017, 2018, it hit somewhere around $75,000, 77,000 for

4    a Bitcoin?

5    A.   That number seems high to me, sir.  But I don't have

6    specific figures in my head for the value of Bitcoin at any

7    particular time.

8    Q.   Would you agree with me that Bitcoin over the last 10

9    years has gone over $50,000 for one Bitcoin?

10   A.   Yes, sir, I would.

11   Q.   And you would agree with me that depending on what time

12   you calculated your exchange of Bitcoin for US dollars, these

13   numbers could change dramatically?

14   A.   Again, I calculated the US dollars value based on the date

15   of individual deposits to the fog cluster.

16   Q.   And that was on the assumption that as soon as --

17              MS. PELKER:  Your Honor, asked and answered.

18              THE COURT:  You can finish the question.

19   BY MR. EKELAND:

20   Q.   That was based on the assumption as soon as the Bitcoin

21   was deposited it was exchanged for US dollars?

22              THE COURT:  Sustained.

23   BY MR. EKELAND:

24   Q.   Isn't it true that based on the date you calculate the

25   exchange rate, whoever was running Bitcoin Fog could have

1    collected billions of dollars in license fees?

2    A.    Can you repeat the question, please, sir?

3    Q.    Isn't it true that depending on what day you choose for

4    calculating the exchange rate, between Bitcoin and US dollars,

5    that the potential fee earnings for the administrator of

6    Bitcoin Fog could be in the billions of dollars?

7    A.    You are suggesting that the money came into Bitcoin Fog

8    cluster, that the administrator of Bitcoin Fog then held those

9    and then exchanged them at a later date when the value of

10   Bitcoin was much higher?

11   Q.    Yeah.

12   A.    Yes, sir, it is possible.

13   Q.    We can take this down.

14         Now, I would -- if we could, Mr. Hassard, if we could put

15   up Government Exhibit 601, which should be in evidence and if

16   we could zoom out a little bit.

17         We are getting the beach ball.

18         Do you recognize that, Mr. Scholl?

19   A.    Yes, sir, I do.

20   Q.    Those are your -- that is your assessment of the flow of

21   funds directly and indirectly sent to Bitcoin Fog?

22   A.    From the various darknet markets, yes, sir.

23   Q.    And you can't tell me the geographic breakdown of those

24   flow of funds, can you?

25   A.    No, sir.  I did not create any geographic breakdown.

1   Q.    That is because the blockchain doesn't contain that
2   information?
3   A.    The blockchain does not contain geographic information.
4   There is truth about whether services were operated in some of
5   these cases.  I am not familiar with the location of all of the
6   servers involved in these transactions.
7   Q.    And Chainalysis doesn't give you any geographic breakdown
8   of the flow of funds; is that correct?
9   A.    That is generally correct, sir.
10  Q.    And, likewise, it doesn't give you any jurisdictional
11  breakdown of the flow of funds; correct?
12  A.    No, sir.  Some clusters might be flagged as being in a
13  sanctioned jurisdiction.  However, generally, the answer to
14  your question I believe is, no, sir, there is no jurisdictional
15  flow of funds analysis in Chainalysis.
16  Q.    And has there been any independent audit of your --
17          MS. PELKER:  Objection; asked and answered.
18          MR. EKELAND:  I haven't --
19          THE COURT:  Go ahead and finish the question.
20  BY MR. EKELAND:
21  Q.    Has there been any independent audit of your financial
22  conclusions in this exhibit?
23  A.    These figures come essentially straight out of
24  Chainalysis.  I am not aware of an independent audit of these
25  figures, sir.

1    Q.   And then calling your attention to Silk Road.  Silk Road

2    was shut down by the United States government in October 2013?

3    A.   Silk Road was shut down by the United States government, I

4    understand it was 2013, October sounds correct.  I am not

5    positive of the month, sir.

6    Q.   And then you're not aware of a single communication

7    between Mr. Sterlingov and the administrator of Silk Road, are

8    you?

9    A.   No, sir, I am not.

10   Q.   Turning --

11   A.   I know that Mr. Sterlingov had an account at Silk Road.

12   Q.   He had a personal account at Silk Road?

13   A.   He had an account at Silk Road.

14   Q.   And in that account, you are not aware of any

15   communications between that account and the administrator of

16   Silk Road, are you?

17   A.   I am not aware, as I sit here today, I don't recall

18   reviewing messages in that account.

19   Q.   And that account barely had any transactions; correct?

20   A.   I don't recall the number of transactions in that account.

21   But as I recall there weren't that many, no.

22   Q.   And any transactions in those accounts would have been

23   over 11 years ago?

24   A.   I don't remember the date of the account usage.

25   Q.   Moving on to Silk Road 2.0, that was shut down by the

1    government in November of 2014?

2    A.    Again, sir, I don't remember dates.

3    Q.    At your feet there is a defense binder.  I think it is

4    right behind you, other side.  And if you could just take a

5    look at Exhibit number 4.

6    A.    Which binder is that in, sir?

7    Q.    It is a big black one.  It says Defense Exhibits volume 1

8    and tab 4, just directing your attention to page 13.  And if

9    that refreshes your recollection.

10   A.    I see what it says, sir, I don't recall.

11   Q.    And then Mr. Sterlingov never used Silk Road 2.0; correct?

12   A.    Not to my knowledge, sir.

13   Q.    And you don't have any evidence of Mr. Sterlingov ever

14   communicating with the Silk Road 2.0 administrators?

15   A.    No, sir.

16   Q.    And turning your attention to AlphaBay, that launched in

17   2014?

18   A.    Again, sir, I don't recall specific dates.

19   Q.    It was shut down by law enforcement in 2017?

20   A.    It was certainly shut down by law enforcement.  I don't

21   remember the date, sir.

22   Q.    If you could just take a look at the same exhibit?

23   A.    Yes, sir.

24   Q.    And let me know if that refreshes your recollection.

25   A.    Do you have the page number, sir?

1    Q.    That would be 13.

2    A.    Again, I see what it says here, sir.  And as I sit here

3    today, I have no specific recollection.

4    Q.    You have no reason to doubt that law enforcement shut down

5    AlphaBay in 2017?

6    A.    No, sir, I don't.

7    Q.    And Mr. Sterlingov never used AlphaBay?

8    A.    Not to my knowledge, sir.

9    Q.    You are not aware of any evidence showing Mr. Sterlingov

10   ever communicating with the administrators of AlphaBay, are

11   you?

12   A.    No, sir, I am not aware of any.

13   Q.    Turning your attention to Agora.  That site was shut down

14   by the sites' administrators in 2015?

15   A.    Same, sir, I don't recall the dates.

16   Q.    If you could take a look at the same exhibit and page 14

17   and let me know --

18   A.    I'd like to correct that.  I do recall that Agora was shut

19   down in 2015.

20   Q.    Thank you.

21   A.    That is when I --

22             THE COURT:  Let him finish.

23             THE WITNESS:  When I came to the FBI, I recall

24   looking at Agora in 2015 and it being shut down.

25   BY MR. EKELAND:

1    Q.    And that Mr. Sterlingov never used Agora?

2    A.    Not to my knowledge, sir.  Let me explain, sir, Mr. --

3    Akemashite Omedetou communicated about having received

4    assistance from Agora.  I am not aware of -- that is that will

5    be my response, sir.

6    Q.    That is the Akemashite Omedetou post where he is talking

7    about my thanks to the Agora hackers?

8    A.    Yes, sir, that is correct.

9    Q.    But you don't have an understanding of what exactly

10   Akemashite Omedetou is talking about there, do you?

11   A.    Not specifically.  I understand there was downtime, I

12   believe.  And the Agora folks helped Akemashite Omedetou

13   restore the service.

14   Q.    And Akemashite Omedetou might have been talking about

15   people who actually hacked Agora and not talking about the

16   Agora administrators; correct?

17   A.    That was not my understanding when I read that post, sir.

18   Q.    But you would agree with me that is a possible

19   interpretation of that statement; right?

20   A.    I wouldn't necessarily, sir, no.

21   Q.    You are not aware of a single communication between

22   Mr. Sterlingov that is identifiable as Mr. Sterlingov and any

23   of the Agora administrators; correct?

24   A.    That is correct, sir.

25   Q.    And moving to Nucleus, Nucleus went offline in 2016;

CROSS-EXAMINATION OF LUKE SCHOLL

1   correct?

2   A.   I don't recall, sir.

3   Q.   And Mr. Sterlingov never used Nucleus?

4   A.   Not to my knowledge, sir.

5   Q.   And you are not aware of any communications between

6   Mr. Sterlingov and the Nucleus administrators?

7   A.   No, sir, I am not aware.

8   Q.   Turning your attention to Abraxas.  That site was shut

9   down in 2015; correct?

10  A.   I don't recall, sir.

11  Q.   And Mr. Sterlingov never used Abraxas?

12  A.   Not to my knowledge, sir.

13  Q.   You are not aware of any communications between

14  Mr. Sterlingov and the administrators of Abraxas?

15  A.   Not to my knowledge, sir.

16  Q.   And turning your attention to Pandora the quote/unquote

17  darknet site that was shut down by law enforcement in 2014?

18  A.   I don't recall the date, sir.

19  Q.   And are you aware that Pandora is also a streaming site?

20  A.   Yes, sir, I am aware that there is another service named

21  Pandora for streaming music.

22  Q.   Are you aware that Mr. Sterlingov was a subscriber to the

23  music streaming site?

24  A.   No, sir, I was not.

25  Q.   But you are aware that Mr. Sterlingov never ever did any

CROSS-EXAMINATION OF LUKE SCHOLL

1   transaction with Pandora, the darknet site; correct?

2   A.   Not to my knowledge, sir.

3   Q.   And you are not aware of any communications between

4   Mr. Sterlingov and any of the administrators of Pandora, are

5   you?

6   A.   I am not aware of any, sir.

7   Q.   Turning your attention to Sheep?

8   A.   Yes, sir.

9   Q.   Sheep was shut down in 2013?

10  A.   Again, sir, I don't recall the date.

11  Q.   You are not aware of Mr. Sterlingov ever using Sheep?

12  A.   Not to my knowledge, sir.

13  Q.   You are not aware of any communications between Sheep

14  administrators and Mr. Sterlingov?

15  A.   I am not aware of any, sir.

16  Q.   Turning your attention to Black Bank.  That site was shut

17  down in 2015?

18  A.   Same response, sir.  I don't recall the date it was shut

19  down.

20           THE COURT:  Do we need a break?  How much more time

21  do you think you have?

22           MR. EKELAND:  I can wrap this section up in like 2

23  minutes.

24           THE COURT:  Is 2 minutes okay or do you want to take

25  a break now?

CROSS-EXAMINATION OF LUKE SCHOLL

1        A JUROR:  Two minutes.

2            THE COURT:  Two minutes, okay.  Let's go.

3   BY MR. EKELAND:

4   Q.   Turning your attention to Black Bank.  You are not aware

5   of Mr. Sterlingov ever using Black Bank, are you?

6   A.   No, sir.

7   Q.   And you --

8   A.   I don't have any recollection of that.

9   Q.   You are not aware of any communications of the

10  administrators of Black Bank and Mr. Sterlingov, are you?

11  A.   I don't have any recollection of that, sir.

12  Q.   And Welcome to Video.  Welcome to Video never -- no one

13  ever sent money from Welcome to Video to Bitcoin Fog; correct?

14  A.   That is correct, sir.

15  Q.   You are not aware of Mr. Sterlingov ever using Welcome to

16  Video; correct?

17  A.   That is correct, sir, I am not aware of Mr. Sterlingov

18  ever using Welcome to Video --

19  Q.   And you are not?

20           THE COURT:  One at a time.

21  BY MR. EKELAND:

22  Q.   You are not aware of Mr. Sterlingov ever communicating

23  with the administrators of Welcome to Video?

24  A.   No, sir, I am not aware of that.

25  Q.   I want to ask you a hypothetical.  If somebody takes $40

1    out of a Chase Bank ATM and then they spend that money on of

2    child pornography, has Chase Bank purchased child pornography?

3              MS. PELKER:  Objection.

4              THE COURT:  Sustained.

5              MR. EKELAND:  We can take our break now.

6              THE COURT:  All right.  Let's go ahead and take our

7    break.  It is -- let's see, 10 minutes.  Why don't we come back

8    at 5 minutes after -- 10 minutes after 11:00 and please don't

9    discuss the case even amongst yourselves and don't conduct any

10   type of research.

11             (Jury out at 10:51 a.m.)

12             THE COURT:  The witness is welcome to take his break

13   as well.

14             Anything we need to address before the break?

15             MS. PELKER:  No, Your Honor.

16             THE COURT:  So think about when -- maybe when we come

17   back, you can let me know about what you think we should do

18   about the scheduling with the jurors.  I think we are probably

19   going to have to finish 12:30 today and 12:30 tomorrow as

20   well -- 1:00.

21             THE COURTROOM DEPUTY:  1:00.

22             THE COURT:  Which I think is unfortunate.

23             MR. EKELAND:  One.

24             THE COURT:  One of the jurors has a child who is

25   going to be having surgery tomorrow.  And the juror's spouse is

CROSS-EXAMINATION OF LUKE SCHOLL

1    not able to be there when the child wakes up from surgery.  And

2    so understandably -- the juror is actually being very kind and

3    is going to be here while the surgery is taking place, just

4    wants to be there when the person's child wakes up, which is

5    kind of hard to say no to.  Let me know if you have any

6    thoughts on -- at some point, I want to make sure I encourage

7    the jurors to make sure they are here on time and we are moving

8    as quickly as we can.

9          MS. PELKER:  Your Honor, we very much do not want to

10   go past March 7.  Can we inquire as to juror availability for

11   that next week as we try and weigh whether need to factor in

12   alternates?

13         THE COURT:  Yeah.  I am open to that.  I think we

14   have already committed for this afternoon.  And we have already

15   told the jurors we are not going to sit this afternoon.  And so

16   it just -- at this point, is a difference of a half day for the

17   one juror.  But going forward, I take your point.

18         MS. PELKER:  I worry about -- we are really hitting

19   up against a point at which we realistically end by March 7th

20   right now.

21         THE COURT:  Okay.  Why don't I -- I will ask the

22   deputy -- the deputy clerk to just sort of gently inquire of

23   the jurors at this time and also perhaps in the same breath

24   encourage to make sure people are here on time, so they

25   understand this is partially in their hands.  All right.  I

CROSS-EXAMINATION OF LUKE SCHOLL

1    will see you after the break.  Thank you.

2              (Recess taken at 10:54 a.m.)

3              THE COURT:  All right.  So the deputy clerk did ask

4    the jurors about the availability.  And there were two or three

5    of them said they were not available the following week, so

6    that I think that is a reason that we have to do our best to

7    press forward and not waste time.

8              And the witness can come back to the witness stand.

9              (Jury in at 11:19 a.m.)

10             THE COURT:  All right.  Mr. Ekeland, you may

11   continue.

12             MR. EKELAND:  Thank you, Your Honor.

13   BY MR. EKELAND:

14   Q.   Mr. Hassard, if we could get what is in evidence as

15   Government Exhibit 356 up.  If we could go to the Binance --

16   there we go.

17        Mr. Scholl, do you recognize this exhibit?

18   A.   Yes, sir.

19   Q.   And --

20   A.   Yes, sir, I do.

21        I'm sorry.  The mic was --

22   Q.   And this is a PowerPoint that you prepared in relation to

23   Mr. Sterlingov's Binance account?

24   A.   Yes, sir.

25   Q.   And Mr. Sterlingov's Binance account that was a KYC

CROSS-EXAMINATION OF LUKE SCHOLL

1   account?

2   A.   Yes, sir, I believe it was.

3   Q.   And he used his photo ID to set up that account?

4   A.   Yes, sir.

5   Q.   And he actually submitted a photo to Binance of himself

6   holding a post-it with the date that he sent the photo in;

7   correct?

8   A.   Yes, sir.

9   Q.   And Binance is not a darknet site?

10  A.   No, sir, it is not.

11  Q.   And it is still in operation; correct?

12  A.   Yes, sir, it is.

13  Q.   And if we could move, Mr. Hassard, to the Bitfinex.  And

14  Mr. Sterlingov's Bitfinex account was in his own name; correct?

15  A.   Yes, sir.

16  Q.   And he provided photo ID for that account as well?

17  A.   Yes, sir, I believe so.

18  Q.   And he -- you have got him here making transfers from his

19  LocalBitcoin account?

20  A.   Yes, sir.

21  Q.   And his LocalBitcoin account was in his own name too,

22  wasn't it?

23  A.   Yes, sir, it was.

24  Q.   Mr. Hassard, if we could go to Bitstamp Limited.  And

25  Mr. Sterlingov's Bitstamp Limited account, that was in his own

1    name?

2    A.    Yes, sir.

3    Q.    He used his Swedish passport as identification for that

4    account?

5    A.    I don't recall which identification, but there was an

6    identification on this account, yes, sir.

7    Q.    And this is a -- this account was opened, as you see

8    there, the creation date on April 3rd, 2013?

9    A.    Yes, sir.

10   Q.    And it is not a darknet site?

11   A.    No, sir, it is not.

12   Q.    And it is still operating?

13   A.    I believe so, yes, sir.

14   Q.    Anybody on the jury could open an account at Bitstamp?

15   A.    Yes, sir.

16   Q.    If we could take a look -- Mr. Hassard, if we could get in

17   evidence as Government Exhibit 414C, as in Charlie.

18        And this is the information for Mr. Sterlingov's Bitstamp

19   account, Mr. Scholl?

20   A.    That is correct, sir.

21   Q.    You see there that it is in his own name and he is listing

22   his address, his home address in Sweden; it says, document

23   type, passport.

24        Mr. Hassard, if we could scroll down to post number 10.

25        And do you see post number 10?

CROSS-EXAMINATION OF LUKE SCHOLL

1   A.   Yes, sir, I do.

2   Q.   Do you see that the date of that post is August 2nd, 2016?

3   A.   Yes, sir, I do.

4   Q.   And can we scroll up a little bit to number 9, so we can

5   see -- stop right there.  And you see there is a message from

6   Rok Pristov from Bitstamp on July 25th, 2016.  Would it be fair

7   to say that Bitstamp is asking Mr. Sterlingov for more

8   information about his account and additional KYC information?

9   A.   Yes, sir.

10  Q.   And if we could just go down now to post number 10,

11  Mr. Hassard.

12       Could you read that post for the jury?

13  A.   Yes, sir, I can.

14       Do you want to scroll so I can see the whole thing?

15  Q.   You see it?

16  A.   Yes.  1, I'm freelancing doing IT related work is how I

17  understand it to be in this sentence.  I will start over.

18       "I am freelancing doing IT-related work.  No, this is my

19  personal account.  3, what detail?  I want to buy and sell

20  Bitcoins because I think it is a good system with a lot of

21  future and I like to trade.  I like to put the trades in the

22  system and see how they execute.  If I buy on the low and sell

23  on the high, then I make money.  It's about looking for trends

24  in the economic situation and news and reading the internet and

25  making up your own opinion and then trying to combine that

1    opinion into trading.  The purpose of this is to make and save

2    money.  I think money is good, because it can be used for

3    buying and selling goods and services, which are important for

4    surviving.  How much more detail do you need?  About what?  4,

5    I bought them very early on when the were super cheap, one of

6    the best decisions in my life.  5, to trade.  What else would

7    they be?  Do you guys sell pizza?  My future plans are to trade

8    the Bitcoin on the exchange by going to the trade page and then

9    then filling in the orders and then executing them, hopefully

10   making money.  6, you already have my bank details from my

11   outgoing payments, which have been even completed with no

12   problems in the past.  Take the last account, that is my bank

13   account.  7, maybe $1,000 per month.  I don't know.  You

14   already have my documents since my account is already

15   verified."

16   Q.   And would you agree with me if I said that this shows

17   Mr. Sterlingov being a little bit annoyed with the customer

18   service at Bitstamp?

19   A.   Yes, sir, I would say it was mildly sarcastic.

20   Q.   And that the reason that Mr. Sterlingov is doing that is

21   because Bitstamp is asking him for more KYC documentation?

22   A.   Yes, sir, generally that is correct.

23   Q.   And that Mr. Sterlingov at this point has been a customer

24   of Bitstamp for three years?

25   A.   I don't remember when the account was opened.  We could go

1    back and look, but they are asking for more KYC information and

2    they are also asking his relationship to mixers funds coming

3    into this account from mixing services.

4    Q.   Mr. Hassard, could you go back so you can see here, you

5    have no reason to disagree that the date that Mr. Sterlingov

6    opened his Bitstamp account was in April 3rd, 2013?

7    A.   Yes, sir.  I see that and agree that it was approximately

8    three years.

9    Q.   When you examined the Bitstamp account, you saw that in

10   2013, Mr. Sterlingov made a substantial deposit into his

11   Bitstamp account?

12   A.   There were transactions directly from Bitcoin Fog into

13   Mr. Sterlingov's account.

14   Q.   And that was over $50,000, I think?

15   A.   I don't recall the amount of those funds.

16   Q.   But so one of the things that Mr. Sterlingov is saying is

17   he can't remember whether or not he used a mixer in 2013?

18   A.   I'm sorry.  What was the question, sir?

19   Q.   One of the things that Mr. Sterlingov says here is he

20   can't remember whether or not he used a mixer in relation to

21   that initial deposit?

22   A.   I don't think generally that information is true that he

23   was saying that he may or may not have used a mixer, that he

24   was experimenting with things.  I don't recall any reference in

25   Mr. Sterlingov's comments about it being the initial deposit.

1   Q.   You remember though there was a conversation a little bit

2   later on where he was saying he couldn't remember whether or

3   not he used a mixer or not in 2013?

4   A.   Again, I don't remember if he referenced that it was 2013.

5   But he said a long time ago, he may or may not have.

6   Q.   But you are aware there are no deposits into Bitstamp

7   after 2013 until I think 2016, 2017; is that right?

8   A.   I don't recall the dates of all of the transactions into

9   the Bitstamp account.

10  Q.   And even in 2016, 2018, unless Mr. Sterlingov had access

11  to his software like Chainalysis Reactor, there actually would

12  be no way for him to go back and check to see if he had used a

13  mixer; correct?

14  A.   I don't necessarily agree there is no way for him to

15  check.  But my analysis showed that there was many transactions

16  with Bitcoin Fog and Mr. Sterlingov's Mycelium wallet in that

17  time frame.  And that this response seemed to be intentionally

18  misleading that Mr. Sterlingov was still actively using or

19  receiving funds from Bitcoin Fog.  And he was not being

20  forthright necessarily with Bitstamp here.

21  Q.   Your analysis was done using Chainalysis Reactor?

22  A.   Yes, sir, it was.

23  Q.   And Chainalysis Reactor clusters certain addresses and

24  says these are Bitcoin Fog addresses?

25  A.   Yes, sir, it does.

1  Q.   And Chainalysis doesn't sell individual licenses to people

2  like Mr. Sterlingov?

3  A.   I am not exactly sure of Chainalysis' contract rules and

4  who they will sell accounts to, but that seems reasonable

5  that --

6  Q.   Are you aware that --

7           THE COURT:  Let him finish.

8           MR. EKELAND:  I'm sorry.  I thought he was finished.

9           THE WITNESS:  I don't know whether or not Chainalysis

10 would have sold Mr. Sterlingov a license for Chainalysis.

11 BY MR. EKELAND:

12 Q.   Are you aware that a license -- a single license for

13 Chainalysis can run upward of $100,000?

14           MS. PELKER:  Objection.

15           THE COURT:  Sustained.

16 BY MR. EKELAND:

17 Q.   So if we could now go to post number 23.  You see the date

18 on that is February 1st, 2018?

19 A.   Yes, sir, I do.

20 Q.   Could you just read the first couple sentences of that, of

21 this paragraph and the last couple sentences of that?

22 A.   The first couple of sentences and the last couple

23 sentences?

24 Q.   Yes, the paragraph and Mr. Hassard will I think need to

25 scroll down once you --

CROSS-EXAMINATION OF LUKE SCHOLL

1    A.    Okay.

2    Q.    Yeah.

3    A.    "1, I am freelancing doing IT related work.  2, no this is

4    my personal account.  3, what detail?  I want to buy and sell

5    Bitcoins, because I think it is a good system with a lot of

6    future and I like to trade.  I like to put in the trades in the

7    system and see how they execute.  If I buy on the low and sell

8    on the high then I make money."

9          Is that sufficient for the first few sentences?

10   Q.    Yeah.  If we scroll down to the bottom of that quote.

11   A.    "6, you already have my bank details from my outgoing

12   payments which have even completed with no problems in the

13   past.  Take the last account that is my bank account.  7, maybe

14   $1,000 per month.  I don't know.  You already have my documents

15   since my account is already verified."

16   Q.    If we could scroll back up to post number 10.  If we could

17   look at the last couple sentences in post number 10.  Well, the

18   first couple sentences and the last couple of sentences.

19   Looking at that, would you agree with me that the 2018 post is

20   the same as this 2016 post?

21   A.    I mean, I am not doing a comparison.  If I read from 2018,

22   this looks similar to that.

23   Q.    You have got no reason to believe that Mr. Sterlingov just

24   didn't copy and paste this answer again out of haste or

25   frustration with customer service at Bitstamp?

CROSS-EXAMINATION OF LUKE SCHOLL

1    A.    I am not sure, sir.

2    Q.    If we could take a look at post 29.

3          And I think you may have read this in before.  But if you

4    could read this post to the jury.

5    A.    Yes, sir.  It is a post from Urban Kosem, March 3rd, 2018,

6    there is no subject.  It says, "Dear Roman, thank you for your

7    reply.  We kindly ask you to elaborate on the purpose of the

8    0.46BTC deposit you have made to Bitstamp on February 12th,

9    2017 and your activity on the originating address" and there is

10   a Bitcoin address in quotes starting with 1HEMZ.  "We are

11   looking forward to hearing from you.  Best regards, Urban K."

12   Q.    This was a post on March 3rd, 2018?

13   A.    Yes, sir, it is.

14   Q.    If we could go to post number 30.  If you could read that

15   to the jury?

16   A.    It is a post from Mr. Sterlingov dated March 7, 2018.  "I

17   see what you mean now.  Yes.  Sorry.  I forgot about that one.

18   It was easy to forget seeing how it's a very low sum of money.

19   I found the invoice this was in response to.  This is a payment

20   I received from my client for the services of my company."

21   Q.    When he is saying a low sum of money, he is referring to

22   that -- was it the .46 Bitcoin, I think?

23   A.    That is my understanding.

24   Q.    That was roughly $542 at that time?

25   A.    I don't know the exchange rate on that date, sir.

1    Q.    Could we now take a look at post number 32.  And actually

2    could we go up to post number 31, Mr. Hassard.  And if -- could

3    you just -- well, could you read post 31 to the jury?

4    A.    Yes, sir.  It is a post from Urban Kosem, March 9th, 2018.

5    It says, "Dear Roman, thank you for your reply.  We have

6    noticed that the BTC address specified under submitted

7    invoice" --

8              THE COURT:  Slow down.

9              THE WITNESS:  Yes, Your Honor.

10             "We have noticed that the BTC address specified under

11   submitted invoice never received any BTC.  Please clarify why

12   that is and what the purpose of the deposit we have previously

13   inquired about is.  Please, also clarify why you have

14   personally received BTC for the services of your company.

15   Additionally, provide additional documentation regarding the

16   origin of your previously deposited BTC as the submitted

17   documentation does not suffice.  Please provide screenshots or

18   email confirmations showing your initial BTC purchases and BTC

19   withdrawals made to Bitstamp in order for us to confirm their

20   origin.  Thank you for your cooperation.  We are looking

21   forward to your reply.  Best regards, Urban K."

22   Q.    Now, if you could read Mr. Sterlingov's response in number

23   32.

24   A.    Yes, sir.  From Roman Sterlingov, March 10th, 2018, "I

25   think this was a simple error in the invoice where the address

1     said the number 1, instead of number 3.  This was clarified

2     personally to my client from whom I received the funds.  The

3     deposit address is my Bitstamp deposit address, which I have

4     used on invoices for a short while.  As you see, I have noticed

5     that it was printed with an error and switched away from that

6     address entirely, because I did not not know if the exchange is

7     going to receive the funds because my company is registered as

8     Enskild Firma in Sweden, which means it is a registered

9     business but it is a light form of a company, which does not

10    create a separate business ID number, but which just uses my

11    own personal information as the company.  This is normal

12    business practice in Sweden and is fully lawful.  The original

13    purchases, as you can see, were made many (3 plus?) years ago.

14    This was way before your website gave any indication that you

15    will need that information.  So there is not much to go on here

16    because I wasn't taking screenshots of everything I do on the

17    internet because I knew that years later you will ask for my

18    payment history.  The large chunk of the Bitcoins were acquired

19    on the exchange Mt. Gox.  This exchange is now defunct and in

20    the process of repaying the funds to its users.  I used the

21    Mt. Gox website to purchase them.  I am attaching screenshot of

22    Bitcoin Builder, which was only available to owners of Mt. Gox

23    accounts.  Right now the website Mt. Gox does not exist.  I am

24    not sure what screenshots you want me to provide.  Please

25    release my money as I have provided all of the information I

CROSS-EXAMINATION OF LUKE SCHOLL

1   can and you are holding my funds and stalling instead of paying

2   out without any reason.  I have been a loyal customer of yours

3   for years, given your company a lot of" revenue -- correction

4   it says revnut -- "and this is how you treat me after years.

5   No other exchange is going this.  I have provided all of the

6   needed documents about my identity as well as what information

7   I have about the origin of the funds."

8   Q.   Would you agree with me one of the things Mr. Sterlingov

9   is complaining about is the fact that Bitstamp didn't require

10  this level of KYC information when he initially deposited his

11  funds into his Bitstamp account?

12  A.   I would say this is not necessarily KYC information.  They

13  are asking questions that are related to anti-money laundering.

14  They are not necessarily asking for more documentation.  They

15  are asking about the source of these funds.

16  Q.   Would you agree with me that what Mr. Sterlingov is saying

17  is that when he initially deposited these funds years ago, he

18  wasn't asked for any of this information?

19  A.   I believe that is what Mr. Sterlingov is saying.

20  Q.   And that he is expressing frustration because he doesn't

21  have that information because he didn't collect it because he

22  didn't know that he needed to?

23  A.   That is my understanding of his explanation, yes, sir.

24  Q.   And then I would just like -- if we can switch to

25  Government 371, it should be in evidence, Mr. Hassard.

1          Thank you.

2          Do you recognize this, Mr. Scholl?

3   A.    Yes, sir, I do.

4   Q.    This is, I think, the Chainalysis trace that you did of

5   the 1HEMZA Bitcoin address?

6   A.    That is correct, sir.

7   Q.    And you are clustering a bunch of addresses around this

8   Bitcoin address; correct?

9   A.    I am not sure how many addresses are in that cluster.

10  Q.    Could we go to the second page, Mr. Hassard?  Does that

11  refresh your recollection?

