```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                         Criminal Action
 4              Plaintiff,               No. 1: 21-399

 5         vs.                           Washington, DC
                                         February 27, 2024
 6    ROMAN STERLINGOV,
                                         9:19 a.m.
 7              Defendant.
      _____/          MORNING PROCEEDINGS
 8

 9                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11

12    APPEARANCES:

13    For the Plaintiff:     CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             JEFFREY PEARLMAN
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                        APPEARANCES CONTINUED

 2    For the Defendant:        TOR EKELAND
                                MICHAEL HASSARD
 3                              TOR EKELAND LAW PLLC
                                30 Wall Street
 4                              8th Floor
                                Brooklyn, NY 10005
 5

 6
      Court Reporter:          SHERRY LINDSAY
 7                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                               Room 6710
 9                             Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        TABLE OF CONTENTS

2                            WITNESSES

3    Ilya Lichtenstein

4        Direct examination continued by Mr. Pelker      4
         Cross-examination by Mr. Ekeland                23
5

6    Sarah Glave

7        Direct examination by Mr. Brown                 38
         Cross-examination by Mr. Ekeland                76
8        Redirect examination by Mr. Brown               89

9    Valarie Mazars de Mazarin

10       Direct examination by Ms. Pelker                94

11

12                            EXHIBITS

13

14   Government Exhibit 305                               46
     Government Exhibit 719B                              65
15   Government Exhibit 306                               68
     Government Exhibit 305A                              74
16   Government Exhibit 51                                90

17

18

19

20

21

22

23

24

25

DIRECT EXAMINATION OF MR. LICHTENSTEIN                4

1              P R O C E E D I N G S

2           THE COURT:  All right.  As you may know, we were

3     waiting for a juror but all of the jurors are here now.

4           Do you want to get the witness first?

5           THE COURTROOM DEPUTY:  They are bringing him out now,

6     Judge.

7           THE COURT:  Okay.

8           (Jury in at 9:42 a.m.)

9           THE REPORTER:  Criminal case 21-399, *United States of*

10    *America versus Roman Sterlingov*.

11          Would counsel please approach the podium and state

12    your name for the record, starting with government counsel.

13          MR. PEARLMAN:  Good morning, Your Honor.  Jeff

14    Pearlman and Chris Brown and C. Alden Pelker for the

15    government.

16          THE COURT:  Good morning.

17          MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

18    for defendant, Roman Sterlingov, who is present in court.  And

19    joining me at counsel table is Michael Hassard.

20          THE COURT:  Good morning.

21          Mr. Pearlman, you may proceed.

22          MR. PEARLMAN:  Thank you, Your Honor.

23                DIRECT EXAMINATION CONTINUED

24    BY MR. PEARLMAN:

25    Q.   Mr. Lichtenstein, I want to ask you a little bit about

DIRECT EXAMINATION OF MR. LICHTENSTEIN          5

1   yourself.  Before I do, I want to make one thing clear.  Did

2   you run Bitcoin Fog?

3   A.    Did I run it?  No.

4   Q.    Okay.  Do you know someone named Roman Sterlingov?

5   A.    I never met him, no, no.

6   Q.    I want to take you back to the early 2010s or so.  What

7   were you doing at that time?

8   A.    I was an entrepreneur.  I started a tech company.

9   Q.    You started a tech company.  Did you have a tech

10  background?

11  A.    Yeah.  I taught myself to code and IT and things like

12  that.

13  Q.    Were you a computer science major in college?

14  A.    No.  I studied psychology in college.

15  Q.    During the time that you started the tech company, did you

16  meet Ms. Morgan who you testified about yesterday?

17  A.    Yes.

18  Q.    At some point, while you were working at this tech

19  company, did you become aware of something called

20  cryptocurrency?

21  A.    Yes.

22  Q.    And how did you become aware of cryptocurrency?

23  A.    So I was living in San Francisco at the time and talking

24  to a lot of people who were in the tech industry.  And so

25  someone told me about Bitcoin like at a meet-up or something

DIRECT EXAMINATION OF MR. LICHTENSTEIN                    6

1    like that.

2    Q.    Did you purchase some cryptocurrency?

3    A.    Yeah, I did a little bit.

4    Q.    Did you ever buy drugs with cryptocurrency?

5    A.    Yes, I did.

6    Q.    And what kind of drugs did you buy with cryptocurrency?

7    A.    So I went on darknet markets and several times for

8    personal use, I purchased psychedelic drugs, so primarily

9    mushrooms and LSD.

10   Q.    How were you able to get onto these markets?  What browser

11   did you use?

12   A.    I used Tor browser.

13   Q.    Sir, how was your business doing around 2013, 2014?

14            MR. EKELAND:  Objection; relevance.

15            THE COURT:  Overruled.

16            THE WITNESS:  I mean, it was a startup, so it was

17   definitely a struggle for sure.  So it had its ups and downs.

18   It was a little bit of a rollercoaster.

19   BY MR. PEARLMAN:

20   Q.    At some point, did you decide you wanted to hack

21   something?

22   A.    Yes.

23   Q.    Can you briefly explain what it means to hack something?

24   A.    To gain unauthorized access to a computer system and to

25   obtain data from it.

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1    Q.    Do you know what Bitfinex is?

2    A.    Yes.  It is a cryptocurrency exchange.

3    Q.    Did you decide to hack Bitfinex?

4    A.    Yes, I did.

5    Q.    Why?

6    A.    I mean, at the time, I think my business was struggling

7    and I was feeling very burned out from it.  And I felt like

8    very selfish.  I felt like I didn't really care about anyone

9    else.  I just wanted to get mine.  I wanted to access the

10   cryptocurrency on it.  I wanted to make some money.

11   Q.    Were you able to eventually access cryptocurrency on

12   Bitfinex that did not belong to you?

13   A.    Yes.

14   Q.    Briefly, how were you able to do that?

15   A.    It was over a period of a few months.  I was able to

16   access one server that Bitfinex used and then used that to gain

17   access to other servers and to credentials that would allow me

18   to transfer cryptocurrency out of that exchange.

19   Q.    At some point, did you gain access to other customers of

20   Bitfinex, their wallets on Bitfinex?

21   A.    I gained access to lot of the wallets on Bitfinex, yes.

22   Q.    And then what did you do once you got into those wallets?

23   A.    I created a script to automatically transfer the funds for

24   those wallets into my own wallets that I controlled.

25   Q.    Script, is that like a program?

1    A.    A computer program, yes.

2    Q.    How long were you on Bitfinex inside, able to do that?

3    A.    Throughout kind of the whole process, I had access to

4    their systems for several months.  But I didn't have access to

5    the credentials for the cryptocurrency for that whole time.

6    Q.    So how long were you able to have access to those

7    credentials?

8    A.    Once I started transferring it, I let it run and it was

9    throughout maybe a few hours.

10   Q.    Were you able to later access Bitfinex customer resources

11   at other exchanges as a result of the hack?

12   A.    Yes.  So one of the things that I did was modify the code

13   in Bitfinex to save customer passwords and send them to me.

14   And then I was able to try to use those passwords at other

15   exchanges.

16   Q.    Were you able to recover money from there as well?

17   A.    From some of them, yes.

18   Q.    And the form of the cryptocurrency this all took, was it

19   Bitcoin?

20   A.    Yes.

21   Q.    How much Bitcoin were you able to recover as a result of

22   the hack?

23   A.    It was approximately 120,000 Bitcoin.

24   Q.    Did you have a sense of how much this 120,000 Bitcoin was

25   worth in August 2016?

DIRECT EXAMINATION OF MR. LICHTENSTEIN                    9

1    A.    In total it was about $70 million.

2    Q.    And just to be complete, did you also hack some money from

3    an exchange called PayCoin?

4    A.    Yes.  At an earlier time, for a small amount of money.

5    Q.    Do you know what op sec is?

6    A.    Yes, operational security.

7    Q.    And in the context of hacking, what does operational

8    security mean?

9          MR. EKELAND:  Object, Your Honor, relevance and also

10   702.

11         THE COURT:  Overruled.

12         THE WITNESS:  Basically it is protecting yourself

13   from being discovered.  So it could mean protecting your

14   identity, protecting your IP address, which identifies your

15   computer from being traced, basically trying to evade whenever

16   you are hacking or law enforcement from tracking you down.

17   BY MR. PEARLMAN:

18   Q.    How did you learn to use operational security in the

19   specific -- operational security in your specific case?

20         MR. EKELAND:  Objection; relevance.

21         THE COURT:  Overruled.

22         THE WITNESS:  Just reading.  So there is a lot of

23   online resources.  There is a lot of discussion forums where

24   people discuss particular methods of operational security.

25   BY MR. PEARLMAN:

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1    Q.    Are you familiar with something called Exploit?

2    A.    You mean, a website called Exploit?

3    Q.    Yes.

4    A.    Yes.  It is a cybercrime forum.

5    Q.    Was that something that you occasionally looked at?

6    A.    Yes, at times.

7    Q.    Was that for the purpose of learning about operational

8    security?

9    A.    Primarily it was to find vendors who sold services that

10   might be connected to that.  So, for example, selling access to

11   proxy servers that could conceal my location.

12   Q.    What is a proxy server?

13   A.    So a proxy server is essentially a way to conceal

14   someone's IP address.  So the way that I kind of think about it

15   is if I am sending a letter in an envelope that has a return

16   address, and the proxy server essentially takes my letter out

17   of the envelope and puts it in another envelope that has

18   another return address, kind of like a remailing service, but

19   online.  So it is a way to not have my IP address be recorded

20   or tracked.

21   Q.    In running this hack, did you use devices that were inside

22   your house?

23   A.    Yes.

24   Q.    Did you use servers that were outside your house?

25   A.    Yes.

DIRECT EXAMINATION OF MR. LICHTENSTEIN

1    Q.    Are you familiar with DigitalOcean?

2    A.    Yes.

3    Q.    Are you familiar with Vulture?

4    A.    Yes.   Those are all web hosting companies.

5    Q.    Did you use those as part of your hack?

6    A.    I used it as part of the laundering.   I don't remember if

7    I used it as part of the hack.

8    Q.    And we'll talk about the laundering in a second.

9    A.    Yeah.

10   Q.    So you have $70 million in Bitcoin, do you go and cash

11   that out?

12   A.    Well, not -- not right away.   It would be very difficult

13   to do so.

14   Q.    Why?

15   A.    Because, obviously, that would raise some red flags, just

16   as if say I went to a bank with $70 million worth of cash, that

17   would raise a lot of red flags.

18   Q.    Did you have a concern about what the Bitcoin you took,

19   what banks might be able to figure out?

20   A.    Yeah, absolutely.

21   Q.    Do you know what blockchain analysis is?

22   A.    Yes.

23   Q.    So what were you worried that blockchain analysis was

24   going to do?

25            MR. EKELAND:   Objection, leading, Your Honor.

```
 1                    MR. PEARLMAN:  What did you --

 2                    THE COURT:  Sustained.

 3                    MR. PEARLMAN:  Your Honor, it is a what question.

 4                    THE COURT:  So I think maybe you need to back up a

 5        step and ask if he had any concerns, for example.

 6        BY MR. PEARLMAN:

 7        Q.    So did you have concerns about how your Bitcoin might be

 8        seen on the blockchain?

 9        A.    Yes.  So all transactions on the blockchain are public,

10        anyone can see them.  And so, of course, I would have concerns

11        about that.

12        Q.    Do you know what blockchain tracing is?

13        A.    Yeah.  It is a way to trace transactions on the

14        blockchain.

15        Q.    So what, if any, concern did you have about blockchain

16        tracing specific to your case?

17        A.    So, basically, that when I sold or cashed out that Bitcoin

18        in some way, law enforcement would use blockchain tracing to

19        connect the Bitcoin that I sold to the stolen Bitcoin from the

20        hack.

21        Q.    Were there any particular companies you were concerned

22        about in particular with respect to the tracing in your case?

23        A.    So I was aware that Chainalysis was kind of a well-known

24        company that did a lot of blockchain tracing.

25        Q.    Where was the BTC, the Bitcoin, where was it stored after
```

1    you got it?

2    A.    So the private key -- I mean, the BTC is on the

3    blockchain.  But the private keys or the access credentials to

4    it were stored on my computer in encrypted form.

5    Q.    So you mentioned money laundering and you testified

6    yesterday that you pled guilty to money laundering.  I take it

7    you did some laundering with respect to the $70 million worth

8    of Bitcoin?

9    A.    Yes.  So I used a variety of different services and

10   techniques to try to obfuscate or conceal where it came from.

11   Q.    How did you learn about those different techniques?

12   A.    Just like the same thing, a lot of research online looking

13   at different forums, looking at just different services that

14   are available, such as exchanges and things like that.

15   Q.    Did you -- are you aware of a service called Bitcoin Talk?

16   A.    Yeah.  That is a discussion forum for people to discuss

17   different topics related to Bitcoin.

18   Q.    Did that topic come up in Bitcoin Talk at all?

19   A.    You mean of laundering or concealing Bitcoin?

20   Q.    Yes.

21   A.    Yeah.  So there were discussions of different mixers and

22   anonymity services that I remember reading about.

23   Q.    So you mentioned mixers, what, to your understanding, is a

24   mixer?

25   A.    So it is a way to anonymize your currency in some way by

DIRECT EXAMINATION OF MR. LICHTENSTEIN                14

1   mixing it with other people's.  So the way I thought about it

2   is, say I have some cash from a bank robbery or something that

3   are marked bills.  And if I were to put those in a bag along

4   with a bunch of other people that are putting in other bills

5   from elsewhere and then I randomly pull some money out of the

6   bag, I am probably going to get someone else's money that is

7   not connected to any crime and someone else might get my money.

8   Q.   Did you decide to use a mixer as part of your money

9   laundering?

10  A.   Yeah.  That was one of the things I wanted to test.

11  Q.   Which ones did you decide to use, if you can recall?

12  A.   I have used a lot of them.  So I have used Bitcoin Fog, I

13  have used Helix.  I used ChipMixer.  I used BitCloak.  I have

14  used Bit Blender.  That is just the ones that I can recall.  I

15  am sure there were more.

16  Q.   What concerns in having all of this Bitcoin would you have

17  about using a mixer --

18            MR. EKELAND:  Objection.

19            THE COURT:  I'm sorry?

20  BY MR. BROWN:

21  Q.   -- successfully?

22            MR. EKELAND:  I just said, objection, leading.

23            MR. PEARLMAN:  What concerns?

24            If I may?

25            THE COURT:  Go ahead.

 1    BY MR. PEARLMAN:

 2    Q.   Did you have any concerns about using a mixer?

 3    A.   Well, yeah.  I want to be sure that it works effectively,

 4    and that it makes things harder to trace.

 5    Q.   You mentioned in your bag of money example having other

 6    people contributing money to that bag.  How did that factor

 7    into those concerns, if at all?

 8    A.   So, number 1, obviously, ideally, you wouldn't want to be

 9    getting back money that is dirtier than your own.  Because that

10    doesn't really help, say it is connected to another crime.  And

11    then also another concern is kind of how much money is in that

12    bag, so to speak.  So if I am contributing most of the funds to

13    that mixer, then when I am taking money out randomly, there is

14    a good chance that I will just be getting my own money back

15    anyway and if won't really be mixed.

16    Q.   What concerns, if any, did you have about having money

17    stolen from you?

18    A.   Well, and the other thing, obviously, is when you make a

19    deposit into that mixer, you don't -- you know you are trusting

20    that service essentially.  You hope that they will send money

21    back to you.  But you are just trusting it.  And so someone who

22    is operating that service could always just take deposits and

23    then not give you anything back.

24    Q.   Well, how would you know such as for Bitcoin Fog, how

25    would you know whether to trust Bitcoin Fog?

1    A.   It is all about reputation.  So looking at particularly

2    say on a discussion forum just like with any service.  I would

3    look at the reviews, so comments that other people are leaving

4    saying that, yes, I got my money back and I didn't have any

5    problems taking this money from the mixer to an exchange or

6    whatever, things like that, looking at how long it has been

7    around.  Just kind of the reputation that it has had over time.

8    Q.   In choosing a mixer, what were some of the features that

9    you were looking for?

10   A.   So most importantly, obviously, is that it will actually

11   mix your money and not just give back the same money.  So a lot

12   of people are using it.  I also wanted something that could for

13   example, randomize the fees that it charges, which makes it a

14   lot more secure.  I wanted something that didn't look like it

15   might be like a trap or something that is secretly recording

16   transactions.  Yeah, things like that.

17   Q.   So I want to ask you about the randomization thing.  Can

18   you give us an example of that, how in terms of what you were

19   looking for?

20             MR. EKELAND:  Objection, Your Honor, 702.

21             THE COURT:  I think the witness can testify about his

22   own experience and his own purposes, so to the extent that is

23   what he is doing, that is fine.

24             THE WITNESS:  So basically all transactions on the

25   blockchain are public.  And say there is a mix -- so all of

1   these mixing services, they charge a fee.  And say there is a

2   mixing service that always charges a 2 percent fee flat, which

3   means that when I put in $100 worth of Bitcoin into that

4   service, there is going to be another transaction coming back

5   to me that is $98.

6           MR. EKELAND:  Objection.

7           THE WITNESS:  $100, minus the fee.

8           MR. EKELAND:  Objection, Your Honor.  Can we talk on

9   the phone for a moment?

10          (Conference held at the bench.)

11          MR. EKELAND:  The witness is not giving fact

12  testimony right now.  And I am really concerned that what

13  government is doing here is what we initially objected to is

14  they are bringing in expert opinion testimony on the working of

15  mixers.  If the witness is going to testify to, oh, I deposited

16  X amount and 2 percent was taken out, that is fact testimony.

17  But what is going on here is that they are using him as an

18  expert for mixers and we object.

19          THE COURT:  I don't think -- I understand your

20  concern and maybe it is getting close to that.  But as I

21  understand the testimony -- and what I think is fine is for him

22  to testify about why he was attracted to a particular mixer

23  over some other mixer and as a consumer what was attractive to

24  him.  And he has to provide some background to explain what was

25  in his mind and what his mindset was as to why he was attracted

1    to it.  I agree with you at some point, it could cross over

2    into expert testimony.  But I understand what I have heard thus

3    far was him explaining why it was this was attractive or

4    something that he was looking for as a consumer.

5               (End of bench conference.)

6               THE COURT:  Okay.

7    BY MR. PEARLMAN:

8    Q.    Did you ever eventually use Bitcoin Fog?

9    A.    Yes, I did.

10   Q.    Did it include the randomizer feature that you just

11   testified about?

12   A.    As best I remember, I think so.  I am not 100 percent sure

13   on that, but I feel like it probably did.

14   Q.    What about access to a mixer and how you would locate it

15   on the internet?  What attractions did that have for you if

16   any?

17              MR. EKELAND:  Objection; compound.

18              MR. PEARLMAN:  It is not compound, Your Honor.  I was

19   just directing him to the subject.

20              THE COURT:  Give me a second.  I'm sorry.  Why don't

21   you rephrase the question to avoid that issue.

22              MR. PEARLMAN:  Sure.

23   BY MR. PEARLMAN:

24   Q.    You testified earlier about Tor.

25   A.    Yeah.

DIRECT EXAMINATION OF MR. LICHTENSTEIN                19

1   Q.   The Tor browser.  How did Tor, the use of Tor, as opposed

2   to like the internet, factor into your decisions if at all

3   about what mixers to use?

4   A.   Yeah.  So several mixers have what is called a Tor hidden

5   service as well available, which is basically a way to access

6   that mixer through the dark web without kind of going through

7   the normal internet at all.  And, obviously, that was very

8   attractive to me.  Because the main purpose of using the dark

9   web is to conceal your IP address or your location, so if there

10  is a mixing service that takes the time to set up a Tor hidden

11  service on the dark web, that kind of tells me that it can be

12  more trustworthy almost, because I know that they are not going

13  to be able to record any information about myself.  And they

14  are kind of equally committed to remaining hidden basically.

15  Q.   Do you recall how many times that you used Bitcoin Fog to

16  launder money?

17  A.   Probably a total of like 5 to 10 times, something like

18  that.

19  Q.   If you recall, about how much money would you put in

20  during these times?

21  A.   So usually, each transaction, it would be between -- each

22  use I should say, between 1 to 5 Bitcoin, something like that.

23  I didn't use mixers for the majority of the Bitcoin, just

24  because of the volume.  But I used them kind of on an as-needed

25  basis.

1    Q.    When you say the volume, you mean the amount of money that

2    you had?

3    A.    Yeah, the amount.

4    Q.    Did you eventually stop using Bitcoin Fog?

5    A.    Yeah.

6    Q.    Why?

7    A.    I found other mixers that I could use that suited my

8    purposes better.  So one thing that was inconvenient or not as

9    secure about Bitcoin Fog was that I had to make an account and

10   log in.  And thus, the mixer itself, would kind of have a

11   record connecting all of my transactions that I have used with

12   it.  I found other mixers, such as Helix Light for example,

13   when I didn't have to log in.  And then additionally, I became

14   more sophisticated with using cryptocurrency exchanges and kind

15   of sending crypto through that, so I didn't have to rely on

16   mixers.

17   Q.    At some point, did you use Ms. Morgan to help you launder

18   funds?

19   A.    Yes.  I sent some funds to her as well.

20   Q.    Then what would she do with them?

21   A.    So I just sent her funds that then she sold on her own

22   accounts on the exchange.

23   Q.    You mentioned that you used crypto exchanges when you

24   became more sophisticated?

25   A.    Yes.

1    Q.    Were you concerned -- do you know what KYC is?

2    A.    Yeah.   It means, know your customer.

3    Q.    So what concerns did you have, if any, about using crypto

4    exchanges with respect to know your customer rules and laws?

5    A.    Well, crypto exchanges, number 1, they never operate on

6    the dark web, not as far as I know.   So that means they are

7    recording the IP address that you are accessing them from.   And

8    then also, usually crypto exchanges at least some of them, will

9    require some kind of personal information, ID, things like

10   that.

11   Q.    But you were saying that you were able to use them?

12   A.    Yes.

13   Q.    How were you able to use them, if you had those other

14   obstacles?

15   A.    For a lot of crypto exchanges, I was able to access

16   various cybercrime forums, where I purchased exchange accounts

17   that were registered in the names of money mules, so in other

18   people's names.

19   Q.    And, in fact, to be clear, while you were conducting your

20   money laundering plan, is it correct that at times you gave

21   false identifications to various financial services?

22   A.    Yes.

23   Q.    And why did you do that?

24   A.    So that the funds to -- so basically what I was doing was

25   changing Bitcoin for other forms of cryptocurrency.   And so I

1    didn't want the Bitcoin that I was depositing into those

2    exchange accounts to be linked to my real name.

3    Q.    So, sir, from the time of the hack in 2016, until you were

4    arrested in 2022, approximately how much money in US dollars

5    were you able to launder?

6    A.    It is hard to say, but certainly millions of dollars.

7    Q.    Did the value of Bitcoin go up during this time?

8    A.    Yes, quite a bit.

9    Q.    And at the time that you were arrested, do you know

10   approximately how much that $70 million of Bitcoin minus the

11   money laundering was worth?

12   A.    I don't know exactly.  But several billion dollars,

13   probably between $4 to $6 billion.

14   Q.    On the crypto exchange matter, did you eventually -- did

15   you ever use your real name in depositing crypto exchange

16   amounts?

17   A.    Yes.  So once I had put cryptocurrency through this

18   process where I felt like it was no longer traceable to its

19   source, then I deposited it into crypto exchanges that were

20   registered in my real name and sold it for US dollars.

21            MR. PEARLMAN:  The Court's indulgence.

22            I don't have any other questions, Your Honor.

23            THE COURT:  All right.  Mr. Ekeland.

24            MR. EKELAND:  May I proceed, Your Honor?

25            THE COURT:  You may.

