```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                         Criminal Action
4              Plaintiff,                No. 1: 21-399

5          vs.                          Washington, DC
                                         March 1, 2024
6    ROMAN STERLINGOV,
                                         9:38 a.m.
7              Defendant.
     _____/        MORNING PROCEEDINGS
8

9                   TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             JEFFREY PEARLMAN
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                      APPEARANCES CONTINUED

 2    For the Defendant:       TOR EKELAND
                               MICHAEL HASSARD
 3                             TOR EKELAND LAW PLLC
                               30 Wall Street
 4                             8th Floor
                               Brooklyn, NY 10005
 5

 6
      Court Reporter:          SHERRY LINDSAY
 7                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                               Room 6710
 9                             Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    TABLE OF CONTENTS

2                       WITNESSSES

3    Alexandra Comelli
          Direct examination by Mr. Pearlman        10
4
     Steven Santell
5         Direct examination by Ms. Pelker          30

6                        EXHIBITS

7    Government Exhibits 208A, 208B                  13
     Government Exhibit 208C                         13
8    Government Exhibit 208D                         14
     Government Exhibit 208E                         15
9    Government Exhibit 208F                         16
     Government Exhibit 208G                         18
10   Government Exhibit 209A                         20
     Government Exhibit 209B                         21
11   Government Exhibit 209C                         22
     Government Exhibit 209D                         23
12   Government Exhibit 209F                         23
     Government Exhibit 209E                         25
13   Government Exhibit 209G                         25
     Government Exhibit 209H                         26
14   Government Exhibit 209I                         27
     Government Exhibit 209J                         27
15   Government Exhibit 209L                         28
     Government Exhibit 209M                         29
16   Government Exhibit 602A                         34
     Government Exhibit 202                          38
17   Government Exhibits 603C, E, F, H, N, S and J   41
     Government Exhibits 608A through Q              45
18   Government Exhibits 609A, B, G, K, L and M      55
     Government Exhibits 604A, B, G, K, J and M      59
19   Government Exhibits 605A, B, C, D, G, I, N, O and P  60
     Government Exhibits 606F, I, J and K            64
20   Government Exhibits 610A, C, H, L, M and N      72
     Government Exhibits 607A, B, H, K and O         75
21   Government Exhibits 611A, G, L, N              77
     Government Exhibit 612D                         79
22   Government Exhibits 614D, E                     81
     Government Exhibits 616C, D and E               88
23   Government Exhibit 613C                         96
     Government Exhibits 615C, D, and E             98
24   Government Exhibits 617C, E                    104
     Government Exhibits 618D, 618E                 108
25   Government Exhibits 624 - 633                  121
```

1            P R O C E E D I N G S

2            THE COURTROOM DEPUTY:  Criminal case 21-399, *United*

3    *States of America versus Roman Sterlingov*.

4            Would counsel please state their names for the

5    record, starting with government counsel.

6            MS. PELKER:  Good morning, Your Honor.  Alden Pelker

7    for the United States joined at counsel table by Christopher

8    Brown and Jeff Pearlman.

9            THE COURT:  Good morning.

10           MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

11   for Defendant Roman Sterlingov, who is present in court and

12   joining me at counsel table is Michael Hassard.

13           THE COURT:  All right.  Good morning to you as well.

14           So we are waiting on two jurors, but my understanding

15   is they are 5 minutes out, so it is not going to be much of a

16   wait.  Just while we are waiting on the jurors, did the parties

17   reach a resolution with respect to the C Sam stuff.

18           MS. PELKER:  We did, yes, Your Honor.  I believe we

19   passed up to Ms. Walker a proposed stipulation.  And one note,

20   we also passed up -- basically what the government did was we

21   made redacted copies of each.  We added them as additional

22   exhibits on a new exhibit list.  What we actually are going to

23   do is just replace them on the exhibit list, so the Court can

24   disregard the new entries.  They will not be renumbered

25   essentially.  We do have a proposed stipulation on both the

1    CSAM material and the FinCEN query for Akemashite Omedetou.

2    And we would propose reading these into the records.  Either

3    have the government do it or have the Court do it during

4    witness testimony this morning.

5            THE COURT:  And is the defense agreeable to the two

6    stipulations?

7            MS. PELKER:  Yes, Your Honor.

8            MR. EKELAND:  Yes, Your Honor.

9            THE COURT:  Okay.  I am happy to do it either way,

10   whichever way the parties want me to do it.  You can either

11   read it and I can tell the jury what a stipulation is or I can

12   read it, whichever the parties prefer.

13           MS. PELKER:  Either one is fine with the government,

14   Your Honor.

15           MR. EKELAND:  I think if the Court reads it in, that

16   is fine.

17           MS. PELKER:  That is fine.

18           THE COURT:  Let me know when you think I should do

19   that.

20           MS. PELKER:  I believe we may do the second one

21   first, Your Honor.  And that really can be read in at any time

22   regarding FinCEN.  And then for the CSAM stip, toward the end

23   of Special Agent Santell's testimony when the Welcome to Video

24   records are introduced to explain the redacted boxes.

25           THE COURT:  Why don't you just tell me as we are

1     doing that when that should be done and I will do that.   And

2     then, there are some gavels on the docket still, most of which

3     I think I have ruled on.   But just for purposes of clarity, let

4     me run through some of those while we are waiting.   With

5     respect to the motion to dismiss on venue and statute of

6     limitations grounds.   And I have ruled on that.   And I have

7     denied those motions.

8             With respect to the motion for discovery under Rule

9     12(b)(4)(B), the government has -- it is my understanding has

10    complied with those disclosure requirements.   And so I will

11    deny that as moot.

12            With respect to the defense motions that I

13    transfer -- I would order the marshal service to transfer

14    Mr. Sterlingov from the CTF to the CDF, I have spoken on more

15    than one occasion with the Marshal Service about this.   They

16    have told me that the concerns are precisely the same at the

17    CDF as they are at the CTF.   I have passed along

18    Mr. Sterlingov's preference, but I will deny that motion.

19    Quite frankly, I am not sure I even have the authority to order

20    the marshals service where to hold somebody.   I have spoken to

21    them on a number of occasions about that and conveyed

22    Mr. Sterlingov's concerns.   And my understanding is to the

23    extent they can be addressed, they have been addressed.

24            There was docket 247, which was the motion to exclude

25    evidence of darknet evidence as outside the statute of

1    limitations, irrelevant and more prejudicial than probative

2    under 403.  And that is denied for the reasons I have

3    previously stated on the record.  I certainly don't believe

4    that it is more prejudicial than probative.  And I do think

5    that it is -- that evidence is highly probative in the case.

6    And with respect to the statute of limitations, I have

7    addressed the statute of limitations issue already.  And even

8    if there were not continuing violations at issue here, it

9    would -- the evidence would still be relevant as to the

10   knowledge, the state of mind of the defendant as well as modus

11   operandi.

12          Docket 248 was the objection with respect to the

13   demonstratives, which I have already denied for the reasons

14   stated on the record.

15          251 was the defense motion in limine, objecting to

16   the late Rule 16 production.  And I have addressed that already

17   on the record.  That same motion requests that I rule on the

18   Daubert and change of venue motions, which I have done, change

19   of venue or -- I'm sorry -- on the Daubert issues, as well as

20   the motion to dismiss for lack of venue or statute of

21   limitations.  I ruled on those motions.  So that motion is moot

22   to that extent.  That motion also attached updated credentials

23   for Mr. Cabanas and Mr. Verret.  I have raised in the past and

24   I said it was unclear to me whether the defense was seeking

25   reconsideration of any of my decisions with respect to their

1    qualifications.  And the defense just hasn't come back to me

2    with respect to that.  So I will just deny that as moot.  I am

3    not quite sure what that is intended to convey at this point.

4         Let's see, there is docket 136 and 137, which is the

5    government's motion to keep certain docket materials under

6    seal, which I will address separately.  There was the motion

7    for a hearing on the attorney conflict.  We have addressed that

8    so that is denied as moot at this point.

9         There was docket 250, which I have addressed most of,

10   I think, which was the request for the instruction on juror

11   questions, which I -- which I agreed to give.

12        Explanation on the courtroom phones and sidebars,

13   which I can't remember whether I addressed or not, but I don't

14   think it is necessary at this point.

15        I have previously addressed the issue with respect to

16   the Mt. Gox hack and testimony about that.  There was a request

17   that I preclude improper commenting or questions during voir

18   dire that is, obviously, moot at this point.

19        There is the question with respect to maintaining the

20   jury for a forfeiture phase, if necessary.  I have addressed

21   that.  And a request for 24-hour notice for witnesses and that

22   has been addressed as well, so I will deny -- anything that

23   remains of that motion is moot at this point.

24        Is there anything else that is pending that either

25   party thinks I have not addressed that I need to address?

1          MS. PELKER:  Nothing from the government.

2          THE COURT:  Mr. Ekeland?

3          I understand we still have the issue with respect to

4     Mr. Verret.

5          MR. EKELAND:  Yeah.

6          THE COURT:  Other than that, there may be a couple of

7     other things I need to clean up on the docket.  If there is

8     anything else that you think I need to rule on that I haven't

9     ruled on, let me know.  Should we check to see if we have all

10    of the jurors here?

11         THE COURTROOM DEPUTY:  Yes, Your Honor.  Give me one

12    second.

13         (Jury in at 9:23 a.m.)

14         THE COURT:  All right.  Welcome back, members of the

15    jury.  I have a stipulation to read.

16         A stipulation is an agreement among the parties with

17    respect to certain facts.  And you should treat a stipulation

18    as undisputed evidence for purposes of your consideration.  And

19    the stipulation is as follows:  The Financial Crimes

20    Enforcement Network, FinCEN, which is the federal government

21    agency with primary responsibility for maintaining reports

22    filed pursuant to the Bank Secrecy Act conducted a diligent

23    search for any FinCEN form 107, registration of money services

24    business, under its control that relates to Akemashite

25    Omedetou.  The records search found no such forms filed by or

 1    on behalf of that individual from January 1st, 2011 through

 2    April 27th, 2021.

 3              All right.  And the government may call its next

 4    witness.

 5                    ALEXANDRA COMOLLI, sworn.

 6              THE WITNESS:  I do.

 7              THE COURTROOM DEPUTY:  Thank you.  Please be seated.

 8              MR. PEARLMAN:  May I, Your Honor?

 9              THE COURT:  You may proceed when you are ready.

10                         DIRECT EXAMINATION

11    BY MR. PEARLMAN:

12    Q.   Good morning, ma'am.

13    A.   Good morning.

14    Q.   Can you introduce yourself to the ladies and gentlemen of

15    the jury by spelling your name and saying your full name.

16    A.   Good morning.  My name is Alexandra Comolli,

17    C-O-M-O-L-L-I.

18    Q.   Where do you work?

19    A.   I work at the Department of Justice.

20    Q.   Are you an attorney?

21    A.   I am an assistant United States Attorney for the Southern

22    District of Florida.

23    Q.   Is that a prosecutor?

24    A.   I am, yeah.

25    Q.   How long have you been doing that?

1    A.    Approximately two and a half years now.

2    Q.    Prior to joining that office, where did you work?

3    A.    I was with the Federal Bureau of Investigation.

4    Q.    What was your role there?

5    A.    I was an analyst.

6    Q.    What type of cases did you work on?

7    A.    I worked on cyber cases to start with.  I spent about four

8    and a half years in the cyber division, switched over to the

9    criminal investigative division, where I worked online darknet

10   marketplaces and money laundering.

11   Q.    Did part of that work include undercover work?

12   A.    It did, yes, specifically online though.

13   Q.    So was one of your roles to be an online undercover?

14   A.    That is correct.

15   Q.    What did that entail for you?

16   A.    Yeah.  I would be tasked to assist with different

17   investigations in an undercover capacity, meant that I would go

18   online and complete whatever task that I had been assigned.  It

19   also involved a training course.  I took a week-long training

20   course in order to be certified as an online undercover.

21   Q.    How long did you serve as an undercover?

22   A.    I was certified I believe it was May 2015.  And I served

23   in that capacity until I left the Bureau in September 2021.

24   Q.    What type of cases did you serve as an undercover?

25   A.    The same type of cases that I had been assigned to work

1    to.

2    Q.   Did you also train others how to be an online undercover?

3    A.   I did, yeah.

4    Q.   Generally speaking, in your work with the FBI, did you

5    become familiar with a service called Bitcoin Fog?

6    A.   I did.

7    Q.   And were you asked to conduct an undercover transaction on

8    the site?

9    A.   Yes.

10   Q.   Did you review -- I want to take you to March 2016.

11   A.   Okay.

12   Q.   Did you have a chance to review the Bitcoin Fog site at

13   that time?

14   A.   I did, yeah.

15   Q.   I want to show you what has been marked as Government

16   Exhibit 208A.  Do you recognize what that is?

17   A.   I do.

18   Q.   What is 208A?

19   A.   This is the top bit of the Bitcoin Fog website, as I

20   observed it in March 2016.

21   Q.   Did you have a chance to take pictures or memorialize your

22   view of the site?

23   A.   Yeah.  I screenshotted everything, although I didn't know

24   how to full page screenshot, so sometimes the page is in half.

25   Q.   Right.  So let's look at 208B.  What is that?

1    A.   That is the second half of the landing page of Bitcoin

2    Fog.

3              MR. PEARLMAN:  Move to introduce Government

4    Exhibit 208A and 208B.

5              THE COURT:  Any objection?

6              MR. EKELAND:  No objection, Your Honor.

7              THE COURT:  208A and 208B are admitted and may be

8    published to the jury.

9              (Whereupon, Exhibit No. 208A, 208B was admitted.)

10   BY MR. PEARLMAN:

11   Q.   So showing the jury 208A and now showing 208B.  Did you

12   have a chance to register on the site?

13   A.   Yes.  At some point, I created an account.

14   Q.   Let me show you 208C.  Do you recognize that?

15   A.   Yeah.  That is the page after you have logged in or after

16   I logged into Bitcoin Fog.

17             MR. PEARLMAN:  Move to introduce Government

18   Exhibit 208C.

19             THE COURT:  Any objection?

20             MR. EKELAND:  No objection.

21             THE COURT:  208C is admitted and may be published to

22   the jury.

23             (Whereupon, Exhibit No. 208C was admitted.)

24   BY MR. PEARLMAN:

25   Q.   Can you read the portion beginning with the standard

1   procedure?

2   A.   Yep.   "The standard procedure to anonymize Bitcoins is to

3   make a deposit at the deposit page and after some time request

4   a withdrawal."

5   Q.   Keep going.

6   A.   "Your Bitcoins are mixed in our internal pool with other

7   users' Bitcoins and then get paid back to your new address or

8   multiple addresses in a number of randomized amounts at

9   randomized times, thus making it highly unlikely to trace the

10   origin of your Bitcoins and definitely making it impossible to

11   prove.  We make your Bitcoins truly anonymous.   The service

12   currently only takes between 1 percent and 3 percent fee on all

13   deposits.   The fee is randomized for each deposit to further

14   obscure linking money going into and out of the Fog."

15   Q.   Let me turn your attention to 208D, which has not been

16   admitted.  Do you recognize this page?

17   A.   This is the deposit page for Bitcoin Fog.

18   Q.   Is this something you were able to access after you had

19   already registered?

20   A.   Correct.

21        BY MR. PEARLMAN:  Move to introduce Government

22   Exhibit 208D, as in dog.

23        THE COURT:  Any objection?

24        MR. EKELAND:  No objection, Your Honor.

25        THE COURT:  208D is admitted and may be published to

1    the jury.

2              (Whereupon, Exhibit No. 208D was admitted.)

3    BY MR. PEARLMAN:

4    Q.   And I am going to direct your attention about one third of

5    the way down.  Do you see a deposit address that begins with

6    18EUE1?

7    A.   Yes, I do.

8    Q.   What did you understand that to be?

9    A.   That was the address that was going to be tied to my

10   Bitcoin Fog account.  So if I wanted to send money to Bitcoin

11   Fog to use their service, that would be the deposit address I

12   would use.

13   Q.   Show you what has not been admitted yet as 208E.  Do you

14   recognize 208E?

15   A.   Yes, I do.

16   Q.   What is that?

17   A.   This is the same deposit page, however I had asked the

18   site for a new deposit address, which is what you see

19   immediately under the original deposit address, which is the

20   address beginning 148D8.

21              MR. PEARLMAN:  Move to introduce Government

22   Exhibit 208E.

23              THE COURT:  Any objection?

24              MR. EKELAND:  No objection.

25              THE COURT:  208E is admitted and may be published to

1    the jury.

2              (Whereupon, Exhibit No. 208E was admitted.)

3    BY MR. PEARLMAN:

4    Q.   So, again, you had the 18EUE which you testified that

5    deposit address and then you created another deposit address;

6    is that right?

7    A.   Correct.

8    Q.   And that you testified was 148D8A?

9    A.   Correct.  That was the one that -- when I requested the

10   new deposit address that is what was generated for me, yes.

11   Q.   Let me show you Government Exhibit not yet admitted, 208F.

12   Do you recognize that?

13   A.   Yeah.  That is the withdrawal page for Bitcoin Fog.

14   Q.   And do you see where it says list of addresses?

15   A.   Yes.

16             MR. PEARLMAN:  I would move to introduce Government

17   Exhibit 208F.

18             THE COURT:  Any objection?

19             MR. EKELAND:  No objection.

20             THE COURT:  208F is admitted and may be published to

21   the jury.

22             (Whereupon, Exhibit No. 208F was admitted.)

23   BY MR. PEARLMAN:

24   Q.   So if you can go to the upper right-hand part of the

25   screen, you should be able to use that to draw.

DIRECT EXAMINATION OF ALEXANDRA COMOLLI          17

1    A.    Uh-huh.

2    Q.    Do you see that button on the upper right-hand part of the

3    screen?

4    A.    I see it, yeah.

5    Q.    So can you just draw a circle around the list of addresses

6    to transfer Bitcoins to?

7    A.    (Complying).

8    Q.    And do you see an area where it says time span?

9    A.    Yes.  Right here.

10   Q.    Can you read what that says?

11   A.    "Specify how many hours should transactions be spread

12   across, minimum 6 hours, max 96 hours."

13   Q.    Do you see anywhere where it says delay?

14   A.    Yes, right below it.

15   Q.    Could you read that as well, please?

16   A.    Yeah.  It says, "Number of hours to wait before starting

17   withdrawal.  Using this value will make your withdrawal be

18   created in pending mode and, of course, be canceled afterwards,

19   max 48 hours."

20   Q.    And then if you could hit that button again and erase the

21   marks.

22              THE COURT:  You can approach if you want to show her

23   how to do it.

24              THE COURTROOM DEPUTY:  I have to get IT up.  I am not

25   sure why it is not clearing.

1          MR. PEARLMAN:  I think we can probably keep going.

2          THE COURT:  Maybe if we turn the screen off and back

3     on.

4          THE COURTROOM DEPUTY:  I did that, Judge.

5          THE COURT:  If you turn your system off here, maybe

6     the portion that you attach with may be back on and off.

7          You should continue, yes.

8          MR. PEARLMAN:  Okay.

9     BY MR. PEARLMAN:

10    Q.   Did you also access what was a support page on Bitcoin

11    Fog?

12    A.   I did, yeah.

13         MR. PEARLMAN:  Okay.  Show Government Exhibit 208G,

14    which has not yet been admitted, please.

15         THE COURTROOM DEPUTY:  I didn't hear you.  208?

16         MR. PEARLMAN:  208G.

17    BY MR. PEARLMAN:

18    Q.   Is this another view of the withdrawal page?

19    A.   Yeah.

20    Q.   This is just the bottom half of the withdrawal page.

21    A.   All right.

22    Q.   I want to take you to July --

23         THE COURT:  Did you want to admit that one or not?

24         MR. PEARLMAN:  Yes, I'm sorry.  Move to admit 208G.

25         THE COURT:  Any objection?

1          MR. EKELAND:  No objection.

2          THE COURT:  208G is admitted and may be published to

3     the jury.

4          (Whereupon, Exhibit No. 208G was admitted.)

5     BY MR. PEARLMAN:

6     Q.   You see the bottom there, submit withdrawal?

7     A.   Yeah.  That is the big blue button I press when I am

8     trying to complete the withdrawal.

9     Q.   Now, in March 2016, to be clear, did you attempt to do a

10    transaction at that time?

11    A.   No.

12    Q.   I want to take you to July 2016.  Did you attempt to do a

13    transaction on that day?

14    A.   To July, you said?

15    Q.   I'm sorry, June 2016.

16    A.   June, yes, I did.

17    Q.   I'm sorry.  July 26, 2016?

18    A.   July, you said, July 26?  Yeah, that was the correct day.

19    Yeah.

20    Q.   And where were you located, what district or state?

21    A.   I was in the District of Columbia.

22    Q.   Let me show you 209A, not yet admitted into evidence.  Do

23    you recognize this screen?

24    A.   Yes, I do.

25    Q.   Is this part of what you saw on Bitcoin Fog at that time?

DIRECT EXAMINATION OF ALEXANDRA COMOLLI

```
1    A.    Yes.
2              MR. PEARLMAN:  Move to admit 209A.
3              THE COURT:  Any objection?
4              MR. EKELAND:  No objection.
5              THE COURT:  209A is admitted and may be published to
6    the jury.
7              (Whereupon, Exhibit No. 209A was admitted.)
8    BY MR. PEARLMAN:
9    Q.    Okay.  About a third of the way down, do you see a deposit
10   address?
11   A.    Yes, I do.
12   Q.    Can you just read the first five or six characters of
13   that?
14   A.    Sure.   1Nuf3K1k.
15   Q.    Now, let me show you marked for identification purposes as
16   209B, as in boy.  Do you recognize that?
17   A.    Yeah.   That is the same Bitcoin address we just saw on the
18   Bitcoin Fog website.
19   Q.    That is over on the left-hand side where it says address?
20   A.    Yes.   Correct.
21   Q.    And why did you go to blockchain info?
22   A.    I wanted a source independent from the website that I was
23   on that showed this address had no transaction history.
24             MR. PEARLMAN:  Okay.  Move to introduce Government
25   Exhibit 209B.
```

1          THE COURT:  Any objection?

2          MR. EKELAND:  No objection.

3          THE COURT:  Exhibit 209B is admitted and may be

4    published to the jury.

5               (Whereupon, Exhibit No. 209B was admitted.)

6    BY MR. PEARLMAN:

7    Q.   And, again, this is the screen with the -- where you went

8    to blockchain.info?

9    A.   Correct.

10   Q.   And the address of 1Nuf3K is on there?

11   A.   Correct.

12   Q.   And is that the same address that was provided to you by

13   Bitcoin Fog in the previous exhibit?

14   A.   Yes, that is right.

15   Q.   Now let me show you Government Exhibit for identification

16   purpose as 209C.  Are you familiar with a service called

17   Coinapult?

18   A.   Yes, I am.

19   Q.   What is that?

20   A.   That is just an online wallet service.

21   Q.   Did you establish an account there?

22   A.   I did.

23   Q.   Is this Government Exhibit 209C, is that a reflection of

24   something done to your account with respect to doing a

25   transaction on Bitcoin Fog?

1   A.   Yes.  So this -- what this shows is my Coinapult wallet

2   that -- where I am sending a payment or sending a transaction.

3   Q.   So they are not seeing it yet, I'm sorry.

4            BY MR. PEARLMAN:  Let me move to introduce 209C.

5            THE COURT:  Any objection?

6            MR. EKELAND:  No objection.

7            THE COURT:  Exhibit 209C is admitted and may be

8   published to the jury.

9            (Whereupon, Exhibit No. 209C was admitted.)

10  BY MR. PEARLMAN:

11  Q.   Now forgive me.  If you could explain what the jury is

12  looking at.

13  A.   Sure, of course.  So what I was doing here was sending the

14  contents of my Coinapult wallet to the address that Bitcoin Fog

15  had given me that was assigned to my account there.

16  Q.   And is that the same 1Nuf3K?

17  A.   Correct, yes.  So I sent the full balance of this wallet

18  .12628.

19  Q.   Let me show you 209D, as in dog, for identification

20  purposes.  Is this another Coinapult screen reflecting work on

21  your account?

22  A.   Yeah.  This is just the transactions page, yep.

23            MR. PEARLMAN:  Move to introduce Government

24  Exhibit 209D.

25            THE COURT:  Any objection?

```
1                    MR. EKELAND:  No objection.

2                    THE COURT:  Exhibit 209D is admitted and may be

3     published to the jury.

4                    (Whereupon, Exhibit No. 209D was admitted.)

5     BY MR. PEARLMAN:

6     Q.    Could you show the -- explain to the jury what you are

7     looking at now?

8     A.    Yes.  So this is the transaction history page for my

9     Coinapult wallet.  You can see the outgoing payment on Tuesday,

10    July 26.  And it is going from my Coinapult wallet to the

11    address provided to me that is associated with my account at

12    BitcoinFog.

13    Q.    And what is the amount?

14    A.    The amount is .1628.

15    Q.    Let me show you for identification purposes 209F.  Is 209F

16    another series of screenshots for this transaction?

17    A.    Yeah.  209F shows -- this is just a page for Bitcoin Fog

18    that shows the deposit had come in.

19                   MR. PEARLMAN:  Move to introduce 209F.

20                   THE COURT:  Any objection?

21                   MR. EKELAND:  No objection.

22                   THE COURT:  209F is admitted and may be published to

23    the jury.

24                   (Whereupon, Exhibit No. 209F was admitted.)

25    BY MR. PEARLMAN:
```

1    Q.    So do you see there where it says logged in as?

2    A.    Yeah.

3    Q.    So who is it logged in as?

4    A.    It is logged in as Bobcat 7.

5    Q.    Who is Bobcat 7?

6    A.    I am Bobcat 7.

7    Q.    Is that a name that you gave yourself?

8    A.    It is the name of the account that I created, yes.

9    Q.    And what is the amount for the first four digits of the

10   account balance now?

11   A.    It is .1597.

12   Q.    What was your understanding as to -- what is your

13   understanding as to whether that is more or less than what you

14   deposited?

15   A.    That is less than what I had sent to the service.

16   Q.    Did you have an understanding as to why that was?

17   A.    Yeah, it was less a fee.

18   Q.    Did you then seek to conduct another transaction involving

19   Bitcoin Fog?

20   A.    Yes.  It would be the withdrawal transaction.

21   Q.    So let me show you for identification purposes 209E.

22         Do you recognize 209E?

23   A.    I do.

24   Q.    Is that another screenshot concerning this transaction?

25   A.    Yeah.  This is another wallet that I had, uh-huh.

```
1              MR. PEARLMAN:  Move to introduce Government

2   Exhibit 209E.

3              THE COURT:  Any objection?

4              MR. EKELAND:  No objection.

5              THE COURT:  209E is admitted and may be published to

6   the jury.

7              (Whereupon, Exhibit No. 209E was admitted.)

8   BY MR. PEARLMAN:

9   Q.   So can you explain to the jury what they are looking at?

10  A.   Yeah.  This is another undercover wallet I had created on

11  blockchain.info, which also provided wallet services.  And this

12  particular screenshot shows the address beginning 15DB1Q.  That

13  address was assigned to my wallet at blockchain.info.

14  Q.   So that is your address?

15  A.   That is my address that is -- well, it is the Bureau's

16  address.

17  Q.   Let me show you 209G for identification.  And is this

18  another screenshot concerning this transaction?

19  A.   Yeah.  So what I did was, I just copied and pasted the

20  address that -- for that wallet.  That is where I wanted the

21  money to go.  And I put it right in here.

22             MR. PEARLMAN:  Move to admit 209G.

23             THE COURT:  Any objection?

24             MR. EKELAND:  No objection, Your Honor.

25             BY THE COURT:  209G is admitted and may be published
```

1    to the jury.

2    BY MR. PEARLMAN:

3    Q.    Okay.  So halfway down is there another address that is

4    listed for withdrawal?

5    A.    Yeah.  So that is the address that was in my

6    blockchain.info wallet.  I copied and pasted it right into this

7    text box here, beginning 1DB1Q.

8    Q.    And --

9    A.    My apologies.  15DB1Q.

10   Q.    What is the address of your withdrawal?

11   A.    The full balance of my account of Bitcoin Fog.

12   Q.    Let me show you 209H for identification.  Did you -- is

13   this another screenshot in this transaction?

14   A.    Yeah.

15          MR. PEARLMAN:  Move to introduce 209H.

16          THE COURT:  Any objection?

17          MR. EKELAND:  No objection.

18          THE COURT:  209H is admitted and may be published to

19   the jury.

20          (Whereupon, Exhibit No. 209H was admitted.)

21   BY MR. PEARLMAN:

22   Q.    I just want to know what is the time span there?

23   A.    The time span is six, that was the minimum, six hours.

24   Q.    Now, let me show you 209I for identification.  Do you

25   recognize this as another part of the transaction?

1    A.    I do, yes.

2              MR. PEARLMAN:  Move to introduce 209I.

3              THE COURT:  Any objection?

4              MR. EKELAND:  No objection.

5              THE COURT:  209I is admitted and may be published to

6    the jury.

7              (Whereupon, Exhibit No. 209I was admitted.)

8    BY MR. PEARLMAN:

9    Q.    What are we seeing on this?

10   A.    Yeah.  So this is just a page to review your withdrawal.

11   So it has got that cat CAPTCHA there where you had to figure

12   out what letters there were.  And then the rest of it above it

13   is just explaining -- these are the details of the transaction.

14   Do you still want to move forward with it?

15   Q.    Let me show you 209J.  And is this you completing the

16   CAPTCHA?

17   A.    Yeah.

18             MR. PEARLMAN:  Move to introduce 209J.

19             THE COURT:  Any objection?

20             MR. EKELAND:  No objection.

21             THE COURT:  209J is admitted and may be published to

22   the jury.

23             (Whereupon, Exhibit No. 209J was admitted.)

24   BY MR. PEARLMAN:

25   Q.    Again, is this you completing the CAPTCHA?

1    A.    Correct.

2    Q.    Let me show you now 209L for identification purposes.  And

3    is this another part of the transaction?

4    A.    Yes, it is.

5            MR. PEARLMAN:  Move to introduce 209L.

6            THE COURT:  Any objection?

7            MR. EKELAND:  No objection.

8            THE COURT:  209L was admitted and may be published to

9    the jury.

10           (Whereupon, Exhibit No. 209L was admitted.)

11   BY MR. PEARLMAN:

12   Q.    Does this reflect whether the withdrawal is going to

13   occur?

14   A.    Yeah.  I -- on that last page, I hit the submit button,

15   the blue one.  And this shows that the transaction was

16   happening, yes.

17   Q.    And let me show you finally 209M.  Did you return to

18   blockchain.info?

19   A.    I did, yeah.

20   Q.    Is this another reflection of what occurred with the

21   transaction?

22   A.    Yes.  So this is the blockchain -- this was -- I'm sorry.

23   This shows my address for my blockchain.info wallet and it

24   shows the transaction history of that wallet, yeah.

25           MR. PEARLMAN:  Move to introduce 209M.

1          THE COURT:  209 -- any objection?

2          MR. EKELAND:  No objection.

3          THE COURT:  209M is admitted and may be published to

4    the jury.

5              (Whereupon, Exhibit No. 209M was admitted.)

6    BY MR. PEARLMAN:

7    Q.    Okay.  You testified before about the 15DB1 that is your

8    account?

9    A.    Yes.  Correct.

10   Q.    Or the FBI's account?

11   A.    Correct.  Yeah.

12   Q.    So what does this screen reflect now?

13   A.    Yeah.  So this shows there are two transactions coming

14   into that address on July 26th, 2016.

15   Q.    And do those two total the amount that you withdrew?

16   A.    Yes, they do.

17            MR. PEARLMAN:  Pass the witness, Your Honor.

18            THE COURT:  All right.  Any cross?

19            MR. EKELAND:  No questions, Your Honor.

20            THE COURT:  All right.  You are excused.  Thank you.

21            THE WITNESS:  Thank you, Your Honor.

22            THE COURT:  The government may call its next witness.

23            MS. PELKER:  The government calls Special Agent

24   Steven Santell.

25            Ms. Walker, if it helps for this witness, if it's

1    fine with defense counsel, there are a couple cells in

2    spreadsheets that we would select.  But we could ask Dr. Ramjee

3    to just click on them rather than circle on the screen so we

4    don't have an issue.  Is that --

5                   MR. EKELAND:  I didn't hear what you said.

6                   MS. PELKER:  Instead of having the witness circle on

7    the screen, which seems to be causing issues, we can click and

8    ask Dr. Ramjee to select them.

9                   THE COURTROOM DEPUTY:  Thank you.

10                   THE COURT:  Thank you, Ms. Walker.

11                   Ms. Walker has every duty now too.  We have to swear

12   the witness.

13                          STEVEN SANTELL, sworn.

14                   THE WITNESS:  I do.

15                   THE COURTROOM DEPUTY:  Thank you.  Please be seated.

16                          DIRECT EXAMINATION

17   BY MS. PELKER:

18   Q.   Special Agent Santell, could you please state and spell

19   your full name?

20   A.   Steven Santell; S-T-E-V-E-N, S-A-N-T-E-L-L.

21   Q.   Could you just pull the microphone down a bit so that the

22   court reporter can hear you?

23   A.   Is that a little better?

24   Q.   Yes.  Thank you, Agent Santell, where do you work?

25   A.   I work at the FBI.

1  Q.   How long have you worked with FBI?

2  A.   Since 2022.

3  Q.   What did you do before joining the FBI?

4  A.   Before I joined the FBI, I was a software developer.

5  Q.   What did your work as a software developer involve?

6  A.   It primarily built out the infrastructure for database

7  systems in the front and back end for companies' internal and

8  external websites.

9  Q.   Can you summarize your educational background?

10  A.   I have a bachelor's of science in computer science.

11  Q.   Have you had additional training in cyber matters since

12  joining the FBI?

13  A.   I have.  I completed the FBI's accelerated cyber training

14  program and the certification in Chainalysis Reactor course.

15           MR. EKELAND:  Objection, Your Honor.  Could we pick

16  up the phone for one moment?

17           (Conference held at the bench.)

18           MS. PELKER:  We are -- this is really just quick

19  background.  He is not talking about anything.  I have got two

20  more background questions and then we just have him reading

21  from spreadsheets.

22           MR. EKELAND:  Okay, Your Honor.  That was my concern

23  was a 702 concern.  I couldn't tell where it was going.  As

24  long as that is -- I have no reason to disbelieve that

25  representation, so withdrawn.

1          THE COURT:  We'll know whether it is true very soon.

2          MR. EKELAND:  Yes.

3          (End of bench conference.)

4   BY MS. PELKER:

5   Q.    And what squad are you assigned to at the FBI?

6   A.    A criminal cyber task force.

7   Q.    And what types of cases do you work on there?

8   A.    Primarily, my cases consisted mostly of ransomware cases,

9   forums, marketplaces, and a little bit of business email

10  compromises.

11  Q.    And have some of your investigations involved

12  cryptocurrency and the darknet?

13  A.    So far, every single one of my investigations have

14  involved cryptocurrency.

15  Q.    From your work at the FBI, are you familiar with darknet

16  marketplaces?

17  A.    Yes.

18  Q.    Can you explain what a darknet marketplace is?

19  A.    Sure.  A darknet marketplace is just like any other

20  marketplace, but in order to access them, you can't really go

21  to Google.  You need to access them on like a Tor browser.

22  There is marketplaces that, you know, are typically used for,

23  you know, buying and selling illegal activity.

24  Q.    And what sorts of things are sold on darknet marketplaces

25  that you --

1    A.   My experience, I seen drugs be bought and sold on there,

2    even like murder-for-hire contracts.  You can purchase really

3    just any type of illegal thing that you are looking for.

4    Q.   In the cybercrime context, have you seen hacking tools --

5    A.   Yeah.

6         MR. EKELAND:  Objection, Your Honor, relevance.

7         MS. PELKER:  We are just laying the foundation of

8    what is being sold on the markets that he is about to testify

9    to.

10        THE COURT:  Overruled.

11        THE WITNESS:  So we have seen, for instance, like

12   ransomware being sold on darknet market forums, as well as

13   people advertising the ability to intrude into other computers,

14   to just essentially hold the door open to all of the threats

15   after to come in and release ransomware or I am sure everyone

16   has probably been a victim in some way of data compromise.  We

17   seen data being sold on these darknet markets as well.

18   BY MS. PELKER:

19   Q.   Does that include stolen identification documents as well

20   as the stolen financial information?

21   A.   Yeah, it can include that.

22   Q.   How do people pay for things on darknet markets?

23   A.   Typically they pay for them in cryptocurrency.

24   Q.   In your work for this case, did you review records from

25   the marketplace Silk Road?

DIRECT EXAMINATION OF STEVEN SANTELL

1    A.    I did.

2    Q.    What was Silk Road?

3    A.    Silk Road was a darknet market.

4    Q.    And did the FBI ultimately take down Silk Road and seize

5    its servers?

6    A.    They did.

7    Q.    And as part of that investigation, did the FBI acquire

8    Silk Road's records that it had been collecting at the time?

9    A.    They did.

10   Q.    Did you review records from those select records for Silk

11   Road users in preparation for your testimony today?

12   A.    I did.

13   Q.    Showing you what is not yet in evidence as Exhibit 602A.

14   Agent Santell, can you explain what is shown here?

15   A.    Sure.  So this is the Silk Road.  It is essentially the

16   home page for Silk Road.

17   Q.    And this is a fair and accurate depiction of the Silk Road

18   home page as it existed when the records were obtained by the

19   FBI?

20   A.    Yeah.

21              MS. PELKER:  Move to admit Exhibit 602A.

22              THE COURT:  Any objection?

23              MR. EKELAND:  Hearsay and relevance and 403.

24              THE COURT:  602A is admitted and may be published to

25   the jury.

1      (Whereupon, Exhibit No. 602A was admitted.)

2   BY MS. PELKER:

3   Q.   Special Agent Santell, can you explain what is shown here,

4   especially kind of front and center with these photographs?

5   A.   Yeah.  So essentially this is -- what you can see is for

6   sale on there.  You can see that there is pure MDMA and there

7   is a photo of it as well, another photo of like 7 grams of

8   speed, just a quick, you know, when you are looking at some of

9   these examples that are on there.

10  Q.   And is this what a visitor to Silk Road would have seen

11  when they first accessed the site's home page?

12  A.   Yes.

13  Q.   Can you explain what is shown along the left-hand side

14  under shop by category?

15  A.   Yeah.  So it is your standard categories.  I know, you

16  know, you can see there is drugs, apparel, art, books,

17  collectibles.  It is whatever you are looking for is on there.

18  You can also see like in the drugs area there is broken down

19  into subsections, so not only is it drugs, but it gets more

20  specific, from there, cannabis, dissolvatives, Ecstasy,

21  intoxicants and the list goes on.

22  Q.   What do the numbers next to those categories indicate?

23  A.   It stands for -- so for drugs there are 3,802 listed items

24  in drugs.  And then they break it down into subcategories.  So

25  for cannabis there is 2,906 listed items there.

1   Q.   And what is that search bar at the top in the center?

2   A.   Yep.  So the search bar, just like if you go to Amazon,

3   you want to type something in, it helps you identify the search

4   instead of you meticulously going through and trying to find

5   something.

6   Q.   What about above that, where it says messages and then

7   reading across to the right?

8   A.   So when you create an account on here, you have the

9   ability to message the users on here as well, whether it is

10  vendors -- typically the vendors themselves.  You also have

11  your orders and then you see the account.  The account is just

12  how much money you currently have in your account to purchase

13  things.

14  Q.   And it might be difficult to zoom in here.  Is that a

15  dollar sign or something else before the zero sign?

16  A.   So in the green text you will see it is B for Bitcoin.

17  Everything on the Silk Road is essentially bought and sold via

18  Bitcoin.  And then next to it in like the gray kind of section,

19  it is dollars so it shows the US conversion from that Bitcoin

20  to dollars.

21  Q.   And how would a user load their account to Silk Road with

22  money?

23  A.   Essentially you use different cryptocurrency exchanges to,

24  from there, I guess input whatever typical currency they want.

25  And then from there they would transfer Bitcoin to their

DIRECT EXAMINATION OF STEVEN SANTELL

```
1    account on Silk Road.
2    Q.   If we could zoom back out.  Can you explain what is the
3    shopping cart icon on that upper right-hand corner?
4    A.   Yep.  Shopping cart works just like -- I am going to keep
5    referring to Amazon.  Where if you want to put a different list
6    of your items in there, you put them right in that shopping
7    cart and when you are ready to check out, you click on that and
8    the product can be yours.
9    Q.   I am going to ask if we can try and speak a little bit
10   slower for the court reporter.
11   A.   That I can.
12   Q.   If we could pull up Exhibit 602B, which is not yet in
13   evidence.  What is shown in 602B?
14   A.   This is one of the items that are for sale on the Silk
15   Road.  We can see that it is a photo listed there.  And it is 1
16   gram of crystal meth shards.
17   Q.   Is this a fair and accurate depiction of the listing as it
18   existed on Silk Road at the time?
19   A.   It is.
20        MS. PELKER:  Move to admit Government Exhibit 602B.
21        THE COURT:  Can you just clarify what time you are
22   talking about?
23   BY MS. PELKER:
24   Q.   As it existed on Silk Road when the records were acquired
25   by the FBI?
```

1    A.    That is correct.

2              THE COURT:  Yeah.  I just wanted -- I wanted to know

3    what time frame that was.

4    BY MS. PELKER:

5    Q.    In 2013?

6    A.    Correct.

7              THE COURT:  Any objection?

8              MR. EKELAND:  401, 403, 803, cumulative.

9              THE COURT:  Overruled.

10             Exhibit 602 is admitted and may be published to the

11   jury.

12             (Whereupon, Exhibit No. 602 was admitted.)

13   BY MS. PELKER:

14   Q.    Special Agent Santell, can you explain what is shown in

15   this listing here for crystal meth?

16   A.    In the description, you mean?

17   Q.    So the jury can now -- they can now see it.  Can you walk

18   them through what you were describing?

19   A.    So if you look on the screen here, we see that this is one

20   of the items that are listed for sale.  You can see an image of

21   a crystal meth shard and the title of it.  As you can see, it

22   is 1 gram of crystal meth shards.  You can see it is listed for

23   sale for $115.  And you can see the category over on the

24   right-hand column which is meth.

25   Q.    And can you read the description in the lower portion of

DIRECT EXAMINATION OF STEVEN SANTELL

1   the screen?

2   A.   Sure.  "Free shipping within US.  Fresh batch of nice

3   clean shards grams 1/8s, ounce zones, zones, custom orders,

4   stealth shipping, down under and around the globe, large

5   qualities are available upon request."

6   Q.   What is the price listed for this 1 gram of crystal meth?

7   A.   115 USD.

8   Q.   And would that have actually been paid in dollars or in

9   Bitcoin?

10  A.   No, that would have been paid in Bitcoin.

11  Q.   Where does this indicate -- listing indicate it is

12  shipping from?

13  A.   So if you look over to the right-hand side under the item

14  info, you can see it ships from the United States of America

15  and ships to the rest of the world.

16  Q.   So if a Silk Road user wanted to buy the meth that is

17  shown here, what would he or she have to do?

18  A.   Sure.  So you can add it to your cart and then access your

19  cart and then check out, same kind of process as Amazon.

20  Q.   Can you -- maybe with Dr. Ramjee's assistance if we can

21  note under the $115 where you would click at?

22  A.   So if you see where the $115 is in red, right below, there

23  is that add to cart button, once that is selected, you see all

24  of the way to the top right, you will see the little cart icon.

25  It would add another number to that.

1   Q.   Once it was in the cart, what would the buyer do to

2   essentially check out?

3   A.   Yep.  So in order to check out, I guess the money would

4   then on the screen be converted into Bitcoin.  And I guess that

5   transaction would follow from there once you hit the procedure

6   check out button the transaction then begins.

7   Q.   Did Silk Road keep records of all of the sales conducted

8   on the site?

9   A.   It did.

10  Q.   Did you review records for the defendant's Silk Road

11  account with the username Pas?

12  A.   I did.

13  Q.   If we could direct your attention to what is not in

14  evidence 603C, E, F, H, N, S and J.  And I believe C and F are

15  already in evidence, but if we can look at them as a batch

16  here.

17       And, Special Agent Santell, are these fair and accurate

18  reflections of the activity of the defendant's Pas account on

19  Silk Road as collected by the FBI in 2013?

20  A.   Yes.

21       MS. PELKER:  Government moves to admit C, E, F --

22  603C, E, F, H, N, S and J.

23       THE COURT:  All right.  Any objection?

24       MR. EKELAND:  401, 403, 803.

25       THE COURT:  All right.  The objection is overruled

DIRECT EXAMINATION OF STEVEN SANTELL

1    and Exhibit 603C, E, F, H, N, S and J are admitted and may be

2    published to the jury.

3              (Whereupon, Exhibit No. 603C, E, F, H, N, S and J

4    were admitted.)

5    BY MS. PELKER:

6    Q.   Special Agent Santell, just to be clear, was the FBI's

7    Bitcoin Fog investigation based on the defendant's personal

8    drug purchases on Silk Road?

9    A.   No.

10   Q.   But do those records reveal the defendant used and was

11   familiar with Silk Road?

12   A.   Correct.

13   Q.   Directing your attention to 603C, the user's table here.

14   Is this the user record for the defendant's Pas account?

15   A.   Yes.

16   Q.   And if we could just select on the screen the Pas username

17   in column C.  And scrolling to the far right in the last two

18   columns here.  Can you note what the date was that the Pas

19   account was created?

20   A.   Yep.  In column BA, date created was 7/13/2011.

21   Q.   And what about the last date modified?

22   A.   The BB, the last date modified was 6/12/2013.

23   Q.   And on the column AX, the last action date?

24   A.   Last action date, was 9/15/2023.  I'm sorry.  2013, excuse

25   me.

1   Q.   Did you review the records of some of the defendant's drug

2   purchases using this Silk Road account?

3   A.   I did.

4   Q.   Directing your attention to 603H.  Is this the last

5   recorded purchase in the defendant's Silk Road account?

6   A.   Yes.

7   Q.   And column A, could you read the listing title of what the

8   defendant purchased?

9   A.   Yep.  10 ST LSD.

10  Q.   And over on column F, what was the date this order was

11  finalized?

12  A.   6/30/2013.

13  Q.   Did Silk Road also store older transactions in archive

14  tables?

15  A.   They did.

16  Q.   Directing your attention to 603S.  Is this the archive

17  record from the defendant's early Silk Road purchases?

18  A.   It is.

19  Q.   And can you read down the descriptions noted in column C?

20  A.   The categories tab is LSD and crystal powder.

21  Q.   And in --

22         THE COURT:  Can I pause for a second here.  I want to

23  make clear for the jury that nothing in this case turns on

24  whether or not Mr. Sterlingov used or purchased any illegal

25  drugs.  And you shouldn't consider this evidence in that regard

1    or in any way with respect to his character in any way.  This

2    evidence is only coming in to show his -- for the government to

3    attempt to show what his knowledge was with respect to Silk

4    Road.

5    BY MS. PELKER:

6    Q.    Directing your attention to column I for this second row.

7    What date was that first order placed?

8    A.    First order was created and placed on 7/15/2011.

9    Q.    Did you also review messages that the defendant sent to

10   several vendors using Silk Road?

11   A.    I did.

12   Q.    Let's now turn to Silk Road vendors who sent the proceeds

13   to Bitcoin Fog.  If we could pull up what is in evidence as

14   Exhibit 601 --

15             MR. EKELAND:  Objection, Your Honor.  I think counsel

16   was testifying there.

17             MS. PELKER:  We are just moving to 601A.

18             THE COURT:  So the question is -- the objection is

19   sustained.  And the question is stricken.  You can rephrase the

20   question.

21   BY MS. PELKER:

22   Q.    If we could direct your attention to 601A.  And Special

23   Agent Santell, is this a listing of vendors who sent their

24   funds to Bitcoin Fog?

25   A.    It is.

1    Q.   And did you review records for the various vendors whose

2    user names are shown in column B?

3    A.   I did.

4    Q.   Starting with the top, did you review records for a

5    Bitcoin Fog customer who used the Silk Road moniker Symbiosis?

6    A.   I did.

7    Q.   Prior to your testimony today, did you review Government

8    Exhibit 608A through Q?

9    A.   I did.

10   Q.   If we could pull up 608A, which is not yet in evidence.

11   And did the 608 series fairly and accurately reflect the

12   records of Symbiosis' activity on Silk Road as captured by the

13   FBI when the site was seized?

14   A.   It does.

15            BY MS. PELKER:  Government moves to admit

16   Exhibit 608A through Q.

17            THE COURT:  I'm sorry.  A through what?

18            MS. PELKER:  A through Q.

19            THE COURT:  All right.  Any objection?

20            MR. EKELAND:  To begin with, it is cumulative, 401,

21   403, 803.  I think the point has been made about Silk Road

22   selling drugs.

23            THE COURT:  The objections are overruled.

24            608N through Q is admitted and may be published to

25   the jury.

1          MS. PELKER:  Was that A through Q, Your Honor?

2          THE COURT:  I'm sorry, A through Q.  My apologies.

3          (Whereupon, Exhibit No. 608A through Q was admitted.)

4    BY MS. PELKER:

5    Q.   Special Agent Santell, directing your attention to 608A,

6    can you describe what is shown here?

7    A.   So this is Symbiosis' vendor page, if you will.

8    Q.   And can you walk us through the right-hand side under

9    featured listings?

10   A.   Yeah.  So these are some of the listings that Symbiosis

11   sold as a vendor.  You could see photos as well.  The feature

12   listings are different quantities of high quality uncut cocaine

13   flake.  Can see 1 gram and 7 gram and half a gram.

14   Q.   Can you read the top portion of the box in the middle

15   until -- up until Symbiosis starts discussing his reviews?

16   A.   Sure.  "UK vendor now stocking 160 milligrams MDMA, pink

17   square pills, MDMA, mephedrone, racemic ketamine, isomer

18   ketamine, cocaine flakes, LSD, 2CB, 2CI, 2CE, mushrooms,

19   mescaline, and 4AOCDMT.  Currently out of stock of MDMA.

20   Mephedrone, should return any day now.  Racemic ketamine will

21   be back in about a week.  Now using MBB bags for all

22   international orders.  I am an established Silk Road vendor.  I

23   specialize in international stealth shipping, only stock the

24   rare highest quality products and all of the very low prices or

25   at very low prices."

DIRECT EXAMINATION OF STEVEN SANTELL

1    Q.   Could you read the sentence above the all caps text?

2    A.   "Also could everyone please stop mentioning their country

3    of origin in the feedback.  We do not want those squares at

4    customs ruining everyone's fun."

5    Q.   Directing your attention to Exhibit 608E.

6         Can you explain what is shown here?

7    A.   This is the review section for Symbiosis.

8    Q.   Can you explain what a review section for a vendor on Silk

9    Road is?

10   A.   Sure.  It is, once again, similar to like an Amazon

11   product where you would want to go online and review I guess

12   how it all went, how the product was.

13   Q.   And on the far right, what ratings is Symbiosis receiving

14   on this page?

15   A.   So these are all 5 out of 5.

16   Q.   Directing your attention to 608B.

17        What is shown here?

18   A.   This is an item list for Symbiosis.

19   Q.   And would this type of item list appear on each vendor's

20   page?

21   A.   Yes.

22   Q.   And where are these items shipping from?

23   A.   They are shipping from the United Kingdom.

24   Q.   Where are they shipping to?

25   A.   Worldwide.

1   Q.    Pulling up Exhibit 608J.  Can you explain what is shown in

2   the items spreadsheet here?

3   A.    This is Symbiosis' items spreadsheet.

4   Q.    And can you walk us through the listings in row 4?

5   A.    Sure.  So this is a listing for MDMA.

6   Q.    And can you read through or explain what is in columns --

7   the first several columns to explain how one of these items

8   listings would appear?

9   A.    Sure.  So you see the category name is MDMA.  If we can

10  see the date that this item was created, which is 8/13/2012 and

11  any modifications that were done to it.  And this was 8/13/2012

12  as well.  We can see that the ID for the item is in column G.

13  That ID just helps the database associate what that item is

14  instead of like plain text.  We also see the user ID in column

15  H, that user ID is a one-for-one relationship with Symbiosis.

16  So whenever you see that ID, it means it is Symbiosis.

17  Q.    And scrolling over a bit, if we can look at the title in

18  column J.

19  A.    Yep.  And this is the title of that item.  You can see 1

20  gram MDMA, UK first class.

21  Q.    And then in the description in column K, can you just read

22  the top portion of this here?

23  A.    Sure.  1 gram of the finest MDMA available in the world.

24  This MDMA is a dark purple.  I will update the picture in the

25  morning.

DIRECT EXAMINATION OF STEVEN SANTELL

1    Q.   You can keep reading.

2    A.   "Reagent test straight to black, made from safrole it has

3    the classic anise seed smell and kicks like the pre-drought

4    stuff of 2009."

5    Q.   Can we scroll down a bit within the listing.  Can you read

6    the beginning, just the first paragraph of the instructions for

7    international customers?

8    A.   "All international orders will be sent triple vacuum

9    sealed as a completely flat business letter.  Your items will

10   look, feel and smell like normal international business letter,

11   just containing paperwork."

12   Q.   And scrolling over to column M.  What is the price list of

13   Bitcoin for the 1 gram of MDMA?

14   A.   Roughly 3.752.

15   Q.   If we could go down to row 53.  Can you walk us through

16   this listing here?

17   A.   Yep.  So we see the category is cocaine.  It was listed on

18   7/21/2013.  And the date that it was last modified is the same

19   day.  We can see that it still has the same matching IDs for

20   column H or row H with Symbiosis.  We can see that it is item

21   listed in G for the ID.  The title of this is 7 grams high

22   quality uncut cocaine flake.

23   Q.   And if we can expand column K.

24   A.   So "7 grams of uncut high quality cocaine flake.  This

25   cocaine really is uncut.  The pictures shows about 9 ounces,

1    which was once the quarter part of a kilo block.  I broke it up

2    open to show how the fish scale shine runs through the whole of

3    it.  It easily crumbles and absolutely stinks."

4    Q.   If we can go down to row 55.  Can you read the title and

5    description for the beginning of this listing?

6    A.   Sure.  3 by 4 ACO DMT capsules.

7    Q.   And the beginning of this description?

8    A.   Sure.  "This product is a very powerful psychedelic.  Do

9    not order or take this unless you are an experienced

10   psychedelic drug user who has done significant research on this

11   product."

12   Q.   Now, when you are reviewing Silk Road records, do all of

13   the vendors' older listings from the entire time always show up

14   in the item spreadsheet?

15   A.   No.

16   Q.   Were there also archived records that Silk Road stored

17   pertaining to the older listings?

18   A.   There was.

19           MR. EKELAND:  Objection; leading.

20           THE COURT:  Overruled.

21           THE WITNESS:  Not only are the items table ended

22   eventually, where they have older records in the archived items

23   table.

24   BY MS. PELKER:

25   Q.   Did you review the item records for Symbiosis archived

1    listings as well?

2    A.    I did.

3    Q.    Directing your attention to 608K.

4          And is that what is shown here?

5    A.    It is.

6    Q.    And did you also review records of Symbiosis' actual sales

7    of the items listed in the items spreadsheet?

8    A.    I did.

9    Q.    Showing you Exhibit 608N.  Is that what is shown here?

10   A.    Yes.

11   Q.    And directing your attention to row 2, can you walk us

12   through the sale that is shown in this top row?

13   A.    Yes.  So you can see in that it is liquid LSD, 5 drops

14   tablets -- or I'm sorry, 5 drops.  You can see that in column

15   C, you have the category, which is blotter.  And then you have

16   D, the seller, Symbiosis; you can see E, who the buyer is, in

17   this case it is Fipp.

18   Q.    And the next few columns, if we scroll to the right, show

19   a few different dates.  Can you explain the meaning of these

20   different dates, starting with the created date in column I?

21   A.    So you have the transaction, when was it first created,

22   which in this case was 2/16 of 2012.  And any modifications,

23   this one happens to be on the same date.  Then you can see in

24   column G, when the product was shipped, which was on the 17th.

25   And then we have the finalized column, which essentially means

1  that the money going to Symbiosis in this case or the vendor is

2  almost like held in escrow to where the vendor won't get the

3  money until the buyer finalizes, says everything is good to go,

4  everything is okay and then it is finalized and they get the

5  money.

6  Q.   Is that what is reflected as the finalized date in column

7  F?

8  A.   It is.

9  Q.   And scrolling over to the right in column R.  What is the

10 amount paid in Bitcoin for this listing?

11 A.   3.43.

12 Q.   If we could scroll all of the way down to the bottom.

13      How many transactions of Symbiosis drug sales are there

14 records of here?

15 A.   In this table, it is 847.

16 Q.   Could you look at that number again?

17 A.   I'm sorry.  8,047.

18 Q.   Similar to listings, do the older transactions get

19 archived off?

20 A.   Yes, just like items do.

21 Q.   And showing you Exhibit 608O.  Is this a record of the

22 archive sales?

23 A.   It is.

24 Q.   And now is there some overlap in Silk Road's records

25 between the sales or listings on the live table and those on an

1   archive table?

2   A.   They can overlap a little bit, that is correct.

3   Q.   But scrolling down to the bottom, how many additional

4   sales -- how many sales are listed here?

5   A.   2,063.

6   Q.   Did you review Symbiosis' feedback from people who were

7   buying his drugs on Silk Road?

8   A.   I did.

9   Q.   Directing your attention to 608H.  Is this a record of the

10  feedback that Symbiosis was receiving for some of the sales?

11  A.   That is correct.

12  Q.   If we could direct your attention to the top entry, the

13  second row here, can you generally explain what is shown?  We

14  don't need to walk through each of the tabs.

15  A.   This is a rating from the buyer that you see in column D.

16  You can see in column Y., it is a 5 out of 5 rating.  And you

17  can see the feedback in this column here.  Very clean and

18  strong product, large, pure crystals, very nice, packaging was

19  the best I have ever seen on Silk Road, worth the money for

20  shipping, when we see how --

21       And I have it blocked on my screen.  I apologize.

22       When you see how it was packaged, I could feel comfortable

23  buying from Symbiosis again.

24  Q.   Did Silk Road also allow vendors to communicate with

25  buyers as well as market staff?

1                    MR. EKELAND:  Objection; leading, relevance.

2                    THE COURT:  Overruled.

3                    THE WITNESS:  It does.

4      BY MS. PELKER:

5      Q.    And did you review records of some of those communications

6      by Symbiosis?

7      A.    I did.

8      Q.    Pulling up Exhibit 608L.  And directing your attention to

9      line 230.  And who is involved in this conversation here?

10     A.    Symbiosis and Internet Guy.

11     Q.    And is this a message from Internet Guy to Symbiosis?

12     A.    Yes.

13     Q.    If we could read the message and column I or -- I'm sorry,

14     one more over?

15          And we don't need to read the full thing here, but looking

16     at the second paragraph there, starting at the B toward the

17     end, "Also I will be buying."

18     A.    "Also I will be buying one of your 7-gram coke listings

19     today when I get my BTC get through the fog, probably just as

20     you guys are waking up, so you could possibly weigh that one a

21     little heavy."

22     Q.    What is your understanding of what Internet Guy is saying

23     there?

24     A.    Essentially that he is waiting for his Bitcoin to go

25     through Bitcoin Fog in order for -- then he is going to put the

1  money from there into the Silk Road to purchase the 7 grams of

2  coke.

3  Q.   Directing your attention to Exhibit 608Q.  Are these

4  additional messages involving Symbiosis?

5       It looks like our screen is frozen.

6  A.   They are.

7  Q.   And if we could go down to line 578.  And can you read

8  this message from Silk Road to -- from Symbiosis to Silk Road

9  vendor support in column J?

10 A.   "Hi guys.  Earlier today, I withdrew 630 coins to Bitcoin

11 Fog, but it has not shown up on their system.  Could you

12 confirm that it was sent to Bitcoin address" and the Bitcoin

13 address listed there.  And if you could -- "And if not could

14 you tell me what address it was sent to please, Symbiosis."

15 Q.   And if we move down to the response in the next row from

16 Silk Road vendor support.  Can you read that into the record?

17 A.   "We are a little behind.  Please give it a few more

18 hours."

19 Q.   And then can you read the response from Symbiosis?

20 A.   "That's absolutely fine.  Please take your time.  Now I

21 know it hasn't been lost I can stop panicking."

22 Q.   Did you also review records for the Bitcoin Fog customer

23 using the moniker Tyler Durden?

24 A.   I did.

25 Q.   Showing you what is not yet in evidence 609A, B, C, G, K,

1    L and M.

2         And Special Agent Santell, prior to your testimony today

3    had you reviewed this 609 series?

4    A.   I did.

5    Q.   And are these fair and accurate reflections of the records

6    that were provided by FBI as they existed when the Silk Road

7    site was taken down?

8    A.   Yes.

9              BY MS. PELKER:  Government moves to admit 609A, B, C,

10   G, K, L, and M.

11             THE COURT:  Any objection?

12             MR. EKELAND:  Cumulative, 401, 403, 803.

13             THE COURT:  Objection is overruled.

14             Exhibits 609A, B, G, K, L and M are admitted and may

15   be published to the jury.

16             (Whereupon, Exhibit No. 609A, B, G, K, L and M were

17   admitted.)

18   BY MS. PELKER:

19   Q.   Special Agent Santell, can you explain what is shown here?

20   A.   This is the vendor page for Tyler Durden.

21   Q.   If we could move to 609B.  Can you explain what is shown

22   here?

23   A.   These are the items listed for Tyler Durden.

24   Q.   And 609C.

25   A.   These are reviews left by buyers for Tyler Durden.

1   Q.   And 609G?

2   A.   This is the items table for Tyler Durden.

3   Q.   What items is Tyler Durden typically listing?

4   A.   You can see prescription drugs on here.  You can see

5   25CNBOME.

6   Q.   And pulling up Exhibit 609K.  What is shown here in the

7   transactions spreadsheet?

8   A.   So this is like Tyler tabs, different product they are

9   selling as well and a description of the items itself.

10  Q.   And we might need to bring in column B a bit to see what

11  else is shown here.  But is this a table of the --

12  A.   The transactions, that's correct, for Tyler Durden.

13  Q.   And just going all of the way back over to the left.  And

14  scrolling all of the way down, how many sales are recorded on

15  this spreadsheet?

16  A.   3,564.

17  Q.   And did you also review Tyler Durden's archive record of

18  older sales?

19  A.   I did.

20  Q.   Were there additional sales noted on that exhibit?

21  A.   That is correct.

22  Q.   Did you review records for the Bitcoin customer Budworx?

23  A.   I did.

24  Q.   Showing you Exhibits 604A, B, G, K, J and M.

25       BY MR. EKELAND:  Objection.  One second, Your Honor.

1    I believe again counsel was testifying in her question about

2    the Bitcoin Fog customer, which I don't believe is in evidence.

3    And Bitcoin Fog didn't have customers, they had users.

4              THE COURT:  All right.  If you want to rephrase the

5    question.

6              MS. PELKER:  By user I mean --

7              THE COURT:  That is fine.  You can rephrase the

8    question.

9    BY MS. PELKER:

10   Q.   Did you review records for the Bitcoin Fog user Budworx?

11   A.   I did.

12   Q.   And showing you the series for Exhibit 604, prior to your

13   testimony today, did you review this 604 series?

14   A.   I did.

15   Q.   Are these fair and accurate reflections of Budworx'

16   activity on -- records from Silk Road of Budworx' activity as

17   they existed on the servers as collected by the FBI?

18   A.   They are.

19             MS. PELKER:  Government moves to admit Government

20   Exhibits 604A, B, G, K, J and M.

21             THE COURT:  All right.  Any objection?

22             MR. EKELAND:  Cumulative, relevance, 403 and hearsay.

23             THE COURT:  The objections are overruled.  Exhibits

24   604A, B, G, K, J and M are admitted and may be published to the

25   jury.

1              (Whereupon, Exhibit No. 604A, B, G, K, J and M were

2     admitted.)

3     BY MS. PELKER:

4     Q.    And directing your attention to 604A.  Can you explain

5     what is shown here?

6     A.    This is the vendor page for Budworx UK.

7     Q.    Can you walk through the featured listings on the far

8     right?

9     A.    Sure.  You see cheese kush, 4 grams of it, along with a

10    photo, also high grade speed amphetamine, 200 grams.  And below

11    it would be 100 grams as well.

12    Q.    Directing your attention to 604B.  What is shown here?

13    A.    This is an items listing for Budworx.

14    Q.    Can you read off the top item noted there?

15    A.    High grade speed amphetamine of 500 grams, listing price

16    is 2,500 pounds and quantity of 6.

17    Q.    Directing your attention to Exhibit 604G.  And what is

18    shown here generally?

19    A.    These are the items for Budworx.

20    Q.    And if we could scroll down slowly.  Generally, what items

21    is Budworx selling?

22    A.    Weed, MDMA, cocaine, generally just drugs.

23    Q.    And directing your attention to row 17.  And in the column

24    J, what is the listing shown here?

25    A.    One gram of uncut cocaine.

DIRECT EXAMINATION OF STEVEN SANTELL

1   Q.   And row 59?

2   A.   This is 5 grams of amphetamine speed paste.

3   Q.   Can we read the description one tab over?

4   A.   "This speed comes highly recommended from an old and

5   well-established source in the Netherlands.  We are happy to

6   introduce this product to our listings.  It is highly cost

7   effective and very consistent in quality."

8   Q.   Does it then provide some -- generally what is described

9   below?

10   A.   So you can see ratings -- the potency is 5 of 5, the

11   texture, the smell and the price for strength is listed as

12   well.

13   Q.   Pulling up Exhibit 604K.  And is this the list of Budworx

14   sales for Silk Road?

15   A.   That is correct.

16   Q.   Scrolling down to the bottom.  How many sales are recorded

17   here?

18   A.   2,011.

19   Q.   Did you review Silk Road records for Bitcoin Fog user

20   MarijuanaIsMyMuse?

21   A.   I did.

22   Q.   And showing you Exhibits 605A, B, C, D, G, I, N, O, and P.

23   Did you review some 605 series in advance of your testimony

24   here today?

25   A.   I did.

DIRECT EXAMINATION OF STEVEN SANTELL

1   Q.   And are these fair and accurate reflections of the Silk

2   Road records from MarijuanaIsMyMuse as acquired by the FBI in

3   its investigation?

4   A.   They are.

5        BY MS. PELKER:  Government moves to admit Government

6   Exhibit 605A, B, C, D, G, I, N, O, P.

7        THE COURT:  All right.  Any objection?

8        MR. EKELAND:  Cumulative, relevance, 403, 803.

9        THE COURT:  Objection is overruled.  Exhibits 605A,

10  B, C, D, G, I, N, O and P are admitted and may be published to

11  the jury.

12        (Whereupon, Exhibit Nos. 605A, B, C, D, G, I, N, O

13  and P were admitted.)

14  BY MS. PELKER:

15  Q.   Directing your attention to 605A.  Can you describe what

16  is shown here?

17  A.   This is the vendor page for MarijuanaIsMyMuse.

18  Q.   And can you note what is shown under the feature listings

19  on the right-hand side?

20  A.   Yep.  You can see Crystal meth ice shards, MDMA crystals

21  as well.

22  Q.   Can you read the first line of the description of

23  MarijuanaIsMyMuse's vendor page?

24  A.   "Welcome to MarijuanaIsMyMuse feel free to order our wares

25  with confidence.  We do this the best stealth possible and ship

1    every order processed."

2    Q.   Showing you Exhibits 605B.  Can you describe what is shown

3    here?

4    A.   This is 56 grams of MDMA.

5    Q.   And what is the purchase price listed?

6    A.   2,400 USD.

7    Q.   And could you note where it is shipping to?

8    A.   It ships to worldwide.

9    Q.   Showing you Exhibit 605C.  Can you note what is shown

10   here?

11   A.   Yep.  This is more of the product listings.

12   Q.   605D?

13   A.   And these are the reviews as well.

14   Q.   If we could pull up 605I, the items.

15        And can you read in row 2, the title of this first item

16   listing?

17   A.   Yep.  It is .25 grams crystal meth ice shards.

18   Q.   And looking down to the next few rows, what generally is

19   shown?

20   A.   Generally, crystal meth ice shards.

21   Q.   And are they sold in various different quantities?

22   A.   They are.

23   Q.   If we could go -- and starting in row 17, what is the

24   description there?

25   A.   That is your MDMA crystals and on down.  They are sold in

1    different quantities as well.

2    Q.    Moving to row 73.  What is the -- what item is being sold

3    indicated in column J?

4    A.    Pure heroin.

5    Q.    And down to row 233.

6          What item is being sold there?

7    A.    MDMA.

8    Q.    And in the next row 234?

9    A.    Liquid LSD drops.

10   Q.    Going down to 297.  Can you read the title there?

11   A.    Yep.  It is white ecstasy pills.

12   Q.    And what go one -- we need to scroll just one column over

13   to the right.  Can you read the first two lines of the

14   description?

15   A.    This listing is for "White GP ecstasy pills,

16   160 milligrams.  We are now pressing our own pills of pure

17   MDMA.  No filler, all killer."

18   Q.    How many listings are in the spreadsheet in total?

19   A.    300.

20   Q.    Showing you now Exhibit 605N.  What is shown here in the

21   transactions record for this vendor?

22   A.    Can you rephrase that question?

23   Q.    Can you walk us through -- just go with row 2 here.

24             MR. EKELAND:  Objection; leading.

25             MS. PELKER:  I haven't asked a question.  I was just

1    directing --

2                THE COURT:  Overruled.

3                MR. EKELAND:  Objection to not asking a question.

4                MS. PELKER:  I am directing your attention to row 2.

5                THE COURT:  Overruled.

6    BY MS. PELKER:

7    Q.   Can you walk us across this transaction shown here?

8    A.   Yes.  This is a transaction for 1 gram of MDMA crystals.

9    Use this in the category MDMA.  The buyer is E-N-I-G-M-A-L.

10   And the seller is MarijuanaIsMyMuse.  As described before, you

11   can see the ship date, the finalized date and if we were to

12   scroll over, we can see when the transaction was created.

13   Q.   And then in column R, do you see the payment information

14   in Bitcoin?

15   A.   You can see it was 3.98 Bitcoin.

16   Q.   Scrolling all of the way down to the bottom.  How many

17   transactions are reflected here?

18   A.   4,850.

19   Q.   And did you also review additional transactions in the

20   archive spreadsheet record?

21   A.   That is correct.

22   Q.   Did you also review records for a Bitcoin Fog user named

23   peels4u?

24   A.   I did.

25   Q.   Pulling up exhibits which are not yet in evidence 606F, I,

1    J and K.

2         And prior to your testimony today, did you review the 606

3    series?

4    A.   I did.

5    Q.   And are the records a fair and accurate reflection of the

6    records for peels4u's activity on Silk Road as obtained by the

7    FBI?

8    A.   They are.

9              MS. PELKER:  Government moves to admit Exhibits 606,

10   F, I, J and K.

11             THE COURT:  All right.  Any objection?

12             MR. EKELAND:  Cumulative, relevance, 403, hearsay.

13             THE COURT:  Exhibits 606F, I, J and K are admitted

14   and may be published to the jury.

15             (Whereupon, Exhibit Nos. 606F, I, J and K were

16   admitted.)

17   BY MS. PELKER:

18   Q.   If we could direct your attention to Exhibit 606F.  And

19   what is this spreadsheet?

20   A.   This is the live items table for peels4u, just the items

21   table, if you will.

22   Q.   And if we can scroll to column P.  Where are peels4u's

23   listings shipping from?

24   A.   The United States of America.

25   Q.   Going to line 32, scrolling back over to the left.  What

DIRECT EXAMINATION OF STEVEN SANTELL

1    item is listed here in column J?

2    A.    You can see it is a fentanyl patch.

3    Q.    And the line below that?

4    A.    Xanax.

5    Q.    And below that?

6    A.    Colasapan (ph).

7    Q.    Is that clonazepam?

8    A.    Clonazepam, yeah, excuse me.

9    Q.    And the line below that?

10   A.    Percocet.

11   Q.    Directing your attention to Exhibit 606I.  And scrolling

12   down to the bottom how many transactions or sales from peels4u

13   are reflected in this spreadsheet?

14   A.    227.

15   Q.    And if we could pull up 606J, the transactions archive.

16   And scrolling down to the bottom, how many of peels4u's sales

17   are noted on this spreadsheet?

18   A.    1,851.

19   Q.    Did you review records for a Bitcoin Fog user named UK

20   Grow Tek?

21          MR. EKELAND:  Objection, Your Honor.

22          THE WITNESS:  I did.

23          MR. EKELAND:  Counsel is testifying when she is

24   saying Bitcoin Fog user.

25          THE COURT:  I thought you were the one --

1              Well, let's pick up for a second.

2              (Conference held at the bench.)

3              THE COURT:  So the last time she said customer and

4     then you said, they are not customers, they are users.  So she

5     was following what you had said.

6              MR. EKELAND:  Is that fact in evidence?  I honestly

7     can't remember.  I don't -- it is not clear to me that is in

8     evidence.

9              MS. PELKER:  In Exhibit 601 with the different -- it

10    is the listing of all of the vendors, each one of these vendors

11    is in that spreadsheet.  And Mr. Scholl testified these were

12    vendors who were sending to these -- I'm sorry -- from Bitcoin

13    Fog into these different vendor accounts.  But if we are

14    going --

15             THE COURT:  So was there an issue there?

16             MS. PELKER:  The screen was still up, but it is in

17    evidence.

18             THE COURT:  Yeah.  I don't think I have a question

19    about the -- I have already admitted this already.

20             MS. PELKER:  Yes.  So this is showing that all of

21    these vendors are withdrawing money from Fog to go to -- I'm

22    sorry.  Withdrawing money to Fog.  So these are all vendors

23    sending money from Silk Road to Bitcoin Fog.  These are the

24    vendors that we had listed in the bill of particulars as well.

25             THE COURT:  All right.  So I --

1          MR. EKELAND:  Does the testifying witness have

2     knowledge of this?  And this also -- I just think this is a

3     little confusing to the jury as to if the money from these

4     transactions is going into Bitcoin Fog or out of Bitcoin Fog or

5     is it pre-mix, is it post-mix.  And, you know, have we laid a

6     foundation for the witness to have knowledge of this?  I just

7     would prefer that counsel just ask direct fact questions

8     without leading the witness into saying -- you know, because

9     essentially it is a compound question.  It is saying, okay, was

10    you know, Symbiosis a user of Bitcoin Fog.  And then did they

11    do X?  There is -- it is compound on top of everything else.

12         MS. PELKER:  The alternative is -- and we are happy

13    to do this -- between each one of these vendors, pull up the

14    spreadsheet and say did you review the next vendor on

15    Mr. Scholl's spreadsheet that he noted as receiving funds

16    from -- as sending funds to Bitcoin Fog.

17         MR. EKELAND:  If we are going to do this, lay the

18    foundation.

19         THE COURT:  All right.

20         MS. PELKER:  I don't think there is -- the witness

21    isn't the one who is testifying to the tracing, we are just

22    directing his attention to particular references.

23         THE COURT:  I guess, if Mr. Ekeland wants you to go

24    back to the chart -- I am not sure how many we have to go, but

25    it is fine with me to go back to the chart that is in evidence

1   each time and start from that and go through it.  I will say

2   that one of the reasons, by the way, that I have allowed this

3   line of questioning and have overruled the objections with

4   respect to cumulative and 403 is that Mr. Ekeland, in some of

5   his questioning of earlier witnesses was suggesting, well, how

6   do you know that whatever was going on was illegal in the place

7   in which the transactions were occurring?  I think it is

8   appropriate for the government to be able to establish sort of

9   the breadth of the transactions and nature of the transactions

10  that that were occurring, given that seed that was at least

11  arguably planted with the jury of how do we know that in

12  whatever the transactions were occurring that it was unlawful.

13  And so I think that requires some broader testimony with

14  respect to the breadth and nature of the transactions to, I

15  think, be able to rebut that.  So that is why I have allowed

16  it.  Okay.  You can proceed.

17              (End of bench conference.)

18              THE COURT:  Do we want to take our morning break now

19  or maybe -- I will leave it up to you as to whether now is a

20  good breaking point.

21              MS. PELKER:  This is a fine time to take a break,

22  Your Honor.

23              THE COURT:  Okay.  So why don't we take our break

24  now?  It is 10 minutes of 11:00.  Why don't we come back at 10

25  minutes after 11:00, so take a 20-minute break.  Please don't

```
 1    discuss the case amongst yourselves, no research relating to
 2    the case and I will see you back shortly.
 3                THE COURTROOM DEPUTY:  All rise.
 4                (Jury out at 10:51 a.m.)
 5                THE COURTROOM DEPUTY:  You may be seated.
 6                THE COURT:  You can take your break as well.  Please
 7    don't discuss your testimony with anybody until it is complete.
 8                Anything before we break?
 9                MS. PELKER:  Not from the government, Your Honor.
10                MR. EKELAND:  Not from the defense, Your Honor.
11                THE COURT:  Okay.  See you shortly.
12                (Recess taken at 10:52 a.m.)
13                THE COURT:  Well, while the deputy clerk is getting
14    the jurors, apparently some of the jurors asked what is going
15    on with Mr. Ekeland referring to these numbers.  And assuming
16    that the parties agree, I am inclined to say, I know you raised
17    some question about this.  When a lawyer has an evidentiary
18    objection, they can either state in a short form what the
19    objection is or they can refer to the rule.  But what matters
20    is whether the Court allows the evidence in or not.  And you
21    should not pay attention to the objections themselves.  The
22    question is whether the Court thinks they have merit and allows
23    the evidence in, something along those lines.  Any objection to
24    me clarifying that?
25                MR. EKELAND:  No, Your Honor.
```

1          MS. PELKER:  No, that is fine, Your Honor.

2          THE COURT:  You can have a seat.

3          You can have a seat until they start to come in.

4          Ms. Pelker, how are we doing timing wise?

5          MS. PELKER:  We are doing well.  I definitely do

6   expect us to finish.  I think it is just a question whether we

7   do start Mr. Verret today.

8          THE COURT:  Okay.

9          MS. PELKER:  What time are we going until today?

10          THE COURT:  About 12:30, I think.

11          And before the government rests, both sides should

12   confer and make sure they are in agreement with respect to what

13   exhibits are in or not in evidence, just so the government

14   doesn't rest and it turns out there was a dispute about whether

15   something was admitted or not.

16          MS. PELKER:  We did review the records from

17   Ms. Walker.  And I think that we will confirm.  I believe we

18   are all in --

19          THE COURT:  Ready?

20          THE COURTROOM DEPUTY:  Ready.

21          (Jury in at 11:15 a.m.)

22          THE COURTROOM DEPUTY:  The jury is present.

23          THE COURT:  Before we -- I understood there was some

24   question some of you may have had about the fact that

25   Mr. Ekeland was referring to numbers sometimes when he was

1   raising objections.  And just to clarify for you, the numbers

2   are just references to the Rules of Evidence.  And a lawyer can

3   either object by referring to Rules of Evidence or by stating

4   in very short form what the objection is.  And so, for example,

5   Rule 401 is relevance and so the lawyer can say, objection,

6   relevance or objection, Rule 401.  That is all that is going

7   on.  But you shouldn't pay any attention to the objections.

8   The objections, like lawyer's questions, they are not evidence

9   in the case.  What matters is whether the Court concludes the

10  evidence should come in or not.  So if I admit the evidence,

11  the Court has concluded there is no merit to the objection.  If

12  I don't admit the evidence then I can have concluded that there

13  is merit to the objection.

14          But what matters for your sake is whether the

15  evidence comes in for your consideration or not comes in for

16  your consideration and not what the dialogue that I am having

17  with the lawyers about the objections.  That is a legal

18  question for me and the facts are for you.

19          You can continue.

20          MS. PELKER:  Thank you, Your Honor.

21  BY MS. PELKER:

22  Q.   If we could pull up Exhibit 601A.  And directing your

23  attention to row 7 of this spreadsheet.  Did you review records

24  for the Silk Road user noted on this spreadsheet UK Grow Tek?

25  A.   My screen is not currently working.

1    Q.   Can you see it now?

2    A.   No, I just have the shield.

3              THE COURTROOM DEPUTY:  Hold on.

4              THE WITNESS:  I have it now.  Thank you.

5    BY MS. PELKER:

6    Q.   Did you review records for UK Grow Tek?

7    A.   I did.

8    Q.   If we could pull up what is not yet in evidence, as

9    Exhibits 610A, C, H, L, M, and N.

10             MR. EKELAND:  What was the last one?

11             MS. PELKER:  N.

12   BY MS. PELKER:

13   Q.   And prior to testifying today, did you review the 610

14   series?

15   A.   I did.

16   Q.   Are these fair and accurate reflections of the records for

17   this vendor as noted in the Silk Road records obtained and

18   provided by the FBI?

19   A.   They are.

20   Q.   Government moves to admit Exhibit 610A, C, H, M and N.

21             THE COURT:  All right.  Any objection?

22             MR. EKELAND:  Cumulative, 401, 403, 803.

23             THE COURT:  And the Court overrules those objections.

24             And Exhibits 610A, C, H, L, M and N are admitted and

25   may be published to the jury.

1                     (Whereupon, Exhibit No. 610A, C, H, L, M and N were

2        admitted.)

3        BY MS. PELKER:

4        Q.    Turning your attention to 610A in front of you here.  Can

5        you explain what is shown?

6        A.    This is the homepage for the vendor UK Grow Tek.

7        Q.    Can you read the text starting with what we sell?

8        A.    What we sell, high grade kush and other top strains.  High

9        grade coke, 70 percent and up.  Ketamine, wicked MDMA, pills

10       and speed, hash from around the globe, pure washed DMT, Changa.

11       Q.    Directing your attention to 610C.  What is shown here?

12       A.    This is a Ketamine crystals, 10 grams.

13       Q.    And where is this shipping to?

14       A.    Ships to worldwide.

15       Q.    Directing your attention to 610H.  Is this a spreadsheet

16       of this vendor's listings?

17       A.    That is correct.

18       Q.    Direction your attention to line 16.  Can you read the

19       title of this listing?

20       A.    "Festival special, festival combo pack, everything you

21       need."

22       Q.    And moving over one column, can you read the description?

23       A.    "Special combo price, this includes 10 green piece

24       ecstasy, pills, 1 gram of fish scale cocaine, 1 gram of MDMA

25       and 3.5 grams of Ketamine."

DIRECT EXAMINATION OF STEVEN SANTELL

1   Q.   Can we scroll down.  Can you read one more line there?

2   A.   "Please note that they are all quality drugs.  When mixing

3   them, please know your limits.  Don't want you in the festival

4   hospital tent pulling faces."

5   Q.   And pulling up Exhibit 610L.  And scrolling down to the

6   bottom here.  How many sales are noted on the spreadsheet here?

7   A.   1,572.

8   Q.   And did you also review a transactions archive spreadsheet

9   for this vendor?

10   A.   I did.

11   Q.   Were there additional sales noted there?

12   A.   There are.

13   Q.   We could go back to 610A.  I apologize, 601A.  And what is

14   the next vendor on this spreadsheet here?

15   A.   RoxiPal.

16   Q.   Did you review the records for RoxiPal for Silk Road?

17   A.   I did.

18   Q.   If we could pull up what is not yet in evidence Government

19   Exhibit 607A, B, H, K, and O.  And prior to your testimony

20   today, did you review the 607 series?

21   A.   I did.

22   Q.   Are these fair and accurate reflections of the records for

23   RoxiPal as reflected on Silk Road and obtained and provided by

24   the FBI?

25   A.   They are.

1              MS. PELKER:  Government moves to admit Government

2      Exhibit 607A, B, H, K and O.

3              THE COURT:  Any objection?

4              MR. EKELAND:  Cumulative, 401, 403, 803.

5              THE COURT:  Objections are overruled.  And Exhibits

6      607A, B, H, K and O are admitted and may be published to the

7      jury.

8              (Whereupon, Exhibit No. 607A, B, H, K and O were

9      admitted.)

10     BY MS. PELKER:

11     Q.   If we can pull up 607A.

12          Can you read the last paragraph shown here under RoxiPal's

13     vendor description under introduction?

14     A.   "Welcome.  RoxiPal stives to provide pharmacy medication

15     mostly opiates at the best prices on the Road.  You will also

16     enjoy the fastest delivery times of any vendor.  RoxiPal will

17     never ask you to finalize early.  The escrow system protects

18     both the buyer and the seller.  Please respect the escrow

19     process by confirming receipt, finalizing immediately after

20     delivery."

21     Q.   Pulling up 607B.  And can you describe what is shown here?

22     A.   This an items list.

23     Q.   And can you just read down the categories list?

24     A.   Cocaine, oxycodone, Norco, Adderall, Oxycontin.

25     Q.   Now pulling up 607H.  Is this a listing of spreadsheet of

1    RoxiPal's listings?

2    A.    That is.

3    Q.    If we can scroll over to the right.  Where is RoxiPal

4    shipping from?

5    A.    The United States.

6    Q.    And can you read across the first item listing.  We'll

7    have to go over to the left for the title and just the

8    beginning of the description?

9    A.    30 milligrams of oxycodone.

10   Q.    And on column K.  Can you read just the beginning?

11   A.    "30 milligrams oxycodone, V48, 12 round blue pills,

12   instant release, pharmacy fresh, made in the USA, shipped fast

13   domestically."

14   Q.    Now, pulling up 607K.  If we can scroll down to the

15   bottom.  How many sales did RoxiPal complete on Silk Road as

16   indicated in this spreadsheet?

17   A.    420.

18   Q.    Going back to 601A.  And did you review records for the

19   next vendor on this list, West Coast RX?

20   A.    I did.

21   Q.    And what is -- if we could direct your attention to what

22   is not yet in evidence, Exhibits 611, A, G, L, and N.  And are

23   these fair and accurate reflections of the records of West

24   Coast RX activity on Silk Road?

25   A.    That is correct.

DIRECT EXAMINATION OF STEVEN SANTELL

1          MS. PELKER:  Government moves to admit Exhibits 611A,

2   B, G, L and N?

3          THE COURT:  Any objection?

4          MR. EKELAND:  Cumulative, relevance, more prejudicial

5   than probative and hearsay.

6          THE COURT:  Those objections are overruled.  Exhibits

7   611A, G, L and N are admitted and may be published to the jury.

8          (Whereupon, Exhibit Nos. 611A, G, L, N were

9   admitted.)

10  BY MS. PELKER:

11  Q.   If we could direct your attention to 611G.  And what is

12  shown here?

13  A.   This is the items table for West Coast RX.

14  Q.   If we could scroll over to the right on column P.  Where

15  is West Coast RX shipping from?

16  A.   The United States.

17  Q.   And going back over to the left, in this first listing

18  could you read the title?

19  A.   It is 1 gram of MDMA.

20  Q.   And the beginning of the description?

21  A.   "One gram of imported MDMA available for reship in the

22  USA."

23  Q.   And if we can scroll down the -- scroll down here.  And

24  then looking at rows 22, 23, 24.  What items are noted there?

25  A.   Fentanyl.

DIRECT EXAMINATION OF STEVEN SANTELL

1   Q.   And did you also review records of buyers actually buying

2   these items from West Coast RX?

3   A.   I did.

4   Q.   If we could pull up Exhibit 611L.  And scrolling down to

5   the bottom, how many sales are reflected on this record?

6   A.   172.

7   Q.   And did you also review the transaction archive

8   spreadsheet for this vendor?

9   A.   I did.

10   Q.   And if we could go on 611L.  Directing your attention on

11   line 4.  And can you explain what is shown there?

12   A.   This is a transaction between the seller West Coast RX and

13   the buyer Fun Beach Baby 21.  You can see it is for 50 mcg of

14   fentanyl.

15   Q.   And scrolling to the right, what is noted in the payment

16   columns?

17   A.   So it was sold or the transaction was for 6.42 Bitcoin.

18   Q.   In your work for this case, did you review records from

19   the marketplace Silk Road 2?

20   A.   I did.

21   Q.   If we could pull back up 601A.

22       What was Silk Road 2?

23   A.   After Silk Road was taken down, essentially a copycat

24   called Silk Road 2?

25   Q.   What happened to Silk Road 2?

1    A.    It was taken down and seized by the FBI.

2    Q.    And when the FBI -- as part of its investigation, did it

3    obtain records related to Silk Road 2?

4    A.    It did.

5    Q.    Now, did you review Silk Road 2 records for the user Pas?

6    A.    I did.

7    Q.    If we could pull up what is not yet in evidence

8    Exhibit 612D.

9              THE COURTROOM DEPUTY:  What is it?

10             MS. PELKER:  Not yet in evidence.

11   BY MS. PELKER:

12   Q.    Is this a fair and accurate reflection for the record of

13   the user named Pas on Silk Road 2 as obtained by the FBI?

14   A.    It is.

15             BY MS. PELKER:  The government moves to admit 612D.

16             THE COURT:  Any objection?

17             MR. EKELAND:  No objection.

18             THE COURT:  612D may be admitted and published to the

19   jury.

20             (Whereupon, Exhibit No. 612D was admitted.)

21   BY MS. PELKER:

22   Q.    Can you explain what is shown here relating to the

23   username Pas?

24   A.    Yup.  You can see the username on here is Pas.  And you

25   can see the sign-up date is 3/28/2014.

1   Q.   And did this -- were there any saved order information for

2   this user?

3   A.   It says no orders as buyer.

4   Q.   So this just reflects that Pas had an account on Silk Road

5   2?

6   A.   Correct.

7   Q.   Returning now to 601A.  Did you review Silk Road 2 records

8   for the user Chemical Brothers?

9   A.   I did.

10  Q.   Directing your attention to what is not yet in evidence,

11  614D and E.  Are these fair and accurate reflections of the

12  records for Chemical Brothers obtained by the FBI?

13  A.   They are.

14        MS. PELKER:  Government moves to admit Exhibit 614D

15  and E.

16        THE COURT:  Any objection?

17        MR. EKELAND:  Cumulative, 401, 403 and hearsay.  It

18  looks like there is some messages in there.

19        THE COURT:  All right.  Are any of the messages being

20  offered for the truth of the matter?

21        MS. PELKER:  I can -- we can pick up the phone

22  because I think this may come up for others.

23        THE COURT:  Okay.

24        (Conference held at the bench.)

25        MS. PELKER:  Generally, no, Your Honor, except there

1    are some messages that he would read in that are specifically

2    discussing -- that are specifically discussing Bitcoin Fog and

3    that would fall under the co-conspirator exception.

4              THE COURT:  Mr. Ekeland.

5              MR. EKELAND:  I don't know which co-conspirators they

6    are talking about.

7              THE COURT:  I think the theory is that any illicit

8    user of Bitcoin Fog -- anyone engaging in an illicit

9    transaction using Bitcoin Fog is doing so to hide their

10   transactions and therefore is a co-conspirator in the money

11   laundering conspiracy.

12             MR. EKELAND:  I mean, I would have to see the

13   message.  I mean, that -- I guess we just take that as we see

14   it.

15             THE COURT:  So that is fine.  You can preserve any

16   particular objections as they come up and raise them through if

17   there are any particular hearsay statements that you think are

18   inadmissible.  Okay.

19             (End of bench conference.)

20             THE COURT:  You may proceed.

21   BY MS. PELKER:

22   Q.   Directing your attention to 6 --

23             THE COURT:  I guess 614D and E are admitted subject

24   to our discussion.

25             (Whereupon, Exhibit Nos. 614D and E were admitted.)

1    BY MS. PELKER:

2    Q.    And Special Agent Santell, is the format of the records

3    from Silk Road 2 a bit different than Silk Road 2?

4    A.    That is correct.

5    Q.    And but did they collect similar types of information?

6    A.    That is correct.

7    Q.    Directing your attention to 614D.  Can you explain what is

8    shown here?

9    A.    Yep.  You can see the username, which is Chemical

10   Brothers.  The sign-up date should be 11/11/2013.  You can see

11   that as a vendor, they had 2,531 orders totaling $692,000.

12   Q.    If we could go to the next section, the top items sold.

13   A.    Yep.

14   Q.    Can you read off the first top items in the statistics

15   there?

16   A.    The top items sold would be pseudo speed or crushed rock

17   along with -- in 3.5 grams.  And then the next one would be the

18   same pseudo speed crushed rock for 1 gram, along with MDMA

19   would be the following.

20   Q.    If we could pull up Exhibit 614E.

21         And if we could attempt to go down to the conversation

22   with, What a Delight from March 11th, 2014.  Can you read this

23   message from, What a Delight?

24   A.    "From one Aussie to another, knowing the paranoid fear we

25   live in, would you recommend purchasing Bitcoin and then

1    washing/tumbling it through Bitcoin Fog and then sending it on

2    to your SR wallet to safely spend it or could you recommend a

3    better method?  Trying to get as good an idea as I can get at

4    being anon before I deposit."

5    Q.   And if we can scroll down --

6              MR. EKELAND:  Objection, Your Honor.  Can we talk on

7    the phone for one second?

8              (Conference held at the bench.)

9              MR. EKELAND:  That first of all -- there is a bunch

10   of messages in there that don't have anything to do with

11   Bitcoin Fog.  That is not somebody saying -- talking with

12   anybody about actually furthering Bitcoin Fog.  They are asking

13   if they should use it or recommend it.  It is not indicative of

14   any kind of use of Bitcoin at all.

15             MS. PELKER:  It is.  But also when we scroll down,

16   you see crystal delight's -- I'm sorry, Chemical Brother's

17   response here regarding his tips on how to stay anonymous and

18   then including the use of Bitcoin Fog.

19             MR. EKELAND:  But it is actually not going to the

20   operation of Bitcoin Fog as a money laundering operation.  They

21   are talking about, you know, using it.  So I guess I am a

22   little bit unclear on sort of the conspiracy here and where the

23   agreement element is with these people, because are you just

24   saying that everybody, you know, who uses Bitcoin Fog is

25   engaged in the money laundering activity of Bitcoin Fog?  I

1    mean, it just seems that the scope of the conspiracy here is

2    just anybody who used Bitcoin Fog, if they had drug money or

3    anything -- and I thought the -- my understanding of the

4    conspiracy was to operate a money laundering system called

5    Bitcoin Fog.  This isn't actually going to the operation.  What

6    it is talking about is use.  I am just a little confused here.

7             MS. PELKER:  So, I mean, I think we have been clear

8    that the conspiracy here -- the defendant is charged with

9    operating Bitcoin Fog.  But Bitcoin Fog and the defendant was

10   in a conspiracy with the illicit users of Bitcoin Fog to

11   launder these proceeds.  And Chemical Brothers was one of the

12   individuals we specifically noted in our bill of particulars.

13   But beyond that, any communication by a Bitcoin Fog user

14   discussing specifically their use of Bitcoin Fog to launder

15   illicit proceeds would be a co-conspirator statement in that

16   money laundering conspiracy?

17             THE COURT:  I think that it -- I think that is

18   correct as far as it goes.  I think to the extent you are

19   relying on the co-conspirator -- or the co-conspirator

20   exception to the hearsay rule.  It has to be also in

21   furtherance of the conspiracy.  I think it is okay as long as

22   someone is encouraging others to do it and in order to protect

23   their own marketplace.  So if you have a vendor on the darknet

24   who is telling people to use Bitcoin Fog, that is in

25   furtherance of the conspiracy.  And I suppose there is also

1    just a question at some point of whether it is just a statement

2    against interest, someone is simply saying they are laundering

3    funds on a public forum.

4           But I don't know if that is an argument you are

5    making now or not.  I guess all I am saying as we go through

6    this, we have to look at them and see whether it is not only

7    referring to Bitcoin Fog by somebody who is using Bitcoin Fog

8    to allegedly launder funds, but whether it is in furtherance of

9    the conspiracy, as well.

10           MR. EKELAND:  Your Honor, there are a whole host of

11   messages just on this exhibit that don't even mention Bitcoin

12   Fog and have nothing to do with -- you know, furthering a

13   conspiracy.  There is like a whole host of messages on this

14   exhibit that have nothing to do with furthering the conspiracy.

15           THE COURT:  Can you point me to them?

16           MR. EKELAND:  Can we just scroll through this?

17           MS. PELKER:  I think the screen is currently up in

18   front of the jury.

19           Mr. Ekeland is correct that this is -- the record is

20   Chemical Brothers' messages.  We are just specifically pointing

21   to the messages that pertain to Bitcoin Fog.

22           THE COURT:  So why don't we do this then just to keep

23   things moving.  Let the government point to whatever it wants

24   to point to here.  If you have objections to the particular

25   things they point to, let me know what they are and I can make

1     a judgment about whether they are in furtherance of the alleged

2     conspiracy and or the conspiracy.  And then I will let you all

3     confer about whether there need to be redactions to any other

4     portions of the document on hearsay grounds before it actually

5     goes to the jury.

6                MR. EKELAND:  Your Honor, in light of what you just

7     said, can we not publish to the jury while they are lining up

8     the message that they want to show and -- just because I am

9     concerned as they scroll it they are going to see a whole bunch

10    of stuff.  If they turn off publication to the jury and then

11    the government lines up their message and we take it from

12    there.

13               MS. PELKER:  That is fine with the government if it

14    is fine with Ms. Walker.

15               THE COURT:  All right.  Ms. Walker says it is okay.

16    Let's go that way.  Thanks.

17               (End of bench conference.)

18               THE COURT:  All right.  You may continue.

19    BY MS. PELKER:

20    Q.   Agent Santell, can you read Chemical Brothers' response?

21    A.   "Hey, mate."

22    Q.   You can start with the second paragraph.

23    A.   "Your suggestion to tumble your coins sounds good mate,

24    but I would go as far as to do this.  If an open Wi-Fi

25    connection through Tor, create a dirty blockchain.info wallet,

1   log out, save all of the details and log in from no info and

2   see if you can with the info you saved.  I'd suggest PGPing

3   this for -- or this info or storing it on a secure encrypted

4   hard drive.  Click use new identity in Tor and log onto Bitcoin

5   Fog, create a new deposit address.  Save this too.  Click use

6   new identity in Tor.  Log back into your wallet.  Then

7   purchased Bitcoins appear, send to Bitcoin Fog wallets, takes 2

8   hours to confirm, then log out.  Click use new identity in Tor.

9   And once it's cleared in Bitcoin Fog, transfer it across your

10  SR wallet.  I hope that helps."

11  Q.   Returning to 601A.

12       THE COURT:  One last thing -- I'm sorry.  Just pick

13  up for one last second.

14            (Conference held at the bench.)

15       THE COURT:  It seems to me one further point to add

16  with respect to this.  To the extent the government has the

17  evidence already that these particular entities were, in fact,

18  engaged -- where the purchases were being made from -- with

19  funds drawn from Bitcoin Fog or they themselves were depositing

20  funds in the Bitcoin Fog.  That is in evidence already.  And it

21  may be that some of this also can potentially come in to state

22  of mind just to show that the person knew that they were doing

23  it -- using Bitcoin Fog or accurately the funds were coming

24  from Bitcoin Fog.  And that is, I guess, a separate question

25  which we'll have to address as it comes up as to whether it is

```
 1    not coming in necessarily for the truth of the matter asserted,

 2    but what the state of the mind was of the individual.

 3              MR. EKELAND:  That would be just in relation to

 4    statements that are actually mentioning Bitcoin Fog?

 5              THE COURT:  Correct.

 6              (End of bench conference.)

 7    BY MS. PELKER:

 8    Q.   Directing your attention to row 11.  Did you review the

 9    Silk Road records for the Bitcoin Fog user Mario's Gram Shoppe?

10    A.   I did.

11    Q.   And directing your attention to exhibits not yet in

12    evidence, 616C, D, and E.  And E are the messages and per

13    discussion on the phone earlier.

14         Are Exhibits 616C, D and E fair and accurate reflections

15    of the records pertaining to Mario's Gram Shoppe obtained by

16    the FBI and provided from Silk Road 2?

17    A.   Correct.

18              MS. PELKER:  Government moves to admit 616C, D and E

19    subject to the discussion.

20              THE COURT:  Okay.  Mr. Ekeland.

21              MR. EKELAND:  Cumulative, relevance, more prejudicial

22    than probative, and hearsay.

23              THE COURT:  So I will admit 616C, D and E subject to

24    our discussion.

25              (Whereupon, Exhibit No. 616C, D and E were admitted.)
```

DIRECT EXAMINATION OF STEVEN SANTELL

1  BY MS. PELKER:

2  Q.   Directing your attention to 616D.  How many orders did

3  Mario's Gram Shoppe ship?

4  A.   1,436.

5  Q.   And where were they shipping from?

6  A.   United States.

7  Q.   What were the top items sold?

8  A.   14 grams of HCL and 3.5 grams of uncut cocaine.

9  Q.   And then could you read the last three listings here too

10  or the last three items sold?

11  A.   Yep.  3.5 grams of crack cocaine, 28 grams of famous

12  German-made MDMA and 14 grams of our famous German-made MDMA FE

13  only.

14  Q.   If we could go to -- actually, if we could pull down and

15  then go to Exhibit 616E.  And go to the December 18th, 2013

16  conversation with Indica 420.

17            THE COURTROOM DEPUTY:  Is that it?

18            MS. PELKER:  Yes.  With the Court's permission we

19  would publish this message to the jury.

20            THE COURT:  Mr. Ekeland?

21            I'm sorry?

22            MR. EKELAND:  Can we pick up the phone for one

23  second?

24            THE COURT:  Okay.

25            (Conference held at the bench.)

1          MR. EKELAND:  I'm sorry.  This is seeking to admit

2    this under the co-conspirator -- this is post mix; right?  Once

3    funds arrive from Bitcoin Fog, it is not -- so I don't see how

4    it is -- how this is in furtherance of the conspiracy.  Because

5    there is no -- it is post mix.

6          THE COURT:  Ms. Pelker.

7          MS. PELKER:  I am not sure I understand the legal

8    distinction of pre or post mix here.  There is a Bitcoin Fog

9    user who is explaining how they are going to purchase crack

10   cocaine once they are able to clean their funds from Fog, part

11   of the defense's argument, as we understand it, is that Bitcoin

12   Fog was a privacy service.  And that money coming from or to

13   exchanges, is quote/unquote clean.  We have presented testimony

14   that money coming from an exchange into Bitcoin Fog is not

15   necessarily clean, privacy-related funds.  And showing these

16   are buyers who are using Bitcoin Fog to do these transactions

17   goes to the rebutting the defense arguments here.

18         MR. EKELAND:  There is --

19         THE COURT:  Okay.

20         MR. EKELAND:  I was going to say, there is no

21   foundation for saying that this -- that there is any knowledge

22   on the part of the administrator that these funds coming in

23   were going to be used for a drug purchase afterwards.  Maybe if

24   the Indica420.SR2 was talking about, oh, after I get paid, I am

25   going to go mix the funds, that would be a statement in

1    furtherance of the conspiracy.  But this on its face is a

2    statement in furtherance without more.

3             THE COURT:  I guess I am wondering whether it is in

4    furtherance of the conspiracy or whether there is some other

5    exception that would apply here or whether it is, in fact,

6    being offered for the truth of the matter asserted.  I suppose

7    it is being offered for the truth of the matter asserted.  And

8    it is not clear to me how it furthers the conspiracy.

9             MS. PELKER:  I think it furthers the conspiracy that

10   you have a conversation between the drug buyer and the drug

11   seller discussing how they are going to conduct the

12   surreptitious drug purchase and transaction.  And they are

13   explaining the role of Bitcoin Fog in cleaning those funds.

14            MR. EKELAND:  But nothing in that, Your Honor, goes

15   to the knowledge of the administrator of Bitcoin Fog in

16   relation to this transaction.

17            THE COURT:  That I don't think matters.  But I guess

18   I am still trying to figure out whether it really is in

19   furtherance of the conspiracy.

20            MS. PELKER:  Your Honor, these are buyers who are

21   saying that they can't do their drug buy until the funds clear

22   through Bitcoin Fog, because Bitcoin Fog is such an essential

23   part of their money laundering operation.

24            THE COURT:  Right.  But how is saying that furthering

25   the conspiracy?

1          MS. PELKER:  Furthering the conspiracy of cleaning

2     the funds to be able to do drug buys.  Here, they are -- this

3     is an agreement between the buyer and the seller and the

4     administrator of Bitcoin Fog to clean these funds and

5     participate in this entire ecosystem here.  And so you have two

6     members of the conspiracy having a conversation about the role

7     of Bitcoin Fog in their operation.

8          MR. EKELAND:  Your Honor, there is no foundation for

9     saying the funds were not already clean.  What they are saying

10    is that the -- he is waiting for funds to come out of Bitcoin

11    Fog.  There is nothing here that establishes that the funds

12    going into Bitcoin Fog were dirty in the first place.

13         MS. PELKER:  I mean, he is using it to buy drugs.

14    They are probably coming from his exchange account.  He is

15    using Bitcoin Fog to hide from the exchange that he is buying

16    drugs.

17         THE COURT:  I get what he is doing.  I guess the

18    question is -- the only question I am struggling with at all is

19    whether in telling the seller this is in furtherance of the

20    conspiracy.  And if he was telling them that because the seller

21    would be more likely to sell it to them, because the funds had

22    been cleaned, I get that.  But it is not clear to me whether

23    that is, in fact, what is going on here.

24         MS. PELKER:  So there is a -- after this message

25    occurs, there is then a purchase of 1 gram of crack cocaine.

1   This is the buyer negotiating with the seller on the purchase

2   of a gram of crack cocaine explaining how they are going to pay

3   for those funds and that they are waiting for the funds to be

4   laundered through Bitcoin Fog.  It is a comment about the

5   action that is being taken in furtherance of the conspiracy

6   mixing the funds.

7            THE COURT:  Right.  But the statement has to be in

8   furtherance of the conspiracy.  The statement itself has to be

9   in furtherance of the conspiracy.  So the question is whether

10  his saying this furthers the conspiracy in some way or whether

11  there is some other exception that applies.

12           MS. PELKER:  He is communicating -- it is a buyer

13  communicating with the seller about a drug transaction.  They

14  are negotiating a drug transaction.  Part of the goals of the

15  conspiracy was to clean funds allowing people to do anonymous

16  drug transactions.  And that is exactly what they are

17  discussing here.

18           MR. EKELAND:  Nothing in the statement furthers the

19  conspiracy, Your Honor.  It is just merely a statement about

20  Indica420 waiting for their funds to arrive.

21           MS. PELKER:  But it is an explanation of why there is

22  a delay in purchasing -- in remitting the funds over sending

23  the funds through Silk Road to make the purchase.

24           MR. EKELAND:  And that delay has nothing to do with

25  furthering the conspiracy.  It is a temporal statement about

1    the current situation.

2           THE COURT:  Anything else on this, Ms. Pelker?  I am

3    frankly not sure.

4           MS. PELKER:  No, Your Honor.  Just to the extent that

5    the defense is then going to try to argue that the funds coming

6    in to Bitcoin Fog from exchanges and are somehow clean, that

7    this is important evidence in the government's case to be able

8    to rebut that.  And we think that discussion about this payment

9    does go to further that aspect of the conspiracy.

10          MR. EKELAND:  I don't quite understand that upstream

11   liability of money theory, because that would, I think, just

12   implicate banks and almost every financial institution that has

13   anybody's --

14          THE COURT:  That argument is not persuasive to me.

15   Because the whole point here is that it is allegedly a money

16   laundering service that is allowing him to purchase drugs in a

17   way that he is not going to get in trouble or thinks he is not

18   going to get in trouble, because he is laundering the funds and

19   people are not going to be able to understand he did that.  So

20   that argument is not persuasive to me.  Someone wouldn't, in

21   fact, go down to their bank and say -- you know, they wouldn't

22   get down to the local dealer and write a check, say, here is

23   the check, because they wouldn't want someone to be able to

24   trace it back.  That is the whole point here.

25          I am still not sure this actually is in furtherance

1  of the conspiracy, because saying that I can buy these drugs

2  once the funds are laundered.  You know, if there were any

3  reason to think that gave additional security to the seller, I

4  think I would be convinced of that, but I am not sure I see

5  that here.  So why don't we move on.  I will give this a little

6  bit further thought.  But at this point, I am not convinced it

7  is in furtherance of the conspiracy.

8            MS. PELKER:  Yes, Your Honor.

9            (End of bench conference.)

10 BY MS. PELKER:

11 Q.   If we could move to Exhibit 616C.

12           THE COURT:  My apologies.

13 BY MS. PELKER:

14 Q.   And directing your attention down to row 45.  And if we

15 could scroll over to the right into column R.  What is the item

16 being purchased here?

17 A.   1 gram of uncut cocaine.

18 Q.   And on column U?  What is the price listed there?

19 A.   809.93.

20 Q.   If we could scroll all of the way down to the bottom.  How

21 many entries are in this order record?

22 A.   1,472.

23 Q.   Did you also review Silk Road 2 records for the user

24 Budworx?

25 A.   I did.

1    Q.    If we could direct your attention to what is not yet in

2    evidence 613C.  Is 613C a fair and accurate reflection of

3    Budworx' activity on Silk Road 2?

4    A.    That's correct.

5              MS. PELKER:  Government moves to admit Exhibit 613C.

6              THE COURT:  Any objection?

7              MR. EKELAND:  Cumulative, relevance, more prejudicial

8    than probative and hearsay.

9              THE COURT:  Can you open the document for me?

10              MS. PELKER:  This is just the order spreadsheet, Your

11    Honor.

12              THE COURT:  Overruled.

13              And Exhibit 613C is admitted.

14              (Whereupon, Exhibit No. 613C was admitted.)

15              THE COURT:  If there is any particular hearsay in it,

16    you can draw my attention to it.  That goes in general for all

17    of these exhibits, Mr. Ekeland, where it is not sufficient to

18    just object to a large exhibit on hearsay grounds.  If there is

19    particular hearsay, you should direct me to it.

20    BY MS. PELKER:

21    Q.    Agent Santell, can you explain what is shown in row 3?

22    A.    Sure.  It is an order.  The buyer's name is Ghost.

23    Q.    If we can scroll over to the right, column R.  Can you

24    note what item is being purchased here?

25    A.    It is premium uncut cocaine for .5 grams.

1   Q.   What is over on column T, what is the Bitcoin price?

2   A.   Roughly .157.

3   Q.   And row 4, column R, can you read the item title for that

4   order?

5   A.   Amphetamine, 10 grams.

6   Q.   Scrolling down to the bottom.  How many orders are shown

7   here on this spreadsheet?

8   A.   1,725.

9   Q.   Can you read the listing title for 1,725?

10  A.   I didn't -- I made a mark.

11  Q.   I can clear it.  If you click on the triangle on the upper

12  left-hand --

13  A.   I am trying to click clear.  It is not listening to me.

14  And then it went dark.

15            THE COURTROOM DEPUTY:  That was me.

16            THE WITNESS:  All right.  Good.  Perfect.  Thank you.

17            So for 1725, that row.

18  BY MS. PELKER:

19  Q.   Yes.  Could you read what is in column R?

20  A.   MDMA, crystal, premium uncut, 90 percent, 2 grams.

21  Q.   Pulling back up 601A.

22       Did you review the Silk Road 2 records for the Bitcoin Fog

23  user Crystal Buddha?

24  A.   I did.

25  Q.   And what is -- if we could pull up what is not yet in

1    evidence, 616CD and E in which E is the messages.  And we have

2    one message from Crystal Buddha specifically to show.  Are

3    Exhibits 615C, D and E, fair and accurate reflections of the

4    records pertaining to Crystal Buddha on Silk Road 2 as

5    collected by the FBI?

6    A.   That is correct.

7              MS. PELKER:  Government moves to admit 615C and D and

8    615E, the messages, subject to the Court's ruling?

9              THE COURT:  Mr. Ekeland.

10             MR. EKELAND:  Cumulative 401, 403, 803.

11             THE COURT:  So I am going to admit 615C, D and E

12   subject to the defense having the right to object to any

13   particular assertions on hearsay grounds, but you need to draw

14   my attention to them.

15             (Whereupon, Exhibit No. 615C, D, and E were

16   admitted.)

17   BY MS. PELKER:

18   Q.   Directing your attention to 615D.  What are Crystal

19   Buddha's top products?

20   A.   Top products would be 1 ounce pure meth and then 7 grams

21   of pure meth and then 14 grams of pure meth.

22   Q.   Where is Crystal Buddha shipping from?

23   A.   Ships from the United States.

24   Q.   Where is it shipping to?

25   A.   The rest of the world.

1   Q.   Pulling up 615C.  And if we could scroll to the right.

2   What is the item title right there in column R for the first

3   item sold?

4   A.   One ounce of pure meth.

5   Q.   Going over to column T.  How much was Crystal Buddha

6   charging for one ounce of meth at the time?

7   A.   Roughly 2 Bitcoin.

8   Q.   And scrolling all of the way down to the bottom.  How many

9   sales are noted?

10  A.   445.

11  Q.   And could you read the title in column R of the last item

12  listed?

13  A.   7 grams pure cocaine, domestic listing only.

14  Q.   What was the price over in column T.  What is the price in

15  Bitcoin?

16  A.   Roughly 1.165 Bitcoin.

17  Q.   And going to the right to column V.  What was the pricing

18  in US dollars?

19  A.   $396.20.

20  Q.    If we could take down what is being published to the jury

21  and going to 615E.  And if we could go down to the message from

22  Crystal Buddha on September 30th, 2014.

23         THE COURTROOM DEPUTY:  Let me know when you are ready

24  for me to publish.

25         MS. PELKER:  If we could try and zoom in so we are

 1    only looking at --

 2              With the Court's permission, we would publish this to

 3    the jury.  We can scroll down a bit right there just so we can

 4    see the Bitcoin address at the top.

 5              (Pause.)

 6              THE COURT:  Let's pick up for a second.

 7              (Conference held at the bench.)

 8              THE COURT:  So Crystal Buddha is the market, is

 9    that --

10              MS. PELKER:  Crystal Buddha is the vendor.  Is one of

11    the individuals who is noted on the government's bill of

12    particulars.

13              THE COURT:  Right.  And then who is the other

14    participant in the conversation?

15              MS. PELKER:  I Have a Bong is a buyer and they have

16    negotiated a partial refund.  And so this is Crystal Buddha --

17              MR. EKELAND:  We just lost you, Your Honor.  I can't

18    hear you.

19              MS. PELKER:  Can you hear me?

20              MR. EKELAND:  I can hear you.

21              THE COURT:  Can you hear me?

22              MR. EKELAND:  Yes.

23              MS. PELKER:  Can you hear me?

24              THE COURT:  I can hear you.

25              MS. PELKER:  Crystal Buddha is the vendor.  I Have a

1    Bong was the buyer.  They have negotiated a partial refund.

2    And so this is Crystal Buddha discussing with I Have a Bong,

3    the laundering of that refund payment pertaining to their drug

4    transaction.  And Crystal Buddha is explaining that he is

5    making that transaction through Bitcoin Fog.  He has to wait

6    for it because it is down.  This is in furtherance of Crystal

7    Buddha's drug-dealing activities.  He has a relationship with I

8    Have a Bong.  He wants to continue that by processing this

9    refund.  And they are both very interested in ensuring that

10   their identities remain anonymous.  This is actually a

11   transaction that they are discussing happening outside of the

12   marketplace but pertaining to their drug transactions.

13          MR. EKELAND:  Your Honor, it is not clear to me they

14   are actually using Bitcoin Fog, because they are just talking

15   about it.  But they are not -- the first transaction is saying,

16   I just sent it to you through a mizer, which I am assuming is a

17   mixer.  It is not clear to me that is Bitcoin Fog.

18          MS. PELKER:  Defense can argue that.  He is saying

19   Bitcoin Fog and says will arrive in 6 hours, which is Bitcoin

20   Fog's standard delay.

21          THE COURT:  All right.  So I don't think it is being

22   offered for the truth of the matter about whether Bitcoin Fog

23   was down for maintenance or not.

24          MS. PELKER:  Correct, Your Honor.

25          THE COURT:  And tell me, is Crystal Buddha the

1    purchaser or the seller?

2            MS. PELKER:  He is the vendor.  So he is the seller.

3    He is refunding a payment.  So this is --

4            THE COURT:  I see.

5            MS. PELKER:  -- him taking the money of the proceeds

6    of this drug deal and partially refunding a buyer using Bitcoin

7    Fog to conceal his identity.

8            THE COURT:  And he says that he can't do so right now

9    because Bitcoin Fog is down?

10           MS. PELKER:  Yes.

11           MR. EKELAND:  Are we sure this -- this is an honest

12   question.  Are we sure this is a drug deal?  Is this all that

13   Crystal Buddha is dealing in?  Because Silk Road deals with a

14   lot of other stuff.

15           MS. PELKER:  I mean, we can scroll up, if that is

16   going to be the issue here, but --

17           MR. EKELAND:  You can tell me if the answer is yes,

18   then I will save the time.  I will trust you on that.  That is

19   an honest question.  I just --

20           THE COURT:  I think --

21           MR. EKELAND:  You are cutting in and out, Your Honor.

22           THE COURT:  You are losing me?

23           MR. EKELAND:  Now I can.

24           THE COURT:  I wonder if the batteries are starting to

25   go on these things.

 1              MR. EKELAND:  That might be it.

 2              THE COURT:  Yes.  Ms. Pelker.

 3              MS. PELKER:  Yes, I do.  If we could -- can you

 4    scroll up?

 5              But all Crystal Buddha was selling was drugs.  I

 6    believe this was a -- we can keep scrolling up.  This was an

 7    issue with a --

 8              THE COURT:  You passed it.  Pure meth.

 9              MS. PELKER:  So this was -- the buyer had purchased

10    meth.

11              THE COURT:  Okay.  Does this address your concern?

12              MR. EKELAND:  It does.

13              THE COURT:  All right.  Then we can proceed.

14    Thank you.

15              (End of bench conference.)

16              BY THE COURT:  All right.  You may proceed.

17    BY MS. PELKER:

18    Q.   And if we can publish just this screen to the jury.

19         Can you read the message from Crystal Buddha on 30 of

20    September?

21    A.   "Not sure what is going on with SR, can't make withdrawals

22    and Bitcoin Fog is down for maintenance.  I made a note of it

23    and will do it later today when Bitcoin Fog is back on."

24    Q.   And can you read the next message from Crystal Buddha two

25    sections down?

DIRECT EXAMINATION OF STEVEN SANTELL

1   A.   "Just sent it to you through the mizer.  It will arrive in

2   6 hours."

3   Q.   If we could pull back up 601A.

4        And Special Agent Santell, did you also review the Silk

5   Road 2 records for the Bitcoin Fog user Shine Cartel?

6   A.   I did.

7   Q.   And directing your attention to what is not yet in

8   evidence, 617C and E.  And are these fair and accurate

9   reflections of the records pertaining to Shine Cartel as

10  obtained by the FBI on Silk Road 2?

11  A.   Yes.

12        MS. PELKER:  Government moves to admit C and E.  E

13  are the messages and subject to the Court's prior ruling here,

14  we are just going to show one particular message.

15        THE COURT:  All right.

16        MR. EKELAND:  Cumulative 401, 403, 803.

17        THE COURT:  So I will admit 617C and E.  But, again,

18  with the proviso, if there is any particular statement in here

19  that you believe is hearsay, Mr. Ekeland, you need to point me

20  to it.

21        (Whereupon, Exhibit Nos. 617C, E were admitted.)

22  BY MS. PELKER:

23  Q.   If we could pull up 617C and directing your attention to

24  the order in row 3.  Can you read the title of the item --

25  we'll have to scroll over to column R here?

1   A.   It is .5 grams of 96.4 percent pure Columbian fish scale

2   cocaine from the Shine Cartel.

3   Q.   Can you scroll all of the way down to the bottom?

4        And how many items are listed here?  How many sales are

5   listed here?

6   A.   1,539.

7   Q.   And for the row 1,539, can you read the title of that

8   listing?

9   A.   Yes.  .5 grams of pure Columbian fish scale cocaine from

10  Shine Cartel.

11        MS. PELKER:  If we could now pull down the jury's

12  screen for a moment and go to 616E.  If we could go to the

13  June 16th message from between Shine Cartel and Scott2687.

14        And with the Court's permission, we would publish

15  just this transaction or this message to the jury.

16        THE COURT:  All right.  Any objection to that?

17        MR. EKELAND:  Can you pick up the phone real quick?

18        THE COURT:  Okay.

19        (Conference held at the bench.)

20        MR. EKELAND:  I just -- maybe there is a quick

21  answer -- is this related -- where is the connection to Bitcoin

22  Fog or the furtherance of the conspiracy in this one?  I see

23  Silk Road mentioned.  Is it just coming later?

24        MS. PELKER:  If you read Shine Cartel's message, it

25  is talking about if you do use your account to buy coin --

1           MR. EKELAND:  I see it, yeah.  Just the standard

2    objection, Your Honor.  But it is -- I don't think this is in

3    furtherance of the conspiracy.

4           THE COURT:  Ms. Pelker.

5           MS. PELKER:  So this is the vendor who is talking

6    about how to ensure that he and his customers are cleaning

7    their funds by laundering them through Bitcoin Fog.

8           THE COURT:  Anything further on this, Mr. Ekeland?

9           MR. EKELAND:  No.  I just don't think it is in

10   furtherance of the operating of Bitcoin Fog.

11          THE COURT:  It may not be in furtherance of the

12   cooperation of Bitcoin Fog.  I think it is in furtherance of

13   the alleged money laundering conspiracy.  The other question I

14   had about some of these things, I am not sure we need to get

15   into this is whether some of these things, even though they are

16   illegal businesses, are business records.  I don't think we

17   need it for this one.

18          MS. PELKER:  So the defense -- I guess there is a

19   question of whether that is an authenticity or hearsay

20   question.  But defense did stipulate to the authenticity of the

21   Silk Road 1 and 2 records that are coming in.

22          THE COURT:  It may be that for other purposes, I

23   don't think -- I do think this is in furtherance of the

24   conspiracy, but it may be with respect to other records, they

25   are, in fact, business records.

DIRECT EXAMINATION OF STEVEN SANTELL

1            MR. EKELAND:  These are compiled by the FBI; is that
2    right?  So I think what we stiped to was the authenticity of
3    the FBI compilation but they are not actually business records
4    as I know it from Silk Road.  But we can save that for another
5    time.  I am not trying to get into a big evidentiary fight
6    here.
7            THE COURT:  All right.  Thanks.
8            (End of bench conference.)
9            MS. PELKER:  If we can zoom in.  If we could publish
10   this to the jury?
11           THE COURT:  You may.
12   BY MS. PELKER:
13   Q.   And Special Agent Santell, can you just read the last
14   sentence of Scott 2687's message there?
15   A.   If you -- otherwise if you do use your account to buy
16   Bitcoin --
17   Q.   I'm sorry.  Just the end of Scott 2687's message at the
18   top.  So starting with, so can you recommend?
19   A.   "If so, can you recommend a good Bitcoin site?"
20   Q.   Can you read Shine Cartel's response?
21   A.   "An O will be 1750 GPD with free delivery.  It is best to
22   go through Silk Road and if you Google buy Bitcoins for cash
23   there are a couple of sites which offer peer-to-peer cash
24   exchange services.  Otherwise, if you do use your account to
25   buy Bitcoin, it is always advised to run the coin through

1  Bitcoin Fog before sending it to SR."

2  Q.   Returning to 601A.  Did you review the Silk Road 2 for the

3  records vendor -- last one on the list, Trevor Philips

4  Enterprises?

5  A.   I did.

6  Q.   What is not yet in evidence, if we could direct your

7  attention to 617D and E.  And are 617D and E, where E is the

8  messages, fair and accurate reflections -- 618, thank you.

9            THE COURTROOM DEPUTY:  I'm sorry.  618?

10           MS. PELKER:  618D.

11           THE WITNESS:  Yes.

12  BY MS. PELKER:

13  Q.   Are these fair and accurate reflections of the records

14  from Silk Road 2 as obtained by the FBI?

15  A.   That's correct.

16           MS. PELKER:  If we could go to 618D and then publish

17  to the jury -- or government moves to admit 618D and 618E,

18  subject to the Court's prior ruling.

19           THE COURT:  Any objection?

20           MR. EKELAND:  Cumulative 401, 403, 803.

21           THE COURT:  So same decision as to this.  I will

22  admit those exhibits, but with the understanding that if there

23  is any particular hearsay in those exhibits, the defense will

24  bring that to my attention and I will reserve ruling on that.

25           (Whereupon, Exhibit Nos. 618D, 618E were admitted.)

DIRECT EXAMINATION OF STEVEN SANTELL

1   BY MS. PELKER:

2   Q.   And if we could direct your attention on 618D.  How many

3   orders has Trevor Philips Enterprises completed?

4   A.   1,332.

5   Q.   Where was he shipping from?

6   A.   The United States.

7   Q.   What are the top items sold?

8   A.   Very high quality cocaine and just various grams of that.

9   Q.   If we can go to page 16.  And if we could read toward the

10  bottom of this page in the description under mission.  Can you

11  read that paragraph there?

12  A.   "Trevor Philips Enterprises is a group dedicated to

13  supplying our customers with the best quality product in the

14  world as well as keeping said customers safe and informed.  We

15  pride ourselves in the products we supply and we test them for

16  cuts and purity regularly.  Our shipping standards will allow

17  it so no" cocaine unit will --

18  Q.   Could you re-read that?  So no --

19  A.   Our shipping --

20       Say again?

21  Q.   Could you re-read that, allow it so no?

22  A.   "Our shipping standards will allow it so no canine unit

23  will ever be able to sniff and hit your parcel.  We get the

24  best of the best and we want you to have it.  Our customer

25  service is impeccable.  And we have been in this business for

DIRECT EXAMINATION OF STEVEN SANTELL

1   quite a while, so rest easy when ordering with us."

2   Q.   And scrolling down a bit, if we could direct your

3   attention to the section under cocaine.  Could you read the

4   first two sections there for IV use and smoking use?

5   A.   "For IV use, please do not order this and IV it

6   immediately if you have been used to street quality products.

7   You need to ease into this cocaine for IV use.  If you take too

8   much in the first shot there might not be a second chance at

9   it.  Our product is safe but a high quantity in a syringe might

10  kill you if you are not used to it.

11       "Smoking use, you can cook this into free space crack, if

12  you would like or product gives you a 1 to 1 ratio of crack

13  back if you try to make it as pure as possible.  This process

14  makes many a crack smoker unbelievably happy."

15  Q.   If we could go to 602A, which is in evidence.

16       Special Agent Santell, do you remember testifying about

17  the categories on the Silk Road home page?

18  A.   Say that again?

19  Q.   Do you recall testifying earlier today about the

20  categories on the Silk Road?

21  A.   Yes.

22  Q.   And are there categories here other than drugs?

23  A.   There are.

24  Q.   Are you generally aware of what sorts of things were sold

25  in those categories?

DIRECT EXAMINATION OF STEVEN SANTELL

1   A.   That's correct.

2   Q.   What was that?

3   A.   So we have apparel.  And inside of the apparel section, it

4   was like fake Armani suits and fake Rolex watches.  For books,

5   typically the books we saw were instructions about how to do

6   various criminal activities such as, you know, how to make

7   meth, you know, how to -- what to do with MDMA.  It wasn't like

8   how to raid [sic] a child.

9   Q.   I want to be clear, you said how to raise a child; right?

10  A.   Yes.

11  Q.   You said it was not like how to raise a child?

12  A.   That's correct.  I guess, you know, go on but it -- for

13  the most part, everything on here was used in some fashion

14  to -- for drug purposes.

15  Q.   If we could pull up Exhibit 608J, which was in evidence.

16  And for the entry in line 3, can you read the title in column

17  J?

18  A.   MDMA synthesis instruction book.

19  Q.   And going one column over.  Can you read the first

20  paragraph of this description?

21  A.   "This listing is for an ebook manual that teaches you

22  step-by-step instructions how to synthesize MDMA or ecstasy.

23  It tells you each and every item you will need, examples of

24  where to get it, what items those chemicals are in them,

25  pictures of lab equipment and explained in simple terms how to

1    do it.  Many people have bought it and have been able to follow

2    it and have said it is very helpful and easy to fallow.  Many

3    people pair" --

4    Q.    You can stop there.

5          Going down now to row 19.  Can you read the title in

6    column J?

7    A.    "Guide to postal smuggling ebook."

8    Q.    And can you -- staying over in column K, can you read the

9    beginning of the description?

10   A.    "This is an ebook titled, guide to Postal smuggling.  It

11   is a book written by multiple people and pulled together from

12   multiple sources.  It outlines how the Postal Service, both

13   international and domestically operate.  It tells how they

14   inspect mail, how they handle it, how they pick and choose what

15   to inspect.  What they look for, how to package your own items

16   safely and how to use a PO Box for contraband covertly and how

17   to detect if there is an order from the Postal inspector to put

18   your PO Box under watch without you knowing."

19   Q.    And can you -- if we scroll down to the paragraph marked

20   good news.  Can you read the beginning of this next section

21   with the sequel to this ebook is in the works?

22   A.    "The sequel to this ebook is in the works.  It will focus

23   more on tactics for SR shipping, how to tell if a postal worker

24   is flagging your international item at the time you ship.  It

25   will outline how USPS has just implemented new measures to

DIRECT EXAMINATION OF STEVEN SANTELL

1    better track email and shippers as well as never before

2    disclosed info on how their servers work to log info."

3    Q.   Are these examples of the books that are sold on Silk Road

4    and darknet markets?

5    A.   They are.

6    Q.   And you can take down this exhibit.

7         In your work for this case, did you review records for the

8    darknet site Welcome to Video?

9    A.   I did.

10   Q.   What was Welcome to Video?

11   A.   Welcome to Video was a child porn site where people were

12   able to upload and download images and videos of child

13   pornography.

14   Q.   Did Welcome to Video allow anything else other than child

15   sexual abuse material?

16   A.   They did not.

17   Q.   Was the site on the clearnet or on Tor?

18   A.   Clearnet and Tor, I believe.

19        The site was on clearnet as well as Tor.

20   Q.   Are you sure about that?

21        MR. EKELAND:  Objection.  He answered the question,

22   Your Honor.

23        THE COURT:  Yeah.  I think it is okay to ask the

24   question again, if you would like.

25   BY MS. PELKER:

1   Q.   Special Agent Santell, can you take a moment to recall the

2   Welcome to Video site.  And do you recall -- understanding that

3   you didn't work on the case, do you recall whether it was on

4   clearnet or on Tor?

5              MR. EKELAND:  Objection, Your Honor.

6              THE COURT:  Let me just ask the witness, do you have

7   personal knowledge of about whether the Welcome to Video site

8   was on the clearnet or darknet, do you know?

9              THE WITNESS:  It was on -- I believe it was on

10  clearnet.  Full personal knowledge, I am lagging a little bit.

11  BY MS. PELKER:

12  Q.   You didn't work on the Welcome to Video case, to be clear?

13  A.   That is correct.

14  Q.   But did you then review records that were obtained from

15  Welcome to Video?

16  A.   I did.

17  Q.   And did you review records from Welcome to Video that were

18  obtained when the site was seized by law enforcement?

19  A.   I did.

20  Q.   Showing you Exhibit 623, which is previously admitted.

21  And is this a list of the Welcome to Video users whose account

22  records you reviewed?

23  A.   That's correct.

24              MS. PELKER:  And if we could, at this time, Your

25  Honor, have the Court read in the Welcome to Video stipulation?

1              THE COURT:  So here is another stipulation between

2      the parties.  And as I told you before, a stipulation are

3      agreed upon facts by the parties.  And so you should treat this

4      as uncontested evidence in the case.  And the stipulation is as

5      follows:  For Exhibits 624, 625, 626, 627, 628A, 628B, 629,

6      630A, 630B, 631, 632 and 633, the redacted video titles and

7      descriptions in columns F, G and H, establish that the listed

8      user committed a violation of a federal offense, namely obscene

9      visual representation of the sexual abuse of children in

10     violation of 18 United States Code section 1466(a).

11             For Exhibits 624, 625, 626, 627, 628A, 629, 630A,

12     631, 632, and 633, the listed user committed those violations

13     using funds associated with the Bitcoin address listed in

14     column A.

15             None of the listed users or accounts contained in

16     Exhibits 624 through 633 were or belong to the defendant Roman

17     Sterlingov at any time.

18             All right.  Can I ask before we move on to another

19     topic to pick up the phone with one more thing?

20             (Conference held at the bench.)

21             THE COURT:  Can you hear me okay?

22             MS. PELKER:  Yes, Your Honor.

23             THE COURT:  I am just continuing to think about the

24     hearsay issue and as it relates to the records that have come

25     in this morning.  And my understanding is that the alleged

1    conspiracy was between Mr. Sterlingov and anyone else who was

2    involved in administering or running Bitcoin Fog and the

3    vendors -- darknet vendors or vendors; correct?

4         MS. PELKER:  Anyone who was using Bitcoin to launder

5    narcotics trafficking proceeds and activities.  So the darknet

6    market administrators, the vendors.  We would say the buyers

7    are also in furtherance of that.

8         THE COURT:  That is what the question was, whether

9    the buyers were or not.  Because it is not clear to me whether

10   the buyers were.  If the buyers were not, then I wonder whether

11   the statements by the buyers, even where the buyers are saying,

12   you know, I want to use Bitcoin Fog or whatever, were in

13   furtherance of the conspiracy or whether they were alleged

14   co-conspirators for those purposes.  This has, obviously,

15   gotten a little bit confused, because we are dealing with these

16   large data files.  And I can't count the number of times that

17   Mr. Ekeland has categorically objected to all evidence,

18   including evidence that is undoubtedly not even close to

19   hearsay, on hearsay grounds.  It is just for preserving a

20   hearsay objection to everything that is coming in.  And we are

21   dealing with very large Excel spreadsheets.  I don't know

22   everything that is in each and every line.  It would take more

23   time than we have for me to go through those as they are coming

24   in to evidence.

25        I guess I want to say that if there is anything that

1    has either been already presented to the jury that falls into

2    that category that I need to consider further, that the defense

3    can point me to that I should strike, the defense should tell

4    me that now or before this witness leaves the stand.  And, as

5    the parties go through these exhibits before they go back to

6    the jury, if there are portions where there are references to

7    Bitcoin Fog or other hearsay that don't involve the vendor

8    talking about efforts to use or encouraging others, for

9    example, to use Bitcoin Fog in a way as operational security,

10   then the defense just needs to bring that to my attention

11   before those exhibits go to the jury.  And as I said, if there

12   is anything I need to strike today that falls into that

13   category that we have missed thus far, defense should tell me

14   what that is.

15          And if the government wants me to point to something

16   that explains that the conspiracy is broader than that, it is

17   essentially even drug purchasers, then you need to point me to

18   that.  I don't think it was in the bill of particulars, but

19   maybe I missed it.

20          MS. PELKER:  Your Honor, I think that it is essential

21   for this conspiracy to operate that you have money coming in

22   from exchanges and going into Bitcoin Fog.  And then from

23   darknet markets to then swap that money.  The buyers here are

24   an essential part of that role and conspiracy.

25          THE COURT:  I guess they may be an essential part of

DIRECT EXAMINATION OF STEVEN SANTELL

1    the conspiracy.  But the question is whether they are alleged

2    to be co-conspirators who are identified as co-conspirators or

3    not.  As I am sitting here on the bench, I can't answer that

4    question with certainty now.  If we have to take a break to

5    look at that before this witness leaves the stand, we should

6    make sure we resolve it.  I just want to make sure because

7    there have been these categorical hearsay objections to

8    virtually every document that has been coming in in this case,

9    I want to make sure there is not something buried in there

10   where there was never a specific hearsay objection to the

11   particular line item where we didn't get a chance to talk about

12   whether this statement was by somebody who was a

13   co-conspirator.  I agree that anyone who was a vendor of

14   illegal goods falls within that category if they were making

15   statements about and encouraging others to use Bitcoin Fog to

16   clean their money, that is fine.  But I just want to make sure

17   that we haven't missed anything because of how this has all

18   come in.

19            MS. PELKER:  Understood, Your Honor.  There are, as

20   the Court saw, simply, because of the -- in order to

21   authenticate the messages, we had to show them within the

22   record of the messages within that record from Silk Road.  But

23   we are happy to just excerpt the particular messages to send

24   back to the jury.  We are not trying to shoehorn in additional

25   evidence here.  It is just that the relevant information and

 1    messages fall within that document.

 2            THE COURT:  I will let you and defense counsel confer

 3    about that.  And if you think that redacting everything except

 4    for the message that you were pointing to is the right way to

 5    do it, if you agree on, that is okay.  Or if the defense goes

 6    through and thinks there are particular statements that are

 7    hearsay that shouldn't come in, you are welcome to do that as

 8    well.  And if you need to bring any disputes on that to my

 9    attention, you can do so.

10            MS. PELKER:  Understood, Your Honor.

11            MR. EKELAND:  Your Honor, just in terms of time,

12    moving to strike stuff and in relation to the volume and this

13    witness, I just don't -- I am wondering without -- looking at

14    the clock -- if that is practical.  I do think if we talk and

15    work with the government --

16            THE COURT:  It is 12:30 now.  So it may be -- I have

17    got a 1:00 in a case that is going to have even more

18    participants than this one.  We are going to have a full

19    courtroom at 1:00.  So it may be -- and you are not -- I don't

20    think you are probably going to get through your cross today,

21    so it may be that the government can't rest until Monday anyway

22    and you can have the weekend to go through things.

23            The only reason I am flagging this now is if there is

24    something you are particularly concerned about and don't want

25    it to be percolating with the jury over the weekend even, you

DIRECT EXAMINATION OF STEVEN SANTELL

1    should tell me about that.  But if you all want the weekend to

2    go through these things, that is fine with me.

3              MR. EKELAND:  I would prefer to take the weekend.

4    There is nothing that is like -- yeah, over the weekend.

5              THE COURT:  Okay.  That is fine.

6              (End of bench conference.)

7              THE COURT:  All right.  You can continue.

8    BY MS. PELKER:

9    Q.   And if we can pull down what is currently being published

10   to the jury and pull up the redacted copies of Exhibits 624

11   through 633.  As those are being pulled up, Special Agent

12   Santell, did you review prior to your testimony and

13   pre-redaction the contents of Exhibit 624 through 633?

14   A.   That's correct.

15   Q.   Do they fairly and accurately reflect the records for the

16   users that were provided by the Welcome to Video case team?

17   A.   That is correct.

18             MS. PELKER:  And if we can pull up and publish to the

19   jury the redacted copy.  Give me just a minute to keep pulling

20   these up.  And the government moves to admit the redacted

21   copies of 624 through 633 and subparts.  So 624, 625, 626, 627,

22   628A and 628B, 629, 630A, 630B, 631, 632 and 633?

23             THE COURT:  All right.  Any objection?

24             MR. EKELAND:  No, assuming they all match our

25   stipulation, which I think they do.  I just haven't personally

1    looked through them, but I am assuming they are --

2              THE COURT:  Exhibits 624 through 633 are admitted and

3    may be published to the jury.

4              (Whereupon, Exhibit Nos. 624 through 633 were

5    admitted.)

6              How much more time -- I am wondering whether this is

7    a good breaking point or what you want to do about timing.

8              MS. PELKER:  I will finish after we go through these

9    spreadsheets --

10             THE COURT:  How long?

11             MS. PELKER:  Maybe 10 minutes, if that, but --

12             THE COURT:  I hate to do it.  You know, I think we

13   probably should break for the day and then we'll come back on

14   Monday and finish up.  I do want to talk about scheduling with

15   counsel.  If we could pick up the phone for a moment.

16             (Conference held at the bench.)

17             THE COURT:  And the question is what we do about

18   Monday with the one juror who needs to be in Baltimore -- I

19   think the deputy clerk can tell us what time, but it was 3:30

20   or something like that.  I think it would mean going to lunch

21   or stopping at lunch time if we can keep her.  As I indicated,

22   this -- it is juror number 6 that we are talking about here who

23   is not a regular juror.

24             MS. PELKER:  Where are we on -- I know I looked at

25   the Court's calendar last night.  It looked like next Friday is

DIRECT EXAMINATION OF STEVEN SANTELL

1   very full.  If we don't end on Thursday, will we be able to sit

2   on Friday?  And if not, what is juror availability looking like

3   for Monday, Tuesday of that follow week?  I am especially

4   concerned about deliberation time.

5            THE COURT:  Deliberations I can be doing other things

6   during --

7            MS. PELKER:  I meant juror availability for

8   deliberations.

9            THE COURT:  So it was not as bad as I thought for

10  deliberations.  There was one person who had a medical

11  appointment on the 13th, someone who had a business trip on the

12  15th.  And I think those were the two, at least up until this

13  point.  Although I think people sometimes magically come up

14  with things they didn't bring to our attention earlier.  I am

15  not saying they make them up, but they forget to tell us so

16  there could be more.

17           MR. EKELAND:  I am guessing three days on the defense

18  case.  So we are not calling a lot of witnesses or we are

19  expecting it to go fast.  It depends on when -- I think the

20  government rests on Monday.  But I think we could -- on Monday

21  we could finish up this witness and get, you know, maybe even

22  finish up Professor Verret on Monday, assuming we figure out

23  the slide issue and all of that.

24           THE COURT:  It depends.  So what is your view,

25  Mr. Ekeland, about whether I should just let this juror go now.

```
 1    We have four alternates.  And she is an alternate, so it is
 2    not -- we would be delaying ourselves for something that
 3    probably isn't going to matter at the end of the day.
 4              MR. EKELAND:  Can I consult with my client?
 5              THE COURT:  Absolutely.
 6              (End of bench conference.)
 7              THE COURT:  We are talking about scheduling before we
 8    let you go for the weekend.  I want to make sure to let you
 9    know.
10              (Conversation held at the bench.)
11              MR. EKELAND:  We'd like to keep juror number 6.
12              THE COURT:  Okay.  I think if either side wants to do
13    that, we should do so.  Okay.
14              So I will tell the jurors that we are going to sit
15    part day on Monday.  And I will ask her to do whatever she can
16    to make it as late in the day as possible.  Okay.
17              MR. EKELAND:  Thank you, Your Honor.
18              THE COURT:  And Ms. Pelker.
19              MS. PELKER:  No, Your Honor.  Understood.
20              THE COURT:  Okay.
21              (End of bench conference.)
22              THE COURT:  All right.  Members of the jury, we are
23    going to break for the week now.  On Monday, let's start at
24    9:00 a.m.  We do have one timing issue on Monday.  And I think
25    we are -- can't sit a full day on Monday.  I want to talk to
```

1    one of the jurors and have the deputy clerk to ask one of the

2    jurors to figure out exactly how late in the day we can sit.

3    We will go at least until lunch.  We will go as late as we can,

4    but we'll have to just see.  But I think we will probably be

5    letting you go a little bit early on Monday.  And then continue

6    Tuesday, Wednesday and Thursday, we'll be sitting full days.

7           So have a nice weekend.  Don't discuss the case with

8    anybody at all.  Your fellow jurors, anybody at home.  If

9    anybody asks you about it, stick to the script.  It is just a

10   criminal case.  You can't say anything else about it.  And

11   don't conduct any type of research in any way relating to the

12   case.  And I hope it is a nice weekend and you enjoy

13   yourselves.  I do very much appreciate how attentive you have

14   all been.  So thank you for that.  And I will see you all on

15   Monday.

16           (Jury out at 12:40 p.m.)

17           THE COURT:  All right.  And the witness I will see

18   you back here on Monday as well.  I will ask that you not

19   discuss your testimony with anybody until it is complete.

20           THE WITNESS:  Yes, sir.

21           THE COURT:  Anything we want to raise?  I mean, I

22   know we do have to talk as well about the issues regarding the

23   scope of the Verret testimony.  And I am not quite sure the

24   best time to do that.  It may be that what we should do is let

25   the government finish up and, you know, obviously, with your

1    cross on Monday.  Then take a break after the government rests,

2    talk about that and then start with the defense case.  Does

3    that make sense?

4              MS. PELKER:  Your Honor, my only concern is that it

5    is literally 10 more minutes of testimony for this witness.  I

6    just don't want us to lose too much time Monday.  Does the

7    Court have any time this afternoon?

8              THE COURT:  Let me see.  It is pretty bleak, but

9    let's take a look.

10             MS. PELKER:  We could come in early before the -- I

11   understand that imposes on the court staff and court reporter.

12             THE COURT:  Right.  I certainly need the deputy clerk

13   for that.

14             You know, I tell you what, why don't you all come

15   back today to discuss those issues at 3:30.  I do have a -- I

16   have two motions hearings and will move through them as quickly

17   as I can.  But if you can be available by 3:30, I will free up

18   as soon as I can and we can take those issues up then.

19             MS. PELKER:  Thank you, Your Honor.

20             MR. EKELAND:  One other thing, Your Honor.

21             THE COURT:  Yes.

22             MR. EKELAND:  Mr. Sterlingov and Mr. Fischbach wanted

23   to view the devices.  And so we are just asking that the Court

24   instruct marshals to allow Mr. Sterlingov to review the

25   devices.  Well, he has to be here at 3:30.

1          THE COURT:  I'm sorry?

2          MR. EKELAND:  He has to be here at 3:30.  So we

3    just -- the logistical issue is him and Mr. Fischbach want to

4    review the devices from the government.  And Mr. Fischbach

5    wants Mr. Sterlingov present.  So we don't want to have any

6    issues with the marshals about that.

7          THE COURT:  Why don't I leave this up to the

8    marshals.  If there is any questions the marshals have, I will

9    be in chambers or here on the bench.  You come in and raise any

10   questions with me.

11         MR. EKELAND:  Thank you, Your Honor.

12         THE COURT:  Thank you.

13         All right.  Thank you all.

14         (Recess taken at 12:43 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4       that the foregoing constitutes a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9

10                       Dated this 2nd day of March, 2024.

11

12                       _____
                         Sherry Lindsay, RPR
13                       Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. EKELAND: [1]   56/25
BY MR. PEARLMAN: [23]   10/11
13/10 13/24 14/21 15/3 16/3 16/23
18/9 18/17 19/5 20/8 21/6 22/4
22/10 23/5 23/25 25/8 26/2 26/21
27/8 27/24 28/11 29/6
BY MS. PELKER: [49]   30/17 32/4
33/18 35/2 37/23 38/4 38/13 41/5
43/5 43/21 44/15 45/4 49/24 53/4
55/9 55/18 57/9 58/3 60/5 60/14
63/6 64/17 71/21 72/5 72/12 73/3
75/10 77/10 79/11 79/15 79/21
81/21 82/1 86/19 88/7 89/1 95/10
95/13 96/20 97/18 98/17 103/17
104/22 107/12 108/12 109/1 113/25
114/11 120/8
BY THE COURT: [2]   25/25 103/16
MR. EKELAND: [105]   4/10 5/8 5/15
9/5 13/6 13/20 14/24 15/24 16/19
19/1 20/4 21/2 22/6 23/1 23/21
25/4 25/24 26/17 27/4 27/20 28/7
29/2 29/19 30/5 31/15 31/22 32/2
33/6 34/23 38/8 40/24 43/15 44/20
49/19 53/1 55/12 57/22 60/8 62/24
63/3 64/12 65/21 65/23 66/6 67/1
67/17 69/10 69/25 72/10 72/22
75/4 77/4 79/17 80/17 81/5 81/12
83/6 83/9 83/19 85/10 85/16 86/6
88/3 88/21 89/22 90/1 90/18 90/20
91/14 92/8 93/18 93/24 94/10 96/7
98/10 100/17 100/20 100/22 101/13
102/11 102/17 102/21 102/23 103/1
103/12 104/16 105/17 105/20 106/1
106/9 107/1 108/20 113/21 114/5
119/11 120/3 120/24 122/17 123/4
123/11 123/17 125/20 125/22 126/2
126/11
MR. PEARLMAN: [22]   10/8 13/3
13/17 15/21 16/16 18/1 18/8 18/13
18/16 18/24 20/2 20/24 22/23
23/19 25/1 25/22 26/15 27/2 27/18
28/5 28/25 29/17
MS. PELKER: [97]   4/6 4/18 5/7
5/13 5/17 5/20 9/1 29/23 30/6
31/18 33/7 34/21 37/20 40/21
43/17 44/18 45/1 57/6 57/19 62/25
63/4 64/9 66/9 66/16 66/20 67/12
67/20 68/21 69/9 70/1 70/5 70/9
70/16 71/20 72/11 75/1 77/1 79/10
80/14 80/21 80/25 83/15 84/7
85/17 86/13 88/18 89/18 90/7 91/9
91/20 92/1 92/13 92/24 93/12
93/21 94/4 95/8 96/5 96/10 98/7
99/25 100/10 100/15 100/19 100/23
100/25 101/18 101/24 102/2 102/5
102/10 102/15 103/3 103/9 104/12
105/11 105/24 106/5 106/18 107/9
108/10 108/16 114/24 115/22 116/4
117/20 118/19 119/10 120/18 121/8
121/11 121/24 122/7 123/19 125/4
125/10 125/19
THE COURT: [205]
THE COURTROOM DEPUTY: [18]   4/2
9/11 10/7 17/24 18/4 18/15 30/9
30/15 69/3 69/5 70/20 70/22 72/3
79/9 89/17 97/15 99/23 108/9
THE WITNESS: [12]   10/6 29/21
30/14 33/11 49/21 53/3 65/22 72/4
97/16 108/11 114/9 124/20

## $
**$115 [3]**   38/23 39/21 39/22
**$396.20 [1]**   99/19
**$692,000 [1]**   82/11

## .
**.12628 [1]**   22/18
**.157 [1]**   97/2
**.1597 [1]**   24/11
**.1628 [1]**   23/14

**.25 [1]**   61/17
**.3 grams [1]**   61/17
**.36 [1]**   105/9
**.5 [3]**   96/25 105/1 105/9
**.5 grams [3]**   96/25 105/1 105/9

## 1
**1 percent [1]**   14/12
**1,332 [1]**   109/4
**1,436 [1]**   89/4
**1,472 [1]**   95/22
**1,539 [2]**   105/6 105/7
**1,572 [1]**   74/7
**1,725 [2]**   97/8 97/9
**1,851 [1]**   65/18
**1.165 [1]**   99/16
**1/8s [1]**   39/3
**10 [7]**   3/3 42/9 68/24 68/24 73/23
121/11 125/5
**10 grams [2]**   73/12 97/5
**100 grams [1]**   58/11
**10005 [1]**   2/4
**104 [1]**   3/24
**107 [1]**   9/23
**108 [1]**   3/24
**10:51 [1]**   69/4
**10:52 [1]**   69/12
**11 [1]**   88/8
**11/11/2013 [1]**   82/10
**115 [1]**   39/7
**11:00 [2]**   68/24 68/25
**11:15 [1]**   70/21
**11th [1]**   82/22
**12 [2]**   6/9 76/11
**121 [1]**   3/25
**12:30 [2]**   70/10 119/16
**12:40 [1]**   124/16
**12:43 [1]**   126/14
**13 [2]**   3/7 3/7
**1301 [1]**   1/20
**136 [1]**   8/4
**137 [1]**   8/4
**13th [1]**   122/11
**14 [1]**   3/8
**14 grams [3]**   89/8 89/12 98/21
**1466 [1]**   115/10
**148D8 [1]**   15/20
**148D8A [1]**   16/8
**15 [1]**   3/8
**15DB1 [1]**   29/7
**15DB1Q [2]**   25/12 26/9
**15th [1]**   122/12
**16 [5]**   3/9 7/16 50/22 73/18 109/9
**160 milligrams [2]**   45/16 62/16
**16th [1]**   105/13
**17 [2]**   58/23 61/23
**172 [1]**   78/6
**1725 [1]**   97/17
**1750 [1]**   107/21
**17th [1]**   50/24
**18 [2]**   3/9 115/10
**18EUE [1]**   16/4
**18EUE1 [1]**   15/6
**18th [1]**   89/15
**19 [1]**   112/5
**1:00 [2]**   119/17 119/19
**1DB1Q [1]**   26/7
**1Nuf3K [2]**   21/10 22/16
**1Nuf3K1k [1]**   20/14
**1st [1]**   10/1

## 2
**2 grams [1]**   97/20
**2,011 [1]**   59/18
**2,063 [1]**   52/5
**2,400 [1]**   61/6
**2,500 pounds [1]**   58/16
**2,531 [1]**   82/11
**2,906 [1]**   35/25
**2/16 [1]**   50/22
**20 [1]**   3/10
**20-minute [1]**   68/25
**200 grams [1]**   58/10

**20001 [1]**   2/9
**20005 [1]**   1/21
**2009 [1]**   48/4
**2011 [3]**   10/1 41/20 43/8
**2012 [1]**   47/10 47/11 50/22
**2013 [8]**   38/5 40/19 41/22 41/24
42/12 48/18 82/10 89/15
**2014 [3]**   79/25 82/22 99/22
**2015 [1]**   11/22
**2016 [7]**   12/10 12/20 19/9 19/12
19/15 19/17 29/14
**202 [1]**   3/16
**2021 [2]**   10/2 11/23
**2022 [1]**   31/2
**2023 [1]**   41/24
**2024 [2]**   1/5 127/10
**20530 [2]**   1/14 1/17
**208 [1]**   18/15
**208A [7]**   3/7 12/16 12/18 13/4
13/7 13/9 13/11
**208B [6]**   3/7 12/25 13/4 13/7 13/9
13/11
**208C [5]**   3/7 13/14 13/18 13/21
13/23
**208D [5]**   3/8 14/15 14/22 14/25
15/2
**208E [6]**   3/8 15/13 15/14 15/22
15/25 16/2
**208F [5]**   3/9 16/11 16/17 16/20
16/22
**208G [6]**   3/9 18/13 18/16 18/24
19/2 19/4
**209 [1]**   29/1
**209A [5]**   3/10 19/22 20/2 20/5
20/7
**209B [5]**   3/10 20/16 20/25 21/3
21/5
**209C [6]**   3/11 21/16 21/23 22/4
22/22 72/9
**209D [5]**   3/11 22/19 22/24 23/2
23/4
**209E [6]**   3/12 24/21 24/22 25/2
25/5 25/7
**209F [7]**   3/12 23/15 23/15 23/17
23/19 23/22 23/24
**209G [4]**   3/13 25/17 25/22 25/25
**209H [5]**   3/13 26/12 26/15 26/18
26/20
**209I [5]**   3/14 26/24 27/2 27/5
27/7
**209J [5]**   3/14 27/15 27/18 27/21
27/23
**209L [5]**   3/15 28/2 28/5 28/8
28/10
**209M [5]**   3/15 28/17 28/25 29/3
29/5
**21 [2]**   3/10 78/13
**21-399 [2]**   1/4 4/2
**22 [2]**   3/11 77/24
**227 [1]**   65/14
**23 [3]**   3/11 3/12 77/24
**230 [1]**   53/9
**233 [2]**   62/5
**234 [1]**   62/8
**24 [1]**   77/24
**24-hour [1]**   8/21
**247 [1]**   6/24
**248 [1]**   7/12
**25 [2]**   3/12 3/13
**250 [1]**   8/9
**251 [1]**   7/15
**25CNBOME [1]**   56/5
**26 [4]**   3/13 19/17 19/18 23/10
**2687's [2]**   107/14 107/17
**26th [1]**   29/14
**27 [2]**   3/14 3/14
**27th [1]**   10/2
**28 [1]**   3/15
**28 grams [1]**   89/11
**29 [1]**   3/15
**297 [1]**   62/10
**2CB [1]**   45/18

## 2

**2CE [1]** 45/18
**2CI [1]** 45/18
**2nd [1]** 127/10

## 3

**3 percent [1]** 14/12
**3,564 [1]** 56/16
**3,802 [1]** 35/23
**3.43 [1]** 51/11
**3.5 grams [4]** 73/25 82/17 89/8 89/11
**3.752 [1]** 48/14
**3.98 [1]** 63/15
**3/28/2014 [1]** 79/25
**30 [4]** 2/3 3/5 76/11 103/19
**30 milligrams [1]** 76/9
**300 [1]** 62/19
**30th [1]** 99/22
**32 [1]** 64/25
**333 [1]** 2/8
**34 [1]** 3/16
**38 [1]** 3/16
**399 [2]** 1/4 4/2
**3:30 [5]** 121/19 125/15 125/17 125/25 126/2

## 4

**4 grams [1]** 58/9
**4,850 [1]** 63/18
**401 [12]** 38/8 40/24 44/20 55/12 71/5 71/6 72/22 75/4 80/17 98/10 104/16 108/20
**403 [16]** 7/2 34/23 38/8 40/24 44/21 55/12 57/22 60/8 64/12 68/4 72/22 75/4 80/17 98/10 104/16 108/20
**41 [1]** 3/17
**420 [2]** 76/17 89/16
**445 [1]** 99/10
**45 [2]** 3/17 95/14
**48 [1]** 17/19
**4AOCDMT [1]** 45/19

## 5

**5 grams [1]** 59/2
**5.1527 [1]** 1/17
**50 [1]** 78/13
**500 grams [1]** 58/15
**53 [1]** 48/15
**55 [2]** 3/18 49/4
**56 grams [1]** 61/4
**578 [1]** 54/7
**59 [2]** 3/18 59/1

## 6

**6.42 [1]** 78/17
**6/12/2013 [1]** 41/22
**6/30/2013 [1]** 42/12
**60 [1]** 3/19
**601 [3]** 1/16 43/14 66/9
**601A [11]** 43/17 43/22 71/22 74/13 76/18 78/21 80/7 87/11 97/21 104/3 108/2
**602 [2]** 38/10 38/12
**602A [6]** 3/16 34/13 34/21 34/24 35/1 110/15
**602B [3]** 37/12 37/13 37/20
**603C [6]** 3/17 40/14 40/22 41/1 41/3 41/13
**603H [1]** 42/4
**603S [1]** 42/16
**604 [2]** 57/12 57/13
**604A [6]** 3/18 56/24 57/20 57/24 58/1 58/4
**604B [1]** 58/12
**604G [1]** 58/17
**604K [1]** 59/13
**605 [1]** 59/23
**605A [6]** 3/19 59/22 60/6 60/9 60/12 60/15

**605B [1]** 61/2
**605C [1]** 61/9
**605D [1]** 61/12
**605I [1]** 61/14
**605N [1]** 62/20
**606 [2]** 64/2 64/9
**606F [5]** 3/19 63/25 64/13 64/15 64/18
**606I [1]** 65/11
**606J [1]** 65/15
**607 [1]** 74/20
**607A [6]** 3/20 74/19 75/2 75/6 75/8 75/11
**607B [1]** 75/21
**607H [1]** 75/25
**607K [1]** 76/14
**608 [1]** 44/11
**608A [6]** 3/17 44/8 44/10 44/16 45/3 45/5
**608B [1]** 46/16
**608E [1]** 46/5
**608H [1]** 52/9
**608J [2]** 47/1 111/15
**608K [1]** 50/3
**608L [1]** 53/8
**608N [2]** 44/24 50/9
**608O [1]** 51/21
**608Q [1]** 54/3
**609 [1]** 55/3
**609A [5]** 3/18 54/25 55/9 55/14 55/16
**609B [1]** 55/21
**609C [1]** 55/24
**609G [1]** 56/1
**609K [1]** 56/6
**610 [1]** 72/13
**610A [7]** 3/20 72/9 72/20 72/24 73/1 73/4 74/13
**610C [1]** 73/11
**610H [1]** 73/15
**610L [1]** 74/5
**611 [1]** 76/22
**611A [4]** 3/21 77/1 77/7 77/8
**611G [1]** 77/11
**611L [2]** 78/4 78/10
**612D [5]** 3/21 79/8 79/15 79/18 79/20
**613C [6]** 3/23 96/2 96/2 96/5 96/13 96/14
**614D [6]** 3/22 80/11 80/14 81/23 81/25 82/7
**614E [1]** 82/20
**615C [6]** 3/23 98/3 98/7 98/11 98/15 99/1
**615D [1]** 98/18
**615E [2]** 98/8 99/21
**616C [7]** 3/22 88/12 88/14 88/18 88/23 88/25 95/11
**616CD [1]** 98/1
**616D [1]** 89/2
**616E [2]** 89/15 105/12
**617C [5]** 3/24 104/8 104/17 104/21 104/23
**617D [2]** 108/7 108/7
**618 [2]** 108/8 108/9
**618D [6]** 3/24 108/10 108/16 108/17 108/25 109/2
**618E [3]** 3/24 108/17 108/25
**623 [1]** 114/20
**624 [10]** 3/25 115/5 115/11 115/16 120/10 120/13 120/21 120/21 121/2 121/4
**625 [3]** 115/5 115/11 120/21
**626 [3]** 115/5 115/11 120/21
**627 [3]** 115/5 115/11 120/21
**628A [3]** 115/5 115/11 120/22
**628B [2]** 115/5 120/22
**629 [3]** 115/5 115/11 120/22
**630 [1]** 54/10
**630A [3]** 115/6 115/11 120/22
**630B [2]** 115/6 120/22
**631 [3]** 115/6 115/12 120/22

**632 [3]** 115/6 115/12 120/22
**633 [12]** 115/6 115/12 115/16 120/11 120/13 120/21 120/22 121/2 121/4
**64 [1]** 3/19
**6710 [1]** 2/8

## 7

**7 grams [6]** 35/7 48/21 48/24 54/1 98/20 99/13
**7-gram [1]** 53/18
**7/13/2011 [1]** 41/20
**7/15/2011 [1]** 43/8
**7/21/2013 [1]** 48/18
**70 percent [1]** 73/9
**702 [1]** 31/23
**72 [1]** 3/20
**73 [1]** 62/2
**75 [1]** 3/20
**77 [1]** 3/21
**79 [1]** 3/21

## 8

**8,047 [1]** 51/17
**8/13/2012 [2]** 47/10 47/11
**803 [10]** 38/8 40/24 44/21 55/12 60/8 72/22 75/4 98/10 104/16 108/20
**809.93 [1]** 95/19
**81 [1]** 3/22
**847 [1]** 51/15
**88 [1]** 3/22
**8s [1]** 39/3
**8th [1]** 2/4

## 9

**9 ounces [1]** 48/25
**9/15/2023 [1]** 41/24
**90 percent [1]** 97/20
**950 [1]** 1/14
**96 [2]** 3/23 17/12
**96.4 [1]** 105/1
**98 [1]** 3/23
**9:00 a.m [1]** 123/24
**9:23 [1]** 9/13
**9:38 [1]** 1/6

## A

**a.m [6]** 1/6 9/13 69/4 69/12 70/21 123/24
**ability [2]** 33/13 36/9
**able [13]** 14/18 16/25 68/8 68/15 90/10 92/2 94/7 94/19 94/23 109/23 112/1 113/12 122/1
**about [64]** 6/15 6/21 8/16 11/7 15/4 20/9 29/7 31/19 33/8 36/6 37/22 41/21 44/21 45/21 48/25 57/1 66/19 69/17 70/10 70/14 70/24 71/17 81/6 83/12 83/21 84/6 86/1 86/3 90/24 92/6 93/4 93/13 93/19 93/25 94/8 101/15 101/22 105/25 106/6 106/14 110/16 110/19 111/5 113/20 114/7 115/23 117/8 118/11 118/15 119/3 119/24 120/1 121/7 121/14 121/17 121/22 122/4 122/25 123/7 124/9 124/10 124/22 125/2 126/6
**above [4]** 27/12 36/6 46/1 127/5
**above-entitled [1]** 127/5
**absolutely [3]** 49/3 54/20 123/5
**abuse [2]** 113/15 115/9
**accelerated [1]** 31/13
**access [5]** 14/18 18/10 32/20 32/21 39/18
**accessed [1]** 35/11
**account [30]** 13/13 15/10 21/21 21/24 22/15 22/21 23/11 24/8 24/10 26/11 29/8 29/10 36/8 36/11 36/11 36/12 36/21 37/1 40/11 40/18 41/14 41/19 42/2 42/5 80/4 92/14 105/25 107/15 107/24 114/21

**A**

accounts [2]  66/13 115/15
accurate [18]  34/17 37/17 40/17
 55/5 57/15 60/1 64/5 72/16 74/22
 76/23 79/12 80/11 88/14 96/2 98/3
 104/8 108/8 108/13
accurately [3]  44/11 87/23 120/15
ACO [1]  49/6
acquire [1]  34/7
acquired [2]  37/24 60/2
across [5]  17/12 36/7 63/7 76/6
 87/9
Act [1]  9/22
action [4]  1/3 41/23 41/24 93/5
activities [3]  101/7 111/6 116/5
activity [9]  32/23 40/18 44/12
 57/16 57/16 64/6 76/24 83/25 96/3
actual [1]  50/6
actually [13]  4/22 39/8 78/1
 83/12 83/19 84/5 86/4 88/4 89/14
 94/25 101/10 101/14 107/3
add [4]  39/18 39/23 39/25 87/15
added [1]  4/21
Adderall [1]  75/24
additional [9]  4/21 31/11 52/3
 54/4 56/20 63/19 74/11 95/3
 118/24
address [39]  8/6 8/25 14/7 15/5
 15/9 15/11 15/18 15/19 15/20 16/5
 16/5 16/10 20/10 20/17 20/19
 20/23 21/10 21/12 22/14 23/11
 25/12 25/13 25/14 25/15 25/16
 25/20 26/3 26/5 26/10 28/23 29/14
 54/12 54/13 54/14 87/5 87/25
 100/4 103/11 115/13
addressed [11]  6/23 6/23 7/7 7/16
 8/7 8/9 8/13 8/15 8/20 8/22 8/25
addresses [3]  14/8 16/14 17/5
administering [1]  116/2
administrator [3]  90/22 91/15
 92/4
administrators [1]  116/6
admit [30]  18/23 18/24 20/2 25/22
 34/21 37/20 40/21 44/15 55/9
 57/19 60/5 64/9 71/10 71/12 72/20
 75/1 77/1 79/15 80/14 88/18 88/23
 90/1 96/5 98/7 98/11 104/12
 104/17 108/17 108/22 120/20
admitted [77]  13/7 13/9 13/21
 13/23 14/16 14/25 15/2 15/13
 15/25 16/2 16/11 16/20 16/22
 18/14 19/2 19/4 19/22 20/5 20/7
 21/3 21/5 22/7 22/9 23/2 23/4
 23/22 23/24 25/5 25/7 25/25 26/18
 26/20 27/5 27/7 27/21 27/23 28/8
 28/10 29/3 29/5 34/24 35/1 38/10
 38/12 41/1 41/4 44/24 45/3 55/14
 55/17 57/14 58/2 60/10 60/13
 64/13 64/16 66/19 70/15 72/24
 73/2 75/6 75/9 77/7 77/9 79/18
 79/20 81/23 81/25 88/25 96/13
 96/14 98/16 104/21 108/25 114/20
 121/2 121/5
advance [1]  59/23
advertising [1]  33/13
advised [1]  107/25
after [12]  13/15 13/15 14/3 14/18
 33/15 68/25 75/19 78/23 90/24
 92/24 121/8 125/1
afternoon [1]  125/7
afterwards [2]  17/18 90/23
again [12]  16/4 17/20 21/7 27/25
 46/10 51/16 52/23 57/1 104/17
 109/20 110/18 113/24
against [1]  85/2
agency [1]  9/21
Agent [21]  5/23 29/23 30/18 30/24
 34/14 35/3 38/14 40/17 41/6 43/23
 45/5 55/2 55/19 82/2 86/20 96/21
 104/4 107/13 110/16 114/1 120/11
agree [3]  69/16 118/13 119/5

agreeable [1]  5/5
agreed [1]  115/14
agreement [4]  9/16 70/12 83/23
 92/3
Akemashite [2]  5/1 9/24
Alden [1]  4/6
Alexandra [3]  3/3 10/5 10/16
all [78]  4/13 9/9 9/14 10/3 14/12
 18/21 29/18 29/20 33/14 39/23
 40/7 40/23 40/25 44/19 45/21
 45/24 46/1 46/12 46/15 48/8 49/12
 51/12 56/13 56/14 57/4 57/21 60/7
 62/17 63/16 64/11 66/10 66/20
 66/22 66/25 67/19 69/3 70/18 71/6
 72/21 74/2 80/19 83/9 83/14 85/5
 86/2 86/15 86/18 87/1 92/18 95/20
 96/16 97/16 99/8 101/21 102/12
 103/5 103/13 103/16 104/15 105/3
 105/16 107/7 115/18 116/17 118/17
 120/1 120/7 120/23 120/24 122/23
 123/22 124/8 124/14 124/14 124/17
 125/14 126/13 126/13
alleged [5]  86/1 106/13 115/25
 116/13 118/1
allegedly [2]  85/8 94/15
allow [6]  52/24 109/16 109/21
 109/22 113/14 125/24
allowed [2]  62/18 68/15
allowing [2]  93/15 94/16
allows [2]  69/20 69/22
almost [2]  51/2 94/12
along [6]  6/17 35/13 58/9 69/23
 82/17 82/18
already [11]  7/7 7/13 7/16 14/19
 40/15 66/19 66/19 87/17 87/20
 92/9 117/1
also [34]  4/20 7/22 11/19 12/2
 18/10 25/11 35/18 36/10 42/13
 43/9 46/2 47/14 49/16 50/6 52/24
 53/17 53/18 54/22 56/17 58/10
 63/19 63/22 67/2 74/8 75/15 78/1
 78/7 83/15 84/20 84/25 87/21
 95/23 104/4 116/7
alternate [1]  123/1
alternates [1]  123/1
alternative [1]  67/12
although [2]  12/23 122/13
always [2]  49/13 107/25
am [48]  5/9 6/19 8/2 10/21 10/24
 15/4 17/24 19/7 21/18 22/2 24/6
 33/15 37/4 37/9 45/22 63/4 67/24
 69/16 71/16 83/21 84/6 85/5 86/8
 90/7 90/24 91/3 91/18 92/18 94/2
 94/25 95/4 95/6 97/13 98/11
 101/16 106/14 107/5 114/10 115/23
 118/3 119/13 119/23 121/1 121/6
 122/3 122/14 122/17 124/23
Amazon [4]  36/2 37/5 39/19 46/10
AMERICA [4]  1/3 4/3 39/14 64/24
among [1]  9/16
amongst [1]  69/1
amount [5]  23/13 23/14 24/9 29/15
 51/10
amounts [1]  14/8
amphetamine [4]  58/10 58/15 59/2
 97/5
analyst [1]  11/5
anise [1]  48/3
anon [1]  83/4
anonymize [1]  14/2
anonymous [4]  14/11 83/17 93/15
 101/10
another [20]  16/5 18/18 22/20
 23/16 24/18 24/24 24/25 25/10
 25/18 26/3 26/13 26/25 28/3 28/20
 35/7 39/25 82/24 107/4 115/1
 115/18
answer [3]  102/17 105/21 118/3
answered [1]  113/21
any [72]  5/21 7/25 9/23 13/5
 13/19 14/23 15/23 16/18 18/25
 20/3 21/1 22/5 22/25 23/20 25/3

25/23 26/16 27/3 27/19 28/6 29/1
 29/22 29/25 37/7 38/7 40/23
 42/24 43/1 43/1 44/19 45/20 47/11
 50/22 55/15 57/21 60/7 64/11
 69/23 71/7 72/21 75/3 75/16 77/3
 79/16 80/1 80/16 80/19 81/7 81/15
 81/17 83/14 84/13 86/3 90/21 95/2
 96/6 96/15 98/12 104/18 105/16
 108/19 108/23 115/17 119/8 120/23
 124/11 124/11 125/7 126/5 126/8
 126/9
anybody [7]  69/7 83/12 84/2 124/8
 124/8 124/9 124/19
anybody's [1]  94/13
anyone [4]  81/8 116/1 116/4
 118/13
anything [15]  8/22 8/24 9/8 31/19
 69/8 83/10 84/3 94/2 106/8 113/14
 116/25 117/12 118/17 124/10
 124/21
anyway [1]  119/21
anywhere [1]  17/13
apologies [3]  26/9 45/2 95/12
apologize [2]  52/21 74/13
apparel [3]  35/16 111/3 111/3
apparently [1]  69/14
appear [3]  46/19 47/8 87/7
APPEARANCES [3]  1/12 1/23 2/1
applies [1]  93/11
apply [1]  91/5
appointment [1]  122/11
appreciate [1]  124/13
approach [1]  17/22
appropriate [1]  68/8
Approximately [1]  11/1
April [1]  10/2
April 27th [1]  10/2
archive [9]  42/13 42/16 51/22
 52/1 56/17 63/20 65/15 74/8 78/7
archived [4]  49/16 49/22 49/25
 51/19
are [241]
area [2]  17/8 35/18
arguably [1]  68/11
argue [2]  94/5 101/18
argument [4]  85/4 90/11 94/14
 94/20
arguments [1]  90/17
Armani [1]  111/4
around [3]  17/5 39/4 73/10
arrive [4]  90/3 93/20 101/19
 104/1
art [1]  35/16
as [148]
ask [11]  30/2 30/8 37/9 67/7
 75/17 113/23 114/6 115/18 123/15
 124/1 124/18
asked [4]  12/7 15/17 62/25 69/14
asking [3]  63/3 83/12 125/23
asks [1]  124/9
aspect [1]  94/9
asserted [3]  88/1 91/6 91/7
assertions [1]  98/13
assigned [5]  11/18 11/25 22/15
 25/13 32/5
assist [1]  11/16
assistance [1]  39/20
assistant [1]  10/21
associate [1]  47/13
associated [2]  23/11 115/13
assuming [5]  69/15 101/16 120/24
 121/1 122/22
attach [1]  18/6
attached [1]  7/22
attempt [4]  19/9 19/12 43/3 82/21
attention [56]  14/15 15/4 40/13
 41/13 42/4 42/16 43/6 43/22 45/5
 46/5 46/16 50/3 50/11 52/9 52/12
 53/8 54/3 58/4 58/12 58/17 58/23
 60/15 63/4 64/18 65/11 67/22
 69/21 71/7 71/23 73/4 73/11 73/15
 73/18 76/21 77/11 78/10 80/10

**A**

attention... **[19]** 81/22 82/7 88/8
88/11 89/2 95/14 96/1 96/16 98/14
98/18 104/7 104/23 108/7 108/24
109/2 110/3 117/10 119/9 122/14
**attentive [1]** 124/13
**attorney [3]** 8/7 10/20 10/21
**Aussie [1]** 82/24
**authenticate [1]** 118/21
**authenticity [3]** 106/19 106/20
107/2
**authority [1]** 6/19
**availability [2]** 122/2 122/7
**available [4]** 39/5 47/23 77/21
125/17
**Ave [2]** 1/14 1/20
**Avenue [1]** 2/8
**aware [1]** 110/24
**AX [1]** 41/23

**B**

**B, [1]** 55/14
**B, G [1]** 55/14
**BA [1]** 41/20
**Baby [1]** 78/13
**bachelor's [1]** 31/10
**back [29]** 8/1 9/14 14/7 18/2 18/6
31/7 37/2 45/21 56/13 64/25 67/24
67/25 68/24 69/2 74/13 76/18
77/17 78/21 87/6 94/24 97/21
103/23 104/3 110/13 117/5 118/24
121/13 124/18 125/15
**background [3]** 31/9 31/19 31/20
**bad [1]** 122/9
**bags [1]** 45/21
**balance [3]** 22/17 24/10 26/11
**Baltimore [1]** 121/18
**bank [2]** 9/22 94/21
**Bankruptcy [1]** 2/7
**banks [1]** 94/12
**bar [2]** 36/1 36/2
**based [1]** 41/7
**basically [1]** 4/20
**batch [2]** 39/2 40/15
**batteries [1]** 102/24
**BB [1]** 41/22
**be [118]** 4/15 4/24 5/21 6/1 6/23
7/9 9/6 10/7 11/13 11/16 11/20
12/2 13/7 13/21 14/25 15/8 15/9
15/11 15/25 16/20 16/25 17/11
17/17 17/18 18/6 19/2 19/9 20/5
21/3 22/7 23/2 23/22 24/20 25/5
25/25 26/18 27/5 27/21 28/8 29/3
30/7 30/15 33/1 34/24 36/14 37/8
38/10 40/4 41/1 41/6 44/24 45/21
48/8 50/23 53/17 53/18 55/15
57/24 58/11 60/10 64/14 68/8
68/15 69/5 72/25 75/6 77/7 79/18
82/10 82/16 82/17 82/19 84/15
84/20 86/3 87/21 88/3 90/23 90/25
92/2 92/21 93/3 93/7 93/8 94/7
94/19 94/23 95/4 98/20 102/16
103/1 106/11 106/22 106/24 107/21
109/23 110/8 111/9 114/12 117/25
118/2 119/16 119/19 119/21 119/25
121/3 121/18 122/1 122/5 122/16
123/2 124/4 124/6 124/24 125/17
125/25 126/2 126/9
**Beach [1]** 78/13
**because [22]** 67/8 80/22 83/23
86/8 90/4 91/22 92/20 92/21 94/11
94/15 94/18 94/23 95/1 101/6
101/14 102/9 102/13 116/9 116/15
118/6 118/17 118/20
**become [1]** 12/5
**been [24]** 6/23 8/22 10/25 11/18
11/25 12/15 14/15 15/13 18/14
33/16 34/8 39/8 39/10 44/21 54/21
84/7 92/22 109/25 110/6 112/1
117/1 118/7 118/8 124/14
**before [22]** 1/9 17/16 29/7 31/3

31/4 36/15 63/10 69/8 70/11 70/23
72/5 110/19 111/10 114/5 114/20
115/18 117/4 117/5 117/11 118/5
123/7 125/10
**begin [1]** 44/20
**beginning [12]** 13/25 15/20 25/12
26/7 48/6 49/5 49/7 76/8 76/10
77/20 112/9 112/20
**begins [2]** 15/5 40/6
**behalf [1]** 10/1
**behind [1]** 54/17
**being [17]** 33/8 33/12 33/17 62/2
62/6 80/19 83/4 87/18 91/6 91/7
93/5 95/16 96/24 99/20 101/21
120/9 120/11
**believe [12]** 4/18 5/20 7/3 11/22
40/14 57/1 57/2 70/17 103/6
104/19 113/18 114/9
**belong [1]** 115/16
**below [7]** 17/14 39/22 58/10 59/9
65/3 65/5 65/9
**bench [24]** 31/17 32/3 66/2 68/17
80/24 81/19 83/8 86/17 87/14 88/6
89/25 95/9 100/7 103/15 105/19
107/8 115/20 118/3 120/6 121/16
123/6 123/10 123/21 126/9
**best [8]** 52/19 60/25 75/15 107/21
109/13 109/24 109/24 124/24
**better [3]** 30/23 83/3 113/1
**between [9]** 14/12 51/25 67/13
78/12 91/10 92/3 105/13 115/1
116/1
**beyond [1]** 84/13
**big [2]** 19/7 107/5
**bill [4]** 66/24 84/12 100/11
117/18
**bit [16]** 12/19 30/21 32/9 37/9
47/17 48/5 52/2 56/10 82/3 83/22
95/6 100/3 110/2 114/10 116/15
124/5
**Bitcoin [137]**
**BitcoinFog [1]** 23/12
**Bitcoins [8]** 14/2 14/6 14/7 14/10
14/11 17/6 87/7 107/22
**black [1]** 48/2
**bleak [1]** 125/8
**block [1]** 49/1
**blockchain [2]** 20/21 28/22
**blockchain.info [7]** 21/8 25/11
25/13 26/6 28/18 28/23 86/25
**blocked [1]** 52/21
**blotter [1]** 50/15
**blue [3]** 19/7 28/15 76/11
**Bobcat [3]** 24/4 24/5 24/6
**Bong [4]** 100/15 101/1 101/2 101/8
**book [2]** 111/18 112/11
**books [4]** 35/16 111/4 111/5 113/3
**both [5]** 42/5 70/11 75/18 101/9
112/12
**bottom [16]** 18/20 19/6 51/12 52/3
59/16 63/16 65/12 65/16 74/6
76/15 78/5 95/20 97/6 99/8 105/3
109/10
**bought [3]** 33/1 36/17 112/1
**box [4]** 26/7 45/14 112/16 112/18
**boxes [1]** 5/24
**boy [1]** 20/16
**breadth [2]** 68/9 68/14
**break [11]** 35/24 68/18 68/21
68/23 68/25 69/6 69/8 118/4
121/13 123/23 125/1
**breaking [2]** 68/20 121/7
**bring [5]** 56/10 108/24 117/10
119/8 122/14
**broader [2]** 68/13 117/16
**BRODIE [1]** 1/15
**broke [1]** 49/1
**broken [1]** 35/18
**Brooklyn [1]** 2/4
**Brother's [1]** 83/16
**Brothers [2]** 80/8 80/12 82/10
84/11

**Brothers' [2]** 85/20 86/20
**BROWSER [1]** 31/25
**browser [1]** 32/21
**BTC [1]** 53/19
**Buddha [17]** 97/23 98/2 98/4 98/22
99/5 99/22 100/8 100/10 100/16
100/25 101/2 101/4 101/25 102/13
103/5 103/19 103/24
**Buddha's [2]** 98/19 101/7
**Budworx [8]** 56/22 57/10 58/6
58/13 58/19 58/21 59/13 95/24
**Budworx' [3]** 57/15 57/16 96/3
**built [1]** 31/6
**bunch [2]** 83/9 86/9
**Bureau [2]** 11/3 11/23
**Bureau's [1]** 25/15
**buried [1]** 118/9
**business [9]** 9/24 32/9 48/9 48/10
106/16 106/25 107/3 109/25 122/11
**businesses [1]** 106/16
**button [6]** 17/2 17/20 19/7 28/14
39/23 40/6
**buy [8]** 39/16 91/21 92/13 95/1
105/25 107/15 107/22 107/25
**buyer [16]** 40/1 50/16 51/3 52/15
63/9 75/18 78/13 80/3 91/10 92/3
93/1 93/12 100/15 101/1 102/6
103/9
**buyer's [1]** 96/22
**buyers [12]** 52/25 55/25 78/1
90/16 91/20 116/6 116/9 116/10
116/10 116/11 116/11 117/23
**buying [7]** 32/23 52/7 52/23 53/17
53/18 78/1 92/15
**buys [1]** 92/2

**C**

**C-O-M-O-L-L-I [1]** 10/17
**Cabanas [1]** 7/23
**calendar [1]** 121/25
**call [2]** 10/3 29/22
**called [4]** 12/5 21/16 78/24 84/4
**calling [1]** 122/18
**calls [1]** 29/23
**can [236]**
**can hear [1]** 30/22
**can't [12]** 8/13 32/20 66/7 91/21
100/17 102/8 103/21 116/16 118/3
119/21 123/25 124/10
**canceled [1]** 17/18
**canine [1]** 109/22
**cannabis [2]** 35/20 35/25
**capacity [2]** 11/17 11/23
**caps [1]** 46/1
**capsules [1]** 49/6
**CAPTCHA [3]** 27/11 27/16 27/25
**captured [1]** 44/12
**cart [8]** 37/3 37/4 37/7 39/18
39/19 39/23 39/24 40/1
**Cartel [5]** 104/5 104/9 105/2
105/10 105/13
**Cartel's [2]** 105/24 107/20
**case [24]** 4/2 7/5 33/24 42/23
50/17 50/22 51/1 69/1 69/2 71/9
78/18 94/7 113/7 114/3 114/12
115/4 118/8 119/17 120/16 122/18
124/7 124/10 124/12 125/2
**cases [7]** 11/6 11/7 11/24 11/25
32/7 32/8 32/8
**cash [2]** 107/22 107/23
**cat [1]** 27/11
**categorical [1]** 118/7
**categorically [1]** 116/17
**categories [8]** 35/15 35/22 42/20
75/23 110/17 110/20 110/22 110/25
**category [9]** 35/14 38/23 47/9
48/17 50/15 63/9 117/2 117/13
118/14
**CATHERINE [1]** 1/13
**causing [1]** 30/7
**Ccips [1]** 1/19
**CDF [2]** 6/14 6/17

**C**

cells [1] 30/1
center [2] 35/4 36/1
certain [2] 8/5 9/17
certainly [2] 7/3 125/12
certainty [1] 118/4
certification [1] 31/14
certified [2] 11/20 11/22
certify [1] 127/3
Chainalysis [1] 31/14
chambers [1] 126/9
chance [5] 12/12 12/21 13/12 110/8 118/11
Changa [1] 73/10
change [2] 7/18 7/18
character [1] 43/1
characters [1] 20/12
charged [1] 84/8
charging [1] 99/6
chart [2] 67/24 67/25
check [8] 9/9 37/7 39/19 40/2 40/3 40/6 94/22 94/23
cheese [1] 58/9
Chemical [7] 80/8 80/12 82/9 83/16 84/11 85/20 86/20
chemicals [1] 111/24
child [6] 111/8 111/9 111/11 113/11 113/12 113/14
children [1] 115/9
choose [1] 112/14
CHRISTOPHER [2] 1/15 4/7
circle [3] 17/5 30/3 30/6
clarify [2] 37/21 71/1
clarifying [1] 69/24
clarity [1] 6/3
class [1] 47/20
classic [1] 48/3
clean [11] 9/7 39/3 52/17 90/10 90/13 90/15 92/4 92/9 93/15 94/6 118/16
cleaned [1] 92/22
cleaning [3] 91/13 92/1 106/6
clear [15] 19/9 41/6 42/23 66/7 84/7 91/8 91/21 92/22 97/11 97/13 101/13 101/17 111/9 114/12 116/9
cleared [1] 87/9
clearing [1] 17/25
clearnet [6] 113/17 113/18 113/19 114/4 114/8 114/10
clerk [4] 69/13 121/19 124/1 125/12
click [9] 30/3 30/7 37/7 39/21 87/4 87/5 87/8 97/11 97/13
client [1] 123/4
clock [1] 119/14
clonazepam [2] 65/7 65/8
close [1] 116/18
co [11] 81/3 81/5 81/10 84/15 84/19 84/19 90/2 116/14 118/2 118/13
co-conspirator [7] 81/3 81/10 84/15 84/19 84/19 90/2 118/13
co-conspirators [4] 81/5 116/14 118/2 118/2
Coast [6] 76/19 76/24 77/13 77/15 78/2 78/12
cocaine [24] 45/12 45/18 48/17 48/22 48/24 48/25 58/22 58/25 73/24 75/24 89/8 89/11 90/10 92/25 93/2 95/17 96/25 99/13 105/2 105/9 109/8 109/17 110/3 110/7
Code [1] 115/10
coin [2] 105/25 107/25
Coinapult [6] 21/17 22/1 22/14 22/20 23/9 23/10
coins [2] 54/10 86/23
coke [3] 53/18 54/2 73/9
Colasapan [1] 65/6
collect [1] 82/5
collected [3] 40/19 57/17 98/5

collectibles [1] 35/12
Columbia [2] 1/1 19/21
COLUMBIA [2] 1/1 19/21
Columbian [2] 105/1 105/9
column [54] 38/24 41/17 41/20 41/23 42/7 42/10 42/19 43/6 44/2 47/12 47/14 47/18 47/21 48/12 48/20 48/23 50/14 50/24 50/25 51/6 51/9 52/15 52/16 52/17 53/13 54/9 56/10 58/23 62/3 62/12 63/13 64/22 65/1 73/22 76/10 77/14 95/15 95/18 96/23 97/1 97/3 97/19 99/2 99/5 99/11 99/14 99/17 104/25 111/16 111/19 112/6 112/8 115/14
columns [6] 41/18 47/6 47/7 50/18 78/16 115/7
combo [2] 73/20 73/23
come [18] 8/1 23/18 33/15 68/24 70/3 71/10 80/22 81/16 87/21 92/10 115/24 118/18 119/7 121/13 122/13 125/10 125/14 126/9
Comelli [1] 3/3
comes [4] 59/4 71/15 71/15 87/25
comfortable [1] 52/22
coming [15] 29/13 43/2 87/23 88/1 90/12 90/14 90/22 92/14 94/5 105/23 106/21 116/20 116/23 117/21 118/8
comment [1] 93/4
commenting [1] 8/17
committed [2] 115/8 115/12
communicate [1] 52/24
communicating [2] 93/12 93/13
communication [1] 84/13
communications [1] 53/5
COMOLLI [2] 10/5 10/16
companies' [1] 31/7
compilation [1] 107/3
compiled [1] 107/1
complete [5] 11/18 19/8 69/7 76/15 124/19
completed [2] 31/13 109/3
completely [1] 48/9
completing [2] 27/15 27/25
complied [1] 6/10
Complying [1] 17/7
compound [2] 67/9 67/11
compromise [1] 33/16
compromises [1] 32/10
computer [1] 31/10
computers [1] 33/13
conceal [1] 102/7
concern [4] 31/22 31/23 103/11 125/4
concerned [1] 86/9 119/24 122/4
concerning [2] 24/24 25/18
concerns [2] 6/16 6/22
concluded [2] 71/11 71/12
concludes [1] 71/9
conduct [4] 12/7 24/18 91/11 124/11
conducted [2] 9/22 40/7
confer [3] 70/12 86/3 119/2
conference [21] 31/17 32/3 66/2 68/17 80/24 81/19 83/8 86/17 87/14 88/6 89/25 95/9 100/7 103/15 105/19 107/8 115/20 120/6 121/16 123/6 123/21
confidence [1] 60/25
confirm [3] 54/12 70/17 87/8
confirming [1] 75/19
conflict [1] 8/7
confused [2] 84/6 116/15
confusing [1] 67/3
connection [2] 86/25 105/21
consider [2] 42/25 117/2
consideration [3] 9/18 71/15 71/16
consisted [1] 32/8
consistent [1] 59/7
conspiracy [44] 81/11 83/22 84/1

84/4 84/8 84/10 84/16 84/21 84/25 85/4 85/9 85/14 85/20 86/2 90/4 91/1 91/4 91/8 91/9 91/19 91/25 92/1 92/6 92/20 93/5 93/8 93/9 93/10 93/15 93/19 93/25 94/9 95/1 95/7 105/22 106/3 106/13 106/24 116/1 116/13 117/16 117/21 117/24 118/1
conspirator [7] 81/3 81/10 84/15 84/19 84/19 90/2 118/13
conspirators [4] 81/5 116/14 118/2 118/2
constitutes [1] 127/4
Constitution [1] 2/8
consult [1] 123/4
contained [1] 115/15
containing [1] 48/11
contents [3] 3/1 22/14 120/13
context [1] 33/4
continue [6] 18/7 71/19 86/18 101/8 120/7 124/5
CONTINUED [2] 1/23 2/1
continuing [2] 7/8 115/23
contraband [1] 112/16
contracts [1] 33/2
control [1] 97/2
conversation [7] 53/9 82/21 89/16 91/10 92/6 100/14 123/10
conversion [1] 36/19
converted [1] 40/4
convey [1] 8/3
conveyed [1] 6/21
convinced [2] 95/4 95/6
cook [1] 110/11
cooperation [1] 106/12
copied [2] 25/19 26/6
copies [3] 4/21 120/10 120/21
copy [1] 120/19
copycat [1] 78/23
corner [1] 37/3
correct [42] 11/14 14/20 16/7 16/9 19/18 20/20 21/9 21/11 22/17 28/1 29/9 29/11 38/1 38/6 41/12 52/2 52/11 56/12 56/21 59/15 63/21 73/17 76/25 80/6 82/4 82/6 84/18 85/19 88/5 88/17 96/4 98/6 101/24 108/15 111/1 111/12 114/13 114/23 116/3 120/14 120/17 127/4
cost [1] 59/6
could [89] 17/15 17/20 22/11 23/6 30/2 30/18 30/21 31/15 37/2 37/12 40/13 41/16 42/7 43/13 43/22 44/10 45/11 46/1 46/2 48/15 51/12 51/16 52/12 52/22 53/13 53/20 54/7 54/11 54/13 54/13 55/21 58/20 61/7 61/14 61/23 64/18 65/15 71/22 72/8 74/13 74/18 76/21 77/11 77/14 77/18 78/4 78/10 78/21 79/7 82/12 82/20 82/21 83/2 89/9 89/14 95/11 95/15 95/20 96/1 97/19 97/25 99/1 99/11 99/20 99/21 99/25 103/3 104/3 104/23 105/11 105/12 107/9 108/6 108/16 109/2 109/9 109/18 109/21 110/2 110/3 110/15 111/15 114/24 121/15 122/16 122/20 122/21 125/10
couldn't [1] 31/23
counsel [11] 4/4 4/5 4/7 4/12 30/1 43/15 57/1 65/23 67/7 119/2 121/15
count [1] 116/16
country [1] 46/2
couple [3] 9/6 30/1 107/23
course [5] 11/19 11/20 17/18 22/13 31/14
court [22] 1/1 2/6 2/7 4/11 4/23 5/3 5/15 30/22 37/10 69/20 69/22 71/9 71/11 72/23 114/25 118/20 125/7 125/11 125/11 125/23 127/3 127/13
Court's [7] 89/18 98/8 100/2

**C**

Court's... [4]   104/13 105/14
108/18 121/25
courtroom [2]   8/12 119/19
Courts [1]   2/7
covertly [1]   112/16
crack [7]   89/11 90/9 92/25 93/2
110/11 110/12 110/14
create [3]   36/8 86/25 87/5
created [12]   13/13 16/5 17/18
24/8 25/10 41/19 41/20 43/8 47/10
50/20 50/21 63/12
credentials [1]   7/22
Crimes [1]   9/19
criminal [6]   1/3 4/2 11/9 32/6
111/6 124/10
CRM [1]   1/19
cross [3]   29/18 119/20 125/1
crumbles [1]   49/3
crushed [2]   82/16 82/18
cryptocurrency [4]   32/12 32/14
33/23 36/23
crystal [30]   37/16 38/15 38/21
38/22 39/6 42/20 60/20 61/17
61/20 83/16 97/20 97/23 98/2 98/4
98/18 98/22 99/5 99/22 100/8
100/10 100/16 100/25 101/2 101/4
101/6 101/25 102/13 103/5 103/19
103/24
crystals [5]   52/18 60/20 61/25
63/8 73/12
CSAM [2]   5/1 5/22
CTF [2]   6/14 6/17
cumulative [16]   38/8 44/20 55/12
57/22 60/8 64/12 68/4 72/22 75/4
77/4 80/17 88/21 96/7 98/10
104/16 108/20
currency [1]   36/24
current [1]   94/1
currently [6]   14/12 36/12 45/19
71/25 85/17 120/9
custom [1]   39/3
customer [6]   44/5 54/22 56/22
57/2 66/3 109/24
customers [6]   48/7 57/3 66/4
106/6 109/13 109/14
customs [1]   46/4
cuts [1]   109/16
cutting [1]   102/21
cyber [5]   11/7 11/8 31/11 31/13
32/6
cybercrime [1]   33/4

**D**

dark [2]   47/24 97/14
darknet [18]   6/25 11/9 32/12
32/15 32/18 32/19 32/24 33/12
33/17 33/22 34/3 84/23 113/4
113/8 114/8 116/3 116/5 117/23
data [3]   33/16 33/17 116/16
database [2]   31/6 47/13
date [17]   41/18 41/20 41/21 41/22
41/23 41/24 42/10 43/7 47/10
48/18 50/20 50/23 51/6 63/11
63/11 79/25 82/10
Dated [1]   127/10
dates [2]   50/19 50/20
Daubert [2]   7/18 7/19
day [11]   19/13 19/18 45/20 48/19
121/13 123/3 123/15 123/16 123/25
124/2 127/10
days [2]   122/17 124/6
DC [5]   1/5 1/14 1/17 1/21 2/9
deal [2]   102/6 102/12
dealer [1]   94/22
dealing [4]   101/7 102/13 116/15
116/21
deals [1]   102/13
December [1]   89/15
December 18th [1]   89/15
decision [1]   108/21

decisions [1]   7/25
document [1]   87/7
defendant [10]   1/7 2/2 4/11 7/10
41/10 42/8 43/9 84/8 84/9 115/16
defendant's [7]   40/10 40/18 41/7
41/14 42/1 42/5 42/17
defense [22]   5/5 6/12 7/15 7/24
8/1 30/1 69/10 90/17 94/5 98/12
101/18 106/18 106/20 108/23 117/2
117/3 117/10 117/13 119/2 119/5
122/17 125/2
defense's [1]   90/11
definitely [2]   14/10 70/5
delay [4]   17/13 93/22 93/24
101/20
delaying [1]   123/2
deliberation [1]   122/4
deliberations [3]   122/5 122/8
122/10
Delight [2]   82/22 82/23
delight's [1]   83/16
delivery [3]   75/16 75/20 107/21
demonstratives [1]   7/13
denied [6]   6/7 7/2 7/13 8/8
deny [4]   6/11 6/18 8/2 8/22
DEPARTMENT [2]   1/13 10/19
depends [2]   122/19 122/24
depiction [2]   34/17 37/17
deposit [16]   14/3 14/3 14/13
14/17 15/5 15/11 15/17 15/18
15/19 16/5 16/5 16/10 20/9 23/18
83/4 87/5
deposited [1]   24/14
depositing [1]   87/19
deposits [1]   14/13
Dept [1]   1/20
describe [4]   45/6 60/15 61/2
75/21
described [2]   59/8 63/10
describing [1]   38/18
description [17]   38/16 38/25
47/21 49/5 49/7 56/9 59/3 60/22
61/24 62/14 73/22 75/13 76/8
77/20 109/10 111/20 112/9
descriptions [2]   42/19 115/7
details [2]   27/13 87/1
detect [1]   112/17
developer [2]   31/4 31/5
devices [3]   125/23 125/25 126/4
dialogue [1]   71/16
did [147]
didn't [9]   12/23 18/15 30/5 57/3
97/10 114/3 114/12 118/11 122/14
different [12]   11/16 36/23 37/5
45/12 50/19 50/20 56/8 61/21 62/1
66/9 66/13 82/3
difficult [1]   36/14
digits [1]   24/9
diligent [1]   9/22
dire [1]   8/18
direct [17]   3/3 3/5 10/10 15/4
30/16 40/13 43/22 52/12 64/18
67/7 76/21 77/11 96/1 96/19 108/6
109/2 110/2
Direction [1]   73/18
dirty [2]   86/25 92/12
disbelieve [1]   31/24
disclosed [1]   113/2
disclosure [1]   6/10
discovery [1]   6/8
discuss [5]   69/1 69/7 124/7
124/19 125/15
discussing [8]   45/15 81/2 81/2

84/14 91/11 93/17 101/2 101/11
disagree [1]   107/6
discussion [4]   88/13 88/19
88/24 94/8
dismiss [2]   6/5 7/20
dispute [1]   70/14
disputes [1]   119/8
disregard [1]   4/24
dissolvatives [1]   35/20
distinction [1]   90/8
district [7]   1/1 1/1 1/10 2/7
10/22 19/20 19/21
division [2]   11/8 11/9
DMT [2]   49/6 73/10
do [112]   4/23 4/25 5/3 5/3 5/9
5/10 5/18 5/20 6/1 7/4 10/6 10/18
12/16 12/17 13/14 14/16 15/5 15/7
15/13 15/15 16/12 16/14 17/2 17/8
17/13 17/23 19/9 19/12 19/22
19/24 20/9 20/11 20/16 24/1 24/22
24/23 26/24 27/1 27/14 29/15
29/16 30/14 30/24 31/3 32/7 33/22
35/22 39/17 40/1 41/10 46/3 49/8
49/12 51/18 51/20 60/25 63/13
67/11 67/13 67/17 68/6 68/11
68/18 70/5 70/7 83/10 84/22 85/12
85/14 85/22 86/24 90/16 91/21
92/2 93/15 93/24 102/8 103/3
103/23 105/25 106/23 107/15
107/24 110/5 110/16 110/19 111/5
111/7 112/1 114/2 114/3 114/6
114/8 119/5 119/7 119/9 119/14
120/15 120/22 121/7 121/12 121/14
121/17 123/12 123/13 123/15
123/24 124/13 124/22 124/24
124/24 125/15
docket [7]   6/2 6/24 7/12 8/4 8/5
8/9 9/7
document [4]   86/4 96/9 118/8
119/1
documents [1]   33/19
does [13]   28/12 29/12 33/19 39/11
44/14 53/3 59/8 67/1 94/9 103/11
103/12 125/2 125/6
doesn't [1]   70/14
dog [2]   14/22 22/19
doing [10]   6/1 10/25 21/24 22/13
70/4 70/5 81/9 87/22 92/17 122/5
DOJ [2]   1/16 1/19
DOJ-CRM [1]   1/19
DOJ-USAO [1]   1/16
dollar [1]   36/15
dollars [4]   36/19 36/20 39/8
99/18
domestic [1]   99/13
domestically [2]   76/13 112/13
don't [43]   5/25 7/3 8/13 30/4
52/14 53/15 57/2 66/7 66/18 67/20
68/23 68/24 68/25 69/7 71/12 74/3
81/5 83/10 85/4 85/11 85/22 90/3
91/17 94/10 95/5 101/21 106/2
106/9 106/16 106/23 116/21 117/7
117/18 119/13 119/19 119/24 122/1
124/7 124/11 125/6 125/14 126/5
126/7
done [5]   6/1 7/18 21/24 47/11
49/10
door [1]   33/14
down [61]   15/5 20/9 26/3 30/21
34/4 35/18 35/24 39/4 42/19 48/5
48/15 49/4 51/12 52/3 54/7 54/15
55/7 56/14 58/20 59/16 61/18
61/25 62/5 62/10 63/16 65/12
65/16 74/1 74/5 75/23 76/14 77/23
77/23 78/4 78/23 79/1 82/21 83/5
83/15 89/14 94/21 94/22 95/14
95/20 97/6 99/8 99/20 99/21 100/3
101/6 101/23 102/9 103/22 103/25
105/3 105/11 110/2 112/5 112/19
113/6 120/9
download [1]   113/12
Dr. [3]   30/2 30/8 39/20
Dr. Ramjee [2]   30/2 30/8

**D**

Dr. Ramjee's [1]   39/20
draw [4]   16/25 17/5 96/16 98/13
drawn [1]   87/19
drive [1]   87/4
drops [3]   50/13 50/14 62/9
drought [1]   48/3
drug [21]   41/8 42/1 49/10 51/13
84/2 90/23 91/10 91/10 91/12
91/21 92/2 93/13 93/14 93/16
101/3 101/7 101/12 102/6 102/12
111/14 117/17
drug-dealing [1]   101/7
drugs [18]   33/1 35/16 35/18 35/19
35/23 35/24 42/25 44/22 52/7 56/4
58/22 74/2 92/13 92/16 94/16 95/1
103/5 110/22
Durden [7]   54/23 55/20 55/23
55/25 56/2 56/3 56/12
Durden's [1]   56/17
during [3]   5/3 8/17 122/6
duty [1]   30/11

**E**

each [9]   4/21 14/13 46/19 52/14
66/10 67/13 68/1 111/23 116/22
earlier [5]   54/10 68/5 88/13
110/19 122/14
early [4]   42/17 75/17 124/5
125/10
ease [1]   110/7
easily [1]   49/3
easy [2]   110/1 112/2
ebook [5]   111/21 112/7 112/10
112/21 112/22
ecosystem [1]   92/5
ecstasy [5]   35/20 62/11 62/15
73/24 111/22
educational [1]   31/9
effective [1]   59/7
efforts [1]   117/8
either [9]   5/2 5/9 5/10 5/13 8/24
69/18 71/3 117/1 123/12
EKELAND [18]   2/2 2/3 4/10 9/2
67/23 68/4 69/15 70/25 81/4 85/19
88/20 89/20 96/17 98/9 104/19
106/8 116/17 122/25
element [1]   83/23
else [9]   8/24 9/8 36/15 56/11
67/11 94/2 113/14 116/1 124/10
email [2]   32/9 113/1
encouraging [3]   84/22 117/8
118/15
encrypted [1]   87/3
end [17]   5/22 31/7 32/3 53/17
68/17 81/19 86/17 88/6 95/9
103/15 107/8 107/17 120/6 122/1
123/3 123/6 123/21
ended [1]   49/21
enforcement [2]   9/20 114/18
engaged [2]   83/25 87/18
engaging [1]   81/8
enjoy [2]   75/16 124/12
ensure [1]   106/6
ensuring [1]   101/9
entail [1]   11/15
Enterprises [3]   108/4 109/3
109/12
entire [2]   49/13 92/5
entities [1]   87/17
entitled [1]   127/5
entries [2]   4/24 95/21
entry [2]   52/12 111/16
equipment [1]   111/25
erase [1]   17/20
escrow [3]   51/2 75/17 75/18
especially [2]   35/4 122/3
essential [4]   91/22 117/20 117/24
117/25
essentially [12]   4/25 33/14 34/15
35/5 36/17 36/23 40/2 50/25 53/24

67/9 78/23 117/17
especially [2]   117/21 124/12
established [2]   45/22 59/5
establishes [1]   92/11
even [11]   6/19 7/7 33/2 85/11
106/15 116/11 116/18 117/17
119/17 119/25 122/21
eventually [1]   49/22
ever [2]   52/19 109/23
every [7]   30/11 32/13 61/1 94/12
111/23 116/22 118/8
everybody [1]   83/24
everyone [2]   33/15 46/2
everyone's [1]   46/4
everything [10]   12/23 36/17 51/3
51/4 67/11 73/20 111/13 116/20
116/22 119/3
evidence [52]   6/25 6/25 7/5 7/9
9/18 19/22 34/13 37/13 40/14
40/15 42/25 43/2 43/13 44/10
54/25 57/2 63/25 66/6 66/8 66/17
67/25 69/20 69/23 70/13 71/2 71/3
71/8 71/10 71/10 71/12 71/15 72/8
74/18 76/22 79/7 79/10 80/10
87/17 87/20 88/12 94/7 96/2 98/1
104/8 108/6 110/15 111/15 115/4
116/17 116/18 116/24 118/25
evidentiary [2]   69/17 107/5
exactly [2]   93/16 124/2
examination [2]   3/3 3/5 10/10
30/16
example [2]   71/4 117/9
examples [3]   35/9 111/23 113/3
Excel [1]   116/21
except [2]   80/25 119/3
exception [4]   81/3 84/20 91/5
93/11
excerpt [1]   118/23
exchange [4]   90/14 92/14 92/15
107/24
exchanges [4]   36/23 90/13 94/6
117/22
exclude [1]   6/24
excuse [2]   41/24 65/8
excused [1]   29/20
exhibit [122]   3/7 3/8 3/8 3/9 3/9
3/10 3/10 3/11 3/11 3/12 3/12
3/13 3/13 3/14 3/14 3/15 3/15
3/16 3/16 3/21 3/23 4/22 4/23
12/16 13/4 13/9 13/18 13/23 14/22
15/2 15/22 16/2 16/11 16/17 16/22
18/13 19/14 20/7 20/25 21/3 21/5
21/13 21/15 21/23 22/7 22/9 22/24
23/2 23/4 23/24 25/2 25/7 26/20
27/7 27/23 28/10 29/5 34/13 34/21
35/1 37/12 37/20 38/10 38/12 41/1
41/3 43/14 44/8 44/16 45/3 46/5
47/1 50/9 51/21 53/8 54/3 55/16
56/6 56/20 57/12 58/1 58/17 59/13
60/6 60/12 61/9 62/20 64/15 64/18
65/11 66/9 71/22 72/20 73/1 74/5
74/19 75/2 75/8 77/8 78/4 79/8
79/20 80/14 81/25 82/20 85/11
85/14 88/25 89/15 95/11 96/5
96/13 96/14 96/18 98/15 104/21
108/25 111/5 113/6 114/20 120/13
121/4
Exhibit 208A [1]   13/4
Exhibit 208C [1]   13/18
Exhibit 208D [1]   14/22
Exhibit 208E [1]   15/22
Exhibit 208F [1]   16/17
Exhibit 208G [1]   18/13
Exhibit 209B [2]   20/25 21/3
Exhibit 209C [2]   21/23 22/7
Exhibit 209D [2]   22/24 23/2
Exhibit 209E [1]   25/2
Exhibit 601 [2]   43/14 66/9
Exhibit 601A [1]   71/22
Exhibit 602 [1]   38/10
Exhibit 602A [2]   34/13 34/21
Exhibit 602B [2]   37/12 37/20

Exhibit 603C [1]   41/1
Exhibit 603 [1]   56/2
Exhibit 604G [1]   58/17
Exhibit 604K [1]   59/13
Exhibit 605C [1]   61/9
Exhibit 605N [1]   62/20
Exhibit 606F [1]   64/18
Exhibit 606I [1]   65/11
Exhibit 607A [2]   74/19 75/2
Exhibit 608A [2]   44/8 44/16
Exhibit 608E [1]   46/5
Exhibit 608J [2]   47/1 111/15
Exhibit 608L [1]   53/8
Exhibit 608N [1]   50/9
Exhibit 608O [1]   51/21
Exhibit 608Q [1]   54/3
Exhibit 609K [1]   56/6
Exhibit 610A [1]   72/20
Exhibit 610L [1]   74/5
Exhibit 611L [1]   78/4
Exhibit 612D [1]   79/8
Exhibit 613C [1]   96/5
Exhibit 614D [1]   80/14
Exhibit 614E [1]   82/20
Exhibit 616C [1]   95/11
Exhibit 616E [1]   89/15
Exhibit 623 [1]   114/20
Exhibit 624 [1]   120/13
Exhibit for [1]   21/15
Exhibit not [1]   16/11
exhibits [48]   3/6 3/7 3/17 3/17
3/18 3/18 3/19 3/19 3/20 3/20
3/21 3/22 3/22 3/23 3/24 3/24
3/25 4/22 55/14 56/24 57/20 57/23
59/22 60/9 61/2 63/25 64/9 64/13
70/13 72/9 72/24 75/5 76/22 77/1
77/6 88/11 88/14 96/17 98/3
108/22 108/23 115/5 115/11 115/16
117/5 117/11 120/10 121/2
existed [5]   34/18 37/18 37/24
55/6 57/17
expand [1]   48/23
expect [1]   70/6
expecting [1]   122/19
experience [1]   33/1
experienced [1]   49/9
explain [25]   5/24 22/11 23/6 25/9
32/18 34/14 35/3 35/13 37/2 38/14
46/6 46/8 47/1 47/6 47/7 50/19
52/13 55/19 55/21 58/4 73/5 78/11
79/22 82/7 96/21
explained [1]   111/25
explaining [5]   27/13 90/9 91/13
93/2 101/4
explains [1]   117/16
explanation [2]   8/12 93/21
extent [5]   6/23 7/22 84/18 87/16
94/4
external [1]   31/8

**F**

face [1]   91/1
faces [1]   74/4
fact [8]   66/6 67/7 70/24 87/17
91/5 92/23 94/21 106/25
facts [3]   9/17 71/18 115/3
fair [18]   34/17 37/17 40/17 55/5
57/15 60/1 64/5 72/16 74/22 76/23
79/12 80/11 88/14 96/2 98/3 104/8
108/8 108/13
fairly [2]   44/11 120/15
fake [2]   111/4 111/4
fall [2]   81/3 119/1
fallow [1]   112/2
falls [3]   117/1 117/12 118/14
familiar [4]   12/5 21/16 32/15
41/11
famous [2]   89/11 89/12
far [7]   32/13 41/17 46/13 58/7
84/18 86/24 117/13
fashion [1]   111/13
fast [2]   76/12 122/19

**F**

**fastest [1]** 75/16

**FBI [30]** 12/4 30/25 31/1 31/3
31/4 31/12 32/5 32/15 34/4 34/7
34/19 37/25 40/19 44/13 55/6
57/17 60/2 64/7 72/18 74/24 79/1
79/2 79/13 80/12 88/16 98/5
104/10 107/1 107/3 108/14

**FBI's [3]** 29/10 31/13 41/6

**FE [1]** 89/12

**fear [1]** 82/24

**feature [2]** 45/11 60/18

**featured [2]** 45/9 58/7

**federal [3]** 9/20 11/3 115/8

**fee [3]** 14/12 14/13 24/17

**feedback [4]** 46/3 52/6 52/10
52/17

**feel [3]** 48/10 52/22 60/24

**fellow [1]** 124/8

**fentanyl [1]** 65/2 77/25 78/14

**festival [3]** 73/20 73/20 74/3

**few [4]** 50/18 50/19 54/17 61/18

**Fi [1]** 86/24

**fight [1]** 107/5

**figure [4]** 27/11 91/18 122/22
124/2

**filed [2]** 9/22 9/25

**files [1]** 116/16

**filler [1]** 62/17

**finalize [1]** 75/17

**finalized [5]** 42/11 50/25 51/4
51/6 63/11

**finalizes [1]** 51/3

**finalizing [1]** 75/19

**finally [1]** 28/17

**financial [3]** 9/19 33/20 94/12

**FinCEN [4]** 5/1 5/22 9/20 9/23

**find [1]** 36/4

**fine [15]** 5/13 5/16 5/17 30/1
54/20 57/7 67/25 68/21 70/1 81/15
86/13 86/14 118/16 120/2 120/5

**finest [1]** 47/23

**finish [6]** 70/6 121/8 121/14
122/21 122/22 124/25

**Fipp [1]** 50/17

**first [23]** 5/21 20/12 24/9 35/11
43/7 43/8 47/7 47/20 48/6 50/21
60/22 61/15 62/13 76/6 77/17
82/14 83/9 92/12 99/2 101/15
110/4 110/8 111/19

**Fischbach [3]** 125/22 126/3 126/4

**fish [4]** 49/2 73/24 105/1 105/9

**five [1]** 20/12

**flagging [2]** 112/24 119/23

**flake [3]** 45/13 48/22 48/24

**flakes [1]** 45/18

**flat [1]** 48/9

**Floor [1]** 2/4

**Florida [1]** 10/22

**focus [1]** 112/22

**fog [112]** 12/5 12/12 12/19 13/2
13/16 14/14 14/17 15/10 15/11
16/13 18/11 19/25 20/18 21/13
21/25 22/14 24/9 25/19 26/11
41/7 43/13 43/24 44/5 53/19 53/25
54/11 54/22 57/2 57/3 57/10 59/19
63/22 65/19 65/24 66/13 66/21
66/22 66/23 67/4 67/4 67/10 67/16
81/2 81/8 81/9 83/1 83/11 83/12
83/18 83/20 83/24 83/25 84/2 84/5
84/9 84/9 84/10 84/13 84/14 84/24
85/7 85/7 85/12 85/21 87/5 87/7
87/9 87/19 87/20 87/23 87/24 88/4
88/9 90/3 90/8 90/10 90/12 90/14
90/16 91/13 91/15 91/22 91/22
92/4 92/7 92/11 92/12 92/15 93/4
94/6 97/22 101/5 101/14 101/17
101/19 101/22 102/7 102/9 103/22
103/23 104/5 105/22 106/7 106/10
106/12 108/1 116/2 116/12 117/7
117/9 117/22 118/15

**Fog's [1]** 101/20

**foggy [1]** 112/14

**following [2]** 66/5 82/19

**follows [2]** 9/19 115/5

**force [1]** 32/6

**foregoing [1]** 127/4

**forfeiture [1]** 8/20

**forget [1]** 122/15

**forgive [1]** 22/11

**form [3]** 9/23 69/18 71/4

**format [1]** 82/2

**forms [1]** 9/25

**forum [1]** 85/3

**forums [2]** 32/9 33/12

**forward [1]** 27/14

**found [1]** 9/25

**foundation [5]** 33/7 67/6 67/18
90/21 92/8

**four [3]** 11/7 24/9 123/1

**frame [1]** 38/3

**frankly [2]** 6/19 94/3

**free [5]** 39/2 60/24 107/21 110/11
125/17

**fresh [2]** 39/2 76/12

**Friday [2]** 121/25 122/2

**front [4]** 31/7 35/4 73/4 85/18

**frozen [1]** 54/5

**full [11]** 10/15 12/24 22/17 26/11
30/19 53/15 114/10 119/18 122/1
123/25 124/6

**fun [2]** 46/4 78/13

**funds [33]** 43/24 67/15 67/16 85/3
85/8 87/19 87/20 87/23 90/3 90/10
90/15 90/22 90/25 91/13 91/21
92/2 92/4 92/9 92/10 92/11 92/21
93/3 93/3 93/6 93/15 93/20 93/22
93/23 94/5 94/18 95/2 106/7
115/13

**further [6]** 14/13 87/15 94/9 95/6
106/8 117/2

**furtherance [24]** 84/21 84/25 85/8
86/1 90/4 91/1 91/2 91/4 91/19
92/19 93/5 93/8 93/9 94/25 95/7
101/6 105/22 106/3 106/10 106/11
106/12 106/23 116/7 116/13

**furthering [6]** 83/12 85/12 85/14
91/24 92/1 93/25

**furthers [4]** 91/8 91/9 93/10
93/18

**G**

**gave [2]** 24/7 95/3

**gavels [1]** 6/2

**general [1]** 96/16

**generally [10]** 12/4 52/13 58/18
58/20 58/22 59/8 61/18 61/20
80/25 110/24

**generated [1]** 16/10

**gentlemen [1]** 10/14

**German [2]** 89/12 89/12

**German-made [2]** 89/12 89/12

**get [22]** 14/7 17/24 51/2 51/4
51/18 53/19 53/19 83/3 83/3 90/24
92/17 92/22 94/17 94/18 94/22
106/14 107/5 109/23 111/24 118/11
119/20 122/21

**gets [1]** 35/19

**getting [1]** 69/13

**Ghost [1]** 96/22

**give [5]** 8/11 9/11 54/17 95/5
120/19

**given [2]** 22/15 68/10

**gives [1]** 110/12

**globe [2]** 39/4 73/10

**go [56]** 11/17 16/24 20/21 25/21
32/20 36/2 46/11 48/15 49/4 51/3
53/24 54/7 61/23 62/12 62/23
66/21 67/23 67/24 67/25 68/1
74/13 76/7 78/10 82/12 82/21 85/5
86/16 86/24 89/14 89/15 89/15
90/25 94/9 94/21 99/21 102/25
105/12 105/12 107/22 108/16 109/9

110/15 111/12 116/23 117/5 117/5
122/16 123/8 124/3 124/3 124/5

**goals [1]** 93/14

**goes [7]** 35/21 84/18 86/5 90/17
91/14 96/16 119/5

**going [59]** 4/15 4/22 14/5 14/14
15/4 15/9 18/1 23/10 28/12 31/23
36/4 37/4 37/9 51/1 53/25 56/13
62/10 64/25 66/14 67/4 67/17 68/6
69/14 70/9 71/6 76/18 77/17 83/19
84/5 86/9 90/9 90/20 90/23 90/25
91/11 92/12 92/23 93/2 94/5 94/17
94/18 94/19 98/11 99/5 99/17
99/21 102/16 103/21 104/14 111/19
112/5 117/22 117/12 119/18 119/20
121/20 123/3 123/14 123/23

**good [15]** 4/6 4/9 4/10 4/13 10/12
10/13 10/16 51/3 68/20 83/3 86/23
97/16 107/19 112/20 121/7

**goods [1]** 118/14

**Google [2]** 32/21 107/22

**got [3]** 27/11 31/19 119/17

**gotten [1]** 116/15

**government [99]** 3/7 3/7 3/8 3/8
3/9 3/9 3/10 3/10 3/11 3/11 3/12
3/12 3/13 3/13 3/14 3/14 3/15
3/15 3/16 3/16 3/17 3/17 3/18
3/18 3/19 3/19 3/20 3/20 3/21
3/21 3/22 3/22 3/23 3/23 3/24
3/24 3/25 4/5 4/20 5/3 5/13 6/9
9/1 9/20 10/3 12/15 13/3 13/17
14/21 15/21 16/11 16/16 18/13
20/24 21/15 21/23 22/23 25/1
29/22 29/23 37/20 40/21 43/2 44/7
44/15 55/9 57/19 57/19 60/5 60/5
64/9 68/8 69/9 70/11 70/13 72/20
74/18 75/1 75/1 77/1 79/15 80/14
85/23 86/11 86/13 87/16 88/18
96/5 98/7 104/12 108/17 117/15
119/15 119/21 120/20 122/20
124/25 125/1 126/4

**government's [3]** 8/5 94/7 100/11

**Gox [1]** 8/16

**GP [1]** 62/15

**GPD [1]** 107/21

**grade [4]** 58/10 58/15 73/8 73/9

**gram [23]** 37/16 38/22 39/6 45/13
45/13 45/13 47/20 47/23 48/13
53/18 58/25 63/8 73/24 73/24
77/19 77/21 82/18 88/9 88/15 89/3
92/25 93/2 95/17

**grams [29]** 35/7 39/3 48/21 48/24
54/1 58/9 58/10 58/11 58/15 59/2
61/4 61/17 73/12 73/25 82/17 89/8
89/8 89/11 89/11 91/12 96/25 97/5
97/20 98/20 98/21 99/13 105/1
105/9 109/8

**gray [1]** 36/18

**green [2]** 36/16 73/23

**grounds [5]** 6/6 86/4 96/18 98/13
116/19

**group [1]** 109/12

**Grow [4]** 65/20 71/24 72/6 73/6

**guess [17]** 36/24 40/3 40/4 46/11
67/23 81/13 81/23 83/21 85/5
87/24 91/3 91/17 92/17 106/18
111/12 116/25 117/25

**guessing [1]** 122/17

**guide [2]** 112/7 112/10

**Guy [3]** 53/10 53/11 53/22

**guys [2]** 53/20 54/10

**H**

**hack [1]** 8/16

**hacking [1]** 33/4

**had [28]** 11/18 11/25 14/18 15/17
16/4 20/23 22/15 23/18 24/15
24/25 25/10 27/11 31/11 34/8 55/3
57/3 66/5 66/24 70/24 80/4 82/11
84/2 92/21 103/9 106/14 118/21
122/10 122/11

**H**

**half [6]**   11/1 11/8 12/24 13/1 18/20 45/13
**halfway [1]**   26/3
**hand [10]**   16/24 17/2 20/19 35/13 37/3 38/24 39/13 45/8 60/19 97/12
**handle [1]**   112/14
**happened [1]**   78/25
**happening [2]**   28/16 101/11
**happens [1]**   50/23
**happy [5]**   5/9 59/5 67/12 110/14 118/23
**hard [1]**   87/4
**has [43]**   6/9 6/9 8/22 12/15 14/15 15/13 18/14 27/11 30/11 33/16 44/21 48/2 48/19 49/10 54/11 69/17 71/11 84/20 87/16 93/7 93/8 93/24 94/12 101/5 101/7 109/3 112/25 116/14 116/17 117/1 118/8 118/17 125/25 126/2
**hash [1]**   73/10
**hasn't [2]**   8/1 54/21
**HASSARD [2]**   2/2 4/12
**hate [1]**   121/12
**have [129]**
**haven't [4]**   9/8 62/25 118/17 120/25
**having [4]**   30/6 71/16 92/6 98/12
**HCL [1]**   89/8
**he [34]**   31/19 33/8 39/17 53/24 53/25 67/15 70/25 81/1 92/10 92/13 92/14 92/15 92/17 92/20 93/12 94/17 94/17 94/18 94/19 101/4 101/5 101/7 101/8 101/18 102/2 102/2 102/3 102/8 102/8 106/6 109/5 113/21 125/25 126/2
**hear [10]**   18/15 30/5 30/22 100/18 100/19 100/20 100/21 100/23 100/24 115/21
**hearing [1]**   8/7
**hearings [1]**   125/16
**hearsay [25]**   34/23 57/22 64/12 77/5 80/17 81/17 84/20 86/4 88/22 96/8 96/15 96/18 96/19 98/13 104/19 106/19 108/23 115/24 116/19 116/19 116/20 117/7 118/7 118/10 119/7
**heavy [1]**   53/21
**held [12]**   31/17 51/2 66/2 80/24 83/8 87/14 89/25 100/7 105/19 115/20 121/16 123/10
**helpful [1]**   112/2
**helps [4]**   29/25 36/3 47/13 87/10
**her [4]**   17/22 57/1 121/21 123/15
**here [104]**   7/8 9/10 17/9 18/5 22/13 25/21 26/7 34/14 35/3 36/8 36/9 36/14 38/15 38/19 39/17 40/16 41/13 41/18 42/22 45/6 46/6 46/17 47/2 47/22 48/16 50/4 50/9 51/14 52/4 52/13 52/17 53/9 53/15 55/19 55/22 56/4 56/6 56/11 58/5 58/12 58/18 58/24 59/17 59/24 60/16 61/3 61/10 62/20 62/23 63/7 63/17 65/1 73/4 73/11 74/6 74/6 74/14 75/12 75/21 77/12 77/23 79/22 79/24 82/8 83/17 83/22 84/1 84/6 84/8 85/24 89/9 90/8 90/17 91/5 92/2 92/5 92/11 92/23 93/17 94/15 94/22 94/24 95/5 95/16 96/24 97/7 102/16 104/13 104/18 104/25 105/4 105/5 107/6 110/22 111/13 115/1 117/23 118/3 118/25 121/22 124/18 125/25 126/2 126/9
**heroin [1]**   62/4
**Hey [1]**   86/21
**Hi [1]**   54/10
**hide [2]**   81/9 92/15
**high [9]**   45/12 48/21 48/24 58/10 58/15 73/8 73/8 109/8 110/9
**highest [1]**   45/24
**highly [4]**   7/5 14/9 59/4 59/6

**him [4]**   31/20 94/16 102/5 126/3
**hi [1]**   16/3
**his [13]**   43/1 43/2 43/3 45/15 52/7 53/24 67/22 68/5 83/17 92/14 93/10 102/7 106/6
**history [3]**   20/23 23/8 28/24
**hit [4]**   17/20 28/14 40/5 109/23
**hold [3]**   6/20 33/14 72/3
**home [5]**   34/16 34/18 35/11 110/17 124/8
**homepage [1]**   73/6
**honest [2]**   102/11 102/19
**honestly [1]**   66/6
**Honor [58]**   4/6 4/10 4/18 5/7 5/8 5/14 5/21 9/11 10/8 13/6 14/24 25/24 29/17 29/19 29/21 31/15 31/22 33/6 43/15 45/1 56/25 65/21 68/22 69/9 69/10 69/25 70/1 71/20 80/25 83/6 85/10 86/6 91/14 91/20 92/8 93/19 94/4 95/8 96/11 100/17 101/13 101/24 102/21 106/2 113/22 114/5 114/25 115/22 117/20 118/19 119/10 119/11 123/17 123/19 125/4 125/19 125/20 126/11
**HONORABLE [1]**   1/9
**hope [2]**   87/10 124/12
**hospital [1]**   74/4
**host [2]**   85/10 85/13
**hour [1]**   8/21
**hours [10]**   11/11 17/12 17/12 17/16 17/19 26/23 54/18 87/8 101/19 104/2
**how [72]**   10/25 11/21 12/2 12/24 17/11 17/23 31/1 33/22 36/12 36/21 46/12 46/12 47/7 49/2 51/13 52/3 52/4 52/20 52/22 56/14 59/16 62/18 63/16 65/12 65/16 67/24 68/5 68/11 70/4 74/6 76/15 78/5 83/17 89/2 90/3 90/4 90/9 91/8 91/11 91/24 93/2 95/20 97/6 99/5 99/8 105/4 105/4 106/6 109/2 111/5 111/6 111/7 111/8 111/9 111/11 111/22 111/25 112/12 112/13 112/14 112/14 112/15 112/16 112/16 112/23 112/25 113/2 118/17 121/6 121/10 124/2 124/13
**however [1]**   15/17
**huh [2]**   17/1 24/25

**I**

**I'd [1]**   87/2
**I'm [21]**   7/19 18/24 19/15 19/17 22/3 28/22 41/24 44/17 45/2 50/14 51/17 53/13 66/12 66/21 83/16 87/12 89/21 90/1 107/17 108/9 126/1
**ice [3]**   60/20 61/17 61/20
**icon [2]**   37/3 39/24
**ID [6]**   47/12 47/13 47/14 47/15 47/16 48/21
**idea [1]**   83/3
**identification [10]**   20/15 21/15 22/19 23/15 24/21 25/17 26/12 26/24 28/2 33/19
**identified [1]**   118/2
**identify [1]**   36/3
**identities [1]**   101/10
**identity [4]**   87/4 87/6 87/8 102/7
**IDs [1]**   48/19
**illegal [6]**   32/23 33/3 42/24 68/6 106/16 118/14
**illicit [4]**   81/7 81/8 84/10 84/15
**image [1]**   38/20
**images [1]**   113/12
**immediately [3]**   15/19 75/19 110/6
**impeccable [1]**   109/25
**implemented [1]**   112/25
**implicate [1]**   94/12
**important [1]**   94/7
**imported [1]**   77/21
**imposes [1]**   125/11
**impossible [1]**   14/10

**improper [1]**   8/17
**inadequate [1]**   55/18
**inclined [1]**   69/16
**include [3]**   11/11 33/19 33/21
**includes [1]**   73/23
**including [2]**   83/18 116/18
**independent [1]**   20/22
**Indica [1]**   89/16
**Indica420 [1]**   93/20
**Indica420.SR2 [1]**   90/24
**indicate [3]**   35/22 39/11 39/11
**indicated [3]**   62/3 76/16 121/21
**indicative [1]**   83/13
**individual [2]**   10/1 88/2
**individuals [2]**   84/12 100/11
**info [7]**   20/21 39/14 87/1 87/2 87/3 113/2 113/2
**information [5]**   33/20 63/13 80/1 82/5 118/25
**informed [1]**   109/14
**infrastructure [1]**   31/6
**input [1]**   36/24
**inside [1]**   111/3
**inspect [2]**   112/14 112/15
**inspector [1]**   112/17
**instance [1]**   33/11
**instant [1]**   76/12
**instead [3]**   30/6 36/4 47/14
**institution [1]**   94/12
**instruct [1]**   125/24
**instruction [2]**   8/10 111/18
**instructions [3]**   48/6 111/5 111/22
**intended [1]**   8/3
**interest [1]**   85/2
**interested [1]**   101/9
**internal [2]**   14/6 31/7
**international [7]**   45/22 45/23 48/7 48/8 48/10 112/13 112/24
**Internet [3]**   53/10 53/11 53/22
**intoxicants [1]**   35/21
**introduce [17]**   10/14 13/3 13/17 14/21 15/21 16/16 20/24 22/4 22/23 23/19 25/1 26/15 27/2 27/18 28/5 28/25 59/6
**introduced [1]**   5/24
**introduction [1]**   75/13
**intrude [1]**   33/13
**investigation [5]**   11/3 34/7 41/7 60/3 79/2
**investigations [3]**   11/17 32/11 32/13
**investigative [1]**   11/9
**involve [2]**   31/5 117/7
**involved [5]**   11/19 32/11 32/14 53/9 116/2
**involving [2]**   24/18 54/4
**irrelevant [1]**   7/1
**is [677]**
**isn't [3]**   67/21 84/5 123/3
**isomer [1]**   45/17
**issue [12]**   7/7 7/8 8/15 9/3 30/4 66/15 102/16 103/7 115/24 122/23 123/24 126/3
**issues [6]**   7/19 30/7 124/22 125/15 125/18 126/6
**it [320]**
**it's [2]**   29/25 87/9
**item [26]**   39/13 46/18 46/19 47/10 47/12 47/13 47/19 48/20 49/14 49/25 58/14 61/15 62/2 62/6 65/1 76/6 95/15 96/24 97/3 99/2 99/3 99/11 104/24 111/23 112/24 118/11
**items [38]**   35/23 35/25 37/6 37/14 38/20 46/22 47/2 47/3 47/7 48/9 49/21 49/22 50/7 50/7 51/20 55/23 56/2 56/3 56/9 58/13 58/19 58/20 61/14 64/20 64/20 75/22 77/13 77/24 78/2 82/12 82/14 82/16 89/7 89/10 105/4 109/7 111/24 112/15
**its [7]**   9/24 10/3 29/22 34/5 60/3 79/2 91/1

**I**

**itself [2]**   56/9 93/8

**IV [4]**   110/4 110/5 110/5 110/7

**J**

**January [1]**   10/1
**January 1st [1]**   10/1
**Jeff [1]**   4/8
**JEFFREY [1]**   1/18
**joined [2]**   4/7 31/4
**joining [4]**   4/12 11/2 31/3 31/12
**JUDGE [2]**   1/10 18/4
**judgment [1]**   86/1
**July [8]**   18/22 19/12 19/14 19/17
19/18 19/18 23/10 29/14
**July 2016 [1]**   19/12
**July 26 [3]**   19/17 19/18 23/10
**July 26th [1]**   29/14
**June [3]**   19/15 19/16 105/13
**June 16th [1]**   105/13
**June 2016 [1]**   19/15
**juror [8]**   8/10 121/18 121/22
121/23 122/2 122/7 122/25 123/11
**jurors [9]**   4/14 4/16 9/10 69/14
69/14 123/14 124/1 124/2 124/8
**jury [68]**   1/9 5/11 8/20 9/13 9/15
10/15 13/8 13/11 13/22 15/1 16/1
16/21 19/3 20/6 21/4 22/8 22/11
23/3 23/6 23/23 25/6 25/9 26/1
26/19 27/6 27/22 28/9 29/4 34/25
38/11 38/17 41/2 42/23 44/25
55/15 57/25 60/11 64/14 67/3
68/11 69/4 70/21 70/22 72/25 75/7
77/7 79/19 85/18 86/5 86/7 86/10
89/19 99/20 100/3 103/18 105/15
107/10 108/17 117/1 117/6 117/11
118/24 119/25 120/10 120/19 121/3
123/22 124/16
**jury's [1]**   105/11
**just [115]**   4/16 4/23 5/25 6/3 8/1
8/2 17/5 18/20 20/12 20/17 21/20
22/22 23/17 25/19 26/22 27/10
27/13 30/3 30/21 31/18 31/20
32/19 33/3 33/7 33/14 35/8 36/2
36/11 37/4 37/21 38/2 41/6 41/16
43/17 47/13 47/21 48/6 48/11
51/20 53/19 56/13 58/22 62/12
62/23 62/25 64/20 67/2 67/6 67/7
67/21 70/6 70/13 71/1 71/2 72/2
75/23 76/7 76/10 80/4 81/13 83/23
84/1 84/2 84/6 85/1 85/1 85/11
85/16 85/20 85/22 86/6 86/8 87/12
87/22 88/3 93/19 94/4 94/11 96/10
96/18 100/3 100/17 101/14 101/16
102/19 103/18 104/1 104/14 105/15
105/20 105/23 106/1 106/9 107/13
107/17 109/8 112/25 114/6 115/23
116/19 117/10 118/6 118/16 118/23
118/25 119/11 119/13 120/19
120/25 122/25 124/4 124/9 125/6
125/23 126/3
**JUSTICE [3]**   1/13 1/20 10/19

**K**

**keep [11]**   8/5 14/5 18/1 37/4 40/7
48/1 85/22 103/6 120/19 121/21
123/11
**keeping [1]**   109/14
**ketamine [6]**   45/17 45/18 45/20
73/9 73/12 73/25
**kicks [1]**   48/3
**kill [1]**   110/10
**killer [1]**   62/17
**kilo [1]**   49/1
**kind [4]**   35/4 36/18 39/19 83/14
**Kingdom [1]**   46/23
**knew [1]**   87/22
**know [42]**   5/18 9/9 12/23 26/22
32/1 32/22 32/23 35/8 35/15 35/16
38/2 54/21 67/5 67/8 67/10 68/6
68/11 69/16 74/3 81/5 83/21 83/24

85/4 85/12 85/25 94/21 95/2 99/23
116/12 116/21 121/12 121/24
122/21 123/9 124/22 124/25 125/14
**knowing [2]**   82/24 112/18
**knowledge [8]**   7/10 43/3 67/2 67/6
90/21 91/15 114/7 114/10
**kush [2]**   58/9 73/8

**L**

**lab [1]**   111/25
**lack [1]**   7/20
**ladies [1]**   10/14
**lagging [1]**   114/10
**laid [1]**   67/5
**landing [1]**   13/1
**large [5]**   39/4 52/18 96/18 116/16
116/21
**last [19]**   28/14 41/17 41/21 41/22
41/23 41/24 42/4 48/18 66/3 72/10
75/12 87/12 87/13 89/9 89/10
99/11 107/13 108/3 121/25
**late [4]**   7/16 123/16 124/2 124/3
**later [2]**   103/23 105/23
**launder [4]**   84/11 84/14 85/8
116/4
**laundered [2]**   93/4 95/2
**laundering [13]**   11/10 81/11 83/20
83/25 84/4 84/16 85/2 91/23 94/16
94/18 101/3 106/7 106/13
**law [2]**   2/3 114/18
**lawyer [3]**   69/17 71/2 71/5
**lawyer's [1]**   71/8
**lawyers [1]**   71/17
**lay [1]**   67/17
**laying [1]**   33/7
**leading [4]**   49/19 53/1 62/24 67/8
**least [3]**   68/10 122/12 124/3
**leave [2]**   68/19 126/7
**leaves [2]**   117/4 118/5
**left [9]**   11/23 20/19 35/13 55/25
56/13 64/25 76/7 77/17 97/12
**left-hand [3]**   20/19 35/13 97/12
**legal [2]**   71/17 90/7
**less [3]**   24/13 24/15 24/17
**let [30]**   5/18 6/3 9/9 13/14 14/15
16/11 19/22 20/15 21/15 22/4
22/19 23/15 24/21 25/17 26/12
26/24 27/15 28/2 28/17 85/23
85/25 86/2 99/23 114/6 119/2
122/25 123/8 123/8 124/24 125/8
**let's [8]**   8/4 12/25 43/12 66/1
86/16 100/6 123/23 125/9
**letter [2]**   48/9 48/10
**letters [1]**   27/12
**letting [1]**   124/5
**liability [1]**   94/11
**light [1]**   86/6
**like [30]**   32/19 32/21 33/2 33/11
35/7 35/18 36/2 36/18 37/4 46/10
47/14 48/3 48/10 51/2 51/20 54/5
56/8 71/8 80/18 85/13 110/12
111/4 111/7 111/11 113/24 120/4
121/20 121/25 122/2 123/11
**likely [1]**   92/21
**limine [1]**   7/15
**limitations [5]**   6/6 7/1 7/6 7/7
7/21
**limits [1]**   74/3
**LINDSAY [3]**   2/6 127/3 127/12
**line [13]**   53/9 54/7 60/22 64/25
65/3 65/9 68/3 73/13 74/1 78/11
111/16 116/22 118/11
**lines [3]**   62/13 69/23 86/11
**lining [1]**   86/7
**linking [1]**   14/14
**liquid [2]**   50/13 62/9
**list [15]**   4/22 4/23 16/14 17/5
35/21 37/5 46/18 46/19 48/12
59/13 75/22 75/23 76/19 108/3
114/21
**listed [25]**   26/4 35/23 35/25

37/15 38/20 38/22 39/6 48/17
48/25 53/6 53/22 55/11 55/23 59/11
61/5 65/1 66/24 95/18 99/12 105/4
105/5 115/7 115/12 115/13 115/15
**listening [1]**   97/13
**listing [25]**   37/17 38/15 39/11
42/7 43/23 47/5 48/5 48/16 49/5
51/10 56/3 58/13 58/15 58/24
61/16 62/15 66/10 73/19 75/25
76/6 77/17 97/9 99/13 105/8
111/21
**listings [20]**   45/9 45/10 45/12
47/4 47/8 49/13 49/17 50/1 51/18
51/25 53/18 58/7 59/6 60/18 61/11
62/18 64/23 73/16 76/1 89/9
**literally [1]**   125/5
**little [14]**   30/23 32/9 37/9 39/24
52/2 53/21 54/17 67/3 83/22 84/6
95/5 114/10 116/15 124/5
**live [3]**   51/25 64/20 82/25
**load [1]**   36/21
**local [1]**   94/22
**located [1]**   19/20
**log [6]**   87/1 87/1 87/4 87/6 87/8
113/2
**logged [5]**   13/15 13/16 24/1 24/3
24/4
**logistical [1]**   126/3
**long [7]**   10/25 11/19 11/21 31/1
31/24 84/21 121/10
**look [11]**   12/25 38/19 39/13 40/15
47/17 48/10 51/16 85/6 112/15
118/5 125/9
**looked [3]**   121/1 121/24 121/25
**looking [12]**   22/12 23/7 25/9 33/3
35/8 35/17 53/15 61/18 77/24
100/1 119/13 122/2
**looks [2]**   54/5 80/18
**lose [1]**   125/6
**losing [1]**   102/22
**lost [2]**   54/21 100/17
**lot [2]**   102/14 122/14
**low [2]**   45/24 45/25
**lower [1]**   38/25
**LSD [5]**   42/9 42/20 45/18 50/13
62/9
**lunch [3]**   121/20 121/21 124/3

**M**

**ma'am [1]**   10/12
**made [9]**   4/21 44/21 48/2 76/12
87/18 89/12 89/12 97/10 103/22
**magically [1]**   122/13
**mail [1]**   112/14
**maintaining [2]**   8/19 9/21
**maintenance [2]**   101/23 103/22
**make [18]**   14/3 14/11 17/17 42/23
70/12 85/25 93/23 103/21 110/13
111/6 118/6 118/6 118/9 118/16
122/15 123/8 123/16 125/3
**makes [1]**   110/14
**making [5]**   14/9 14/10 85/5 101/5
118/14
**manual [1]**   111/21
**many [24]**   17/11 51/13 52/3 52/4
56/14 59/16 62/18 63/16 65/12
65/16 67/24 74/6 76/15 78/5 89/2
95/21 97/6 99/8 105/4 105/4 109/2
110/14 112/1 112/2
**March [6]**   1/5 12/10 12/20 19/9
82/22 127/10
**March 11th [1]**   82/22
**March 2016 [3]**   12/10 12/20 19/9
**MarijuanaIsMyMuse [5]**   59/20 60/2
60/17 60/24 63/10
**MarijuanaIsMyMuse's [1]**   60/23
**Mario's [3]**   88/9 88/15 89/3
**mark [1]**   97/10
**marked [3]**   12/15 20/15 112/19
**market [5]**   33/12 34/3 52/25 100/8
116/6
**marketplace [7]**   32/18 32/19 32/20

**M**

marketplace... **[4]**   33/25 78/19
84/23 101/12
marketplaces **[5]**   11/10 32/9 32/16
32/22 32/24
markets **[5]**   33/8 33/17 33/22
113/4 117/23
marks **[1]**   17/21
marshal **[2]**   6/13 6/15
marshals **[5]**   6/20 125/24 126/6
126/8 126/8
match **[1]**   120/24
matching **[1]**   48/19
mate **[2]**   86/21 86/23
material **[2]**   5/1 113/15
materials **[1]**   8/5
matter **[7]**   80/20 88/1 91/6 91/7
101/22 123/3 127/5
matters **[5]**   31/11 69/19 71/9
71/14 91/17
max **[2]**   17/12 17/19
may **[55]**   5/20 9/6 10/3 10/8 10/9
11/22 13/7 13/21 14/25 15/25
16/20 18/6 19/2 20/5 21/3 22/7
23/2 23/22 25/5 25/25 26/18 27/5
27/21 28/8 29/3 29/22 34/24 38/10
41/1 44/24 55/14 57/24 60/10
64/14 69/5 70/24 72/25 75/6 77/7
79/18 80/22 81/20 86/18 87/21
103/16 106/11 106/22 106/24
107/11 117/25 119/16 119/19
119/21 121/3 124/24
May 2015 **[1]**   11/22
maybe **[9]**   18/2 18/5 39/20 68/19
90/23 105/20 117/19 121/11 122/21
MBB **[1]**   45/21
mcg **[1]**   78/13
MDMA **[29]**   35/6 45/16 45/17 45/19
47/5 47/9 47/20 47/23 47/24 48/13
58/22 60/20 61/4 61/25 62/7 62/17
63/8 63/9 73/9 73/24 77/19 77/21
82/18 89/12 89/12 97/20 111/7
111/18 111/22
me **[73]**   4/12 5/10 5/18 5/25 6/4
6/16 7/24 8/1 9/9 9/11 13/14
14/15 16/10 16/11 19/22 20/15
21/15 22/4 22/11 22/15 22/19
23/11 23/15 24/21 25/17 26/12
26/24 27/15 28/2 28/17 41/25
54/14 65/8 66/7 67/25 69/24 71/18
85/15 85/25 87/15 91/8 92/22
94/14 94/20 96/9 96/19 97/13
97/15 99/23 99/24 100/19 100/21
100/23 101/13 101/17 101/25
102/17 102/22 104/19 114/6 115/21
116/9 116/23 117/3 117/4 117/13
117/15 117/17 120/1 120/2 120/19
125/8 126/10
mean **[10]**   38/16 57/6 81/12 81/13
84/1 84/7 92/13 102/15 121/20
124/21
meaning **[1]**   50/19
means **[2]**   47/16 50/25
meant **[2]**   11/17 122/7
measures **[1]**   112/25
medical **[1]**   122/10
medication **[1]**   75/14
members **[3]**   9/14 92/6 123/22
memorialize **[1]**   12/21
mention **[1]**   85/11
mentioned **[1]**   105/23
mentioning **[2]**   46/2 88/4
mephedrone **[2]**   45/17 45/20
merely **[1]**   93/19
merit **[3]**   69/22 71/11 71/13
mescaline **[1]**   45/19
message **[21]**   36/9 53/11 53/13
54/8 81/13 82/23 86/8 86/11 89/19
92/24 98/2 99/21 103/19 103/24
104/14 105/13 105/15 105/24
107/14 107/17 119/14

messages **[20]**   36/6 43/9 54/4
45/16 77 81/16 82/4 82/13 82/19
85/13 85/20 85/21 88/12 98/1 98/8
104/13 108/8 118/21 118/22 118/23
119/1
meth **[18]**   37/16 38/15 38/21 38/22
38/24 39/6 39/16 60/20 61/17
61/20 98/20 98/21 98/21 99/4 99/6
103/8 103/10 111/7
method **[1]**   83/3
meticulously **[1]**   36/4
MICHAEL **[2]**   2/2 4/12
microphone **[1]**   30/21
middle **[1]**   45/14
might **[5]**   36/14 56/10 103/1 110/8
110/9
milligrams **[4]**   45/16 62/16 76/9
76/11
mind **[3]**   7/10 87/22 88/2
minimum **[2]**   17/12 26/23
minute **[2]**   68/25 120/19
minutes **[5]**   4/15 68/24 68/25
121/11 125/5
missed **[3]**   117/13 117/19 118/17
mission **[1]**   109/10
mix **[6]**   67/5 67/5 90/2 90/5 90/8
90/25
mixed **[1]**   14/6
mixer **[1]**   101/17
mixing **[2]**   74/2 93/6
mizer **[2]**   101/16 104/1
mode **[1]**   17/18
modifications **[2]**   47/11 50/22
modified **[3]**   41/21 41/22 48/18
modus **[1]**   7/10
moment **[4]**   31/16 105/12 114/1
121/15
Monday **[16]**   119/21 121/14 121/18
122/3 122/20 122/20 122/22 123/15
123/23 123/24 124/5 124/23 124/15
124/18 125/1 125/6
money **[33]**   9/23 11/10 14/14 15/10
25/21 36/12 36/22 40/3 51/1 51/3
51/5 52/19 54/1 66/21 66/22 66/23
67/3 81/10 83/20 83/25 84/2 84/4
84/16 90/12 90/14 91/23 94/11
94/15 102/5 106/13 117/21 117/23
118/16
moniker **[2]**   44/5 54/23
moot **[6]**   6/11 7/21 8/2 8/8 8/18
8/23
more **[22]**   6/14 7/1 7/4 24/13
31/20 35/19 53/14 54/17 61/11
74/1 77/4 88/21 91/2 92/21 96/7
112/23 115/19 116/22 119/17 121/6
122/16 125/5
morning **[12]**   1/7 4/6 4/9 4/10
4/13 5/14 10/12 10/13 10/16 47/25
68/18 115/25
MOSS **[1]**   1/9
most **[3]**   6/2 8/9 111/13
mostly **[2]**   32/8 75/15
motion **[12]**   6/5 6/8 6/18 6/24
7/15 7/17 7/20 7/21 7/22 8/5 8/6
8/23
motions **[5]**   6/7 6/12 7/18 7/21
125/16
move **[27]**   13/3 13/17 14/21 15/21
16/16 18/24 20/2 20/24 22/4 22/23
23/19 25/1 25/22 26/15 27/2 27/14
27/18 28/5 28/25 34/21 37/20
54/15 55/21 95/5 95/11 115/18
125/16
moves **[17]**   40/21 44/15 55/9 57/19
60/5 64/9 72/20 75/1 77/1 79/15
80/14 88/18 96/5 98/7 104/12
108/17 120/20
moving **[5]**   43/17 62/2 73/22 85/23
119/12
Mr **[3]**   3/3 66/11 126/4
Mr. **[30]**   6/14 6/18 6/22 7/23 7/23
9/2 9/4 42/24 67/15 67/23 68/4

69/15 70/7 70/25 81/4 85/19 88/20
89/19 95/19 106/19 106/19 106/8
116/1 116/17 122/25 125/22 125/22
125/24 126/3 126/5
Mr. Cabanas **[1]**   7/23
Mr. Ekeland **[15]**   9/2 67/23 68/4
69/15 70/25 81/4 85/19 88/20
89/20 96/17 98/9 104/19 106/8
116/17 122/25
Mr. Fischbach **[2]**   125/22 126/3
Mr. Scholl's **[1]**   67/15
Mr. Sterlingov **[6]**   6/14 42/24
116/1 125/22 125/24 126/5
Mr. Sterlingov's **[2]**   6/18 6/22
Mr. Verret **[3]**   7/23 9/4 70/7
Ms **[1]**   3/5
Ms. **[13]**   4/19 29/25 30/10 30/11
70/4 70/17 86/14 86/15 90/6 94/2
103/2 106/4 123/18
Ms. Pelker **[6]**   70/4 90/6 94/2
103/2 106/4 123/18
Ms. Walker **[7]**   4/19 29/25 30/10
30/11 70/17 86/14 86/15
Mt. **[1]**   8/16
Mt. Gox **[1]**   8/16
much **[7]**   4/15 36/12 99/5 110/8
121/6 124/13 125/6
multiple **[3]**   14/8 112/11 112/12
murder **[1]**   33/2
mushrooms **[1]**   45/18
my **[37]**   4/14 6/9 6/22 7/25 10/16
15/9 22/1 22/14 22/15 23/8 23/10
23/11 25/13 25/15 26/5 26/9 26/11
28/23 28/23 31/22 32/8 32/13 33/1
45/2 52/21 53/19 71/25 84/3 95/12
96/16 98/14 108/24 115/25 117/10
119/8 123/4 125/4

**N**

N.W **[1]**   1/16
name **[8]**   10/15 10/15 10/16 24/7
24/8 30/19 47/9 96/22
named **[3]**   63/22 65/19 79/13
namely **[1]**   115/8
names **[2]**   4/4 44/2
narcotics **[1]**   116/5
nature **[2]**   68/9 68/14
necessarily **[2]**   88/1 90/15
necessary **[2]**   8/14 8/20
need **[21]**   8/25 9/7 9/8 32/21
52/14 53/15 56/10 62/12 73/21
86/3 98/13 104/19 106/14 106/17
110/7 111/23 117/2 117/12 117/17
119/8 125/12
needs **[2]**   117/10 121/18
negotiated **[2]**   100/16 101/1
negotiating **[2]**   93/1 93/14
Netherlands **[1]**   59/5
Network **[1]**   9/20
never **[3]**   75/17 113/1 118/10
new **[11]**   1/20 4/22 4/24 14/7
15/18 16/10 87/4 87/5 87/6 87/8
112/25
news **[1]**   112/20
next **[17]**   1/23 10/3 29/22 35/22
36/18 50/18 54/15 61/18 62/8
67/14 74/14 76/19 82/12 82/17
103/24 112/20 121/25
nice **[4]**   39/2 52/18 124/7 124/12
night **[1]**   121/25
no **[77]**   1/4 9/25 13/6 13/9 13/20
13/23 14/24 15/2 15/6 16/2 16/19
16/22 19/1 19/4 19/11 20/4 20/7
20/23 21/2 21/5 22/6 22/9 23/1
23/4 23/21 23/24 25/4 25/7 25/24
26/17 26/20 27/4 27/7 27/20 27/23
28/7 28/10 29/2 29/5 29/19 31/24
35/1 38/12 39/10 41/3 41/9 45/3
49/15 55/16 58/1 62/17 69/1 69/25
70/1 71/11 72/2 73/1 75/8 79/17
79/20 80/3 80/25 87/1 88/25 90/5
90/20 92/8 94/4 96/14 98/15 106/9

**N**

no... **[6]**   109/17 109/18 109/21 109/22 120/24 123/19
**None [1]**   115/15
**Norco [1]**   75/24
**normal [1]**   48/10
**Nos [7]**   60/12 64/15 77/8 81/25 104/21 108/25 121/4
**not [110]**   4/15 4/24 6/19 7/8 8/3 8/13 8/25 14/15 15/13 16/11 17/24 17/25 18/14 18/23 19/22 22/3 31/19 34/13 35/19 37/12 40/13 42/24 44/10 46/3 49/9 49/21 54/11 54/13 54/25 63/3 63/25 66/4 66/7 67/24 69/9 69/10 69/20 69/21 70/13 70/15 71/8 71/10 71/15 71/16 71/25 72/8 74/18 76/22 79/7 79/10 80/10 83/11 83/13 83/19 85/5 85/6 86/7 88/1 88/11 90/3 90/7 90/14 91/8 92/9 92/22 94/3 94/14 94/17 94/17 94/19 94/20 94/25 95/4 95/6 96/1 96/17 97/13 97/25 101/13 101/15 101/17 101/23 103/21 104/7 106/11 106/14 107/3 107/5 108/6 110/5 110/8 110/10 111/11 113/16 116/9 116/9 116/10 116/18 118/3 118/9 118/24 119/19 121/23 122/2 122/9 122/15 122/18 123/2 124/18 124/23
**note [9]**   4/19 39/21 41/18 60/18 61/7 61/9 74/2 96/24 103/22
**noted [14]**   42/19 56/20 58/14 65/17 67/15 71/24 72/17 74/6 74/11 77/24 78/15 84/12 99/9 100/11
**nothing [9]**   9/1 42/23 85/12 85/14 91/14 92/11 93/18 93/24 120/4
**notice [1]**   8/21
**now [43]**   11/1 13/11 19/9 20/15 21/15 22/11 23/7 24/10 26/24 28/2 29/12 30/11 38/17 38/17 43/12 45/16 45/20 45/21 49/12 51/24 54/20 62/16 62/20 68/18 68/19 68/24 72/1 72/4 75/25 76/14 79/5 80/7 85/5 102/8 102/23 105/11 112/5 117/4 118/4 119/16 119/23 122/25 123/23
**number [8]**   6/21 14/8 17/16 39/25 51/16 116/16 121/22 123/11
**numbers [4]**   35/22 69/15 70/25 71/1
**NW [3]**   1/14 1/20 2/8
**NY [1]**   2/4

**O**

**object [3]**   71/3 96/18 98/12
**objected [1]**   116/17
**objecting [1]**   7/15
**objection [82]**   7/12 13/5 13/6 13/19 13/20 14/23 14/24 15/23 15/24 16/18 16/19 18/25 19/1 20/3 20/4 21/1 21/2 22/5 22/6 22/25 23/1 23/20 23/21 25/3 25/4 25/23 25/24 26/16 26/17 27/3 27/4 27/19 27/20 28/6 28/7 29/1 29/2 31/15 33/6 34/22 38/7 40/23 40/25 43/15 43/18 44/19 49/19 53/1 55/11 55/13 56/25 57/21 60/7 60/9 62/24 63/3 64/11 65/21 69/18 69/19 69/23 71/4 71/5 71/6 71/11 71/13 72/21 75/3 77/3 79/16 79/17 80/16 83/6 96/6 105/16 106/2 108/19 113/21 114/5 116/20 118/10 120/23
**objections [14]**   44/23 57/23 68/3 69/21 71/1 71/7 71/8 71/17 72/23 75/5 77/6 81/16 85/24 118/7
**obscene [1]**   115/8
**obscure [1]**   14/14
**observed [1]**   12/20
**obtain [1]**   79/3
**obtained [11]**   34/18 64/6 72/17

74/23 79/13 80/12 88/15 104/10
**obviously [3]**   8/18 116/14 124/25
**occasion [1]**   6/15
**occasions [1]**   6/21
**occur [1]**   28/13
**occurred [1]**   28/20
**occurring [3]**   68/7 68/10 68/12
**occurs [1]**   92/25
**off [7]**   18/2 18/5 18/6 51/19 58/14 82/14 86/10
**offense [1]**   115/8
**offer [1]**   107/23
**offered [4]**   80/20 91/6 91/7 101/22
**office [1]**   11/2
**Official [3]**   2/7 127/3 127/13
**oh [1]**   90/24
**okay [32]**   5/9 12/11 18/8 18/13 20/9 20/24 26/3 29/7 31/22 51/4 67/9 68/16 68/23 69/11 70/8 80/23 81/18 84/21 86/15 88/20 89/24 90/19 103/11 105/18 113/23 115/21 119/5 120/5 123/12 123/13 123/16 123/20
**old [1]**   59/4
**older [6]**   42/13 49/13 49/17 49/22 51/18 56/18
**Omedetou [2]**   5/1 9/25
**once [9]**   39/23 40/1 40/5 46/10 49/1 87/9 90/2 90/10 95/2
**one [60]**   4/19 5/13 5/20 6/15 9/11 11/13 15/4 16/9 18/23 28/15 31/16 32/13 37/14 38/19 47/7 47/15 47/15 50/23 53/14 53/18 53/20 56/25 58/25 59/3 62/12 62/12 65/25 66/10 67/13 67/21 68/2 72/10 73/22 74/1 77/21 82/17 82/24 83/7 84/11 87/12 87/13 87/15 89/22 98/2 99/4 99/6 100/10 104/14 105/22 106/17 108/3 111/19 115/19 119/18 121/18 122/10 123/24 124/1 124/1 125/20
**online [8]**   11/9 11/12 11/13 11/18 11/20 12/2 12/2 21/20 46/11
**only [12]**   14/12 35/19 43/2 45/23 49/21 85/6 89/13 92/18 99/13 100/1 119/23 125/4
**open [4]**   33/14 49/2 86/24 96/9
**operandi [1]**   92/7
**operate [3]**   84/4 112/13 117/21
**operating [2]**   84/9 106/10
**operation [5]**   83/20 83/20 84/5 91/23 92/7
**operational [1]**   117/9
**opiates [1]**   75/15
**order [22]**   6/13 6/19 11/20 32/20 40/3 42/10 43/7 43/8 49/9 53/25 60/24 61/1 80/1 84/22 95/21 96/10 96/22 97/4 104/24 110/5 112/17 118/20
**ordering [1]**   110/1
**orders [9]**   36/11 39/3 45/22 48/8 80/3 82/11 89/2 97/6 109/3
**origin [1]**   14/10 46/3
**original [1]**   15/19
**other [19]**   9/6 9/7 14/6 32/19 33/13 73/8 86/3 91/4 93/11 100/13 102/14 106/13 106/22 106/24 110/22 113/14 117/7 122/5 125/20
**others [5]**   12/2 80/22 84/22 117/8 118/15
**otherwise [2]**   107/15 107/24
**ounce [4]**   39/3 98/20 99/4 99/6
**ounces [1]**   48/25
**our [19]**   14/6 54/5 59/6 60/24 62/16 68/18 68/23 81/24 84/12 88/24 89/12 109/13 109/16 109/19 109/22 109/24 110/9 120/24 122/14
**ourselves [2]**   109/15 123/2
**out [24]**   4/15 14/14 27/12 31/6 37/2 37/7 39/19 40/2 40/3 40/6

45/19 46/15 52/16 67/4 69/4 70/14 82/2 87/19 94/9 100/24 102/21 122/22 124/2 124/16
**outgoing [1]**   23/9
**outline [1]**   112/25
**outlines [1]**   112/12
**outside [2]**   6/25 101/11
**over [30]**   11/8 20/19 38/23 39/13 42/10 47/17 48/12 51/9 53/14 56/13 59/3 62/12 63/12 64/25 73/22 76/3 76/7 77/14 77/17 93/22 95/15 96/23 97/1 99/5 99/14 104/25 111/19 112/8 119/25 120/4
**overlap [2]**   51/24 52/2
**overruled [15]**   33/10 38/9 40/25 44/23 49/20 53/2 55/13 57/23 60/9 63/2 63/5 68/3 75/5 77/6 96/12
**overrules [1]**   72/23
**own [3]**   62/16 84/23 112/15
**oxycodone [3]**   75/24 76/9 76/11
**Oxycontin [1]**   75/24

**P**

**p.m [2]**   124/16 126/14
**pack [1]**   73/20
**package [1]**   112/15
**packaged [1]**   52/22
**packaging [1]**   52/18
**page [31]**   1/23 12/24 12/24 13/1 13/15 14/3 14/16 14/17 15/17 16/13 18/10 18/18 18/20 22/22 23/8 23/17 27/10 28/14 34/16 34/18 35/11 45/7 46/14 46/20 55/20 58/6 60/17 60/23 109/9 109/10 110/17
**paid [5]**   14/7 39/8 39/10 51/10 90/24
**pair [1]**   112/3
**panicking [1]**   54/21
**paperwork [1]**   48/11
**paragraph [7]**   48/6 53/16 75/12 86/22 109/11 111/20 112/19
**paranoid [1]**   82/24
**parcel [1]**   109/23
**part [17]**   11/11 16/24 17/2 19/25 26/25 28/3 34/7 49/1 79/2 90/10 90/22 91/23 93/14 111/13 117/24 117/25 123/15
**partial [2]**   100/16 101/1
**partially [1]**   102/6
**participant [1]**   100/14
**participants [1]**   119/18
**participate [1]**   92/5
**particular [15]**   25/12 67/22 81/16 81/17 85/24 87/17 96/15 96/19 98/13 104/14 104/18 108/23 118/11 118/23 119/6
**particularly [1]**   119/24
**particulars [4]**   66/24 84/12 100/12 117/18
**parties [8]**   4/16 5/10 5/12 9/16 69/16 115/2 115/3 117/5
**party [1]**   8/25
**Pas [10]**   40/11 40/18 41/14 41/16 41/18 79/5 79/13 79/23 79/24 80/4
**Pass [1]**   29/17
**passed [4]**   4/19 4/20 6/17 103/8
**past [1]**   7/23
**paste [1]**   59/2
**pasted [2]**   25/19 26/6
**patch [1]**   65/2
**pause [2]**   42/22 100/5
**pay [5]**   33/22 33/23 69/21 71/7 93/2
**payment [7]**   22/2 23/9 63/13 78/15 94/8 101/3 102/3
**PEARLMAN [3]**   1/18 3/3 4/8
**peels4u [3]**   64/20 65/12
**peels4u's [3]**   64/6 64/22 65/16
**peer [2]**   107/23 107/23
**PELKER [9]**   1/13 3/5 4/6 70/4 90/6 94/2 103/2 106/4 123/18

**P**

**pending [2]**  8/24  17/18
**Pennsylvania [1]**  1/14
**people [12]**  33/13  33/22  52/6
  83/23  84/24  93/15  94/19  112/1
  112/3  112/11  113/11  122/13
**per [1]**  88/12
**percent [5]**  14/12  14/12  73/9
  97/20  105/1
**Percocet [1]**  65/10
**percolating [1]**  119/25
**Perfect [1]**  97/16
**permission [3]**  89/18  100/2  105/14
**person [2]**  87/22  122/10
**personal [3]**  41/7  114/7  114/10
**personally [1]**  120/25
**persuasive [2]**  94/14  94/20
**pertain [1]**  85/21
**pertaining [6]**  49/17  88/15  98/4
  101/3  101/12  104/9
**PGPing [1]**  87/2
**ph [1]**  65/6
**pharmacy [2]**  75/14  76/12
**phase [1]**  8/20
**Philips [3]**  108/3  109/3  109/12
**phone [8]**  31/16  80/21  83/7  88/13
  89/22  105/17  115/19  121/15
**phones [1]**  8/12
**photo [4]**  35/7  35/7  37/15  58/10
**photographs [1]**  35/4
**photos [1]**  45/11
**pick [7]**  31/15  66/1  80/21  87/12
  89/22  100/6  105/17  112/14  115/19
  121/15
**picture [1]**  47/24
**pictures [3]**  12/21  48/25  111/25
**piece [1]**  73/23
**pills [7]**  45/17  62/11  62/15  62/16
  73/9  73/24  76/11
**pink [1]**  45/16
**place [2]**  68/6  92/12
**placed [2]**  43/7  43/8
**plain [1]**  47/14
**Plaintiff [2]**  1/4  1/13
**planted [1]**  68/11
**please [16]**  4/4  10/7  17/15  18/14
  30/15  30/18  46/2  54/14  54/17
  54/20  68/25  69/6  74/2  74/3  75/18
  110/5
**PLLC [1]**  2/3
**PO [2]**  112/16  112/18
**point [23]**  8/3  8/8  8/14  8/18  8/23
  13/13  44/21  68/20  85/1  85/15
  85/23  85/24  85/25  87/15  94/15
  94/24  95/6  104/19  117/3  117/15
  117/17  121/7  122/13
**pointing [2]**  85/20  119/4
**pool [1]**  14/6
**porn [1]**  113/11
**pornography [1]**  113/13
**portion [5]**  13/25  18/6  38/25
  45/14  47/22
**portions [2]**  86/4  117/6
**possible [3]**  60/25  110/13  123/16
**possibly [1]**  53/20
**post [4]**  67/5  90/2  90/5  90/8
**post-mix [1]**  67/5
**postal [5]**  112/7  112/10  112/12
  112/17  112/23
**potency [1]**  59/10
**potentially [1]**  87/21
**pounds [1]**  58/16
**powder [1]**  42/20
**powerful [1]**  49/8
**practical [1]**  119/14
**pre [4]**  48/3  67/5  90/8  120/13
**pre-drought [1]**  48/3
**pre-mix [1]**  67/5
**pre-redaction [1]**  120/13
**precisely [1]**  6/16
**preclude [1]**  8/17

**prefer [3]**  5/12  67/7  120/3
**preferred [1]**  121/3
**prejudicial [5]**  7/1  7/4  77/4
  88/21  96/7
**premium [1]**  96/25  97/20
**preparation [1]**  34/11
**prescription [1]**  56/4
**present [3]**  4/11  70/22  126/5
**presented [2]**  90/13  117/1
**preserve [1]**  81/15
**preserving [1]**  116/19
**press [1]**  19/7
**pressing [1]**  62/16
**pretty [1]**  125/8
**previous [1]**  21/13
**previously [1]**  7/3  8/15  114/20
**price [10]**  39/6  48/12  58/15  59/11
  61/5  73/23  95/18  97/1  99/14  99/14
**prices [3]**  45/24  45/25  75/15
**pricing [1]**  99/17
**pride [1]**  109/15
**primarily [2]**  31/6  32/8
**primary [1]**  9/21
**prior [10]**  11/2  44/7  55/2  57/12
  64/2  72/13  74/19  104/13  108/18
  120/12
**privacy [2]**  90/12  90/15
**privacy-related [1]**  90/15
**probably [8]**  18/1  33/16  53/19
  92/14  119/20  121/13  123/3  124/4
**probative [6]**  7/1  7/4  7/5  77/5
  88/22  96/8
**procedure [3]**  14/1  14/2  40/5
**proceed [5]**  10/9  68/16  81/20
  103/13  103/16
**proceedings [2]**  1/7  127/5
**proceeds [5]**  43/12  84/11  84/15
  102/5  116/5
**process [3]**  39/19  75/19  110/13
**processed [1]**  61/1
**processing [1]**  101/8
**product [3]**  37/8  46/11  46/12
  49/8  49/11  50/24  52/18  56/8  59/6
  61/11  109/13  110/9  110/12
**production [1]**  7/16
**products [5]**  45/24  98/19  98/20
  109/15  110/6
**Professor [1]**  122/22
**program [1]**  31/14
**propose [1]**  5/2
**proposed [2]**  4/19  4/25
**prosecutor [1]**  10/23
**protect [1]**  84/22
**protects [1]**  75/17
**prove [1]**  14/11
**provide [2]**  59/8  75/14
**provided [8]**  21/12  23/11  25/11
  55/6  72/18  74/23  88/16  120/16
**proviso [1]**  104/18
**pseudo [2]**  82/16  82/18
**psychedelic [2]**  49/8  49/10
**public [1]**  85/3
**publication [1]**  86/10
**publish [9]**  86/7  89/19  99/24
  100/2  103/18  105/14  107/9  108/16
  120/18
**published [33]**  13/8  13/21  14/25
  15/25  16/20  19/2  20/25  21/4  22/8
  23/3  23/22  25/5  25/25  26/18  27/5
  27/21  28/8  29/3  34/24  38/10  41/2
  44/24  55/15  57/24  60/10  64/14
  72/25  75/6  77/7  79/18  99/20  120/9
  121/3
**pull [24]**  30/21  37/12  43/13  44/10
  61/14  65/15  67/13  71/22  72/8
  74/15  75/11  78/4  78/21  79/7  82/20
  89/14  97/25  104/3  104/23  105/11
  111/15  120/9  120/10  120/18
**pulled [2]**  112/11  120/11
**pulling [13]**  47/1  53/8  56/6  59/13
  63/25  74/4  74/5  75/21  75/24  74/14
  97/21  99/1  120/19

**purchase [12]**  33/2  36/12  42/5
  54/22  54/23  55/5  61/18  91/12  92/25
  93/1  93/23  94/16
**purchased [6]**  42/8  42/24  87/7
  95/16  96/24  103/9
**purchaser [1]**  102/1
**purchasers [1]**  117/17
**purchases [4]**  41/8  42/2  42/17
  87/18
**purchasing [1]**  82/25  93/22
**pure [14]**  35/6  52/18  62/4  62/16
  73/10  98/20  98/21  98/21  99/4
  99/13  103/8  105/1  105/9  110/13
**purity [1]**  109/16
**purple [1]**  47/24
**purpose [1]**  21/16
**purposes [10]**  6/3  9/18  20/15
  22/20  23/15  24/21  28/2  106/22
  111/14  116/14
**pursuant [1]**  9/22
**put [5]**  25/21  37/5  37/6  53/25
  112/17

**Q**

**qualifications [1]**  8/1
**qualities [1]**  39/5
**quality [9]**  45/12  45/24  48/22
  48/24  59/7  74/2  109/8  109/13
  110/6
**quantities [3]**  45/12  61/21  62/1
**quantity [2]**  58/16  110/9
**quarter [1]**  49/1
**query [1]**  5/1
**question [33]**  8/19  43/18  43/19
  43/20  57/1  57/5  57/8  62/22  62/25
  63/3  66/18  67/9  69/17  69/22  70/6
  70/24  71/18  85/1  87/24  92/18
  92/18  93/9  102/12  102/19  106/13
  106/19  106/20  113/21  113/24  116/8
  118/1  118/4  121/17
**questioning [2]**  68/3  68/5
**questions [8]**  8/11  8/17  29/19
  31/20  67/7  71/8  126/8  126/10
**quick [4]**  31/18  35/8  105/17
  105/20
**quickly [1]**  125/16
**quite [5]**  6/19  8/3  94/10  110/1
  124/23
**quote [1]**  90/13
**quote/unquote [1]**  90/13

**R**

**racemic [2]**  45/17  45/20
**raid [1]**  111/8
**raise [5]**  81/16  111/9  111/11
  124/21  126/9
**raised [2]**  7/23  69/16
**raising [1]**  71/1
**Ramjee [2]**  30/2  30/8
**Ramjee's [1]**  39/20
**RANDOLPH [1]**  1/9
**randomized [3]**  14/8  14/9  14/13
**ransomware [3]**  32/8  33/12  33/15
**rare [1]**  45/24
**rather [1]**  30/3
**rating [2]**  52/15  52/16
**ratings [2]**  46/13  59/10
**ratio [1]**  110/12
**re [2]**  109/18  109/21
**re-read [2]**  109/18  109/21
**reach [1]**  4/17
**Reactor [1]**  31/14
**read [64]**  5/11  5/12  5/21  9/15
  13/25  17/10  17/15  20/12  38/25
  42/7  42/19  45/14  46/1  47/6  47/21
  48/5  49/4  53/13  53/15  54/7  54/16
  54/19  58/14  59/3  60/22  61/15
  62/10  62/13  73/7  73/18  73/22  74/1
  75/12  75/23  76/6  76/10  77/18  81/1
  82/14  82/22  86/20  89/9  97/3  97/9
  97/19  99/11  103/19  103/24  104/24
  105/7  105/24  107/13  107/20  109/9

**R**

read... [10]   109/11 109/18 109/21
110/3 111/16 111/19 112/5 112/8
112/20 114/25
reading [4]   5/2 31/20 36/7 48/1
reads [1]   5/15
ready [5]   10/9 37/7 70/19 70/20
99/23
Reagent [1]   48/2
real [1]   105/17
really [6]   5/21 31/18 32/20 33/2
48/25 91/18
reason [3]   31/24 95/3 119/23
reasons [3]   7/2 7/13 68/2
rebut [2]   68/15 94/8
rebutting [1]   90/17
recall [4]   110/19 114/1 114/2
114/3
receipt [1]   75/19
receiving [3]   46/13 52/10 67/15
Recess [2]   69/12 126/14
recognize [9]   12/16 13/14 14/16
15/14 16/12 19/23 20/16 24/22
26/25
recommend [5]   82/25 83/2 83/13
107/18 107/19
recommended [1]   59/4
reconsideration [1]   7/25
record [19]   4/5 7/3 7/14 7/17
41/14 42/17 51/21 52/9 54/16
56/17 62/21 63/20 78/5 79/12
85/19 95/21 118/22 118/22 127/5
recorded [3]   42/5 56/14 59/16
records [71]   5/2 5/24 9/25 33/24
34/8 34/10 34/10 34/18 37/24 40/7
40/10 41/10 42/1 44/1 44/4 44/12
49/12 49/16 49/22 49/25 50/6
51/14 51/24 53/5 54/22 55/5 56/22
57/10 57/16 59/19 60/2 63/22 64/5
64/6 65/19 70/16 71/23 72/6 72/16
72/17 74/16 74/22 76/18 76/23
78/1 78/18 79/3 79/5 80/7 80/12
82/2 88/9 88/15 95/23 97/22 98/4
104/5 104/9 106/16 106/21 106/24
106/25 107/3 108/3 108/13 113/7
114/14 114/17 114/22 115/24
120/15
red [1]   39/22
redacted [6]   4/21 5/24 115/6
120/10 120/19 120/20
redacting [1]   119/3
redaction [1]   120/13
redactions [1]   86/3
refer [1]   69/19
references [3]   67/22 71/2 117/6
referring [5]   37/5 69/15 70/25
71/3 85/7
reflect [4]   28/12 29/12 44/11
120/15
reflected [5]   51/6 63/17 65/13
74/23 78/5
reflecting [1]   22/20
reflection [5]   21/23 28/20 64/5
79/12 96/2
reflections [13]   40/18 55/5 57/15
60/1 72/16 74/22 76/23 80/11
88/14 98/3 104/9 108/8 108/13
reflects [1]   80/14
refund [4]   100/16 101/1 101/3
101/9
refunding [2]   102/3 102/6
regard [1]   42/25
regarding [3]   5/22 83/17 124/22
register [1]   13/12
registered [1]   14/19
registration [1]   9/23
regular [1]   121/23
regularly [1]   109/16
related [3]   79/3 90/15 105/21
relates [2]   9/24 115/24
relating [3]   6/9 1 79/22 124/11

relation [3]   88/3 91/16 119/12
relatively [3]   4/20 4/20 67/23
release [2]   33/15 76/12
relevance [11]   33/6 34/23 53/1
57/22 60/8 64/12 71/5 71/6 77/4
88/21 96/7
relevant [2]   7/9 118/25
relying [1]   84/19
remain [1]   101/10
remains [1]   8/23
remember [3]   8/13 66/7 110/16
remitting [1]   93/22
renumbered [1]   4/24
rephrase [4]   43/19 57/4 57/7
62/22
replace [1]   4/23
reporter [7]   2/6 2/7 30/22 37/10
125/11 127/3 127/13
reports [1]   9/21
representation [2]   31/25 115/9
request [5]   8/10 8/16 8/21 14/3
39/5
requested [1]   16/9
requests [1]   7/17
requirements [1]   6/10
requires [1]   68/13
research [3]   49/10 69/1 124/11
reserve [1]   108/24
reship [1]   77/21
resolution [1]   4/17
resolve [1]   118/6
respect [21]   4/17 6/5 6/8 6/12
7/6 7/12 7/25 8/2 8/15 8/19 9/3
9/17 21/24 43/1 43/3 68/4 68/14
70/12 75/18 87/16 106/24
response [5]   54/15 54/19 83/17
86/20 107/20
responsibility [1]   9/21
rest [6]   27/12 39/15 70/14 98/25
110/1 119/21
rests [3]   70/11 122/20 125/1
return [2]   28/17 45/20
Returning [3]   80/7 87/11 108/2
reveal [1]   41/10
review [54]   12/10 12/12 27/10
33/24 34/10 40/10 42/1 43/9 44/1
44/4 44/7 46/7 46/8 46/11 49/25
50/6 52/6 53/5 54/22 56/17 56/22
57/10 57/13 59/19 59/23 63/19
63/22 64/2 65/19 67/14 70/16
71/23 72/6 72/13 74/8 74/16 74/20
76/18 78/1 78/7 78/18 79/5 80/7
88/8 95/23 97/22 104/4 108/2
113/7 114/14 114/17 120/12 125/24
126/4
reviewed [2]   55/3 114/22
reviewing [1]   49/12
reviews [3]   45/15 55/25 61/13
right [75]   4/13 9/14 10/3 12/25
16/6 16/24 17/2 17/9 17/14 18/21
21/14 25/21 26/6 29/18 29/20 36/7
37/3 37/6 38/24 39/13 39/22 39/24
40/23 40/25 41/7 44/19 45/8
46/13 50/18 51/9 57/4 57/21 58/8
60/7 60/19 62/13 64/11 66/25
67/19 72/21 76/3 77/14 78/15
80/19 86/15 86/18 90/2 91/24 93/7
95/16 96/23 97/16 98/12 99/1 99/2
99/17 100/3 100/13 101/21 102/8
103/13 103/16 104/15 105/16 107/2
107/7 111/9 115/18 119/4 120/7
120/23 123/22 124/17 125/12
126/13
right-hand [7]   16/24 17/2 37/3
38/24 39/13 45/8 60/19
rise [1]   69/3
Road [88]   33/25 34/2 34/3 34/4
34/11 34/15 34/16 34/17 35/10
36/17 36/21 37/1 37/15 37/18
37/24 39/16 40/7 40/10 40/19 41/8
41/11 42/2 42/5 42/13 42/17 43/4
43/10 43/12 44/5 44/12 44/21

45/22 46/9 49/12 49/16 52/7 52/19
52/24 54/15 54/16 55/6
57/16 59/14 59/19 60/2 64/6 66/23
71/24 72/17 74/16 74/23 75/15
76/15 76/24 78/19 78/22 78/23
78/24 78/25 79/3 79/5 79/13 80/4
80/7 82/3 82/3 88/9 88/16 93/23
95/23 96/3 97/22 98/4 102/13
104/5 104/10 105/23 106/21 107/4
107/22 108/2 108/14 110/17 110/20
113/3 118/22
Road's [2]   34/8 51/24
rock [2]   82/16 82/18
role [4]   11/4 91/13 92/6 117/24
roles [1]   11/13
Rolex [1]   111/4
ROMAN [1]   1/6 4/3 4/11 115/16
Room [1]   2/8
Roughly [4]   48/14 97/2 99/7 99/16
round [1]   76/11
row [27]   43/6 47/4 48/15 48/20
49/4 50/11 50/12 52/13 54/15
58/23 59/1 61/15 61/23 62/2 62/5
62/8 62/23 63/4 71/23 88/8 95/14
96/21 97/3 97/17 104/24 105/7
112/5
rows [2]   61/18 77/24
RoxiPal [7]   74/15 74/16 74/23
75/14 75/16 76/3 76/15
RoxiPal's [2]   75/12 76/1
RPR [1]   127/12
ruining [1]   46/4
rule [8]   6/8 7/16 7/17 9/8 69/19
71/5 71/6 84/20
ruled [4]   6/3 6/6 7/21 9/9
Rules [2]   71/2 71/3
ruling [4]   98/8 104/13 108/18
108/24
run [2]   6/4 107/25
running [1]   116/2
runs [1]   49/2
RX [6]   76/19 76/24 77/13 77/15
78/2 78/12

**S**

S-A-N-T-E-L-L [1]   30/20
S-T-E-V-E-N [1]   30/20
safe [2]   109/14 110/9
safely [2]   83/2 112/16
safrole [1]   48/2
said [13]   7/24 19/14 19/18 30/5
66/3 66/4 66/5 86/7 109/14 111/9
111/11 112/2 117/11
sake [1]   71/14
sale [5]   35/6 37/14 38/20 38/23
50/12
sales [21]   40/7 50/6 51/13 51/22
51/25 52/4 52/4 52/10 56/14 56/18
56/20 59/14 59/16 65/12 65/16
74/6 74/11 76/15 78/5 99/9 105/4
Sam [1]   4/17
same [13]   6/16 7/17 11/25 15/17
20/17 21/12 22/16 39/19 48/18
48/19 50/23 82/18 108/21
Santell [23]   3/4 29/24 30/13
30/18 30/20 30/24 34/14 35/3
38/14 40/17 41/6 43/23 45/5 55/2
55/19 82/2 86/20 96/21 104/4
107/13 110/16 114/1 120/12
Santell's [1]   5/23
save [4]   87/1 87/5 102/18 107/4
saved [2]   80/1 87/2
saw [4]   19/25 20/17 111/5 118/20
say [12]   67/14 68/1 69/16 71/5
90/20 94/21 94/22 109/20 110/18
116/6 116/25 124/10
saying [20]   10/15 53/22 65/24
67/8 67/9 83/11 83/24 85/2 85/5
90/21 91/21 91/24 92/9 92/9 93/10
95/1 101/15 101/18 116/11 122/15
says [13]   16/14 17/8 17/10 17/13
17/16 20/19 24/1 36/6 51/3 80/3

**S**

says... [3]   86/15 101/19 102/8
**scale [4]**   49/2 73/24 105/1 105/9
**scheduling [2]**   121/14 123/7
**Scholl [1]**   66/11
**Scholl's [1]**   67/15
**science [2]**   31/10 31/10
**scope [2]**   84/1 124/23
**Scott [2]**   107/14 107/17
**Scott2687 [1]**   105/13
**screen [20]**   16/25 17/3 18/2 19/23
21/7 22/20 29/12 30/3 30/7 38/19
39/1 40/4 41/16 52/21 54/5 66/16
71/25 85/17 103/18 105/12
**screenshot [5]**   12/24 24/24 25/12
25/18 26/13
**screenshots [1]**   23/16
**screenshotted [1]**   12/23
**script [1]**   124/9
**scroll [27]**   48/5 50/18 51/12
58/20 62/12 63/12 64/22 74/1 76/3
76/14 77/14 77/23 77/23 83/5
83/15 85/16 86/9 95/15 95/20
96/23 99/1 100/3 102/15 103/4
104/25 105/3 112/19
**scrolling [18]**   41/17 47/17 48/12
51/9 52/3 56/14 59/16 63/16 64/25
65/11 65/16 74/5 78/4 78/15 97/6
99/8 103/6 110/2
**seal [1]**   8/6
**sealed [1]**   48/9
**search [5]**   9/23 9/25 36/1 36/2
36/3
**seat [2]**   70/2 70/3
**seated [3]**   10/7 30/15 69/5
**second [15]**   5/20 9/12 13/1 42/22
43/6 52/13 53/16 56/25 66/1 83/7
86/22 87/13 89/23 100/6 110/8
**Secrecy [1]**   9/22
**section [8]**   36/18 46/7 46/8 82/12
110/3 111/3 112/20 115/10
**sections [2]**   103/25 110/4
**secure [1]**   87/3
**security [2]**   95/3 117/9
**see [85]**   8/4 9/9 15/5 15/18 16/14
17/2 17/4 17/8 17/13 19/6 20/9
23/9 24/1 35/5 35/6 35/16 35/18
36/11 36/16 37/15 38/17 38/19
38/20 38/21 38/22 38/23 39/14
39/22 39/23 39/24 45/11 45/13
47/9 47/10 47/12 47/14 47/16
47/19 48/17 48/19 48/20 50/13
50/14 50/16 50/23 52/15 52/16
52/17 52/20 52/22 56/4 56/4 56/10
58/9 59/10 60/20 63/11 63/12
63/13 63/15 65/2 69/2 69/11 72/1
78/13 79/24 79/25 81/12 81/13
82/9 82/10 83/16 85/6 86/9 87/2
90/3 95/4 100/4 102/4 105/22
106/1 124/4 124/14 124/17 125/8
**seed [2]**   48/3 68/10
**seeing [2]**   22/3 27/9
**seek [1]**   24/18
**seeking [2]**   7/24 90/1
**seems [3]**   30/7 84/1 87/15
**seen [6]**   33/1 33/4 33/11 33/17
35/10 52/19
**seize [1]**   34/4
**seized [3]**   44/13 79/1 114/18
**select [4]**   30/2 30/8 34/10 41/16
**selected [1]**   39/23
**sell [3]**   73/7 73/8 92/21
**seller [13]**   57/16 63/10 75/18
78/12 91/11 92/3 92/19 92/20 93/1
93/13 95/3 102/1 102/2
**selling [5]**   32/23 44/22 56/9
58/21 103/5
**send [3]**   15/10 87/7 118/23
**sending [9]**   22/2 22/2 22/13 66/12
66/23 67/16 83/1 93/22 108/1
**sense [1]**   125/3

**sent [10]**   22/17 24/15 43/9 43/12
43/19 54/24 91/25 102/5 103/20
104/1
**sentence [2]**   46/1 107/14
**separate [1]**   87/24
**separately [1]**   8/6
**September [3]**   11/23 99/22 103/20
**September 2021 [1]**   11/23
**September 30th [1]**   99/22
**sequel [2]**   112/21 112/22
**series [9]**   23/16 44/11 55/3 57/12
57/13 59/23 64/3 72/14 74/20
**serve [2]**   11/21 11/24
**served [1]**   11/22
**servers [3]**   34/5 57/17 113/2
**service [13]**   6/13 6/15 6/20 12/5
14/11 15/11 21/16 21/20 24/15
90/12 94/16 109/25 112/12
**services [3]**   9/23 25/11 107/24
**several [2]**   43/10 47/7
**sexual [2]**   113/15 115/9
**shard [1]**   38/21
**shards [6]**   37/16 38/22 39/3 60/20
61/17 61/20
**she [6]**   39/17 65/23 66/3 66/4
123/1 123/15
**SHERRY [3]**   2/6 127/3 127/12
**shield [1]**   72/2
**shine [8]**   49/2 104/5 104/9 105/2
105/10 105/13 105/24 107/20
**ship [4]**   60/25 63/11 89/3 112/24
**shipped [2]**   50/24 76/12
**shippers [1]**   113/1
**shipping [21]**   39/2 39/4 39/12
45/23 46/22 46/23 46/24 52/20
61/7 64/23 73/13 76/4 77/15 89/5
98/22 98/24 109/5 109/16 109/19
109/22 112/23
**ships [5]**   39/14 39/15 61/8 73/14
98/23
**shoehorn [1]**   118/24
**shop [1]**   35/14
**Shoppe [3]**   88/9 88/15 89/3
**shopping [3]**   37/3 37/4 37/6
**short [2]**   69/18 71/4
**shortly [2]**   69/2 69/11
**shot [1]**   110/8
**should [24]**   5/18 6/1 9/9 9/17
16/25 17/11 18/7 45/20 69/21
70/11 71/10 82/10 83/13 96/19
115/3 117/3 117/3 117/13 118/5
120/1 121/13 122/25 123/13 124/24
**shouldn't [3]**   42/25 71/7 119/7
**show [29]**   12/15 13/14 15/13 16/11
17/22 18/13 19/22 20/15 21/15
22/19 23/6 23/15 24/21 25/17
26/12 26/24 27/15 28/2 28/17 43/2
43/3 49/2 49/13 50/18 86/8 87/22
98/2 104/14 118/21
**showed [1]**   20/23
**showing [15]**   13/11 13/11 34/13
50/9 51/21 54/25 56/24 57/12
59/22 61/2 61/9 62/20 66/20 90/15
114/20
**shown [41]**   34/14 35/3 35/13 37/13
38/14 39/17 44/2 45/6 46/6 46/17
47/1 50/4 50/9 50/12 52/13 54/11
55/19 55/21 56/6 56/11 58/5 58/12
58/18 58/24 60/16 60/18 61/2 61/9
61/19 62/20 63/7 73/5 73/11 75/12
75/21 77/12 78/11 79/22 82/8
96/21 97/6
**shows [10]**   22/1 23/17 23/18 25/12
28/15 28/23 28/24 29/13 36/19
48/25
**sic [1]**   111/8
**side [6]**   20/19 35/13 39/13 45/8
60/19 123/12
**sidebars [1]**   8/12
**sides [1]**   70/11
**sign [4]**   36/15 36/15 79/25 82/10
**sign-up [2]**   79/25 82/10

**significant [1]**   49/10
**silk [25]**   33/21 33/25 34/3 34/4
34/8 34/10 34/15 34/16 34/17
35/10 36/17 36/21 37/1 37/14
37/18 37/24 39/16 40/7 40/10
40/19 41/8 41/11 42/2 42/5 42/13
42/17 43/3 43/10 43/12 44/5 44/12
44/21 45/22 46/8 49/12 49/16
51/24 52/7 52/19 52/24 54/1 54/8
54/8 54/16 55/6 57/16 59/14 59/19
60/1 64/6 66/23 71/24 72/17 74/16
74/23 76/15 76/24 78/19 78/22
78/23 78/24 79/18 79/3 79/5 79/13
80/4 80/7 82/3 82/3 88/9 88/16
93/23 95/23 96/3 97/22 98/4
102/13 104/4 104/10 105/23 106/21
107/4 107/22 108/2 108/14 110/17
110/20 113/3 118/22
**similar [3]**   46/10 51/18 82/5
**simple [1]**   111/25
**simply [2]**   85/2 118/20
**since [2]**   31/2 31/11
**single [1]**   32/13
**sir [1]**   124/20
**sit [4]**   122/1 123/14 123/25 124/2
**site [16]**   12/8 12/12 12/22 13/12
15/18 40/8 44/13 55/7 107/19
113/8 113/11 113/17 113/19 114/2
114/7 114/18
**site's [1]**   35/11
**sites [1]**   107/23
**sitting [2]**   118/3 124/6
**situation [1]**   94/1
**six [3]**   20/12 26/23 26/23
**slide [1]**   122/23
**slower [1]**   37/10
**slowly [1]**   58/20
**smell [3]**   48/3 48/10 59/11
**smoker [1]**   110/14
**smoking [2]**   110/4 110/11
**smuggling [2]**   112/7 112/10
**sniff [1]**   109/23
**so [145]**
**software [2]**   31/4 31/5
**sold [20]**   32/24 33/1 33/8 33/12
33/17 36/17 45/11 61/21 61/25
62/2 62/6 78/17 82/12 82/16 89/7
89/10 99/3 109/7 110/24 113/3
**some [30]**   6/2 6/4 13/13 14/3
32/11 33/16 35/8 42/1 45/10 51/24
52/10 53/5 59/8 59/23 68/4 68/13
69/14 69/17 70/23 70/24 80/18
81/1 85/1 87/21 91/4 93/10 93/11
106/14 106/15 111/13
**somebody [4]**   6/20 83/11 85/7
118/12
**somehow [1]**   94/6
**someone [5]**   84/22 85/2 94/20
94/23 122/11
**something [12]**   14/18 21/24 36/3
36/5 36/15 69/23 70/15 117/15
118/9 119/24 121/20 123/2
**sometimes [3]**   12/24 70/25 122/13
**soon [2]**   32/1 125/18
**sorry [21]**   7/19 18/24 19/15 19/17
22/3 28/22 41/24 44/17 45/2 50/14
51/17 53/13 66/12 66/22 83/16
87/12 89/21 90/1 107/17 108/9
126/1
**sort [2]**   68/8 83/22
**sorts [2]**   32/24 110/24
**sounds [1]**   86/23
**source [2]**   20/22 59/5
**sources [1]**   112/12
**Southern [1]**   10/21
**space [1]**   110/11
**span [3]**   17/8 26/22 26/23
**speak [1]**   37/9
**speaking [1]**   12/4
**special [19]**   5/23 29/23 30/18
35/3 38/14 40/17 41/6 43/22 45/5
55/2 55/19 73/20 73/23 82/2 104/4

**S**

special... **[4]** 107/13 110/16 114/1 120/11
specialize **[1]** 45/23
specific **[2]** 35/20 118/10
specifically **[7]** 11/12 81/1 81/2 84/12 84/14 85/20 98/2
Specify **[1]** 17/11
speed **[8]** 35/8 58/10 58/15 59/2 59/4 73/10 82/16 82/18
spell **[1]** 30/18
spelling **[1]** 10/15
spend **[1]** 83/2
spent **[1]** 11/7
spoken **[2]** 6/14 6/20
spread **[1]** 17/11
spreadsheet **[25]** 47/2 47/3 49/14 50/7 56/7 56/15 62/18 63/20 64/19 65/13 65/17 66/11 67/14 67/15 71/23 71/24 73/15 74/6 74/8 74/14 75/25 76/16 78/8 96/10 97/7
spreadsheets **[4]** 30/2 31/21 116/21 121/9
squad **[1]** 32/5
square **[1]** 45/17
squares **[1]** 46/3
SR **[5]** 83/2 87/10 103/21 108/1 112/23
ST **[1]** 42/9
staff **[2]** 52/25 125/11
stand **[2]** 117/4 118/5
standard **[5]** 13/25 14/2 35/15 101/20 106/1
standards **[2]** 109/16 109/22
stands **[1]** 35/23
start **[7]** 11/7 68/1 70/3 70/7 86/22 123/23 125/2
starting **[9]** 4/5 17/16 44/4 50/20 53/16 61/23 73/7 102/24 107/18
starts **[1]** 45/15
state **[7]** 4/4 7/10 19/20 30/18 69/18 87/21 88/2
stated **[2]** 7/3 7/14
statement **[11]** 84/15 85/1 90/25 91/2 93/7 93/8 93/18 93/19 93/25 104/18 118/12
statements **[5]** 81/17 88/4 116/11 118/15 119/6
STATES **[14]** 1/1 1/3 1/10 4/3 4/7 10/21 39/14 64/24 76/5 77/16 89/6 98/23 109/6 115/10
stating **[1]** 71/3
statistics **[1]** 82/14
statute **[5]** 6/5 6/25 7/6 7/7 7/20
stay **[1]** 83/17
staying **[1]** 112/8
stealth **[3]** 39/4 45/23 60/25
step **[2]** 111/22 111/22
STERLINGOV **[10]** 1/6 4/3 4/11 6/14 42/24 115/17 116/1 125/22 125/24 126/5
Sterlingov's **[2]** 6/18 6/22
Steven **[4]** 3/4 29/24 30/13 30/20
stick **[1]** 124/9
still **[8]** 6/2 7/9 9/3 27/14 48/19 66/16 91/18 94/25
stinks **[1]** 49/3
stip **[1]** 5/22
stiped **[1]** 107/2
stipulate **[1]** 106/20
stipulation **[12]** 4/19 4/25 5/11 9/15 9/16 9/17 9/19 114/25 115/1 115/2 115/4 120/25
stipulations **[1]** 5/6
stives **[1]** 75/14
stock **[2]** 45/19 45/23
stocking **[1]** 45/16
stolen **[2]** 33/19 33/20
stop **[3]** 46/2 54/21 112/4
stopping **[1]** 121/21
store **[1]** 42/13

stored **[1]** 49/16
straightforward **[1]** 83/3
straight **[1]** 48/2
strains **[1]** 73/8
street **[3]** 1/16 2/3 110/6
strength **[1]** 59/11
stricken **[1]** 43/19
strike **[3]** 117/3 117/12 119/12
strong **[1]** 52/18
struggling **[1]** 92/18
stuff **[5]** 4/17 48/4 86/10 102/14 119/12
subcategories **[1]** 35/24
subject **[7]** 81/23 88/19 88/23 98/8 98/12 104/13 108/18
submit **[2]** 28/14 38/14
subparts **[1]** 120/21
subsections **[1]** 35/19
such **[3]** 9/25 91/22 111/6
sufficient **[1]** 96/17
suggest **[1]** 87/2
suggesting **[1]** 68/5
suggestion **[1]** 86/23
Suite **[1]** 1/17
suits **[1]** 111/4
summarize **[1]** 31/9
supply **[1]** 109/15
supplying **[1]** 109/13
support **[3]** 18/10 54/9 54/16
suppose **[2]** 84/25 91/6
sure **[36]** 6/19 8/3 17/25 20/14 22/13 32/19 33/15 34/15 39/2 39/18 45/16 46/10 47/5 47/9 47/23 49/6 49/8 58/9 67/24 70/12 90/7 94/3 94/25 95/4 96/22 102/11 102/12 103/21 106/14 113/20 118/6 118/6 118/19 118/16 123/8 124/23
surreptitious **[1]** 91/12
sustained **[1]** 43/19
swap **[1]** 117/23
swear **[1]** 30/11
switched **[1]** 11/8
sworn **[2]** 10/5 30/13
Symbiosis **[23]** 44/5 45/10 45/15 46/7 46/13 46/18 47/15 47/16 48/20 49/25 50/16 51/1 51/13 52/10 52/23 53/6 53/10 53/11 54/4 54/8 54/14 54/19 67/10
Symbiosis' **[5]** 44/12 45/7 47/3 50/6 52/6
synthesis **[1]** 111/18
synthesize **[1]** 111/22
syringe **[1]** 110/9
system **[4]** 18/5 54/11 75/17 84/4
systems **[1]** 31/7

**T**

tab **[2]** 42/20 59/3
table **[14]** 2/11 4/7 4/12 41/13 49/21 49/23 51/15 51/25 52/1 56/2 56/11 64/20 64/21 77/13
tables **[1]** 42/14
tablets **[1]** 50/14
tabs **[2]** 52/14 56/8
tactics **[1]** 112/23
take **[24]** 12/10 12/21 18/22 19/12 34/4 49/9 54/20 68/18 68/21 68/23 68/25 69/6 81/13 86/11 99/20 110/7 113/6 114/1 116/22 118/4 120/5 125/1 125/9 125/18
taken **[6]** 55/7 69/12 78/23 79/1 93/5 126/14
takes **[2]** 14/12 87/7
taking **[1]** 102/5
talk **[7]** 83/6 118/11 119/14 121/14 123/25 124/22 125/2
talking **[13]** 31/19 37/22 81/6 83/11 83/21 84/6 90/24 101/14 105/25 106/5 117/8 121/22 123/7
task **[2]** 11/18 32/6
tasked **[1]** 11/16
teaches **[1]** 111/21

team **[1]** 120/16
tech... **[6]** 71/25 72/4 72/6 73/6
tell **[14]** 5/11 5/25 31/23 54/14 101/25 102/17 112/23 117/3 117/13 120/1 121/19 122/15 123/14 125/14
telling **[3]** 84/24 92/19 92/20
tells **[2]** 111/23 112/13
temporal **[1]** 93/25
tent **[1]** 74/4
terms **[2]** 111/25 119/11
test **[2]** 48/2 109/15
testified **[4]** 16/4 16/8 29/7 66/11
testify **[1]** 33/8
testifying **[8]** 43/16 57/1 65/23 67/1 67/21 72/13 110/16 110/19
testimony **[17]** 5/4 5/23 8/16 34/11 44/7 55/2 57/13 59/23 64/2 68/13 69/7 74/19 90/13 120/12 124/19 124/23 125/5
text **[5]** 26/7 36/16 46/1 47/14 73/7
texture **[1]** 59/11
than **[16]** 6/15 7/1 7/4 9/6 24/13 24/15 30/3 77/5 82/3 88/22 96/8 110/22 113/14 116/23 117/16 119/18
thank **[18]** 10/7 29/20 29/21 30/9 30/10 30/15 30/24 71/20 72/4 97/16 103/14 108/8 123/17 124/14 125/19 126/11 126/12 126/13
Thanks **[2]** 86/16 107/7
that **[461]**
that's **[8]** 54/20 56/12 96/4 108/15 111/1 111/12 114/23 120/14
their **[24]** 4/4 7/25 15/11 36/21 36/25 43/23 46/2 54/11 81/9 84/14 84/23 86/11 90/10 91/21 91/23 92/7 93/20 94/21 101/3 101/10 101/12 106/7 113/2 118/16
them **[25]** 4/21 4/23 6/21 30/3 30/8 32/20 32/21 33/23 37/6 38/18 40/15 74/3 81/16 85/6 85/15 92/20 92/21 98/14 106/7 109/15 111/24 118/21 121/1 122/15 125/16
themselves **[3]** 36/10 69/21 87/19
then **[61]** 5/22 6/2 14/7 16/5 17/20 24/18 27/12 31/20 35/24 36/6 36/11 36/18 36/25 39/18 39/19 40/4 40/6 47/21 50/15 50/23 50/25 51/4 53/25 54/19 59/8 63/13 66/4 67/10 71/12 77/24 82/17 82/25 83/1 83/18 85/22 86/2 86/10 87/6 87/8 89/9 89/15 92/25 94/5 97/14 98/20 98/21 100/13 102/18 103/13 108/16 114/14 116/10 117/10 117/17 117/22 117/23 121/13 124/5 125/1 125/2 125/18
theory **[2]** 81/7 94/11
there **[130]**
therefore **[1]** 81/10
these **[57]** 5/2 27/13 33/17 35/4 35/9 40/17 45/10 46/15 46/22 47/7 50/19 54/3 55/5 55/23 55/25 57/15 58/19 60/1 61/13 66/10 66/11 66/12 66/13 66/21 66/22 66/23 67/3 67/13 69/15 72/16 74/22 76/23 78/2 80/11 83/23 84/11 87/17 90/15 90/16 90/22 91/20 92/4 95/1 96/17 102/25 104/8 106/14 106/15 107/1 108/13 113/3 116/15 117/5 118/7 120/2 120/20 121/8
they **[110]** 4/15 4/24 6/15 6/17 6/23 6/23 22/3 25/9 29/16 33/23 34/6 34/9 35/11 35/24 36/24 36/25 38/17 42/15 46/23 46/24 49/22 51/4 52/2 54/6 55/6 56/8 57/3 57/17 57/18 60/4 61/21 61/22 61/25 64/8 66/4 66/4 67/10 69/18 69/19 69/22 70/3 70/12 71/8 72/19 74/2 74/25 80/13 81/5 81/16 82/5

**T**

they... [60] 82/11 83/12 83/13 83/20 84/2 85/2 85/25 85/25 86/1 86/7 86/8 86/9 86/9 86/10 87/19 87/22 89/5 90/9 90/10 91/11 91/12 91/21 92/2 92/9 92/14 93/2 93/3 93/13 93/16 94/21 94/23 100/15 101/1 101/19 101/11 101/13 101/14 101/15 106/15 106/24 107/3 112/13 112/14 112/14 112/15 113/5 113/16 116/13 116/23 117/5 117/25 118/1 118/14 120/15 120/24 120/25 121/1 122/14 122/15 122/15

thing [5] 33/3 53/15 87/12 115/19 125/20

things [14] 9/7 32/24 33/22 36/13 85/23 85/25 102/25 106/14 106/15 110/24 119/22 120/2 122/5 122/14

think [61] 5/15 5/18 6/3 7/4 8/10 8/14 9/8 18/1 43/15 44/21 66/18 67/2 67/20 68/7 68/13 68/15 70/6 70/10 70/17 80/22 81/7 81/17 84/7 84/17 84/17 84/18 84/21 85/17 91/9 91/17 94/8 94/11 95/3 95/4 101/21 102/20 106/2 106/9 106/12 106/16 106/23 106/23 107/2 113/23 115/23 117/18 117/20 119/3 119/14 119/20 120/25 121/12 121/19 121/20 122/12 122/13 122/19 122/20 123/12 123/24 124/4

thinks [4] 8/25 69/22 94/17 119/6

third [2] 15/4 20/9

this [276]

those [28] 6/4 6/7 6/10 7/21 29/15 34/10 35/22 41/10 46/3 51/25 53/5 69/23 72/23 77/6 91/13 93/3 108/22 108/23 110/25 111/24 115/12 116/14 116/23 117/11 120/11 122/12 125/15 125/18

though [2] 11/12 106/15

thought [4] 65/25 84/3 95/6 122/9

threats [1] 33/14

three [3] 89/9 89/10 122/17

through [54] 3/17 6/4 10/1 36/4 38/18 44/8 44/16 44/17 44/18 44/24 45/1 45/2 45/3 45/8 47/4 47/6 48/15 49/2 50/12 52/14 53/19 53/25 58/7 62/23 68/1 81/16 83/1 85/5 85/16 86/25 91/22 93/4 93/23 101/5 101/16 104/1 106/7 107/22 107/25 115/16 116/23 117/5 119/6 119/20 119/22 120/2 120/11 120/13 120/21 121/1 121/2 121/4 121/8 125/16

Thursday [2] 122/1 124/6

thus [2] 14/9 117/13

tied [1] 15/9

time [33] 5/21 12/13 14/3 17/8 19/10 19/25 26/22 26/23 34/8 37/18 37/21 38/3 49/13 54/20 66/3 68/1 68/21 70/9 99/6 102/18 107/5 112/24 114/24 115/17 116/23 119/11 121/6 121/19 121/21 122/4 124/24 125/6 125/7

times [3] 14/9 75/16 116/16

timing [3] 70/4 121/7 123/24

tips [1] 83/17

title [19] 38/21 42/7 47/17 47/19 48/21 49/4 61/15 62/10 73/19 76/7 77/18 97/3 97/9 99/2 99/11 104/24 105/7 111/16 112/5

titled [1] 112/10

titles [1] 115/6

today [17] 34/11 44/7 53/19 54/10 55/2 57/13 59/24 64/2 70/7 70/9 72/13 74/20 103/23 110/19 117/12 119/20 125/15

together [1] 112/11

told [2] 6/16 115/2

too [5] 30/11 87/5 89/9 110/7 125/6

took [1] 11/19

tool... [10] 82/16 82/22 82/22

top [20] 12/19 36/1 39/24 44/4 45/14 47/22 50/12 52/12 58/14 67/11 73/8 82/12 82/14 82/16 89/7 98/19 98/20 100/4 107/18 109/7

topic [1] 115/19

TOR [12] 2/2 2/3 4/10 32/21 86/25 87/4 87/6 87/8 113/17 113/18 113/19 114/4

total [2] 29/15 62/18

totaling [1] 82/11

toward [3] 5/22 53/16 109/9

trace [2] 14/9 94/24

tracing [1] 67/21

track [1] 113/1

trafficking [1] 116/5

train [1] 12/2

training [4] 11/19 11/19 31/11 31/13

transaction [38] 12/7 19/10 19/13 20/23 21/25 22/2 23/8 23/16 24/18 24/20 24/24 25/18 26/13 26/25 27/13 28/3 28/15 28/21 28/24 40/5 40/6 50/21 63/7 63/8 63/12 78/7 78/12 78/17 81/9 91/12 91/16 93/13 93/14 101/4 101/5 101/11 101/15 105/15

transactions [24] 17/11 22/22 29/13 42/13 51/13 51/18 56/7 56/12 62/21 63/17 63/19 65/12 65/15 67/4 68/7 68/9 68/9 68/12 68/14 74/8 81/10 90/16 93/16 101/12

transcript [2] 1/9 127/4

transfer [5] 6/13 6/13 17/6 36/25 87/9

treat [2] 9/17 115/3

Trevor [3] 108/3 109/3 109/12

TRIAL [1] 1/9

triangle [1] 97/11

trip [1] 122/11

triple [1] 48/8

trouble [2] 94/17 94/18

true [2] 32/1 127/4

truly [1] 14/11

trust [1] 102/18

truth [5] 80/20 88/1 91/6 91/7 101/22

try [4] 37/9 94/5 99/25 110/13

trying [7] 19/8 36/4 83/3 91/18 97/13 107/5 118/24

Tuesday [3] 23/9 122/3 124/6

tumble [1] 86/23

tumbling [1] 83/1

turn [5] 14/15 18/2 18/5 43/12 86/10

Turning [1] 73/4

turns [2] 42/23 70/14

two [34] 4/14 5/5 11/1 29/13 29/15 31/19 41/17 62/13 92/5 103/24 110/4 122/12 125/16

Tyler [9] 54/23 55/20 55/23 55/25 56/2 56/3 56/8 56/12 56/17

type [7] 11/6 11/24 11/25 33/3 36/3 46/19 124/11

types [2] 32/7 82/5

typical [1] 36/24

typically [5] 32/22 33/23 36/10 56/3 111/5

**U**

U.S [2] 1/13 2/7

uh [2] 17/1 24/25

uh-huh [2] 17/1 24/25

UK [7] 45/16 47/20 58/6 65/19 71/24 72/6 73/6

ultimately [1] 34/4

unbelievably [1] 110/14

unclear [2] 7/24 83/22

uncontested [1] 115/4

uncut [9] 45/12 48/22 48/24 48/25 58/25 89/8 95/17 96/25 97/20 unde... [15] 4/5 9/24 15/19 35/14 39/4 39/13 39/21 45/8 60/18 75/12 75/13 81/3 90/2 109/10 110/3 112/18

undercover [9] 11/11 11/13 11/17 11/20 11/21 11/24 12/2 12/7 25/10 114/19

understand [7] 9/3 15/8 90/7 90/11 94/10 94/19 125/11

understanding [11] 4/14 6/9 6/22 24/12 24/13 24/16 53/22 84/3 108/22 114/2 115/25

understood [4] 70/23 118/19 119/10 123/19

undisputed [1] 9/18

undoubtedly [1] 116/18

unit [2] 109/17 109/22

UNITED [15] 1/1 1/3 1/10 4/2 4/7 10/21 39/14 46/23 64/24 76/5 77/16 89/6 98/23 109/6 115/10

unlawful [1] 68/12

unless [1] 49/9

unlikely [1] 14/9

unquote [1] 90/13

until [12] 11/23 45/15 45/15 51/3 69/7 70/3 70/9 91/21 119/21 122/12 124/3 124/19

up [75] 4/19 4/20 9/7 17/24 31/16 37/12 43/13 44/10 45/15 47/1 49/1 49/13 53/8 53/20 54/11 56/6 59/13 61/14 63/25 65/15 66/1 66/16 67/13 68/19 71/22 72/8 73/9 74/5 74/18 75/11 75/21 75/25 76/14 78/4 78/21 79/7 79/25 80/21 80/22 81/16 82/10 82/20 85/17 86/7 86/11 87/13 87/25 89/22 97/21 97/25 99/1 100/6 102/15 103/4 103/6 104/3 104/23 105/17 111/15 115/19 120/10 120/11 120/18 120/20 121/4 121/15 122/12 122/13 122/15 122/21 122/22 124/25 125/17 125/18 126/7

update [1] 47/24

updated [1] 7/22

upload [1] 113/12

upon [2] 39/5 115/3

upper [4] 16/24 17/2 37/3 97/11

upstream [1] 94/10

us [15] 1/20 36/19 39/2 45/8 47/4 48/15 50/11 62/23 63/7 70/6 99/18 110/1 121/19 122/15 125/6

USA [2] 76/12 77/22

USAO [1] 1/16

USD [2] 39/7 61/6

use [27] 15/11 15/12 16/25 36/23 63/9 83/13 83/14 83/18 84/6 84/14 84/24 87/4 87/5 87/8 105/25 107/15 107/24 110/4 110/4 110/5 110/7 110/11 112/16 116/12 117/8 117/9 118/15

used [9] 32/22 41/10 42/24 44/5 84/2 90/23 110/6 110/10 111/13

user [28] 36/21 39/16 41/14 44/2 47/14 47/15 49/10 57/6 57/10 59/19 63/22 65/19 65/24 67/10 71/24 79/5 79/13 80/2 80/8 81/8 84/13 88/9 90/9 95/23 97/23 104/5 115/8 115/12

user's [1] 41/13

username [5] 40/11 41/16 79/23 79/24 82/9

users [8] 34/11 36/9 57/3 66/4 84/10 114/21 115/15 120/16

users' [1] 14/7

uses [1] 83/24

using [16] 17/17 42/2 43/10 45/21 54/23 81/9 83/21 85/7 87/23 90/16 92/13 92/15 101/14 102/6 115/13 116/4

USPS [1] 112/25

**V**

vacuum [1]  48/8
value [1]  17/17
various [4]  44/1 61/21 109/8
111/6
vendor [33]  45/7 45/11 45/16
45/22 46/8 51/1 51/2 54/9 54/16
55/20 58/6 60/17 60/23 62/21
66/13 67/14 72/17 73/6 74/9 74/14
75/13 75/16 76/19 78/8 82/11
84/23 100/10 100/25 102/2 106/5
108/3 117/7 118/13
vendor's [2]  46/19 73/16
vendors [18]  36/10 36/10 43/10
43/12 43/23 44/1 52/24 66/10
66/10 66/12 66/21 66/22 66/24
67/13 116/3 116/3 116/3 116/6
vendors' [1]  49/13
venue [4]  6/5 7/18 7/19 7/20
Verret [5]  7/23 9/4 70/7 122/22
124/23
versus [1]  4/3
very [14]  32/1 45/24 45/25 49/8
52/17 52/18 59/7 71/4 101/9 109/8
112/2 116/21 122/1 124/13
via [1]  36/17
victim [1]  33/16
video [14]  5/23 113/8 113/10
113/11 113/14 114/2 114/7 114/12
114/15 114/17 114/21 114/25 115/6
120/16
videos [1]  113/12
view [4]  12/22 18/18 122/24
125/23
violation [2]  115/8 115/10
violations [2]  7/8 115/12
virtually [1]  118/8
visitor [1]  35/10
visual [1]  115/9
voir [1]  8/17
volume [1]  119/12
vs [1]  1/5

**W**

wait [3]  4/16 17/16 101/5
waiting [7]  4/14 4/16 6/4 53/24
92/10 93/3 93/20
waking [1]  53/20
walk [9]  38/17 45/8 47/4 48/15
50/11 52/14 58/7 62/23 63/7
Walker [7]  4/19 29/25 30/10 30/11
70/17 86/14 86/15
Wall [1]  2/3
wallet [18]  21/20 22/1 22/14
22/17 23/9 23/10 24/25 25/10
25/11 25/13 25/20 26/6 28/23
28/24 83/2 86/25 87/6 87/10
wallets [1]  87/7
want [37]  5/10 12/10 12/15 17/22
18/22 18/23 19/12 26/22 27/14
36/3 36/24 37/5 42/22 46/3 46/11
57/4 68/18 74/3 86/8 94/23 109/24
111/9 116/12 116/25 118/6 118/9
118/16 119/24 120/1 121/7 121/14
123/8 123/25 124/21 125/6 126/3
126/5
wanted [7]  15/10 20/22 25/20 38/2
38/2 39/16 125/22
wants [6]  67/23 85/23 101/8
117/15 123/12 126/5
wares [1]  60/24
was [174]
washed [1]  73/10
washing [1]  83/1
washing/tumbling [1]  83/1
Washington [5]  1/5 1/14 1/17 1/21
2/9
wasn't [1]  111/7
watch [1]  112/18
watches [1]  111/4
way [22]  5/9 5/10 15/5 20/9 33/16

39/24 43/1 43/1 51/12 56/13 56/14
93/17 93/17 93/25 94/3 94/4 95/6
95/20 99/8 105/3 117/9 119/4
124/11
we [256]
We'd [1]  123/11
we'll [7]  32/1 76/6 87/25 104/25
121/13 124/4 124/6
website [3]  12/19 20/18 20/22
websites [1]  31/8
Wednesday [1]  124/6
Weed [1]  58/22
week [4]  11/19 45/21 122/3 123/23
week-long [1]  11/19
weekend [8]  119/22 119/25 120/1
120/3 120/4 123/8 124/7 124/12
weigh [1]  53/20
welcome [17]  5/23 9/14 60/24
75/14 113/8 113/10 113/11 113/14
114/2 114/7 114/12 114/15 114/17
114/21 114/25 119/7 120/16
well [36]  4/13 7/10 7/19 8/22
17/15 25/15 33/12 33/17 33/19
35/7 36/9 45/11 47/12 50/1 52/25
56/9 58/11 59/5 59/12 60/21 61/13
62/1 66/1 66/24 68/5 69/6 69/13
70/5 85/9 109/14 113/1 113/19
119/8 124/18 124/22 125/25
well-established [1]  59/5
went [3]  21/7 46/12 97/14
were [62]  7/8 12/7 14/18 19/20
27/12 34/18 37/24 38/18 41/4
47/11 49/16 52/6 55/6 55/16 56/20
58/1 60/13 63/11 64/15 65/25
66/11 66/12 68/7 68/10 68/12 73/1
74/11 75/8 77/8 80/1 81/25 87/17
87/18 87/19 87/22 87/23 88/25
89/5 89/7 90/23 92/9 92/12 95/2
98/15 104/21 108/25 110/24 111/5
113/11 114/14 114/17 115/16 116/9
116/10 116/10 116/12 116/13
118/14 119/4 120/16 121/4 122/12
West [6]  76/19 76/23 77/13 77/15
78/2 78/12
what [200]
whatever [8]  11/18 35/17 36/24
68/6 68/12 85/23 116/12 123/15
when [32]  5/18 5/23 6/1 10/9 16/9
19/7 34/18 35/8 35/11 36/8 37/7
37/24 44/13 49/12 50/21 50/24
52/20 52/22 53/19 55/6 63/12
65/23 69/17 70/25 74/2 79/2 83/15
99/23 103/23 110/1 114/18 122/19
whenever [1]  47/16
where [47]  6/20 10/18 11/2 11/9
16/14 17/8 17/13 19/20 20/19 21/7
22/2 24/1 25/20 27/11 30/24 31/23
36/6 37/5 39/11 39/21 39/22 46/11
46/22 46/24 49/22 51/2 61/7 64/22
73/13 76/3 77/14 83/22 87/18 89/5
96/17 98/22 98/24 105/21 108/7
109/5 111/24 113/11 116/11 117/6
118/10 118/11 121/24
Whereupon [36]  13/9 13/23 15/2
16/2 16/22 19/4 20/7 21/5 22/9
23/4 23/24 25/7 26/20 27/7 27/23
28/10 29/5 35/1 38/12 41/3 45/3
55/16 58/1 60/12 64/15 73/1 75/8
77/8 79/20 81/25 88/25 96/14
98/15 104/21 108/25 121/4
whether [41]  7/24 8/13 24/13
28/12 32/1 36/9 42/24 68/19 69/20
69/22 70/6 70/14 71/9 71/14 85/1
85/6 85/8 86/1 86/3 87/25 91/3
91/4 91/5 91/18 92/19 92/22 93/9
93/10 101/22 106/15 106/19 114/3
114/7 116/8 116/9 116/10 116/13
118/1 118/12 121/6 122/25
which [42]  6/2 6/24 7/13 7/18 8/4
8/6 8/9 8/10 8/11 8/11 8/13 9/20
14/15 15/18 15/19 16/4 18/14
25/11 30/7 37/12 38/24 44/10

47/10 49/1 50/15 50/22 50/24
50/25 78/21 79/17 81/5 82/9
87/25 98/1 101/16 101/19 107/23
110/15 111/15 114/20 120/25
whichever [2]  5/10 5/12
while [5]  4/16 6/4 69/13 86/7
110/1
white [2]  62/11 62/15
who [31]  4/11 24/3 24/5 43/12
43/23 44/5 49/10 50/16 52/6 53/9
66/12 67/21 83/24 84/2 84/24 85/7
90/9 90/16 91/20 100/11 100/13
106/5 116/1 116/4 118/2 118/12
118/13 121/18 121/22 122/10
122/11
whole [6]  49/2 85/10 85/13 86/9
94/15 94/24
whose [2]  44/1 114/21
why [12]  5/25 17/25 20/21 24/16
68/15 68/23 68/24 85/22 93/21
95/5 125/14 126/7
Wi [1]  86/24
Wi-Fi [1]  86/24
wicked [1]  73/9
will [58]  4/24 6/1 6/10 6/18 8/2
8/6 8/22 17/17 36/16 39/24 45/7
45/20 47/24 48/8 48/9 53/17 53/18
64/21 68/1 68/19 69/2 70/17 75/15
75/16 86/2 88/23 95/5 101/19
102/18 102/18 103/23 104/1 104/17
107/21 108/21 108/23 108/24
109/16 109/17 109/22 109/23
111/23 112/22 112/25 119/2 121/8
122/1 123/14 123/15 124/3 124/3
124/4 124/14 124/17 124/18 125/16
125/17 126/8
wise [1]  70/4
withdrawal [13]  14/4 16/13 17/17
17/17 18/18 18/20 19/6 19/8 24/20
26/4 26/10 27/10 28/12
withdrawals [1]  103/21
withdrawing [2]  66/21 66/22
withdrawn [1]  31/25
withdrew [2]  29/15 54/10
within [6]  39/2 48/5 118/14
118/21 118/22 119/1
without [4]  67/8 91/2 112/18
119/13
witness [18]  5/4 10/4 29/17 29/22
29/25 30/6 30/12 67/1 67/6 67/8
67/20 114/6 117/4 118/5 119/13
122/21 124/17 125/5
witnesses [3]  8/21 68/5 122/18
WITNESSSES [1]  3/2
won't [1]  51/2
wonder [2]  102/24 116/10
wondering [3]  91/3 119/13 121/6
work [21]  10/18 10/19 11/2 11/6
11/11 11/11 11/25 12/4 22/20
30/24 30/25 31/5 32/7 32/15 33/24
78/18 113/2 113/7 114/3 114/12
119/15
worked [3]  11/7 11/9 31/1
worker [1]  112/23
working [1]  71/25
works [3]  37/4 112/21 112/22
world [4]  39/15 47/23 98/25
109/14
worldwide [3]  46/25 61/8 73/14
worth [1]  52/19
would [54]  4/4 5/2 6/13 7/9 7/9
11/16 11/17 15/11 15/12 16/16
24/20 30/2 35/10 36/21 36/25 39/8
39/10 39/17 39/21 39/25 40/1 40/3
40/5 46/11 46/19 47/8 58/11 67/7
81/1 81/3 81/12 82/16 82/17 82/19
82/25 84/15 86/24 88/3 89/19
90/25 91/5 92/21 94/11 95/4 98/20
100/2 105/14 110/12 113/24 116/6
116/22 120/13 121/20 123/2
wouldn't [3]  94/20 94/21 94/23
write [1]  94/22

**W**

written **[1]**  112/11

**X**

Xanax **[1]**  65/4

**Y**

yeah **[44]**  9/5 10/24 11/16 12/3
12/14 12/23 13/15 16/13 17/4
17/16 18/12 18/19 19/7 19/18
19/19 20/17 22/22 23/17 24/2
24/17 24/25 25/10 25/19 26/5
26/14 27/10 27/17 28/14 28/19
28/24 29/11 29/13 33/5 33/21
34/20 35/5 35/15 38/2 45/10 65/8
66/18 106/1 113/23 120/4
years **[2]**  11/1 11/8
yep **[16]**  14/2 22/22 36/2 37/4
40/3 41/20 42/9 47/19 48/17 60/20
61/11 61/17 62/11 82/9 82/13
89/11
yes **[64]**  4/18 5/7 5/8 9/11 11/12
12/9 13/13 15/7 15/15 16/10 16/15
17/9 17/14 18/7 18/24 19/16 19/24
20/1 20/11 20/20 21/14 21/18 22/1
22/17 23/8 24/8 24/20 27/1 28/4
28/16 28/22 29/9 29/16 30/24 32/2
32/17 35/12 40/20 41/15 42/6
46/21 50/10 50/13 51/20 53/12
55/8 63/8 66/20 89/18 95/8 97/19
100/22 102/10 102/17 103/2 103/3
104/11 105/9 108/11 110/21 111/10
115/22 124/20 125/21
yet **[21]**  15/13 16/11 18/14 19/22
22/3 34/13 37/12 44/10 54/25
63/25 72/8 74/18 76/22 79/7 79/10
80/10 88/11 96/1 97/25 104/7
108/6
York **[1]**  1/20
you **[546]**
your **[177]**
yours **[1]**  37/8
yourself **[2]**  10/14 24/7
yourselves **[2]**  69/1 124/13
Yup **[1]**  79/24

**Z**

zero **[1]**  36/15
zones **[2]**  39/3 39/3
zoom **[4]**  36/14 37/2 99/25 107/9