```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                        Criminal Action
 4              Plaintiff,              No. 1: 21-399

 5         vs.                          Washington, DC
                                        March 6, 2024
 6    ROMAN STERLINGOV,
                                        9:38 a.m.
 7              Defendant.
      _____/    MORNING PROCEEDINGS
 8

 9                  TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11

12    APPEARANCES:

13    For the Plaintiff:      CATHERINE PELKER
                              U.S. DEPARTMENT OF JUSTICE
14                            950 Pennsylvania Ave NW
                              Washington, DC 20530
15
                              CHRISTOPHER BRODIE BROWN
16                            DOJ-USAO
                              601 D Street, N.W.
17                            Suite 5.1527
                              Washington, DC 20530
18
                              JEFFREY PEARLMAN
19                            DOJ-CRM
                              Ccips
20                            US Dept of Justice
                              1301 New York Ave NW
21                            Washington, DC 20005

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                    APPEARANCES CONTINUED

 2     For the Defendant:        TOR EKELAND
                                 MICHAEL HASSARD
 3                               TOR EKELAND LAW PLLC
                                 30 Wall Street
 4                               8th Floor
                                 Brooklyn, NY 10005
 5

 6
       Court Reporter:           SHERRY LINDSAY
 7                               Official Court Reporter
                                 U.S. District & Bankruptcy Courts
 8                               333 Constitution Avenue, NW
                                 Room 6710
 9                               Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

TABLE OF CONTENTS

WITNESSES

Roman Sterlingov

Direct examination continued by Mr. Ekeland        17


EXHIBITS

Defense Exhibits 138, 139                          75

```
1                      P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Criminal case, 21-399, United

3    States of America versus Roman Sterlingov.

4              Would counsel please approach the podium and state

5    their name for the record --

6              MR. BROWN:  Good morning, Your Honor.

7              THE COURTROOM DEPUTY:  -- starting with the

8    government.

9              MR. BROWN:  Good morning, Your Honor.  AUSA Chris

10   Brown for the government.  With me at counsel table are Jeff

11   Pearlman and C. Alden Pelker.

12             THE COURT:  Good morning.

13             MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

14   for Defendant Roman Sterlingov, who is present in court.  And

15   joining me at counsel table is Mr. Michael Hassard.

16             THE COURT:  Good morning.

17             Were there some issues you wanted to raise this

18   morning?

