

Tor Ekeland
Tor@torekeland.com

**May 127, 2024**

**Via ECF and Electronic Mail at:**

Hon. Randolph D. Moss
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

**Re:  Juror Discussions** - **US v. Sterlingov (21-cr-399-RDM)**

Dear Judge Moss:

    We are respectfully requesting confirmation from Your Honor regarding our ability to engage in discussions with jurors who served during the trial. Pursuant to LCrR 24.2(b) the parties are permitted to communicate with jurors, upon request, following an instruction from the court "inform[ing] the jury that no juror is required to speak to anyone but that a juror may do so if the juror wishes." We note that during the conclusion of this case, this Court provided a similar instruction to the jury, stating, "You are free to discuss the case or not discuss the case with anyone as you see fit." Mar. 12, 2024, Tr. 46:19-20.

    Given this instruction, we believe that the parties are permitted to speak with jurors should they be willing to engage in such discussions. However, we seek clarification and confirmation from this Court to ensure that we are in full compliance with the rules governing post-verdict interactions with jurors.

Thank you for your attention to this matter.

Sincerely,

/s/ Tor Ekeland

Tor Ekeland