# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 21-cr-399 (RDM) |
| ROMAN STERLINGOV, | |
| Defendant. | |

## MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

I, Walter H Hawes IV, a member in good standing of the bar of the District of Columbia and the bar of this Court, hereby move pursuant to LCrR 44.1(c), for Maksim Nemtsev, an attorney from the Commonwealth of Massachusetts, to be admitted *pro hac vice* to appear and practice in this Court for the purpose of representing Defendant Roman Sterlingov in the above-captioned matter.

Mr. Nemtsev's declaration and a certificate of good standing at the Bar of the Commonwealth of Massachusetts are attached hereto.

Dated: June 10, 2024
Washington, D.C.

Respectfully submitted,

/s/ Walter H Hawes IV
D.C. Bar #90004781
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Ste. 500
Washington, D.C. 20037
Telephone: (202) 556-2013
Facsimile: (202) 556-2001
whawes@mololamken.com

## **CERTIFICATE OF SERVICE**

      I, Walter H Hawes IV, hereby certify that on this date, June 10, 2024, I caused the foregoing Motion for Counsel to Appear *Pro Hac Vice* and the Supporting Declaration of Maksim Nemtsev to be served on all participants in the case via the CM/ECF system.

                                            /s/ Walter H Hawes IV
                                            D.C. Bar #90004781
                                            MOLOLAMKEN LLP
                                            600 New Hampshire Ave., N.W., Ste. 500
                                            Washington, D.C.  20037
                                            Telephone: (202) 556-2013
                                            Facsimile: (202) 556-2001
                                            whawes@mololamken.com