UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>    Defendant. | No. 21-cr-399 (RDM) |

### DECLARATION OF MAKSIM NEMTSEV IN SUPPORT OF *PRO HAC VICE* ADMISSION

**MAKSIM NEMTSEV**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and State of New York. I submit this Declaration in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing Defendant Roman Sterlingov.

2. My full name and contact information are:

    Maksim Nemtsev
    Maksim Nemtsev, PC
    20 Park Plaza, Suite 1000
    Boston, MA 02150
    (617) 227-3700

3. I am a member of the bar in good standing in the Commonwealth of Massachusetts and State of New York, the District of Massachusetts, and the First Circuit Court of Appeals. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia.

6. A certificate of good standing from the Commonwealth of Massachusetts is attached hereto.

Dated: June 7, 2024

*Maksim Nemtsev*
Maksim Nemtsev