# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>    Defendant. | **No. 21-cr-399 (RDM)** |

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance as counsel for defendant Roman Sterlingov in the above-captioned matter.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: June 14, 2024

## **CERTIFICATE OF SERVICE**

      I, Maksim Nemtsev, hereby certify that on this date, June 14, 2024, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

                                                              **/s/ Maksim Nemtsev**
                                                              Maksim Nemtsev, Esq.