Exhibit B

Blockchain.com

Sign In

Multiply Your Crypto Holdings with BTC Dividends at Bc.game Play Now

Win 8.88 BTC 🎰

1000x BTC BONUS 💰

Play Slots & Win! 🎰

# 1YZJK-6WJqw

USD

Base58 (P2PKH)

**Bitcoin Address**
1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw

**Bitcoin Balance**
0.00000000 • $0.00

**Wallet** Chart

## Summary

This address has transacted 66 times on the Bitcoin blockchain. It has received a total of 30458.14073075 BTC $1,935,418,693 and has sent a total of 30458.14073075 BTC $1,935,418,693 The current value of this address is 0.00000000 BTC $0.00.

| Total Received | Total Sent | Total Volume |
|---|---|---|
| **30458.14073075 BTC** | **30458.14073075 BTC** | **60916.2814615 BTC** |
| $1,935,418,693 | $1,935,418,693 | $3,870,837,386 |

Transactions
**66**

## Transactions

ID: 8edb-f579
3/25/2012, 22:22:23
From 1YZJ-WJqw
To 2 Outputs
-1878.16692672 BTC • -$119,345,412
Fee 50.0K Sats • $31.77

ID: e613-488f
3/25/2012, 22:10:38
From 63 Inputs
To 2 Outputs
1878.16692672 BTC • $119,345,412
Fee 600.0K Sats • $381.26

Home Prices Charts NFTs Buy More

Blockchain.com Sign In

| | | |
|---|---|---|
| ID: 6c20-0fdb 3/22/2012, 04:56:23 | From 1YZJ-WJqw To 2 Outputs | -2372.37067321 BTC • -$150,... Fee 50.0K Sats • $31.77 |
| ID: 7440-5b28 3/22/2012, 04:43:51 | From 51 Inputs To 2 Outputs | 2372.37067321 BTC • $150,748,878 Fee 500.0K Sats • $317.72 |
| ID: 0107-d532 3/19/2012, 02:37:32 | From 1YZJ-WJqw To 2 Outputs | -1832.00212204 BTC • -$116,411,936 Fee 50.0K Sats • $31.77 |
| ID: daaa-1a53 3/19/2012, 02:03:22 | From 51 Inputs To 2 Outputs | 1832.00212204 BTC • $116,411,936 Fee 500.0K Sats • $317.72 |
| ID: 899e-0691 3/14/2012, 06:51:51 | From 1YZJ-WJqw To 2 Outputs | -1648.56769823 BTC • -$104,755,860 Fee 50.0K Sats • $31.77 |
| ID: dee3-72e3 3/14/2012, 06:43:08 | From 52 Inputs To 2 Outputs | 1648.56769823 BTC • $104,755,860 Fee 500.0K Sats • $317.72 |
| ID: c7a3-603a 3/08/2012, 00:40:19 | From 1YZJ-WJqw To 2 Outputs | -1992.17097251 BTC • -$126,589,635 Fee 50.0K Sats • $31.77 |
| ID: 8cf4-a0ae 3/07/2012, 23:45:03 | From 64 Inputs To 2 Outputs | 1992.17097251 BTC • $126,589,635 Fee 600.0K Sats • $381.26 |
| ID: 91f0-2e3b 3/02/2012, 05:55:40 | From 1YZJ-WJqw To 2 Outputs | -2783.06067198 BTC • -$176,845,582 Fee 50.0K Sats • $31.77 |
| ID: 9910-7e73 3/02/2012, 05:22:38 | From 36 Inputs To 2 Outputs | 2783.06067198 BTC • $176,845,582 Fee 350.0K Sats • $222.40 |
| ID: 85c1-6483 2/26/2012, 09:21:32 | From 1YZJ-WJqw To 2 Outputs | -963.42507107 BTC • -$61,219,458 Fee 50.0K Sats • $31.77 |
| ID: 6ef9-c892 2/26/2012, 08:45:04 | From 27 Inputs To 2 Outputs | 963.42507107 BTC • $61,219,458 Fee 250.0K Sats • $158.86 |
| D: c124-9b19 2/21/2012, 23:51:45 | 1YZJ-WJqw To 2 Outputs | 2709.5232338 C • -$172,172 Fee 50.0K Sats • $31.77 |

Home Prices Charts NFTs Buy More

Blockchain.com Sign In

| | | |
|---|---|---|
| 2/21/2012, 23:29:59 | From 67 Inputs<br>To 2 Outputs | 2709.52323380 ...<br>Fee 650.0K Sats |
| ID: 208b-1d46<br>2/13/2012, 17:42:10 | From 1YZJ-WJqw<br>To 2 Outputs | -199.99600000 BTC • -$12,708,457<br>Fee 50.0K Sats • $31.77 |
| ID: 068d-9a6e<br>2/13/2012, 17:42:10 | From 1YZJ-WJqw<br>To 2 Outputs | -2825.53384002 BTC • -$179,544,479<br>Fee 50.0K Sats • $31.77 |
| ID: 5fdb-409d<br>2/13/2012, 16:57:24 | From 3 Inputs<br>To 2 Outputs | 199.99600000 BTC • $12,708,457<br>Fee 50.0K Sats • $31.77 |
| ID: 49f8-5a7f<br>2/13/2012, 16:49:15 | From 41 Inputs<br>To 2 Outputs | 2825.53384002 BTC • $179,544,479<br>Fee 400.0K Sats • $254.17 |

1 2 3 →

# Explore top crypto assets.

Convex Finance CVX
Theta Protocol THETA
The Graph GRT
Cardano ADA
IOTA MIOTA
Chiliz CHZ
1INC 1INC
Thorchain RUNE
Maker protocol MKR
Arweave AR

Home Prices Charts NFTs Buy More
















