UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO RESCHEDULE THE FILING OF SENTENCING MEMORANDA.**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully requests the Court vacate the July 1, 2024 filing date for the government's sentencing memorandum, and the July 8, 2024 filing date for the defendant. As the Court is aware, there has been a delay of the filing of the presentence report, which has resulted in a new sentencing date of August 21, 2024. ECF No. 306, June 24, 2024 Minute Order. In light of the rescheduling, the government further requests a 30 day extension of the July 1, 2024 filing date to August 1, 2024, and that the defendant's sentencing memorandum be due one week later on August 8, 2024. The defense was consulted and does not oppose this motion.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        */s/ Jeffrey Pearlman*
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov