UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>Defendant. | No. 21-cr-399 (RDM) |

### MOTION TO EXTEND TIME TO FILE DEFENDANT'S SENTENCING SUBMISSION BY ONE WEEK

Roman Sterlingov, by and through undersigned counsel, hereby respectfully requests this Honorable Court to extend the deadline for filing the defendant's sentencing submission by one week, from August 8, 2024, to August 15, 2024.

As grounds and reasons therefore, the defense states that additional time is necessary to finalize a comprehensive response to the Government's 45-page submission and to review that response with Mr. Sterlingov. Mr. Sterlingov does not regularly receive mail in a timely manner; in counsel's experience, it takes over a week for an overnight shipment to be delivered to Mr. Sterlingov. Additionally, Mr. Sterlingov's phone calls are limited to 15 minutes, further complicating effective review. The defense respectfully believes that the requested extension will not impact the current sentencing date (scheduled for August 21, 2024) or prejudice the Government.

The Government, by and through DOJ Counsel Jeffrey Pearlman, opposes this request, stating that none of the information in the Government's brief, which was filed within one day of the PSI objections, is new to the defense.

**WHEREFORE**, the defense respectfully requests that this Honorable Court grant a one-week extension, moving the deadline for the defendant's sentencing submission to August 15, 2024.

>Respectfully Submitted,
>
>**/s/ Maksim Nemtsev**
>Maksim Nemtsev, Esq.
>Mass. Bar No. 690826
>20 Park Plaza, Suite 1000
>Boston, MA 02116
>(617) 227-3700
>menemtsev@gmail.com

Dated: August 5, 2024

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, August 5, 2024, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

>**/s/ Maksim Nemtsev**
>Maksim Nemtsev, Esq.