# Exhibit A

**Dear Judge.**

My name is Anders Karlsson and i live in Sweden.
I am stepfather to Roman Sterlingov and i want to write a little about how i experiencing him.
I known him sense he was 15 years old, and he have always been a good person. He was never out to party or doing bad things, he have never been in any fistfighting or other trubble.
He and his close friends was always home to play computorgame and eating pizza.
Roman likes to read books, and he likes to take long walks.
He is very interested to have a good health, he eats most vegetarian or vegan food, when it is possible.
Roman has always been very kind and helpfull, both to his mother and to me.
I have very bad psoriasis sickness, and Roman always ask if he can help me with something to make me feel better, and thats means very much to me, that he realy care about other peoples struggels.
Even that im not Romans biological father, i have always look at him as my own son.
I hope my words have give information about how i feel and experiencing Roman.


With greeting

*Anders Karlsson*

Anders Karlsson

Good day to you sir,

My name is Albin Hofmeijer and I'm an old friend of Roman. We met about 6 years ago in Gothenburg when my friend Yves introduced us. Back then we were young and had a lot of vigor and curiosity about the world. We dreamt about becoming big rappers (or at least I did) and went out trying to interact with women but often failed because we were not that cool. We eventually bought a studio together and tried to make rap music, some for fun but most to try to deliver a message about believing in yourself and that nothing is stopping you from becoming what you really wanna be in this world.

We have been on a couple of trips together, including a trip to Hong Kong and Taiwan, and have been taking a couple of trips to cabins in the Swedish woods. Roman seems to favour the calm of the woodlands to of the active city. During these trips we often spoke about how to get better in any and all areas of life.

As one of my friends started a self help group for men Roman joined as one of its founding members. The purpose of this group was to share your own experiences and let other people comment on your actions and reactions towards those experiences. Roman more often than not was able to reply toward others with great insight into what their true problem was and give great feedback on how to proceed with the situation. This commonly amazed me because I felt like he truly understood some things that I didn't but that I realised when he gave his feedback. He did this with my sharing on multiple occasions.

I have had a troubled childhood, not in the sense of getting my basic needs met but in the sense that my parents weren't always there for me and even when they were they were almost always distant in mind. Roman helped me alot in this area and we used to have long talks late at night in the studio about how to heal the wounds inflicted in my childhood. He was always there for me when I needed someone to talk to and even though we don't always see eye to eye I would consider him one of if not the person that has had the greatest positive impact on my life.

I have always had trust in Roman and he never failed me.

                                              Best regards

                                              Albin Eddie Hofmeijer
                                              Sweden 08-16-202

Dear Judge,

My name is Alex Gustafsson. I am the father of a three-year-old and work as a mid-level manager for a large global corporation. I met Roman Sterlingov about 20 years ago at a school in Sweden where we both studied Swedish. He was an ambitious and excellent student.

Arriving in Sweden as a teenager, not knowing a single word of Swedish, and trying to fit into society, culture, and find new friends is quite challenging. Being about the same age and having undergone the same journey myself, I know this firsthand.

Roman has always struck me as intelligent and passionate about computers and programming. He is calm, composed, and sensible. I cannot recall any instance of him being involved in conflicts or disputes. Roman communicates well with everyone and always resolves disagreements peacefully.

Roman is dedicated to intellectual and spiritual growth. He reads extensively and has a strong interest in business, entrepreneurship, investment, and travel. Our conversations were always engaging, as we shared many common interests. We also enjoyed physical activities, running, discussing healthy lifestyles, and hobbies like golf and visiting the bathhouse.

He is always positive, respects different viewpoints, and never judges others, even when he disagrees. He easily makes new acquaintances in any setting. Throughout our friendship, I have never seen Roman wish harm on anyone, act negatively, or speak ill of others.

On the contrary, I have seen Roman inspire and help people find the right path in life. His enthusiasm has often influenced me, broadening my outlook and encouraging new ventures.

Roman's love for animals is notable. He has rescued stray animals multiple times and helped them find loving homes. His kindness towards animals reflects his caring nature.

Roman is hardworking, disciplined, and thoughtful. He carefully considers the consequences of his actions before proceeding. Despite his ambitions, he remains down-to-earth and treats everyone with respect, regardless of their background, religion, or social status.

Roman consistently demonstrates a positive attitude and philosophical approach to life's events. No matter what happens, he remains calm and seeks to understand life's occurrences thoughtfully.

