# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV<br><br>    Defendant. | No. 21-cr-399 (RDM) |

## DECLARATION OF JEFFREY FISCHBACH

I, Jeffrey M. Fischbach, declare as follows:

1. I have been retained by the Defendant, and my qualifications have previously been provided to the Court in this matter;

2. I have examined reports produced by Valerie Mazars De Mazarin concerning the examination of an "empty" harddrive from Romania "containing only 0s". I also reviewed Ms. Mazars De Mazarin's testimony at trial where she stated that "To get a drive to look like that [have all zeroes], you have to do what's known as zeroing it out, or wiping" and that a "If you take a hard drive new, out of the box, and look at what all the bytes are, sometimes they do have some data, although not actual files, here and there."

3. The import of Ms. Mazars De Mazarin's testimony was that Mr. Sterlingov must have "zeroed out" or "wiped" the Romanian hard drive.

4. To test Ms. Mazars De Mazarin's conclusion, I ordered brand new Samsung hard drives of various sizes, the same brand located on the Romanian server;

5. I used FTK (Forensic Toolkit) Imager/Explorer – software used by the FBI and law enforcement worldwide, capable of exploring the data contained in an unformatted "empty" hard drive;

6. Each brand new, out-of-the-box hard drive analyzed appeared "empty", containing zeros, as observed by Ms. Mazarin in the blank drive she analyzed. (See Attached.)

I declare under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 14th day of August, 2024.

JEFFREY M. FISCHBACH

By: *[DocuSigned by: 1E3C0342B66140B...]*

Docusign Envelope ID: F83B4257-72FE-4658-9CE8-8E870CCB5DF0

| Properties | |
|---|---|
| Evidence Source Path | \\.\PHYSICALDRIVE2 |
| Evidence Type | Physical Disk |
| **Disk** | |
| **Drive Geometry** | |
| Cylinders | 60,801 |
| Tracks per Cylinder | 255 |
| Sectors per Track | 63 |
| Bytes per Sector | 512 |
| Sector Count | 976,773,168 |
| **Physical Drive Information** | |
| Drive Model | ATA Samsung SSD 870 USB |
| Drive Serial Number | 32F |
| Drive Interface Type | USB |
| Removable drive | False |

Evidence Tree

- \\.\PHYSICALDRIVE2
  - Unrecognized file system [unknown type]

File List | Evidence Tree

(hex dump of zeros from 00000000 through 00000710)

Properties | Hex Value Inter… | Custom Content…

Cursor pos = 176; phy sec = 0

