# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant.* | **21-CR-399 (RDM)**<br><br>**Unopposed Motion to Reset Sentencing Date** |

Defendant Roman Sterlingov moves this Court, through undersigned counsel, to reset Defendant's Sentencing from November 8th, 2024, at 1:30 PM to October 3, 2024, at 1:30 PM. This is the first motion to reset filed by either the Government or the Defense in this motion sequence. The Government does not oppose this request to reset Sentencing.

Dated: August 27, 2024
Brooklyn, New York

                Respectfully submitted,

                <u>/s/ Michael Hassard</u>
                Michael Hassard (NYS Bar No. 5824768)
                *Pro Hac Vice*
                Tor Ekeland Law, PLLC
                30 Wall Street, 8th Floor
                New York, NY
                t: (718) 737 - 7264
                f: (718) 504 - 5417
                michael@torekeland.com

                <u>/s/ Tor Ekeland</u>
                Tor Ekeland (NYS Bar No. 4493631)
                *Pro Hac Vice*
                Tor Ekeland Law, PLLC
                30 Wall Street, 8th Floor
                New York, NY
                t: (718) 737 - 7264
                f: (718) 504 - 5417
                tor@torekeland.com

                <u>/s/ Maksim Nemtsev</u>
                Maksim Nemtsev (MA Bar No. 690826)
                *Pro Hac Vice*
                20 Park Plaza, Suite 1000
                Boston, Massachusetts 02116
                t: (617) 227-3700
                f: (718) 701-5922
                max@mnpc.law

                *Counsel for Defendant Roman Sterlingov*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown8@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov