**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>       Defendant. | No. 21-cr-399 (RDM) |

**DECLARATION OF MARC FERNICH IN SUPPORT OF**
***PRO HAC VICE* ADMISSION**

**MARC FERNICH**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of New York. I submit this Declaration in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Roman Sterlingov.

2. My full name and contact information is:

   Marc Fernich
   Law Office of Marc Fernich
   800 Third Avenue, Floor 20
   New York, NY 10022
   (212) 446-2346

3. I am a member of the bar in good standing in the following jurisdictions: New York; Massachusetts; U.S. Supreme Court; U.S. Court of Appeals – Second, Third, Fourth, Ninth, Eleventh circuits; U.S. District Courts – Southern and Eastern New York, Vermont. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia.

6. A certificate of good standing from the State of New York is attached hereto.

Dated: September 26, 2024

_____
Marc Fernich