NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  21-399-RDM

Roman Sterlingov
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Marc Fernich (admitted pro hac vice)
*(Attorney & Bar ID Number)*

*(Firm Name)*

800 Third Ave. Fl. 20
*(Street Address)*

New York, NY 10022
*(City)           (State)          (Zip)*

(212) 446-2346
*(Telephone Number)*