**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-399 (RDM) |
| ROMAN STERLINGOV, | |
| *Defendant.* | |

**NOTICE**

The Court contacted the U.S. Sentencing Commission seeking information as to what

sentences judges have imposed over the past fifteen years for convictions under 18 U.S.C.

§ 1956, where the relevant guideline is § 2S1.1(a)(2) with a final offense level of 43, and

Criminal History Category of I.  The U.S. Sentencing Commission provided the following

response:

> We have been advised that the case involves a conviction under 18 U.S.C.
> § 1956, and that the guideline that applies in the case is 2S1.1.  We also
> have been advised that the base offense level (BOL) has been determined
> under subsection (a)(2) of that guideline, based on the amount of loss in the
> case, that there is no adjustment for acceptance of responsibility, and that
> the resulting final offense level is 43.  Also, we understand that the
> defendant is not providing substantial assistance to the
> government.  Finally, we understand that the defendant has been assigned
> to Criminal History Category I.
>
> We searched our records for the last ten fiscal years looking for cases that
> met the search criteria.  We found only three cases.  As you may appreciate,
> a final offense level of 43 is extremely unusual in general, and especially in
> 2S1.1 cases when the BOL under the money laundering guideline is based
> on the loss table from 2B1.1.  The sentences in those three cases were 121
> months, 156 months, and 240 months.
>
> In order to provide additional information to you, we reran our search
> without the limitation on the lack of an adjustment for acceptance of
> responsibility.  This provided only two more cases meeting the remaining

2

search criteria.  The sentences in those cases were 36 months and 360 months.


/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge


Date:  October 29, 2024