```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3     * * * * * * * * * * * * * * *    )
       UNITED STATES OF AMERICA,        )    Criminal Action
 4                                      )     No. 21-00399
                      Plaintiff,        )
 5                                      )
        vs.                             )    AFTERNOON SESSION
 6                                      )
       ROMAN STERLINGOV,                )    Washington, D.C.
 7                                      )    February 29, 2024
                      Defendant.        )    1:39 p.m.
 8                                      )
       * * * * * * * * * * * * * * *    )
 9

10

11                    TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE RANDOLPH D. MOSS
                   UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14     FOR THE PLAINTIFF:       CHRISTOPHER BROWN, ESQ.
                                UNITED STATES ATTORNEY'S OFFICE FOR
15                                THE DISTRICT OF COLUMBIA
                                601 D Street, Northwest
16                              Suite 5.1527
                                Washington, D.C. 20530
17
                                CATHERINE PELKER, ESQ.
18                              U.S. DEPARTMENT OF JUSTICE
                                950 Pennsylvania Avenue, Northwest
19                              Washington, D.C. 20530

20                              JEFFREY PEARLMAN, ESQ.
                                U.S. DEPARTMENT OF JUSTICE
21                              1301 New York Avenue, Northwest
                                Washington, D.C. 2005
22

23     FOR THE DEFENDANT:       TOR EKELAND, ESQ.
                                MICHAEL HASSARD, ESQ.
24                              TOR EKELAND LAW, PLLC
                                30 Wall Street
25                              Eighth Floor
                                Brooklyn, New York 10005
```

```
1     REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
2                               United States District Court for the
                                 District of Columbia
3                               333 Constitution Avenue, Northwest
                                Room 6706
4                               Washington, D.C. 20001
                                (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                INDEX

2

3    <u>WITNESS</u>                                                    <u>PAGE</u>

4

5    LARRY HARMON

        Cross-Examination By Mr. Ekeland                       40

6
     ELIZABETH BISBEE
7
        Direct Examination By Ms. Pelker                       40
8       Cross-Examination By Mr. Ekeland                       88
        Redirect Examination By Ms. Pelker                     93
9

10

11                        E X H I B I T S

12

     <u>Exhibit No</u>.                                          <u>Received</u>
13

14       326 and 326-A                                         61

15       353                                                   66

16

17

18

19

20

21

22

23

24

25

```
1              THE COURT:  Anything to raise before we call the
2       jury?
3              MS. PELKER:  Just for Ms. Bisbee's testimony, the
4       Court may recall that she has a hearing aid and will be -- I
5       spoke with Mr. Ekeland.  We will use a lapel mic.  But she
6       also noted that when the white noise goes off and on, it
7       takes her hearing aid just a couple seconds to adjust.
8              THE COURT:  That's good to know.
9              MS. PELKER:  So just to advise the Court.
10             THE COURT:  I appreciate that.  Thank you.
11             Mr. Ekeland?
12             MR. EKELAND:  And just quickly -- we can speak
13      after today -- but I was speaking with the Government, and
14      they're anticipating finishing their case tomorrow.  I would
15      just like to speak to the Court maybe a little bit later
16      about the scheduling going forward.
17             THE COURT:  That sounds good.
18             We also had that one juror with the issue on
19      Monday.  But we can come back to that.
20             Let's get the jury.
21             And the witness can come back to the stand.
22             (Mr. Harmon retakes the witness stand.)
23             THE COURTROOM DEPUTY:  All rise.
24             (Whereupon, the jury entered the courtroom at 1:40
25      p.m. and the following proceedings were had:)
```

```
1              THE COURTROOM DEPUTY:  You may be seated and come
2     to order.
3              THE COURT:  Mr. Pearlman, you may continue.
4         (LARRY HARMON, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)
5                   CONTINUED DIRECT EXAMINATION
6     BY MR. PEARLMAN:
7     Q.  Mr. Harmon, we were talking before a little bit about
8     the ad words, like the cocaine example that you gave.  Was
9     that the only way that you made money off Grams?
10    A.  I also made money selling ad space on the sidebars.  And
11    later I created Helix, which is where I made most of the
12    money.
13    Q.  When you made money at Grams and then subsequently at
14    Helix, how did you get paid?
15    A.  In Bitcoin.
16    Q.  And when you were paid in Bitcoin, were you immediately
17    able to sell it or to cash it out?
18    A.  I would usually mix it first before I had my own mixer.
19    Q.  And why would you mix it?
20    A.  Because any Bitcoin that could be traced from the dark
21    web, which is where I got most of my Bitcoin from, would be
22    flagged on any of the sites I used to cash out Bitcoin.  So
23    if I tried to cash it out without mixing it, they could flag
24    my account or, you know, tell the authorities that they
25    found someone trying to cash out Bitcoin that came from the
```

```
 1    dark web.

 2    Q.  And what kind of sites were giving you Bitcoin for this

 3    type of ad space?

 4              MR. EKELAND:  Objection.  Leading.

 5              THE COURT:  Overruled.

 6              THE WITNESS:  So it would basically be mostly

 7    vendors from the darknet markets that would pay me to put

 8    their ads on the side space.

 9    BY MR. PEARLMAN:

10    Q.  Are you referring to drug markets?

11    A.  Yes.  Drug markets.

12    Q.  Are you familiar with a service called Bitcoin Fog?

13    A.  Yes.

14    Q.  How did you become familiar with Bitcoin Fog?

15    A.  When I first started looking into the dark web, it was

16    the known Bitcoin mixer on there.  It was the one everyone

17    referred to as the one to use and the most trusted.  And it

18    was on all the forums about dark webs, including the

19    subreddit dark markets, and that's where I learned about

20    them and that's where I started using them.

21    Q.  Where was the subreddit dark markets located?  Was it on

22    Tor or was it on the regular internet?

23    A.  It's on the regular internet.  Reddit.com.

24              MR. EKELAND:  Objection.

25              THE COURT:  What was the objection?
```

1          MR. EKELAND:  Leading and there were a couple

2    questions in there, too.  It was compound.

3          THE COURT:  Why don't I just ask you to reask the

4    question and ask them separately.

5    BY MR. PEARLMAN:

6    Q.  Where was the darknet Reddit thread -- where was that

7    located?

8    A.  It was a subreddit on reddit.com.

9    Q.  And you testified that you used Bitcoin Fog because it

10   had some recommendations from these sites?

11   A.  Yes.  When -- I would often read through the different

12   posts every day and a lot -- most of the posts were, you

13   know, how to --

14          MR. EKELAND:  Objection, your Honor.  Hearsay.

15          MR. PEARLMAN:  It's not offered for the truth,

16   your Honor.  It's offered for why he went to Bitcoin Fog.

17          THE COURT:  I'll allow the testimony not for the

18   truth of the matter asserted.  I don't know exactly what the

19   testimony is going to be, but just for the -- well, for

20   explaining how the site works.

21          I'm not sure -- what are you offering it for?  If

22   it's not for the truth of the matter asserted, what is it

23   being offered for?

24          MR. PEARLMAN:  For why he went to Bitcoin Fog.

25          THE COURT:  Right.  Okay.  So the effect on the

1    listener.  That's fine.

2              MR. PEARLMAN:  Yes.

3              THE WITNESS:  Okay.  So I would view the different

4    subreddits and forums every day just to get more information

5    and more familiar with the dark web before I started my

6    site.  And a lot of the posts were about how to get Bitcoin

7    in and out of the dark markets and a lot of people asking

8    questions about how to use Bitcoin because a lot of people

9    wanted to buy drugs but weren't familiar with how to use it.

10             And a common -- very common theme was you had to

11   mix your Bitcoin so that they couldn't be traced on the

12   clearnet or through law enforcement.

13             And often, whenever that topic came up, people

14   would recommend Bitcoin Fog, as it had been around the

15   longest and is the most trusted.

16   BY MR. PEARLMAN:

17   Q.  At some point, did you visit Bitcoin Fog?

18   A.  Yes.

19   Q.  When you visited it, how did you access it?

20   A.  I used the Tor Browser.

21   Q.  So you visited it on Tor?

22   A.  Yes.

23   Q.  And what was the user interface like?

24   A.  In my opinion, it was kind of clunky and not very user

25   friendly.  You had to create an account and then you had to

```
 1    deposit some Bitcoin.  But first you had to create a deposit
 2    address and it was often hard to tell when your Bitcoin
 3    actually hit the account, when you could withdraw it.  It
 4    took three confirmations before you could withdraw the
 5    Bitcoin.
 6              So a lot of times you'd have to log in, get a
 7    deposit address, wait for three confirmations after you
 8    deposit the Bitcoin, which could take hours, and then log
 9    back in, if you'd left during that time, and then you could
10    withdraw to your Bitcoin address.
11              You also never knew what the fees were going to be
12    because they were randomized.  So I just thought it was kind
13    of clunky and not very user intuitive.
14    Q.  How many times did you use Bitcoin Fog to put your money
15    from Grams or Helix through?
16    A.  Around eight to ten times.
17    Q.  Do you recall approximately how much total number of
18    Bitcoin you put through Bitcoin Fog?
19    A.  Around $10,000 to $20,000 worth of Bitcoin.
20    Q.  10 to 20,000 at the time did you it?
21    A.  Correct.
22    Q.  What was Helix?
23    A.  So Helix was my version of a mixer.  I was trying to
24    improve on Bitcoin Fog.  So what I did was I made it so that
25    people could log in and they could deposit their Bitcoin;
```

1    and then, instead of waiting for three confirmations to

2    withdraw it, they could put in a withdrawal address at the

3    same time they deposited.  When the three confirmations came

4    in, it would automatically withdraw it for them.  So it kind

5    of made it easier so you didn't have to keep logging in to

6    check if the three confirmations had gone through.

7    Q.  And you noted that there was a randomization feature on

8    Bitcoin Fog --

9    A.  Right.

10   Q.  -- that you didn't like.  What did you do with Helix

11   with respect to the fee that the users paid?

12           MR. EKELAND:  Objection, your Honor.  Relevance,

13   and also I think we're getting into 702 territory here.

14           MR. PEARLMAN:  As to what he did?

15           THE COURT:  Overruled.

16           THE WITNESS:  So I had a 2.5 percent fee, flat

17   fee, on everything.  That way people always knew how much

18   money they were going to get back.

19   BY MR. PEARLMAN:

20   Q.  When you set up Helix, did you eventually modify it and

21   call it something else?

22   A.  Yes.  So I --

23           MR. EKELAND:  Objection, your Honor.  Relevance

24   and leading.

25           THE COURT:  Overruled.

1          THE WITNESS:  So I wanted to make it even easier.

2    So I created Helix Light, which was a version where you

3    didn't even need an account to log in.  All you had to do

4    was give us a Bitcoin address that you wanted the money to

5    go to.  We would give the user a Bitcoin address to send

6    Bitcoin to.

7          And with a 2 percent fee taken off, any Bitcoin

8    sent to the deposit address would go to the withdrawal

9    address.  And that's -- that made it just a lot easier so

10   they didn't have to create an account.

11   BY MR. PEARLMAN:

12   Q.  When you designed Helix, did you design it by yourself?

13   A.  Yes.

14   Q.  And was there a particular programming language that you

15   used?

16   A.  PHP.

17          MR. EKELAND:  Objection.  Relevance.

18          THE COURT:  I'll allow some of this, but at some

19   point you need to tie it back.

20   BY MR. PEARLMAN:

21   Q.  Why did you use PHP?

22   A.  I was familiar with it and I couldn't use JavaScript for

23   the front end because of the -- on the dark web, JavaScript

24   is a browser scripting language and --

25          MR. EKELAND:  Objection.  702, your Honor.

1          THE COURT:  I think he's just explaining what he

2    did.  So overruled.

3          THE WITNESS:  I can go?

4          THE COURT:  You can continue.

5          THE WITNESS:  So JavaScript is a scripting

6    language that runs on your browser and not on the server.

7    And it can get your IP address that can identify the user.

8          So anyone using the darknet was told -- and this

9    was on the darknet forums, too -- that if you see JavaScript

10    running on a server, do not use that because your IP could

11    be leaked out to the person using that -- or the site using

12    that JavaScript.

13          And since JavaScript's on the browser side, you

14    can view the source, right-click "view source" and you can

15    see if JavaScript is running.

16    BY MR. PEARLMAN:

17    Q.  When you set up Helix, what kind of computer hardware

18    did you use?

19    A.  I --

20          MR. EKELAND:  Objection.  Relevance.

21          THE COURT:  Overruled.

22          THE WITNESS:  I had a Microsoft Surface that I

23    would use at my house and then I would connect to different

24    servers that I would rent from different companies around

25    the world using fake names and Bitcoin to pay for.

```
 1              I had a Linux server that was running CentOS and a

 2    remote Windows server that was running the Bitcoin wallets.

 3    BY MR. PEARLMAN:

 4    Q.  Did you ever change servers?

 5    A.  Yes.  Quite frequently.  Probably every few months I

 6    would change them just to -- so that the server companies

 7    couldn't look into it and see what I was doing and then

 8    report it to the authorities.

 9    Q.  Did you have a computer that was dedicated to this

10    program?

11              MR. EKELAND:  Objection.  Relevance.

12              THE COURT:  Overruled.

13              THE WITNESS:  Yes.  I had a computer that I only

14    used for this dark web stuff.

15    BY MR. PEARLMAN:

16    Q.  Did you have help?

17    A.  I had -- so eventually, I hired a graphic designer from

18    the dark web.  I never knew his real identity.  And I hired

19    a couple other support people to handle support, just

20    answering emails and stuff.

21    Q.  And on the emails, did you get interaction with

22    customers?

23    A.  Yes.  There was a lot of -- most of my days was dealing

24    with emails and customer support because a lot of the users

25    didn't know how Bitcoin worked; they didn't understand what
```

1    confirmations were.  And so a lot of them was saying, Well,

2    hey, I haven't received my Bitcoin yet.

3            And I'd have to tell them, Well, you have to wait

4    for this many confirmations or to that effect, you know,

5    What's going on with my Bitcoin?  Why is there a fee?  All

6    this.

7            Then as time went on and my site got more popular,

8    there was a lot of scam sites that looked like my site that

9    were the -- people would say, Hey, I sent you Bitcoin.

10            And I'd say, What URL did you send it to?

11            When they told me, I would have to say, No, that's

12    not my site.  You got scammed.  It was a scam site.  That

13    was quite popular near the end of my site.

14    Q.  Did you make money off Helix and Helix Light?

15    A.  Yes.  That's how I made most of my money.

16    Q.  And then what would you do -- and was the money that you

17    made, was that ultimately in Bitcoin?

18    A.  Yes.

19    Q.  And so how would you cash out or use the Bitcoin in a

20    real-world environment?

21            MR. EKELAND:  Objection.  Relevance.

22            THE COURT:  Overruled.

23            THE WITNESS:  So I would cash -- I would cash out

24    in local bitcoin.com, which was a peer-to-peer-type, kind of

25    like craigslist for Bitcoin.  So you could sell your Bitcoin

1    for cash on there, and eventually I found people that I

2    could sell for wire transfers.

3            And later on, I found a company that would sell --

4    that would let me sell to them.  A lot of companies, like

5    Coinbase and Circle, who I'd normally sell small amounts to

6    in the beginning, they shut down my accounts because they

7    could tell it was coming from the dark web.  And they asked

8    where the Bitcoin came from.

9            And I said, From a mixer.

10           And they shut me down.

11   BY MR. PEARLMAN:

12   Q.  When you said it came from a mixer, did you misrepresent

13   what kind of mixer it came from?

14           MR. EKELAND:  Objection.

15           THE WITNESS:  I never told --

16           MR. EKELAND:  Leading.

17           THE COURT:  Sustained.

18   BY MR. PEARLMAN:

19   Q.  What type of mixer did you tell them it came from?

20   A.  I told them it came from a clearnet mixer called Coin

21   Ninja.

22   Q.  Was that a true statement?

23   A.  No.

24   Q.  At some point, did you shut down Helix?

25   A.  Yes.

1    Q.  Why?

2    A.  I knew it was a gray area and there was a lot of laws

3    being implemented at the time about Bitcoin and I was afraid

4    of getting in trouble for it.  So I shut it down.

5    Q.  And when you shut it down, what happened to the server

6    that was running it?

7    A.  I deleted all the files on them and deleted all the

8    evidence of ever having ran it.

9                MR. PEARLMAN:  The Court's brief indulgence.

10               Pass the witness, your Honor.

11               THE COURT:  All right.  Mr. Ekeland.

12               MR. EKELAND:  May I proceed, your Honor?

13               THE COURT:  You may.

14                           CROSS-EXAMINATION

15   BY MR. EKELAND:

16   Q.  You've never met Roman Sterlingov in your life, have

17   you?

18   A.  No.

19   Q.  And you've never communicated with him?

20   A.  No.

21   Q.  I'm sorry.  I don't know if the court reporter heard

22   your answer to the question.

23               You've never met Roman Sterlingov in your life?

24   A.  No.  I've never met him.

25   Q.  The first time you're seeing him is today in this

1    courtroom?

2    A.  Yes.

3    Q.  And you testified that you signed a plea deal with the

4    United States Government?

5    A.  Yes.

6    Q.  And you pled guilty to one count of conspiracy to

7    money-launder?

8    A.  Yes.

9    Q.  And that you face a maximum of 20 years in prison under

10   than count?

11   A.  Yes.

12   Q.  Were you indicted before that plea agreement with more

13   than one count?

14   A.  Yes.

15   Q.  And what were the charges against you?

16   A.  Unregistered money changer, I believe, in federal and

17   D.C.

18   Q.  And any other charges or was it just that one charge?

19   A.  Well, there was the conspiracy to money-launder, which I

20   pled guilty to, and then two counts of unregistered money,

21   one for federal and one for D.C.

22   Q.  And do you recall how many years the maximum sentence

23   was on each of those counts?

24   A.  So it was 20 for the conspiracy and then five each for

25   the other two.

1    Q.  And then you decided just to take a plea just to the

2    conspiracy to money-launder?

3    A.  Yes.

4    Q.  And is the reason that you took the plea because the

5    Government had evidence against you that would prove their

6    case?

7    A.  Yes.

8    Q.  And could you just tell the jury what that evidence was?

9    A.  They had photos of -- that I was the administrator,

10   screenshots of my computer with the administration on it.

11   They had tracked my Bitcoin addresses and knew that I had

12   paid for certain stuff with money that came from Helix.  And

13   they had witnesses, too.

14   Q.  And when they arrested you, did they find your private

15   keys?

16   A.  Well, they found my Bitcoin wallet that had keys on it.

17   But -- yeah.

18   Q.  And they -- you mentioned that they had photos of you

19   as -- working as the administrator to Helix.  Could you just

20   explain that for the jury.

21   A.  They had a picture of my computer in the background and

22   you can see one of the tabs open said Grams min on it.

23   Q.  Did they have other photos?

24   A.  I believe so.

25   Q.  Did you keep records of your activity on Helix?

```
 1     A.  What do you mean?

 2     Q.  Did you keep spreadsheets or any kind of ledger of all

 3     the transactions?

 4     A.  Oh, not of all the transactions.  But I kept

 5     spreadsheets of the amount of money I made.

 6     Q.  And the Government got those spreadsheets, too?

 7     A.  Yes.

 8     Q.  And is one of the things you did with the way you

 9     laundered the money that you got from Helix is that you used

10     debit cards in other people's names?

11     A.  No.

12     Q.  You didn't.  Did you use debit cards to launder your

13     money?

14     A.  No.

15     Q.  And did you fly private with the money that you made?

16     A.  Yes.

17     Q.  And when the Government arrested you, you had roughly

18     $200 million in Bitcoin.  Do I have that right?

19     A.  At the time of my arrest, it was 60 million, and then at

20     the time of my plea it was around 200 million.

21     Q.  And that's because Bitcoin's price just went up, so it

22     appreciated quickly?

23     A.  Yes.

24     Q.  And you consented to an asset forfeiture order in this

25     case; is that right?
```

```
 1    A.  Yes.

 2    Q.  And as part of that asset forfeiture, you agreed to

 3    forfeit approximately $311 million?

 4    A.  Yes.

 5            MR. EKELAND:  No further questions.

 6            THE COURT:  Any redirect?

 7            MR. PEARLMAN:  No, your Honor.  Thank you.

 8            THE COURT:  The witness is excused.  Thank you.

 9            (Witness excused.)

10            THE COURT:  The Government may call its next

11    witness.

12            MS. PELKER:  The Government calls Ms. Elizabeth

13    Bisbee.

14            THE COURTROOM DEPUTY:  Can you hear me,

15    Ms. Bisbee?

16            THE WITNESS:  Yes.

17            THE COURTROOM DEPUTY:  Could you raise your right

18    hand.

19         ELIZABETH BISBEE, GOVERNMENT WITNESS, SWORN.

20            THE COURTROOM DEPUTY:  Thank you.  Please be

21    seated.

22                    DIRECT EXAMINATION

23    BY MS. PELKER:

24    Q.  Ms. Bisbee, could you please state and spell your name.

25    A.  Yes.  Elizabeth Bisbee, E-L-I-Z-A-B-E-T-H B-I-S-B-E-E.
```

```
1    Q.  Ms. Bisbee, where do you currently work?
2    A.  Chainalysis Government Solutions.
3    Q.  Can you briefly explain your educational background?
4    A.  Yes.  I have a bachelor's in human services.  I have a
5    master's in forensic psychology and a second master's in
6    investigative psychology.
7    Q.  Ms. Bisbee, when did you begin working in financial
8    investigations?
9    A.  2014.
10   Q.  What was the nature of that work?
11   A.  I was employed with the Drug Enforcement Administration
12   and provided case support for the DEA.
13   Q.  Can you explain a bit more about your role at DEA?
14   A.  Sure.  So I was an intelligence research specialist,
15   which is also known as an analyst, and I worked in a section
16   called the document media exploitation section and was
17   assigned to provide financial investigation support for both
18   the domestic and foreign offices for DEA.
19   Q.  And what did that work entail?
20   A.  Flow-of-funds analysis through various bank accounts for
21   individuals that were suspected of drug trafficking and
22   money laundering.
23   Q.  When you first joined DEA, was your focus on
24   cryptocurrency?
25   A.  It was not, no.
```

Bisbee - DIRECT - By Ms. Pelker

1    Q.  When did you first encounter cryptocurrency in your

2    work?

3    A.  Towards the end of 2014, I was assigned an investigation

4    from my supervisor who had received a cryptocurrency

5    investigation and asked for support; and I raised my hand.

6    Q.  And what did your work on that first case in 2014

7    involve generally?

8    A.  So initially, it started with me trying to figure out

9    what cryptocurrency was and what the investigation was.  And

10   it was a darknet market vendor who was using cryptocurrency.

11   And so my work entailed on kind of four different areas of

12   research.

13          The first was to do open-source research on what

14   is cryptocurrency, what is the darknet, to try to figure out

15   what this type of mechanism that was being used for this

16   investigation was.

17          That then led into additional research in

18   academia.  There were articles that were published about the

19   traceability of Bitcoin.  I even attended a couple of

20   lectures at George Mason University that were conducting

21   lectures on blockchain and Bitcoin.

22          And then the third bucket was through my research

23   I had identified that other federal agencies had had success

24   with tracing flow of funds using Bitcoin.  And so I reached

25   out to those agencies, which was FBI, IRS and his, to figure

Bisbee - DIRECT - By Ms. Pelker

1    out what were some of the mechanisms that they used in their

2    previous cases.

3            And then the fourth thing that I did, because of

4    the background that I had doing the financial

5    investigations -- when doing financial investigations,

6    there's contacts that you develop with financial

7    institutions, so the banks.  And so I took that knowledge to

8    apply it to where the cash-out mechanisms were for

9    cryptocurrency, which were the exchanges, and contacted the

10    exchanges to understand how they worked with law

11    enforcement, what type of information they could provide, in

12    order to help with the investigation.

13            And so that was kind of the foundation that I did

14    in order to learn how to trace funds and also worked these

15    types of investigations.

16    Q.  After you worked on that first darknet case back in

17    2014, what happened?

18    A.  So the case ended up going into 2015.  And I did the

19    manual tracing, which is using public block explorers, to be

20    able to follow the funds with the crypto addresses that were

21    identified in the investigation, identified some offramps,

22    so where the individual converts their Bitcoin into fiat or

23    cash.

24            That was able to identify the individual.  Along

25    with other evidence that had been gathered through the

1    investigative steps, through undercover buys from the

2    darknet markets, we were able to tie and arrest and indict

3    the individual.

4    Q.  After your success in that early case, did you work

5    additional cases at DEA involving cryptocurrency?

6    A.  I did.  So from the success of that case, it became kind

7    of word of mouth throughout DEA, where if you had a crypto

8    case or a Bitcoin case, to call Beth.  And so I became the

9    point of contact for all cryptocurrency investigations for

10   DEA.

11   Q.  And in the subsequent years, did you have additional

12   responsibilities in developing and building out DEA's

13   cryptocurrency program?

14   A.  I did.  So through the -- just being the point of

15   contact for many of the investigations for cryptocurrency,

16   it became very apparent to me that I couldn't be the only

17   one doing the tracing and being the one to support this.

18   And so I started and created a crypto tracing training for

19   analysts and agents within DEA.

20           And then that kind of grew to where not only was I

21   providing the tracing support, but also was the point of

22   contact to help develop what the undercover operations were

23   within DEA that were using cryptocurrency and created a

24   program for that.

25           I also became the, quote-unquote, "seizing agent"

1    for DEA.  So what that means is if there was a search

2    warrant and there was expected cryptocurrency, I was called

3    out for those search warrants to help seize the

4    cryptocurrency and setting up government-controlled wallets

5    for that.

6              Also during that time, DEA was working on building

7    their own blockchain analytic tool.  And I was the advisor

8    for the development of that tool.

9              And then also I helped with developing the

10   policies and best practices for conducting crypto

11   investigations, tracing, training and then also DOJ

12   implementation for seizing best practices.

13   Q.  Can you speak to what tools you used to trace your

14   transaction -- trace transactions on the blockchain while at

15   DEA?

16   A.  So the first tool that I used were the block explorers,

17   so the open-source block explorers.  And then as I became

18   more familiar within the space, I was able to get access to

19   many of the commercial tools, which included Chainalysis,

20   Elliptic, Cybertrace, Blockchain Intelligence Group and

21   others.

22   Q.  And are those different names that you just listed off

23   other commercial tools similar in some way to Chainalysis

24   Reactor?

25   A.  Yes, they are.

1    Q.  Did you also conduct your own transactions to view them

2    on the blockchain?

3    A.  I did.  So while learning how to trace cryptocurrency

4    and seize cryptocurrency and also understand how the

5    different wallets operate, I used my own funds to be able to

6    create accounts at various exchanges and then transfer the

7    funds so that I could learn how to follow my own money.

8           I found that if it was my own money, I didn't want

9    to lose it.  And so I became very good at being able to

10   trace and understand how wallet software interacted on the

11   blockchain to be able to decipher the various transactions.

12   Q.  And how did you apply that knowledge to your work on

13   tracing for investigations and undercover work at DEA?

14   A.  So by conducting my own transactions, I also learned the

15   various wallet software that is available, the usability for

16   it, so if it had good obfuscation techniques or different

17   applications that could be leveraged for that.

18          It also helped for when going and conducting the

19   seizures, the familiarity with the wallets so that we'd be

20   able to access the wallets and be able to seize the

21   cryptocurrency.

22   Q.  In your work at DEA, did you also have occasion to use

23   other records and sources of information to enhance your

24   tracing?

25   A.  Yes.

```
 1    Q.  Could you explain how that would work?

 2    A.  Sure.  So as I explained, the blockchain tracing was

 3    done with block explorers or commercial tools.  But there's

 4    always on- and offramps; and so again, that's where

 5    individuals will take their cash and convert it into

 6    cryptocurrency.  And that nexus is, like, what we consider

 7    the real world to where you can typically tie the individual

 8    to accounts.

 9            And so we would get information to include the

10    personal identifying information for the individual for

11    that.

12            We also would have the ability to collect evidence

13    when doing undercover transactions.  So the evidence from

14    that was also the tie to the real world.  So we would get

15    residences where drugs were shipped to to then also confirm

16    what we were seeing on some of the accounts that had

17    identified for the on- and offramps.

18    Q.  How were you able to determine that the tracing you were

19    doing was accurate and reliable?

20    A.  So it was corroborated with the information that was

21    gathering.  So while conducting the transactions, not only

22    are you looking at the on-chain, but you're looking at the

23    off-chain transactions for that.