12  A.    Yes, sir, it does.

13  Q.    And so that 1HEMZA address, that is the address that

14  Bitstamp was asking Mr. Sterlingov about; is that right?

15  A.    That is correct, sir.

16  Q.    That is that .46 transaction right there.  But when we

17  look at those addresses there on the right, do you see those

18  right here?

19  A.    Yes, sir, I do.

20  Q.    Only one of them is the 1HEMZA address; is that right?

21  A.    Yes, sir, that is correct.

22  Q.    And that has actually got the smallest amount of Bitcoin

23  in there; correct?  That is .00990?

24  A.    That is correct.

25  Q.    So it is actually -- all of these other addresses is in

CROSS-EXAMINATION OF LUKE SCHOLL

1   conjunction with that one address that is making that .46

2   deposit?

3   A.   Yes, sir, that is correct.

4   Q.   You decided to name the cluster after the 1HEMZA?

5   A.   I didn't name the cluster, sir.

6   Q.   Chainalysis did?

7   A.   Yes, sir, it did.  That name is just determined by the

8   first address to be -- of all of those addresses in this

9   cluster, the first address that ever appeared on the blockchain

10  was used as the naming convention for the cluster.

11  Q.   So it is an arbitrary assignment of a name based on

12  primacy, is that what you just said?

13  A.   I didn't say anything about privacy.

14  Q.   I said primacy.  I'm sorry I wasn't clear.  In essence,

15  Chainalysis Reactor is assigning the name based on what address

16  appears first?

17  A.   That is correct, sir.

18  Q.   And then the --

19  A.   I would say that it is possible that that cluster holds

20  more addresses than those listed in this specific transaction,

21  because the clustering is based on all of the transactions on

22  the blockchain.

23  Q.   This transaction was on February 22nd, 2017; correct?

24  A.   Yes, sir.

25  Q.   And the clustering address name starts 1HEMZA.  And,

CROSS-EXAMINATION OF LUKE SCHOLL

1  Mr. Hassard, if we would go to what should be in evidence as

2  Government Exhibit 414A.

3      And this is -- this is 414A.  And this invoice is dated

4  2/12/17?

5  A.   Yes, sir, that is correct.

6  Q.   And this is the invoice that Mr. Sterlingov sent to

7  Bitstamp?

8  A.   Yes, sir, it is.

9  Q.   And you see there, there is a Swift BIC code for NDEA?

10 A.   I do, sir.

11 Q.   That is for Nordea Bank, isn't it?

12 A.   I don't recall.

13 Q.   Do you see the IBAN number?

14 A.   I see it, sir.

15 Q.   Do you know what an IBAN number is?

16 A.   I understand it to be a banking code.

17 Q.   And so then -- is it your understanding that what

18 Mr. Sterlingov is doing there is he is giving his customers the

19 opportunity to either pay via a bank transfer or Bitcoin?

20 A.   I understand that is what Mr. Sterlingov is representing

21 to Binance -- to Bitstamp.

22 Q.   Right.  And you are aware there is other Code Reactor

23 invoices in the government's discovery?

24 A.   Yes, sir, I am.

25 Q.   And you are not aware of any of those Code Reactor

1    invoices being sent to anybody, are you?

2    A.   This one was sent to Bitstamp, sir.

3    Q.   And that is the only Code Reactor invoice that you are

4    aware of being sent to anybody; correct?

5    A.   I don't recall any in -- I don't recall reviewing any

6    information about invoices being sent to other people, that is

7    correct, sir.

8    Q.   And when Mr. Sterlingov is sending this Code Reactor

9    invoice to Bitstamp, he is not sending it to them to invoice

10   them for any services; correct?

11   A.   No.  He was using this invoice to justify the source of

12   funds.

13   Q.   Right.  In which he said he received for a freelance job;

14   correct?

15   A.   Yes, IT work.

16   Q.   And you don't know anything about Mr. Sterlingov's

17   freelance work, do you?

18   A.   No, sir.

19   Q.   We can take this down, Mr. Hassard.

20        And are you aware that around 2017, 2018 exchanges started

21   to enforce anti-money laundering laws and certain KYC

22   regulations that they hadn't been enforcing before?

23            MS. PELKER:  Objection, Your Honor.

24            MR. EKELAND:  He says he is an expert.

25            THE COURT:  Not an expert in the relevant laws.  But

1    I will let you lay a foundation and ask whether he has -- well,

2    I am going to sustain the objection.  I think it is beyond the

3    scope and --

4                MR. EKELAND:  I'm sorry.  Did you say --

5                THE COURT:  I am going to sustain the objection.

6                MR. EKELAND:  All right.

7    BY MR. EKELAND:

8    Q.   Let's move on, if we could.

9         You are aware that Mr. Sterlingov had a Coinbase account?

10   A.   I am not familiar with Mr. Sterlingov's Coinbase account.

11   Q.   You mentioned that he -- I think you mentioned, correct me

12   if I am wrong that he had an Instawallet account?

13   A.   There was multiple materials that indicated that

14   Mr. Sterlingov was familiar with Instawallet.  I am not aware

15   of a specific account at Instawallet.

16   Q.   Are you aware that Instawallet was one of the most popular

17   wallets in 2011 and '12 and '13?

18   A.   I am not aware -- I am aware it was popular.  I wouldn't

19   be aware if it was the most popular.

20   Q.   And do I recall correctly that -- correct me if I am wrong

21   here -- that Akemashite Omedetou paid for some advertising on

22   Bitcoin Talk using an Instawallet account?

23   A.   Yes, sir, that is correct.

24   Q.   But you don't have any evidence linking Mr. Sterlingov to

25   that Instawallet account, do you?

1   A.   No, sir, not that particular payment.

2   Q.   Do I recall correctly that you testified that Akemashite

3   Omedetou got a refund to his Silk Road account from the Bitcoin

4   Talk advertising?

5   A.   I don't recall.

6   Q.   Okay.  Now, turning to Mr. Sterlingov's Kraken accounts.

7   And, Mr. Hassard, if we could get Government Exhibit 356 up

8   again and go to the Kraken accounts.

9      And you see here Mr. Sterlingov's Kraken account -- well,

10  this one was created March 18th, 2014?

11  A.   Yes, sir.

12  Q.   That was again -- once again, a KYC account in his own

13  name using his own photo IDs?

14  A.   Yes, sir, it was.

15  Q.   And you are saying he got 16 indirect deposits from

16  Bitcoin Fog and -- just indirect deposits from Bitcoin Fog, but

17  other deposits from LocalBitcoin.  But you haven't traced any

18  of those funds to any type of crime, have you?

19        MS. PELKER:  Objection again, calls for a legal

20  conclusion about the payments out of Bitcoin Fog to

21  Mr. Sterlingov's accounts.  I mean, it is a legal conclusion as

22  the government's case is that is a crime.  The defense is

23  arguing that is not a crime.

24        THE COURT:  Yeah, so maybe you need to clarify the

25  question, Mr. Ekeland.

1    BY MR. EKELAND:

2    Q.    The government doesn't have the Bitcoin Fog ledger as you

3    testified previously; right?

4    A.    That's correct, sir.

5    Q.    So you have had no way to check whether or not any of the

6    funds coming out of Bitcoin Fog were license fees or they were

7    just funds being sent through Bitcoin Fog; correct?

8    A.    I don't know what you mean by license fees exactly, sir.

9    But I have not been able to trace the source of these funds

10   through Bitcoin Fog.  And these 16 indirect deposits, I have

11   traced there were 16 deposits that came indirectly from Fog in

12   the amount of 84 Bitcoin, or approximately $247,396.

13   Q.    So it would be fair to say that all of the funds that you

14   are saying Mr. Sterlingov was receiving from Bitcoin Fog,

15   whether directly or indirectly, are entirely consistent with

16   him taking the Bitcoin that he bought with his paycheck or his

17   freelance money and sending it through Bitcoin Fog to this KYC

18   accounts?

19   A.    With the exception of the fact that none of the tracing

20   revealed large deposits to Bitcoin Fog from Mr. Sterlingov's

21   personal accounts.

22   Q.    That was, yes, it is entirely consistent with him taking

23   his Bitcoin that he got with his paycheck or from his freelance

24   jobs, sending it through Bitcoin Fog for privacy reasons and

25   then depositing it in his KYC account?

```
 1              MS. PELKER:  Objection, asked and answered, I think
 2    the witness just said it wouldn't be consistent because of what
 3    the witness just testified to.
 4              THE COURT:  Overruled.  The witness can answer it
 5    again.
 6              THE WITNESS:  I didn't find large amounts of funds
 7    going from Mr. Sterlingov's accounts into Bitcoin Fog.  I found
 8    large amounts of funds coming from Bitcoin Fog and going to
 9    Mr. Sterlingov's accounts.  But the government does not have
10    the Bitcoin Fog ledger, to your point.
11    BY MR. EKELAND:
12    Q.   And that was what you would need to confirm 100 percent
13    any of your assessment related to funds coming out of Bitcoin
14    Fog?
15              MS. PELKER:  Objection.
16              THE WITNESS:  No, I don't require to know what the
17    province of those funds were to make the assessment -- to state
18    how much funds went between Bitcoin Fog and Mr. Sterlingov's
19    account.
20    BY MR. EKELAND:
21    Q.   Correct.  But you don't know whether or not those funds --
22    you don't know the actual source of those funds because you
23    haven't traced through Bitcoin Fog?
24              MS. PELKER:  Objection.
25              THE COURT:  I think this is asked and answered.
```

CROSS-EXAMINATION OF LUKE SCHOLL

1    BY MR. EKELAND:

2    Q.   Okay.  It is your testimony again that Akemashite Omedetou

3    is taking post-mix funds and depositing them in KYC accounts?

4    A.   No, sir.  My testimony is not those were mixed funds.

5    Q.   Your testimony is that they are the license fees from

6    Bitcoin Fog?

7    A.   I am not characterizing anything as a license fee.  So --

8    Q.   All of your testimony is that funds are flowing from

9    Bitcoin Fog to Mr. Sterlingov's KYC accounts and you are not

10   making any other assessment, is that your testimony?

11   A.   No.  I am assessing -- this exhibit is specifically

12   talking just about the number of funds that flowed from Bitcoin

13   Fog to Mr. Sterlingov's account.

14   Q.   And these funds are from -- they went to Mr. Sterlingov's

15   Kraken account, how -- I am just a little confused.  And you

16   can explain to me how you avoided double counting issues in

17   terms of the accounts that Mr. Sterlingov had back in like 2013

18   or 2011, like his Mt. Gox accounts that he then could have sent

19   through Bitcoin Fog, and put into the Kraken account.  What did

20   you do to avoid the double counting issue, if that makes sense

21   to you?

22   A.   From what I understand the double counting issue to be was

23   not addressed in this analysis.  I didn't attempt to -- funds

24   are commingled through these accounts.  There is multiple

25   transfers of funds through the accounts.  And I didn't try

1   to -- I did not analyze to eliminate the double spend.  I am

2   analyzing how much money came from which accounts and from

3   Bitcoin Fog.

4   Q.   So I am clear, so what you are saying is that it is

5   entirely possible that you are double counting with all of the

6   exhibits in 356?

7           MS. PELKER:  Objection, that is not -- misstating

8   the --

9           MR. EKELAND:  I am asking for clarification, Your

10  Honor.

11          THE WITNESS:  Again, I did not attempt to account for

12  funds that could have been deposited to multiple Mr. Sterlingov

13  accounts.  This analysis is just about the flow of funds

14  between Bitcoin Fog and Mr. Sterlingov's accounts and other of

15  Mr. Sterlingov's accounts into the Kraken account here.

16  BY MR. EKELAND:

17  Q.   And Mr. Sterlingov had actually two KYC Kraken accounts?

18  A.   Yes, sir.  There was an account issued with To the Moon

19  LTD.

20  Q.   And that To the Moon Kraken account that was KYC with his

21  photo ID and everything, as well?

22  A.   Yes, sir, that is correct.

23  Q.   And we spoke about Mr. Sterlingov's Liberty Reserve

24  account that was in his own name; correct?

25  A.   There was a Liberty Reserve account in Mr. Sterlingov's

1   true name.

2   Q.   And then the LocalBitcoins account, Mr. Hassard, I think

3   there is a PowerPoint for this.

4   A.   At the top.

5   Q.   Thank you.  And, again, everything you basically said when

6   you were testifying about the Kraken account holds true about

7   this slide in terms of the flow of funds and the double

8   counting issue?

9   A.   This simply reports the number of transfers between those

10  accounts, yes, sir.

11  Q.   And this account was created fairly early on

12  September 20th, 2012?

13  A.   Yes, sir, that is correct.

14  Q.   Can you explain to the jury again what a LocalBitcoin

15  account was?

16  A.   LocalBitcoin was a peer-to-peer virtual currency exchange

17  that was designed to match users that wanted to buy and sell

18  virtual currencies.

19  Q.   It was a site that Mr. Sterlingov used a lot, wasn't it?

20  A.   There was -- yes, there were multiple transactions in this

21  account.

22  Q.   And it is not a darknet site, is it?

23  A.   No, sir, it is not.

24  Q.   But it has stopped trading; correct?

25  A.   Yes, sir, that is correct.

CROSS-EXAMINATION OF LUKE SCHOLL

1    Q.    But you can still visit its website?

2    A.    I am not aware of whether or not the website is still up.

3    Q.    And do you recall testifying about Mr. Sterlingov's

4    Mycelium wallet?

5    A.    Yes, sir, I do.

6    Q.    And I think you said there was roughly about half a

7    million dollars in that Mycelium wallet?

8    A.    At the time of his arrest, yes, sir.

9    Q.    You can download the Mycelium wallet from the Google app

10   store?

11   A.    You can certainly download the Mycelium app from the -- I

12   am not certain it is on the Google app store, but that would

13   not surprise me.

14   Q.    Would it surprise you that you could download the Mycelium

15   wallet from Apple's app store?

16   A.    No, sir.

17   Q.    You know you can download it by going to the Mycelium

18   wallet store, so anybody on the jury could download a Mycelium

19   wallet and start holding crypto?

20   A.    There is nothing illicit about that wallet.

21   Q.    It is not KYC because you can't KYC it?

22   A.    It is a private wallet that you would host on your own

23   device.

24   Q.    And then are you -- you testified about Mr. Sterlingov's

25   Namecheap account?

1    A.   I don't know that.  I may have traced transactions

2    involving the Namecheap account.

3    Q.   But the Namecheap account was in his name?

4    A.   That is my understanding.

5    Q.   And then we have discussed the Poloniex account?

6    A.   Poloniex.

7    Q.   And that was also a KYC account.  And that exchange is

8    still operating?

9    A.   It is my understanding, yes, sir.

10   Q.   It is not a darknet, sir?

11   A.   No, sir, it was not.

12   Q.   And then are you familiar with Mr. Sterlingov's RamNode

13   LLC VPS?

14   A.   I reviewed transactions associated with RamNode.

15   Q.   And Mr. Sterlingov used that for his email?

16   A.   I don't recall, sir.

17   Q.   It is not a darknet site?

18   A.   Not to my knowledge, no, sir.

19   Q.   And the government did an internet traffic analysis for

20   Mr. Sterlingov's RamNode LLC VPS?

21   A.   I heard testimony.  I have no first-hand knowledge.

22   Q.   You didn't review that traffic analysis?

23   A.   No, sir.

24   Q.   And then, of course, we discussed Mr. Sterlingov's Mt. Gox

25   account number 1, which was his KYC account using his photo ID?

1    A.    Yes, sir.

2    Q.    In reviewing all of these traces and considering the fact

3    that when Mr. Sterlingov was arrested and the government seized

4    and searched all of his devices, nothing related to Bitcoin Fog

5    came up, have you ever considered the possibility that someone

6    might have set Mr. Sterlingov up?

7              MS. PELKER:  Objection, Your Honor.

8              THE COURT:  I will allow the witness to answer the

9    question.

10             THE WITNESS:  I have not considered the specific

11   possibility that Mr. Sterlingov was set up.

12             MR. EKELAND:  No further questions, Your Honor.

13             THE COURT:  All right.  Redirect.

14                       REDIRECT EXAMINATION

15   BY MS. PELKER:

16   Q.    Can we pull up Government Exhibit 313.

17        Now, Mr. Scholl, Mr. Ekeland asked you about a number of

18   transactions on different charts and whether any of them on

19   their own without further context could be a sale.  Do you

20   remember that line of questions?

21   A.    Yes, sir.  Yes, ma'am, I do.  I'm sorry.

22   Q.    When you are tracing financial transactions, do you look

23   at transactions in a vacuum like that?

24   A.    No, ma'am.

25   Q.    Why not?

1    A.    It doesn't show the whole picture.

2    Q.    Why is context important when you are doing your tracing?

3    A.    Because with context, you get a more full picture, a more

4    complete picture of what is going on.

5    Q.    Is looking at the context of a transaction considered a

6    best practice in blockchain analysis?

7    A.    I would consider it a best practice, absolutely.

8    Q.    If we could direct your attention to Exhibit 313A in front

9    of you.  What did the surrounding context of those transactions

10   indicate to you about the flow of funds and flow of control?

11   A.    These transactions appeared to be designed to obscure the

12   flow of funds from Mr. Sterlingov's PlasmaDivision account at

13   Mt. Gox to the payment for the BitcoinFog.com domain.

14   Q.    What is your assessment about the flow of control between

15   the Plasma account 1 the -- Mr. Sterlingov's true name account

16   down into the Shormint Liberty Reserve account, that is who --

17   is it one person doing these transactions?

18   A.    I would assess it is one person doing these transactions,

19   yes, ma'am.

20   Q.    Could you explain why you are assessing that?

21   A.    Based on the use of these accounts holistically, the use

22   of the NFS9000, the Kolbasa account only receiving funds in

23   this manner and the timing of the account creation, as we

24   discussed on direct examination and the documentation, the

25   putting money document that we reviewed Mr. Sterlingov laying

1    out the flow of funds that was consistent with what was

2    appearing in these tracing analysis.

3    Q.    And in the various charts that you did, how would you

4    assess the likelihood that the defendant sold Bitcoin to a

5    completely unrelated person in each one of those different

6    traces?

7    A.    Extremely unlikely.

8    Q.    If we could pull up Exhibit 317C or B.  Could you remind

9    the jury what is shown on this chart?

10   A.    Yes, ma'am.  This is a tracing of the funds leaving

11   Mr. Sterlingov's Mt. Gox account and being deposited to Bitcoin

12   Fog, specifically that transaction 10, sending funds into

13   Bitcoin Fog cluster was the first deposit to the Chainalysis

14   Bitcoin Fog cluster and subsequently that I assessed that these

15   addresses here inside the green circle, are Bitcoin Fog user

16   deposit addresses.  And the significance is that

17   Mr. Sterlingov -- funds from Mr. Sterlingov's account were

18   deposited into deposit addresses at Bitcoin Fog prior to the

19   announcement of Bitcoin Fog.

20   Q.    And pulling back up Exhibit 313 briefly.  Mr. Ekeland

21   asked you about off-chain transactions when you were sending

22   Bitcoin to someone, whether online or in person, would you hand

23   them the private key?

24   A.    Generally not, ma'am.

25   Q.    Why not?

1    A.    Because as I described earlier, it would involve an

2    extreme amount of trust between both of those individuals.  And

3    if you were concerned about privacy, you would want to have

4    control over the exposure of your Bitcoin addresses.

5    Q.    Even if you did trust someone at that incredible level not

6    to take the funds, how would the short time frames in the

7    transactions here and all of the other charts impact the

8    ability of someone to hand off a key or a code?

9    A.    The timeframes are generally quick in a lot of these

10   transactions and that would be not definitive but suggestive

11   that is not the case.  It suggests that they are not being

12   passed between multiple users.

13   Q.    If we could pull up the Bitstamp exhibits at 414C.

14         Mr. Scholl, do you remember Mr. Ekeland asking you to read

15   through some of the Bitstamp correspondence?

16   A.    Yes, ma'am, I do.

17   Q.    I would like to direct you to one of the conversations he

18   didn't have you read through on page 12.  And could you scroll

19   up a bit.  And actually scroll to the bottom of page 11.  What

20   is the time and date of this transaction of this message?

21   A.    August 3rd, 2016, 1:57 p.m.

22   Q.    And can we scroll down.  And then could you read the

23   answer to question number 2, additionally, could you confirm.

24   A.    Yes, ma'am.  "2, additionally, could you confirm if you

25   were using any cryptocurrency tumblers?"

1          The response, "I don't know if I did with specific funds

2     sent to your exchange.  It is not impossible.  I did a lot of

3     experimenting with Bitcoin back in the day.  It was a very new

4     and exciting technology.  I haven't done this recently but my

5     account here is very old.  I don't really remember."

6     Q.   Was Mr. Sterlingov's representation that he has not done

7     mixing recently consistent with the defendant's use of mixers

8     at that time?

9               MR. EKELAND:  Objection; leading.

10              THE COURT:  Overruled.

11              THE WITNESS:  So at this time, there was still a

12    significant amount of money going between Bitcoin Fog and

13    Mr. Sterlingov's Mycelium wallet and accounts.  This response

14    is not sincere in my opinion.  In 2013 there were direct

15    transactions between Bitcoin Fog and Mr. Sterlingov's Bitstamp

16    account.  Later on, the transactions were not coming direct

17    from Bitcoin Fog, but they were transactions that were indirect

18    from Bitcoin Fog into Mr. Sterlingov's Bitstamp account.

19    BY MS. PELKER:

20    Q.   Would the defendant have needed access to Chainalysis

21    Reactor to know that he was using a mixer?

22    A.   No, ma'am.

23    Q.   In your review of evidence in this case, you testified

24    that you reviewed Code Reactor invoices; is that correct?

25    A.   Yes, ma'am, I did.

REDIRECT EXAMINATION OF MR. SCHOLL                104

1    Q.    Did that include the invoice that was provided in the

2    additional AML screening by Bitstamp?

3    A.    Yes, ma'am, it did.

4    Q.    Generally, what was the source of funds into the Code

5    Reactor invoices that did have real Bitcoin addresses on them?

6    A.    Bitcoin Fog, ma'am.

7    Q.    And is the activity that you see on the invoices

8    consistent with real freelance work from many different

9    customers?

10             MR. EKELAND:  Objection.

11             THE COURT:  Overruled.

12             THE WITNESS:  It was not consistent with multiple

13   customers.  In one case, funds for multiple invoices for

14   different customers were coming from the same Bitcoin address.

15   And those funds were indirectly coming from Fog.

16   BY MS. PELKER:

17   Q.    Mr. Ekeland asked you about Mr. Sterlingov's various KYC

18   accounts.  In your experience, do criminals often eventually

19   need to open accounts in their true name?

20   A.    Yes, ma'am, they do.

21             MR. EKELAND:  Objection.

22             THE COURT:  Overruled.

23             THE WITNESS:  In fact, Akemashite Omedetou discussed

24   this in his posts.

25   BY MS. PELKER:

1   Q.    Can we pull up Exhibit 2 and scroll down to the second

2   paragraph.   Could you read -- well, first of all, directing

3   your attention to the paragraph "and knowing your transaction

4   history," is that part of what you just referenced with

5   Akemashite Omedetou statements?

6   A.    Yes, ma'am.

7   Q.    Can you read that paragraph?

8   A.    "And knowing your transaction history, connecting your

9   Bitcoin addresses to real you is possible.  Because you will at

10  some point need to exchange your Bitcoins to or from a fiat

11  currency using a bank account number, a credit card, LR account

12  or similar service which is much less anonymous than a Bitcoin

13  network."

14  Q.    So what is Akemashite Omedetou saying here about the use

15  of KYC accounts?

16  A.    He is saying that eventually you are going to need to use

17  them to connect with traditional banking.

18  Q.    And in your work, do you have experience tracing funds

19  from anonymous accounts to KYCed accounts?

20  A.    Yes, ma'am, I do.

21  Q.    Mr. Scholl, you testified regarding your tracing of funds

22  from Bitcoin Fog into Mr. Sterlingov's various true name

23  accounts; is that correct?

24  A.    Yes, ma'am, I did.

25  Q.    Now, if the defendant were simply a user of Bitcoin Fog,

1    what would you expect to see matched with all of those

2    withdrawals from Bitcoin?

3    A.    I would have expected to find deposits to Bitcoin Fog.

4    Q.    And did you see large deposits into Bitcoin Fog from the

5    defendant's accounts that would be consistent with the user?

6    A.    No, ma'am.

7    Q.    And Mr. Ekeland asked you a series of questions about

8    activity occurring in Washington, DC.  Do you recall that?

9    A.    Yes, ma'am, I do.

10   Q.    Was Bitcoin Fog accessible from Washington, DC?

11   A.    Yes, ma'am, it was.

12   Q.    And did you review records of IRS and FBI undercover

13   transactions that were performed in Washington, DC?

14   A.    Yes, ma'am, I did.

15   Q.    And was BitcoinFog.com the clearnet domain also accessible

16   in Washington, DC?

17   A.    Yes, ma'am, it was.

18   Q.    And the darknet markets you examined -- if we could pull

19   up Exhibit 601.  These various darknet markets, did they do

20   business in the United States?

21   A.    Yes, ma'am, they did.

22   Q.    And did they have vendors, buyers and sellers doing

23   business in the United States?

24   A.    Yes, ma'am, they did.

25   Q.    Does that include vendors and buyers on all of these

REDIRECT EXAMINATION OF MR. SCHOLL

1    different marketplaces?  Did you look at records of vendors and

2    buyers, either their actual records or their transactions

3    that -- who were using Bitcoin Fog?

4    A.    Yes.  I looked at transactions of -- in these accounts and

5    these darknet markets.

6    Q.    I apologize if my question wasn't clear.  For Silk Road

7    and Silk Road 2, did you look at specific vendor transactions

8    records from seized servers?

9    A.    Yes, ma'am, I did.

10    Q.    And for the other sites on this page, did you look at flow

11    of funds on the blockchain between the markets and Bitcoin Fog?

12    A.    Yes, ma'am, that is correct.

13    Q.    And all of these markets were accessible to and used by

14    individuals in the United States?

15    A.    Yes, ma'am.  I don't have specific knowledge of specific

16    transactions for all of these darknet markets that were from

17    users in the United States.  I have every reason to believe

18    that there were users in the United States and vendors in the

19    United States.

20    Q.    And even after these sites ceased operating, did Bitcoin

21    Fog continue mixing funds?

22    A.    Yes, ma'am, they did.

23    Q.    And did illicit funds moving through -- continue moving

24    through Bitcoin Fog even after these sites shut down?

25            MR. EKELAND:  Objection.  That is my understanding

REDIRECT EXAMINATION OF MR. SCHOLL

1   that Mr. Scholl can't testify to as to what is illicit or not.

2         THE COURT:  Sustained.

3   BY MS. PELKER:

4   Q.   Did funds continue moving through Bitcoin Fog even after

5   these sites shut down?

6   A.   Yes, ma'am, they did.

7   Q.   Mr. Scholl, Mr. Ekeland asked you about an article

8   purporting to say that mixing for certain sites is legitimate.

9   Are you aware generally that there are articles claiming this?

10   A.   Yes, ma'am.

11   Q.   And in your experience, are those articles accurate as

12   applied to Bitcoin Fog?

13   A.   No, ma'am.

14   Q.   Why not?

15   A.   The receiving exposure of the Bitcoin Fog cluster, the

16   funds coming into Bitcoin Fog were more -- the Bitcoin coming

17   in specifically were more than 50 percent from darknet markets.

18   Q.   Do these articles claiming to show legitimate activity --

19   how do they count money coming from exchanges?

20   A.   Yeah.  These articles generally refer to funds coming from

21   exchanges as not dirty money.  When, in fact, funds coming from

22   exchanges is consistent with someone sending their funds from a

23   true name account at an exchange through the mixer and then

24   subsequently using them for potentially illegal activity.

25   Q.   What about funds that are coming from the mixer out to an

1    exchange, is that necessarily clean?

2    A.   No.   Those funds are also not necessarily clean because

3    they could be coming from darknet market, moving through the

4    mixer and then going to a compliant exchange.   That doesn't

5    mean they are clean.

6    Q.   What would be the purpose for the user of putting Bitcoin

7    Fog between the exchange and the clearly illicit activity?

8              MR. EKELAND:   Objection.

9    BY MS. PELKER:

10   Q.   And the darknet market or other criminal site?

11   A.   The purpose is to break the ability for both exchanges

12   trying to do anti-money laundering and law enforcement from

13   being able to connect their funds coming out of an exchange

14   going through the mixer before they get to a darknet market.

15   It is to obscure the flow of funds.

16             MS. PELKER:   No further questions, Your Honor.

17             THE COURT:   Okay.   The witness is excused.

18             We are going to go through 12:30 today because we

19   have some appointments.   I want to make sure we are using all

20   of your time, so let's call the government's next witness.

21             MR. PEARLMAN:   Next witness, Your Honor, is going to

22   be Ilya Licthenstein.

23             THE COURT:   Okay.   You can call the witness.

24             MR. PEARLMAN:   He is coming from the back.

25             THE COURT:   Okay.   Do we need to take a break or not?

1          MR. PEARLMAN:  Maybe we could take a 5-minute break

2    to give the marshals time to get the body.

3          THE COURT:  Okay.  Let's just take a quick break and

4    then we'll continue until 12:30.  So we'll at least get

5    started, so let's take a 5-minute break.

6          Members of the jury, I request that you not discuss

7    the case among yourselves and I will see your back here in just

8    5 minutes.

9          (Jury out at 12:16 p.m.)

10         THE COURT:  I just took a break because I didn't know

11   if there were any issues with how the person is -- whether they

12   were going to be in handcuffs that you didn't want the jury to

13   see or people didn't want the jury to see so that is all.

14         MR. PEARLMAN:  No.  So it is going to come out he is

15   incarcerated.  There is no question about that.

16         THE COURT:  I was just being careful about that.

17         MR. PEARLMAN:  Thank you, Your Honor.  Appreciate

18   that.

19         THE COURT:  So let's get him out here and we can

20   bring the jury in.

21         THE COURTROOM DEPUTY:  They are bringing him up.

22         (Pause.)

23         THE COURT:  Did we lose Mr. Ekeland?

24         MR. PEARLMAN:  He just ran to the bathroom.

25         THE COURT:  We got 10 minutes to go here.

REDIRECT EXAMINATION OF MR. SCHOLL

1          MR. PEARLMAN:  When you have got to go, you have got

2    to go.

3          THE COURT:  Mr. Hassard is here, so I can raise this.

4    I wanted to raise that juror 9 continues to appear to doze, so

5    I suggest that everyone keep an eye on that and see if that is

6    an issue that we need to address.

7          Let me just ask the witness -- I don't know if he has

8    left.  He is still here.  I neglected to ask the jury if they

9    still had that question.  Do people want me to do that or not?