```
 1                    MR. EKELAND:  Thank you.
 2                           CROSS-EXAMINATION
 3     BY MR. EKELAND:
 4     Q.    Good morning, Mr. Lichtenstein.
 5     A.    Good morning.
 6     Q.    You don't know Mr. Sterlingov?
 7     A.    No.
 8     Q.    You have never talked to him in your life?
 9     A.    Never talked to him.
10     Q.    You have never interacted with him in any way?
11     A.    No, sir.
12     Q.    And you never communicated with the administrator of
13     Bitcoin Fog?
14     A.    No.  I didn't need to, it was fully self service.
15     Q.    So you never sent any kind of message to Bitcoin Fog or
16     anything like that?
17     A.    No.
18     Q.    And then you said when you hacked Bitfinex, you stole
19     about 120,000 Bitcoin?
20     A.    Yes, that is correct.
21     Q.    And is the way you did that, you just gained access to the
22     private keys for all of those addresses; is that correct?
23     A.    I gained access to API keys that let me control the
24     withdrawal process and initiate withdrawals.
25     Q.    And eventually you got about 2,000 addresses; is that
```

CROSS-EXAMINATION OF MR. LICHTENSTEIN

1    correct?

2    A.    Yes.

3    Q.    You got the private keys to all of those addresses?

4    A.    I never got the private keys to those addresses directly.

5    I gained access to API credentials that allowed me to withdraw

6    funds from the exchange.

7    Q.    But eventually you did when you gained control of all

8    120,000 or so Bitcoin that you stole from Bitfinex, eventually

9    you controlled private keys that controlled that Bitcoin?

10   A.    Yeah.  I sent the funds to my own wallets to which I

11   controlled the private keys.

12   Q.    When you were arrested and the government searched your

13   devices, they found your private keys to that 120,000 Bitcoin?

14   A.    Yes.

15   Q.    You had stored the private keys in cloud storage?

16   A.    Yes.  They found a lot of them, not all of them but a lot

17   of them.

18   Q.    So are there still private keys that the government

19   doesn't have to the money that you stole?

20   A.    Not at this point, no.  Because I turned over all of the

21   credentials and I turned over hundreds of millions of dollars

22   to the government they were unable to trace and find.

23   Q.    And the fact that the government got those private keys,

24   was proof that you had control over the Bitcoin that you had

25   stolen from Bitfinex?

1              MR. PEARLMAN:  Objection.

2              THE COURT:  What is the objection?

3              MR. PEARLMAN:  Calls for a legal conclusion as to

4    proof.

5              THE COURT:  Overruled.

6              THE WITNESS:  The fact that I had the private keys

7    was proof that I had control of that Bitcoin, yes.

8    BY MR. EKELAND:

9    Q.   And after you hacked Bitfinex, you took steps to cover

10   your tracks?

11   A.   Yes, that is correct.

12   Q.   And part of that is you deleted access credentials?

13   A.   I deleted data from servers at the time, yes.

14   Q.   Log files, you deleted?

15   A.   Yes.

16   Q.   And you worked with your wife, Ms. Morgan, to launder the

17   stolen funds?

18   A.   She engaged in some laundering activity with me, yes.

19   Q.   And the government was able to trace through some of your

20   mixing attempts; is that correct?

21   A.   Yes.  The government traced a lot of the currency to me.

22   Q.   And the government also seized one of the servers for one

23   of the mixers called Helix?

24   A.   I don't know.

25   Q.   And before you hacked Bitfinex, you hacked Coinbase?

1    A.    I hacked several individual accounts that I was able to

2    obtain the access credentials to.

3    Q.    When did you first start hacking?

4    A.    It would have probably been in late 2015 or maybe 2016,

5    with those particular cryptocurrency hacks.

6    Q.    Was that about the same time that you discovered Bitcoin?

7    A.    No.  I knew about Bitcoin before.

8    Q.    When did you first learn about Bitcoin?

9    A.    I have heard about it probably in 2011, 2012.  I don't

10   remember when I first purchased some, but it would have been

11   before then.

12   Q.    And after you had hacked Bitfinex, you hacked Kraken?

13   A.    So I didn't hack Kraken itself, but I -- what we talked

14   about before, I used some passwords on -- that I recovered from

15   some Bitfinex accounts to access users' accounts on Kraken.

16   Q.    And you were using drugs a lot of the time that you were

17   doing these hacks?

18   A.    Not at the time I was doing the hacks.

19   Q.    You weren't using drugs at the time you accessed Kraken?

20   A.    I mean, I used marijuana, but not at the same time while I

21   was -- you know, I wanted to be sober while I was doing the

22   hacks.  I used marijuana, yes.

23   Q.    And you also wrote some notes about how to evade

24   government detection?

25   A.    I took some notes from things I have learned, yes.

CROSS-EXAMINATION OF MR. LICHTENSTEIN

1  Q.   And the government found those notes?

2  A.   Some of them, yes.

3  Q.   And you also went on numerous forums, hacker forums like

4  Dark Money, Probive, Dublikat, obnal and AntiChat?

5  A.   Yes, those are hackers and money laundering forums.

6  Q.   And part of what you did there was to study how to launder

7  money?

8  A.   To launder and then to find vendors or services that I did

9  use to do that, yes.

10  Q.   And you engaged in a number of techniques to money

11  launder; correct?

12  A.   Yes.

13  Q.   And that includes using fictitious identities to set up

14  online accounts?

15  A.   Yes.  Those would the exchange accounts that we mentioned

16  earlier.

17  Q.   And you also testified that you essentially went on

18  darknet forums and bought other people's KYCed Bitfinex

19  exchange accounts?

20  A.   Yes.

21  Q.   And you also used computer programs to automate your

22  transactions in an attempt to mask the source of funds?

23  A.   Yes.  I wrote computer programs to automate transactions.

24  Q.   And you deposited the stolen funds into a variety of

25  darknet markets?

1    A.    Yes.

2    Q.    And you also deposited the money in a variety of

3    cryptocurrency exchanges in an attempt to hide it?

4    A.    Yes.

5    Q.    And you also converted the Bitcoin into other forms of

6    cryptocurrency in an attempt to hide the source of funds?

7    A.    Yes.

8    Q.    And you also used anonymity enhanced cryptocurrency in a

9    practice known as chain hopping?

10   A.    Yes.  So I converted some of the founds into Monero which

11   is a more anonymous cryptocurrency.

12   Q.    And then like you said, you used mixers like Bitcoin Fog,

13   Helix and Chip Mixer.  And you said you only used Bitcoin Fog

14   was it about 5 times?

15   A.    Five to 10 times, probably as best I remember.

16   Q.    Then if I heard you correctly, you said that eventually

17   you discovered there were better ways to hide the funds than

18   mixing them?

19   A.    For my purposes, yes.

20   Q.    Uh-huh.  So you stopped using Bitcoin Fog as a mixer?

21   A.    Yes.

22   Q.    And with the funds that you stole from Bitfinex, you got a

23   Wall Street apartment?

24   A.    I was renting an apartment.

25   Q.    Uh-huh.  And you also paid for rap videos to be filmed of

CROSS-EXAMINATION OF MR. LICHTENSTEIN

1    your wife, Morgan; is that correct?

2    A.    I believe there was one video filmed.  I don't know if it

3    was those funds.  That was with her own funds.

4    Q.    You bought art?

5    A.    One time.

6    Q.    Uh-huh.  And you also -- did you become an investor in

7    venture capital enterprises?

8    A.    I invested in several tech startups, yes.

9    Q.    Uh-huh.  You also had plans to get fake passports?

10   A.    No, I don't think so.

11   Q.    Did you ever get any fake identification?

12   A.    Not fake physical identification.  So I have used scans of

13   other people's ID documents to set up the exchange accounts,

14   but I wouldn't know how to get a fake passport.

15   Q.    So when you were arrested, the government discovered an

16   overwhelming amount of evidence that you had committed the

17   crimes?

18   A.    I mean, I don't know.  I haven't seen all of the evidence.

19   Q.    But the government found enough evidence to prove every

20   element of the charges against you beyond a reasonable doubt?

21   A.    Well, I pleaded guilty and I gave the government a lot of

22   evidence through my statements.  Like I -- at the time I

23   pleaded guilty, I did not have a chance to review all of the

24   discovery and all of the evidence that the government had.  So

25   I really couldn't answer that.

CROSS-EXAMINATION OF MR. LICHTENSTEIN                30

1    Q.    But when you pleaded guilty, you pleaded guilty in a court

2    of law?

3    A.    Yes.

4    Q.    And you took an oath in that court to tell the truth, just

5    like you took an oath today?

6    A.    Yes.

7    Q.    And one of the questions that you were asked at your plea

8    was whether or not the government had enough evidence against

9    you to prove their case beyond a reasonable doubt?

10   A.    Well, yes, with my statements to the government, yes.

11   Q.    And you were facing a maximum of a 20-year sentence on the

12   conspiracy to money launder charge that you pled guilty to?

13   A.    Yes, that is correct.

14   Q.    And at your plea you were informed that you did have a

15   constitutional right to a trial by jury, a jury of your peers?

16   A.    Yes.

17   Q.    And that also you had a constitutional right to testify in

18   your own defense?

19   A.    Yes.

20   Q.    And that you also had a constitutional right to confront

21   the government's witnesses against you?

22   A.    Yes.

23   Q.    And because you were guilty, you chose to waive all of

24   those constitutional rights?

25   A.    Yes.

CROSS-EXAMINATION OF MR. LICHTENSTEIN

1        MR. EKELAND:  I pass the witness, Your Honor.

2        THE COURT:  All right.  Any redirect?

3        MR. PEARLMAN:  No, Your Honor.

4        THE COURT:  All right.  The witness is excused.

5        MR. PEARLMAN:  The Court's indulgence.

6        THE COURT:  Can I ask counsel to pick up for a second

7  on the phone here.

8        (Conference held at the bench.)

9        THE COURT:  I say, I think the last line of

10  questioning was getting pretty close to inappropriate because

11  what you are suggesting was -- is that the jury should infer

12  from whether someone chooses to exercise their constitutional

13  right to take the stand or not take the stand, whether they are

14  guilty or not.  And, you know, your client has not yet made a

15  decision finally, you have to have a colloquy with me about

16  whether to take the stand or not.  And you are suggesting to

17  the jury that someone who chooses to exercise their

18  constitutional right to testify is -- they should assume is

19  innocent.  And someone who chooses not to testify is guilty.

20  And I think that is not proper, particularly where your client

21  has not even made a decision at least after a colloquy with me

22  about ultimately what he wants to do in the case.  And I know

23  you opened saying he was going to testify.  But I think that

24  was an inappropriate line of questioning.  So I want to note

25  that for the record.

1           (End of bench conference.)

2           MR. PEARLMAN:  Maybe we could have a stretch break,

3      Your Honor.

4           THE COURT:  Are we waiting for the next witness?

5           MR. PEARLMAN:  Yeah.  We are getting him from another

6      floor.

7           THE COURT:  Feel free to stand up and stretch for a

8      minute.

9           (Pause.)

10          (Conference held at the bench.)

11          THE COURT:  Go ahead.

12          MR. EKELAND:  Your Honor, we have an outstanding

13     objection to the testimony of the next witness, Theodore

14     Vlahakis, because he is the FinCEN expert that they are coming

15     in.  And our objection was essentially that he is -- the Court

16     remembers and I think the Court reserved judgment, so I am

17     renewing the objection.

18          THE COURT:  I didn't realize he was testifying now.

19     But my view on this is that he can be -- he ought not testify

20     sort of as to the law generally.  He can testify as to the

21     value, for example, to law enforcement of obtaining KYC

22     information, the value for the law enforcement of registrations

23     and whatever they need and that value it has for law

24     enforcement, but ought not sort of more generally be testifying

25     as to what the law is.

CROSS-EXAMINATION OF MR. LICHTENSTEIN

1          MR. PEARLMAN:  Your Honor, just to be clear, it was

2     my understanding that he could testify, generally as to what

3     FinCEN does with respect to its guidelines and that he should

4     be able to testify to that.  He has testified to that in other

5     courts.  There is case law concerning his ability to testify

6     concerning the law, to be clear, he will not be testifying as

7     to whether the defendant in this particular case was in

8     violation of those laws.  But it is a somewhat complicated

9     regulatory regime, which the defendant we allege the defendant

10     himself made statements about with respect to FinCEN.  So I

11     think the witness is entitled to say what the law was and what

12     FinCEN publicized what the law was, particularly in 2013 when

13     the defendant was making statements about FinCEN.

14          THE COURT:  Mr. Ekeland.

15          MR. EKELAND:  Your Honor, obviously, this witness is

16     not a fact witness at all.  The law is the province of the

17     Court.  I think this is -- he is going to confuse the jury.

18     The question is simple, did Mr. Sterlingov register in DC?  Is

19     he an unlicensed -- is Bitcoin Fog an unlicensed money

20     transmitter.  I don't see any need for this witness' testimony.

21     And it is entirely improper because he is testifying as to

22     matters of law.

23          MR. PEARLMAN:  So again, Your Honor, in document 191,

24     ECF, we briefed this issue and we discussed that courts had

25     permitted expert testimony -- expert testimony about the Bank

1    Secrecy Act.  We are certainly not seeking to put him on as an

2    expert, but to testify about the scheme.  You just heard from

3    Mr. Lichtenstein, who testified that it is their concern as

4    money launderers about these know your customer laws.  If he

5    can't testify about what the laws are, then I think that the

6    jury is just left in the dark, is this just something that

7    money launderers make up?  And it is not.

8              So, again, I want to be very clear, he is not

9    testifying as to whether the defendant in this particular case

10   was a money transmitter.  But we do have -- I think he should

11   at least be able to define the terms money transmitter and so

12   forth for purposes of I think it is the third or fourth charge

13   in this case.  He should be able to testify about what money

14   service businesses are.  And he should be able to testify about

15   the general scheme of the BSA.  There is simply no prejudice to

16   him doing this.  And this is something that we have noticed for

17   months at this point.

18             THE COURT:  You did notice it for months.  But

19   Mr. Ekeland is right, I think this is the one motion in limine

20   that I have not ruled on yet.  And it would have been nice if I

21   knew that he was testifying this morning so we could have done

22   this this morning rather than on the telephone.  Do you have

23   another witness who can testify first and we can come back to

24   him?  Because I have notes on this issue.  And it has been

25   weeks since I have looked at it.  But I did look extensively at

1    this issue, but I have to go back and look at my notes again.

2             MR. PEARLMAN:  All right.  Your Honor, maybe we could

3    take a very brief break, get a different witness and then we

4    would like to come back to you and be heard on this witness.

5             THE COURT:  I need to go back and refresh my memory

6    about looking back on the notes that I took on this.

7             MR. PEARLMAN:  Thank you, Your Honor.

8             (End of bench conference.)

9             MR. PEARLMAN:  So the next witness, Your Honor, is

10   going to be Sarah Glave.  It is going to take about 4 minutes,

11   Your Honor, so I don't know if you want to take a break or not.

12            THE COURT:  Why don't we go ahead and take our break

13   then.  We are going to go this morning until 12:30, 12:45.  So

14   why don't we take our morning break now and we'll come back at

15   quarter of.  If I can remind you, don't discuss the case among

16   yourselves and don't conduct any type of research.

17            (Jury out at 10:30 a.m.)

18            THE COURT:  All right.  Anything before we break?

19            MR. PEARLMAN:  Not from the Government, Your Honor.

20            MR. EKELAND:  Nothing from the defense, Your Honor.

21            THE COURT:  Okay.  Thank you.

22            How long do you think the next witness will go for?

23            MR. BROWN:  Your Honor, maybe an hour or 45 minutes

24   to an hour.

25            THE COURT:  And then do you have another witness

1    lined up after that or do I have to come back to this issue?

2              MR. BROWN:  I think we do have to come back to this

3    issue if we get through Ms. Glave.

4              THE COURT:  All right.  We'll see where we stand.

5    Thank you.

6              (Recess taken at 10:31 a.m.)

7              THE COURT:  Yes.  The government can get its next

8    witness.

9              THE COURTROOM DEPUTY:  You may be seated.

10             MR. BROWN:  Before the jury comes in, I noticed that

11   Professor Verret is sitting at counsel table.  I'd like to ask

12   the defense to confirm whether they are presenting Professor

13   Verret in any capacity as a fact witness?

14             THE COURT:  All right.  Mr. Ekeland?

15             MR. EKELAND:  Fact?

16             MR. BROWN:  As opposed to an expert witness, in which

17   case we would seek to exclude him under Rule 615 from the

18   courtroom.

19             MR. EKELAND:  Your Honor, we have noticed Mr. Verret

20   as an expert witness.  It is not our intent at this time to

21   present him as a fact witness.  He is not a fact witness to

22   anything, as far as I know.

23             THE COURT:  Okay.  That answers the question.

24             MR. BROWN:  And, Your Honor, the second issue is we

25   discussed Ms. Glave's testimony on September 18th.  The Court

1    ruled that because she is not a blockchain clustering expert

2    she, you know, would not be able to testify as to attribution

3    of certain addresses as being within the Bitcoin Fog cluster.

4    We believe that, you know, through this case thus far, we have

5    laid a sufficient foundation that she can rely on the testimony

6    and exhibits admitted through Mr. Scholl to show that 13

7    blockchain addresses that she found were, in fact, part of the

8    Bitcoin Fog cluster.  We wanted to front this with the Court

9    before raising it during her testimony.

10           THE COURT:  I appreciate you doing it.  And it seems

11   to me that the dividing line here is she testifying as an

12   expert herself; right?

13           MR. BROWN:  Yes.  But as a forensic accounting

14   expert.

15           THE COURT:  I understand.  But I think experts are

16   entitled to rely on a finding or an opinion of another expert

17   as the launching basis for some opinion they may express.  So I

18   think it is okay, so long as she is not herself verifying it,

19   but is, you heard so and so testify to this and I want to ask

20   you some questions about your analysis as it relates to that.

21   And I think that is acceptable.

22           MR. EKELAND:  Your Honor, the government can correct

23   me -- did the -- I don't believe the government disclosed this

24   as the basis of her testimony in the expert disclosure.  Am I

25   correct about that, Mr. Brown?

1            MR. BROWN:  So, Mr. Ekeland, this was included in the

2    original slide deck that we discussed on September 18th.  And

3    given the Court's direction, we modified that slide deck in

4    what we produced to the defense originally.  We also produced

5    a -- you know, a separate exhibit pending the Court's approval.

6    I think it is 305A.  Right.  And we fronted that we would seek

7    to introduce this subject to Court's approval.

8            THE COURT:  All right.  Well, it is -- I appreciate

9    you fronting with me.  It is a little hard for me to answer the

10   question in the abstract.  And Mr. Ekeland can object as it

11   comes in if he thinks it is inappropriate.

12           MR. BROWN:  We will seek to lay an appropriate

13   foundation.

14           THE COURT:  All right.  So let's get the jury.

15           (Jury in at 10:55 a.m.)

16           THE COURT:  All right.  The government may call its

17   next witness.

18           MR. BROWN:  The government calls Sarah Glave.

19                     SARAH GLAVE, sworn.

20           THE WITNESS:  Yes.

21           THE COURTROOM DEPUTY:  Thank you.  Please be seated.

22           THE COURT:  You may proceed.

23                     DIRECT EXAMINATION

24   BY MR. BROWN:

25   Q.   Good morning, Ms. Glave.  Could you please introduce

1  yourself to the jury, spelling your first and last name?

2  A.    Hello.  My name is Sarah Glave.  That is S-A-R-A-H,

3  G-L-A-V-E.

4  Q.    And what is your occupation?

5  A.    I am a forensic accountant.

6  Q.    Where are you currently employed?

7  A.    I am currently employed by Deloitte and I am detailed to

8  the IRS-CI.

9  Q.    What are your responsibilities at IRS-CI?

10  A.    I conduct financial analysis into third party money

11  laundering investigations from case inception to trial support.

12  Q.    How long have you been at IRS-CI?

13  A.    I have been at IRS-CI for just under 2 years.

14  Q.    How long have you been at Deloitte?

15  A.    I have been at Deloitte for just under 2 and a half years.

16  Q.    Were you always detailed to IRS-CI while you have been at

17  Deloitte or were you somewhere else before?

18  A.    Prior to my work here at IRS-CI, I supported a fraud,

19  waste and abuse engagement where I reviewed rental abuse for

20  anomalous activity.

21  Q.    What is your educational background?

22  A.    I have a bachelor's and master's degree in accounting from

23  East Carolina University.

24  Q.    What drew you to the field of accounting?

25  A.    I always enjoyed my accounting coursework and I knew

1    pursuing a path in accounting would allow me to kind of see

2    something different every single day.

3    Q.    And before you came to Deloitte, what other professional

4    experience did you have?

5    A.    I worked at KPMG as a financial statement auditor.

6    Q.    Ms. Glave, do you have any professional certifications?

7    A.    I am a certified public accountant and certified fraud

8    examiner.

9    Q.    And so for a certified public accountant, is that a CPA?

10   A.    Yes.

11   Q.    What are the qualifications to become a CPA?

12   A.    To become a CPA, you have to have a bachelor's degree, as

13   well as 150 semester hours, a certain amount of which must be

14   related to business and accounting related coursework.

15   Q.    Is there any sort of exam requirement for becoming a CPA?

16   A.    Yes.  There are four, four-hour exams that you must pass

17   over a variety of topics, such as financial accounting and

18   reporting, tax, audit and business economic concepts.

19   Q.    Do you have any continuing education requirements for your

20   CPA?

21   A.    Yes.  There are 40 hours of continuing education

22   requirements every year, as well as a 24-hour ethics course.

23   Q.    And you also mentioned I think a CFE; is that right?

24   A.    Yes.

25   Q.    What is a CFE?

1    A.    A certified fraud examiner is someone who has taken

2    additional education over -- in the fields of identifying,

3    detecting and investigating fraud.

4    Q.    And what are the requirements to become a CFE or have a

5    CFE certification?

6    A.    To become a CFE, you must again pass four exams, as well

7    as have two years of fraud-related experience.

8    Q.    And in your case, what satisfied the two years of

9    fraud-related experience qualification?

10   A.    My prior work at KPMG satisfied this requirement

11   performing fraud risk assessments and fraud risk inquiries.

12   Q.    For the CFE, do you also have any continuing education

13   requirements?

14   A.    Yes.  You are required to take 20 continuing education

15   hours each year, 10 of which must be related to fraud.

16   Q.    Are you a member of any professional organizations?

17   A.    Yes.  I am member of the American Institute of Certified

18   Public Accountants or AICPA, as well as the Certification of

19   Certified Fraud Examiners or ACFE.

20   Q.    Ms. Glave, do you have any particular training or

21   experience in cryptocurrency investigations?

22   A.    Yes.  I have taken a Chainalysis Reactor certification

23   course as well as TRM certified investigator course.

24   Q.    And so taking those one at a time for the Chainalysis

25   course, approximately how many hours of instruction was that?

DIRECT EXAMINATION OF MS. GLAVE

1    A.   Approximately 20 hours.

2    Q.   And was there an exam associated with that?

3    A.   Yes, there was.

4    Q.   And what sorts of concepts were covered in the Chainalysis

5    training?

6    A.   It covered Bitcoin blockchain fundaments as well as how to

7    use the reactor application.

8    Q.   And you also mentioned TRM.  What is TRM?

9    A.   TRM is another blockchain analytics company.

10   Q.   What was the course that you took with TRM?

11   A.   It was called TRM certified investigator.

12   Q.   And approximately how many hours of instruction was that?

13   A.   Approximately 10 hours.

14   Q.   And what sorts of concepts were covered in that?

15   A.   It covered various cryptocurrency concepts, as well as

16   open source block explorers and utilizing other publicly

17   available information to take a deeper look into cryptocurrency

18   transactions.

19   Q.   Have you also received any training through your work at

20   Deloitte?

21   A.   Yes.

22   Q.   What sorts of training does that entail?

23   A.   I have taken more than 40 hours worth of training at

24   Deloitte related to cryptocurrency, primarily relates to

25   tracing cryptocurrency and investigations and, again, how to

1    use open source block explorers and publically available

2    information.

3    Q.    And do you have any practical experience in cryptocurrency

4    investigations?

5    A.    Yes.  I am aligned with the cybercrimes unit, so every

6    case that I have supported has some type of cryptocurrency

7    element.

8    Q.    Where is the cybercrimes unit located?

9    A.    It is located in Washington, DC.

10   Q.    And what agency is that in?

11   A.    I'm sorry.  It is with IRS-CI.

12   Q.    And without getting into kind of specific case details,

13   generally speaking what sorts of cryptocurrency-related

14   investigations have you worked on?

15   A.    I worked on a variety of cryptocurrency investigations

16   from misuse of government funds, sanctions, drug trafficking,

17   cryptocurrency exchanges, to name a few.

18   Q.    And through your training and experience, do you have a

19   basic understanding of money laundering techniques and

20   typologies?

21   A.    Yes.

22         MR. BROWN:  Your Honor, the government moves to

23   qualify Ms. Glave as a forensic accounting expert.

24         THE COURT:  All right.  The Court concludes that she

25   is qualified to testify as a forensic accounting expert.

1    BY MR. BROWN:

2    Q.    Ms. Glave, what were you asked to do in this case?

3    A.    I was asked to summarize Mr. Sterlingov's financial

4    activity, Bitcoin activity and income and expenses.

5    Q.    What does it mean to summarize that sort of activity?

6    A.    Summarizing, essentially means consolidating various data

7    sets and distilling that information into different tables and

8    charts.

9    Q.    Did you prepare written work product for your summary?

10   A.    Yes.

11   Q.    And I'd like to show you Government Exhibit 305, which

12   should come up on your screen here.  And it is several pages.

13   Do you recognize this exhibit?

14   A.    Yes.

15   Q.    And what does this exhibit contain?

16   A.    This contains the summary tables and charts representative

17   of the financial accounts that I reviewed.

18   Q.    And so I'd like to direct your attention to page 2 of this

19   document, which is table 1.  What is shown on table 1?

20   A.    This shows a summary of Mr. Sterlingov's known accounts,

21   including the institution's account owner, account number,

22   emails and the number of transactions.

23   Q.    And approximately how many accounts did you look at here?

24   A.    Approximately 40 accounts.

25   Q.    And approximately how many transactions does that

1  represent?

2  A.    Approximately 8,423 transactions.

3  Q.    Now, looking at the second column here that is marked

4  account owner, are some of these accounts -- were they in the

5  defendant's name?

6  A.    Yes.

7  Q.    Were some of them not in the defendant's name?

8  A.    Yes.

9  Q.    For those accounts, is there some other identifier that

10  has been linked to the defendant?

11  A.    From my understanding, they are identified through email,

12  search warrants, and notes and documents recovered from the

13  individual's devices.

14  Q.    And under account owner, are there specific email

15  addresses listed?

16  A.    Yes.

17  Q.    And what is your understanding of who controls those email

18  addresses based on your review of the record?

19  A.    My understanding is that they are in control by Mr. Roman

20  Sterlingov.

21  Q.    Now, Ms. Glave, looking at the entire Exhibit 305, does

22  this exhibit summarize the contents of the voluminous records?

23  A.    Yes.

24  Q.    Have you had a chance to review Exhibit 305 to ensure that

25  it accurately -- the charts and the tables are accurate?

1    A.   Yes.

2            MR. BROWN:  The government moves to admit and publish

3    Exhibit 305, as a summary exhibit.

4            THE COURT:  Any objection?

5            MR. EKELAND:  I am going to object on hearsay grounds

6    and incomplete summary.

7            THE COURT:  All right.  Exhibit 305 is admitted and

8    may be published to the jury.

9            (Whereupon, Exhibit No. 305 was admitted.)

10   BY MR. BROWN:

11   Q.   So, Ms. Glave, staying on table 1, could you explain what

12   are some of the different kinds of accounts that you looked at

13   in reviewing this financial activity?

14   A.   Yes.  There are cryptocurrency exchange accounts.  So, for

15   example, Binance and Bitfinex.  There are payment processors

16   such as BitPay.  There are traditional bank accounts such as

17   Nordea.  And there are prepaid card providers such as prepaid

18   financial services.

19   Q.   And for most of those account types, did you review the

20   actual financial records produced by, you know, the

21   cryptocurrency exchange or other financial institution at

22   issue?

23   A.   Yes.

24   Q.   How about for XML Gold were you able to review the

25   original account from XML Gold?

1    A.    I was not.

2    Q.    How you were able to summarize Mr. Sterlingov's XML Gold

3    activity?

4    A.    I reviewed email confirmations that detailed the account

5    transaction details for XML Gold.

6    Q.    Now, in addition to the account details, did you consult

7    other sources in your financial analysis?

8    A.    Yes.

9    Q.    What other sorts of sources did you consult?

10   A.    I consulted with blockchain expert Luke Scholl.  I

11   consulted with publically available institutions on the

12   institutions listed in this table.  And I also consulted

13   publically available information on exchange rates.

14   Q.    And why did you have to consult exchange rate information?

15   A.    Because I converted some of the currencies that were

16   either cryptocurrency or foreign currency such as Euros to US

17   dollars.

18   Q.    And turning to the next page, what is shown here is table

19   2.  Could you summarize to the jury what table 2 shows?

20   A.    Table 2 shows a summary of Bitcoin activity over time

21   related to the table 1 accounts.  This goes from the period of

22   2011 to 2021 and it breaks down inflows, outflows and trades.

23   Q.    Just taking those one piece at a time.  What do you mean

24   by inflows?

25   A.    Inflows are Bitcoin that is deposited into

1   Mr. Sterlingov's accounts.

2   Q.   And then how about outflows?

3   A.   Outflows are withdrawals from Mr. Sterlingov's accounts.

4   Q.   And I notice that some of these numbers have parenthesis

5   around them.  What does that mean?

6   A.   Parenthesis in this column for outflows means there is a

7   reduction of Bitcoin in the accounts.

8   Q.   And then there is another column that is marked trades.

9   What does that show?

10   A.   Trades are showing the net activity for either purchases

11   or sales of Bitcoin.

12   Q.   And I notice that some of the trades have parenthesis and

13   some of the trades don't.  Could you explain that to the jury?

14   A.   So if there are parenthesis, this means that there were

15   more sales of Bitcoin than there were purchases.

16   Q.   And so in other words, it is a net negative for the total

17   trades?

18           MR. EKELAND:  Objection; leading.

19           THE COURT:  Overruled.

20   BY MR. BROWN:

21   Q.   You can answer.

22   A.   Yes.

23   Q.   Now, before we talk more about the substance of the chart,

24   I would like to ask you about two adjustments.  First of all,

25   did you make any manual adjustments or reconciliations to the

1    numbers here?

2    A.   Yes.

3    Q.   And could you explain to the jury, what is a manual

4    adjustment?

5    A.   A manual adjustment is an adjustment that I made to the

6    consolidated transaction detail and was not included in the

7    original return or exchange data.

8    Q.   And for which specific financial institutions did you make

9    a manual adjustment?

10   A.   Mt. Gox, BTC-e and LocalBitcoins.

11   Q.   And just walking through those one at a time.  For Mt. Gox

12   are you aware that Mt. Gox declared bankruptcy in 2014?

13   A.   Yes.

14   Q.   What generally happens to a depositor's money if the

15   institution declares bankruptcy?

16            MR. EKELAND:  Objection, Your Honor.

17            MR. BROWN:  What happens --

18            THE COURT:  I think that the objection is --

19            Why don't you state what the objection is.

20            MR. EKELAND:  She is not an expert in bankruptcy law.

21            THE COURT:  All right.  If it is just based on common

22   knowledge, you can answer it.  If it is based on any expertise,

23   you should not.  If it is based on common knowledge, you can

24   answer it.

25   BY MR. BROWN:

1    Q.    Maybe I can rephrase.  For Mt. Gox, what happened to the

2    depositor's funds when Mt. Gox went bankrupt?

3    A.    They lost access to their funds.

4    Q.    So do you adjust for that somehow in your analysis?

5    A.    Yes.  I reduced the balance of Mt. Gox in his account.

6    Q.    And then for BTC-e, are you aware that BTC-e was seized by

7    law enforcement in July 2017?

8    A.    Yes.

9    Q.    And what happened to users' ability to access their funds

10   then?

11   A.    Similarly, they lost the ability to access their funds.

12   Q.    And how did you adjust for that in your analysis?

13   A.    I reduced the remaining balance of Bitcoin in the account

14   to zero.

15   Q.    And then the third institution was LocalBitcoins; right?

16   A.    Yes.

17   Q.    And what adjustment did you make to the LocalBitcoin

18   numbers?

19   A.    I made a manual adjustment for 33 Bitcoin into

20   Mr. Sterlingov's account after reviewing the account detail.

21   For each of the exchange returns, I reconciled the beginning

22   balance, plus inflows, minus outflows, plus or minus trades to

23   the ending balance.  And the account balance went negative in

24   the early time frame of the return.

25   Q.    And so kind of boiling that down, if the account balance

1    went negative, does -- what does that say about inflows?   Were

2    they overstated or understated?

3                    MR. EKELAND:   Objection; leading.

4                    THE COURT:   Overruled.

5    BY MR. BROWN:

6    Q.   Were they -- were the inflows overstated or understated in

7    the LocalBitcoin?

8    A.   They were understated.

9    Q.   And how did you make that adjustment in your analysis?

10   A.   I included a manual adjustment for 33 Bitcoin at the time

11   when the account first went negative.

12   Q.   Now.   I'd like to talk about the -- there is a lower line

13   here that says total excluding adjusted controlled account

14   transfers.   To give the jury a little bit of background, what

15   is an internal account transfer?

16   A.   An internal account transfer is a transfer from one

17   account to another.   So you can think of it as a transfer from

18   your checking account to your savings account.

19   Q.   And in calculating inflows and outflows, how do internal

20   account transfers potentially complicate that analysis?

21   A.   It can potentially double count a certain amount of money

22   or cryptocurrency coming into an account.

23   Q.   So with your check account example, how would that

24   potentially cause a double counting issue?

25   A.   So if you get $1,000 deposited into your checking account

1    and then you transfer 1,000 to your savings account, if you

2    just look at the inflows into each account, it might look like

3    you have $2,000 coming into your account, when actually it is

4    only $1,000.

5    Q.    And so in your analysis, how would you address that

6    potential double counting issue?

7    A.    I matched inflows and outflows from various exchanges and

8    then reduced the total amount of inflows and outflows to remove

9    those -- those internal transfers.

10   Q.    And I would to like skip ahead to page 7, table 4.  Does

11   this table show how you controlled for those internal account

12   transfers?

13   A.    Yes.

14   Q.    And is there an example on this table?

15   A.    Yes.  There is an example for Mt. Gox.

16   Q.    Could you point out to the jury where that is on the

17   screen?

18   A.    Yes.

19   Q.    I think there is a way to --

20   A.    Well, I was going to try to circle it, but --

21   Q.    Is that --

22   A.    Yes, thank you.

23         I see.

24   Q.    Ms. Glave, I think if you maybe try to circle it on the

25   screen, it might work.

1    A.    It is not working on my side.

2    Q.    All right.  Maybe verbally explain to the jury where to

3    look on the slide?

4    A.    Yes.  So if you look at the -- the right box on the right,

5    the one on the bottom that says total Bitcoin transferred out,

6    this is 258.51 Bitcoin that is transferred out of Mt. Gox and

7    transferred to the other cryptocurrency exchanges listed above

8    that line.

9    Q.    And when you prepared this chart, did you circle two

10   entries there in red?

11   A.    Yes.

12   Q.    What are those two entries?

13   A.    For Bitcoin it is 39.9 Bitcoin and for Mt. Gox it is

14   258.51 Bitcoin.

15   Q.    So the Bitstamp transfers that you had circled, what does

16   that mean?  What is he doing with his Mt. Gox accounts

17   vis-a-vis Bitstamp?

18              MR. EKELAND:  Objection.

19              THE COURT:  What is the objection?

20              MR. EKELAND:  It calls for personal knowledge from

21   Mr. Sterlingov.

22              THE COURT:  Overruled.

23              THE WITNESS:  There is 39.9 total Bitcoin that is

24   transferred out of Mt. Gox to Bitstamp.

25   BY MR. BROWN:

1   Q.    And then is that reflected in the chart on the left-hand

2   side here?

3   A.    Yes.   That is the 20 Bitcoin plus the 19.9 Bitcoin.

4   Q.    Is that in the row 4 Bitstamp in the left-hand chart here?

5   A.    Yes.

6   Q.    And then in your analysis, what do you do with that 39.9

7   Bitcoin that was transferred from Mt. Gox to Bitstamp?

8   A.    That 39.9 Bitcoin would be removed from Bitstamp inflows.

9   Q.    And did you go through this exercise for all of the

10  cryptocurrency accounts that reflected internal account

11  transfers?

12  A.    Yes.

13  Q.    And before we go back to the previous slide, one more

14  question.  For each of those cryptocurrency accounts, is there

15  usually a fee charged for any one of these internal

16  transactions?

17  A.    Yes.

18  Q.    Now, returning to table 2 on page 3.  So could you explain

19  the difference between the grand total line and then the total,

20  excluding adjusted controlled account transfers?

21  A.    Yes.  The grand total is the total inflows, outflows and

22  trades, including the internal account transfers.  And the

23  total excluded adjusted controlled accounts transfers excludes

24  those internal account transfers.

25  Q.    And then just looking at the total, the adjusted total

1   down at the bottom, what is the total amount over this 11-year

2   time period of Bitcoin that came into those table 1 accounts?

3   A.    2,707.78 Bitcoin.

4   Q.    Relative to that number, how could you characterize the

5   amounts that were either sold or sent out from those accounts?

6   A.    It is approximately 80 percent that was either sold or

7   sent out.

8   Q.    And just looking at -- taking these a few years -- on a

9   year-by-year basis.  Looking at 2011, what is the approximate

10  balance between outflows and trades?

11  A.    They are pretty close to netting out.

12  Q.    And what do you mean, pretty close to netting out?

13  A.    Around 1 Bitcoin is remaining.  So, for example, here he

14  purchased 99 Bitcoin with fiat and then he sent out 98 Bitcoin.

15  Q.    And then looking at 2012, what is happening in 2012?

16  A.    Inflows are greater than outflows and trades combined.

17  Q.    And then, looking at 2013, what is happening in 2013?

18  A.    Inflows are less than outflows and trades combined.

19  Q.    And in the year 2013, how many Bitcoin does Mr. Sterlingov

20  deposit into those table 1 accounts?

21  A.    He deposits 2,128.10 Bitcoin.

22  Q.    How many Bitcoin does he sell through those accounts?

23  A.    He net sells 1,907.81 Bitcoin.

24  Q.    And then are there additional outflows in 2013?

25  A.    Yes.  There are additional outflows of 352.84 Bitcoin.

DIRECT EXAMINATION OF MS. GLAVE                              56

1    Q.   And then in 2014, how would you compare the level of

2    activity in 2014 to 2013?

3    A.   There is a significant decrease.

4    Q.   Did you create a more detailed summary of these Bitcoin

5    inflows into the accounts?

6    A.   Yes.

7    Q.   I'd like turn to the next page, which shows table 3 in

8    chart 1.  What information is shown on these two charts for the

9    table and the chart, I should say?

10   A.   This shows Bitcoin inflows over time by exchange.

11   Q.   And is this essentially the same inflow information as in

12   the previous table?

13   A.   Yes.

14   Q.   And what is different about this chart and this table?

15   A.   It details the inflows by exchange.

16   Q.   And then I would like to turn to the next page, chart 2.

17   Could you explain to the jury what this chart shows?

18   A.   This chart shows the incoming Bitcoin over time with the

19   value in US dollars overlaid.

20   Q.   And what is shown on the blue line in this chart?

21   A.   The blue line is the amount of incoming Bitcoin.

22   Q.   And does that correspond to the left axis, the information

23   on the left-hand side of the chart?

24   A.   Yes.

25   Q.   And so is -- is there a spike in incoming Bitcoin in any

1    particular year?

2    A.    Yes, in 2013.

3    Q.    And then what is shown with the gray bars?

4    A.    This is the corresponding transaction value of that

5    incoming Bitcoin.

6    Q.    And does that correspond to the information on the

7    right-hand side of that chart or the right axis?

8    A.    Yes.

9    Q.    What sort of values are shown on the right-hand side of

10   the chart?

11   A.    It is showing the value in US dollars.

12   Q.    And during this time period, did the price of Bitcoin --

13   did it generally stay the same or change?

14   A.    It generally increased.

15   Q.    And was that a straight line or was it not a straight

16   line?

17   A.    It was not a straight line.

18   Q.    How would you characterize the trend of the price of

19   Bitcoin?

20   A.    It increased and it fluctuated over time.

21   Q.    And looking at the year 2013, approximately how much

22   Bitcoin by dollar value did Mr. Sterlingov deposit into his

23   accounts?

24   A.    In 2013?

25   Q.    Yes.

1    A.   Approximately $260,000.

2    Q.   And then when is the peak of the volume of -- by dollar

3    value of deposits into Mr. Sterlingov's accounts?

4    A.   2017.

5    Q.   And is 2018 also a significant year?

6    A.   Yes.

7    Q.   And looking at the whole chart, what is the approximate

8    total value of Bitcoin that was deposited into all of the table

9    1 accounts during this time period?

10   A.   Approximately $1.8 million.

11   Q.   And then turning to the next page, chart 3, what does this

12   chart show?

13   A.   This chart shows the estimated Bitcoin balance over time

14   and the table 1 cryptocurrency exchange accounts.

15   Q.   And so is this a -- is it fair to say this is a running

16   balance of Bitcoin in those accounts?

17   A.   Yes.

18   Q.   And so what does the blue line show?

19   A.   The blue area shows the running Bitcoin balance.

20   Q.   And if the running -- if the blue line is going up, what

21   does that mean about his Bitcoin balance?

22   A.   It means the Bitcoin balance is increasing.

23   Q.   The blue line is going down, what does that mean?

24   A.   The Bitcoin balance is decreasing.

25   Q.   And if the blue line is staying relatively flat, what does

1    that mean about the balance of Bitcoin in Mr. Sterlingov's

2    accounts?

3    A.   It generally means that either inflows and outflows are

4    staying relatively the same or they are netting out.

5    Q.   And just looking at 2017, what, if anything, happened in

6    2017 to account 4, the change in running balance here?

7    A.   In 2017, the drop there is due to BTC-e being seized by

8    the government.

9    Q.   Now, looking at the gray line, what does the gray line

10   show?

11   A.   The gray line shows this Bitcoin balance over time in US

12   dollars.

13   Q.   And are there spikes in the value of the defendant's

14   Bitcoin account balances?

15   A.   Yes.

16   Q.   And are those earlier on or are those later?

17   A.   They start in approximately June 2017.

18   Q.   And then turning to the next page, table -- two more

19   pages.  I'm sorry.  Page 8, table 5, what is this table called?

20   A.   This is a summary of income and expenses.

21   Q.   And so just looking at the top part of this table labeled

22   income, what is shown in income?

23   A.   Income are the inflows coming into Mr. Sterlingov's Nordea

24   bank accounts.

25   Q.   And what kinds of inflows are accounted for in those bank

1   accounts?

2   A.   Deposits, transfers, Switch payments, salary and other

3   miscellaneous inflows.

4   Q.   And looking at the -- first of all, is this all

5   denominated in dollars?

6   A.   Yes.

7   Q.   And did you convert it from another currency?

8   A.   Yes.

9   Q.   And what currency was that?

10  A.   The Swedish Krona.

11  Q.   And looking at the dollar values is there -- what is the

12  highest dollar value in any of these years?

13  A.   It is in 2018.

14  Q.   And how much was that?

15  A.   $43,925.07.

16  Q.   And then focusing on the bottom part of the chart labeled

17  expenses, what is shown on that part of the chart?

18  A.   This shows various expenses identified through

19  Mr. Sterlingov's financial accounts.

20  Q.   So at the top row labeled bank outflows, what does that

21  account for?

22  A.   That accounts for the Nordea Bank accounts.

23  Q.   And below that, are these other kind of financial account

24  expenditures?

25  A.   Yes.

1   Q.   What was Prepaid Financial Services?

2   A.   Prepaid Financial Services is a prepaid card provider.

3   Q.   And then do you see a pattern in the defendant's use of

4   these prepaid financial cards?

5              MR. EKELAND:  Objection; leading.

6              THE COURT:  Overruled.

7              THE WITNESS:  Yes.  It begins in 2014 through 2018.

8   BY MR. BROWN:

9   Q.   And in the year 2014, how much did the defendant spend

10  using prepaid financial cards?

11  A.   Approximately 40,285.22.

12  Q.   And the year 2015, how much did he spend in prepaid

13  financial cards?

14  A.   Approximately $40,468.27.

15  Q.   And looking all of the way to the right-hand column, what

16  is the total that he spent using prepaid financial cards?

17  A.   Approximately $93,226.95.

18  Q.   And looking at the total, I think it is a 12-year period

19  here, what is the total on the top of this chart.  What is the

20  total bank inflows that you found?

21  A.   $321,797.86.

22  Q.   What is the total expenses or expenditures that you found?

23  A.   $450,884.33.

24  Q.   When expenses significantly exceed sources of income, is

25  that a sign of something?

1    A.   It is usually an indicator there is some form of

2    unexplained income.

3    Q.   Now, during the course of your work on this case, did you

4    review any invoices?

5    A.   Yes.

6    Q.   And were those invoices associated with any company?

7    A.   Yes.  They were associated with Code Reactor.

8    Q.   And directing your attention to Exhibit 719A, which I

9    believe has already been admitted into evidence.

10            THE COURTROOM DEPUTY:  Give me one second, 719A.

11            Yes.

12   BY MR. BROWN:

13   Q.   And is this one of the invoices that you examined?

14   A.   Yes.

15   Q.   And is this invoice dated?

16   A.   Yes.  It is dated April 29th, 2016.

17   Q.   And I think you may be able to use the screen in this view

18   if you try it.  Could you point out where the date is?

19       Or maybe not.

20            THE COURTROOM DEPUTY:  It is not working?

21   BY MR. BROWN:

22   Q.   I thought maybe it was just a PowerPoint issue.

23   A.   I see something in the top upper right corner, but it is

24   not letting me click it.

25            (Pause.)

1              THE WITNESS:   Thank you.

2    BY MR. BROWN:

3    Q.    I see we have green lines here.   Thank you, Ms. Glave.

4    What did you just circle?

5    A.    I just circled the date and invoice number.

6    Q.    What is the invoice number here?

7    A.    1,001.

8    Q.    And is there a buyer indicated on this invoice?

9    A.    Yes.   The buyer is Artem Chukanov.

10   Q.    Where is Artem Chukanov supposed to be located, according

11   to this?

12   A.    Ukraine.

13   Q.    Is there a description of services being purchased or

14   invoiced for?

15   A.    Yes.   Web development services.

16   Q.    And is there a price or amount in that -- actually, if we

17   could scroll down to the bottom.

18   Q.    Can you see the total amount of the invoice?

19   A.    Yes, 660 Euros.

20   Q.    Ms. Glave, I believe if you click back in the corner, you

21   will be able to clear out the markings you have previously

22   made.

23   A.    Thank you.

24   Q.    And is there a part of this invoice that provides payment

25   details?

1    A.    Yes.   It is located at the bottom of the invoice.

2    Q.    Could you point out to the jury where you are looking?

3    What is the first method of payment indicated here?

4    A.    It offers a Swift payment with an international bank

5    account number.

6    Q.    Is that what IBAN stands for?

7    A.    Yes.

8    Q.    Do you have an understanding of what whose international

9    bank account number this is?

10   A.    This bank account number belongs to Carl Frederik

11   Akerström.

12   Q.    Does it not belong to the defendant?

13   A.    No.

14   Q.    And is there a Bitcoin address indicated here?

15   A.    Yes.

16   Q.    Could you just read what it says in front of that Bitcoin

17   address?

18   A.    It says when paying by Bitcoin, use this address only.

19   And then it provides a Bitcoin address beginning in 1EUDR.

20   Q.    And could you just point out to the jury where that

21   Bitcoin address is?

22   A.    (Complying).

23   Q.    And now I would like to direct your attention to an

24   exhibit that is not yet in evidence, Exhibit 719A.   719B,

25   excuse me.   Ms. Glave, do you recognize Exhibit 719B?

1   A.   Yes.

2   Q.   And what do you recognize this to be?

3   A.   A Code Reactor invoice.

4   Q.   Is this another invoice that was recovered from the

5   defendant's electronic devices?

6   A.   Yes.

7   Q.   And does this exhibit fairly and accurately show the file

8   that was recovered from the electronic device?

9   A.   Yes.

10          MR. BROWN:  The government moves to admit and publish

11  Exhibit 719B.

12          THE COURT:  Any objection?

13          MR. EKELAND:  No objection.

14          THE COURT:  Exhibit 719B is admitted and may be

15  published to the jury.

16          (Whereupon, Exhibit No. 719B was admitted.)

17  BY MR. BROWN:

18  Q.   So, Ms. Glave, if you could point out on this invoice is

19  there a date associated with this?

20  A.   Yes.  It is dated May 16th, 2016.

21  Q.   And, Ms. Glave, I think if you hit the clear button at the

22  bottom of that menu --

23  A.   I see.

24  Q.   Okay.  And could you indicate for the jury the date and

25  could you also indicate the invoice number?

1    A.    Yes.  1,002.

2    Q.    And so sequentially, how does this invoice relate to the

3    previous invoice we were looking at?

4    A.    This invoice follows the previous invoice we were looking

5    at.

6    Q.    And who is the buyer indicated on this invoice?

7    A.    Jeremy Wong.

8    Q.    Where is Jeremy Wong located, according to this invoice?

9    A.    Hong Kong.

10   Q.    And what is the nature of the services invoiced here?

11   A.    Server administration.

12   Q.    If we could scroll down to the bottom of this, is there a

13   price for this invoice?

14   A.    Yes.  640 Euros.

15   Q.    And then is there also payment information on this

16   invoice?

17   A.    Yes.  It offers a Swift payment method with an

18   international bank account number or an option to pay using

19   Bitcoin.

20   Q.    Is this the same Bitcoin address that was indicated on

21   invoice number 1,001?

22   A.    Yes.

23   Q.    Now, returning to invoice 1,001, Exhibit 719A, going down

24   to that same Bitcoin address, were you able to review a

25   blockchain explorer entry for that Bitcoin address, 1EUDR?

DIRECT EXAMINATION OF MS. GLAVE

1    A.    Yes.

2    Q.    And did you locate any transactions involving 1EUDR that

3    appeared to correspond to this invoice?

4    A.    Yes.

5    Q.    I'd like to direct your attention to an exhibit that is

6    not in evidence yet, Exhibit 306.  Ms. Glave, do you recognize

7    Exhibit 306?

8    A.    Yes.

9    Q.    And did you prepare Exhibit 306?

10   A.    Yes.

11   Q.    And what does Exhibit 306 show?

12   A.    These are screenshots from Blockchair, which is an open

13   source block explorer.

14   Q.    In your experience, does Blockchair fairly and accurately

15   show information about Bitcoin transactions from the Bitcoin

16   blockchain?

17   A.    Yes.

18            MR. BROWN:  The government moves to admit and publish

19   Exhibit 306?

20            THE COURT:  Any objection?

21            MR. EKELAND:  Objection; outside the scope of the

22   expert testimony.

23            MR. BROWN:  Your Honor, this is factual testimony.

24   And I believe it is consistent with the Court's rulings on

25   September 18th, 2023.

1          THE COURT:  I will go ahead and admit 306 and it

2    maybe published to the jury.

3          (Whereupon, Exhibit No. 306 was admitted.)

4    BY MR. BROWN:

5    Q.   Now, directing your attention to page 5 of Exhibit 306.

6    And it might be easier if we go into full page mode.

7          And page 5.  So looking at the top of -- the top

8    transaction on the screen here, what -- what is shown in the

9    top snippet of the screen here?

10   A.   This shows the sending addresses and the receiving

11   addresses for a transaction of 1.6751 Bitcoin.

12   Q.   And that is great.

13         What is the date of this transaction here?

14   A.   The date is April 30th, 2016.

15   Q.   And if it is possible to flip back to 719A.  And what is

16   the date of the invoice for Exhibit 719A?

17   A.   April 29th, 2016.

18   Q.   And then going back to Exhibit 306.  What is the receiving

19   address for the April 30th, 2016 transaction?

20   A.   It is the Bitcoin address beginning in 1EUDR.

21   Q.   And it looks like there are two receiving addresses.

22   Could you explain why that may be?

23   A.   Yes.  The second receiving address 1PLBO is the change

24   address.

25   Q.   And then --

1      MR. EKELAND:  Objection, Your Honor.

2      THE COURT:  I think this may be -- I am going to

3  strike that answer.  I think that is getting into expert

4  testimony.

5  BY MR. BROWN:

6  Q.   Ms. Glave, what is the sending address in this

7  transaction?

8  A.   Bitcoin address beginning in 1PLBO.

9  Q.   What is the approximate dollar value of this transaction?

10  A.   $758.64.

11  Q.   Does that dollar value -- is that close in value to the

12  value of Euros indicated in exhibit -- in invoice 1,001?

13  A.   Yes.  When the Euros are converted to dollars, it is

14  within approximately $5.

15  Q.   And then directing your attention to the next page of this

16  exhibit, Exhibit 306.  What is the date of this transaction?

17  A.   May 18th, 2016.

18  Q.   And does this -- what is the receiving address of this

19  transaction?

20  A.   The Bitcoin address beginning in 1EUDR.

21  Q.   And what is the approximate dollar value of that

22  transaction?

23  A.   $729.01.

24  Q.   And how does that approximate dollar value compare to the

25  Euro value in invoice 1,002?

DIRECT EXAMINATION OF MS. GLAVE

1    A.    When that Euro value is transferred to US dollars, it is

2    approximately within $5.

3    Q.    And what is the sending address here?

4    A.    The sending address is the address beginning in 1PLBO.

5    Q.    And so for this transaction and the previous transaction

6    that we looked at, is the sending address the same or

7    different?

8    A.    It is the same.

9    Q.    Now, invoice 1,001, is for Jeremy Wong in Hong Kong,

10   invoice 1,002 is for Artem Chukanov in Ukraine, is there any

11   connection between those customers that you can see from the

12   invoices that you reviewed?

13   A.    Not that I am aware of.

14   Q.    Now returning to invoices -- returning to Exhibit 305 and

15   turning to page 9 of that exhibit.  Did you review other Code

16   Reactor invoices?

17   A.    Yes.

18   Q.    Approximately how many Code Reactor invoices did you

19   review?

20   A.    Sixty-three.

21   Q.    And for those Code Reactor invoices, did you attempt to

22   identify blockchain transactions that appear to correspond with

23   those invoices?

24   A.    Yes.

25   Q.    And did you discover any anomaly in those transactions?