19             MR. EKELAND:  Yes.  The first one -- and we do -- we

20   can just put this chat up on the screen is just to clarify the

21   record in relation to the discussion that the government said

22   yesterday they had with the registrar --

23             THE COURT:  Yes.

24             MR. EKELAND:  -- in relation -- so we got the chat

25   transcript from the government.  And we just marked it for
```

1    identification as Defendant's Exhibit 137.  You can see they

2    forwarded this email entitled chat transcript with John Lund.

3    And it says chart started on 5th of March 2024 at 6:43 p.m.  I

4    think that is just GMT time.  And in it, it says, if you look

5    at the -- John Lund asks the question at 06:49:32.  I was

6    surprised to see the changes if the owner is believed to be

7    incarcerated.  And then the customer service agent says, "It is

8    updated by the registrant."  And then a couple lines down he

9    says domain is suspended as he did not verify the registrant

10   email address.  But, Your Honor, that is not the same as the

11   update.

12          So what we just wanted to put on the record is that

13   it is the defense's position that this has not shown that the

14   registrant didn't update the email.  And so but beyond that, we

15   are not, Your Honor, interested in raising the issue of

16   Mr. Sterlingov being in jail or anything.  We wanted to clarify

17   the chat, because the government said we were making false

18   statements to the Court.  And I don't think this chat

19   establishes that the update wasn't done.

20          THE COURT:  But you are not asking me to do anything?

21   You are not asking to ask questions with respect to

22   Mr. Sterlingov's incarceration?

23          MR. EKELAND:  No, Your Honor.  I just wanted to

24   clarify the record on that point.

25          THE COURT:  Okay.

1          MR. EKELAND:  The second issue is a little more

2    difficult and it is not something I have had happen in a case

3    before.  And this is in relation to Government Exhibit 721,

4    which came in over the defense's objection.  And we have put it

5    up on the screen here.  And you may recall that this is what

6    Ms. Mazars de Mazarin testified was a screen capture of

7    Mr. Sterlingov's chats.  And it was brought in, essentially, as

8    sort of an admission of guilt where, you know, if you look at

9    the second chat there, it says, "You are wondering what I do in

10   terms of magically having such photos or in terms of money

11   laundering."

12          Now, when this came in, we tried to find this chat.

13   And Mr. Fischbach tried to find the chat.  And we could not

14   find it anywhere in any of the evidence in relation to

15   Mr. Sterlingov's chats.  We asked the government for the source

16   of this text.  And we were informed it actually came from an

17   ebook that was on Mr. Sterlingov's Kindle that was seized from

18   him at the airport and that it is not a chat.  And if we

19   have -- and if you look at the actual page on the ebook --

20          Mr. Hassard, could we pull up the page where the

21   quote is extracted from?

22          You can see here, what he is showing you.  Here is

23   the ebook, "The message Game, a guide to dating at the touch of

24   a button" written by Ice White.  Now, there is all of these

25   chats in this book.  It is clearly not by Mr. Sterlingov.  What

1    these chats are just suggestions of pickup lines that maybe you

2    could use in a chat.  If you go and actually look at the page,

3    that, you know, this chat that they represented -- Ms. Mazars

4    represented was Mr. Sterlingov's chat --

5                Could you please blow that up, Mr. Hassard, for the

6    Court if possible.

7                There it is right there on the bottom.  You can see

8    what happened here is that somebody from the government went to

9    the page, zoomed in, left out the fact that, here is Ice, left

10   out the fact this was from the ebook.

11               And then Ms. Mazars testified that this was a screen

12   capture of Mr. Sterlingov's chats, which is, obviously, false.

13   When Mr. Fischbach yesterday went to go testify in regards to

14   this, the government objected and the Court sustained

15   Mr. Fischbach's objection in relation to him testifying to his

16   forensic analysis of this ebook.

17               THE COURT:  I'm sorry.  I am confused, because I

18   thought Mr. Fischbach did testify about this and said that this

19   came from a book and you can get it on Amazon.  So I don't

20   recall telling him he couldn't testify about this.

21               MR. EKELAND:  He testified to that, but he wasn't

22   allowed to testify as to his forensic analysis and how

23   essentially there was no way that you could confuse this

24   forensically for chat messages from Mr. Sterlingov.  So what we

25   are asking for is and -- or making a proffer for is we are

1    asking to be able to recall Mr. Fischbach outside the presence

2    of the jury and just have him testify for the record as to his

3    forensic basis for being able to say that there is no way that

4    you could have mistaken what is published in an ebook for a

5    chat message by Mr. Sterlingov.  Because this was being brought

6    in as essentially, as an admission of guilt of Mr. Sterlingov

7    as money laundering.  And I don't see how -- how the

8    government -- how somebody could -- you have to zoom in on this

9    image on this page and ignore that ice emoji and everything.

10   And then you have to make a huge leap of logic to say, that

11   this is a chat message from Mr. Sterlingov.  We just don't

12   understand how this happened.  It appears in some sense to be

13   manufactured evidence in the sense that it is selectively

14   edited.  And I just -- I am kind of astonished by this.

15              THE COURT:  I guess, I am still at a loss as to why

16   this requires expert forensic analysis versus just testifying

17   and saying, we went and we looked at it, here is what it is.

18   And it was in an ebook and show it to the jury just the way you

19   just showed it to me.  And you can draw -- the jury can draw

20   whatever conclusions they want from that.  I am not sure why

21   some sort of specialized knowledge with respect to ebooks or --

22   I am not frankly sure what it is you are talking about that

23   came up.  And I am not sure if you raised the objection how it

24   related to this particular text message.  And I guess I am

25   still not sure that I understand exactly why some forensic

1    analysis is necessary rather than just to show this is what it

2    is.

3              MR. EKELAND:  Because we contend and the proffer we

4    are making is that forensic analysis will show this is

5    essentially manufactured evidence and that you had to go in and

6    selectively do this.  And then for someone to come in and

7    testify that these were messages -- that this is a chat message

8    from Mr. Sterlingov, when it is clearly not.  We are just

9    making a proffer to establish the forensic basis for these

10   conclusions.  And I also think that it goes directly to the

11   forensic credibility of Ms. Mazars' testimony here.

12             THE COURT:  You know, you do this to me all of the

13   time, Mr. Ekeland.  You speak in these generalities and you

14   don't tell me what you are talking about.  What is the forensic

15   analysis here that -- I understand the point.  I understand the

16   evidentiary value of all of this.  What I don't understand is

17   what the expert forensic testimony is here that you need to

18   establish this?

19             MR. EKELAND:  Just that there is no forensic basis

20   for saying that this is Mr. Sterlingov's chat.

21             THE COURT:  That is -- I'm sorry.  You are -- it

22   looks to me like you are right about that.  And I don't

23   understand why a jury can't understand why you are right about

24   that.  What I don't understand is jazzing it up in the forensic

25   analysis in some way, but maybe I am missing something here.  I

1   think you are entitled to show it to the jury, entitled to show

2   the jury what it actually is.  You are entitled to make

3   whatever arguments you think are appropriate based on this.  It

4   looks to me like you are correct and that this is not

5   Mr. Sterlingov.  And that, obviously, is not a good thing from

6   the government's perspective, because it not only refutes this

7   evidence, but also it -- I think it does create some question

8   or could create some question in the jury's mind more generally

9   about the evidence.  And I think that is all fair game.

10          I am saying I don't understand and you have never

11  really explained to me the --

12          You started off by saying I didn't allow something

13  in.  What testimony is it that I didn't allow in that you think

14  needs to be offered in?  And you can try to convince me to

15  allow it.  But I need to understand what the testimony is that

16  I didn't allow that is necessary for you to make the point that

17  you just made to me.

18          MR. EKELAND:  Your Honor, I am going to leave it at

19  this, because I am conscious of the time.  So essentially

20  what -- after we got into evidence that this is essentially

21  from the ebook, no objection from the government, Mr. Fischbach

22  was going to go on and talk about his forensic analysis and how

23  he came to those conclusions.  How, you know --

24          THE COURT:  But how he came to the conclusion it was

25  on the ebook?

1          MR. EKELAND:  How he -- part of that.  Well, the
2    government told us.  That is how we found out.  But also the
3    difference between a screenshot and a screen capture and how
4    you forensically this is just not something that you would
5    necessarily just make by mistake in doing the forensic
6    analysis.  That is our proffer, Your Honor.  And if --
7          THE COURT:  If you want to recall him, you just need
8    to explain to me what it is that he hasn't been allowed to --
9    that he hasn't been allowed to testify to and what you think
10   the basis --
11         MR. EKELAND:  Essentially --
12         THE COURT:  I am at a loss.
13         MR. EKELAND:  -- that the government manufactured the
14   screenshot.  And when they did that they -- a screenshot is
15   just not an isolated image found on his phone.  They had to go
16   to this page and they had to zoom in, and that they had to
17   manufacture this screenshot.  And that was part of their
18   process in presenting it to the jury.  And --
19         THE COURT:  I guess I am still at a loss as to why
20   that is forensic -- detailed forensic testimony.  You just
21   showed it to me here.  And I don't see any problem with you
22   doing that.  And I suppose if you wanted to recall
23   Mr. Fischbach to do this in greater detail, I would consider
24   allowing that.  But I don't understand why anyone who is older
25   than -- anyone who is older than 12 years old couldn't make

1    exactly the point you make.  And why this is sort of, you know,

2    forensic analysis.  Instead of just simply showing them, here

3    it is, what it was, they had to zoom in on this.  They had to

4    cut this out.  You can argue that to the jury.  I don't

5    understand the forensics of this at all.

6         MR. EKELAND:  Your Honor, this evidence -- this may

7    come in today through Mr. Sterlingov's testimony.  But this

8    actual page is not in evidence.  The book is not in evidence

9    yet.

10        THE COURT:  Offer it.

11        MR. EKELAND:  We will be offering that through

12   Mr. Sterlingov and that may address the issue.  But if for some

13   reason, it doesn't come in, then we will be asking the Court

14   again to revisit the issue.

15        THE COURT:  You are welcome to do that.  You just

16   have to explain to me what I kept out that should have come in,

17   because I am still at a loss in that.

18        MR. EKELAND:  I mean, we didn't get to these images.

19   Let's see what happens today because I think we want to bring

20   the jury in and get going with this case.

21        THE COURT:  Mr. Brown.

22        MR. BROWN:  Your Honor, just to respond.  Your Honor,

23   number 1, the government is happy to withdraw Exhibit 721.  I

24   want to clear the air that this was not an intentional

25   manufacturing of evidence or anything.  This was a product of

1    the way that the forensics software carved the data from that

2    tablet.  That individual image file must have been separated

3    out and reviewed individually outside of the context -- we are

4    not -- there is -- nobody went in and, you know, clipped this

5    knowingly out of an ebook.  So I just want to make sure that is

6    clear.

7              THE COURT:  But you may be explaining to me in some

8    sense why some forensic analysis might be necessary by

9    Mr. Fischbach on that.

10             MR. BROWN:  So, Your Honor, my other point is,

11   Mr. Fischbach was allowed without objection to testify about

12   this image coming from an ebook.  He -- Mr. Ekeland and

13   Mr. Fischbach went through a whole colloquy, Your Honor,

14   culminating in Mr. Fischbach's revelation that this was from an

15   ebook on dating.  And Mr. Fischbach explained on page 65 of

16   yesterday's transcript, well, because it was represented as a

17   screen capture, when I ran the forensic software, it would

18   automatically put all of the screen captures in one place.  So

19   for that reason, it just didn't show up.  And he goes on.

20   Mr. Fischbach was allowed to talk about his forensic review.

21             THE COURT:  What did I keep out then.

22             MR. BROWN:  Your Honor, I don't see an objection on

23   this particular line of questioning about the ebook and maybe I

24   am missing it, Your Honor.

25             MR. EKELAND:  You know, it is my understanding the

1    objection was about the forensic software Mr. Fischbach had

2    used.

3              THE COURT:  So I don't think anyone pointed out to me

4    or to the government at the time that it had anything to do

5    with this.  So that may be the problem here.

6              MR. BROWN:  Our point is simply, we will withdraw

7    Exhibit 721.  This was an honest mistake.  But there was no

8    manufacturing of evidence.  And for purposes of the trial,

9    Mr. Fischbach has been allowed to testify about it.  He has

10   already been able to -- he has been able to make whatever

11   evidentiary impact -- there is no reason why they couldn't have

12   presented this additional exhibit yesterday with

13   Mr. Fischbach's testimony.

14             MR. EKELAND:  Your Honor, we don't want Exhibit 721

15   withdrawn, because we think that is crucial for the jury to see

16   and evaluate what the government has done in this case.  Also,

17   it is my understanding that this message wasn't forensically

18   carved out and then that is what Mr. Fischbach would have

19   testified to.  And as the Court just mentioned, we now see

20   through the government's own statements, why forensics are at

21   issue here.  Because they are claiming that it is just an

22   innocent mistake made with their forensic software.

23             And, additionally, this is why we have also asked to

24   be able to power up Mr. Sterlingov's tablet, his book reader

25   that they are claiming this came out of.  And they haven't

1    allowed us to do that.

2             THE COURT:  Why haven't they allowed you to do that?

3             MR. EKELAND:  I think what -- I am not going -- I

4    think the reason is they are saying that is the integrity of

5    the evidence or something.  We have asked when we are looking

6    at the devices that we wanted to power it up.  And we were

7    hoping actually that the Court could ask the government to

8    charge the device, you know, today so we could look at it.

9    Just because --

10            THE COURT:  I think the forensics point that you are

11   making is anticipating something that the government hasn't

12   said yet.  And so, I mean, maybe -- you might be right that if

13   Mr. Sterlingov today in his testimony explains what this was,

14   says it was an e-reader, shows it to the jury, shows it into

15   context, you can make all of the points you want to make.  The

16   only reason you need the forensic is if the government comes

17   back and says, no, no, no, here is what happened here, we

18   carved this out and it was part of the forensic.  But no one

19   has said that yet.  So from the jury's perspective, it looks

20   just like you say, which is the government zoomed in on just

21   one piece of evidence in a way that misrepresented what this

22   was.

23            That is what the record will show.  I suppose the

24   only reason you would need Mr. Fischbach to testify to the

25   forensics would be if the government in its rebuttal case -- I

1    can't remember who the witness was who offered this but has the

2    witness come back and explain what it was.  And then, you know,

3    I am not sure I have ever seen this before.  But if that were

4    the case, then there might be need for a surrebuttal case that

5    would allow you to put Mr. Fischbach back on the stand to say,

6    no, this is not what happened.  And that is, obviously, a bit

7    of side light in the case.  But as things now stand, I am still

8    not sure why the forensics are relevant.  Because anyone can

9    just look at this and see that the way you are describing it is

10   correct.  And the only question is whether the government made

11   a mistake for the reasons that Mr. Brown indicated.  But that

12   is not in evidence at this point.  And no one has suggested

13   this at this point to the jury.

14            MR. EKELAND:  So perhaps as the Court says, we should

15   get on with Mr. Sterlingov's testimony and see if the

16   government puts on rebuttal case.  On that note, I am not aware

17   of us having been notified -- perhaps something happened --

18   well, I haven't checked my email of any rebuttal witnesses in

19   relation to the 24-hour rule that the parties agreed to.  So if

20   the government is putting on a rebuttal case tomorrow, calling

21   witnesses, we just merely ask that we be notified as to who

22   those witnesses are.

23            THE COURT:  Okay.  Mr. Brown, anything else to add in

24   response to either that final point or to my suggestion on how

25   we handle this issue?

1          MR. BROWN:  No, Your Honor.  I think on this issue,

2   again, our position is the defense has been allowed to present

3   testimony.  It sounds like this may come up in Mr. Sterlingov's

4   testimony.  And, you know, the point has been made to jury.  I

5   don't think that there is a reason to recall Mr. Fischbach.

6          And as for the 24-hour rule, I think that we will --

7   we will see what comes out in testimony today and inform the

8   defense whether or not we have a rebuttal witness or witnesses

9   tomorrow.

10          THE COURT:  And I should just say that I am still

11   working on the jury instructions.  I was here late last night

12   and I am not quite done yet on them.  But I will get those

13   proposed instructions to you as soon as I can and make sure you

14   have enough time to review them and then we will have to have a

15   charging conference as well.

16          Are we ready to get the jury?

17          MR. EKELAND:  Yes, Your Honor.

18          (Jury in at 9:57 a.m.)

19          THE COURT:  Welcome back, everyone.

20          Mr. Ekeland, you may continue.

21          MR. EKELAND:  Thank you, Your Honor.

22               ROMAN STERLINGOV, previously sworn

23                  DIRECT EXAMINATION CONTINUED

24   BY MR. EKELAND:

25   Q.   Are you ready, Mr. Sterlingov?

1    A.    Yes.

2    Q.    Good morning.  I'd just like to touch briefly on,

3    yesterday you testified about going to meetups.  Do you recall

4    that?

5    A.    Yes.

6    Q.    And what type of people were going to these meetups?

7    A.    I started going to meetups related in general to

8    programming and computers and video games and sometimes -- and

9    then I started going to Bitcoin meetups.  A lot of people were

10   having similar interests on Bitcoin meetups.  I actually found

11   that a lot of people were even more interesting to me because

12   usually they would be not just interested in computers.  A lot

13   of them had other -- they were university professors.  There

14   were business owners.  There were just people from various

15   different just -- they were more diverse there.

16   Q.    And were there people at these meetups that were working

17   on Bitcoin projects?

18   A.    Yes, a lot of them were.  Every other person had ideas or

19   projects they were working on or they were working with a team

20   that had projects.  It was very common.

21   Q.    Did you ever have people from the meetups over at your

22   apartment?

23   A.    Yes.  A few times people from the meetups, also some

24   people I met on the internet that had similar interests.  Some

25   of my friends, of course, came over, yeah.

1    Q.    And now I'd just like to go back to your testimony

2    yesterday about your freelance work.  Do you recall discussing

3    your freelance work yesterday?

4    A.    I do.

5    Q.    Did you ever work for a company called BTCX?

6    A.    Yes.  That was one of the projects that I had freelanced

7    for.

8    Q.    And do you recall what sort of work you did for BTCX?

9    A.    Yes.  I do recall that, because I have seen -- so

10   typically I don't think I would remember such details, because

11   this was in 2012.  But apparently the government found a chat

12   log on my devices where for some reason I saved some of the

13   chats with BTCX.  So I was able to look at that and kind of

14   remember in more detail what I was doing.  I was freelancing

15   for them for a couple of months.  It was like five or six

16   people working I think at the same time in various capacities.

17   Some of them maybe just came in for a week or two.  Some of

18   them left.  There were a lot of people coming and going.

19         I remember specifically they asked me to look at their DNS

20   settings.  They gave me their DNS log-in to their websites.  I

21   had to change some settings in their DNS.  They -- I had to

22   access their servers to change some settings in their servers.

23   You can -- well, I can see that in the chat log.  There are

24   actually some passwords right there, which is kind of the

25   reason why I usually delete those things, because I don't want

1    to be saving other people's passwords.

2                   MR. EKELAND:  Mr. Hassard, if you could put up what

3    is not in evidence and that is marked as Government Exhibit 718

4    and which I will mark for identification as Defendant's Exhibit

5    142, Ms. Walker, which is not on your list.  I am marking it

6    right now.

7                   And this isn't in evidence.  And, Mr. Hassard, if you

8    could scroll to the top of that document.  And then slowly

9    scroll through to page 25.  Or jump to page 25.

10   BY MR. EKELAND:

11   Q.   And then, Mr. Sterlingov, do you recognize this document?

12   A.   Yes.  This is the document I have just mentioned.

13   Q.   And this is the chats you had with BTCX regarding your

14   freelance work for them?

15   A.   Yes, it is.

16   Q.   And is this a fair and accurate representation of the chat

17   as you have read it and understand it to be?

18   A.   Yes.  I think this is an exact representation of the chat.

19                   MR. EKELAND:  Your Honor, at this point in time, the

20   defense would like to offer what has been marked for

21   identification as Defendant's Exhibit 142 into evidence.

22                   THE COURT:  Any objection?

23                   MR. BROWN:  Objection; hearsay.

24                   MR. EKELAND:  Effect on listener, Your Honor.  And --

25                   THE COURT:  I don't think it is -- well, I think we

1    have got to pick up.

2              (Conference held at the bench.)

3              THE COURT:  Tell me what it says.

4              MR. EKELAND:  These are chats with people telling him

5    to do particular tasks and asking him to do things involving

6    DNS, giving him passwords and access to other accounts.  And it

7    is just a chat log so that -- produced by the government just

8    reflecting the work that he was doing in his freelance capacity

9    for BTCX in 2012.

10             MR. BROWN:  Your Honor, the defendant can testify

11   about these events based on his recollection.  The exhibit

12   itself is inadmissible hearsay.  It is, you know, statements by

13   multiple third parties, by the defendant.  There is just no

14   applicable hearsay exception.

15             THE COURT:  Well, the -- I guess I need to know the

16   substance of what they are.  But if it is someone like giving

17   him an access code or something like that, I don't know if that

18   is.  I don't know if it is the effect on the listener or not.

19   But I guess what I am wondering is at least with respect to his

20   comments on this as whether they would come in as prior

21   consistent statements, because they were statements made before

22   there was any interest in manufacturing a story or creating any

23   distruth.  So why wouldn't at least his statements come in as

24   prior consistent statements?

25             MR. BROWN:  Your Honor, there is no dispute about the

 1   defendant's recollection here.  The government is not alleging

 2   the defendant is mistaken or being dishonest about his

 3   statements with respect to BTCX.  He is perfectly able to

 4   testify by memory.  I will have to look it up, but I think

 5   prior consistent statements are only admissible if the truth or

 6   falsity of the statements is at issue.

 7              THE COURT:  Correct.  That is a correct statement.

 8   But it is not an issue then?

 9              MR. BROWN:  Your Honor, not with respect to the

10   defendant's work for BTCX.  The government is not disputing

11   that the defendant worked on this project.  And as the

12   defendant is well able to do, he can testify to the details

13   from his memory.

14              THE COURT:  So, Mr. Ekeland, what is the hearsay

15   exception that would apply here then?

16              MR. EKELAND:  Well, I mean, first, I would think a

17   prior consistent statement in relation just to the fact that

18   the government has essentially alleged I think or implied that

19   there is, you know, no way that Mr. Sterlingov could have

20   handled all of the money he earned to buy the Bitcoin.  It also

21   I think explains really why he had access to all of these

22   accounts.  I think aside from that, the effect on listener --

23   what he is going to do, because we are not -- when these say

24   like BTCX says, here is the password to our bank account.  We

25   are not offering that for the truth that was the password to

1    the bank account.  We are offering this to show that this is --

2    Mr. Sterlingov took that and worked with that.  And so --

3            THE COURT:  But aren't you offering that for the

4    truth of the matter?  Maybe I am confused about that.  Why is

5    it relevant if it is not for the truth of the matter.  I

6    thought your point was that he was given access to account

7    information that wasn't his.  And maybe some of the

8    transactions that have been traced to him are actually somebody

9    else, simply because he was given access to other people's

10   accounts.  Isn't that the point you are making?

11           MR. EKELAND:  Which, again, I would argue is effect

12   on the listener.  Because it is not that the truth is not --

13   what is not at issue was that BTCX's account.  It is, well, he

14   started working with information that was given to him that

15   wasn't his.

16           THE COURT:  I guess I am not yet convinced that this

17   comes under a hearsay exception.  So why don't you start with

18   your examination and start your examination without this.  And

19   if you think you have laid some foundation, if you think it

20   comes in as a prior consistent statement or if you need it to

21   refresh his recollection, then you can make use of it as

22   appropriate.  But it does sound to me like you are offering it

23   for the truth of the matter asserted that he was given people's

24   actual passwords and information.  And so I guess I would need

25   to be pointed to some exception to the hearsay rule for that to

DIRECT EXAMINATION OF MR. STERLINGOV

1    come in.

2              MR. EKELAND:  Then I am -- if I can lay the

3    foundation, I will try to move it in late.  But for now, I will

4    use it to refresh.

5              THE COURT:  Okay.  That is fine.

6              But, Mr. Ekeland, two things.  You can't refresh his

7    recollection until he doesn't have a recollection.  So you have

8    to start by determining whether he actually recalls or not.

9    Only if he doesn't recall can you then go back and use it to

10   refresh his recollection.  And then you should make sure she

11   doesn't read it into the record, that he looks at it, puts it

12   aside and ask whether it has refreshed his recollection.

13             MR. EKELAND:  Yes.  I will stop him to the extent --

14   I don't want him to read it into the record.  Understood, Your

15   Honor.

16             THE COURT:  Okay.  Thank you.

17             (End of bench conference.)

18             THE COURT:  So the objection is sustained.

19   BY MR. EKELAND:

20   Q.   Mr. Sterlingov, just in general, what work again -- just

21   to -- what kind of work did you do for BTCX?

22   A.   I did change their DNS settings in their DNS panel, that

23   is their account that handles their domain names.  It is what

24   is typical for many projects.  With BTCX, I had to access their

25   servers or VPS or servers.  I am not sure which one, but -- I

1    don't remember if they had servers or VPS, but one of them, to

2    change -- so I accessed the files on their servers.  I accessed

3    their documentation as I was required to.  They had a page like

4    something like a Google Drive, it is an online document where

5    they keep all of their accounts and documentation for the

6    project that I needed to do the tasks they wanted me to do.

7    Q.    Mr. Sterlingov, without reading from the document, I am

8    just going to -- could you just read that paragraph right there

9    and let us know if that refreshes your recollection as to

10   whether BTCX had servers?

11   A.    Yes, that reminds me.

12              MR. BROWN:  Your Honor, objection.

13              THE COURT:  Yes.

14              MR. BROWN:  For refreshing of recollection, we would

15   ask that the witness not have the exhibit in front of him when

16   he testifies to his present recollection.

17              THE COURT:  Right.  So I think what you are supposed

18   to do is -- I guess Mr. Hassard has to take it down.  Thank

19   you.

20              So members of the jury, just so you know what is

21   going on here is that if there is an exhibit that may not be

22   admissible for some reason, sometimes it can be used to refresh

23   a witness's recollection.  But they have to look at it.  And if

24   it refreshes their recollection, fine, and they can testify

25   from their recollection.  If it doesn't, then we move on.  And

1    that is why you take the document away.

2              MR. EKELAND:  Thank you, Your Honor.  May I proceed?

3              THE COURT:  You may.

4    BY MR. EKELAND:

5    Q.   Mr. Sterlingov, do you recall now whether or not BTCX had

6    their own servers?

7    A.   I do recall that BTCX had their own servers.  I also

8    recall that at at least one point, I was contacting a bank on

9    behalf of BTCX.  So I was talking to a bank and asking them

10   some questions for this project, even though it is not my

11   project.  It is a project that I worked as a freelancer for,

12   but I contacted a bank and then I went back to the project

13   owner and talked to him about how the -- I think some

14   information I got from the bank was helpful for the future of

15   their project or something that they wanted to do.

16   Q.   And as part of your work for BTCX, were you given log-in

17   access to their accounts?

18   A.   Yes.  And, again, this was typical I think of all of my

19   freelance projects, certainly the ones that were some sort of a

20   website.  I have to access their accounts to do anything useful

21   for them as a freelancer.

22   Q.   And --

23   A.   Including BTCX specifically, as I remember.

24   Q.   Did that include access to their payment accounts as well?

25   A.   I am not sure for BTCX.  I don't recall and I don't have

1    the document in front of me.  I know that was the case for many

2    projects.  I'm not sure about BTCX specifically.

3              MR. EKELAND:  If we could now, Mr. Hassard, put up

4    what I believe is in evidence as Government Exhibit 857.  That

5    is in evidence?  Thank you.

6              THE COURTROOM DEPUTY:  Yes.

7    BY MR. EKELAND:

8    Q.   Mr. Sterlingov, could you just take a look at this email.

9    And is this the email that you were testifying about yesterday

10   about where you were out of Bitcoin essentially?

11   A.   I think so.  I think this is the one.

12   Q.   Were you out of Bitcoin or had you sold all of your

13   Bitcoin at that time?

14   A.   No.  I was not completely out of Bitcoin.  But I might

15   have been out of Bitcoin that I wanted to trade at the time or

16   trade to this particular individual.  Or as I said yesterday, I

17   think I might have not wanted to trade with them at all, just

18   minimize my risks for robbing and all of that.  This email

19   just -- the reason I think this email is significant is that --

20   and the reason I said something yesterday, I said, like I don't

21   understand how if anybody thought about this for 5 minutes, is

22   because I don't understand how does the alleged administrator

23   of something like Bitcoin, like a huge mixer, a huge website.

24             MR. BROWN:  Objection.  This goes beyond the witness'

25   recollection of what he meant in this email.

1              THE COURT:  Sustained.

2     BY MR. EKELAND:

3     Q.    We can take this down, Mr. Hassard.  And if we could put

4     up what is in evidence of Government Exhibit 818B, as in boy.

5              Mr. Sterlingov, do you recognize this?

6     A.    I do.

7     Q.    What is your understanding of what this is?

8     A.    Rather, I should clarify, I recognize this is a document

9     that I have seen in this case.  I didn't recognize it when they

10    showed it to me or when I saw it in the case the first time.

11    Apparently this is a document that I had on my Google Drive.

12    It seems like it is a very old document.

13    Q.    Did you write this document?

14    A.    I am not sure, maybe I wrote it.  Maybe I copy and pasted

15    it from somebody.  The reason I wonder if somebody sent me

16    those instructions, because in Russian, which was the original

17    language for this document, the document says like you, like

18    you do this, you do this, so maybe this was an instruction for

19    a freelance job or something.  I'm not sure.

20    Q.    And is this a -- well, you -- what is it describing?  What

21    is this document?

22              MR. BROWN:  Objection to lack of personal knowledge.

23    The witness just testified that he didn't recognize this

24    document and he didn't create this text.

25    BY MR. EKELAND:

1   Q.   What is your understanding of what this document is

2   saying?

3   A.   It seems to be describing a way to transfer money from one

4   type of account to a different account.  It seems to be

5   going -- there is three steps listed.  This looks me to as a --

6   so I remember that back in the day having several steps for

7   moving from one payment system to another was typical, because

8   a lot of these systems they didn't talk to each other.  I think

9   I mentioned yesterday that a lot of them were used for former

10  soviet countries like Russia and Ukraine and some eastern

11  European countries where there wasn't a good banking system.

12  So trying to find an exchange or trying to find a payment

13  system that was working with the account that you had, because

14  you had to send it to somebody who didn't have an account in

15  the same system, that type of thing was common.  That is as

16  much as I remember.

17  Q.   Thank you.  We could take this down, Mr. Hassard.

18       And then, Mr. Sterlingov, do you recall the testimony

19  about the Bitcoin Talk chat forum?

20  A.   My testimony?

21  Q.   No.  You listened to the previous testimony in this case?

22  A.   Yes.

23  Q.   Do you recall testimony about the Bitcoin Talk chat forum?

24  A.   Yes.

25  Q.   And could you just remind the jury what the Bitcoin Talk

1   chat forum was?

2   A.   Bitcoin Talk was the biggest if not the only forum for

3   Bitcoin enthusiasts and people with related interest back in

4   the day.  I don't know if it still is, but it certainly was.

5   Q.   And did you have an account on Bitcoin Talk?

6   A.   Yes, I had an account.

7   Q.   Did the account have a moniker or username?

8   A.   Yes.  My account was called Killdozer.

9   Q.   And what did you use that account for on Bitcoin Talk?

10  A.   Just talking to other members of the forum.

11  Q.   And did you -- were you able to private message with your

12  account?

13  A.   I was.

14  Q.   And did you hear the testimony from the government's

15  witness, Duncan Townsend?

16  A.   Yes.

17  Q.   And do you recall how he said that you had sent him

18  private messages about his code for Blind Bitcoin?

19  A.   Well, I didn't receive any source code from Blind Bitcoin.

20       Could you repeat the question?

21  Q.   Do you recall Mr. Townsend's testimony about you sending

22  him private messages asking about the code to Blind Bitcoin?

23  A.   Yes.

24  Q.   Do you remember sending those messages?

25  A.   I am not sure.  I don't remember specifically.  This was

1    supposed to have happened 13 years ago.  I did not remember the

2    message.  I am not sure if I sent it, but maybe I did.  I know

3    I was talking about a lot of different ideas, including ideas

4    about Bitcoin with different people.  Like I said, I never

5    received any source code from him.  I never received any source

6    code for any mixer or really any Bitcoin project at all.  I

7    think I heard in his testimony that the time around which this

8    happened, this was right after he shut down his app.  And then

9    he asked all sorts of people to message him, so maybe that was

10   related to that, because it was around the same time frame.

11   Q.   Did you ever share your Killdozer account with anyone?

12   A.   I did.  So I guess this is another possibility.  I could

13   have shared an account for something like this.  Because so all

14   of these forums, they are usually based on reputation.  And the

15   more reputation you have, the more kind of access you have to

16   the forum and to different people there.

17        I mean, for example, if I was hanging out with a couple of

18   people somewhere and they were working on their projects and

19   somebody asked me to -- that they needed to access a certain

20   forum where they didn't have an account, I could have shared my

21   account easily with them.  I know I have used other people's

22   forum accounts.  I know -- I know other people had access to

23   some of my forum accounts as well.  Especially for something --

24   if I would see it at the time around 2011, I have got to say,

25   to me, it would seem kind of innocent.  Like if somebody asked

1    me to like use my account to go and sell some drugs, I would

2    never allow anybody to do that.  But this seems like an

3    ordinary, innocent request.  Because Bitcoin wasn't money at

4    the time.  Nobody thought about Bitcoin as money.  This is

5    2011.  We didn't know if there was going to be any laws saying

6    that Bitcoin was money.  This was just a -- this would have

7    been just a question about a project.  So I don't think I would

8    have had any qualms about not sharing my account.

9    Q.   And if we could, Mr. Hassard, put up what I believe is in

10   evidence as Government Exhibit 711A.  And do you recall

11   testifying about this document yesterday?

12   A.   Yes.

13   Q.   And, just briefly, could you remind the jury what this

14   document is?

15   A.   This document is, generally speaking, just a collection of

16   various things, ideas or quotes, links or to-do lists that I

17   didn't want to do at the time, so I put them all in like one

18   file in a large heap.

19   Q.   Mr. Hassard, if we could go to page 26.  And could we just

20   scroll down a little bit.  And could you just stop right there.

21        Do you see this paragraph here, Mr. Sterlingov?

22   A.   Yes.

23   Q.   Could you just take a look at that and just explain to the

24   jury your understanding of what you are talking about there?

25   A.   Yes.  So at some point, I was -- I was using Tor browser

1    for many years.  At some point, I had this idea to try to -- if

2    I remember correctly, this was to try to get all of the

3    addresses of all of the hidden services on the internet.  I

4    read about Tor and I got an idea this might be possible.

5         I heard some testimony about this in the Government's

6    case.  And I just got to correct one thing, because I think

7    they said that this is trying to find like IP addresses of the

8    servers, like trying to find where the servers are.  This is

9    not even what this was attempting to do.  This was attempting

10   to find all of the addresses, the -- like the URLs, like find

11   what URLs you can ever type on Tor and get somewhere.

12        I don't see how that would be useful to any operator,

13   because they already know the address.  And they are trying to

14   make their address public; right?  They want people to know

15   their address.  And just one thing to realize about this as

16   well, this thing never worked, so I am not -- I just wouldn't

17   agree with the assessment that I have a lot of specific

18   knowledge about Tor and how that source code works, because

19   this thing never worked.  If I made something that actually

20   worked and gave some result, then I understand it.  But this is

21   a failed attempt at that.

22   Q.   And if we could scroll down to the -- actually the last

23   paragraph of this document.  If we could -- and, yes, thank

24   you.  Mr. Hassard, if you could leave it right there.

25        And could you just -- I think this may have been, do you

1   recall this being read into the record through witness'

2   testimony?

3   A.    I do.

4   Q.    Could you just explain your understanding of what you are

5   talking about here?

6   A.    Yes.  Well, number one, this is not me talking.  This -- I

7   am relatively certain this is a quote that I found somewhere,

8   and I thought was interesting and I put in my file a few years

9   into my -- me trading with Bitcoin, I suddenly -- the remaining

10  Bitcoin that I had became very valuable.  And suddenly I had

11  quite a large sum of money for me.  And I started thinking that

12  Bitcoin can go down at any point, I should try to figure out

13  how to keep this money, how to maybe make it grow to learn what

14  to do with this.  I never before had any opportunity or any

15  need for that.  And so I started looking into trading it.  I

16  started looking into investing.  I also started looking into

17  taxation.  I started looking into a lot of money about

18  taxation.

19        Sweden is a country that has very high tax.  An average

20  person pays more than half of their money in taxes in Sweden.

21  I tried to find some ways to not pay as much tax in a legal

22  way, if that was possible, which is what seems to me this quote

23  is talking about.  Also, a lot of these quotes, just when I

24  remember researching -- when you -- when I was researching tax

25  information on the internet, I feel it is sometimes hard to

1    know what advice is for a legal way to minimize your tax and

2    what advice is for like trying to hide your taxes or avoid

3    taxes.  This way seems to be a legal way.  But I am not an

4    attorney.  I am not sure.  It does mention in the examples for

5    the businesses that it talks about, it seems to be mentioning

6    only legal businesses.  And it talks about how in the end, how

7    you need to get an address, how you need to do bookkeeping,

8    what countries you need to go to, which is I think why I was

9    interested in this quote at some point.  I don't have any

10   interest -- I don't think I ever took any advice from this

11   particular quote.  I don't have any companies in Latvia or

12   Cyprus or whatever other countries this mentions.

13   Q.    But you did set up the To the Moon in Malta?

14   A.    In Malta, yes.

15   Q.    You can take this down, Mr. Hassard.

16         And if you could put up what I believe is in evidence as

17   Government Exhibit 709A, as in apple, and if we could --

18              MS. PELKER:  If we could do B, 709B.  That is the

19   redacted version.

20              Do you have that, Mr. Hassard?

21              If we could go to page 12.  Where there is a line

22   that I think says escape the regulators.

23              Right there.  Thank you, Mr. Hassard.

24   BY MR. EKELAND:

25   Q.    Do you see that paragraph there?  Do you recall that being

1    read into testimony?

2    A.    I do.

3    Q.    Can you just explain to the jury your understanding of

4    what you are talking about there?

5    A.    Yes.  I talk about in general about regulation of Bitcoin,

6    which is -- it is a topic that I sometimes found interesting.

7    I know on almost every meetup that I ever went into, every

8    Bitcoin meetup people were discussing regulation.  I have

9    changed my mind over the years.  I mean, it has been 14 years

10   that Bitcoin has been around.  Sometimes I thought it shouldn't

11   be regulated at all.  Sometimes I thought it should be

12   regulated a little bit, sometimes I thought it should be

13   regulated just as like regular credit cards or banks.  Again, I

14   think this is something like a 50-page document.  And it --

15   Bitcoin regulation was one of the things that I sometimes

16   thought about.  And you can find examples of that in my

17   documents.

18   Q.    Do you see the paragraph above where it says, "It is a

19   JavaScript engine"?

20   A.    Yes.

21   Q.    Do you know what JavaScript is?

22   A.    JavaScript is a programming language.

23   Q.    And are you proficient in JavaScript?

24   A.    I know some JavaScript.

25   Q.    And I'm sorry.  Is that the same programming language as

1    Java?

2    A.    No.  Java and JavaScript are two completely different

3    programming languages.  They have almost nothing to do with

4    each other.  And somebody who can write JavaScript or speak

5    JavaScript, or however you call it, they cannot write in Java

6    and vice versa.

7    Q.    Are you proficient in Java?

8    A.    No.  I have -- I don't think I have ever done a project in

9    Java.

10   Q.    Do you recall the testimony that was read into the record

11   from Akemashite Omedetou's posts on the Bitcoin forum in

12   Government Exhibit number 1 where she talked about her

13   programming languages?

14   A.    I believe I do.

15   Q.    And do you recall that she mentioned that Java was one of

16   her programming languages?

17            MR. BROWN:  Objection, Your Honor.  Mr. Ekeland just

18   gendered Akemashite Omedetou without a basis in the record.

19            THE COURT:  Yeah.  I think --

20   BY MR. EKELAND:

21   Q.    Do you recall Akemashite Omedetou saying that they were

22   proficient in Java?

23   A.    Yeah, I do.  I remember there was a quote where she or

24   they or whoever it is, they talk about their programming

25   languages.  And, I mean, I believe it was brought in as like to

1    try to liken me to that person.  And I just don't understand

2    how that post about programming languages does that.  Because

3    there are different programming languages listed there.  There

4    are two languages that I think are the same PHP and C++, if I

5    am not mistaken.  But there are like two or three languages

6    that I have just never done any projects in.  And they are

7    not -- programming languages are similar to real languages.  It

8    is like if somebody speaks Spanish and you ask them to do

9    something in German, like read a book in German, it just

10   doesn't work.  If there is -- like if there is one language

11   that -- there are quite a lot of those languages.  And some

12   people know similar languages, but if I don't know Java, I can

13   not do any project in Java.  I also haven't done any project in

14   Python or Pearl, as I believe is also mentioned in the --

15             MR. EKELAND:  Thank you.

16             Mr. Hassard, if you can take that down.  If we would

17   just go to -- I think that was -- although that was 709B.

18             If we could put up what I believe is in evidence as

19   Government Exhibit 119C, as in Charlie.  If we could go to page

20   12.  And was I correct that this was in evidence?

21             THE COURTROOM DEPUTY:  Yes.

22             MR. EKELAND:  Thank you.

23   BY MR. EKELAND:

24   Q.  And then right there, could we just scroll up a little

25   bit, Mr. Hassard.  I'm sorry, the other way.  My apologies.

1    Right there, that is perfect.  And do you recall this being

2    read into testimony?

3    A.    I think I do.  Certainly it is -- these or other similar

4    lines.

5    Q.    Do you see how it is talking about a UDP speeder?

6    A.    Yes.

7    Q.    What is your understanding of what a UDP speeder is?

8    A.    UDP speeder was just a piece of software that I tried to

9    use in order to fix my internet problems.  I had -- as I was

10   traveling in Europe and Germany, in Spain, in a lot of those

11   places the internet is really bad.  It is bad for the phone.

12   Like the phone internet there, you can be driving for an hour

13   on a highway and not have any internet.  You can be driving in

14   the middle of Berlin and your internet going off for 15

15   minutes, I was really frustrated with those problems.  And even

16   the wired internet that you had in like Airbnbs, some of that

17   was not working either.  So this was one of the solutions that

18   I was trying to find for my internet problems.

19   Q.    Do you see when you are saying what is the easiest way to

20   reinstall UPS in bunkerX?

21   A.    Yes.

22   Q.    What is your understanding of what you are talking about

23   there?

24   A.    So, first, bunkerX actually as it is written here, this is

25   a translation of my handwritten notes in Russian.  And there

1    are like a few mistranslations here and there.  There are not

2    many of them that are like critical or anything like that.

3    There are a few important ones.  The bunkerX was never spelled

4    like that, with a big X like it is something -- like the

5    separate words.  BunkerX is just my home computer in Sweden

6    whenever I wanted to connect to it.  And it is like, the X is

7    just the 10, the Roman numeral, because I think this is like

8    the 10th time I have installed my computer forever, like the

9    operating system reinstalled.

10        Reinstall UPS in bunkerX, I think that refers to me trying

11   to control -- to connect to my home computer in order to make

12   my internet go through that, because I wanted to try that and

13   see if the internet was going to be more stable.

14   Q.   Do you see how it says launch server on bunkerX?  What is

15   your understanding of what that means?

16   A.   That would be the UPS.  That is the list of subtasks, I

17   guess, for trying to reinstall the UPS in bunkerX, I think.

18   Q.   And, Mr. Hassard, if we could take that down.  And now if

19   we could put up what is in evidence as Government Exhibit 720.

20   And, Mr. Sterlingov, do you recall this exhibit?

21   A.   I recognize this exhibit.  I don't recognize this file.  I

22   believe this file is like an automatic file that I was probably

23   going into some software and changing some settings.  And this

24   is the file that the software saves.  So like I didn't type

25   everything in this file.  But this is a -- this is a Tiger VNC

1    configuration file.  Tiger VNC is like a remote desktop.  It is

2    like Go To My PC or Team Viewer.

3    Q.    And did you see where it says ignorelist.com?

4    A.    Yes.

5    Q.    What is your understanding of what ignorelist.com is?

6    A.    Ignorelist.com is a dynamic DNS provider, just like was --

7    I heard the explanations the other day.  I agree with --

8    Q.    Could you just refresh the jurors' recollection as to what

9    the ignorelist.com does or what you were using it for?

10   A.    I was using it to connect to my computer in Sweden.  It

11   solves the problem where home computers have dynamic IPs.  So

12   that means like IP addresses that change all of the time.  And

13   if I wanted to connect my home computer if the IP address

14   changed, I couldn't do that anymore.  I needed to figure out

15   the new address.  And the ignore service, like ignorelist

16   solves that problem, because instead of typing the IP address,

17   I could type this address.  And it would automatically find my

18   IP address, which is also actually the same reason why I was

19   using Tor.

20        It is another way to do the same thing, because you can

21   get a free DNS name from Tor, which is going to point to your

22   dynamic IP address.

23   Q.    You can take this down, Mr. Hassard.  If you can put up

24   what is in evidence as Government Exhibit 722.

25        And then do you recognize this exhibit, Mr. Sterlingov?

DIRECT EXAMINATION OF MR. STERLINGOV

1    A.    I recognize it from seeing it in this case.

2    Q.    What is your understanding of what -- what this exhibit

3    shows?

4    A.    This looks like another similar configuration file for

5    software that -- so I didn't type this file, but it is probably

6    saved by Putty.  It looks like the software that has generated

7    is this Putty.  That is the name of the software.

8    Q.    Did you use Putty?

9    A.    Yeah.

10   Q.    What did you use Putty for?

11   A.    Putty is an SSH client.  SSH is how you connect to any

12   computer on Linux.  It is something you have to use on Linux.

13   And Putty is I guess a more graphical -- a little bit more

14   graphical way to do that.

15   Q.    And, Mr. Hassard, you can take this down.  If you can put

16   up Government Exhibit 723.

17         Do you recognize this exhibit?

18   A.    Yes.

19   Q.    And what is your understanding of what you are seeing in

20   this exhibit?

21   A.    This is a script file.  It is like a short file which has

22   some commands in it.  These are probably either -- well, I

23   probably typed some of it.  The way you do usually is you type

24   a little bit and then you like copy, paste a lot of these

25   commands on Linux.  On Linux you have to type a lot of things

1   in the terminal all of the time.  I mean to like change your

2   sound settings, like you need to type things, to log in you

3   need to type things.  It is just the way Linux works.  And this

4   seems to be connecting -- mounting a hard drive.

5   Q.   And then the bunkerX home on the bottom, was that your

6   home computer?

7   A.   Yes, it was.

8   Q.   And then what is -- is bunkerX media, what is that?

9   A.   Yeah.  Media is just -- it is kind of just how the files

10  are located on a Linux system.  You have a media folder and you

11  have a home folder.  These are just two names that I think you

12  have on every Linux system.

13  Q.   Do you know if the government ever seized your home

14  computer in Sweden?

15  A.   I don't know.  I don't -- from what I heard, they hadn't.

16  Q.   If we could take this down and move on to the -- what are

17  we on?  Government Exhibit 724, which is in evidence.

18       And then just briefly, what is your understanding of what

19  this file is?

20  A.   This is just the opposite to the last file.  This

21  disconnects a hard drive or a folder or the remote folder

22  that -- it looks to be connected to the file that we have just

23  seen.  This does the opposite.

24  Q.   We can take this down, Mr. Hassard.  And if we could go to

25  Government Exhibit 725.

1        And then what is your understanding of this file?

2   A.   This file, I am not 100 percent sure.  It definitely looks

3   like it is something with the SSH.  And it connects to the

4   ignorelist.com URL, so this was my -- me connecting to my home

5   computer.  And is this called bunker tunnel?  I think this is

6   called bunker tunnel.  And the tunnel is just a name used on

7   Linux to connect to a computer.  A remote connection is a

8   tunnel.

9   Q.   And then bunker was just the name you gave to your home

10  computer?

11  A.   Yes.  I play -- I just thought it was a funny name.  I

12  play a lot of video games.  They are like war games.  There are

13  bunkers in them.  I thought it was a funny name.

14  Q.   If we could take this down and go to what is in evidence

15  as Government Exhibit 726.  And do you recognize this file?

16  A.   Yeah.  This looks to be another version of the file we saw

17  earlier.  It is just another Tiger VNC file.  I think it is

18  pretty much just the same thing.  The URL is different.  I

19  think this is the Hop to.  It is just another one of those

20  dynamic DNS.

21  Q.   Mr. Hassard, if you could take this down.  If you could

22  put up what is in evidence as Government Exhibit 729.  What is

23  your understanding of what we are looking at here in Government

24  Exhibit 729?

25  A.   So this file is a Linux command history.  It shows some of

1    the commands that I probably typed.  Some of them I think I

2    probably copied, pasted some of them.  And then you can go --

3    there are a lot of different commands there.  These are

4    probably over like a period of time.  What stands out to me

5    here is here you can see these three commands here is me trying

6    to copy some of the files from my home computer.  You see it

7    says, "A Course in Miracles."  That is either a book or audio

8    book.  And so I am copying these books from my bunkerX home

9    computer.  I think you can scroll further down.  There was

10   nothing else in this file.

11   Q.   If we could take this down, Mr. Hassard.  And if we could

12   put up what I believe is in Government Exhibit 732.  Do you

13   recognize -- what is your understanding of what this exhibit

14   shows?

15   A.   This is a similar file.  It is also a command history

16   file.

17   Q.   We can take this down.  And, Mr. Hassard, if we could put

18   up what is in evidence I believe as Government Exhibit 733.

19   What is your understanding of what this file shows?

20   A.   This file looks to me like an automatic file that you can

21   find on a Linux -- on any Linux system.  That is automatically

22   generated.  Linux is kind of built on these type of files.

23   There are hundreds of these.  Like a Raspberry Pi, for

24   instance, is a Linux system.  You get your Raspberry Pi and

25   will have hundreds of these.  They are just part of the system.

1    Q.    We can take these down.

2          Just turning your attention briefly again to your

3    knowledge of Tor.  Did you ever use Tor command lines?

4    A.    Yes.  I use command lines to connect to my bunkerX home

5    computer.  You can see I think we didn't scroll down in one of

6    these documents, but I know they show me downloading movies and

7    books and my music which was really most of why I was even

8    connecting to my home computer at all.  Sometimes I used Tor,

9    because I tried -- so I tried to find a dynamic DNS service

10   that could help me find the IP address.  And some of them are

11   paid.  I didn't want to pay for it.  Some of them are free, but

12   they don't work as well.  And I read this article on Tor

13   Project that I can use Tor to do the same thing actually for

14   free.  They give you a free URL.  And it actually works, even

15   it is actually better than even dynamic DNS, because it --

16   depending on what your firewall and router, sometimes your

17   dynamic DNS will not even work.

18         This might have been the article that I read.  That is up

19   right now.  It --

20              MR. BROWN:  Objection, Your Honor.  He is commenting

21   on it.

22              THE COURT:  Sustained.

23   BY MR. EKELAND:

24   Q.    Do you -- Mr. Sterlingov, do you -- you just testified

25   that you read an article about using the Tor service to access

 1  your home.

 2  A.   I did.

 3  Q.   And could you take a look at what is in front of you right

 4  now, which is not in evidence as Defendant's Exhibit 136.  Do

 5  you recognize that?

 6  A.   Yes.

 7  Q.   Is that the article you were referencing in your

 8  testimony?

 9  A.   Yes.

10  Q.   Is that an accurate and fair depiction of the article that

11  you were just testifying about?

12  A.   I believe so.  I believe this is an exact depiction.

13          MR. EKELAND:  Your Honor, at this point in time the

14  defense would like to offer what has been marked for

15  identification as Defendant's Exhibit 136 into evidence.

16          THE COURT:  Mr. Brown.

17          MR. BROWN:  Objection; hearsay.  And the defendant

18  hasn't explained -- he just said that this is the article he

19  referenced in his testimony, which is also unclear.  But this

20  isn't inadmissible hearsay, Your Honor.

21          THE COURT:  All right.  Let's pick up for a second.

22          (Conference held at the bench.)

23          MR. EKELAND:  This is merely being offered for the

24  effect on the listener that he read this article and then he

25  started working on, you know, using Tor command lines to access

1    his home system.

2              MR. BROWN:  Your Honor, this article -- could we

3    scroll up to the top, please?  This article was written in May

4    2020.  There is absolutely no foundation for the idea that the

5    defendant read this article in May 2020 to explain, you know,

6    testimony that happened earlier than this.  This appears to be

7    just an article that the defense found and maybe showed to the

8    witness in testimony prep.  But there is no foundation

9    whatsoever for the idea that this is admissible as effect on

10   listener.

11             THE COURT:  Mr. Ekeland.

12             MR. EKELAND:  This -- it is my understanding that

13   this was an article that Mr. Sterlingov read and that he

14   started using -- you know, experimenting with Tor commands

15   based on this article.

16             THE COURT:  Did he use Tor commands before May 2020?

17             MR. EKELAND:  Yes, he did.  But I don't know if he

18   used them in the context of his home.  And his home -- I mean,

19   that is what this is talking about here if you look down.

20             THE COURT:  I'm sorry.  When you don't know that he

21   did, why don't you lay that foundation first, if he used it,

22   when he used it in his home first?

23             MR. EKELAND:  Okay.

24             THE COURT:  If this is like -- if you are offering it

25   for the fact that this shows how he obtained knowledge and when

1   he obtained knowledge, it may be admissible on that ground.

2   But you need a foundation that he wasn't using Tor in his home

3   before that.  And that this is what then informed him so he

4   could use it in his home.  The question is just some aspects of

5   the article that are excludable hearsay, otherwise -- and I

6   obviously haven't read the whole article, so I don't know if

7   there is anything in there that is more problematic just than

8   the fact he used Tor for his home.

9           MR. EKELAND:  Your Honor, as I am sitting here, I

10  don't know if it is worth it.  Let me see if I can lay a

11  foundation.  I don't want to drag on the proceedings.

12          Just real quickly, what time would you like us to

13  take our break?  I don't want to put the --

14          THE COURT:  I will leave it up to you.  It is your

15  witness so if you -- you can tell me.  You know, it is 11:00

16  now.  We will probably stop for lunch at 12:30 or 12:45 so you

17  can figure out how you want to balance in the midst of that.

18          MR. EKELAND:  I think I'd like to finish this

19  sequence and then take the break.

20          THE COURT:  Yeah.  Let me know.

21          MR. EKELAND:  Okay.  Thanks.

22          (End of bench conference.)

23          THE COURT:  So the objection is sustained subject to

24  the laying of the foundation.

25  BY MR. EKELAND:

1   Q.   Mr. Sterlingov, when -- did you use Tor command lines to

2   access your home network?

3   A.   Sometimes, yes.

4   Q.   Do you recall when you first started doing that?

5   A.   Not exactly, probably a few years ago.

6   Q.   And but at some point, you did start using Tor commands to

7   access your home network?

8            MR. BROWN:  Objection; leading.

9            THE COURT:  I think it is just asked and answered.

10           MR. EKELAND:  Understood, Your Honor.

11   BY MR. EKELAND:

12   Q.   What types of things did you do with Tor command lines

13   when you accessed your home network?

14   A.   I just used it to get my IP address so that I could

15   connect to my home computer, which was really the -- wasn't

16   really a network.  It was just my home computer.

17   Q.   Did you have security cameras at your apartment?

18   A.   Yes.  I had a security camera at some point.

19   Q.   Did you ever use Tor command lines to access the security

20   cameras?

21   A.   The camera was connected to my computer.  I am not sure

22   specifically if I used it -- it would have been one of the

23   things that I used my computer for, yeah.

24   Q.   And are you familiar with -- is using a Tor command line

25   the same thing as accessing an onion site?

1    A.    No.  I never had any onion site.  I think they were -- I

2    believe I heard government testimony when they were saying that

3    I was accessing onion sites.  And I had some onion sites and

4    the command was for the onion site.  I never had an onion site.

5    There is no -- you can't type anything in the browser and get

6    into like any information, like open any website or page.  It

7    was just a way to connect to my home computer and access my

8    files, access my smart home, like smart switches and things

9    like that.

10   Q.    And are you familiar with the phrase Tor hidden services?

11   A.    Yes.

12   Q.    And are Tor hidden services something you could use to

13   access your home network?

14   A.    Yes.  I believe that is a feature in Tor that you can use

15   that for.

16   Q.    And did you use the Tor hidden services in Tor to access

17   your home network?

18   A.    Yes.  I think every time there is the URL that is .onion,

19   there is technically a Tor hidden service as it is called in

20   Tor.

21   Q.    Why did you use Tor hidden service to access your home

22   network?

23   A.    Because they give you a free DNS name.  You can get that

24   onion that is completely free.  And it connects to your

25   whatever you want to connect.  It goes through firewalls and

1    routers, much better than what I could have done with the

2    dynamic DNS service that we have seen in the command lines,

3    which I was trying to do it with dynamic DNS first and it

4    didn't really work with my router.  So I looked into the Tor

5    way of doing the same thing.

6              MR. BROWN:  Your Honor, just to pause here.  Could we

7    take down the exhibit that is in front of the witness, please.

8              MR. EKELAND:  Yes.

9              THE COURT:  Yes.

10   BY MR. EKELAND:

11   Q.   And does Tor hidden services also protect your privacy

12   when you access your home network?

13   A.   I know it is very secure.  I don't know what it does for

14   privacy for a home -- for my home computer, I know it is a

15   secure connection that is very hard to hack into.

16             MR. EKELAND:  Your Honor, I think we are at a good

17   stopping point at this point.

18             THE COURT:  Okay.  Let's take our morning break now.

19   It is almost 5 minutes past 11:00.  Let's come back at 11:20.

20   And I will remind you yet again, please don't discuss the case,

21   even amongst yourselves and don't conduct any type of research.

22   And I will see you back at 11:20.

23             (Jury out at 11:03 a.m.)

24             THE COURT:  All right.  Anything before the break?

25             MR. EKELAND:  Nothing for the defense, Your Honor.