Sincerely,
Alex Gustafsson
2024/08/07

The Honorable Randolph D. Moss
U.S. District Court
District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001

**RE: Roman Sterlingov**

  My name is Alexander Koziakov, I am Roman Sterlingov's cousin who is from Boston. You probably have seen me at times sitting in on his trial back in February along with my grandmother and wife. My grandmother and I decided to take a trip back in 2006 to visit our family that lives in Sweden. That trip in 2006 was the first time I met Roman in person. He spent a lot of time showing me around Jonkoping, the city he was living in in Sweden at the time. We spent a lot of time talking about our lives, our common interests and what not. We found out we like a lot of the same computer games and TV shows. It was a very positive and nice trip and it was nice to know I have family in Sweden that we get along well with. That trip and meeting my family had a very big impact on how I saw the world and my perception on what exists beyond our borders. He introduced me to multiple friends he had from high school who were from all over the world and told me about their backgrounds, life stories, and more.

  After that trip, me and Roman stayed in touch from time to time, and would catch up every once in a while to see how each other was doing. He always seemed very knowledgeable about every single topic we discussed, there was nothing that we couldn't talk about where he couldn't provide some insight to and that is still true today when he calls me from prison. Back when I first met Roman, I could tell he was very smart but over the years staying in touch with him, it really dawned on me how smart and talented Roman Sterlingov is.

  One thing I noted about Roman over the years is that he never spoke of others with ill intent, hatred, and at most he might slightly agree with a negative statement you make, but he in general is a very positive person who is very optimistic. I think he always sees the better in others and just doesn't let negativity cloud his life or his interactions with others. Back in 2016 Roman came to visit me in Boston and I was pretty excited to see him. While visiting, he slept on my couch and we had a lot of fun while I was giving him a tour of my city. I showed him all the different historic neighborhoods in the city and I showed him many of the different universities we have like Harvard University, Boston College (My Alma mater), MIT, and Boston University. We spent a lot of time talking about the differences of life in Europe and the US, and I introduced him to my friends and roommates. I wish he would've stayed longer so I could've shown him more of Boston and the rest of New England. One thing I noted on his trip to Boston, just as before, he was always very positive all the time, and very curious to learn more about our local history, lifestyle, and just about general life.

  While Roman getting arrested was a pretty negative event for the people who know him personally, one of the positive outcomes is we have gotten closer, and have been speaking

much more than we did before. He needed support from his family but also there was more time to talk about various topics, world events, ideas, and he was still staying positive through this difficult time. I also met other people who know Roman due to the series of events and they all have praised him for what a good person he is and how much of a positive impact he has had on them in their lives, this confirmed further my opinions on him being a generally good person who doesn't have the intent to cause harm or direct negativity towards others. Another thing that surprised me about Roman, is that while he's been incarcerated, I found out he has been providing counseling services to various people that are in prison and even people who are on the outside. He even asked me to see if I know anyone who needs counseling, and that I should connect them to him if they need help. Again, this is a testament to what kind of a kind and positive person he is.

Your honor, I think you should consider that Roman is a genuinely good person who has no criminal record and is not a threat to society, as a reminder I offered to put up my own house up to secure bond, I wouldn't do this even for some of my friends because I have trust in Roman that he would stick to his word, and doesn't intend to do harm. He has a family that is concerned about his well being and we hope that this event will be soon in his past and he can move on in his life. Thank you.

Alexander Koziakov

Carl Lindström

Ul. Marszalkowska 80
00-026 Warsaw
Poland

12 August, 2024

Dear Judge:

I am writing you regarding the Roman Sterlingov case, to shine some light on Roman's character as my friend.

I have been friends with Roman since 2019. We met through common friends when I was invited to join a support group in Gothenburg, Sweden. Roman was a regular at these meetings and what immediately struck me was how enlightened he seemed to be; seemingly free from the everyday worries that many of us had. He appeared to have an aura of acceptance of his place in the world, the events he experienced, and the people around him. I cannot remember him ever ascribing external factors as a source of agony or hindrance to him living his best life. His sharings were more of a spiritual kind, such as conundrums about metaphysics and how to optimally live an examined life. This is not to say that he could not relate to other people – Roman was a good listener and provided valuable feedback to other group members.