24            And when serving legal process and identifying the

25    individual behind those accounts, also other evidentiary
```

Bisbee - DIRECT - By Ms. Pelker

1    collection was able to corroborate that the tracing was

2    accurate.

3    Q.  And did you have occasion at DEA to assess the

4    reliability of Chainalysis's software?

5    A.  Yes.

6    Q.  How many cryptocurrency investigations did you work on

7    while at the DEA?

8    A.  More than 400.

9    Q.  And over your years at DEA, did tracing involved in

10   following the funds on the blockchain become more

11   complicated?

12   A.  Yes.

13   Q.  Can you give some examples?

14   A.  Sure.  So in the early days of blockchain tracing, it

15   was primarily Bitcoin.  Bitcoin then became more

16   diversified, if you will, in the sense of using other

17   blockchains.  So there's forks that happened with Bitcoin,

18   and that's just the protocol enhancing and becoming more

19   efficient.  And that created a level of just from the

20   protocol a sophistication.

21        But then also, there's the diversification of

22   assets, so it wasn't just Bitcoin anymore.  There are

23   thousands of other cryptocurrencies.  And so individuals

24   would try to obscure the flow of funds by what we call chain

25   hopping, which is going from one cryptocurrency blockchain

1    to another.  So that was an obfuscation technique.

2              And then also, the increased leverage of use of

3    mixers.

4    Q.  How did the commercial tools assist with your ability to

5    trace funds in light of these increased use of obfuscation

6    techniques?

7    A.  So with the commercial use of the software, they were

8    able to provide almost realtime application of what was

9    actually occurring on the blockchain.

10             So by identifying the mixers, it helped to

11   streamline the analysis that was being conducted so that we

12   could be able to identify illicit transactions that were

13   occurring and also to be able to identify any of the

14   cash-out mechanisms that were leveraged through any of the

15   cross-chain transactions that may have occurred.

16   Q.  How long were you at DEA?

17   A.  Six and a half years.

18   Q.  And by the end of your time at DEA, how much of your

19   work and responsibilities centered on cryptocurrencies?

20   A.  All of it.

21   Q.  When did you move from DEA to Chainalysis?

22   A.  January of 2021.

23   Q.  Can you tell the jury a little bit about Chainalysis and

24   what it does?

25   A.  Sure.  So Chainalysis is a blockchain intelligence

1    company that provides software for government as well as

2    commercial entities.

3    Q.  Is one of the -- is one software that Chainalysis offers

4    called Reactor?

5    A.  Yes, it is.

6    Q.  Can you explain what Reactor is?

7    A.  Sure.  So Reactor is the investigative software that was

8    developed by Chainalysis to be able to provide a way to view

9    the transactions in an easier format and to also provide

10   attribution for tracing the flow of funds.

11   Q.  Does Chainalysis offer training and certification

12   classes in cryptocurrency and blockchain analysis?

13   A.  Yes.

14   Q.  Can you speak to that a bit?

15   A.  Sure.  So there are several trainings and certifications

16   that Chainalysis provides.  So one is a fundamentals.  It's

17   a foundation level, which is an introduction to what

18   cryptocurrency is, what blockchain is.

19           Then there's a -- it's a Reactor certification,

20   which is a training for certification on how to use the

21   software.

22           Then there is an Ethereum-centered investigations

23   course which focuses on another blockchain and how to trace

24   on that blockchain.

25           And then there's a specialized investigator's

 1    course, which is an advanced blockchain analytics course.

 2    Q.  Does Chainalysis host conferences and learning sessions

 3    regarding blockchain analysis?

 4    A.  Yes.

 5    Q.  Does Chainalysis also publish reports about issues in

 6    the cryptocurrency space?

 7    A.  Yes.

 8    Q.  What types of customers use Chainalysis?

 9    A.  So it ranges from government, both law enforcement,

10    regulatory and then private sector.  So financial

11    institution exchanges.

12    Q.  What is your current role at Chainalysis?

13    A.  So I am the director of customer growth and strategy.

14    Q.  What are your responsibilities in that role?

15    A.  So I'm primarily responsible for being able to take what

16    has been done within Chainalysis and be able to translate

17    that to the work that the government does.  Chainalysis

18    Government Solutions focuses on U.S. government, public

19    sector.  And so with my experience of working in the

20    government, and then also being at Chainalysis, I provide

21    that support, as well as the development of our own expert

22    testimony.

23    Q.  And how long have you held your current role?

24    A.  Since November of 2023.

25    Q.  Prior to November, what was your role?

 1    A.  I was the director of investigation solutions.

 2    Q.  What did you do as director of investigation solutions?

 3    A.  So for the director of investigation solutions position,

 4    I oversaw a team of approximately 40 investigators that

 5    provided investigative support for the government agencies

 6    we supported.

 7    Q.  What type of support would that involve?

 8    A.  So complex investigative support.

 9    Q.  What was the general background of your team members?

10    A.  So they range from former government, former law

11    enforcement.  Some were in consultancy.  Some are former

12    individuals from exchanges.

13    Q.  Why would someone hire your team to do a workup rather

14    than do it themselves?

15    A.  So my team -- so take a step back a little bit.

16             Within a typical investigation, there's a

17    multitude of aspects to understand within an investigation.

18    And cryptocurrency is a component of that and tracing

19    cryptocurrency is a component of that.

20             And so the investigations team is typically hired

21    because we focus 100 percent on the blockchain and are

22    considered to be the subject-matter experts for what is

23    occurring on the blockchain, because that's all we do 24/7.

24    And so we're able to see the changes, the emerging

25    technology that transpires on the blockchain.

1    Q.  What sort of volume of cases were you either working on

2    or supervising as director of investigations?

3    A.  Hundreds.

4    Q.  And can you give some examples of the types of cases

5    that you and your team were working on?

6    A.  Sure.  So they range from ransomware, intrusion, violent

7    crimes, service financing, darknet markets, mixers, scams

8    and fraud.  It ran the gamut.

9    Q.  What are things that you do to keep abreast of

10   developments in this field?

11   A.  So I do a lot of -- I attend a lot of conferences and

12   read a lot of what's happening within the space through

13   various news outlets.

14   Q.  Have you received certifications in cryptocurrency

15   investigations and blockchain analysis?

16   A.  Yes.

17   Q.  Do you also speak at trainings and conferences?

18   A.  Yes.

19   Q.  And is one of your responsibilities at Chainalysis

20   testifying in cases like this one?

21   A.  Yes.

22   Q.  And have you previously testified in courts around the

23   country regarding clustering and blockchain analysis?

24   A.  Yes.

25               MR. PEARLMAN:  The Government moves to qualify

1    Ms. Bisbee as an expert on cryptocurrency and blockchain

2    analysis.

3              THE COURT:  Any objection?

4              MR. EKELAND:  Just the same as before.  No.

5              THE COURT:  Then the Court concludes that

6    Ms. Bisbee is qualified to testify as an expert on

7    cryptocurrency and blockchain analysis.

8    BY MS. PELKER:

9    Q.  Ms. Bisbee, did the Government hire Chainalysis to

10   complete an expert report and testify in this trial?

11   A.  Yes.

12   Q.  Is your salary from Chainalysis tied to that contract?

13   A.  No.

14   Q.  Does your salary depend on what you say here today or

15   how many hours you work on this case?

16   A.  No.

17   Q.  Will you get paid any more or less depending on the

18   outcome of this case?

19   A.  No.

20   Q.  We've heard a lot over the past week, few weeks, but can

21   you explain from your perspective what is blockchain

22   analysis?

23   A.  So blockchain analysis is conducting a flow-of-funds

24   analysis on cryptocurrency addresses that transact on the

25   blockchain.

1    Q.  Did you assist with preparing a series of visuals that

2    would help the jury understand your testimony today about

3    blockchain analysis?

4    A.  Yes.

5           MS. PELKER:  If we could pull up Exhibit 352,

6    which is not yet in evidence.

7    BY MS. PELKER:

8    Q.  Ms. Bisbee, directing your attention to the screen in

9    front of you, is this the series of slides that you assisted

10    in preparing?

11    A.  Yes.

12           MS. PELKER:  The Government moves to publish

13    Exhibit 352 as a demonstrative.

14           THE COURT:  Any objection?

15           MR. EKELAND:  No objection if it's just a

16    demonstrative.

17           THE COURT:  Exhibit 352 may be published as a

18    demonstrative.

19    BY MS. PELKER:

20    Q.  And, Ms. Bisbee, does this slide deck include some of

21    the same visuals that Mr. Scholl used in his testimony?

22    A.  Yes.

23    Q.  Directing your attention to Slide 1, can you explain

24    what's shown here?

25    A.  This is a raw transaction.  That is what would be seen

1   on the blockchain without a user interface.

2   Q.  Can you walk through what this transaction information

3   in the box now shown on the screen indicates.

4   A.  Sure.  So the box indicates an easier user-friendly

5   format on seeing the transaction and what transpired in that

6   transaction.

7           So the orange here --

8   Q.  You should be able to -- if you click "clear" on the

9   lower left.  And you should be able to select the pencil

10  below there, below the clicker, and that will allow you to

11  draw.

12  A.  Thanks.  Sorry.

13          So the orange here is the transaction hash, which

14  is the same as the orange that's here.

15          And then the colors represented on the slide

16  represent the different components of a transaction.  So

17  this is bringing to light the fee that is charged for the

18  transaction, the input address, the amount that the input

19  address is sending, the outputs, which are the receivers, so

20  the addresses that are receiving those funds, and then the

21  timestamp of when the transaction occurred.

22  Q.  You may need to clear off the screen again.  But can you

23  walk us through how this compares to the information that

24  you might see on a check?

25  A.  Sure.  So just like on components of a check, it is

1    authorizing the sending of funds.  And there is components

2    on the check that match up to what's actually occurring on a

3    transaction that's occurring on the blockchain.

4         So on a check you have the account number.  The

5    account number is very similar to the input address.  This

6    is what is authorizing the sending of the funds and where

7    the funds actually sit.

8         Then you have who are you actually sending funds

9    to, which is in the "pay to the order."  So that's similar

10   to the output address, because you have to be able to

11   indicate who you're sending funds to for them to receive it

12   from your bank account.

13        Then you have to stipulate the amount, just like

14   you would on a check.

15        And you have to sign the check in order for the

16   check to be considered valid.  Same within blockchain:  You

17   use the private key typically.  In wallet software, it'll

18   require you to a put a password or a PIN.  That PIN

19   authorizes the sending of the funds, which is like the right

20   key.

21        Then you have the transaction ID, which is similar

22   to the check number.  So if I wanted to go to my bank and

23   ask the bank, "I want to recall the transaction that

24   occurred with Check No. 2400," the bank could query that up

25   and pull this exact transaction that happened on the check.

1          Same with on the blockchain:  There's a

2     transaction ID that will recall that specific transaction.

3          And then of course there's a date and a timestamp

4     of when the transaction is, just like when you write the

5     check.

6     Q.  Mr. Scholl previously compared this to a coffee shop

7     transaction.  Can you walk us through that example?  Then

8     we'll build on it.

9     A.  Sure.  So in a coffee shop, when you go into the coffee

10    shop and you order a cup of coffee, it's going to have a

11    price and you know that you're going to pay a tax.  And so

12    it'll bring the total to what you actually owe.

13         And so you'll go into your wallet or your purse

14    and you'll pull out a $5 bill.  And then you'll give that to

15    the cashier and then the cashier will in turn give you a cup

16    of coffee, the receipt and any change that you may have

17    within that transaction for the coffee.

18    Q.  And how would this appear on the blockchain?

19    A.  So similarly to what was shown with that raw transaction

20    hash, this is an example of what you would see just from the

21    transaction from the coffee shop.  So you would have address

22    1 that has five Bitcoin.  It then spends four and then

23    receives one as change.

24         And so the blue boxes are indicative of the

25    address for the five and then the address 2 receiving the

1    change for that.

2    Q.   What if you want coffee and a bagel?

3    A.   So in this scenario, so the bagel costs, in addition to

4    what you paid for the cup of coffee.  And so your total

5    comes to 5.25.

6             So of course you can't just pay for it with a $5

7    bill.  So you retrieve another dollar from your wallet or

8    your purse and you spend that and send it to the cashier.

9    The cashier then gives you your bagel and your coffee, along

10   with the receipt and any change that may have been received

11   from that.

12   Q.   And how would this appear on the blockchain?

13   A.   So the five and one dollar represent a co-spend.  So you

14   have to spend them together in order to get your bagel and

15   coffee.

16             So in this example on the blockchain, you have two

17   addresses on the input side that are spending together,

18   which is what we call a co-spend.

19             And then they pay the address or the cashier for

20   the coffee, which is address 3, and then the 75 cents is

21   address 4 that then goes back to the wallet that it's spent

22   from.

23   Q.   Mr. Scholl testified previously regarding Chainalysis's

24   clustering of addresses.

25             Can you explain what clustering is?

1    A.  Clustering is a grouping of addresses that are

2    determined to be associated or grouped together.

3    Q.  Is the concept of clustering something unique to

4    Chainalysis?

5    A.  No.

6    Q.  Who else uses clustering?

7    A.  So clustering can be done manually.  So when I first

8    started doing blockchain analysis, I could cluster manually

9    addresses together.

10           Other software also uses clustering in order to

11   group and associate addresses together.

12   Q.  When tracing funds on the blockchain, why are clusters

13   useful?

14   A.  So it's useful to be able to identify where services may

15   exist.  And those services are important to be able to

16   identify cash-out points or if it's illicit activity, if

17   there's illicit transactions that are occurring.  So having

18   those grouping of addresses streamlines the process of doing

19   it manually and then also provides more of a consensus of

20   what's occurring on the blockchain.

21   Q.  Can you explain what you mean when you're using the term

22   "service" or "services"?

23   A.  Sure.  So service, when I refer to it as a service means

24   an entity, a known entity on the blockchain.  And that is

25   either an exchange, darknet market, a mixer or other

 1    different platforms.

 2    Q.  When you were working as an investigator, how would you

 3    identify clusters?

 4    A.  So sometimes it was from doing my own transactions of --

 5    if I did a transaction from an exchange to my own wallet,

 6    I'd be able to identify that those addresses belonged to

 7    that exchange.

 8            Others are using public block explorers that have

 9    attribution.  And then also commercial tools that have

10    clustering and attribution.

11    Q.  What methods does Chainalysis use to determine what

12    addresses should be clustered together?

13    A.  So Chainalysis uses the -- what we call ground truth to

14    be able to identify addresses that have transacted with.

15    And so Chainalysis conducts micro transactions with these

16    services to be able to identify addresses.

17    Q.  Is there another term that might be commonly used for

18    micro transaction?

19    A.  Yeah; also known as test transactions.

20    Q.  And can you walk through how Chainalysis uses a test

21    transaction to identify addresses that are controlled by a

22    particular darknet market?

23    A.  Sure.  So before being able to identify the addresses,

24    Chainalysis has to conduct research on the service itself.

25    So the service -- for instance, if it's an exchange or a

1    darknet market, they'll research the darknet market to

2    identify what cryptocurrency that darknet market or service

3    actually accepts and then will create an account on that

4    service to be able to establish the validity of the service

5    itself.

6            And so then with that, it's known that that

7    service is going to have addresses; and so Chainalysis works

8    to then identify the addresses that are associated with that

9    service.

10   Q.  Can you walk us through how that plays out with what's

11   shown on your slide in front of us?

12   A.  Sure.  So with the account that Chainalysis has created

13   at the service, they then will do a test transaction with

14   the service.  So the first transaction that Chainalysis will

15   do is from their controlled wallet.  They'll send a micro

16   transaction to a deposit address, which is also known as a

17   test deposit, to be able to identify the address that is

18   controlled by that service.

19           And then, after the funds have been deposited,

20   they'll want to conduct a withdrawal.  And then they'll

21   withdraw from the service to the Chainalysis-controlled

22   wallet.

23   Q.  And what does Chainalysis then do with this information

24   about the test deposit and withdrawal addresses?

25   A.  So Chainalysis will identify the addresses that they

Bisbee - DIRECT - By Ms. Pelker

1    deposited to and then the addresses that then withdrew.

2    Chainalysis will then observe the behavior and patterns in

3    transactions that those addresses do with other addresses

4    within the service.

5                One --

6    Q.  Is that what's shown here on the screen?

7    A.  Yes.  So as one address transacts with others, the

8    patterns and behaviors are able to be identified.  And then

9    as those addresses start to transact and interact,

10   additional addresses are then identified until a grouping of

11   the addresses have been identified, which is the clustering.

12   Q.  What does observing all this activity among all these

13   addresses allow Chainalysis to do?

14   A.  It allows Chainalysis to be able to identify what we

15   call as a service fingerprint, the behavior that the service

16   actually exhibits on how it conducts its transactions.

17   Q.  Does Chainalysis do many of these sorts of transactions

18   across many different services?

19   A.  Yes.

20   Q.  And so what insight, if any, does this give Chainalysis

21   and its users?

22   A.  It gives insight into, one, identification of services,

23   but then also insight to how the service actually operates

24   in order to further enhance the accuracy of the tracing

25   that's conducted by its users.

1   Q.  Can you walk us through some examples of how Chainalysis

2   uses the information from those sorts of micro or test

3   transactions to build out clusters?

4   A.  Sure.  So as I had indicated, Chainalysis will have

5   created an account on the service.  And so whenever the

6   addresses that Chainalysis is interacting with -- the

7   transaction behaviors that occur are what Chainalysis is

8   observing.

9          So when one address transacts with another, we're

10   able to identify that.

11          So this goes into being able to identify co-spend,

12   peel chain detection and change address.

13   Q.  Can you walk us through using this slide in front of you

14   how observing the activity can help to reveal co-spending?

15   A.  Sure.  In that example, this would be the service

16   sending Chainalysis funds.  So this would be known as a

17   withdrawal occurring from the service.

18          So Chainalysis provides the address that they want

19   to receive funds to their own controlled wallet and then the

20   service will send four and a half Bitcoin to the Chainalysis

21   address.

22          What this is indicating here is that with the

23   transaction that Chainalysis occurs within this, which is --

24   what we're looking at is just one transaction, with the

25   deposit that is occurring -- or the withdrawal that's

1    occurring with the Chainalysis address, we can identify that

2    these addresses that are on the input side are actually

3    controlled by the service, because that's our account that

4    then is transferring funds to the Chainalysis-controlled

5    wallet.

6         And so that's one of the ways to be able to

7    identify the addresses to then group them together.

8         As these addresses on the input side that are

9    circled -- as those then start interacting with others,

10   again, additional addresses can be identified and grouped

11   and clustered together.

12   Q.  And pausing here for a moment, can you explain the role

13   of co-spending in the blockchain analysis profession?

14   A.  Yes.  So co-spend is one of the most commonly used and

15   known aspects of blockchain analysis.  And there's -- there

16   have been scholarly articles that have been written about

17   the accuracy of the co-spend and how that relates to be able

18   to associate addresses together.

19   Q.  And do many of the other forms or bases for clustering

20   that we're about to talk about build on co-spending

21   analysis?

22   A.  Yes, it does.

23   Q.  Now, returning to the slides, are there other types of

24   behaviors that are useful to observe in addition to

25   co-spending when conducting blockchain analysis?

1    A.  Yes.

2    Q.  Can you walk through how -- using the slide in front of

3    you -- how a Chainalysis test transaction could reveal

4    change addresses?

5    A.  Sure.  So within this example, again, it's a withdrawal

6    that is coming from the service to a Chainalysis wallet.

7            So in this transaction, one and a half Bitcoin

8    will be sent from the service Chainalysis account to the

9    Chainalysis wallet.

10           When that occurs, the one Bitcoin that is to

11   Chainalysis's wallet is received; and then there's change

12   that is identified that belongs back to the service.

13           So with this address that's identified here that

14   sent the one and a half Bitcoin, the service generated a new

15   change address, which is where the .5 then was sent.

16           And so within this, Chainalysis can identify two

17   addresses that are in control of the service.

18   Q.  And can you walk the jury through how a test transaction

19   can reveal peel chains?  You may need to clear the screen

20   first.

21   A.  Yes.  So in this example, again, it's a withdrawal

22   coming from the service and sending funds to the Chainalysis

23   wallet.

24           So in this example, the service is sending .25

25   Bitcoin.  So they sent .5 and they generate a new address.

Bisbee - DIRECT - By Ms. Pelker

1              When that new address is generated on the output

2     side, the .25 goes to Chainalysis's wallet and then the .25

3     goes over to the newly generated address within their

4     wallet.

5     Q.  And how would this then fall within a peel chain

6     structure?

7     A.  So this generates a hop, is what we call it, in

8     blockchain analysis, where the funds then send funds to an

9     address like Chainalysis and then hops to another controlled

10    address and creates this -- what we call peel chain through

11    the hops that are occurring on the blockchain.

12    Q.  And how can this inform your understanding of a service

13    and its activity on the blockchain?

14    A.  So this can help to identify how the service generates

15    new wallets.  It can help identify how and the behavior that

16    the service uses in order to withdraw funds from their

17    platform.  And it helps to identify the addresses that are

18    then grouped together based off of this type of pattern and

19    behavior.

20    Q.  Does Chainalysis cluster based on change addresses or

21    peel chains alone?

22    A.  No.

23    Q.  Can you explain how change addresses and peel chains do

24    factor into Chainalysis's blockchain analysis?

25    A.  So all of the behaviors and patterns that were just

1     described are built upon each other.  And so you don't take

2     just one transaction or one look at how an address

3     transacted.  You look at the pattern that occurs with a

4     particular address and various transactions that that

5     address has participated in.

6              By looking at a multitude of those types of

7     behaviors and patterns, can better inform how to actually

8     group the addresses together.

9     Q.  What sorts of things is Chainalysis looking at when it's

10    observing activity on the blockchain in the way you're

11    describing?

12    A.  So like I had indicated, there are certain fingerprints

13    that occur when transactions happen on the blockchain.  So

14    because it's a digital software that is interacting on a

15    digital interface, so when a transaction occurs, the

16    software is then providing a digital fingerprint of that

17    transaction.

18             And so those fingerprints are identified when

19    conducting blockchain analysis.  And there's transaction

20    features that occur of how the transaction transpires and

21    then the wallet software generates particular fingerprints

22    specific to the addresses that it creates.

23    Q.  Can you describe generally what's shown here on the

24    screen?

25    A.  Sure.  So these are some of the transaction features and

1    some of the address features that would be present when

2    conducting analysis on the blockchain.

3    Q.  Can you give an example of how one of these could be

4    used to inform Chainalysis's study of behavior and patterns

5    on the blockchain?

6    A.  Sure.  So it will inform on, for instance, the fee.

7    That's a pretty significant component of looking at just how

8    a service services its fees and how it charges its fees.

9           So that's one of the components that is looked at

10   in the assessment of the transaction and then addresses that

11   are grouped.

12   Q.  Now, what are some of the most common patterns that you

13   look for when you're clustering a service?

14   A.  So the patterns can be what was just described as the

15   co-spend, peel chain, the change address, as well as the

16   change-of-address features over time.  And as the -- and the

17   transaction features and their signatures of when they're

18   confirmed on the blockchain.

19   Q.  Can you explain what behavioral clustering is?

20   A.  Sure.  So behavioral clustering is what was described as

21   the co-spend -- not co-spend; excuse me -- the change

22   address and the peel chain.  And it's how the service

23   actually interacts with the deposits and withdrawals of the

24   transactions occurring with its users to be able to identify

25   the type of behavior that the specific service is utilizing.

1    Q.  And how does behavioral clustering relate to co-spend

2    clustering?

3    A.  So with behavioral clustering, it relates to the

4    co-spend because co-spend is the premise of the methodology

5    to be able to group addresses together.

6              And you can't look at one without looking at the

7    other.

8    Q.  And what are you in Chainalysis then able to do with

9    this information that you observe about a particular

10   service?

11   A.  Able to inform again, like, how it's interacting with

12   other services, to then identify the addresses and the

13   overall behavior structure of that service.

14   Q.  You're speaking to overall behavior structure.  To

15   emphasize, does any one feature that you referenced on its

16   own necessarily give you enough information to build a

17   cluster?

18   A.  No.

19   Q.  So can you explain your approach to using this sort of

20   behavioral information in conjunction with co-spend?

21   A.  Sure.  So it goes off of the basis of blockchain

22   analysis in general.  And with blockchain analysis, you

23   start with address-level tracing, then you go to

24   transaction-level, and then clustering-level.

25              So you assess the address first.  Then you look at

1    the parameters of all the transactions and then go into the

2    grouping of the addresses that it's transacted with.

3    Q.  Can you roughly analogize that address level,

4    transaction level and cluster level using the coffee shop

5    example from the earlier slides?

6    A.  Yes.  So in this example, you have the address which is

7    in the blue box.  So similarly to when you receive a $5

8    bill, when you receive that $5 bill you know it's a $5 bill

9    because it tells you it's a $5 bill.  It has a serial number

10   on it and it also will tell you when it was printed.  So

11   there's different features that are on that $5 bill that you

12   can assess from that.

13           On the blockchain, the same can be done with an

14   address.  So in this example, the address begins with a 1.

15   But addresses can begin with a 3 or a BC1.  When you look at

16   the address on the blockchain, it will also tell you if

17   there's any funds that are still tied to it, so does it

18   still have value that's tied to it.

19           It'll also tell you its first transaction, its

20   last transaction and also tell you how many transactions

21   it's actually been a part of.  So all of that helps to

22   inform what actually is occurring with that particular

23   address.

24   Q.  What about at the transaction level?

25   A.  So on the transaction level, when you're at the coffee

1    shop and you get the receipt, that receipt is representative

2    of one transaction.  That receipt is not representative of

3    all the coffee that's sold or all of the bills that end up

4    in the register.  It's just one transaction.

5            So on transaction level, you're looking at how

6    that address actually interacted with others.  So in this

7    example, the address in the blue box is on the input.  So

8    it's sending funds.

9            So when assessing how the address is interacting,

10   that would be considered a pretty good indicator of just one

11   component of that.

12           So in all of the transactions you'd want to see,

13   how did that address actually receive funds?  And so you

14   would look at the transaction level that that address

15   actually received the funds for to give you a more holistic

16   idea of what that particular address is doing on the

17   blockchain.

18   Q.  And what about at the cluster level?

19   A.  So on the cluster level, after assessing the address and

20   then the transactions and the associated addresses that it's

21   interacted with, you can start to identify the different

22   groupings and clusters of those addresses.

23           So this would be considered like the service-level

24   side of things of being able to identify that behavior,

25   similar to the coffee shop.

1          So when you go to a coffee shop, there may be more

2     than one cashier.  So when the cashier -- at the end of

3     their shift, they take their register.  That's considered to

4     be just one component of what they're leveraging to be able

5     to put it into the coffee shop account.  And so the coffee

6     shop as a whole will then look to reconcile everything that

7     they did that day to include what's in their drawer as well

8     as how many coffees they've actually sold.

9     Q.  How does that kind of play out on the blockchain with

10    your analysis?

11    A.  So being able to identify how an address interacts and

12    how it's funded helps to inform how it transacts on the

13    blockchain to then start identifying, is it indicative of

14    behavior that includes it to be part of a service?  That's

15    to be able to inform, one, where to send legal process if

16    it's a service, to send legal process to, or if it's a

17    service like a darknet market or a mixer, to be able to

18    identify illicit activity.

19    Q.  So for Chainalysis, what's the goal when you are

20    identifying a services cluster?

21    A.  The goal is to be able to identify as many addresses to

22    be able to inform the service in the most accurate and

23    reliable method.

24    Q.  What does Chainalysis do to ensure the accuracy of its

25    clusters?

1     A.  So Chainalysis provides a very conservative approach.

2     So as I had indicated of the different types of heuristics

3     of co-spend, behavioral, which is the change address and

4     peel chain, if it doesn't fit in parameters exactly, then

5     it's disregarded.

6              So not all addresses that are part of a peel chain

7     or a part of a change address are included in the service

8     clustering, which is a more conservative approach.

9     Q.  And does that mean that services can have addresses that

10    are not included in the cluster?

11    A.  Yes.

12    Q.  Can clusters vary in size?

13    A.  Yes.

14    Q.  And as more addresses transact and a cluster grows

15    larger, what does that mean for the opportunity to observe

16    behavior?

17    A.  As more addresses are added, there's more data points to

18    be able to identify the different transactions that the

19    addresses are transacting with.  So the more data points,

20    the more ability to be able to grow the -- or to build the

21    assessment of what the service behavior is.

22    Q.  Now, is Chainalysis the only company that does this sort

23    of clustering?

24    A.  No.

25    Q.  And is it only done for law enforcement purposes?

1    A.   No.

2    Q.   What are some of the other purposes for this type of

3    clustering?

4    A.   So this also informs the compliance side.  So exchanges

5    that are performing due diligence and anti-money laundering

6    compliance, they rely on the clustering in order to inform

7    the safety for their customers.

8    Q.   Why is it important that Chainalysis's clusters are

9    reliable?

10   A.   The government, law enforcement and private industry

11   rely on it in order to protect the ecosystem.

12   Q.   And in your extensive use of Chainalysis, have you found

13   its clusters to be reliable?

14   A.   I have.

15            MS. PELKER:  Your Honor, we can keep going or take

16   a brief break.

17            THE COURT:  If this is a good time for a break,

18   it's fine.

19            MS. PELKER:  That's fine.

20            THE COURT:  Let's take the afternoon break now.

21   It's five minutes of 3:00.  Let's come back at 3:15.

22            I'll remind you, don't discuss the case among

23   yourselves and don't conduct any type of research related to

24   the case.

25            THE COURTROOM DEPUTY:  All rise.

```
 1                    (Whereupon, the jury exited the courtroom at 2:53
 2         p.m. and the following proceedings were had:)
 3                    THE COURTROOM DEPUTY:  You may be seated.
 4                    THE COURT:  All right.  The witness can take her
 5         break as well.
 6                    Before the break, anything anybody wants to raise?
 7                    MS. PELKER:  No, your Honor.
 8                    MR. EKELAND:  I just didn't hear you.
 9                    THE COURT:  I asked:  Anything you wanted to
10         raise?
11                    MR. EKELAND:  No, your Honor.
12                    THE COURT:  I will see you after the break.
13                    THE COURTROOM DEPUTY:  All rise.  Court is in
14         recess.
15                    (Thereupon a recess was taken, after which the
16         following proceedings were had:)
17                    THE COURTROOM DEPUTY:  All rise.
18                    (Whereupon, the jury entered the courtroom at 3:18
19         p.m. and the following proceedings were had:)
20                    THE COURTROOM DEPUTY:  You may be seated and come
21         to order.
22                    THE COURT:  Ms. Pelker, you can continue when
23         you're ready.
24                    MS. PELKER:  Thank you, your Honor.
25
```

1    BY MS. PELKER:

2    Q.  Ms. Bisbee, turning to Bitcoin Fog and this case

3    specifically, what were you asked by the Government to do?

4    A.  I was asked to provide the clustering and attribution

5    that was found in Chainalysis Reactor for Bitcoin Fog and

6    eight darknet market services.

7    Q.  When did you begin work on this case?

8    A.  I believe it was October of 2022.

9    Q.  And did your work involve identifying Roman Sterlingov?

10   A.  No.

11   Q.  Did your work involve reviewing account records from

12   exchanges or banks or other institutions?

13   A.  No.

14   Q.  Have you reviewed the Bitcoin Fog server or its logs?

15   A.  No.

16   Q.  Have you been to Sweden to interview the Defendant's

17   childhood friends?

18   A.  No.

19   Q.  And you were only asked to look at the Bitcoin Fog

20   cluster and the transactions between Bitcoin Fog and various

21   darknet markets?

22   A.  Yes.  Eight darknet markets.

23   Q.  Were Bitcoin Fog and the eight darknet markets that you

24   reviewed here familiar to you before you started working on

25   this case?

```
 1    A.  Yes, they were.

 2    Q.  Why was that?

 3    A.  So they were services that had already been identified

 4    in Chainalysis Reactor, as well as my time doing

 5    investigations at DEA as well as when I came to Chainalysis

 6    over the investigations program.  Those services were

 7    identified in those various investigations.

 8    Q.  And why were these services that had already been

 9    clustered?

10    A.  Because Chainalysis had identified them in their

11    software.

12    Q.  Why would Chainalysis and its customers need these

13    clusters specifically?

14    A.  So again, for investigations, having attribution and

15    appropriate clustering for services helps to be able to

16    identify flow of funds when doing blockchain analysis, as

17    well as identifying illicit activity.

18    Q.  Would the clusters for Bitcoin Fog and these darknet

19    markets be clusters that would frequently come up in tracing

20    done by law enforcement and financial institutions?

21    A.  Yes.

22    Q.  And how is the accuracy, then, of these clusters

23    important?