10          MR. PEARLMAN:  I feel like the question has been

11   asked and answered in many ways by both parties.

12          THE COURT:  I think it has been.  I want to be sure

13   that I am being fair with the jury, but if that is your view if

14   both parties agree with that.

15          MS. PELKER:  I think also in the interest of trying

16   to move things along.

17          THE COURT:  I am all in favor of moving.  Okay.

18          MS. PELKER:  Does the Court have any update on the

19   calendar for -- was the Court able to check its calendar for

20   Friday morning as to whether Friday morning was an option?

21          THE COURT:  You know, I do have something on my

22   calendar, but as I said, if it is necessary to get this case

23   done, I will have to adjust that.  And so if you think we need

24   to do that, I will have to find somebody to substitute for me

25   on the other matter.  I am open to that.

1           The proposal would be to sit in the morning on Friday

2   but not in the afternoon?  But I do have a -- I have got a

3   preliminary injunction hearing in the afternoon.

4           MS. PELKER:  The government is happy to sit all day,

5   but looking at the Court's calendar, we figured that Friday

6   afternoon might not be movable.

7           THE COURT:  Yeah.  Okay.  All right.  Let's plan on

8   sitting Friday morning and I will have to adjust my schedule,

9   which I will do.

10           MR. PEARLMAN:  And then are we planning on coming

11   back after lunch today?

12           THE COURT:  We should, yes.  But the jury is not

13   going to be back.  We should come back because I know you

14   wanted to address the 403 issue, with the one exhibit and if

15   there is anything else that we can get done without the jury

16   here, I am delighted to do that.

17           (Pause.)

18           THE COURT:  We can go to 12:40.  That at least lets

19   you get a start.

20           (Jury in at 12:25 p.m.)

21           THE COURT:  All right.  Mr. Pearlman, you may proceed

22   when you are ready.

23           Members of the jury, we are going to go to 12:40 just

24   so you know, but -- okay.

25                       DIRECT EXAMINATION

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1   BY MR. PEARLMAN:

2   Q.   Good afternoon, sir.  Can you introduce yourself to the

3   members of the jury by stating your full name and spelling your

4   first and last name, please?

5   A.   Yes.  My name is Ilya Lichtenstein.  First name, I-L-Y-A;

6   last name, L-I-C-H-T-E-N-S-T-E-I-N.

7                        ILYA LICHTENSTEIN, sworn.

8             THE WITNESS:  Yes, I do.

9             THE COURTROOM DEPUTY:  Thank you.  Please be seated.

10  BY MR. PEARLMAN:

11  Q.   So you are, Mr. Lichtenstein?

12  A.   Yes.

13  Q.   Sir, are you currently incarcerated?

14  A.   Yes.

15  Q.   Were you arrested back on February 8, 2022?

16  A.   Yes.

17  Q.   And at the time that you were arrested, what were you

18  charged with?

19  A.   I was charged with money laundering conspiracy and

20  conspiracy to defraud the United States.

21  Q.   Did you eventually plead guilty?

22  A.   Yes.

23  Q.   What did you plead guilty to, is your understanding?

24  A.   To money laundering conspiracy.

25  Q.   When you were arrested, was that in relationship to a hack

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1    of a currency exchange called Bitfinex?

2    A.   Yes.

3    Q.   Did that hack of Bitfinex occur around August of 2016?

4    A.   Yes.

5             MR. EKELAND:  Your Honor, objection.  Could we speak

6    on the phone?

7             (Conference held at the bench.)

8             MR. EKELAND:  Your Honor, I don't understand the

9    relevance of this witness.  Why are we talking about Bitfinex?

10   As far as I know, this witness has no personal knowledge of the

11   facts in this case.  Maybe he has mixed something through

12   Bitcoin Fog, but my concern is that they are essentially trying

13   to bring in an expert on something.  It is not clear to me at

14   all the relevance of this case.  And I also think it is very

15   disturbing to me that the government is bringing in to me

16   somebody who has a close physical resemblance to

17   Mr. Sterlingov.  He has a kind of Russian name and what the

18   government is trying to do is prejudice the jury by some sort

19   of guilt by association.

20            Mr. Sterlingov is not --

21            THE COURT:  Can you -- we are just wasting time.  You

22   have known about this for a long time that he is testifying.

23   The notion that you wait until he gets to the stand with 10

24   minutes left in our day to raise this in a lengthy colloquy on

25   the telephone strikes me, frankly, as sandbagging and a waste

1    of the Court's time.  You can raise it this afternoon when the

2    jury is not here.  We should use the 10 minutes that we have

3    with the jury.  And then I assume it is all going to be by way

4    of establishing background in any event.

5            You, obviously, can preserve individual objections.

6    He is just laying a foundation now about who he is and why he

7    has been in jail.  So if you want to raise something more in

8    the afternoon, you are welcome to do so.  I think this is

9    frankly sandbagging raising it after the witness takes the

10   stand, given the fact -- I have known that he was going to be

11   testifying because I during the voir dire asked the jurors if

12   they knew who he was.

13           MR. EKELAND:  And we did raise this in a motion in

14   limine and we are renewing our objection, Your Honor.  And duly

15   noted, we can move on.

16           THE COURT:  I don't remember that, but maybe you can

17   point me to to it during the break.

18           (End of bench conference.)

19   BY MR. PEARLMAN:

20   Q.   Sir, that hack that you committed in August of 2016 was

21   that of an exchange called Bitfinex?

22   A.   Yes.

23   Q.   During that hack, did you manage to take possession of

24   millions of dollars of Bitcoin?

25   A.   Yes.

1  Q.   Did you also commit other violations of the law and steal

2  from others as well?

3  A.   Yes, in the past.

4  Q.   Sir, do you understand that the reason you are here today

5  is I am going to be asking you about your experience using

6  Bitcoin Fog, the site, in order to launder money?

7  A.   Yes.

8  Q.   Are you represented by counsel, sir?

9  A.   Yes.

10  Q.   And is counsel here today?

11  A.   I don't think so.  Oh, there he is.

12          THE COURT:  Someone just raised his hand.

13          THE WITNESS:  Oh, him.

14          Yes.

15  BY MR. PEARLMAN:

16  Q.   Sir, I want to draw your attention now to Government

17  Exhibit 47E, not yet admitted.

18          Sir, you see Government Exhibit 47E?

19  A.   Yes.

20  Q.   Do you recognize that?

21  A.   Yeah.  That looks to be like my plea agreement.

22  Q.   Did you again enter into a plea agreement with the

23  government to resolve your case?

24  A.   Yes, I did.

25  Q.   Let me just have you look briefly at the first page.  It

DIRECT EXAMINATION OF MR. LICHTENSTEIN                117

 1    is a letter dated July 13th, 2023, to a Mr. Enzar, a

 2    Mr. Bansal, Mr. O'Shea and Ms. Collins.  Are those individuals

 3    who represent you?

 4    A.   Yes.

 5    Q.   Okay.  And then if you could go down to page 16, Ms. De

 6    Falco.  And, sir, do you see a paragraph indicating defendant's

 7    acceptance?

 8    A.   Yes.

 9    Q.   Is that your signature under Ilya Lichtenstein, defendant?

10    A.   Yes, it is.

11    Q.   Then it is dated August 2nd, 2023?

12    A.   Yes.

13              MR. PEARLMAN:  Your Honor, at this time we would move

14    to admit Government Exhibit 47E?

15              THE COURT:  Any objection?

16              MR. EKELAND:  No objection.

17              THE COURT:  47E is admitted and may be published to

18    the jury.

19              (Whereupon, Exhibit No. 47E was admitted.)

20    BY MR. PEARLMAN:

21    Q.   Sir, at the time that you -- well, let me actually publish

22    it to the jury.

23              THE COURTROOM DEPUTY:  It is.

24    BY MR. PEARLMAN:

25    Q.   Can you go to page 1.

1          So when we were talking before about the July 13th letter,

2     this is that same letter, sir?

3     A.    Yes.

4     Q.    Go to the last page, page 16, Ms. De Falco.

5          When we were talking about the defendant's acceptance and

6     your signature, is that the page we were referring to?

7     A.    Yes.

8     Q.    We'll go back to this document in a minute.  First I want

9     to talk about a different document.  At the time that you pled

10    guilty, did you agree to a factual statement of facts about the

11    things that you did?

12    A.    Yes, I did.

13    Q.    I want to show you what has not been entered into evidence

14    as 47D, as in dog.  And it should be on the screen, sir.  Do

15    you recognize this document?

16    A.    Yes.

17    Q.    Okay.  And let's stay on that page, page 14.  Do you see a

18    paragraph labeled, defendant's acceptance?

19    A.    Yes.

20    Q.    And is that your signature underneath also dated

21    August 2nd, 2023?

22    A.    Yes, it is.

23    Q.    And if you could go to the first page, Ms. De Falco.  Do

24    you see that the document is labeled Defendant Ilya

25    Lichtenstein, statement of offense and related conduct?

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1    A.    Yes.

2    Q.    So is this, in fact, the statement of offense that you

3    agreed to as part of your plea?

4    A.    Yes, it is.

5              MR. PEARLMAN:  At this time, Your Honor, I'd move to

6    enter into evidence Government Exhibit 47D, as in dog.

7              THE COURT:  Any objection?

8              MR. EKELAND:  No objection, Your Honor.

9              THE COURT:  Exhibit 47D is admitted and may be

10   published to the jury.

11             (Whereupon, Exhibit No. 47D was admitted.)

12   BY MR. PEARLMAN:

13   Q.    At the time that you -- let's look at page 1.  Is this

14   just looking at page 1, is this the statement of offense and

15   related conduct that you were referring to?

16   A.    Yes.

17   Q.    And is this on -- this currently displayed page, page 14

18   of 14, is that the defendant's acceptance -- is that your

19   signature there?

20   A.    Yes, it is.

21   Q.    And below that is that the signature of your attorneys?

22   A.    Yes.

23   Q.    So, sir, when you sign these and when you eventually pled

24   guilty, did you have the assistance of attorneys?

25   A.    Yes.

1   Q.   Do you recall who you pled guilty in front of?

2   A.   It was Judge Kollar-Kotelly.

3   Q.   Now, you testified that you pled guilty to money

4   laundering.  Was it money laundering conspiracy?

5   A.   Yes, it was.

6   Q.   When you pled guilty in front of Judge Kollar-Kotelly,

7   what was your understanding of what the statutory maximum was

8   for that offense?

9   A.   I understand the maximum sentence is 20 years in prison.

10   Q.   So do you know generally speaking what the guidelines are?

11   A.   Yes.  So I understand it is basically a formula to come up

12   with a recommended sentence based on whatever the offense is.

13   Q.   And are those guidelines, are they mandatory or are they

14   voluntary, if you know?

15   A.   They are not mandatory.  They are a recommendation.

16   Q.   And the recommendation is to who, the court -- the

17   sentencing court?

18   A.   To the sentencing judge, yes.

19   Q.   Do you know what the guidelines are as applied to your

20   offense?

21   A.   Yes.  So the guideline that I pled to is 121 to 151

22   months, which is 10 to 12 and a half years.

23   Q.   So could the Court sentence you to less than 121 months?

24   A.   Yes.  There is no mandatory minimum in my case.

25   Q.   Could the Court sentence you to more than 151 months?

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1   A.   Yes, up to 20 years.

2   Q.   Could the court sentence you to more than 20 years?

3   A.   Not as far as I know.

4   Q.   And is it ultimately up to Judge Kollar-Kotelly in

5   compliance with the sentencing laws to determine what your

6   sentence is going to be?

7   A.   Yes, it is completely up to her.

8   Q.   Do you have a codefendant?

9   A.   Yes, my wife.

10   Q.   What is your wife's name?

11   A.   Heather Morgan.

12   Q.   Do you know if she pled guilty?

13   A.   Yes, she did.

14   Q.   What did she plead guilty to?

15   A.   She pled guilty to two counts of conspiracy.

16   Q.   Would that be -- if you know, 18 U.S.C. 371 conspiracy?

17   A.   Yes.

18   Q.   And was one a money laundering conspiracy and the other

19   was defrauding the government?

20   A.   I believe so, yes.

21   Q.   Do you have an understanding of what her statutory

22   maximums were?

23   A.   I believe it is 10 years in total for the two counts.

24   Q.   It is 5 years for each?

25   A.   Yes.

1    Q.   And, legally, is it your understanding that judge -- well,

2    was she -- did she plead guilty also in front Judge

3    Kollar-Kotelly?

4    A.   Yes, she did.

5    Q.   Is it your understanding that Judge Kollar-Kotelly has the

6    ability, if she wanted to, to run those sentences consecutive?

7    A.   Yes.

8    Q.   Has Ms. Morgan, to your understanding, been sentenced yet?

9    A.   No, she hasn't.

10   Q.   When you pled guilty to the plea agreement is part of the

11   plea agreement that you cooperate with the government?

12   A.   Yes.

13   Q.   And was that for testifying in this case or in any matter?

14   A.   It was general, in any matter.

15   Q.   Do you need to tell the truth?

16   A.   Yes, absolutely.

17   Q.   And I want to direct you to Government Exhibit 47E at page

18   6 under where it says cooperation.  And can you read the first

19   few sentences beginning with, "Your client"?

20   A.   "Your client agrees to cooperate with the Office of the US

21   Attorney's Office for the District of Columbia on the following

22   terms and conditions:  A, your client shall cooperate fully,

23   truthfully, completely and forthrightly with this office and

24   other federal, state and local law enforcement authorities

25   identified by this office in any and all matters as to which

1    the government deems the cooperation relevant."

2    Q.   Stop there.  And I want to take you down to -- do you see

3    where the sentence says, any refusal by your client to

4    cooperate fully, could you read that sentence?

5    A.   "Any refusal by your client to cooperate fully,

6    truthfully, completely, and forthrightly as directed by this

7    office and other federal, state and local law enforcement

8    authorities identified by this office, in any and all matters

9    in which the government deems your client's assistance

10   relevant, will constitute a breach of this agreement by your

11   client and will relieve the government of its obligations under

12   this agreement, including, but not limited to, its obligation

13   to inform this Court and the Departure Guidelines Committee of

14   the US Attorney's Office for the District of Columbia of any

15   assistance your client has provided."

16   Q.   I'm sorry.  That is a long sentence, sir.  It is almost

17   time to break.  But let me ask you one more question.  What do

18   you hope to get out of this in exchange for your cooperation?

19   A.   I hope to get a more lenient sentence.

20   Q.   In other words, you're hoping that the government will

21   allocute on your behalf before Judge Kollar-Kotelly and advise

22   Judge Kollar-Kotelly of the cooperation you have provided?

23   A.   Yeah.  I hope the government will recommend a lower

24   sentence.

25              THE COURT:  All right.  Is this a good time to break?

```
1              MR. PEARLMAN:  Yes.
2              THE COURT:  So let's break for the day.  Tomorrow, we
3   are going to unfortunately have to stop at 1:00 too.  There is
4   an unavoidable conflict that someone has.  I am going to do my
5   best though to make sure we keep moving things along and we are
6   going to sit Friday morning as well.  Start tomorrow morning at
7   9:00 a.m.  And if I can ask that you do everything in your
8   power to make sure that you are here by 9:00.  I want make to
9   sure we are getting in as much time as we can, please.  Don't
10  discuss the case with anybody overnight.  Don't conduct any
11  type of research and I will see you back here tomorrow morning.
12              (Jury out at 12:41 p.m.)
13              THE COURTROOM DEPUTY:  You may be seated.
14              THE COURT:  The witness is excused for the day.  We
15  will need you back here tomorrow morning at 9:00 a.m.  And
16  don't discuss your testimony with anybody until it is complete.
17              THE WITNESS:  Okay.
18              THE COURT:  All right.  And I think we should
19  reconvene after lunch.  And I have some flexibility, so
20  whenever you all want to come back is fine with me.
21              Do you want to come back at 2:00?
22              MR. PEARLMAN:  2:00 is fine, Your Honor.
23              THE COURT:  Does that work for you, Mr. Ekeland?
24              MR. EKELAND:  Sure, 2:00.
25              THE COURT:  So we'll come back at 2:00 p.m. I want to
```

1    take a look over the lunch break.  Mr. Ekeland, can you point

2    me to the motion in limine that you filed with respect to

3    excluding Mr. Lichtenstein's testimony?

4                MR. EKELAND:  I will have to look it up on the

5    docket.  If I recall correctly, Your Honor, I think you did

6    rule against it, so this is a new objection.  But why don't we

7    talk about it after lunch.

8                THE COURT:  If you can make sure you are at a

9    microphone.  Do you have the number there?

10               MR. BROWN:  Your Honor, I don't believe there was a

11   written motion, but it is the afternoon transcript of

12   September 18th, 2023.  There is a redacted version and there is

13   an unredacted version.  And the redacted portions are the

14   portions where we discussed Mr. Lichtenstein, as well as the

15   other.

16               THE COURT:  That is on the docket there,

17   September 18th?

18               MR. BROWN:  Again, not the docket.  It is in the

19   transcript for September 18th, just an oral hearing.

20               THE COURT:  All right.  I will take a look for that

21   then.

22               All right.  Thank you.  I will see you all back here

23   at 2:00 then.  Thank you.

24               (Recess taken at 12:43 p.m.)

25

1              C E R T I F I C A T E

2

3          I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                        Dated this 27th day of February, 2024.

11

12                        _____
                          Sherry Lindsay, RPR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

A JUROR: [1]  70/1
BY MR. EKELAND: [48]  6/3 6/13
10/7 12/1 12/10 12/19 13/12 13/17
16/6 19/15 21/8 21/25 26/13 27/4
28/13 28/25 29/5 32/20 37/6 38/3
40/15 40/22 43/13 44/15 45/6
46/13 47/10 52/17 53/3 53/15
56/23 58/19 59/8 61/19 61/23
63/20 66/25 70/3 70/21 73/13
80/11 80/16 90/7 92/1 93/11 93/20
94/1 95/16
BY MR. PEARLMAN: [7]  113/1
113/10 115/19 116/15 117/20
117/24 119/12
BY MS. PELKER: [6]  99/15 103/19
104/16 104/25 108/3 109/9
MR. BROWN: [2]  125/10 125/18
MR. EKELAND: [60]  5/11 5/15 6/1
6/10 10/6 11/17 12/5 16/1 19/11
26/7 26/12 27/23 28/12 28/19
32/19 36/23 37/3 37/17 44/14 45/1
46/11 49/12 49/16 49/18 50/10
51/3 52/6 53/1 53/10 56/20 56/22
57/19 58/4 58/13 58/17 59/2 59/7
63/18 69/22 71/5 71/23 73/12 80/8
89/24 90/4 90/6 95/9 99/12 103/9
104/10 104/21 107/25 109/8 114/5
114/8 115/13 117/16 119/8 124/24
125/4
MR. HASSARD: [1]  58/25
MR. PEARLMAN: [13]  109/21 109/24
110/1 110/14 110/17 110/24 111/1
111/10 112/10 117/13 119/5 124/1
124/22
MS. PELKER: [50]  5/8 10/2 10/4
11/15 11/21 12/4 12/17 13/15
15/24 26/5 27/2 27/20 29/3 36/21
37/14 37/20 40/18 43/1 43/5 44/12
44/25 46/10 49/11 50/2 50/20
50/24 51/11 52/22 52/24 53/9
56/19 57/17 61/17 63/17 71/3
71/15 72/9 72/18 80/14 89/23
91/19 93/1 93/15 93/24 95/7 99/7
109/16 111/15 111/18 112/4
THE COURT: [117]  4/2 5/10 5/13
5/19 5/22 5/25 10/3 10/5 11/25
12/7 12/18 13/10 13/16 16/3 19/10
21/4 21/24 26/10 27/3 28/3 28/18
29/4 36/22 37/1 37/4 37/16 37/24
40/11 40/20 43/6 44/13 45/3 46/12
47/9 49/14 49/17 50/8 50/19 50/23
51/10 51/17 52/9 52/23 52/25 53/2
53/12 56/21 57/18 57/20 57/24
58/8 58/15 61/18 61/22 63/19
66/22 69/20 69/24 70/2 70/20 71/4
71/6 71/12 71/16 71/22 71/24
72/13 72/21 73/3 73/10 80/7 80/15
83/8 89/25 90/5 91/24 93/4 93/25
99/8 99/13 103/10 104/11 104/22
108/2 109/17 109/23 109/25 110/3
110/10 110/16 110/19 110/23
110/25 111/3 111/12 111/17 111/21
112/7 112/12 112/18 112/21 114/21
115/16 116/12 117/15 117/17 119/7
119/9 123/25 124/2 124/14 124/18
124/23 124/25 125/8 125/16 125/20
THE COURTROOM DEPUTY: [10]  6/7
6/12 32/18 59/1 59/5 71/21 110/21
113/9 117/23 124/13
THE WITNESS: [22]  12/8 16/4
19/13 21/5 28/20 40/12 43/2 43/8
45/4 66/23 80/9 83/9 93/6 93/16
95/11 99/10 103/11 104/12 104/23
113/8 116/13 124/17

## $

$1,000 [2]  77/13 81/14
$100 [3]  24/17 30/8 30/11
$100,000 [1]  80/13
$103 [2]  32/4 32/10

$130 [1]  17/13 29/13
$160,000 [1]  29/11
$26 [1]  25/1
$33 [1]  60/21
$40 [1]  70/25
$50,000 [2]  61/9 78/14
$51,000 [1]  60/24
$542 [1]  82/24
$75,000 [1]  61/3
$77 [1]  8/19
$80 [1]  7/4

## '

'12 [1]  90/17
'13 [1]  90/17

## .

.00990 [1]  86/23
.39 [1]  34/10
.46 [3]  82/22 86/16 87/1

## 0

0.46BTC [1]  82/8

## 1

1 percent [1]  59/16
10 [16]  38/16 38/21 61/8 71/7
71/8 75/24 75/25 76/10 81/16
81/17 101/12 110/25 114/23 115/2
122/22 121/23
10.955 [1]  25/14
100 [2]  24/12 24/17
100 percent [3]  40/12 49/3 93/12
10005 [1]  2/4
10:00 [1]  4/11
10:51 [1]  71/11
10:54 [1]  73/2
10th [1]  83/24
11 [5]  25/1 25/5 36/14 64/23
102/19
112 [1]  3/7
117 [1]  3/10
119 [1]  3/10
11:00 [1]  71/8
11:19 [1]  73/9
12 [2]  102/18 120/22
121 [2]  120/21 120/23
12:16 [1]  110/9
12:25 [1]  112/20
12:30 [5]  4/10 71/19 71/19 109/18
110/4
12:40 [2]  112/18 112/23
12:41 [1]  124/12
12:43 [1]  125/24
12th [2]  39/13 82/8
13 [3]  36/17 65/8 66/1
130 [1]  33/13
1301 [1]  1/20
132 [1]  33/12
13th [4]  39/14 40/25 117/1 118/1
14 [5]  13/21 66/16 118/17 119/17
119/18
151 [2]  120/21 120/25
16 [5]  91/15 92/10 92/11 117/5
118/4
17 [1]  88/4
18 [1]  121/16
18th [4]  91/10 125/12 125/17
125/19
1:00 [5]  4/7 4/9 4/10 71/20 71/21
1:00 too [1]  124/3
1:57 p.m [1]  102/21
1BBAVGU [1]  30/14
1CRm234X [1]  30/20
1HEMZ [1]  82/10
1HEMZA [5]  86/5 86/13 86/20 87/4
87/25
1KQTSR [1]  25/6
1st [2]  60/19 80/18

## 2

2 percent [2]  46/5 59/16

2.0 [3]  64/25 65/11 65/14
2,280 [1]  78/8
20 [3]  120/9 121/1 121/2
20001 [1]  2/9
20005 [1]  1/21
2011 [38]  7/20 8/7 8/16 8/19 12/3
14/24 15/3 15/5 15/7 15/8 15/9
15/23 16/10 16/25 17/12 23/23
25/14 29/2 29/12 30/8 31/10 31/12
32/10 33/14 33/19 34/23 35/11
35/18 36/18 36/19 36/24 39/13
40/25 60/16 60/19 60/21 90/17
94/18
2012 [1]  96/12
2013 [14]  9/16 36/11 64/2 64/4
69/9 75/8 78/6 78/10 78/17 79/3
79/4 79/7 94/17 103/14
2014 [5]  9/16 65/1 65/17 68/17
91/10
2015 [5]  66/14 66/19 66/24 68/9
69/17
2016 [9]  67/25 76/2 76/6 79/7
79/10 81/20 102/21 114/3 115/20
2017 [13]  55/1 55/5 55/6 55/9
55/10 55/13 61/3 65/19 66/5 79/7
82/9 87/23 89/20
2018 [11]  61/3 79/10 80/18 81/19
81/21 82/5 82/12 82/16 83/4 83/24
89/20
2021 [3]  49/19 54/1 54/3
2022 [3]  55/24 56/2 113/15
2023 [4]  117/1 117/11 118/21
125/12
2024 [2]  1/5 126/10
20530 [2]  1/14 1/17
20th [4]  7/20 8/19 11/5 96/12
21 [1]  13/18
21-399 [1]  1/4
22nd [1]  87/23
23 [3]  15/5 15/12 80/17
24th [5]  23/23 24/20 24/25 25/3
25/14
25.439 [1]  31/10
25.44 [1]  30/11
25th [1]  76/6
26 [2]  1/5 23/23
27 [1]  35/18
27.4 [1]  24/18
27th [3]  33/14 33/19 126/10
28 [2]  30/19 35/11
28th [2]  34/23 35/6
29 [1]  82/2
29th [4]  35/18 49/19 54/1 54/3
2:00 [3]  124/21 124/22 124/24
2:00 p.m [1]  124/25
2:00 then [1]  125/23
2nd [3]  76/2 117/11 118/21

## 3

3 percent [2]  46/6 59/17
30 [3]  2/3 60/16 82/14
31 [2]  83/2 83/3
313 [2]  99/16 101/20
313A [2]  6/6 100/8
314 [3]  14/19 16/20 30/3
315 [2]  27/6 27/7
316 [4]  32/17 32/18 32/19 32/21
317 [1]  38/9
317C [1]  101/8
318 [1]  45/12
32 [2]  83/1 83/23
325 [2]  58/24 59/3
333 [1]  2/8
356 [3]  73/15 91/7 95/6
371 [2]  85/25 121/16
399 [1]  1/4
3rd [10]  17/12 23/16 24/14 29/12
30/3 75/8 78/6 82/5 82/12 102/21

## 4

403 [1]  112/14
41 [1]  39/22

**4**

**414A [2]** 88/2 88/3
**414C [2]** 75/17 102/13
**43.67 [1]** 39/20
**47D [5]** 3/10 118/14 119/6 119/9 119/11
**47E [7]** 3/10 116/17 116/18 117/14 117/17 117/19 122/17
**4:00 [1]** 4/12

**5**

**5-minute [2]** 110/1 110/5
**5.1527 [1]** 1/17
**50 [1]** 108/17
**52.5 [1]** 33/17
**5R [2]** 25/8 25/9

**6**

**60 [1]** 8/19
**60.41 [1]** 34/1
**60.417 [1]** 33/20
**60.7 [1]** 34/24
**60.8 [1]** 34/8
**601 [3]** 1/16 62/15 106/19
**61.669 [1]** 35/6
**61.699 [2]** 35/9 35/11
**6710 [1]** 2/8
**6th [1]** 13/18

**7**

**77,000 [1]** 61/3
**77.60 [1]** 10/10
**7th [1]** 72/19

**8**

**80 [2]** 7/1 7/20
**84 [1]** 92/12
**89.87 [1]** 39/14
**8th [1]** 2/4

**9**

**950 [1]** 1/14
**99 [1]** 3/4
**9:00 [2]** 124/8 124/15
**9:00 a.m [1]** 124/7
**9:19 [1]** 1/6
**9:21 [1]** 5/21
**9th [3]** 32/3 32/10 83/4

**A**

**a.m [7]** 1/6 5/21 71/11 73/2 73/9 124/7 124/15
**ability [3]** 102/8 109/11 122/6
**able [7]** 4/5 22/13 42/22 72/1 92/9 109/13 111/19
**about [96]** 4/3 4/14 4/14 4/22 7/14 9/6 15/11 15/20 15/22 17/4 18/17 19/2 20/11 20/14 22/24 23/21 25/20 27/21 27/24 28/3 28/9 29/1 37/7 37/10 37/18 42/22 45/1 46/3 46/25 49/2 51/1 51/8 51/19 51/19 55/7 56/11 58/7 58/8 58/9 58/10 63/4 67/3 67/7 67/10 67/14 67/15 71/6 71/17 71/18 72/18 73/4 76/8 76/23 77/4 78/25 82/17 83/13 85/6 85/7 85/9 85/15 86/14 87/13 89/6 89/16 91/20 94/12 95/13 95/23 96/6 96/6 97/3 97/6 97/20 97/24 99/17 100/10 100/14 101/21 102/3 104/17 105/14 106/7 108/7 108/25 110/15 110/16 114/9 114/22 115/6 116/5 116/5 118/1 118/5 118/9 118/10 125/7
**above [2]** 40/9 126/5
**above-entitled [1]** 126/5
**Abraxas [3]** 68/8 68/11 68/14
**absolutely [3]** 49/12 100/7 122/16
**acceptance [4]** 117/7 118/5 118/18 119/18
**access [2]** 79/10 103/20
**accessible [3]** 106/10 106/15

**accurate [2]** 12/24 108/11
**acquired [1]** 84/18
**across [1]** 38/23
**action [2]** 1/3 54/13
**actively [1]** 79/18
**activities [1]** 38/1
**activity [11]** 15/13 21/14 28/1 28/4 28/6 82/9 104/7 106/8 108/18 108/24 109/7
**actual [3]** 14/14 93/22 107/2
**actually [17]** 10/16 11/13 13/7 24/5 24/5 31/14 31/22 67/15 72/2 74/5 79/11 83/1 86/22 86/25 95/17 102/19 117/21
**add [1]** 46/18
**additional [7]** 40/8 46/24 53/13 56/7 76/8 83/15 104/2
**additionally [3]** 83/15 102/23 102/24
**address [53]** 9/1 13/5 13/6 13/7 13/9 13/13 24/7 25/5 25/11 25/15 30/12 30/17 30/19 30/21 30/25 31/5 31/6 33/20 33/23 35/21 41/1 41/4 42/8 42/10 42/17 43/3 43/10 43/15 55/19 71/14 75/22 75/22 82/9 82/10 83/6 83/10 83/25 84/3 84/3 84/6 86/5 86/8 86/13 86/13 86/20 87/1 87/8 87/9 87/15 87/25 104/14 111/6 112/14
**addressed [1]** 94/23
**addresses [34]** 38/20 38/23 39/1 39/2 39/4 39/25 40/3 40/4 40/6 41/13 41/15 41/18 41/20 43/18 43/18 44/7 44/16 48/16 55/17 56/8 79/23 79/24 86/7 86/9 86/17 86/25 87/8 87/20 101/15 101/16 101/18 102/4 104/5 105/9
**adjust [2]** 111/23 112/8
**administration [1]** 47/8
**administrator [7]** 45/20 59/14 59/18 62/5 62/8 64/7 64/15
**administrators [11]** 65/14 66/10 66/14 67/16 67/23 68/6 68/14 69/4 69/14 70/10 70/23
**admit [1]** 117/14
**admitted [5]** 116/17 117/17 117/19 119/9 119/11
**advertising [2]** 90/21 91/4
**advise [1]** 123/21
**after [17]** 39/19 40/7 52/13 54/12 71/8 71/8 73/1 79/7 85/4 87/4 107/20 107/24 108/4 112/11 115/9 124/19 125/7
**afternoon [9]** 72/14 72/15 112/2 112/3 112/6 113/2 115/1 115/8 125/11
**again [45]** 7/24 14/23 17/4 21/19 23/4 24/20 25/17 27/20 29/6 30/2 30/2 30/19 30/24 33/5 33/11 35/10 35/14 35/24 36/22 39/7 39/10 43/8 51/7 54/22 59/15 60/8 60/13 61/14 65/2 65/18 66/2 69/10 79/4 81/24 91/8 91/12 91/12 91/19 93/5 94/2