```
 1                    MR. EKELAND:  Objection; leading.
 2                    THE COURT:  I'm sorry.  What was the objection,
 3      leading?
 4                    MR. EKELAND:  Leading.  Did you discover any anomaly.
 5                    THE COURT:  Overruled.
 6      BY MR. BROWN:
 7      Q.   You may answer.
 8      A.   I discovered that eight of those invoices corresponded to
 9      the date and the amount corresponded to eight deposits into the
10      Bitcoin address 1EUDR.
11      Q.   And so on the chart here, which eight invoices are you
12      referring to?
13      A.   The first two lines here circled in red or outlined in
14      red.
15      Q.   For those first eight invoices, who were the buyers on
16      those -- listed on those invoices?
17      A.   Artem Chukanov and Jeremy Wong.
18      Q.   For each of those eight invoices, were you able to
19      identify a blockchain transaction that appeared to correspond
20      with the payment information on the invoice?
21      A.   Yes.
22      Q.   For each of those eight invoices, were you able to
23      identify the sending address for that blockchain transaction?
24      A.   Yes.  The sending address was the Bitcoin address
25      beginning in 1PLBO in green.
```

1    Q.   And were you able to then look at 1PLBO and see what

2    address or addresses funded those transactions from Bitcoin

3    address 1PLBO?

4    A.   Yes.

5    Q.   And what, if anything, did you find?

6    A.   These addresses are listed in the gray box on the

7    left-hand side of the screen.

8    Q.   And are those those 13 addresses?

9    A.   Yes, 13 addresses.

10   Q.   Now, are you familiar with the expert testimony by FBI

11   staff operation specialist Luke Scholl?

12   A.   Yes.

13   Q.   And are you familiar with Exhibit 326.  Maybe we could

14   pull that up.  Are you familiar with Exhibit 326?

15   A.   Yes.

16   Q.   And what is your understanding of what is contained in

17   Exhibit 326?

18                MR. EKELAND:  Objection, 702, Your Honor.

19                THE COURT:  Overruled.  I will allow this question.

20                THE WITNESS:  From my understanding, this is a list

21   of the Bitcoin Fog addresses associated with the Bitcoin Fog

22   cluster.

23   BY MR. BROWN:

24   Q.   And then flipping back to your table that you prepared,

25   have you had an opportunity to compare those 13 sending

1    addresses listed in the gray box here with the Bitcoin Fog

2    cluster addresses listed in Exhibit 326?

3    A.   Yes.

4    Q.   And what, if anything, did you find?

5    A.   All of the sending addresses listed here in the gray box

6    were also included in the addresses listed in the Bitcoin Fog

7    listing.

8    Q.   I'd like to show you another exhibit that has not yet been

9    admitted, which is Exhibit 305A, which has not yet been

10   admitted.

11       And, Ms. Glave, do you recognize this exhibit?

12   A.   Yes.

13   Q.   Did you prepare this exhibit?

14   A.   Yes.

15   Q.   And what does this exhibit show?

16   A.   This exhibit shows the same slide as the last only,

17   instead of listing out the 13 sending addresses, it states

18   Bitcoin Fog.

19   Q.   Does this exhibit fairly and accurately summarize the

20   voluminous records that you reviewed, including the Code

21   Reactor invoices and Exhibit 326?

22   A.   Yes.

23           MR. BROWN:  The government moves to admit and publish

24   Exhibit 305A?

25           THE COURT:  Any objection?

1          MR. EKELAND:  Hearsay and 702.

2          THE COURT:  Exhibit 305A is admitted and may be

3    published to the jury.

4          (Whereupon, Exhibit No. 305A was admitted.)

5    BY MR. BROWN:

6    Q.   And, Ms. Glave, could you just repeat for the jury what

7    this exhibit shows?

8    A.   Yes.  This exhibit shows instead of the 13 sending

9    addresses listed, it includes Bitcoin Fog on the left, the

10   transactions flowing into Bitcoin address beginning 1PLBO and

11   then eight transactions to the Bitcoin address beginning in

12   1EUDR.

13   Q.   And then flipping back to Exhibit 305 on page 13, I wanted

14   to direct your attention to one more page.  Now, on the

15   left-hand side of this, what, if anything, is shown?

16   A.   The invoice on the left is an invoice that was identified

17   on Mr. Sterlingov's device.

18   Q.   What customer is indicated on the invoice on the left?

19   A.   Vasilis Ioannis.

20   Q.   What is the amount of the invoice?

21   A.   450 Euros.

22   Q.   And in the payment information, is there a Bitcoin address

23   indicated?

24   A.   Yes.

25   Q.   And what are the first couple of letters of that payment

1    address?

2    A.    1GDFT.

3    Q.    Now, did you also review records from the defendant's

4    Bitstamp account?

5    A.    Yes.

6    Q.    At some point, did the defendant provide Bitstamp with an

7    invoice in response to Bitstamp's anti-money laundering

8    inquiries?

9    A.    Yes.

10   Q.    Specifically, what kind of questions was Bitstamp asking

11   that prompted the defendant to produce that invoice?

12   A.    There were requesting documentation that supported the

13   origin of some of the Bitcoin deposits.

14   Q.    Now, the invoice on the right-hand side of the page, where

15   does that come from?

16   A.    This comes from the -- you are asking --

17   Q.    What set of records does this come from?

18   A.    Oh, sorry.  This came from the Bitstamp records.

19   Q.    And in this invoice, who is the customer indicated?

20   A.    The customer is Anton Beckman.

21   Q.    What is the monetary amount indicated in this invoice?

22   A.    440 Euros.

23   Q.    Is there a Bitcoin address indicated on this invoice?

24   A.    Yes.  It is Bitcoin address beginning in 1AIE.

25   Q.    And was there anything anomalous about that Bitcoin

1   address?

2   A.    It wasn't a valid Bitcoin address.

3   Q.    And there appears to be an inset of something else here.

4   Could you explain what that is?

5   A.    Yes.  This is a screenshot from Bitstamp documentation

6   that includes the deposit address that did correspond to

7   Mr. Sterlingov's account.

8   Q.    And how does that address differ?

9   A.    That address begins with a 3 instead of a 1.

10  Q.    So comparing these two invoices, is there anything else

11  unusual that you noticed about them?

12  A.    Yes.  They have the same invoice number.

13              MR. BROWN:  The government passes the witness.

14              THE COURT:  All right.  Mr. Ekeland.

15                        CROSS-EXAMINATION

16  BY MR. EKELAND:

17  Q.    Good morning.

18  A.    Good morning.

19  Q.    Or good afternoon.

20              MR. EKELAND:  May I proceed, Your Honor?

21              THE COURT:  You may.

22              MR. EKELAND:  Thank you.

23  BY MR. EKELAND:

24  Q.    Ms. Glave, you testified that you work for Deloitte?

25  A.    Yes.

CROSS-EXAMINATION OF MS. GLAVE

1    Q.   And what is your hourly rate at Deloitte?

2    A.   I am actually a salaried employee.  And my salary is

3    $111,000.

4    Q.   And does -- and you said you worked as an IRS-CI on

5    contract through Deloitte.  Did I understand that correctly?

6    A.   Yes.  I am contracted in detail to IRS-CI.

7    Q.   And does how does Deloitte bill the IRS for your work?

8    A.   I am not entirely sure how they bill the IRS for the work.

9    Q.   But you are not the only Deloitte employee working for the

10   IRS-CI department?

11   A.   No, I am not.

12   Q.   Would it be fair to say that Deloitte makes a fair amount

13   of money from the IRS contract, subcontracting IRS-CIs like you

14   to the IRS?

15   A.   I am not entirely sure of the logistics of the contract.

16   Q.   And do you know about how many hours you have worked on

17   this case?

18   A.   Yes.  I have probably worked hundreds of hours on this

19   case.

20   Q.   And did you have staff working for you?

21   A.   No.

22   Q.   Oh.  And you were hired to work on this matter after

23   Mr. Sterlingov was arrested?

24   A.   I was hired through Deloitte prior to Mr. Sterlingov

25   getting arrested.

1    Q.   Did you start working on this case before Mr. Sterlingov

2    was arrested?

3    A.   I did not.

4    Q.   Can -- do you know the date or approximate date that you

5    started working on this case?

6    A.   I was reached out to by one of the case agents in July of

7    2022.  But I did not receive financial records related to the

8    case for almost a year later.

9    Q.   And when you got those financial records, was it your

10   understanding that Mr. Sterlingov was alleged to have run

11   Bitcoin Fog?

12   A.   It was my understanding that he had been arrested, yes.

13   Q.   And were you asked to look at the financial records for

14   any other suspects in this case?

15   A.   No, I was not.  My role was to summarize the records

16   related to Mr. Sterlingov.

17   Q.   And you haven't done any -- you haven't been asked to do

18   any sort of independent investigation to establish whether or

19   not Mr. Sterlingov was actually involved in Bitcoin Fog?

20   A.   No.

21   Q.   And then briefly on your credentials you, I think,

22   mentioned that you are a member of the American Institute of

23   Certified Public Accountants?

24   A.   Yes.

25   Q.   And you are a CPA; correct?

CROSS-EXAMINATION OF MS. GLAVE

1   A.   Yes.

2   Q.   And you are also a certified fraud examiner; is that

3   right?

4   A.   Yes.

5   Q.   But you are not certified in financial forensics by the

6   AICPA, do I have that right?

7   A.   Correct.

8   Q.   And would you agree with me that part of financial

9   forensic accounting is interviewing people regarding assets and

10  income and the like?

11            MR. BROWN:  Objection; calls for speculation.

12            MR. EKELAND:  I am asking for her expert opinion

13  understanding and the basis for her opinions.

14            THE COURT:  Overruled.

15            THE WITNESS:  Can you repeat the question?

16  BY MR. EKELAND:

17  Q.   Yes.  Would you agree with me that as part of financial

18  forensic accounting, that interviewing subjects is important?

19  A.   I think it can be a part of forensic accounting, but it

20  doesn't always need to be a part of it.

21  Q.   Would you agree with me that if you don't interview a

22  subject, you might have an incomplete picture of their income

23  and assets?

24  A.   Potentially.

25  Q.   And you wouldn't really know if you were missing

1   information, if you hadn't interviewed somebody about their

2   assets and income?

3              MR. BROWN:  Objection.  Can we get on the phone?

4              (Conference held at the bench.)

5              MR. BROWN:  Your Honor, I think where this is going

6   is going to implicate Mr. Sterlingov's Fifth Amendment rights.

7   Because defense counsel seems to be going down a road where he

8   is trying to impugn Ms. Glaves' analysis because she didn't

9   interview the defendant.  And we absolutely, I mean -- we

10  cannot do that.  And I think this just raises incredibly tricky

11  and dangerous subject areas and it is not relevant.

12             THE COURT:  That is a fair point.  If you are

13  suggesting that she was negligent in not interviewing

14  Mr. Sterlingov and she wasn't allowed to because he was

15  represented by counsel, because it would -- how do you

16  reconcile that?

17             MR. EKELAND:  It is a simple question, they never

18  asked.  Mr. Sterlingov was never given an opportunity to even

19  deny and exercise his Fifth Amendment rights.  And I am simply

20  asking the question -- pointing out that without any

21  interviewing a subject, it is -- because that is the case here.

22  They are missing a lot of information.  They never bothered to

23  ask if they could interview Mr. Sterlingov and even give him

24  the option.  It wasn't even presented to him.

25             MR. BROWN:  Your Honor, as Mr. Ekeland well knows,

1    that is false.  We gave Mr. Sterlingov a proffer letter and we

2    gave him an opportunity to speak to the government.  That is

3    misleading and it is false.  And it is a misrepresentation to

4    the Court to say that we never gave Mr. Sterlingov an

5    opportunity to explain himself or be interviewed.

6            MR. EKELAND:  I disagree with that, Your Honor.

7    Because what we are talking about here is we are not talking

8    about a proffer letter.  What we are talking about is their

9    forensic analyst asking Mr. Sterlingov if they can talk to him

10   about his income and assets.  And that wasn't the subject

11   matter of the proffer.  What the proffer was, was essentially

12   the government saying, come in and tell us that you ran Bitcoin

13   Fog, even though Mr. Sterlingov claims he doesn't, you know.

14           MR. BROWN:  That is not true.  The proffer letter

15   was -- if he had anything to tell us, we would sit there and

16   listen.  That is absolutely not true, Mr. Ekeland.

17           THE COURT:  So I guess the question is whether this

18   line of questioning is opening the door to that coming in and

19   Mr. Sterlingov's refusal to do so.  And I guess that is the

20   question is whether this is opening the door to that.  That is

21   a tricky question.  And I am concerned about, obviously, when

22   we are dealing with someone's Fifth Amendment rights about

23   raising any issue with respect to that.

24           MR. EKELAND:  Your Honor, I am fine with moving on

25   from this.  It is not a hill I need to die on.

1        THE COURT:  I was going to say, I think the question

2   was asked and answered already, in any event.  But I do think

3   that this is a concern we might have to come back to, because I

4   think you have raised this issue a couple times now and I just

5   think we need to figure out how to sort it out.

6        Why don't you go ahead and proceed.

7        (End of bench conference.)

8   BY MR. EKELAND:

9   Q.   As part of your forensic investigation, did you interview

10  any of Mr. Sterlingov's employers in Sweden?

11       MR. BROWN:  Objection; calls for hearsay.

12       MR. EKELAND:  I am not asking for any statements from

13  the employers.  I am merely asking if she interviewed any.

14       THE COURT:  If she -- you can ask whether she

15  personally interviewed anybody in Sweden.  It is certainly

16  beyond the scope, but I will allow you to ask that question.

17  BY MR. EKELAND:

18  Q.   Did you interview any of Mr. Sterlingov's employers in

19  Sweden?

20  A.   No.  That was outside of the scope of what I was asked to

21  do for this.

22  Q.   And in terms of the scope of what you were asked to do,

23  you didn't do any independent investigation beyond I think what

24  you just testified to, looking on websites for exchange rates

25  and the like; is that correct?

1   A.   That is correct.

2   Q.   And you essentially, outside what you testified to, you

3   just relied on the information that the government gave you?

4   A.   That is correct.

5   Q.   And in that information, you didn't review any of

6   Mr. Sterlingov's information about any of Mr. Sterlingov's

7   paper wallets?

8   A.   No, I did not review any paper wallets.

9   Q.   And do you know what a paper wallet is?

10  A.   A wallet that is on paper.

11  Q.   In relation to crypto, do you know what a crypto paper

12  wallet is?

13  A.   I have not personally worked with paper wallets before.

14           THE COURT:  I think that you are -- you have

15  suggested yourself that this is not an area that she is being

16  offered as a witness on with respect to expertise with respect

17  to cryptocurrency, so I think you should move on.

18           MR. EKELAND:  I am not asking for the expertise, Your

19  Honor.  I am trying to get a sense of what assets she actually

20  reviewed.

21           THE COURT:  You can ask what she reviewed, that is

22  fine.  I think you asked her whether she understood some

23  cryptocurrency technology.

24  BY MR. EKELAND:

25  Q.   Ms. Glave, did you review any of Mr. Sterlingov's private

1   wallets?

2   A.   No, I did not.

3   Q.   And I think you showed the slide listing all of

4   Mr. Sterlingov's accounts and whatnot that you reviewed.  And

5   some of those accounts were KYC accounts; is that correct?

6   A.   That is correct.

7   Q.   And the earliest account that you had listed was

8   Mr. Sterlingov's KYC Mt. Gox account?

9   A.   That is correct.

10  Q.   And that was first opened on, I believe, October 3rd,

11  2011?

12  A.   I do not have the date in front of me.

13  Q.   Well, if we could take a look at that exhibit, which

14  was -- Mr. Hassard, if you could bring that up.  And I believe

15  that chart is on -- I think it was page 2.  What exhibit was

16  that, 352; is that right?  Exhibit 305.  I'm sorry.

17          MR. BROWN:  Your Honor, is Mr. Ekeland asking the

18  witness to read from the exhibit or to testify from memory?

19          MR. EKELAND:  I'd like to call up the exhibit and

20  review the table with Ms. Glave to look at some of these

21  accounts, Your Honor.

22          THE COURT:  This is an exhibit in evidence?

23          MR. EKELAND:  It is in evidence.  It is what the

24  government entered into evidence I believe as Government

25  Exhibit 305.

1          THE COURT:  Okay.

2   BY MR. EKELAND:

3   Q.   And if we could go to the page with the list of accounts I

4   think it may have been -- keep going back.  Keep going.  There

5   we go.  Thank you.

6        And you see there, there is -- I believe this is

7   Mr. Sterlingov's Mt. Gox account and that was -- you see how it

8   was opened on October 3rd, 2011?

9   A.   This actually means that the first transaction was

10  October 3rd, 2011.

11  Q.   The first transaction --

12          MR. BROWN:  Your Honor, can Mr. Ekeland not comment

13  on or repeat the witness' answers, please.

14          THE COURT:  Please.

15  BY MR. EKELAND:

16  Q.   And you are not aware of any other Bitcoin transactions by

17  Mr. Sterlingov before that date?

18  A.   That is the earliest Bitcoin transaction, yes.

19  Q.   And are you aware that Mr. Sterlingov was engaged in

20  Bitcoin transactions before he opened this Mt. Gox account?

21  A.   The scope of what I reviewed are the accounts listed in

22  this table 1.  So anything outside of that, then, no, I am not

23  aware of activity prior to that.

24  Q.   So everything in this table is the totality of what you

25  reviewed in your forensic analysis?

CROSS-EXAMINATION OF MS. GLAVE

1    A.    Yes.

2    Q.    Did you do a full net worth, net income analysis?

3    A.    I did a summary of income and expenditures.

4    Q.    And is that the same as a full net worth, net income

5    analysis?

6    A.    It is similar, but there are different variations.

7    Q.    It is similar, but not the same?

8         MR. BROWN:  Objection, Your Honor, asked and

9    answered.

10        THE COURT:  Sustained.

11   BY MR. EKELAND:

12   Q.    Now, you reviewed Mr. Sterlingov's Code Reactor invoices?

13   A.    Yes.

14   Q.    And you are aware that those Code Reactor invoices were

15   for Mr. Sterlingov's freelance work?

16   A.    Yes.

17   Q.    And those Code Reactor invoices totaled roughly 56,000

18   Euros over a two- to three-year period.  Do I have that right?

19   A.    Can you refresh my memory?

20   Q.    I believe if we go through this chart here, if we scroll

21   through to the -- there is a summary of that on here.

22        Mr. Hassard, if we could click through to the chart until

23   we get to the page, until we get to the Code Reactor and feel

24   free to yell out when we get there.  No, that is not it.

25        Keep going.  Keep going.  Is that --

CROSS-EXAMINATION OF MS. GLAVE

1          There it is right there.  Do you see right there?

2    A.    Yes.

3    Q.    So that is roughly 56,000 Euros in 63 invoices between

4    what is that April 29th, 2016 and April 24th, 2018; is that

5    correct?

6    A.    Yes.

7              THE COURT:  Mr. Ekeland, when you have a convenient

8    breaking point, we need a bathroom break.

9              MR. EKELAND:  Okay.  We can take a break right now.

10             THE COURT:  So it is a couple minutes of 2:00.  Let's

11   come back -- make it a quick break and come back at 2:10.

12             THE COURTROOM DEPUTY:  12:10?

13             THE COURT:  Yeah, short break.

14             MR. EKELAND:  Thank you.

15             THE COURT:  12:10, my apologies.

16             (Jury out at 12:03 p.m.)

17             THE COURT:  The witness can take a break as well.  I

18   just ask that you not discuss your testimony with anybody until

19   it is completed.

20             Anything else before we step off for a minute?

21             MR. EKELAND:  Not from the defense, Your Honor.

22             MR. BROWN:  No, Your Honor.

23             A JUROR:  All right.  Thank you.

24             (Recess taken at 12:03 p.m.)

25             THE COURT:  The witness can resume the stand.

1          MR. HASSARD:  Your Honor, the --

2          THE COURT:  We, obviously, won't get started without

3   him, your client.

4          MR. EKELAND:  Yes.  I was just talking to him so I

5   just assumed he was in here.

6          THE COURT:  He may have -- let's make sure --

7          Can you make sure that she doesn't bring the jury in?

8          I think we are okay.

9          (Jury in at 12:13 p.m.)

10          THE COURT:  And all right.  And you may proceed when

11   you are ready.

12          MR. EKELAND:  Thank you, Your Honor.

13   BY MR. EKELAND:

14   Q.   Ms. Glave, are you ready?

15   A.   I'm sorry.  What is that?

16   Q.   I said, are you ready, Ms. Glave?

17   A.   Yes.  Thank you.

18   Q.   Just returning briefly to your testimony before we took

19   the break, directing your attention to the screen here, that is

20   right here in the column with the 63.  That is the 63 total

21   Code Reactor invoices that you reviewed?

22   A.   Yes.

23   Q.   And those Code Reactor invoices were for a total 56,060

24   Euros over a period of two years?

25   A.   Yes.

1    Q.   And besides the one Code Reactor invoice that

2    Mr. Sterlingov sent to Bitstamp, are you aware of

3    Mr. Sterlingov sending any invoices to anybody else?

4    A.   Not that I observed throughout my review of the financial

5    records.

6    Q.   And are you aware that Mr. Sterlingov kept the Code

7    Reactor invoices for his own internal accounting purposes?

8    A.   I was not aware of that.

9    Q.   And you mentioned that Mr. Sterlingov used a number of

10   prepaid cards?

11   A.   Yes, that is correct.

12   Q.   And isn't it true that when Mr. Sterlingov used those

13   prepaid cards, they were all in his own name?

14   A.   Yes, that is correct.

15              MR. EKELAND:  No further questions, Your Honor.

16              THE COURT:  All right.

17              Anything further from the government?

18                        REDIRECT EXAMINATION

19   BY MR. BROWN:

20   Q.   Ms. Glave, you were asked if you had reviewed any other

21   records in this -- in your analysis during cross-examination;

22   right?

23   A.   Yes.

24   Q.   Now, are you aware that Mr. Sterlingov testified in a

25   pretrial Monsanto hearing?

REDIRECT EXAMINATION OF MS. GLAVE

1    A.    Yes.

2    Q.    During that proceeding, he -- or for that proceeding he

3    prepared a, quote, statement of net worth?

4    A.    Yes.

5    Q.    I'd like to pull up Government Exhibit 51, which has not

6    yet been admitted.

7          And, Ms. Glave, do you recognize this document?

8    A.    Yes.

9    Q.    And what do you recognize this document to be?

10   A.    Mr. Sterlingov's statement of net worth.

11   Q.    Is this a fair and accurate copy of the statement of net

12   worth from the Monsanto proceeding?

13   A.    Yes.

14   Q.    And was this statement of net worth something that

15   Mr. Sterlingov adopted during that Monsanto proceeding?

16   A.    Yes.

17          MR. BROWN:  The government moves to admit and publish

18   Exhibit 51.

19          THE COURT:  Any objection?

20          MR. EKELAND:  I just object, this wasn't part of the

21   direct, Your Honor.

22          THE COURT:  I think it is within the scope of the

23   cross, so I will admit Exhibit 51.  You may publish to the

24   jury.

25          (Whereupon, Exhibit No. 51 was admitted.)

1    BY MR. BROWN:

2    Q.   So scrolling through this briefly, are there -- is there

3    more than one page to this exhibit?

4    A.   Yes.

5    Q.   And are there how many pages?

6    A.   Two pages.

7    Q.   And so looking at the first page, the table here, are

8    there any financial accounts or assets on this first page that

9    were included in your analysis?

10   A.   Yes.

11   Q.   And could you point that out?

12   A.   The Nordea Bank account.

13   Q.   And are there any financial accounts or assets that were

14   not included in your analysis?

15   A.   Yes.

16   Q.   And what are some of those?

17   A.   Tesla, Jeep, gold, money.com, physical gold.

18   Q.   And what does it say about the physical gold?

19   A.   The physical gold says it is in mother's possession.

20   Q.   And how much did Mr. Sterlingov value that physical gold?

21   A.   Approximately $18,000.

22   Q.   Are there any other assets on the first page that were not

23   included in your financial analysis?

24   A.   Yes.  The cryptocurrency accounts, Eclair and Mycelium.

25   Q.   And how much did Mr. Sterlingov value his Mycelium wallet

1    here?

2    A.    $50,000.

3    Q.    And looking at the next page, are -- again, are there any

4    financial accounts or assets listed here that were not a part

5    of your analysis?

6    A.    Yes.

7    Q.    And what are some of those?

8    A.    Bleutrade, Jaxx and Monero.

9    Q.    How much did Mr. Sterlingov value his Jaxx wallet?

10   A.    Approximately $43,000.

11   Q.    So is it fair to say that there were other assets or

12   accounts that may not have been included in your analysis of

13   the table 1 accounts?

14   A.    Yes.

15            MR. BROWN:  No further questions.

16            THE COURT:  All right.

17            The witness is excused.  Thank you.

18            Can I ask counsel to pick up the phone for a second.