```
 1              MR. BROWN:  No, Your Honor.

 2              THE COURT:  All right.  I will see you shortly.

 3              (Recess taken at 11:04 a.m.)

 4              THE COURT:  Are we ready for the jury?

 5              MR. EKELAND:  Yes, Your Honor.

 6              THE COURT:  Okay.

 7              (Jury in at 11:28 a.m.)

 8              THE COURT:  All right.  Mr. Ekeland, you may continue

 9     when you are ready.

10              MR. EKELAND:  Okay.  Thank you.

11              May I proceed, Your Honor?

12              THE COURT:  You may.

13              MR. EKELAND:  Thank you.

14     BY MR. EKELAND:

15     Q.   Mr. Hassard, if we could put up what is in evidence as

16     Defendant's Exhibit 119B, which is I believe in evidence.

17              THE COURTROOM DEPUTY:  You said 119?

18              MR. EKELAND:  B as in boy.

19              THE COURTROOM DEPUTY:  I don't have a 119B.  I just

20     have 119.

21              MR. EKELAND:  I'm sorry.  Government Exhibit 119, my

22     apologies.

23              THE COURTROOM DEPUTY:  Oh, Government Exhibit.

24     Government Exhibit 119B?

25              MR. EKELAND:  As in boy.
```

1                    THE COURTROOM DEPUTY:  I do not have it in evidence.

2                    MR. EKELAND:  I'm sorry.  What?

3                    THE COURTROOM DEPUTY:  I don't have Government

4    Exhibit 119B in which --

5                    Mr. Brown, is that correct?  I have 119 and 119A.

6                    MR. BROWN:  Your Honor, this may have been a redacted

7    exhibit.  I am not sure.  We are double checking.  In which

8    case 119B might be the redacted version, but let's double

9    check.

10                   MR. EKELAND:  I think that Mr. Brown is right on

11   that.  Could we take a quick look?

12                   MR. BROWN:  Your Honor, I believe 119C, which is a

13   redacted version of this has been admitted into evidence.

14                   THE COURTROOM DEPUTY:  That is correct, 119C is in

15   evidence.

16                   MR. EKELAND:  Okay.

17   BY MR. EKELAND:

18   Q.   Could we go to page 17 of that?  And I am looking for the

19   word -- there it is, right there.

20        And, Mr. Sterlingov, do you recall this exhibit?

21   A.   I do recall it.

22   Q.   And do you see where you are talking about Adobe?  Do you

23   see where you are talking about Adobe -- there is Adobe there

24   too?

25   A.   Yes.

1    Q.   What is your understanding of what you are talking about

2    there?

3    A.   So this is from my handwritten notes.  And this would be

4    an example of what I mentioned earlier where my technical notes

5    are mixed with my stream of consciousness and me trying to deal

6    with my emotions, so it is really erratic, this whole document.

7    But looking at the kind of the line that runs through this

8    portion, I think this starts with the VNC not working and that

9    was probably how I was trying to connect to my home computer.

10   Q.   And what is these --

11              THE COURT:  I'm sorry.  Just before you move on, just

12   for these lines of questioning, I think it would be helpful if

13   you can clarify when you are asking the questions or ask so

14   Mr. Sterlingov can clarify, whether he is testifying based on

15   his recollection of what he actually meant when he wrote

16   something back then or if he is testifying based on going back

17   and reading it now that he is inferring what he may have meant,

18   just based on reading something where he doesn't actually have

19   a recollection of what he actually meant at the time.

20              MR. EKELAND:  Certainly, Your Honor.

21   BY MR. EKELAND:

22   Q.   Mr. Sterlingov, do you recall what you meant when you

23   wrote this?

24   A.   I am trying to do my best to recall the most things about

25   this that I can.

1   Q.   As you read --

2   A.   Some a few details, I might not remember, but -- so I --

3   what I am saying is I am trying to testify from what I

4   remember.

5   Q.   And as you read this now, what is your understanding of

6   what you are talking about?

7   A.   Yes.  Yes.  So I am talking about VNC not working and that

8   was related to having problems with the internet in general

9   wherever I was at the time.  And the Adobe line is me trying to

10  figure out, why do I need this thing?  Do I need to connect to

11  my home computer?  And Adobe is what I was using to work on my

12  mental health coaching videos and podcasts that I was doing.

13       Adobe as maybe many people know already, but Adobe is a

14  software for -- they make software for editing pictures and

15  videos and audio.

16  Q.   And what -- just could you remind the jury what VNC is

17  again?

18  A.   VNC is a remote desktop software.

19  Q.   And if we could go now to page 22 of these notes?

20  A.   I also mention there that I was watching videos because --

21            MR. BROWN:  Your Honor, this is nonresponsive to the

22  question.

23            THE WITNESS:  I was finish my --

24            THE COURT:  You can continue, Mr. Ekeland.

25  BY MR. EKELAND:

1    Q.    Do you see the reference there in the middle of the

2    page --

3          Did okay finish Zigbee?

4    A.    Yes.

5    Q.    What is your understanding of what you are talking about

6    there?

7    A.    This is me talking about my smart home system that I had

8    at home.  Zigbee is a format for smart home switches and lights

9    and automation, like you can go and buy a Zigbee switch or

10   Zigbee light.  It is a -- it is the technology on which the

11   smart home is built.  And here, this is what I was talking

12   about earlier.  I have looked at the different solutions of how

13   I could connect to my home computer that had a dynamic IP

14   address and I figured out Tor was the best solution, because it

15   could go through the firewall and the router.  And it was just

16   always working better than my dynamic DNS setup.

17         It mentions Tor SOCKS there I think that was one of the

18   commands from my command history.  I was trying to use it to

19   access my Zigbee smart home.

20   Q.    If we could go down to page 23, Mr. Hassard.

21         And I am looking for a reference that says hass.  There we

22   go.  Thank you.  Do you see where it says hass?

23   A.    Yes.

24   Q.    What is your understanding as you read this today of what

25   you are talking about there?

1  A.    Hass is software for smart home.  It is what the actual

2  app is called where all of the Zigbee switches and other types

3  of switches as well are connecting to.  And I was setting up my

4  hass.  Hass was also linked to -- or it was the website where

5  the article about using Tor for smart home that I had read that

6  I was talking about earlier that was on the website.  In the

7  open source I think hass is the biggest app for smart home or

8  it was at the time.

9  Q.    Thank you.  You can take this down, Mr. Hassard.

10      And do you recall testifying yesterday about your Mycelium

11  wallet?

12  A.    I am not sure if it was mentioned yesterday.

13  Q.    Did you have a Mycelium wallet?

14  A.    Yes, I had a Mycelium wallet on my phone.

15  Q.    And was that one of the items that the government seized

16  from you?

17  A.    Yes.

18  Q.    Could you just briefly remind the jury what a Mycelium

19  wallet is?

20  A.    Mycelium wallet is a Bitcoin wallet that works on a phone.

21  I think it -- you also could have other cryptocurrencies in it.

22  And you -- it has some other functions that I wasn't using, but

23  it is essentially a Bitcoin wallet.

24  Q.    And where did the Bitcoin that you had on that Bitcoin

25  wallet come from -- on the Mycelium wallet come from?

1    A.    They came from my savings from the Bitcoin I bought early

2    on.

3    Q.    And was it password protected?

4    A.    Yes.   It was password protected, which I think is

5    important.   Because as I know, they have shown you the

6    screenshot that at the time, when they arrested me, the value

7    of Bitcoin in my Mycelium wallet was something like 500,000 US

8    dollars equivalent, which is a lot of money.   It is a big chunk

9    of all of the money I had.   But it wasn't just sitting on my

10   phone like that.   I had a pin code.   I had a password on my

11   Mycelium wallet.   I had password on my phone.   They broke into

12   all of that.

13        Then, of course, you can see my wallet, but it wasn't like

14   I was just walking around with that wallet unprotected.   That

15   was my main wallet that I was using for most of my

16   transactions.

17             THE COURT:   So the question was whether it was

18   password protected, so wait for the next question.

19   BY MR. EKELAND:

20   Q.    And was your Mycelium wallet your primary wallet?

21   A.    Yes, it was my primary Bitcoin wallet that I was using.

22   It wasn't a phone -- I don't see much difference if you have a

23   wallet on your phone or on your computer nowadays, because

24   nowadays you can have good wallets on your phone.   It could be

25   well protected.   It is certainly more practical to be able to

1    do that from your phone.  And I wanted to protect it even more,

2    which is why I had several phones -- one of the main reasons I

3    had several phones.

4              THE COURT:  I'm sorry.  Just wait for the next

5    question.

6    BY MR. EKELAND:

7    Q.   What additional steps, if any, did you take to secure your

8    Mycelium wallet that was on one of your phones?

9    A.   One step was that I had several phones.  On one of them, I

10   had my wallet.  And whenever I was going to a situation like

11   trading Bitcoin or just any situation where I wasn't completely

12   sure about my safety, I wouldn't bring that phone.  And I

13   wouldn't install -- like if there was any apps that I wasn't

14   sure about that could have viruses or something like that, I

15   would install it on a different phone.

16   Q.   And are you familiar with something called ADVcash?

17   A.   Yes.

18   Q.   And could you tell the jury what ADVcash is?

19   A.   ADVcash was an account that I had.  It was used for a

20   debit card that I had.  And all the money on my ADVcash debit

21   card that came from my Mycelium wallet.

22         I did not know that they don't respond to --

23              THE COURT:  Just the question was, "Can you tell the

24   jury what ADVcash is?"

25   BY MR. EKELAND:

1    Q.    Do you use ADVcash?

2    A.    Yes.

3    Q.    Do you recall the testimony about BitDials?

4    A.    Yes.

5    Q.    Can you remind the jury what BitDials is?

6    A.    BitDials was a website that was selling luxury and other

7    expensive items for Bitcoin, like cars.  And I know they sell

8    watches and stuff like that.

9    Q.    Did you buy anything from BitDials?

10   A.    I bought my Tesla on there.  That is the only thing I

11   bought there, back in 2020 when the price has gone up to the

12   highest it has ever been.

13   Q.    When you say price, do you mean the price of Bitcoin?

14   A.    Yes, the price of Bitcoin.  I had a few hundred thousand

15   dollars in value.  It was a lot of money for me.  I decided,

16   okay, now I can maybe buy a car.  I looked around.  I found --

17   Q.    Did you --

18   A.    I found a good deal.  I thought it was free charging

19   forever on that car.  I looked at the resale value.  The Teslas

20   have really good resale values.  I figured I could have the car

21   for a while so, yeah, I splurged a little bit on the car.  That

22   is the only thing I ever bought from BitDials ever.

23   Q.    Did you pay for the Tesla in Bitcoin?

24   A.    I did.  It was the most expensive item I have ever bought.

25   Q.    Now, just drawing your attention to the year 2018.  You

1    turned 32 in 2018?

2    A.    I was born in 1988, so that would be 30.

3    Q.    Thirty.  And what are you doing in 2018?

4    A.    In 2018, I am still trying to get Moon VPN working.  I am

5    still trying to learn to be a mental health coach.  I am still

6    looking to trading.

7    Q.    Are you still living in Sweden in 2018?

8    A.    Yes.

9    Q.    And then in 2019, what are you doing in 2019?

10   A.    So around 2019, I am looking into moving away from Sweden.

11   Because after researching the tax situation, I figured out that

12   I could save a lot on my tax, which I would have to pay a lot

13   of tax in Sweden if I would have sold my Bitcoin.  All of that

14   Bitcoin I had on my Kraken account and my Mycelium, but if I

15   moved out, I would not have to pay all of that tax.  And I

16   was -- I was advocating moving out as well.  I wanted to travel

17   more.

18   Q.    And what are you doing in 2020?

19   A.    In 2020, I started traveling a lot.  I am already not

20   living in Sweden for 6 months.  So you have to spend less than

21   6 months in a year in Sweden to not be tax liable there, so I

22   was looking to do that in combination with my traveling.

23   Q.    And --

24   A.    I started looking into my pilot's license in 2020.

25   Q.    2020.  What are you doing in 2020?

1   A.   So around 2020, I start looking into getting a pilot's

2   license, because my Bitcoin is growing.  It is continuing to

3   grow.  It is like having a magical wallet.  You saw the

4   Mycelium wallet, it started off as 30 Bitcoin.  And as I was

5   spending it and spending it, like my Kraken account and all of

6   that, I spend it down to 10 Bitcoin, but now that 10 Bitcoin

7   was worth more than twice as the 30 Bitcoin was worth in the

8   beginning.  It is like a wallet that you are spending money

9   from and it just keeps growing in value.

10       So I was happy about that, but I also realize that Bitcoin

11  price cannot or might not do that forever.  It might go down at

12  any point.  It might just stop.  And I wanted to have something

13  more robust, like a source of income that I -- that would work

14  for me for a long time and something I like to do as well.  My

15  long term intention was to focus more on my mental health

16  coaching.  But I knew that was not going to bring me any money

17  for any close period of time.  I think it is very hard to make

18  money on that.

19       So I researched around and I decided to get a pilot's

20  license, because you can make very good money -- it is very

21  flexible.  I believe it would work for me like personally to --

22  I like technology.  I like technical stuff.  I thought it would

23  be a good fit for me.

24  Q.   What, if any, steps did you take to get your pilot's

25  license?

1  A.   I was researching it for a really long time, including

2  the -- some of the free lessons that are out there.  There is a

3  lot of stuff on YouTube.  There is a lot of stuff on the

4  internet.  And then eventually I signed up for my flight

5  school.  That is why I came to the US.

6  Q.   Where was the flight school that you signed up for?

7  A.   It was in California.

8  Q.   When were you planning on attending that flight school?

9  A.   Well, this was in April, 2021.

10  Q.   And did you -- I'm sorry.  Did you say where the flight

11  school was?

12  A.   It was in California.

13  Q.   Do you remember where in California?

14  A.   I think Sacramento, if I am not mistaken.

15  Q.   And did you fly to California in 2021?

16  A.   Yes.

17  Q.   Did you stop anywhere on the way?

18  A.   Yes.  I stopped in Russia for two weeks.  I had to

19  quarantine myself there, because there was this really weird

20  regulation at that time in the US having to do with COVID.

21  There were a lot of disruptions in travel in general, but the

22  US did not allow anybody from the whole European Union to enter

23  into the US, if they were anywhere in the European Union for

24  the last two weeks.  Probably had something to do with vaccines

25  and how much each country was vaccinating their people.  I

1    don't know why, but they did allow people from Russia to enter.

2    Again, it is really weird to me.  That was the regulation at

3    the time, so I had to go to Russia for two weeks and then I

4    flew from Moscow to California.

5    Q.    And what happened -- where did you fly to in California?

6    A.    LAX.

7    Q.    And what happened when you arrived at LAX?

8    A.    I got arrested.  As I left the airplane and got into -- I

9    left the airplane.  I went through some corridor and someone in

10   one of those corridors, they told me they have to speak to me

11   first and they brought me to a different room.  And they went

12   through all of my luggage.  And at some point after that,

13   they -- I went to a different room.  And then they told me I

14   was under arrest.  And then that whole thing happened.

15   Q.    And when they arrested you, they seized all of your items?

16   A.    Yes.

17   Q.    If we could just, Mr. Hassard, put up what is in evidence

18   as Government Exhibit 112.

19         If you could scroll through that, Mr. Hassard, slowly.  Is

20   that the list of items that the government seized from you at

21   LAX?

22   A.    Yes.

23   Q.    And you can take that down, Mr. Hassard.

24         I am going to ask you some questions about some of those

25   items.  And if we could just bring up the -- what is in

1    evidence -- I am not sure of the number.  I think it is 125 or

2    126, the LTE mobile router that we looked at yesterday with

3    Mr. Fischbach.

4                THE COURT:  That is fine.

5                MR. EKELAND:  And may the defendant handle the

6    device, Your Honor?

7                THE COURT:  He may.

8    BY MR. EKELAND:

9    Q.   Mr. Sterlingov, can you explain to the jury why you were

10   traveling with this device?

11   A.   Yes.  So as I was explaining earlier, I had a lot of

12   problems with internet as I was traveling around in Europe.  In

13   many other countries -- well in Russia, that was the case; in

14   Sweden -- even in Sweden, you have -- you usually have

15   internet, but you have got to have different SIM cards, because

16   some of them have very small amounts of traffic.  Some of them

17   cost different amounts of money in like different cities.  So I

18   started looking around.  And I found this website that said

19   that we can solve all of your problems.  We can give you this

20   device where you put several SIM cards and it combines them

21   into like a stronger, faster internet connection.

22        I have to wonder why they brought it up.  There is

23   nothing -- I mean, there is nothing illicit -- I wasn't doing

24   anything illicit with this device.  This is a very fast

25   internet modem.  The reason it even looks like this with all of

1  the cables and, you know, it looks like things can fall off and

2  it has Raspberry Pis and all of that is because it is cheap.  I

3  was looking at Amazon at similar devices.  And there are

4  devices like this in nice boxes that look much better than

5  this, but there are -- they are costing like 10s of -- well, I

6  think $5,000 I remember one was costing.  This is much cheaper.

7  And I bought this a week before I came to US.  This is like

8  very recent.

9  Q.    You mentioned there is Raspberry Pi there.  Can you

10 briefly explain to the jury what a Raspberry Pi is and what it

11 is doing attached to that device?

12 A.    Yes.  This is how the device came from the manufacturer

13 that I bought it from.  They used Raspberry Pis.  Raspberry Pis

14 in general are these hobbyist level -- there is a Raspberry Pi

15 in there.  It is a small -- I guess, you could call them

16 computer, but they are really not powerful.  They cost like

17 $20.  They are really popular among hobbyists and people who

18 like electronics.  Who I am one of them.  I own some Raspberry

19 Pis that did not come in this device.  And to me, this device

20 was going to solve my internet problems.  But I have got to

21 say, one of the reasons I bought it is because I thought it was

22 cool.  It is an exciting piece of technology for me.  I am --

23 you know, I am an enthusiast.  I think it is a very cool like

24 way to solve a real technical problem that a lot of people

25 have.  This device is for mostly people who stream live from

1  like streets and events where -- like sports events where they

2  cannot be -- their internet cannot be disconnected even for

3  like short periods of time.  Because, you know, maybe they work

4  for a news outlet and they pay a lot of money for that.  I was

5  trying to do podcasts.  I had some podcasts.  I couldn't have

6  internet disconnect in the middle of my podcast.  I didn't have

7  that many viewers, so it wouldn't be that big of a deal, but

8  just to me that was important.

9  Q.   Mr. Hassard, if you could put up in evidence what is 368.

10           THE COURT:  Are we done this with this?  Can they

11  take that --

12           MR. EKELAND:  Yeah, we are done with this.  Thank

13  you.

14           THE COURTROOM DEPUTY:  Hold on.  I don't have 368.

15  368 is a demonstrative.

16           MR. EKELAND:  Published as a demonstrative.  I am not

17  moving it into evidence.

18           THE COURT:  That is fine.

19  BY MR. EKELAND:

20  Q.   Mr Sterlingov, do you recognize that?

21  A.   Yes.  This is the website of the manufacturer of this

22  device.

23  Q.   And thank you.  Mr. Hassard, you can take that down.

24       Mr. Sterlingov, when you were arrested at LAX, did you

25  have a 6 terabyte hard drive on you?

DIRECT EXAMINATION OF MR. STERLINGOV

1    A.    Can I finish my answer about the device?

2    Q.    I didn't realize he wasn't finished.

3          THE COURT:  We need a question, so I am not sure

4    where we are with the question.  And you want to ask another

5    question about the device?

6    BY MR. EKELAND:

7    Q.    So the -- could we get, I guess, Government Exhibit 368

8    back up.  And this I think you testified was the website that

9    you looked at when you decided to purchase the device?

10   A.    Yes.

11         MS. PELKER:  Objection, mischaracterizes the

12   witness's testimony.

13         THE COURT:  So I think the last question before this

14   one was explaining a Raspberry Pi.  So I am not sure -- I have

15   lost track of where we are with the question.

16   BY MR. EKELAND:

17   Q.    This is the website for the router we just looked at that

18   you were physically showing to the jury?

19   A.    Yes.  This is the website that I looked at before I

20   purchased this router or this modem, rather, I guess.  And when

21   I looked at this website, I notice that it just says, it is a

22   device for fast internet connection.  I did not see anything

23   there about using this device for any illicit purpose or trying

24   to hide from any government or trying to disguise any location

25   or anything like that, which I was not -- was not at any point

1   my intention with this device, which is all of the SIM cards

2   are in my name, which is why the VPS that you have to do is in

3   my name.  This whole device is in my name.

4   Q.   You can take down Government Exhibit 368.

5        Mr. Sterlingov, when you were arrested at LAX, were you

6   carrying a 6 terabyte hard drive with you?

7   A.   No.  I never owned a 6 terabyte hard drive.

8             MR. EKELAND:  And if we could bring out what I

9   believe is in evidence -- and, again, I don't have the number

10  in front of me.  It is a bag of Mr. Sterlingov's USB drives

11  that were shown to the jury previously.  Is that okay, Your

12  Honor?

13            THE COURT:  That is fine with me if they have it

14  there.  Is there an exhibit on that, just so -- maybe the

15  government knows the exhibit number for the record, so we have

16  a clear record on this.

17            UNIDENTIFIED SPEAKER:  134A through R.

18            THE COURT:  Okay.  Thank you.

19            I don't know if the court reporter was able to hear

20  that or not.  It was 134A through R.

21            UNIDENTIFIED SPEAKER:  Is there one that you wanted

22  to show him?

23            MR. EKELAND:  I think he wants to show them to the

24  jury.

25            THE COURT:  Just leave them with the witness.  That

DIRECT EXAMINATION OF MR. STERLINGOV

1    is fine.

2    BY MR. EKELAND:

3    Q.   Mr. Sterlingov, why are you traveling with so many -- what

4    are those?  What are in those bags right now?

5    A.   These are -- some of them are memory cards, some of them

6    are USB drives.  There is a key to my gym.  There is a -- that

7    little piece of wire that you get with your phone that you have

8    to use when you like changing your SIM cards.  The -- to

9    explain in general, these are all the small pieces of like

10   plastic electronics that I ever had for the past 15 years.  I

11   just -- I got this pouch -- this little pouch, because I was

12   putting these electronics -- I didn't know what to do with

13   them.  Like, I don't know if I am the only one, but I feel like

14   over the years, you accumulate a lot of SIM cards and memory

15   cards.  I was doing a lot of photography.  And sometimes people

16   would be giving me files on their memory cards.  Sometimes I

17   upgraded a memory card.  And I didn't know really where to put

18   them, because they always get lost and they are easy to break

19   them.  So I just bought a pouch.  And I put all of my things in

20   there.  And as I was traveling, I just brought the pouch.  I

21   never had to worry about what memory card to bring or not to

22   bring or like which one to use.

23       I mean, I guess if -- I don't see -- I don't understand

24   why they brought this out.  If I was trying to hide my memory

25   cards, I think I would like throw them away or destroy them.

DIRECT EXAMINATION OF MR. STERLINGOV

1    Instead, I have essentially not on purpose, but I have got all

2    of the memory cards I have ever had for like 15 years with me.

3    I have a pouch in my bag.  I have a bag that I don't really

4    unpack as I am traveling.  It is just sitting there.

5    Q.   Are those devices encrypted?

6    A.   I don't believe -- I am not sure.  There might be some

7    encryption on some of them.  I am not -- if you ask me about a

8    specific memory card, maybe I could answer.  Most of them are

9    not, definitely not.  One of the devices here --

10   Q.   If we could --

11   A.   -- this one, I just want to quickly clear up.  I believe

12   somebody said this is an encryption tool or -- I don't remember

13   exactly how they characterized.  This is not an encryption

14   tool.  This is just something I received from my bank.  This

15   generates those codes that I need to like access my bank.

16   Q.   I think we can take those away now.  And then I'd just

17   like to bring up his e-reader, his Kindle.

18            THE COURT:  Do we have that over there?

19            Okay.

20   BY MR. EKELAND:

21   Q.   Mr. Sterlingov, can you just hold that up to the jury and

22   tell them what it is?

23   A.   This is an e-reader, just like a tablet, one of the

24   screens that are easy to read on.

25   Q.   Did you read ebooks on your e-reader?

1    A.    I did.

2    Q.    Mr. Hassard, if we could put up what is in evidence as

3    Government Exhibit 721.  Do you recall testimony about

4    Government Exhibit 721?

5    A.    I do.

6    Q.    Do you recall Ms. Mazars' testimony that this was a chat

7    that she found on your kindle ebook reader?

8    A.    Yes.

9    Q.    And do you recall how she said this was you -- basically

10   testimony asserted this was you?

11            MR. BROWN:  Objection, Your Honor.  I don't believe

12   defense counsel is accurately characterizing prior testimony.

13   Defense counsel can, obviously, ask questions about this chat.

14            THE COURT:  In any event, it is leading to do so, so

15   why don't you ask him what his recollection is.

16   BY MR. EKELAND:

17   Q.    Mr. Sterlingov, can you read the second chat bubble for

18   us?

19            MR. BROWN:  Objection, Your Honor, hearsay.

20            THE COURT:  Overruled.

21            MR. EKELAND:  It is in evidence.

22            THE WITNESS:  All right.  So reading from this

23   picture, "You're wondering what I do in terms of magically

24   having such photos or in terms of money laundering."

25   BY MR. EKELAND:

1    Q.    Is that you talking?

2    A.    It is not.

3    Q.    Do you know where these chat bubbles came from?

4    A.    Yes, now I know where these chat bubbles came from.  At

5    the time when I heard it, I knew that I never wrote anything

6    like that.  So I let my counsel know.  Now I know that this

7    picture is from an ebook.  They just took a picture from an

8    ebook and presented it as my writing.

9    Q.    And that ebook was on your Kindle, that is right there on

10   the witness stand beside you; correct?

11   A.    Yes.

12   Q.    And if I could just -- Mr. Hassard, if we could bring in

13   what is not in evidence as Defendant's Exhibit 138.

14            MR. BROWN:  Your Honor, can we not publish defense

15   counsel's computer screen?

16            THE COURT:  We can wait to do that.

17            MR. EKELAND:  Where is it?  I didn't realize it was

18   publishing.

19            THE COURT:  I don't know if it was published or not.

20            MR. EKELAND:  Was it publishing?

21            MS. PELKER:  Your Honor, it was.

22            THE COURT:  It shouldn't be published until the

23   exhibit is admitted.

24   BY MR. EKELAND:

25   Q.    And, Mr. Hassard, if you could scroll through that a

DIRECT EXAMINATION OF MR. STERLINGOV

 1    little bit.

 2         And do you recognize what is Defendant's Exhibit 138?

 3    A.   I do.

 4    Q.   And was this the ebook that was on your Kindle?

 5    A.   It is.

 6    Q.   And then I would just like to leave this up.  And I would

 7    also like to -- Mr. Hassard, if we could put up what is not in

 8    evidence as the Defendant's Exhibit 139.  And do you see this

 9    page?

10    A.   Yes.

11    Q.   And, Mr. Hassard, if you could go just zoom in a little

12    bit and show the -- and you recognize this as a page from the

13    ebook in what I just showed you as Defendant's Exhibit 138?

14    A.    I recognize this type of content and pictures as seeing

15    similar pictures in this ebook.

16              MR. EKELAND:  And, Your Honor, at this point in time,

17    the defense moves to what has been marked for identification as

18    Defendant's Exhibit 138 and 139 into evidence.

19              THE COURT:  All right.  Any objection?

20              MR. BROWN:  No objection.

21              THE COURT:  Defense Exhibit 138 and Defense Exhibit

22    139 are admitted and may be published to the jury.

23              (Whereupon, Defense Exhibit Nos. 138, 139 were

24    admitted.)

25    BY MR. EKELAND:

1    Q.    If we could go back to Defendant's Exhibit 138.

2    Mr. Sterlingov, could you just explain briefly for the jury why

3    you have got this ebook on your kindle?

4    A.    Yeah.  I was just looking for dating advice.  Somebody

5    recommended this book that supposedly teaches you how to text

6    to people you want to date.  It wasn't a good book, but it was

7    interesting to me in the way it was described.  So I got it and

8    I looked through a little bit of it.

9    Q.    Did you write any of this book?

10   A.    No, I didn't write any of this book.

11   Q.    Mr. Hassard, if we could take this down and go to what is

12   in evidence as Defendant's Exhibit 139.  And if we could zoom

13   out.  Then if we could zoom back into the portion you had

14   highlighted or zoomed in on.

15        And, Mr. Sterlingov, if you could just read the text in

16   that second bubble there.

17   A.    The text in the picture is "You're wondering what I do in

18   terms of magically having such photos or in terms of money

19   laundering."

20   Q.    And this is the exact same text and exact same series of

21   messages that Ms. Mazars testified were your chats?

22   A.    Yes, this is the exact same picture.

23   Q.    We can take that down.  And if I could now just see what

24   is in evidence as Government Exhibit 734 and 734A, as in apple.

25             THE COURT:  This is in evidence?  I don't recall

```
 1   seeing this.