In the summer of 2020, I had the pleasure of traveling in a camper van for a week in Poland with Roman and two other friends. We had a great time, and I remember Roman being kind, sociable, relaxed and sometimes calling it a night when the rest of us went out to party.

In my experience Roman has a humble attitude toward life, and an open and respectful attitude toward others, showing a lot of gratitude for the simple things, as well as displaying a high moral standard.

Sincerely,

Carl Lindström

Frankfurt am Main. August 20th 2021.

Dear judge,

My name is Josefin Kirsch. I'm a 35 year old medical intern, married since 9 years and I am a mother of a five year old son. I live in Frankfurt, Germany since 12 years. I was devastated to hear the news of what Mr. Roman Sterlingov is accused of. However, this is not what I'm going to write about. I'm going to tell you about a pretty shy and intelligent boy who entered my life when I was 18 years old. He became a very dear friend of mine and I have ever since loved and respected many aspects of his personality. At the time I had my own apartment where high school friends spent a lot of time. Some of them would cause quite a mess but Roman was one of those who would hang around, discuss interesting topics and having a good time. At one point we decided that exactly one year after the last day of high school we would meet up with another friend on a paradise island in the red sea. Something that sadly did not happen. Our friendship took a new and deeper start as he and two of our other friends visited me as I lived in Spain 2008. After that our contact has sometimes been intense, sometimes sporadic although I have always known and experienced that he is always just a call away when I have found myself in situations where I have needed love, guiding and support. We have lived in different countries most of the time since high school and according to my experience it's difficult to keep a relationship alive during circumstances like that. That has not been the case with Roman. He has been one of my best (and smartest) friends when it comes to discussing philosophy, literature, love and life, the idea we both share about the importance of through meditation, and not through materialism, finding oneself and finding peace. We have discussed ideas of how to make the world a better place, just as an example the importance of wearing a face mask to protect oneself and others during this pandemic, how to achieve more peace in the world and he has cheered me on in my charity work with pediatric surgeries in Nepal. He is a person interested in living a physical and mental healthy and harmonic life. I have always experienced Roman as a very generous, modest person with a great sense of humour and who always took the time to, with true interest, listen to what his friends have to say. He has always shown respect to teachers, friends as well as strangers. I have tried but it's impossible for me to believe that Roman would do anything with the intention being greediness. All of our common friends from high school have reacted with great disbelief at the news of the accusations against him. The general opinion is that it doesn't fit his character and personality at all. The last thing I want to say is that I truly miss our conversations since he was arrested and that he is a very very important person to me.

Best Regards,

Josefin Kirsch

Leif Mårdström  　　　　　　　　　　　　　　　　　　　　　　　Jönköping, Sweden
**RE: Roman Sterlingov**　　　　　　　　　　　　　　　　　　　　　July 29th, 2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[mardstrom@gmail.com](mailto:mardstrom@gmail.com)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　+46 72 221 67 89

The Honorable Randolph D. Moss
U.S. District Court
District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001
**RE: Roman Sterlingov**

Dear Mr. Randolph D. Moss,

My name is Leif Mårdström, and my wife, Carina Fri, and I are the parents of Viktor Mårdström. We came to know Roman Sterlingov when he became a classmate and close friend of our son.

Roman Sterlingov arrived in Sweden with his mother from Russia as a 13-14-year-old boy, without any direct connections to Sweden. Impressively, he quickly learned the Swedish language, which was entirely foreign to him. He also quickly made friends and became a good member of the community.

Several years ago, when Roman Sterlingov moved from Jonkoping to Gothenburg, our contact became more sporadic. However, our memories of Roman Sterlingov remain very positive. He was an intellectual and charming person with a great sense of humor. It should also be noted that he was always very polite to us as parents.

In summary, based on our memories of Roman Sterlingov, we find it difficult to understand that he would have knowingly committed criminal acts.

Sincerely,
Leif Mårdström & Carina Fri

Dear Judge,

My name is Nina Pogudina, and I live in Russia, Saint Petersburg, Ligovsky Prospect, house 225. I have been a friend of Tatiana Sterlingova from our youth up until now, so I have observed the life of her son, Roman Sterlingov, since his childhood. From a young age, Roman was an exceptionally curious and kind person. He loved animals, and never ignored the problems of friends and loved ones, which characterizes him as someone who is not indifferent to life and others' suffering. Roman has always been an avid reader and continually engaged in self-education. Despite the fact that Tatiana raised her son alone from the age of seven, her husband — an intelligent but weak-willed man — began drinking and continues to do so to this day.