24    A.  It's important to be able to identify, again, illicit

25    funds that are important for law enforcement investigations
```

1    as well as providing due diligence and compliance for

2    exchanges and financial institutions to keep their customers

3    safe.

4            MS. PELKER:  If we could pull up Exhibit 326-A,

5    which is not yet in evidence.

6            THE COURTROOM DEPUTY:  It's taking a minute.

7            MS. PELKER:  No problem.

8            THE COURTROOM DEPUTY:  Could you unplug and plug

9    back in, please.

10           MS. PELKER:  Sure.

11   BY MS. PELKER:

12   Q.  Ms. Bisbee, do you recognize Exhibit 326-A?

13   A.  Yes.

14   Q.  What is it?

15   A.  So it's a list of addresses that are identified as being

16   Bitcoin Fog.

17   Q.  Identified by who?

18   A.  Chainalysis.

19           MS. PELKER:  If we could scroll down to the

20   bottom.

21   BY MS. PELKER:

22   Q.  How many addresses are on this list?

23   A.  So there's a row, an index row.  So 925,742.

24   Q.  And, Ms. Bisbee, was one of the addresses in

25   Chainalysis's Bitcoin Fog cluster inadvertently truncated

1    from this list during the export of this exhibit?

2    A.  Yes.

3    Q.  So are there actually 925,743 addresses in the

4    Chainalysis Bitcoin Fog cluster?

5    A.  Yes.

6              MS. PELKER:  If we could pull up Exhibit 326,

7    which is in evidence.  I believe it may have been in

8    evidence conditionally.

9              THE COURTROOM DEPUTY:  Yes.  That is correct.

10    BY MS. PELKER:

11    Q.  Is this the list that Mr. Scholl testified to as the

12    addresses controlled in the Bitcoin Fog cluster?

13    A.  Yes.

14              MS. PELKER:  If we could scroll all the way down

15    to the bottom.

16    BY MS. PELKER:

17    Q.  How many addresses are on this list?

18    A.  There's one row.  So 925,743.

19    Q.  Does Mr. Scholl's list include the address that was

20    inadvertently dropped from the export in Exhibit 326-A?

21    A.  Yes.

22    Q.  Apart from that address, are the addresses in your list

23    at 326-A and Mr. Scholl's list at 326 identical?

24    A.  Yes.

25    Q.  Did the address impact the analysis that you and

1    Mr. Scholl testified to?

2    A.  No.

3         MS. PELKER:  The Government moves to admit Exhibit

4    326-A and complete the admission of Exhibit 326.

5         THE COURT:  Any objection?

6         MR. EKELAND:  Just hearsay.

7         THE COURT:  Exhibit 326-A is admitted and Exhibit

8    326 is admitted without the condition.

9         (Whereupon, Government's Exhibit Nos. 326 and

10   326-A were entered into evidence.)

11   BY MS. PELKER:

12   Q.  Now, Ms. Bisbee, can you explain how Chainalysis was

13   able to determine that these addresses in Exhibits 326 and

14   326-A were controlled by Bitcoin Fog?

15   A.  Yes.  Through the micro or test transactions that were

16   conducted by Chainalysis as well as the behavior that was

17   identified by Chainalysis.

18        MS. PELKER:  If we could pull the slide show back

19   up for Ms. Bisbee's demonstrative.

20   BY MS. PELKER:

21   Q.  Directing your attention to what's shown here, can you

22   explain what's shown on the slide in front of you?

23   A.  Yes.  So this is a screenshot from the Bitcoin Fog

24   website for the deposit that Chainalysis was conducting with

25   Bitcoin Fog.

1    Q.  And can you walk us through with what's shown on the

2    screen how Chainalysis started its test transaction?

3    A.  Yes.  So Chainalysis had gone to the website and gotten

4    an account to deposit funds.  And this address here at the

5    bottom that's in this box is the address that Bitcoin Fog

6    provided in order for Chainalysis to deposit funds into

7    Bitcoin Fog.

8    Q.  Did Chainalysis then in fact send funds to that address?

9    A.  Yes.

10              MS. PELKER:  If we could clear the screen.

11   BY MS. PELKER:

12   Q.  What did that test deposit transaction allow Chainalysis

13   to see?

14   A.  So this test transaction was able to identify the

15   deposit address for Bitcoin Fog.  So what you see here is

16   the Chainalysis-controlled address, which is on the input

17   side of the transaction, which is here, sent funds to the

18   Bitcoin Fog address, which is on the output.

19   Q.  Did Chainalysis also conduct a test withdrawal?

20   A.  Yes.

21   Q.  Can you walk through or describe what's shown here on

22   the screen as relevant to a test withdrawal?

23   A.  Yes.  So within Bitcoin Fog on the website, in order to

24   receive funds from the service, Chainalysis had to input the

25   address that they would like to receive funds to; and so on

1    the screen here, this address is Chainalysis's controlled

2    address that they're wanting Bitcoin Fog to send funds to.

3    Q.  And what did this then allow Chainalysis to observe on

4    the blockchain?

5    A.  This identified the withdrawal address that is being

6    used by Bitcoin Fog, which is on the input, which sent funds

7    to Chainalysis's controlled address that's on the output

8    side.

9    Q.  How does this test transaction relate to how funds were

10   moved through Bitcoin Fog as a mixer?

11   A.  So just like what's on this screen here, so you have the

12   mixer user, which would be Chainalysis, depositing funds

13   into Bitcoin Fog.

14          Bitcoin Fog then operates to obfuscate the

15   address -- or the funds that were deposited.  And the

16   withdrawal then is made to the mixer user, which in this

17   instance is Chainalysis.

18   Q.  And how did this test transaction inform Chainalysis's

19   clustering of Bitcoin Fog?

20   A.  So by the two addresses that I identified with both the

21   deposit address as well as the address that was used to send

22   funds as a withdrawal, looking at the address from the

23   address level, transaction level and the interactions that

24   those addresses made with other addresses, we're able to

25   expand the associated addresses that can be grouped together

1    for Bitcoin Fog.

2    Q.  You've testified that co-spending is the primary

3    foundation of most blockchain analysis.

4         Can you explain how co-spend applied in

5    Chainalysis's clustering of Bitcoin Fog?

6    A.  Yes.  So the way that Bitcoin Fog operated on -- as a

7    service is it would receive funds from its users and then it

8    would transfer funds to a consolidation address.  And those

9    consolidation addresses co-spent.  And so being able to

10   identify the addresses within those consolidations were

11   predominantly done through co-spend.

12   Q.  Can you explain what a consolidation address is?

13   A.  Sure.  So if we go back to the coffee shop example and

14   how I had indicated that there may be multiple registers or

15   multiple cashiers that are operating, when they take

16   their -- the funds out of their register to then count and

17   reconcile for the day, they then will take those funds and

18   then put it into the overall deposit for the day.

19         And so that overall deposit would be what we would

20   consider a consolidation, so taking all of the different

21   funds that were made from the different cash registers into

22   one account.  So that's what was seen in Bitcoin Fog and is

23   what is -- what would be similar to describing what a

24   consolidation address is.

25   Q.  Is this --

 1              MR. EKELAND:  I'm sorry, your Honor.  Could we

 2     just -- there's a screen being published to the jury right

 3     now that I don't believe anything is relevant.

 4              THE COURT:  We can take that down.  There's no

 5     reason not to take it down.

 6     BY MS. PELKER:

 7     Q.  Now, is this sort of consolidation a common pattern seen

 8     in services on the blockchain?

 9     A.  Yes, it is.

10     Q.  How does understanding a service's use of consolidation

11     addresses help you either cluster a service or validate

12     existing clustering?

13     A.  So it helps to be able to identify again what they're

14     doing with their funds.  So not only what the user behavior

15     is of interacting with the service, but then what they're

16     using to be able to withdraw the funds within the service.

17              So it helps to identify the consolidation

18     addresses, but then also where they're hosting most of the

19     funds to be able to further assess the overall behavior that

20     the service is exhibiting.

21     Q.  Did you create a graphic summarizing your identification

22     and review of Bitcoin Fog's consolidation addresses?

23     A.  Yes.

24              MS. PELKER:  If we could pull up Exhibit 353,

25     which is not yet in evidence.

1    BY MS. PELKER:

2    Q.  Ms. Bisbee, can you explain what this is?

3    A.  Yes.  This is a visual of the consolidation addresses

4    between 2011 and 2021 for Bitcoin Fog.

5    Q.  And does it fairly and accurately summarize your review

6    of Bitcoin Fog's underlying transactions and consolidation

7    addresses?

8    A.  Yes, it does.

9            MS. PELKER:  The Government moves to admit Exhibit

10    353.

11            THE COURT:  Any objection?

12            MR. EKELAND:  Hearsay.

13            THE COURT:  I will admit Exhibit 353 as a summary

14    document.

15            (Whereupon, Government's Exhibit No. 353 was

16    entered into evidence.)

17    BY MS. PELKER:

18    Q.  Ms. Bisbee, can you --

19            THE COURT:  It's a summary exhibit, rather.

20            MS. PELKER:  If we could publish this to the jury.

21    BY MS. PELKER:

22    Q.  Ms. Bisbee, can you walk the jury through what's shown

23    here?

24    A.  Sure.  So on the side where it says "Consolidation

25    addresses used from 2011 to 2014," there's ten of these

1    addresses here.  These are all considered to be

2    consolidation addresses that were used between 2011 and

3    2014.

4          On the other side, you have these addresses that

5    are identified here that were then used in 2014 to 2021.

6    Q.  And there's a circle that says "Bitcoin Fog" in the

7    middle.

8          Are all of the addresses shown here within the

9    Bitcoin Fog cluster?

10   A.  Yes.

11         MS. PELKER:  I'd like to briefly pull up the chart

12   admitted during Mr. Scholl's testimony as Exhibit 353-A.

13   BY MS. PELKER:

14   Q.  Ms. Bisbee, do you recall Mr. Scholl's testimony noting

15   the earlier consolidation addresses that he identified?

16   A.  Yes.

17         MS. PELKER:  If there's a way to split the screen

18   so we can look at both at the same time.

19   BY MS. PELKER:

20   Q.  Ms. Bisbee, how does the -- how does Mr. Scholl's list

21   of Bitcoin Fog consolidation addresses observed between 2011

22   and 2014 compare to your list of consolidation addresses

23   that you identified on the left-hand side of your chart?

24   A.  They're the same.

25   Q.  And so studying the Bitcoin Fog behavior, did you and

1    Mr. Scholl identify the same consolidation addresses for

2    that early time period?

3    A.  Yes, we did.

4    Q.  How did Bitcoin Fog's use of consolidation addresses

5    help you to validate the Bitcoin Fog cluster?

6    A.  It helped to validate the Bitcoin Fog cluster by the way

7    that those consolidation addresses behaved and transacted

8    with other addresses to be able to confirm the behavior that

9    was exhibited by Bitcoin Fog as a service.

10   Q.  Can you explain a bit more about the behavioral

11   heuristic and how it applied to Bitcoin Fog?

12   A.  Yes.  So within Bitcoin Fog, not only was there a

13   co-spend, which is how the consolidation address is

14   identified, but then Bitcoin Fog also started leveraging

15   peel chain and change address for the transfer of their

16   funds.

17          And so the behavioral clustering that was done for

18   that was based off of the analysis for the co-spends that

19   then sent transactions that were identified to be peel chain

20   and then also change address.

21   Q.  Did you notice anything about the particular transaction

22   features and wallet types used by Bitcoin Fog over time?

23   A.  Yes.

24   Q.  And how did that further help you to corroborate the

25   cluster?

1    A.  So along the way, the weight of the transactions were

2    being -- transacting, so co-spend, peel chain and change

3    address.  The address features also were a component in

4    identifying those addresses to confirm the reliability of

5    what was Bitcoin Fog as a service.

6    Q.  Did you also look at the typical transaction structure,

7    including number of inputs and outputs, for Bitcoin Fog

8    transactions?

9    A.  Yes.

10   Q.  How did that help you to verify or validate the cluster?

11   A.  So it used the same pattern of the inputs and outputs

12   over the entirety of Bitcoin Fog's service.

13   Q.  Did you do similar work to identify and verify the

14   cluster of other darknet markets?

15   A.  Yes.

16   Q.  In addition to identifying the clusters of those markets

17   themselves, were you also asked to do a flow-of-funds

18   analysis between those darknet markets and Bitcoin Fog?

19   A.  Yes.

20   Q.  Can you explain what a flow-of-funds analysis is in this

21   context?

22   A.  Sure.  So the flow of funds were -- was to identify the

23   funds that were sent to and from the Bitcoin Fog and the

24   eight darknet market services.

25   Q.  And how did you do that flow-of-funds analysis in this

1    case?

2    A.  The flow of funds was an aggregate for all of the

3    transactions that occurred between Bitcoin Fog and those

4    eight darknet market services.  And there were direct

5    transactions, so Bitcoin Fog directly sending to the

6    service, as well as an indirect flow of funds.

7    Q.  In the abstract, is a flow-of-funds analysis something

8    that you could do by hand?

9    A.  Yes.

10   Q.  Realistically, for this case, is it something that you

11   would have been able to do by hand?

12   A.  No.

13   Q.  And why not?

14   A.  I would likely still be doing it.

15   Q.  And how does the Chainalysis Reactor software help with

16   this?

17   A.  It helps by providing again the aggregate of the flow of

18   funds between the entities, so between Bitcoin Fog and the

19   darknet markets.

20   Q.  Does that allow you to use the software to tally things

21   rather than having to hand-tally each transaction?

22   A.  Yes.

23   Q.  Did you prepare a chart and slides or .pdfs summarizing

24   your analysis of all of these transactions?

25   A.  Yes.

1    Q.  Showing you Exhibit 354, which is not yet in evidence,

2    is this the deck that you prepared?

3    A.  Yes.

4    Q.  And generally, how many transactions are we talking

5    about you having summarized in this chart?

6    A.  Hundreds of thousands.

7    Q.  And does this fairly and accurately summarize the

8    information contained in the voluminous underlying records?

9    A.  Yes.

10            MS. PELKER:  The Government moves to admit Exhibit

11   354 as a summary.

12            THE COURT:  Any objection?

13            MR. EKELAND:  Hearsay.

14            THE COURT:  That objection is overruled and

15   Exhibit 354 is admitted as a summary exhibit.

16            (Whereupon, Government's Exhibit No. 354 was

17   entered into evidence as a summary exhibit.)

18   BY MS. PELKER:

19   Q.  Ms. Bisbee, can you explain what's shown here on this

20   first page?

21   A.  Yes.  So in this first box here, this is the direct

22   sending exposure, which means the marketplace is sending

23   funds to Bitcoin Fog.  And then in the bottom box, it's the

24   darknet markets receiving funds from Bitcoin Fog.

25   Q.  We'll now walk through the markets one by one.

1           Going to the next page, are you familiar with the

2   darknet market Abraxas?

3   A.   Yes.

4   Q.   What was Abraxas?

5   A.   Abraxas was a darknet market that was on Tor, an

6   anonymizing browser.  And it primarily sold illicit goods

7   and services.

8   Q.   How did people pay for things on Abraxas?

9   A.   With Bitcoin.

10  Q.   How did Abraxas handle customer funds?

11  A.   Through receiving funds through accounts that customers

12  would set up.

13  Q.   And did Abraxas have just one Bitcoin address that it

14  used for all of its activity or multiple addresses?

15  A.   There were multiple addresses.

16  Q.   Is that typical for darknet markets?

17  A.   Yes.

18  Q.   And we talked about test transactions.  Did Chainalysis

19  do a test transaction on Abraxas?

20  A.   Yes.

21  Q.   What did that allow Chainalysis to see?

22  A.   To identify again the deposit address and then

23  withdrawal addresses that Abraxas controlled to then

24  identify additional addresses and the service behavior.

25  Q.   And did Chainalysis identify thousands of addresses that

 1    it determined were controlled by Abraxas?

 2    A.  Yes.

 3    Q.  Is that using similar processes to what you've testified

 4    to regarding Bitcoin Fog and clustering generally?

 5    A.  Yes.

 6    Q.  Using that information, did you determine the flow of

 7    funds between Abraxas and Bitcoin Fog?

 8    A.  Yes.

 9    Q.  Can you explain how you went about doing that?

10    A.  Yes.  So leveraging Chainalysis Reactor software pulled

11    up Bitcoin Fog and Abraxas and provided the funds that sent

12    directly between Bitcoin Fog and Abraxas, and that's what

13    this display is here.

14           And so we're able to identify the total of Bitcoin

15    that were sent to Abraxas from Bitcoin Fog and then the

16    funds that were received from Abraxas market to Bitcoin Fog.

17    Q.  And for the jury, who isn't used to seeing things in

18    Chainalysis, can you explain what the two circles are here

19    and the line between them?

20    A.  Yes.  So this is showing the cluster.  So in an easier

21    format, rather than the lists of the 925,000 addresses, it

22    groups them together and puts it in a depiction of the

23    circle, which is considered and known as being a cluster.

24           Then the line in between Abraxas and Bitcoin Fog

25    represents the transactions that are going between the two

1    services.  And the two arrows show the direction of the

2    funds that are being sent to and from Bitcoin Fog and

3    Abraxas.

4    Q.  And within the Chainalysis software, can you click on

5    the Bitcoin Fog or Abraxas circles and actually see the list

6    of those hundreds of thousands of addresses?

7    A.  Yes.

8    Q.  And similarly, if you click on that arrow, is that

9    showing just one transaction or many transactions?

10   A.  Many.

11   Q.  And if you were to click on the arrow in the software,

12   would you be able to actually see all of those transactions

13   individually if you wanted to?

14   A.  Yes.  It would demonstrate the transactions similar to

15   the transaction in the box that shows the inputs and the

16   outputs.  It's the same information that's being derived

17   from the blockchain that then is being placed in the

18   individual software.

19   Q.  And does showing it this way just make it easier to see

20   and understand?

21   A.  Yes.

22   Q.  Now, how much money moved directly from Bitcoin Fog --

23   from a Bitcoin Fog address to an Abraxas address?

24   A.  So for Bitcoin, it's over 2,000 Bitcoin.

25   Q.  What was the U.S. dollar value of that at the time?

```
 1    A.  $516,057.
 2    Q.  Can you explain how the -- when are those exchange rates
 3    calculated?
 4    A.  So they're calculated at the time of the transaction.
 5    Q.  And how much money did Bitcoin Fog receive from Abraxas
 6    in Bitcoin?
 7    A.  4,116.
 8    Q.  What was the U.S. dollar value of that?
 9    A.  Over $1 million.
10    Q.  And is this slide showing only the Bitcoin sent directly
11    between Bitcoin Fog and Abraxas with no intermediary
12    address?
13    A.  That's correct.
14    Q.  Did you also look at the indirect fund flows?
15    A.  Yes.
16    Q.  And are those figures shown on a later slide at the end
17    of this presentation?
18    A.  Yes.
19    Q.  But for these slides, we're just talking about direct?
20    A.  That's correct.
21              MS. PELKER:  If we can turn now to the next
22    market.
23    BY MS. PELKER:
24    Q.  Are you familiar with the darknet market of Agora?
25    A.  Yes.
```

1    Q.  And what was Agora?

2    A.  Darknet -- Agora was a darknet market that was on Tor,

3    an anonymized browser that sold illicit goods and services.

4    Q.  And did Chainalysis take the steps similar to what you

5    previously testified for Bitcoin Fog and Abraxas to identify

6    the Agora market addresses and build out its cluster?

7    A.  Yes.

8    Q.  Did you then look at the flow of funds between Agora and

9    Bitcoin Fog?

10   A.  Yes.

11   Q.  How much money in Bitcoin was sent from Bitcoin Fog to

12   Agora?

13   A.  26,398 Bitcoin.

14   Q.  And what was the U.S. dollar value of that?

15   A.  8 and a half million.

16   Q.  And what about the amount sent from Agora to Bitcoin

17   Fog?

18   A.  For Bitcoin, it was 41,972.

19   Q.  And in U.S. dollars?

20   A.  Over 14 million.

21          MS. PELKER:  If we could go to the next slide for

22   AlphaBay.

23   BY MS. PELKER:

24   Q.  And could you explain what AlphaBay was?

25   A.  Yes.  AlphaBay was a darknet market that was accessed

1    through Tor, and it sold illicit goods and services.

2    Q.  Can you explain what types of illicit goods and services

3    were sold on AlphaBay and these different markets?

4    A.  Yeah.  Predominantly drugs.

5    Q.  And did Chainalysis do test transactions and build out

6    the cluster for AlphaBay similar to the methods that you've

7    described for the other markets?

8    A.  Yes.

9    Q.  And did you look at the flow of funds between Bitcoin

10   Fog and AlphaBay?

11   A.  Yes.

12   Q.  How much money did Bitcoin Fog send to AlphaBay?

13   A.  So in Bitcoin, 3,651.

14   Q.  And U.S. dollars?

15   A.  1.6 million.

16   Q.  And what about how much money Bitcoin Fog received from

17   AlphaBay?

18   A.  In Bitcoin, 5,700.

19   Q.  And in U.S. dollars?

20   A.  Over 3 million.

21          MS. PELKER:  If we could go to the next slide,

22   please.

23   BY MS. PELKER:

24   Q.  What was Black Bank?

25   A.  Black Bank was a darknet market service that was

1    accessed on Tor.  And it sold illicit goods and services.

2    Q.  Did Chainalysis also build out the cluster for Black

3    Bank similar to the other markets?

4    A.  Yes.

5    Q.  How much money did you identify going from Bitcoin Fog

6    to Black Bank?

7    A.  In Bitcoin, it was 1,632.

8    Q.  And U.S. dollars?

9    A.  427,000.

10   Q.  And what about from Black Bank to Bitcoin Fog?

11   A.  2,918 Bitcoin.

12   Q.  And in U.S. dollars?

13   A.  Over 912,000.

14   Q.  Going to the next market, can you explain what Evolution

15   Market was?

16   A.  Yes.  Evolution was a darknet market service, so it was

17   accessed through Tor.  And it sold illicit services and

18   goods.

19   Q.  Did Chainalysis do a test transaction on Evolution and

20   build out the cluster similar to how it has -- you've

21   testified to for the other markets and Fog?

22   A.  Yes.

23   Q.  How much money did you find being sent from Bitcoin Fog

24   to Evolution Market directly?

25   A.  Bitcoin, 6,473.

1    Q.  In U.S. dollars?

2    A.  1.8 million.

3    Q.  And what about the amount sent from Evolution to Bitcoin

4    Fog?

5    A.  Bitcoin, 11,100.

6    Q.  And in U.S. dollars?

7    A.  3.1 million.

8    Q.  Going to the next market, are you familiar with Nucleus

9    Market?

10   A.  Yes.

11   Q.  What was Nucleus?

12   A.  Nucleus was a darknet market service that was accessed

13   through Tor that sold illicit goods and services.

14   Q.  And did Chainalysis build out the Nucleus cluster

15   similar to what you've previously testified to?

16   A.  Yes.

17   Q.  Did you look at the flow of funds between Nucleus and

18   Bitcoin Fog?

19   A.  Yes.

20   Q.  And how much money did you find were sent from Bitcoin

21   Fog to Nucleus Market?

22   A.  Bitcoin was 2,829.

23   Q.  What was the U.S. dollar value of that?

24   A.  802,000.

25   Q.  What about money sent the other way?

1    A.  From Bitcoin it was 5,240.

2    Q.  And in U.S. dollars?

3    A.  1.4 million.

4    Q.  And going to the next slide, are you familiar with

5    Pandora?

6    A.  Yes.

7    Q.  And to be clear, is this Pandora the darknet market, not

8    the streaming service?

9    A.  Yes.  Darknet market Pandora.

10   Q.  And what type of items were sold on Pandora?

11   A.  So Pandora sold illicit goods and services.

12   Q.  And did Chainalysis build out the cluster for Pandora

13   similar to what you've testified to for the other markets?

14   A.  Yes.

15   Q.  Did you look at the flow of funds between Pandora and

16   Bitcoin Fog?

17   A.  Yes.

18   Q.  And how much money was sent from Bitcoin Fog to Pandora?

19   A.  Bitcoin was 553.

20   Q.  And the U.S. dollar value?

21   A.  299,000.

22   Q.  And what about from Pandora to Bitcoin Fog?

23   A.  Bitcoin was 2,032.

24   Q.  And the U.S. dollar value?

25   A.  1.2 million.

1          MS. PELKER:  If we could now go to Sheep Market.

2     BY MS. PELKER:

3     Q.  Are you familiar with Sheep Market?

4     A.  Yes.

5     Q.  What was Sheep Market?

6     A.  Sheep Market's a darknet marketplace accessed through

7     Tor that sold illicit goods and services.

8     Q.  And did Chainalysis build out a cluster for Sheep

9     Market?

10    A.  Yes.

11    Q.  How much money did -- were moved from Bitcoin Fog

12    directly to Sheep Market?

13    A.  In Bitcoin, 1,547.

14    Q.  And in U.S. dollars?

15    A.  361,000.

16    Q.  And what about money sent from Sheep to Bitcoin Fog?

17    A.  In Bitcoin, 7,646.

18    Q.  And what was the U.S. dollar value?

19    A.  2.7 million.

20          MS. PELKER:  If we could now go -- we're done with

21    the markets -- to the next page in this slide deck.

22    BY MS. PELKER:

23    Q.  Directing your attention to this direct fund flow

24    summary, can you explain what's shown here on this slide?

25    A.  Yes.  So what this is showing is the total of all of the

1    marketplaces grouped together to show the aggregate flow

2    between Bitcoin Fog and all of those darknet markets that

3    were just described.

4    Q.  And did your calculation for this table include just the

5    eight markets that you previously testified to?

6    A.  Yes.

7    Q.  And so did it include Silk Road, Silk Road 2 or Welcome

8    to Video?

9    A.  No.

10   Q.  In total, how much money was sent from the selected

11   darknet markets that you reviewed directly to Bitcoin Fog?

12   A.  80,728 Bitcoin.

13   Q.  And how much was that in U.S. dollars?

14   A.  Over 27 million.

15   Q.  And what about how much money was sent from Fog directly

16   to the darknet markets?

17   A.  45,152 Bitcoin.

18   Q.  And now can you explain generally with a darknet market

19   what users are sending funds into a darknet market?

20              MR. EKELAND:  Objection.

21   A.  Users that are sending --

22              THE COURT:  I'm sorry.  There's an objection.

23              MR. EKELAND:  Leading.  Also, outside the scope of

24   702.

25              MS. PELKER:  I don't think it's leading.  I'm just

 1    asking her about the flow of funds into the market and then

 2    out of the market.

 3                THE COURT:  Overruled.

 4                THE WITNESS:  Can you repeat the question?

 5    BY MS. PELKER:

 6    Q.  Generally, for a darknet market, what types of users are

 7    sending money into a darknet market?

 8    A.  The funds that are going into a darknet market are the

 9    buyers.  So people that are going to go and purchase the

10    illicit goods and services.

11    Q.  And what about the funds that are coming from the -- out

12    of a darknet market?

13    A.  The funds that are coming out of a darknet market are

14    typically the funds that are used from the vendors.  So what

15    they've received for their goods and services and then

16    cashing their funds out.

17    Q.  Did you also look at indirect fund flows between these

18    markets and Bitcoin Fog?

19    A.  Yes.

20    Q.  Can you explain what an indirect flow is?

21    A.  Indirect is where there's funds that go to an

22    intermediary and then are sent to the service.  So an

23    example:  Bitcoin Fog sends funds to an intermediary address

24    that then sends to a darknet market.

25    Q.  Can you give an example of a situation where there would

1    be an indirect flow from, say, Agora Market to Bitcoin Fog?

2    A.  Yes.  So an example would be a vendor moving their funds

3    into their own wallet that's not on the darknet marketplace

4    and then sending funds from that wallet to Bitcoin Fog.

5    Q.  And what about an example of movement from Bitcoin Fog

6    indirectly to Agora?

7    A.  So it would be a buyer that is receiving their funds

8    from Bitcoin Fog into their own personal wallet, then

9    sending funds to the darknet marketplace.

10   Q.  And are those indirect transactions captured here in the

11   20 -- just under $28 million sent directly to Bitcoin Fog

12   and 15 million sent directly to darknet markets?

13   A.  What's shown here is direct.

14   Q.  So the indirect would not be included in this?

15   A.  That's correct.

16   Q.  Did you, though, look at indirect flows related to

17   Bitcoin Fog and darknet markets?

18   A.  Yes, I did.

19   Q.  Now, do indirect flows only have one address in between?

20   A.  No.

21   Q.  And is it common to have transfers involving more than

22   one intermediary address?

23   A.  Yes.

24   Q.  Why would that be?

25   A.  So the -- again, the grouping or co-spend of addresses

1    can occur outside of services.  So if an individual controls

2    their own wallet and they spend those addresses together,

3    that would be considered additional addresses that they'd be

4    sending through.

5         MS. PELKER:  If we could move to the next page.

6    BY MS. PELKER:

7    Q.  Does this slide show your analysis of both direct and

8    indirect transactions?

9    A.  Yes.

10   Q.  And for the analysis here, did you filter down the

11   indirect to specifically only look at transactions with one

12   intermediary hop?

13   A.  Yes.

14   Q.  So can you walk through what's shown here on the slide?

15   You don't need to read all of the figures, but explain to

16   the jury what is shown.

17   A.  Sure.  So the top box here is showing the sending.  So

18   this is the marketplace sending to Bitcoin Fog.

19        And on this side here is the direct.

20        And then this side here is the indirect.  So that

21   intermediary, the one hop for that.

22   Q.  And so what's the figure for the direct sending, total?

23   A.  The total?  So that's this down here.  So for Bitcoin,

24   it's 45,152.

25        And then for USD, it's 14.5 million.

1   Q.  And is that similar -- consistent with the numbers we

2   just saw in the previous slide?

3   A.  Yes.

4   Q.  What about the indirect -- how much additional funds had

5   you identified with the indirect sending?

6   A.  So in the additional funds for indirect for Bitcoin, it

7   was 13,940.

8           And then for USD, it was 4.7 million.

9   Q.  And can you walk through what's shown in the receiving

10   table at the bottom?

11   A.  Yes.  So this down here at the bottom is the receiving.

12   So this is the marketplace is receiving from Bitcoin Fog.

13   And again, there's the direct, which is this down here, and

14   then the indirect, which is this here.

15   Q.  And is that direct figure, the 28 million or so U.S.

16   dollars, consistent with what was shown on the prior slide?

17   A.  Yes.

18   Q.  How much additional funds did you identify when looking

19   at the indirect transfers?

20   A.  So on the indirect with Bitcoin, it was 31,792.  And

21   then for the U.S. dollars, it was 10.8 million.

22   Q.  And taking a step back, kind of big picture, is this

23   sort of significant fund flow what you would expect to see

24   as far as transfers between major darknet markets and a

25   darknet mixer like Bitcoin Fog?

1    A.  Yes.

2    Q.  Why is that?

3    A.  This was typical behavior that buyers and vendors would

4    do and which was observed through years of doing

5    investigations.  It's used to be able to help obfuscate

6    where their funds originated from.

7    Q.  Ms. Bisbee, are there techniques that people use to

8    attempt to defeat clustering?

9    A.  Yes.

10   Q.  And can you -- how does Chainalysis handle those

11   techniques?

12   A.  So Chainalysis has the ability to control for the

13   techniques that may be leveraged in defeating the clustering

14   and grouping of addresses.

15   Q.  And in your work for this case, did you see any

16   indication that there were those sorts of techniques that

17   were deployed to try to evade Chainalysis's clustering?

18   A.  There were no techniques that were detected.

19   Q.  And why is it so important to Chainalysis to have

20   accurate clusters?

21   A.  To be able to have our software be relied on by law

22   enforcement and compliance on customers.

23   Q.  And does the information that you've testified to

24   today -- is it also relied on by other users of the

25   Chainalysis software?

1    A.  Yes.

2    Q.  And what steps does Chainalysis and its users take to

3    test or validate the information in the software?

4    A.  So Chainalysis takes the steps of continuing to observe

5    the behavior that's occurring with the services and then law

6    enforcement and other compliance or financial institutions

7    take steps to corroborate the information by either sending

8    legal process or again protecting its customer users and

9    ensuring that their platform is safe.

10   Q.  And how are you able to determine that this is reliable

11   information for your work and your investigations?

12   A.  So from my experience of using Chainalysis software

13   since 2015, this is the same reliability that I knew when I

14   was in government.  And while working on the investigations

15   team and overseeing all those investigations, the

16   reliability of this clustering is dependent on all

17   investigations.

18           MS. PELKER:  No further questions, your Honor.

19           THE COURT:  All right.  Mr. Ekeland?

20           THE WITNESS:  Can you switch the mic?  Thanks.

21                   CROSS-EXAMINATION

22   BY MR. EKELAND:

23   Q.  Can you hear me okay?

24   A.  Yes.

25   Q.  Can you hear me?

1  A.  Yeah.  That's great.

2          MR. EKELAND:  May I proceed, your Honor?

3          THE COURT:  You may.

4  BY MR. EKELAND:

5  Q.  You don't identify Mr. Sterlingov as the operator of

6  Bitcoin Fog?

7  A.  No.

8  Q.  And Chainalysis was purely hired to do the flow-of-funds

9  analysis that you just testified to?

10  A.  That's correct.

11  Q.  And you testified, if I recall correctly, that your

12  knowledge of the accuracy of Chainalysis Reactor is based on

13  what law enforcement tells you and your own experience?

14  A.  And what compliance officers and exchanges, financial

15  institutions, do.  Yes.

16  Q.  So law enforcement, customer information and your own

17  experience?

18  A.  Yes.

19  Q.  But Chainalysis doesn't collect internally any data on

20  your error rates, do you?

21  A.  Not that I'm aware of.

22  Q.  And you can't tell me the statistical error rate for

23  Chainalysis Reactor, can you?

24  A.  I cannot.

25  Q.  And you cannot name me one scientific peer-reviewed

1   paper attesting to the accuracy of Chainalysis Reactor?

2   A.  So not necessarily to Chainalysis Reactor.  However, the

3   methodologies that are used for the clustering that was

4   described in my testimony are based off of scholarly

5   academic journal articles that have been published and have

6   been circulated within the community.

7   Q.  And you're aware that in those scholarly academic

8   papers, the error rates for heuristic algorithms like the

9   ones used by Chainalysis Reactor vary anywhere from 10 to 90

10  percent?

11  A.  So I'm aware of what they cite in some of the articles.

12  However, with Chainalysis's clustering with the ability to

13  identify those addresses, it's different than what's

14  identified in the journal articles because Chainalysis looks

15  at services and then identifies the addresses that are done

16  with the services and not in blockchain as a whole, which is

17  what those articles are referring to instead of an isolated

18  service.

19  Q.  So just -- if I understood your testimony correctly,

20  those articles can't be relied on to attest to the accuracy

21  of Chainalysis Reactor?

22  A.  I am saying that the principles that are identified in

23  those articles are principles that are used for the

24  methodology of our clustering.

25  Q.  And there's never been an independent audit of

 1    Chainalysis Reactor and its accuracy, has there?

 2    A.  Not to my knowledge.

 3    Q.  And in relation to the field of blockchain analysis,

 4    there's no governmental body that sets any kind of standards

 5    for blockchain analysis?

 6    A.  No.

 7    Q.  And there's no recognized scientific body that sets any

 8    kind of standards for the field of blockchain analysis?

 9    A.  Not to my knowledge.

10    Q.  And that's because blockchain analysis is a relatively

11    new field that's emerged in the last decade or so?

12    A.  Yeah.

13    Q.  And in terms of the clustering that you testified to,

14    Chainalysis can't break out clusters in relation to the

15    transactions by geographical region, can it?

16    A.  No.

17    Q.  And it can't do it jurisdictionally either in terms of

18    what legal jurisdiction any of these transactions occurred

19    in?

20    A.  No.

21    Q.  And in terms of -- do you know what source code is?

22    A.  Yes.

23    Q.  Could you tell the jury what source code is?

24    A.  Source code is what is used to be able to develop the

25    software insights.