**107/13**
**account [58]**
**accountant [2]** 57/2 57/5
**Accountants [5]** 56/15 56/18 56/25 57/8 57/9
**accounting [2]** 57/11 57/13
**accounts [58]** 15/2 17/3 17/18 17/23 17/24 18/8 18/10 18/12 18/15 19/5 20/23 22/23 22/25 23/12 23/12 28/23 29/19 36/1 46/19 47/14 47/17 47/21 48/15 48/23 48/24 51/17 64/22 80/4 84/23 91/6 91/8 91/21 92/18 92/21 93/7 93/9 94/3 94/9 94/17 94/18 94/24 94/25 95/2 95/13 95/14 95/15 95/17 96/10 100/21 103/13 104/18 104/19 105/15 105/19 105/19 105/23 106/5 107/4
**accuracy [2]** 44/24 45/8
**95/11 96/5 96/14 116/22 125/18 125/22 125/24 126/5/6**
**Agent [1]** 9/12
**agents [1]** 46/8
**ago [7]** 36/14 36/17 56/6 64/23 79/5 84/13 85/17
**Agora [10]** 66/13 66/18 66/24 67/1 67/4 67/7 67/12 67/15 67/16 67/23
**agree [16]** 26/16 34/20 54/15 55/16 60/23 61/8 61/11 67/18 77/16 78/7 79/14 81/19 85/8 85/16 111/14 118/10
**agreed [2]** 23/8 119/3
**agreement [6]** 116/21 116/22 122/10 122/11 123/10 123/12
**agrees [1]** 122/20
**ahead [4]** 49/17 51/10 63/19 71/6
**Akemashite [19]** 20/11 20/15 22/10 23/4 23/9 29/10 46/3 48/14 67/3 67/6 67/10 67/12 67/14 90/21 91/2 94/2 104/23 105/5 105/4 104/14
**all [67]** 4/2 5/19 5/22 11/21 12/20 12/23 14/5 15/1 15/3 15/12 16/3 16/13 20/25 21/15 22/11 32/10 32/14 33/1 39/19 40/12 41/18 41/19 43/22 43/25 50/13 50/18 57/19 63/5 71/6 72/25 73/3 73/10 79/8 84/25 85/5 86/25 87/8 87/21 90/6 92/13 94/8 95/5 99/2 99/4 99/13 102/7 105/2 106/1 106/25 107/13 107/16 109/19 110/13 111/17 112/4 112/7 112/21 114/14 115/3 122/25 123/8 123/25 124/18 124/20 125/20 125/22 125/22
**allegations [1]** 51/15
**allegedly [1]** 49/21
**allocute [1]** 123/21
**allow [6]** 12/7 40/21 43/6 51/18 58/15 99/8
**allowed [4]** 8/3 10/19 52/8 58/5
**almost [1]** 123/16
**along [4]** 39/24 40/2 111/16 124/5
**AlphaBay [4]** 65/16 66/5 66/7 66/10
**already [13]** 5/4 25/17 48/17 50/7 58/9 72/14 72/14 77/10 77/14 77/14 81/11 81/14 81/15
**also [19]** 9/14 13/1 18/3 29/9 38/22 50/12 50/25 68/19 72/23 78/2 83/13 98/7 106/15 109/2 111/15 114/14 116/1 118/20 122/2
**alternates [2]** 4/15 72/12
**am [89]** 4/3 5/3 9/7 11/19 12/5 12/23 12/24 15/6 15/18 16/1 17/14 18/4 22/3 26/23 27/25 30/1 37/17 43/9 44/22 46/18 47/16 49/2 49/13 50/9 51/20 52/6 52/7 52/9 52/20 53/11 53/18 53/23 54/18 55/14 55/15 55/18 55/22 56/11 56/16 57/1 57/3 57/10 58/22 60/13 63/5 63/24 64/4 64/9 64/17 66/12 67/4 68/7 68/20 69/6 69/15 70/17 70/24 72/13 76/18 80/3 81/3 81/21 82/1 84/21 84/23 86/9 88/24 90/2 90/5 90/10 90/10 90/14 90/18 90/18 90/20 90/7 94/11 94/15 95/1 95/4 95/9 97/2 97/12 111/13 111/17 111/25 112/16 116/5 124/4
**ambiguity [1]** 28/5
**AMERICA [6]** 1/3 27/13 33/2 48/22 48/24 48/25
**American [1]** 56/17
**AML [1]** 104/2
**among [2]** 20/7 110/7
**amongst [1]** 71/9
**amount [10]** 6/19 33/11 34/7 46/20 46/20 78/15 86/22 92/12 102/2 103/12
**amounts [4]** 21/6 47/18 93/6 93/8
**analysis [19]** 16/12 16/13 19/17 19/25 20/1 36/17 42/21 44/16

**A**

analysis... [1]   44/19 58/12
63/15 79/15 79/21 94/23 95/13
98/19 98/22 100/6 101/2
analyst [1]   58/21
analyze [1]   95/1
analyzing [1]   95/2
announcement [3]   40/7 44/8 101/19
annoyed [1]   77/17
anonymous [2]   105/12 105/19
another [6]   4/9 24/20 24/23 24/24
30/19 68/20
answer [9]   15/6 30/1 43/7 45/3
63/13 81/24 93/4 99/8 102/23
answered [18]   13/10 13/10 27/2
29/3 37/15 40/19 40/20 43/1 43/6
44/12 44/25 46/10 52/25 61/17
63/17 93/1 93/25 111/11
answers [3]   52/5 52/13 52/14
anti [3]   85/13 89/21 109/12
anti-money [3]   85/13 89/21 109/12
any [109]   8/10 9/19 11/20 12/2
12/3 12/11 12/12 12/20 12/21
12/24 13/1 13/1 13/2 14/12 14/13
14/13 15/15 20/8 25/19 27/9 27/12
27/18 27/19 28/9 28/14 28/15
31/23 32/23 33/1 36/3 36/6 37/25
38/4 40/1 42/3 43/22 43/22 43/25
43/25 46/15 47/7 48/18 48/21
53/13 53/13 53/16 53/16 54/18
54/20 54/21 55/7 55/11 56/6 61/6
62/25 63/7 63/10 63/16 63/21
64/14 64/19 64/22 65/13 66/9
66/12 67/22 68/5 68/13 68/25 69/3
69/4 69/6 69/13 69/15 70/8 70/9
70/11 71/9 72/5 78/24 83/11 84/14
85/2 85/18 88/25 89/5 89/5 89/10
90/24 91/17 91/18 92/5 93/13
94/10 99/18 102/25 110/11 111/18
115/4 117/15 119/7 122/13 122/14
122/25 123/3 123/5 123/8 123/14
124/10
anybody [6]   75/14 89/1 89/4 97/18
124/10 124/16
anyone [1]   51/12
anything [22]   11/12 12/20 12/21
14/14 15/11 15/22 25/18 27/9
27/12 28/1 29/1 32/23 37/7 37/10
53/23 58/8 58/25 71/14 87/13
89/16 94/7 112/15
anywhere [4]   9/8 35/3 35/15 40/9
aplea [1]   116/22
apologize [2]   54/14 107/6
app [4]   97/9 97/11 97/12 97/15
appear [2]   35/3 111/4
APPEARANCES [3]   1/12 1/23 2/1
appeared [3]   38/23 87/9 100/11
appearing [1]   101/2
appears [1]   87/16
Apple's [1]   97/15
applied [2]   108/12 120/19
appointment [1]   4/10
appointments [1]   109/19
Appreciate [1]   110/17
approximately [8]   24/16 24/18
36/15 36/18 39/23 59/17 78/7
92/12
April [4]   54/1 54/3 75/8 78/6
April 29th [2]   54/1 54/3
April 3rd [2]   75/8 78/6
arbitrary [1]   87/11
are [207]
are allowed [1]   58/5
aren't [1]   39/4
arguing [1]   91/23
argument [2]   51/1 52/2
argumentative [3]   13/15 15/24
40/18
arguments [1]   50/6
around [11]   17/17 18/6 18/9 18/10
39/22 51/4 60/24 61/3 86/7 89/20
114/3

arraignment [2]   51/14 51/18
arrested [9]   49/9 50/14 50/22
52/19 53/5 99/3 113/15 113/17
113/25
arrow [2]   24/10 32/9
article [4]   50/12 51/1 51/6 108/7
articles [4]   108/9 108/11 108/18
108/20
as [93]   10/16 11/18 11/19 13/5
14/7 14/18 15/23 16/9 18/8 19/6
19/6 19/13 19/20 22/17 23/9 23/10
27/6 28/2 32/16 33/13 38/8 40/4
41/20 45/11 45/19 45/20 47/3 50/6
55/8 57/4 57/15 58/24 61/16 61/16
61/20 61/20 63/12 64/17 64/21
66/2 67/22 71/13 71/19 72/8 72/8
72/10 72/11 73/14 74/16 75/3 75/7
75/17 75/17 81/20 83/16 84/4 84/7
84/11 84/13 84/25 85/6 85/6 87/10
88/1 91/21 92/2 94/7 95/21 100/23
102/1 108/1 108/11 108/21 111/20
111/22 114/10 114/10 114/25 116/2
118/14 118/14 119/3 119/6 120/19
121/3 121/3 122/25 123/6 124/6
124/9 124/9 124/14 125/14
ask [22]   5/1 5/3 37/17 37/25 53/2
53/12 56/11 58/1 58/2 58/7 58/8
58/15 70/25 72/21 73/3 82/7 84/17
90/1 111/7 111/8 123/17 124/7
asked [31]   13/10 17/21 25/17 27/2
27/23 29/3 37/14 40/18 40/20 43/1
43/21 44/12 44/25 45/1 46/10
48/17 48/17 58/9 58/10 61/17
63/17 85/18 93/1 93/25 99/17
101/21 104/17 106/7 108/7 111/11
115/11
asking [21]   9/5 11/19 12/5 16/1
26/7 27/17 27/25 28/8 52/4 53/11
76/7 77/21 78/1 78/2 85/13 85/14
85/15 86/14 95/9 102/14 116/5
assess [2]   100/18 101/4
assessed [1]   101/14
assessing [3]   20/3 94/11 100/20
assessment [9]   18/4 18/5 19/23
42/1 62/20 93/13 93/17 94/10
100/14
assigning [1]   87/15
assignment [1]   87/11
assistance [4]   67/4 119/24 123/9
123/15
associated [6]   9/1 9/24 20/23
22/8 30/25 98/14
associating [1]   15/9
association [3]   56/14 57/8 114/19
assume [1]   115/3
assuming [2]   10/23 41/17
assumption [4]   60/2 60/6 61/16
61/20
ATM [1]   71/1
attaching [1]   84/21
attempt [3]   13/7 94/23 95/11
attempting [1]   26/24
attention [13]   16/19 64/1 65/8
65/16 66/13 68/8 68/16 69/7 69/16
70/4 100/8 105/3 116/16
attenuated [1]   50/18
attesting [2]   44/24 45/8
Attorney's [2]   122/21 123/14
attorneys [2]   119/21 119/24
attributing [1]   19/16
attribution [2]   43/3 43/11
audit [3]   63/16 63/21 63/24
August [6]   76/2 102/21 114/3
115/20 117/11 118/21
August 2nd [2]   76/2 117/11 118/21
August 3rd [1]   102/21
Aurum [28]   6/20 7/5 7/7 7/9 7/11
7/15 7/16 7/18 7/19 7/22 7/24 8/1
8/3 8/11 8/15 8/18 18/10 20/23
21/14 23/11 23/11 23/12 25/22
26/17 28/22 29/18 32/11 32/12

authorities [2]   122/24 123/8
available [2]   73/5 84/22
Ave [2]   1/14 1/20
Avenue [1]   2/8
average [3]   60/4 60/9 61/1
avoid [1]   94/20
avoided [1]   94/16
aware [71]   9/7 12/23 12/24 13/13
36/19 36/23 37/7 37/12 38/18 43/9
44/22 46/2 46/18 47/17 49/9 52/18
52/24 53/7 53/9 53/10 53/18 53/21
53/23 54/18 54/20 54/25 55/15
55/18 55/20 55/22 63/24 64/6
64/14 64/17 66/9 66/12 67/4 67/21
68/5 68/7 68/13 68/19 68/20 68/22
68/25 69/3 69/6 69/11 69/13 69/15
70/4 70/9 70/13 70/18 70/25 79/24
79/6 80/6 80/12 88/22 88/25 89/4
89/20 90/9 90/14 90/16 90/18
90/18 90/19 97/2 108/9
away [1]   84/5

**B**

bachelor's [1]   57/13
back [29]   16/19 27/19 27/25 32/9
32/10 32/11 71/7 71/17 73/8 78/1
78/4 79/12 81/16 94/17 101/20
103/3 109/24 110/7 112/11 112/13
112/13 113/15 118/8 124/11 124/15
124/20 124/21 124/25 125/22
background [1]   115/4
ball [1]   62/17
ballpark [1]   61/2
bank [14]   17/5 69/16 70/4 70/5
70/10 71/1 71/2 77/10 77/12 81/11
81/13 88/11 88/19 105/11
banking [2]   88/16 105/17
Bankruptcy [1]   2/7
Bansal [1]   117/2
barely [1]   64/19
based [21]   19/17 20/1 25/7 26/16
42/19 42/20 44/17 46/2 49/2 49/7
60/4 60/9 60/14 61/14 61/20 61/24
87/11 87/15 87/21 100/21 120/12
basically [3]   15/1 96/5 120/11
basis [2]   16/2 18/22
bathroom [1]   110/24
be [67]   4/5 4/11 4/21 21/17 22/13
22/20 25/8 25/24 26/8 28/8 28/9
41/8 41/13 42/22 51/11 52/2 52/2
52/3 52/3 52/20 55/21 62/6 62/15
63/12 66/1 67/5 71/25 72/1 72/3
72/4 76/6 76/17 77/2 77/7 79/12
79/17 85/25 87/8 88/1 88/16 90/19
92/13 93/2 94/22 99/19 100/11
102/10 106/5 109/3 109/6 109/22
110/12 111/12 112/1 112/6 112/13
113/9 115/3 115/10 116/5 116/21
117/17 118/14 119/9 121/6 121/16
124/13
beach [1]   62/17
bearing [1]   50/4
because [49]   4/7 4/10 5/16 8/8
9/15 11/23 12/8 16/23 17/2 17/2
20/4 23/22 28/6 34/12 39/24 49/22
49/23 49/24 50/8 50/16 51/6 52/21
53/4 55/23 58/7 63/1 76/20 77/2
77/21 81/5 84/6 84/7 84/16 84/17
85/20 85/21 85/21 87/21 93/2
93/22 97/21 100/3 102/1 105/9
109/2 109/18 110/10 112/13 115/11
becoming [1]   4/3
been [32]   5/4 5/17 8/12 11/17
14/20 22/15 22/16 28/1 31/22
31/23 46/16 50/14 53/18 53/21
55/3 55/14 61/2 63/16 63/21 64/22
67/14 77/11 77/23 85/2 89/22 92/9
95/12 111/10 111/12 115/7 118/13
122/8
before [13]   1/9 4/2 4/23 37/1
44/8 51/6 71/14 82/3 84/14 89/22

**B**

before... [3]  109/14 118/7 123/21
beginning [1]  122/19
behalf [1]  123/21
behavior [3]  28/21 29/2 36/1
behavioral [1]  36/17
behind [1]  65/4
being [23]  17/14 21/6 24/17 29/13
35/10 46/3 51/15 54/20 63/12
66/24 72/2 77/17 78/25 79/19 89/1
89/4 89/6 92/7 101/11 102/11
109/13 110/16 111/13
believe [32]  6/18 9/11 14/18 21/7
23/10 25/7 25/8 31/7 32/13 33/18
35/5 35/16 38/14 39/2 42/20 43/2
43/10 44/7 48/13 50/11 55/24
63/14 67/12 74/2 74/17 75/13
81/23 85/19 107/17 121/20 121/23
125/10
belong [3]  18/11 41/13 41/15
belongs [1]  29/9
below [1]  119/21
bench [6]  49/15 52/16 57/23 58/18
114/7 115/18
best [7]  73/6 77/6 82/11 83/21
100/6 100/7 124/5
better [1]  33/24
between [30]  11/22 14/24 19/7
20/5 23/21 25/21 28/21 36/1 42/8
46/3 46/5 59/24 62/4 64/7 64/15
67/21 68/5 68/13 69/3 69/3 93/18
95/14 96/9 100/14 102/2 102/12
103/12 103/15 107/11 109/7
beyond [2]  51/21 90/2
BIC [1]  88/9
big [2]  10/8 65/7
billions [2]  62/1 62/6
Binance [6]  73/15 73/23 73/25
74/5 74/9 88/21
binder [2]  65/3 65/6
bit [13]  30/23 31/13 33/24 34/25
35/17 38/10 44/3 50/1 62/16 76/4
77/17 79/1 102/19
Bitcoin [219]
BitcoinFog [1]  20/15
BitcoinFog.com [5]  12/9 12/14
14/4 100/13 106/15
BitcoinFog.onion [1]  55/19
Bitcoins [4]  76/20 81/5 84/18
105/10
Bitfinex [6]  74/13 74/14 114/1
114/3 114/9 115/21
Bitstamp [31]  74/24 74/25 75/14
75/18 76/6 76/7 77/18 77/21 77/24
78/6 78/9 78/11 79/6 79/9 79/20
81/25 82/8 83/19 84/3 85/9 85/11
86/14 88/7 88/21 89/2 89/9 102/13
102/15 103/15 103/18 104/2
black [6]  18/10 65/7 69/16 70/4
70/5 70/10
blockchain [14]  15/13 16/11 16/13
27/15 27/15 30/13 33/20 42/21
63/1 63/3 87/9 87/22 100/6 107/11
body [1]  110/2
both [12]  17/22 17/24 18/7 23/12
24/1 29/21 49/23 49/24 102/2
109/11 111/11 111/14
bottom [8]  6/19 6/25 11/1 39/1
39/18 40/6 81/10 102/19
bought [3]  47/12 77/5 92/16
box [11]  5/23 6/25 10/8 17/17
17/22 18/6 18/7 18/9 18/10 39/2
40/3
boxes [2]  18/9 41/15
breach [1]  123/10
break [18]  69/20 69/25 71/5 71/7
71/12 71/14 73/1 109/11 109/25
110/1 110/3 110/5 110/10 115/17
123/17 123/25 124/2 125/1
breakdown [4]  62/23 62/25 63/7
63/11

breath [1]  72/23
briefly [2]  101/20 114/13
briefly [1]  101/20 116/25
bring [2]  110/20 114/13
bringing [2]  110/21 114/15
broadcast [2]  27/16 33/4
BRODIE [1]  1/15
broken [2]  21/9 29/13
Brooklyn [1]  2/4
brought [1]  49/18
BROWN [1]  1/15
BTC [10]  31/10 31/10 35/7 83/6
83/10 83/11 83/14 83/16 83/18
83/18
Builder [1]  84/22
bunch [1]  86/7
business [5]  84/9 84/10 84/12
106/20 106/23
buy [7]  23/1 60/16 76/19 76/22
81/4 81/7 96/17
buyers [3]  106/22 106/25 107/2
buying [3]  27/21 27/24 77/3

**C**

calculate [2]  60/11 61/24
calculated [3]  60/2 61/12 61/14
calculating [2]  59/23 62/4
calculation [1]  60/4
calendar [4]  111/19 111/19 111/22
112/5
call [2]  109/20 109/23
called [5]  36/20 36/25 37/12
114/1 115/21
calling [2]  9/25 64/1
calls [4]  11/15 26/5 27/20 91/19
came [7]  38/23 40/8 62/7 66/23
92/11 95/2 99/5
can [82]  4/11 4/13 4/22 5/22 9/21
16/4 28/3 33/24 35/2 36/22 38/2
38/7 40/6 41/12 42/4 42/15 44/21
45/3 45/4 45/8 45/10 47/15 48/8
49/8 49/14 49/16 52/11 53/1 54/9
56/21 57/18 59/9 59/10 61/18 62/2
62/13 62/24 69/22 71/5 71/17 72/8
72/10 73/8 76/4 76/4 76/13 76/14
77/2 78/4 80/13 84/13 85/1 85/24
89/19 93/4 94/16 96/14 97/1 97/9
97/11 97/17 99/16 102/22 105/1
105/7 109/23 110/19 111/3 112/15
112/18 113/2 114/21 115/1 115/5
115/15 115/16 117/25 122/18 124/7
124/9 125/1 125/8
can't [10]  25/17 42/10 44/20
44/23 45/7 62/23 78/17 78/20
97/21 108/1
candidate [1]  8/11
cannot [1]  45/9
capable [1]  54/12
card [1]  105/11
careful [1]  110/16
case [25]  4/4 19/6 23/24 28/7
28/8 37/5 42/19 51/2 51/4 53/20
54/24 56/12 71/9 91/22 102/11
103/23 104/13 110/7 111/22 114/11
114/14 116/23 120/24 122/13
124/10
cases [1]  63/5
cash [1]  72/23
CATHERINE [1]  1/13
Ccips [1]  1/19
ceased [1]  107/20
cents [2]  8/20 60/17
certain [5]  43/15 79/23 89/21
97/12 108/8
certainly [3]  16/7 65/20 97/11
certification [1]  57/15
certified [7]  56/15 56/18 57/2
57/7 57/8 57/15 58/20
certify [1]  126/3
chain [2]  22/23 101/21
Chainalysis [23]  38/16 38/19
38/24 39/4 44/19 47/6 56/9 60/1

63/7 63/15 63/24 79/11 79/21
79/22 80/9 80/11 80/13 86/4
87/6 87/15 101/13 103/20
Chainalysis' [1]  80/3
change [5]  42/19 42/23 55/18
60/12 61/13
changed [3]  46/4 46/5 55/16
characterizing [1]  94/7
charged [2]  113/18 113/19
Charlie [1]  75/17
chart [1]  101/9
Chartered [2]  56/24 57/9
charts [3]  99/18 101/3 102/7
Chase [2]  71/1 71/2
cheap [1]  77/5
check [6]  54/16 60/25 79/12 79/15
92/5 111/19
checked [4]  55/23 56/1 56/4 56/6
child [7]  4/7 4/20 71/2 71/2
71/24 72/1 72/4
choose [1]  62/3
CHRISTOPHER [1]  1/15
chronically [2]  4/6 4/17
chunk [1]  84/18
CipherTrace [1]  44/19
circle [1]  101/15
circled [1]  42/8
claim [1]  53/25
claiming [4]  13/25 55/21 108/9
108/18
clarification [1]  95/9
clarified [1]  84/1
clarify [7]  16/1 24/10 28/3 28/11
83/11 83/13 91/24
clean [3]  109/1 109/2 109/5
clear [13]  24/4 25/24 37/20 38/9
41/13 42/14 42/15 51/12 51/13
87/14 95/4 107/6 114/13
clearly [1]  109/7
clearnet [3]  14/1 14/14 106/15
clerk [2]  72/22 73/3
client [9]  82/20 84/2 122/19
122/20 122/22 123/3 123/5 123/11
123/15
client's [1]  123/9
close [2]  25/5 114/16
closely [1]  20/13
closer [1]  24/14
cluster [23]  38/17 38/19 38/21
38/24 39/4 47/6 47/18 54/2 56/7
56/9 59/15 60/15 61/15 62/8 86/9
87/4 87/5 87/9 87/10 87/19 101/13
101/14 108/15
clustering [4]  44/19 86/7 87/21
87/25
clusters [2]  63/12 79/23
co [7]  41/17 41/19 44/17 44/21
44/24 45/2 45/8
co-spend [5]  41/17 41/19 44/21
44/24 45/8
co-spending [2]  44/17 45/2
code [22]  7/1 14/14 23/1 31/9
31/10 31/13 31/14 31/20 31/21
31/22 31/25 35/7 35/10 88/9 88/16
88/22 88/25 89/3 89/8 102/8
103/24 104/4
codefendant [1]  121/8
codes [3]  8/4 17/14 29/14
Coinbase [2]  90/9 90/10
collect [1]  85/21
collected [1]  62/1
Collins [1]  117/2
colloquy [1]  114/24
colored [1]  18/9
COLUMBIA [4]  1/1 12/25 122/21
123/14
combine [1]  76/25
come [11]  40/5 63/23 71/7 71/16
73/8 110/14 112/13 120/11 124/20
124/21 124/25
coming [19]  11/3 34/21 78/2 92/6
93/8 93/13 103/16 104/14 104/15

**C**

coming... **[10]**   108/16 108/16
108/19 108/20 108/21 108/25 109/3
109/13 109/24 112/10
comments **[1]**   78/25
commingled **[1]**   94/24
commit **[1]**   116/1
committed **[2]**   72/14 115/20
Committee **[1]**   123/13
common **[1]**   8/7
communicated **[2]**   31/23 67/3
communicating **[3]**   65/14 66/10
70/22
communication **[2]**   64/6 67/21
communications **[6]**   64/15 68/5
68/13 69/3 69/13 70/9
community **[1]**   8/15
company **[6]**   82/20 83/14 84/7 84/9
84/11 85/3
comparison **[1]**   81/21
complaining **[1]**   85/9
complete **[2]**   100/4 124/16
completed **[2]**   77/11 81/12
completely **[5]**   49/22 101/5 121/7
122/23 123/6
compliance **[1]**   121/5
compliant **[1]**   109/4
computer **[3]**   14/14 16/14 54/15
concealment **[1]**   11/22
concern **[2]**   50/23 114/12
concerned **[2]**   4/3 102/3
concerning **[1]**   51/14
conclusion **[8]**   11/16 11/24 26/6
26/7 27/21 42/22 91/20 91/21
conclusions **[1]**   63/22
condition **[1]**   4/19
conditions **[1]**   122/22
conduct **[4]**   71/9 118/25 119/15
124/10
conducted **[1]**   46/7
conference **[6]**   49/15 52/16 57/23
58/18 114/7 115/18
confirm **[1]**   83/19 93/12 102/23
102/24
confirmations **[1]**   83/18
confirming **[1]**   46/15
conflict **[1]**   124/4
confused **[2]**   8/12 94/15
conjunction **[1]**   87/1
connect **[2]**   105/17 109/13
connecting **[1]**   105/8
consecutive **[1]**   122/6
consider **[3]**   15/22 16/9 100/7
considered **[4]**   28/1 99/5 99/10
100/5
considering **[1]**   99/2
consistent **[21]**   7/17 21/9 21/16
21/17 21/22 26/2 26/14 35/22 41/6
41/8 46/6 47/11 92/15 92/22 93/2
101/1 103/7 104/8 104/12 106/5
108/22
conspiracy **[7]**   113/19 113/20
113/24 120/4 121/15 121/16 121/18
constitute **[2]**   46/17 123/10
constitutes **[1]**   126/4
Constitution **[1]**   2/8
contain **[3]**   18/10 63/1 63/3
CONTENTS **[1]**   3/1
context **[5]**   99/19 100/2 100/3
100/5 100/9
continue **[5]**   5/25 56/21 73/11
107/21 107/23 108/4 110/4
CONTINUED **[3]**   1/23 2/1 6/2
continues **[2]**   51/14 111/4
continuing **[1]**   51/25
contract **[1]**   80/3
control **[6]**   19/20 42/19 42/23
100/10 100/14 102/4
controlled **[8]**   17/25 20/6 20/18
29/22 29/24 41/21 43/15 44/8
controlling **[2]**   9/20 42/5

controls **[3]**   18/23 19/2 40/16
controls... **[2]**   40/24 42/1
convention **[3]**   36/20 36/25 87/10
conversation **[1]**   79/1
conversations **[1]**   102/17
convert **[2]**   8/4 8/9
converted **[3]**   24/17 39/14 39/15
converting **[1]**   30/11
converts **[2]**   25/1 32/3
cooperate **[5]**   122/11 122/20
122/22 123/4 123/5
cooperation **[5]**   83/20 122/18
123/1 123/18 123/22
copy **[1]**   81/24
correct **[166]**
corrected **[1]**   25/10
correction **[1]**   85/3
correctly **[6]**   15/21 18/24 24/7
90/20 91/2 125/5
correspondence **[1]**   102/15
corroborate **[1]**   47/5
could **[109]**   6/6 6/11 7/24 8/8
14/17 14/18 19/1 21/17 22/14
22/16 23/1 24/10 25/8 25/8 26/22
27/5 27/6 28/9 28/10 30/23 31/12
31/22 31/22 31/23 31/24 32/5 32/8
32/15 32/15 34/12 34/13 34/25
35/17 38/8 38/10 39/17 40/23 41/8
41/11 42/18 44/3 45/11 47/22
58/10 59/2 60/12 60/16 61/13
61/25 62/6 62/14 62/14 62/16 65/4
65/22 66/16 73/14 73/15 74/13
74/24 75/14 75/16 75/16 75/24
76/10 76/12 77/25 78/4 80/17
80/20 81/16 81/16 82/2 82/4 82/14
82/14 83/1 83/2 83/2 83/3 83/22
86/10 90/8 91/7 94/18 95/12 97/14
97/18 99/19 100/8 100/20 101/8
101/8 102/13 102/18 102/22 102/23
102/24 105/2 106/18 109/3 110/1
114/5 117/5 118/23 120/23 120/25
121/2 123/4
couldn't **[1]**   79/2
counsel **[6]**   50/3 50/20 51/14 52/8
116/8 116/10
count **[1]**   108/19
counting **[5]**   94/16 94/20 94/22
95/5 96/8
counts **[2]**   121/15 121/23
couple **[9]**   31/25 80/20 80/21
80/22 80/22 81/17 81/18 81/18
course **[1]**   98/24
court **[19]**   1/1 2/6 2/7 5/16 50/7
51/9 52/7 55/3 58/5 111/18 111/19
120/16 120/17 120/25 120/25 121/2
123/13 126/3 126/13
Court's **[2]**   112/5 115/1
Courts **[1]**   2/7
coverage **[1]**   51/20
covered **[2]**   49/23 53/21
create **[3]**   22/10 62/25 84/10
created **[2]**   91/10 96/11
creation **[5]**   19/4 19/5 19/7 75/8
100/23
credit **[1]**   105/11
crime **[8]**   12/3 12/12 12/16 25/19
27/19 91/18 91/22 91/23
criminal **[1]**   1/3 27/22 28/1 28/4
28/8 109/10
criminals **[2]**   28/2 104/18
CRM **[1]**   1/19
Cross **[2]**   3/4 6/2
Cross-examination **[2]**   3/4 6/2
crypto **[2]**   13/19 97/19
cryptocurrency **[1]**   102/25
currencies **[1]**   96/18
currency **[4]**   8/1 96/16 105/11
114/1
currently **[2]**   113/13 119/17
custody **[1]**   54/4
customer **[4]**   77/17 77/23 81/25
85/2

customers **[4]**   88/18 104/9 104/13
cyber **[1]**   28/2

**D**

daily **[1]**   60/5
darknet **[16]**   62/22 68/17 69/1
74/9 75/10 96/22 98/10 98/17
106/18 106/19 107/5 107/16 108/17
109/3 109/10 109/14
data **[1]**   59/25
date **[20]**   21/1 49/20 60/5 60/9
60/11 61/14 61/24 62/9 64/24
65/21 68/18 69/10 69/18 74/6 75/8
76/2 78/5 80/17 82/25 102/20
dated **[6]**   82/16 88/3 117/1 117/11
118/20 126/10
dates **[5]**   60/14 65/2 65/18 66/15
79/8
day **[11]**   34/1 34/7 54/4 62/3
72/16 103/3 112/4 114/24 124/2
124/14 126/10
days **[1]**   4/5
DC **[14]**   1/5 1/14 1/17 1/21 2/9
12/22 27/10 32/24 43/23 48/19
106/8 106/10 106/13 106/16
De **[3]**   117/5 118/4 118/23
dead **[6]**   54/6 54/9 54/11 54/12
54/15 54/20
dealing **[1]**   14/23
Dear **[2]**   82/6 83/5
decided **[2]**   50/17 87/4
decides **[1]**   5/16
decisions **[1]**   77/6
deems **[2]**   123/1 123/9
defendant **[7]**   1/7 2/2 101/4
103/20 105/25 117/9 118/24
defendant's **[6]**   103/7 106/5 117/6
118/5 118/18 119/18
defense **[10]**   5/12 50/3 50/5 50/20
50/24 51/14 52/8 65/3 65/7 91/22
definition **[2]**   54/7 54/13
definitive **[1]**   102/10
defraud **[1]**   113/20
defrauding **[1]**   121/19
defunct **[1]**   84/19
degree **[2]**   57/11 57/13
delaying **[1]**   58/12
delighted **[1]**   112/16
demonstrate **[2]**   28/21 36/1
demonstrating **[1]**   36/2
DEPARTMENT **[2]**   1/13 49/10
Departure **[1]**   123/13
depending **[3]**   60/11 61/11 62/3
deposit **[27]**   19/7 22/13 23/5 26/3
26/11 26/15 38/14 38/16 39/2
39/18 39/19 40/4 45/19 60/5 60/10
60/15 78/10 78/21 78/25 82/8
83/12 84/3 84/3 87/2 101/13
101/16 101/18
deposited **[10]**   25/15 44/7 48/15
61/21 83/16 85/10 85/17 95/12
101/11 101/18
depositing **[6]**   26/8 35/22 47/14
47/20 92/25 94/3
deposits **[20]**   24/14 34/18 39/13
40/9 41/24 41/24 46/19 47/17 49/6
59/15 61/15 79/6 91/15 91/16
91/17 92/10 92/11 92/20 106/3
106/4
Dept **[1]**   1/20
deputy **[3]**   72/22 72/22 73/3
described **[1]**   102/1
designed **[4]**   21/7 54/11 96/17
100/11
desk **[1]**   16/16
despite **[1]**   51/15
detail **[3]**   76/19 77/4 81/4
details **[2]**   77/10 81/11
determine **[2]**   43/11 121/5
determined **[1]**   87/7
device **[1]**   97/23