19            (Conference held at the bench.)

20            THE COURT:  Just to keep things moving, I know that

21   you may only have one witness who is here.  I wonder if we

22   should at least get started with that witness and if there is a

23   way, Mr. Pearlman, where you could at least go through the

24   person's -- the witness' background and qualifications before

25   we have to cross the bridge about where to draw the line with

1    respect to any testimony regarding legal issues.

2           MR. BROWN:  Yes, Your Honor.  We do have another

3    witness.  Valerie Mazars de Mazarin who is available to get

4    started.  We are switching up the order a little bit, but we

5    can do it that way.

6           THE COURT:  All right.

7           MR. EKELAND:  Your Honor, we have a discovery issue

8    that has been brought to my attention that I think --

9    Mr. Sterlingov has asked me to address with the Court.  And I

10   think because it involves evidence that Ms. Mazars de Mazarin

11   was involved in, I think it might be best if we -- in the time

12   that we have left, address that before she starts to testify.

13          THE COURT:  We have all afternoon for us to address

14   whatever we want.  So as long as her testimony is not going to

15   implicate whatever that is and you can tell the government what

16   it is, let's get started.  We can go for at least 20 or 25

17   minutes.  Because I remain concerned about making sure this

18   case is moving forward as quickly as we can, because I think we

19   are running up against some deadlines.

20          MR. EKELAND:  Yes, Your Honor.  It is my

21   understanding that the evidence is directly related to

22   Ms. Mazars' testimony.  I don't know at what point or if it is

23   going to come in, but it related to the server images, the P

24   taps.  It is something that Mr. Fischbach has been going on

25   back and forth about with the government.

1        MR. BROWN:  Your Honor, we can certainly get started

2   with Ms. Mazars de Mazarin without reaching that issue today.

3        THE COURT:  Okay.  That is fine.  Let's do that.

4        Okay.  The government can call its next witness.

5        MS. PELKER:  The government calls computer scientist,

6   Valerie Mazars de Mazarin.

7            VALERIE MAZARS DE MAZARIN, sworn

8        THE WITNESS:  Yes.

9        THE COURTROOM DEPUTY:  Thank you.  You may be seated.

10       THE COURT:  All right.  You may proceed when you are

11   ready.

12                        DIRECT EXAMINATION

13   BY MS. PELKER:

14   Q.   Can you please state and spell your name for the record?

15   A.   My name is Valerie Mazars de Mazarin, V-A-L-E-R-I-E; last

16   name, M-A-Z-A-R-S D-E M-A-Z-A-R-I-N.

17   Q.   CS Mazars, where do you work?

18   A.   I work at the US Department of Health and Human Services

19   in the Office of the Inspector General.

20   Q.   How long have you been in that role?

21   A.   Since April 2023.

22   Q.   Where did you work prior to joining HHS?

23   A.   At the FBI.

24   Q.   What was your position at the FBI?

25   A.   Computer scientist.

1    Q.   And while at the FBI as a computer scientist, were you

2    assigned to work on the Bitcoin Fog investigation?

3    A.   Yes.

4    Q.   In your new role with HHS OIG, are you still working with

5    the FBI?

6    A.   Yes, I am.

7    Q.   Can you explain that?

8    A.   I am also a task force officer at the FBI.  My agency has

9    a memorandum of understanding with the FBI.  So that means that

10   I come sit at FBI task force spaces and work on joint cases and

11   also non-joint cases, I can freely provide analysis and

12   forensic support.

13   Q.   Does your relationship with the FBI include -- your

14   continued relationship with the FBI and work for the FBI

15   include testifying regarding cases that you previously worked

16   on, including your testimony here today?

17   A.   Yes, it does.

18   Q.   Taking a step back, could you summarize your educational

19   background?

20   A.   I have a BS in computer science from Georgetown

21   University.

22   Q.   Have you worked in the computer science field after

23   graduating with your computer science degree?

24   A.   Yes.  I had technical jobs since.

25   Q.   And where did you work immediately after graduating

1    college?

2    A.    At a company called Honeywell International.

3    Q.    And what was Honeywell?

4    A.    It is an international conglomerate of manufacturing

5    companies.  And I worked within their chemical manufacturing

6    company.

7    Q.    What did your work at Honeywell entail?

8    A.    I was a solutions architect.  So within IT, that means

9    thinking of possible solutions that haven't been implemented

10   yet to keep the company running better and building prototypes

11   of them and testing them out to recommend what we should invest

12   in next.

13   Q.    Did your work at Honeywell involve any work with servers?

14   A.    Yes.  Sometimes in the course of trying out tools and

15   reviewing current tools, I would have to set up servers

16   internally.

17   Q.    What goes into setting up a server?

18   A.    It involves assessing what you are trying to do for how

19   much space and power you will need on the server.  And

20   provisioning that, installing operating systems and setting it

21   up to talk to other servers, if needed.

22   Q.    And did your work at Honeywell also involve code review?

23   A.    Yes, it did.

24   Q.    Can you explain what code review is?

25   A.    Sometimes, when a solution would hit a roadblock, it

1    didn't seem to be functioning properly, I would be asked to

2    take a look at the code to make sure it looked efficient and

3    correct.  So reading it over in typed out form to see if I

4    could identify any issues with it that might be, for example,

5    slowing things down.

6    Q.    Where did you work at after your time at Honeywell?

7    A.    At Booz Allen Hamilton.

8    Q.    What did your work at Booz Allen involve?

9    A.    I was a senior consultant and an analytical tool

10   developer, so I built JavaScript data visualizations and

11   dashboards custom for Army and Navy clients on site.

12   Q.    When did you join the FBI?

13   A.    In January, 2018.

14   Q.    What were your job responsibilities at the FBI?

15   A.    Primarily digital forensics, so acquiring and processing

16   and reviewing of digital evidence items, images of laptops and

17   servers.  I also did network traffic analysis and data

18   analysis.  In general, I would write custom tools to help

19   process specific types of data that there might not yet be

20   tools for yet.  And I also would test out new technologies as

21   needed if like a Raspberry Pi, a Flipper Zero or a skimmer,

22   sometimes I would have a look at things like that to determine

23   the best way to analyze it.

24   Q.    And you just used a few different terms of Raspberry Pi,

25   skimmer zero, are those somewhat newer, novel technologies that

1    you would have to write tools to analyze?

2    A.    Some newer than others, but usually technologies that

3    aren't typically looked at that that you don't see every day in

4    the world of forensic examination.

5    Q.    And in addition to your work in digital forensics and data

6    analysis, did you do casework support at FBI?

7    A.    Yes, I did.

8    Q.    Can you explain generally what casework would entail for

9    an FBI computer scientist?

10   A.    So while some projects I worked on were very job based, I

11   was given something specific to look at and analyze.  For most

12   cases that I worked on, I would collaborate with the agents on

13   my own, for example, if we got data or logs back from a source,

14   some legal process, I will look through it and triage it to try

15   to find some leads and try to find connections in other cases

16   and make recommendations as to which individuals or servers we

17   should look at next to try to keep the case moving.

18   Q.    What types of cases do you work on?

19   A.    Primarily criminal network intrusions, but also wire fraud

20   and stolen data type cases, darknet markets.

21   Q.    Did your work at FBI also involve supporting undercover

22   operations?

23   A.    Yes, it did.

24   Q.    Why would an undercover operation need help from a

25   computer scientist?

1   A.   The primary reason would be to preserve operational

2   security when the FBI does operations online, they don't want

3   any of that activity linked back to the FBI or to any of its

4   individual employees.  And they also don't want it linked to

5   other cases.  So this means that for each operation, they would

6   need a variety of different servers, phones or whatever is

7   needed to keep that activity separate and anonymous.

8   Q.   Without getting into anything sensitive, what was your

9   role in setting up that sort of infrastructure?

10  A.   I would set up websites, determine the only ways to

11  connect to pages they might have online pages.  And I would

12  also design which ways agents were to connect to the internet

13  in general, sometimes write scripts or set up installers so

14  they could reliably connect to the internet in an anonymous

15  way.

16  Q.   Did your work also involve sometimes making it look like

17  the undercover was a cybercriminal?

18  A.   Yes.  When new pages or accounts were stood up or as they

19  were stood up, I spend a long period of time populating the

20  accounts and making them look real by doing some activity every

21  day on them and generally making them so they will blend in

22  with other online users of these forums.

23  Q.   Why was it important to try to mirror the operational

24  security used by cyber criminals in your setting up of the

25  undercover infrastructure and activity?

1    A.    Apart from protecting the individual users' identities and

2    my own identity, it is important to not do things the same way

3    each time, because then it becomes your signature.  If online

4    criminals or cyber actors are using new technologies, they have

5    a few favorite sources, I will jump on and use those too.

6    Because all of that will bolster my reputation and credibility

7    online.

8    Q.    On the investigation side, did your work also involve

9    piercing cyber criminals' op sec?

10   A.    Yes.

11   Q.    Have you completed any relevant professional trainings and

12   certifications?

13   A.    Yes.  Relevant to the field of cybersecurity in general, I

14   have my GIAC, reverse engineering malware certificate that I

15   completed, and also the security 401 equivalent, the GSEC, it

16   is called.

17   Q.    What is the organization that offers the GSEC and the

18   reverse engineering malware?

19   A.    It is called the SANS Institute.

20   Q.    What is malware?

21   A.    Malware, you can think of as computer viruses or any code

22   that is designed to steal information, have a destructive

23   effect on your computer and propagate itself further.

24   Q.    Can you give some examples of common malware that the jury

25   might be familiar with?

1   A.   Ransomware is probably the most well known now.  But you

2   may also have heard of rootkits or credential stealers, such as

3   key loggers.

4   Q.   What does a credential stealer or a key logger do?

5   A.   It records the activity of the user while the user is on

6   it, unbeknownst to them.  So if the user types their password

7   into a field, something secretly listening on the computer and

8   now it has that password or maybe a credit card number or

9   something private in cryptocurrency.  And from there, it can

10  send it back to a computer that the attacker controls.

11  Q.   And at a high level, what does reverse engineering malware

12  mean and what is its purpose?

13  A.   Reverse engineering malware is determining how it works

14  and what it does.

15  Q.   Why is it helpful to reverse engineer malware?

16  A.   By reversing the malware, not only can you find out what

17  other parts of the internet it calls back to, you might find

18  clues about who wrote it and how it works, so you can look for

19  traces of it or other malware it may have contributed to your

20  network.

21  Q.   What goes into the GREM or the reverse engineering

22  certification that you mentioned?

23  A.   It mostly teaches you how to reverse engineer compiled

24  executable programs using some tools to partially decompile

25  them.  You run tools to look at metadata, so maybe times it was

1    changed and names and signatures of what might have gone into

2    it.  And it also involved looking for clues on the operating

3    system to help -- to further help take it apart.

4    Q.   And what goes into the actual -- the certification itself

5    of the certification process?

6    A.   It involved taking a week-long intensive class, maybe a

7    week and a day and then taking an in-person exam.

8    Q.   And is analyzing malware something that you also have

9    hands-on work experience doing?

10   A.   Yes.

11   Q.   And have you received other training in digital forensics

12   or related topics?

13   A.   Yes, I have.

14   Q.   What are some of the topics that those trainings have

15   covered?

16   A.   In the FBI's computer scientist field, operations

17   training, I covered a number of topics, including mobile

18   technology, network traffic analysis, Windows operating system

19   forensics and Linux forensics, writing scripts to help automate

20   the forensic process, interviewing, ways to find out more

21   information from victims about how their network was affected

22   and writing comprehensive reports about findings.

23   Q.   Can you explain at a nontechnical level what a computer

24   programming language is?

25   A.   A computer programming language is a more user friendly

1    for a programmer way to tell the computer what to do.  There

2    are different words and phrases that it understands.  But at a

3    high level, you give the computer commands through this

4    computer code and its language.  And then depending on the

5    language, that gets converted into more and more low level

6    languages until eventually the computer understands it as ones

7    and zeros and can run it.  But it would be very difficult to

8    write a program exactly as the computer understands it.  So

9    programming languages exist so that people can tell it what to

10   do in a reasonable way.

11   Q.   Is that sometimes also called coding?

12   A.   Yes, it is.

13   Q.   And are there different types of computer programming

14   languages?

15   A.   There are.

16   Q.   Are you familiar with any computer programming languages?

17   A.   Yes.

18   Q.   And can you speak to what those are?

19   A.   For example, C and C++, Java, Python, JavaScript, Go,

20   Rust, Ruby, are some that you may have heard of.

21   Q.   And which computer programming languages are you either

22   proficient in or can at least understand code written in?

23   A.   C and C++, Java, Python, JavaScript, PHP, anything command

24   line, if you count that, so terminal and Bash and PowerShell.

25   I can read Ruby code for sure.  Those are the main ones that

DIRECT EXAMINATION OF MS. MAZARS

1    come to mind.

2            MS. PELKER:  Your Honor, the government would move to

3    qualify CS Mazars de Mazarin as an expert in internet routing,

4    network and IP analysis, digital device forensics, operational

5    security used by cyber criminals, particularly tools and

6    techniques used to conceal location and identity online, as

7    well as cyber terms and tools.

8            THE COURT:  Okay.  The Court concludes that she is

9    qualified to testify as an expert in those topics.

10           MS. PELKER:  Your Honor, what time are we going until

11   today?

12           THE COURT:  I think probably until a quarter of, just

13   another 5 minutes or so.  If you wanted to break now, we could

14   or we can go for another 5 minutes, whichever you prefer.

15           MS. PELKER:  We'll use the time.  We'll keep going.

16           THE COURT:  Okay.

17   BY MS. PELKER:

18   Q.   CS Mazars, did you do a few different areas of work in the

19   Bitcoin Fog investigation?

20   A.   Yes, I did.

21   Q.   Can you speak generally to what those are?

22   A.   Reviewing accesses, IP addresses and dates in logs, doing

23   digital forensic review of Mr. Sterlingov's devices as found at

24   the time of his arrest, and reviewing legal process returns,

25   also some server analysis.

1    Q.   And we'll speak to each of those today and then tomorrow.

2    But to be clear, CS Mazars, did you join this case before or

3    after the defendant was arrested?

4    A.   After.

5    Q.   So your work was not how the defendant initially

6    identified the defendant?

7    A.   No.

8    Q.   But in your work, did you find additional information

9    corroborating the government's case with regard to

10   Mr. Sterlingov?

11   A.   Yes, I did.

12   Q.   Did part of your work on the Bitcoin Fog case involve

13   reviewing records from different accounts tied to Bitcoin Fog

14   and tied to the defendant?

15   A.   Yes.

16   Q.   What were you looking for when you were doing that review?

17   A.   I was looking primarily for accesses, so log-ins,

18   log-outs, anytime a user interacted with that account and

19   looking for patterns and comparisons between that activity in

20   the accounts and the activity in other accounts.

21   Q.   Can you explain what is an IP address?

22   A.   An IP address is an identifier for a computer that is on

23   the internet so that other computers can find it.  You could

24   liken it to, if I want to go visit my friend for the first

25   time, she will give me the address to her house or apartment

1    building and I will know exactly where to go.  It is going to

2    look like either four sets of numbers separated by periods, for

3    IPv4 addresses or for a newer IPv6 format, you will see letters

4    and numbers separated by colons.

5    Q.   What is the role of an IP address in routing

6    communications over the internet?

7    A.   The IP address is the destination for the internet

8    traffic.  The traffic is sent between one IP address, so the

9    user's and the other, the server's IP address.

10   Q.   Can a computer access the internet without an IP address?

11   A.   No.

12   Q.   And does that apply to both personal computers and big

13   servers?

14   A.   Yes, they both have IP addresses.

15   Q.   And does every server that is hosting a webpage have an IP

16   address?

17   A.   Yes.

18   Q.   And are IP address just randomly generated?

19   A.   No.

20   Q.   Who controls and assigns IP addresses at the highest

21   level?

22   A.   IANA.

23   Q.   What is -- is that the acronym for the Internet Assigned

24   Numbers Agency?

25   A.   Yes.

DIRECT EXAMINATION OF MS. MAZARS

1    Q.    What is IANA?

2    A.    It is the entity that controls the entire IP address space

3    and allocates blocks of it down.   IP addresses are assigned in

4    a hierarchy.   IANA to regional information registers who then

5    assign it to companies.

6    Q.    So speak -- so after IANA assigns it down to the regional

7    internet registries --

8    A.    Internet registries, I'm sorry.

9    Q.    How are the internet registries distributed?

10   A.    Geographically.

11   Q.    So who controls the IP address space for North America as

12   allocated by IANA?

13   A.    It is called ARIN, A-R-I-N.

14   Q.    Does that stand for the American Registry for Internet

15   Numbers?

16   A.    Yes, it does.

17   Q.    And what does ARIN then do with the big block of IPs that

18   it got from IANA?

19   A.    As we move down the hierarchy, ARIN then decides which

20   entities have which blocks of its IP space, usually large

21   companies like internet service providers and Comcast or

22   Verizon.

23   Q.    And how does an individual person here in North America

24   under ARIN get an IP address to use?

25   A.    They would have to go to the level below ARIN.   So each of

1    those companies are entities that gets its IP address, the user

2    would have to go get one.  But as an individual, you don't need

3    to manually configure that.  Typically if I am at home, I set

4    up my router and my internet service provider handles which IP

5    address is the one for my home.

6    Q.   So can you just walk through to summarize the different

7    levels that you just laid out from IANA down to the user?

8    A.   So IANA IRs including ARIN for North America, the company

9    such as Comcast, and then sometimes there are more resellers or

10   other levels within, but then the user or the user's home or

11   place of entering the internet specifically.

12   Q.   Do ARIN and the other regional registries keep track of

13   what companies control which IP addresses?

14   A.   Yes.

15   Q.   Is there a way to look up that information?

16   A.   Yes, there is.  They are called Who Is records.

17   Q.   And we'll discuss this later, but can you also look up Who

18   Is information based on a website domain?

19   A.   Yes.

20             MS. PELKER:  Your Honor --

21             THE COURT:  This is a good time to break?

22             MS. PELKER:  This is a fine time to break.

23             THE COURT:  All right.  Let's break for the day.  I

24   remind you don't discuss the case, even amongst yourselves.

25   Don't conduct any type of research.  We are going to get going

1  tomorrow at 9:00 a.m.  I appreciate everyone working really

2  hard to get here.  I know people are working on that, but make

3  sure you are here.  Try and get here by 8:30, so we can really

4  get going at 9:00.  Tomorrow and Thursday, we'll put in a full

5  day and Friday, we are going to have a half day.  So we are

6  doing our best to keep things moving.

7          Have a nice afternoon and I will see you tomorrow.

8          (Jury out at 12:46 p.m.)

9          THE COURT:  The witness can step down.  And I will

10  just ask that you come back at 9:00 tomorrow and don't discuss

11  your testimony until it is complete.  Okay?

12          THE WITNESS:  Okay.

13          THE COURT:  And we have got at least a couple of

14  things to discuss among ourselves.  I know there is the issue

15  that Mr. Ekeland just alluded to, which I don't know what the

16  issue is but I know there is an issue.  And then there is the

17  question of -- with respect to testimony relating to the Bank

18  Secrecy Act and the administration and so forth.

19          Anything else that we should discuss this afternoon?

20          MS. PELKER:  I think that is it from the government,

21  Your Honor.

22          THE COURT:  Anything else, Mr. Ekeland?

23          MR. EKELAND:  No, Your Honor.

24          MS. PELKER:  I guess, just scheduling, Your Honor,

25  and maybe talking about the juror situation of who is -- I

1    think it would be helpful to know both who is late, but who is

2    not going to be available that week of March 10th, because I

3    tink it is -- it is increasingly unlikely that we finish by

4    March 7th.

5               THE COURT:  I don't know the answer to the question

6    of -- the deputy clerk may know.  I don't know the answer to

7    which of those jurors were not going to be available.  I think

8    there was two or three.  Is that right?

9               THE COURTROOM DEPUTY:  I don't remember exactly who

10   it is.  I did a sort of a soft poll and asked them to raise

11   their hand.

12              THE COURT:  Today, the two jurors who have been

13   chronically late, actually were here on time.  And one juror

14   who has been extremely conscientious simply overslept and she

15   felt terrible about it.  And I don't expect that to happen

16   again.

17              MR. EKELAND:  Your Honor, just a quick question.

18              THE REPORTER:  Microphone.

19              MR. EKELAND:  Your Honor, the government just said

20   that they think it is increasingly unlikely we'll finish by

21   March 7th.  I am just wondering if that -- the government is

22   referring to their case or the trial in totality.  I just want

23   to get clear --

24              THE COURT:  Fair question.

25              MS. PELKER:  I sincerely hope that we are not still

1   on the government's case March 7th.  As currently scheduled, we

2   expect that the government's case is going to go into next

3   Monday.

4           THE COURT:  Next Monday.  Okay.

5           MS. PELKER:  But we are having a hard time estimating

6   how long cross is going to take for some of these witnesses.

7   We are just not sure.

8           THE COURT:  All right.  I understand that.  We should

9   continue to talk about scheduling as we go forward.  The other

10   thing is we can start the conversation with respect to jury

11   instructions as well.  And just to preview it for you, the one

12   instruction that I am continuing to puzzle over is the same

13   issue that I highlighted earlier on with respect to the meaning

14   and application of the DC licensing requirement.  And in

15   particular, I have been giving thought to what -- I don't think

16   it is a venue issue as much as what is the nexus requirement to

17   DC or potentially, what, if anything is the scienter

18   requirement.  And is it a jurisdictional question?  I don't

19   think it is a venue question, but is it a jurisdictional

20   question, that is a preponderance standard or is it an element

21   of the offense?  And there is some D.C. Circuit precedent I

22   think that says the provision at issue -- not D.C. Circuit,

23   D.C. Court of Appeals precedent that suggests that the

24   provision at issue hereof is a strict liability provision.  But

25   there is case law that says that even when you are dealing with

1   a strict liability rule that simply means you don't have to

2   know the rule or know that you are violating it.  But you have

3   to know that you are engaged in the underlying conduct.  So

4   does that mean then that the right answer here is that there

5   has to be -- the jury would have to find that the defendant

6   knew that some transactions would originate or end in the