 2              THE COURTROOM DEPUTY:  I don't recall seeing it

 3   either.  That is not correct.

 4              MR. EKELAND:  Oh, it is not in evidence.

 5              MR. BROWN:  Your Honor, I believe there is a batch

 6   admission of multiple exhibits.

 7              THE COURT:  I see.  So it is included -- it was never

 8   previously published, but it was in evidence?

 9              MR. BROWN:  (Nodding.)

10              MR. EKELAND:  So it is okay, it is in evidence.

11              Mr. Hassard, if we could get back 734.

12   BY MR. EKELAND:

13   Q.   And if we could publish to the jury.  Is that you in a

14   Mercedes?

15   A.   Yes.

16   Q.   Is that your Mercedes?

17   A.   No, it is not.

18   Q.   Whose Mercedes is it?

19   A.   This was a very fun day back in 2018 or '19.  We had a

20   sort of anniversary thing with my girlfriend at the time.  And

21   we rented this car for 24 hours.  I believe it was something

22   like 800 Euros, the one time I rented a really fast car like

23   that.

24   Q.   And if you could -- Mr. Hassard, if you could go to 734A.

25   And that is you in the same Mercedes?
```

1    A.   Yes.  All of those photos would be from the same 24-hour

2    period which was the rental period.

3    Q.   You can take it down, Mr. Hassard.  And when you were

4    arrested, are you aware if the government issued a press

5    release about your arrest?

6              MR. BROWN:  Number 1, objection.  And number 2, can

7    we stop publishing to the jury defense counsel's computer

8    screen?

9              THE COURT:  Yes.

10             MR. BROWN:  Object to the question, relevance and

11   hearsay and personal knowledge.

12             THE COURT:  Why don't we get on the phone.

13             (Conference held at the bench.)

14             MR. EKELAND:  The government has made it relevant by

15   saying that the last withdrawal from Bitcoin Fog was two days

16   after Mr. Sterlingov was arrested.  It is entirely relevant

17   because somebody else read the news.  And once they knew that

18   somebody had been falsely accused of operating Bitcoin Fog and

19   been arrested on that basis, it is a good time for somebody to

20   shut stuff down.  As to knowledge, he can certainly testify as

21   to his knowledge of whether or not he is aware of a press

22   release.  And he is not testifying to any of the contents.  He

23   is just merely testifying as to whether he is aware that a

24   press release by the government was issued, which is consistent

25   with what I think Mr. Scholl's testimony that this is standard

1    practice for the government.

2              Also I think the Court can take judicial notice of a

3    DOJ press release.  It is a standard part of their business.  I

4    don't think it is any secret that DOJ regularly issues press

5    releases when they have got a big case like this.

6              THE COURT:  Mr. Brown.

7              MR. BROWN:  Number 1, I think the fact of the press

8    release and certainly the contents of it are not relevant.  For

9    the point that the defense is making, which I think the defense

10   has already made in cross-examination of government witnesses,

11   simply the timing of the shutdown of Bitcoin Fog in relation to

12   the defendant's arrest, that is a point that has been brought

13   out by the government and has been crossed on by the defense.

14   This witness I don't think has knowledge of when the DOJ press

15   release came out.  I think if there is any knowledge it would

16   have been hearsay.  But I don't think that there is any

17   foundation to believe that this witness in particular has

18   personal knowledge of when that press release came out.  And

19   certainly the contents are not relevant and he has no personal

20   knowledge.

21             THE COURT:  Mr. Ekeland.

22             MR. EKELAND:  I think he could simply read the date

23   on an official government document issued by the United States

24   Government.  And I think that is something that he can testify

25   to.  And if the date is wrong by whatever, a day or two, it is