After moving from Russia to Sweden, I met Roman in October 2019. We planned a joint vacation in Prague, Czech Republic, where we met. Roman was an adult, well-developed young man, kind and open, interested in art, technology, philosophy, and nature. He is focused on personal development. He has a wonderful and warm relationship with his mother. Roman has always been positive, and composed, and left a great impression on me.

It is a great honor for me to write this letter to You. I hope I have not tired You with its reading.

Respectfully,

Nina Pogudina *[handwritten personal signature]*

August 9, 2024

Russia, Saint Petersburg, Ligovsky Prospect 225

We open up language to everyone



translated.

# Certification of Translation Accuracy

2024-08-12

**Translated document:**
RS

Project No.:
996670494

Language Combination:
Russian-English US

We, Translated s.r.l., a professional translation company, hereby certify that the above mentioned documents have been translated by experienced and qualified professional translators to the best of their ability. The translation is a true and accurate translation of the original document.

This certificate relates to the accuracy of the translation only and not to the original content of the document. In accordance with our general terms and conditions, Translated s.r.l. is not liable and shall not be held liable for the consequences of any use of the translation by the customer or any other party.

A copy of the translation is attached to this certification.

*[signature]*
Translated S.r.l.
Via Indonesia n.23
00144 Roma (RM)
P.IVA 07173521001

Co-founder & Chairman
TRANSLATED SRL
TRANSLATED S.R.L.  
VAT. IT 071 73 52 10 01  
R.E.A. Roma 1015467

Via Indonesia 23  
00144 Rome (RM)  
Italy

E-MAIL info@translated.com  
TEL. +39 06 90 254 001  
WEB. translated.com




Уважаемый судья!

Меня зовут Погудина Нина, я проживаю в России, город Санкт-Петербург, Лиговский проспект, д. 225. Являюсь подругой юности и по сей день Стерлиговой Татьяны, поэтому наблюдала жизнь её сына Стерлигова Романа с детства. Рома с детства был чрезвычайно любознательным и добрым человеком, очень любил животных. Не оставался в стороне от проблем друзей и близких, что характеризует его как человека небезразличного к жизни и чужому горю. Рома всегда очень много читал и постоянно занимался самообразованием. Несмотря на то, что Татьяна воспитывала сына одна с семи лет, муж — человек интеллигентный, но слабохарактерный, начал пить и пьёт по сей день.

После отъезда из России в Швецию я встретила Рому в октябре 2019 года. Мы запланировали совместный отпуск в городе Прага, Чехия, где мы и встретились втроём. Взрослый, сформировавшийся молодой человек, добрый, открытый, интересующийся искусством, техникой, философией, природой, сфокусированный на личностном развитии. С мамой у него прекрасные, тёплые отношения. Рома всегда был позитивно настроен, собран и оставил о себе прекрасное впечатление.

Для меня большая честь написать Вам это письмо. Надеюсь, что не утомила Вас его прочтением.

С уважением

09 августа 2024 год.    Нина Погудина

Россия, г. Санкт-Петербург, Лиговский проспект, 225

Dear Judge:

My name is Tatiana Sterlingova. I am a Swedish citizen and I work as assistant master at School of Health and Welfare (Jönköping University).

I would like to tell you some facts about my son, Roman Sterlingov.

Roman was born in 1988 in Leningrad, USSR. In 1995, after divorce with his father, we moved to the city of Voronezh and Roman began to study at school. He studied very well and showed great interest in mathematics, physics, and chemistry. He had no conflicts, and his class fellow and teachers always appreciated his good will, open mind and ability to help people in need.

In 2002, when Roman was 14 years old, we moved to Sweden. He learned Swedish very fast and had no problem to orient himself in a new reality. He studied at school and then at gymnasium with very high results. He had many friends. He always helped other students who had problems with different subjects to improve their knowledge. He began to work at his free time quite soon (he distributed the advertisement) to be able to send money to his grandmother in Russia.

After gymnasium Roman obtained a job as a web designer. He moved away from home and began his life as adult. He had never forgotten to help his grandparents in Russia. There were many poor old people in Russia. Every time we visited Russia, we could see people who beg for alms. Roman had always helped them.