```
1    Q.  And do you know what open source code is?

2    A.  Yes.

3    Q.  Could you tell the jury what open source code is?

4    A.  Open source code is code that is publicly available, so

5    anybody would be able to look at the open source code and

6    replicate it.

7    Q.  And is Chainalysis Reactor an open source code?

8    A.  It is not.

9    Q.  And that prevents people from examining the software to

10   see how it works and testing its accuracy?

11   A.  Yes.

12   Q.  You, I think, testified about Bitcoin Fog using

13   consolidation addresses?

14   A.  Yes.

15   Q.  Didn't Bitcoin Fog switch away from using consolidation

16   addresses at some point?

17   A.  No, it did not.

18   Q.  Did you hear Mr. Scholl's testimony on that point?

19   A.  I did.

20           MR. EKELAND:  No further questions.

21           THE COURT:  Any redirect?

22           MS. PELKER:  Just briefly, your Honor.

23           THE WITNESS:  Sorry.  The mic.

24           THE COURT:  We need to switch it out.

25           THE WITNESS:  Sorry.
```

1          THE COURT:  This is to make sure the witness can

2     hear the questions.

3                    REDIRECT EXAMINATION

4     BY MS. PELKER:

5     Q.  Ms. Bisbee, is reviewing the source code the only way to

6     test the accuracy of Chainalysis Reactor?

7     A.  No.

8     Q.  And with -- even without having the Chainalysis Reactor

9     source code, are people still able to use Chainalysis

10    Reactor and test how it works?

11    A.  Yes.

12    Q.  Can you explain how users have been able to do that and

13    verify its accuracy?

14    A.  Yes.  Through legal -- like if it's law enforcement or a

15    legal process arm, they can send legal process to the

16    exchanges or platforms to be able to receive the addresses.

17          Also, if the government seizes the servers of some

18    of the services, those addresses can be then corroborated

19    within the data; as well as when law enforcement conducts

20    search warrants, there's information from the search

21    warrants that have seized devices that can then corroborate

22    that information.

23          Outside of the government arm, the compliances,

24    they will provide suspicious activity reports.  And a lot of

25    that is framed from information that they're deriving to

1    corroborate what they're seeing from their account users as

2    well as what's being observed on the blockchain.

3              MS. PELKER:  If we could pull up Government's

4    Exhibit 353.

5    BY MS. PELKER:

6    Q.  Ms. Bisbee, Mr. Ekeland was asking you about the change

7    in Bitcoin Fog's use of consolidation addresses around 2014.

8    Was there a change around that time of how Bitcoin Fog was

9    using consolidation addresses?

10   A.  Yes, there was.

11   Q.  Can you explain that?

12   A.  Yes.  In 2014, there is a change within Bitcoin Fog to

13   where they started using a different address type.  And they

14   also started using a newly generated address for their

15   change when they were shifting from their deposit addresses

16   to their withdrawal addresses, which indicated a change of

17   pattern that was observed as the service grew over time.

18              That's why on this side of the screen you see

19   additional consolidation addresses that were identified.

20   It's because there was a shift from doing co-spend to then

21   going and leveraging peel chain and change address based off

22   of the enhancement of newly generated addresses that were

23   deployed within Bitcoin Fog as a service.

24   Q.  And is it unusual for a long-running service trying to

25   evade law enforcement to change its activity over time?

1     A.  Yes.

2     Q.  Is it unusual?

3     A.  Oh, sorry.  No.

4     Q.  And how were you able to still look at this activity

5     within Bitcoin Fog?

6     A.  Can you state the question again?

7     Q.  How were you able to continue observing Bitcoin Fog's

8     activity within its cluster?

9     A.  So the behavior -- so even though all of these addresses

10    are from 2011 to 2014, with the consolidation addresses, the

11    pattern of that consolidation address used was -- continued.

12    And so it was the same type of behavior that was able to be

13    observed through the duration of Bitcoin Fog's operation.

14    Q.  Did it get more difficult to trace -- did Bitcoin Fog's

15    activity appear to you to be designed to increase the

16    difficulty that would be involved in trying to trace

17    transactions through Bitcoin Fog?

18    A.  Yes.

19    Q.  And using Chainalysis Reactor, were you nonetheless able

20    to continue building out the Bitcoin Fog cluster during this

21    time period?

22    A.  Yes.

23    Q.  And Mr. Ekeland asked you about scientific studies and

24    academic papers.

25              Do you recall that line of testimony?

1    A.  Yes.

2    Q.  And I want to clarify.  Can you speak to -- are you

3    familiar with academic papers that have attempted to

4    calculate error rates for hypothetical heuristics or

5    algorithms that could be used in clustering?

6    A.  Yes.

7    Q.  Are those the actual specifications that Chainalysis

8    uses in its clusters?

9    A.  Can you state the question again?

10   Q.  Are the -- what was calculated with those hypothetical

11   error rates, is that what Chainalysis and industry standard

12   uses or are those academics proposing new clustering

13   methods?

14   A.  So the principles that are in the articles are what are

15   used in the methodology for Chainalysis clustering, but the

16   hypotheticals are not what Chainalysis depends on for

17   building out their -- the clusters.

18   Q.  And are there a variety of different academic papers

19   here of papers discussing clustering more generally and then

20   other papers that are proposing new types of clustering?

21   A.  Yes.

22   Q.  And is it the latter that -- where there are

23   hypothetical error rates calculated?

24   A.  Yes.

25   Q.  But is it the former that you're talking about of the

1    fundamentals of clustering that Chainalysis built on?

2    A.   Yes.

3              MS. PELKER:  No further questions, your Honor.

4              THE COURT:  The witness is excused.  Thank you.

5              (Witness excused.)

6              THE COURT:  Is there another Government witness we

7    can get started with this evening?

8              MS. PELKER:  There unfortunately is not, your

9    Honor.  We've made very, very good time today.

10             THE COURT:  Okay.

11             MS. PELKER:  We have two witnesses that we expect

12   to finish tomorrow.

13             THE COURT:  Well, I think some of the jurors may

14   appreciate being able to get going a little bit earlier.

15             So we'll adjourn for the evening, then.  And

16   tomorrow we're going to be here just for a half day.

17             And let's try and start at 9:00 a.m. tomorrow

18   morning.  And we'll be done by lunchtime, whenever that

19   might be.

20             I'll remind you, don't discuss the case even

21   amongst yourselves.  Don't conduct any type of research in

22   any way related to anything related to the case.  Have a

23   nice evening.  And I will see you back here tomorrow.

24             THE COURTROOM DEPUTY:  All rise.

25             (Whereupon, the jury exited the courtroom at 4:14

1    p.m. and the following proceedings were had:)

2          THE COURT:  I was just checking with the deputy

3    clerk about the availability of jurors.  So there was the

4    one juror who had told us that on Monday she's supposed to

5    be at Baltimore at 4:30.  So my deputy clerk is checking

6    about that.

7          The deputy clerk noticed as well that Juror 13

8    continued to be commenting in ways that I think some of the

9    other jurors have found distracting.  And at my request, she

10   was going to just privately have a conversation with that

11   juror and ask the juror -- make sure the juror is conscious

12   that she's doing it and ask her to avoid that.

13         Mr. Ekeland, you indicated you wanted to talk

14   about timing or schedule?

15         MR. EKELAND:  Yes.

16         THE COURT:  Okay.

17         MR. EKELAND:  It's my understanding that the

18   Government is going to rest their case tomorrow and that

19   they've only got two short witnesses.  What I'm trying to

20   figure out is our schedule.  Do I need to have a witness

21   ready tomorrow?  Because there's still the outstanding issue

22   we've got on the slide deck for Professor Verret.  I know

23   the Government is filing their response tonight at 7:00.

24   And we do -- we are just working out some logistics with the

25   Government and looking at some of the evidence, like the

1    actual physical evidence, like the hard drive and stuff like

2    that.

3            So logistically, I'm wondering if the defense

4    could start its case on Monday.  We're anticipating -- I'm

5    guessing our case is about three days, you know, depending

6    on the crosses. I fully anticipate us finishing next week

7    and being on schedule.  So I'm just trying to get a sense

8    from the Court, because I think we all went a little faster

9    today than we expected.

10            THE COURT:  That's always a good thing.

11            MR. EKELAND:  It is a good thing.

12            I guess essentially what I'm asking the Court

13    is -- and, of course, the Government as well -- is if we

14    just finish their witnesses tomorrow, then get a decision

15    from the Court and then the defense starts its case on

16    Monday.  And I also think with the time we could probably

17    let that juror, you know, go take their trip to Baltimore.

18            THE COURT:  Oh, that's on Monday.

19            MR. EKELAND:  On Monday.  Yeah.

20            THE COURT:  So that actually is sort of -- that

21    would mean we would have a very short day on Monday.

22            MR. EKELAND:  What time would they have to leave?

23    Maybe I'm just confused.

24            THE COURT:  She has to be in Baltimore by 4:30.

25            MR. EKELAND:  Oh, by 4:30.

1          THE COURT:  She was talking about leaving at

2    lunchtime.  I suspect that probably we might be able to push

3    it back until 2:00 or 2:30 or something like that.  But the

4    deputy clerk may have more information on this now.

5          (Confers with the courtroom deputy privately.)

6          It's worse than I thought, which is that she has a

7    medical appointment in Baltimore at 3:45.  So she has to get

8    to Baltimore by 3:45 on Monday, which does mean probably

9    leaving around lunchtime.

10          MR. EKELAND:  So that would give me -- we would

11    have a morning session and then --

12          THE COURT:  And maybe until 1:00 or something like

13    that.

14          MR. EKELAND:  1:00.  And then we would have --

15          THE COURT:  Assuming that we just don't let that

16    juror go.

17          Oh, and I should say -- I don't want anything --

18    no one should say -- breathe a word of this to the juror,

19    but that juror is an alternate.

20          MR. EKELAND:  Okay.  Yeah.

21          THE COURT:  I'm not sure we need to resolve that

22    tonight except to the extent that it relates to your request

23    for tomorrow.

24          I was going to ask Ms. Pelker just when -- how

25    much time she thinks the Government's case is going to take

1    tomorrow.

2             MS. PELKER:  Maybe two hours, your Honor.  We have

3    one witness that's very short and the other -- we are

4    working on a stipulation with defense regarding the CSAM

5    material, names.  So probably two hours.

6             THE COURT:  Okay.  And then do you have any

7    flexibility, Mr. Ekeland, with respect to who you call as

8    your first witness?  Would it be possible even to get

9    started if this is going to be -- I'm sorry -- for Mr. --

10   "Verret," was it?

11            MR. EKELAND:  Professor Verret, yes.  It was our

12   preference to do that.

13            THE COURT:  But is there a way that you could just

14   get started at least with his background, his credentials,

15   qualify him as an expert and do all that --

16            MR. EKELAND:  I could.

17            THE COURT:  -- before you turn to his slide deck?

18            MR. EKELAND:  Yeah.  We could just qualify him, do

19   his credentials and then the Court could -- yeah.  We could

20   do that.  That works.

21            THE COURT:  I have two things going on in my mind

22   about this.  One is that I just want to make sure we get

23   done on the schedule we told the jurors.

24            But, two, I think we need to lead the jury by

25   example.  And the more we sort of effectively use the

1    jurors' time, I think the less likely it is we're going to

2    get more issues with jurors who want to accommodate their

3    schedule because they are going to realize -- they've

4    actually been really good about this, where they -- when I

5    asked them, Should we keep going?  They're saying, Yes,

6    let's keep going.

7         I think they've internalized the notion that they

8    want to move through the case as well.  So I just don't want

9    to drag things out because I want to make sure we get done.

10   And, two, I also want to make sure that the jurors share our

11   desire to move forward quickly.

12        MS. PELKER:  And, your Honor, I think that that

13   makes sense.  We do still have questions about the scope of

14   what Mr. Verret's going to be qualified as an expert in.

15   But to the extent that Mr. Ekeland wants to go through his

16   background and then we can still reserve argument about the

17   scope of the qualifications...

18        THE COURT:  Right.  And my recollection is -- and

19   I've got notes back in my chambers about this -- but that I

20   did rule from the bench with respect to what Mr. Verret

21   could testify about.

22        And I guess the question is just whether that

23   is -- whether there's a common understanding of what that is

24   and whether there's a request from the Government to

25   reconsider those decisions -- I mean, from the defense,

1    rather, to reconsider those decisions.

2         MS. PELKER:  I do not think there's a request from

3    the Government.

4         THE COURT:  That I understand, yes.

5         So I've read through the papers filed thus far on

6    the issue.  But it would be helpful for me to hear more and

7    to hear not only from the Government's submission on it, but

8    also to hear from the parties about this.

9         As I understand the principal issue, at least --

10   and maybe there's more to it, which is one of the reasons I

11   want to hear from the Government again on this -- but at

12   least after reading the defense position, it sounded to me

13   like the principal issue is that Professor Verret conducted

14   additional interviews of Mr. Sterlingov fairly recently and

15   would like to offer new financial testimony based on those

16   more recent interviews.

17        But, Ms. Pelker, is that the more -- most

18   important issue from your perspective or is there a lot more

19   there as well?

20        MS. PELKER:  I believe that that is the most

21   important.

22        THE COURT:  Okay.

23        MS. PELKER:  Your Honor, we will file a response

24   when we get back to the office this evening.

25        THE COURT:  Okay.  Mr. Ekeland, I guess I'm not

1    holding the Government to that, but it sounds to me like

2    that's at least the most significant issue we're going to

3    have to deal with.

4        MR. EKELAND:  Yes.  I think that's why we just

5    want to see the Court's decision and -- but, I mean --

6        THE COURT:  What's going to help me with that

7    decision is it's not entirely apparent to me from the slides

8    exactly what it is that he intends to talk about.  I mean, I

9    know that there's something more than he addressed at the

10    *Daubert* hearing.

11        But I don't -- to the extent, you know, either

12    tonight or tomorrow you can enlighten us a little bit more

13    about what it is he intends -- it's possible that the

14    Government is going to say, Okay, that's a non-issue as far

15    as we're concerned or they're going to say, No, that's a big

16    issue, because we would have to call and actually get a

17    rebuttal expert on, like, impossible time to respond to that

18    at this point.

19        MR. EKELAND:  Off the top of my head -- and I'm a

20    little tired right now, your Honor -- I don't see Professor

21    Verret, like, substantially deviating from those slides.

22        THE COURT:  But the slides don't really tell me

23    what he's going to say.  They're just -- they're fairly

24    conclusory.  They say, you know, based on his study, it's

25    not possible that Mr. Sterlingov was running this site or

1    the amount of money that he got isn't consistent with it.

2         But I don't really see the analysis that we're

3    talking about here or what new evidence there is --

4         MR. EKELAND:  I don't --

5         THE COURT:  -- and what he learned based on the

6    interviews more recently that would inform or change his

7    views on any issues or expand upon his views.

8         MR. EKELAND:  Honestly, I don't think it's

9    anything major.  I think what he's got is more detail and

10   more nuance.  I don't think there's any -- that's why I

11   don't think anything in the new slide deck really comes as

12   any surprise.  I think what Professor Verret got was just a

13   lot more detail.

14        THE COURT:  Well, you said a lot more detail.  And

15   that's -- I guess we're going to need to know that.  And I

16   think it might help expedite things on this if you can share

17   with the Government exactly what that detail is just so that

18   we can see whether the Government disagrees, because

19   otherwise I think probably I'm going to need a proffer to

20   resolve the question.

21        If you can do it informally with the Government,

22   that's fine.  But if need be, then I may just need a proffer

23   of what is new and what is he going to testify about to

24   decide whether it is within the scope of what was previously

25   disclosed.

```
 1              MR. EKELAND:  Happy to do that.

 2              I think if we, you know -- the Government closes

 3     its case tomorrow and we do Professor Verret's, you know,

 4     qualifications and then that'll give us time to sort of

 5     figure all that stuff out and the stip on the CSAM.

 6              THE COURT:  The other thing I feel like I would

 7     need a lot more than I currently have is what's in your

 8     papers is very conclusory, where it just says it was

 9     difficult for Professor Verret to be able to go out to

10     Rappahannock to see Mr. Sterlingov when he was there and he

11     had difficulty seeing him at the Alexandria jail.

12              But I don't really know what efforts were engaged

13     in, you know.  This case is a couple years old at this point

14     and we were supposed to be ready to go to trial six months

15     ago.  So it's not clear to me what hurdles existed, and it's

16     all fairly conclusory in the papers that you filed.

17              MR. EKELAND:  I think if I recall -- I'd have to

18     go back and look at the transcripts -- we did put some of it

19     on the record.

20              THE COURT:  No, no.  You did mention some things.

21     And I said, Let me know if there's anything I can do.  And

22     you never came back to me with anything.