**D**

**devices [6]** 14/7 14/9 14/11 54/21 54/23 99/4
**diagram [2]** 24/4 24/6
**did [84]** 8/3 8/7 8/10 10/19 14/9 14/13 14/16 15/15 15/21 16/9 16/25 16/25 18/14 18/23 20/22 23/10 24/7 26/10 29/25 31/6 47/4 48/13 51/1 51/12 55/6 56/12 59/22 60/25 62/25 68/25 73/3 84/6 86/4 87/6 87/7 90/4 94/19 95/1 95/11 98/19 100/9 103/1 102/5 103/1 103/2 103/25 104/1 104/3 104/5 105/24 106/4 106/12 106/14 106/19 106/21 106/22 106/24 107/1 107/7 107/9 107/10 107/20 107/22 107/23 108/4 108/6 110/23 113/21 113/23 114/3 115/13 115/23 116/1 116/22 116/24 118/10 118/11 118/12 119/24 121/13 121/14 122/2 124/2 125/5
**didn't [26]** 13/7 15/22 17/10 29/24 34/14 45/20 47/2 47/7 51/24 54/22 59/21 60/20 81/24 85/9 85/21 85/22 87/5 87/13 93/6 94/23 94/25 98/22 102/18 110/10 110/12 110/13
**difference [3]** 11/22 39/22 72/16
**different [11]** 20/23 21/5 22/24 28/8 59/16 99/18 101/5 104/8 104/14 107/1 118/9
**dire [1]** 115/11
**direct [14]** 3/7 7/13 19/13 20/10 24/1 24/12 47/18 100/8 100/24 102/17 103/14 103/16 112/25 122/17
**directed [1]** 123/6
**directing [2]** 65/8 105/2
**directly [3]** 62/21 78/12 92/15
**dirty [1]** 108/21
**disagree [2]** 52/6 78/5
**disbelief [1]** 52/14
**discovery [1]** 88/23
**discuss [6]** 25/23 29/15 71/9 110/6 124/10 124/16
**discussed [13]** 7/13 18/18 19/6 19/13 20/9 24/1 24/11 53/18 98/5 98/24 100/24 104/23 125/14
**discussing [2]** 20/15 22/3
**discussions [1]** 20/14
**displayed [1]** 119/17
**DISTRICT [7]** 1/1 1/1 1/10 2/7 12/25 122/21 123/14
**disturbing [1]** 114/15
**do [140]**
**docket [3]** 125/5 125/16 125/18
**document [7]** 22/17 75/22 100/25 118/8 118/9 118/15 118/24
**documentation [5]** 77/21 83/15 83/17 85/14 100/24
**documents [3]** 77/14 81/14 85/6
**does [18]** 25/12 35/4 35/5 36/9 42/17 45/23 45/24 63/3 79/25 83/17 84/9 84/23 86/10 86/12 93/9 106/25 111/18 124/23
**doesn't [20]** 5/12 7/9 30/16 30/20 35/3 41/3 42/14 42/16 42/18 43/19 45/22 54/16 63/1 63/7 63/10 80/1 85/20 92/2 100/1 109/4
**dog [2]** 118/14 119/6
**doing [16]** 15/11 16/10 36/16 52/2 52/12 59/23 76/16 76/18 77/20 81/3 81/21 88/18 100/2 100/17 100/18 106/22
**DOJ [9]** 1/16 1/19 49/23 50/3 51/6 52/18 52/21 53/4 53/10
**DOJ regularly [1]** 52/21
**DOJ-CRM [1]** 1/19
**DOJ-USAO [1]** 1/16
**dollar [3]** 24/12 60/8 60/14
**dollars [28]** 7/2 7/20 8/5 8/9 10/13 10/16 10/21 10/24 13/19 20/2 28/3 30/25 30/25 31/12 33/12 33/13 59/19 59/21 59/24 60/3 61/12 61/14 61/21 62/1 62/4 62/6 97/7 115/24
**domain [12]** 12/9 12/14 12/15 14/3 14/4 27/21 27/25 29/22 29/25 100/13 106/15
**domestically [1]** 49/24
**don't [102]** 4/13 5/16 6/22 9/11 12/20 13/1 25/11 26/11 26/16 29/1 31/7 31/7 31/7 32/13 32/25 33/3 34/17 35/5 35/16 37/1 37/24 37/25 39/25 40/6 41/14 42/3 43/2 43/10 43/21 43/25 45/22 48/20 49/5 50/18 53/12 55/7 55/8 56/3 57/13 57/15 59/13 60/18 60/22 61/5 64/17 64/20 64/24 65/2 65/10 65/13 65/18 65/20 66/6 66/15 67/9 68/2 68/10 68/18 69/10 69/18 70/8 70/11 71/7 71/8 71/9 72/21 75/5 77/13 77/25 78/15 78/22 78/24 79/4 79/8 79/14 80/9 81/14 82/25 88/12 89/5 89/5 89/16 90/24 91/5 92/8 93/16 93/21 93/22 98/1 98/16 103/1 103/5 107/15 111/7 114/8 115/16 116/11 124/9 124/10 124/16 125/6 125/10
**done [9]** 4/25 16/13 22/11 22/16 79/21 103/4 103/6 111/23 112/15
**double [6]** 94/16 94/20 94/22 95/1 95/5 96/7
**doubt [1]** 66/4
**down [51]** 6/19 6/24 11/1 14/17 17/6 17/14 24/25 27/5 29/13 30/13 31/13 32/15 36/11 38/7 39/17 45/10 49/8 49/21 50/1 50/21 50/25 54/17 55/6 62/13 64/2 64/3 64/25 65/19 65/20 66/4 66/13 66/19 66/24 68/9 68/17 69/9 69/17 69/19 75/24 76/10 80/25 81/10 83/8 89/19 100/16 102/22 105/1 107/24 108/5 117/5 123/2
**download [5]** 97/9 97/11 97/14 97/17 97/18
**downtime [1]** 67/11
**doze [1]** 111/4
**dramatically [2]** 60/12 61/13
**draw [2]** 40/6 116/16
**Dream [2]** 36/20 36/25
**drew [2]** 18/6 18/7
**drug [3]** 28/5 28/9 28/15
**duly [1]** 115/14
**during [6]** 7/13 15/13 24/1 115/11 115/17 115/23

**E**

**each [2]** 101/5 121/24
**earlier [3]** 19/19 46/21 102/1
**early [4]** 4/24 38/14 77/5 96/11
**earning [1]** 45/21
**earnings [2]** 59/14 62/5
**easily [1]** 23/13
**easy [3]** 13/13 20/13 82/18
**economic [1]** 76/24
**effect [2]** 51/7 54/12
**efforts [1]** 52/3
**either [4]** 5/11 46/20 88/19 107/2
**EKELAND [17]** 2/2 2/3 3/4 5/10 5/25 51/21 73/10 91/25 99/17 101/20 102/14 104/17 106/7 108/7 110/23 124/23 125/1
**elaborate [1]** 82/7
**eliminate [1]** 95/1
**else [4]** 21/16 21/22 77/6 112/15
**email [9]** 8/25 23/14 29/22 29/25 30/25 31/5 31/6 83/18 98/15
**encourage [2]** 72/6 72/24
**end [4]** 52/16 58/18 72/19 115/18
**enforce [1]** 89/21
**enforcement [7]** 65/19 65/20 66/4 68/17 109/12 122/24 123/7
**enforcing [1]** 89/22
**engagement [1]** 132/5
**engagement [1]** 27/22
**Enskild [1]** 84/8
**enter [2]** 116/22 119/6
**entered [1]** 118/13
**entire [1]** 11/13
**entirely [15]** 21/9 26/3 26/10 35/22 41/6 42/24 47/11 49/25 50/16 50/16 51/7 84/6 92/15 92/22 95/5
**entitled [2]** 11/24 126/5
**entity [2]** 51/3 51/5
**Enzar [1]** 117/1
**error [4]** 44/20 44/22 83/25 84/5
**essence [1]** 87/14
**essentially [4]** 18/2 19/16 63/23 114/12
**establish [1]** 58/1
**establishes [1]** 19/2
**establishing [1]** 115/4
**estimate [1]** 59/14
**European [1]** 13/6
**Euros [4]** 22/19 22/19 39/14 39/15
**evaluating [1]** 59/16
**even [10]** 37/11 46/11 71/9 77/11 79/10 81/12 102/5 107/20 107/24 108/4
**event [1]** 115/4
**eventually [4]** 104/18 105/16 113/21 119/23
**ever [11]** 65/13 66/10 68/25 69/11 70/5 70/13 70/15 70/18 70/22 87/9 99/5
**every [3]** 24/7 58/2 107/17
**everyone [2]** 5/6 111/5
**everything [7]** 24/5 26/2 26/14 84/16 95/21 96/5 124/7
**evidence [37]** 7/11 7/13 12/20 13/1 14/13 14/18 15/19 27/6 27/10 27/13 28/7 32/16 32/23 33/1 37/5 38/8 42/3 42/3 42/19 43/22 43/25 45/11 48/18 48/21 55/11 58/24 62/15 65/13 66/9 73/14 75/17 85/25 88/1 90/24 103/23 118/13 119/6
**exactly [4]** 49/5 67/9 80/3 92/8
**examination [12]** 3/4 3/4 3/7 6/2 7/13 19/14 20/10 24/1 24/12 99/14 100/24 112/25
**examined [2]** 78/9 106/18
**examiner [1]** 57/16
**example [3]** 11/18 21/3 21/5
**exception [1]** 92/19
**exchange [27]** 8/2 49/2 49/7 59/23 59/25 60/11 61/12 61/25 62/4 77/8 82/25 84/6 84/19 84/19 85/5 96/16 98/7 103/2 105/10 108/23 109/1 109/4 109/7 109/13 114/1 115/21 123/18
**exchanged [3]** 60/3 61/21 62/9
**exchanges [9]** 8/8 12/23 15/20 18/11 89/20 108/19 108/21 108/22 109/11
**exciting [1]** 103/4
**excluding [1]** 125/3
**excused [2]** 109/17 124/14
**execute [2]** 76/22 81/7
**executed [2]** 9/5 31/3
**executing [1]** 77/9
**exhibit [48]** 3/10 3/10 6/6 6/14 14/19 14/21 14/23 16/19 24/11 24/23 24/24 27/5 27/6 27/7 27/7 28/20 32/17 32/21 38/9 38/12 45/12 58/24 62/15 63/22 65/5 65/22 66/16 73/15 73/17 75/17 88/2 91/7 94/11 99/16 100/8 101/8 101/20 105/1 106/19 112/14 116/17 116/18 117/14 117/19 119/6 119/9 119/11 122/17
**Exhibit 2 [1]** 105/1
**Exhibit 313 [2]** 99/16 101/20

**E**

Exhibit 313A [2] 6/6 100/8
Exhibit 314 [1] 14/19
Exhibit 315 [2] 27/6 27/7
Exhibit 316 [2] 32/17 32/21
Exhibit 317 [1] 38/9
Exhibit 317C [1] 101/8
Exhibit 318 [1] 45/12
Exhibit 325 [1] 58/24
Exhibit 356 [2] 73/15 91/7
Exhibit 414A [1] 88/2
Exhibit 414C [1] 75/17
Exhibit 47D [2] 119/6 119/9
Exhibit 47E [4] 116/17 116/18
  117/14 122/17
Exhibit 601 [2] 62/15 106/19
exhibits [4] 3/9 65/7 95/6 102/13
exist [1] 84/23
expect [1] 106/1
expected [1] 106/3
expediting [1] 37/24
experience [5] 55/6 104/18 105/18
  108/11 116/5
experimenting [2] 78/24 103/3
expert [6] 11/9 28/2 57/25 89/24
  89/25 114/13
explain [4] 67/2 94/16 96/14
  100/20
explanation [1] 85/23
exposure [2] 102/4 108/15
expressing [1] 85/20
extreme [1] 102/2
Extremely [1] 101/7
eye [1] 111/5
eyewitnesses [2] 36/3 36/6

**F**

faces [2] 51/25 52/7
fact [13] 13/5 20/8 33/3 38/19
  49/18 50/3 85/9 92/19 99/2 104/23
  108/21 115/10 119/2
factor [1] 72/11
facts [3] 19/1 114/11 118/10
factual [1] 118/10
fair [4] 51/17 76/6 92/13 111/13
fairly [1] 96/11
fake [1] 17/10
Falco [3] 117/6 118/4 118/23
familiar [6] 9/4 37/22 63/5 90/10
  90/14 98/12
far [2] 114/10 121/3
favor [1] 111/17
FBI [4] 46/23 47/1 66/23 106/12
February [6] 1/5 80/18 82/8 87/23
  113/15 126/10
February 12th [1] 82/8
February 1st [1] 80/18
February 8 [1] 113/15
federal [3] 54/4 122/24 123/7
fee [3] 59/16 62/5 94/7
feel [1] 111/10
fees [11] 45/21 46/1 46/2 46/3
  46/6 46/17 59/18 62/1 92/6 92/8
  94/5
feet [1] 65/3
few [2] 81/9 122/19
fiat [1] 105/10
fight [1] 5/18
figure [1] 4/14
figured [1] 112/5
figures [3] 61/6 63/23 63/25
file [1] 59/3
filed [1] 125/2
filling [1] 77/9
final [2] 39/18 39/19
financial [4] 56/12 57/7 63/21
  99/22
find [6] 8/10 47/2 47/7 93/6
  106/3 111/24
fine [7] 5/8 5/11 5/15 28/11
  58/15 124/20 124/22

finish [7] 4/9 46/12 61/18 63/19
  76/4 88/2 95/25
finished [5] 6/15 19/11 23/19
  46/11 80/8
Firma [1] 84/8
first [24] 11/5 11/21 19/7 38/16
  38/20 40/24 46/4 55/2 80/20 80/22
  81/9 81/18 87/8 87/9 87/16 98/21
  101/13 105/2 113/4 113/5 116/25
  118/8 118/23 122/18
first-hand [2] 55/2 98/21
five [1] 15/1
flagged [1] 63/12
flexibility [1] 124/19
Floor [1] 2/4
flow [24] 19/18 19/19 19/20 19/20
  21/7 24/4 24/6 26/24 40/16 40/16
  62/20 62/24 63/8 63/11 63/15
  95/13 96/7 100/10 100/10 100/12
  100/14 101/1 107/10 109/15
flowed [1] 94/12
flowing [1] 94/8
focused [1] 16/11
fog [128]
Fog's [1] 53/25
folks [2] 4/16 67/12
followed [1] 53/19
following [2] 73/5 122/21
foregoing [1] 126/4
forensics [1] 57/7
forget [1] 82/18
forgive [2] 43/21 48/17
forgot [1] 82/17
form [1] 84/9
formula [1] 120/11
forthright [1] 79/20
forthrightly [2] 122/23 123/6
forward [5] 4/18 72/17 73/7 82/11
  83/21
found [1] 54/20 82/19 93/7
foundation [4] 37/1 53/12 90/1
  115/6
four [1] 4/15
frame [1] 79/17
frames [1] 102/6
frankly [2] 114/25 115/9
fraud [1] 57/15
free [1] 54/13
freelance [5] 89/13 89/17 92/17
  92/23 104/8
freelancing [3] 76/16 76/18 81/3
Friday [7] 17/21 111/20 111/20
  112/1 112/5 112/8 124/6
front [5] 16/13 100/8 120/1 120/6
  122/2
frustration [2] 81/25 85/20
full [3] 4/5 100/3 113/3
fully [4] 84/12 122/22 123/4
  123/5
fund [2] 22/23 22/24
funds [102] 7/10 11/19 12/2 12/6
  12/11 19/18 19/19 19/20 20/21
  20/25 21/7 21/14 22/12 22/13
  22/17 23/16 24/2 24/5 24/6 26/8
  26/24 27/18 27/25 28/14 34/19
  40/5 40/7 40/13 40/16 44/6 45/19
  46/15 46/16 46/25 47/20 48/15
  49/20 62/21 62/24 63/8 63/11
  63/15 78/2 78/15 79/19 84/2 84/7
  84/20 85/1 85/7 85/11 85/15 85/17
  89/12 91/18 92/6 92/7 92/9 92/13
  93/6 93/8 93/13 93/17 93/18 93/21
  93/22 94/3 94/4 94/8 94/12 94/14
  94/23 94/25 95/12 95/13 96/7
  100/10 100/12 100/22 101/1 101/10
  101/12 101/17 102/6 103/1 104/4
  104/13 104/15 105/18 105/21
  107/11 107/21 107/23 108/4 108/16
  108/20 108/21 108/22 108/25 109/2
  109/13 109/15
further [3] 99/12 99/19 109/16
future [3] 76/21 77/7 81/6

**G**

gave [1] 84/14
general [3] 37/25 58/11 122/14
generally [17] 14/11 15/17 16/11
  54/7 54/11 55/9 55/11 63/9 63/13
  77/22 78/22 101/24 102/9 104/4
  108/9 108/20 120/10
generates [1] 31/9
generation [1] 31/19
gently [1] 72/22
geographic [4] 62/23 62/25 63/3
  63/7
geolocate [1] 13/7
gesticulate [1] 52/10
get [24] 4/2 4/23 5/19 5/19 6/6
  14/18 22/19 24/4 42/15 45/11 59/2
  73/14 75/16 91/7 100/3 109/14
  110/2 110/4 110/19 111/22 112/15
  112/19 123/18 123/19
gets [1] 114/23
getting [4] 35/7 52/5 62/17 124/9
give [3] 63/7 63/10 110/2
given [2] 85/3 115/10
giving [1] 88/18
global [1] 27/16
globally [1] 33/4
go [45] 4/16 23/16 27/6 32/15
  39/6 49/13 49/14 49/17 50/21
  50/24 51/1 51/10 57/25 58/2 59/7
  60/20 63/19 70/2 71/6 72/10 73/15
  73/16 74/24 76/10 77/25 78/4
  79/12 80/17 82/14 83/2 84/15
  86/10 88/1 91/8 109/18 110/25
  111/1 111/2 112/18 112/23 117/5
  117/25 118/4 118/8 118/23
goes [2] 32/10 40/25
going [59] 4/2 4/14 4/16 4/23
  5/18 5/20 6/20 8/22 15/18 23/6
  26/17 29/17 30/2 30/4 30/7 30/10
  30/19 30/24 32/9 32/11 34/24
  35/18 50/8 50/24 51/20 51/21
  56/11 58/11 71/19 71/25 72/3
  72/15 72/17 77/8 84/7 85/5 90/2
  90/5 93/7 93/8 97/17 100/4 103/12
  105/16 109/4 109/14 109/18 109/21
  110/12 110/14 112/13 112/23 115/3
  115/10 116/5 121/6 124/3 124/4
  124/6
gone [3] 6/18 31/24 61/9
good [7] 6/4 6/5 76/20 77/2 81/5
  113/2 123/25
goods [2] 10/20 77/3
Google [2] 97/9 97/12
got [36] 4/4 4/15 6/25 7/1 10/9
  10/9 11/1 11/2 17/13 17/17 21/23
  22/1 29/12 29/13 29/17 31/4 32/9
  34/23 34/23 35/18 41/10 48/9
  48/18 48/21 56/9 58/13 74/18
  81/23 86/22 91/3 91/15 92/23
  110/25 111/1 111/1 112/2
Gothenburg [1] 37/8
gotten [1] 31/24
government [73] 3/10 3/10 5/8 6/6
  7/9 8/25 9/5 9/14 9/15 9/19 9/25
  13/25 14/2 14/19 16/19 25/11 27/6
  30/16 30/20 31/3 32/16 32/21
  35/21 36/11 38/9 41/3 42/14 42/16
  43/9 43/18 45/11 45/22 45/25 46/7
  46/14 50/15 51/3 51/4 51/8 51/12
  51/22 58/24 59/3 62/15 64/2 64/3
  65/1 73/15 75/17 85/25 88/2 91/7
  92/2 93/9 98/19 99/3 99/16 112/4
  114/15 114/18 116/16 116/18
  116/23 117/14 119/6 121/19 122/11
  122/17 123/1 123/9 123/11 123/20
  123/23
government's [5] 12/13 28/7 88/23
  91/22 109/20
Gox [73] 6/20 6/24 6/25 7/1 7/4
  8/4 15/2 16/20 17/2 17/17 17/23
  18/3 18/8 18/12 18/12 18/15 18/23

**G**

Gox... **[56]**  19/3 19/16 20/5 20/5
20/17 20/18 20/20 21/14 21/19
21/20 22/1 22/3 22/5 22/6 22/8
22/12 22/14 22/20 22/23 22/25
23/6 24/2 24/2 24/13 24/18 25/21
28/22 28/23 29/6 29/14 30/7 30/10
30/24 31/9 31/14 31/19 31/20
31/24 33/13 34/24 35/2 35/7 35/11
35/14 39/8 39/10 40/13 44/7 84/19
84/21 84/22 84/23 94/18 98/24
100/13 101/11
graph **[5]**  20/20 21/11 25/20 29/16
59/19
green **[1]**  101/15
grouped **[1]**  44/16
grouping **[2]**  41/18 41/19
guess **[1]**  4/25
guideline **[1]**  120/21
guidelines **[4]**  120/10 120/13
120/19 123/13
guilt **[1]**  114/19
guilty **[12]**  113/21 113/23 118/10
119/24 120/11 120/3 120/6 121/12
121/14 121/15 122/2 122/10
guys **[1]**  77/7

**H**

hack **[6]**  36/20 36/25 113/25 114/3
115/20 115/23
hacked **[1]**  67/15
hacker **[2]**  36/20 36/24
hackers **[1]**  67/7
had **[20]**  4/23 4/24 6/18 22/11
33/8 43/14 46/24 50/14 64/11
64/12 64/13 64/19 79/10 79/12
90/9 90/12 92/5 94/17 95/17 111/9
hadn't **[1]**  89/22
half **[3]**  72/16 97/6 120/22
hand **[6]**  5/2 55/2 98/21 101/22
102/8 116/12
handcuffs **[1]**  110/12
hands **[1]**  72/25
happened **[2]**  12/21 42/20
happening **[1]**  11/13
happy **[5]**  5/3 49/13 112/4
hard **[1]**  72/5
has **[54]**  4/7 4/8 4/8 4/9 4/19
4/20 4/21 5/4 5/5 5/17 9/14 10/10
14/2 14/20 27/25 28/1 30/25 37/25
38/19 45/25 46/14 50/4 50/7 52/25
53/13 53/18 53/21 55/16 58/1 58/2
61/2 61/9 63/16 63/21 71/2 71/24
77/23 86/22 90/7 96/24 103/6
111/7 111/10 111/12 114/10 114/11
114/16 114/17 114/17 115/7 118/13 122/5
122/8 123/15 124/4
hasn't **[1]**  122/9
HASSARD **[36]**  2/2 6/6 14/17 27/5
30/23 31/12 32/16 34/24 35/17
38/7 38/10 39/17 40/23 41/11 44/3
45/10 47/15 47/22 49/8 62/14
73/14 74/13 74/24 75/16 75/24
76/11 78/4 80/24 83/2 85/25 86/10
88/1 89/19 91/7 96/2 111/3
haste **[1]**  81/24
have **[191]**
haven't **[11]**  12/2 12/11 25/18
45/1 46/11 46/21 55/11 63/18
91/17 93/23 103/4
having **[6]**  4/16 14/13 34/17 43/9
67/3 71/25
he **[124]**  13/10 15/7 15/8 15/9
15/11 15/11 15/18 16/1 16/23
16/25 16/25 17/6 17/6 17/10 19/11
21/19 23/9 27/25 28/1 28/1 28/19
29/24 29/25 30/4 30/10 33/8 33/11
33/12 33/16 33/16 33/19 34/1 34/7
37/18 37/19 37/21 37/21 37/25
38/5 39/10 39/13 47/12 48/6 48/12
48/13 52/24 52/24 52/25 53/9 53/9

53/10 53/10 53/12 58/1 58/2 64/12
74/18 75/3 75/21 78/17 78/17
78/19 78/20 78/22 78/23 78/23
79/2 79/2 79/3 79/4 79/5 79/5
79/12 79/19 80/8 82/21 82/21
85/10 85/17 85/17 85/20 85/20
85/21 85/21 85/22 88/18 89/9
89/11 89/13 89/13 89/24 89/24
90/1 90/11 90/12 91/15 92/16
92/23 94/18 102/17 103/6 103/21
105/16 109/24 110/14 110/24 111/7
111/8 114/11 114/17 114/22 114/23
115/6 115/16 115/6 115/10 115/12
116/11
head **[1]**  61/6
hear **[2]**  18/23 49/16
heard **[3]**  55/3 55/22 98/21
hearing **[3]**  82/11 112/3 125/19
hearings **[1]**  51/16
Heather **[1]**  121/11
held **[4]**  49/15 57/23 62/8 114/7
helped **[1]**  67/12
her **[5]**  23/6 23/10 48/15 121/7
121/21
here **[65]**  4/11 6/18 11/13 12/21
21/11 24/3 24/23 24/25 25/6 27/18
27/24 28/15 29/14 32/12 36/16 37/21
39/6 39/7 39/19 40/5 40/24 41/10
42/20 43/17 50/21 51/22 52/2
52/11 54/18 55/8 55/9 57/24 58/3
58/12 64/17 66/2 66/2 72/3 72/7
72/24 74/18 78/4 78/19 79/20
84/15 86/18 90/21 91/9 95/15
101/15 102/7 103/5 105/14 110/7
110/19 110/25 111/3 111/8 112/16
115/2 116/4 116/10 124/8 124/11
124/15 125/22
heuristic **[6]**  41/17 41/19 44/17
44/21 44/24 45/8
hide **[1]**  29/24
high **[5]**  13/21 13/24 61/5 76/23
81/8
higher **[2]**  60/20 62/10
highly **[1]**  51/13
him **[19]**  16/1 21/17 21/22 37/17
39/13 58/1 58/7 58/8 66/22 74/18
77/21 79/12 79/14 80/7 92/16
92/22 110/19 110/21 116/13
himself **[2]**  21/19 74/5
his **[64]**  11/20 12/5 15/13 15/15
16/2 16/10 17/6 17/8 21/13 23/13
30/5 33/8 34/2 37/18 39/11 47/12
47/12 47/14 47/20 48/6 48/12
48/15 53/24 58/10 71/12 74/3
74/14 74/18 74/21 74/21 74/25
75/3 75/21 75/22 75/22 76/8 78/2
78/6 78/10 79/11 85/10 85/11
85/23 88/18 91/3 91/12 91/13
92/16 92/16 92/23 92/23 92/23
92/25 94/18 95/20 95/24 97/8 98/3
98/15 98/25 98/25 99/4 104/24
116/12
history **[3]**  84/18 105/4 105/8
hit **[1]**  61/3
hitting **[1]**  72/18
hold **[1]**  34/13
holding **[4]**  60/7 74/6 85/1 97/19
holds **[2]**  87/19 96/6
holistically **[1]**  100/21
home **[1]**  75/22
hometown **[3]**  36/20 36/24 37/22
Honor **[50]**  5/9 5/15 6/1 11/15
11/17 11/21 12/4 13/15 15/24 16/2
19/12 26/5 26/12 27/24 28/12
36/21 37/14 37/17 49/11 49/13
49/18 52/6 56/19 56/20 56/22
57/17 57/19 58/4 58/17 61/17
71/15 72/9 73/12 83/9 89/23 95/10
99/7 99/12 109/16 109/21 110/17
114/5 114/8 115/14 117/13 119/5
119/8 124/22 125/5 125/10

hope **[4]**  28/2 123/18 123/19
123/23
hopefully **[1]**  77/9
hoping **[1]**  123/20
host **[3]**  11/6 11/8 97/22
hosting **[5]**  11/9 11/10 13/22 14/3
14/4
Hosting.net **[1]**  13/24
hotmail.com **[7]**  9/2 9/10 24/22
31/1 31/5 31/8 35/3
hotmail.com email **[1]**  31/5
hotmail.com return **[1]**  31/8
how **[20]**  10/10 20/12 30/1 59/17
69/20 76/16 76/22 77/4 81/7 82/18
85/4 86/9 93/18 94/15 94/16 95/2
101/3 102/6 108/19 110/11
However **[2]**  47/19 63/13
huh **[5]**  11/12 29/17 31/17 49/8
53/25
hypothetical **[1]**  70/25
hypothetically **[1]**  47/19