7   District of Columbia?  And if that is the case, then what are

8   the standards with respect to knowledge in a world that is

9   inherently cloaked in secrecy and intentionally cloaked in

10  secrecy?  And do I need to instruct with respect to willful

11  blindness or natural consequences of one's actions?  I don't

12  know the answer to any of these questions, but that is what I

13  am starting to think through.

14          And that is what I regard as the hardest issue thus

15  far in thinking about the jury instructions, but also you can

16  be thinking about it as well.  That is just a preview.

17          MS. PELKER:  Yes, Your Honor.

18          MR. EKELAND:  We are having a jury charge conference,

19  I am assuming?

20          THE COURT:  We certainly will, yes.  But I need to

21  figure out enough answers to these questions that I can give

22  you draft jury instructions for you to comment on.  And I think

23  we have time still on that.  So I would propose we come back

24  this afternoon at 3:00 to take up the couple of issues that we

25  have.  Is that acceptable?

1           MR. EKELAND:  Yes.  The only thing we would ask, Your

2    Honor.  We have an opposition that we need to file I think by

3    5:00.  If we could get a couple extra hours on that.  We have

4    drafted it, but if we could get it in this evening.

5           THE COURT:  Yes.  You can have until 7:00 on that.

6           MR. EKELAND:  Thank you, Your Honor.

7           THE COURT:  All right.  I will see you back at 3:00

8    then.  Thank you.

9           THE COURTROOM DEPUTY:  All rise.

10          (Recess taken at 12:51 p.m.)

C E R T I F I C A T E

      I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.


Dated this 28th day of February, 2024.


_____
Sherry Lindsay, RPR
Official Court Reporter

A JUROR: [1]  87/23
BY MR. BROWN: [20]  14/20 38/24
44/1 46/10 48/20 49/25 51/5 53/25
61/8 62/12 62/21 63/2 65/17 68/4
69/5 71/6 72/23 74/5 89/19 91/1
BY MR. EKELAND: [12]  23/3 25/8
76/16 76/23 79/16 82/8 82/17
83/24 85/2 85/15 86/11 88/13
BY MR. PEARLMAN: [8]  4/24 6/19
9/17 9/25 12/6 15/1 18/7 18/23
BY MS. PELKER: [2]  94/13 104/17
MR. BROWN: [31]  35/23 36/2 36/10
36/16 36/24 37/13 38/1 38/12
38/18 43/22 46/2 49/17 65/10
67/18 67/23 73/23 76/13 79/11
80/3 80/5 80/25 81/14 82/11 84/17
85/12 86/8 87/22 90/17 92/15 93/2
94/1
MR. EKELAND: [61]  4/17 6/14 9/9
9/20 11/25 14/18 14/22 16/20 17/6
17/8 17/11 18/17 22/24 23/1 31/1
32/12 33/15 35/20 36/15 36/19
37/22 46/5 48/18 49/16 49/20 51/3
53/18 53/20 61/5 65/13 67/21 69/1
71/1 71/4 72/18 74/1 76/20 76/22
79/12 80/17 81/6 81/24 82/12
83/18 84/19 84/23 87/9 87/14
87/21 88/4 88/12 89/15 90/20 93/7
93/20 109/23 110/17 110/19 112/18
113/1 113/6
MR. HASSARD: [1]  88/1
MR. PEARLMAN: [20]  4/13 4/22
12/1 12/3 14/23 18/18 18/22 22/21
25/1 25/3 31/3 31/5 32/2 32/5
33/1 33/23 35/2 35/7 35/9 35/19
MS. PELKER: [11]  94/5 104/2
104/10 104/15 108/20 108/22
109/20 109/24 110/25 111/5 112/17
THE COURT: [111]  4/2 4/7 4/16
4/20 6/15 9/11 9/21 12/2 12/4
14/19 14/25 16/21 17/19 18/6
18/20 22/23 22/25 25/2 25/5 31/2
31/4 31/6 31/9 32/4 32/7 32/11
32/18 33/14 34/18 35/5 35/12
35/18 35/21 35/25 36/4 36/7 36/14
36/23 37/10 37/15 38/8 38/14
38/16 38/22 43/24 46/4 46/7 48/19
49/18 49/21 51/4 53/19 53/22 61/6
65/12 65/14 67/20 68/1 69/2 71/2
71/5 72/19 73/25 74/2 76/14 76/21
79/14 80/12 81/17 82/1 82/14
83/14 83/21 84/22 85/1 85/14
86/10 87/7 87/10 87/13 87/15
87/17 87/25 88/2 88/6 88/10 89/16
90/19 90/22 92/16 92/20 93/6
93/13 94/3 94/10 104/8 104/12
104/16 108/23 109/19 109/9 109/13
109/22 110/5 110/12 110/24 111/4
111/8 112/20 113/5 113/7
THE COURTROOM DEPUTY: [9]  4/5
36/9 38/21 62/10 62/20 87/12 94/9
110/9 113/9
THE REPORTER: [2]  4/9 110/18
THE WITNESS: [14]  6/16 9/12 9/22
16/24 17/7 25/6 38/20 53/23 61/7
63/1 72/20 79/15 94/8 109/12

## $

$1,000 [2]  51/25 52/4
$1.8 [1]  58/10
$1.8 million [1]  58/10
$100 [2]  17/3 17/7
$111,000 [1]  77/3
$18,000 [1]  91/21
$2,000 [1]  52/3
$260,000 [1]  58/1
$321,797.86 [1]  61/21
$4 [1]  22/13
$40,468.27 [1]  61/14
$43,000 [1]  92/10

$43,925.07 [1]  60/15
$450,000 [1]  92/8
$5 [2]  69/14 70/2
$50,000 [1]  92/2
$6 [1]  22/13
$6 billion [1]  22/13
$70 [5]  9/1 11/10 11/16 13/7
22/10
$70 million [4]  9/1 11/10 13/7
22/10
$729.01 [1]  69/23
$758.64 [1]  69/10
$93,226.95 [1]  61/17
$98 [1]  17/5

## 1

1,000 [1]  52/1
1,001 [5]  63/7 66/21 66/23 69/12
70/9
1,002 [3]  66/1 69/25 70/10
1,907.81 [1]  55/23
1.6751 [1]  68/11
10 [4]  19/17 28/15 41/15 42/13
100 percent [1]  18/12
10005 [1]  2/4
10:30 [1]  35/17
10:31 [1]  36/6
10:55 [1]  38/15
10th [1]  110/2
11-year [1]  55/1
12-year [1]  61/18
120,000 [5]  8/23 8/24 23/19 24/8
24/13
12:03 [2]  87/16 87/24
12:10 [2]  87/12 87/15
12:13 [1]  88/9
12:30 [1]  35/13
12:45 [1]  35/13
12:46 [1]  109/8
12:51 [1]  113/10
13 [7]  37/6 72/8 72/9 72/25 73/17
74/8 74/13
1301 [1]  1/20
150 [1]  40/13
16th [1]  65/20
18th [4]  36/25 38/2 67/25 69/17
19.9 [1]  54/3
191 [1]  33/23
1AIE [1]  75/24
1EUDR [7]  64/19 66/25 67/2 68/20
69/20 71/10 74/12
1GDFT [1]  72/2
1PLBO [7]  68/23 69/8 70/4 71/25
72/1 72/3 74/10

## 2

2 percent [2]  17/2 17/16
2,000 [1]  23/25
2,128.10 [1]  55/21
2,707.78 [1]  55/3
20 [4]  41/14 42/1 54/3 93/16
20-year [1]  30/11
20001 [1]  2/9
20005 [1]  1/17
2010s [1]  5/6
2011 [6]  26/9 47/22 55/9 84/11
85/8 85/10
2012 [3]  26/9 55/15 55/15
2013 [10]  6/13 33/12 55/17 55/17
55/19 55/24 56/2 57/2 57/21 57/24
2014 [6]  6/13 49/12 56/1 56/2
61/7 61/9
2015 [2]  26/4 61/12
2016 [10]  8/25 22/3 26/4 62/16
65/20 68/14 68/17 68/19 69/17
87/4
2017 [6]  50/7 58/4 59/5 59/6 59/7
59/17
2018 [5]  58/5 60/13 61/7 87/4
97/13
2021 [1]  47/22
2022 [2]  22/4 78/7

2023 [2]  67/25 94/21
2024 [1]  1/7
20530 [1]  1/14 1/17
21-399 [2]  1/4 4/9
23 [1]  3/4
24-hour [1]  40/22
24th [1]  87/4
25 [1]  93/16
258.51 [2]  53/6 53/14
27 [1]  1/5
28th [1]  114/10
29th [3]  62/16 68/17 87/4
2:00 [1]  87/10
2:10 [1]  87/11

## 3

30 [1]  2/3
305 [11]  3/14 44/11 45/21 45/24
46/3 46/7 46/9 70/14 74/13 84/16
84/25
305A [6]  3/15 38/6 73/9 73/24
74/2 74/4
306 [11]  3/15 67/6 67/7 67/9
67/11 67/19 68/1 68/3 68/5 68/18
69/16
30th [2]  68/14 68/19
326 [5]  72/13 72/14 72/17 73/2
73/21
33 [2]  50/19 51/10
333 [1]  2/8
352 [1]  84/16
352.84 [1]  55/25
38 [1]  3/7
39.9 [4]  53/13 53/23 54/6 54/8
399 [2]  1/4 4/9
3:00 [2]  112/24 113/7
3rd [3]  84/10 85/8 85/10

## 4

40 [3]  40/21 42/23 44/24
40,285.22 [1]  61/11
401 [1]  100/15
440 [1]  75/22
45 [1]  35/23
450 [1]  74/21
46 [1]  3/14

## 5

5.1527 [1]  1/17
51 [5]  3/16 90/5 90/18 90/23
90/25
56,000 [2]  86/17 87/3
56,060 [1]  88/23
5:00 [1]  113/3

## 6

601 [1]  1/16
615 [1]  36/17
63 [3]  87/3 88/20 88/20
640 [1]  66/14
65 [1]  3/14
660 [1]  63/19
6710 [1]  2/8
68 [1]  3/15

## 7

702 [4]  9/10 16/20 72/18 74/1
719A [6]  62/8 62/10 64/24 66/23
68/15 68/16
719B [6]  3/14 64/24 64/25 65/11
65/14 65/16
74 [1]  3/15
76 [1]  3/7
7:00 [1]  113/5
7th [3]  110/4 110/21 111/1

## 8

8,423 [1]  45/2
80 percent [1]  55/6
89 [1]  3/8
8:30 [1]  109/3

**8**

**8th [1]**   2/4

**9**

**90 [1]**   3/16
**94 [1]**   3/10
**950 [1]**   1/14
**98 [1]**   55/14
**99 [1]**   55/14
**9:00 [1]**   109/4
**9:00 a.m [1]**   109/1
**9:00 tomorrow [1]**   109/10
**9:19 [1]**   1/6
**9:42 [1]**   4/8

**A**

**a.m [6]**   1/6 4/8 35/17 36/6 38/15 109/1
**ability [3]**   33/5 50/9 50/11
**able [31]**   6/10 7/11 7/14 7/15 8/2 8/6 8/10 8/14 8/16 8/21 11/19 19/13 21/11 21/13 21/15 22/5 25/19 26/1 33/4 34/11 34/13 34/14 37/2 46/24 47/2 62/17 63/21 66/24 71/18 71/22 72/1
**about [87]**   4/25 5/16 5/25 7/8 9/1 10/7 10/14 11/8 11/18 12/7 12/11 12/15 12/22 13/11 13/22 14/1 14/17 15/2 15/16 16/1 16/17 16/21 17/22 18/11 18/14 18/24 19/3 19/13 19/19 20/9 21/3 23/19 23/25 26/6 26/7 26/8 26/9 26/14 26/23 28/14 31/15 31/22 33/10 33/13 33/25 34/2 34/4 34/5 34/13 34/14 35/6 35/10 37/20 37/25 46/24 48/2 48/23 48/24 51/1 51/12 56/14 58/21 59/1 67/15 75/25 76/11 77/16 80/1 81/7 81/8 81/8 81/10 81/21 81/22 83/6 91/18 92/25 93/17 93/25 101/18 102/21 102/22 109/25 110/15 111/9 112/15 112/16
**above [2]**   53/7 114/5
**above-entitled [1]**   114/5
**absolutely [3]**   11/20 80/9 81/16
**abstract [1]**   38/10
**abuse [2]**   39/19 39/19
**acceptable [2]**   37/21 112/25
**access [26]**   6/24 7/9 7/11 7/16 7/17 7/19 7/21 8/3 8/4 8/6 8/10 10/10 13/3 18/14 19/5 21/15 23/21 23/23 24/5 25/12 26/2 26/15 50/3 50/9 50/11 106/10
**accessed [1]**   26/19
**accesses [2]**   104/22 105/17
**accessing [1]**   21/7
**according [2]**   63/10 66/8
**account [50]**   20/9 44/21 44/21 45/4 45/14 46/19 46/25 47/4 47/6 50/5 50/13 50/20 50/20 50/23 50/25 51/11 51/13 51/15 51/16 51/17 51/18 51/18 51/20 51/22 51/23 51/25 52/1 52/2 52/3 52/11 54/10 54/20 54/22 54/24 59/6 59/14 60/21 60/23 64/5 64/9 64/10 66/18 75/4 76/7 84/7 84/8 85/7 85/20 91/12 105/18
**accountant [3]**   39/5 40/7 40/9
**Accountants [2]**   41/18 78/23
**accounted [1]**   59/25
**accounting [13]**   37/13 39/22 39/24 39/25 40/1 40/14 40/17 43/23 43/25 79/9 79/18 79/19 89/7
**accounts [60]**   20/22 21/16 22/2 26/1 26/15 26/15 27/14 27/15 27/19 29/13 44/17 44/20 44/23 44/24 45/4 45/9 46/12 46/14 46/16 47/21 48/1 48/3 48/7 53/16 54/10 54/14 54/23 55/2 55/5 55/20 55/22 56/5 57/23 58/3 58/9 58/14 58/16 59/2 59/24 60/1 60/19 60/22 60/22 84/4 84/5 84/5 84/21 85/3 85/21

91/8 91/13 91/24 92/4 92/12 92/13
accurate [2]   45/25 90/11
accurately [4]   45/25 65/7 67/14 73/19
ACFE [1]   41/19
acquiring [1]   97/15
acronym [1]   106/23
Act [2]   34/1 109/18
Action [1]   1/3
actions [1]   112/11
activity [18]   25/18 39/20 44/4 44/4 44/5 46/13 47/3 47/20 48/10 56/2 85/23 99/5 99/7 99/20 99/25 101/5 105/19 105/20
actors [1]   100/4
actual [2]   46/20 102/4
actually [8]   16/10 52/3 63/16 77/2 78/19 83/19 85/9 110/13
addition [2]   47/6 98/5
additional [4]   41/2 55/24 55/25 105/8
additionally [1]   20/13
address [63]   9/14 10/14 10/16 10/18 10/19 19/9 21/7 52/5 64/14 64/17 64/18 64/19 64/21 66/20 66/24 66/25 68/19 68/20 68/23 68/24 69/6 69/8 69/18 69/20 70/3 70/4 70/4 70/6 71/10 71/23 71/24 71/24 72/2 72/3 74/10 74/11 74/22 75/1 75/23 75/24 76/1 76/2 76/6 76/8 76/9 93/9 93/12 93/13 105/21 105/22 105/25 106/5 106/7 106/8 106/9 106/10 106/16 106/18 107/2 107/11 107/24 108/1 108/5
addresses [28]   23/22 23/25 24/3 24/4 37/3 37/7 45/15 45/18 68/10 68/11 68/21 72/2 72/6 72/8 72/9 72/21 73/1 73/2 73/5 73/6 73/17 74/9 104/22 106/3 106/14 106/20 107/3 108/13
adjust [2]   50/4 50/12
adjusted [4]   51/13 54/20 54/23 54/25
adjustment [8]   49/4 49/5 49/5 49/9 50/17 50/19 51/9 51/10
adjustments [2]   48/24 48/25
administration [2]   66/11 109/18
administrator [1]   23/12
admit [7]   46/2 65/10 67/18 68/1 73/23 90/17 90/23
admitted [13]   37/6 46/7 46/9 62/9 65/14 65/16 68/3 73/9 73/10 74/2 74/4 90/6 90/25
adopted [1]   90/15
affected [1]   102/21
after [13]   12/25 25/9 26/12 31/21 36/1 50/20 77/22 95/22 95/25 97/6 105/3 105/4 107/6
afternoon [5]   76/19 93/13 109/7 109/19 112/24
again [7]   33/23 34/8 35/1 41/6 42/25 92/3 110/16
against [4]   29/20 30/8 30/21 93/19
agency [1]   43/10 95/8 106/24
agents [3]   78/6 98/12 99/12
agree [4]   18/1 79/8 79/17 79/21
ahead [6]   14/25 32/11 35/12 52/10 68/1 82/6
AICPA [2]   41/18 79/6
Akerström [1]   64/11
Alden [1]   4/14
aligned [1]   43/5
all [60]   4/2 4/3 8/18 11/4 12/9 13/18 14/16 15/7 16/1 16/24 16/25 19/2 19/7 20/11 22/23 23/22 24/3 24/7 24/16 24/20 29/18 29/23 29/24 30/23 31/2 31/4 33/16 35/2 35/18 36/4 36/14 38/8 38/14 38/16 43/24 46/7 48/24 49/21 53/2 54/9 58/8 60/4 60/4 61/15 73/5 76/14

84/3 87/23 88/10 89/13 89/16 92/20 95/19 97/3 97/19 100/6 108/23 113/8 113/7 113/9
allege [1]   33/9
alleged [1]   78/10
Allen [2]   97/7 97/8
allocated [1]   107/12
allocates [1]   107/3
allow [4]   7/17 40/1 72/19 82/16
allowed [2]   24/5 80/14
alluded [1]   109/15
almost [2]   19/12 78/8
along [1]   14/3
already [2]   62/9 82/2
also [49]   9/2 9/9 15/11 16/12 21/8 25/22 26/23 27/3 27/17 27/21 28/2 28/5 28/8 28/25 29/6 29/9 30/17 30/20 38/4 40/23 41/12 42/8 42/19 47/12 58/5 65/25 66/15 73/6 75/3 79/2 95/8 95/11 96/22 97/17 97/20 98/19 98/21 99/4 99/12 99/16 100/8 100/15 101/2 102/2 102/8 103/11 104/25 108/17 112/15
always [5]   15/22 17/2 39/16 39/25 79/20
am [39]   10/15 14/6 14/15 15/12 15/13 17/12 18/12 32/16 37/24 39/5 39/7 39/7 40/7 41/17 43/5 46/5 69/2 70/13 77/2 77/6 77/8 77/11 77/15 79/12 80/19 81/21 81/24 82/12 82/13 83/18 83/19 85/22 95/6 95/8 108/3 110/21 111/12 112/13 112/19
Amendment [3]   80/6 80/19 81/22
AMERICA [5]   1/3 4/10 107/11 107/23 108/8
American [3]   41/17 78/22 107/14
among [2]   35/15 109/14
amongst [1]   108/24
amount [9]   9/4 17/16 20/1 20/3 29/16 40/13 51/21 52/8 55/1 56/21 63/16 63/18 71/9 74/20 75/21 77/12
amounts [2]   22/16 55/5
analysis [28]   11/21 11/23 37/20 39/10 47/7 50/4 50/12 51/9 51/20 52/5 54/6 80/8 85/25 86/2 86/5 89/21 91/9 91/14 91/23 92/5 92/12 95/11 97/17 97/18 98/6 102/18 104/4 104/25
analyst [1]   81/9
analytical [1]   97/9
analytics [1]   42/9
analyze [3]   97/23 98/1 98/11
analyzing [1]   102/8
anomalous [2]   39/20 75/25
anomaly [2]   70/25 71/4
anonymity [2]   13/22 28/8
anonymize [1]   13/25
anonymous [3]   28/11 99/7 99/14
another [18]   10/17 10/18 15/10 15/11 17/4 32/5 34/23 35/25 37/16 42/9 48/8 51/17 60/7 65/4 73/8 93/2 104/13 104/14
answer [11]   29/25 38/9 48/21 49/22 49/24 69/3 71/7 110/5 110/6 112/4 112/12
answered [2]   82/2 86/9
answers [3]   36/23 85/13 112/21
anti [1]   75/7
anti-money [1]   75/7
AntiChat [1]   27/4
Anton [1]   75/20
any [75]   12/5 12/15 12/21 14/7 15/2 15/16 16/2 16/4 18/16 19/13 21/3 22/22 23/10 23/15 29/11 31/2 33/20 35/16 36/13 40/6 40/15 40/19 41/12 41/16 41/20 42/19 43/3 46/4 48/25 49/22 54/15 56/25 60/12 62/4 62/6 65/12 67/2 67/20 70/10 70/25 71/4 73/25 78/14 78/17 78/18 80/20 81/23 82/2

**A**

any... [27]  82/10 82/12 82/13
82/18 82/23 83/5 83/6 83/8 83/25
85/16 89/3 89/20 90/19 91/8 91/13
91/22 92/3 93/1 96/13 97/4 99/3
99/3 100/11 100/21 103/16 108/25
112/12
anybody [3]  82/15 87/18 89/3
anyone [2]  7/8 12/10
anything [19]  15/23 23/16 35/18
36/22 59/5 72/5 73/4 74/15 75/25
76/10 81/15 85/22 87/20 89/17
99/8 103/23 109/19 109/22 111/17
anytime [1]  105/18
anyway [1]  15/15
apart [2]  100/1 102/3
apartment [3]  28/23 28/24 105/25
API [2]  23/23 24/5
apologies [1]  87/15
Appeals [1]  111/23
appear [1]  70/22
APPEARANCES [3]  1/12 1/23 2/1
appeared [1]  67/3 71/19
appears [1]  76/3
application [2]  42/7 111/14
apply [1]  106/12
appreciate [3]  37/10 38/8 109/1
approach [1]  4/11
appropriate [1]  38/12
approval [2]  38/5 38/7
approximate [6]  55/9 58/7 69/9
69/21 69/24 78/4
approximately [24]  8/23 22/4
22/10 41/25 42/1 42/12 42/13
44/23 44/24 44/25 45/2 55/6 57/21
58/1 58/10 59/17 61/11 61/14
61/17 69/14 70/2 70/18 91/21
92/10
April [7]  62/16 68/14 68/17 68/19
87/4 87/4 94/21
April 24th [1]  87/4
April 29th [3]  62/16 68/17 87/4
April 30th [2]  68/14 68/19
architect [1]  96/8
are [158]
area [2]  58/19 83/15
areas [2]  80/11 104/18
aren't [1]  98/3
ARIN [7]  107/13 107/17 107/19
107/24 107/25 108/8 108/12
Army [1]  97/11
around [4]  6/13 16/7 48/5 55/13
arrest [1]  104/24
arrested [9]  22/4 22/9 24/12
29/15 77/23 77/25 78/2 78/12
105/3
art [1]  29/4
Artem [4]  63/9 63/10 70/10 71/17
as [115]
as-needed [1]  19/24
ask [15]  4/25 12/5 16/17 31/6
36/11 37/19 48/24 80/23 82/14
82/16 83/21 87/18 92/18 109/10
113/1
asked [15]  30/7 44/2 44/3 78/13
78/17 80/18 82/2 82/20 82/22
83/22 86/8 89/20 93/9 97/1 110/10
asking [9]  75/10 75/16 79/12
80/20 81/9 82/12 82/13 83/18
84/17
assessing [1]  96/18
assessments [1]  41/11
assets [10]  79/9 79/23 80/2 81/10
83/19 91/13 91/22 92/4 92/11
assign [1]  107/5
assigned [3]  95/2 106/23 107/3
assigns [2]  106/20 107/6
associated [5]  42/2 62/6 62/7
65/19 72/21
assume [1]  31/18
assumed [1]  88/5
assuming [1]  112/19
assumption [1]  25/20
attempt [4]  27/22 28/3 28/6 70/21
attempts [1]  25/20
attention [9]  44/18 62/8 64/23
67/5 68/5 69/15 74/14 88/19 93/8
attracted [2]  17/22 17/25
attractions [1]  18/15
attractive [3]  17/23 18/3 19/8
attribution [1]  37/2
audit [1]  40/18
auditor [1]  40/5
August [1]  8/25
August 2016 [1]  8/25
automate [3]  27/21 27/23 102/19
automatically [1]  7/23
available [9]  13/14 19/5 42/17
43/17 47/11 47/13 93/3 110/2 110/7
Ave [2]  1/14 1/20
Avenue [1]  2/8
avoid [1]  18/21
aware [15]  5/19 5/22 12/23 13/15
49/12 50/6 70/13 85/16 85/19
85/23 86/14 89/2 89/6 89/8 89/24
away [1]  11/12
axis [2]  56/22 57/7

**B**

bachelor's [2]  39/22 40/12
back [36]  5/6 12/4 15/9 15/14
15/21 15/23 16/4 16/11 17/4 34/23
35/1 35/4 35/5 35/6 35/14 36/1
36/2 54/13 63/20 68/15 68/18
72/24 74/13 82/3 85/4 87/11 87/11
93/25 95/18 98/13 99/3 101/10
101/17 109/10 112/23 113/7
background [6]  5/10 17/24 39/21
51/14 92/24 95/19
bag [5]  14/3 14/6 15/5 15/6 15/12
balance [16]  50/5 50/13 50/22
50/23 50/23 50/25 50/10 58/13
58/16 58/19 58/21 58/22 58/24
59/1 59/6 59/11
balances [1]  59/14
bank [15]  11/16 14/2 33/25 46/16
59/24 59/25 60/20 60/22 61/20
64/4 64/9 64/10 66/18 91/12
109/17
bankrupt [1]  50/2
bankruptcy [4]  2/7 49/12 49/15
49/20
banks [1]  11/19
bars [1]  57/3
based [6]  45/18 49/21 49/22 49/23
98/10 108/18
Bash [1]  103/24
basic [1]  43/19
basically [7]  9/12 9/15 12/17
16/24 19/5 19/14 21/24
basis [5]  19/25 37/17 37/24 55/9
79/13
bathroom [1]  87/8
be [69]  9/2 10/10 10/19 11/12
11/19 12/7 15/3 15/8 15/14 15/15
16/15 17/4 19/11 19/13 19/21
21/19 22/2 26/21 28/25 32/19
32/24 33/1 33/4 33/6 33/6 34/8
34/11 34/13 34/14 35/4 35/10 36/9
37/2 38/21 40/13 41/15 46/8 54/8
62/13 63/10 63/21 65/2 65/14 68/6
68/22 69/2 74/2 76/3 77/12 79/19
79/20 80/7 81/5 90/9 93/11 94/9
97/1 97/1 97/4 97/19 99/1 100/25
103/7 105/2 110/1 110/2 110/7
112/5 112/16
became [2]  20/13 20/24
because [26]  11/15 15/9 19/8
19/12 19/24 24/20 30/23 31/10
32/14 33/21 34/24 37/1 47/15 80/7
80/8 80/14 80/15 80/21 81/7 82/3
93/10 93/17 93/18 100/3 100/6
110/2

Beckman [1]  75/20
become [11]  16/15 29/6 40/11
40/12 41/4 41/6
becomes [1]  100/3
becoming [1]  40/15
been [26]  16/6 26/4 26/10 34/20
34/24 39/12 39/13 39/14 39/15
39/16 45/10 62/9 73/8 73/9 78/12
78/17 85/4 90/6 92/12 93/8 93/24
94/20 96/9 110/12 110/14 111/15
before [22]  1/9 5/1 25/25 26/7
26/11 26/14 35/18 36/10 37/9
39/17 40/3 48/23 54/13 78/1 83/13
85/17 85/20 87/20 88/18 92/24
93/12 105/2
beginning [10]  50/21 64/19 68/20
69/8 69/20 70/4 71/25 74/10 74/11
75/24
begins [2]  61/7 76/9
being [6]  9/13 9/15 37/3 59/7
63/13 83/15
believe [11]  29/2 37/4 37/23 62/9
63/20 67/24 84/10 84/14 84/24
85/6 86/20
belong [2]  7/12 64/12
belongs [1]  64/10
below [2]  60/23 107/25
bench [9]  17/10 18/5 31/8 32/1
32/10 35/8 80/4 82/7 92/19
besides [1]  89/1
best [5]  18/12 28/15 93/11 97/23
109/6
better [3]  20/8 28/17 96/10
between [9]  19/21 19/22 22/13
54/19 55/10 70/11 87/3 105/19
106/8
beyond [4]  29/20 30/9 82/16 82/23
big [2]  106/12 107/17
bill [2]  77/7 77/8
billion [2]  22/12 22/13
bills [2]  14/3 14/4
Binance [1]  46/15
bit [7]  4/25 6/3 6/18 14/14 22/8
51/14 93/4
BitCloak [1]  14/13
Bitcoin [142]
Bitfinex [20]  7/1 7/3 7/12 7/16
7/20 7/20 7/21 8/2 8/10 8/13
23/18 24/8 24/25 25/9 25/25 26/12
26/15 27/18 28/22 46/15
BitPay [1]  46/16
Bitstamp [12]  53/15 53/17 53/24
54/4 54/7 54/8 75/4 75/6 75/10
75/18 76/5 89/2
Bitstamp's [1]  75/7
blend [1]  99/21
Blender [1]  14/14
Bleutrade [1]  92/8
blindness [1]  112/11
block [4]  42/16 43/1 67/13 107/17
blockchain [21]  11/21 11/23 12/8
12/9 12/12 12/14 12/15 12/18
12/24 13/3 16/25 37/1 37/7 42/6
42/9 47/10 66/25 67/16 70/22
71/19 71/23
Blockchair [2]  67/12 67/14
blocks [2]  107/3 107/20
blue [7]  56/20 56/21 58/18 58/19
58/20 58/23 58/25
boiling [1]  50/25
bolster [1]  100/6
Booz [2]  97/7 97/8
both [3]  106/12 106/14 110/1
bothered [1]  80/22
bottom [7]  53/5 55/1 60/16 63/17
64/1 65/22 66/12
bought [2]  27/18 29/4
box [4]  53/4 72/6 73/1 73/5
break [16]  32/2 35/3 35/11 35/12
35/14 35/18 87/8 87/9 87/11 87/13
87/17 88/19 104/13 108/21 108/22
108/23

**B**

breaking [1]  8/78
breaks [1]  47/22
bridge [1]  92/25
brief [1]  35/3
briefed [1]  33/24
briefly [5]  6/23 7/14 78/21 88/18 91/2
bring [2]  84/14 88/7
bringing [2]  4/5 17/14
BRODIE [1]  1/15
Brooklyn [1]  2/4
brought [1]  93/8
BROWN [5]  1/15 3/7 3/8 4/14 37/25
browser [3]  6/10 6/12 19/1
BS [1]  95/20
BSA [1]  34/15
BTC [6]  12/25 13/2 49/10 50/6 50/6 59/7
BTC-e [4]  49/10 50/6 50/6 59/7
building [2]  96/10 106/1
built [1]  97/10
bunch [1]  14/4
burned [1]  7/7
business [4]  6/13 7/6 40/14 40/18
businesses [1]  34/14
button [1]  65/21
buy [2]  6/4 6/6
buyer [3]  63/8 63/9 66/6
buyers [1]  71/15

**C**

calculating [1]  51/19
call [3]  38/16 84/19 94/4
called [15]  5/19 9/3 10/1 10/2 13/15 19/4 25/23 42/11 59/19 96/2 100/16 100/19 103/11 107/13 108/16
calls [7]  25/3 38/18 53/20 79/11 82/11 94/5 101/17
came [4]  13/10 40/3 55/2 75/18
can [75]  6/23 12/10 14/11 14/14 16/17 16/21 17/8 19/11 31/6 32/19 32/20 34/23 34/23 35/15 36/7 37/5 37/22 38/10 48/21 49/22 49/23 50/1 51/17 51/21 63/18 70/11 78/4 79/15 79/19 80/3 81/9 82/14 83/21 85/12 86/19 87/9 87/17 87/25 88/7 92/18 93/5 93/15 93/16 93/18 94/1 94/4 94/14 95/7 95/11 96/24 98/8 100/21 100/24 101/9 101/16 101/18 102/23 103/7 103/9 103/18 103/22 103/25 104/14 104/21 105/21 105/23 106/10 108/6 108/17 109/3 109/9 111/10 112/15 112/21 113/5
can't [1]  34/5
cannot [1]  80/10
capacity [1]  36/13
capital [1]  29/7
card [3]  46/17 61/2 101/8
cards [6]  61/4 61/10 61/13 61/16 89/10 89/13
care [1]  7/8
Carl [1]  64/10
Carolina [1]  39/23
case [38]  4/9 9/19 12/16 12/22 30/9 31/22 33/5 33/7 34/9 34/13 35/15 36/17 37/4 39/11 41/8 43/6 43/12 44/2 62/3 77/17 77/19 78/1 78/5 78/6 78/8 78/14 80/21 93/18 98/17 105/2 105/9 105/12 108/24 110/22 111/1 111/2 111/25 112/7
cases [8]  95/10 95/11 95/15 98/12 98/15 98/18 98/20 99/5
casework [2]  98/6 98/8
cash [3]  11/10 11/16 14/2
cashed [1]  12/17
CATHERINE [1]  1/13
cause [1]  51/24
Ccips [1]  1/19
certain [3]  37/3 40/13 51/21

certainly [5]  22/6 34/1 82/15
certificate [1]  100/14
certification [6]  41/5 41/18 41/22 101/22 102/4 102/5
certifications [2]  40/6 100/12
certified [11]  40/7 40/7 40/9 41/1 41/17 41/19 41/23 42/11 78/23 79/2 79/5
certify [1]  114/3
CFE [6]  40/23 40/25 41/4 41/5 41/6 41/12
chain [1]  28/9
Chainalysis [4]  12/23 41/22 41/24 42/4
chance [3]  15/14 29/23 45/24
change [3]  57/13 59/6 68/23
changed [1]  102/1
changing [1]  21/25
characterize [2]  55/4 57/18
charge [4]  17/1 30/12 34/12 112/18
charged [1]  54/15
charges [3]  16/13 17/2 29/20
chart [25]  48/23 53/9 54/1 54/4 56/8 56/9 56/14 56/16 56/17 56/18 56/20 56/23 57/7 57/10 58/7 58/11 58/12 58/13 60/16 60/17 61/19 71/11 84/15 86/20 86/22
charts [4]  44/8 44/16 45/25 56/8
check [1]  51/23
checking [2]  51/18 51/25
chemical [1]  96/5
Chip [1]  28/13
ChipMixer [1]  14/13
chooses [3]  31/12 31/17 31/19
choosing [1]  16/8
chose [1]  30/23
Chris [1]  4/14
CHRISTOPHER [1]  1/15
chronically [1]  110/13
Chukanov [4]  63/9 63/10 70/10 71/17
CI [10]  39/8 39/9 39/12 39/13 39/16 39/18 43/11 77/4 77/6 77/10
circle [4]  52/20 52/24 53/9 63/4
circled [3]  53/15 63/5 71/13
Circuit [2]  111/21 111/22
CIs [1]  77/13
claims [1]  81/13
class [1]  102/6
clear [9]  5/1 21/19 33/1 33/6 34/8 63/21 65/21 105/2 110/23
clerk [1]  110/6
click [3]  62/24 63/20 86/22
client [3]  31/14 31/20 88/3
clients [1]  97/11
cloaked [2]  112/9 112/9
close [5]  17/20 31/10 55/11 55/12 69/11
cloud [1]  24/15
clues [2]  101/18 102/2
cluster [4]  37/3 37/8 72/22 73/2
clustering [1]  37/1
code [23]  5/11 8/12 62/7 65/3 70/15 70/18 70/21 73/20 86/12 86/14 86/17 86/23 88/21 88/23 89/1 89/6 96/22 96/24 97/2 100/21 103/4 103/22 103/25
coding [1]  103/11
Coinbase [1]  25/25
collaborate [1]  98/12
college [3]  5/13 5/14 96/1
colloquy [2]  31/15 31/21
colons [1]  106/4
COLUMBIA [1]  1/1 112/7
column [5]  45/3 48/6 48/8 61/15 88/20
combined [2]  55/16 55/18
Comcast [2]  107/21 108/9
come [18]  13/18 34/23 35/4 35/14 36/1 36/2 44/12 75/15 75/17 81/12

82/3 87/11 87/11 93/23 95/10 104/4
comes [3]  36/10 38/11 75/16
coming [6]  17/4 32/14 51/22 52/3 59/23 81/18
command [1]  103/23
commands [1]  103/3
comment [2]  85/12 112/22
comments [1]  16/3
committed [2]  19/14 29/16
common [3]  49/21 49/23 100/24
communicated [1]  23/12
communications [1]  106/6
companies [7]  11/4 12/21 96/5 107/5 107/21 108/1 108/13
company [11]  5/7 5/9 5/15 5/19 12/24 42/9 62/6 96/2 96/6 96/10 108/8
compare [3]  56/1 69/24 72/25
comparing [1]  76/10
comparisons [1]  105/19
compiled [1]  101/23
complete [2]  9/2 109/11
completed [3]  87/19 100/11 100/15
complicate [1]  51/20
complicated [1]  33/8
Complying [1]  64/22
compound [2]  18/17 18/18
comprehensive [1]  102/22
computer [32]  5/13 6/24 8/1 9/15 13/4 27/21 27/23 94/5 94/25 95/1 95/20 95/22 95/23 98/9 98/25 100/21 100/23 101/7 101/10 102/16 102/23 102/25 103/1 103/3 103/4 103/6 103/8 103/13 103/16 103/21 105/22 106/10
computers [2]  105/23 106/12
conceal [5]  10/11 10/13 13/10 19/9 104/6
concealing [1]  13/19
concepts [4]  40/18 42/4 42/14 42/15
concern [6]  11/18 12/15 15/11 17/20 34/3 82/3
concerned [5]  12/21 17/12 21/1 81/21 93/17
concerning [2]  33/5 33/6
concerns [9]  12/5 12/7 12/10 14/16 14/23 15/2 15/7 15/16 21/3
concludes [2]  43/24 104/8
conclusion [1]  25/3
conduct [4]  35/16 39/10 108/25 112/3
conducting [1]  21/19
conference [10]  17/10 18/5 31/8 32/1 32/10 35/8 80/4 82/7 92/19 112/18
configure [1]  108/3
confirm [1]  36/12
confirmations [1]  47/4
confront [1]  30/20
confuse [1]  33/17
conglomerate [1]  96/4
connect [4]  12/19 99/11 99/12 99/14
connected [3]  10/10 14/7 15/10
connecting [1]  20/11
connection [1]  70/11
connections [1]  98/15
conscientious [1]  110/14
consequences [1]  112/11
consistent [1]  67/24
consolidated [1]  49/6
consolidating [1]  44/6
conspiracy [1]  30/12
constitutes [1]  114/4
Constitution [1]  2/8
constitutional [6]  30/15 30/17 30/20 30/24 31/12 31/18
consult [3]  47/6 47/9 47/14
consultant [1]  97/9
consulted [3]  47/10 47/11 47/12

**C**

consumer [2] 17/23 18/4
contain [1] 44/15
contained [1] 72/16
contains [1] 44/16
contents [2] 3/1 45/22
context [1] 9/7
continue [1] 111/9
continued [5] 1/23 2/1 3/4 4/23 95/14
continuing [5] 40/19 40/21 41/12 41/14 111/12
contract [3] 77/5 77/13 77/15
contracted [1] 77/6
contributed [1] 101/19
contributing [2] 15/6 15/12
control [6] 23/23 24/7 24/24 25/7 45/19 108/13
controlled [8] 7/24 24/9 24/9 24/11 51/13 52/11 54/20 54/23
controls [5] 45/17 101/10 106/20 107/2 107/11
convenient [1] 87/7
conversation [1] 111/10
convert [1] 60/7
converted [5] 28/5 28/10 47/15 69/13 103/5
copy [1] 90/11
corner [2] 62/23 63/20
correct [24] 21/20 23/20 23/22 24/1 25/11 25/20 27/11 29/1 30/13 37/22 37/25 78/25 79/7 82/25 83/1 83/4 84/5 84/6 84/9 87/5 89/11 89/14 97/3 114/4
correctly [2] 28/16 77/5
correspond [6] 56/22 57/6 67/3 70/22 71/9 76/6
corresponded [2] 71/8 71/9
corresponding [1] 57/4
corroborating [1] 105/9
could [46] 9/13 10/11 15/22 16/12 18/1 20/7 32/2 33/2 34/21 35/2 38/25 46/11 47/19 48/13 49/3 52/16 54/18 55/4 56/17 62/18 63/17 64/2 64/16 64/20 65/18 65/24 65/25 66/12 68/22 72/13 74/6 76/4 80/23 84/13 84/14 85/3 86/22 91/11 92/23 95/18 97/4 99/14 104/13 105/23 113/3 113/4