```
 1    not even necessarily being offered for the truth of the matter
 2    for the date.  What this is being offered for is his knowledge
 3    that the United States government in its official capacity in
 4    the regular course of business issued an official press
 5    release, which I don't think is even in question whether or not
 6    this was issued or not.  And if, you know, we are not going to
 7    take notice of it here then, you know, maybe we will file
 8    something to see if the Court will take judicial notice of it.
 9    As for the relevance issue, I don't think -- I think this is
10    completely relevant, because the public's knowledge of the
11    arrest of somebody for Bitcoin Fog is the perfect time for the
12    actual operator to just get out of the business because they
13    know somebody else is taking the heat for it.
14             MR. BROWN:  Your Honor, if the defendant proposes to
15    just read the date off of a document, I mean, that shows that
16    it is being used for a hearsay purpose.  There is no effect on
17    the listener, because he did not view this press release.
18    There is no question about his -- this being an effect on the
19    defendant.  And this is obviously not -- a DOJ press release is
20    not something that fits within a hearsay exemption for an
21    official government record.  There has been absolutely no
22    foundation for that.
23             MR. EKELAND:  First of all, we are not offering the
24    document.  I am asking about his knowledge of whether or not
25    the United States government, the Department of Justice issued
```

1    a press release.  And there is an exception to the hearsay rule

2    for marketplace and other types of websites that the public

3    commonly rely on.  I think it is 803.15 or 17.  And, you know,

4    unless the government is contending that the public doesn't

5    turn to the United States Department of Justice website, you

6    know, for reliable information as to what the Department of

7    Justice is doing, you know, in the taxpayers' name, I would

8    argue that is a hearsay exception that applies even if you know

9    other ones don't.

10             MR. BROWN:  Your Honor, 803.17 refers to market

11   quotations, lists, directories or other compilations that are

12   generally relied on by the public or by persons in particular

13   occupations.  That, obviously, not apply to a law enforcement

14   press release about a law enforcement operation.

15             One other --

16             THE COURT:  I'm sorry.  Did it come out already, the

17   question of the public notice?  I seem to recall some other

18   evidence on this.  Not necessarily press release, but that

19   there were articles, news articles that were produced?

20             MR. BROWN:  Your Honor, I don't think any news

21   articles have come into evidence, nor do I think there has been

22   any reference to the DOJ release in testimony.  There has been

23   reference to date that the defendant was arrested.  And the

24   fact, as we had sort of carefully framed earlier in this case,

25   that the defendant was detained on April 29th, which is he was

1    arrested really April -- April 27th.  But there has been no

2    discussion thus far about a DOJ press release.  There is no

3    foundation that this defendant read the press release.  It

4    would be entirely hearsay.

5                    MR. EKELAND:  Mr. Scholl did testify that -- I asked

6    Mr. Scholl about it.  He didn't specifically say if there

7    was -- if I recall correctly that there was a press release in

8    this case, but that he wouldn't be surprised.  And if I recall

9    his testimony correctly, he said it was a standard practice of

10   the United States government.  Are we -- is the government

11   actually disputing that they issued a press release on

12   April 27th, 2021?  Because I can go on the internet and so can

13   this Court right now and look it up.  And if this is going to

14   be something that we dispute, then I am going to move the

15   Court.  I am going to ask the Court simply to take judicial

16   notice of the press release, you know, and let's just put it in

17   the record.  Because I -- it is not a fact that can be

18   reasonably disputed.

19                    The United States Government issued two press

20   releases in relation to Mr. Sterlingov's arrest.  And that is a

21   regular practice that the United States Government is involved

22   in.  So if it is not going to come in here, I ask the Court to

23   take judicial notice of the fact that the government issued a

24   press release and simply just look on the government's own

25   website for confirmation of that.

DIRECT EXAMINATION OF MR. STERLINGOV

1          THE COURT:  Go ahead, Mr. Brown.

2          MR. BROWN:  Your Honor, whether something -- whether

3    a fact in the world is true or not has no bearing on whether a

4    particular item of evidence or line of testimony is admissible

5    under the Federal Rules of Evidence.

6          THE COURT:  Pause for a second.  Why isn't this --

7    one of the few examples we have actually had of something that

8    is coming in not for the truth of the matter asserted, it is

9    coming in for the effect on the listener of people out there in

10   the world, the hypothetical person who saw this thing and

11   thought ah, this is the perfect time for me to stop now.

12   Because whether it is true or not, I now believe someone has

13   been arrested for this crime and it is the perfect time for me

14   to get out of the business.

15         MR. BROWN:  If that were the standard for effect on

16   the listener, any newspaper article, any online article, any

17   blog posting, any Twitter posting would be admissible, because

18   someone somewhere in the world saw the article and its

19   effect --

20         THE COURT:  I'm sorry, Mr. Brown.  But it would be

21   admissible if the question of the effect on the listener was

22   what was relevant or not.  So if, for example, there was a news

23   article that said that the stock market just dropped to zero.

24   And someone jumped off the building that afternoon, it might be

25   the effect on the listener that the person actually thought the

1    stock market dropped.  And it was completely false.  The stock

2    market didn't move a penny.  And it was explaining why the

3    person jumped off the building.

4              MR. BROWN:  Your Honor, in that hypothetical, I think

5    it would be admissible for the effect on the listener if there

6    is a foundation that the person who jumped off actually did

7    view -- or the jury could infer that they did view that

8    article.  But there would have to be an evidentiary foundation

9    that there was some connection between the article and the

10   hypothetical listener.  Here, I don't think there has been any

11   foundation about, you know, some hypothetical effect on a

12   listener somewhere else in the world who, you know, may have

13   happened to pull up the list of DOJ press releases on that

14   particular day and seen this that was one of several press

15   releases.

16             THE COURT:  Okay.  Mr. Ekeland, anything final on

17   this?

18             MR. EKELAND:  No.  I agree with the Court.  And here

19   I think what the particular effect -- I can't believe I didn't

20   raise the effect on listener.  You make an excellent point.

21   But here the particular effect is the shutting down of Bitcoin

22   Fog, so I agree with the Court on the effect on listener

23   analysis.

24             THE COURT:  So my only question -- I think it is

25   appropriate for the defense to somehow draw this point out.  I

1    don't know whether this is the right witness to do it.  But,

2    you know, maybe rather than -- it makes a mountain out of a

3    molehill to bring in another witness to do this.  So I will

4    defer to the government on this, but I do think it is fair game

5    for the defense to show that there was some publication with

6    respect to the prosecution and whether that is through a

7    stipulation, something I tell the jury, another witness or just

8    allowing it with this witness now without actually publishing

9    the press release now itself, I am indifferent to which

10   approach we take.

11        MR. BROWN:  Your Honor, I hear the Court.  I don't

12   think this witness is competent to lay an appropriate

13   foundation for this, but we do hear the Court.

14        THE COURT:  So would you want to reach a stipulation

15   on this or do you want me to allow this now?

16        MR. BROWN:  Your Honor, we would be willing to reach

17   a stipulation that a DOJ press release was released on a

18   certain date and time related to this case.

19        THE COURT:  All right.  I see Mr. Ekeland is nodding

20   his head yes.

21        MR. EKELAND:  We agree if we stipulate on April 27th,

22   2021, that United States Department of Justice issued a press

23   release announcing Mr. Sterlingov's arrest, I think we are done

24   with the issue.

25        MR. BROWN:  Your Honor, just one factual question,

1    the press release was on April 28, 2021.

2              MR. EKELAND:  Just because I don't want to get --

3    have to get back on the phone, and would -- is it permissible

4    with the Court -- I am not trying to game anything -- if I just

5    ask if he is aware of any press coverage of his arrest

6    or should --

7              THE COURT:  Is he aware of other like press coverage

8    outside of this that is just not hearsay, something he has

9    learned from counsel, otherwise hearsay?

10             MR. EKELAND:  I think he has just read what he has

11   seen from us.

12             THE COURT:  So I guess I -- I am -- can you hear me?

13             MR. EKELAND:  Now we can.

14             THE COURT:  So I guess I am not sure what you are

15   talking about, but if you told him about it, I don't see how

16   that can come in.

17             MR. EKELAND:  He I think -- well, let me ask this --

18   maybe solve it this way.  Can the stipulation say, the United

19   States Government issued a press release about Mr. Sterlingov's

20   arrest and that his arrest was covered in the press?

21             MR. BROWN:  Your Honor, we can stipulate to the first

22   clause of that the United States government issued a press

23   release relating to Mr. Sterlingov's arrest.  But it is not

24   appropriate -- and we have no basis to stipulate about

25   additional press coverage of the arrest.

1          THE COURT:  What are you -- do you know -- can you

2     tell me like what press it is or --

3          MR. EKELAND:  Sure.  Actually the day before --

4          THE COURT:  The question I have is not so much what

5     you know, but this witness would be able to testify to.

6          MR. EKELAND:  I honestly I don't know if he will be

7     able to testify about the timing.  I think he may be able to

8     testify as to the Wired article.  And honestly I haven't, you

9     know --

10         THE COURT:  The Wired article, he actually

11    participated in; right?

12         MR. EKELAND:  No.  April 27th, the day before the DOJ

13    press release, "Wired Magazine" ran an article on its website

14    announcing the arrest.

15         MR. BROWN:  Your Honor, there is no basis that this

16    witness has any personal knowledge about that.  And we

17    certainly do object to this witness or other witnesses being

18    used to testify by way of hearsay about the content of that

19    press coverage.

20         THE COURT:  I have the same question in my mind

21    though is whether it is not being offered for the truth of the

22    matter asserted, but just simply for the fact that there was

23    publication, which could have affected some hypothetical

24    operator of Bitcoin Fog who might have backed down as a result

25    of this.

1          Let me ask you this, what if we just modify the

2    stipulation to say and the -- and that there was coverage

3    around the same time in "Wired Magazine"?

4               MR. EKELAND:  That is okay with the defense.

5               MR. BROWN:  Your Honor, I think stipulating to the

6    existence of media coverage around the same time is fine.

7               THE COURT:  Okay.

8               MR. EKELAND:  Excellent.

9               THE COURT:  Thank you.

10              (End of bench conference.)

11              THE COURT:  All right.

12              MR. EKELAND:  I pass the witness.

13              THE COURT:  All right.  It is lunch time.  So why

14   don't we take the lunch break now.  It is 12:26.  Let's just

15   come back at 1:30.  I remind you, we are getting close to the

16   end of the case.  But please don't even discuss it amongst

17   yourselves and don't conduct any type of research and have a

18   nice lunch.  And I will see you back here at 1:30.

19              (Jury out at 12:27 p.m.)

20              THE COURTROOM DEPUTY:  You may be seated.

21              THE COURT:  All right.  Anything else before the

22   break?

23              MR. BROWN:  Just to clarify, are we working until

24   3:30 this afternoon in front the jury?

25              THE COURT:  The deputy clerk is nodding yes.

DIRECT EXAMINATION OF MR. STERLINGOV

1              MR. BROWN:  Yes.  Thank you.

2              THE COURT:  All right.  So I will see you after lunch

3      break.

4              (Recess taken at 12:28 p.m.)

C E R T I F I C A T E

I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.

Dated this 7th day of March, 2024.

_____
Sherry Lindsay, RPR
Official Court Reporter

BY MR. EKELAND: **[32]**   17/24 20/10
24/19 26/4 27/7 28/2 28/25 35/24
37/20 38/23 46/23 49/25 50/11
52/10 53/14 54/17 55/21 56/25
59/19 60/6 60/25 66/8 68/19 69/6
69/16 71/2 72/20 73/16 73/25
74/24 75/25 77/12
**MR. BROWN: [48]**   4/6 4/9 12/22
13/10 13/22 14/6 17/1 20/23 21/10
21/25 22/9 25/12 25/14 27/24
28/22 37/17 46/20 47/17 48/2 50/8
52/6 53/1 54/6 54/12 56/21 73/11
73/19 74/14 75/20 77/5 77/9 78/6
78/10 79/7 80/14 81/10 81/20 83/2
83/15 84/4 85/11 85/16 85/25
86/21 87/15 88/5 88/23 89/1
**MR. EKELAND: [82]**   4/13 4/19 4/24
5/23 6/1 7/21 9/3 9/19 10/18 11/1
11/11 11/13 12/6 12/11 12/18
13/25 14/14 15/3 16/14 17/17
17/21 20/2 20/19 20/24 21/4 22/16
23/11 24/2 24/13 26/2 27/3 38/15
38/22 47/13 47/23 48/12 48/17
48/23 49/9 49/18 49/21 50/10 52/8
52/16 52/25 53/5 53/10 53/13
53/18 53/21 53/25 54/2 54/10
54/16 55/20 66/5 68/12 68/16 70/8
70/23 73/21 74/17 74/20 75/16
77/4 77/10 78/14 79/22 80/23 82/5
84/18 85/21 86/2 86/10 86/13
86/17 87/3 87/6 87/12 88/4 88/8
88/12
**MS. PELKER: [3]**   35/18 69/11
74/21
**THE COURT: [109]**
**THE COURTROOM DEPUTY: [13]**   4/2
4/7 27/6 38/21 53/17 53/19 53/23
54/1 54/3 54/14 68/14 77/2 88/20
**THE WITNESS: [2]**   56/23 73/22
**UNIDENTIFIED SPEAKER: [2]**   70/17
70/21

**$**

**$20 [1]**   67/17
**$5,000 [1]**   67/6

**'**

**'19 [1]**   77/19

**.**

**.onion [1]**   51/18

**0**

**06:49:32 [1]**   5/5

**1**

**10 [3]**   40/7 63/6 63/6
**100 percent [1]**   44/2
**10005 [1]**   2/4
**10s [1]**   67/5
**10th [1]**   40/8
**112 [1]**   65/18
**119 [4]**   53/17 53/20 53/21 54/5
**119A [1]**   54/8
**119B [5]**   53/16 53/19 53/24 54/4
54/8
**119C [3]**   38/19 54/12 54/14
**11:00 [2]**   49/15 52/19
**11:03 [1]**   52/23
**11:04 [1]**   53/3
**11:20 [2]**   52/19 52/22
**11:28 [1]**   53/7
**12 [3]**   11/25 35/21 38/20
**125 [1]**   66/1
**126 [1]**   66/2
**12:26 [1]**   88/14
**12:27 [1]**   88/19
**12:28 [1]**   89/4
**12:30 [1]**   49/16
**12:45 [1]**   49/16

**13 [1]**   31/1
**130 [1]**   20/20
**134A [2]**   70/17 70/20
**136 [2]**   47/4 47/15
**137 [1]**   5/1
**138 [8]**   3/7 74/13 75/2 75/13
75/18 75/21 75/23 76/1
**139 [6]**   3/7 75/8 75/18 75/22
75/23 76/12
**14 [1]**   36/9
**142 [2]**   20/5 20/21
**15 [3]**   39/14 71/10 72/2
**17 [3]**   3/4 54/18 81/3
**1988 [1]**   62/2
**1:30 [2]**   88/15 88/18

**2**

**20001 [1]**   2/9
**20005 [1]**   1/21
**2011 [2]**   31/24 32/5
**2012 [2]**   19/11 21/9
**2018 [6]**   61/25 62/1 62/3 62/4
62/7 77/19
**2019 [3]**   62/9 62/9 62/10
**2020 [10]**   48/4 48/5 48/16 61/11
62/18 62/19 62/24 62/25 62/25
63/1
**2021 [5]**   64/9 64/15 82/12 85/22
86/1
**2024 [3]**   1/5 5/3 90/10
**20530 [2]**   1/14 1/17
**21-399 [2]**   1/4 4/2
**22 [1]**   56/19
**23 [1]**   57/20
**24 [1]**   77/21
**24-hour [3]**   16/19 17/6 78/1
**25 [2]**   20/9 20/9
**26 [1]**   32/9
**27th [4]**   82/1 82/12 85/21 87/12
**28 [1]**   86/1
**29th [1]**   81/25

**3**

**30 [4]**   2/3 62/2 63/4 63/7
**32 [1]**   62/1
**333 [1]**   2/8
**368 [5]**   68/9 68/14 68/15 69/7
70/4
**399 [2]**   1/4 4/2
**3:30 [1]**   88/24

**5**

**5.1527 [1]**   1/17
**50-page [1]**   36/14
**500,000 [1]**   59/7
**5th [1]**   5/3

**6**

**601 [1]**   1/16
**65 [1]**   13/15
**6710 [1]**   2/8
**6:43 p.m [1]**   5/3

**7**

**709A [1]**   35/17
**709B [2]**   35/18 38/17
**711A [1]**   32/10
**718 [1]**   20/3
**720 [1]**   40/19
**721 [6]**   6/3 12/23 14/7 14/14 73/3
73/4
**722 [1]**   41/24
**723 [1]**   42/16
**724 [1]**   43/17
**725 [1]**   43/25
**726 [1]**   44/15
**729 [2]**   44/22 44/24
**732 [1]**   45/12
**733 [1]**   45/18
**734 [2]**   76/24 77/11
**734A [2]**   76/24 77/24

**75 [1]**   3/7
**790 [1]**   59/11
**8**

**800 [1]**   77/22
**803.15 [1]**   81/3
**803.17 [1]**   81/10
**818B [1]**   28/4
**857 [1]**   27/4
**8th [1]**   2/4

**9**

**950 [1]**   1/14
**9:38 [1]**   1/6
**9:57 [1]**   17/18

**A**

**a.m [5]**   1/6 17/18 52/23 53/3 53/7
**able [14]**   8/1 8/3 14/10 14/10
14/24 19/13 22/3 22/12 30/11
59/25 70/19 87/5 87/7 87/7
**about [96]**
**above [2]**   36/18 90/5
**above-entitled [1]**   90/5
**absolutely [2]**   48/4 80/21
**access [26]**   19/22 21/6 21/17
22/21 23/6 23/9 24/24 26/17 26/20
26/24 31/15 31/19 31/22 46/25
47/25 50/2 50/7 50/19 51/7 51/8
51/13 51/16 51/21 52/12 57/19
72/15
**accessed [3]**   25/2 25/2 50/13
**accessing [2]**   50/25 51/3
**account [24]**   22/24 23/1 23/6
23/13 24/23 29/4 29/4 29/13 29/14
30/5 30/6 30/7 30/8 30/9 30/12
31/11 31/13 31/20 31/21 32/1 32/8
60/19 62/14 63/5
**accounts [9]**   21/6 22/22 23/10
25/5 26/17 26/20 26/24 31/22
31/23
**accumulate [1]**   71/14
**accurate [2]**   20/16 47/10
**accurately [1]**   73/12
**accused [1]**   78/18
**Action [1]**   1/3
**actual [5]**   6/19 12/8 23/24 58/1
80/12
**actually [25]**   6/16 7/2 10/2 15/7
18/10 19/24 23/8 24/8 33/19 33/22
39/24 41/18 46/13 46/14 46/15
55/15 55/18 55/19 82/11 83/7
83/25 84/6 85/8 87/3 87/10
**add [1]**   16/23
**additional [3]**   14/12 60/7 86/25
**additionally [1]**   14/23
**address [15]**   5/10 12/12 33/13
33/14 33/15 35/7 41/13 41/15
41/16 41/17 41/18 41/22 46/10
50/14 57/14
**addresses [4]**   33/3 33/7 33/10
41/12
**administrator [1]**   27/22
**admissible [8]**   22/5 25/22 48/9
49/1 83/4 83/17 83/21 84/5
**admission [3]**   6/8 8/6 77/6
**admitted [4]**   54/13 74/23 75/22
75/24
**Adobe [7]**   54/22 54/23 54/23 56/9
56/11 56/13 56/13
**ADVcash [6]**   60/16 60/18 60/19
60/20 60/24 61/1
**advice [4]**   35/1 35/2 35/10 76/4
**advocating [1]**   62/16
**affected [1]**   87/23
**after [6]**   10/20 31/8 62/11 65/12
78/16 89/2
**afternoon [2]**   83/24 88/24
**again [11]**   12/14 17/2 23/11 24/20
26/18 36/13 46/2 52/20 56/17 65/2
70/9

**A**

**agent [1]** 5/7
**ago [2]** 31/1 50/5
**agree [5]** 33/17 41/7 84/18 84/22 85/21
**agreed [1]** 16/19
**ah [1]** 83/11
**ahead [1]** 83/1
**air [1]** 12/24
**Airbnbs [1]** 39/16
**airplane [2]** 65/8 65/9
**airport [1]** 6/18
**Akemashite [3]** 37/11 37/18 37/21
**Alden [1]** 4/11
**all [54]** 6/24 9/12 9/16 10/9 12/5 13/18 15/15 22/20 22/21 25/5 26/18 27/12 27/17 27/18 31/6 31/9 31/13 32/17 33/2 33/3 33/10 36/11 41/12 43/1 46/8 47/21 52/24 53/2 53/8 58/2 59/9 59/12 60/20 62/13 62/15 63/5 65/12 65/15 66/19 66/25 67/2 70/1 71/9 71/19 72/1 73/22 75/19 78/1 80/23 85/19 88/11 88/13 88/21 89/2
**alleged [2]** 22/18 27/22
**alleging [1]** 22/1
**allow [9]** 10/12 10/13 10/15 10/16 16/5 32/2 64/22 65/1 85/15
**allowed [9]** 7/22 11/8 11/9 13/11 13/20 14/9 15/1 15/2 17/2
**allowed to [1]** 11/8
**allowing [1]** 11/24 85/8
**almost [3]** 36/7 37/3 52/19
**already [6]** 14/10 33/13 56/13 62/19 79/10 81/16
**also [22]** 9/10 10/7 11/2 14/16 14/23 18/23 22/20 26/7 34/16 34/23 38/13 38/14 41/18 45/15 47/19 52/11 56/20 58/4 58/21 63/10 75/7 79/2
**although [1]** 38/17
**always [2]** 57/16 71/18
**am [74]** 7/17 8/14 8/15 8/20 8/22 8/23 8/24 9/25 10/10 10/18 10/19 11/12 11/19 12/17 13/24 15/3 16/3 16/7 16/16 17/10 17/12 20/5 21/19 23/4 23/16 24/2 24/25 25/7 26/25 28/14 30/25 31/2 33/16 34/7 35/3 35/4 38/5 44/2 45/8 49/9 50/21 54/7 54/18 55/24 56/3 56/3 56/7 57/21 58/12 62/4 62/4 62/5 62/10 62/19 64/14 65/24 66/1 67/18 67/22 67/23 68/16 69/3 69/14 71/13 72/4 72/6 72/7 80/24 82/14 82/15 85/9 86/4 86/12 86/14
**Amazon [2]** 7/19 67/3
**AMERICA [2]** 1/3 4/3
**among [1]** 67/17
**amongst [2]** 52/21 88/16
**amounts [2]** 66/16 66/17
**analysis [12]** 7/16 7/22 8/16 9/1 9/4 9/15 9/25 10/22 11/6 12/2 13/8 84/23
**anniversary [1]** 77/20
**announcing [2]** 85/23 87/14
**another [10]** 29/7 31/12 41/20 42/4 44/16 44/17 44/19 69/4 85/3 85/7
**answer [2]** 69/1 72/8
**answered [1]** 50/9
**anticipating [1]** 15/11
**any [59]** 6/14 11/21 16/18 20/22 21/22 21/22 30/19 31/5 31/5 31/6 31/6 32/5 32/8 33/12 34/12 34/14 34/14 35/9 35/10 35/11 38/6 38/13 38/13 39/13 42/11 45/21 51/1 51/6 51/6 52/21 60/7 60/11 60/13 63/12 63/16 63/17 63/24 69/23 69/24 69/24 69/25 73/14 75/19 76/9 76/10 78/22 79/4 79/15 79/16 81/20 81/22 83/16 83/16 83/16

83/17 84/10 86/5 87/16 88/17
**anonymized [1]** 33/22
**anymore [1]** 41/14
**anyone [5]** 11/24 11/25 14/3 16/8 31/11
**anything [18]** 5/16 5/20 12/25 14/4 16/23 26/20 40/2 49/7 51/5 52/24 61/9 66/24 69/22 69/25 74/5 84/16 86/4 88/21
**anywhere [3]** 6/14 64/17 64/23
**apartment [2]** 18/22 50/17
**apologies [2]** 38/25 53/22
**app [3]** 31/8 58/2 58/7
**apparently [2]** 19/11 28/11
**APPEARANCES [3]** 1/12 1/23 2/1
**appears [8]** 8/12 48/6
**apple [2]** 35/17 76/24
**applicable [1]** 21/14
**applies [1]** 81/8
**apply [2]** 22/15 81/13
**approach [2]** 4/4 85/10
**appropriate [5]** 10/3 23/22 84/25 85/12 86/24
**apps [1]** 60/13
**April [8]** 64/9 81/25 82/1 82/1 82/12 85/21 86/1 87/12
**April 27th [4]** 82/1 82/12 85/21 87/12
**April 28 [1]** 86/1
**April 29th [1]** 81/25
**are [140]**
**aren't [1]** 23/3
**argue [2]** 12/4 23/11 81/8
**arguments [1]** 10/3
**around [13]** 31/7 31/10 31/24 36/10 59/14 61/16 62/10 63/1 63/19 66/12 66/18 88/3 88/6
**arrest [12]** 65/14 78/5 79/12 80/11 82/20 85/23 86/5 86/20 86/20 86/23 86/25 87/18
**arrested [11]** 59/6 65/8 65/15 68/24 70/5 78/4 78/16 78/19 81/23 82/1 83/13
**arrived [1]** 65/7
**article [25]** 46/12 46/18 46/25 47/7 47/10 47/18 47/24 48/2 48/3 48/5 48/7 48/13 48/15 49/5 49/6 58/5 83/16 83/18 83/21 83/23 84/8 84/9 87/8 87/10 87/13
**articles [3]** 81/19 81/19 81/21
**as [111]**
**aside [2]** 22/22 24/12
**ask [17]** 5/21 15/7 16/21 24/12 25/15 38/8 55/13 65/24 69/4 72/7 73/13 73/15 82/15 82/22 86/5 86/17 88/1
**asked [9]** 6/15 14/23 15/5 19/19 31/9 31/19 31/25 50/9 82/5
**asking [10]** 5/20 5/21 7/25 8/1 12/13 21/5 26/9 30/22 55/13 80/24
**asks [1]** 5/5
**aspects [1]** 49/4
**asserted [4]** 23/23 73/10 83/8 87/22
**assessment [1]** 33/17
**astonished [1]** 8/14
**attached [1]** 67/11
**attempt [1]** 33/21
**attempting [2]** 33/9 33/9
**attending [1]** 64/8
**attention [2]** 46/2 61/25
**attorney [1]** 35/4
**audio [2]** 45/7 56/15
**AUSA [1]** 4/9
**automatic [2]** 40/22 45/20
**automatically [3]** 13/18 41/17 45/21
**automation [1]** 57/9
**Ave [2]** 1/14 1/20
**Avenue [1]** 2/8
**average [1]** 34/19
**avoid [1]** 35/2

**aware [6]** 16/16 78/4 78/21 78/23 86/6 86/8
**away [4]** 26/1 62/10 71/25 72/16

**B**

**back [22]** 15/17 16/2 16/5 17/19 19/1 24/9 26/12 29/6 30/3 52/19 52/22 55/16 55/16 61/11 69/8 76/1 76/13 77/11 77/19 86/3 88/5 88/18
**backed [1]** 87/24
**bad [2]** 39/11 39/11
**bag [3]** 70/10 72/3 72/3
**bags [1]** 71/4
**balance [1]** 49/17
**bank [8]** 22/24 23/1 26/8 26/9 26/12 26/14 72/14 72/15
**banking [1]** 29/11
**Bankruptcy [1]** 2/7
**banks [1]** 36/13
**based [7]** 10/3 21/11 31/14 48/15 55/14 55/16 55/18
**basically [1]** 73/9
**basis [8]** 8/3 9/9 9/19 11/10 37/18 78/19 86/24 87/15
**batch [1]** 77/5
**be [70]** 5/6 8/1 8/12 10/14 12/11 12/13 13/7 13/8 14/5 14/24 15/12 15/25 16/4 16/21 18/12 20/1 20/17 23/25 25/21 25/22 29/3 29/4 32/5 33/4 33/12 35/3 35/5 36/11 36/11 36/12 39/12 39/13 40/13 40/16 43/4 43/22 44/16 48/6 49/1 54/8 55/3 55/12 59/24 59/25 62/2 62/5 62/21 63/23 68/2 68/2 68/7 71/16 72/6 74/22 75/22 78/1 82/4 82/8 82/14 82/17 83/17 83/20 83/24 84/5 84/8 85/16 87/5 87/6 87/7 88/20
**bearing [1]** 83/3
**became [1]** 34/10
**because [62]** 5/17 7/17 8/5 9/3 10/6 10/19 12/17 12/19 13/16 14/15 14/21 15/9 16/8 18/11 19/9 19/10 19/25 21/21 22/23 23/9 23/12 27/22 28/16 29/7 29/13 31/10 31/13 32/3 33/6 33/13 33/18 38/2 40/7 40/12 41/16 41/20 46/9 46/15 51/23 56/20 57/14 59/5 59/23 62/11 63/2 63/20 64/19 66/15 67/2 67/21 68/3 71/11 71/18 78/17 80/10 80/12 80/17 82/12 82/17 83/12 83/17 86/2
**been [34]** 11/8 11/9 13/2 14/9 14/10 14/10 16/17 17/2 17/4 20/20 23/8 27/15 32/7 33/25 36/9 36/10 46/18 47/14 50/22 54/6 54/13 61/12 75/17 78/18 78/19 79/12 79/13 79/16 80/21 81/21 81/22 82/1 83/13 84/10
**before [15]** 1/9 6/3 16/3 21/21 34/14 48/14 49/3 52/24 55/11 67/7 69/13 69/19 87/3 87/12 88/21
**beginning [1]** 63/8
**behalf [1]** 26/9
**being [14]** 5/16 8/3 8/5 22/2 34/1 35/25 39/1 47/23 80/1 80/2 80/16 80/18 87/17 87/21
**believe [26]** 27/4 32/9 35/16 37/14 37/25 38/14 38/18 40/22 45/12 45/18 47/12 47/12 51/2 51/14 53/16 54/12 63/21 70/9 72/6 72/11 73/11 77/5 77/21 79/17 83/12 84/19
**believed [1]** 5/6
**bench [6]** 21/2 24/17 47/22 49/22 78/13 88/10
**Berlin [1]** 39/14
**beside [1]** 74/10
**best [2]** 55/24 57/14
**better [4]** 46/15 52/1 57/16 67/4
**between [2]** 11/3 84/9

**B**

beyond [2]   57/4 27/24