We have never lost touch and have a very warm relationship.
Roman is a very calm, positive and kind person who never had legal trouble. He spends a lot of time at own personal development, which results in healthy lifestyle (no smoking, alcohol, drugs). He is a mindful and helpful son. He treats other people with respect and understanding.

Best regards,  
*Tatiana Sterlingova*  
Tatiana Sterlingova

Dear Judge

My name is Tobias Suomalainen, I am 33 years old and live in Gothenburg, Sweden. I am currently working as a social worker at an elementary school.

I meet Roman through mutal friends here in Gothenburg, when me and a friend were starting up a Men's group as I heard he was interested in this. The group is about personal development and to become mature men.

From the start Roman was friendly, warm and engaged in the group and its development. He participated in many meetings, events and hikes we arranged. During this occassions he and I developed a friendship because our mutal interests and same kind of personalities. Roman was particulary good at seeing positive aspects in other persons in the group and to communicate this.

At one period in our friendship I was trying to learn mathematics for an exam. When I talked about this he offered his help to me which was very appreciated.

Overall I think Roman is a good person and a loyal friend.


Sincerely


Tobias Suomalainen


Landalaberg 40, 411 29

Gothenburg

Sweden

tobias_suomalainen@hotmail.com

+46702447972

Viktor Mårdström                                                                                                       Gothenburg, Sweden
**RE: Roman Sterlingov**                                                                                                    July 28th, 2024
<u>viktor.mardstrom@gmail.com</u>
+46 73 543 64 09

The Honorable Randolph D. Moss
U.S. District Court
District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001
**RE: Roman Sterlingov**

Dear Mr. Randolph D. Moss,

My name is Viktor Mårdström, and I am a 36-year-old engineer residing in Gothenburg, Sweden. I originally hail from Jonkoping, where I attended school and became classmates with Mr. Roman Sterlingov for about six years. During this period, we developed a close friendship, and it was profoundly shocking to learn of his conviction for such serious crimes.

I have known Mr. Roman Sterlingov since late 2001, shortly after he moved to Sweden from Russia. His friendship was a formative influence on me during our junior high and high school years. We have maintained our connection over the years, and I last spoke with him just a few weeks prior to his arrest.

Roman and I quickly bonded over our shared sense of humor, interest in technology, and lengthy discussions on various topics, from Hollywood movies to Swedish politics. We often collaborated on high school projects, and working with Roman was always an enjoyable experience. Some of my fondest memories involve times spent with him. He has significantly impacted my life, helping me reflect on what truly matters, making me humbler, and more at peace with myself. Roman has consistently been there for me, whether assisting with math homework or helping me move to a new apartment.

Roman is witty and intelligent. He has always been enthusiastic about sharing and teaching topics, he is knowledgeable about and is open to new ideas and eager to explore new areas of knowledge. Roman is also strongly principled and altruistic. At his core, he is driven by a desire to do what is right and just and to advance such causes, rather than by the pursuit of material wealth.

Sincerely,
Viktor Mårdström

Kaohsiung, Taiwan (R.O.C,)
July 19th, 2024

The Honorable Randolph D. Moss
U.S. District Court
District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001

Re: Roman Sterlingov

Your Honor,

As Roman's sentencing approaches, I hope this letter provides insight into his character.

My name is Yves, and I've known Roman for over 10 years, ever since we met in Sweden through a self-development community.

From the beginning, Roman has been an incredibly positive and supportive influence in my life. I do consider him my best friend, and I can confidently say that I wouldn't be where I am today without his support and insights.

I would describe Roman as exceptionally intelligent, wise, and outgoing. Always willing to listen and use his sharp mind to help others navigate their challenges.

We've shared many experiences together —traveling around the world, attending self-help seminars, creating music with empowering lyrics, or working on videos for his YouTube channel, where he would spend months writing and developing complex ideas, only on the off-chance that his content might help any viewer navigate those concepts.

While I always remember him being very tech-savvy, particularly with cryptocurrency and IT, I never knew him to be involved in such a large-scale Bitcoin operation.

And although he seemed to enjoy a fairly comfortable living, it never appeared that he was handling anywhere near the vast sums of money mentioned in this case.

I understand the serious responsibility you bear and trust that you will make a fair and informed decision, and I hope this letter helped you in that task.

As someone who cares deeply about Roman, I believe it would be a great loss to his community if he were to be incarcerated, as it has already been thus far, and I simply hope to see my friend again soon.

Thank you for your time and consideration.

Respectfully,

Yves Brechbill