23              MR. EKELAND:  The access to the jails -- the D.C.

24     Jail, we've had much better access.  I'm going to leave it

25     at that for the moment.
```

1          THE COURT:  You can leave it at that, but that's

2     not going to convince me.  The real question is:  Was

3     there -- I mean, to the extent -- I don't know whether this

4     is new or not.  But to the extent it is new, I think I would

5     need to be persuaded that there were hurdles that could not

6     reasonably be overcome at getting access to Mr. Sterlingov

7     either in person or, frankly, by telephone or some other

8     means over the past two years.

9          And I guess all I'm saying for present purposes is

10    what's in the papers now I think is not sufficient in that

11    regard.  If there's more on that, I think I would need, you

12    know, a much more substantial showing on that issue.  But if

13    there's not more than that, it may just be coming back to a

14    question of whether this is really new or not.

15          MR. EKELAND:  I just didn't hear the last part of

16    what you said.

17          THE COURT:  If there's not evidence that there

18    were insurmountable barriers of access previously, then the

19    question just comes back to, is this new or not?  We can

20    resolve that.

21          MR. EKELAND:  I think we can resolve it.  I think

22    we can resolve this one way or the other.

23          THE COURT:  I would encourage you to confer with

24    the Government, because if there's a way for the parties to

25    work it out, I'm always in favor of that.  If not, we'll

1    talk about this tomorrow after we let the jury go for the

2    day.

3                    MR. EKELAND:  All right.

4                    THE COURT:  Anything else tonight?

5                    MS. PELKER:  No, your Honor.  Just that I think

6    that we'll submit our papers and may want to be heard on

7    this further tomorrow.  But we can address that after --

8                    THE COURT:  I'm not ruling any way at this point.

9                    That's fine.  I will see you all tomorrow, then.

10                   I don't know if the Government had a chance to

11   review the opinion and whether there's anything that should

12   be filed under seal.

13                   MS. PELKER:  No, your Honor.  No redactions

14   needed.

15                   THE COURT:  Okay.  Anything else from -- anything

16   from the defense that needs to be under seal?

17                   MR. EKELAND:  No, your Honor.

18                   THE COURT:  I'll just put it on the public docket.

19   So thank you.

20                   MS. PELKER:  Thank you, your Honor.

21                   THE COURTROOM DEPUTY:  All rise.

22                   Court is adjourned.

23                   (Proceedings concluded.)

24

25

1                        **<u>CERTIFICATE</u>**

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10             Dated this 29th day of February, 2024.

11

12        <u>/s/ Lisa Edwards, RDR, CRR</u>
          Official Court Reporter
13        United States District Court for the
            District of Columbia
14        333 Constitution Avenue, Northwest
          Washington, D.C. 20001
15        (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 9:19
**$20,000** [1] - 9:19
**$200** [1] - 19:18
**$28** [1] - 84:11
**$311** [1] - 20:3
**$516,057** [1] - 75:1

## /

**/s** [1] - 109:12

## 1

**1** [4] - 35:23, 38:22, 51:14, 75:9
**1,547** [1] - 81:13
**1,632** [1] - 78:7
**1.2** [1] - 80:25
**1.4** [1] - 80:3
**1.6** [1] - 77:15
**1.8** [1] - 79:2
**10** [2] - 9:20, 90:9
**10.8** [1] - 86:21
**100** [1] - 32:21
**10005** [1] - 1:25
**11,100** [1] - 79:5
**13** [1] - 98:7
**13,940** [1] - 86:7
**1301** [1] - 1:21
**14** [1] - 76:20
**14.5** [1] - 85:25
**15** [1] - 84:12
**1:00** [2] - 100:12, 100:14
**1:39** [1] - 1:7
**1:40** [1] - 4:24

## 2

**2** [3] - 11:7, 38:25, 82:7
**2,000** [1] - 74:24
**2,032** [1] - 80:23
**2,829** [1] - 79:22
**2,918** [1] - 78:11
**2.5** [1] - 10:16
**2.7** [1] - 81:19
**20** [3] - 17:9, 17:24, 84:11
**20,000** [1] - 9:20
**200** [1] - 19:20
**20001** [2] - 2:4, 109:14
**2005** [1] - 1:21
**2011** [5] - 66:4,

66:25, 67:2, 67:21, 95:10
**2014** [11] - 21:9, 22:3, 22:6, 23:17, 66:25, 67:3, 67:5, 67:22, 94:7, 94:12, 95:10
**2015** [2] - 23:18, 88:13
**202** [2] - 2:4, 109:15
**2021** [3] - 29:22, 66:4, 67:5
**2022** [1] - 57:8
**2023** [1] - 31:24
**2024** [2] - 1:7, 109:10
**20530** [2] - 1:16, 1:19
**21-00399** [1] - 1:4
**24/7** [1] - 32:23
**2400** [1] - 37:24
**25** [3] - 46:24, 47:2
**26,398** [1] - 76:13
**27** [1] - 82:14
**28** [1] - 86:15
**29** [1] - 1:7
**299,000** [1] - 80:21
**29th** [1] - 109:10
**2:00** [1] - 100:3
**2:30** [1] - 100:3
**2:53** [1] - 56:1

## 3

**3** [3] - 39:20, 51:15, 77:20
**3,651** [1] - 77:13
**3.1** [1] - 79:7
**30** [1] - 1:24
**31,792** [1] - 86:20
**326** [7] - 3:14, 60:6, 60:23, 61:4, 61:8, 61:9, 61:13
**326-A** [9] - 3:14, 59:4, 59:12, 60:20, 60:23, 61:4, 61:7, 61:10, 61:14
**333** [2] - 2:3, 109:14
**352** [3] - 35:5, 35:13, 35:17
**353** [6] - 3:15, 65:24, 66:10, 66:13, 66:15, 94:4
**353-A** [1] - 67:12
**354** [4] - 71:1, 71:11, 71:15, 71:16
**354-3269** [2] - 2:4, 109:15
**361,000** [1] - 81:15
**3:00** [1] - 55:21
**3:15** [1] - 55:21

**3:18** [1] - 56:18
**3:45** [2] - 100:7, 100:8

## 4

**4** [1] - 39:21
**4,116** [1] - 75:7
**4.7** [1] - 86:8
**40** [3] - 3:5, 3:7, 32:4
**400** [1] - 28:8
**41,972** [1] - 76:18
**427,000** [1] - 78:9
**45,152** [2] - 82:17, 85:24
**4:14** [1] - 97:25
**4:30** [3] - 98:5, 99:24, 99:25

## 5

**5** [9] - 38:14, 39:6, 46:15, 46:25, 51:7, 51:8, 51:9, 51:11
**5,240** [1] - 80:1
**5,700** [1] - 77:18
**5.1527** [1] - 1:16
**5.25** [1] - 39:5
**553** [1] - 80:19

## 6

**6,473** [1] - 78:25
**60** [1] - 19:19
**601** [1] - 1:15
**61** [1] - 3:14
**66** [1] - 3:15
**6706** [1] - 2:3

## 7

**7,646** [1] - 81:17
**702** [3] - 10:13, 11:25, 82:24
**75** [1] - 39:20
**7:00** [1] - 98:23

## 8

**8** [1] - 76:15
**80,728** [1] - 82:12
**802,000** [1] - 79:24
**88** [1] - 3:8

## 9

**90** [1] - 90:9
**912,000** [1] - 78:13
**925,000** [1] - 73:21
**925,742** [1] - 59:23
**925,743** [2] - 60:3, 60:18
**93** [1] - 3:8
**950** [1] - 1:18
**9:00** [1] - 97:17

## A

**a.m** [1] - 97:17
**ability** [6] - 27:12, 29:4, 54:20, 87:12, 90:12, 109:7
**able** [7] - 5:17, 23:20, 23:24, 24:2, 25:18, 26:5, 26:9, 26:11, 26:20, 27:18, 28:1, 29:8, 29:12, 29:13, 30:8, 31:15, 31:16, 32:24, 36:8, 36:9, 37:10, 40:14, 40:15, 41:6, 41:14, 41:16, 41:23, 42:4, 42:17, 43:8, 43:14, 44:10, 44:11, 45:6, 45:17, 49:24, 50:5, 50:8, 50:11, 52:24, 53:4, 53:11, 53:15, 53:17, 53:21, 53:22, 54:18, 54:20, 58:15, 58:24, 61:13, 62:14, 63:24, 64:9, 65:13, 65:16, 65:19, 68:8, 70:11, 73:14, 74:12, 87:5, 87:21, 88:10, 91:24, 92:5, 93:9, 93:12, 93:16, 95:4, 95:7, 95:12, 95:19, 97:14, 100:2, 106:9
**Abraxas** [21] - 72:2, 72:4, 72:5, 72:8, 72:10, 72:13, 72:19, 72:23, 73:1, 73:7, 73:11, 73:12, 73:15, 73:16, 73:24, 74:3, 74:5, 74:23, 75:5, 75:11, 76:5
**abreast** [1] - 33:9
**abstract** [1] - 70:7
**academia** [1] - 22:18
**academic** [5] - 90:5, 90:7, 95:24, 96:3, 96:18
**academics** [1] -

96:12
**accepts** [1] - 42:3
**access** [7] - 8:19, 25:18, 26:20, 106:23, 106:24, 107:6, 107:18
**accessed** [5] - 76:25, 78:1, 78:17, 79:12, 81:6
**accommodate** [1] - 102:2
**account** [18] - 5:24, 8:25, 9:3, 11:3, 11:10, 37:4, 37:5, 37:12, 42:3, 42:12, 44:5, 45:3, 46:8, 53:5, 57:11, 62:4, 64:22, 94:1
**accounts** [7] - 15:6, 21:20, 26:6, 27:8, 27:16, 27:25, 72:11
**accuracy** [11] - 43:24, 45:17, 53:24, 58:22, 89:12, 90:1, 90:20, 91:1, 92:10, 93:6, 93:13
**accurate** [5] - 27:19, 28:2, 53:22, 87:20, 109:4
**accurately** [2] - 66:5, 71:7
**Action** [1] - 1:3
**activity** [14] - 18:25, 40:16, 43:12, 44:14, 47:13, 48:10, 53:18, 58:17, 72:14, 93:24, 94:25, 95:4, 95:8, 95:15
**actual** [2] - 96:7, 99:1
**ad** [3] - 5:8, 5:10, 6:3
**added** [1] - 54:17
**addition** [3] - 39:3, 45:24, 69:16
**additional** [12] - 22:17, 24:5, 24:11, 43:10, 45:10, 72:24, 85:3, 86:4, 86:6, 86:18, 94:19, 103:14
**address** [99] - 9:2, 9:7, 9:10, 10:2, 11:4, 11:5, 11:8, 11:9, 12:7, 36:18, 36:19, 37:5, 37:10, 38:21, 38:25, 39:19, 39:20, 39:21, 42:16, 42:17, 43:7, 44:9, 44:12, 44:18, 44:21, 45:1, 46:13, 46:15, 46:25, 47:1, 47:3, 47:9, 47:10, 48:2, 48:4, 48:5, 49:1,

49:15, 49:16, 49:22, 50:23, 50:25, 51:3, 51:6, 51:14, 51:16, 51:23, 52:6, 52:7, 52:9, 52:13, 52:14, 52:16, 52:19, 53:11, 54:3, 54:7, 60:19, 60:22, 60:25, 62:4, 62:5, 62:8, 62:15, 62:16, 62:18, 62:25, 63:1, 63:2, 63:5, 63:7, 63:15, 63:21, 63:22, 63:23, 64:8, 64:12, 64:24, 68:13, 68:15, 68:20, 69:3, 72:13, 72:22, 74:23, 75:12, 83:23, 84:19, 84:22, 94:13, 94:14, 94:21, 95:11, 108:7

**address-level** [1] - 50:23

**addressed** [1] - 104:9

**addresses** [111] - 18:11, 23:20, 34:24, 36:20, 39:17, 39:24, 40:1, 40:9, 40:11, 40:18, 41:6, 41:12, 41:14, 41:16, 41:21, 41:23, 42:7, 42:8, 42:24, 42:25, 43:1, 43:3, 43:9, 43:10, 43:11, 43:13, 44:6, 45:2, 45:7, 45:8, 45:10, 45:18, 46:4, 46:17, 47:17, 47:20, 47:23, 48:8, 48:22, 49:10, 50:5, 50:12, 51:2, 51:15, 52:20, 52:22, 53:21, 54:6, 54:9, 54:14, 54:17, 54:19, 59:15, 59:22, 59:24, 60:3, 60:12, 60:17, 60:22, 61:13, 63:20, 63:24, 63:25, 64:9, 64:10, 65:11, 65:18, 65:22, 66:3, 66:7, 66:25, 67:1, 67:2, 67:4, 67:8, 67:15, 67:21, 67:22, 68:1, 68:4, 68:7, 68:8, 69:4, 72:14, 72:15, 72:23, 72:24, 72:25, 73:21, 74:6, 76:6, 84:25, 85:2, 85:3, 87:14, 90:13, 90:15, 92:13, 92:16, 93:16, 93:18, 94:7, 94:9, 94:15, 94:16, 94:19, 94:22, 95:9, 95:10

**adjourn** [1] - 97:15

**adjourned** [1] - 108:22

**adjust** [1] - 4:7

**administration** [1] - 18:10

**Administration** [1] - 21:11

**administrator** [2] - 18:9, 18:19

**admission** [1] - 61:4

**admit** [4] - 61:3, 66:9, 66:13, 71:10

**admitted** [4] - 61:7, 61:8, 67:12, 71:15

**ads** [1] - 6:8

**advanced** [1] - 31:1

**advise** [1] - 4:9

**advisor** [1] - 25:7

**afraid** [1] - 16:3

**AFTERNOON** [1] - 1:5

**afternoon** [1] - 55:20

**agencies** [3] - 22:23, 22:25, 32:5

**agent** [1] - 24:25

**agents** [1] - 24:19

**aggregate** [3] - 70:2, 70:17, 82:1

**ago** [1] - 106:15

**Agora** [9] - 75:24, 76:1, 76:2, 76:6, 76:8, 76:12, 76:16, 84:1, 84:6

**agreed** [1] - 20:2

**agreement** [1] - 17:12

**aid** [2] - 4:4, 4:7

**Alexandria** [1] - 106:11

**algorithms** [2] - 90:8, 96:5

**allow** [8] - 7:17, 11:18, 36:10, 43:13, 62:12, 63:3, 70:20, 72:21

**allows** [1] - 43:14

**almost** [1] - 29:8

**alone** [1] - 47:21

**AlphaBay** [8] - 76:22, 76:24, 76:25, 77:3, 77:6, 77:10, 77:12, 77:17

**alternate** [1] - 100:19

**AMERICA** [1] - 1:3

**amount** [6] - 19:5, 36:18, 37:13, 76:16, 79:3, 105:1

**amounts** [1] - 15:5

**analogize** [1] - 51:3

**analysis** [41] - 21:20,

29:11, 30:12, 31:3, 33:15, 33:23, 34:2, 34:7, 34:22, 34:23, 34:24, 35:3, 40:8, 45:13, 45:15, 45:21, 45:25, 47:8, 47:24, 48:19, 49:2, 50:22, 53:10, 58:16, 60:25, 64:3, 68:18, 69:18, 69:20, 69:25, 70:7, 70:24, 85:7, 85:10, 89:9, 91:3, 91:5, 91:8, 91:10, 105:2

**analyst** [1] - 21:15

**analysts** [1] - 24:19

**analytic** [1] - 25:7

**analytics** [1] - 31:1

**anonymized** [1] - 76:3

**anonymizing** [1] - 72:6

**answer** [1] - 16:22

**answering** [1] - 13:20

**anti** [1] - 55:5

**anti-money** [1] - 55:5

**anticipate** [1] - 99:6

**anticipating** [2] - 4:14, 99:4

**apart** [1] - 60:22

**apparent** [2] - 24:16, 104:7

**appear** [3] - 38:18, 39:12, 95:15

**aPPEARANCES** [1] - 1:13

**application** [1] - 29:8

**applications** [1] - 26:17

**applied** [2] - 64:4, 68:11

**apply** [2] - 23:8, 26:12

**appointment** [1] - 100:7

**appreciate** [2] - 4:10, 97:14

**appreciated** [1] - 19:22

**approach** [3] - 50:19, 54:1, 54:8

**appropriate** [1] - 58:15

**area** [1] - 16:2

**areas** [1] - 22:11

**argument** [1] - 102:16

**arm** [2] - 93:15, 93:23

**arrest** [2] - 19:19,

24:2

**arrested** [2] - 18:14, 19:17

**arrow** [1] - 74:8, 74:11

**arrows** [1] - 74:1

**articles** [9] - 22:18, 45:16, 90:5, 90:11, 90:14, 90:17, 90:20, 90:23, 96:14

**aspects** [2] - 32:17, 45:15

**asserted** [2] - 7:18, 7:22

**assess** [4] - 28:3, 50:25, 51:12, 65:19

**assessing** [2] - 52:9, 52:19

**assessment** [2] - 49:10, 54:21

**asset** [2] - 19:24, 20:2

**assets** [1] - 28:22

**assigned** [2] - 21:17, 22:3

**assist** [2] - 29:4, 35:1

**assisted** [1] - 35:9

**associate** [2] - 40:11, 45:18

**associated** [4] - 40:2, 42:8, 52:20, 63:25

**assuming** [1] - 100:15

**attempt** [1] - 87:8

**attempted** [1] - 96:3

**attend** [1] - 33:11

**attended** [2] - 22:19

**attention** [4] - 35:8, 35:23, 61:21, 81:23

**attest** [1] - 90:20

**attesting** [1] - 90:1

**ATTORNEY'S** [1] - 1:14

**attribution** [5] - 30:10, 41:9, 41:10, 57:4, 58:14

**audit** [1] - 90:25

**authorities** [2] - 5:24, 13:8

**authorizes** [1] - 37:19

**authorizing** [2] - 37:1, 37:6

**automatically** [1] - 10:4

**availability** [1] - 98:3

**available** [2] - 26:15, 92:4

**Avenue** [4] - 1:18,

1:21, 2:3, 109:14

**avoid** [1] - 98:12

**aware** [3] - 89:21, 90:7, 90:11

---

**B**

**B-I-S-B-E-E** [1] - 20:25

**bachelor's** [1] - 21:4

**background** [6] - 18:21, 21:3, 23:4, 32:9, 101:14, 102:16

**bagel** [4] - 39:2, 39:3, 39:9, 39:14

**Baltimore** [5] - 98:5, 99:17, 99:24, 100:7, 100:8

**Bank** [5] - 77:24, 77:25, 78:3, 78:6, 78:10

**bank** [5] - 21:20, 37:12, 37:22, 37:23, 37:24

**banks** [2] - 23:7, 57:12

**barriers** [1] - 107:18

**based** [9] - 47:18, 47:20, 68:18, 89:12, 90:4, 94:21, 103:15, 104:24, 105:5

**bases** [1] - 45:19

**basis** [1] - 50:21

**BC1** [1] - 51:15

**became** [7] - 24:6, 24:8, 24:16, 24:25, 25:17, 26:9, 28:15

**become** [2] - 6:14, 28:10

**becoming** [1] - 28:18

**BEFORE** [1] - 1:11

**begin** [3] - 21:7, 51:15, 57:7

**beginning** [1] - 15:6

**begins** [1] - 51:14

**behaved** [1] - 68:7

**behavior** [22] - 43:2, 43:15, 47:15, 47:19, 49:4, 49:25, 50:13, 50:14, 52:24, 53:14, 54:16, 54:21, 61:16, 65:14, 65:19, 67:25, 68:8, 72:24, 87:3, 88:5, 95:9, 95:12

**behavioral** [8] - 49:19, 49:20, 50:1, 50:3, 50:20, 54:3, 68:10, 68:17

**behaviors** [5] - 43:8,

44:7, 45:24, 47:25, 48:7

**behind** [1] - 27:25
**belonged** [1] - 41:6
**belongs** [1] - 46:12
**below** [2] - 36:10
**bench** [1] - 102:20
**best** - 25:10, 25:12, 109:7
**Beth** [1] - 24:8
**better** [2] - 48:7, 106:24
**between** [22] - 57:20, 66:4, 67:2, 67:21, 69:18, 70:3, 70:18, 73:7, 73:12, 73:19, 73:24, 73:25, 75:11, 76:8, 77:9, 79:17, 80:15, 82:2, 83:17, 84:19, 86:24
**big** [2] - 86:22, 104:15
**bill** [7] - 38:14, 39:7, 51:8, 51:9, 51:11
**bills** [1] - 52:3
**BISBEE** [2] - 3:6, 20:19
**Bisbee** [24] - 20:13, 20:15, 20:24, 20:25, 21:1, 21:7, 34:1, 34:6, 34:9, 35:8, 35:20, 57:2, 59:12, 59:24, 61:12, 66:2, 66:18, 66:22, 67:14, 67:20, 71:19, 87:7, 93:5, 94:6
**Bisbee's** [2] - 4:3, 61:19
**bit** [9] - 4:15, 5:7, 21:13, 29:23, 30:14, 32:15, 68:10, 97:14, 104:12
**Bitcoin** [202] - 5:15, 5:16, 5:20, 5:21, 5:22, 5:25, 6:2, 6:12, 6:14, 6:16, 7:9, 7:16, 7:24, 8:6, 8:8, 8:11, 8:14, 8:17, 9:1, 9:2, 9:5, 9:8, 9:10, 9:14, 9:18, 9:19, 9:24, 9:25, 10:8, 11:4, 11:5, 11:6, 11:7, 12:25, 13:2, 13:25, 14:2, 14:5, 14:9, 14:17, 14:19, 14:25, 15:8, 16:3, 18:11, 18:16, 19:18, 22:19, 22:21, 22:24, 23:22, 24:8, 28:15, 28:17, 28:22, 38:22, 44:20, 46:7, 46:10, 46:14,

46:25, 57:2, 57:5, 57:14, 57:19, 57:20, 57:23, 58:18, 59:16, 59:25, 60:4, 60:12, 61:14, 61:23, 61:25, 62:5, 62:7, 62:15, 62:18, 62:23, 63:2, 63:6, 63:10, 63:13, 63:14, 63:19, 64:1, 64:5, 64:6, 64:22, 65:22, 66:4, 66:6, 67:6, 67:9, 67:21, 67:25, 68:4, 68:5, 68:6, 68:9, 68:11, 68:12, 68:14, 68:22, 69:5, 69:7, 69:12, 69:18, 69:23, 70:3, 70:5, 70:18, 71:23, 71:24, 72:9, 72:13, 73:4, 73:7, 73:11, 73:12, 73:14, 73:15, 73:16, 73:24, 74:2, 74:5, 74:22, 74:23, 74:24, 75:5, 75:6, 75:10, 75:11, 76:5, 76:9, 76:11, 76:13, 76:16, 76:18, 77:9, 77:12, 77:13, 77:16, 77:18, 78:5, 78:7, 78:10, 78:11, 78:23, 78:25, 79:3, 79:5, 79:18, 79:20, 79:22, 80:1, 80:16, 80:18, 80:19, 80:22, 80:23, 81:11, 81:13, 81:16, 81:17, 82:2, 82:11, 82:12, 82:17, 83:18, 83:23, 84:1, 84:4, 84:5, 84:8, 84:11, 84:17, 85:18, 85:23, 86:6, 86:12, 86:20, 86:25, 89:6, 92:12, 92:15, 94:7, 94:8, 94:12, 94:23, 95:5, 95:7, 95:13, 95:14, 95:17, 95:20
**Bitcoin's** [1] - 19:21
**bitcoin.com** [1] - 14:24
**Black** [5] - 77:24, 77:25, 78:2, 78:6, 78:10
**block** [5] - 23:19, 25:16, 25:17, 27:3, 41:8
**Blockchain** [1] - 25:20
**blockchain** [70] - 22:21, 25:7, 25:14, 26:2, 26:11, 27:2,

28:10, 28:14, 28:25, 29:9, 29:25, 30:12, 30:18, 30:23, 30:24, 31:1, 31:3, 32:21, 32:23, 32:25, 33:15, 33:23, 34:1, 34:7, 34:21, 34:23, 34:25, 35:3, 36:1, 37:3, 37:16, 38:1, 38:18, 39:12, 39:16, 40:8, 40:12, 40:20, 40:24, 45:13, 45:15, 45:25, 47:8, 47:11, 47:13, 47:24, 48:10, 48:13, 48:19, 49:2, 49:5, 49:18, 50:21, 50:22, 51:13, 51:16, 52:17, 53:9, 53:13, 58:16, 63:4, 64:3, 65:8, 74:17, 90:16, 91:3, 91:5, 91:8, 91:10, 94:2
**blockchains** [1] - 28:17
**blue** [3] - 38:24, 51:7, 52:7
**body** [2] - 91:4, 91:7
**bottom** [6] - 59:20, 60:15, 62:5, 71:23, 86:10, 86:11
**box** [9] - 36:3, 36:4, 51:7, 52:7, 62:5, 71:21, 71:23, 74:15, 85:17
**boxes** [1] - 38:24
**break** [7] - 55:16, 55:17, 55:20, 56:5, 56:6, 56:12, 91:14
**breathe** [1] - 100:18
**brief** [2] - 16:9, 55:16
**briefly** [3] - 21:3, 67:11, 92:22
**bring** [1] - 38:12
**bringing** [1] - 36:17
**Brooklyn** [1] - 1:25
**BROWN** [1] - 1:14
**browser** [5] - 11:24, 12:6, 12:13, 72:6, 76:3
**Browser** [1] - 8:20
**bucket** [1] - 22:22
**build** [12] - 38:8, 44:3, 45:20, 50:16, 54:20, 76:6, 77:5, 78:2, 78:20, 79:14, 80:12, 81:8
**building** [4] - 24:12, 25:6, 95:20, 96:17
**built** [2] - 48:1, 97:1
**buy** [1] - 8:9

**buyer** [1] - 84:7
**buyers** [2] - 83:9, 87:3
**buys** [1] - 24:1
**BY** [44] - 2:1, 5:6, 6:9, 7:5, 8:16, 10:19, 11:11, 11:20, 12:16, 13:3, 13:15, 15:11, 15:18, 16:15, 20:23, 34:8, 35:7, 35:19, 57:1, 59:11, 59:21, 60:10, 60:16, 61:11, 61:20, 62:11, 65:6, 66:1, 66:17, 66:21, 67:13, 67:19, 71:18, 75:23, 76:23, 77:23, 81:2, 81:22, 83:5, 85:6, 88:22, 89:4, 93:4, 94:5

**C**

**calculate** [1] - 96:4
**calculated** [4] - 75:3, 75:4, 96:10, 96:23
**calculation** [1] - 82:4
**cannot** [2] - 89:24, 89:25
**captured** [1] - 84:10
**cards** [2] - 19:10, 19:12
**case** [31] - 4:14, 18:6, 19:25, 21:12, 22:6, 23:16, 23:18, 24:4, 24:6, 24:8, 34:15, 34:18, 55:22, 55:24, 57:2, 57:7, 57:25, 70:1, 70:10, 87:15, 97:20, 97:22, 98:18, 99:4, 99:5, 99:15, 100:25, 102:8, 106:3, 106:13
**cases** [5] - 23:2, 24:5, 33:1, 33:4, 33:20
**cash** [14] - 5:17, 5:22, 5:23, 5:25, 14:19, 14:23, 15:1, 23:8, 23:23, 27:5, 29:14, 40:16, 64:21
**cash-out** [2] - 23:8, 29:14, 40:16
**cashier** [7] - 38:15, 39:8, 39:9, 39:19, 53:2
**cashiers** [1] - 64:15
**cashing** [1] - 83:16
**CATHERINE** [1] - 1:17

**centered** [2] - 29:19, 30:22
**CentOS** [1] - 13:1
**cents** [1] - 39:20
**certain** [2] - 18:12, 48:12
**CERTIFICATE** [1] - 109:1
**certification** [3] - 30:11, 30:19, 30:20
**certifications** [2] - 30:15, 33:14
**certify** [1] - 109:4
**chain** [15] - 27:22, 27:23, 28:24, 29:15, 44:12, 47:5, 47:10, 49:15, 49:22, 54:4, 54:6, 68:15, 68:19, 69:2, 94:21
**Chainalysis** [126] - 21:2, 25:19, 25:23, 29:21, 29:23, 29:25, 30:3, 30:8, 30:11, 30:16, 31:2, 31:5, 31:17, 31:20, 33:19, 34:9, 34:12, 40:4, 41:11, 41:13, 41:15, 41:20, 41:24, 42:7, 42:12, 42:14, 42:21, 42:23, 42:25, 43:2, 43:13, 43:14, 43:17, 43:20, 44:1, 44:4, 44:6, 44:7, 44:16, 44:18, 44:20, 44:23, 45:1, 45:4, 46:3, 46:6, 46:8, 46:9, 46:16, 46:22, 47:9, 47:20, 48:9, 50:8, 53:19, 53:24, 54:1, 54:22, 55:12, 57:5, 58:4, 58:5, 58:10, 58:12, 59:18, 60:4, 61:12, 61:16, 61:17, 61:24, 62:2, 62:3, 62:6, 62:8, 62:12, 62:16, 62:19, 62:24, 63:3, 63:12, 63:17, 70:15, 72:18, 72:21, 72:25, 73:10, 73:18, 74:4, 76:4, 77:5, 78:2, 78:19, 79:14, 80:12, 81:8, 87:10, 87:12, 87:19, 87:25, 88:2, 88:4, 88:12, 89:8, 89:12, 89:19, 89:23, 90:1, 90:2, 90:9, 90:14, 90:21, 91:1, 91:14, 92:7, 93:6, 93:8, 93:9, 95:19, 96:7, 96:11,

96:15, 96:16, 97:1
**Chainalysis's** [14] -
28:4, 39:23, 46:11,
47:2, 47:24, 49:4,
55:8, 59:25, 63:1,
63:7, 63:18, 64:5,
87:17, 90:12
**Chainalysis-**
**controlled** [3] - 42:21,
45:4, 62:16
**chains** [3] - 46:19,
47:21, 47:23
**chambers** [1] -
102:19
**chance** [1] - 108:10
**change** [28] - 13:4,
13:6, 38:16, 38:23,
39:1, 39:10, 44:12,
46:4, 46:11, 46:15,
47:20, 47:23, 49:15,
49:16, 49:21, 54:3,
54:7, 68:15, 68:20,
69:2, 94:6, 94:8,
94:12, 94:15, 94:16,
94:21, 94:25, 105:6
**change-of-address**
[1] - 49:16
**changer** [1] - 17:16
**changes** [1] - 32:24
**charge** [1] - 17:18
**charged** [1] - 36:17
**charges** [3] - 17:15,
17:18, 49:8
**chart** [4] - 67:11,
67:23, 70:23, 71:5
**Check** [1] - 37:24
**check** [11] - 10:6,
36:24, 36:25, 37:2,
37:4, 37:14, 37:15,
37:16, 37:22, 37:25,
38:5
**checking** [2] - 98:2,
98:5
**childhood** [1] - 57:17
**CHRISTOPHER** [1] -
1:14
**circle** [2] - 67:6,
73:23
**Circle** [1] - 15:5
**circled** [1] - 45:9
**circles** [2] - 73:18,
74:5
**circulated** [1] - 90:6
**cite** [1] - 90:11
**clarify** [1] - 96:2
**classes** [1] - 30:12
**clear** [1] - 36:8,
36:22, 46:19, 62:10,
80:7, 106:15
**clearnet** [2] - 8:12,

15:20
**clerk** [4] - 98:3, 98:5,
98:7, 100:4
**click** [5] - 12:14,
36:8, 74:4, 74:8,
74:11
**clicker** [1] - 36:10
**closes** [1] - 106:2
**clunky** [2] - 8:24,
9:13
**cluster** [31] - 40:8,
47:20, 50:17, 51:4,
52:18, 52:19, 53:20,
54:10, 54:14, 57:20,
59:25, 60:4, 60:12,
65:11, 67:9, 68:5,
68:6, 68:25, 69:10,
69:14, 73:20, 73:23,
76:6, 77:6, 78:2,
78:20, 79:14, 80:12,
81:8, 95:8, 95:20
**clustered** [3] - 41:12,
45:11, 58:9
**clustering** [43] -
33:23, 39:24, 39:25,
40:1, 40:3, 40:6, 40:7,
40:10, 41:10, 43:11,
45:19, 49:13, 49:19,
49:20, 50:1, 50:2,
50:3, 50:24, 54:8,
54:23, 55:3, 55:6,
57:4, 58:15, 63:19,
64:5, 65:12, 68:17,
73:4, 87:8, 87:13,
87:17, 88:16, 90:3,
90:12, 90:24, 91:13,
96:5, 96:12, 96:15,
96:19, 96:20, 97:1