**I**

I'd **[2]**  66/18 119/5
I'm **[15]**  7/22 19/10 19/11 28/19
37/11 43/4 55/25 73/21 76/16
78/18 80/8 87/14 90/4 99/21
123/16
I-L-Y-A **[1]**  113/5
IBAN **[2]**  88/13 88/15
ID **[11]**  17/6 17/10 22/8 39/11
48/6 48/12 74/3 74/16 84/10 95/21
98/25
ideal **[1]**  43/11
identifiable **[2]**  23/13 67/22
identification **[3]**  75/3 75/5 75/6
identified **[3]**  47/3 122/25 123/8
identity **[1]**  85/6
IDs **[1]**  91/13
illegal **[5]**  11/10 11/13 28/5 28/6
108/24
illicit **[6]**  11/18 11/20 97/20
107/23 108/1 109/7
Ilya **[6]**  3/6 109/22 113/5 113/7
117/9 118/24
impact **[1]**  102/7
impermissible **[1]**  50/6
implying **[1]**  49/21
important **[2]**  77/3 100/2
impossible **[1]**  103/2
improper **[1]**  52/14
incarcerated **[2]**  110/15 113/13
include **[2]**  104/1 106/25
including **[2]**  20/7 123/12
increasingly **[1]**  4/3
incredible **[2]**  50/2 102/5
independent **[3]**  63/16 63/21 63/24
indicate **[2]**  18/19 100/10
indicated **[1]**  90/13
indicates **[1]**  22/18
indicating **[1]**  117/6
indication **[1]**  84/14
indicative **[1]**  26/23
indirect **[5]**  47/18 91/15 91/16
92/10 103/17
indirectly **[4]**  62/21 92/11 92/15
104/15
individual **[4]**  60/15 61/15 80/1
115/5
individuals **[3]**  102/2 107/14
117/2
inform **[1]**  123/13
information **[31]**  9/6 9/15 14/10
14/12 18/17 18/19 18/21 25/20
40/1 46/24 47/5 47/7 54/23 55/7
55/15 63/2 63/3 75/18 76/8 76/8
78/1 78/22 84/11 84/15 84/25 85/6
85/10 85/12 85/18 85/21 89/6
initial **[3]**  78/21 78/25 83/18
initially **[2]**  85/10 85/17

## I

injunction [1] 112/3
input [1] 45/19
inputs [1] 39/25
inquire [2] 72/10 72/22
inquired [1] 83/13
inside [1] 101/15
insinuate [1] 51/22
instance [1] 23/1
instantly [1] 60/3
Instawallet [6] 90/12 90/14 90/15
90/16 90/22 90/25
instead [2] 84/1 85/1
Institute [3] 56/17 56/24 57/9
intent [1] 34/17
intentionally [1] 79/17
interact [1] 52/4
interacted [1] 37/19
interest [2] 12/13 111/15
intermediary [1] 48/16
international [4] 50/13 53/7
56/15 57/8
internationally [1] 49/24
internet [4] 17/20 76/24 84/17
98/19
interpretation [2] 26/25 67/19
introduce [1] 113/2
investigation [3] 14/8 16/2 16/9
invoice [11] 82/19 83/7 83/11
83/25 88/3 88/6 89/3 89/9 89/9
89/11 104/1
invoices [8] 84/4 88/23 89/1 89/6
103/24 104/5 104/7 104/13
involve [1] 102/1
involved [5] 12/2 24/7 28/14 49/6
63/6
involving [2] 15/2 98/2
IP [5] 13/5 13/6 13/7 13/9 13/13
IRS [3] 46/23 47/1 106/12
is [648]
isn't [5] 13/6 22/5 61/24 62/3
88/11
issue [9] 4/20 4/21 5/7 5/18
94/20 94/22 96/8 111/6 112/14
issued [5] 49/10 50/4 50/15 52/18
95/18
issues [5] 4/4 4/5 53/4 94/16
110/11
it [297]
it's [2] 76/23 82/18
IT-related [1] 76/18
item [2] 58/11 58/11
items [1] 15/19
its [7] 31/3 55/16 84/20 97/1
111/19 123/11 123/12
itself [1] 52/12

## J

jail [1] 115/7
January [2] 60/16 60/19
January 1st [1] 60/19
JEFFREY [1] 1/18
Jersey [2] 16/16 16/17
job [1] 89/13
jobs [1] 92/24
Jonkoping [2] 37/10 37/13
judge [10] 1/10 120/2 120/6
120/18 121/4 122/1 122/2 122/5
123/21 123/22
July [3] 76/6 117/1 118/1
July 13th [2] 117/1 118/1
July 25th [1] 76/6
jurisdiction [1] 63/13
jurisdictional [2] 63/10 63/14
juror [10] 4/7 4/8 4/9 4/11 4/24
5/5 72/2 72/10 72/17 111/4
juror's [1] 71/25
jurors [9] 4/4 4/5 71/18 71/24
72/7 72/15 72/23 73/4 115/11
jury [48] 1/9 5/1 5/19 5/21 6/11
7/24 14/20 37/4 38/8 52/1 52/4

52/7 52/7 52/8 52/10 52/11 52/13
80/7 82/11 82/14 82/15 82/15
82/4 82/15 83/3 96/14 97/18 101/9
110/6 110/9 110/12 110/13 110/20
111/8 111/13 112/12 112/15 112/20
112/23 113/3 114/18 115/2 115/3
117/18 117/22 119/10 124/12
jury's [1] 58/3
just [63] 5/1 6/9 7/24 10/13
13/10 17/22 18/8 19/23 19/25
20/20 23/2 24/4 24/10 25/24 26/23
31/15 34/14 34/22 37/4 52/4 53/9
56/8 57/24 58/3 58/12 58/23 59/15
60/7 65/4 65/8 65/22 72/3 72/16
72/22 76/10 80/20 81/23 83/3
84/10 85/24 87/7 87/12 91/16 92/7
93/2 93/3 94/12 94/15 95/13 105/4
110/3 110/7 110/10 110/16 110/24
111/7 112/23 114/21 115/6 116/12
116/25 119/14 125/19
JUSTICE [3] 1/13 1/20 49/10
justify [1] 89/11

## K

keep [3] 4/13 111/5 124/5
kept [1] 30/5
key [13] 25/11 30/16 30/20 41/3
42/16 42/25 43/2 43/8 43/9 43/14
43/19 101/23 102/8
kind [6] 15/15 15/18 20/4 72/2
72/5 114/17
kindly [1] 82/7
knew [3] 43/14 84/17 115/12
know [55] 5/2 15/7 15/9 15/11
16/23 17/2 22/18 29/1 31/8 37/4
37/7 37/10 40/6 41/14 43/14 49/5
49/5 51/7 54/6 55/5 55/8 61/1
64/11 65/24 66/17 71/17 72/5
77/13 80/9 81/14 82/25 84/6 85/22
88/15 89/16 92/8 93/16 93/21
93/22 97/17 98/1 103/1 103/21
110/10 111/7 111/21 112/13 112/24
114/10 120/10 120/14 120/19 121/3
121/12 121/16
knowing [4] 42/25 46/1 105/3
105/8
knowledge [22] 25/13 30/22 37/18
38/1 38/4 41/5 53/13 53/16 54/22
55/2 65/12 66/8 67/2 68/4 68/12
68/15 69/2 69/12 98/18 98/21
107/15 114/10
known [2] 114/22 115/10
Kolbasa [2] 7/14 100/22
Kolbasa99 [2] 28/24 31/20
Kollar [7] 120/2 120/6 121/4
122/3 122/5 123/21 123/22
Kollar-Kotelly [7] 120/2 120/6
121/4 122/3 122/5 123/21 123/22
Kosem [2] 82/5 83/4
Kotelly [7] 120/2 120/6 121/4
122/3 122/5 123/21 123/22
Kraken [13] 48/2 49/2 49/4 49/6
91/6 91/8 91/9 94/15 94/19 95/15
95/17 95/20 96/6
KYC [23] 23/6 40/1 47/14 73/25
76/8 77/21 78/1 85/10 85/12 89/21
91/12 92/17 92/25 94/3 94/9 95/17
95/20 97/21 97/21 98/7 98/25
104/17 105/15
KYCed [12] 16/23 17/3 17/4 17/6
22/21 29/7 29/9 39/10 48/4 48/10
48/15 105/19

## L

L-I-C-H-T-E-N-S-T-E-I-N [1] 113/6
labeled [4] 8/23 40/4 118/18
118/24
laid [1] 22/18
large [7] 14/6 59/3 84/18 92/20
93/6 93/8 106/4
larger [1] 34/7
last [17] 19/8 49/20 53/25 54/2

55/23 56/1 56/4 61/8 77/12 80/21
80/21 112/24 113/3 113/7 113/4
113/6 118/4
late [2] 4/6 4/17
later [4] 62/9 79/2 84/17 103/16
laughing [1] 52/13
launched [1] 65/16
launder [1] 116/6
laundering [11] 11/18 11/22 11/23
85/13 89/21 109/12 113/19 113/24
120/4 120/4 121/18
law [9] 2/3 65/19 65/20 66/4
68/17 109/12 116/1 122/24 123/7
lawful [1] 84/12
laws [3] 89/21 89/25 121/5
lawyer's [1] 37/5
lay [4] 25/20 37/1 53/12 90/1
laying [2] 100/25 115/6
leading [1] 103/9
least [7] 16/17 35/21 43/17 55/18
55/20 110/4 112/18
leave [2] 4/7 4/8
leaving [3] 4/10 8/18 101/10
ledger [6] 45/23 45/25 46/9 46/14
92/2 93/10
left [16] 6/19 6/22 111/8 114/24
legal [9] 11/15 11/24 26/3 26/5
26/7 26/10 27/20 91/19 91/21
legally [1] 122/1
legible [1] 33/22
legitimate [2] 108/8 108/18
lengthy [2] 54/13 114/24
lenient [1] 123/19
less [2] 105/12 120/23
let [15] 4/16 38/9 42/14 65/24
66/17 66/22 67/2 71/17 72/5 80/7
90/1 111/7 116/25 117/21 123/17
let's [16] 5/19 6/24 39/6 52/15
70/2 71/6 71/7 90/8 109/20 110/3
110/5 110/19 112/7 118/17 119/13
124/2
lets [1] 112/18
letter [3] 117/1 118/1 118/2
level [3] 58/11 85/10 102/5
Liberty [43] 7/16 8/4 8/12 8/22
9/14 9/15 9/18 9/20 9/22 9/23
9/25 10/9 10/9 10/13 10/19 10/20
10/23 11/3 13/18 13/21 18/9 20/21
21/1 21/11 21/15 21/20 21/21
23/16 23/19 23/25 24/13 24/17
24/19 24/21 26/18 28/22 30/4 33/6
33/9 33/12 95/23 95/25 100/16
license [8] 62/1 80/10 80/12
80/12 92/6 92/8 94/5 94/7
licenses [1] 80/1
Lichtenstein [7] 3/6 113/5 113/7
113/11 117/9 118/25 125/14
Lichtenstein's [1] 125/3
Lichtenstein [1] 109/22
life [6] 15/16 15/23 16/10 38/5
57/4 77/6
light [1] 84/9
like [33] 9/16 11/2 15/16 17/13
19/25 23/5 25/3 28/10 29/14 33/12
34/1 40/3 42/7 50/18 52/11 58/11
58/13 58/23 66/18 69/22 76/21
76/21 79/11 80/2 81/6 81/6 85/24
94/17 94/18 99/23 102/17 111/10
116/21
likelihood [1] 101/4
likely [1] 41/23
likewise [1] 63/10
limine [2] 115/14 125/2
limited [3] 74/24 74/25 123/12
LINDSAY [3] 2/6 126/3 126/12
line [1] 99/20
linking [1] 90/24
list [4] 34/4 35/4 35/15 57/25
listed [1] 87/20
listener [1] 51/7
listing [1] 75/21
little [13] 30/23 31/13 33/24

**L**

little... [10]   34/25 35/17 38/10
44/3 50/1 62/16 76/4 77/17 79/1
94/15
lived [2]   37/18 38/5
living [2]   15/7 15/8
LLC [2]   98/13 98/20
local [2]   122/24 123/7
LocalBitcoin [7]   15/20 47/23
74/19 74/21 91/17 96/14 96/16
LocalBitcoins [1]   96/2
located [2]   18/8 48/23
location [3]   12/23 49/3 63/5
log [1]   19/8
logs [3]   20/2 20/4 36/5
long [3]   79/5 114/22 123/16
longer [2]   5/5 54/12
look [24]   13/5 13/13 17/12 42/7
52/8 58/23 65/5 65/22 66/16 75/16
78/1 81/17 82/2 83/1 86/17 99/22
107/1 107/7 107/10 116/25 119/13
125/1 125/4 125/20
looked [3]   13/9 56/8 107/4
looking [15]   6/15 17/3 17/15
20/20 30/3 52/7 52/12 66/24 76/23
81/19 82/11 83/20 100/5 112/5
119/14
looks [10]   11/2 17/13 23/5 25/3
29/13 33/12 34/1 42/7 81/22
116/21
lose [1]   110/23
lot [9]   5/4 8/8 8/14 76/20 81/5
85/3 96/19 102/9 103/2
low [4]   76/22 81/7 82/18 82/21
lower [1]   123/23
loyal [1]   85/2
LR [2]   10/11 105/11
LTD [1]   95/19
Luke [2]   3/3 5/24
lunch [4]   112/11 124/19 125/1
125/7

**M**

ma'am [29]   99/21 99/24 100/19
101/10 101/24 102/16 102/24
103/22 103/25 104/3 104/6 104/20
105/6 105/20 105/24 106/6 106/9
106/11 106/14 106/17 106/21
106/24 107/9 107/12 107/15 107/22
108/6 108/10 108/13
made [8]   46/2 51/13 59/18 60/2
78/10 82/8 83/19 84/13
Magazine [1]   50/12
majority [1]   16/17
make [21]   5/5 11/10 17/5 34/16
42/22 51/25 52/1 54/11 58/5 72/6
72/7 72/24 76/23 77/1 81/8 93/17
109/19 124/5 124/8 124/8 125/8
makes [2]   20/13 94/20
making [12]   26/3 26/15 41/24
41/24 51/14 52/6 52/9 74/18 76/25
77/10 87/1 94/10
man [5]   54/6 54/10 54/11 54/15
54/20
manage [1]   115/23
Management [2]   56/25 57/9
mandatory [3]   120/13 120/15
120/24
manner [1]   100/23
many [6]   64/21 79/15 84/13 86/9
104/8 111/11
March [8]   72/10 72/19 82/5 82/12
82/16 83/4 83/24 91/10
March 10th [1]   83/24
March 18th [1]   91/10
March 3rd [2]   82/5 82/12
March 7 [1]   82/16
March 7th [1]   72/19
March 9th [1]   83/4
market [3]   109/3 109/10 109/14
marketplaces [1]   107/1

markets [8]   62/22 106/18 106/19
marshals [1]   110/2
master's [1]   57/11
match [1]   96/17
matched [1]   106/1
materials [1]   90/13
matter [9]   9/13 9/13 13/5 53/14
53/17 111/25 122/13 122/14 126/5
matters [2]   122/25 123/8
maximum [2]   120/7 120/9
maximums [1]   121/22
may [16]   4/24 5/25 26/8 28/8
38/10 73/10 78/23 78/23 79/5 79/5
82/3 98/1 112/21 117/17 119/9
124/13
maybe [9]   5/5 28/3 71/16 77/13
81/13 91/24 110/1 114/11 115/16
me [49]   5/3 19/1 34/20 38/9 42/4
42/14 43/21 44/20 45/7 48/17
48/17 49/16 50/8 55/16 58/6 60/23
61/5 61/8 61/11 62/23 65/24 66/17
67/2 67/18 71/17 72/5 77/16 81/19
84/24 85/4 85/8 85/16 90/11 90/20
94/16 97/13 111/7 111/9 111/24
114/13 114/15 114/15 114/25
115/17 116/25 117/21 123/17
124/20 125/2
mean [9]   15/13 28/3 34/16 50/15
81/21 82/17 91/21 92/8 109/5
means [3]   8/25 10/13 84/8
medical [1]   4/19
meet [1]   15/18
meet-ups [1]   15/18
meeting [1]   15/20
member [3]   56/14 56/17 56/24
members [4]   54/24 110/6 112/23
113/3
mentioned [2]   90/11 90/11
merely [1]   27/25
message [2]   76/5 102/20
messages [1]   64/18
Miami [4]   54/25 55/5 55/9 55/12
mic [1]   73/21
MICHAEL [1]   2/2
microphone [2]   5/13 125/9
Microsoft [4]   9/4 9/5 9/9 31/4
might [4]   63/12 67/14 99/6 112/6
mildly [1]   77/19
million [1]   97/7
millions [1]   115/24
minimum [1]   120/24
minute [3]   110/1 110/5 118/8
minutes [11]   69/23 69/24 70/1
70/2 71/7 71/8 71/8 110/8 110/25
114/24 115/2
misconduct [1]   51/22
misleading [1]   79/18
misstating [1]   15/25 95/7
mix [4]   45/14 45/18 48/14 94/3
mixed [2]   94/4 114/11
mixer [10]   78/17 78/20 78/23 79/3
79/13 103/21 108/23 108/25 109/4
109/14
mixers [2]   78/2 103/7
mixing [5]   47/13 78/3 103/7
107/21 108/8
money [34]   11/18 11/22 11/23
22/17 33/16 40/8 46/20 59/17 62/7
70/13 71/1 76/23 77/2 77/2 77/10
81/8 82/18 82/21 84/25 85/13
89/21 92/17 95/2 100/25 103/12
108/19 108/21 109/12 113/19
113/24 116/6 120/5 120/4 121/18
month [4]   23/21 64/5 77/13 81/14
months [3]   120/22 120/23 120/25
Moon [2]   95/18 95/20
more [27]   4/22 26/3 27/1 32/2
34/10 34/20 52/12 58/1 58/6 58/11
58/13 69/20 76/7 77/4 77/21 78/1
85/14 87/20 100/3 100/3 108/16
108/17 115/7 120/25 121/2 123/17

123/19
Morgan... [72] 122/21 122/23 122/8
morning [14]   1/7 4/3 6/4 6/5
60/23 60/25 111/20 111/20 112/1
112/8 124/6 124/6 124/11 124/15
MOSS [1]   1/9
most [2]   90/16 90/19
motion [3]   115/13 125/2 125/11
movable [1]   112/6
move [11]   37/3 38/2 57/18 58/6
58/6 74/13 90/8 111/16 115/15
117/13 119/5
moving [15]   4/18 7/14 7/16 8/11
21/14 23/10 64/25 67/25 72/7
107/23 107/23 108/4 109/3 111/17
124/5
Mr [31]   3/4 3/7 6/4 6/14 12/2
14/21 19/17 20/24 28/14 38/12
41/12 45/10 49/19 52/18 58/20
59/9 62/18 66/7 67/2 73/17 75/19
78/4 86/2 99/17 105/21 108/1
108/7 113/11 117/1 125/3 125/14
Mr. [237]
Mr. Bansal [1]   117/2
Mr. Ekeland [14]   5/10 5/25 51/21
73/10 91/25 99/17 101/20 102/14
104/17 106/7 108/7 110/23 124/23
125/1
Mr. Hassard [33]   6/6 14/17 27/5
30/23 31/12 32/16 34/24 35/17
38/7 38/10 39/17 40/23 41/11 44/3
47/15 47/22 49/8 62/14 73/14
74/13 74/24 75/16 75/24 76/11
80/24 83/2 85/25 86/10 88/1 89/19
91/7 96/2 111/3
Mr. O'Shea [1]   117/2
Mr. Pearlman [1]   112/21
Mr. Scholl [1]   102/14
Mr. Sterlingov [99]   9/19 11/19
14/13 15/5 16/10 18/3 18/16 18/22
19/2 21/9 21/16 21/21 22/2 23/13
23/25 25/25 29/22 29/24 31/6 36/8
37/18 41/6 41/8 44/5 44/10 45/19
47/3 47/8 47/12 47/19 48/2 49/9
50/11 52/19 54/4 54/25 55/4 55/8
55/12 64/7 64/11 65/11 65/13 66/9
67/1 67/22 67/22 68/3 68/6 68/11
68/14 68/22 68/25 69/4 69/11
69/14 70/5 70/10 70/15 70/17
70/22 76/7 77/17 77/20 77/23 78/5
78/10 78/16 78/19 79/10 79/18
80/2 80/10 81/23 82/16 85/8 85/16
85/19 86/14 88/6 88/18 88/20 89/8
90/9 90/14 90/24 92/14 94/17
95/12 95/17 96/19 98/15 99/3 99/6
99/11 100/25 101/17 114/17 114/20
Mr. Sterlingov's [87]   7/7 7/11
7/18 7/19 9/8 9/24 14/6 14/7
15/23 16/21 18/20 20/5 20/21
20/21 21/12 21/20 22/4 22/6 22/18
23/17 24/13 24/21 25/21 26/18
28/21 29/1 29/7 29/17 30/4 32/11
33/5 34/4 35/4 35/15 36/19 36/24
38/1 38/4 39/7 40/13 44/6 46/19
47/17 47/25 48/4 49/22 54/21
73/23 73/25 74/14 74/25 75/18
78/13 78/25 79/16 83/22 89/16
90/10 91/6 91/9 91/21 92/20 93/7
93/9 93/18 94/9 94/13 94/14 95/14
95/15 95/23 95/25 97/3 97/24
98/12 98/20 98/24 100/12 100/15
101/11 101/17 101/14 117/4 114/20
103/18 104/17 105/22
Ms [1]   3/4
Ms. [7]   50/19 51/10 117/2 117/5
118/4 118/23 122/8
Ms. Collins [1]   117/2
Ms. De [3]   117/5 118/4 118/23
Ms. Morgan [1]   122/8
Ms. Pelker [2]   50/19 51/10
Mt [2]   30/7 35/14
Mt. [71]   6/20 6/24 6/25 7/1 7/4

## M

**Mt....** [66]   8/4 15/2 16/20 17/2
17/17 17/23 18/3 18/8 18/12 18/12
18/15 18/23 19/3 19/16 20/5 20/5
20/17 20/18 20/20 21/14 21/19
21/20 22/1 22/3 22/5 22/6 22/8
22/12 22/14 22/20 22/23 22/25
23/6 24/2 24/2 24/13 24/18 25/21
28/22 28/23 29/6 29/14 30/10
30/24 31/9 31/14 31/19 31/20
31/24 33/13 34/24 35/2 35/7 35/11
39/8 39/10 40/13 44/7 84/19 84/21
84/22 84/23 94/18 98/24 100/13
101/11

**Mt. Gox** [71]   6/20 6/24 6/25 7/1
7/4 8/4 15/2 16/20 17/2 17/17
17/23 18/3 18/8 18/12 18/12 18/15
18/23 19/3 19/16 20/5 20/5 20/17
20/18 20/20 21/14 21/19 21/20
22/1 22/3 22/5 22/6 22/8 22/12
22/14 22/20 22/23 22/25 23/6 24/2
24/2 24/13 24/18 25/21 28/22
28/23 29/6 29/14 30/10 30/24 31/9
31/14 31/19 31/20 31/24 33/13
34/24 35/2 35/7 35/11 39/8 39/10
40/13 44/7 84/19 84/21 84/22
84/23 94/18 98/24 100/13 101/11

**much** [10]   59/17 62/10 69/20 72/9
77/4 84/15 93/18 95/2 105/12
124/9

**multiple** [10]   20/14 21/6 48/16
90/13 94/24 95/12 96/20 102/12
104/12 104/13

**music** [2]   68/21 68/23

**my** [80]   9/11 9/13 11/9 16/11 17/4
18/4 19/13 20/10 22/20 23/8 24/1
24/12 25/13 26/22 30/18 30/22
40/3 41/5 41/23 42/15 46/11 52/11
54/5 54/22 60/13 61/6 65/12 66/8
67/2 67/5 67/7 67/17 68/4 68/12
68/15 69/2 69/12 76/18 77/6 77/7
77/10 77/10 77/12 77/14 77/14
79/15 81/4 81/11 81/11 81/13
81/14 81/15 82/20 82/20 82/23
84/2 84/3 84/7 84/10 84/17 84/25
85/1 85/6 85/23 94/4 98/4 98/9
98/18 103/4 103/14 107/6 107/25
111/21 112/8 113/5 114/12 116/21
120/24 121/9 124/4

**Mycelium** [9]   79/16 97/4 97/7 97/9
97/11 97/14 97/17 97/18 103/13

**myself** [1]   54/23

## N

**N.W** [1]   1/16

**name** [44]   7/19 9/8 9/24 12/9
12/14 12/15 17/8 18/20 21/13 22/4
22/6 23/17 30/5 33/8 44/23 45/7
47/17 47/21 47/25 74/14 74/21
75/1 75/21 87/4 87/5 87/7 87/11
87/15 87/25 91/13 95/24 96/1 98/3
100/15 104/19 105/22 108/23 113/3
113/4 113/5 113/5 113/6 114/17
121/10

**Namecheap** [3]   97/25 98/2 98/3

**named** [1]   68/20

**naming** [1]   87/10

**national** [3]   50/13 53/7 53/21

**nature** [1]   28/10

**NDEA** [1]   88/9

**necessarily** [11]   11/11 26/16
40/16 45/16 67/20 79/14 79/20
85/12 85/14 109/1 109/2

**necessary** [5]   5/12 5/16 111/22

**need** [18]   4/21 22/13 69/20 71/14
72/11 77/4 80/24 84/15 91/24
93/12 104/19 105/10 105/16 109/25
111/6 111/23 122/15 124/15

**needed** [4]   22/16 85/6 85/22
103/20

**neglected** [1]   111/8

## N

**network** [2]   27/16 105/13
106/7 67/1 68/3 68/11 68/25 79/5
66/7 67/1 68/3 68/11 68/25 79/5
83/11

**new** [5]   1/20 16/16 16/17 103/3
125/6

**Newark** [2]   16/16 16/17

**news** [2]   53/19 76/24

**next** [7]   1/23 10/10 23/22 23/22
72/11 109/20 109/21

**NFS9000** [6]   28/23 31/1 31/5 31/8
35/3 100/22

**no** [135]

**none** [2]   11/23 92/19

**Nordea** [1]   88/11

**normal** [1]   84/11

**not** [231]

**note** [2]   4/24 51/24

**noted** [1]   115/15

**notes** [1]   14/7

**nothing** [10]   18/15 22/1 25/24
27/24 31/5 36/8 44/4 44/10 97/20
99/4

**noticed** [3]   83/6 83/10 84/4

**notion** [1]   114/23

**November** [16]   13/18 14/24 15/3
23/23 24/20 24/25 25/3 25/14
33/14 33/19 34/23 35/6 35/11
35/18 40/8 65/1

**November 2011** [1]   14/24

**November 24th** [4]   23/23 24/20
24/25 25/14

**November 27th** [2]   33/14 33/19

**November 28** [1]   35/11

**November 28th** [2]   34/23 35/6

**November 29th** [1]   35/18

**November 6th** [1]   13/18

**now** [35]   4/13 6/9 11/1 14/17
16/20 17/20 17/24 18/21 23/21
30/2 30/3 32/15 39/6 49/9 55/21
56/11 58/23 59/4 62/14 69/25 71/5
72/20 76/10 80/17 82/17 83/1
83/22 84/19 84/23 91/6 99/17
105/25 115/6 116/16 120/3

**nowhere** [6]   9/8 9/18 9/22 9/23
14/12 17/20

**Nucleus** [4]   67/25 67/25 68/3 68/6

**number** [71]   4/4 6/20 6/24 6/25
7/4 16/20 18/3 18/13 18/23 19/3
19/16 20/5 20/6 20/17 20/18 22/5
22/8 22/12 22/14 29/6 30/7 30/11
30/24 31/9 31/15 31/24 33/13
34/24 35/2 35/11 35/15 39/8 41/18
41/20 41/21 41/21 42/5 42/5 42/8
42/9 44/17 47/23 48/2 48/8 61/5
64/20 65/5 65/25 75/24 75/25 76/4
76/10 80/17 81/16 81/17 82/14
83/1 83/2 83/22 84/1 84/1 84/10
88/13 88/15 94/12 96/9 98/25
99/17 102/23 105/11 125/9

**numbers** [2]   60/12 61/13

**numerous** [1]   51/16

**NW** [3]   1/14 1/20 2/8

**NY** [1]   2/4

## O

**O'Shea** [1]   117/2

**objection** [49]   10/2 10/3 11/15
11/25 12/4 12/17 13/15 15/24 26/5
27/2 27/20 29/3 36/21 37/14 40/18
43/1 43/4 44/12 44/25 46/10 49/11
52/22 53/9 56/19 57/17 63/17 71/3
80/14 89/23 90/2 90/5 91/19 93/1
93/15 93/24 95/7 99/7 103/9
104/10 104/21 107/25 109/8 114/5
115/14 117/15 117/16 119/7 119/8
125/6