couldn't [1] 29/25
counsel [8] 4/11 4/12 4/19 31/6 36/11 80/7 80/15 92/18
count [2] 51/21 103/24
counting [1] 51/24 52/6
couple [6] 74/25 82/4 87/10 109/13 112/24 113/3
course [8] 12/10 40/22 41/23 41/23 41/25 42/10 62/3 96/14
coursework [2] 39/25 40/14
court [18] 1/1 2/6 2/7 4/18 30/1 30/4 32/15 32/16 33/17 36/25 37/8 43/24 81/4 93/9 104/8 111/23 114/3 114/13
Court's [6] 22/21 31/5 38/3 38/5 38/7 67/24
courtroom [1] 36/18
courts [3] 2/7 33/5 33/24
cover [1] 25/9
covered [6] 42/4 42/6 42/14 42/15 102/15 102/17
CPA [6] 40/9 40/11 40/12 40/15 40/20 78/25
create [1] 56/4
created [1] 7/23
credential [2] 101/2 101/4
credentials [9] 7/17 8/5 8/7 13/3 24/5 24/21 25/12 26/2 78/21
credibility [1] 100/6
credit [1] 101/8
crime [2] 14/7 15/10
crimes [1] 29/17

criminal [3] 1/3 4/9 98/19
criminals [2] 24/24 99/8
criminals' [1] 100/9
CRM [1] 1/19
cross [9] 3/4 3/7 18/1 23/2 76/15 89/21 90/23 92/25 111/6
cross-examination [5] 3/4 3/7 23/2 76/15 89/21
crypto [11] 20/15 20/23 21/3 21/5 21/8 21/15 22/14 22/15 22/19 83/11 83/11
cryptocurrency [41] 5/20 5/22 6/2 6/4 6/6 7/2 7/10 7/11 7/18 8/5 8/18 20/14 21/25 22/17 26/5 28/3 28/6 28/8 28/11 41/21 42/15 42/17 42/24 42/25 43/3 43/6 43/13 43/15 43/17 46/14 46/21 47/16 51/22 53/7 54/10 54/14 58/14 83/17 83/23 91/24 101/9
cryptocurrency-related [1] 43/13
CS [4] 94/17 104/3 104/18 105/2
currencies [1] 47/15
currency [5] 13/25 25/21 47/16 60/7 60/9
current [1] 96/15
currently [3] 39/6 39/7 111/1
custom [2] 97/11 97/18
customer [8] 8/10 8/13 21/2 21/4 34/4 74/18 75/19 75/20
customers [2] 7/19 70/11
cyber [5] 99/24 100/4 100/9 104/5 104/7
cybercrime [2] 10/4 21/16
cybercrimes [2] 43/5 43/8
cybercriminal [1] 99/17
cybersecurity [1] 100/13

**D**

D-E [1] 94/16
D.C [3] 111/21 111/22 111/23
dangerous [1] 80/11
dark [6] 19/6 19/8 19/11 21/6 27/4 34/6
darknet [4] 6/7 27/18 27/25 98/20
dashboards [1] 97/11
data [10] 6/25 25/13 44/6 49/7 97/10 97/17 97/19 98/5 98/13 98/20
date [13] 62/18 63/5 65/19 65/24 68/13 68/14 68/16 69/16 71/9 78/4 78/4 84/12 85/17
dated [4] 62/15 62/16 65/20 114/10
dates [1] 104/22
day [8] 40/2 98/3 99/21 102/7 108/23 109/5 109/5 114/10
DC [9] 1/5 1/14 1/17 1/21 2/9 33/18 43/9 111/14 111/17
de [8] 3/9 93/3 93/10 94/2 94/6 94/7 94/15 104/3
deadlines [1] 93/19
dealing [2] 81/22 111/25
decide [4] 6/20 7/3 14/8 14/11
decides [1] 107/19
decision [2] 31/15 31/21
decisions [1] 19/2
deck [2] 38/2 38/3
declared [1] 49/12
declares [1] 49/15
decompile [1] 101/24
decrease [1] 56/3
decreasing [1] 58/24
deeper [1] 42/17
defendant [19] 1/7 2/2 4/18 33/7 33/9 33/9 33/13 34/9 45/10 61/9 64/12 75/6 75/11 80/9 105/3 105/5 105/6 105/14 112/5
defendant's [6] 45/5 45/7 59/13 61/3 65/5 75/3
defense [6] 30/18 35/20 36/12 38/4 80/7 87/21
define [1] 34/11

definitely [1] 6/17
degrade [1] 90/21
degrees [2] 95/12 95/23
deleted [3] 25/12 25/13 25/14
Deloitte [14] 39/7 39/14 39/15 39/17 40/3 42/20 42/24 76/24 77/1 77/5 77/7 77/9 77/12 77/24
denominated [1] 60/5
deny [1] 80/19
department [3] 1/13 77/10 94/18
depending [1] 103/4
deposit [4] 15/19 55/20 57/22 76/6
deposited [7] 17/15 22/19 27/24 28/2 47/25 51/25 58/8
depositing [2] 22/1 22/15
depositor's [2] 49/14 50/2
deposits [6] 15/22 55/21 58/3 60/2 71/9 75/13
Dept [1] 1/20
deputy [1] 110/6
description [1] 63/13
design [1] 99/12
designed [1] 100/22
destination [1] 106/7
destructive [1] 100/22
detail [3] 49/6 50/20 77/6
detailed [4] 39/7 39/16 47/4 56/4
details [5] 43/12 47/5 47/6 56/15 63/25
detecting [1] 41/3
detection [1] 26/24
determine [2] 97/22 99/10
determining [1] 101/13
developer [1] 97/10
development [1] 63/15
device [3] 65/8 74/17 104/4
devices [5] 10/21 24/13 45/13 65/5 104/23
did [140]
didn't [16] 7/8 8/4 16/4 16/14 19/23 20/13 20/15 22/1 23/14 26/13 32/18 80/8 82/23 83/5 97/1 97/15
die [1] 81/25
differ [1] 76/8
difference [1] 54/19
different [20] 13/9 13/11 13/13 13/13 13/17 13/21 35/3 40/2 44/7 46/12 56/14 70/7 86/6 97/24 99/6 103/2 103/13 104/18 105/13 108/6
difficult [2] 11/12 103/7
digital [6] 97/15 97/16 98/5 102/11 104/4 104/23
DigitalOcean [1] 111/1
direct [11] 3/4 3/7 3/10 4/23 38/23 44/18 64/23 67/5 74/14 90/21 94/12
directing [5] 18/19 62/8 68/5 69/15 88/19
direction [1] 38/3
directly [2] 24/4 93/21
dirtier [1] 15/9
disagree [1] 81/6
disclosed [1] 37/23
disclosure [1] 37/24
discover [2] 70/25 71/4
discovered [5] 9/13 26/6 28/17 29/15 71/8
discovery [2] 29/24 93/7
discuss [9] 9/24 13/16 35/15 87/18 108/17 108/24 109/10 109/14 109/19
discussed [3] 33/24 36/25 38/2
discussion [3] 9/23 13/16 16/2
discussions [1] 13/21
distilling [1] 44/7
distributed [1] 107/9
DISTRICT [5] 1/1 1/1 1/10 2/7 112/7
dividing [1] 37/11
do [80] 4/4 5/1 5/4 7/1 7/14 7/22 8/2 9/5 11/10 11/13 11/21 11/24 12/12 19/15 20/20 21/1 21/23 22/9

**D**

**do... [62]** 2/7/9 31/22 34/10 34/22
35/22 35/25 36/1 36/2 40/6 40/19
41/12 41/20 43/3 43/18 44/2 44/13
47/23 50/4 51/19 54/6 54/6 55/12
61/3 64/8 64/25 65/2 67/6 73/11
77/16 78/4 78/17 79/6 80/10 80/15
81/19 82/2 82/21 82/22 82/23 83/9
83/11 84/12 86/2 86/18 87/1 90/7
90/9 93/2 93/5 94/3 94/17 96/18
98/6 98/18 100/2 101/4 103/1
103/10 104/18 107/17 108/12
112/10
**document [4]** 33/23 44/19 90/7
90/9
**documentation [2]** 75/12 76/5
**documents [2]** 29/13 45/12
**does [54]** 9/7 33/3 42/22 44/5
44/15 44/25 45/21 48/5 48/9 51/1
51/1 52/10 53/15 55/19 55/22
56/22 57/6 58/11 58/18 58/21
58/23 58/25 59/9 60/20 64/12 65/7
66/2 67/11 67/14 69/11 69/18
69/24 73/15 73/19 75/15 75/17
76/8 77/4 77/7 77/7 91/18 95/13
95/17 99/2 101/4 101/11 101/14
106/12 106/15 107/14 107/16
107/17 107/23 112/4
**doesn't [5]** 15/10 24/19 79/20
81/13 88/7
**doing [16]** 5/7 6/13 16/23 17/13
21/24 26/17 26/18 26/21 34/16
37/10 53/16 99/20 102/9 104/22
105/16 109/6
**DOJ [2]** 1/16 1/19
**DOJ-CRM [1]** 1/19
**DOJ-USAO [1]** 1/16
**dollar [8]** 57/22 58/2 60/11 60/12
69/9 69/11 69/21 69/24
**dollars [12]** 22/4 22/6 22/12
22/20 24/21 47/17 56/19 57/11
59/12 60/5 69/13 70/1
**domain [1]** 108/18
**don't [40]** 11/6 15/19 17/19 18/20
22/12 22/22 23/6 25/24 26/9 29/2
29/10 29/18 33/20 35/11 35/12
35/14 35/15 35/16 37/23 48/13
49/19 79/21 82/6 93/22 98/3 99/2
99/4 108/2 108/24 108/25 109/10
109/15 110/5 110/6 110/9 110/15
111/15 111/18 112/1 112/11
**done [2]** 34/21 78/17
**door [2]** 81/18 81/20
**double [3]** 51/21 51/24 52/6
**doubt [2]** 29/20 30/9
**down [15]** 9/16 47/22 50/25 55/1
58/23 63/17 66/12 66/23 80/7 97/5
107/3 107/6 107/19 108/7 109/9
**downs [1]** 6/17
**draft [1]** 112/22
**drafted [1]** 113/4
**draw [1]** 92/25
**drew [1]** 39/24
**drop [1]** 59/7
**drug [1]** 43/16
**drugs [5]** 6/4 6/6 6/8 26/16 26/19
**Dublikat [1]** 27/4
**due [1]** 59/7
**during [10]** 5/15 19/20 22/7 37/9
57/12 58/9 62/3 89/21 90/2 90/15

**E**

**each [12]** 19/21 19/21 41/15 50/21
52/2 54/14 71/18 71/22 99/5 100/3
105/1 107/25
**earlier [5]** 9/4 18/24 27/16 59/16
111/13
**earliest [2]** 84/7 85/18
**early [2]** 5/6 50/24
**easier [1]** 68/6
**East [1]** 39/23

**ECF [1]** 33/24
**Economic [1]** 40/18
**economic [1]** 40/18
**education [5]** 40/19 40/21 41/2
41/12 41/14
**educational [2]** 39/21 95/18
**effect [1]** 100/23
**effectively [1]** 15/3
**efficient [1]** 97/2
**eight [7]** 71/8 71/9 71/11 71/15
71/18 71/22 74/11
**either [7]** 41/16 48/10 55/5 55/6
59/3 103/21 106/2
**EKELAND [19]** 2/2 2/3 3/4 3/7 4/17
22/23 33/14 34/19 36/14 38/1
38/10 76/14 80/25 81/16 84/17
85/12 87/7 109/15 109/22
**electronic [2]** 65/5 65/8
**element [3]** 29/20 43/7 111/20
**else [9]** 7/9 14/7 39/17 76/3
76/10 87/20 89/3 109/19 109/22
**else's [1]** 14/6
**elsewhere [1]** 14/5
**email [4]** 45/11 45/14 45/17 47/4
**emails [1]** 44/22
**employed [2]** 39/6 39/7
**employee [2]** 77/2 77/9
**employees [1]** 99/4
**employers [3]** 82/10 82/13 82/18
**encrypted [1]** 13/4
**end [5]** 18/5 32/1 35/8 82/7 112/6
**ending [1]** 50/23
**enforcement [6]** 9/16 12/18 32/21
32/22 32/24 50/7
**engaged [4]** 25/18 27/10 85/19
112/3
**engagement [1]** 39/19
**engineer [2]** 101/15 101/23
**engineering [5]** 100/14 100/18
101/11 101/13 101/21
**enhanced [1]** 28/8
**enjoyed [1]** 39/25
**enough [3]** 29/19 30/8 112/21
**ensure [1]** 45/24
**entail [3]** 42/22 96/7 98/8
**entered [1]** 84/24
**entering [1]** 108/11
**enterprises [1]** 29/7
**entire [2]** 45/21 107/2
**entirely [3]** 33/21 77/8 77/15
**entities [1]** 107/20 108/1
**entitled [3]** 33/11 37/16 114/5
**entity [1]** 107/2
**entrepreneur [1]** 5/8
**entries [2]** 53/10 53/12
**entry [1]** 66/25
**envelope [3]** 10/15 10/17 10/17
**equally [1]** 19/14
**equivalent [1]** 100/15
**essentially [9]** 10/13 10/16 15/20
27/17 32/15 44/6 56/11 81/11 83/2
**establish [1]** 78/18
**estimated [1]** 58/13
**estimating [1]** 111/5
**ethics [1]** 40/22
**Euro [2]** 69/25 70/1
**Euros [10]** 47/16 63/19 66/14
69/12 69/13 74/21 75/22 86/18
87/3 88/24
**evade [1]** 9/15 26/23
**even [7]** 31/21 80/18 80/23 80/24
81/13 108/24 111/25
**evening [1]** 113/4
**event [1]** 82/2
**eventually [9]** 7/11 18/8 20/4
22/14 23/25 24/7 24/8 28/16 103/6
**ever [4]** 6/4 18/8 22/15 29/11
**every [7]** 29/19 40/2 40/22 43/5
98/3 99/20 106/15
**everyone [1]** 109/1
**everything [1]** 85/24
**evidence [15]** 29/16 29/18 29/19

29/22 29/24 30/8 62/9 64/24 67/6
84/20 92/15 92/17 93/12 93/20 93/21
97/16
**exactly [4]** 22/12 103/8 106/1
110/9
**exam [3]** 40/15 42/2 102/7
**examination [14]** 3/4 3/4 3/7 3/7
3/8 3/10 4/23 23/2 38/23 76/15
89/18 89/21 94/12 98/4
**examined [1]** 62/13
**examiner [3]** 40/8 41/1 79/2
**Examiners [1]** 41/19
**example [15]** 10/10 12/5 15/5
16/13 16/18 20/12 32/21 46/15
51/23 52/14 52/15 55/13 97/4
98/13 103/19
**examples [1]** 100/24
**exams [2]** 40/16 41/6
**exceed [1]** 61/24
**exchange [23]** 7/2 7/18 9/3 16/5
20/22 21/16 22/2 22/14 22/15 24/6
27/15 27/19 29/13 46/14 46/21
47/13 47/14 49/7 50/21 56/10
56/15 58/14 82/24
**exchanges [14]** 8/11 8/15 13/14
20/14 20/23 21/4 21/5 21/8 21/15
22/19 28/3 43/17 52/7 53/7
**exclude [1]** 36/17
**excluded [1]** 54/23
**excludes [1]** 54/23
**excluding [2]** 51/13 54/20
**excuse [1]** 64/25
**excused [2]** 31/4 92/17
**executable [1]** 101/24
**exercise [4]** 31/12 31/17 54/9
80/19
**exhibit [70]** 3/14 3/14 3/15 3/15
3/16 38/5 44/11 44/13 44/15 45/21
45/22 45/24 46/3 46/3 46/7 46/9
62/8 64/24 64/24 64/25 65/7 65/11
65/14 65/16 66/23 67/5 67/6 67/7
67/9 67/11 67/19 68/3 68/5 68/16
68/18 69/12 69/16 69/16 70/14
70/15 72/13 72/14 72/17 73/2 73/8
73/9 73/11 73/13 73/15 73/16
73/19 73/21 73/24 74/2 74/4 74/7
74/8 74/13 84/13 84/15 84/16
84/18 84/19 84/22 84/25 90/5
90/18 90/23 90/25 91/3
**Exhibit 305 [9]** 44/11 45/21 45/24
46/3 46/7 70/14 74/13 84/16 84/25
**Exhibit 305A [3]** 73/9 73/24 74/2
**Exhibit 306 [8]** 67/6 67/7 67/9
67/11 67/19 68/5 68/18 69/16
**Exhibit 326 [5]** 72/13 72/14 72/17
73/2 73/21
**Exhibit 51 [3]** 90/5 90/18 90/23
**Exhibit 719A [3]** 64/24 66/23
68/16
**Exhibit 719B [3]** 64/25 65/11
65/14
**exhibits [2]** 3/12 37/6
**exist [1]** 103/9
**expect [2]** 110/15 111/2
**expenditures [3]** 60/24 61/22 86/3
**expenses [6]** 44/4 59/20 60/17
60/18 61/22 61/24
**experience [9]** 16/22 40/4 41/7
41/9 41/21 43/3 43/18 67/14 102/9
**expert [24]** 17/14 17/18 18/2
32/14 33/25 33/25 34/2 36/16
36/20 37/1 37/12 37/14 37/16
37/24 43/23 43/25 47/10 49/20
67/22 69/3 72/10 79/12 104/3
104/9
**expertise [3]** 49/22 83/16 83/18
**experts [1]** 37/15
**explain [16]** 6/23 17/24 46/11
48/13 49/3 53/2 54/18 56/17 68/22
76/4 81/5 95/7 96/24 98/8 102/23
105/21
**explaining [1]** 18/3

**E**

Exploit [2]  10/1 10/2
explorer [1]  66/25 67/13
explorers [2]  42/16 43/1
express [1]  37/17
extensively [1]  34/25
extent [1]  16/22
extra [1]  113/3
extremely [1]  110/14

**F**

facing [1]  30/11
fact [11]  17/11 17/16 21/19 24/23
  25/6 33/16 36/13 36/15 36/21
  36/21 37/7
factor [2]  15/6 19/2
factual [1]  67/23
fair [7]  58/15 77/12 77/12 80/12
  90/11 92/11 110/24
fairly [3]  65/7 67/14 73/19
fake [4]  29/9 29/11 29/12 29/14
false [3]  21/21 81/1 81/3
familiar [8]  10/1 11/1 11/3 72/10
  72/13 72/14 100/25 103/16
far [5]  18/3 21/6 36/22 37/4
  112/15
favorite [1]  100/5
FBI [18]  72/10 94/23 94/24 95/1
  95/5 95/8 95/9 95/10 95/13 95/14
  95/14 97/12 97/14 98/6 98/9 98/21
  99/2 99/3
FBI's [1]  102/16
feature [1]  18/10
features [1]  16/8
February [2]  1/5 114/10
fee [4]  17/1 17/2 17/7 54/15
feel [3]  18/13 32/7 86/23
feeling [1]  7/7
fees [1]  16/13
felt [4]  7/7 7/8 22/18 110/15
few [7]  7/15 8/9 43/17 55/8 97/24
  100/5 104/18
fiat [1]  55/14
fictitious [1]  27/13
field [5]  39/24 95/22 100/13
  101/7 102/16
fields [1]  41/2
Fifth [3]  80/6 80/19 81/22
figure [3]  11/19 82/5 112/21
file [2]  65/7 113/2
files [1]  25/14
filmed [2]  28/25 29/2
finally [1]  31/15
financial [31]  21/21 39/10 40/5
  40/17 44/3 44/17 46/13 46/18
  46/20 46/21 47/7 49/8 60/19 60/23
  61/1 61/2 61/4 61/10 61/13 61/16
  78/7 78/9 78/13 79/5 79/8 79/17
  89/4 91/8 91/13 91/23 92/4
FinCEN [5]  32/14 33/3 33/10 33/12
  33/13
find [13]  10/9 24/22 27/8 72/5
  73/4 98/15 98/15 101/16 101/17
  102/20 105/8 105/23 112/5
finding [1]  37/16
findings [1]  102/22
fine [6]  16/23 17/21 81/24 83/22
  94/3 108/22
finish [2]  110/3 110/20
first [20]  4/4 26/3 26/8 26/10
  34/23 39/1 48/24 51/11 60/4 64/3
  71/13 71/15 74/25 84/10 85/9
  85/11 91/7 91/8 91/22 105/24
Fischbach [1]  93/24
Five [1]  28/15
flags [2]  11/15 11/17
flat [2]  17/2 58/25
flip [1]  68/15
Flipper [1]  97/21
flipping [2]  72/24 74/13
floor [2]  2/4 32/6

flowing [1]  74/10
flows [1]  74/12
focusing [1]  60/16
Fog [29]  5/2 14/12 15/24 15/25
  18/8 19/15 20/4 20/9 23/13 23/15
  28/12 28/13 28/20 33/19 37/3 37/8
  72/21 72/21 73/1 73/6 73/18 74/9
  73/19 78/19 81/13 95/2 104/19
  105/12 105/13
follows [1]  66/4
force [2]  95/8 95/10
foregoing [1]  114/4
foreign [1]  47/16
forensic [14]  37/13 39/5 43/23
  43/25 79/9 79/18 79/19 81/9 82/9
  85/25 95/12 98/4 102/20 104/23
forensics [7]  79/5 97/15 98/5
  102/11 102/19 102/19 104/4
form [4]  8/18 13/4 62/1 97/3
format [1]  106/3
forms [2]  21/25 28/5
forth [3]  21/12 93/25 109/18
forum [1]  10/4 13/16 16/2
forums [8]  9/23 13/13 21/16 27/3
  27/3 27/5 27/18 99/22
forward [2]  93/18 111/9
found [10]  20/7 20/12 24/13 24/16
  27/1 29/19 37/7 61/20 61/22
  104/23
foundation [2]  37/5 38/13
founds [1]  28/10
four [4]  40/16 40/16 41/6 106/2
four-hour [1]  40/16
fourth [1]  34/12
frame [1]  50/24
Francisco [1]  5/23
fraud [12]  39/18 40/7 41/1 41/3
  41/7 41/9 41/11 41/11 41/15 41/19
  79/2 98/19
fraud-related [2]  41/7 41/9
Frederik [1]  64/10
free [2]  32/7 86/24
freelance [1]  86/15
freely [1]  95/11
Friday [1]  109/5
friend [1]  105/24
friendly [1]  102/25
front [3]  37/8 64/16 84/12
fronted [1]  38/6
fronting [1]  38/9
full [4]  68/6 86/2 86/4 109/4
fully [1]  23/14
functioning [1]  97/1
fundaments [1]  42/6
funded [1]  72/2
funds [21]  7/23 15/12 20/18 20/19
  20/21 21/24 24/6 24/10 25/17
  27/22 27/24 28/6 28/17 28/22 29/3
  29/3 43/16 50/2 50/3 50/9 50/11
further [5]  89/15 89/17 92/15
  100/23 102/3

**G**

G-L-A-V-E [1]  39/3
gain [3]  6/24 7/16 7/19
gained [5]  7/21 23/21 23/23 24/5
  24/7
gave [6]  21/20 29/21 81/1 81/2
  81/4 83/3
general [5]  34/15 94/19 97/18
  99/13 100/13
generally [11]  32/20 32/24 33/2
  43/13 49/14 57/13 57/14 59/3 98/8
  99/21 104/21
generated [1]  106/18
Geographically [1]  107/10
Georgetown [1]  95/20
get [7]  4/4 6/10 7/9 14/6 14/7
  29/9 29/11 29/14 35/3 36/3 36/7
  38/14 51/25 80/13 83/19 86/23
  86/23 86/24 88/2 92/22 93/3 93/16
  94/1 107/24 108/2 108/25 109/2

109/3 109/4 110/23 113/3 113/4
113/24
getting [9]  15/9 15/14 17/20
  31/10 32/5 43/12 69/3 77/25 99/8
GIAC [1]  100/14
give [11]  15/23 16/11 16/18 18/20
  51/14 62/10 80/23 100/24 103/3
  105/25 112/21
given [3]  38/3 80/18 98/11
giving [2]  17/11 111/15
Glave [30]  3/6 35/10 36/3 38/18
  38/19 38/25 39/2 40/6 41/20 43/23
  44/2 45/21 46/11 52/24 63/3 63/20
  64/25 65/15 68/15 67/6 69/6 73/11
  74/6 76/24 83/25 84/20 88/14
  88/16 89/20 90/7
Glave's [1]  36/25
Glaves' [1]  80/8
go [27]  11/10 14/25 22/7 32/11
  35/1 35/5 35/12 35/13 35/22 54/9
  54/13 68/1 68/6 82/6 85/3 85/5
  86/20 92/23 93/16 103/19 104/14
  105/24 106/1 107/25 108/2 111/2
  111/9
goes [4]  47/21 96/17 101/21 102/4
going [41]  11/24 14/6 17/4 17/15
  17/17 19/6 19/12 31/23 33/17
  35/10 35/10 35/13 46/5 52/20
  58/20 58/23 66/23 68/18 69/2 80/5
  80/6 80/7 82/1 85/4 85/4 86/25
  86/25 93/14 93/23 93/24 104/10
  104/15 106/1 108/25 108/25 109/4
  109/5 110/2 110/7 111/2 111/6
gold [9]  46/24 46/25 47/2 47/5
  91/7 91/17 91/18 91/19 91/20
gone [1]  102/1
good [12]  4/13 4/16 4/17 4/20
  15/14 23/4 23/5 38/25 76/17 76/18
  76/19 108/21
got [12]  7/22 13/1 16/4 23/25
  24/3 24/4 24/23 28/22 78/9 98/13
  107/18 109/13
government [54]  3/14 3/14 3/15
  3/15 3/16 4/12 4/15 17/13 24/12
  24/18 24/22 24/23 25/19 25/21
  25/22 26/24 27/1 29/15 29/19
  29/21 29/24 30/8 30/10 35/19 36/7
  37/22 37/23 38/16 38/18 43/16
  43/22 44/11 46/2 59/8 65/10 67/18
  73/23 76/13 81/2 81/12 83/3 84/24
  84/24 89/17 90/5 90/17 93/15
  93/25 94/4 94/5 104/2 109/20
  110/19 110/21
government's [4]  30/21 105/9
  111/1 111/2
Gox [15]  49/10 49/11 49/12 50/1
  50/2 50/5 52/15 53/6 53/13 53/16
  53/24 54/7 84/8 85/7 85/20
graduating [2]  95/23 95/25
grand [2]  54/19 54/21
gray [7]  57/3 59/9 59/9 59/11
  72/6 73/1 73/5
great [1]  68/12
greater [1]  55/16
green [2]  63/3 71/25
GREM [1]  101/21
grounds [1]  46/5
GSEC [2]  100/15 100/17
guess [3]  81/17 81/19 109/24
guidelines [1]  33/3
guilty [9]  13/6 29/21 29/23 30/1
  30/1 30/12 30/23 31/14 31/19

**H**

hack [12]  6/20 6/23 7/3 8/11 8/22
  9/2 10/21 11/5 11/7 12/20 22/3
  26/13
hacked [7]  23/18 25/9 25/25 25/25
  26/1 26/12 26/13
hacker [1]  27/3
hackers [1]  27/5
hacking [3]  9/7 9/16 26/3

**H**

**hacks [4]**   26/5 26/17 26/18 26/22
**had [29]**   6/17 8/3 12/5 16/7 20/2
20/9 21/13 22/17 24/15 24/24
24/24 25/6 25/7 26/12 29/9 29/16
29/24 30/8 30/17 30/20 33/24
45/24 53/15 72/25 78/12 81/15
84/7 89/20 95/24
**hadn't [1]**   80/1
**half [2]**   39/15 109/5
**Hamilton [1]**   97/7
**hand [10]**   54/1 54/4 56/23 57/7
57/9 61/15 72/7 74/15 75/14
110/11
**handles [1]**   108/4
**hands [1]**   102/9
**hands-on [1]**   102/9
**happen [1]**   110/15
**happened [3]**   50/1 50/9 59/5
**happening [2]**   55/15 55/17
**happens [2]**   49/14 49/17
**hard [4]**   22/6 38/9 109/2 111/5
**harder [1]**   15/4
**hardest [1]**   112/14
**has [24]**   10/15 10/17 16/6 16/7
17/24 31/14 31/21 32/23 33/4
34/24 41/1 43/6 45/10 62/9 73/8
73/9 90/5 93/8 93/9 93/24 95/8
101/8 110/14 112/5
**HASSARD [4]**   2/2 4/19 84/14 86/22
**have [147]**
**haven't [4]**   29/18 78/17 78/17
96/9
**having [5]**   14/16 15/5 15/16 111/5
112/18
**he [47]**   12/5 16/23 17/22 17/24
17/25 18/4 31/22 31/23 32/14
32/15 32/18 32/19 32/19 32/20
33/2 33/3 33/4 33/6 33/17 33/19
33/21 34/4 34/8 34/10 34/13 34/14
34/21 36/21 38/11 53/16 55/13
55/14 55/21 55/22 55/23 61/12
61/16 78/12 80/7 80/14 81/13
81/15 85/20 88/5 88/6 90/2 90/2
**Health [1]**   94/18
**heard [8]**   18/2 26/9 28/16 34/2
35/4 37/19 101/2 103/20
**hearing [1]**   89/25
**hearsay [3]**   46/5 74/1 82/11
**held [5]**   17/10 31/8 32/10 80/4
92/19
**Helix [1]**   14/13 20/12 25/23 28/13
**Hello [1]**   39/2
**help [7]**   15/10 20/17 97/18 98/24
102/3 102/3 102/19
**helpful [2]**   101/15 110/1
**her [11]**   20/19 20/21 20/21 29/3
37/9 37/24 79/12 79/13 83/22
93/14 105/25
**here [49]**   4/3 17/13 17/17 31/7
37/11 39/18 44/12 44/23 45/3
47/18 49/1 51/13 54/2 54/15 54/13
59/6 61/19 63/3 63/6 64/3 64/14
66/10 68/8 68/9 68/13 70/3 71/11
71/13 73/1 73/5 76/3 80/21 81/7
86/20 86/21 88/5 88/19 88/20 91/7
92/1 92/4 92/21 95/16 107/23
109/2 109/3 109/3 110/13 112/4
**hereof [1]**   111/24
**herself [2]**   37/12 37/18
**HHS [2]**   94/22 95/4
**hidden [3]**   19/4 19/10 19/14
**hide [3]**   28/3 28/6 28/17
**hierarchy [2]**   107/4 107/19
**high [2]**   101/11 103/3
**highest [2]**   60/12 106/20
**highlighted [1]**   111/13
**hill [1]**   81/25
**him [22]**   4/5 5/5 17/17 17/21
17/24 18/3 18/19 23/8 23/9 23/10
32/5 34/1 34/16 34/24 36/17 36/21
80/23 80/24 81/2 81/9 88/3 88/4
**hint [1]**   77/22 77/24
**hired [2]**   77/22 77/24
**his [16]**   16/21 16/22 17/25 17/25
33/5 50/5 53/16 57/22 58/21 80/19
81/10 89/7 89/13 91/25 92/9
104/24
**hit [2]**   65/21 96/25
**home [3]**   108/3 108/5 108/10
**Honeywell [6]**   96/2 96/3 96/7
96/13 96/22 97/6
**Hong [2]**   66/9 70/9
**Honor [64]**   4/13 4/17 4/22 9/9
11/25 12/3 16/20 17/8 18/18 22/22
22/24 31/1 31/3 32/3 32/12 33/1
33/15 33/23 35/2 35/7 35/9 35/11
35/19 35/20 35/23 36/19 36/24
37/22 43/22 49/16 67/23 69/1
72/18 76/20 80/5 80/25 81/6 81/24
83/19 84/17 84/21 85/12 86/8
87/21 87/22 88/1 88/12 89/15
90/21 93/2 93/7 93/20 94/1 104/2
104/10 108/20 109/21 109/23
109/24 110/17 110/19 112/17 113/2
113/6
**HONORABLE [1]**   1/9
**hope [2]**   15/20 110/25
**hopping [1]**   28/9
**hosting [1]**   11/4 106/15
**hour [1]**   35/23 35/24 40/16 40/22
**hourly [1]**   77/1
**hours [12]**   9/4 40/13 40/21 41/15
41/25 42/1 42/12 42/13 42/23
77/16 77/18 113/3
**house [3]**   10/22 10/24 105/25
**how [78]**   5/22 6/10 6/13 7/14 8/2
8/6 8/21 8/24 9/18 12/7 13/11
15/6 15/11 15/24 15/24 16/6 16/18
18/14 19/1 19/15 19/19 21/13 22/4
22/10 26/23 27/6 29/14 35/22
39/12 39/14 41/25 42/6 42/12
42/25 44/23 44/25 46/24 47/2 48/2
50/12 51/9 51/19 51/23 52/5 52/11
55/4 55/19 55/22 56/1 57/18 57/21
60/14 61/9 61/12 66/2 69/24 70/18
76/8 77/7 77/8 77/16 80/15 82/5
85/7 91/5 91/20 91/25 92/9 94/20
96/11 100/13 101/18 101/23 102/1
105/5 107/9 107/23 111/6
**huh [4]**   28/20 28/25 29/6 29/9
**Human [1]**   94/18
**hundreds [2]**   24/21 77/18

**I**

**I'd [9]**   36/11 44/11 44/18 51/12
56/7 67/5 73/8 84/19 90/5
**I'm [8]**   14/19 18/20 43/11 59/19
71/2 84/16 88/15 107/8
**IANA [8]**   106/22 107/1 107/4 107/6
107/12 107/18 108/7 108/8
**IBAN [1]**   64/6
**ID [2]**   21/9 29/13
**ideally [1]**   15/8
**identification [2]**   29/11 29/12
**identifications [1]**   21/21
**identified [4]**   45/11 60/18 74/16
105/6
**identifier [2]**   45/9 105/22
**identifies [1]**   9/14
**identify [4]**   70/22 71/19 71/23
97/4
**identifying [1]**   41/2
**identities [2]**   27/13 100/1
**identity [3]**   9/14 100/2 104/6
**Ilya [1]**   3/3
**images [3]**   93/23 97/16
**immediately [1]**   95/25
**implemented [1]**   96/9
**implicate [2]**   80/6 93/15
**important [3]**   79/18 99/23 100/2
**importantly [1]**   16/10
**improper [1]**   33/21
**impugn [1]**   80/8
**inappropriate [2]**   110/10 31/24
38/11
**inception [1]**   39/11
**include [3]**   18/10 95/13 95/15
**included [8]**   38/1 49/6 51/10 73/6
91/9 91/14 91/23 92/12
**includes [2]**   27/13 74/9 76/6
**including [6]**   44/21 54/22 73/20
95/16 102/17 108/8
**income [14]**   44/4 59/20 59/22
59/22 59/23 61/24 62/2 79/10
79/22 80/2 81/10 86/2 86/3 86/4
**incoming [4]**   56/18 56/21 56/25
57/5
**incomplete [2]**   46/6 79/22
**inconvenient [1]**   20/8
**increased [2]**   57/14 57/20
**increasing [1]**   58/22
**increasingly [2]**   110/3 110/20
**incredibly [1]**   80/10
**independent [2]**   78/18 82/23
**indicate [2]**   65/24 65/25
**indicated [11]**   63/8 64/3 64/14
66/6 66/20 69/12 74/18 74/23
75/19 75/21 75/23
**indicator [1]**   62/1
**individual [5]**   26/1 99/4 100/1
107/23 108/2
**individual's [1]**   45/13
**individuals [1]**   98/16
**indulgence [2]**   22/21 31/5
**industry [1]**   5/24
**infer [1]**   31/11
**inflow [1]**   56/11
**inflows [22]**   47/22 47/24 47/25
50/22 51/1 51/6 51/19 52/2 52/7
52/8 54/8 54/21 55/16 55/18 56/5
56/10 56/15 59/3 59/23 59/25 60/3
61/20
**information [27]**   19/13 21/9 32/22
42/17 43/2 44/7 47/13 47/14 56/8
56/11 56/22 57/6 66/15 67/15
71/20 74/22 80/1 80/22 83/3 83/5
83/6 100/22 102/21 105/8 107/4
108/15 108/18
**informed [1]**   30/14
**infrastructure [1]**   99/9 99/25
**inherently [1]**   112/9
**initially [2]**   17/13 105/5
**initiate [1]**   23/24
**innocent [1]**   31/19
**inquiries [2]**   41/11 75/8
**ins [1]**   105/17
**inset [1]**   76/3
**inside [2]**   8/2 10/21
**Inspector [1]**   94/19
**installers [1]**   99/13
**installing [1]**   96/20
**instead [2]**   73/17 74/8 76/9
**Institute [3]**   41/17 78/22 100/19
**institution [3]**   46/21 49/15 50/15
**institution's [1]**   44/21
**institutions [3]**   47/11 47/12 49/8
**instruct [1]**   112/10
**instruction [3]**   41/25 42/12
111/12
**instructions [3]**   111/11 112/15
112/22
**intensive [1]**   102/6
**intent [1]**   36/20
**intentionally [1]**   112/9
**interacted [2]**   23/10 105/18
**internal [10]**   51/15 51/16 51/19
52/9 52/11 54/10 54/15 54/22
54/24 89/7
**internally [1]**   96/16
**international [5]**   64/4 64/8 66/18
96/2 96/4
**internet [19]**   18/15 19/2 19/7
99/12 99/14 101/17 104/3 105/23
106/6 106/7 106/10 106/23 107/7

**I**

**internet...** **[6]** 107/8 107/9
107/14 107/21 108/4 108/11
**interview** **[5]** 79/21 80/9 80/23
82/9 82/18
**interviewed** **[4]** 80/1 81/5 82/13
82/15
**interviewing** **[5]** 79/9 79/18 80/13
80/21 102/20
**introduce** **[2]** 38/7 38/25
**intrusions** **[1]** 98/19
**invest** **[1]** 96/11
**invested** **[1]** 29/8
**investigating** **[1]** 41/3
**investigation** **[6]** 78/18 82/9
82/23 95/2 100/8 104/19
**investigations** **[6]** 39/11 41/21
42/25 43/4 43/14 43/15
**investigator** **[2]** 41/23 42/11
**investor** **[1]** 29/6
**invoice** **[40]** 62/15 63/5 63/6 63/8
63/18 63/24 64/1 65/3 65/4 65/18
65/25 66/2 66/3 66/4 66/4 66/6
66/8 66/13 66/16 66/21 66/23 67/3
68/16 69/12 69/25 70/9 70/10
71/20 74/16 74/16 74/18 74/20
75/7 75/11 75/14 75/19 75/21
75/23 76/12 89/1
**invoiced** **[2]** 63/14 66/10
**invoices** **[25]** 62/4 62/6 62/13
70/12 70/14 70/16 70/18 70/21
70/23 71/8 71/11 71/15 71/16
71/18 71/22 73/21 76/10 86/12
86/14 86/17 87/3 88/21 88/23 89/3
89/7
**involve** **[7]** 96/13 96/22 97/8
98/21 99/16 100/8 105/12
**involved** **[4]** 78/19 93/11 102/2
102/6
**involves** **[2]** 93/10 96/18
**involving** **[1]** 67/2
**Ioannis** **[1]** 74/19
**IP** **[26]** 9/14 10/14 10/19 19/9
21/7 104/4 104/22 105/21 105/22
106/5 106/7 106/8 106/9 106/10
106/14 106/15 106/18 106/20 107/2
107/3 107/11 107/20 107/24 108/1
108/4 108/13
**IPs** **[1]** 107/17
**IPv4** **[1]** 106/3
**IPv6** **[1]** 106/3
**IRS** **[16]** 39/8 39/9 39/12 39/13
39/16 39/18 43/11 77/4 77/6 77/7
77/8 77/10 77/13 77/13 77/14
108/8
**IRS-CI** **[10]** 39/8 39/9 39/12 39/13
39/16 39/18 43/11 77/4 77/6 77/10
**IRS-CIs** **[1]** 77/13
**is** **[471]**
**isn't** **[1]** 89/12
**issue** **[23]** 18/21 33/24 34/24 35/1
36/1 36/3 36/24 46/22 51/24 52/6
62/22 81/23 82/4 93/7 94/2 109/14
109/16 109/16 111/13 111/16
111/22 111/24 112/14
**issues** **[3]** 93/1 97/4 112/24
**it** **[284]**
**items** **[1]** 97/16
**its** **[11]** 6/17 22/18 33/3 36/7
38/16 94/4 99/3 101/12 103/4
107/20 108/1
**itself** **[4]** 20/10 26/13 100/23
102/4

**J**

**January** **[1]** 97/13
**Java** **[2]** 103/19 103/23
**JavaScript** **[3]** 97/10 103/19
103/23