big [4]   40/4 59/8 68/7 79/5
biggest [2]   30/2 58/7
bit [10]   16/6 32/20 36/12 38/25
42/13 42/24 61/21 75/1 75/12 76/8
Bitcoin [59]   18/9 18/10 18/17
22/20 27/10 27/12 27/13 27/14
27/15 27/23 29/19 29/23 29/25
30/2 30/3 30/5 30/9 30/18 30/19
30/22 31/4 31/6 32/3 32/4 32/6
34/9 34/10 34/12 36/5 36/8 36/10
36/15 37/11 58/20 58/23 58/24
58/24 59/1 59/7 59/21 60/11 61/7
61/13 61/14 61/23 62/13 62/14
63/2 63/4 63/6 63/6 63/7 63/10
78/15 78/18 79/11 80/11 84/21
87/24
BitDials [5]   61/3 61/5 61/6 61/9
61/22
Blind [3]   30/18 30/19 30/22
blog [1]   83/17
blow [1]   7/5
book [11]   6/25 7/19 12/8 14/24
38/9 45/7 45/8 76/5 76/6 76/9
76/10
bookkeeping [1]   35/7
books [2]   45/8 46/7
born [1]   62/2
bottom [2]   7/7 43/5
bought [9]   59/1 61/10 61/11 61/22
61/24 67/7 67/13 67/21 71/19
boxes [1]   67/4
boy [3]   28/4 53/18 53/25
break [8]   49/13 49/19 52/18 52/24
71/18 88/14 88/22 89/3
briefly [7]   18/2 32/13 43/18 46/2
58/18 67/10 76/2
bring [10]   12/19 60/12 63/16
65/25 70/8 71/21 71/22 72/17
74/12 85/3
BRODIE [1]   1/15
broke [1]   59/11
Brooklyn [1]   2/4
brought [8]   6/7 8/5 37/25 65/11
66/22 71/20 71/24 79/12
BROWN [11]   1/15 4/10 12/21 16/11
16/23 47/16 54/5 54/10 79/6 83/1
83/20
browser [2]   32/25 51/5
BTCX [18]   19/5 19/8 19/13 20/13
21/9 22/3 22/10 22/24 24/21 24/24
25/10 26/5 26/7 26/9 26/16 26/23
26/25 27/2
BTCX's [1]   23/13
bubble [2]   73/17 76/16
bubbles [2]   74/3 74/4
building [2]   83/24 84/3
built [2]   45/22 57/11
bunker [3]   44/5 44/6 44/9
bunkers [1]   44/13
bunkerX [11]   39/20 39/24 40/3
40/5 40/10 40/14 40/17 43/5 43/8
45/8 46/4
business [5]   18/14 79/3 80/4
80/12 83/14
businesses [2]   35/5 35/6
button [1]   6/24
buy [4]   22/20 57/9 61/9 61/16

**C**

cables [1]   67/1
California [6]   64/7 64/12 64/13
64/15 65/4 65/5
call [2]   37/5 67/15
called [7]   19/5 30/8 44/5 44/6
51/19 58/2 60/16
calling [1]   16/20
came [19]   6/4 6/12 6/16 7/19 8/23
10/23 10/24 14/25 18/25 19/17
59/1 60/21 64/5 67/7 67/12 74/3

74/4 79/15 79/18
cameras [2]   50/17 50/20
can [94]
can't [5]   9/23 16/1 24/6 51/5
84/19
cannot [4]   37/5 63/11 68/2 68/2
capacities [1]   19/16
capacity [2]   21/8 80/3
capture [4]   6/6 7/12 11/3 13/17
captures [1]   13/18
car [6]   61/16 61/19 61/20 61/21
77/21 77/22
card [5]   60/20 60/21 71/17 71/17
72/8
cards [11]   36/13 66/15 66/20 70/1
71/5 71/8 71/14 71/15 71/16 71/25
72/2
carefully [1]   81/24
carrying [1]   70/6
cars [1]   61/7
carved [3]   13/1 14/18 15/18
case [24]   4/2 6/2 12/20 14/16
15/25 16/4 16/4 16/7 16/16 16/20
27/1 28/9 28/10 29/21 33/6 42/1
52/20 54/8 66/13 79/5 81/24 82/8
85/18 88/16
CATHERINE [1]   1/13
Ccips [1]   1/19
certain [3]   31/19 34/7 85/18
certainly [9]   26/19 30/4 39/3
55/20 59/25 78/20 79/8 79/19
87/17
certify [1]   90/3
change [6]   19/21 19/22 24/22 25/2
41/12 43/1
changed [2]   36/9 41/14
changes [1]   5/6
changing [2]   40/23 71/8
characterized [1]   72/13
characterizing [1]   73/12
charge [1]   15/8
charging [2]   17/15 61/18
Charlie [1]   38/19
chart [1]   5/3
chat [30]   4/20 4/24 5/2 5/17 5/18
6/9 6/12 6/16 6/18 7/2 7/3 7/4
7/24 8/5 8/11 9/7 9/20 19/11
19/23 20/16 20/18 21/7 29/19
29/23 30/1 73/6 73/13 73/17 74/3
74/4
chats [9]   6/7 6/15 6/25 7/1 7/12
19/13 20/13 21/4 76/21
cheap [1]   67/2
cheaper [1]   67/6
check [1]   54/9
checked [1]   16/18
checking [1]   54/7
Chris [1]   4/9
CHRISTOPHER [1]   1/15
chunk [1]   59/8
cities [1]   66/17
claiming [2]   14/21 14/25
clarify [7]   5/2 5/16 5/24 28/8
55/13 55/14 88/23
clause [1]   86/22
clear [4]   12/24 13/6 70/16 72/11
clearly [2]   6/25 9/8
clerk [1]   88/25
client [1]   42/11
clipped [1]   13/4
close [2]   63/17 88/15
coach [1]   62/5
coaching [2]   56/12 63/16
code [8]   21/17 30/18 30/19 30/22
31/5 31/6 33/18 59/10
codes [1]   72/15
collection [1]   32/15
colloquy [1]   13/13
COLUMBIA [1]   1/1
combination [1]   62/22
combines [1]   66/20

come [18]   9/6 12/7 12/13 12/16
16/16 16/22 21/6 23/24 24/1 52/19
58/25 58/25 67/19 81/16 81/21
82/22 86/16 88/15
comes [4]   15/16 17/7 23/17 23/20
coming [4]   13/12 19/18 83/8 83/9
command [12]   44/25 45/15 46/3
46/4 47/25 50/1 50/12 50/19 50/24
51/4 52/2 57/18
commands [9]   42/22 42/25 45/1
45/3 45/5 48/14 48/16 50/6 57/18
commenting [1]   46/20
comments [1]   21/20
common [2]   18/20 29/15
commonly [1]   81/3
companies [1]   35/11
company [1]   19/5
competent [1]   85/12
compilations [1]   81/11
completely [6]   27/14 37/2 51/24
60/11 80/10 84/1
computer [28]   40/5 40/8 40/11
41/10 41/13 42/12 43/6 43/14 44/5
44/7 44/10 45/6 45/9 46/5 46/8
50/15 50/16 50/21 50/23 51/7
52/14 55/9 56/11 57/13 59/23
67/16 74/15 78/7
computers [3]   18/8 18/12 41/11
conclusion [1]   10/24
conclusions [3]   8/20 9/10 10/23
conduct [2]   52/21 88/17
conference [7]   17/15 21/2 24/17
47/22 49/22 78/13 88/10
configuration [2]   41/1 42/4
confirmation [1]   82/25
confuse [1]   7/23
confused [2]   7/17 23/4
connect [13]   40/6 40/11 41/10
41/13 42/11 44/7 46/4 50/15 51/7
51/25 55/9 56/10 57/13
connected [2]   43/22 50/21
connecting [4]   43/4 44/4 46/8
58/3
connection [5]   44/7 52/15 66/21
69/22 84/9
connects [2]   44/3 51/24
conscious [1]   10/19
consciousness [1]   55/5
consider [1]   11/23
consistent [6]   21/21 21/24 22/5
22/17 23/20 78/24
constitutes [1]   90/4
Constitution [1]   2/8
contacted [1]   26/12
contacting [1]   26/8
contend [1]   9/3
contending [1]   81/4
content [2]   75/14 87/18
contents [4]   3/1 78/22 79/8 79/19
context [3]   13/3 15/15 48/18
continue [3]   17/20 53/8 56/24
continued [4]   1/23 2/1 3/4 17/23
continuing [1]   63/2
control [1]   40/11
convince [1]   10/14
convinced [1]   23/16
cool [2]   67/22 67/23
copied [1]   45/2
copy [3]   28/14 42/24 45/6
copying [1]   45/8
correct [11]   10/4 16/10 22/7 22/7
33/6 38/20 54/5 54/14 74/10 77/3
90/4
correctly [3]   33/2 82/7 82/9
corridor [1]   65/9
corridors [1]   65/10
cost [2]   66/17 67/16
costing [2]   67/5 67/6
could [104]
couldn't [5]   7/20 11/25 14/11
41/14 68/5
counsel [7]   4/4 4/10 4/15 73/12

**C**

counsel... [3]   73/13 74/6 86/9
counsel's [2]   74/15 78/7
countries [5]   29/10 29/11 35/8
 35/12 66/13
country [2]   34/19 64/25
couple [3]   5/8 19/15 31/17
course [4]   18/25 45/7 59/13 80/4
court [25]   1/1 2/6 2/7 4/14 5/18
 7/6 7/14 12/13 14/19 15/7 16/14
 70/19 79/2 80/8 82/13 82/15 82/15
 82/22 84/18 84/22 85/11 85/13
 86/4 90/3 90/13
Courts [1]   2/7
coverage [6]   86/5 86/7 86/25
 87/19 88/2 88/6
covered [1]   86/20
COVID [1]   64/20
create [3]   10/7 10/8 28/24
creating [1]   21/22
credibility [1]   9/11
credit [1]   36/11
crime [1]   83/13
Criminal [2]   1/3 4/2
critical [1]   40/2
CRM [1]   1/19
cross [1]   79/10
cross-examination [1]   79/10
crossed [1]   79/13
crucial [1]   14/15
cryptocurrencies [1]   58/21
culminating [1]   13/14
customer [1]   5/7
cut [1]   12/4
Cypress [1]   35/12

**D**

data [1]   13/1
date [7]   76/6 79/22 79/25 80/2
 80/15 81/23 85/18
Dated [1]   90/10
dating [3]   6/23 13/15 76/4
day [9]   29/6 30/4 41/7 77/19
 79/25 84/14 87/3 87/12 90/10
days [1]   78/15
DC [5]   1/5 1/14 1/17 1/21 2/9
de [1]   6/6
deal [3]   55/5 61/18 68/7
debit [2]   60/20 60/20
decided [3]   61/15 63/19 69/9
defendant [16]   1/7 2/2 4/14 21/10
 21/13 22/2 22/11 22/12 47/17 48/5
 66/5 80/14 80/19 81/23 81/25 82/3
defendant's [16]   5/11 20/4 20/21
 22/1 22/10 47/4 47/15 53/16 74/13
 75/2 75/8 75/13 75/18 76/1 76/12
 79/12
defense [21]   3/7 17/2 17/8 20/20
 47/14 48/7 52/25 73/12 73/13
 74/14 75/17 75/21 75/23 75/23
 78/7 79/9 79/9 79/13 84/25 85/5
 88/4
defense's [2]   5/13 6/4
defer [1]   85/4
definitely [2]   44/2 72/9
delete [1]   19/25
demonstrative [2]   68/15 68/16
DEPARTMENT [5]   1/13 80/25 81/5
 81/6 85/22
depending [1]   46/16
depiction [2]   47/10 47/12
Dept [1]   1/20
deputy [1]   88/25
described [1]   76/7
describing [3]   16/9 28/20 29/3
desktop [2]   41/1 56/18
destroy [1]   71/25
detail [2]   11/23 19/14
detailed [1]   11/20
details [3]   19/10 22/12 56/2
detained [1]   81/25

determining [1]   24/8
detective [7]   6/6 66/23 66/24
 66/24 67/11 67/19 67/19
 67/25 68/22 69/1 69/5 69/9 69/22
 69/23 70/1 70/3
devices [6]   15/6 19/12 67/3 67/4
 72/5 72/9
did [64]   5/9 7/18 11/14 13/21
 18/21 19/5 19/8 24/21 24/22 26/24
 28/13 30/5 30/7 30/9 30/11 30/14
 31/1 31/2 31/11 31/12 35/13 41/3
 42/8 42/10 46/3 47/2 48/16 48/17
 48/21 50/1 50/6 50/12 50/17 50/19
 51/16 51/21 57/3 58/13 58/24 60/7
 60/22 61/9 61/17 61/23 61/24
 64/22 64/10 64/10 64/15 64/17
 64/22 65/1 65/5 67/19 68/24 69/22
 72/25 73/1 73/9 80/17 81/16 82/5
 84/6 84/7
didn't [29]   5/14 10/12 10/13
 10/16 12/18 13/19 28/9 28/23
 28/24 29/8 29/14 30/19 31/20 32/5
 32/17 40/24 42/5 46/5 46/11 52/4
 68/6 69/2 71/12 71/17 74/17 76/10
 82/6 84/2 84/19
difference [2]   11/3 59/22
different [16]   18/15 29/4 31/3
 31/4 31/16 37/2 38/3 44/18 45/3
 57/12 60/15 65/11 65/13 66/15
 66/17 66/17
difficult [1]   6/2
Direct [2]   3/4 17/23
directly [1]   9/10
directories [1]   81/11
disconnect [1]   68/6
disconnected [1]   68/2
disconnects [1]   43/21
discuss [2]   52/20 88/16
discussing [2]   19/2 36/8
discussion [2]   4/21 82/2
disguise [1]   69/24
dishonest [1]   22/2
dispute [2]   21/25 82/14
disputed [1]   82/18
disputing [2]   22/10 82/11
disruptions [1]   64/21
DISTRICT [4]   1/1 1/1 1/10 2/7
distruth [1]   21/23
diverse [1]   18/15
DNS [16]   19/19 19/20 19/21 21/6
 24/22 24/22 41/6 41/21 44/20 46/9
 46/15 46/17 51/23 52/2 52/3 57/16
do [131]
document [25]   20/8 20/11 20/12
 25/4 25/7 26/1 27/1 28/8 28/11
 28/12 28/13 28/17 28/17 28/21
 28/24 29/1 32/11 32/14 32/15
 33/23 36/14 55/6 79/23 80/15
 80/24
documentation [2]   25/3 25/5
documents [2]   36/17 46/6
does [9]   10/7 23/22 27/22 35/4
 38/2 41/9 43/23 52/11 52/13
doesn't [8]   12/13 24/7 24/9 24/11
 25/25 38/10 55/18 81/4
doing [15]   11/5 11/22 19/14 21/8
 50/4 52/5 52/12 62/3 62/9 62/18
 62/25 66/23 67/11 71/15 81/7
DOJ [11]   1/16 1/19 79/3 79/4
 79/14 80/19 81/22 82/2 84/13
 85/17 87/12
DOJ-CRM [1]   1/19
DOJ-USAO [1]   1/16
dollars [1]   59/8 61/15
domain [2]   5/9 24/23
don't [88]   5/18 7/19 8/7 8/11
 9/14 9/16 9/22 9/24 10/10 11/21
 11/24 12/4 13/22 14/3 14/14 17/5
 19/10 19/25 20/25 21/17 21/18
 23/17 24/14 25/1 26/25 26/25
 27/20 27/22 30/4 30/25 32/7 33/12
 35/9 35/10 35/11 37/8 38/1 38/12

40/21 43/15 43/15 46/12 48/17
 48/25 49/10 49/10 49/11
 49/13 52/13 52/20 52/21 53/19
 54/3 59/22 60/22 65/1 68/14 70/9
 70/19 71/13 71/23 71/23 72/3 72/6
 72/12 73/11 73/13 74/19 76/25
 77/2 78/12 79/4 79/14 79/16 80/5
 80/9 81/9 81/20 84/10 85/1 85/11
 86/2 86/15 87/6 88/14 88/16 88/17
done [10]   5/19 14/16 17/12 37/8
 38/6 38/13 52/1 68/10 68/12 85/23
double [2]   54/7 54/8
down [37]   5/8 25/18 28/3 29/17
 31/8 32/20 33/22 34/12 35/15
 38/16 40/18 41/23 42/15 43/16
 43/24 44/14 44/21 45/9 45/11
 45/17 46/1 46/5 48/19 52/7 57/20
 58/9 63/6 63/11 65/23 68/23 70/4
 76/11 76/23 78/3 78/20 84/21
 87/24
downloading [1]   46/6
drag [1]   49/11
draw [3]   8/19 8/19 84/25
drawing [1]   61/25
drive [7]   25/4 28/11 43/4 43/21
 68/25 70/6 70/7
drives [2]   70/10 71/6
driving [2]   39/12 39/13
dropped [2]   83/23 84/1
drugs [1]   32/1
Duncan [1]   30/15
dynamic [11]   41/6 41/11 41/22
 44/20 46/9 46/15 46/17 52/2 52/3
 57/13 57/16

**E**

e-reader [4]   15/14 72/17 72/23
 72/25
each [3]   29/8 37/4 64/25
earlier [7]   44/17 48/6 55/4 57/12
 58/6 66/11 81/24
early [1]   59/1
earned [1]   22/20
easiest [1]   39/19
easily [1]   31/21
eastern [1]   29/10
easy [2]   71/18 72/24
ebook [21]   6/17 6/19 6/23 7/10
 7/16 8/4 8/18 10/21 10/25 13/5
 13/12 13/15 13/23 73/7 74/7 74/8
 74/9 75/4 75/13 75/15 76/3
ebooks [2]   82/1 72/25
edited [1]   8/14
editing [1]   56/14
effect [19]   20/24 21/18 22/22
 23/11 47/24 48/9 80/16 80/18 83/9
 83/15 83/19 83/21 83/25 84/5
 84/11 84/19 84/20 84/21 84/22
either [5]   16/24 39/17 42/22 45/7
 77/3
EKELAND [16]   2/2 2/3 3/4 4/13
 9/13 13/12 17/20 22/14 24/6 37/17
 48/11 53/8 56/24 79/21 84/16
 85/19
electronics [3]   67/18 71/10 71/12
else [7]   16/23 23/9 45/10 78/17
 80/13 84/12 88/21
email [9]   5/2 5/10 5/14 16/18
 27/8 27/9 27/18 27/19 27/25
emoji [1]   8/9
emotions [1]   55/6
encrypted [1]   72/5
encryption [3]   72/7 72/12 72/13
end [5]   24/17 35/6 49/22 88/10
 88/16
enforcement [2]   81/13 81/14
engine [1]   36/19
enough [1]   17/14
enter [2]   64/22 65/1
enthusiast [1]   67/23
enthusiasts [1]   30/3
entirely [2]   78/16 82/4

**E**

entitled [5]  5/2 10/1 10/1 10/2 90/5
equivalent [1]  59/8
erratic [1]  55/6
escape [1]  35/22
Especially [1]  31/23
essentially [11]  6/7 7/23 8/6 9/5 10/19 10/20 11/11 22/18 27/10 58/23 72/1
establish [2]  9/9 9/18
establishes [1]  5/19
Europe [2]  39/10 66/12
European [3]  29/11 64/22 64/23
Euros [1]  77/22
evaluate [1]  14/16
even [17]  18/11 26/10 33/9 39/15 46/7 46/14 46/15 46/17 52/21 60/1 66/14 66/25 68/2 80/1 80/5 81/8 88/16
event [1]  73/14
events [3]  21/11 68/1 68/1
eventually [1]  64/4
ever [17]  16/3 18/21 19/5 31/11 33/11 35/10 36/7 37/8 43/13 46/3 50/19 61/12 61/22 61/22 61/24 71/10 72/2
every [5]  18/18 36/7 36/7 43/12 51/18
everyone [1]  17/19
everything [2]  8/9 40/25
evidence [57]  6/14 8/13 9/5 10/7 10/9 10/20 12/6 12/8 12/8 12/25 14/8 15/5 15/21 16/12 20/3 20/7 20/21 27/4 27/5 28/4 32/10 35/16 38/18 38/20 40/19 41/24 43/17 44/14 44/22 45/18 47/4 47/15 53/15 53/16 54/1 54/13 54/15 65/17 66/1 68/9 68/17 70/9 73/2 73/21 74/13 75/8 75/18 76/12 76/24 76/25 77/4 77/8 77/10 81/18 81/21 83/4 83/5
evidentiary [3]  9/16 14/11 84/8
exact [5]  20/18 47/12 76/20 76/20 76/22
exactly [4]  8/25 12/1 50/5 72/13
examination [5]  3/4 17/23 23/18 23/18 79/10
example [3]  31/17 55/4 83/22
examples [3]  35/4 36/16 83/7
excellent [2]  84/20 88/8
exception [6]  21/14 22/15 23/17 23/25 81/1 81/8
exchange [1]  29/12
exciting [1]  67/22
excludable [1]  49/5
exemption [1]  80/20
exhibit [64]  5/1 6/3 12/23 14/7 14/12 14/14 20/3 20/4 20/21 21/11 25/15 25/21 27/4 28/4 32/10 35/17 37/12 38/19 40/19 40/20 40/21 41/24 41/25 42/2 42/16 42/17 42/20 43/17 43/25 44/15 44/22 44/24 45/12 45/15 45/18 47/4 47/15 52/7 53/16 53/21 53/23 53/24 54/4 54/7 54/20 65/18 69/7 70/4 70/14 70/15 73/3 73/4 74/13 74/23 75/2 75/8 75/13 75/18 75/21 75/21 75/23 76/1 76/12 76/24
Exhibit 112 [1]  65/18
Exhibit 119 [1]  53/21
Exhibit 119B [2]  53/24 54/4
Exhibit 119C [1]  38/19
Exhibit 368 [2]  69/7 70/4
Exhibit 709A [1]  35/17
Exhibit 711A [1]  32/10
Exhibit 718 [1]  20/3
Exhibit 720 [1]  40/19
Exhibit 721 [6]  6/3 12/23 14/7 14/14 73/3 73/4
Exhibit 722 [1]  41/24

**Exhibit 723 [1]**  42/16
**Exhibit 724 [1]**  45/15
**Exhibit 725 [1]**  43/25
**Exhibit 726 [1]**  44/15
**Exhibit 729 [2]**  44/22 44/24
**Exhibit 732 [1]**  45/12
**Exhibit 734 [1]**  76/24
**Exhibit 818B [1]**  28/4
**Exhibit 857 [1]**  27/4
**Exhibit number [1]**  37/12
exhibits [3]  3/6 3/7 77/6
existence [1]  88/6
expensive [2]  61/7 61/24
experimenting [1]  48/14
expert [2]  8/16 9/17
explain [11]  11/8 12/16 16/2 32/23 34/4 36/3 48/5 66/9 67/10 71/9 76/2
explained [3]  10/11 13/15 47/18
explaining [4]  13/7 66/11 69/14 84/2
explains [2]  15/13 22/21
explanations [1]  41/7
extent [1]  24/13
extracted [1]  6/21

**F**

fact [11]  7/9 7/10 22/17 48/25 49/8 79/7 81/24 82/17 82/23 83/3 87/22
factual [1]  85/25
failed [1]  33/21
fair [4]  10/9 20/16 47/10 85/4
fall [1]  67/1
false [3]  5/17 7/12 84/1
falsely [1]  78/18
falsity [1]  22/6
familiar [3]  50/24 51/10 60/16
far [1]  82/2
fast [3]  66/24 69/22 77/22
faster [1]  66/21
feature [1]  51/14
Federal [1]  83/5
feel [2]  34/25 71/13
few [8]  18/23 34/8 40/1 40/3 50/5 56/2 61/14 83/7
figure [4]  34/12 41/14 49/17 56/10
figured [3]  57/14 61/20 62/11
file [29]  13/2 32/18 34/8 40/21 40/22 40/22 40/24 40/25 41/1 42/4 42/5 42/21 42/22 43/19 43/20 43/22 44/1 44/2 44/15 44/16 44/17 44/25 45/10 45/15 45/16 45/19 45/20 45/20 80/7
files [6]  25/2 43/9 45/6 45/22 51/8 71/16
final [2]  16/24 84/16
find [16]  6/12 6/13 6/14 29/12 29/12 33/7 33/8 33/10 33/10 34/21 36/16 39/18 41/17 45/21 46/9 46/10
fine [7]  24/5 25/24 66/4 68/18 70/13 71/1 88/6
finish [4]  49/18 56/23 57/3 69/1
finished [1]  69/2
firewall [2]  46/16 57/15
firewalls [1]  51/25
first [11]  4/19 22/16 28/10 39/24 48/21 48/22 50/4 52/3 65/11 80/23 86/21
Fischbach [18]  6/13 7/13 7/18 8/1 10/21 11/23 13/9 13/11 13/13 13/15 13/20 14/1 14/9 14/18 15/24 16/5 17/5 66/3
Fischbach's [7]  7/15 13/14 14/13
fit [1]  63/23
fits [1]  80/20
five [1]  19/15
fix [1]  39/9
flew [1]  65/4
flexible [1]  63/21

**flight [4]**  64/4 64/6 64/8 64/10
flourage [1]  64/10
fly [2]  64/15 65/5
focus [1]  63/15
Fog [6]  78/15 78/18 79/11 80/11 84/22 87/24
folder [4]  43/10 43/11 43/21 43/21
foregoing [1]  90/4
forensic [24]  7/16 7/22 8/3 8/16 8/25 9/4 9/9 9/11 9/14 9/17 9/19 9/24 10/22 11/5 11/20 11/20 12/2 13/8 13/17 13/20 14/1 14/22 15/16 15/18
forensically [3]  7/24 11/4 14/17
forensics [6]  12/5 13/1 14/20 15/10 15/25 16/8
forever [3]  40/8 61/19 63/11
format [1]  57/8
former [1]  29/9
forum [10]  29/19 29/23 30/1 30/2 30/10 31/16 31/20 31/22 31/23 37/11
forums [1]  31/14
forwarded [1]  5/2
found [11]  11/2 11/15 18/10 19/11 34/7 36/6 48/7 61/16 61/18 66/18 73/7
foundation [15]  23/19 24/3 48/4 48/8 48/21 49/2 49/11 49/24 79/17 80/22 82/3 84/6 84/8 84/11 85/13
frame [1]  31/10
framed [1]  81/24
frankly [1]  8/22
free [8]  41/21 46/11 46/14 46/14 51/23 51/24 61/18 64/2
freelance [6]  19/2 19/3 20/14 21/8 26/19 28/19
freelanced [1]  19/6
freelancer [2]  26/11 26/21
freelancing [1]  19/14
friends [1]  18/25
front [6]  25/15 27/1 47/3 52/7 70/10 88/24
frustrated [1]  39/15
fun [1]  77/19
functions [1]  58/22
funny [2]  44/11 44/13
further [1]  45/9
future [1]  26/14

**G**

game [4]  6/23 10/9 85/4 86/4
games [3]  18/8 44/12 44/12
gave [3]  19/20 33/20 44/9
gendered [1]  37/18
general [7]  18/7 24/20 36/5 56/8 64/21 67/14 71/9
generalities [1]  9/13
generally [3]  10/8 32/15 81/12
generated [2]  42/6 45/22
generates [1]  72/15
German [2]  38/9 38/9
Germany [1]  39/10
get [26]  7/19 12/18 12/20 16/15 17/12 17/16 33/2 33/11 35/7 41/21 45/24 50/14 51/5 51/23 62/4 63/19 63/24 69/7 71/7 71/18 77/11 78/12 80/12 83/14 86/2 86/3
getting [2]  63/1 88/15
girlfriend [1]  77/20
give [3]  46/14 51/23 66/19
given [5]  23/6 23/9 23/14 23/23 26/16
giving [3]  21/6 21/16 71/16
GMT [1]  5/4
go [33]  7/2 7/13 9/5 10/22 11/15 19/1 24/9 32/2 32/19 34/12 35/8 35/21 38/17 38/19 40/12 41/2 43/24 44/14 45/2 54/18 56/19 57/9 57/15 57/20 57/22 63/11 65/3 75/11 76/1 76/11 77/24 82/12 83/1

**G**

goes [4] 9/10 13/19 27/24 51/25
going [28] 10/18 10/22 12/20 15/3
 18/3 18/6 18/7 18/9 19/18 22/23
 25/8 25/21 29/5 32/5 39/14 40/13
 40/23 41/21 55/16 60/10 63/16
 65/24 67/20 80/6 82/13 82/14
 82/15 82/22
gone [1] 61/11
good [16] 4/6 4/9 4/12 4/13 4/16
 10/5 18/2 29/11 52/16 59/24 61/18
 61/20 63/20 63/23 76/6 78/19
Google [2] 25/4 28/11
got [16] 4/24 10/20 21/1 26/14
 31/24 33/4 33/6 65/8 65/8 66/15
 67/20 71/11 72/1 76/3 76/7 79/5
government [82] 4/8 4/10 4/21
 4/25 5/17 6/3 6/15 7/8 7/14 8/8
 10/21 11/2 11/13 12/23 14/4 14/16
 15/7 15/11 15/16 15/20 15/25
 16/10 16/16 16/20 19/11 20/3 21/7
 22/1 22/10 22/18 27/4 28/4 32/10
 35/17 37/12 38/19 40/19 41/24
 42/16 43/13 43/17 43/25 44/15
 44/22 44/23 45/12 45/18 51/2
 53/21 53/23 53/24 54/3 58/15
 65/18 65/20 69/7 69/24 70/4 70/15
 73/3 73/4 76/24 77/8 78/4 78/14 78/24
 79/1 79/10 79/13 79/23 79/24 80/3
 80/21 80/25 81/4 82/10 82/10
 82/19 82/21 82/23 85/4 86/19
 86/22
government's [5] 10/6 14/20 30/14
 33/5 82/24
graphical [2] 42/13 42/14
greater [1] 11/23
ground [1] 49/1
grow [2] 34/13 63/3
growing [2] 63/2 63/9
guess [17] 8/15 8/24 11/19 21/15
 21/19 23/16 23/24 25/18 31/12
 40/17 42/13 67/15 69/7 69/20
 71/23 86/12 86/14
guide [1] 6/23
guilt [2] 6/8 8/6
gym [1] 71/6

**H**

hack [1] 52/15
had [73] 4/22 6/2 9/5 11/15 11/16
 11/16 12/3 12/3 14/1 14/4 18/13
 18/18 18/20 18/24 19/6 19/21
 19/21 20/13 22/21 24/24 25/1 25/3
 25/10 26/5 26/7 27/12 28/11 29/13
 29/14 30/6 30/17 31/22 32/8 33/1
 34/10 34/10 34/14 39/9 39/16
 50/18 51/1 51/3 51/4 57/7 57/13
 58/5 58/14 58/24 59/9 59/10 59/10
 59/11 60/2 60/3 60/9 60/10 60/19
 60/20 61/14 62/14 64/18 64/24
 65/3 66/11 68/5 71/10 71/21 72/2
 76/13 77/19 78/18 81/24 83/7
hadn't [1] 43/15
half [1] 34/20
handle [2] 16/25 66/5
handled [1] 22/20
handles [1] 24/23
handwritten [2] 39/25 55/3
hanging [1] 31/17
happen [1] 6/2
happened [12] 7/8 8/12 15/17 16/6
 16/17 31/1 31/8 48/6 65/5 65/7
 65/14 84/13
happens [1] 12/19
happy [2] 12/23 63/10
hard [8] 34/25 43/4 43/21 52/15
 63/17 68/25 70/6 70/7
has [44] 5/13 14/9 14/9 14/10
 14/16 15/19 16/1 16/12 17/2 17/4
 20/20 22/18 24/12 25/18 34/19
 36/9 36/10 42/6 42/21 47/14 54/13

58/22 61/11 61/12 67/2 75/17
 79/17 79/19 80/21 81/21 81/22
 82/1 83/3 83/12 84/10 86/8 86/10
 86/10 87/16
hasn't [4] 11/8 11/9 15/11 47/18
hass [6] 57/21 57/22 58/1 58/4
 58/4 58/7
HASSARD [42] 2/2 4/15 6/20 7/5
 20/2 20/7 25/18 27/3 28/3 29/17
 32/9 32/19 33/24 35/15 35/20
 35/23 38/16 38/25 40/18 41/23
 42/15 43/24 44/21 45/11 45/17
 53/15 57/20 58/9 65/17 65/19
 65/23 68/9 68/23 73/2 74/12 74/25
 75/7 75/11 76/11 77/11 77/24 78/3
have [138]
haven't [6] 14/25 15/2 16/18
 38/13 49/6 87/8
having [9] 6/10 16/17 16/19 29/6
 56/8 63/3 64/20 73/24 76/18
he [86] 5/8 5/9 6/22 7/20 7/21
 7/21 10/23 10/24 11/1 11/8 11/9
 13/12 13/19 14/9 14/10 21/8 22/3
 22/12 22/20 22/21 22/23 23/6 23/9
 23/13 23/23 24/7 24/8 24/9 24/11
 25/16 27/25 28/23 28/24 30/17
 31/8 31/9 46/20 47/18 47/18 47/24
 47/24 48/13 48/16 48/17 48/17
 48/20 48/21 48/22 48/25 49/1 49/2
 49/3 49/8 55/14 55/15 55/15 55/16
 55/17 55/17 55/18 55/19 66/7 69/2
 70/23 78/20 78/21 78/22 78/22
 78/23 79/19 79/20 79/24 80/17
 81/25 82/6 82/8 82/9 86/5 86/7
 87/6 86/10 86/10 86/17 87/6 87/7
 87/10
head [1] 85/20
health [3] 56/12 62/5 63/15
heap [1] 32/18
hear [5] 30/14 70/19 85/11 85/13
 86/12
heard [6] 31/7 33/5 41/7 43/15
 51/2 74/5
hearsay [20] 20/23 21/12 21/14
 22/14 23/17 23/25 47/17 47/20
 49/5 73/19 78/11 79/16 80/16
 80/20 81/1 81/8 82/4 86/8 86/9
 87/18
heat [1] 80/13
held [3] 21/2 47/22 78/13
help [1] 46/10
helpful [2] 26/14 55/12
her [2] 37/12 37/16
here [40] 6/5 6/22 6/22 7/8 7/9
 8/17 9/11 9/15 9/17 9/25 11/21
 12/2 14/5 14/21 15/17 15/17 17/11
 22/1 22/15 22/22 24/25 32/21 34/5
 39/24 40/1 44/23 45/5 45/5 45/5