**clustering-level** [1] -
50:24
**clusters** [17] - 40:12,
41:3, 44:3, 52:22,
53:25, 54:12, 55:8,
55:13, 58:13, 58:18,
58:19, 58:22, 69:16,
87:20, 91:14, 96:8,
96:17
**co** [26] - 39:13,
39:18, 44:11, 44:14,
45:13, 45:14, 45:17,
45:20, 45:25, 49:15,
49:21, 50:1, 50:4,
50:20, 54:3, 64:2,
64:4, 64:9, 64:11,
68:13, 68:18, 69:2,
84:25, 94:20
**co-spend** [19] -
39:13, 39:18, 44:11,
45:14, 45:17, 49:15,
49:21, 50:1, 50:4,

50:20, 54:3, 64:4,
64:11, 68:13, 69:2,
84:25, 94:20
**co-spending** [5] -
44:14, 45:13, 45:20,
45:25, 64:2
**co-spends** [1] -
68:18
**co-spent** [1] - 64:9
**cocaine** [1] - 5:8
**code** [11] - 91:21,
91:23, 91:24, 92:1,
92:3, 92:4, 92:5, 92:7,
93:5, 93:9
**coffee** [20] - 38:6,
38:9, 38:10, 38:16,
38:17, 38:21, 39:2,
39:4, 39:9, 39:15,
39:20, 51:4, 51:25,
52:3, 52:25, 53:1,
53:5, 64:13
**coffees** [1] - 53:8
**Coin** [1] - 15:20
**Coinbase** [1] - 15:5
**collect** [2] - 27:12,
89:19
**collection** [1] - 28:1
**colors** [1] - 36:15
**COLUMBIA** [2] - 1:1,
1:15
**Columbia** [2] - 2:2,
109:13
**coming** [6] - 15:7,
46:6, 46:22, 83:11,
83:13, 107:13
**commenting** [1] -
98:8
**commercial** [7] -
25:19, 25:23, 27:3,
29:4, 29:7, 30:2, 41:9
**common** [6] - 8:10,
49:12, 65:7, 84:21,
102:23
**commonly** [2] -
41:17, 45:14
**communicated** [1] -
16:19
**community** [1] - 90:6
**companies** [3] -
12:24, 13:6, 15:4
**company** [3] - 15:3,
30:1, 54:22
**compare** [1] - 67:22
**compared** [1] - 38:6
**compares** [1] - 36:23
**complete** [3] - 34:10,
61:4, 109:6
**complex** [1] - 32:8
**compliance** [6] -
55:4, 55:6, 59:1,

87:22, 88:6, 89:14
**compliances** [1] -
93:23
**complicated** [1] -
28:11
**component** [6] -
32:18, 32:19, 49:7,
52:11, 53:4, 69:3
**components** [4] -
36:16, 36:25, 37:1,
49:9
**compound** [1] - 7:2
**computer** [5] -
12:17, 13:9, 13:13,
18:10, 18:21
**concept** [1] - 40:3
**concerned** [1] -
104:15
**concluded** [1] -
108:23
**concludes** [1] - 34:5
**conclusory** [3] -
104:24, 106:8, 106:16
**condition** [1] - 61:8
**conditionally** [1] -
60:8
**conduct** [6] - 26:1,
41:24, 42:20, 55:23,
62:19, 97:21
**conducted** [4] -
29:11, 43:25, 61:16,
103:13
**conducting** [10] -
22:20, 25:10, 26:14,
26:18, 27:21, 34:23,
45:25, 48:19, 49:2,
61:24
**conducts** [3] - 41:15,
43:16, 93:19
**confer** [1] - 107:23
**conferences** [3] -
31:2, 33:11, 33:17
**confers** [1] - 100:5
**confirm** [3] - 27:15,
68:8, 69:4
**confirmations** [7] -
9:4, 9:7, 10:1, 10:3,
10:6, 14:1, 14:4
**confirmed** [1] -
49:18
**confused** [1] - 99:23
**conjunction** [1] -
50:20
**connect** [1] - 12:23
**conscious** [1] -
98:11
**consensus** [1] -
40:19
**consented** [1] -
19:24

**conservative** [2] -
54:1, 54:8
**consider** [2] - 27:6,
64:20
**considered** [8] -
32:22, 37:16, 52:10,
52:23, 53:3, 67:1,
73:23, 85:3
**consistent** [3] - 86:1,
86:16, 105:1
**Consolidation** [1] -
66:24
**consolidation** [26] -
64:8, 64:9, 64:12,
64:20, 64:24, 65:7,
65:10, 65:17, 65:22,
66:3, 66:6, 67:2,
67:15, 67:21, 67:22,
68:1, 68:4, 68:7,
68:13, 92:13, 92:15,
94:7, 94:9, 94:19,
95:10, 95:11
**consolidations** [1] -
64:10
**conspiracy** [4] -
17:6, 17:19, 17:24,
18:2
**constitutes** [1] -
109:4
**Constitution** [2] -
2:3, 109:14
**consultancy** [1] -
32:11
**contact** [3] - 24:9,
24:15, 24:22
**contacted** [1] - 23:9
**contacts** [1] - 23:6
**contained** [1] - 71:8
**context** [1] - 69:21
**continue** [5] - 5:3,
12:4, 56:22, 95:7,
95:20
**continued** [2] -
95:11, 98:8
**CONTINUED** [1] -
5:5
**continuing** [1] - 88:4
**contract** [1] - 34:12
**control** [2] - 46:17,
87:12
**controlled** [16] -
25:4, 41:21, 42:15,
42:18, 42:21, 44:19,
45:3, 45:4, 47:9,
60:12, 61:14, 62:16,
63:1, 63:7, 72:23,
73:1
**controls** [1] - 85:1
**conversation** [1] -
98:10

**convert** [1] - 27:5
**converts** [1] - 23:22
**convince** [1] - 107:2
**correct** [6] - 9:21, 60:9, 75:13, 75:20, 84:15, 89:10
**correctly** [2] - 89:11, 90:19
**corroborate** [5] - 28:1, 68:24, 88:7, 93:21, 94:1
**corroborated** [2] - 27:20, 93:18
**costs** [1] - 39:3
**count** [4] - 17:6, 17:10, 17:13, 64:16
**country** [1] - 33:23
**counts** [2] - 17:20, 17:23
**couple** [5] - 4:7, 7:1, 13:19, 22:19, 106:13
**course** [6] - 30:23, 31:1, 38:3, 39:6, 99:13
**court** [2] - 16:21, 56:13
**Court** [13] - 2:1, 2:2, 4:4, 4:9, 4:15, 34:5, 99:8, 99:12, 99:15, 101:19, 108:22, 109:12, 109:13
**COURT** [85] - 1:1, 4:1, 4:8, 4:10, 4:17, 5:3, 6:5, 6:25, 7:3, 7:17, 7:25, 10:15, 10:25, 11:18, 12:1, 12:4, 12:21, 13:12, 14:22, 15:17, 16:11, 16:13, 20:6, 20:8, 20:10, 34:3, 34:5, 35:14, 35:17, 55:17, 55:20, 56:4, 56:9, 56:12, 56:22, 61:5, 61:7, 65:4, 66:11, 66:13, 66:19, 71:12, 71:14, 82:22, 83:3, 88:19, 89:3, 92:21, 92:24, 93:1, 97:4, 97:6, 97:10, 97:13, 98:2, 98:16, 99:10, 99:18, 99:20, 99:24, 100:1, 100:12, 100:15, 100:21, 101:6, 101:13, 101:17, 101:21, 102:18, 103:4, 103:22, 103:25, 104:6, 104:22, 105:5, 105:14, 106:6, 106:20, 107:1,

107:17, 107:23, 108:4, 108:8, 108:15, 108:18
**Court's** [2] - 16:9, 104:5
**COURTROOM** [15] - 4:23, 5:1, 20:14, 20:17, 20:20, 55:25, 56:3, 56:13, 56:17, 56:20, 59:6, 59:8, 60:9, 97:24, 108:21
**courtroom** [4] - 4:24, 17:1, 56:1, 56:18, 97:25, 100:5
**courts** [1] - 33:22
**craigslist** [1] - 14:25
**create** [6] - 8:25, 9:1, 11:10, 26:6, 42:3, 65:21
**created** [7] - 5:11, 11:2, 24:18, 24:23, 28:19, 42:12, 44:5
**creates** [2] - 47:10, 48:22
**credentials** [2] - 101:14, 101:19
**crimes** [1] - 33:7
**Criminal** [1] - 1:3
**cross** [1] - 29:15
**CROSS** [2] - 16:14, 88:21
**Cross** [2] - 3:5, 3:8
**cross-chain** [1] - 29:15
**CROSS-EXAMINATION** [2] - 16:14, 88:21
**Cross-Examination** [2] - 3:5, 3:8
**crosses** [1] - 99:6
**CRR** [3] - 2:1, 109:3, 109:12
**crypto** [4] - 23:20, 24:7, 24:18, 25:10
**cryptocurrencies** [2] - 28:23, 29:19
**cryptocurrency** [30] - 21:24, 22:1, 22:4, 22:9, 22:10, 22:14, 23:9, 24:5, 24:9, 24:13, 24:15, 24:23, 25:2, 25:4, 26:3, 26:4, 26:21, 27:6, 28:6, 28:25, 30:12, 30:18, 31:6, 32:18, 32:19, 33:14, 34:1, 34:7, 34:24, 42:2
**CSAM** [2] - 101:4, 106:5
**cup** [3] - 38:10,

38:15, 39:4
**current** [2] - 31:12, 31:23
**customer** [5] - 13:24, 31:13, 72:10, 88:8, 89:16
**customers** [7] - 13:22, 31:8, 55:7, 58:12, 59:2, 72:11, 87:22
**Cybertrace** [1] - 25:20

# D

**D.C** [9] - 1:6, 1:16, 1:19, 1:21, 2:4, 17:17, 17:21, 106:23, 109:14
**dark** [12] - 5:20, 6:1, 6:15, 6:18, 6:19, 6:21, 8:5, 8:7, 11:23, 13:14, 13:18, 15:7
**darknet** [56] - 6:7, 7:6, 12:8, 12:9, 22:10, 22:14, 23:16, 24:2, 33:7, 40:25, 41:22, 42:1, 42:2, 53:17, 57:6, 57:21, 57:22, 57:23, 58:18, 69:14, 69:18, 69:24, 70:4, 70:19, 71:24, 72:2, 72:5, 72:16, 75:24, 76:2, 76:25, 77:25, 78:16, 79:12, 80:7, 80:9, 81:6, 82:2, 82:11, 82:16, 82:18, 82:19, 83:6, 83:7, 83:8, 83:12, 83:13, 83:24, 84:3, 84:9, 84:12, 84:17, 86:24, 86:25
**data** [4] - 54:17, 54:19, 89:19, 93:19
**date** [1] - 38:3
**Dated** [1] - 109:10
**Daubert** [1] - 104:10
**days** [3] - 13:23, 28:14, 99:5
**DEA** [21] - 21:12, 21:13, 21:18, 21:23, 24:5, 24:7, 24:10, 24:19, 24:23, 25:1, 25:6, 25:15, 26:13, 26:22, 28:3, 28:7, 28:9, 29:16, 29:18, 29:21, 58:5
**DEA's** [1] - 24:12
**deal** [2] - 17:3, 104:3
**dealing** [1] - 13:23

**debit** [2] - 19:10, 19:12
**decade** [1] - 91:11
**decide** [1] - 105:24
**decided** [1] - 18:1
**decipher** [1] - 26:11
**decision** [3] - 99:14, 104:5, 104:7
**decisions** [2] - 102:25, 103:1
**deck** [6] - 35:20, 71:2, 81:21, 98:22, 101:17, 105:11
**dedicated** [1] - 13:9
**defeat** [1] - 87:8
**defeating** [1] - 87:13
**Defendant** [1] - 1:7
**DEFENDANT** [1] - 1:23
**Defendant's** [1] - 57:16
**defense** [6] - 99:3, 99:15, 101:4, 102:25, 103:12, 108:16
**deleted** [2] - 16:7
**demonstrate** [1] - 74:14
**demonstrative** [4] - 35:13, 35:16, 35:18, 61:19
**DEPARTMENT** [2] - 1:18, 1:20
**dependent** [1] - 88:16
**depiction** [1] - 73:22
**deployed** [2] - 87:17, 94:23
**deposit** [20] - 9:1, 9:7, 9:8, 9:25, 11:8, 42:16, 42:17, 42:24, 44:25, 61:24, 62:4, 62:6, 62:12, 62:15, 63:21, 64:18, 64:19, 72:22, 94:15
**deposited** [4] - 10:3, 42:19, 43:1, 63:15
**depositing** [1] - 63:12
**deposits** [1] - 49:23
**DEPUTY** [15] - 4:23, 5:1, 20:14, 20:17, 20:20, 55:25, 56:3, 56:13, 56:17, 56:20, 59:6, 59:8, 60:9, 97:24, 108:21
**deputy** [5] - 98:2, 98:5, 98:7, 100:4, 100:5
**derived** [1] - 74:16
**deriving** [1] - 93:25

**describe** [2] - 48:23, 62:21
**described** [6] - 48:1, 49:14, 49:20, 77:7, 82:3, 90:4
**describing** [2] - 48:11, 64:23
**design** [1] - 11:12
**designed** [2] - 11:12, 95:15
**designer** [1] - 13:17
**desire** [1] - 102:11
**detail** [4] - 105:9, 105:13, 105:14, 105:17
**detected** [1] - 87:18
**detection** [1] - 44:12
**determine** [5] - 27:18, 41:11, 61:13, 73:6, 88:10
**determined** [2] - 40:2, 73:1
**develop** [3] - 23:6, 24:22, 91:24
**developed** [1] - 30:8
**developing** [2] - 24:12, 25:9
**development** [2] - 25:8, 31:21
**developments** [1] - 33:10
**deviating** [1] - 104:21
**devices** [1] - 93:21
**different** [21] - 7:11, 8:3, 12:23, 12:24, 22:11, 25:22, 26:5, 26:16, 36:16, 41:1, 43:18, 51:11, 52:21, 54:2, 54:18, 64:20, 64:21, 77:3, 90:13, 94:13, 96:18
**difficult** [2] - 95:14, 106:9
**difficulty** [2] - 95:16, 106:11
**digital** [3] - 48:14, 48:15, 48:16
**diligence** [2] - 55:5, 59:1
**Direct** [1] - 3:7
**DIRECT** [2] - 5:5, 20:22
**direct** [10] - 70:4, 71:21, 75:19, 81:23, 84:13, 85:7, 85:19, 85:22, 86:13, 86:15
**directing** [4] - 35:8, 35:23, 61:21, 81:23
**direction** [1] - 74:1

**directly** [10] - 70:5, 73:12, 74:22, 75:10, 78:24, 81:12, 82:11, 82:15, 84:11, 84:12
**director** [5] - 31:13, 32:1, 32:2, 32:3, 33:2
**disagrees** [1] - 105:18
**disclosed** [1] - 105:25
**discuss** [2] - 55:22, 97:20
**discussing** [1] - 96:19
**display** [1] - 73:13
**disregarded** [1] - 54:5
**distracting** [1] - 98:9
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**district** [1] - 109:13
**District** [3] - 2:2, 2:2, 109:13
**diversification** [1] - 28:21
**diversified** [1] - 28:16
**docket** [1] - 108:18
**document** [2] - 21:16, 66:14
**DOJ** [1] - 25:11
**dollar** [9] - 39:7, 39:13, 74:25, 75:8, 76:14, 79:23, 80:20, 80:24, 81:18
**dollars** [12] - 76:19, 77:14, 77:19, 78:8, 78:12, 79:1, 79:6, 80:2, 81:14, 82:13, 86:16, 86:21
**domestic** [1] - 21:18
**done** [13] - 27:3, 31:16, 40:7, 51:13, 54:25, 58:20, 64:11, 68:17, 81:20, 90:15, 97:18, 101:23, 102:9
**down** [13] - 15:6, 15:10, 15:24, 16:4, 16:5, 59:19, 60:14, 65:4, 65:5, 85:10, 85:23, 86:11, 86:13
**drag** [1] - 102:9
**draw** [1] - 36:11
**drawer** [1] - 53:7
**drive** [1] - 99:1
**dropped** [1] - 60:20
**drug** [3] - 6:10, 6:11, 21:21
**Drug** [1] - 21:11
**drugs** [3] - 8:9,

27:15, 77:4
**due** [2] - 55:5, 59:1
**duration** [1] - 95:13
**during** [5] - 9:9, 25:6, 60:1, 67:12, 95:20

## E

**early** [3] - 24:4, 28:14, 68:2
**easier** [7] - 10:5, 11:1, 11:9, 30:9, 36:4, 73:20, 74:19
**ecosystem** [1] - 55:11
**educational** [1] - 21:3
**EDWARDS** [2] - 2:1, 109:3
**Edwards** [1] - 109:12
**effect** [2] - 7:25, 14:4
**effectively** [1] - 101:25
**efficient** [1] - 28:19
**efforts** [1] - 106:12
**eight** [7] - 9:16, 57:6, 57:22, 57:23, 69:24, 70:4, 82:5
**Eighth** [1] - 1:25
**either** [7] - 33:1, 40:25, 65:11, 88:7, 91:17, 104:11, 107:7
**EKELAND** [56] - 1:23, 1:24, 4:12, 6:4, 6:24, 7:1, 7:14, 10:12, 10:23, 11:17, 11:25, 12:20, 13:11, 14:21, 15:14, 15:16, 16:12, 16:15, 20:5, 34:4, 35:15, 56:8, 56:11, 61:6, 65:1, 66:12, 71:13, 82:20, 82:23, 88:22, 89:2, 89:4, 92:20, 98:15, 98:17, 99:11, 99:19, 99:22, 99:25, 100:10, 100:14, 100:20, 101:11, 101:16, 101:18, 104:4, 104:19, 105:4, 105:8, 106:1, 106:17, 106:23, 107:15, 107:21, 108:3, 108:17
**Ekeland** [12] - 3:5, 3:8, 4:5, 4:11, 16:11, 88:19, 94:6, 95:23, 98:13, 101:7, 102:15, 103:25
**Elizabeth** [2] - 20:12,

20:25
**ELIZABETH** [3] - 3:6, 20:19, 20:25
**Elliptic** [1] - 25:20
**emails** [3] - 13:20, 13:21, 13:24
**emerged** [1] - 91:11
**emerging** [1] - 32:24
**emphasize** [1] - 50:15
**employed** [1] - 21:11
**encounter** [1] - 22:1
**encourage** [1] - 107:23
**end** [7] - 11:23, 14:13, 22:3, 29:18, 52:3, 53:2, 75:16
**ended** [1] - 23:18
**enforcement** [15] - 8:12, 23:11, 31:9, 32:11, 54:25, 55:10, 58:20, 58:25, 87:22, 88:6, 89:13, 89:16, 93:14, 93:19, 94:25
**Enforcement** [1] - 21:11
**engaged** [1] - 106:12
**enhance** [2] - 26:23, 43:24
**enhancement** [1] - 94:22
**enhancing** [1] - 28:18
**enlighten** [1] - 104:12
**ensure** [1] - 53:24
**ensuring** [1] - 88:9
**entail** [1] - 21:19
**entailed** [1] - 22:11
**entered** [5] - 4:24, 56:18, 61:10, 66:16, 71:17
**entirely** [1] - 104:7
**entirety** [1] - 69:12
**entities** [2] - 30:2, 70:18
**entity** [2] - 40:24
**environment** [1] - 14:20
**error** [6] - 89:20, 89:22, 90:8, 96:4, 96:11, 96:23
**ESQ** [5] - 1:14, 1:17, 1:20, 1:23, 1:23
**essentially** [1] - 99:12
**establish** [1] - 42:4
**Ethereum** [1] - 30:22
**Ethereum-centered** [1] - 30:22

**evade** [1] - 87:17, 94:25
**evening** [4] - 97:7, 97:15, 97:23, 103:24
**eventually** [3] - 10:20, 13:17, 15:1
**evidence** [19] - 16:8, 18:5, 18:8, 23:25, 27:12, 27:13, 35:6, 59:5, 60:7, 60:8, 61:10, 65:25, 66:16, 71:1, 71:17, 98:25, 99:1, 105:3, 107:17
**evidentiary** [1] - 27:25
**Evolution** [4] - 78:14, 78:19, 78:24, 79:3
**evolution** [1] - 78:16
**exact** [1] - 37:25
**exactly** [4] - 7:18, 54:4, 104:8, 105:17
**Examination** [4] - 3:5, 3:7, 3:8, 3:8
**EXAMINATION** [5] - 5:5, 16:14, 20:22, 88:21, 93:3
**examining** [1] - 92:9
**example** [19] - 5:8, 38:7, 38:20, 39:16, 44:15, 46:5, 46:21, 46:24, 49:3, 51:5, 51:6, 51:14, 52:7, 64:13, 83:23, 83:25, 84:2, 84:5, 101:25
**examples** [3] - 28:13, 33:4, 44:1
**except** [1] - 100:22
**exchange** [5] - 40:25, 41:5, 41:7, 41:25, 75:2
**exchanges** [10] - 23:9, 23:10, 26:6, 31:11, 32:12, 55:4, 57:12, 59:2, 89:14, 93:16
**excuse** [1] - 49:21
**excused** [4] - 20:8, 20:9, 97:4, 97:5
**exhibit** [4] - 60:1, 66:19, 71:15, 71:17
**Exhibit** [23] - 3:12, 35:5, 35:13, 35:17, 59:4, 59:12, 60:6, 60:20, 61:3, 61:4, 61:7, 61:9, 65:24, 66:9, 66:13, 66:15, 67:12, 71:1, 71:10, 71:15, 71:16, 94:4
**exhibited** [1] - 68:9

**exhibiting** [1] - 65:20
**exhibits** [1] - 43:16
**Exhibits** [1] - 61:13
**exist** [1] - 40:15
**existed** [1] - 106:15
**existing** [1] - 65:12
**exited** [2] - 56:1, 97:25
**expand** [2] - 63:25, 105:7
**expect** [2] - 86:23, 97:11
**expected** [2] - 25:2, 99:9
**expedite** [1] - 105:16
**experience** [4] - 31:19, 88:12, 89:13, 89:17
**expert** [7] - 31:21, 34:1, 34:6, 34:10, 101:15, 102:14, 104:17
**experts** [1] - 32:22
**explain** [33] - 18:20, 21:3, 21:13, 27:1, 30:6, 34:21, 35:23, 39:25, 40:21, 45:12, 47:23, 49:19, 50:19, 61:12, 61:22, 64:4, 64:12, 66:2, 68:10, 69:20, 71:19, 73:9, 73:18, 75:2, 76:24, 77:2, 78:14, 81:24, 82:18, 83:20, 85:15, 93:12, 94:11
**explained** [1] - 27:2
**explaining** [2] - 7:20, 12:1
**exploitation** [1] - 21:16
**explorers** [5] - 23:19, 25:16, 25:17, 27:3, 41:8
**export** [2] - 60:1, 60:20
**exposure** [1] - 71:22
**extensive** [1] - 55:12
**extent** [5] - 100:22, 102:15, 104:11, 107:3, 107:4

## F

**face** [1] - 17:9
**fact** [1] - 62:8
**factor** [1] - 47:24
**fairly** [5] - 66:5, 71:7, 103:14, 104:23, 106:16

**fake** [1] - 12:25
**fall** [1] - 47:5
**familiar** [13] - 6:12, 6:14, 8:5, 8:9, 11:22, 25:18, 57:24, 72:1, 75:24, 79:8, 80:4, 81:3, 96:3
**familiarity** [1] - 26:19
**far** [3] - 86:24, 103:5, 104:14
**faster** [1] - 99:8
**favor** [1] - 107:25
**FBI** [1] - 22:25
**feature** [2] - 10:7, 50:15
**features** [8] - 48:20, 48:25, 49:1, 49:16, 49:17, 51:11, 68:22, 69:3
**February** [2] - 1:7, 109:10
**federal** [3] - 17:16, 17:21, 22:23
**fee** [7] - 10:11, 10:16, 10:17, 11:7, 14:5, 36:17, 49:6
**fees** [3] - 9:11, 49:8
**few** [2] - 13:5, 34:20
**fiat** [1] - 23:22
**field** [4] - 33:10, 91:3, 91:8, 91:11
**figure** [7] - 22:8, 22:14, 22:25, 85:22, 86:15, 98:20, 106:5
**figures** [2] - 75:16, 85:15
**file** [1] - 103:23
**filed** [3] - 103:5, 106:16, 108:12
**files** [1] - 16:7
**filing** [1] - 98:23
**filter** [1] - 85:10
**financial** [11] - 21:7, 21:17, 23:4, 23:5, 23:6, 31:10, 58:20, 59:2, 88:6, 89:14, 103:15
**financing** [1] - 33:7
**fine** [5] - 8:1, 55:18, 55:19, 105:22, 108:9
**fingerprint** [2] - 43:15, 48:16
**fingerprints** [3] - 48:12, 48:18, 48:21
**finish** [2] - 97:12, 99:14
**finishing** [2] - 4:14, 99:6
**first** [18] - 5:18, 6:15, 9:1, 16:25, 21:23,

22:1, 22:6, 22:13, 23:16, 25:16, 40:7, 42:14, 46:20, 50:25, 51:19, 71:20, 71:21, 101:8
**fit** [1] - 54:4
**five** [5] - 17:24, 38:22, 38:25, 39:13, 55:21
**flag** [1] - 5:23
**flagged** [1] - 5:22
**flat** [1] - 10:16
**flexibility** [1] - 101:7
**Floor** [1] - 1:25
**flow** [26] - 21:20, 22:24, 28:24, 30:10, 34:23, 58:16, 69:17, 69:20, 69:22, 69:25, 70:2, 70:6, 70:7, 70:17, 73:6, 76:8, 77:9, 79:17, 80:15, 81:23, 82:1, 83:1, 83:20, 84:1, 86:23, 89:8
**flow-of-funds** [7] - 21:20, 34:23, 69:17, 69:20, 69:25, 70:7, 89:8
**flows** [4] - 75:14, 83:17, 84:16, 84:19
**fly** [1] - 19:15
**focus** [2] - 21:23, 32:21
**focuses** [2] - 30:23, 31:18
**Fog** [116] - 6:12, 6:14, 7:9, 7:16, 7:24, 8:14, 8:17, 9:14, 9:18, 9:24, 10:8, 57:2, 57:5, 57:14, 57:19, 57:20, 57:23, 58:18, 59:16, 59:25, 60:4, 60:12, 61:14, 61:23, 61:25, 62:5, 62:7, 62:15, 62:18, 62:23, 63:2, 63:6, 63:10, 63:13, 63:14, 63:19, 64:1, 64:5, 64:6, 64:22, 66:4, 67:6, 67:9, 67:21, 67:25, 68:5, 68:6, 68:9, 68:11, 68:12, 68:14, 68:22, 69:5, 69:7, 69:18, 69:23, 70:3, 70:5, 70:18, 71:23, 71:24, 73:4, 73:7, 73:11, 73:12, 73:15, 73:16, 73:24, 74:2, 74:5, 74:22, 74:23, 75:5, 75:11, 76:5, 76:9,

76:11, 76:17, 77:10, 77:12, 77:16, 78:5, 78:10, 78:21, 78:23, 79:4, 79:18, 79:21, 80:16, 80:18, 80:22, 81:11, 81:16, 82:2, 82:11, 82:15, 83:18, 83:23, 84:1, 84:4, 84:5, 84:8, 84:11, 84:17, 85:18, 86:12, 86:25, 89:6, 92:12, 92:15, 94:8, 94:12, 94:23, 95:5, 95:17, 95:20
**Fog's** [8] - 65:22, 66:6, 68:4, 69:12, 94:7, 95:7, 95:13, 95:14
**follow** [2] - 23:20, 26:7
**following** [6] - 4:25, 28:10, 56:2, 56:16, 56:19, 98:1
**FOR** [4] - 1:1, 1:14, 1:14, 1:23
**foregoing** [1] - 109:4
**foreign** [1] - 21:18
**forensic** [1] - 21:5
**forfeit** [1] - 20:3
**forfeiture** [2] - 19:24, 20:2
**forks** [1] - 28:17
**format** [3] - 30:9, 36:5, 73:21
**former** [4] - 32:10, 32:11, 96:25
**forms** [1] - 45:19
**forums** [3] - 6:18, 8:4, 12:9
**forward** [2] - 4:16, 102:11
**foundation** [3] - 23:13, 30:17, 64:3
**four** [3] - 22:11, 38:22, 44:20
**fourth** [1] - 23:3
**framed** [1] - 93:25
**frankly** [1] - 107:7
**fraud** [1] - 33:8
**frequently** [2] - 13:5, 58:19
**friendly** [1] - 8:25, 36:4
**friends** [1] - 57:17
**front** [6] - 11:23, 35:9, 42:11, 44:13, 46:2, 61:22
**full** [1] - 109:5
**fully** [1] - 99:6
**fund** [4] - 75:14,

81:23, 83:17, 86:23
**fundamentals** [2] - 30:16, 97:1
**funded** [1] - 53:12
**funds** [93] - 21:20, 22:24, 23:14, 23:20, 26:5, 26:7, 28:10, 28:24, 29:5, 30:10, 34:23, 36:20, 37:1, 37:6, 37:7, 37:8, 37:11, 37:19, 40:12, 42:19, 44:16, 44:19, 45:4, 46:22, 47:8, 47:16, 51:17, 52:8, 52:13, 52:15, 58:16, 58:25, 62:4, 62:6, 62:8, 62:17, 62:24, 62:25, 63:2, 63:6, 63:9, 63:12, 63:15, 63:22, 64:7, 64:8, 64:16, 64:17, 64:21, 65:14, 65:16, 65:19, 68:16, 69:17, 69:20, 69:22, 69:23, 69:25, 70:2, 70:6, 70:7, 70:18, 71:23, 71:24, 72:10, 72:11, 73:7, 73:11, 73:16, 74:2, 76:8, 77:9, 79:17, 80:15, 82:19, 83:1, 83:8, 83:11, 83:13, 83:14, 83:16, 83:21, 83:23, 84:2, 84:4, 84:7, 84:9, 86:4, 86:6, 86:18, 87:6, 89:8

## G

**gamut** [1] - 33:8
**gathered** [1] - 23:25
**gathering** [1] - 27:21
**general** [2] - 32:9, 50:22
**generally** [7] - 22:7, 48:23, 71:4, 73:4, 82:18, 83:6, 96:19
**generate** [1] - 46:25
**generated** [5] - 46:14, 47:1, 47:3, 94:14, 94:22
**generates** [2] - 47:7, 47:14, 48:21
**geographical** [1] - 91:15
**George** [1] - 22:20
**goal** [2] - 53:19, 53:21
**goods** [11] - 72:6, 76:3, 77:1, 77:2, 78:1, 78:18, 79:13, 80:11,

81:7, 83:10, 83:15
**Government** [32] - 4:13, 17:4, 18:5, 19:6, 19:17, 20:10, 20:12, 21:2, 31:18, 33:25, 34:9, 35:12, 57:3, 61:3, 66:9, 71:10, 97:6, 98:18, 98:23, 98:25, 99:13, 102:24, 103:3, 103:11, 104:1, 104:14, 105:17, 105:18, 105:21, 106:2, 107:24, 108:10
**government** [12] - 25:4, 30:1, 31:9, 31:17, 31:18, 31:20, 32:5, 32:10, 55:10, 88:14, 93:17, 93:23
**GOVERNMENT** [2] - 5:4, 20:19
**Government's** [6] - 61:9, 66:15, 71:16, 94:3, 100:25, 103:7
**government-controlled** [1] - 25:4
**governmental** [1] - 91:4
**Grams** [4] - 5:9, 5:13, 9:15, 18:22
**graphic** [2] - 13:17, 65:21
**gray** [1] - 16:2
**great** [1] - 89:1
**grew** [2] - 24:20, 94:17
**ground** [1] - 41:13
**Group** [1] - 25:20
**group** [4] - 40:11, 45:7, 48:8, 50:5
**grouped** [6] - 40:2, 45:10, 47:18, 49:11, 63:25, 82:1
**grouping** [6] - 40:1, 40:18, 43:10, 51:2, 84:25, 87:14
**groupings** [1] - 52:22
**groups** [1] - 73:22
**grow** [1] - 54:20
**grows** [1] - 54:14
**growth** [1] - 31:13
**guess** [5] - 99:12, 102:22, 103:25, 105:15, 107:9
**guessing** [1] - 99:5
**guilty** [2] - 17:6, 17:20

# H

**half** [6] - 29:17, 44:20, 46:7, 46:14, 76:15, 97:16
**hand** [6] - 20:18, 22:5, 67:23, 70:8, 70:11, 70:21
**hand-tally** [1] - 70:21
**handle** [3] - 13:19, 72:10, 87:10
**happy** [1] - 106:1
**hard** [2] - 9:2, 99:1
**hardware** [1] - 12:17
**HARMON** [2] - 3:4, 5:4
**Harmon** [2] - 4:22, 5:7
**hash** [2] - 36:13, 38:20
**HASSARD** [1] - 1:23
**head** [1] - 104:19
**hear** [11] - 20:14, 56:8, 88:23, 88:25, 92:18, 93:2, 103:6, 103:7, 103:8, 103:11, 107:15
**heard** [3] - 16:21, 34:20, 108:6
**hearing** [3] - 4:4, 4:7, 104:10
**hearsay** [4] - 7:14, 61:6, 66:12, 71:13
**held** [1] - 31:23
**Helix** [17] - 5:11, 5:14, 9:15, 9:22, 9:23, 10:10, 10:20, 11:2, 11:12, 12:17, 14:14, 15:24, 18:12, 18:19, 18:25, 19:9
**help** [16] - 13:16, 23:12, 24:22, 25:3, 35:2, 44:14, 47:14, 47:15, 65:11, 68:5, 68:24, 69:10, 70:15, 87:5, 104:6, 105:16
**helped** [4] - 25:9, 26:18, 29:10, 68:6
**helpful** [1] - 103:6
**helps** [7] - 47:17, 51:21, 53:12, 58:15, 65:13, 65:17, 70:17
**hereby** [1] - 109:3
**heuristic** [2] - 68:11, 90:8
**heuristics** [2] - 54:2, 96:4
**hire** [2] - 32:13, 34:9
**hired** [4] - 13:17,

13:18, 32:20, 89:8