**objections** [1]   115/5

**obligation** [1]   123/12

**obligations** [1]   123/11

**obscure** [4]   21/7 26/24 100/11
109/15

## O

**observed** [1]   9/12

**obtain** [1]   30/4

**obtained** [1]   14/10

**obviously** [5]   4/19 5/3 28/6 55/3
115/5

**occur** [1]   114/3

**occurred** [9]   13/2 24/6 24/14
32/24 33/2 43/23 44/1 48/19 48/22

**occurring** [3]   27/10 27/13 106/8

**October** [23]   7/20 8/19 11/5 14/24
15/3 17/12 23/16 24/14 29/12 30/3
30/8 30/12 30/19 31/10 31/12 32/3
32/10 39/13 39/14 40/25 49/19
64/2 64/4

**October 12th** [1]   39/13

**October 13th** [2]   39/14 40/25

**October 2013** [1]   64/2

**October 20th** [3]   7/20 8/19 11/5

**October 28** [1]   30/19

**October 29th** [1]   49/19

**October 3rd** [5]   17/12 23/16 24/14
29/12 30/3

**October 8** [2]   30/8 30/12

**October 9** [2]   31/10 31/12

**October 9th** [2]   32/3 32/10

**off** [8]   6/19 6/22 22/23 51/5
51/12 51/21 101/21 102/8

**off-chain** [1]   101/21

**offense** [6]   118/25 119/2 119/14
120/8 120/22 121/18

**offered** [1]   28/2

**offering** [1]   11/18

**offhand** [1]   60/18

**office** [7]   122/20 122/21 122/23
122/25 123/7 123/8 123/14

**Official** [3]   2/7 126/3 126/13

**offline** [1]   67/25

**often** [1]   104/18

**Oh** [2]   116/11 116/13

**okay** [23]   10/5 11/5 11/8 16/19
43/5 44/14 52/15 69/24 70/2 72/21
81/1 91/6 94/2 109/17 109/23
109/25 110/3 111/17 112/7 112/24
117/5 118/17 124/17

**old** [2]   15/12 103/5

**Omedetou** [18]   20/11 22/10 23/5
23/9 29/10 46/3 48/14 67/3 67/6
67/10 67/12 67/14 90/21 91/3 94/2
104/23 105/5 105/14

**Omedetou's** [1]   20/15

**once** [4]   39/7 51/6 80/25 91/12

**one** [51]   4/23 8/3 11/5 12/7 13/24
19/10 21/4 21/24 24/10 24/23 26/3
26/25 27/1 28/18 32/2 37/25 38/22
40/11 42/15 44/23 45/7 54/8 55/18
55/20 58/6 58/13 61/9 65/7 70/12
70/20 71/23 71/24 72/17 77/5
78/16 78/19 82/17 85/8 86/20 87/1
89/2 90/16 91/10 100/17 100/18
101/5 102/17 104/12 121/18 121/18
123/17

**onion** [2]   55/17 55/20

**online** [2]   50/12 101/22

**only** [11]   4/11 40/5 43/3 43/10
43/12 47/16 54/23 84/22 86/20
89/3 100/22

**open** [4]   72/13 75/14 104/19
111/25

**opened** [3]   75/7 77/25 78/6

**operated** [2]   13/25 63/4

**operating** [15]   25/25 36/8 44/5
44/10 50/18 54/4 55/6 55/10 55/12
55/24 56/2 56/5 75/12 98/8 107/20

**operation** [1]   74/11

**operator** [5]   47/3 49/25 50/14
50/17 50/22

**opinion** [4]   11/20 76/25 77/1
103/14

**opportunity** [1]   88/19

**option** [1]   111/20

**oral** [1]   125/19

**order** [3]   22/19 83/19 116/6

**O**

**orders [1]**  7/9
**origin [3]**  83/16 83/20 85/7
**original [1]**  84/12
**originating [1]**  82/9
**other [37]**  4/23 8/10 12/13 17/2
18/8 18/17 19/5 20/7 20/7 20/8
20/9 28/23 29/16 39/3 39/25 39/25
41/13 46/23 54/23 65/4 85/5 86/25
88/22 89/6 91/17 94/10 95/14
102/7 107/10 109/10 111/25 116/1
121/18 122/24 123/7 123/20 125/15
**others [1]**  116/2
**ought [1]**  52/3
**our [5]**  71/5 71/6 73/6 114/24
115/14
**out [35]**  4/14 11/3 22/18 25/20
27/14 30/23 32/8 34/8 34/21 34/25
35/17 38/10 41/11 42/14 44/3
47/22 50/22 56/7 62/16 63/23 71/1
71/11 81/24 85/2 91/20 92/6 93/13
101/1 108/25 109/13 110/9 110/14
110/19 123/18 124/12
**outgoing [2]**  77/11 81/11
**output [1]**  46/15
**outside [1]**  43/18
**over [11]**  29/17 30/7 46/4 55/17
61/8 61/9 64/23 76/17 78/14 102/4
125/1
**overnight [1]**  124/10
**Overruled [7]**  16/3 45/3 56/21
93/4 103/10 104/11 104/22
**own [16]**  21/12 21/13 30/5 33/8
54/13 74/14 74/21 74/25 75/21
76/25 84/11 91/12 91/13 95/24
97/22 99/19
**owners [1]**  84/22

**P**

**p.m [6]**  102/21 110/9 112/20
124/12 124/25 125/24
**page [23]**  1/23 65/8 65/25 66/16
77/8 86/10 102/18 102/19 107/10
116/25 117/5 117/25 118/4 118/4
118/6 118/17 118/17 118/23 119/13
119/14 119/17 119/17 122/17
**paid [2]**  21/19 90/21
**Pandora [5]**  68/16 68/19 68/21
69/1 69/4
**paper [2]**  44/23 45/7
**paragraph [7]**  80/21 80/24 105/2
105/3 105/7 117/6 118/18
**part [7]**  14/7 16/9 27/22 36/3
105/4 119/3 122/10
**partially [1]**  72/25
**particular [3]**  7/9 61/7 91/1
**particularities [1]**  37/22
**particularly [1]**  4/16
**parties [2]**  111/11 111/14
**passed [1]**  102/12
**passport [2]**  75/3 75/23
**password [4]**  34/4 35/4 35/14
35/15
**past [4]**  72/10 77/12 81/13 116/3
**paste [1]**  81/24
**pattern [5]**  25/21 25/23 28/21
29/2 36/1
**Pause [2]**  110/22 112/17
**pay [2]**  10/20 88/19
**paycheck [3]**  47/13 92/16 92/23
**paying [3]**  21/17 21/22 85/1
**payment [8]**  8/13 11/10 13/18 14/3
82/19 84/18 91/1 100/13
**payments [4]**  26/17 77/11 81/12
91/20
**PEARLMAN [3]**  1/18 3/7 112/21
**peer [4]**  44/23 45/7 96/16 96/16
**peer-reviewed [2]**  44/23 45/7
**PELKER [4]**  1/13 3/4 50/19 51/10
**Pennsylvania [1]**  1/14
**people [11]**  8/7 8/14 10/19 51/8

53/5 67/15 72/24 80/1 89/6 110/13
**per [2]**  77/13 81/14
**percent [10]**  40/12 46/4 46/5 46/6
49/3 59/16 59/16 59/17 93/12
108/17
**performed [1]**  106/13
**perhaps [1]**  72/23
**period [1]**  15/14
**person [16]**  4/20 17/25 20/6 20/19
26/3 31/23 41/22 41/23 41/24 42/4
54/12 100/7 100/18 101/5 101/22
110/11
**person's [1]**  72/4
**personal [7]**  38/4 64/12 76/19
81/4 84/11 92/21 114/10
**personally [2]**  83/14 84/2
**phone [4]**  49/13 49/14 57/22 114/6
**photo [12]**  17/6 22/8 39/11 48/6
48/12 74/3 74/5 74/6 74/16 91/13
95/21 98/25
**physical [1]**  114/16
**pick [1]**  57/22
**picked [2]**  50/13 50/25
**picture [3]**  100/1 100/3 100/4
**pink [3]**  39/2 40/3 41/15
**pizza [1]**  77/7
**place [3]**  12/25 40/5 72/3
**Plaintiff [2]**  1/4 1/13
**plan [1]**  112/7
**planning [1]**  112/10
**plans [1]**  77/7
**plasma [3]**  20/24 29/20 100/15
**PlasmaDivision [1]**  100/12
**plasmadivision.com [4]**  20/24
20/25 29/20 29/21
**plausible [1]**  50/16
**plea [1]**  116/21 119/3 122/10
122/11
**plead [4]**  113/21 113/23 121/14
122/2
**please [12]**  16/4 45/4 47/15 62/2
71/8 83/11 83/13 83/17 84/24
113/4 113/9 124/9
**pled [9]**  118/9 119/23 120/1 120/3
120/6 120/21 121/12 121/15 122/10
**PLLC [1]**  2/3
**plus [1]**  84/13
**point [17]**  4/15 27/14 38/22 42/4
52/1 52/9 52/11 58/5 72/6 72/16
72/17 72/19 77/23 93/10 105/10
115/17 125/1
**points [1]**  43/17
**Poloniex [4]**  48/8 49/3 98/5 98/6
**popular [3]**  90/16 90/18 90/19
**pornography [2]**  71/2 71/2
**portion [1]**  14/6
**portions [2]**  125/13 125/14
**position [1]**  19/5
**positive [1]**  64/5
**possession [1]**  115/23
**possibility [2]**  99/5 99/11
**possible [17]**  22/16 23/3 26/25
34/16 34/18 39/3 42/24 47/19 49/3
49/25 54/18 59/2 62/24 67/18
87/19 95/5 105/9
**post [27]**  45/14 45/18 48/14 67/6
67/17 74/6 75/24 75/25 76/2 76/10
76/12 80/17 81/16 81/17 81/19
81/20 82/2 82/4 82/5 82/12 82/14
82/16 83/1 83/2 83/3 83/4 94/3
**post-it [1]**  74/6
**post-mix [3]**  45/14 48/14 94/3
**posts [1]**  104/24
**potential [1]**  62/5
**potentially [1]**  108/24
**power [1]**  124/8
**PowerPoint [2]**  73/22 96/3
**practice [3]**  84/12 100/6 100/7
**precisely [1]**  6/22
**prejudice [1]**  114/18
**preliminary [1]**  112/3

**prepared [1]**  73/22
**presales [1]**  38/5
**presented [1]**  14/2
**preserve [1]**  115/5
**press [23]**  49/10 49/23 49/24 50/1
50/4 50/9 50/10 50/11 50/13 50/15
50/21 51/19 51/20 52/18 53/4 53/8
53/11 53/13 53/16 53/18 53/19
53/22 73/7
**preventing [1]**  4/17
**previous [1]**  31/19
**previously [4]**  5/24 83/12 83/16
92/3
**price [2]**  60/18 60/25
**primacy [2]**  87/12 87/14
**printed [1]**  84/5
**prior [1]**  101/18
**prison [1]**  120/9
**Pristov [1]**  76/6
**privacy [9]**  26/4 26/9 26/15 26/21
35/23 47/13 87/13 92/24 102/3
**private [13]**  25/11 30/16 30/20
41/3 42/16 42/25 43/2 43/8 43/9
43/14 43/19 97/22 101/23
**probably [3]**  4/7 42/11 71/18
**problems [2]**  77/12 81/12
**proceed [3]**  5/6 52/15 112/21
**proceedings [2]**  1/7 126/5
**process [2]**  51/23 84/20
**Professional [2]**  56/15 57/8
**professionally [1]**  57/4
**promotional [1]**  11/22
**proposal [1]**  112/1
**provide [4]**  54/8 83/15 83/17
84/24
**provided [9]**  54/23 55/14 59/25
74/16 84/25 85/5 104/1 123/15
123/22
**provider [2]**  11/9 11/10
**province [1]**  93/17
**proximity [1]**  20/4
**Public [2]**  56/18 57/2
**publicity [2]**  51/2 51/4
**publish [3]**  6/11 38/8 117/21
**published [3]**  14/20 117/17 119/10
**pull [5]**  99/16 101/8 102/13 105/1
106/18
**pulling [1]**  101/20
**purchase [4]**  12/9 12/15 34/14
84/21
**purchased [2]**  12/13 71/2
**purchases [3]**  33/16 83/18 84/13
**purely [1]**  42/21
**purplish [1]**  18/9
**purporting [1]**  108/8
**purpose [9]**  14/3 28/16 28/20
35/25 77/1 82/7 83/12 109/6
109/11
**purposes [2]**  37/24 51/18
**put [7]**  17/6 48/6 59/3 62/14
76/21 81/6 94/19
**putting [3]**  22/17 100/25 109/6

**Q**

**qualification [2]**  58/2 58/10
**qualifications [1]**  57/25
**question [43]**  4/23 4/25 5/2 5/3
5/4 5/5 9/21 16/4 17/21 25/18
26/11 27/17 27/23 28/9 28/11 30/1
36/22 37/25 43/7 45/1 45/3 45/4
46/11 51/18 52/11 52/25 53/2
53/11 58/6 60/13 61/18 62/2 63/14
63/19 78/18 91/25 99/9 102/23
107/6 110/15 111/9 111/10 123/17
**questions [11]**  37/5 52/2 52/5
56/11 58/9 58/14 85/13 99/12
99/20 106/7 109/16
**quick [3]**  58/23 102/9 110/3
**quickly [2]**  51/21 72/8
**quote [3]**  47/2 68/16 81/10
**quote/unquote [1]**  47/2 68/16
**quotes [1]**  82/10

**R**

raise [7]   5/2 11/5 111/4 114/24 115/1 115/7 115/13
raised [1]   116/12
raising [1]   115/9
RamNode [3]   98/12 98/14 98/20
ran [2]   51/6 110/24
RANDOLPH [1]   1/9
random [1]   21/5
randomize [1]   26/20
randomize their [1]   26/20
randomized [2]   26/17 46/5
rate [8]   44/20 44/22 59/24 60/2 60/11 61/25 62/4 82/25
rates [2]   59/16 59/25
reactivate [1]   54/17
Reactor [11]   79/11 79/21 79/23 87/15 88/22 88/25 89/5 89/3 89/8 103/21 103/24 104/5
read [19]   42/10 49/25 50/17 67/17 76/12 80/20 81/21 82/3 82/4 82/14 83/3 83/22 102/14 102/18 102/22 105/2 105/7 122/18 123/4
reading [1]   76/24
ready [1]   112/22
real [7]   4/20 4/21 17/8 49/25 104/5 104/8 105/9
realistically [1]   72/19
really [4]   15/22 37/9 72/18 103/5
reason [10]   4/6 11/12 66/4 73/6 77/20 78/5 81/23 85/2 107/17 116/4
reasonable [3]   6/23 61/1 80/4
reasons [7]   26/4 26/9 26/15 26/21 35/23 47/13 92/24
recall [44]   4/24 6/21 6/22 14/5 19/19 20/11 22/22 22/24 31/7 32/21 35/2 56/3 56/4 60/18 60/20 60/22 64/17 64/20 64/21 65/10 65/18 66/15 66/18 66/23 68/2 68/10 68/18 69/10 69/18 75/5 78/15 78/24 79/8 88/12 89/5 89/5 90/20 91/2 91/5 97/3 98/16 106/8 120/1 125/5
receive [3]   22/17 34/13 84/7
received [9]   7/20 40/7 48/24 67/3 82/20 83/11 83/14 84/2 89/13
receiving [4]   79/19 92/14 100/22 108/15
recently [3]   61/2 103/4 103/7
Recess [2]   73/2 125/24
recognize [10]   14/20 27/7 38/12 45/12 59/11 62/18 73/17 86/2 116/20 118/15
recollection [6]   65/9 65/24 66/3 70/8 70/11 86/11
recommend [1]   123/23
recommendation [2]   120/15 120/16
recommended [1]   120/12
reconvene [1]   124/19
record [11]   5/14 7/18 9/19 31/18 31/18 31/20 37/20 51/11 51/25 58/5 126/5
records [10]   9/18 9/22 9/24 14/2 15/15 18/19 106/12 107/1 107/2 107/8
red [4]   17/17 17/22 18/6 18/7
redacted [2]   125/12 125/13
redeem [2]   23/2 31/20
redeemed [2]   35/7 35/10
redeeming [1]   31/15
redemption [13]   7/1 8/4 17/14 23/1 29/14 31/9 31/10 31/13 31/14 31/21 31/25 35/7 35/10
redirect [4]   3/4 5/1 99/13 99/14
refer [1]   108/20
reference [2]   55/22 78/24
referenced [2]   79/4 105/4
referred [1]   23/10
referring [4]   23/9 82/21 118/6 119/15

refresh [1]   86/11
refreshed [2]   65/23 70/9
refund [1]   91/3
refusal [2]   123/3 123/5
regarding [2]   83/15 105/21
regards [2]   82/11 83/21
registered [2]   84/7 84/8
registration [1]   14/4
regularly [2]   52/21 53/4
regulations [1]   89/22
related [16]   13/1 14/14 18/21 23/13 31/4 31/5 53/8 53/23 76/16 76/18 81/3 85/13 93/13 99/4 118/25 119/15
relates [1]   18/16
relating [1]   53/13
relation [5]   9/9 12/20 18/12 73/22 78/20
relationship [2]   78/2 113/25
relatively [2]   8/14 33/11
release [11]   49/10 49/24 50/4 50/9 50/10 50/15 51/20 51/19 52/19 53/11 84/25
releases [2]   50/12 53/4
relevance [4]   50/4 56/19 114/9 114/14
relevant [11]   11/23 12/8 28/7 49/12 49/22 50/16 51/7 58/7 89/25 123/1 123/10
relied [1]   59/25
relieve [1]   123/11
remaining [1]   24/19
remember [16]   20/14 25/17 38/24 64/24 65/2 65/21 75/7 78/17 78/20 79/1 79/2 79/4 99/20 102/14 103/5 115/16
remind [3]   7/24 37/4 101/8
renewing [1]   115/14
repaying [1]   84/20
repeat [4]   9/21 16/4 45/4 62/2
rephrase [2]   26/11 26/12
reply [3]   82/7 83/5 83/21
Reporter [2]   2/6 2/7 126/3 126/13
reports [1]   96/9
represent [2]   42/18 117/3
representation [1]   103/6
represented [1]   116/8
representing [2]   17/22 88/20
request [1]   110/6
require [2]   85/9 93/16
research [2]   71/10 124/11
resemblance [1]   114/16
Reserve [43]   7/16 8/5 8/12 8/22 9/14 9/15 9/18 9/20 9/22 9/23 9/25 10/10 10/10 10/13 10/19 10/20 10/23 11/3 13/18 13/21 18/9 20/22 21/1 21/11 21/15 21/20 21/21 23/17 23/19 23/25 24/13 24/17 24/19 24/21 26/18 28/22 30/4 33/6 33/9 33/12 95/23 95/25 100/16
resolve [1]   116/23
respect [1]   5/7 53/13 125/2
response [7]   67/5 69/18 79/17 82/19 83/22 103/1 103/13
restore [1]   67/13
return [5]   5/22 9/5 9/9 31/4 31/8
revealed [1]   92/20
revenue [1]   85/3
review [6]   14/9 15/15 54/22 98/22 103/23 106/12
reviewed [16]   9/11 14/5 14/6 14/10 14/12 15/13 15/19 18/12 31/8 44/23 45/7 54/23 55/12 98/14 100/25 103/24
reviewing [3]   64/18 89/5 99/2
revnut [1]   85/4
right [46]   4/2 5/19 5/22 8/20 13/5 16/3 17/15 20/3 24/10 24/11 25/6 25/6 32/14 33/20 38/25 40/10 42/24 48/9 52/25 61/5 64/17 19 71/6 72/20 72/25 73/3 73/10 76/5 79/7 84/23 86/14 86/16 86/17

86/18 86/20 88/22 89/13 90/6 92/3 93/9 99/17 101/22 123/19 123/25 124/18 125/20 125/22
Road [26]   34/2 34/4 34/8 34/12 34/14 34/17 34/18 34/19 34/21 36/2 36/11 36/11 64/1 64/1 64/3 64/7 64/11 64/12 64/13 64/16 64/25 65/11 65/14 91/3 107/6 107/7
Rok [1]   76/6
role [1]   37/21
ROMAN [4]   1/6 82/6 83/5 83/24
Room [1]   2/8
roughly [3]   60/20 82/24 97/6
route [2]   50/21 50/25
Rovensky's [1]   9/12
RPR [1]   126/12
rule [1]   125/6
ruled [1]   50/7 51/15
rules [1]   80/3
run [2]   80/13 122/6
running [1]   30/10 60/6 61/25
Russian [1]   114/17

**S**

said [19]   19/13 23/11 24/9 36/23 37/21 52/24 53/9 53/10 73/5 77/16 79/5 84/1 87/12 87/14 89/13 93/2 96/5 97/6 111/22
sale [1]   99/19
same [23]   10/16 17/25 19/20 20/6 20/18 21/1 21/1 29/15 30/2 34/1 34/7 41/15 41/22 41/24 42/4 65/22 66/15 66/16 69/18 72/23 81/20 104/14 118/2
sanctioned [1]   63/13
sandbagging [2]   114/25 115/9
sarcastic [1]   77/19
save [1]   77/1
saw [2]   51/8 78/9
say [25]   5/1 8/10 17/22 18/21 22/13 22/15 26/10 28/6 29/9 35/24 36/22 41/15 47/16 48/8 51/1 51/24 72/5 76/7 77/19 85/12 87/13 87/19 90/4 92/13 108/8
saying [22]   12/15 18/2 18/4 18/22 25/15 26/8 26/23 41/10 50/14 52/8 52/9 78/16 78/23 79/2 82/21 85/16 85/19 91/15 92/14 95/4 105/14 105/16
says [15]   10/8 10/11 35/21 65/7 65/10 66/2 75/22 78/19 79/24 82/6 83/5 85/4 89/24 122/18 123/3
schedule [1]   112/8
scheduling [1]   71/18
Scholl [22]   3/3 5/24 6/4 6/14 12/2 14/21 28/14 38/12 41/12 49/19 52/18 58/20 59/9 62/18 73/17 75/19 86/2 99/17 102/14 105/21 108/1 108/7
scientific [2]   44/23 45/7
scope [1]   90/3
screen [5]   6/8 16/14 33/23 42/15 118/14
screening [1]   104/2
screenshot [1]   84/21
screenshots [3]   83/17 84/16 84/24
scroll [14]   31/13 39/17 40/23 41/11 75/24 76/4 76/14 80/25 81/10 81/16 102/18 102/19 102/22 105/1
search [4]   9/4 9/9 31/3 31/4
searched [1]   99/4
seated [2]   113/9 124/13
second [3]   42/15 86/10 105/1
section [1]   69/22
see [76]   7/22 8/18 10/8 10/10 10/12 13/18 13/21 14/13 17/17 24/10 24/25 25/3 25/6 30/2 32/3 33/20 33/23 33/24 35/7 39/13 40/24 41/12 42/9 42/10 42/12 42/13 47/22 48/2 52/11 55/23 56/1

see... **[45]** 56/4 56/6 58/25 59/4
59/9 65/10 66/2 71/7 73/1 75/7
75/21 75/25 76/2 76/5 76/5 76/14
76/15 76/22 78/4 78/7 79/12 80/17
81/7 82/17 84/4 84/13 86/17 88/9
88/13 88/14 91/9 104/7 106/1
106/4 110/7 110/13 110/13 111/5
116/18 117/6 118/17 118/24 123/2
124/11 125/22
**seeing [2]** 24/5 82/18
**seemed [1]** 79/17
**seems [4]** 6/22 61/1 61/5 80/4
**seen [2]** 51/25 55/11
**seized [5]** 9/15 9/19 9/23 99/3
107/8
**sell [8]** 76/19 76/22 77/7 80/1
80/4 81/4 81/7 96/17
**sellers [1]** 106/22
**selling [6]** 21/9 21/11 21/16 41/6
41/8 77/3
**send [2]** 20/21 34/15
**sending [12]** 7/4 30/8 30/12 31/14
33/13 89/8 89/9 92/17 92/24
101/12 101/21 108/22
**sends [4]** 31/13 33/19 34/1 34/7
**sense [2]** 27/16 94/20
**sent [16]** 7/10 20/25 24/1 31/22
46/16 62/21 70/13 74/6 88/6 89/1
89/2 89/4 89/6 92/7 94/18 103/2
**sentence [12]** 76/17 120/9 120/12
120/23 120/25 121/2 121/6 123/3
123/4 123/16 123/19 123/24
**sentenced [1]** 122/8
**sentences [10]** 80/20 80/21 80/22
80/23 81/9 81/17 81/18 81/18
122/6 122/19
**sentencing [3]** 120/17 120/18
121/5
**separate [8]** 11/2 17/14 20/22
24/11 25/4 29/19 53/11 84/10
**September [4]** 96/12 125/12 125/17
125/19
**September 18th [3]** 125/12 125/17
125/19
**September 20th [1]** 96/12
**series [5]** 14/23 22/18 35/25
45/14 106/7
**serious [1]** 51/15
**servers [5]** 49/4 49/5 49/6 63/6
107/8
**service [5]** 67/13 68/20 77/18
81/25 105/12
**services [7]** 10/20 63/4 77/3 78/3
82/20 83/14 89/10
**set [3]** 74/3 99/6 99/11
**seven [1]** 58/9
**several [1]** 56/6
**shall [1]** 122/22
**she [12]** 22/11 23/9 23/10 121/12
121/13 121/14 121/15 122/2 122/2
122/4 122/6 122/9
**Sheep [4]** 69/7 69/9 69/11 69/13
**SHERRY [3]** 2/6 126/3 126/12
**shoehorn [1]** 50/6
**Shormint [12]** 7/16 8/22 8/25 9/2
9/6 9/10 9/20 9/25 10/9 11/3
23/19 100/16
**short [3]** 52/4 84/4 102/6
**should [13]** 5/1 5/6 52/2 52/2
62/15 71/17 85/25 88/1 112/12
112/13 115/2 118/14 124/18
**show [3]** 100/1 108/18 118/13
**showed [3]** 15/15 24/12 79/15
**showing [6]** 7/19 14/2 24/6 59/17
66/9 83/18
**shown [1]** 101/9
**shows [9]** 25/24 31/19 31/21 36/8
42/4 44/4 44/6 44/10 77/16
**shut [21]** 36/11 49/21 50/1 51/20
54/17 64/2 64/3 64/25 65/19 65/20

66/4 66/13 66/19 66/24 68/8 68/17
68/19 68/21 68/25 69/1 69/3 70/9
**sic [1]** 11/19
**side [1]** 65/4
**sign [1]** 119/23
**signature [5]** 117/9 118/6 118/20
119/19 119/21
**significance [2]** 41/14 101/16
**significant [2]** 42/11 103/12
**signify [1]** 18/7
**Silk [26]** 34/2 34/4 34/8 34/12
34/14 34/17 34/18 34/19 34/21
36/2 36/11 36/11 64/1 64/1 64/3
64/7 64/11 64/12 64/13 64/16
64/25 65/11 65/14 91/3 107/6
107/7
**similar [3]** 17/21 81/22 105/12
**simple [1]** 83/25
**simply [6]** 50/5 50/21 51/19 52/12
96/9 105/25
**since [2]** 77/14 81/15
**sincere [1]** 103/14
**single [5]** 47/2 58/2 64/6 67/21
80/12
**sir [352]**
**sit [8]** 4/5 55/8 64/17 66/2 72/15
112/1 112/4 124/6
**site [17]** 14/1 50/1 55/20 66/13
68/8 68/17 68/19 68/23 69/1 69/16
74/9 75/10 96/19 96/22 98/17
109/10 116/6
**sites [5]** 107/10 107/20 107/24
108/5 108/8
**sites' [1]** 66/14
**sitting [1]** 112/8
**situation [1]** 76/24
**size [1]** 25/7
**slide [1]** 96/7
**slightly [2]** 34/7 34/22
**Slow [1]** 83/8
**small [1]** 33/11
**smallest [1]** 86/22
**smiling [1]** 52/13
**so [90]** 4/13 4/22 7/11 8/18 10/8
16/25 18/2 18/5 19/9 19/16 19/23
21/14 22/10 22/19 23/4 23/10 24/4
26/14 28/10 29/6 31/7 31/18 31/22
37/1 39/3 39/6 40/5 40/9 40/24
41/11 47/11 47/16 48/24 51/17
59/23 60/6 60/11 71/16 72/2 72/15
72/24 73/3 73/5 74/17 75/13 76/4
76/14 78/4 78/16 80/17 84/15
86/13 86/25 87/11 88/17 91/24
92/5 92/13 94/7 95/4 95/4 97/18
103/11 105/14 109/20 110/4 110/5
110/13 110/14 110/19 111/3 111/4
111/23 112/24 113/11 115/7 115/8
116/11 118/1 119/2 119/23 120/10
120/11 120/21 120/23 121/20 124/2
124/19 124/25 125/6
**social [2]** 15/16 29/1
**software [1]** 79/11
**sold [2]** 80/10 101/4
**solid [1]** 42/3
**some [21]** 4/3 4/15 9/15 20/4 28/5
28/5 33/16 38/23 41/14 48/23
51/22 56/11 63/4 63/12 72/6 90/21
102/15 105/10 109/19 114/18
124/19
**somebody [12]** 21/10 21/17 26/8
26/14 26/22 35/22 41/7 51/5 54/16
70/25 111/24 114/16
**someone [13]** 21/16 21/22 26/2
26/20 26/24 41/9 99/5 101/22
102/5 102/8 108/22 116/12 124/4
**someone's [1]** 23/1
**something [11]** 6/9 9/16 21/18
28/10 33/1 54/11 54/16 111/21
114/11 114/13 115/7
**somewhere [3]** 22/17 60/24 61/3
**soon [2]** 61/16 61/20
**sorry [14]** 7/23 19/10 19/11 28/19