**Jaxx** **[2]** 92/8 92/9
**Jeep** **[1]** 91/17

**Jeff** **[1]** 4/13
**Jeremiah** **[1]** 110/25
**Jeremy** **[4]** 66/7 66/8 70/9 71/17
**job** **[2]** 97/14 98/10
**jobs** **[1]** 95/24
**join** **[2]** 97/12 105/2
**joining** **[2]** 4/19 94/22
**joint** **[2]** 95/10 95/11
**JUDGE** **[2]** 1/10 4/6
**judgment** **[1]** 32/16
**July** **[2]** 50/7 78/6
**July 2017** **[1]** 50/7
**jump** **[1]** 100/5
**June** **[1]** 59/17
**June 2017** **[1]** 59/17
**jurisdictional** **[2]** 111/18 111/19
**juror** **[3]** 4/3 109/25 110/13
**jurors** **[3]** 4/3 110/7 110/12
**jury** **[39]** 1/9 4/8 30/15 30/15
31/11 31/17 33/17 34/6 35/17
36/10 38/14 38/15 39/1 46/8 47/19
48/13 49/3 51/14 52/16 53/2 56/7
64/2 64/20 65/15 65/24 68/2 74/3
74/6 87/16 88/7 88/9 90/24 100/24
109/8 111/10 112/5 112/15 112/18
112/22
**just** **[65]** 7/9 9/2 9/22 11/15
11/12 13/13 14/14 14/22 15/14
15/21 15/22 16/2 16/7 16/11 18/10
18/19 19/23 20/21 23/21 30/4 33/1
34/2 34/6 34/6 39/13 39/15 47/23
49/11 49/21 52/2 54/25 55/8 59/5
59/21 62/22 63/4 63/5 64/16 64/20
74/6 80/10 82/8 82/24 83/3 87/18
88/4 88/5 88/18 90/20 92/20 97/24
104/12 106/18 108/6 108/7 109/10
109/15 109/24 110/17 110/19
110/21 110/22 111/7 111/11 112/16
**JUSTICE** **[2]** 1/13 1/20

**K**

**keep** **[11]** 85/4 85/4 86/25 86/25
92/20 96/10 98/17 99/7 104/15
108/12 109/6
**kept** **[1]** 89/6
**key** **[3]** 13/2 101/3 101/4
**keys** **[12]** 13/3 23/22 23/23 24/3
24/4 24/9 24/11 24/13 24/15 24/18
24/23 25/6
**kind** **[20]** 6/6 8/3 10/14 10/18
12/23 15/11 16/7 19/6 19/11 19/14
19/24 20/10 20/14 21/9 23/15 40/1
43/12 50/25 60/23 75/10
**kinds** **[2]** 46/12 59/25
**knew** **[4]** 26/7 34/21 39/25 112/6
**know** **[52]** 4/2 5/4 7/1 9/5 11/21
12/12 15/19 15/24 15/25 19/12
21/1 21/2 21/4 21/6 22/9 22/12
23/6 25/24 26/21 29/2 29/14 29/18
31/14 31/22 34/4 35/11 36/22 37/2
37/4 38/5 46/20 77/16 78/4 79/25
81/13 83/9 83/11 92/20 93/22
106/1 109/2 109/14 109/15 109/16
110/1 110/5 110/6 110/6 112/2
112/2 112/3 112/12
**knowledge** **[4]** 49/22 49/23 53/20
112/8
**known** **[4]** 12/23 28/9 44/20 101/1
**knows** **[1]** 80/25
**Kong** **[2]** 66/9 70/9
**KPMG** **[2]** 40/5 41/10
**Kraken** **[4]** 26/12 26/13 26/15
26/19
**Krona** **[1]** 60/10
**KYC** **[4]** 21/1 32/21 84/5 84/8
**KYCed** **[1]** 27/18

**L**

**labeled** **[3]** 59/21 60/16 60/20
**laid** **[2]** 37/5 108/7
**language** **[4]** 102/24 102/25 103/4
103/5

**languages** **[5]** 103/6 103/9 103/14
103/20 103/22
**laptops** **[1]** 97/16
**large** **[1]** 107/20
**last** **[4]** 31/9 39/1 73/16 94/15
**late** **[3]** 26/4 110/1 110/13
**later** **[4]** 8/10 59/16 78/8 108/17
**launching** **[1]** 37/17
**launder** **[8]** 19/16 20/17 22/5
25/16 27/6 27/8 27/11 30/12
**launderers** **[2]** 34/4 34/7
**laundering** **[14]** 11/6 11/8 13/5
13/6 13/7 13/19 14/9 21/20 22/11
25/18 27/5 39/11 43/19 75/7
**law** **[18]** 2/3 9/16 12/18 30/2
32/20 32/21 32/22 32/23 32/25
33/5 33/6 33/11 33/12 33/16 33/22
49/20 50/7 111/25
**laws** **[4]** 21/4 33/8 34/4 34/5
**lay** **[1]** 38/12
**leading** **[8]** 11/25 14/22 48/18
51/3 61/5 71/1 71/3 71/4
**leads** **[1]** 98/15
**learn** **[3]** 9/18 13/11 26/8
**learned** **[1]** 26/25
**learning** **[1]** 10/7
**least** **[8]** 21/8 31/21 34/11 92/22
92/23 93/16 103/22 109/13
**leaving** **[1]** 16/3
**left** **[11]** 34/6 54/1 54/4 56/22
56/23 72/7 74/9 74/15 74/16 74/18
93/12
**left-hand** **[5]** 54/1 54/4 56/23
72/7 74/15
**legal** **[4]** 25/3 93/1 98/14 104/24
**less** **[1]** 55/18
**let** **[2]** 8/8 23/23
**let's** **[6]** 38/14 87/10 88/6 93/16
94/3 108/23
**letter** **[5]** 10/15 10/16 81/1 81/8
81/14
**letters** **[2]** 74/25 106/3
**letting** **[1]** 62/24
**level** **[7]** 56/1 101/11 102/23
103/3 103/5 106/21 107/25
**levels** **[2]** 108/7 108/10
**liability** **[2]** 111/24 112/1
**licensing** **[1]** 111/14
**Lichtenstein** **[4]** 3/3 4/25 23/4
34/3
**life** **[1]** 23/8
**Light** **[1]** 20/12
**like** **[51]** 5/11 5/25 6/1 7/7 7/8
7/25 10/18 13/12 13/14 16/2 16/6
16/14 16/15 16/16 18/13 19/2
19/17 19/17 19/22 21/9 22/18
23/16 27/3 28/12 28/12 29/22 30/5
35/4 36/11 44/11 44/18 48/24
51/12 52/2 52/10 56/7 56/16 64/23
67/5 68/21 73/8 77/13 79/10 82/25
84/19 90/5 97/21 97/22 99/16
106/2 107/21
**liken** **[1]** 105/24
**limine** **[1]** 34/19
**LINDSAY** **[3]** 2/6 114/3 114/12
**line** **[21]** 31/9 31/24 37/11 51/12
53/8 54/19 56/20 56/21 57/15
57/16 57/17 58/18 58/20 58/23
58/25 59/9 59/9 59/11 81/18 92/25
103/24
**lined** **[1]** 36/1
**lines** **[2]** 63/3 71/13
**linked** **[4]** 22/2 45/10 99/3 99/4
**Linux** **[1]** 102/19
**list** **[2]** 72/20 85/3
**listed** **[13]** 45/15 47/12 53/7
71/16 72/6 73/1 73/2 73/5 73/6
74/9 84/7 85/21 92/4
**listen** **[1]** 81/16
**listening** **[1]** 101/7
**listing** **[3]** 73/7 73/17 84/3
**little** **[6]** 4/25 6/3 6/18 38/9

**L**

little... [2]  51/14 93/4
living [1]  5/23
LocalBitcoin [2]  50/17 51/7
LocalBitcoins [2]  49/10 50/15
locate [2]  18/14 67/2
located [5]  43/8 43/9 63/10 64/1
66/8
location [3]  10/11 19/9 104/6
log [5]  20/10 20/13 25/14 105/17
105/18
log-ins [1]  105/17
log-outs [1]  105/18
logger [1]  101/4
loggers [1]  101/3
logistics [1]  77/15
logs [2]  98/13 104/22
long [12]  8/2 8/6 16/6 35/22
37/18 39/12 39/14 93/14 94/20
99/19 102/6 111/6
longer [1]  22/18
look [26]  16/3 16/14 34/25 35/1
42/17 44/23 52/2 52/2 53/3 53/4
72/1 78/13 84/13 84/20 97/2 97/22
98/11 98/14 98/17 99/16 99/20
101/18 101/25 106/2 108/15 108/17
looked [6]  10/5 34/25 46/12 70/6
97/2 98/3
looking [35]  13/12 13/13 16/1
16/6 16/9 16/19 18/4 35/6 45/3
45/21 54/25 55/8 55/9 55/15 55/17
57/21 58/7 59/5 59/9 59/21 60/4
60/11 61/15 61/18 64/2 66/3 66/4
68/7 82/24 91/7 92/3 102/2 105/16
105/17 105/19
looks [1]  68/21
lost [2]  50/3 50/11
lot [17]  5/24 7/21 9/22 9/23
11/17 12/24 13/12 14/12 16/11
16/14 21/15 24/16 24/16 25/21
26/16 29/21 80/22
low [1]  103/5
lower [1]  51/12
LSD [1]  6/9
Luke [2]  47/10 72/11

**M**

M-A-Z-A-R-I-N [1]  94/16
M-A-Z-A-R-S [1]  94/16
made [6]  31/14 31/21 33/10 49/5
50/19 63/22
main [2]  19/8 103/25
major [1]  5/13
majority [1]  19/23
make [15]  5/1 7/10 15/18 20/9
34/7 48/25 49/8 50/17 51/9 87/11
88/6 88/7 97/2 98/16 109/2
makes [3]  15/4 16/13 77/12
making [5]  33/13 93/17 99/16
99/20 99/21
malware [11]  100/14 100/18 100/20
100/21 100/24 101/11 101/13
101/15 101/16 101/19 102/8
manual [6]  48/25 49/3 49/5 49/9
50/19 51/10
manually [1]  108/3
manufacturing [2]  96/4 96/5
many [10]  19/15 41/25 42/12 44/23
44/25 55/19 55/22 70/18 77/16
91/5
March [4]  110/2 110/4 110/21
111/1
March 10th [1]  110/2
March 7th [3]  110/4 110/21 111/1
marijuana [2]  26/20 26/22
marked [3]  14/3 45/3 48/8
markets [4]  6/7 6/10 27/25 98/20
markings [1]  63/21
mask [1]  27/22
master's [1]  39/22
matched [1]  52/7

matter [4]  22/14 77/22 81/11
25/20 28/18
matters [1]  33/22
maximum [1]  30/11
may [32]  4/2 4/21 14/24 22/24
22/25 36/9 37/17 38/16 38/22 46/8
62/17 65/14 65/20 68/22 69/2
69/17 71/7 74/2 76/20 76/21 85/4
88/6 88/10 90/23 92/12 92/21 94/9
95/9 101/2 101/19 103/20 110/6
May 16th [1]  65/20
May 18th [1]  69/17
maybe [18]  8/9 12/4 17/20 26/4
32/2 35/2 35/23 50/1 52/24 53/2
62/19 62/22 68/2 72/13 101/8
101/25 102/6 109/25
Mazarin [8]  3/9 93/3 93/10 94/2
94/6 94/7 94/15 104/3
Mazars [11]  3/9 93/3 93/10 94/2
94/6 94/7 94/15 94/17 104/3
104/18 105/2
Mazars' [1]  93/22
me [28]  4/19 5/25 7/17 8/13 17/5
18/20 19/8 19/11 23/23 24/5 25/18
25/21 31/15 31/21 37/11 37/23
38/9 38/9 40/1 62/10 62/24 64/25
79/8 79/17 79/21 84/12 93/9
105/25
mean [21]  6/16 7/6 9/8 9/13 10/2
13/2 13/19 20/1 26/20 29/18 44/5
47/23 48/5 53/16 55/12 58/21
58/23 59/1 80/9 101/12 112/4
meaning [1]  111/13
means [14]  6/23 17/3 21/2 21/6
44/6 48/6 48/14 58/22 59/3 85/9
95/9 96/8 99/5 112/1
meet [2]  5/16 5/25
meet-up [1]  5/25
member [3]  41/16 41/17 78/22
memorandum [1]  95/9
memory [3]  35/5 84/18 86/19
mentioned [10]  13/5 13/23 15/5
20/23 27/15 40/23 42/8 78/22 89/9
101/22
menu [1]  65/22
merely [1]  82/13
message [1]  23/15
met [1]  5/5
metadata [1]  101/25
method [2]  64/3 66/17
methods [1]  9/24
MICHAEL [2]  2/2 4/19
Microphone [1]  110/18
might [17]  10/10 11/19 12/7 14/7
16/15 52/2 52/25 68/6 79/22 82/3
93/11 97/4 97/19 99/11 100/25
101/17 102/1
million [6]  9/1 11/10 11/16 13/7
22/10 58/10
millions [2]  22/6 24/21
mind [2]  17/25 104/1
mindset [1]  17/25
mine [1]  7/9
minus [4]  17/7 22/10 50/22 50/22
minute [2]  32/8 87/20
minutes [6]  35/10 35/23 87/10
93/17 104/13 104/14
mirror [1]  99/23
miscellaneous [1]  60/3
misleading [1]  81/3
misrepresentation [1]  81/3
missing [2]  79/25 80/22
misuse [1]  43/16
mix [2]  16/11 16/25
mixed [1]  15/15
mixer [15]  14/24 14/8 14/17 15/2
15/13 15/19 16/5 16/8 17/22 17/23
18/14 19/6 20/10 28/13 28/20
mixers [12]  13/21 13/23 17/15
17/18 19/3 19/4 19/23 20/7 20/12
20/16 25/23 28/12
mixing [6]  14/1 17/1 17/2 19/10

25/20 28/18
mode [1]  68/6
modified [1]  38/3
modify [1]  8/12
moment [1]  17/9
Monday [2]  111/3 111/4
Monero [2]  28/10 92/8
monetary [1]  75/21
money [48]  7/10 8/16 9/2 9/4 13/5
13/6 14/5 14/6 14/7 14/8 15/5
15/6 15/9 15/11 15/13 15/14 15/16
15/20 16/4 16/5 16/11 16/11 19/16
19/19 20/1 21/17 21/20 22/4 22/11
24/19 27/4 27/5 27/7 27/10 28/2
30/12 33/19 34/7 34/10 34/11
34/13 39/10 43/19 49/14 51/21
75/7 77/13
money.com [1]  91/17
Monsanto [3]  89/25 90/12 90/15
months [4]  7/15 8/4 34/17 34/18
more [20]  14/15 16/14 19/12 20/14
20/24 28/11 32/24 42/23 48/15
48/23 54/13 56/4 59/18 74/14 91/3
102/20 102/25 103/5 103/5 108/9
Morgan [4]  5/16 20/17 25/16 29/1
morning [14]  1/7 4/13 4/16 4/17
4/20 23/4 23/5 34/21 34/22 35/13
35/14 38/25 76/17 76/18
MOSS [1]  1/9
most [5]  15/12 16/10 46/19 98/11
101/1
mostly [1]  101/23
mother's [1]  91/19
motion [1]  34/19
move [3]  83/17 104/2 107/19
moves [6]  43/22 46/2 65/10 67/18
73/23 90/17
moving [5]  81/24 92/20 93/18
98/17 109/6
Mr [10]  3/4 3/4 3/7 3/7 3/8 4/25
23/4 34/3 37/6 89/24
Mr. [79]  4/21 22/23 23/6 33/14
33/18 34/19 36/14 36/19 37/25
38/1 38/10 44/3 44/20 45/19 47/2
48/1 48/3 50/20 53/21 55/19 57/22
58/3 59/1 59/23 60/19 74/17 76/7
76/14 77/23 77/24 78/1 78/10
78/16 78/19 80/6 80/14 80/18
80/23 80/25 81/1 81/4 81/9 81/13
81/16 81/19 82/10 82/18 83/6 83/6
83/25 84/4 84/8 84/14 84/17 85/7
85/12 85/17 85/19 86/12 86/15
86/22 87/7 89/2 89/3 89/6 89/9
89/12 90/10 90/15 91/20 91/25
92/9 92/23 93/9 93/24 104/23
105/10 109/15 109/22
Mr. Brown [1]  37/25
Mr. Ekeland [14]  22/23 33/14
34/19 36/14 38/1 38/10 76/14
80/25 81/16 84/17 85/12 87/7
109/15 109/22
Mr. Fischbach [1]  93/24
Mr. Hassard [2]  84/14 86/22
Mr. Pearlman [2]  4/21 92/23
Mr. Roman [1]  45/19
Mr. Sterlingov [31]  23/6 33/18
53/21 55/19 57/22 77/23 77/24
78/1 78/10 78/16 78/19 80/14
80/18 80/23 81/1 81/4 81/9 81/13
85/17 85/19 89/2 89/3 89/6 89/9
89/12 90/15 91/20 91/25 92/9 93/9
105/10
Mr. Sterlingov's [26]  44/3 44/20
47/2 48/1 48/3 50/20 58/3 59/1
59/23 60/19 74/17 76/7 80/6 81/19
82/10 82/18 83/6 83/6 83/25 84/4
84/8 85/7 86/12 86/15 90/10
104/23
Mr. Verret [1]  36/19
Ms [20]  3/10 45/21 46/11 52/24
63/3 63/20 64/25 65/18 65/21 67/6

**M**

**Ms...** **[10]** 69/6 73/11 74/6 76/24
83/25 84/20 88/14 88/16 89/20
90/7
**Ms.** **[14]** 5/16 20/17 25/16 36/3
36/25 38/25 40/6 41/20 43/23 44/2
80/8 93/10 93/22 94/2
**Ms. Glave** **[6]** 36/3 38/25 40/6
41/20 43/23 44/2
**Ms. Glave's** **[1]** 36/25
**Ms. Glaves'** **[1]** 80/8
**Ms. Mazars** **[2]** 93/10 94/2
**Ms. Mazars'** **[1]** 93/22
**Ms. Morgan** **[3]** 5/16 20/17 25/16
**Mt.** **[15]** 49/10 49/11 49/12 50/1
50/2 50/5 52/15 53/6 53/13 53/16
53/24 54/7 84/8 85/7 85/20
**Mt. Gox** **[15]** 49/10 49/11 49/12
50/1 50/2 50/5 52/15 53/6 53/13
53/16 53/24 54/7 84/8 85/7 85/20
**much** **[15]** 8/21 8/24 15/11 19/19
22/4 22/10 57/21 60/14 61/9 61/12
91/20 91/25 92/9 96/19 111/16
**mules** **[1]** 21/17
**mushrooms** **[1]** 6/9
**must** **[4]** 40/13 40/16 41/6 41/15
**my** **[47]** 7/6 7/24 10/11 10/16
10/19 13/4 14/7 15/14 16/4 20/7
20/11 22/2 22/20 24/10 28/19
29/22 30/10 32/19 33/2 35/1 35/5
39/2 39/18 39/25 41/10 45/11
45/19 53/1 72/20 77/2 78/12 78/15
86/19 87/15 89/4 93/8 93/20 94/15
95/8 98/13 100/2 100/6 100/14
105/24 108/4 108/4 108/5
**Mycelium** **[1]** 91/24 91/25
**myself** **[2]** 5/11 19/13

**N**

**N.W** **[1]** 1/16
**name** **[13]** 4/12 22/2 22/15 22/20
39/1 39/2 43/17 45/5 45/7 89/13
94/14 94/15 94/16
**named** **[1]** 5/4
**names** **[3]** 21/17 21/18 102/1
**natural** **[1]** 112/11
**nature** **[1]** 66/10
**Navy** **[1]** 97/11
**need** **[16]** 12/4 23/14 32/23 33/20
35/5 79/20 81/25 82/5 87/8 96/19
98/24 99/6 108/2 112/10 112/20
113/2
**needed** **[4]** 19/24 96/21 97/21 99/7
**negative** **[4]** 48/16 50/23 51/1
51/11
**negligent** **[1]** 80/13
**net** **[11]** 48/10 48/16 55/23 86/2
86/2 86/4 86/4 90/3 90/10 90/11
90/14
**netting** **[3]** 55/11 55/12 59/4
**network** **[6]** 97/17 98/19 101/20
102/18 102/21 104/4
**never** **[12]** 5/5 21/5 23/8 23/9
23/10 23/12 23/15 24/4 80/17
80/18 80/22 81/4
**new** **[5]** 1/20 95/4 97/20 99/18
100/4
**newer** **[3]** 97/25 98/2 106/3
**next** **[19]** 1/23 32/4 32/13 35/9
35/22 36/7 38/17 47/18 56/7 56/16
58/11 59/18 69/15 92/3 94/4 96/12
98/17 111/2 111/4
**nexus** **[1]** 111/16
**nice** **[2]** 34/20 109/7
**no** **[38]** 1/4 5/3 5/5 5/5 5/14
22/18 23/7 23/11 23/14 23/17
24/20 26/7 29/10 31/3 34/15 46/9
64/13 65/13 65/16 68/3 74/4 77/11
77/21 78/15 78/20 82/20 83/8 84/2
85/22 86/24 87/22 89/15 90/25
92/15 105/7 106/11 106/19 109/23

**non** **[1]** 95/11
**nond.scrn.cap.1** **[1]**
**nontechnical** **[1]** 102/23
**Nordea** **[4]** 46/17 59/23 60/22
91/12
**normal** **[1]** 19/7
**North** **[3]** 107/11 107/23 108/8
**not** **[105]** 7/12 10/19 11/12 11/12
14/7 15/23 16/11 17/11 18/12
18/18 19/12 20/8 21/6 24/16 24/20
26/18 26/20 29/12 29/23 30/8
31/13 31/14 31/14 31/16 31/19
31/20 31/21 32/19 32/24 33/6
33/16 34/1 34/7 34/8 34/20 35/11
35/19 36/20 36/21 37/1 37/2 37/18
45/7 47/1 49/6 49/20 49/23 53/1
57/15 57/17 62/19 62/20 62/24
64/12 64/24 67/6 70/13 73/8 73/9
77/8 77/9 77/11 77/15 78/3 78/7
78/15 78/19 79/5 80/11 80/13 81/7
81/14 81/16 81/25 82/12 83/8
83/13 83/15 83/18 84/2 84/12
85/12 85/16 85/22 86/7 86/24
87/18 87/21 89/4 89/8 90/5 91/14
91/22 92/4 92/12 93/14 97/19
100/2 101/16 105/5 110/2 110/7
110/25 111/7 111/22
**note** **[1]** 31/24
**notes** **[7]** 26/23 26/25 27/1 34/24
35/1 35/6 45/12
**Nothing** **[1]** 35/20
**notice** **[3]** 34/18 48/4 48/12
**noticed** **[4]** 34/16 36/10 36/19
76/11
**novel** **[1]** 97/25
**now** **[29]** 4/3 4/5 17/12 32/18
35/14 45/3 45/21 47/6 48/23 51/12
54/18 59/9 62/3 64/23 66/23 68/5
70/9 70/14 72/10 74/14 75/3 75/14
82/4 86/12 87/9 89/24 101/1 101/8
104/13
**number** **[18]** 15/8 21/5 27/10 44/21
44/22 55/4 63/5 63/6 64/5 64/9
64/10 65/25 66/18 66/21 76/12
89/9 101/8 102/17
**numbers** **[7]** 44/4 49/1 50/18 106/2
106/4 106/24 107/15
**numerous** **[1]** 27/3
**NW** **[3]** 1/14 1/20 2/8
**NY** **[1]** 2/4

**O**

**oath** **[2]** 30/4 30/5
**obfuscate** **[1]** 13/10
**object** **[5]** 9/9 17/18 38/10 46/5
90/20
**objected** **[1]** 17/13
**objection** **[37]** 6/14 9/20 11/25
14/18 14/22 16/20 17/6 17/8 18/17
25/1 25/2 32/13 32/15 32/17 46/4
48/18 49/16 49/18 49/19 51/3
53/18 53/19 61/5 65/12 65/13
67/20 67/21 69/1 71/1 71/2 72/18
73/25 79/11 80/3 82/11 86/8 90/19
**obnal** **[1]** 27/4
**observed** **[1]** 89/4
**obstacles** **[1]** 21/14
**obtain** **[2]** 6/25 26/2
**obtaining** **[1]** 32/21
**obviously** **[8]** 11/15 15/8 15/18
16/10 19/7 33/15 81/21 88/2
**occasionally** **[1]** 10/5
**occupation** **[1]** 39/4
**October** **[3]** 84/10 85/8 85/10
**October 3rd** **[3]** 84/10 85/8 85/10
**off** **[1]** 87/20
**offense** **[1]** 111/21
**offered** **[1]** 83/16
**offers** **[3]** 64/4 66/17 100/17
**Office** **[1]** 94/19
**officer** **[1]** 95/8
**Official** **[3]** 2/7 114/3 114/13

**oh** **[15]** 17/15 75/19 77/22
**oid.cap.11**
**okay** **[17]** 4/7 5/4 18/6 35/21
36/23 37/18 65/24 85/1 87/9 88/8
94/3 94/4 104/8 104/16 109/11
109/12 111/4
**once** **[3]** 7/22 8/8 22/17
**one** **[30]** 5/1 7/16 8/12 14/10 20/8
25/22 25/22 29/2 29/5 30/7 34/19
41/24 47/23 49/11 51/16 53/5
54/13 54/15 62/10 62/13 74/14
78/6 89/1 91/3 92/21 106/8 108/2
108/5 110/13 111/11
**one's** **[1]** 112/11
**ones** **[4]** 14/11 14/14 103/6 103/25
**online** **[10]** 9/23 10/19 13/12
27/14 99/2 99/11 99/22 100/3
100/7 104/6
**only** **[9]** 28/13 52/4 64/18 73/16
77/9 92/21 99/10 101/16 113/1
**op** **[2]** 9/5 100/9
**open** **[3]** 42/16 43/1 67/12
**opened** **[4]** 31/23 84/10 85/8 85/20
**opening** **[2]** 81/18 81/20
**operate** **[1]** 21/5
**operating** **[4]** 15/22 96/20 102/2
102/18
**operation** **[3]** 72/11 98/24 99/5
**operational** **[9]** 9/6 9/7 9/18 9/19
9/24 10/7 99/1 99/23 104/4
**operations** **[3]** 98/22 99/2 102/16
**opinion** **[4]** 17/14 37/16 37/17
79/12
**opinions** **[1]** 79/13
**opportunity** **[4]** 72/25 80/18 81/2
81/5
**opposed** **[2]** 19/1 36/16
**opposition** **[1]** 113/2
**option** **[2]** 66/18 80/24
**order** **[1]** 93/4
**organization** **[1]** 100/17
**organizations** **[1]** 41/16
**origin** **[1]** 75/13
**original** **[3]** 38/2 46/25 49/7
**originally** **[1]** 38/4
**originate** **[1]** 112/6
**other** **[50]** 7/17 7/19 8/11 8/14
14/1 14/4 14/4 15/5 15/18 16/3
17/23 20/7 20/12 21/13 21/17
21/25 22/22 27/18 28/5 29/13 33/4
40/3 42/16 45/9 46/21 47/7 47/9
48/16 53/7 60/2 60/23 70/15 78/14
85/16 89/20 91/22 92/11 96/21
98/15 99/5 99/22 101/17 101/19
102/11 105/20 105/23 106/9 108/10
108/12 111/9
**others** **[1]** 98/2
**ought** **[2]** 32/19 32/24
**our** **[5]** 32/15 35/12 35/14 36/20
109/6
**ourselves** **[1]** 109/14
**out** **[43]** 4/5 7/7 7/18 10/16 11/11
11/19 12/17 14/5 15/13 17/16
35/17 52/16 53/5 53/6 53/24 55/5
55/7 55/11 55/12 55/14 59/4 62/18
63/21 64/2 64/20 65/18 73/17 78/6
80/20 82/5 82/5 86/24 87/16 91/11
96/11 96/14 97/3 97/20 101/16
102/20 108/7 109/8 112/21
**outflows** **[16]** 47/22 48/2 48/3
48/6 50/22 51/19 52/7 52/8 54/21
55/10 55/16 55/18 55/24 55/25
59/3 60/20
**outlined** **[1]** 71/13
**outs** **[1]** 105/18
**outside** **[5]** 10/24 67/21 82/20
83/2 85/22
**outstanding** **[1]** 32/12
**over** **[21]** 7/15 16/7 17/23 18/1
24/20 24/21 24/24 40/17 41/2
47/20 55/1 56/10 56/18 57/20
58/13 59/11 86/18 88/24 97/3

**O**

over... [2]   106/6 111/12
overlaid [1]   56/19
Overruled [11]   6/15 9/11 9/21
  25/5 48/19 51/4 53/22 61/6 71/5
  72/19 79/14
overslept [1]   110/14
overstated [2]   51/2 51/6
overwhelming [1]   29/16
own [13]   7/24 15/9 15/14 16/22
  16/22 20/21 24/10 29/3 30/18 89/7
  89/13 98/13 100/2
owner [3]   44/21 45/4 45/14

**P**

p.m [5]   87/16 87/24 88/9 109/8
  113/10
page [26]   1/23 44/18 47/18 52/10
  54/18 56/7 56/16 58/11 59/18
  59/19 68/5 68/6 68/7 69/15 70/15
  74/13 74/14 75/14 84/15 85/3
  86/23 91/3 91/7 91/8 91/22 92/3
pages [7]   44/12 59/19 91/5 91/6
  99/11 99/11 99/18
paid [1]   28/25
paper [6]   83/7 83/8 83/9 83/10
  83/11 83/13
parenthesis [4]   48/4 48/6 48/12
  48/14
part [19]   11/5 11/6 11/7 14/8
  25/12 27/6 37/7 59/21 60/16 60/17
  63/24 79/8 79/17 79/19 79/20 82/9
  90/20 92/4 105/12
partially [1]   101/24
particular [10]   9/24 12/21 12/22
  17/22 26/5 33/7 34/9 41/20 57/1
  111/15
particularly [4]   16/1 31/20 33/12
  104/5
parts [1]   101/17
party [1]   39/10
pass [3]   31/1 40/16 41/6
passes [1]   76/13
passport [1]   29/14
passports [1]   29/9
password [2]   101/6 101/8
passwords [3]   8/13 8/14 26/14
path [1]   40/1
pattern [1]   61/3
patterns [1]   105/19
Pause [2]   32/9 62/25
pay [1]   66/18
PayCoin [1]   9/3
paying [1]   64/18
payment [9]   46/15 63/24 64/3 64/4
  66/15 66/17 71/20 74/22 74/25
payments [1]   60/2
peak [1]   58/2
PEARLMAN [4]   1/18 4/14 4/21 92/23
peers [1]   30/15
PELKER [4]   1/13 3/4 3/10 4/14
pending [1]   38/5
Pennsylvania [1]   1/14
people [10]   5/24 9/24 13/16 14/4
  15/6 16/3 16/12 79/9 103/9 109/2
people's [4]   14/1 21/18 27/18
  29/13
percent [4]   17/2 17/16 18/12 55/6
performing [1]   41/11
period [9]   7/15 47/21 55/2 57/12
  58/9 61/18 86/18 88/24 99/19
periods [1]   106/2
permitted [1]   33/25
person [2]   102/7 107/23
person's [1]   92/24
personal [4]   6/8 21/9 53/20
  106/12
personally [2]   82/15 83/13
phone [4]   17/9 31/7 80/3 92/18
phones [1]   99/6
PHP [1]   103/23

phrases [1]   103/2
physical [2]   91/4 91/12 91/19
  91/19 91/20
Pi [2]   97/21 97/24
pick [2]   31/6 92/18
picture [1]   79/22
piece [1]   47/23
piercing [1]   100/9
place [1]   108/11
Plaintiff [1]   1/4 1/13
plan [1]   21/20
plans [1]   29/9
plea [2]   30/7 30/14
pleaded [4]   29/21 29/23 30/1 30/1
please [6]   4/11 38/21 38/25 85/13
  85/14 94/14
pled [2]   13/6 30/12
PLLC [1]   2/3
plus [3]   50/22 50/22 54/3
podium [1]   4/11
point [17]   5/18 6/20 7/19 18/1
  20/17 24/20 34/17 52/16 62/18
  64/2 64/20 65/18 75/6 80/12 87/8
  91/11 93/22
pointing [1]   80/20
poll [1]   110/10
populating [1]   99/19
position [1]   94/24
possession [1]   91/19
possible [2]   68/15 96/9
potential [1]   52/6
potentially [5]   51/20 51/21 51/24
  79/24 111/17
power [1]   96/19
PowerPoint [1]   62/22
PowerShell [1]   103/24
practical [1]   43/3
practice [1]   28/9
precedent [2]   111/21 111/23
prefer [1]   104/14
prejudice [1]   34/15
prepaid [11]   46/17 46/17 61/1
  61/2 61/2 61/4 61/10 61/12 61/16
  89/10 89/13
prepare [3]   44/9 67/9 73/13
prepared [3]   53/9 72/24 90/3
preponderance [1]   111/20
present [2]   4/18 36/21
presented [1]   80/24
presenting [1]   36/12
preserve [1]   99/1
pretrial [1]   89/25
pretty [3]   31/10 55/11 55/12
preview [1]   111/11 112/16
previous [5]   54/13 56/12 66/3
  66/4 70/5
previously [2]   63/21 95/15
price [4]   57/12 57/18 63/16 66/13
primarily [6]   6/8 10/9 42/24
  97/15 98/19 105/17
primary [1]   99/1
prior [5]   39/18 41/10 77/24 85/23
  94/22
private [14]   13/2 13/3 23/22 24/3
  24/4 24/9 24/11 24/13 24/15 24/18
  24/23 25/6 83/25 101/9
probably [10]   14/6 18/13 19/17
  22/13 26/4 26/9 28/15 77/18 101/1
  104/12
Probive [1]   27/4
problems [1]   16/5
proceed [7]   4/21 22/24 38/22
  76/20 82/6 88/10 94/10
proceeding [4]   90/2 90/2 90/12
  90/15
proceedings [2]   1/7 114/5
process [8]   8/3 22/18 23/24 97/19
  98/14 102/5 102/20 104/24
processing [1]   97/15
processors [1]   46/15
produce [1]   75/11
produced [3]   38/4 38/4 46/20

product [1]   44/9
product... [3]   40/1 40/6 41/16
  100/11
Professor [2]   36/11 36/12
proffer [5]   81/1 81/8 81/11 81/11
  81/14
proficient [1]   103/22
program [3]   7/25 8/1 103/8
programmer [1]   103/1
programming [6]   102/24 102/25
  103/9 103/13 103/16 103/21
programs [3]   27/21 27/23 101/24
projects [1]   98/10
prompted [1]   75/11
proof [3]   24/24 25/4 25/7
propagate [1]   100/23
proper [1]   31/20
properly [1]   97/1
propose [1]   112/23
protecting [4]   9/12 9/13 9/14
  100/1
prototypes [1]   96/10
prove [2]   29/19 30/9
provide [3]   17/24 75/6 95/11
provider [2]   61/2 108/4
providers [2]   46/17 107/21
provides [2]   63/24 64/19
province [1]   33/16
provision [3]   111/22 111/24
  111/24
provisioning [1]   96/20
proxy [4]   10/11 10/12 10/13 10/16
psychedelic [1]   6/8
psychology [1]   5/14
public [6]   12/9 16/25 40/7 40/9
  41/18 78/23
publically [3]   43/1 47/11 47/13
publicized [1]   33/12
publicly [1]   42/16
publish [6]   46/2 65/10 67/18
  73/23 90/17 90/23
published [4]   46/8 65/15 68/2
  74/3
pull [3]   14/5 72/14 90/5
purchase [1]   6/2
purchased [5]   6/8 21/16 26/10
  55/14 63/13
purchases [2]   48/10 48/15
purpose [3]   10/7 19/8 101/12
purposes [5]   16/22 20/8 28/19
  34/12 89/7
pursuing [1]   40/1
put [6]   14/3 17/3 19/19 22/17
  34/1 109/4
puts [1]   10/17
putting [1]   14/4
puzzle [1]   111/12
Python [2]   103/19 103/23

**Q**

qualification [1]   41/9
qualifications [2]   40/11 92/24
qualified [2]   43/25 104/9
qualify [2]   43/23 104/3
quarter [2]   35/15 104/12
question [22]   12/3 18/21 33/18
  36/23 38/10 54/14 72/19 79/15
  80/17 80/20 81/17 81/20 81/21
  82/1 82/16 109/17 110/5 110/17
  110/24 111/18 111/19 111/20
questioning [3]   31/10 31/24 81/18
questions [8]   22/22 30/7 37/20
  75/10 89/15 92/15 112/12 112/21
quick [2]   87/11 110/17
quickly [1]   93/18
quite [1]   22/8
quote [1]   90/3

**R**

raise [3]   11/15 11/17 110/10
raised [1]   82/4
raises [1]   80/10