 48/19 49/9 52/6 57/11 72/9 80/7
 82/22 84/10 84/18 84/21 88/18
hidden [7] 33/3 51/10 51/12 51/16
 51/19 51/21 52/11
hide [3] 35/2 69/24 71/24
high [1] 34/19
highest [1] 61/12
highlighted [1] 76/14
highway [1] 39/13
him [23] 6/18 7/15 7/20 8/2 11/7
 21/4 21/5 21/6 21/17 23/8 23/14
 24/13 24/14 25/15 26/13 30/17
 30/22 31/5 31/9 49/3 70/22 73/15
 86/15
his [44] 7/15 7/22 8/2 10/22
 11/15 13/20 14/24 15/13 21/8
 21/11 21/19 21/23 22/2 22/13 23/7
 23/15 23/21 24/6 24/10 24/12
 25/16 30/18 31/7 31/8 47/19 48/1
 48/18 48/18 48/22 49/2 49/4 49/8
 55/15 52/17 72/17 73/15 78/21
 80/2 80/18 80/24 82/9 85/20 86/5
 86/20

**history [3]** 44/25 45/15 57/18
 60/25
hobbyists [1] 67/17
hold [2] 68/14 72/21
home [46] 40/5 40/11 41/11 41/13
 43/5 43/6 43/11 43/13 44/4 44/9
 45/6 45/8 46/4 46/8 47/1 48/1
 48/18 48/18 48/22 49/2 49/4 49/8
 50/2 50/7 50/13 50/15 50/16 51/7
 51/8 51/13 51/17 51/21 52/12
 52/14 52/14 55/9 56/11 57/7 57/8
 57/8 57/11 57/13 57/19 58/1 58/5
 58/7
honest [1] 14/7
honestly [2] 87/6 87/8
Honor [63] 4/6 4/9 4/13 5/10 5/15
 5/23 10/18 11/6 12/6 12/22 12/22
 13/10 13/13 13/22 13/24 14/14
 17/1 17/17 17/21 20/19 20/24
 21/10 21/25 22/9 24/15 25/12 26/2
 37/17 46/20 47/13 47/20 48/2 49/9
 50/10 52/6 52/16 52/25 53/1 53/5
 53/11 54/6 54/12 55/20 56/21 66/6
 70/12 73/11 73/19 74/14 74/21
 75/16 77/5 80/14 81/10 81/20 83/2
 84/4 85/11 85/16 85/25 86/21
 87/15 88/5
HONORABLE [1] 1/9
Hop [1] 44/19
hoping [1] 15/7
hour [4] 16/19 17/6 39/12 78/1
hours [1] 77/21
how [39] 7/22 8/7 8/7 8/8 8/12
 8/23 10/22 10/23 10/24 11/1 11/2
 11/3 16/24 26/13 27/21 27/22
 30/17 33/12 33/18 34/13 34/13
 35/6 35/6 35/7 38/2 39/5 40/14
 42/11 43/9 48/25 49/17 55/9 57/12
 64/25 67/12 72/13 73/9 76/5 86/15
however [1] 37/5
huge [3] 8/10 27/23 27/23
hundred [1] 61/14
hundreds [2] 45/23 45/25
hypothetical [5] 83/10 84/4 84/10
 84/11 87/23

**I**

I'd [4] 18/2 19/1 49/18 72/16
I'm [14] 7/17 9/21 27/2 28/19
 36/25 38/25 48/20 53/21 54/2
 55/11 60/4 64/10 81/16 83/20
ice [2] 6/24 7/9 87/9
idea [4] 33/1 33/4 48/4 48/9
ideas [4] 18/18 31/3 31/3 32/16
identification [5] 5/1 20/4 20/21
 47/15 75/17
ignore [2] 8/9 41/15
ignorelist [1] 41/15
ignorelist.com [5] 41/3 41/5 41/6
 41/9 44/4
illicit [3] 66/23 66/24 69/23
image [4] 8/9 11/15 13/2 13/12
images [1] 12/18
impact [1] 14/11
implied [1] 22/18
important [3] 40/3 59/5 68/8
inadmissible [2] 21/12 47/20
incarcerated [1] 5/7
incarceration [1] 5/22
include [1] 26/24
included [1] 77/7
including [3] 26/23 31/3 64/1
income [1] 63/13
indicated [1] 16/11
indifferent [1] 85/9
individual [2] 13/2 27/16
individually [1] 13/3
infer [1] 84/7
inferring [1] 55/17
inform [1] 17/7
information [7] 23/7 23/14 23/24
 26/14 34/25 51/6 81/6

**I**

**informed [2]** 6/16 49/3
**innocent [3]** 14/22 31/25 32/3
**install [2]** 60/13 60/15
**installed [1]** 40/8
**instance [1]** 45/24
**instead [3]** 12/2 41/16 72/1
**instruction [1]** 28/18
**instructions [3]** 17/11 17/13
28/16
**integrity [1]** 15/4
**intention [2]** 63/15 70/1
**intentional [1]** 12/24
**interest [3]** 21/22 30/3 35/10
**interested [3]** 5/15 18/12 35/9
**interesting [4]** 18/11 34/8 36/6
76/7
**interests [2]** 18/10 18/24
**internet [23]** 18/24 33/3 34/25
39/9 39/11 39/12 39/13 39/14
39/16 39/18 40/12 40/13 56/8 64/4
66/12 66/15 66/21 66/25 67/20
68/2 68/6 69/22 82/12
**investing [1]** 34/16
**involved [1]** 82/21
**involving [1]** 21/5
**IP [9]** 33/7 41/12 41/13 41/16
41/18 41/22 46/10 50/14 57/13
**IPs [1]** 41/11
**is [531]**
**is .onion [1]** 51/18
**isn't [4]** 20/7 23/10 47/20 83/6
**isolated [1]** 11/15
**issue [12]** 5/15 6/1 12/12 12/14
14/21 16/25 17/1 22/6 22/8 23/13
80/9 85/24
**issued [12]** 78/4 78/24 79/23 80/4
80/6 80/25 82/11 82/19 82/23
85/22 86/19 86/22
**issues [2]** 4/17 79/4
**it [366]**
**item [2]** 61/24 83/4
**items [5]** 58/15 61/7 65/15 65/20
65/25
**its [4]** 15/25 80/3 83/18 87/13
**itself [2]** 21/12 85/9

**J**

**jail [1]** 5/16
**Java [9]** 37/1 37/2 37/5 37/7 37/9
37/15 37/22 38/12 38/13
**JavaScript [8]** 36/19 36/21 36/22
36/23 36/24 37/2 37/4 37/5
**jazzing [1]** 9/24
**Jeff [1]** 4/10
**JEFFREY [1]** 1/18
**job [1]** 28/19
**John [2]** 5/2 5/5
**joining [1]** 4/15
**JUDGE [1]** 1/10
**judicial [4]** 79/2 80/8 82/15
82/23
**jump [1]** 20/9
**jumped [3]** 83/24 84/3 84/6
**jurors' [1]** 41/8
**jury [44]** 1/9 8/2 8/18 8/19 9/23
10/1 10/2 11/18 12/4 12/20 14/15
15/14 16/13 17/4 17/11 17/16
17/18 25/20 29/25 32/13 32/24
36/3 52/23 53/4 53/7 56/16 58/18
60/18 60/24 61/5 66/9 67/10 69/18
70/11 70/24 72/21 75/22 76/2
77/13 78/7 84/7 85/7 88/19 88/24
**jury's [2]** 10/8 15/19
**just [167]**
**JUSTICE [6]** 1/13 1/20 80/25 81/5
81/7 85/22

**K**

**keep [3]** 13/21 25/5 34/13
**keeps [1]** 63/9

**kept [1]** 12/16
**key [1]** 60/23
**Killdozer [2]** 30/8 31/11
**kind [9]** 8/14 19/13 19/24 24/21
31/15 31/25 43/9 45/22 55/7
**kindle [6]** 6/17 72/17 73/7 74/9
75/4 76/3
**knew [3]** 63/16 74/5 78/17
**know [80]** 6/8 7/3 9/12 10/23 12/1
13/4 13/25 15/8 16/2 17/4 21/12
21/15 21/17 21/18 22/19 25/9
25/20 27/1 30/4 31/2 31/21 31/22
31/22 32/5 33/13 33/14 35/1 36/7
36/21 36/24 38/12 38/12 43/13
43/15 46/6 47/25 48/5 48/14 48/17
48/20 49/6 49/10 49/15 49/20
52/13 52/13 52/14 56/13 59/5
60/22 61/7 65/1 67/1 67/23 68/3
70/19 71/12 71/13 71/17 74/3 74/4
74/6 74/6 74/19 80/6 80/7 80/13
81/3 81/6 81/7 81/8 82/16 84/11
84/12 85/1 85/2 87/1 87/5 87/6
87/9
**knowingly [1]** 13/5
**knowledge [17]** 8/21 28/22 33/18
46/3 48/25 49/1 78/11 78/20 78/21
79/14 79/15 79/18 79/20 80/2
80/10 80/24 87/16
**knows [1]** 70/15
**Kraken [2]** 62/14 63/5

**L**

**lack [1]** 28/22
**laid [1]** 23/19
**language [4]** 28/17 36/22 36/25
38/10
**languages [12]** 37/3 37/13 37/16
37/25 38/2 38/3 38/4 38/5 38/7
38/7 38/11 38/12
**large [2]** 32/18 34/11
**last [6]** 17/11 33/22 43/20 64/24
69/13 78/15
**late [2]** 17/11 24/3
**Latvia [1]** 35/11
**launch [1]** 40/14
**laundering [4]** 6/11 8/7 73/24
76/19
**law [3]** 2/3 81/13 81/14
**laws [1]** 32/5
**LAX [5]** 65/6 65/7 65/21 68/24
70/5
**lay [4]** 24/2 48/21 49/10 85/12
**laying [1]** 49/24
**leading [2]** 50/8 73/14
**leap [1]** 8/10
**learn [2]** 34/13 62/5
**learned [1]** 86/9
**least [3]** 21/19 21/23 26/8
**leave [5]** 10/18 33/24 49/14 70/25
75/6
**left [5]** 7/9 7/9 19/18 65/8 65/9
**legal [4]** 34/21 35/1 35/3 35/6
**less [1]** 62/20
**lessons [1]** 64/2
**let [6]** 25/9 49/10 49/20 74/6
86/17 88/1
**let's [7]** 12/19 47/21 52/18 52/19
54/8 82/16 88/14
**level [1]** 67/14
**liable [1]** 62/21
**license [4]** 62/24 63/2 63/20
63/25
**light [2]** 16/7 57/10
**lights [1]** 57/8
**like [125]**
**liken [1]** 38/1
**LINDSAY [2]** 2/6 90/3 90/12
**line [6]** 13/23 35/21 50/24 55/7
56/9 83/4
**lines [1]** 5/8 7/1 39/4 46/3 46/4
47/25 50/1 50/12 50/19 52/2 55/12
**linked [1]** 58/4

**links [1]** 32/16
**link's [1]** 58/7
**Linux [4]** 42/12 42/25
42/25 43/3 43/10 43/12 44/7 44/25
45/21 45/21 45/22 45/24
**list [4]** 20/5 40/16 65/20 84/13
**listed [2]** 29/5 38/3
**listened [1]** 29/21
**listener [16]** 20/24 21/18 22/22
23/12 47/24 48/10 80/17 83/9
83/16 83/21 83/25 84/5 84/10
84/12 84/20 84/22
**lists [2]** 32/16 81/11
**little [12]** 6/1 32/20 36/12 38/24
42/13 42/24 61/21 71/7 71/11 75/1
75/11 76/8
**live [1]** 67/25
**living [2]** 62/7 62/20
**located [2]** 43/10
**location [1]** 69/24
**log [6]** 19/12 19/20 19/23 21/7
26/16 43/2
**log-in [2]** 19/20 26/16
**logic [1]** 8/10
**long [3]** 63/14 63/15 64/1
**look [18]** 5/4 6/8 6/19 7/2 15/8
16/9 19/13 19/19 22/4 25/23 27/8
32/23 47/3 48/19 54/11 67/4 82/13
82/24
**looked [11]** 8/17 52/4 57/12 61/16
61/19 66/2 69/9 69/17 69/19 69/21
76/8
**looking [17]** 15/5 34/15 34/16
34/16 34/17 44/23 54/18 55/7
57/21 62/6 62/10 62/22 62/24 63/1
66/18 67/3 76/4
**looks [13]** 9/22 10/4 15/19 24/11
29/5 42/4 42/6 43/22 44/2 44/16
45/20 66/25 67/1
**loss [4]** 8/15 11/12 11/19 12/17
**lost [2]** 69/15 71/18
**lot [30]** 18/9 18/11 18/12 18/18
19/18 29/8 29/9 31/3 33/17 34/17
34/23 38/11 39/10 42/24 42/25
44/12 45/3 59/8 61/15 62/12 62/12
62/19 64/3 64/3 64/21 66/11 67/24
68/4 71/14 71/15
**LTE [1]** 66/2
**luggage [1]** 65/12
**lunch [5]** 49/16 88/13 88/14 88/18
89/2
**Lund [2]** 5/2 5/5
**luxury [1]** 61/6

**M**

**made [8]** 10/17 14/22 16/10 17/4
21/21 33/19 78/14 79/10
**Magazine [2]** 87/13 88/3
**magical [1]** 63/3
**magically [3]** 6/10 73/23 76/18
**main [2]** 59/15 60/2
**make [20]** 8/10 10/2 10/16 11/5
11/25 12/1 13/5 14/10 15/15 15/15
17/13 23/21 24/10 33/14 34/13
40/11 56/14 63/17 63/20 84/20
**makes [1]** 85/2
**making [5]** 5/17 7/25 9/4 9/9
15/11 23/10 79/9
**Malta [2]** 35/13 35/14
**manufacture [1]** 11/17
**manufactured [3]** 8/13 9/5 11/13
**manufacturer [2]** 67/12 68/21
**manufacturing [3]** 12/25 14/8
21/22
**many [8]** 24/24 27/1 33/1 40/2
56/13 66/13 68/7 71/3
**March [3]** 1/5 5/3 90/10
**March 2024 [1]** 5/3
**mark [1]** 20/4
**marked [5]** 4/25 20/3 20/20 47/14
75/17
**market [4]** 81/10 83/23 84/1 84/2
**marketplace [1]** 81/2

**M**

marking [1]   20/5
matter [7]   23/4 23/5 23/23 80/1
83/8 87/22 90/5
may [26]   6/5 12/6 12/12 13/7 14/5
17/3 17/20 25/21 26/2 26/3 33/25
48/3 48/5 48/16 49/1 53/8 53/11
53/12 54/6 55/17 66/5 66/7 75/22
84/12 87/7 88/20
May 2020 [2]   48/5 48/16
maybe [22]   7/1 9/25 13/23 15/12
19/17 23/4 23/7 28/14 28/14 28/18
31/2 31/9 34/13 48/7 56/13 61/16
68/3 70/14 72/8 80/7 85/2 86/18
Mazarin [1]   6/6
Mazars [4]   6/6 7/3 7/11 76/21
Mazars' [2]   9/11 73/6
me [75]   4/10 4/15 5/20 8/19 9/12
9/14 9/22 10/4 10/11 10/14 10/17
11/8 11/21 12/16 13/7 14/3 18/11
19/19 19/20 21/3 23/22 25/6 25/11
27/1 28/10 28/15 29/5 31/19 31/25
32/1 34/6 34/9 34/11 34/22 38/1
40/10 44/4 45/4 45/5 45/20 46/6
46/10 49/10 49/15 49/20 55/5 56/9
57/7 59/6 61/15 63/14 63/16 63/21
63/23 65/2 65/10 65/10 65/11
65/13 67/19 67/22 68/8 70/10
70/13 71/16 72/2 72/7 76/7 83/11
83/13 85/15 86/12 86/17 87/2 88/1
mean [12]   12/18 15/12 22/16 31/17
36/9 37/25 43/1 48/18 61/13 66/23
71/23 80/15
means [2]   40/15 41/12
meant [5]   27/25 55/15 55/17 55/19
55/22
media [4]   43/8 43/9 43/10 88/6
meetup [2]   36/7 36/8
meetups [8]   18/3 18/6 18/7 18/9
18/10 18/16 18/21 18/23
members [2]   25/20 30/10
memory [10]   22/4 22/13 71/5 71/14
71/16 71/17 71/21 71/24 72/2 72/8
mental [3]   56/12 62/5 63/15
mention [2]   35/4 56/20
mentioned [8]   14/19 20/12 29/9
37/15 38/14 55/4 58/12 67/9
mentioning [1]   35/5
mentions [2]   35/12 57/17
Mercedes [4]   77/14 77/16 77/18
77/25
merely [3]   16/21 47/23 78/23
message [9]   6/23 8/5 8/11 8/24
9/7 14/17 30/11 31/2 31/9
messages [6]   7/24 9/7 30/18 30/22
30/24 76/21
met [1]   18/24
MICHAEL [2]   2/2 4/15
middle [3]   39/14 57/1 68/6
midst [1]   49/17
might [15]   13/8 15/12 16/4 27/14
27/17 33/4 46/18 54/8 56/2 63/11
63/11 63/12 72/6 83/24 87/24
mind [3]   10/8 36/9 87/20
minimize [2]   27/18 35/1
minutes [3]   27/21 39/15 52/19
Miracles [1]   45/7
mischaracterizes [1]   69/11
misrepresented [1]   15/21
missing [2]   9/25 13/24
mistake [4]   11/5 14/7 14/22 16/11
mistaken [4]   8/4 22/2 38/5 64/14
mistranslations [1]   40/1
mixed [1]   55/5
mixer [2]   27/23 31/6
mobile [1]   66/2
modem [2]   66/25 69/20
modify [1]   88/1
molehill [1]   85/3
money [23]   6/10 8/7 22/20 29/3
32/3 32/4 32/6 34/11 34/13 34/17

34/20 59/8 59/9 60/20 61/15 63/8
66/12 68/11 68/23 68/23 70/1
73/24 76/18
moniker [1]   30/7
months [3]   19/15 62/20 62/21
Moon [2]   35/13 62/4
more [18]   6/1 10/8 18/11 18/15
19/14 31/15 31/15 34/20 40/13
42/13 42/13 49/7 59/25 60/1 62/17
63/7 63/13 63/15
morning [9]   1/7 4/6 4/9 4/12 4/13
4/16 4/18 18/2 52/18
Moscow [1]   65/4
MOSS [1]   1/9
most [5]   46/7 55/24 59/15 61/24
72/8
mostly [1]   67/25
mountain [1]   85/2
mounting [1]   43/4
move [6]   24/3 25/25 43/16 55/11
82/14 84/2
moved [1]   62/15
moves [1]   75/17
movies [1]   46/6
moving [4]   29/7 62/10 62/16 68/17
Mr [7]   3/4 9/13 28/3 68/20 78/25
82/5 82/6
Mr Sterlingov [1]   68/20
Mr. [136]
Mr. Brown [9]   12/21 16/11 16/23
47/16 54/5 54/10 79/6 83/1 83/20
Mr. Ekeland [11]   13/12 17/20
22/14 24/6 37/17 48/11 53/8 56/24
79/21 84/16 85/19
Mr. Fischbach [18]   6/13 7/13 7/18
8/1 10/21 11/23 13/9 13/11 13/13
13/15 13/20 14/1 14/9 14/18 15/24
16/5 17/5 66/3
Mr. Fischbach's [3]   7/15 13/14
13/14
Mr. Hassard [39]   6/20 7/5 20/2
20/7 25/18 27/3 29/17 32/9 32/19
33/24 35/15 35/20 35/23 38/16
38/25 40/18 41/23 42/15 43/24
44/21 45/11 45/17 53/15 57/20
58/9 65/17 65/19 65/23 68/9 68/23
73/2 74/12 74/25 75/7 75/11 76/11
77/11 77/24 78/3
Mr. Michael [1]   4/15
Mr. Sterlingov [38]   5/16 6/25
7/24 8/5 8/6 8/11 9/8 10/5 12/12
15/13 17/25 20/11 22/19 23/2
24/20 25/7 26/5 27/8 28/5 29/18
32/21 40/20 41/25 46/24 48/13
50/1 54/20 55/14 55/22 66/9 68/24
70/5 71/3 72/21 73/17 76/2 76/15
78/16
Mr. Sterlingov's [16]   5/22 6/7
6/15 6/17 7/4 7/12 9/20 12/7
14/24 16/15 17/3 70/10 82/20
85/23 86/19 86/23
Mr. Townsend's [1]   30/21
Ms. [7]   6/6 7/3 7/11 9/11 20/5
73/6 76/21
Ms. Mazars [4]   6/6 7/3 7/11 76/21
Ms. Mazars' [2]   9/11 73/6
Ms. Walker [1]   20/5
much [9]   29/16 34/21 44/18 52/1
59/22 64/25 67/4 67/6 87/4
multiple [2]   21/13 77/6
music [1]   46/7
must [1]   13/2
my [112]
Mycelium [13]   58/10 58/13 58/14
58/18 58/20 58/25 59/7 59/11
59/20 60/8 60/21 62/14 63/4
myself [1]   64/19

**N**

N.W [1]   1/16
name [12]   4/5 41/21 42/7 44/6
44/9 44/11 44/13 51/23 70/2 70/3

70/3 81/7
70/7 81/11
necessarily [3]   11/5 80/1 81/18
necessary [3]   9/1 10/16 13/8
need [20]   9/17 10/15 11/7 15/16
15/24 16/4 21/15 23/20 23/24
34/15 35/7 35/7 35/8 43/2 43/3
49/2 56/10 56/10 69/3 72/15
needed [3]   25/6 31/19 41/14
needs [1]   10/14
network [8]   50/2 50/7 50/13 50/16
51/13 51/17 51/22 52/12
never [15]   10/10 31/4 31/5 32/2
33/16 33/19 34/14 38/6 40/3 51/1
51/4 70/7 71/21 74/5 77/7
new [2]   1/20 41/15
news [5]   68/4 78/17 81/19 81/20
83/22
newspaper [1]   83/16
next [3]   1/23 59/18 60/4
nice [2]   67/4 88/18
night [1]   17/11
no [42]   1/4 5/23 7/23 8/3 9/19
10/21 14/7 14/11 15/17 15/17
15/17 15/18 16/6 16/12 17/1 21/13
21/25 22/19 27/14 29/21 37/2 37/8
48/4 48/8 51/1 51/5 53/1 70/7
75/20 76/10 77/17 79/19 80/16
80/18 80/21 82/1 82/2 83/3 84/18
86/24 87/12 87/15
nobody [2]   13/4 32/4
nodding [3]   77/9 85/19 88/25
nonresponsive [1]   56/21
Nos [1]   75/23
not [147]
note [1]   16/16
notes [4]   39/25 55/3 55/4 56/19
nothing [5]   37/3 45/10 52/25
66/23 66/23
notice [7]   69/21 79/2 80/7 80/8
81/17 82/16 82/23
notified [2]   16/17 16/21
now [33]   6/12 6/24 14/19 16/7
19/1 20/6 24/3 26/5 27/3 40/18
46/19 47/4 49/16 52/18 55/17 56/5
56/19 61/16 61/25 63/6 71/4 72/16
74/4 74/6 76/23 82/13 83/11 83/12
85/8 85/9 85/15 86/13 88/14
nowadays [2]   59/23 59/24
number [9]   12/23 34/6 37/12 66/1
70/9 70/15 78/6 78/6 79/7
numeral [1]   40/7
NW [3]   1/14 1/20 2/8
NY [1]   2/4

**O**

object [2]   78/10 87/17
objected [1]   7/14
objection [24]   6/4 7/15 8/23
10/21 13/11 13/22 14/1 20/22
20/23 24/18 25/12 27/24 28/22
37/17 46/20 47/17 49/23 50/8
69/11 73/11 73/19 75/19 75/20
78/6
obtained [2]   48/25 49/1
obviously [7]   7/12 10/5 16/6 49/6
73/13 80/19 81/13
occupations [1]   81/13
off [8]   10/12 39/14 63/4 67/1
80/15 83/24 84/3 84/6
offer [3]   12/10 20/20 47/14
offered [6]   10/14 16/1 47/23 80/1
80/2 87/21
offering [7]   12/11 22/25 23/1
23/3 23/22 48/24 80/23
official [7]   2/7 79/23 80/3 80/4
80/21 90/3 90/13
Oh [2]   53/23 77/4
okay [19]   5/25 16/23 24/5 24/16
48/23 49/21 52/18 53/6 53/10
54/16 57/3 61/16 70/11 70/18
72/19 77/10 84/16 88/4 88/7

**O**

old [2]  11/25 28/12
older [2]  11/24 11/25
Omedetou [2]  37/18 37/21
Omedetou's [1]  37/11
once [1]  78/17
one [45]  4/19 13/18 15/18 15/21
16/12 19/6 24/25 25/1 26/8 27/11
29/3 29/7 32/17 33/6 33/15 34/6
36/15 37/15 38/10 39/17 44/19
46/5 50/22 57/17 58/15 60/2 60/8
60/9 60/9 65/10 67/6 67/18 67/21
69/14 70/21 71/13 71/22 72/9
72/11 72/23 77/22 81/15 83/7
84/14 85/25
ones [3]  26/19 40/3 81/9
onion [7]  50/25 51/1 51/3 51/3
51/4 51/4 51/24
online [2]  25/4 83/16
only [12]  10/6 15/16 15/24 16/10
22/5 24/9 30/2 35/6 61/10 61/22
71/13 84/24
open [2]  51/6 58/7
operating [2]  40/9 78/18
operation [1]  81/14
operator [3]  33/12 80/12 87/24
opportunity [1]  34/14
opposite [2]  43/20 43/23
order [2]  39/9 40/11
ordinary [1]  32/3
original [1]  28/16
other [27]  13/10 18/13 18/18 20/1
21/6 23/9 29/8 30/10 31/21 31/22
35/12 37/4 38/25 39/3 41/7 58/2
58/21 58/22 61/6 66/13 81/2 81/9
81/11 81/15 81/17 86/7 87/17
otherwise [2]  49/5 86/9
our [6]  11/6 14/6 17/2 22/24
49/13 52/18
out [42]  7/9 7/10 11/2 12/4 12/16
13/3 13/5 13/21 14/3 14/18 14/25
15/18 17/7 27/10 27/12 27/14
27/15 31/17 34/12 41/14 45/4
49/17 52/23 56/10 57/14 62/11
62/15 62/16 64/2 70/8 71/24 76/13
79/13 79/15 79/18 80/12 81/16
83/9 83/14 84/25 85/2 88/19
outlet [1]  68/4
outside [3]  8/1 13/3 86/8
over [7]  6/4 18/21 18/25 36/9
45/4 71/14 72/18
Overruled [1]  73/20
own [5]  14/20 26/6 26/7 67/18
82/24
owned [1]  70/7
owner [2]  5/6 26/13
owners [1]  18/14

**P**

p.m [3]  5/3 88/19 89/4
page [23]  1/23 6/19 6/20 7/2 7/9
8/9 11/16 12/8 13/15 20/9 20/9
25/3 32/19 35/21 36/14 38/19 51/6
54/18 56/19 57/2 57/20 75/9 75/12
paid [1]  46/11
panel [1]  24/22
paragraph [5]  25/8 32/21 33/23
35/25 36/18
part [6]  11/1 11/17 15/18 26/16
45/25 79/3
participated [1]  87/11
particular [11]  8/24 13/23 21/5
27/16 35/11 79/17 81/12 83/4
84/14 84/19 84/21
parties [2]  16/19 21/13
pass [1]  88/12
password [7]  22/24 22/25 59/3
59/4 59/10 59/11 59/18
passwords [4]  19/24 20/1 21/6
23/24
past [2]  52/19 71/10

paste [1]  42/24
pattern [2]  83/24 83/25
pause [2]  52/6 83/6
pay [6]  34/21 46/11 61/23 62/12
62/15 68/4
payment [2]  26/24 29/7 29/12
pays [1]  34/20
PC [1]  41/2
Pearl [1]  38/14
PEARLMAN [2]  1/18 4/11
PELKER [2]  1/13 4/11
Pennsylvania [1]  1/14
penny [1]  84/2
people [29]  18/6 18/9 18/11 18/14
18/16 18/21 18/23 18/24 19/16
19/18 21/4 30/3 31/4 31/9 31/16
31/18 31/22 33/14 36/8 38/12
56/13 64/25 65/1 67/17 67/24
67/25 71/15 76/6 83/9
people's [4]  20/1 23/9 23/23
31/21
percent [1]  44/2
perfect [4]  39/1 40/11 83/11
83/13
perfectly [1]  22/3
perhaps [2]  16/14 16/17
period [4]  45/4 63/17 78/2 78/2
periods [1]  68/3
permissible [1]  86/3
person [7]  18/18 34/20 38/1 83/10
83/25 84/3 84/6
personal [5]  28/22 78/11 79/18
79/19 87/16
personally [1]  63/21
persons [1]  81/12
perspective [2]  10/6 15/19
phone [16]  11/15 39/11 39/12
58/14 58/20 59/10 59/11 59/22
59/23 59/24 60/1 60/12 60/15 71/7
78/12 86/3
phones [4]  60/2 60/3 60/8 60/9
photography [1]  71/15
photos [4]  6/10 73/24 76/18 78/1
PHP [1]  38/4
phrase [1]  51/10
physically [1]  69/18
Pi [6]  45/23 45/24 67/9 67/10
67/14 69/14
pick [2]  21/1 47/21
pickup [1]  7/1
picture [5]  73/23 74/7 74/7 76/17
76/22
pictures [3]  56/14 75/14 75/15
piece [4]  15/21 39/8 67/22 71/7
pieces [1]  71/9
pilot's [4]  62/24 63/1 63/19
63/24
pin [1]  59/10
Pis [4]  67/2 67/13 67/13 67/19
place [1]  13/18
places [1]  39/11
Plaintiff [2]  1/4 1/13
planning [1]  64/8
plastic [1]  71/10
play [2]  44/11 44/12
please [6]  4/4 7/5 48/3 52/7
52/20 88/16
PLLC [1]  2/3
podcast [1]  68/6
podcasts [3]  56/12 68/5 68/5
podium [1]  4/4
point [33]  5/24 9/15 10/16 12/1
13/10 14/6 15/10 16/12 16/13
16/24 17/4 20/19 23/6 23/10 26/8
32/25 33/1 34/12 35/9 41/21 47/13
50/6 50/18 52/17 52/17 63/12
65/12 69/25 75/16 79/9 79/12
84/20 84/25
pointed [2]  14/3 23/25
points [1]  15/15
popular [1]  67/17
portion [2]  55/8 76/13

position [2]  5/13 17/2
possession [1]  44/12
possible [3]  7/6 33/4 34/22
post [1]  38/2
posting [2]  83/17 83/17
posts [1]  37/11
pouch [5]  71/11 71/11 71/19 71/20
72/3
power [2]  14/24 15/6
powerful [1]  67/16
practical [1]  59/25
practice [3]  79/1 82/9 82/21
prep [1]  48/8
presence [1]  8/1
present [3]  4/14 17/2 25/16
presented [2]  14/12 74/8
presenting [1]  11/18
press [36]  78/4 78/21 78/24 79/3
79/4 79/7 79/14 79/18 80/4 80/17
80/19 81/1 81/14 81/18 82/2 82/3
82/7 82/11 82/16 82/19 82/24
84/13 84/14 85/9 85/17 85/22 86/1
86/5 86/7 86/19 86/20 86/22 86/25
87/2 87/13 87/19
pretty [1]  44/18
previous [1]  29/21
previously [3]  17/22 70/11 77/8
price [5]  61/11 61/13 61/13 61/14
63/11
primary [2]  59/20 59/21
prior [6]  21/20 21/24 22/5 22/17
23/20 73/12
privacy [1]  52/11 52/14
private [3]  30/11 30/18 30/22
probably [11]  40/22 42/5 42/22
42/23 45/1 45/2 45/4 49/16 50/5
55/9 64/24
problem [5]  11/21 14/5 41/11
41/16 67/24
problematic [1]  49/7
problems [7]  39/9 39/15 39/18
56/8 66/12 66/19 67/20
proceed [2]  26/2 53/11
proceedings [3]  1/7 49/11 90/5
process [1]  11/18
produced [2]  21/7 81/19
product [1]  12/25
professors [1]  18/13
proffer [4]  7/25 9/3 9/9 11/6
proficient [3]  36/23 37/7 37/22
programming [10]  18/8 36/22 36/25
37/3 37/13 37/16 37/24 38/2 38/3
38/7
project [13]  22/11 25/6 26/10
26/11 26/11 26/12 26/15 31/6 32/7
37/8 38/13 38/13 46/13
projects [9]  18/17 18/19 18/20
19/6 24/24 26/19 27/2 31/18 38/6
proposed [1]  17/13
proposes [1]  80/14
prosecution [1]  85/6
protect [2]  52/11 60/11
protected [4]  59/3 59/4 59/18
59/25
provider [1]  41/6
public [5]  33/14 81/2 81/4 81/12
81/17
public's [1]  80/10
publication [2]  85/5 87/23
publish [2]  74/14 77/13
published [6]  8/4 68/16 74/19
74/22 75/22 77/8
publishing [4]  74/18 74/20 78/7
85/8
pull [2]  6/20 84/13
purchase [1]  69/9
purchased [1]  69/20
purpose [3]  69/23 72/1 80/16
purposes [1]  14/8
put [29]  4/20 5/12 6/4 13/18 16/5
20/2 27/3 28/3 32/9 32/17 34/8
35/16 38/18 40/19 41/23 42/15

**P**

put... [13]  44/22 45/12 45/17
49/13 53/15 65/17 66/20 68/9
71/17 71/19 73/2 75/7 82/16
puts [2]  16/16 24/11
putting [2]  16/20 71/12
Putty [6]  42/6 42/7 42/8 42/10
42/11 42/13
Python [1]  38/14

**Q**

qualms [1]  32/8
quarantine [1]  64/19
question [26]  5/5 10/7 10/8 16/10
30/20 32/7 49/4 56/22 59/17 59/18
60/5 60/23 69/3 69/4 69/5 69/13
69/15 78/10 80/5 80/18 81/17
83/21 84/24 85/25 87/4 87/20
questioning [2]  13/23 55/12
questions [5]  5/21 26/10 55/13
65/24 73/13
quick [1]  54/11
quickly [2]  49/12 72/11
quite [3]  17/12 34/11 38/11
quotations [1]  81/11
quote [6]  6/21 34/7 34/22 35/9
35/11 37/23
quotes [2]  32/16 34/23

**R**

raise [2]  4/17 84/20
raised [1]  8/23
raising [1]  5/15
ran [2]  13/17 87/13
RANDOLPH [1]  1/9
Raspberry [10]  45/23 45/24 67/2
67/9 67/10 67/13 67/13 67/14
67/18 69/14
rather [4]  9/1 28/8 69/20 85/2
reach [2]  85/14 85/16
read [30]  20/17 24/11 24/14 25/8
33/4 34/1 36/1 37/10 38/9 39/2
46/12 46/18 46/25 47/24 48/5
48/13 49/6 56/1 56/5 57/24 58/5
72/24 72/25 73/17 76/15 78/17
79/22 80/15 82/3 86/10
reader [6]  14/24 15/14 72/17
72/23 72/25 73/7
reading [4]  25/7 55/17 55/18
73/22
ready [4]  17/16 17/25 53/4 53/9
real [3]  38/7 49/12 67/24
realize [4]  33/15 63/10 69/2
74/17
really [20]  10/11 22/21 31/6
39/11 39/15 46/7 50/15 50/16 52/4
55/6 61/20 64/1 64/19 65/2 67/16
67/17 71/17 72/3 77/22 82/1
reason [15]  12/13 13/19 14/11
15/4 15/16 15/24 17/5 19/12 19/25
25/22 27/19 27/20 28/15 41/18
66/25
reasonably [1]  82/18
reasons [3]  16/11 60/2 67/21
rebuttal [5]  15/25 16/16 16/18
16/20 17/8
recall [42]  6/5 7/20 8/1 11/7
11/22 17/5 18/3 19/2 19/8 19/9
24/9 26/5 26/7 26/8 26/25 29/18
29/23 30/17 30/21 32/10 34/1
35/25 37/10 37/15 37/21 39/1
40/20 50/4 54/20 54/21 55/22
55/24 58/10 61/3 73/3 73/6 73/9
76/25 77/2 81/17 82/7 82/8
recalls [1]  24/8
receive [1]  30/19
received [3]  31/5 31/5 72/14
recent [1]  67/8
Recess [2]  53/3 89/4
recognize [17]  20/11 28/5 28/8
28/9 28/23 40/21 40/21 41/25 42/1

42/17 44/15 45/13 47/5 68/20 75/2
86/20 87/9
recollection [18]  21/11 22/1
23/21 24/7 24/7 24/10 24/12 25/9
25/14 25/16 25/23 25/24 25/25
27/25 41/8 55/15 55/19 73/15
recommended [1]  76/5
record [16]  4/5 4/21 5/12 5/24
8/2 15/23 24/11 24/14 34/1 37/10
37/18 70/15 70/16 80/21 82/17
90/5
redacted [4]  35/19 54/6 54/8
54/13
reference [4]  57/1 57/21 81/22
81/23
referenced [1]  47/19
referencing [1]  47/7
refers [2]  40/10 81/10
reflecting [1]  21/8
refresh [6]  23/21 24/4 24/6 24/10
25/22 41/8
refreshed [1]  24/12
refreshes [2]  25/9 25/24
refreshing [1]  25/14
refutes [1]  10/6
regarding [1]  20/13
regards [1]  7/13
registrant [3]  5/8 5/9 5/14
registrar [1]  4/22
regular [3]  36/13 80/4 82/21
regularly [1]  79/4
regulated [3]  36/11 36/12 36/13
regulation [5]  36/5 36/8 36/15
64/20 65/2
regulators [1]  35/22
reinstall [3]  39/20 40/10 40/17
reinstalled [1]  40/9
related [6]  8/24 18/7 30/3 31/10
56/8 85/18
relating [1]  86/23
relation [9]  4/21 4/24 6/3 6/14
7/15 16/19 22/17 79/11 82/20