**hit** [1] - 9:3
**holding** [1] - 104:1
**holistic** [1] - 52:15
**honestly** [1] - 105:8
**Honor** [26] - 7:14, 7:16, 10:12, 10:23, 11:25, 16:10, 16:12, 20:7, 55:15, 56:7, 56:11, 56:24, 65:1, 88:18, 89:2, 92:22, 97:3, 97:9, 101:2, 102:12, 103:23, 104:20, 108:5, 108:13, 108:17, 108:20
**HONORABLE** [1] - 1:11
**hop** [3] - 47:7, 85:12, 85:21
**hopping** [1] - 28:25
**hops** [2] - 47:9, 47:11
**host** [1] - 31:2
**hosting** [1] - 65:18
**hours** [4] - 9:8, 34:15, 101:2, 101:5
**house** [1] - 12:23
**human** [1] - 21:4
**hundreds** [3] - 33:3, 71:6, 74:6
**hurdles** [2] - 106:15, 107:5
**hypothetical** [3] - 96:4, 96:10, 96:23
**hypotheticals** [1] - 96:16

# I

**ID** [2] - 37:21, 38:2
**idea** [1] - 52:16
**identical** [1] - 60:23
**identification** [2] - 43:22, 65:21
**identified** [28] - 22:23, 23:21, 27:17, 43:8, 43:10, 43:11, 45:10, 46:12, 46:13, 48:18, 58:3, 58:7, 58:10, 59:15, 59:17, 61:17, 63:5, 63:20, 67:5, 67:15, 67:23, 68:14, 68:19, 86:5, 90:14, 90:22, 94:19
**identifies** [1] - 90:15
**identify** [51] - 12:7, 23:24, 29:12, 29:13, 40:14, 40:16, 41:3,

41:6, 41:14, 41:16, 41:21, 41:23, 42:2, 42:8, 42:17, 42:25, 43:14, 44:10, 44:11, 45:1, 45:7, 46:16, 47:14, 47:15, 47:17, 49:24, 50:12, 52:21, 52:24, 53:11, 53:18, 53:21, 54:18, 58:16, 58:24, 62:14, 64:10, 65:13, 65:17, 68:1, 69:13, 69:22, 72:22, 72:24, 72:25, 73:14, 76:5, 78:5, 86:18, 89:5, 90:13
**identifying** [9] - 27:10, 27:24, 29:10, 53:13, 53:20, 57:9, 58:17, 69:4, 69:16
**identity** [1] - 13:18
**illicit** [16] - 29:12, 40:16, 40:17, 53:18, 58:17, 58:24, 72:6, 76:3, 77:1, 77:2, 78:1, 78:17, 79:13, 80:11, 81:7, 83:10
**immediately** [1] - 5:16
**impact** [1] - 60:25
**implementation** [1] - 25:12
**implemented** [1] - 16:3
**important** [8] - 40:15, 55:8, 58:23, 58:24, 58:25, 87:19, 103:18, 103:21
**impossible** [1] - 104:17
**improve** [1] - 9:24
**inadvertently** [2] - 59:25, 60:20
**include** [6] - 27:9, 35:20, 53:7, 60:19, 82:4, 82:7
**included** [4] - 25:19, 54:7, 54:10, 84:14
**includes** [1] - 53:14
**including** [2] - 6:18, 69:7
**increase** [1] - 95:15
**increased** [2] - 29:2, 29:5
**independent** [1] - 90:25
**index** [1] - 59:23
**INDEX** [1] - 3:1
**indicate** [1] - 37:11
**indicated** [6] - 44:4, 48:12, 54:2, 64:14,

94:16, 98:13
**indicates** [2] - 36:3, 36:4
**indicating** [1] - 44:22
**indication** [1] - 87:16
**indicative** [2] - 38:24, 53:13
**indicator** [1] - 52:10
**indict** [1] - 24:2
**indicted** [1] - 17:12
**indirect** [19] - 70:6, 75:14, 83:17, 83:20, 83:21, 84:1, 84:10, 84:14, 84:16, 84:19, 85:8, 85:11, 85:20, 86:4, 86:5, 86:6, 86:14, 86:19, 86:20
**indirectly** [1] - 84:6
**individual** [8] - 23:22, 23:24, 24:3, 27:7, 27:10, 27:25, 74:18, 85:1
**individually** [1] - 74:13
**individuals** [4] - 21:21, 27:5, 28:23, 32:12
**indulgence** [1] - 16:9
**industry** [2] - 55:10, 96:11
**inform** [12] - 47:12, 48:7, 49:4, 49:6, 50:11, 51:22, 53:12, 53:15, 53:22, 55:6, 63:18, 105:6
**informally** [1] - 105:21
**information** [25] - 8:4, 23:11, 26:23, 27:9, 27:10, 27:20, 36:2, 36:23, 42:23, 44:2, 50:9, 50:16, 50:20, 71:8, 73:6, 74:16, 87:23, 88:3, 88:7, 88:11, 89:16, 93:20, 93:22, 93:25, 100:4
**informs** [1] - 55:4
**input** [10] - 36:18, 37:5, 39:17, 45:2, 45:8, 52:7, 62:16, 62:24, 63:6
**inputs** [1] - 69:7, 69:11, 74:15
**insight** [3] - 43:20, 43:22, 43:23
**insights** [1] - 91:25
**instance** [3] - 41:25, 49:6, 63:17
**instead** [2] - 10:1,

90:17
**institution** [1] - 31:11
**institutions** [6] - 23:7, 57:12, 58:20, 59:2, 88:6, 89:15
**insurmountable** [1] - 107:18
**intelligence** [2] - 21:14, 29:25
**Intelligence** [1] - 25:20
**intends** [2] - 104:8, 104:13
**interact** [1] - 43:9
**interacted** [3] - 26:10, 52:6, 52:21
**interacting** [6] - 44:6, 45:9, 48:14, 50:11, 52:9, 65:15
**interaction** [1] - 13:21
**interactions** [1] - 63:23
**interacts** [2] - 49:23, 53:11
**interface** [3] - 8:23, 36:1, 48:15
**intermediary** [6] - 75:11, 83:22, 83:23, 84:22, 85:12, 85:21
**internalized** [1] - 102:7
**internally** [1] - 89:19
**internet** [2] - 6:22, 6:23
**interview** [1] - 57:16
**interviews** [3] - 103:14, 103:16, 105:6
**introduction** [1] - 30:17
**intrusion** [1] - 33:6
**intuitive** [1] - 9:13
**investigation** [12] - 21:17, 22:3, 22:5, 22:9, 22:16, 23:12, 23:21, 32:1, 32:2, 32:3, 32:16, 32:17
**investigations** [23] - 21:8, 23:5, 23:15, 24:9, 24:15, 25:11, 26:13, 28:6, 30:22, 32:20, 33:2, 33:15, 58:5, 58:6, 58:7, 58:14, 58:25, 87:5, 88:11, 88:14, 88:15, 88:17
**investigative** [5] - 21:6, 24:1, 30:7, 32:5, 32:8

**investigator** [1] - 41:2

**investigator's** [1] - 30:25

**investigators** [1] - 32:4

**involve** [4] - 22:7, 32:7, 57:9, 57:11

**involved** [2] - 28:9, 95:16

**involving** [2] - 24:5, 84:21

**IP** [2] - 12:7, 12:10

**IRS** [1] - 22:25

**isolated** [1] - 90:17

**issue** [10] - 4:18, 98:21, 103:6, 103:9, 103:13, 103:18, 104:2, 104:14, 104:16, 107:12

**issues** [3] - 31:5, 102:2, 105:7

**it'll** [3] - 37:17, 38:12, 51:19

**items** [1] - 80:10

**itself** [2] - 41:24, 42:5

## J

**jail** [1] - 106:11

**Jail** [1] - 106:24

**jails** [1] - 106:23

**January** [1] - 29:22

**JavaScript** [6] - 11:22, 11:23, 12:5, 12:9, 12:12, 12:15

**JavaScript's** [1] - 12:13

**JEFFREY** [1] - 1:20

**joined** [1] - 21:23

**journal** [2] - 90:5, 90:14

**JUDGE** [1] - 1:11

**jurisdiction** [1] - 91:18

**jurisdictionally** [1] - 91:17

**Juror** [1] - 98:7

**juror** [9] - 4:18, 98:4, 98:11, 99:17, 100:16, 100:18, 100:19

**jurors** [6] - 97:13, 98:3, 98:9, 101:23, 102:2, 102:10

**jurors'** [1] - 102:1

**JURY** [1] - 1:10

**jury** [20] - 4:2, 4:20, 4:24, 18:8, 18:20,

29:23, 35:2, 46:18, 56:1, 56:18, 65:2, 66:20, 66:22, 73:17, 85:16, 91:23, 92:3, 97:25, 101:24, 108:1

**JUSTICE** [2] - 1:18, 1:20

## K

**keep** [8] - 10:5, 18:25, 19:2, 33:9, 55:15, 59:2, 102:5, 102:6

**kept** [1] - 19:4

**key** [2] - 37:17, 37:20

**keys** [2] - 18:15, 18:16

**kind** [16] - 6:2, 8:24, 9:12, 10:4, 12:17, 14:24, 15:13, 19:2, 22:11, 23:13, 24:6, 24:20, 53:9, 86:22, 91:4, 91:8

**knowledge** [5] - 23:7, 26:12, 89:12, 91:2, 91:9

**known** [9] - 6:16, 21:15, 40:24, 41:19, 42:6, 42:16, 44:16, 45:15, 73:23

## L

**language** [3] - 11:14, 11:24, 12:6

**lapel** [1] - 4:5

**larger** [1] - 54:15

**LARRY** [2] - 3:4, 5:4

**last** [3] - 51:20, 91:11, 107:15

**latter** [1] - 96:22

**launder** [4] - 17:7, 17:19, 18:2, 19:12

**laundered** [1] - 19:9

**laundering** [2] - 21:22, 55:5

**LAW** [1] - 1:24

**law** [15] - 8:12, 23:10, 31:9, 32:10, 54:25, 55:10, 58:20, 58:25, 87:21, 88:5, 89:13, 89:16, 93:14, 93:19, 94:25

**laws** [1] - 16:2

**lead** [1] - 101:24

**leading** [6] - 6:4, 7:1, 10:24, 15:16, 82:23, 82:25

**leaked** [1] - 12:11

**learn** [2] - 23:14, 26:7

**learned** [3] - 6:19, 26:14, 105:5

**learning** [1] - 26:3, 31:2

**least** [4] - 101:14, 103:9, 103:12, 104:2

**leave** [3] - 99:22, 106:24, 107:1

**leaving** [2] - 100:1, 100:9

**lectures** [2] - 22:20, 22:21

**led** [1] - 22:17

**ledger** [1] - 19:2

**left** [3] - 9:9, 36:9, 67:23

**left-hand** [1] - 67:23

**legal** [8] - 27:24, 53:15, 53:16, 88:8, 91:18, 93:14, 93:15

**less** [3] - 34:17, 102:1

**level** [17] - 28:19, 30:17, 50:23, 50:24, 51:3, 51:4, 51:24, 51:25, 52:5, 52:14, 52:18, 52:19, 52:23, 63:23

**leverage** [1] - 29:2

**leveraged** [3] - 26:17, 29:14, 87:13

**leveraging** [4] - 53:4, 68:14, 73:10, 94:21

**life** [2] - 16:16, 16:23

**Light** [2] - 11:2, 14:14

**light** [2] - 29:5, 36:17

**likely** [2] - 70:14, 102:1

**line** [3] - 73:19, 73:24, 95:25

**Linux** [1] - 13:1

**LISA** [2] - 2:1, 109:3

**Lisa** [1] - 109:12

**list** [11] - 59:15, 59:22, 60:1, 60:11, 60:17, 60:19, 60:22, 60:23, 67:20, 67:22, 74:5

**listed** [1] - 25:22

**listener** [1] - 8:1

**lists** [1] - 73:21

**local** [1] - 14:24

**located** [2] - 6:21, 7:7

**log** [4] - 9:6, 9:8, 9:25, 11:3

**logging** [1] - 10:5

**logistically** [1] - 99:3

**logistics** [1] - 98:24

**logs** [1] - 57:14

**long-running** [1] - 94:24

**longest** [1] - 8:15

**look** [23] - 13:7, 48:2, 48:3, 49:13, 50:6, 50:25, 51:15, 52:14, 53:6, 57:19, 67:18, 69:6, 75:14, 76:8, 77:9, 79:17, 80:5, 83:17, 84:16, 85:11, 92:5, 95:4, 106:18

**looked** [2] - 14:8, 49:9

**looking** [12] - 6:15, 27:22, 44:24, 48:6, 48:9, 49:7, 50:6, 52:5, 63:22, 86:18, 98:25

**looks** [1] - 90:14

**lose** [1] - 26:9

**lower** [1] - 36:9

**lunchtime** [3] - 97:18, 100:2, 100:9

## M

**major** [2] - 86:24, 105:9

**manual** [1] - 23:19

**manually** [3] - 40:7, 40:8, 40:19

**market** [35] - 22:10, 40:25, 41:22, 42:1, 42:2, 53:17, 57:6, 69:24, 70:4, 72:2, 72:5, 73:16, 75:22, 75:24, 76:2, 76:6, 76:25, 77:25, 78:14, 78:16, 79:8, 79:12, 80:7, 80:9, 82:18, 82:19, 83:1, 83:2, 83:6, 83:7, 83:8, 83:12, 83:13, 83:24

**Market** [10] - 78:15, 78:24, 79:9, 79:21, 81:1, 81:3, 81:5, 81:9, 81:12, 84:1

**Market's** [1] - 81:6

**marketplace** [6] - 71:22, 81:6, 84:3, 84:9, 85:18, 86:12

**marketplaces** [1] - 82:1

**markets** [33] - 6:7, 6:10, 6:11, 6:19, 6:21, 8:7, 24:2, 33:7, 57:21,

57:22, 57:23, 58:19, 69:14, 69:16, 69:18, 70:19, 71:24, 71:25, 72:16, 77:3, 77:7, 78:3, 78:21, 80:13, 81:21, 82:2, 82:5, 82:11, 82:16, 83:18, 84:12, 84:17, 86:24

**Mason** [1] - 22:20

**master's** [2] - 21:5

**match** [1] - 37:2

**material** [1] - 101:5

**matter** [3] - 7:18, 7:22, 32:22

**maximum** [2] - 17:9, 17:22

**mean** [10] - 19:1, 40:21, 54:9, 54:15, 99:21, 100:8, 102:25, 104:5, 104:8, 107:3

**means** [4] - 25:1, 40:23, 71:22, 107:8

**mechanism** [1] - 22:15

**mechanisms** [3] - 23:1, 23:8, 29:14

**media** [1] - 21:16

**medical** [1] - 100:7

**members** [1] - 32:9

**mention** [1] - 106:20

**mentioned** [1] - 18:18

**met** [3] - 16:16, 16:23, 16:24

**method** [1] - 53:23

**methodologies** [1] - 90:3

**methodology** [3] - 50:4, 90:24, 96:15

**methods** [3] - 41:11, 77:6, 96:13

**mic** [3] - 4:5, 88:20, 92:23

**MICHAEL** [1] - 1:23

**micro** [5] - 41:15, 41:18, 42:15, 44:2, 61:15

**Microsoft** [1] - 12:22

**middle** [1] - 67:7

**might** [5] - 36:24, 41:17, 97:19, 100:2, 105:16

**million** [21] - 19:18, 19:19, 19:20, 20:3, 75:9, 76:15, 76:20, 77:15, 77:20, 79:2, 79:7, 80:3, 80:25, 81:19, 82:14, 84:11, 84:12, 85:25, 86:8, 86:15, 86:21

**min** [1] - 18:22
**mind** [1] - 101:21
**minute** [1] - 59:6
**minutes** [1] - 55:21
**misrepresent** [1] - 15:12
**mix** [3] - 5:18, 5:19, 8:11
**mixer** [14] - 5:18, 6:16, 9:23, 15:9, 15:12, 15:13, 15:19, 15:20, 40:25, 53:17, 63:10, 63:12, 63:16, 86:25
**mixers** [3] - 29:3, 29:10, 33:7
**mixing** [1] - 5:23
**modify** [1] - 10:20
**moment** [2] - 45:12, 106:25
**Monday** [8] - 4:19, 98:4, 99:4, 99:16, 99:18, 99:19, 99:21, 100:8
**money** [40] - 5:9, 5:10, 5:12, 5:13, 9:14, 10:18, 11:4, 14:14, 14:15, 14:16, 17:7, 17:16, 17:19, 17:20, 18:2, 18:12, 19:5, 19:9, 19:13, 19:15, 21:22, 26:7, 26:8, 55:5, 74:22, 75:5, 76:11, 77:12, 77:16, 78:5, 78:23, 79:20, 79:25, 80:18, 81:11, 81:16, 82:10, 82:15, 83:7, 105:1
**money-launder** [3] - 17:7, 17:19, 18:2
**months** [2] - 13:5, 106:14
**morning** [2] - 97:18, 100:11
**MOSS** [1] - 1:11
**most** [15] - 5:11, 5:21, 6:17, 7:12, 8:15, 13:23, 14:15, 45:14, 49:12, 53:22, 64:3, 65:18, 103:17, 103:20, 104:2
**mostly** [1] - 6:6
**mouth** [1] - 24:7
**move** [4] - 29:21, 85:5, 102:8, 102:11
**moved** [3] - 63:10, 74:22, 81:11
**movement** [1] - 84:5
**moves** [5] - 33:25, 35:12, 61:3, 66:9,
71:10
**moving** [1] - 84:2
**MR** [73] - 4:12, 5:6, 6:4, 6:9, 6:24, 7:1, 7:5, 7:14, 7:15, 7:24, 8:2, 8:16, 10:12, 10:14, 10:19, 10:23, 11:11, 11:17, 11:20, 11:25, 12:16, 12:20, 13:3, 13:11, 13:15, 14:21, 15:11, 15:14, 15:16, 15:18, 16:9, 16:12, 16:15, 20:5, 20:7, 33:25, 34:4, 35:15, 56:8, 56:11, 61:6, 65:1, 66:12, 71:13, 82:20, 82:23, 88:22, 89:2, 89:4, 92:20, 98:15, 98:17, 99:11, 99:19, 99:22, 99:25, 100:10, 100:14, 100:20, 101:11, 101:16, 101:18, 104:4, 104:19, 105:4, 105:8, 106:1, 106:17, 106:23, 107:15, 107:21, 108:3, 108:17
**MS** [73] - 4:3, 4:9, 20:12, 20:23, 34:8, 35:5, 35:7, 35:12, 35:19, 55:15, 55:19, 56:7, 56:24, 57:1, 59:4, 59:7, 59:10, 59:11, 59:19, 59:21, 60:6, 60:10, 60:14, 60:16, 61:3, 61:11, 61:18, 61:20, 62:10, 62:11, 65:6, 65:24, 66:1, 66:9, 66:17, 66:20, 66:21, 67:11, 67:13, 67:17, 67:19, 71:10, 71:18, 75:21, 75:23, 76:21, 76:23, 77:21, 77:23, 81:1, 81:2, 81:20, 81:22, 82:25, 83:5, 85:5, 85:6, 88:18, 92:22, 93:4, 94:3, 94:5, 97:3, 97:8, 97:11, 101:2, 102:12, 102:3, 103:20, 103:23, 108:5, 108:13, 108:20
**multiple** [4] - 64:14, 64:15, 72:14, 72:15
**multitude** [2] - 32:17, 48:6

# N

**name** [2] - 20:24, 89:25
**names** [4] - 12:25, 19:10, 25:22, 101:5
**nature** [1] - 21:10
**near** [1] - 14:13
**necessarily** [2] - 50:16, 90:2
**need** [17] - 11:3, 11:19, 36:22, 46:19, 58:12, 85:15, 92:24, 98:20, 100:21, 101:24, 105:15, 105:19, 105:22, 106:7, 107:5, 107:11
**needed** [1] - 108:14
**needs** [1] - 108:16
**never** [9] - 9:11, 13:18, 15:15, 16:16, 16:19, 16:23, 16:24, 90:25, 106:22
**New** [2] - 1:21, 1:25
**new** [15] - 46:14, 46:25, 47:1, 47:15, 91:11, 96:12, 96:20, 103:15, 105:3, 105:11, 105:23, 107:4, 107:14, 107:19
**newly** [3] - 47:3, 94:14, 94:22
**news** [1] - 33:13
**next** [11] - 20:10, 72:1, 75:21, 76:21, 77:21, 78:14, 79:8, 80:4, 81:21, 85:5, 99:6
**nexus** [1] - 27:6
**nice** [1] - 97:23
**Ninja** [1] - 15:21
**noise** [1] - 4:6
**non** [1] - 104:14
**non-issue** [1] - 104:14
**nonetheless** [1] - 95:19
**normally** [1] - 15:5
**Northwest** [5] - 1:15, 1:18, 1:21, 2:3, 109:14
**Nos** [1] - 61:9
**noted** [2] - 4:6, 10:7
**notes** [2] - 102:19, 109:5
**notice** [1] - 68:21
**noticed** [1] - 98:7
**noting** [1] - 67:14
**notion** [1] - 102:7

# N

**November** [2] - 31:24, 31:25
**nuance** [1] - 105:10
**Nucleus** [6] - 79:8, 79:11, 79:12, 79:14, 79:17, 79:21
**number** [6] - 9:17, 37:4, 37:5, 37:22, 51:9, 69:7
**numbers** [1] - 86:1

# O

**obfuscate** [2] - 63:14, 87:5
**obfuscation** [3] - 26:16, 29:1, 29:5
**objection** [21] - 6:4, 6:24, 6:25, 7:14, 10:12, 10:23, 11:17, 11:25, 12:20, 13:11, 14:21, 15:14, 34:3, 35:14, 35:15, 61:5, 66:11, 71:12, 71:14, 82:20, 82:22
**obscure** [1] - 28:24
**observe** [6] - 43:2, 45:24, 50:9, 54:15, 63:3, 88:4
**observed** [5] - 67:21, 87:4, 94:2, 94:17, 95:13
**observing** [5] - 43:12, 44:8, 44:14, 48:10, 95:7
**occasion** [2] - 26:22, 28:3
**occur** [4] - 44:7, 48:13, 48:20, 85:1
**occurred** [5] - 29:15, 36:21, 37:24, 70:3, 91:18
**occurring** [14] - 29:9, 29:13, 32:23, 37:2, 37:3, 40:17, 40:20, 44:17, 44:25, 45:1, 47:11, 49:24, 51:22, 88:5
**occurs** [4] - 44:23, 46:10, 48:3, 48:15
**October** [1] - 57:8
**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:20
**off-chain** [1] - 27:23
**offer** [2] - 30:11, 103:15
**offered** [3] - 7:15, 7:16, 7:23
**offering** [1] - 7:21

**offers** [1] - 30:3
**office** [1] - 103:24
**OFFICE** [1] - 1:14
**officers** [1] - 89:14
**offices** [1] - 21:18
**Official** [1] - 2:1
**official** [1] - 109:12
**offramps** [3] - 23:21, 27:4, 27:17
**often** [3] - 7:11, 8:13, 9:2
**old** [1] - 106:13
**on-chain** [1] - 27:22
**one** [60] - 4:18, 6:16, 6:17, 17:6, 17:13, 17:18, 17:21, 18:22, 19:8, 24:17, 28:25, 30:3, 30:16, 33:19, 33:20, 38:23, 39:13, 43:5, 43:7, 43:22, 44:9, 44:24, 45:6, 45:14, 46:7, 46:10, 46:14, 48:2, 49:3, 49:9, 50:6, 50:15, 52:2, 52:4, 52:10, 53:2, 53:4, 53:15, 59:24, 60:18, 64:22, 71:25, 72:13, 74:9, 84:19, 84:22, 85:11, 85:21, 89:25, 98:4, 100:18, 101:3, 101:22, 103:10, 107:22
**ones** [1] - 90:9
**open** [8] - 18:22, 22:13, 25:17, 92:1, 92:3, 92:4, 92:5, 92:7
**open-source** [2] - 22:13, 25:17
**operate** [1] - 26:5
**operated** [1] - 64:6
**operates** [2] - 43:23, 63:14
**operating** [1] - 64:15
**operation** [1] - 95:13
**operations** [1] - 24:22
**operator** [1] - 89:5
**opinion** [2] - 8:24, 108:11
**opportunity** [1] - 54:15
**orange** [3] - 36:7, 36:13, 36:14
**order** [16] - 5:2, 19:24, 23:12, 23:14, 37:9, 37:15, 38:10, 39:14, 40:10, 43:24, 47:16, 55:6, 55:11, 56:21, 62:6, 62:23

**originated** [1] - 87:6
**otherwise** [1] - 105:19
**outcome** [1] - 34:18
**outlets** [1] - 33:13
**output** [4] - 37:10, 47:1, 62:18, 63:7
**outputs** [4] - 36:19, 69:7, 69:11, 74:16
**outside** [3] - 82:23, 85:1, 93:23
**outstanding** [1] - 98:21
**overall** [5] - 50:13, 50:14, 64:18, 64:19, 65:19
**overcome** [1] - 107:6
**overruled** [9] - 6:5, 10:15, 10:25, 12:2, 12:21, 13:12, 14:22, 71:14, 83:3
**oversaw** [1] - 32:4
**overseeing** [1] - 88:15
**owe** [1] - 38:12
**own** [17] - 5:18, 25:7, 26:1, 26:5, 26:7, 26:8, 26:14, 31:21, 41:4, 41:5, 44:19, 50:16, 84:3, 84:8, 85:2, 89:13, 89:16

**P**

**p.m** [5] - 1:7, 4:25, 56:2, 56:19, 98:1
**PAGE** [1] - 3:3
**page** [4] - 71:20, 72:1, 81:21, 85:5
**paid** [6] - 5:14, 5:16, 10:11, 18:12, 34:17, 39:4
**Pandora** [9] - 80:5, 80:7, 80:9, 80:10, 80:11, 80:12, 80:15, 80:18, 80:22
**paper** [1] - 90:1
**papers** [11] - 90:8, 95:24, 96:3, 96:18, 96:19, 96:20, 103:5, 106:8, 106:16, 107:10, 108:6
**parameters** [2] - 51:1, 54:4
**part** [6] - 20:2, 51:21, 53:14, 54:6, 54:7, 107:15
**participated** [1] - 48:5

**particular** [8] - 11:14, 41:22, 48:4, 48:21, 50:9, 51:22, 52:16, 68:21
**parties** [2] - 103:8, 107:24
**pass** [1] - 16:10
**password** [1] - 37:18
**past** [2] - 34:20, 107:8
**pattern** [6] - 47:18, 48:3, 65:7, 69:11, 94:17, 95:11
**patterns** [7] - 43:2, 43:8, 47:25, 48:7, 49:4, 49:12, 49:14
**pausing** [1] - 45:12
**pay** [7] - 6:7, 12:25, 37:9, 38:11, 39:6, 39:19, 72:8
**pdfs** [1] - 70:23
**Pearlman** [1] - 5:3
**PEARLMAN** [20] - 1:20, 5:6, 6:9, 7:5, 7:15, 7:24, 8:2, 8:16, 10:14, 10:19, 11:11, 11:20, 12:16, 13:3, 13:15, 15:11, 15:18, 16:9, 20:7, 33:25
**peel** [14] - 44:12, 46:19, 47:5, 47:10, 47:21, 47:23, 49:15, 49:22, 54:4, 54:6, 68:15, 68:19, 69:2, 94:21
**peer** [3] - 14:24, 89:25
**peer-reviewed** [1] - 89:25
**peer-to-peer-type** [1] - 14:24
**PELKER** [74] - 1:17, 4:3, 4:9, 20:12, 20:23, 34:8, 35:5, 35:7, 35:12, 35:19, 55:15, 55:19, 56:7, 56:24, 57:1, 59:4, 59:7, 59:10, 59:11, 59:19, 59:21, 60:6, 60:10, 60:14, 60:16, 61:3, 61:11, 61:18, 61:20, 62:10, 62:11, 65:6, 65:24, 66:1, 66:9, 66:17, 66:20, 66:21, 67:11, 67:13, 67:17, 67:19, 71:10, 71:18, 75:21, 75:23, 76:21, 76:23, 77:21, 77:23, 81:1, 81:2, 81:20, 81:22, 82:25, 83:5,

85:5, 85:6, 88:18, 92:22, 93:4, 94:3, 94:5, 97:3, 97:8, 97:11, 101:2, 102:12, 103:2, 103:20, 103:23, 108:5, 108:13, 108:20
**Pelker** [5] - 3:7, 3:8, 56:22, 100:24, 103:17
**pencil** [1] - 36:9
**Pennsylvania** [1] - 1:18
**people** [13] - 8:7, 8:8, 8:13, 9:25, 10:17, 13:19, 14:9, 15:1, 72:8, 83:9, 87:7, 92:9, 93:9
**people's** [1] - 19:10
**percent** [4] - 10:16, 11:7, 32:21, 90:10
**performing** [1] - 55:5
**period** [2] - 68:2, 95:21
**person** [2] - 12:11, 107:7
**personal** [2] - 27:10, 84:8
**perspective** [2] - 34:21, 103:18
**persuaded** [1] - 107:5
**photos** [3] - 18:9, 18:18, 18:23
**PHP** [2] - 11:16, 11:21
**physical** [1] - 99:1
**picture** [2] - 18:21, 86:22
**PIN** [2] - 37:18
**placed** [1] - 74:17
**Plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:14
**platform** [2] - 47:17, 88:9
**platforms** [2] - 41:1, 93:16
**play** [1] - 53:9
**plays** [1] - 42:10
**plea** [5] - 17:3, 17:12, 18:1, 18:4, 19:20
**pled** [2] - 17:6, 17:20
**PLLC** [1] - 1:24
**plug** [1] - 59:8
**point** [11] - 8:17, 11:19, 15:24, 24:9, 24:14, 24:21, 92:16, 92:18, 104:18, 106:13, 108:8
**points** [3] - 40:16, 54:17, 54:19

**policies** [1] - 25:10
**popular** [2] - 14:7, 14:13
**position** [2] - 32:3, 103:12
**possible** [3] - 101:8, 104:13, 104:25
**posts** [3] - 7:12, 8:6
**practices** [2] - 25:10, 25:12
**predominantly** [2] - 64:11, 77:4
**preference** [1] - 101:12
**premise** [1] - 50:4
**prepare** [1] - 70:23
**prepared** [1] - 71:2
**preparing** [2] - 35:1, 35:10
**present** [2] - 49:1, 107:9
**presentation** [1] - 75:17
**pretty** [2] - 49:7, 52:10
**prevents** [1] - 92:9
**previous** [2] - 23:2, 86:2
**previously** [8] - 33:22, 38:6, 39:23, 76:5, 79:15, 82:5, 105:24, 107:18
**PREVIOUSLY** [1] - 5:4
**price** [2] - 19:21, 38:11
**primarily** [3] - 28:15, 31:15, 72:6
**primary** [1] - 64:2
**principal** [2] - 103:9, 103:13
**principles** [3] - 90:22, 90:23, 96:14
**printed** [1] - 51:10
**prison** [1] - 17:9
**private** [5] - 18:14, 19:15, 31:10, 37:17, 55:10
**privately** [2] - 98:10, 100:5
**problem** [1] - 59:7
**proceed** [2] - 16:12, 89:2
**proceedings** [7] - 4:25, 56:2, 56:16, 56:19, 98:1, 108:23, 109:6
**process** [7] - 27:24, 40:18, 53:15, 53:16, 88:8, 93:15

**processes** [1] - 73:3
**produced** [1] - 109:6
**profession** [1] - 45:13
**professor** [1] - 101:11
**Professor** [6] - 98:22, 103:13, 104:20, 105:12, 106:3, 106:9
**proffer** [2] - 105:19, 105:22
**program** [4] - 13:10, 24:13, 24:24, 58:6
**programming** [1] - 11:14
**proposing** [2] - 96:12, 96:20
**protect** [1] - 55:11
**protecting** [1] - 88:8
**protocol** [2] - 28:18, 28:20
**prove** [1] - 18:5
**provide** [8] - 21:17, 23:11, 29:8, 30:8, 30:9, 31:20, 57:4, 93:24
**provided** [4] - 21:12, 32:5, 62:6, 73:11
**provides** [5] - 30:1, 30:16, 40:19, 44:18, 54:1
**providing** [4] - 24:21, 48:16, 59:1, 70:17
**psychology** [2] - 21:5, 21:6
**public** [4] - 23:19, 31:18, 41:8, 108:18
**publicly** [1] - 92:4
**publish** [3] - 31:5, 35:12, 66:20
**published** [4] - 22:18, 35:17, 65:2, 90:5
**pull** [9] - 35:5, 37:25, 38:14, 59:4, 60:6, 61:18, 65:24, 67:11, 94:3
**pulled** [1] - 73:10
**purchase** [1] - 83:9
**purely** [1] - 89:8
**purposes** [3] - 54:25, 55:2, 107:9
**purse** [2] - 38:13, 39:8
**push** [1] - 100:2
**put** [9] - 6:7, 9:14, 9:18, 10:2, 37:18, 53:5, 64:18, 106:18,

108:18