43/4 55/25 73/21 78/18 80/8 82/17
87/4 95/19 99/2 101/6 104/16
**sort [5]** 14/13 52/4 52/14 72/22
114/18
**sounds [1]** 64/4
**source [6]** 12/5 85/15 89/11 92/9
93/22 104/4
**Spam [2]** 20/25 29/19
**speak [1]** 114/5
**speaking [2]** 8/15 120/10
**Special [1]** 9/12
**specific [12]** 55/2 60/5 61/6
65/18 66/3 87/20 90/15 99/10
103/1 107/7 107/15 107/15
**specifically [7]** 19/1 20/15 53/23
67/11 94/11 101/12 108/17
**specifics [1]** 54/18
**specified [2]** 83/6 83/10
**speculation [1]** 50/3
**spelling [1]** 113/3
**spend [8]** 8/9 41/17 41/19 44/21
44/24 45/8 71/1 95/1
**spending [2]** 44/17 45/2
**spoke [2]** 51/5 95/23
**spouse [1]** 71/25
**stalling [1]** 85/1
**stamps [2]** 20/1 20/3
**stand [5]** 25/10 52/12 73/8 114/23
115/10
**standard [1]** 46/4
**start [8]** 4/16 6/24 22/11 29/6
76/17 97/19 112/19 124/14
**started [4]** 22/19 23/5 89/20
110/5
**starting [1]** 82/10
**starts [3]** 30/13 33/5 87/25
**state [3]** 93/17 122/24 123/7
**statement [5]** 67/19 118/10 118/25
119/2 119/14
**statements [2]** 46/2 105/5
**states [22]** 1/1 1/3 1/10 9/23
13/3 27/13 33/2 44/1 48/22 48/24
48/25 49/4 50/10 64/2 64/3 106/3
106/23 107/14 107/17 107/18
107/19 113/20
**stating [1]** 113/3
**statistical [2]** 44/20 44/22
**statutory [2]** 120/7 121/21
**stay [1]** 118/17
**steal [1]** 116/1
**steps [1]** 22/19
**STERLINGOV [105]** 1/6 9/19 11/19
14/13 15/5 16/10 18/3 18/16 18/22
19/2 19/17 20/24 21/9 21/16 21/21
22/2 23/13 23/25 25/25 29/22
29/24 31/6 36/8 37/18 41/6 41/8
44/5 44/10 45/19 47/3 47/8 47/12
47/19 47/23 48/2 49/9 50/11 52/19
54/4 54/25 55/4 55/8 55/12 64/7
64/11 65/11 65/13 66/7 66/9 67/1
67/22 67/22 68/3 68/6 68/11 68/14
68/22 68/25 69/4 69/11 69/14 70/5
70/10 70/15 70/17 70/22 76/7
77/17 77/20 77/23 78/5 78/10
78/16 78/19 79/10 79/18 80/2
80/10 81/23 82/16 83/24 85/8
85/16 85/19 86/14 88/6 88/18
88/20 89/8 90/9 90/14 90/24 92/14
94/17 95/12 95/17 96/19 98/15
99/3 99/6 99/11 100/25 101/17
114/17 114/20
**Sterlingov's [87]** 7/7 7/11 7/18
7/19 9/8 9/24 14/6 14/7 15/23
16/21 18/20 20/5 20/21 20/21
21/12 21/20 22/4 22/6 22/18 23/17
24/13 24/21 25/21 26/18 28/21
29/1 29/7 29/17 30/4 32/11 33/5
34/4 35/4 35/15 36/19 36/24 38/1
38/4 39/7 40/13 44/6 46/19 47/17
47/25 48/4 49/22 54/21 73/23
73/25 74/14 74/25 75/18 78/13
78/25 79/16 83/22 89/16 90/10

**S**

Sterlingov's... **[29]**   91/8 91/9
91/21 92/20 93/7 93/9 93/18 94/9
94/13 94/14 95/14 95/15 95/23
95/25 97/3 97/24 98/12 98/20
98/24 100/12 100/15 101/11 101/17
103/6 103/13 103/15 103/18 104/17
105/22
still **[10]**   5/2 74/11 75/12 79/18
97/1 97/2 98/8 103/11 111/8 111/9
stop **[5]**   48/17 50/17 76/5 123/2
124/3
stopped **[1]**   96/24
store **[4]**   97/10 97/12 97/15 97/18
straight **[1]**   63/23
streaming **[3]**   68/19 68/21 68/23
Street **[2]**   1/16 2/3
strikes **[1]**   114/25
subject **[1]**   82/6
submit **[1]**   58/4
submitted **[4]**   74/5 83/6 83/11
83/16
subscriber **[1]**   68/22
subsequently **[4]**   7/15 24/20
101/14 108/24
substance **[1]**   58/9
substantial **[1]**   78/10
substitute **[1]**   111/24
suffice **[1]**   83/17
sufficient **[2]**   5/17 81/9
suggest **[1]**   111/5
suggesting **[3]**   45/18 45/18 62/7
suggestive **[1]**   102/10
suggests **[1]**   102/11
Suite **[1]**   1/17
sum **[3]**   29/13 82/18 82/21
super **[1]**   77/5
supported **[1]**   44/18
supposed **[1]**   52/10
sure **[22]**   5/6 15/6 15/8 30/1
37/11 49/2 55/14 60/13 72/6 72/7
72/24 80/3 82/1 84/24 86/9 109/19
111/12 124/5 124/8 124/9 124/24
125/8
surgery **[5]**   4/8 4/20 71/25 72/1
72/3
surprise **[1]**   97/13 97/14
surprised **[1]**   52/20
surrounding **[2]**   51/2 100/9
surviving **[1]**   77/4
suspicious **[1]**   26/19
sustain **[3]**   11/25 90/2 90/5
Sustained **[12]**   12/18 13/16 27/3
29/4 37/16 44/13 47/9 52/23 61/22
71/4 80/15 108/2
Sweden **[9]**   37/8 37/10 37/12 37/23
38/1 38/5 75/22 84/8 84/12
Swedish **[1]**   75/3
Swift **[1]**   88/9
switch **[7]**   54/6 54/10 54/11 54/15
54/16 54/20 85/24
switched **[1]**   84/5
sworn **[2]**   5/24 113/7
synonymous **[1]**   31/16
system **[4]**   76/20 76/22 81/5 81/7

**T**

tab **[1]**   65/8
TABLE **[1]**   2/10
take **[35]**   8/4 10/23 14/17 27/5
32/15 38/7 42/7 45/10 49/8 58/23
59/21 62/13 65/4 65/22 66/16
69/24 71/5 71/6 71/12 72/17 75/16
77/12 81/13 82/2 83/1 89/19 102/6
109/25 110/1 110/3 110/5 115/23
123/2 125/1 125/20
taken **[2]**   73/2 125/24
takes **[3]**   33/16 70/25 115/9
taking **[10]**   17/12 33/11 47/12
54/12 59/15 72/3 84/16 92/16
92/22 94/3

talk **[6]**   4/22 44/9 90/22 91/4
talking **[11]**   19/2 20/11 22/24
67/6 67/10 67/14 67/15 94/12
114/9 118/1 118/5
team **[1]**   54/24
technology **[1]**   103/4
telephone **[1]**   114/25
tell **[7]**   19/1 44/20 50/8 54/9
59/13 62/23 122/15
temporal **[1]**   20/4
terms **[3]**   94/17 96/7 122/22
testified **[14]**   14/9 15/2 38/14
38/22 46/21 49/19 55/24 91/2 92/3
93/3 97/24 103/23 105/21 120/3
testify **[2]**   11/24 108/1
testifying **[8]**   14/5 19/19 22/22
96/6 97/3 114/22 115/11 122/13
testimony **[31]**   4/24 5/4 5/17 6/15
8/14 9/12 15/25 17/24 19/9 20/17
23/4 23/7 23/8 26/20 26/22 40/3
41/20 41/23 42/11 48/14 50/5 55/3
60/14 94/2 94/4 94/5 94/8 94/10
98/21 124/16 125/3
Testing **[1]**   49/16
text **[1]**   25/7
than **[18]**   12/13 18/17 20/9 26/3
27/1 32/2 34/10 34/21 46/23 52/12
58/11 60/20 87/20 105/12 108/17
120/23 120/25 121/2
thank **[21]**   6/1 6/10 6/14 10/6
16/8 28/12 56/22 58/17 59/7 66/20
73/1 73/12 82/6 83/5 83/20 86/1
96/5 110/17 113/9 125/22 125/23
thanks **[1]**   67/7
that **[774]**
That's **[3]**   35/20 42/6 92/4
their **[10]**   26/20 54/13 72/25
83/19 99/19 104/19 107/2 107/2
108/22 109/13
them **[22]**   8/4 13/2 24/1 27/19
33/13 45/20 47/20 59/16 62/9 73/5
77/5 77/9 84/21 86/20 89/9 89/10
94/3 99/18 101/23 104/5 105/17
108/24
themselves **[2]**   14/10 18/19
then **[72]**   5/20 7/15 7/22 8/9
10/10 20/13 23/2 23/16 24/10
24/18 24/25 25/3 25/14 25/17 30/7
30/10 30/12 30/19 30/23 31/12
32/3 32/9 33/11 33/16 33/19 34/23
35/2 35/6 35/10 35/17 35/18 38/1
43/21 45/17 46/5 47/14 47/20
50/17 50/24 58/20 62/8 62/9 64/1
64/6 65/11 71/1 76/23 76/25 77/8
77/9 77/9 81/8 85/24 87/18 88/17
92/25 94/18 96/2 97/24 98/5 98/12
98/24 102/22 108/23 109/4 110/4
112/10 115/3 117/5 117/11 125/21
125/23
theory **[1]**   28/7
there **[152]**
these **[54]**   4/15 12/23 15/2 17/12
17/17 24/14 26/18 26/23 29/15
39/19 40/6 40/9 41/15 43/22 43/25
48/23 49/6 51/14 57/19 60/12
60/14 61/12 63/5 63/6 63/23 63/24
79/24 85/15 85/17 86/25 92/9
92/10 94/14 94/24 99/2 100/11
100/17 100/18 100/21 101/2 101/14
102/9 106/19 106/25 107/4 107/5
107/13 107/16 107/20 107/24 108/5
108/18 108/20 119/23
they **[54]**   4/17 11/17 20/6 20/25
22/13 22/16 23/9 30/11 30/12
30/21 41/4 48/24 49/18 49/21
50/17 71/1 72/7 72/24 73/5 76/22
77/7 78/1 78/2 80/4 81/7 85/12
85/14 85/14 89/22 92/6 94/5 94/14
102/11 103/17 104/20 106/19
106/21 106/22 106/24 107/22 108/6
108/19 109/3 109/5 109/14 110/11

110/21 111/8 114/12 115/12 120/13
121/21 122/1 124/22 124/24
thing **[6]**   8/3 8/7 47/3 47/16
76/14
things **[11]**   20/7 20/7 34/14 58/12
78/16 78/19 78/24 85/8 111/16
118/11 124/5
think **[62]**   4/15 5/12 5/16 5/17
11/12 12/24 26/10 26/18 28/5 28/8
30/3 31/16 34/17 37/20 38/22
38/22 40/20 44/12 50/2 50/18
50/20 51/8 51/11 57/18 57/20
57/24 58/10 58/12 60/8 65/3 69/21
71/16 71/17 71/18 71/22 72/13
73/6 76/20 77/2 78/14 78/22 79/7
80/24 81/5 82/3 82/22 83/25 86/4
90/2 90/11 93/1 93/25 96/2 97/6
111/12 111/15 113/23 114/14 115/8
116/11 124/18 125/5
this **[222]**
those **[45]**   7/10 9/12 10/23 15/3
17/23 17/24 18/7 18/15 20/3 23/12
29/21 41/13 41/15 45/19 46/25
47/1 47/18 49/1 58/16 62/8 62/20
62/23 64/22 78/15 86/17 86/17
87/8 87/20 88/25 91/18 93/17
93/21 93/22 94/4 96/9 100/9 101/5
102/2 104/15 106/1 108/11 109/2
117/2 120/13 122/6
though **[3]**   27/14 79/1 124/5
thought **[5]**   5/6 19/11 23/8 28/19
80/8
thoughts **[1]**   72/6
three **[8]**   11/2 11/2 17/14 20/22
40/6 73/4 77/24 78/8
through **[30]**   6/18 8/11 20/23
23/13 26/17 46/16 46/21 47/1
47/13 48/16 57/25 58/2 92/7 92/10
92/17 92/24 93/23 94/19 94/24
94/25 102/15 102/18 107/23 107/24
108/4 108/23 109/3 109/4 109/18
114/11
Thursday **[3]**   4/11 6/15 22/22
time **[54]**   9/16 15/14 19/4 19/10
20/1 20/3 20/12 21/4 21/24 24/14
28/18 31/10 40/11 40/21 46/4 52/3
53/24 55/7 55/7 55/23 56/1 56/4
57/24 58/3 61/7 61/11 69/20 70/20
72/7 72/23 72/24 73/7 79/5 79/17
82/24 97/8 102/6 102/20 103/8
103/11 109/20 110/2 113/17 114/21
114/22 115/1 117/13 117/21 118/9
119/5 119/13 123/17 123/25 124/9
timeframes **[1]**   102/9
times **[1]**   55/7
timing **[13]**   4/4 7/14 18/17 18/21
19/1 19/7 19/8 19/17 19/25 20/1
20/12 36/16 100/23
tip **[1]**   51/12
tipped **[1]**   51/5
today **[13]**   4/6 4/8 4/10 4/19 48/9
55/8 64/17 66/3 71/19 109/18
112/11 116/4 116/10
together **[3]**   20/13 41/18 41/20
told **[1]**   72/15
tomorrow **[8]**   4/12 4/21 71/19 71/25
124/2 124/6 124/11 124/15
too **[4]**   20/13 48/10 74/21 124/3
took **[2]**   12/25 110/10
top **[7]**   4/21 29/16 39/6 39/7
40/23 47/15 96/4
TOR **[2]**   2/2 2/3
total **[3]**   32/4 59/15 121/23
totally **[1]**   33/22
town **[1]**   37/12
trace **[29]**   6/18 11/13 12/3 12/5
12/8 12/11 12/21 20/13 25/18
25/24 26/2 26/14 27/9 27/12 28/15
32/23 33/2 33/5 35/25 36/8 36/16
40/9 41/11 44/4 44/6 44/10 47/11
86/4 92/9
traced **[15]**   12/2 12/11 25/18

**T**

traced... **[12]** 27/19 27/25 28/4 28/9 28/14 28/17 46/21 47/1 91/17 92/11 93/23 98/1
traces **[3]** 15/1 99/2 101/6
tracing **[19]** 14/8 15/22 16/9 18/18 18/22 19/6 20/9 27/18 28/2 28/4 28/6 37/21 92/19 99/22 100/2 101/2 101/10 105/18 105/21
trade **[5]** 76/21 77/6 77/7 77/8 81/6
trades **[2]** 76/21 81/6
trading **[3]** 60/24 77/1 96/24
traditional **[1]** 105/17
traffic **[2]** 98/19 98/22
transaction **[29]** 8/18 12/21 17/13 22/11 22/15 23/22 28/5 28/10 28/15 36/2 36/4 38/16 38/20 38/21 39/6 39/24 40/2 40/24 42/18 42/21 69/1 86/16 87/20 87/23 100/5 101/12 102/20 105/3 105/8
transactions **[64]** 8/11 11/2 12/25 13/2 14/24 17/12 18/18 20/9 20/12 20/12 20/22 21/6 25/5 25/21 25/23 26/19 26/21 26/23 27/15 29/15 30/3 33/4 35/24 35/25 37/21 39/19 43/22 44/1 45/14 46/7 46/24 47/2 48/18 48/21 56/7 63/6 64/19 64/20 64/22 78/12 79/8 79/15 87/21 96/20 98/1 98/14 99/18 99/22 99/23 100/9 100/11 100/17 100/18 101/21 102/7 102/10 103/15 103/16 103/17 106/13 107/2 107/4 107/7 107/16
transcript **[4]** 1/9 125/11 125/19 126/4
transfer **[4]** 23/22 24/12 24/20 88/19
transferred **[1]** 21/6
transfers **[4]** 17/5 74/18 94/25 96/9
transmits **[1]** 25/4
treat **[1]** 85/4
trends **[1]** 76/23
trial **[2]** 1/9 4/18
TRM **[1]** 44/19
true **[14]** 22/4 22/6 47/17 47/21 61/24 62/3 78/22 96/1 96/6 100/15 104/19 105/22 108/23 126/4
trust **[2]** 102/2 102/5
truth **[2]** 63/4 122/15
truthfully **[2]** 122/23 123/6
try **[3]** 29/24 72/11 94/25
trying **[10]** 37/17 50/5 50/20 51/22 52/1 76/25 109/12 111/15 114/12 114/18
tumblers **[1]** 102/25
turn **[1]** 52/10
turned **[1]** 15/5
turning **[10]** 16/19 64/10 65/16 66/13 68/8 68/16 69/7 69/16 70/4 91/6
Twitter **[1]** 44/9
two **[17]** 4/5 20/23 23/11 23/24 25/4 29/19 41/10 43/17 43/17 50/11 58/13 70/1 70/2 73/4 95/17 121/15 121/23
tying **[2]** 22/1 47/7
type **[4]** 71/10 75/23 91/18 124/11

**U**

U.S **[2]** 1/13 2/7
U.S.C **[1]** 121/16
Uh **[5]** 11/12 29/17 31/17 49/8 53/25
Uh-huh **[5]** 11/12 29/17 31/17 49/8 53/25
ultimately **[2]** 23/5 121/4
unavoidable **[1]** 124/4
uncommon **[1]** 53/6
under **[5]** 83/6 83/10 117/9 122/18

123/11
uncurrent... **[1]** 106/4
106/12
underneath **[1]** 118/20
understand **[17]** 15/21 24/7 56/12 57/20 57/20 60/13 64/4 67/11 72/25 76/17 88/16 88/20 94/22 114/8 116/4 120/9 120/11
understandably **[1]** 72/2
understanding **[22]** 9/11 9/13 11/9 17/4 22/20 30/18 54/5 54/9 67/9 67/17 82/23 85/23 88/17 98/4 98/9 107/25 113/23 120/7 121/21 122/1 122/5 122/8
understands **[1]** 51/9
understood **[1]** 37/11
unfortunate **[1]** 71/22
unfortunately **[1]** 124/3
UNITED **[21]** 1/1 1/3 1/10 9/23 13/2 27/3 33/2 44/1 48/22 48/23 48/25 49/4 64/2 64/3 106/20 106/23 107/14 107/17 107/18 107/19 113/20
unless **[1]** 79/10
unlikely **[1]** 101/7
unnecessarily **[1]** 58/12
unquote **[2]** 47/2 68/16
unredacted **[1]** 125/13
unrelated **[1]** 101/5
until **[4]** 79/7 110/4 114/23 124/16
untraceable **[1]** 22/10
unusual **[1]** 35/24
up **[43]** 6/6 6/7 6/9 13/9 13/13 15/20 23/12 42/15 48/6 49/18 50/13 50/25 57/22 59/3 62/15 69/22 72/1 72/4 72/19 73/15 74/3 76/4 76/25 81/16 83/2 91/7 97/2 99/5 99/6 99/11 99/16 101/8 101/20 102/13 102/19 105/1 106/19 110/21 120/11 121/1 121/4 121/7 125/4
update **[1]** 111/18
ups **[1]** 15/18
upward **[1]** 80/13
Urban **[4]** 82/5 82/11 83/4 83/21
us **[31]** 1/20 4/13 4/17 7/1 7/20 10/13 10/16 13/21 23/23 24/7 24/12 24/17 24/19 32/4 33/13 49/2 49/7 59/3 59/19 59/21 59/24 60/3 60/8 60/14 61/12 61/14 61/21 62/4 83/19 122/20 123/14
US-based **[2]** 49/2 49/7
usage **[1]** 64/24
USAO **[1]** 1/16
USD **[1]** 10/11
use **[10]** 8/8 10/19 17/10 50/6 100/21 100/21 103/7 105/14 105/16 115/2
used **[23]** 19/5 20/8 47/5 48/12 65/11 66/7 67/1 68/3 68/11 74/3 75/3 77/2 78/17 78/20 78/23 79/3 79/12 84/4 84/20 87/10 96/19 98/15 107/13
user **[4]** 101/15 105/25 106/5 109/6
users **[5]** 84/20 96/17 102/12 107/17 107/18
uses **[1]** 84/10
using **[18]** 8/15 69/11 70/5 70/15 70/18 79/18 79/21 89/11 90/22 91/13 98/25 102/25 103/21 105/11 107/3 108/24 109/19 116/5

**V**

vacuum **[1]** 99/23
valuation **[2]** 58/7 58/20
value **[8]** 7/14 7/15 60/5 60/8 60/9 61/6 61/14 62/9
values **[1]** 60/14
various **[6]** 47/20 62/22 101/3 104/17 105/22 106/19

vast **[1]** 16/17
vendace... **[1]** 59/7
vendors **[4]** 106/22 106/25 107/1 107/18
verified **[2]** 77/15 81/15
version **[2]** 125/12 125/13
very **[14]** 8/7 13/13 40/5 51/12 51/13 51/14 51/21 72/2 72/9 77/5 82/18 103/3 103/5 114/14
vetted **[1]** 51/15
via **[2]** 15/20 88/19
Video **[6]** 70/12 70/12 70/13 70/16 70/18 70/23
view **[1]** 111/13
violations **[1]** 116/1
virtual **[3]** 8/1 96/16 96/18
visit **[1]** 97/1
voir **[1]** 115/11
Volf.prius **[7]** 20/8 24/2 24/18 24/22 24/25 25/22 28/23
volume **[1]** 65/7
voluntarily **[1]** 16/25
voluntary **[1]** 120/14
VPN **[1]** 13/19
VPS **[2]** 98/13 98/20
vs **[1]** 1/5

**W**

wait **[1]** 114/23
waiting **[1]** 4/13
wakes **[2]** 72/1 72/4
Wall **[1]** 2/3
wallet **[27]** 39/1 40/4 40/12 41/14 41/16 41/18 41/20 41/21 41/21 41/24 41/25 42/5 42/5 42/8 42/9 43/18 44/17 79/16 97/4 97/7 97/9 97/15 97/18 97/19 97/20 97/22 103/13
wallets **[3]** 41/10 41/14 90/17
want **[33]** 4/13 5/3 24/4 25/8 26/8 37/4 51/11 51/24 54/7 69/24 70/25 72/6 72/9 76/14 76/19 81/4 84/24 102/3 109/19 110/12 110/13 111/9 111/12 115/7 116/16 118/8 118/13 122/17 123/2 124/8 124/20 124/21 124/25
wanted **[6]** 5/5 22/10 96/17 111/4 112/14 122/6
wants **[2]** 58/6 72/4
warrant **[4]** 9/4 9/9 31/3 31/4
was **[220]**
Washington **[14]** 1/5 1/14 1/17 1/21 2/9 12/22 27/10 32/24 43/23 48/19 106/8 106/10 106/13 106/16
wasn't **[14]** 26/7 37/22 47/25 50/25 52/24 53/9 53/10 60/7 74/22 84/16 85/18 87/14 96/19 107/6
waste **[3]** 57/24 73/7 114/25
wasting **[2]** 58/3 114/21
way **[18]** 5/6 5/11 32/2 32/10 42/24 43/3 43/10 43/11 43/12 46/1 46/14 50/6 58/11 79/12 79/14 84/14 92/5 115/3
ways **[5]** 4/17 22/22 22/24 31/25 111/11
we **[184]**
we'll **[4]** 110/4 110/4 118/8 124/25
website **[6]** 14/15 84/14 84/21 84/23 97/1 97/2
websites **[1]** 53/19
week **[2]** 72/11 73/5
weeks **[1]** 56/6
weigh **[1]** 72/11
welcome **[10]** 54/7 58/8 70/12 70/12 70/13 70/15 70/18 70/23 71/12 115/8
well **[21]** 7/22 19/6 40/7 48/23 57/22 59/13 71/13 71/20 74/16 81/17 83/3 85/6 90/1 91/9 95/21 105/2 116/2 117/21 122/1 124/6 125/14

## W

**went [7]**   29/21 34/10 34/21 50/22
67/25 93/18 94/14
**were [64]**   4/10 6/15 7/10 15/19
21/7 22/22 23/8 23/24 23/25 24/19
29/21 30/3 38/23 39/3 40/13 41/21
46/1 46/6 48/24 49/1 56/6 63/4
73/4 73/5 77/5 78/12 84/13 84/18
92/6 92/6 92/11 93/17 94/4 96/6
96/20 101/17 101/21 102/3 102/25
103/14 103/16 103/17 103/17
104/14 104/15 105/25 106/13 107/3
107/13 107/16 107/18 108/16
108/17 110/11 110/12 113/15
113/17 113/17 113/25 118/1 118/5
118/6 119/15 121/22
**weren't [5]**   8/8 8/15 17/3 38/24
64/21
**what [115]**   4/14 5/15 7/24 8/19
8/23 8/25 9/16 9/24 10/19 11/1
11/8 14/18 15/11 15/15 15/18 16/1
16/2 16/10 17/13 17/21 18/2 18/22
19/1 22/15 23/5 23/21 24/9 25/4
25/15 27/6 28/3 29/12 29/13 30/13
32/16 34/10 35/21 38/8 42/20
45/11 45/17 46/1 46/2 50/9 50/23
50/25 51/8 52/1 54/6 54/9 55/11
58/23 59/13 59/23 60/11 60/18
61/2 61/11 62/3 65/10 66/2 67/9
71/17 73/14 76/19 77/4 77/6 78/18
81/4 82/17 83/12 84/24 85/6 85/16
85/19 87/12 87/15 88/1 88/15
88/17 88/20 92/8 93/2 93/12 93/16
94/19 94/22 95/4 96/14 100/4
100/9 100/14 101/1 101/9 102/19
104/4 105/4 105/14 106/1 108/1
108/25 109/6 113/17 113/23 114/17
118/13 120/7 120/7 120/10 120/19
121/5 121/10 121/14 121/21 123/17
**whatever [1]**   120/12
**whatsoever [2]**   13/1 27/19
**when [51]**   4/25 6/15 13/5 15/11
15/21 16/25 17/6 28/6 31/3 38/5
47/1 49/9 52/1 52/9 52/19 53/4
55/8 58/10 60/2 62/9 66/21 66/23
67/17 71/16 71/16 72/1 72/4 77/5
77/25 78/9 82/21 85/10 85/17
86/16 89/8 96/5 99/3 99/22 100/2
101/21 108/21 111/1 112/22 113/25
115/1 118/1 118/5 119/23 119/23
120/6 122/10
**whenever [1]**   124/20
**where [18]**   6/19 6/22 15/7 15/8
37/18 40/5 40/8 40/25 46/24 49/5
50/8 54/16 67/6 79/2 83/25 122/18
123/3 125/14
**Whereupon [2]**   117/19 119/11
**whether [28]**   5/1 11/20 27/21 28/4
28/9 37/25 42/22 46/15 51/19
51/20 56/6 58/1 58/2 63/4 72/11
78/17 78/20 79/2 80/9 90/1 92/5
92/15 93/21 97/2 99/18 101/22
110/11 111/20
**which [31]**   9/1 23/5 29/21 30/12
30/24 33/17 49/1 49/6 50/13 62/15
65/6 71/22 72/4 72/19 75/5 77/3
77/11 81/12 84/3 84/8 84/9 84/10
84/22 89/13 95/2 98/25 105/12
112/9 120/22 122/25 123/9
**while [3]**   55/4 72/3 84/4
**who [22]**   4/7 4/8 4/8 4/9 4/11
4/19 12/13 15/9 37/18 43/14 43/15
67/15 71/24 80/4 100/16 107/3
114/16 115/6 115/12 117/3 120/1
120/16
**whoever [2]**   30/10 61/25
**whole [6]**   28/7 39/24 40/2 51/1
76/14 100/1
**whom [1]**   84/2
**whomever [1]**   60/6
**whopping [1]**   32/4

**whose [1]**   4/20
**why [10]**   4/25 5/13 16/15 36/3
37/24 37/25 53/12 59/13 71/7
72/21 83/11 83/13 99/25 100/2
100/20 101/25 108/14 114/9 115/6
125/6
**wife [1]**   121/9
**wife's [1]**   121/10
**will [39]**   11/25 12/7 26/12 37/3
40/21 42/15 43/6 51/18 51/24 52/3
54/13 54/17 58/6 58/15 67/4 72/21
73/1 76/17 80/4 80/24 84/15 84/17
90/1 99/8 105/9 110/7 111/23
111/24 112/8 112/9 123/10 123/11
123/20 123/23 124/11 124/15 125/4
125/20 125/22
**Wired [6]**   50/12 50/25 51/1 51/5
51/5 51/6
**withdraw [2]**   34/18 45/20
**withdrawal [5]**   24/16 34/16 49/20
53/25 54/2
**withdrawals [3]**   23/25 83/19 106/2
**withdrawing [1]**   10/3
**withdrawn [6]**   7/23 10/4 40/13
43/5 44/6 46/7
**withdrew [1]**   47/20
**within [1]**   61/2
**without [7]**   42/25 45/25 46/9
46/14 85/2 99/19 112/15
**withstanding [1]**   33/3
**witness [20]**   4/25 5/22 5/23 11/24
71/12 73/8 73/8 93/2 93/3 93/4
99/8 109/17 109/20 109/21 109/23
111/7 114/9 114/10 115/9 124/14
**witness' [2]**   37/21 50/5
**witness's [1]**   15/25
**WITNESSES [1]**   3/2
**woman [1]**   4/19
**words [1]**   123/20
**work [9]**   16/11 76/16 76/18 81/3
89/15 89/17 104/8 105/18 124/23
**worked [1]**   57/4
**worry [1]**   72/18
**would [65]**   8/12 10/23 17/22 22/11
22/13 22/13 22/15 22/16 22/20
27/14 34/20 35/24 42/21 43/14
46/18 46/20 47/16 54/15 55/14
55/16 58/7 58/23 59/18 61/8 61/10
61/11 62/14 64/22 66/1 67/18 76/6
77/6 77/16 77/19 79/11 80/10
81/19 85/8 85/12 85/16 85/24
87/19 88/1 92/13 93/12 97/12
97/14 97/22 100/7 100/18 101/3
101/22 102/1 102/3 102/6 102/10
102/17 103/20 106/1 106/3 106/5
109/6 112/1 117/13 121/16
**wouldn't [6]**   26/20 52/20 60/23
67/20 90/18 93/2
**wrap [1]**   69/22
**written [1]**   125/11
**wrong [2]**   90/12 90/20
**www.BitcoinFog.com [1]**   13/25

## X

**Xchange [28]**   6/20 7/5 7/7 7/9
7/12 7/15 7/16 7/18 7/19 7/22
7/24 8/1 8/3 8/11 8/15 8/19 18/10
20/23 21/15 23/11 23/11 23/12
25/22 26/17 28/22 29/18 32/11
32/12

## Y

**Yeah [10]**   49/17 62/11 72/13 81/2
81/10 91/24 108/20 112/7 116/21
123/23
**years [19]**   15/12 36/14 36/17
55/17 61/9 64/23 77/24 78/8 84/13
84/17 85/3 85/4 85/17 120/9
120/22 121/1 121/2 121/23 121/24
**yes [239]**
**yet [3]**   20/17 116/17 122/8
**York [1]**   1/20

**you [601]**
**you're [30]**   18/6 22/10 56/14 56/17
64/6 123/20
**your [177]**
**yours [1]**   85/2
**yourself [1]**   113/2
**yourselves [2]**   71/9 110/7

## Z

**zoom [11]**   25/8 30/23 32/8 34/25
35/17 38/10 38/11 44/3 47/15
47/22 62/16