**R**

**raising [2]** 37/3 81/23
**raise [1]** 81/12
**ran [1]** 1/9
**RANDOLPH [1]** 1/9
**randomization [1]** 16/17
**randomize [1]** 16/13
**randomize the [1]** 16/13
**randomizer [1]** 18/10
**randomly [1]** 14/5 15/13 106/18
**Ransomware [1]** 101/1
**rap [1]** 28/25
**Raspberry [2]** 97/21 97/24
**rate [2]** 47/14 77/1
**rates [2]** 47/13 82/24
**rather [1]** 34/22
**reached [1]** 78/6
**reaching [1]** 94/2
**reactor [16]** 41/22 42/7 62/7 65/3 70/16 70/18 70/21 73/21 86/12 86/14 86/17 86/23 88/21 88/23 89/1 89/7
**read [3]** 64/16 84/18 103/25
**reading [3]** 9/22 13/22 97/3
**ready [4]** 88/11 88/14 88/16 94/11
**real [4]** 22/2 22/15 22/20 99/20
**realize [1]** 32/18
**really [8]** 7/8 15/10 15/15 17/12 29/25 79/25 109/1 109/3
**reason [1]** 99/1
**reasonable [3]** 29/20 30/9 103/10
**recall [4]** 14/11 14/14 19/15 19/19
**receive [1]** 78/7
**received [2]** 42/19 102/11
**receiving [5]** 68/10 68/18 68/21 68/23 69/18
**Recess [3]** 36/6 87/24 113/10
**recognize [7]** 44/13 64/25 65/2 67/6 73/11 90/7 90/9
**recommend [1]** 96/11
**recommendations [1]** 98/16
**reconcile [1]** 80/16
**reconciled [1]** 50/21
**reconciliations [1]** 48/25
**record [7]** 4/12 19/13 20/11 31/25 45/18 94/14 114/5
**recorded [1]** 10/19
**recording [2]** 16/15 21/7
**records [15]** 45/22 46/20 73/20 75/3 75/17 75/18 78/7 78/9 78/13 78/15 89/5 89/21 101/5 105/13 108/16
**recover [2]** 8/16 8/21
**recovered [4]** 26/14 45/12 65/4 65/8
**red [5]** 11/15 11/17 53/10 71/13 71/14
**redirect [3]** 3/8 31/2 89/18
**reduced [3]** 50/5 50/13 52/8
**reduction [1]** 48/7
**referring [2]** 71/12 110/22
**reflected [2]** 54/1 54/10
**refresh [2]** 35/5 86/19
**refusal [1]** 81/19
**regard [2]** 105/9 112/14
**regarding [3]** 79/9 93/1 95/15
**regime [1]** 33/9
**regional [3]** 107/4 107/6 108/12
**register [1]** 33/18
**registered [2]** 21/17 22/20
**registers [1]** 107/4
**registrations [1]** 32/22
**registries [4]** 107/7 107/8 107/9 108/12
**Registry [1]** 107/14
**regulatory [1]** 33/9
**relate [1]** 66/2
**related [14]** 13/17 40/14 40/14 41/7 41/9 41/15 42/24 43/13 47/21 78/7 78/16 93/21 93/23 102/12
**relates [2]** 37/20 42/24

**relating [1]** 109/17
**relationships [1]** 109/22
**relationship [2]** 95/13 95/14
**Relative [1]** 55/4
**relatively [2]** 58/25 59/4
**relevance [3]** 6/14 9/9 9/20
**relevant [3]** 80/11 100/11 100/13
**reliably [1]** 99/14
**relied [1]** 83/3
**rely [3]** 20/15 37/5 37/16
**remailing [1]** 10/18
**remain [1]** 93/17
**remaining [1]** 19/14 50/13 55/13
**remember [6]** 11/6 13/22 18/12 26/10 28/15 110/9
**remembers [1]** 32/16
**remind [2]** 35/15 108/24
**remove [1]** 52/8
**removed [1]** 54/8
**renewing [1]** 32/17
**rental [1]** 39/19
**renting [1]** 28/24
**repeat [3]** 74/6 79/15 85/13
**rephrase [2]** 18/21 50/1
**Reporter [4]** 2/6 2/7 114/3 114/13
**reporting [1]** 40/18
**reports [1]** 102/22
**represent [1]** 45/1
**representative [1]** 44/16
**represented [1]** 80/15
**reputation [3]** 16/1 16/7 100/6
**requesting [1]** 75/12
**require [1]** 21/9
**required [1]** 41/14
**requirement [5]** 40/15 41/10 111/14 111/16 111/18
**requirements [4]** 40/19 40/22 41/4 41/13
**research [3]** 13/12 35/16 108/25
**resellers [1]** 108/9
**reserved [1]** 32/16
**resources [2]** 8/10 9/23
**respect [14]** 12/22 13/7 21/4 33/3 33/10 81/23 83/16 83/16 93/1 109/17 111/10 111/13 112/8 112/10
**response [1]** 75/7
**responsibilities [2]** 39/9 97/14
**result [2]** 8/11 8/21
**resume [1]** 87/25
**return [4]** 10/15 10/18 49/7 50/24
**returning [5]** 54/18 66/23 70/14 70/14 88/18
**returns [2]** 50/21 104/24
**reverse [7]** 100/14 100/18 101/11 101/13 101/15 101/21 101/23
**reversing [1]** 101/16
**review [19]** 29/23 45/18 45/24 46/19 46/24 62/4 66/24 70/15 70/19 75/3 83/5 83/8 83/25 84/20 89/4 96/22 96/24 104/23 105/16
**reviewed [13]** 39/19 44/17 47/4 70/12 73/20 83/20 83/21 84/4 85/21 85/25 86/12 88/21 89/20
**reviewing [7]** 46/13 50/20 96/15 97/16 104/22 104/24 105/13
**reviews [1]** 16/3
**right [56]** 4/2 11/12 17/12 22/23 30/15 30/17 30/20 31/2 31/4 31/13 31/18 34/19 35/2 35/18 36/4 36/14 37/12 38/6 38/8 38/14 38/16 40/23 43/24 46/7 49/21 50/15 53/2 53/4 53/4 57/7 57/7 57/9 61/15 62/23 75/14 76/14 79/3 79/6 84/16 86/18 87/1 87/1 87/9 87/23 88/10 88/20 89/16 89/22 92/16 93/6 94/10 108/23 110/8 111/8 112/4 113/7
**right-hand [4]** 57/7 57/9 61/15 75/14
**rights [4]** 30/24 80/6 80/19 81/22
**rise [1]** 113/9
**risk [2]** 41/11 41/11
**road [1]** 80/7

**roadblock [1]** 96/25
**robbery [1]** 27/10
**role [5]** 78/15 94/20 95/4 99/9 106/5
**rollercoaster [1]** 6/18
**ROMAN [5]** 1/6 4/10 4/18 5/4 45/19
**Room [1]** 2/8
**rootkits [1]** 100/24
**roughly [2]** 86/17 87/3
**router [1]** 108/4
**routing [2]** 104/3 106/5
**row [2]** 54/4 60/20
**RPR [1]** 114/12
**Ruby [2]** 103/20 103/25
**rule [3]** 36/17 112/1 112/2
**ruled [2]** 34/20 37/1
**rules [1]** 21/4
**rulings [1]** 67/24
**run [6]** 5/2 5/3 8/8 78/10 101/25 103/7
**running [7]** 10/21 58/15 58/19 58/20 59/6 93/19 96/10
**Rust [1]** 103/20

**S**

**said [8]** 14/22 23/18 28/12 28/13 28/16 77/4 88/16 110/19
**salaried [1]** 77/2
**salary [2]** 60/2 77/2
**sales [2]** 48/11 48/15
**same [17]** 13/12 16/11 26/6 26/20 56/11 57/13 59/4 66/20 66/24 70/6 70/8 73/16 76/12 86/4 86/7 100/2 111/12
**San [1]** 5/23
**sanctions [1]** 43/16
**SANS [1]** 100/19
**Sarah [5]** 3/6 35/10 38/18 38/19 39/2
**satisfied [2]** 41/8 41/10
**save [1]** 8/13
**savings [2]** 51/18 52/1
**say [19]** 11/16 14/2 15/10 16/2 16/25 17/1 19/22 20/1 22/6 31/9 33/11 51/1 56/9 58/15 77/12 81/4 82/1 91/18 92/11
**saying [4]** 16/4 21/11 31/23 81/12
**says [7]** 51/13 53/5 64/16 64/18 91/19 111/22 111/25
**scans [1]** 29/12
**scheduled [1]** 111/1
**scheduling [2]** 109/24 111/9
**scheme [2]** 34/2 34/15
**Scholl [3]** 37/6 47/10 72/11
**science [4]** 5/13 95/20 95/22 95/23
**scienter [1]** 111/17
**scientist [6]** 94/5 94/25 95/1 98/9 98/25 102/16
**scope [6]** 67/21 82/16 82/20 82/22 85/21 90/22
**screen [8]** 44/12 52/17 52/25 62/17 68/8 68/9 72/7 88/19
**screenshot [1]** 76/5
**screenshots [1]** 67/12
**script [2]** 7/23 7/25
**scripts [2]** 99/13 102/19
**scroll [3]** 63/17 66/12 86/20
**scrolling [1]** 91/2
**search [1]** 45/12
**searched [1]** 24/12
**seated [3]** 36/9 38/21 94/9
**sec [2]** 9/5 100/9
**second [8]** 11/8 18/20 31/6 36/24 45/3 62/10 68/23 92/18
**secrecy [4]** 34/1 109/18 112/9 112/10
**secretly [2]** 16/15 101/7
**secure [2]** 16/14 20/9
**security [10]** 9/6 9/8 9/18 9/19 9/24 10/8 99/2 99/24 100/15 104/5
**see [20]** 12/10 33/20 36/4 40/1

see... [16]  52/23 61/3 62/23 63/3
63/18 65/23 70/11 72/1 85/6 85/7
87/1 97/3 98/3 106/3 109/7 113/7
seek [3]  36/17 38/6 38/12
seeking [1]  34/1
seem [1]  97/1
seems [2]  37/10 80/7
seen [2]  12/8 29/18
seized [3]  25/22 50/6 59/7
self [1]  23/14
selfish [1]  7/8
sell [1]  55/22
selling [1]  10/10
sells [1]  55/23
semester [1]  40/13
send [3]  8/13 15/20 101/10
sending [14]  10/15 20/15 68/10
69/6 70/3 70/4 70/6 71/23 71/24
72/25 73/5 73/17 74/8 89/3
senior [1]  97/9
sense [2]  8/24 83/19
sensitive [1]  99/8
sent [9]  20/19 20/21 23/15 24/10
55/5 55/7 55/14 89/2 106/8
sentence [1]  30/11
separate [2]  38/5 99/7
separated [2]  106/2 106/4
September [3]  36/25 38/2 67/25
September 18th [2]  36/25 67/25
sequentially [1]  66/2
server [10]  7/16 10/12 10/13
10/16 66/11 93/23 96/17 96/19
104/25 106/15
server's [1]  106/9
servers [12]  7/17 10/11 10/24
25/13 25/22 96/13 96/15 96/21
97/17 98/16 99/6 106/13
service [14]  10/18 13/15 15/20
15/22 16/2 17/2 17/4 19/5 19/10
19/11 23/14 34/14 107/21 108/4
services [14]  10/9 13/9 13/13
13/22 17/1 21/21 27/8 46/18 61/1
61/2 63/13 63/15 66/10 94/18
set [8]  19/10 27/13 29/13 75/17
96/15 99/10 99/13 108/3
sets [2]  44/7 106/2
setting [4]  96/17 96/20 99/9
99/24
several [7]  6/7 8/4 19/4 22/12
26/1 29/8 44/12
she [26]  20/20 20/21 25/18 37/1
37/2 37/5 37/7 37/11 37/18 43/24
49/20 80/8 80/13 80/14 82/13
82/14 82/14 83/15 83/19 83/21
83/22 88/7 93/12 104/8 105/25
110/14
SHERRY [3]  2/6 114/3 114/12
short [1]  87/13
should [16]  19/22 31/11 31/18
33/3 34/10 34/13 34/14 44/12
49/23 56/9 83/17 92/22 96/11
98/17 109/19 111/8
show [12]  37/6 44/11 48/9 52/11
58/12 58/18 59/10 65/7 67/11
67/15 73/8 73/15
showed [1]  84/3
showing [2]  48/10 57/11
shown [10]  44/19 47/18 56/8 56/20
57/3 57/9 59/22 60/17 68/8 74/15
shows [15]  44/20 47/19 47/20 56/7
56/10 56/17 56/18 58/13 58/19
59/11 60/18 68/10 73/16 74/7 74/8
side [9]  53/1 54/2 56/23 57/7
57/9 72/7 74/15 75/14 100/8
sign [1]  61/25
signature [1]  100/3
signatures [1]  102/1
significant [2]  56/3 58/5
significantly [1]  61/24
similar [2]  86/6 86/7

Similarly [1]  50/11
simpler [1]  80/4
simply [4]  34/15 80/19 110/14
112/1
since [3]  34/25 94/21 95/24
sincerely [1]  110/25
single [1]  40/2
sir [3]  6/13 22/3 23/11
sit [2]  81/15 95/10
site [1]  97/11
sitting [1]  36/11
situation [1]  109/25
Sixty [1]  70/20
Sixty-three [1]  70/20
skimmer [2]  97/21 97/25
skip [1]  52/10
slide [6]  38/2 38/3 53/3 54/13
73/16 84/3
slowing [1]  97/5
small [1]  9/4
snippet [1]  68/9
so [159]
sober [1]  26/21
soft [1]  110/10
sold [7]  10/9 12/17 12/19 20/21
22/20 55/5 55/6
solution [1]  96/25
solutions [2]  96/8 96/9
some [63]  5/18 6/2 6/20 7/10 7/19
8/17 9/2 11/15 12/18 13/7 13/25
14/2 14/5 16/8 17/23 17/24 18/1
20/17 20/19 21/8 21/9 25/18 25/19
26/10 26/14 26/15 26/23 26/25
27/2 28/10 37/17 37/20 43/6 45/4
45/7 45/9 46/12 47/15 48/4 48/12
48/13 62/1 75/6 75/13 83/22 84/5
84/20 91/16 92/7 93/19 98/2 98/10
98/14 98/15 99/20 100/24 101/24
102/14 103/20 104/25 111/6 111/21
112/6
somebody [1]  80/1
somehow [1]  50/4
someone [9]  5/4 5/25 14/6 14/7
15/21 31/12 31/17 31/19 41/1
someone's [2]  10/14 81/22
something [25]  5/19 5/25 6/21
6/23 10/1 10/5 14/2 16/12 16/14
16/15 18/4 19/17 19/22 34/6 34/16
40/2 61/25 62/23 76/3 90/14 93/24
98/11 101/17 101/9 102/8
sometimes [7]  96/14 96/25 97/22
99/13 99/16 101/8 109/5
somewhat [2]  33/8 97/25
somewhere [1]  39/17
sophisticated [2]  20/14 20/24
sorry [9]  14/19 18/20 43/11 59/19
71/2 75/18 84/16 88/15 107/8
sort [9]  32/20 32/24 40/15 44/5
57/9 78/18 82/5 99/9 110/10
sorts [5]  42/4 42/14 42/22 43/13
47/9
source [7]  22/19 27/22 28/6 42/16
43/1 67/13 98/13
sources [4]  47/7 47/9 61/24 100/5
space [4]  96/19 107/2 107/11
107/20
spaces [1]  95/10
speak [6]  15/12 81/2 103/18
104/21 105/1 107/6
speaking [1]  43/13
specialist [1]  72/11
specific [8]  9/19 9/19 12/16
43/12 45/14 49/8 97/19 98/11
specifically [2]  75/10 108/11
speculation [1]  79/1
spell [1]  94/14
spelling [1]  39/1
spend [3]  61/9 61/12 99/19
spent [1]  61/16
spike [1]  56/25
spikes [1]  59/13
staff [2]  72/11 77/20

stand [7]  31/13 31/13 31/16 32/7
37/13 38/15 80/6 113/1
standard [1]  111/20
standards [1]  112/8
stands [1]  64/6
start [4]  26/3 59/17 78/1 111/10
started [10]  5/8 5/9 5/15 8/8
78/5 88/2 92/22 93/4 93/16 94/1
starting [2]  4/12 112/13
starts [1]  93/12
startup [1]  6/16
startups [1]  29/8
state [3]  4/11 49/19 94/14
statement [5]  40/5 90/3 90/10
90/11 90/14
statements [5]  29/22 30/10 33/10
33/13 82/12
states [5]  1/1 1/3 1/10 4/9 73/17
stay [1]  57/13
staying [3]  46/11 58/25 59/4
steal [1]  100/22
stealer [1]  101/4
stealers [1]  101/2
step [4]  12/5 87/20 95/18 109/9
steps [1]  25/9
STERLINGOV [37]  1/6 4/10 4/18 5/4
23/6 33/18 45/20 53/21 55/19
57/22 77/23 77/24 78/1 78/10
78/16 78/19 80/14 80/18 80/23
81/1 81/4 81/9 81/13 85/17 85/19
89/2 89/3 89/6 89/9 89/12 89/24
90/15 91/20 91/25 92/9 93/9
105/10
Sterlingov's [26]  44/3 44/20 47/2
48/1 48/3 50/20 58/3 59/1 59/23
60/19 74/17 76/7 80/6 81/19 82/10
82/18 83/6 83/6 83/25 84/4 84/8
85/7 86/12 86/15 90/10 104/23
still [4]  24/18 95/4 110/25
112/23
stole [4]  23/18 24/8 24/19 28/22
stolen [6]  12/19 15/17 24/25
25/17 27/24 98/20
stood [2]  99/18 99/19
stop [1]  20/4
stopped [1]  28/20
storage [1]  24/15
stored [3]  12/25 13/4 24/15
straight [3]  57/15 57/15 57/17
Street [3]  1/16 2/3 28/23
stretch [2]  32/2 32/7
strict [2]  111/24 112/1
strike [1]  69/3
struggle [1]  6/17
struggling [1]  7/6
studied [1]  5/14
study [1]  27/6
subcontracting [1]  77/13
subject [6]  18/19 38/7 79/22
80/11 80/21 81/10
subjects [1]  79/18
substance [1]  48/23
successfully [1]  14/21
such [10]  13/14 15/24 20/12 40/17
46/16 46/16 46/17 47/16 101/2
108/9
sufficient [1]  37/5
suggested [1]  83/15
suggesting [3]  31/11 31/16 80/13
suggests [1]  111/23
Suite [1]  1/17
suited [1]  20/7
summarize [9]  44/3 44/5 45/22
47/2 47/19 73/19 78/15 95/18
108/6
Summarizing [1]  44/6
summary [10]  44/9 44/16 44/20
46/3 46/6 47/20 56/4 59/20 86/3
86/21
support [3]  39/11 95/12 98/6
supported [3]  39/18 43/6 75/12
supporting [1]  98/21

**S**

supposed [1]   63/10
sure [14]   6/17 14/15 15/3 18/12
18/22 77/8 77/15 88/6 88/7 93/17
97/2 103/25 109/3 111/7
suspects [1]   78/14
Sustained [2]   12/2 86/10
Sweden [1]   82/10 82/15 82/19
Swedish [1]   60/10
Swift [2]   64/4 66/17
Switch [1]   60/2
switching [1]   93/4
sworn [2]   38/19 94/7
system [3]   6/24 102/3 102/18
systems [2]   8/4 96/20

**T**

table [33]   2/10 4/19 36/11 44/19
44/19 46/11 47/12 47/18 47/19
47/20 47/21 52/10 52/11 52/14
54/18 55/2 55/20 56/7 56/9 56/12
56/14 58/8 58/14 59/18 59/19
59/19 59/21 72/24 84/20 85/22
85/24 91/7 92/13
tables [3]   44/7 44/16 45/25
take [24]   5/6 13/6 15/22 31/13
31/13 31/16 35/3 35/10 35/11
35/12 35/14 41/14 42/17 84/13
87/9 87/17 97/2 102/3 111/6
112/24
taken [7]   17/16 36/6 41/1 41/22
42/23 87/24 113/10
takes [2]   10/16 19/10
taking [8]   15/13 16/5 41/24 47/23
55/8 95/18 102/6 102/7
talk [9]   11/8 13/15 13/18 17/8
48/23 51/12 81/9 96/21 111/9
talked [3]   23/8 23/9 26/13
talking [6]   5/23 81/7 81/7 81/8
88/4 109/25
taps [1]   93/24
task [2]   95/8 95/10
taught [1]   5/11
tax [1]   40/18
teaches [1]   101/23
tech [5]   5/8 5/9 5/9 5/15 5/18
5/24 29/8
technical [1]   95/24
techniques [5]   13/10 13/11 27/10
43/19 104/6
technologies [4]   97/20 97/25 98/2
100/4
technology [2]   83/23 102/18
telephone [1]   34/22
tell [6]   30/4 81/12 81/15 93/15
103/1 103/9
tells [1]   19/11
terminal [1]   103/24
terms [5]   16/18 34/11 82/22 97/24
104/7
terrible [1]   110/15
Tesla [1]   91/17
test [2]   14/10 97/20
testified [11]   5/16 13/5 18/11
18/24 27/17 33/4 34/3 76/24 82/24
83/2 89/24
testify [23]   16/21 17/15 17/22
30/17 31/18 31/19 31/23 32/19
32/20 33/2 33/4 33/5 34/2 34/5
34/13 34/14 34/23 37/2 37/19
43/25 84/18 93/12 104/9
testifying [8]   32/18 32/24 33/6
33/21 34/9 34/21 37/11 95/15
testimony [25]   17/12 17/14 17/16
17/21 18/2 32/13 33/20 33/25
33/25 36/25 37/5 37/9 37/24 67/22
67/23 69/4 72/10 87/18 88/18 93/1
93/14 93/22 95/16 109/11 109/17
testing [1]   96/11
than [9]   15/9 28/17 34/22 42/23
48/15 55/16 55/18 91/3 98/2

thank [20]   4/22 23/1 35/7 35/21
62/24 63/6 63/20 69/6 70/19 76/13
76/22 85/5 87/14 87/23 88/12
88/17 92/17 94/9 113/6 113/8
that [543]
their [17]   7/20 8/4 30/9 31/12
31/17 34/3 50/3 50/9 50/11 79/22
80/1 81/8 96/5 101/6 102/21
110/11 110/22
them [26]   8/13 8/17 12/10 14/12
19/24 20/20 21/7 21/8 21/11 21/13
24/16 24/16 24/17 27/2 28/18 45/7
48/5 76/11 96/11 96/11 99/20
99/21 99/21 101/6 101/25 102/20
then [68]   7/16 7/22 8/14 14/5
15/11 15/13 15/23 20/13 20/20
20/21 21/8 22/19 23/18 26/11 27/8
28/12 28/16 34/5 35/3 35/13 35/25
48/2 48/8 50/6 50/10 50/15 52/1
52/8 54/1 54/6 54/19 54/25 55/14
55/15 55/17 55/24 56/1 56/16 57/3
58/2 58/11 59/18 60/16 61/3 64/19
66/15 68/18 68/25 69/15 72/1
72/24 74/11 74/13 78/21 85/22
100/3 102/7 103/4 105/1 107/4
107/17 107/19 108/9 108/10 109/16
112/4 112/7 113/8
Theodore [1]   32/14
there [98]   8/16 9/22 9/23 12/21
13/21 14/15 15/13 16/25 17/1 17/4
19/9 24/18 27/6 28/17 29/2 33/5
34/15 40/15 40/16 40/21 42/2 42/3
45/9 45/14 46/14 46/15 46/16
46/17 48/6 48/8 48/14 48/14 48/15
51/12 52/14 52/15 52/19 53/10
53/23 54/14 55/24 55/25 56/3
56/25 59/7 59/13 60/11 62/1 63/8
63/13 63/16 63/24 64/14 65/19
66/12 66/15 68/21 70/10 74/22
75/12 75/23 75/25 76/3 76/10
81/15 85/4 85/6 85/6 86/6 86/21
86/24 87/1 87/1 87/1 91/2 91/2
91/5 91/8 91/13 91/22 92/3 92/11
92/22 97/19 101/9 103/1 103/13
103/15 108/9 108/15 108/16 109/14
109/16 109/16 110/8 111/21 111/25
112/4
these [22]   6/10 17/1 19/20 26/17
34/4 45/4 48/4 54/15 55/8 56/4
56/8 60/12 60/23 61/4 67/12 72/6
76/10 84/20 99/22 111/6 112/12
112/21
they [50]   4/5 15/20 17/1 17/14
17/17 19/12 19/13 21/5 21/6 24/13
24/16 24/22 31/13 31/18 32/14
32/23 36/12 37/17 45/4 45/11
45/19 50/3 50/11 51/2 51/6 51/8
55/11 59/4 59/17 62/7 76/12 77/8
80/17 80/22 80/22 80/23 81/9
89/13 99/2 99/4 99/5 99/11 99/14
99/18 99/21 100/4 106/14 107/25
108/16 110/20
thing [7]   5/1 13/12 15/18 16/17
20/8 111/10 113/1
things [15]   5/11 8/12 13/14 14/10
15/4 16/6 16/16 21/9 26/25 92/20
97/5 97/22 100/2 109/6 109/14
think [67]   7/6 10/14 12/4 16/21
17/19 17/21 18/12 29/10 31/9
31/20 31/23 32/6 33/11 33/17
34/5 34/10 34/12 34/19 35/22 36/2
37/15 37/18 37/21 38/6 40/23
49/18 51/17 52/19 52/24 61/18
62/17 65/21 69/2 69/3 78/21 79/19
80/5 80/10 82/1 82/2 82/4 82/5
82/23 83/14 83/17 83/22 84/3
84/15 85/4 88/8 90/22 93/8 93/10
93/11 93/18 100/24 104/20 109/20
110/1 110/7 110/20 111/15 111/19
111/22 112/13 112/22 113/2
thinking [3]   96/9 112/15 112/16
thinks [1]   38/11

third [3]   34/12 39/10 50/15
this [27]
those [75]   7/22 7/24 8/6 8/14
11/4 11/5 13/11 14/3 15/7 21/13
22/1 23/22 24/3 24/4 24/23 26/5
27/1 27/5 27/15 29/3 30/24 33/8
41/24 45/9 45/17 46/19 47/23
49/11 52/9 52/9 52/11 53/12 54/14
54/24 55/2 55/5 55/20 55/22 58/16
59/16 59/16 59/25 62/6 70/11
70/21 70/23 70/25 71/8 71/15
71/16 71/16 71/18 71/22 72/2 72/8
72/8 72/25 78/9 84/5 86/14 86/17
88/23 89/12 91/16 92/7 97/25
100/5 102/14 103/18 103/25 104/9
104/21 105/1 108/1 110/7
though [1]   81/13
thought [3]   14/1 62/22 111/15
three [3]   70/20 86/18 110/8
three-year [1]   86/18
through [28]   19/6 19/6 20/15
22/17 25/19 29/22 36/3 37/4 37/6
42/19 43/18 45/11 49/11 54/9
55/22 60/18 61/7 77/5 77/24 86/20
86/21 86/22 91/2 92/23 98/14
103/3 108/6 112/13
throughout [3]   8/3 8/9 89/4
Thursday [1]   109/14
thus [4]   18/2 20/10 37/4 112/14
tied [2]   105/13 105/14
time [47]   5/7 5/15 5/23 7/6 8/5
9/4 16/7 19/10 22/3 22/7 22/9
25/13 26/6 26/16 26/18 26/19
26/20 29/5 32/2 36/20 41/24
47/20 47/23 49/11 50/24 51/10
55/2 56/10 56/18 57/12 57/20 58/9
58/13 59/11 93/11 97/6 99/19
100/3 104/10 104/15 104/24 105/25
108/21 108/22 110/13 111/5 112/23
times [10]   6/7 10/6 19/15 19/17
19/20 21/20 28/14 28/15 82/4
101/25
tink [1]   110/3
today [6]   30/5 94/2 95/16 104/11
105/1 110/12
told [1]   5/25
tomorrow [5]   105/1 109/1 109/4
109/7 109/10
too [1]   100/5
took [9]   8/18 11/18 25/9 26/25
30/4 30/5 35/6 42/10 88/18
tool [1]   97/9
tools [9]   96/14 96/15 97/18 97/20
98/1 101/24 101/25 104/5 104/7
top [7]   59/21 60/20 61/19 62/23
68/7 68/7 68/9
topic [1]   13/18
topics [6]   13/17 40/17 102/12
102/14 102/17 104/9
TOR [10]   2/2 2/3 4/17 6/12 18/24
19/1 19/1 19/1 19/4 19/10
total [24]   9/1 19/17 48/16 51/13
52/8 53/5 53/23 54/19 54/19 54/21
54/21 54/23 54/25 54/25 55/1 58/8
61/16 61/18 61/19 61/20 61/22
63/18 88/20 88/23
totaled [1]   86/17
totality [2]   85/24 110/22
trace [4]   12/13 15/4 24/22 25/19
traceable [1]   22/18
traced [2]   9/15 25/21
traces [1]   101/19
tracing [6]   12/12 12/16 12/18
12/22 12/24 42/25
track [1]   108/12
tracked [1]   10/20
tracking [1]   9/16
tracks [1]   25/10
trades [11]   47/22 48/8 48/10
48/12 48/13 48/17 50/22 54/22
55/10 55/16 55/18
traditional [1]   46/16

**T**

**traffic [4]**  97/17 102/18 106/8 106/8
**trafficking [1]**  43/16
**training [8]**  41/20 42/5 42/19 42/22 42/23 43/18 102/11 102/17
**trainings [2]**  100/11 102/14
**transaction [21]**  17/4 19/21 47/5 49/6 57/4 68/8 68/11 68/13 68/19 69/7 69/9 69/16 69/19 69/22 70/5 70/5 71/19 71/23 85/9 85/11 85/18
**transactions [22]**  12/9 12/13 16/16 16/24 20/11 27/22 27/23 42/18 44/22 44/25 45/2 54/16 67/2 67/15 70/22 70/25 72/2 74/10 74/11 85/16 85/20 112/6
**transcript [2]**  1/9 114/4
**transfer [7]**  7/18 7/23 51/15 51/16 51/16 51/17 52/1
**transferred [6]**  53/5 53/6 53/7 53/24 54/7 70/1
**transferring [1]**  8/8
**transfers [11]**  51/14 51/20 52/9 52/12 53/15 54/11 54/20 54/22 54/23 54/24 60/2
**transmitter [3]**  33/20 34/10 34/11
**trap [1]**  16/15
**trend [1]**  57/18
**triage [1]**  98/14
**trial [4]**  1/9 30/15 39/11 110/22
**tricky [2]**  80/10 81/21
**TRM [6]**  41/23 42/8 42/8 42/9 42/10 42/11
**true [4]**  81/14 81/16 89/12 114/4
**trust [1]**  15/25
**trusting [2]**  15/19 15/21
**trustworthy [1]**  19/12
**truth [1]**  30/4
**try [10]**  8/14 13/10 52/20 52/24 62/18 98/14 98/15 98/17 99/23 109/3
**trying [5]**  9/15 80/8 83/19 96/14 96/18
**turn [2]**  56/7 56/16
**turned [2]**  24/20 24/21
**turning [4]**  47/18 58/11 59/18 70/15
**two [15]**  41/7 41/8 48/24 53/9 53/12 56/8 59/18 68/21 71/13 76/10 86/18 88/24 91/6 110/8 110/12
**type [4]**  35/16 43/6 98/20 108/25
**typed [1]**  97/3
**types [5]**  46/19 97/19 98/18 101/6 103/13
**typically [2]**  98/3 108/3
**typologies [1]**  43/20

**U**

**U.S [2]**  1/13 2/7
**Uh [4]**  28/20 28/25 29/6 29/9
**Uh-huh [4]**  28/20 28/25 29/6 29/9
**Ukraine [2]**  63/12 70/10
**ultimately [1]**  31/22
**unable [1]**  24/22
**unauthorized [1]**  6/24
**unbeknownst [1]**  101/6
**under [5]**  36/17 39/13 39/15 45/14 107/24
**undercover [4]**  98/21 98/24 99/17 99/25
**underlying [1]**  112/3
**understand [7]**  17/19 17/21 18/2 37/15 77/5 103/22 111/8
**understanding [14]**  13/23 33/2 43/19 45/11 45/17 45/19 64/8 72/16 72/20 78/10 78/12 79/13 93/21 95/9
**understands [3]**  103/2 103/6 103/8
**understated [3]**  51/2 51/6 51/8
**understood [1]**  83/22

**unexplained [1]**  62/2
**unique [1]**  62/23
**UNITED [4]**  1/1 1/3 1/10 4/9
**University [2]**  39/23 95/21
**unlicensed [2]**  33/19 33/19
**unlikely [2]**  110/3 110/20
**until [10]**  22/3 35/13 86/22 86/23 87/18 103/14 104/10 104/12 109/11 113/5
**unusual [1]**  76/11
**up [33]**  5/25 12/4 13/18 19/10 22/7 27/13 29/13 31/6 32/7 34/7 36/1 44/12 58/20 72/14 84/14 84/19 90/5 92/18 93/4 93/19 96/15 96/17 96/21 99/9 99/10 99/13 99/18 99/19 99/24 108/4 108/15 108/17 112/24
**upper [1]**  62/23
**ups [1]**  6/17
**us [13]**  1/20 16/18 22/4 22/20 47/16 56/19 57/11 59/11 70/1 81/12 81/15 93/13 94/18
**USAO [1]**  1/16
**use [29]**  6/8 6/11 8/14 9/18 10/21 10/24 11/5 12/18 14/8 14/11 18/8 19/1 19/3 19/22 19/23 20/7 20/17 21/11 21/13 22/15 27/9 42/7 43/1 61/3 62/17 64/18 100/5 104/15 107/24
**used [30]**  6/12 7/16 7/16 11/6 11/7 13/9 14/12 14/12 14/13 14/13 14/13 14/14 19/15 19/24 20/11 20/23 26/14 26/20 26/22 27/21 28/8 28/12 28/13 29/12 89/9 89/12 97/24 99/24 104/5 104/6
**user [8]**  101/5 101/5 101/6 102/25 105/18 108/1 108/7 108/10
**user's [2]**  106/9 108/10
**users [1]**  99/22
**users' [3]**  26/15 50/9 100/1
**using [17]**  14/17 15/2 16/12 17/17 19/8 20/4 20/14 21/3 26/16 26/19 27/13 28/20 61/10 61/16 66/18 100/4 101/24
**usually [6]**  19/21 21/8 54/15 62/1 98/2 107/20
**utilizing [1]**  42/16

**V**

**V-A-L-E-R-I-E [1]**  94/15
**Valarie [1]**  3/9
**Valerie [4]**  93/3 94/6 94/7 94/15
**valid [1]**  76/2
**value [23]**  22/7 32/21 32/22 32/23 56/19 57/4 57/11 57/22 58/3 58/8 59/13 60/12 69/9 69/11 69/11 69/12 69/21 69/24 69/25 70/1 91/20 91/25 92/9
**values [2]**  57/9 60/11
**variations [1]**  86/6
**variety [6]**  13/9 27/24 28/2 40/17 43/15 99/6
**various [6]**  21/16 21/21 42/15 44/6 52/7 60/18
**Vasilis [1]**  74/19
**vendors [2]**  10/9 27/8
**venture [1]**  29/7
**venue [2]**  111/16 111/19
**verbally [1]**  53/2
**verifying [1]**  37/18
**Verizon [1]**  107/22
**Verret [3]**  36/11 36/13 36/19
**versus [1]**  4/10
**very [8]**  7/7 7/8 11/12 19/7 34/8 35/3 98/10 103/7
**victims [1]**  102/21
**video [1]**  29/2
**videos [1]**  28/25
**view [2]**  32/19 62/17
**violating [1]**  112/2
**violation [1]**  33/8
**viruses [1]**  100/21

**vis [2]**  53/17 53/17
**visit [1]**  95/10
**visitor [1]**  108/8
**visualizations [1]**  97/10
**Vlahakis [1]**  32/14
**volume [3]**  19/24 20/1 58/2
**voluminous [2]**  45/22 73/20
**vs [1]**  1/5
**Vulture [1]**  11/3

**W**

**waiting [2]**  4/3 32/4
**waive [1]**  30/23
**walk [1]**  108/6
**walking [1]**  49/11
**Wall [2]**  2/3 28/23
**wallet [5]**  83/9 83/10 83/12 91/25 92/9
**wallets [10]**  7/20 7/21 7/22 7/24 7/24 24/10 83/7 83/8 83/13 84/1
**want [17]**  4/4 4/25 5/1 5/6 15/3 15/8 16/17 22/1 31/24 34/8 35/11 37/19 93/14 99/2 99/4 105/24 110/22
**wanted [11]**  6/20 7/9 7/9 7/10 14/10 16/12 16/14 26/21 37/8 74/13 104/13
**wants [1]**  31/22
**warrants [1]**  45/12
**was [159]**
**Washington [6]**  1/5 1/14 1/17 1/21 2/9 43/9
**wasn't [5]**  76/2 80/14 80/24 81/10 90/20
**waste [1]**  39/19
**way [21]**  10/13 10/14 10/19 12/13 12/18 13/25 13/25 14/1 19/5 23/10 23/21 52/19 61/15 92/23 93/5 97/23 99/15 100/2 103/1 103/10 108/15
**ways [4]**  28/17 99/10 99/12 102/20
**we [124]**
**we'll [9]**  11/8 35/14 36/4 104/15 104/15 105/1 108/17 109/4 110/20
**web [6]**  11/4 19/6 19/9 19/11 21/6 63/15
**webpage [1]**  106/15
**website [2]**  10/2 108/18
**websites [2]**  82/24 99/10
**week [3]**  102/6 102/7 110/2
**week-long [1]**  102/6
**weeks [1]**  34/25
**well [27]**  8/16 11/12 12/23 15/3 15/18 15/24 19/5 20/19 21/5 29/21 30/10 38/8 40/13 40/22 41/6 41/18 41/23 42/6 42/15 52/20 80/25 84/13 87/17 101/1 104/7 111/11 112/16
**well-known [1]**  12/23
**went [8]**  6/7 11/16 27/3 27/17 50/2 50/23 51/1 51/11
**were [98]**  4/2 5/7 5/13 5/18 5/24 6/10 7/11 7/14 8/2 8/6 8/10 8/16 8/21 10/21 10/24 11/23 12/21 12/21 13/4 13/21 14/3 14/15 16/8 16/9 16/18 21/1 21/11 21/11 21/13 21/17 21/19 22/3 22/5 22/9 22/19 24/12 24/22 26/16 26/16 28/17 29/15 30/7 30/11 30/14 30/23 37/7 39/16 39/17 42/4 42/14 44/2 45/4 45/7 46/24 47/2 47/15 48/14 48/15 51/1 51/6 51/6 51/8 55/5 62/6 62/7 66/3 66/4 66/24 71/15 71/18 71/22 72/1 73/6 75/12 77/22 78/13 79/25 82/22 84/5 86/14 88/23 89/13 89/20 91/9 91/13 91/22 92/4 92/11 95/1 97/14 98/10 99/12 99/18 99/19 105/16 105/16 110/7 110/13
**weren't [1]**  26/19
**what [229]**
**whatever [5]**  16/6 32/23 93/14 93/15 99/6

**W**

**whatnot [1]**   84/4

**when [38]**   12/17 15/13 15/18 17/3 20/1 20/13 20/23 23/18 24/7 24/12 26/3 26/8 26/10 29/15 30/1 33/12 50/2 51/13 52/3 53/9 58/2 61/24 64/18 69/13 70/1 78/9 81/21 86/24 87/7 88/10 89/12 94/10 96/25 97/12 99/2 99/18 105/16 111/25

**whenever [1]**   9/15

**where [28]**   9/23 12/25 12/25 13/10 21/16 22/18 31/20 36/4 39/6 39/19 43/8 52/16 53/2 62/18 63/10 64/2 64/20 66/8 75/14 80/5 80/7 92/23 92/25 94/17 94/22 95/25 97/6 106/1

**Whereupon [5]**   46/9 65/16 68/3 74/4 90/25

**whether [13]**   15/25 30/8 31/12 31/13 31/16 33/7 34/9 36/12 78/18 81/17 81/20 82/14 83/22

**which [31]**   14/11 14/11 16/13 17/2 19/5 24/10 28/10 33/9 36/16 40/13 41/15 44/11 44/19 49/8 56/7 62/8 67/12 71/11 73/9 73/9 84/13 90/5 98/16 99/12 103/21 107/19 107/20 108/4 108/13 109/15 110/7

**whichever [1]**   104/14

**while [8]**   5/18 21/19 26/20 26/21 39/16 95/1 98/10 101/5

**who [28]**   4/18 5/16 5/24 10/9 15/21 31/17 31/19 34/3 34/23 41/1 45/17 66/6 71/15 75/19 92/21 93/3 101/18 106/20 107/4 107/11 108/16 108/17 109/25 110/1 110/1 110/9 110/12 110/14

**whole [3]**   8/3 8/5 58/7

**whose [1]**   64/8

**why [17]**   7/5 11/14 17/22 17/25 18/3 18/20 20/6 21/23 35/12 35/14 47/14 49/19 68/22 82/6 98/24 99/23 101/15

**wife [2]**   25/16 29/1

**will [24]**   15/14 15/20 16/10 21/8 33/6 35/22 38/12 63/21 68/1 72/19 82/16 90/23 96/19 98/14 99/21 100/5 100/6 105/25 106/1 106/3 109/7 109/9 112/20 113/7

**willful [1]**   112/10

**Windows [1]**   102/18

**wire [1]**   98/19

**withdraw [1]**   24/5

**withdrawal [1]**   23/24

**withdrawals [2]**   23/24 48/3

**within [7]**   37/3 69/14 70/2 90/22 96/5 96/8 108/10

**without [7]**   19/6 43/12 80/20 88/2 94/2 99/8 106/10

**witness [35]**   4/4 16/21 17/11 17/15 31/1 31/4 32/4 32/13 33/11 33/15 33/16 34/23 35/3 35/4 35/9 35/22 35/25 36/8 36/13 36/16 36/20 36/21 36/21 38/17 76/13 83/16 84/18 87/17 87/25 92/17 92/21 92/22 93/3 94/4 109/9

**witness' [3]**   33/20 85/13 92/24

**witnesses [3]**   3/2 30/21 111/6

**won't [2]**   15/15 88/2

**wonder [1]**   92/21

**wondering [1]**   110/21

**Wong [4]**   66/7 66/8 70/9 71/17

**words [2]**   48/16 103/2

**work [34]**   39/18 41/10 42/19 44/9 52/25 62/3 76/24 77/7 77/8 77/22 86/15 94/17 94/18 94/22 95/2 95/10 95/14 95/25 96/7 96/13 96/13 96/22 97/6 97/8 98/5 98/18 98/21 99/16 100/8 102/9 104/18 105/5 105/8 105/12

**worked [13]**   25/16 40/5 43/14 43/15 77/4 77/16 77/18 83/13

95/15 95/22 96/5 98/10 98/12 **working [7]**   47/1 48/12 62/10 62/20 77/9 77/20 78/1 78/5 95/4 109/1 109/2

**works [3]**   15/3 101/13 101/18

**world [2]**   98/4 112/8

**worried [1]**   11/23

**worth [12]**   8/25 11/16 13/7 17/3 22/11 42/23 86/2 86/4 90/3 90/10 90/12 90/14

**would [63]**   4/11 7/17 11/12 11/15 11/17 12/10 12/18 14/16 15/24 15/25 16/2 18/14 19/19 19/21 20/10 20/20 26/4 26/10 27/15 34/20 35/4 36/17 37/2 38/6 40/1 48/24 51/23 52/5 52/10 54/8 56/1 56/16 57/18 64/23 77/12 79/8 79/17 79/21 80/15 81/15 96/15 96/25 97/1 97/18 97/20 97/22 98/1 98/8 98/12 98/24 99/1 99/5 99/10 99/11 103/7 104/2 107/25 108/2 110/1 112/5 112/6 112/23 113/1

**wouldn't [3]**   15/8 29/14 79/25

**write [4]**   97/18 98/1 99/13 103/8

**writing [2]**   102/19 102/22

**written [2]**   44/9 103/22

**wrote [3]**   26/23 27/23 101/18

**X**

**XML [4]**   46/24 46/25 47/2 47/5

**Y**

**yeah [18]**   5/11 6/3 11/9 11/20 12/13 13/16 13/21 14/10 15/3 16/16 18/25 19/4 20/3 20/5 21/2 24/10 32/5 87/13

**year [15]**   30/11 40/22 41/15 55/1 55/9 55/9 55/19 57/1 57/21 58/5 61/9 61/12 61/18 78/8 86/18

**years [7]**   39/13 39/15 41/7 41/8 55/8 60/12 88/24

**yell [1]**   86/24

**yes [232]**

**yesterday [2]**   5/16 13/6

**yet [10]**   31/14 34/20 64/24 67/6 73/8 73/9 90/6 96/10 97/19 97/20

**York [1]**   1/20

**you [567]**

**your [184]**

**yourself [4]**   5/1 9/12 39/1 83/15

**yourselves [2]**   35/16 108/24

**Z**

**zero [3]**   50/14 97/21 97/25

**zeros [1]**   103/7