relatively [1]  34/7
release [27]  78/5 78/22 78/24
79/3 79/8 79/15 79/18 80/5 80/17
80/19 81/1 81/14 81/18 81/22 82/2
82/3 82/7 82/11 82/16 82/24 85/9
85/17 85/23 86/1 86/19 86/23
87/13
released [1]  85/17
releases [4]  79/5 82/20 84/13
84/15
relevance [2]  78/10 80/9
relevant [8]  16/8 23/5 78/14
78/16 79/8 79/19 80/10 83/22
reliable [1]  81/6
relied [1]  81/12
rely [1]  81/3
remaining [1]  34/9
remember [19]  16/1 19/10 19/14
19/19 25/1 26/23 29/6 29/16 30/24
30/25 31/1 33/2 34/24 37/23 56/2
56/4 64/13 67/6 72/12
remind [7]  29/25 32/13 52/20
50/16 58/18 61/5 88/15
reminds [1]  25/11
remote [4]  41/1 43/21 44/7 56/18
rental [1]  78/2
rented [2]  77/21 77/22
repeat [1]  30/20
reporter [5]  2/6 2/7 70/19 90/3
90/13
representation [2]  20/16 20/18
represented [1]  7/3 7/14 13/16
reputation [2]  31/14 31/15
request [1]  32/3
required [1]  25/3
requires [1]  8/16
resale [2]  61/19 61/20
research [2]  52/21 88/17
researched [1]  63/19
researching [4]  34/24 34/24 62/11

64/1
respect [3]  52/21 56/11 81/21 21/19 22/3
22/9 85/6
respond [2]  12/22 60/22
response [1]  16/24
result [2]  33/20 87/24
revelation [1]  13/14
review [2]  13/20 17/14
reviewed [1]  13/3
revisit [1]  12/14
right [35]  7/7 9/22 9/23 15/12
19/24 20/6 25/8 25/17 31/8 32/20
33/14 33/24 35/23 38/24 39/1
46/19 47/3 47/21 52/24 53/2 53/8
54/10 54/19 71/4 73/22 74/9 75/19
82/13 85/1 85/19 87/11 88/11
88/13 88/21 89/2
risks [1]  27/18
robbing [1]  27/18
robust [1]  63/13
ROMAN [6]  1/6 3/3 4/3 4/14 17/22
40/7
room [3]  2/8 65/11 65/13
router [6]  46/16 52/4 57/15 66/2
69/17 69/20
routers [1]  52/1
RPR [1]  90/12
rule [4]  16/19 17/6 23/25 81/1
Rules [1]  83/5
runs [1]  55/7
Russia [5]  29/10 64/18 65/1 65/3
66/13
Russian [2]  28/16 39/25

**S**

Sacramento [1]  64/14
safety [1]  60/12
said [18]  4/21 5/17 7/18 15/12
15/19 27/16 27/20 27/20 30/17
31/4 33/7 47/18 53/17 66/18 72/12
73/9 82/9 83/23
same [20]  5/10 19/16 29/15 31/10
36/25 38/4 41/18 41/20 44/18
46/13 50/22 56/2 76/20 76/20
76/22 77/25 78/1 87/20 88/3 88/6
save [1]  62/12
saved [2]  19/12 42/6
saves [1]  40/24
saving [1]  20/1
savings [1]  59/1
saw [5]  28/10 44/16 63/3 83/10
83/18
say [13]  8/3 8/10 15/20 16/5
17/10 22/23 31/24 61/13 64/10
67/21 82/6 86/18 88/2
saying [12]  8/17 9/20 10/10 10/12
15/4 29/2 32/5 37/21 39/19 51/2
56/3 78/15
says [19]  5/3 5/4 5/7 5/9 6/9
15/14 15/17 16/14 21/3 22/24
28/17 35/22 36/18 40/14 41/3 45/7
57/21 57/22 69/21
Scholl [2]  82/5 82/6
Scholl's [1]  78/25
school [4]  64/5 64/6 64/8 64/11
screen [9]  4/20 6/5 6/6 7/11 11/3
13/17 13/18 74/15 78/8
screens [1]  72/24
screenshot [5]  11/3 11/14 11/14
11/17 59/6
script [1]  42/21
scroll [10]  20/8 20/9 32/20 33/22
38/24 45/9 46/5 48/3 65/19 74/25
seated [1]  88/20
second [6]  6/1 6/9 47/21 73/17
76/16 83/6
secret [1]  79/4
secure [3]  50/13 52/15 60/7
security [3]  50/17 50/18 50/19
see [46]  5/1 5/6 6/22 7/7 8/7
11/21 12/19 13/22 14/15 14/19
16/9 16/15 17/7 19/23 31/24 32/21

**S**

see... **[30]**  33/12 35/25 36/18
39/5 39/19 40/13 40/14 41/3 45/5
45/6 46/5 49/10 52/22 53/2 54/22
54/23 57/1 57/22 59/13 59/22
69/22 71/23 75/8 76/23 77/7 80/8
85/19 86/15 88/18 89/2
seeing **[5]**  42/1 42/19 75/14 77/1
77/2
seem **[2]**  31/25 81/17
seems **[8]**  28/12 29/3 29/4 32/2
34/22 35/3 35/5 43/4
seen **[7]**  16/3 19/9 28/9 43/23
52/2 84/14 86/11
seized **[5]**  6/17 43/13 58/15 65/15
65/20
selectively **[2]**  8/13 9/6
sell **[2]**  32/1 61/7
selling **[1]**  61/6
send **[1]**  29/14
sending **[2]**  30/21 30/24
sense **[3]**  8/12 8/13 13/8
sent **[3]**  28/15 30/17 31/2
separate **[1]**  40/5
separated **[1]**  13/2
sequence **[1]**  49/19
series **[1]**  76/20
server **[1]**  40/14
servers **[11]**  19/22 19/22 24/25
24/25 25/1 25/2 25/10 26/6 26/7
33/8 33/8
service **[7]**  5/7 41/15 46/9 46/25
51/19 51/21 52/2
services **[1]**  33/3 51/10 51/12
51/16 52/11
set **[1]**  35/13
setting **[1]**  58/3
settings **[6]**  19/20 19/21 19/22
24/22 40/23 43/2
setup **[1]**  57/16
several **[6]**  29/6 60/2 60/3 60/9
66/20 84/14
share **[1]**  31/11
shared **[2]**  31/13 31/20
sharing **[1]**  32/8
she **[6]**  24/10 37/12 37/15 37/23
73/7 73/9
SHERRY **[3]**  2/6 90/3 90/12
short **[2]**  42/21 68/3
shortly **[1]**  51/3
should **[9]**  12/16 16/14 17/10
24/10 28/8 34/12 36/11 36/12 86/6
shouldn't **[2]**  36/10 74/22
show **[13]**  8/18 9/1 9/4 10/1 10/1
13/19 15/23 23/1 46/6 70/22 70/23
75/12 85/5
showed **[5]**  8/19 11/21 28/10 48/7
75/13
showing **[3]**  6/22 12/2 69/18
shown **[3]**  5/13 59/5 70/11
shows **[8]**  15/14 15/14 42/3 44/25
45/14 45/19 48/25 80/15
shut **[2]**  31/8 78/20
shutdown **[1]**  79/11
shutting **[1]**  84/21
side **[1]**  16/7
signed **[2]**  64/4 64/6
significant **[1]**  27/19
SIM **[5]**  66/15 66/20 70/1 71/8
71/14
similar **[9]**  18/10 18/24 38/7
38/12 39/3 42/4 45/15 67/3 75/15
simply **[8]**  12/2 14/6 23/9 79/11
79/22 82/15 82/24 87/22
site **[4]**  50/25 51/1 51/4 51/4
sites **[2]**  51/3 51/3
sitting **[3]**  49/9 59/9 72/4
situation **[3]**  60/10 60/11 62/11
six **[1]**  19/15
slowly **[2]**  20/8 65/19
small **[3]**  66/16 67/15 71/9

smart **[9]**  51/8 51/8 57/7 57/8
57/9 57/20 58/5 58/10 58/11 64/18
so **[106]**
SOCKS **[1]**  57/17
software **[14]**  13/1 13/17 14/1
14/22 39/8 40/23 40/24 42/5 42/6
42/7 56/14 56/14 56/18 58/1
sold **[2]**  27/12 62/13
solution **[1]**  57/14
solutions **[2]**  39/17 57/12
solve **[4]**  66/19 67/20 67/24 86/18
solves **[2]**  41/11 41/16
some **[72]**  4/17 8/12 8/21 8/25
9/25 10/7 10/8 12/12 13/7 13/8
18/23 18/24 19/12 19/12 19/17
19/17 19/21 19/22 19/24 23/7
23/19 23/25 25/22 26/10 26/13
26/19 29/10 31/23 32/1 32/25 33/1
33/5 33/20 34/21 35/9 36/24 38/11
39/16 40/23 40/23 42/22 42/23
44/25 45/1 45/2 45/6 46/10 46/11
49/4 50/6 50/18 51/3 56/2 58/22
64/2 65/9 65/12 65/24 65/24 66/16
66/16 67/18 68/5 71/5 71/5 72/6
72/7 81/17 84/9 84/11 85/5 87/23
somebody **[17]**  7/8 8/8 23/8 28/15
28/15 29/14 31/19 31/25 37/4 38/8
72/12 76/4 78/17 78/18 78/19
80/11 80/13
somehow **[1]**  84/25
someone **[6]**  9/6 21/16 65/9 83/12
83/18 83/24
something **[40]**  6/2 9/25 10/12
11/4 15/5 15/11 16/17 21/17 25/4
26/15 27/20 27/23 28/19 31/13
31/23 33/19 36/14 38/9 40/4 42/22
44/3 51/12 55/16 55/18 59/7 60/14
60/16 63/12 63/14 64/24 72/14
77/21 79/24 80/8 80/20 82/14 83/2
83/7 85/7 86/8
sometimes **[13]**  18/8 25/22 34/25
36/6 36/10 36/13 36/12 36/15 46/8
46/16 50/3 71/15 71/16
somewhere **[5]**  31/18 33/11 34/7
83/18 84/12
soon **[1]**  17/13
sorry **[12]**  7/17 9/21 36/25 38/25
48/20 53/21 54/2 55/11 60/4 64/10
81/16 83/20
sort **[7]**  6/8 8/21 12/1 19/8 26/19
77/20 81/24
sorts **[1]**  31/9
sound **[2]**  23/22 43/2
sounds **[1]**  17/3
source **[7]**  6/15 30/19 31/5 31/5
33/18 58/7 63/13
soviet **[1]**  29/10
Spain **[1]**  39/10
Spanish **[1]**  38/8
speak **[3]**  9/13 37/4 65/10
speaking **[1]**  32/15
speaks **[1]**  38/8
specialized **[1]**  8/21
specific **[2]**  33/17 72/8
specifically **[6]**  19/19 26/23 27/2
30/25 50/22 82/6
speeder **[3]**  39/5 39/7 39/8
spelled **[1]**  40/3
spend **[2]**  62/20 63/6
spending **[3]**  63/5 63/5 63/8
splurged **[1]**  61/21
sports **[1]**  68/1
SSH **[3]**  42/11 42/11 44/3
stable **[1]**  40/13
stand **[3]**  16/5 16/7 74/10
standard **[4]**  78/25 79/3 82/9
83/15
stands **[1]**  45/4
start **[5]**  23/17 23/18 24/8 50/6
63/1
started **[17]**  5/3 10/12 18/7 18/9
23/14 34/11 34/15 34/16 34/16

34/17 47/25 48/14 50/4 62/19
62/22 66/2 66/18
starting **[1]**  4/7
starts **[1]**  55/8
state **[1]**  4/4
statement **[3]**  22/7 22/17 23/20
statements **[10]**  5/18 14/20 21/12
21/21 21/21 21/23 21/24 22/3 22/5
22/6
STATES **[14]**  1/1 1/3 1/10 4/3
79/23 80/3 80/25 81/5 82/10 82/19
82/21 85/22 86/19 86/22
step **[1]**  60/9
steps **[4]**  29/5 29/6 60/7 63/24
STERLINGOV **[44]**  1/6 3/3 4/3 4/14
5/16 6/25 7/24 8/5 8/6 8/11 9/8
10/5 12/12 15/13 17/22 17/25
20/11 22/19 23/2 24/20 25/7 26/5
27/8 28/5 29/18 32/21 40/20 41/25
46/24 48/13 50/1 54/20 55/14
55/22 66/9 68/20 68/24 70/5 71/3
72/21 73/17 76/2 76/15 78/16
Sterlingov's **[16]**  5/22 6/7 6/15
6/17 7/4 7/12 9/20 12/7 14/24
16/15 17/3 70/10 82/20 85/23
86/19 86/23
still **[11]**  8/15 8/25 11/19 12/17
16/7 17/10 30/4 62/4 62/5 62/5
62/7
stipulate **[3]**  85/21 86/21 86/24
stipulating **[1]**  88/5
stipulation **[5]**  85/7 85/14 85/17
86/18 88/2
stock **[3]**  83/23 84/1 84/1
stop **[7]**  24/13 32/20 49/16 63/12
64/17 78/7 83/11
stopped **[1]**  64/18
stopping **[1]**  52/17
story **[1]**  21/22
stream **[2]**  55/5 67/25
Street **[2]**  1/16 2/3
streets **[1]**  68/1
stronger **[1]**  66/21
stuff **[5]**  61/8 63/22 64/3 64/3
78/20
subject **[1]**  49/23
substance **[1]**  21/16
subtasks **[1]**  40/16
such **[4]**  6/10 19/10 73/24 76/18
suddenly **[2]**  34/9 34/10
suggested **[1]**  16/12
suggestion **[1]**  16/24
suggestions **[1]**  7/1
Suite **[1]**  1/17
sum **[1]**  34/11
suppose **[2]**  11/22 15/23
supposed **[2]**  25/17 31/1
supposedly **[1]**  76/5
sure **[29]**  8/20 8/22 8/23 8/25
13/5 16/3 16/8 17/13 24/10 24/25
26/25 27/2 28/14 28/19 30/25 31/2
35/4 44/2 50/21 54/7 58/12 60/12
60/14 66/1 69/3 69/14 72/6 86/14
87/3
surprised **[2]**  5/6 82/8
surrebuttal **[1]**  16/4
suspended **[1]**  5/9
sustained **[5]**  7/14 24/18 28/1
46/22 49/23
Sweden **[12]**  34/19 34/20 40/5
41/10 43/14 62/7 62/10 62/13
62/20 62/21 66/14 66/14
switch **[1]**  57/9
switches **[4]**  51/8 57/8 58/2 58/3
sworn **[1]**  17/22
system **[12]**  29/7 29/11 29/13
29/15 40/9 43/10 43/12 45/21
45/24 45/25 48/1 57/7
systems **[1]**  29/8

**T**

table **[3]**  2/12 4/10 4/15

**T**

**tablet [3]**   13/2 14/24 72/23
**take [42]**   25/18 26/1 27/8 28/3
  29/17 32/23 35/15 38/16 40/18
  41/23 42/15 43/16 43/24 44/14
  44/21 45/11 45/17 46/1 47/3 49/13
  49/19 52/7 52/18 54/11 58/9 60/7
  63/24 65/23 68/11 68/23 70/4
  72/16 76/11 76/23 78/3 79/2 80/7
  80/8 82/15 82/23 85/10 88/14
**taken [2]**   53/3 89/4
**taking [1]**   80/13
**talk [11]**   10/2 13/20 29/8 29/19
  29/23 29/25 30/2 30/5 30/9 36/5
  37/24
**talked [2]**   26/13 37/12
**talking [25]**   8/22 9/14 26/9 30/10
  31/3 32/24 34/5 34/6 34/23 36/4
  39/5 39/22 48/19 54/22 54/23 55/1
  56/6 56/7 57/5 57/7 57/11 57/25
  58/6 74/1 86/15
**talks [2]**   35/5 35/6
**tasks [2]**   21/5 25/6
**tax [9]**   34/19 34/21 34/24 35/1
  62/11 62/12 62/13 62/15 62/21
**taxation [2]**   34/17 34/18
**taxes [3]**   34/20 35/2 35/3
**taxpayers' [1]**   81/7
**teaches [1]**   76/5
**team [2]**   18/19 41/2
**technical [3]**   55/4 63/22 67/24
**technically [1]**   51/19
**technology [3]**   57/10 63/22 67/22
**tell [8]**   9/14 21/3 49/15 60/18
  60/23 72/22 85/7 87/2
**telling [1]**   7/20 21/4
**terabyte [3]**   68/25 70/6 70/7
**term [1]**   63/15
**terminal [1]**   43/1
**terms [6]**   6/10 6/10 73/23 73/24
  76/18 76/18
**Tesla [2]**   61/10 61/23
**Teslas [1]**   61/19
**testified [9]**   6/6 7/11 7/21 14/19
  18/3 28/23 46/24 69/8 76/21
**testifies [1]**   25/16
**testify [22]**   7/13 7/18 7/20 7/22
  8/2 9/7 11/9 13/11 14/9 15/24
  21/10 22/4 22/12 25/24 56/3 78/20
  79/24 82/5 87/5 87/7 87/8 87/12
**testifying [10]**   7/15 8/16 27/9
  32/11 47/11 55/14 55/16 58/10
  78/22 78/23
**testimony [40]**   9/11 9/17 10/13
  10/15 11/20 12/7 14/13 15/13
  16/15 17/3 17/4 17/7 19/1 29/18
  29/20 29/21 29/23 30/14 30/21
  31/7 33/5 34/2 36/1 37/10 39/2
  47/8 47/19 48/6 48/8 51/2 61/3
  69/12 73/3 73/10 73/12 78/25
  81/22 82/9 83/4
**text [7]**   6/16 8/24 28/24 76/5
  76/15 76/17 76/20
**than [13]**   9/1 11/25 11/25 34/20
  46/15 48/6 49/7 52/1 57/16 62/20
  63/7 67/4 85/2
**thank [19]**   17/21 24/16 25/18 26/2
  27/5 29/17 33/23 35/23 38/15
  38/22 53/10 53/13 57/22 58/9
  68/12 68/23 70/18 88/9 89/1
**Thanks [1]**   49/21
**that [514]**
**their [34]**   4/5 11/17 14/22 19/19
  19/20 19/20 19/21 19/22 19/22
  24/22 24/22 24/23 24/23 24/24
  25/2 25/3 25/5 25/24 25/25 26/6
  26/7 26/15 26/17 26/20 26/24
  31/18 33/14 33/15 34/20 37/24
  64/25 68/2 71/16 79/3
**them [42]**   12/2 17/12 17/14 18/13
  18/18 19/15 19/17 19/18 20/14

25/1 26/9 26/21 27/17 29/9 31/21
46/10 46/11 48/18 60/9 66/16
66/16 66/20 67/15 67/18 70/23
70/25 71/5 71/5 71/13 71/18 71/19
71/25 71/25 72/7 72/8 72/22
**then [49]**   5/7 5/8 7/11 8/10 9/6
  12/13 13/21 14/18 16/2 16/4 17/14
  18/9 20/8 20/11 22/8 22/15 23/21
  24/2 24/9 24/10 25/25 26/12 29/18
  31/8 33/20 38/24 41/25 42/24 43/5
  43/8 43/18 44/1 44/9 45/2 47/24
  49/3 49/19 55/16 59/13 62/9 64/4
  65/3 65/13 65/14 72/16 75/6 76/13
  80/7 82/14
**there [130]**
**these [36]**   6/24 7/1 9/7 9/9 9/13
  12/18 18/6 18/16 21/4 21/11 22/21
  22/23 29/8 31/14 34/23 39/3 42/22
  42/24 43/11 45/3 45/5 45/8 45/22
  45/23 45/25 46/1 46/6 55/10 55/12
  66/17 67/14 71/5 71/9 71/12 74/3
  74/4
**they [98]**
**thing [17]**   10/5 29/15 33/6 33/15
  33/16 33/19 41/20 44/18 46/13
  50/25 52/5 56/10 61/10 61/22
  65/14 77/20 83/10
**things [16]**   16/7 19/25 21/5 24/6
  32/16 36/15 42/25 43/2 43/3 50/12
  50/23 51/8 55/24 67/1 71/19
**think [110]**
**thinking [1]**   34/11
**third [1]**   21/13
**Thirty [1]**   62/3
**this [361]**
**those [18]**   10/23 16/22 17/12
  19/25 28/16 30/24 38/11 39/10
  39/15 44/19 65/10 65/24 71/4 71/4
  72/5 72/15 72/16 78/1
**though [2]**   26/10 87/21
**thought [16]**   7/18 23/6 27/21 32/4
  34/8 36/10 36/11 36/12 36/16
  44/11 44/13 61/18 63/22 67/21
  83/11 83/25
**thousand [1]**   61/14
**three [3]**   29/5 38/5 45/5
**through [18]**   12/7 12/11 13/13
  14/20 20/9 34/1 40/12 51/25 55/7
  57/15 65/9 65/12 65/19 70/17
  70/20 74/25 76/8 85/6
**throw [1]**   71/25
**thus [1]**   82/2
**Tiger [3]**   40/25 41/1 44/17
**time [44]**   5/4 9/13 10/19 14/4
  17/14 19/16 20/19 27/13 27/15
  28/10 31/7 31/10 31/24 32/4 32/17
  40/8 41/12 43/1 45/4 47/13 49/12
  51/18 55/19 56/9 58/8 59/6 63/14
  63/17 64/1 64/20 65/3 68/3 74/5
  75/16 77/20 77/22 78/19 80/11
  83/11 83/13 85/18 86/3 88/6 88/13
**times [1]**   18/23
**timing [2]**   79/11 87/7
**today [6]**   12/7 12/19 15/8 15/13
  17/7 57/24
**told [4]**   11/2 65/10 65/13 86/15
**tomorrow [2]**   16/20 17/9
**too [1]**   54/24
**took [2]**   23/2 35/10 74/7
**tool [2]**   72/12 72/14
**top [2]**   20/8 48/3
**topic [1]**   36/6
**TOR [38]**   2/2 2/3 4/13 32/25 33/4
  33/11 33/18 41/19 41/21 46/3 46/3
  46/8 46/12 46/13 46/25 47/25
  48/14 48/16 49/2 49/8 50/1 50/6
  50/12 50/19 50/24 51/10 51/12
  51/14 51/16 51/16 51/19 51/20
  51/21 52/4 52/17 57/14 57/17 58/5
**touch [2]**   6/23 18/2
**Townsend [1]**   30/15

**Townsend's [1]**   30/21
**track [1]**   69/15
**trade [3]**   37/15 27/16 27/17
**trading [4]**   34/9 34/15 60/11 62/6
**traffic [1]**   66/16
**transactions [2]**   23/8 59/16
**transcript [5]**   1/9 4/25 5/2 13/16
  90/4
**transfer [1]**   29/3
**translation [1]**   39/25
**travel [2]**   62/16 64/21
**traveling [8]**   39/10 62/19 62/22
  66/10 66/12 71/3 71/20 72/4
**trial [2]**   1/9 14/8
**tried [6]**   6/12 6/13 34/21 39/8
  46/9 46/9
**true [3]**   83/3 83/12 90/4
**truth [9]**   22/5 22/25 23/4 23/5
  23/12 23/23 80/1 83/8 87/21
**try [7]**   10/14 24/3 33/1 33/2
  34/12 38/1 40/12
**trying [24]**   29/12 29/12 33/7 33/8
  33/13 35/2 39/18 40/10 40/17 45/5
  52/3 55/5 55/9 55/24 56/3 56/9
  57/18 62/4 62/5 68/5 69/23 69/24
  71/24 86/4
**tunnel [1]**   44/5 44/6 44/6 44/8
**turn [1]**   81/5
**turned [1]**   62/1
**turning [1]**   46/2
**twice [1]**   63/7
**Twitter [1]**   83/17
**two [12]**   19/17 24/6 37/2 38/4
  38/5 43/11 64/18 64/24 65/3 78/15
  79/25 82/19
**type [16]**   18/6 29/4 29/15 33/11
  40/24 41/17 42/5 42/23 42/25 43/2
  43/3 45/22 51/5 52/21 75/14 88/17
**typed [2]**   42/23 45/1
**types [3]**   50/12 58/2 81/2
**typical [3]**   24/24 26/18 29/7
**typically [1]**   19/10
**typing [1]**   41/16

**U**

**U.S [2]**   1/13 2/7
**UDP [3]**   39/5 39/7 39/8
**Ukraine [1]**   29/10
**unclear [1]**   47/19
**under [3]**   23/17 65/14 83/5
**understand [18]**   8/12 8/25 9/15
  9/15 9/16 9/23 9/23 9/24 10/10
  10/15 11/24 12/5 20/17 27/21
  27/22 33/20 38/1 71/23
**understanding [23]**   13/25 14/17
  28/7 29/1 32/24 34/4 36/3 39/7
  39/22 40/15 41/5 42/2 42/19 43/18
  44/1 44/23 45/13 45/19 48/12 55/1
  56/5 57/5 57/24
**Understood [2]**   24/14 50/10
**Union [2]**   64/22 64/23
**UNITED [14]**   1/1 1/3 1/10 4/2
  79/23 80/3 80/25 81/5 82/10 82/19
  82/21 85/22 86/18 86/22
**university [1]**   18/13
**unless [1]**   81/4
**unpack [1]**   72/4
**unprotected [1]**   59/14
**until [3]**   24/7 74/22 88/23
**up [48]**   4/20 6/5 6/20 7/5 8/23
  9/24 13/19 14/24 15/6 17/3 20/2
  21/1 22/4 27/3 28/4 32/9 35/13
  35/16 38/18 38/24 40/19 41/23
  42/16 44/22 45/12 45/18 46/18
  47/21 48/3 49/14 53/15 58/3 61/11
  64/4 64/6 65/17 65/25 66/22 68/9
  69/8 72/11 72/17 72/21 73/2 75/6
  75/7 82/13 84/13
**update [3]**   5/11 5/14 5/19
**updated [1]**   5/8
**upgraded [1]**   71/17

## U

**UPS [4]** 39/20 40/10 40/18 40/17
**URL [4]** 44/4 44/18 46/14 51/18
**URLs [2]** 33/10 33/11
**us [14]** 1/20 11/2 15/1 16/17 25/9
49/12 59/7 64/5 64/20 64/22 64/23
67/7 73/18 86/11
**USAO [1]** 1/16
**USB [2]** 70/10 71/6
**use [25]** 7/2 23/21 24/4 24/9 30/9
32/1 39/9 42/8 42/10 42/12 46/3
46/4 46/13 48/16 49/4 50/1 50/19
51/12 51/14 51/16 51/21 57/18
61/1 71/8 71/22
**used [17]** 14/2 25/22 29/9 31/21
44/6 46/8 48/18 48/21 48/22 49/8
50/14 50/22 50/23 60/19 67/13
80/16 87/18
**useful [2]** 26/20 33/12
**username [1]** 30/7
**using [16]** 32/25 41/9 41/10 41/19
46/25 47/25 48/14 49/2 50/6 50/24
56/11 58/5 58/22 59/15 59/21
69/23
**usually [5]** 18/12 19/25 31/14
42/23 66/14

## V

**vaccinating [1]** 64/25
**vaccines [1]** 64/24
**valuable [1]** 34/10
**value [5]** 9/16 59/6 61/15 61/19
63/9
**values [1]** 61/20
**various [3]** 18/14 19/16 32/16
**verify [1]** 5/9
**versa [1]** 37/6
**version [4]** 35/19 44/16 54/8
54/13
**versus [2]** 4/3 8/16
**very [14]** 18/20 28/12 34/10 34/19
52/13 52/15 63/17 63/20 63/20
66/16 66/24 67/8 67/23 77/19
**vice [1]** 37/6
**video [2]** 18/8 44/12
**videos [3]** 56/12 56/15 56/20
**view [3]** 80/17 84/7 84/7
**Viewer [1]** 41/2
**viewers [1]** 68/7
**viruses [1]** 60/14
**VNC [7]** 40/25 41/1 44/17 55/8
56/7 56/16 56/18
**VPN [1]** 62/4
**VPS [3]** 24/25 25/1 70/2
**vs [1]** 1/5

## W

**wait [3]** 59/18 60/4 74/16
**Walker [1]** 20/5
**walking [1]** 59/14
**Wall [1]** 2/3
**wallet [24]** 58/11 58/13 58/14
58/19 58/20 58/20 58/23 58/25
58/25 59/7 59/11 59/13 59/14
59/15 59/20 59/20 59/21 59/23
60/8 60/10 60/21 63/3 63/4 63/8
**wallets [1]** 59/24
**want [22]** 8/20 11/7 12/19 12/24
13/5 14/14 15/15 19/25 24/14
32/17 33/14 46/11 49/11 49/13
49/17 51/25 69/4 71/2 71/6 85/14
85/15 86/2
**wanted [17]** 4/17 5/12 5/16 5/23
11/22 15/6 25/6 26/15 27/15 27/17
40/6 40/12 41/13 60/1 62/16 63/12
70/21
**wants [1]** 70/23
**war [1]** 44/12
**was [245]**
**Washington [5]** 1/5 1/14 1/17 1/21
2/9

**wasn't [18]** 5/19 7/21 14/17 23/7
21/10 24/18 25/8 27/21 28/16 58/8
59/9 59/13 59/22 60/11 60/13
66/23 69/2 76/6
**watches [1]** 61/8
**watching [1]** 56/20
**way [26]** 7/23 8/3 8/18 9/25 13/1
15/21 16/9 22/19 29/3 34/22 35/1
35/3 35/3 38/25 39/19 41/20 42/14
42/23 43/3 51/7 52/5 64/17 67/24
76/7 86/18 87/18
**ways [1]** 34/21
**we [156]**
**website [15]** 26/20 27/23 51/6
58/4 58/6 61/6 66/18 68/21 69/8
69/17 69/19 69/21 81/5 82/25
87/13
**websites [2]** 19/20 81/2
**week [2]** 19/17 67/7
**weeks [3]** 64/18 64/24 65/3
**weird [1]** 64/19 65/2
**welcome [2]** 12/15 17/19
**well [26]** 11/1 13/16 16/18 17/15
19/23 20/25 21/15 22/12 22/16
23/13 26/24 28/20 30/19 31/23
33/16 34/6 42/22 46/12 58/3 59/25
62/16 63/14 64/9 66/13 67/5 86/17
**went [10]** 7/8 7/13 8/17 13/4
13/13 26/12 36/7 65/9 65/11 65/13
**were [50]** 4/17 5/17 6/16 9/7 15/6
16/3 18/6 18/9 18/11 18/13 18/14
18/14 18/15 18/16 18/16 18/18
18/19 18/19 19/18 21/21 26/16
26/19 27/9 27/10 27/12 29/19 30/11
31/18 36/8 37/21 41/9 47/7 47/11
51/1 51/2 64/8 64/21 64/23 66/9
68/24 69/18 70/5 70/5 70/11 75/23
76/21 78/3 81/19 81/19 83/15
**what [192]**
**what is [1]** 43/18
**whatever [6]** 8/20 10/3 14/10
35/12 51/25 79/25
**whatsoever [1]** 48/9
**when [42]** 6/12 7/13 9/8 11/14
13/17 15/5 22/23 25/15 28/9 28/10
34/23 34/24 34/24 39/19 48/20
48/22 48/25 50/1 50/4 50/13 51/2
52/12 53/9 55/13 55/15 55/22 59/6
61/11 61/13 64/8 65/7 65/15 68/24
69/9 69/20 70/5 71/8 74/5 78/3
79/5 79/14 79/18
**whenever [2]** 40/6 60/10
**where [36]** 6/8 6/20 19/12 25/4
27/10 29/11 31/20 33/8 35/21
36/18 37/12 37/23 41/3 41/11
54/22 54/23 55/4 55/18 57/22 58/2
58/4 58/24 60/11 64/6 64/10 64/13
65/5 66/20 68/1 68/1 69/4 69/15
71/17 74/3 74/4 74/17
**Whereupon [1]** 75/23
**wherever [1]** 56/9
**whether [20]** 16/10 17/8 21/20
24/8 24/12 25/10 26/5 55/14 59/17
78/21 78/23 80/5 80/24 83/2 83/2
83/3 83/12 85/1 85/6 87/21
**which [42]** 6/4 7/12 15/20 19/24
20/4 20/5 23/11 24/25 28/16 31/7
34/22 35/8 36/6 41/18 41/21 42/21
43/17 46/7 47/4 47/19 50/15 52/3
53/16 54/4 54/7 54/12 57/10 59/4
59/8 60/2 62/12 69/25 70/1 70/2
71/22 78/2 78/24 79/9 80/5 81/25
85/9 87/23
**while [1]** 61/21
**White [1]** 6/24
**who [15]** 4/14 11/24 11/25 16/1
16/1 16/21 29/14 37/4 67/17 67/18
67/25 83/10 84/6 84/12 87/24
**whoever [1]** 37/24
**whole [6]** 13/13 49/6 55/6 64/22
65/14 70/3
**Whose [1]** 77/18

**why [40]** 8/15 8/20 8/25 9/23 9/23
11/19 12/1 12/3 13/18 14/8 14/11 14/20
14/23 15/2 16/8 19/25 21/23 22/21
23/4 23/17 26/1 35/8 41/18 46/7
48/21 51/21 56/10 60/2 64/5 65/1
66/9 66/22 70/2 71/3 71/24 73/15
76/2 78/12 83/6 84/2 88/13
**will [27]** 9/4 12/11 12/13 14/6
15/23 17/6 17/7 17/12 17/14 20/4
22/4 24/3 24/3 24/13 45/25 46/17
49/14 49/16 52/20 52/22 53/2 80/7
80/8 85/3 87/6 88/18 89/2
**willing [1]** 85/16
**wire [1]** 71/7
**wired [5]** 39/16 87/8 87/10 87/13
88/3
**withdraw [2]** 12/23 14/6
**withdrawal [1]** 78/15
**withdrawn [1]** 14/15
**within [1]** 80/20
**without [5]** 13/11 23/18 25/7
37/18 85/8
**witness [22]** 16/1 16/2 17/8 25/15
28/23 30/15 48/8 49/15 52/7 70/25
74/10 79/14 79/17 85/1 85/3 85/7
85/8 85/12 87/5 87/16 87/17 88/12
**witness' [2]** 27/24 34/1
**witness's [2]** 25/23 69/12
**witnesses [7]** 3/2 16/18 16/21
16/22 17/8 79/10 87/17
**wonder [2]** 28/15 66/22
**wondering [4]** 6/9 21/19 73/23
76/17
**word [1]** 54/19
**words [1]** 40/5
**work [18]** 19/2 19/3 19/5 19/8
20/14 21/8 22/10 24/20 24/21
26/16 38/10 46/12 46/17 52/4
56/11 63/13 63/21 68/3
**worked [6]** 22/11 23/2 26/11 33/16
33/19 33/20
**working [15]** 17/11 18/16 18/19
18/19 19/16 23/14 29/13 31/18
39/17 47/25 55/8 56/7 57/16 62/4
88/23
**works [4]** 33/18 43/3 46/14 58/20
**world [4]** 83/3 83/10 83/18 84/12
**worry [1]** 71/21
**worth [3]** 49/10 63/7 63/7
**would [55]** 4/4 11/4 11/23 13/17
14/18 15/24 15/25 16/5 18/12
19/10 20/20 21/20 22/15 22/16
23/11 23/24 25/14 31/24 31/25
32/1 32/6 32/7 33/12 38/16 40/16
41/17 47/14 49/12 50/22 55/3
55/12 60/15 62/2 62/12 62/13
62/15 63/13 63/21 63/22 71/16
71/25 75/6 75/6 78/1 79/15 81/7
82/4 83/17 83/20 84/5 84/8 85/14
85/16 86/3 87/5
**wouldn't [6]** 21/23 33/16 60/12
60/13 68/7 82/8
**write [5]** 28/13 37/4 37/5 76/9
76/10
**writing [1]** 74/8
**written [3]** 6/24 39/24 48/3
**wrong [1]** 79/25
**wrote [4]** 28/14 55/15 55/23 74/5

## Y

**yeah [11]** 18/25 37/19 37/23 42/9
43/9 44/16 49/20 50/23 61/21
68/12 76/4
**year [2]** 61/25 62/21
**years [10]** 11/25 31/1 33/1 34/8
36/9 36/9 50/5 71/10 71/14 72/2
**yes [84]** 4/19 4/23 17/17 18/1
18/5 18/18 18/23 19/16 19/9 20/12
20/15 20/18 24/13 25/11 25/13
26/18 27/6 29/22 29/24 30/6 30/8
30/16 30/23 32/12 32/22 32/25
33/23 34/6 35/14 36/5 36/20 38/21

**Y**

**yes... [52]**   39/6 39/21 41/4 42/18
43/7 44/11 46/4 47/6 47/9 48/17
50/3 50/18 51/11 51/14 51/18 52/8
52/9 53/5 54/25 56/7 56/7 57/4
57/23 58/14 58/17 59/4 59/21
60/17 61/2 61/4 61/14 62/8 64/16
64/18 65/16 65/22 66/11 67/12
68/21 69/10 69/19 73/8 74/4 74/11
75/10 76/22 77/15 78/1 78/9 85/20
88/25 89/1
**yesterday [14]**   4/22 7/13 14/12
18/3 19/2 19/3 27/9 27/16 27/20
29/9 32/11 58/10 58/12 66/2
**yesterday's [1]**   13/16
**yet [6]**   12/9 15/12 15/19 17/12
23/16 52/20
**York [1]**   1/20
**you [466]**
**You're [2]**   73/23 76/17
**your [146]**
**yourselves [2]**   52/21 88/17
**YouTube [1]**   64/3

**Z**

**zero [1]**   83/23
**Zigbee [6]**   57/3 57/8 57/9 57/10
57/19 58/2
**zoom [6]**   8/8 11/16 12/3 75/11
76/12 76/13
**zoomed [3]**   7/9 15/20 76/14