**puts** [1] - 73:22

## Q

**qualifications** [1] - 106:4
**qualifications..** [1] - 102:17
**qualified** [2] - 34:6, 102:14
**qualify** [3] - 33:25, 101:15, 101:18
**query** [1] - 37:24
**questions** [8] - 7:2, 8:8, 20:5, 88:18, 92:20, 93:2, 97:3, 102:13
**quickly** [3] - 4:12, 19:22, 102:11
**quite** [2] - 13:5, 14:13
**quote** [1] - 24:25
**quote-unquote** [1] - 24:25

## R

**raise** [4] - 4:1, 20:17, 56:6, 56:10
**raised** [1] - 22:5
**ran** [2] - 16:8, 33:8
**RANDOLPH** [1] - 1:11
**randomization** [1] - 10:7
**randomized** [1] - 9:12
**range** [2] - 32:10, 33:6
**ranges** [1] - 31:9
**ransomware** [1] - 33:6
**Rappahannock** [1] - 106:10
**rate** [1] - 89:22
**rates** [6] - 75:2, 89:20, 90:8, 96:4, 96:11, 96:23
**rather** [5] - 32:13, 66:19, 70:21, 73:21, 103:1
**raw** [2] - 35:25, 38:19
**RDR** [3] - 2:1, 109:3, 109:12
**reached** [1] - 22:24
**Reactor** [21] - 25:24, 30:4, 30:6, 30:7, 30:19, 57:5, 58:4,

70:15, 73:10, 89:12, 89:23, 90:1, 90:2, 90:9, 90:21, 91:1, 92:7, 93:6, 93:8, 93:10, 95:19
**read** [4] - 7:11, 33:12, 85:15, 103:5
**reading** [1] - 103:12
**ready** [3] - 56:23, 98:21, 106:14
**real** [5] - 13:18, 14:20, 27:7, 27:14, 107:2
**real-world** [1] - 14:20
**realistically** [1] - 70:10
**realize** [1] - 102:3
**really** [6] - 102:4, 104:22, 105:2, 105:11, 106:12, 107:14
**realtime** [1] - 29:8
**reask** [1] - 7:3
**reason** [2] - 18:4, 65:5
**reasonably** [1] - 107:6
**reasons** [1] - 103:10
**rebuttal** [1] - 104:17
**receipt** [5] - 38:16, 39:10, 52:1, 52:2
**receive** [10] - 37:11, 44:19, 51:7, 51:8, 52:13, 62:24, 62:25, 64:7, 75:5, 93:16
**Received** [1] - 3:12
**received** [9] - 14:2, 22:4, 33:14, 39:10, 46:11, 52:15, 73:16, 77:16, 83:15
**receivers** [1] - 36:19
**receives** [1] - 38:23
**receiving** [8] - 36:20, 38:25, 71:24, 72:11, 84:7, 86:9, 86:11, 86:12
**recent** [1] - 103:16
**recently** [2] - 103:14, 105:6
**recess** [2] - 56:14, 56:15
**recognize** [1] - 59:12
**recognized** [1] - 91:7
**recollection** [1] - 102:18
**recommend** [1] - 8:14
**recommendations** [1] - 7:10
**reconcile** [2] - 53:6,

64:17
**reconsider** [2] - 102:25, 103:1
**record** [1] - 106:19
**records** [4] - 18:25, 26:23, 57:11, 71:8
**redactions** [1] - 108:13
**Reddit** [1] - 7:6
**Reddit.com** [1] - 6:23
**reddit.com** [1] - 7:8
**redirect** [2] - 20:6, 92:21
**REDIRECT** [1] - 93:3
**Redirect** [1] - 3:8
**refer** [1] - 40:23
**referenced** [1] - 50:15
**referred** [1] - 6:17
**referring** [2] - 6:10, 90:17
**regard** [1] - 107:11
**regarding** [5] - 31:3, 33:23, 39:23, 73:4, 101:4
**region** [1] - 91:15
**register** [3] - 52:4, 53:3, 64:16
**registers** [2] - 64:14, 64:21
**regular** [2] - 6:22, 6:23
**regulatory** [1] - 31:10
**relate** [2] - 50:1, 63:9
**related** [4] - 55:23, 84:16, 97:22
**relates** [3] - 45:17, 50:3, 100:22
**relation** [2] - 91:3, 91:14
**relatively** [1] - 91:10
**relevance** [6] - 10:12, 10:23, 11:17, 12:20, 13:11, 14:21
**relevant** [2] - 62:22, 65:3
**reliability** [4] - 28:4, 69:4, 88:13, 88:16
**reliable** [5] - 27:19, 53:23, 55:9, 55:13, 88:10
**relied** [3] - 87:21, 87:24, 90:20
**rely** [2] - 55:6, 55:11
**remind** [2] - 55:22, 97:20
**remote** [1] - 13:2
**rent** [1] - 12:24

**repeat** [1] - 83:4
**replicate** [1] - 92:6
**report** [2] - 13:8, 34:10
**REPORTED** [1] - 2:1
**reporter** [1] - 16:21
**Reporter** [2] - 2:1, 109:12
**reports** [2] - 31:5, 93:24
**represent** [2] - 36:16, 39:13
**representative** [2] - 52:1, 52:2
**represented** [1] - 36:15
**represents** [1] - 73:25
**request** [4] - 98:9, 100:22, 102:24, 103:2
**require** [1] - 37:18
**research** [9] - 21:14, 22:12, 22:13, 22:17, 22:22, 41:24, 42:1, 55:23, 97:21
**reserve** [1] - 102:16
**residences** [1] - 27:15
**resolve** [5] - 100:21, 105:20, 107:20, 107:21, 107:22
**respect** [3] - 10:11, 101:7, 102:20
**respond** [1] - 104:17
**response** [2] - 98:23, 103:23
**responsibilities** [4] - 24:12, 29:19, 31:14, 33:19
**responsible** [1] - 31:15
**rest** [1] - 98:18
**retakes** [1] - 4:22
**retrieve** [1] - 39:7
**returning** [1] - 45:23
**reveal** [3] - 44:14, 46:3, 46:19
**review** [3] - 65:22, 66:5, 108:11
**reviewed** [4] - 57:14, 57:24, 82:11, 89:25
**reviewing** [2] - 57:11, 93:5
**right-click** [1] - 12:14
**rise** [6] - 4:23, 55:25, 56:13, 56:17, 97:24, 108:21
**Road** [1] - 82:7
**role** [6] - 21:13, 31:12, 31:14, 31:23,

31:25, 45:12
**ROMAN** [1] - 1:6
**Roman** [3] - 16:16, 16:23, 57:9
**Room** [1] - 2:3
**roughly** [2] - 19:17, 51:3
**row** [3] - 59:23, 60:18
**rule** [1] - 102:20
**ruling** [1] - 108:8
**running** [7] - 12:10, 12:15, 13:1, 13:2, 16:6, 94:24, 104:25
**runs** [1] - 12:6

## S

**safe** [2] - 59:3, 88:9
**safety** [1] - 55:7
**salary** [2] - 34:12, 34:14
**saw** [1] - 86:2
**scam** [2] - 14:8, 14:12
**scammed** [1] - 14:12
**scams** [1] - 33:7
**scenario** [1] - 39:3
**schedule** [5] - 98:14, 98:20, 99:7, 101:23, 102:3
**scheduling** [1] - 4:16
**scholarly** [3] - 45:16, 90:4, 90:7
**Scholl** [6] - 35:21, 38:6, 39:23, 60:11, 61:1, 68:1
**Scholl's** [6] - 60:19, 60:23, 67:12, 67:14, 67:20, 92:18
**scientific** [3] - 89:25, 91:7, 95:23
**scope** [4] - 82:23, 102:13, 102:17, 105:24
**screen** [14] - 35:8, 36:3, 36:22, 43:6, 46:19, 48:24, 62:2, 62:10, 62:22, 63:1, 63:11, 65:2, 67:17, 94:18
**screenshot** [1] - 61:23
**screenshots** [1] - 18:10
**scripting** [2] - 11:24, 12:5
**scroll** [2] - 59:19, 60:14

**seal** [2] - 108:12, 108:16

**search** [4] - 25:1, 25:3, 93:20

**seated** [4] - 5:1, 20:21, 56:3, 56:20

**second** [1] - 21:5

**seconds** [1] - 4:7

**section** [2] - 21:15, 21:16

**sector** [2] - 31:10, 31:19

**see** [26] - 12:9, 12:15, 13:7, 18:22, 32:24, 36:24, 38:20, 52:12, 56:12, 62:13, 62:15, 72:21, 74:5, 74:12, 74:19, 86:23, 87:15, 92:10, 94:18, 97:23, 104:5, 104:20, 105:2, 105:18, 106:10, 108:9

**seeing** [6] - 16:25, 27:16, 36:5, 73:17, 94:1, 106:11

**seize** [3] - 25:3, 26:4, 26:20

**seized** [1] - 93:21

**seizes** [1] - 93:17

**seizing** [2] - 24:25, 25:12

**seizures** [1] - 26:19

**select** [1] - 36:9

**selected** [1] - 82:10

**sell** [6] - 5:17, 14:25, 15:2, 15:3, 15:4, 15:5

**selling** [1] - 5:10

**send** [13] - 11:5, 14:10, 39:8, 42:15, 44:20, 47:8, 53:15, 53:16, 62:8, 63:2, 63:21, 77:12, 93:15

**sending** [24] - 36:19, 37:1, 37:6, 37:8, 37:11, 37:19, 44:16, 46:22, 46:24, 52:8, 70:5, 71:22, 82:19, 82:21, 83:7, 84:4, 84:9, 85:4, 85:17, 85:18, 85:22, 86:5, 88:7

**sends** [2] - 83:23, 83:24

**sense** [3] - 28:16, 99:7, 102:13

**sent** [27] - 11:8, 14:9, 46:8, 46:14, 46:15, 46:25, 62:17, 63:6, 68:19, 69:23, 73:11, 73:15, 74:2, 75:10,

76:11, 76:16, 78:23, 79:3, 79:20, 79:25, 80:18, 81:16, 82:10, 82:15, 83:22, 84:11, 84:12

**sentence** [1] - 17:22

**separately** [1] - 7:4

**serial** [1] - 51:9

**series** [2] - 35:1, 35:9

**server** [7] - 12:6, 12:10, 13:1, 13:2, 13:6, 16:5, 57:14

**servers** [3] - 12:24, 13:4, 93:17

**service** [68] - 6:12, 33:7, 40:22, 40:23, 41:24, 41:25, 42:2, 42:4, 42:7, 42:9, 42:13, 42:14, 42:18, 42:21, 43:4, 43:15, 43:23, 44:5, 44:15, 44:17, 44:20, 45:3, 46:6, 46:8, 46:12, 46:14, 46:17, 46:22, 46:24, 47:12, 47:14, 47:16, 49:8, 49:13, 49:22, 49:25, 50:10, 50:13, 52:23, 53:14, 53:16, 53:17, 53:22, 54:7, 54:21, 62:24, 64:7, 65:11, 65:15, 65:16, 65:20, 68:9, 69:5, 69:12, 70:6, 72:24, 77:25, 78:16, 79:12, 80:8, 83:22, 90:18, 94:17, 94:23, 94:24

**service's** [1] - 65:10

**service-level** [1] - 52:23

**services** [36] - 21:4, 40:14, 40:15, 40:22, 41:16, 43:18, 43:22, 49:8, 50:12, 53:20, 54:9, 57:6, 58:3, 58:6, 58:8, 58:15, 65:8, 69:24, 70:4, 72:7, 74:1, 76:3, 77:1, 77:2, 78:1, 78:17, 79:13, 80:11, 81:7, 83:10, 83:15, 85:1, 88:5, 90:15, 90:16, 93:18

**serving** [1] - 27:24

**session** [1] - 100:11

**SESSION** [1] - 1:5

**sessions** [1] - 31:2

**set** [3] - 10:20, 12:17, 72:12

**sets** [2] - 91:4, 91:7

**setting** [1] - 25:4

**several** [1] - 30:15

**share** [2] - 102:10, 105:16

**Sheep** [7] - 81:1, 81:3, 81:5, 81:6, 81:8, 81:12, 81:16

**shift** [2] - 53:3, 94:20

**shifting** [1] - 94:15

**shipped** [1] - 27:15

**shop** [11] - 38:6, 38:9, 38:10, 38:21, 51:4, 52:1, 52:25, 53:1, 53:5, 53:6, 64:13

**short** [3] - 98:19, 99:21, 101:3

**show** [4] - 61:18, 74:1, 82:1, 85:7

**showing** [8] - 71:1, 73:20, 74:9, 74:19, 75:10, 81:25, 85:17, 107:12

**shown** [20] - 35:24, 36:3, 38:19, 42:11, 43:6, 48:23, 61:21, 61:22, 62:1, 62:21, 66:22, 67:8, 71:19, 75:16, 81:24, 84:13, 85:14, 85:16, 86:9, 86:16

**shows** [1] - 74:15

**shut** [5] - 15:6, 15:10, 15:24, 16:4, 16:5

**side** [16] - 6:8, 12:13, 39:17, 45:2, 45:8, 47:2, 52:24, 55:4, 62:17, 63:8, 66:24, 67:4, 67:23, 85:19, 85:20, 94:18

**sidebars** [1] - 5:10

**sign** [1] - 37:15

**signatures** [1] - 49:17

**signed** [1] - 17:3

**significant** [3] - 49:7, 86:23, 104:2

**Silk** [2] - 82:7

**similar** [16] - 25:23, 37:5, 37:9, 37:21, 52:25, 64:23, 69:13, 73:3, 74:14, 76:4, 77:6, 78:3, 78:20, 79:15, 80:13, 86:1

**similarly** [3] - 38:19, 51:7, 74:8

**sit** [1] - 37:7

**site** [9] - 7:20, 8:6, 12:11, 14:7, 14:8,

14:12, 14:13, 104:25

**sites** [4] - 5:22, 6:2, 7:10, 14:8

**situation** [1] - 83:25

**six** [2] - 29:17, 106:14

**size** [1] - 54:12

**slide** [21] - 35:20, 36:15, 42:11, 44:13, 46:2, 61:18, 61:22, 75:10, 75:16, 76:21, 77:21, 80:4, 81:21, 81:24, 85:7, 85:14, 86:2, 86:16, 98:22, 101:17, 105:11

**Slide** [1] - 35:23

**slides** [8] - 35:9, 45:23, 51:5, 70:23, 75:19, 104:7, 104:21, 104:22

**small** [1] - 15:5

**software** [26] - 26:10, 26:15, 28:4, 29:7, 30:1, 30:3, 30:7, 30:21, 37:17, 40:10, 48:14, 48:16, 48:21, 58:11, 70:15, 70:20, 73:10, 74:4, 74:11, 74:18, 87:21, 87:25, 88:3, 88:12, 91:25, 92:9

**sold** [12] - 52:3, 53:8, 72:6, 76:3, 77:1, 77:3, 78:1, 78:17, 79:13, 80:10, 80:11, 81:7

**Solutions** [1] - 21:2, 31:18

**solutions** [3] - 32:1, 32:2, 32:3

**someone** [1] - 5:25, 32:13

**sometimes** [1] - 41:4

**sophistication** [1] - 28:20

**sorry** [8] - 16:21, 36:12, 65:1, 82:22, 92:23, 92:25, 95:3, 101:9

**sort** [8] - 33:1, 50:19, 54:22, 65:7, 86:23, 99:20, 101:25, 106:4

**sorts** [4] - 43:17, 44:2, 48:9, 87:16

**sounded** [1] - 103:12

**sounds** [2] - 4:17, 104:1

**source** [14] - 12:14, 22:13, 25:17, 91:21, 91:23, 91:24, 92:1, 92:3, 92:4, 92:5, 92:7,

93:5, 93:9

**sources** [1] - 26:23

**space** [6] - 5:10, 6:3, 6:8, 25:18, 31:6, 33:12

**speaking** [2] - 4:13, 50:14

**specialist** [1] - 21:14

**specialized** [1] - 30:25

**specific** [3] - 38:2, 48:22, 49:25

**specifically** [3] - 57:3, 58:13, 85:11

**specifications** [1] - 96:7

**spell** [1] - 20:24

**spend** [22] - 39:8, 39:13, 39:14, 39:18, 44:11, 45:14, 45:17, 49:15, 49:21, 50:1, 50:4, 50:20, 54:3, 64:4, 64:11, 68:13, 69:2, 84:25, 85:2, 94:20

**spending** [6] - 39:17, 44:14, 45:13, 45:20, 45:25, 64:2

**spends** [2] - 38:22, 68:18

**spent** [2] - 39:21, 64:9

**split** [1] - 67:17

**spreadsheets** [3] - 19:2, 19:5, 19:6

**stand** [2] - 4:21, 4:22

**standard** [1] - 96:11

**standards** [2] - 91:4, 91:8

**start** [7] - 43:9, 45:9, 50:23, 52:21, 53:13, 97:17, 99:4

**started** [14] - 6:15, 6:20, 8:5, 22:8, 24:18, 40:8, 57:24, 62:2, 68:14, 94:13, 94:14, 97:7, 101:9, 101:14

**starts** [1] - 99:15

**state** [3] - 20:24, 95:6, 96:9

**statement** [1] - 15:22

**States** [3] - 2:2, 17:4, 109:13

**STATES** [4] - 1:1, 1:3, 1:11, 1:14

**statistical** [1] - 89:22

**stenographic** [1] - 109:5

**step** [2] - 32:15, 86:22

**steps** [5] - 24:1, 76:4, 88:2, 88:4, 88:7
**STERLINGOV** [1] - 1:6
**Sterlingov** [8] - 16:16, 16:23, 57:9, 89:5, 103:14, 104:25, 106:10, 107:6
**still** [8] - 51:17, 51:18, 70:14, 93:9, 95:4, 98:21, 102:13, 102:16
**stip** [1] - 106:5
**stipulate** [1] - 37:13
**stipulation** [1] - 101:4
**strategy** [1] - 31:13
**streaming** [1] - 80:8
**streamline** [1] - 29:11
**streamlines** [1] - 40:18
**Street** [2] - 1:15, 1:24
**structure** [4] - 47:6, 50:13, 50:14, 69:6
**studies** [1] - 95:23
**study** [2] - 49:4, 104:24
**studying** [1] - 67:25
**stuff** [5] - 13:14, 13:20, 18:12, 99:1, 106:5
**subject** [1] - 32:22
**subject-matter** [1] - 32:22
**submission** [1] - 103:7
**submit** [1] - 108:6
**subreddit** [3] - 6:19, 6:21, 7:8
**subreddits** [1] - 8:4
**subsequent** [1] - 24:11
**subsequently** [1] - 5:13
**substantial** [1] - 107:12
**substantially** [1] - 104:21
**success** [3] - 22:23, 24:4, 24:6
**sufficient** [1] - 107:10
**Suite** [1] - 1:16
**summarize** [2] - 66:5, 71:7
**summarized** [1] - 71:5
**summarizing** [2] - 65:21, 70:23

**summary** [6] - 66:13, 66:19, 71:11, 71:15, 71:17, 81:24
**supervising** [1] - 33:2
**supervisor** [1] - 22:4
**support** [12] - 13:19, 13:24, 21:12, 21:17, 22:5, 24:17, 24:21, 31:21, 32:5, 32:7, 32:8
**supported** [1] - 32:6
**supposed** [2] - 98:4, 106:14
**Surface** [1] - 12:22
**surprise** [1] - 105:12
**suspect** [1] - 100:2
**suspected** [1] - 21:21
**suspicious** [1] - 93:24
**sustained** [1] - 15:17
**Sweden** [1] - 57:16
**switch** [3] - 88:20, 92:15, 92:24
**SWORN** [2] - 5:4, 20:19

## T

**table** [2] - 82:4, 86:10
**tabs** [1] - 18:22
**tally** [2] - 70:20, 70:21
**tax** [1] - 38:11
**team** [7] - 32:4, 32:9, 32:13, 32:15, 32:20, 33:5, 88:15
**technique** [1] - 29:1
**techniques** [7] - 26:16, 29:6, 87:7, 87:11, 87:13, 87:16, 87:18
**technology** [1] - 32:25
**telephone** [1] - 107:7
**ten** [2] - 9:16, 66:25
**term** [2] - 40:21, 41:17
**terms** [3] - 91:13, 91:17, 91:21
**territory** [1] - 10:13
**test** [23] - 41:19, 41:20, 42:13, 42:17, 42:24, 44:2, 46:3, 46:18, 61:15, 62:2, 62:12, 62:14, 62:19, 62:22, 63:9, 63:18,

72:18, 72:19, 77:5, 78:19, 88:3, 93:6, 93:10
**testified** [18] - 7:9, 17:3, 33:22, 39:23, 60:11, 61:1, 64:2, 73:3, 76:5, 78:21, 79:15, 80:13, 82:5, 87:23, 89:9, 89:11, 91:13, 92:12
**testify** [4] - 34:6, 34:10, 102:21, 105:23
**testifying** [1] - 33:20
**testimony** [13] - 4:3, 7:17, 7:19, 31:22, 35:2, 35:21, 67:12, 67:14, 90:4, 90:19, 92:18, 95:25, 103:15
**testing** [1] - 92:10
**that'll** [1] - 106:4
**THE** [119] - 1:1, 1:11, 1:14, 1:15, 1:23, 4:1, 4:8, 4:10, 4:17, 4:23, 5:1, 5:3, 6:5, 6:6, 6:25, 7:3, 7:17, 7:25, 8:3, 10:15, 10:16, 10:25, 11:1, 11:18, 12:1, 12:3, 12:4, 12:5, 12:21, 12:22, 13:12, 13:13, 14:22, 14:23, 15:15, 15:17, 16:11, 16:13, 20:6, 20:8, 20:10, 20:14, 20:16, 20:17, 20:20, 34:3, 34:5, 35:14, 35:17, 55:17, 55:20, 55:25, 56:3, 56:4, 56:9, 56:12, 56:13, 56:17, 56:20, 56:22, 59:6, 59:8, 60:9, 61:5, 61:7, 65:4, 66:11, 66:13, 66:19, 71:12, 71:14, 82:22, 83:3, 83:4, 88:19, 88:20, 89:3, 92:21, 92:23, 92:24, 92:25, 93:1, 97:4, 97:6, 97:10, 97:13, 97:24, 98:2, 98:16, 99:10, 99:18, 99:20, 99:24, 100:1, 100:12, 100:15, 100:21, 101:6, 101:13, 101:17, 101:21, 102:18, 103:4, 103:22, 103:25, 104:6, 104:22, 105:5, 105:14, 106:6, 106:20, 107:1, 107:17, 107:23, 108:4, 108:8, 108:15,

108:18, 108:21
**theme** [1] - 8:10
**themselves** [2] - 32:14, 69:17
**Thereupon** [1] - 56:15
**they've** [5] - 53:8, 83:15, 98:19, 102:3, 102:7
**thinks** [1] - 100:25
**third** [1] - 22:22
**thousands** [4] - 28:23, 71:6, 72:25, 74:6
**thread** [1] - 7:6
**three** [6] - 9:4, 9:7, 10:1, 10:3, 10:6, 99:5
**throughout** [1] - 24:7
**tie** [4] - 11:19, 24:2, 27:7, 27:14
**tied** [3] - 34:12, 51:17, 51:18
**timestamp** [2] - 36:21, 38:3
**timing** [1] - 98:14
**tired** [1] - 104:20
**today** [7] - 4:13, 16:25, 34:14, 35:2, 87:24, 97:9, 99:9
**together** [16] - 39:14, 39:17, 40:2, 40:9, 40:11, 41:12, 45:7, 45:11, 45:18, 47:18, 48:8, 50:5, 63:25, 73:22, 82:1, 85:2
**tomorrow** [15] - 4:14, 97:12, 97:16, 97:17, 97:23, 98:18, 98:21, 99:14, 100:23, 101:1, 104:12, 106:3, 108:1, 108:7, 108:9
**tonight** [4] - 98:23, 100:22, 104:12, 108:4
**took** [3] - 9:4, 18:4, 23:7
**tool** [3] - 25:7, 25:8, 25:16
**tools** [6] - 25:13, 25:19, 25:23, 27:3, 29:4, 41:9
**top** [2] - 85:17, 104:19
**topic** [1] - 8:13
**TOR** [2] - 1:23, 1:24
**Tor** [10] - 6:22, 8:20, 8:21, 72:5, 76:2, 77:1, 78:1, 78:17, 79:13, 81:7
**total** [8] - 9:17, 38:12, 39:4, 73:14,

81:25, 82:10, 85:22, 85:23
**towards** [1] - 22:3
**trace** [3] - 23:14, 25:13, 25:14, 26:3, 26:10, 29:5, 30:23, 95:14, 95:16
**traceability** [1] - 22:19
**traced** [2] - 5:20, 8:11
**tracing** [19] - 22:24, 23:19, 24:17, 24:18, 24:21, 25:11, 26:13, 26:24, 27:2, 27:18, 28:1, 28:9, 28:14, 30:10, 32:18, 40:12, 43:24, 50:23, 58:19
**tracked** [1] - 18:11
**trafficking** [1] - 21:21
**training** [4] - 24:18, 25:11, 30:11, 30:20
**trainings** [2] - 30:15, 33:17
**transact** [3] - 34:24, 43:9, 54:14
**transacted** [4] - 41:14, 48:3, 51:2, 68:7
**transacting** [2] - 54:19, 69:2
**transaction** [65] - 25:14, 35:25, 36:2, 36:5, 36:6, 36:13, 36:16, 36:18, 36:21, 37:3, 37:21, 37:23, 37:25, 38:2, 38:4, 38:7, 38:17, 38:19, 38:21, 41:5, 41:18, 41:21, 42:13, 42:14, 42:16, 44:7, 44:23, 44:24, 46:3, 46:7, 46:18, 48:2, 48:15, 48:17, 48:19, 48:20, 48:25, 49:10, 49:17, 50:24, 51:4, 51:19, 51:20, 51:24, 51:25, 52:2, 52:4, 52:5, 52:14, 62:2, 62:12, 62:14, 62:17, 63:9, 63:18, 63:23, 68:21, 69:6, 70:21, 72:19, 74:9, 74:15, 75:4, 78:19
**transaction-level** [1] - 50:24
**transactions** [50] - 19:3, 19:4, 25:14, 26:1, 26:11, 26:14,

27:13, 27:21, 27:23, 29:12, 29:15, 30:9, 40:17, 41:4, 41:15, 41:19, 43:3, 43:16, 43:17, 44:3, 48:4, 48:13, 49:24, 51:1, 51:20, 52:12, 52:20, 54:18, 57:20, 61:15, 66:6, 68:19, 69:1, 69:8, 70:3, 70:5, 70:24, 71:4, 72:18, 73:25, 74:9, 74:12, 74:14, 77:5, 84:10, 85:8, 85:11, 91:15, 91:18, 95:17

**transacts** [3] - 43:7, 44:9, 53:12

**transcript** [2] - 109:5, 109:6

**TRANSCRIPT** [1] - 1:10

**transcripts** [1] - 106:18

**transfer** [3] - 26:6, 64:8, 68:15

**transferring** [1] - 45:4

**transfers** [4] - 15:2, 84:21, 86:19, 86:24

**translate** [1] - 31:16

**transpired** [1] - 36:5

**transpires** [2] - 32:25, 48:20

**TRIAL** [1] - 1:10

**trial** [2] - 34:10, 106:14

**tried** [1] - 5:23

**trip** [1] - 99:17

**trouble** [1] - 16:4

**true** [3] - 15:22, 109:4, 109:5

**truncated** [1] - 59:25

**trusted** [2] - 6:17, 8:15

**truth** [4] - 7:15, 7:18, 7:22, 41:13

**try** [4] - 22:14, 28:24, 87:17, 97:17

**trying** [7] - 5:25, 9:23, 22:8, 94:24, 95:16, 98:19, 99:7

**turn** [3] - 38:15, 75:21, 101:17

**turning** [1] - 57:2

**two** [16] - 17:20, 17:25, 39:16, 46:16, 63:20, 73:18, 73:25, 74:1, 97:11, 98:19, 101:2, 101:5, 101:21, 101:24, 102:10, 107:8

**type** [14] - 6:3, 14:24, 15:19, 22:15, 23:11, 32:7, 47:18, 49:25, 55:2, 55:23, 80:10, 94:13, 95:12, 97:21

**types** [10] - 23:15, 31:8, 33:4, 45:23, 48:6, 54:2, 68:22, 77:2, 83:6, 96:20

**typical** [4] - 32:16, 69:6, 72:16, 87:3

**typically** [4] - 27:7, 32:20, 37:17, 83:14

## U

**U.S** [22] - 1:18, 1:20, 31:18, 74:25, 75:8, 76:14, 76:19, 77:14, 77:19, 78:8, 78:12, 79:1, 79:6, 79:23, 80:2, 80:20, 80:24, 81:14, 81:18, 82:13, 86:15, 86:21

**ultimately** [1] - 14:17

**under** [4] - 17:9, 84:11, 108:12, 108:16

**undercover** [4] - 24:1, 24:22, 26:13, 27:13

**underlying** [2] - 66:6, 71:8

**understood** [1] - 90:19

**unfortunately** [1] - 97:8

**unique** [1] - 40:3

**united** [1] - 2:2

**United** [2] - 17:4, 109:13

**UNITED** [4] - 1:1, 1:3, 1:11, 1:14

**University** [1] - 22:20

**unplug** [1] - 59:8

**unquote** [1] - 24:25

**unregistered** [2] - 17:16, 17:20

**unusual** [2] - 94:24, 95:2

**up** [19] - 8:13, 10:20, 12:17, 19:21, 23:18, 25:4, 35:5, 37:2, 37:24, 52:3, 58:19, 59:4, 60:6, 61:19, 65:24, 67:11, 72:12, 73:11, 94:3

**URL** [1] - 14:10

**usability** [1] - 26:15

**USD** [2] - 85:25, 86:8

**useful** [3] - 40:13, 40:14, 45:24

**user** [10] - 8:23, 8:24, 9:13, 11:5, 12:7, 36:1, 36:4, 63:12, 63:16, 65:14

**user-friendly** [1] - 36:4

**users** [13] - 10:11, 13:24, 43:21, 43:25, 49:24, 64:7, 82:19, 83:6, 87:24, 88:2, 88:8, 93:12, 94:1

**Users** [1] - 82:21

**uses** [8] - 40:6, 40:10, 41:13, 41:20, 44:2, 47:16, 96:8, 96:12

**utilizing** [1] - 49:25

## V

**valid** [1] - 37:16

**validate** [5] - 65:11, 68:5, 68:6, 69:10, 88:3

**validity** [1] - 42:4

**value** [8] - 51:18, 74:25, 75:8, 76:14, 79:23, 80:20, 80:24, 81:18

**variety** [1] - 96:18

**various** [8] - 21:20, 26:6, 26:11, 26:15, 33:13, 48:4, 57:20, 58:7

**vary** [2] - 54:12, 90:9

**vendor** [2] - 22:10, 84:2

**vendors** [3] - 6:7, 83:14, 87:3

**verify** [3] - 69:10, 69:13, 93:13

**Verret** [8] - 98:22, 101:10, 101:11, 102:20, 103:13, 104:21, 105:12, 106:9

**Verret's** [2] - 102:14, 106:3

**version** [2] - 9:23, 11:2

**Video** [1] - 82:8

**view** [5] - 8:3, 12:14, 26:1, 30:8

**views** [2] - 105:7

**violent** [1] - 33:6

**visit** [1] - 8:17

**visited** [2] - 8:19, 8:21

**visual** [1] - 66:3

**visuals** [2] - 35:1, 35:21

**volume** [1] - 33:1

**voluminous** [1] - 71:8

**vs** [1] - 1:5

## W

**wait** [2] - 9:7, 14:3

**waiting** [1] - 10:1

**walk** [15] - 36:2, 36:23, 38:7, 41:20, 42:10, 44:1, 44:13, 46:2, 46:18, 62:1, 62:21, 66:22, 71:25, 85:14, 86:9

**Wall** [1] - 1:24

**wallet** [24] - 18:16, 26:10, 26:15, 37:17, 38:13, 39:7, 39:21, 41:5, 42:15, 42:22, 44:19, 45:5, 46:6, 46:9, 46:11, 46:23, 47:2, 47:4, 48:21, 68:22, 84:3, 84:4, 84:8, 85:2

**wallets** [6] - 13:2, 25:4, 26:5, 26:19, 26:20, 47:15

**wants** [2] - 56:6, 102:15

**warrant** [1] - 25:2

**warrants** [3] - 25:3, 93:20, 93:21

**Washington** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 109:14

**ways** [2] - 45:6, 98:8

**web** [8] - 5:21, 6:1, 6:15, 8:5, 11:23, 13:14, 13:18, 15:7

**webs** [1] - 6:18

**website** [3] - 61:24, 62:3, 62:23

**week** [2] - 34:20, 99:6

**weeks** [1] - 34:20

**weight** [1] - 69:1

**Welcome** [1] - 82:7

**white** [1] - 4:6

**whole** [2] - 53:6, 90:16

**Windows** [1] - 13:2

**wire** [1] - 15:2

**withdraw** [8] - 9:3, 9:4, 9:10, 10:2, 10:4, 42:21, 47:16, 65:16

**withdrawal** [15] - 10:2, 11:8, 42:20, 42:24, 44:17, 44:25, 46:5, 46:21, 62:19, 62:22, 63:5, 63:16, 63:22, 72:23, 94:16

**withdrawals** [1] - 49:23

**withdrew** [1] - 43:1

**witness** [14] - 4:21, 4:22, 16:10, 20:8, 20:9, 20:11, 56:4, 93:1, 97:4, 97:5, 97:6, 98:20, 101:3, 101:8

**WITNESS** [18] - 3:3, 5:4, 6:6, 8:3, 10:16, 11:1, 12:3, 12:5, 12:22, 13:13, 14:23, 15:15, 20:16, 20:19, 83:4, 88:20, 92:23, 92:25

**witnesses** [4] - 18:13, 97:11, 98:19, 99:14

**wondering** [1] - 99:3

**word** [2] - 24:7, 100:18

**words** [1] - 5:8

**works** [5] - 7:20, 42:7, 92:10, 93:10, 101:20

**workup** [1] - 32:13

**world** [4] - 12:25, 14:20, 27:7, 27:14

**worse** [1] - 100:6

**worth** [1] - 9:19

**write** [1] - 38:4

**written** [1] - 45:16

## Y

**years** [8] - 17:9, 17:22, 24:11, 28:9, 29:17, 87:4, 106:13, 107:8

**York** [2] - 1:21, 1:25

**yourself** [1] - 11:12

**yourselves** [2] - 55:23, 97:21