```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3      * * * * * * * * * * * * * * *    )
        UNITED STATES OF AMERICA,        )    Criminal Action
 4                                       )     No. 21-00399
                       Plaintiff,        )
 5                                       )
          vs.                            )    AFTERNOON SESSION
 6                                       )
        ROMAN STERLINGOV,                )    Washington, D.C.
 7                                       )    March 5, 2024
                       Defendant.        )    1:38 p.m.
 8      * * * * * * * * * * * * * * *    )

 9

10

11                    TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE RANDOLPH D. MOSS
12                 UNITED STATES DISTRICT JUDGE

13      APPEARANCES:

14      FOR THE PLAINTIFF:       CHRISTOPHER BROWN, ESQ.
                                 UNITED STATES ATTORNEY'S OFFICE FOR
15                                 THE DISTRICT OF COLUMBIA
                                 601 D Street, Northwest
16                               Suite 5.1527
                                 Washington, D.C. 20530
17
                                 CATHERINE PELKER, ESQ.
18                               U.S. DEPARTMENT OF JUSTICE
                                 950 Pennsylvania Avenue, Northwest
19                               Washington, D.C. 20530

20
        FOR THE DEFENDANT:       TOR EKELAND, ESQ.
21                               MICHAEL HASSARD, ESQ.
                                 TOR EKELAND LAW, PLLC
22                               30 Wall Street
                                 Eighth Floor
23                               Brooklyn, New York 10005

24

25
```

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              United States District Court for the
                                  District of Columbia
 3                              333 Constitution Avenue, Northwest
                                Room 6706
 4                              Washington, D.C. 20001
                                (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

INDEX


WITNESS                                                          PAGE

JEFF FISCHBACH

    Continued Redirect Examination By Mr. Ekeland          53

ROMAN STERLINGOV

    Direct Examination By Mr. Ekeland                      53



                          E X H I B I T S


Exhibit No.                                              Received


                    NO EXHIBITS MARKED

 1          THE COURT:  Anything before we get the jury?

 2          MS. PELKER:  No, your Honor.

 3          MR. EKELAND:  No, your Honor.

 4          THE COURT:  Let's get the jury.

 5          THE COURTROOM DEPUTY:  All rise.

 6          (Whereupon, the jury entered the courtroom at 1:41

 7   p.m. and the following proceedings were had:)

 8          THE COURTROOM DEPUTY:  The jury is present.  You

 9   may be seated and come to order.

10          THE COURT:  You may continue, Mr. Ekeland.

11          MR. EKELAND:  Thank you, your Honor.

12               CONTINUED REDIRECT EXAMINATION

13   BY MR. EKELAND:

14   Q.  Mr. Fischbach, do you recall Ms. Pelker asking you about

15   kill switches on servers?

16   A.  I'm sorry.  About...?

17   Q.  Asking you about kill switches on servers.

18   A.  Yes.  Kill switches, yes.

19   Q.  Do you know how kill switches on servers work?

20   A.  I do, yes.

21   Q.  Could you just explain briefly to the jury how they

22   work?

23   A.  So there's a couple of different ways that I've seen

24   them work in cases specifically that I've investigated.

25          Sometimes they will be connected to something in

1    the building.  So, for example, a magnetic switch on a door

2    could trigger the hard drive.   It just wipes or encrypts

3    itself.  More typically today, encrypting than wiping.

4            But it could also be remote-triggered, but it also

5    can be set as like what we'd call a dead man's switch, which

6    is you have to regularly check in and somehow send something

7    that you're alive to the server.  And if you don't, then

8    eventually it would, again, either encrypt or wipe itself.

9    Q.  Are you aware of where Mr. Sterlingov was before he

10   landed at Los Angeles International Airport?

11   A.  My understanding is --

12           MS. PELKER:  Objection, your Honor.  Lack of

13   foundation, calls for hearsay.

14           THE COURT:  Yes.  Sustained.

15           MR. EKELAND:  Can I lay a foundation?

16           THE COURT:  Yes.

17           MR. EKELAND:  Thank you, your Honor.

18   BY MR. EKELAND:

19   Q.  So --

20           THE COURT:  Also, it's just not clear to me that

21   this is an expert opinion.

22           MR. EKELAND:  I will -- I will tie it together.

23   This is related to the testimony on the kill switch.

24           MS. PELKER:  This is an expert opinion, so --

25           THE COURT:  Right.  But the question is whether

```
1      it's an expert opinion or not.

2                MR. EKELAND:  I'm sorry?

3                THE COURT:  The question is whether he has expert

4      testimony.  He's testifying not as a fact witness, but as an

5      expert.

6                MR. EKELAND:  This is part of his -- this is the

7      foundation for his opinion, is what I'm eliciting the

8      testimony regarding.

9                THE COURT:  Well, I'll --

10               MR. EKELAND:  Sorry.

11               THE COURT:  Why don't we pick up for one second.

12               (Whereupon, the following bench conference was

13     held:)

14               THE COURT:  Yes.  So I guess what is the expert

15     opinion that he's going to express?

16               MR. EKELAND:  Whether there was a -- he saw a

17     dead -- anything in his review of Mr. Sterlingov's devices

18     of a dead man's switch that would be triggered after two

19     days, like Mr. Scholl testified, you know, Bitcoin Fog

20     allegedly I think shut off.

21               And if that -- a dead man's switch would have had

22     to have been on Mr. Sterlingov's devices while he was in

23     Moscow for two weeks before he arrived at LAX.

24               MS. PELKER:  Your Honor, I believe that the

25     question of whether there was a kill switch on
```

Fischbach - REDIRECT - By Mr. Ekeland

1    Mr. Sterlingov's devices is already asked and answered.  And

2    this new line of questioning about where Mr. Sterlingov was

3    and how that would impact the effect on a kill switch is

4    something that is outside of this witness's expertise.  But

5    also certainly it's not been disclosed and goes beyond the

6    scope of the cross.

7            THE COURT:  But it just seems to me that if his

8    point is that he was -- I mean, I think it already is

9    established the very nature of a kill switch is you don't

10   have to be there to operate it.

11           MR. EKELAND:  That --

12           THE COURT:  But -- go ahead.

13           MR. EKELAND:  That's actually not what he just

14   testified to.  He said with a dead man's switch, you need to

15   check in.  And so I just -- maybe my question is as simple

16   as -- I just want to follow up.  He did testify that he

17   didn't find a kill switch, but maybe my question is as

18   simple as asking if he saw -- found anything in his review

19   of the devices of a dead man's switch on Mr. Sterlingov's

20   devices.

21           THE COURT:  I think that's asked and answered.

22   But I guess that's okay.  But the problem is that I think

23   the Government's theory is that it was on the server, if it

24   existed, and not on his devices, which is the reason why I

25   think the asked-and-answered objection is a little -- it

 1    carries some weight here, because we've already plowed this

 2    ground.

 3              Can someone confirm for me that it was asked

 4    previously and answered?  And if it was, I think it's

 5    dispositive.

 6              MR. EKELAND:  I think I asked him if -- I don't

 7    have the transcript in front of me.  But if I recall

 8    correctly, I asked him if he found any kind of indicia or

 9    evidence -- I don't know what word I used -- of there being

10    a kill switch on any of Mr. Sterlingov's devices.

11              THE COURT:  All right.  So it is asked and

12    answered, then.

13              MR. EKELAND:  I didn't ask about a particular dead

14    man's switch.  But I can ask -- I mean, I'll move on from

15    this.  But I mean, I do have a followup question that's

16    related to this, but it's not about a kill switch being on

17    his devices.

18              THE COURT:  What's the followup?

19              MR. EKELAND:  If he's aware of any information on

20    any of Mr. Sterlingov's devices showing that it was

21    communicating with any kill switch on any servers anywhere.

22              MS. PELKER:  I think that that's asked and

23    answered.

24              The question from the Government's notes that

25    Mr. Ekeland asked is:  Did your review of the Defendant's

Fischbach - REDIRECT - By Mr. Ekeland

1    devices have any -- reveal any sort of kill switch on his

2    devices?

3              MR. EKELAND:  My question is not now about kill

4    switches; it's about communications with kill switches,

5    because now, as the Court said, it appears to be the

6    Government's theory that the kill switch is on the server.

7    And in the nature of a dead man's switch, as Mr. Fischbach

8    just testified, you need to communicate with that dead man's

9    switch to keep it from, you know --

10             THE COURT:  I mean, I will say that I don't think

11   that it's plausible to say this is now the Government's

12   theory.  I don't think anyone ever suggested that this

13   wasn't previously the Government's theory.

14             But I'll allow just this one question of whether

15   there's any evidence that he saw of a communication from the

16   devices with a kill switch.  And then you can move on.

17             MR. EKELAND:  Yes, your Honor.

18             (Whereupon, the following proceedings were had in

19   open court:)

20             MR. EKELAND:  May I proceed, your Honor?

21             THE COURT:  You may.

22             MR. EKELAND:  Thank you.

23   BY MR. EKELAND:

24   Q.  Mr. Fischbach, in your review of Mr. Sterlingov's

25   devices in the discovery in this case, did you come across

Fischbach - REDIRECT - By Mr. Ekeland

1    any information that would lead you to believe that any of

2    his computers were communicating with a kill switch on a

3    server anywhere?

4    A.  No.  Nothing like that was seen.

5    Q.  Do you recall Ms. Pelker asking you about remote logins?

6    A.  Yes.

7    Q.  If someone is remotely logging into a computer, does

8    that mean that they're far away from it?

9    A.  No, not at all.

10   Q.  And why not?

11   A.  Well, for me to use, for example, any of the servers

12   literally next to my desk, I have to log into them.  They

13   don't have screens.  They don't have keyboards.  They're

14   just servers.

15           To log into any of the Rasberry Pi devices, they

16   don't have screens.  They don't have keyboards.  You

17   remotely log into them.  So that's just a normal thing.  You

18   might not need it for Windows on a laptop, for example, but

19   other things, yes.

20   Q.  And do you recall Ms. Pelker asking you about -- I think

21   it was the number of people who can use a VPN

22   simultaneously?

23   A.  Yes.

24   Q.  And in your -- do you know what traffic logs are for a

25   server?

1    A.  Absolutely.

2    Q.  Could you just explain briefly to the jury what traffic

3    logs are?

4    A.  Yeah.  So unlike standard logs that just let you know

5    what the server has been doing, traffic logs effectively

6    measure the amount of simultaneous use of the machine just

7    so it knows -- it's for the purposes of knowing when you

8    need to upgrade to a faster machine, to a faster connection,

9    that sort of thing.

10    Q.  Would traffic logs show you how many people were using a

11    server?

12    A.  It would show you how many people are using a server as

13    well as how much use of the server and --

14    Q.  In your review of the discovery for this case, have you

15    seen any traffic logs for any of the servers related to the

16    IP addresses in Ms. Mazars's analysis?

17    A.  I have not, no.

18    Q.  Do you know what native server logs are?

19    A.  Yes.

20    Q.  Could you just explain briefly to the jury what native

21    server logs are?

22    A.  Yeah.  It's similar to the other kind of log that I was

23    talking about.  So a server, no matter what, if you do

24    nothing with it, as long as it is serving, as long as it's

25    got something to be able to address communications, whether

1    it's a webpage or an email or whatever it is, it will just

2    keep some basic logs about how the equipment itself is

3    operating.

4    Q.  And in your review of the discovery in this case, have

5    you seen any native server logs in relation to any of the IP

6    addresses listed in Ms. Mazars's IP address analysis?

7    A.  No, I have not.

8    Q.  Do you recall Ms. Pelker asking you about the use of the

9    Tor Browser versus the Tor hidden services?

10   A.  Yes.

11   Q.  Do you know if you could use a Tor hidden service for

12   your smart home?

13   A.  Yeah.  As a matter of fact, you can.

14              I don't know -- was that sufficient?

15              MS. PELKER:  There's no question before the

16   witness.

17   BY MR. EKELAND:

18   Q.  What kind of -- withdrawn.

19              Just briefly for the jury, in case there's people

20   on the jury who don't know, what is a smart home?

21              MS. PELKER:  Objection.  Beyond the scope of the

22   cross.

23              THE COURT:  Yes.  What does this have to do with

24   the cross?

25              MR. EKELAND:  She asked -- Ms. Pelker elicited

1    testimony from Mr. Fischbach about the difference between a

2    Tor Browser and a Tor hidden site.  And the implication from

3    her testimony was that the use of a Tor hidden site implies

4    criminal activity when the testimony that I'm eliciting from

5    Mr. Fischbach right now is that people use Tor --

6              THE COURT:  Please stop testifying.

7              MR. EKELAND:  Well, do you want to pick up the

8    phone?

9              THE COURT:  Yes.

10             (Whereupon, the following bench conference was

11   held:)

12             MR. EKELAND:  So the --

13             THE COURT:  You know better than that.

14             MR. EKELAND:  I'm sorry, your Honor.  I was just

15   trying to answer your question.  I apologize to the Court.

16             So the testimony that Ms. Pelker elicited from

17   Mr. Fischbach was whether or not he knew the difference

18   between a Tor Browser and a Tor hidden site.  And she took a

19   line of questioning that implied that Tor hidden sites were

20   just involved in criminality.

21             What I'm eliciting from Mr. Fischbach is that Tor

22   hidden sites are commonly used for smart homes, home

23   networking.  And I was merely asking a followup question,

24   because it occurred to me maybe some people on the jury

25   don't know what a smart home was.  I was just asking to

 1        follow up on that.  That was all.

 2                  THE COURT:  Ms. Pelker?

 3                  MS. PELKER:  Your Honor, defense on its direct

 4        asked Mr. Fischbach about Tor and Tor hidden services.  The

 5        Government crossed on that.

 6                  Over the lunch break, defense produced a new

 7        exhibit that purports to show one example of a home system

 8        that you can set up using a Tor hidden service.  We haven't

 9        seen this before.  I don't know whether Mr. Fischbach has

10        seen it before.

11                  We would have absolutely *Daubert*ed Mr. Fischbach

12        if his testimony was going to be it is common to set up your

13        home security system or your home remote access as a Tor

14        hidden service.

15                  THE COURT:  That seems fair.

16                  What's your response?

17                  MR. EKELAND:  My response is that he has been

18        noticed as an expert on Tor.  It's certainly no surprise and

19        it's common knowledge that Tor hidden services can be used

20        for completely legitimate things like smart homes, you know.

21                  Honestly, I wasn't even aware that this exhibit

22        was just given to the defense and I wasn't planning on

23        introducing it.  I was merely -- I mean, I feel like we're

24        spending more time talking about this right now when my last

25        question to Mr. Fischbach was merely just to clarify for the

1    jury what a smart home was.

2              I wasn't trying to --

3              THE COURT:  So you're not going to ask about the

4    Tor hidden service; you're going to ask him what a smart

5    home is and that's it?

6              MR. EKELAND:  I think I already elicited testimony

7    that you can run the smart home from a Tor hidden site.  He

8    already answered that question.

9              THE COURT:  If you limit it just to the question

10   "What is a smart home," I'll allow that.

11             MR. EKELAND:  Thank you, your Honor.

12             (Whereupon, the following proceedings were had in

13   open court:)

14   BY MR. EKELAND:

15   Q.  Mr. Fischbach, just briefly, could you explain to the

16   jury, in case somebody doesn't know, what a smart home is?

17   A.  Yes.  A smart home is basically sort of a replacement

18   for things that you already have, like your thermostat and

19   light switches.  And it can be, as I think I mentioned

20   yesterday, pet feeders and even litter boxes and a lot of

21   video cameras are a typical part, or even entry systems,

22   entry and exit systems, so like being able to remotely open

23   up your door for somebody when they come over.

24             And that's -- that all works together as a part of

25   what we would call a smart home.

```
1              THE COURT:  Okay.

2              MR. EKELAND:  May I ask one more followup?

3              THE COURT:  You said that was your final question.

4   Do you want to go back on the telephone?

5              MR. EKELAND:  No.  That's okay.  It's okay.  I was

6   just going to ask -- it's okay.

7              I think --

8              THE COURT:  If you have --

9              MR. EKELAND:  No further questions.

10             THE COURT:  The witness is excused.

11  Thank you.

12             THE WITNESS:  Thank you.

13             (Witness excused.)

14             THE COURT:  Members of the jury, we're going to

15  take a short break now, but I think probably no more than

16  ten minutes.

17             I'll just remind you again, don't discuss the case

18  even amongst yourselves and don't do any type of research.

19  We'll be back in about ten minutes.

20             (Whereupon, the jury exited the courtroom at 1:56

21  p.m. and the following proceedings were had:)

22             THE COURTROOM DEPUTY:  You may be seated.

23             THE COURT:  All right.  And so any developments

24  with respect to the question that Mr. Ekeland raised

25  regarding Mr. Sterlingov's confinement?
```

1          MR. BROWN:  Your Honor, the Government opposes

2     testimony touching on Mr. Sterlingov's confinement because

3     it would only -- there's a serious 403 issue in terms of

4     discussions of potential punishment and conditions of

5     confinement.

6          The defense argument, as I understand it, is they

7     want to be able to argue that because Mr. Sterlingov was in

8     pretrial detention, he would have been unable to change the

9     DNS registration.

10         I mean, number one, the testimony in the record

11    says that, you know, there are multiple parties who can

12    change that registration, including the registrar.

13         Number two, we do not at all agree that

14    Mr. Sterlingov would not have been able to communicate to

15    the outside world.  Mr. Sterlingov had internet access; he

16    had phone access; he had access through his attorneys to the

17    outside world.

18         And one particular example of this is in August of

19    2022, when our first trial date was on the horizon in

20    January of 2023, defense counsel put Mr. Sterlingov up to a

21    Wired Magazine interview with two Wired Magazine reporters.

22         We have found no record whatsoever of that

23    communication with those two Wired Magazine reporters, not

24    in Mr. Sterlingov's recorded jail calls, not in the logs of

25    Mr. Sterlingov's jail visitors, not in his monitored email

1      communications.

2            So we do not know how he communicated, how he sat

3      for an interview, him and his two attorneys, how they sat

4      for an interview with these two Wired reporters.

5            It is absolutely possible that he could have

6      communicated at any time with somebody on the outside to

7      provide instructions.

8            And as I said at the outset, he would not be the

9      only person in the universe who would have been able to

10     change that DNS registration.  The registrar could have done

11     that.

12            THE COURT:  So can you remind me?  I have some

13     vague sense that actually either the way Mr. Ekeland asked

14     the question or the way it was responded to, it was already

15     presented to the jury that Mr. Sterlingov was incarcerated

16     in October of 2021, I think is the date.

17            So was --

18            MR. BROWN:  Well, he was detained two days after

19     his arrest.  I think that's a different --

20            THE COURT:  No, no, no.  I thought when this just

21     came out an hour ago or two hours ago -- maybe I'm wrong

22     about that, but I thought there was something either in the

23     question or the answer that actually made reference to that.

24     But I don't have the transcript open to that page.

25            MR. BROWN:  Your Honor, I'm not --

1          MR. EKELAND:  If I recall, what I asked, I just

2     asked that that was -- so in October 2022, that that was a

3     year and a half after Mr. Sterlingov had been arrested.

4     That's what it was.

5          THE COURT:  I see.  So an implication, but not

6     directly saying that.  Yes.  I think it was the implication,

7     because you were making the point that he couldn't have done

8     it when you said that.  In the question, that was sort of

9     implicit in the question.  "Well, he couldn't have done it

10    because he had already been arrested."

11         MR. BROWN:  I mean, your Honor, if it has come out

12    already, then I think the Government -- in fairness, we

13    should be able to elicit testimony about why Mr. Sterlingov

14    was in pretrial detention.  And I think that that -- but I

15    think that that sends us down a dangerous road also, you

16    know.  We would have to talk about the Court's detention

17    decision; we'd have to talk about the two successive defense

18    extensions of this trial that have kept Mr. Sterlingov in

19    pretrial detention for more than a year over the

20    Government's objection.  So we'd have to get into all of

21    that.

22         And we'd have to cross-examine Mr. Sterlingov

23    about his communications with the outside world, including

24    his communications with these two Wired reporters in an

25    interview that his lawyers set up for him.

1          I think all of this is going to be profoundly

2    distracting for the jury.  There is a significant risk of

3    prejudice.  And sort of -- it's one thing -- you know, maybe

4    this is already out there.  But if it is, then the

5    Government in fairness should be able to respond to the full

6    force of the accusation by pointing out all of these ways

7    that Mr. Sterlingov could have communicated to the outside

8    world.

9          THE COURT:  Mr. Ekeland?

10          MR. EKELAND:  The Zoom call that Mr. Brown is

11    referring to was set up by the Northern Neck Regional Jail

12    and done under their supervision.  So I am at a loss as to

13    why there's no record as to that.

14          In relation to Mr. Sterlingov's internet access,

15    he informs me that he's had none beyond the normal CorrLinks

16    federal prisoner email.  All of his phone calls, except for

17    the ones with his attorneys, have been recorded.

18          So what -- you know, and we were talking to the

19    Government right before the Court came in, trying to see if

20    we could figure out some kind of stipulation.  The issue I'm

21    just grappling with and my client is asking me to address

22    the Court on is that he, you know, believes the fact that he

23    was unable to do certain things like, say, turn off the DNS,

24    you know, server in relation to the registrar in October of

25    2022 or -- I mean, we've already stipulated that he was in

1    detention two days, you know, after his arrest when

2    Mr. Scholl testified that the last withdrawal to the Bitcoin

3    Fog server --

4            THE COURT:  That's already in.  That's not a

5    problem.

6            MR. EKELAND:  That's stipulated.  And what -- the

7    Court understands the issue.

8            And what I'm just grappling with in this case is

9    it's a little bit -- it's unusual, it being a computer case,

10   where the issue is whether or not the servers or the changes

11   that were made to, you know, the DNS service were made after

12   the arrest, which I think, you know, the Court understands

13   from our position is material -- is a material fact in

14   relation to whether -- that goes to his innocence.

15           And so I understand the 403 concerns.  I

16   understand why, you know, the Government is arguing against,

17   you know, it coming out that he's been in jail for three

18   years.

19           But at the same time, there is, I think, a

20   question perhaps where the jury is going to be wondering

21   well, you know, who cares that the DNS, you know, service

22   was, you know, turned off in October of 2022 if

23   Mr. Sterlingov was just free?

24           And, you know, one thing perhaps we can just -- I

25   don't know -- I don't know if the Government will agree with

1    this, because we didn't have time to discuss it -- just

2    stipulate to these facts or if --

3              THE COURT:  Stipulate to what facts?

4              MR. EKELAND:  Stipulate to the fact that maybe he

5    couldn't have turned off -- I don't know what the

6    Government's position is on this -- that he couldn't have

7    been the person who switched off the DNS service in October

8    of 2022.

9              Then the other thing that we were wondering about

10   is maybe just if Mr. Sterlingov, as he's testifying, feels

11   like, Okay, well, the only way I feel like I can answer that

12   question is addressing the fact that I was detained, that

13   maybe there's some way we can just stop or he can just turn

14   to the Court and ask for a break where we could just address

15   it on an as-needed basis.

16             THE COURT:  Well, let me ask the Government:  With

17   respect to the DNS registration, I'm just wondering if maybe

18   the cleanest way to deal with this would be to do something

19   along the lines of what we did with respect to just the

20   period of time shortly afterwards and just have a

21   stipulation or just tell the jury that -- give me a period

22   of days.  I mean, it can be a week.  You know, I think the

23   testimony was it was -- it would have been a couple of -- it

24   would have had to have been a couple of days, so to say that

25   he was incarcerated during those days.

1           Because my biggest concern about the testimony

2    about his incarceration -- and, quite frankly, it's a little

3    hard for me to believe that this isn't part of the

4    purpose -- is that -- is a plea for jury nullification or to

5    say to the jury, Well, three years is enough.  We heard

6    testimony from two cooperating witnesses who said they were

7    facing 20 years.

8           And that's just not any of the business of a jury;

9    it's the role of the Court.

10          But I'm just wondering if we could just take it

11   out of the case like that.  Because October 2021 still was

12   two and a half years ago.

13          MS. PELKER:  '22.

14          MR. EKELAND:  '22.

15          THE COURT:  I'm sorry.  2022.  Okay.  So it's a

16   year and a half ago, still.

17          MR. BROWN:  Your Honor, the problem with this is,

18   we have just received information that the domain was

19   updated by the registrant.

20          THE COURT:  Oh.

21          MR. BROWN:  So what the defense is trying to put

22   forward is a false story.  They're trying to put forward a

23   false innuendo that -- so we cannot stipulate to that unless

24   the defense is willing to stipulate that, yes, he was

25   detained at that point and the domain was updated by the

```
 1    registrant, not by anyone else.

 2                THE COURT:  Okay.  So --

 3                MR. BROWN:  Or the registrar, I should say. The

 4    registrar dropped it, in other words, for --

 5                THE COURT:  What was your evidence for that?

 6                MR. BROWN:  Your Honor, our -- Mr. Lund, who's in

 7    the courtroom --

 8                Is this the registrant?

 9                MS. PELKER:  I can explain.  I believe it's a

10    reach out to the registrar, who's just responded and

11    explained -- and we would have provided this earlier if we

12    had notice -- but what I believe is the registrar has

13    explained that the domain was suspended because the

14    registrant did not verify the registrant's email address.

15    So it was a suspension based on a lack of response.

16                MR. BROWN:  So --

17                MS. PELKER:  We may now have to put on a rebuttal

18    case to explain this.  But it's very clear that this was not

19    someone else going in and manipulating it.

20                THE COURT:  Right.

21                MR. BROWN:  So if the defense is willing to

22    stipulate to that, then we can certainly stipulate that

23    Mr. Sterlingov was in detention when the registrar dropped

24    the DNS registration.

25                THE COURT:  Mr. Ekeland, taking the Government at
```

1     its representation in that regard and that they do have

2     evidence to that, it does strike me this is more prejudicial

3     than probative at this point if the Government can in fact

4     prove that it was changed by the registrar and that this is

5     just irrelevant at that point in time.

6               MR. EKELAND:  I haven't seen -- I have no reason

7     to doubt the Government and their representation, but I just

8     haven't seen it.  So what they just got in from Mr. Lund, I

9     haven't seen it.

10              THE COURT:  You're welcome to take a look at it.

11              MR. BROWN:  That's because this just came today

12    because the defense is trying to pass off this false story

13    to mislead the jury.

14              THE COURT:  I understand.

15              MR. EKELAND:  We're not trying to pass off a false

16    story, your Honor.

17              So perhaps the Government can send us that

18    information and we can take a look on it -- at it.  And then

19    we proceed with Mr. Sterlingov's testimony today.  And then

20    if this becomes an issue, maybe -- for some reason, we will

21    just stop and address it with the Court rather than having

22    anything coming out in front of the jury.

23              THE COURT:  Well, for present purposes, then, I'm

24    just going to order that no one make any reference to

25    Mr. Sterlingov's incarceration except for the few days after

```
 1    his arrest at this point.

 2              And I just want to make clear for the record that

 3    that is an order of the Court.  I've been burned on that

 4    once before, and I wish that I had the contempt power in the

 5    other case where I was burned on that.  So it is an order of

 6    the Court that nobody do so on pain of contempt.

 7              All right.  With that, let me -- I'm sorry.  Go

 8    ahead.

 9              MR. EKELAND:  I was just explaining to

10    Mr. Sterlingov what that meant.

11              THE COURT:  Okay.  Do you want to come up with

12    Mr. Sterlingov to the podium, then?

13              MR. EKELAND:  Yes.

14              THE COURT:  Right there.

15              MR. EKELAND:  This podium.

16              THE COURT:  Yes.  That's the podium.

17              Mr. Sterlingov, I want to make sure you understand

18    that the decision about whether you testify is your decision

19    alone.

20              Do you understand that?

21              THE DEFENDANT:  Yes.

22              THE COURT:  And you have a constitutional right to

23    testify and you have a constitutional right not to testify.

24              Do you understand that?

25              THE DEFENDANT:  Yes.
```

1          THE COURT:  And you understand that if you decided

2    not to testify, I would instruct the jury that they could

3    not hold that decision against you in any way?

4          THE DEFENDANT:  I understand that you would do

5    that.

6          THE COURT:  And do you understand that if you do

7    testify, it may open the door for the Government to be able

8    to ask questions and to get into some topics that it

9    couldn't otherwise get into with respect to your character

10   or any other activities you've been involved in, but that it

11   could allow the Government to introduce evidence that the

12   Government wouldn't otherwise be allowed to introduce?

13         THE DEFENDANT:  Yes.

14         THE COURT:  And have you had an opportunity to

15   consult fully with your attorney about whether you should

16   testify or not?

17         THE DEFENDANT:  Yes.

18         THE COURT:  Okay.  But you do understand that it's

19   your decision, though.  Correct?

20         THE DEFENDANT:  Yes.

21         THE COURT:  What is your decision?

22         THE DEFENDANT:  My decision is that I would like

23   to testify.

24         THE COURT:  Okay.  That's fine, then.

25         Anything else that anyone thinks I should inquire

1      about?

2                    MR. BROWN:  No, your Honor.

3                    THE COURT:  Well, then, let's go ahead and get the

4      jury.

5                    You can have a seat and we'll bring the jury in.

6      Yes.  You can have a seat back here.

7                    (Confers with the courtroom deputy privately.)

8                    So just so the marshals don't have to escort him

9      over there, why don't we have him go with the marshals now

10     and have a seat.  They'll be over there, and that will avoid

11     having the marshals escorting him in front of the jury.

12                   MR. EKELAND:  Your Honor, I just saw -- I was just

13     reminded of something, too, that Mr. Sterlingov did ask if

14     the jury would be allowed to ask him questions.

15                   And I -- perhaps maybe we could just remind the

16     jury about their ability to send notes to you with

17     questions.

18                   THE COURT:  What's the Government's view on that?

19                   MR. BROWN:  Your Honor, I don't think it's

20     necessary to remind the jury.  And in any event, I think

21     it's important, especially with Mr. Sterlingov, that, number

22     one, the jury is not allowed to just blurt out questions,

23     that any questions, pursuant to the instructions that the

24     Court gave at the beginning of this case, if there are

25     questions, they need to be passed up at the end of the

1    testimony.

2            The Court and the attorneys will discuss the

3    question outside of the presence of the jury.  And only

4    then, if the Court decides that that question hasn't been

5    asked and answered and that it seeks to elicit relevant

6    evidence, only then would the Court then bring the jury back

7    in and have that question asked.  It would be asked by the

8    Court.

9            But I don't think that it's necessary to remind

10   the jury that they can ask questions, your Honor.

11           THE COURT:  Yes.  I tend to agree with that.  I've

12   already instructed the jury on that.  And I worry a little

13   bit if I start singling out particular witnesses for that,

14   it suggests that the jury is invited in particular with

15   particular witnesses.  I think having it more generic is

16   more appropriate.

17           So I don't think I'll give that additional

18   instruction at this point.

19           All right.  Should we get the jury?

20           THE COURTROOM DEPUTY:  All rise.

21           (Whereupon, the jury entered the courtroom at 2:15

22   p.m. and the following proceedings were had:)

23           THE COURTROOM DEPUTY:  The jury is present.  You

24   may be seated and come to order.

25           THE COURT:  All right.  The defense may call its

1    next witness.

2                    MR. EKELAND:  The defense calls Roman Sterlingov.

3                    THE COURTROOM DEPUTY:  Mr. Sterlingov, would you

4    please stand and raise your right hand.

5                    ROMAN STERLINGOV, DEFENSE WITNESS, SWORN.

6                    THE COURTROOM DEPUTY:  Thank you.  Please be

7    seated.

8                    THE COURT:  You may proceed.

9                    MR. EKELAND:  Thank you, your Honor.

10                        DIRECT EXAMINATION

11   BY MR. EKELAND:

12   Q.  Mr. Sterlingov, could you just introduce yourself to the

13   jury, spelling your name.

14   A.  My name is Roman Sterlingov, R-O-M-A-N; last name,

15   S-T-E-R-L-I-N-G-O-V.

16   Q.  Mr. Sterlingov, did you ever operate Bitcoin Fog?

17   A.  No.  I never operated or was administrator of Bitcoin

18   Fog.

19   Q.  And where were you born?

20   A.  I was born in Russia in 1988.  I lived there until I was

21   14.  At that point, my mother and I moved to Sweden.

22                    We moved in general because Russia is a pretty

23   corrupt place.  There are very few opportunities.  There's a

24   lot of criminality.  Just general reasons like that.

25   Q.  And --

1    A.  I would just like to mention that, not that anybody has

2    alleged that, but I'm just -- I have no connection to the

3    Russian government.  I don't support what they're doing.  I

4    know there's a war going on now.  I don't support any of

5    that.  I don't have any contact with them or anything to do

6    with the Russian government.

7    Q.  And when you moved to Sweden, where did you move to?

8    A.  I moved to a town called Jonkoping.

9         THE COURT REPORTER:  I'm sorry?

10   BY MR. EKELAND:

11   Q.  Could you spell that for the court reporter, please,

12   Mr. Sterlingov.

13   A.  J-O-N-K-O-P-I-N-G.

14   Q.  And how old were you when you moved to Jonkoping?

15   A.  I was 14.

16   Q.  And did you -- how long did you live there?

17   A.  I lived there from 2002 until about I guess 2008.  So

18   about six years.

19   Q.  And did you go to school in Jonkoping?

20   A.  Yes.  I went to high school in Jonkoping.

21   Q.  And did you graduate high school?

22   A.  Yes.

23   Q.  And did you have any hobbies?

24   A.  Well, yes.  I was interested in -- I became interested

25   in video games and computers early on.  I was also

Sterlingov - DIRECT - By Mr. Ekeland

1    interested in electronics and other, you know, nerdy things

2    like that, I think a couple years before I moved from

3    Russia; and that has continued.

4    Q.  And did you have any kind of job while you lived in

5    Jonkoping?

6    A.  After I finished high school, I had a couple of odd jobs

7    here and there, after which I found my more long-term job at

8    Capo Marknadskommunikation.  The name is in Swedish, but

9    it's the same thing.

10   Q.  And do you remember when you started working for Capo

11   Marknadskommunikation?

12   A.  It must have been around 2007 or 2006.

13   Q.  And what did you do for them?

14   A.  I was hired as a junior developer.  I was doing all

15   sorts of small tasks that they needed.  They were working

16   with some websites.  They were doing some printed catalogs

17   and other, like, printed productions for other companies.

18            So I was just helping out with various -- all of

19   those types of projects.

20   Q.  Did you do internet work for them?

21   A.  Excuse me.  What?

22   Q.  Internet work for them.

23   A.  Yes.  Websites and servers and internet-related work.

24   Yes.

25   Q.  And did you do DNS registrations for them?

1    A.  Yes.  I was doing DNS registrations.  That's a part of a

2    regular website.  And any -- many jobs that involve

3    websites, they will require me to do some work on the DNS.

4    Q.  And do you recall roughly what your salary was at Capo

5    Marknadskommunikation?

6    A.  Yes.  I think it was around 25,000 Kroners, which is

7    about 2,500 equivalent in U.S. dollars per month.

8    Q.  And do you recall getting a Namecheap account in 2008?

9    A.  That sounds about right.  I don't recall the particular

10   date, but that sounds about right.

11   Q.  And if --

12              MR. EKELAND:  Mr. Hassard, if we could put up --

13   I'm not sure if it's in evidence.  It's Government's Exhibit

14   521-A.

15              THE COURTROOM DEPUTY:  Yes.

16              MR. EKELAND:  It is in evidence?

17              THE COURTROOM DEPUTY:  Yes.

18              MR. EKELAND:  Thank you.

19              And, Mr. Hassard, if you could just slowly scroll

20   down this.

21   BY MR. EKELAND:

22   Q.  Mr. Sterlingov, if you could just review this.

23              Is this your Namecheap account?

24   A.  Yes.  It looks like my Namecheap account.

25   Q.  And what did you use your Namecheap account for?

 1    A.  So Namecheap is used for DNS registrations.  I think

 2    they have some other services, but I used my account for DNS

 3    registrations mainly.

 4              I -- I'm not sure if there's a question coming,

 5    but besides my job at Capo I was also working for a number

 6    of freelance, small freelance jobs and tasks on the side.

 7    And many of them involved registering DNS domain names as

 8    well.  That's one of the typical tasks that somebody working

 9    with websites will do.

10    Q.  And when you registered a DNS for somebody, would that

11    mean that you owned the website associated with that DNS

12    registration?

13    A.  No.  Definitely not.  A DNS registration, especially

14    ones --

15              THE COURT REPORTER:  Sir, I think you're a little

16    too close to the microphone.  I'm getting some feedback.

17              Thank you, sir.  Forgive me.  Please go ahead.

18              THE WITNESS:  So no.  A DNS registration is -- I

19    think it takes something like between five and ten minutes

20    in general to make a DNS registration.  And that just gives

21    you sort of the domain name account that you can connect to

22    a website.

23              So a website would typically take a much longer

24    time to create or buy or however -- whatever you're trying

25    to do with your website.

1    BY MR. EKELAND:

2    Q.  And you mentioned your freelance work with -- for

3    clients.

4             When you did your freelance work, were there ever

5    times where they gave you usernames and passwords to their

6    accounts?

7    A.  Yes.  This is a very typical situation in any

8    web-related job, like freelance jobs that I took.

9             I don't see that there could be any other way for

10   it to work because when I am coming onto a project to do,

11   like, a two-hour freelance job, for example, they will

12   typically have a website ready or they would typically have

13   something that they have already built.  And I'm just hired

14   to come in there and just perform a small change somewhere.

15   I have to access their accounts.

16            They -- there are typically all sorts of accounts

17   associated with every project.  There'll be DNS accounts;

18   there will be email accounts; there will be forum accounts

19   somewhere.

20            Sometimes they -- the client will just give me

21   accounts like in a chatroom or something or an email.

22   Sometimes they'll just have documentation that is connected

23   to the whole project, sort of like -- maybe like a Google

24   Drive or just a whole document where I just get access to

25   the whole document and there are all sorts of accounts there

1    that they want me to use.

2            I know we've been talking about VPNs.  Sometimes

3    there's VPN accounts that they want me to use, which

4    everybody in the project working on that particular website

5    or that particular project or even anybody working for that

6    particular client will try to use, will have to use that VPN

7    account, because that's what they ask you to.

8    Q.  And do you recall the testimony, as well as the

9    exhibits, about your password list in this case?

10   A.  Yes.

11   Q.  And did you keep usernames and passwords for other

12   people's accounts on that password list?

13   A.  Yes.  That was typical.  Every time I would get on a

14   freelance job, I would put some of the accounts there to

15   make them safe, to put them in my password vault.

16           Typically it's a good practice that I was also

17   following that I would try to delete all of these accounts

18   that belonged to other people from my -- from this list so

19   that in case that, for example, somebody hacks into my

20   computer and I have all of these passwords to other people,

21   so that I don't become a reason for somebody else getting

22   hacked because I had their passwords like a year after I've

23   done a job for them.

24           Sometimes I -- I have to look through that list

25   and I see that sometimes I was -- I did not delete some of

1    my clients' account, but most of the time I tried to delete

2    them after the job is done.

3    Q.  Did you have any way of marking what were your accounts

4    as opposed to client accounts or other accounts in your

5    password list?

6    A.  Yes.  I believe you were referring to some of my

7    accounts that are labeled as -- with the word "white."  And

8    I mean -- so I just have to explain a little bit of a

9    backstory, because I thought this question -- I thought

10   there were a couple of other questions before that.

11              THE COURT REPORTER:  I'm sorry.  I'm just going to

12   ask you to pull the microphone back a little bit.  It's

13   sensitive and it's distorting your voice.

14              THE WITNESS:  So mainly on these jobs I started

15   taking them after moving to Gothenburg from Jonkoping.  And

16   this was after my -- this was after high school.  And I was

17   struggling with quite severe depression at the time.  I

18   had -- that was the time where it was most -- the strongest

19   that I had to -- the strongest depression that I had to deal

20   with.

21              And a lot of these jobs I got from people that I

22   would meet on various meet-ups where I would go for, like,

23   web developer meet-ups.

24              Later I started going to Bitcoin meet-ups.  But at

25   first I was just going to web developer and programming

1   meet-ups.

2          And I would -- part of the reason for me was that
3   I just tried to find some friends.  I didn't have a lot of
4   friends at the time.

5          And, long story short, back at the time I didn't
6   pay too much attention to what kind of jobs they were.  And
7   after a while I started realizing that some of these jobs --
8   I think they were sort of in, like, a gray area.

9          I know, for example, a lot of people were doing
10  affiliate marketing, which is, for example, people would be
11  registering, like, a dozen or 20 different websites, and
12  they would all link to a different website that would send
13  traffic to a third website.  And they would try to kind of
14  game the Google system, the ranking system, so that the
15  website that they have would come up on the first page in
16  Google because then they would receive a lot of traffic to
17  that website.

18         And I remember people were, like, trying to hide
19  from Google from figuring out that there was 20 websites
20  that were owned by the same person.

21         And if Google figured that out, they would
22  downrank their website.

23         So, long story short, there were a lot of accounts
24  involved with these jobs.  And I was -- I thought some of
25  them were kind of in a gray area.  So I marked the accounts

1    that were only mine that were not involved in any of these

2    jobs, I marked them with the word "white" because I didn't

3    want to mix them up with these other accounts that I had

4    access to throughout these jobs.

5            And also, when I was going through the list and

6    deleting the accounts for the old jobs, I wouldn't

7    accidentally delete my own accounts.

8    BY MR. EKELAND:

9    Q.  And when you're talking about these jobs and these

10   accounts you had for these jobs, these were for your

11   freelance jobs?

12   A.  Yes.

13   Q.  And at the same time that you were doing the freelance

14   work, you were also -- were you still working full-time for

15   Capo Marknadskommunikation?

16   A.  Yes.  At that time, I was working full-time for Capo as

17   well.

18   Q.  And did there come a time where you stopped doing the

19   freelance work?

20   A.  Yes.  So around 2013, I -- I wasn't comfortable anymore

21   with these types of jobs.  And also I -- my Bitcoin savings,

22   which I had at the time, had also appreciated.  I had a

23   little bit of money to actually quit my job at Capo.  But

24   also I stopped doing these freelance jobs because I had

25   no -- I had no -- I didn't want to continue with that and I

1    wanted to switch to other interests of mine.

2    Q.  Just --

3    A.  So --

4    Q.  I'm sorry.  Were you finished, Mr. Sterlingov?

5    A.  Yes.

6    Q.  Thank you.

7            And then just backing up a little bit now back to

8    about 2009-2010, you said you moved to Gothenburg, Sweden,

9    at some point?

10   A.  Yes.  While I was still working at Capo, I moved to a

11   city about two hours away which is called Gothenburg.

12   Q.  And is that when you started going to meet-ups?

13   A.  I was going to meet-ups before that.  But that city had

14   many more meet-ups, and I continued going to meet-ups.

15   Q.  For those of us who don't know, can you just briefly

16   describe what a meet-up is.

17   A.  Yeah.  Meet-up is just a semi-official organized meeting

18   of people who have similar interests.  I would be going to

19   meet-ups of people that are interested in programming,

20   computers, sometimes video games, and they would typically

21   be -- I would call a meet-up if it's something like up to --

22   I don't know the exact number, but maybe up to 50 people.

23   So it's like a small conference or a small meet-up for

24   people that have common interests where they meet to discuss

25   those interests.

1    Q.  And where did you live when you were in Gothenburg?

2    A.  I lived in a couple of student rooms first for I think

3    the first year.

4          And then I got a small studio apartment, which I

5    had for the rest of my time living in Gothenburg.

6    Q.  And you mentioned -- well, you mentioned having Bitcoin.

7          Do you remember the first time you heard about

8    Bitcoin?

9    A.  I don't remember the specific first time.  But I started

10   reading about Bitcoin first.  Mentions of Bitcoin had been

11   coming up on various news websites for web developers and

12   for computer people, people that were interested in

13   computers.

14         Regular people did not really know anything about

15   Bitcoin at the time.  But the special websites that were

16   already discussing computers, they mentioned Bitcoin a lot,

17   even that early on.

18         So I think I read about it a couple of times

19   before it kind of clicked.  And then there was one article

20   which I read which basically explained the whole thing to

21   me.  And I got really interested.  It seemed like a very

22   cool technology with a lot of potential that I -- it just

23   really fascinated me.  I thought the technology was

24   interesting.  I also thought that the potential for

25   improving the society was also interesting.

1          I've never -- I've never read about anything else

2    like that that had -- where there was, like, some technology

3    that could change people's lives directly.

4          I don't know if that sounds too philosophical, but

5    it's kind of hard to explain.  I think Bitcoin has a lot of

6    potential to eliminate a lot of problems with our financial

7    system, which maybe there aren't as many in America or in

8    the developed world, but in, like, post-Soviet countries and

9    many other countries, there are a lot of problems where

10   people get a lot of -- where people are being put in

11   positions of power and they start abusing that power.  And

12   Bitcoin seeks to eliminate the need for that.

13   Q.  And do you remember about when you first got interested

14   in Bitcoin?

15   A.  It must have been around 2010, 2011.

16   Q.  And do you remember -- did you start going to Bitcoin

17   meet-ups?

18   A.  Yes.  Once I got interested in Bitcoin, I started going

19   to Bitcoin meet-ups.

20   Q.  Do you --

21   A.  I stopped -- I switched to Bitcoin meet-ups from regular

22   computer meet-ups.

23          A lot of the people on those meet-ups were sort of

24   the same kind of people that I was -- so for me, that was

25   one of the big reasons why I continued going to meet-ups,

1    because I was meeting people that I thought was cool, that

2    had -- usually they had interesting jobs.  They had -- I

3    could talk to them about technical topics, about computer

4    topics.

5            And again, it was sort of a way to meet people and

6    meet new friends, which at the time I was struggling with.

7    Q.  And do you remember the first time you bought Bitcoin?

8    A.  I believe so.  I believe I have the -- at least one of

9    the first times when I actually bought Bitcoin.

10   Q.  And could you just describe to the jury how you bought

11   Bitcoin as you recall it that first time?

12   A.  Yes.  So it was in a meet-up in a restaurant, as many of

13   them typically are.  I would say most of them that I've been

14   going to afterwards were in restaurants.

15           And this was a meet-up that I'd been before, I

16   think one time before.  And then the next time I came back;

17   and after seeing somebody trading Bitcoin before, I came

18   prepared.  I had my laptop.  And I found a person who was

19   selling Bitcoin at the time.  I think he was a miner.

20   Q.  When you say "miner," do you mean like a miner,

21   M-I-N-E-R, or like a minor like a child?

22   A.  I'm sorry.  Yeah.  A Bitcoin miner.

23   Q.  Could you just briefly explain what a Bitcoin miner is

24   to the jury, just so --

25   A.  So briefly, in Bitcoin, there are these -- it's a

1    network of computers, the Bitcoin network.  Right?  And this

2    network needs certain computations to be made so that the

3    network can function.

4        And miners are the people who have specialized

5    computers that are performing these calculations so that the

6    rest of the Bitcoin network can function.

7        And these miners, they get paid in Bitcoin for

8    kind of keeping doing that, keeping helping the network.

9        It's just -- it's just a term from Bitcoin.

10   They're called mining -- miners.  It's -- I didn't make up

11   the term.  It's what it's called.

12   Q.  And then this person that you thought may have been a

13   Bitcoin miner, did they sell you Bitcoin?

14   A.  Yes.  I bought Bitcoin from them, from him.

15   Q.  And how did you know -- well, do you remember what year

16   this was?

17   A.  This must have been in 2010.  I don't think it was in

18   2009.  So it must have been 2010.

19   Q.  And how did you know what price to pay for the Bitcoin?

20   A.  It was a difficult process.  There was no -- I think we

21   had to go to, like, an IRC chatroom.  IRC is just a type of

22   a chatroom where a lot of people online who are talking

23   online, they hang out in these chatrooms.  And that's where

24   people were trading Bitcoin at the time when they were

25   trading it online.

1          And I think I went to go to a chatroom and, like,

2     check some of the recent trades in order to decide what the

3     current price was.  I don't remember if there were any

4     exchanges at the time.  I don't think so.

5          In any case, the first exchanges that they had at

6     the time, people didn't really trust them because they

7     could -- you could lose your Bitcoin on an exchange and

8     nobody really knew who set up those exchanges or how they

9     worked or where they were operating.  So there was no -- so

10    because there were no exchanges, there was no set price that

11    you could just check at that particular minute, like, what

12    the current price of Bitcoin is.

13         As I understand today, you can just go online and

14    there's -- there are many number -- there are many exchanges

15    out there where you can check the price.

16    Q.  And do you remember how much Bitcoin you bought?

17    A.  No.  But it was in the hundreds.

18    Q.  Do you --

19    A.  I remember seeing, like, hundreds in my wallet, but I

20    don't remember the actual number.

21    Q.  Do you --

22    A.  Like many hundreds.

23    Q.  And do you remember -- well, how did you pay for it?

24    A.  I paid with cash, as was typical.  That's what they

25    wanted.  That's what everybody wanted --

```
1    Q.  Do you --  I'm sorry.

2    A.  -- on the meet-ups.

3    Q.  And do you remember about how much cash you paid for the

4    Bitcoin?

5    A.  Yes.  I think --

6              MR. BROWN:  Objection.  Asked and answered.

7              THE COURT:  Overruled.

8              THE WITNESS:  Yes.  I think it was just short of

9    10,000 Kroners, which is about a thousand dollars

10   equivalent.

11   BY MR. EKELAND:

12   Q.  And do you remember where you got the money to pay for

13   that Bitcoin?

14   A.  Yes.  This money must have come from my paycheck

15   originally.  But I had cash at the time.  It was normal for

16   me to have small amounts of cash just at home in my wallet.

17   I don't think there's anything strange with that.  I don't

18   know where the particular bills came from.

19              I was also trading a few things on -- there is a

20   Swedish form of craigslist that's called Blocket where

21   everything like the -- it's pretty much craigslist, like

22   where you sell your old car or some tires or -- I sold a

23   screen once.  I sold a moped.  Just where you sell your

24   everyday regular things.

25              And at the time, people were paying with cash for
```

Sterlingov - DIRECT - By Mr. Ekeland

```
1    everything.

2    Q.  And did --

3    A.  Nowadays, it's a little bit different in Sweden.  They

4    got something like -- I think Cash App.  There's an app in

5    America called Cash App.  In Sweden they've got a similar

6    app.  A lot of those trades are done on this app now

7    instead.  But this was a long time ago.

8    Q.  And do you recall when you paid the cash for the

9    Bitcoin, where did the person that sold you the Bitcoin send

10   your Bitcoin to?

11   A.  They -- where did they send me Bitcoin?

12   Q.  Yeah; after you paid for the Bitcoin.

13   A.  Right.

14   Q.  Did they send the Bitcoin to your wallet, if you

15   remember?  Or where did the Bitcoin go to?

16   A.  Yeah.  They sent it to my wallet on my computer, my

17   laptop that I had with me to the meet-up.

18   Q.  And did -- I'm sorry.

19   A.  No.

20   Q.  And did you set up that wallet yourself?

21   A.  Yes.

22   Q.  Was that easy to do?

23   A.  I don't know if any regular person would think it was

24   easy to do.  I think it was much more complicated back then

25   than it is right now.  But it wasn't that much more
```

Sterlingov - DIRECT - By Mr. Ekeland

1    complicated than just installing some software.

2            But you did have to learn some new terms for the

3    whole Bitcoin thing, which was very new at the time.

4    Q.  And --

5    A.  So now it is very -- almost strange for me to see when,

6    like, in, let's say, 2020s, I could go out in, like, a

7    regular -- meet a new person on the street or in a bar and

8    you -- well, if I mention Bitcoin to them, almost everybody

9    knows what it is.  They know a little bit about it.

10           Back in the day, this was a completely niche thing

11   that nobody has ever heard about.  And even people that knew

12   that maybe had Bitcoin or even knew about it, they didn't

13   know all of the -- all these, like, little details that you

14   had to learn about Bitcoin, about the addresses and the

15   private keys and there are all these terms that you had to

16   learn.

17           So it was complicated in that sense.  But that's

18   what a lot of time on the meet-ups was -- that I was

19   spending on, because I was talking to these people and they

20   were teaching me about Bitcoin as well.

21   Q.  Do you know what -- do you know -- are you familiar with

22   the site bitcoin.org?

23   A.  bitcoin.org?

24   Q.  Yes.

25   A.  Yes.  I believe that's the main -- probably the first

 1    official site that Bitcoin -- so Bitcoin is open source.

 2    It's open-source software.  So I think that's the website

 3    where the developers of Bitcoin -- it's their official

 4    website, I think.

 5    Q.  Could you just briefly explain to the jury what

 6    open-source software is.

 7    A.  Yes, briefly.  So technically it just means that

 8    everybody can get access to the source code.  Source code is

 9    what -- it is what makes -- that's what the developers of

10    the software, that's what they use to make the software.

11    And in open source, everybody has access to that.

12            In practice, this means that a lot more people

13    have access to -- it's a little bit more, I would say,

14    democratic because a lot more people have inputs about how

15    the software should work or how it should be changed or how

16    it should be developed.

17            So it's both -- it's both a technical term and I

18    would say it's a governance -- it's a certain way of

19    governing software projects.

20    Q.  And could you download wallets from bitcoin.org?

21    A.  Yes.  I believe that's where I downloaded my wallet.

22    And that's where the main wallet that you could get that was

23    from bitcoin.org.

24    Q.  And after this first time that you bought Bitcoin, did

25    you buy more Bitcoin from people?

1    A.  Yes.  So I bought my first Bitcoin because I wanted to

2    see if I can make a little bit of money on the side buying

3    and selling it and taking a small profit, because I was

4    going to the meet-ups; and some people always talked about

5    they wanted to buy, somebody wanted to sell.

6         We kind of understood it was money, but it

7    wasn't -- at the same time, it wasn't money because nobody

8    really knew what it was.  And it was weird.  I know they

9    called it magic internet money at the time.

10        So I bought my first Bitcoin.  I bought a little

11   bit more than I wanted to because the guy wanted to -- he

12   gave me a good price, but he wanted to sell me more than I

13   was kind of planning on buying.

14        And at the time, I got a little bit worried that

15   what am I even going to do with this thing because it

16   wasn't -- I mean, now it's worth a lot of money, as we have

17   seen the price has gone a lot.  But back then, nobody talked

18   about that.  Nobody understood how expensive it was going to

19   get, what it was going to be, if it was going to survive,

20   like, the next six months.

21        And so, yeah, I was worried what I was going to do

22   with it.  So I tried to find somebody on the next meet-up to

23   buy a little bit of Bitcoin from me.  When I did that, I

24   made a little bit of profit, and then I kind of thought it

25   was cool.  Now I can make a little bit of money while

```
 1        meeting all these interesting people.
 2                    And I continued doing that for a while.
 3        Q.  And when you bought Bitcoin, was it always in the same
 4        way?
 5        A.  I'm not sure what you mean.
 6        Q.  Well, did you -- well, you testified that the first time
 7        that you bought Bitcoin, you bought it with cash from
 8        somebody in a restaurant.
 9                    And so when you bought Bitcoin, was it always
10        in-person transactions?
11        A.  No.  For a while it was because that was the only way to
12        buy it.  But eventually, I got accounts on exchanges.  I
13        also bought Bitcoin in peer-to-peer transactions online,
14        where I paid with other payment networks.
15        Q.  Could you just briefly explain to the jury again -- that
16        phrase is getting used a lot -- what a peer-to-peer
17        transaction is?
18        A.  Yeah.  To me, peer-to-peer is just when you're buying
19        from another individual.
20        Q.  And could you just take us through what are the steps
21        involved in a peer-to-peer transaction, say, in -- would you
22        do them in a chatroom or how did you -- how did that work?
23        A.  Right.  So in person, I would meet the person first and
24        we would discuss the trade, how much we wanted to trade.
25                    I would try to look at them and try to determine
```

1    if this person was dangerous or if they were gonna rob me or

2    something like that.

3            And then after we have decided on a trade, we

4    would -- I would give them the cash.  We would -- I would

5    send them the address where they need to send the Bitcoin.

6    And then they would send the Bitcoin.

7    Q.  And --

8    A.  If you're asking about online peer-to-peer trades, it

9    would be going on most of the time in a chatroom or just

10   message -- just text message, through a text message.

11   Q.  And just going back to the in-person peer-to-peer

12   transactions, would you be logged into your computer at the

13   same time that the person you were buying from was logged

14   into their computer?

15   A.  Yes.  It would be instantaneous, because I would want to

16   see that the transaction has gone through.  When the person

17   says that they send the Bitcoin, I want to see it in my

18   wallet that the Bitcoin has gone through and that nothing

19   has gone wrong with it either, which was a possibility.  I

20   think it's still a possibility, but it was much more

21   uncertain at the time, even without the person's -- any --

22   even without them trying to, like, trick me or not send me

23   Bitcoin.  It could still -- there are still a lot of steps

24   along the way where a transaction could get stuck or not

25   verified, as they call it.

1           But it's really similar to peer-to-peer trades

2     online.  They are also instantaneous.

3           And can I mention the trace?

4     Q.  Well, I --

5     A.  Because I think it's related to some of the claims.

6           THE COURT:  Why don't you just wait for the

7     question.  And just listen to the questions that Mr. Ekeland

8     is asking you and then respond to those.

9           MR. EKELAND:  Yes.  Thank you, your Honor.

10    BY MR. EKELAND:

11    Q.  And so just to -- leading up to that, the peer-to-peer

12    transactions, in a chatroom, I think you said, could you

13    just describe just briefly the mechanics of that for the

14    jury, just buying Bitcoin from somebody online, whether --

15    well, from a chatroom or however you did it?

16    A.  I understand.

17          So when I was -- whenever I'm buying Bitcoin

18    online, it's typically in a chatroom; and I would be

19    chatting with a person that I'm trading with.

20          After initial discussion and initial sort of

21    deciding on the terms and deciding on what we want to do, if

22    I am the first to send Bitcoin or to send some kind of

23    payment, as soon as I've sent that payment, I will write

24    them in the chatroom because the person would typically be

25    on the other end of that chatroom, so that they can see

Sterlingov - DIRECT - By Mr. Ekeland

1    instantly that I have at least -- that I'm claiming to have

2    made the transaction.

3              So they can see:  Okay.  Have they received it?

4    Have they not received it?  Have I messed up the address?

5    Have I messed up something else?

6              And if they're not trying to scam me, they will

7    typically instantly send the other side of the transaction,

8    like whatever they were selling me Bitcoin for or buying

9    Bitcoin for.

10   Q.  And did you ever get scammed?

11   A.  I actually got scammed relatively recently.  But I had

12   many years where I was not scammed while buying or selling

13   Bitcoin --

14   Q.  And --

15   A.  -- specifically.

16   Q.  -- going back to these peer-to-peer transactions -- and

17   I think this is 2010-2011.  Is that right?

18   A.  That's when it started.  Yes.

19   Q.  Do you recall hearing Agent Matt Price's testimony where

20   he said that he didn't believe these types of peer-to-peer

21   transactions you're discussing occurred a lot because it

22   requires a lot of trust?

23              MR. BROWN:  Objection.  I'm not sure that fairly

24   characterizes the witness's testimony.

25              THE COURT:  Why don't you just put the -- the

Sterlingov - DIRECT - By Mr. Ekeland

1  jury's recollection of the testimony controls.  But why

2  don't you just -- instead of asking about what he testified,

3  ask him the question straight up.

4  BY MR. EKELAND:

5  Q.  Do you think these peer-to-peer transactions in the

6  chatroom that you just described require a lot of trust?

7  A.  Peer-to-peer transactions in a chatroom require some

8  trust, which I would typically try to achieve that trust by

9  trying to see if that person has already traded with

10  somebody else or they have some sort of history on some

11  platform or I've traded with them before and the trade has

12  completed.

13  Q.  Do you recall generally what amounts of money you were

14  using in these peer-to-peer purchases?

15  A.  In dollar terms, a few hundred dollars, typically.  If

16  somebody asked me for, like, $10 of Bitcoin, I would sell

17  them $10 of Bitcoin, too.  But I would typically be looking

18  for a little bit higher amount in order to get the

19  percentage.

20           I don't think I've ever went above, maybe, 2,000,

21  a few thousand dollars equivalent.  I might be forgetting

22  some trade, but typically those amounts.

23  Q.  You were also selling Bitcoin at the time?

24  A.  Yes.  And as I said, I guess technically my second trade

25  was a sale of Bitcoin.  And I was selling it afterwards as

1    well.

2    Q.  And did you sell Bitcoin in person?

3    A.  Yes.

4    Q.  And did you sell it online?

5    A.  Yes.

6    Q.  Did you ever do an off -- well, do you know what an

7    off-chain transaction is?

8    A.  Are you referring to giving somebody your private key?

9    Q.  Yes.  Have you ever just given somebody your private key

10   to your wallet?

11   A.  Yes.  I remember a case one time where somebody was

12   trying to buy Bitcoin from me, and they just didn't

13   understand even the basics of how the wallet works, how the

14   software works.  And I had to explain all these steps for

15   them.

16        And then I set up a wallet on my phone or my

17   computer.  I'm not sure at the time.  In the beginning, I

18   used the computer a lot and then later I started using the

19   phone.

20        And then I set up the wallet for them and sent

21   Bitcoin to that wallet and then I just sent them the wallet

22   file.

23        So that sending of the wallet file to them, that's

24   what they call transferring of the private key, because I

25   had access to their -- to the private keys that were in the

1    wallet.  And the private keys is what lets you spend the

2    money in that wallet.  It gets a little bit technical here.

3    Just -- I want to explain it correctly.  So that me

4    transferring the wallet file, that was giving them the

5    private key.

6              I might have given somebody a private key at

7    another time as well.  It's -- I would agree it's not the

8    most common way to do Bitcoin transactions, because you

9    typically -- giving somebody your private key, that requires

10   more trust because they can -- it's like giving them the key

11   to your wallet.  So it does require more trust.

12             But a lot of these peer-to-peer transactions -- I

13   mean, many of them were just with my friends or somebody I

14   knew or just somebody who was trying to learn about Bitcoin.

15   And we would do a transaction that like $50 worth.  I

16   just -- it does require trust.

17             But if that person, you know, scams me for $50 and

18   then we're not friends anymore, I just don't think that's

19   such a high chance of that happening, which incidentally I

20   think is what happened with Mycelium wallet, where they have

21   shown you the Mycelium wallet I had on my phone.  I think

22   the one that says, "Burn, do not use," as best I can

23   remember.  That was just me giving somebody the private key.

24   So once I gave them the key to that particular wallet, I

25   labeled it as burned because now another person has a

1    private key.  I don't want to send any more money to that

2    wallet because somebody else has access to it.

3              And it's a -- it's a little technical detail in

4    that Mycelium wallet, you can't actually delete a wallet,

5    like a subwallet from the middle of the list.  I don't know

6    if you remember:  They were showing a screenshot from my

7    Mycelium wallet and there was like a list of, like,

8    subaccounts or subwallets.  When I had an account in the

9    middle, you can't even delete it from the app.  It's just

10   how the app works.  If you have more accounts after it, you

11   cannot delete the account that's in the middle.  So I just

12   renamed it and never touched it again.

13   Q.  Were some of your funds on your Mycelium wallet, did

14   they come from the purchases that you made of Bitcoin early

15   on?

16   A.  Yes.  That's where they all came from.  Most of them.

17   That's where most of them came from.

18   Q.  And just now going back to --

19              MR. EKELAND:  Your Honor?

20              THE COURT:  No.  No.  I'm just leaning forward.

21   BY MR. EKELAND:

22   Q.  Going back to this period of now 2010-2011, do you know

23   what a paper wallet is?

24   A.  Yes.  A paper wallet is pretty much a private key to a

25   wallet in some form.  There are different formats that you

1    can have that's printed on a piece of paper that is -- you

2    know, it's just a piece of paper.  It's not connected to any

3    computer; it's not connected to any phone; it cannot be

4    hacked from the internet.  It's just a way to have a wallet

5    that's in some ways more safe than a wallet on my phone.

6    Q.  What's written on the paper?

7    A.  Again, you can do it in a couple of different ways.  But

8    I have had paper wallets, for example, where the private key

9    is written.  It's a long line of letters and digits.

10   Q.  And you used -- did you use paper wallets a lot?

11   A.  I used a few.

12   Q.  Do you remember the last time you used a paper wallet?

13   A.  More than five years ago, I think.

14   Q.  And you said early on there weren't exchanges for

15   Bitcoin.

16           Do you remember -- well, did you start using

17   exchanges at some point?

18   A.  Yes.  So a few years in, when the exchanges started

19   coming up, some of them seemed more trustworthy than before.

20   And in some ways, it's much more convenient to use an

21   exchange or a website and not meeting people in person all

22   the time.  So yes.

23   Q.  And what -- could you just elaborate a little bit more

24   on what is so convenient about using an exchange?

25   A.  You can pretty much just do anything from -- trading.

1    You can do the buying and selling just from your computer.

2    And I guess it's safer in some ways and not safer in other

3    ways.

4    Q.  And --

5    A.  If you ask me more specifically, I might be able to --

6    Q.  Well, for instance, you've heard testimony about the

7    Mt. Gox account associated with the

8    plasma@plasmadivision@hotmail.com.  Is that right?  The

9    plasma@plasmadivision.com email address.

10    A.  Yes.

11    Q.  Is the plasma@plasmadivision.com email address your

12    email address?

13    A.  Yes.

14    Q.  And is the Mt. Gox account associated with that email

15    address -- and I believe we've heard testimony of it being

16    called Mt. Gox account No. 1 -- is that your Mt. Gox

17    account?

18    A.  Yes.

19    Q.  And was Mt. Gox one of the early exchanges that you

20    joined?

21    A.  Yes.  Mt. Gox was, if not the first one, one of the

22    earliest exchanges.

23    Q.  And to the --

24    A.  Mt. Gox is a good example of what I was saying earlier,

25    that some exchanges might be actually less safe than trading

1    in person, because in 2013 or '14, Mt. Gox -- well, I don't

2    know if you guys know, but it was hacked or was purported to

3    be hacked.  But in any case, it collapsed; and a lot of

4    people lost their Bitcoin and also their other money that

5    they had on the exchange in that whole collapse.

6    Q.  Did you lose Bitcoin when that happened?

7    A.  Yes.

8    Q.  And do you recall any other exchanges you used early on

9    besides Mt. Gox?

10   A.  Yes.  So I started using quite a few changes a few years

11   in.  So what happened a few years after I started trading

12   Bitcoin is that the price started going up a lot.  And I

13   wasn't from -- like from the very start, it's not like I was

14   thinking that I'm gonna just buy all of this Bitcoin and I'm

15   gonna sit on it and one day it's gonna be worth these

16   thousands of dollars.  But when the price started going up,

17   I was trading it, buying and selling it.  And I just had

18   some Bitcoin on my accounts that I was -- that I was trading

19   with.

20          And some of the Bitcoin I put in cold storage and

21   I put in other wallets.  And as the -- a few years in, when

22   the price started going up, suddenly I have a little bit of

23   a nest egg.  And I start thinking -- it's -- suddenly I have

24   some money, which I never really had large sums of money

25   before, and -- that was large to me.

1          And I started -- I understood that now that I have

2     this, you know, Bitcoin price might go down at any point,

3     especially at that time.  Neither me nor really people on

4     the meet-ups, they didn't expect it to go up and up and up

5     every year.

6          So I just started thinking that I need to figure

7     out more about how this thing works.  I need to figure out

8     some ways to maybe save this money, maybe make sure it

9     doesn't just disappear.  So I started learning about the

10    different exchanges and where I could put it or maybe how I

11    could invest it.

12         I started also learning about trading it online.

13    And by "trading," I mean this other type of trading where I

14    would try to predict the price, like looking at the chart

15    and try to predict the price of something, Bitcoin in this

16    case, through, like, different indicators and trying to make

17    money on the price movements of the market.

18    Q.  Were you successful --

19    A.  So I started learning about that.

20    Q.  Were you successful at trading Bitcoin?

21    A.  I am not sure how to answer that, because if you look at

22    the whole history of my trading, I think I made money

23    trading.  But a lot of that was just because all of my

24    trading was in the Bitcoin market that was just going -- the

25    whole market was going up and up and up.  And I think a lot

1    of my trades were successful just because I was in the

2    market.  I don't know -- I doubt that if I would have just

3    not have been doing any trading and just kept it all in

4    Bitcoin, that I would have more money on my wallets at the

5    time.

6              But it's -- I understood from the beginning that

7    learning how to trade is a long-term -- there are people who

8    are studying that for their lifetimes.  I started learning

9    about it.  I learned a little bit.  I don't think I'm a very

10   good trader.  That's just how it is.

11             MR. EKELAND:  Your Honor, I'm just checking

12   when the Court would like to --

13             THE COURT:  I'll leave it up to you.  Whenever you

14   want to take your break.

15             MR. EKELAND:  Okay.  Does the Court have a

16   preference?

17             THE COURT:  Well, now is fine if you'd like to do

18   it.

19             MR. EKELAND:  Let's take a short break.

20             THE COURT:  It's ten past 3:00.  Let's take a

21   break until 3:30.

22             We're getting far along with the case; but still,

23   don't discuss it, even amongst yourselves, and don't conduct

24   any type of research.  And I will see you all back here at

25   3:30.

```
 1                   THE COURTROOM DEPUTY:  All rise.
 2                   (Whereupon, the jury exited the courtroom at 3:11
 3      p.m. and the following proceedings were had:)
 4                   THE COURTROOM DEPUTY:  You may be seated.
 5                   THE COURT:  Anything anyone wants to raise before
 6      the break?
 7                   MR. EKELAND:  Nothing from the defense, your
 8      Honor.
 9                   MR. BROWN:  No, your Honor.
10                   THE COURT:  Let me ask, about how long do you
11      think this examination is going to take?  The reason I'm
12      asking is for scheduling purposes.
13                   We had -- you may recall there was one juror,
14      Juror No. 9, who has a doctor's appointment tomorrow morning
15      and can't be here until 11:00.  And we had discussed
16      whether, since we do have four alternates, whether we should
17      let that juror go, whether we should just start at 11:00.  I
18      can do my best to try to produce the jury instructions
19      tonight so we can do the charging conference tomorrow
20      morning.
21                   But it would be helpful to know how much time you
22      anticipate for scheduling.
23                   MR. EKELAND:  That's always a tough question.
24                   Your Honor, maybe a couple hours.  I don't -- say
25      one to three hours.  It's hard for me to tell.  I'm not
```

Sterlingov - DIRECT - By Mr. Ekeland

1    planning on doing a whole-day thing, but I do -- I have an

2    outline, but I do this a little bit by feel, too.  So I'm

3    not intending on going long, and I do like the idea of, you

4    know, maybe looking at the jury charges tonight and meeting

5    in the morning to go over the jury charges.

6            But I don't -- I don't know how long the

7    Government's cross is going to be.  But I think it is

8    conceivable that we rest our -- you know, depending on the

9    length of the cross, that we rest this case tomorrow, you

10   know.

11           THE COURT:  Okay.  Since the Government hasn't

12   heard all the testimony, it's probably going to be hard to

13   know how long the cross is going to be.

14           MR. BROWN:  Yes, your Honor.  I mean, maybe one to

15   two hours.  But it really does depend on the direct.

16           THE COURT:  Okay.  Why don't you all just think a

17   little bit about whether you want to tell the jury to come

18   in at 11:00 tomorrow or whether we want to let that one

19   juror go.  I'm happy to do -- if the parties agree on it,

20   I'm happy to do what the parties want.  If not, I guess

21   we'll probably just come in at 11:00.

22           MR. EKELAND:  Okay.  Thank you.

23           MR. BROWN:  Your Honor, I think that we'd be happy

24   to try to be efficient with the time before 11:00.  If we

25   can start, even if we don't finish the charging conference,

Sterlingov - DIRECT - By Mr. Ekeland

```
1     I think that would be a good use of time.
2               MR. EKELAND:  The defense agrees.
3               THE COURT:  Give me just a moment.
4               (Confers with the courtroom deputy privately.)
5               We have another juror tomorrow who has to leave at
6     3:30.  Just something else to think about.  And I think that
7     also -- it relates to a medical appointment of a family
8     member, is my recollection.
9               All right.  I will see you all shortly.
10              THE COURTROOM DEPUTY:  All rise.
11              (Thereupon a recess was taken, after which the
12    following proceedings were had:)
13              THE COURTROOM DEPUTY:  You may be seated.
14              THE COURT:  Let's get the jury.
15              THE COURTROOM DEPUTY:  All rise.
16              (Whereupon, the jury entered the courtroom at 3:33
17    p.m. and the following proceedings were had:)
18              THE COURTROOM DEPUTY:  The jury is present.  You
19    may be seated and come to order.
20              THE COURT:  Mr. Ekeland, you can continue when
21    you're ready.
22              MR. EKELAND:  Thank you, your Honor.
23    BY MR. EKELAND:
24    Q.  Mr. Sterlingov, I'd just like to turn your attention to
25    2011.
```

1          How old were you in 2011?

2    A.  I was born in 1988, so that should be 23.

3    Q.  Sounds right.

4          And were you still -- in 2011, were you still

5    living in Gothenburg, Sweden?

6    A.  Yes.  I was living in Gothenburg.  I was traveling

7    almost every week or every other week to Jonkoping as well,

8    because my -- the offices of Capo Marknadskommunikation were

9    in Jonkoping, and also my parents live there.

10   Q.  And in 2011, were you still doing freelance work?

11   A.  Yes.

12   Q.  And were you still going to Bitcoin meet-ups?

13   A.  Yes.

14   Q.  And were you buying and selling Bitcoin in 2011?

15   A.  2011, yes.

16   Q.  And were you taking any kind of classes or anything like

17   that, like --

18   A.  At the second half, so the fall and winter of 2011, I

19   also took classes in an online university.

20          MR. EKELAND:  Mr. Hassard, if we could put up

21   what's in evidence as Government's Exhibit 313.

22          THE COURTROOM DEPUTY:  It's coming up.

23          MR. EKELAND:  Thank you.

24   BY MR. EKELAND:

25   Q.  Mr. Sterlingov, do you recall this diagram from the

1    testimony in this case?

2    A.  I recall it.

3    Q.  And this is a diagram of a series of transactions from

4    the end of 2011?

5    A.  I believe so.

6    Q.  And up at the top here, where it says the Mt. Gox

7    account No. 1, is that your Mt. Gox account?

8    A.  Yes.

9    Q.  Now, do you see how your Mt. Gox account is sending some

10   Bitcoin to an address on the Bitcoin -- sorry -- on the

11   blockchain?

12   A.  Yes.

13   Q.  Do you recall this transaction?

14   A.  No.  I wish I recalled every transaction from 13, 14

15   years ago.  I just don't.  I wish I was able to tell you

16   exactly, Oh, I didn't do any of these transactions.

17           I just don't remember specific transactions from

18   that long ago.

19           I just --

20           THE COURT:  Why don't you just wait for the next

21   question.

22   BY MR. EKELAND:

23   Q.  Looking at this Bitcoin address right there, is that

24   your Bitcoin address?

25   A.  I --

```
 1                    MR. BROWN:  Object to vague.
 2                    THE WITNESS:  I don't know.  I don't know.
 3                    MR. BROWN:  Object to vague.
 4                    THE COURT:  He just said he didn't know.
 5                    MR. EKELAND:  Okay.
 6                    THE COURT:  That's fine.
 7      BY MR. EKELAND:
 8      Q.  Have you seen anything in your review of the discovery
 9      in this case to indicate that it was yours?
10      A.  No.  So I have no reason to believe it's my Bitcoin
11      address.  The reason I'm saying I don't know is just I don't
12      remember every Bitcoin address in every wallet from 13 years
13      ago.
14      Q.  And the same question for the Bitcoin address underneath
15      it:  Do you recall if that address is yours?
16      A.  No.  I don't recall that that was my address.
17      Q.  But have you seen that address in your review of any of
18      the discovery in this case in relation to being on your
19      devices or in your password list or anything that you
20      controlled?
21      A.  No.
22      Q.  And in your -- is this consistent with you just selling
23      Bitcoin to somebody in 2011?
24      A.  This is consistent with me selling Bitcoin to somebody,
25      as I was doing at the time.
```

```
1              When I'm looking at this, I'm thinking that this
2    is also consistent with if this was a part of some freelance
3    job where somebody asked me to pay for something or transfer
4    money to a certain account.  I just know that in the jobs
5    that I was taking at the time, that was a common -- like,
6    every project would have payment accounts associated with it
7    or hosting accounts or many other types of accounts which I
8    had to access to perform the tasks that they were asking me
9    to do.
10             I just know it was a commonplace task --
11   Q.  And that --
12   A.  -- in freelance jobs.
13   Q.  And you were doing a lot of freelance jobs in 2011?
14   A.  Yes.
15   Q.  And you were buying and selling --
16             THE COURT:  Careful about leading.
17             MR. EKELAND:  Oh, sorry.
18   BY MR. EKELAND:
19   Q.  And were you doing a fair amount of freelance jobs in
20   2011?
21   A.  Yes, I was.
22   Q.  And that Mt. Gox account No. 1, did you -- you provided
23   photo identification for that?
24   A.  I believe that was the case.  Yes.
25   Q.  And turning your attention to that Mt. Gox account
```

1    No. 2, that NFS9000 email there @hotmail.com, is that your

2    email address?

3    A.  No.  It's not an email address that I use or own.

4    Q.  And is that your Mt. Gox account, the Mt. Gox account

5    No. 2?

6    A.  No.

7    Q.  And just turning your attention to the Mt. Gox account

8    No. 3 with the email address kolbasa99@rambler.ru, is that

9    your email address?

10   A.  No.

11   Q.  And is that your Mt. Gox account?

12   A.  No.  It's not my Mt. Gox account.

13   Q.  And from -- now, you see how this Mt. Gox account No. 3

14   sends -- I can't see -- some U.S. dollars to AurumXChange

15   right there?  Did you have an AurumXChange account?

16   A.  I don't know.  I don't think so.  I haven't seen

17   anything.

18   Q.  But that's -- if you did have it, that's not your

19   AurumXChange account --

20           THE COURT:  Leading.

21   BY MR. EKELAND:

22   Q.  Finally, do you see this final -- this Liberty Reserve

23   account down here that says Shormint LR account?

24   A.  I see it.

25   Q.  Did you have a Liberty Reserve account?

1    A.  I used Liberty Reserve.  It was a common payment system

2    at the time.  It was -- it was used especially among people

3    from CIS countries.

4              THE COURT REPORTER:  Did you say "CIS"?

5              THE WITNESS:  I'm not sure what the term is.  But

6    the Eastern European countries, including the old Soviet

7    countries like Ukraine and Czech Republic and other Eastern

8    European countries.

9              At the time, it was very tough to kind of move

10   money around those countries because there was no developed

11   banking system or there were no apps.  People used many

12   types of these payment systems just to send money to their

13   families or friends or paying for something or paying for

14   services or buying things.  I remember that.

15   BY MR. EKELAND:

16   Q.  And do you see how it says Shormint LR account there?

17   A.  I see it.

18   Q.  Is that your Liberty Reserve account?

19   A.  No.

20   Q.  Did you ever have an email address shormint@hotmail.com?

21   A.  No.  That is not my email.

22             MR. EKELAND:  We can take that down, Mr. Hassard.

23             If we could just put us what is in evidence as

24   Government's Exhibit 316.  Let me clear it out.

25

1    BY MR. EKELAND:

2    Q.  And do you see -- do you remember the testimony about

3    this diagram?

4    A.  I think so.

5    Q.  And starting here, the Liberty Reserve account that says

6    Sterlingov Liberty Reserve account, that is your Liberty

7    Reserve account?

8    A.  I think so.

9    Q.  And it's sending some money on November 27th, 2011, to

10   your Mt. Gox account there, Mt. Gox account No. 1?

11   A.  I see the transaction.

12   Q.  And -- but you have no reason to doubt that that

13   plasma@plasmadivision.com is your Mt. Gox account?

14   A.  I don't have any reason to doubt it.

15   Q.  And that's the one you used your photo IDs for?

16   A.  Excuse me?

17   Q.  The Mt. Gox account, the plasma@plasmadivision.com

18   Mt. Gox account, is the Mt. Gox account that you provided

19   photo ID for?

20   A.  Yes.

21   Q.  And it was in your own name?

22   A.  Yes.

23   Q.  Do you see this transaction here where your Mt. Gox

24   account is sending some money to an address on the

25   blockchain?

 1    A.  Yes.

 2    Q.  Then do you see it's sending some money to Silk Road?

 3    A.  Yes.

 4    Q.  And that user PAS, P-A-S, Silk Road account, is that

 5    your Silk Road account?

 6    A.  I have no reason to doubt it.  I had a Silk Road

 7    account.  I didn't remember after all this time what the

 8    username was.  But I've seen it in the documents.  I think

 9    it was my Silk Road account.

10            So --

11    Q.  And did you see -- sorry.

12    A.  So I used Silk Road for a small number of -- I bought

13    some psychedelics.

14            As I was explaining earlier at the time, I was

15    struggling with severe depression.  I tried really hard to

16    stay away from, like, hard drugs and even alcohol because I

17    knew that, you know, depression is -- it's a high risk to

18    become addicted to things.  I really tried to stay away from

19    that.

20            But my attempts to get help from the Swedish

21    health -- mental health services, they were not very

22    successful.  I did not get the help that I wanted.  I also

23    had quite a few friends that were dealing with the same

24    issues, and they also -- they told me the same things about

25    the Swedish healthcare system in that regard.

1          And I was reading several studies about
2    psychedelics and how they were used in treating depression
3    and a couple of other mental health issues; and I decided to
4    try some psychedelics to self-medicate, essentially.  I did
5    not know anybody in sort of real life who was, like, selling
6    drugs or who I could get the psychedelics from.
7          So yeah.  I got a Silk Road account.  I got a few
8    psychedelics back in -- the last time I think was 2012.
9    Q.  And were those -- I'm sorry.  Were those the
10   transactions that Agent Santell testified about?
11   A.  Yes.
12   Q.  And I just want to direct your attention to up at the
13   top above the Silk Road account.  Do you see there's 60.41
14   Bitcoin going into the Silk Road account?
15   A.  I see it.
16   Q.  And do you see how coming out of the Silk Road account
17   there's a little bit more, 60.8 Bitcoin coming out?
18   A.  I can see that.
19   Q.  Do you know why that might be, why more Bitcoin is
20   coming out of your Silk Road account than went in?
21   A.  I'm just not sure after this much time.  I remember that
22   I was hesitant while I was buying the psychedelics on Silk
23   Road, and I think this was the last -- this was after my
24   last transaction on Silk Road, where, again, I wasn't
25   comfortable anymore buying from Silk Road.

1          And eventually, I found other -- so for treating

2     my depression, I think people should be really careful with

3     these psychedelics.  But for me, I noticed a good effect

4     when I was trying them.  I think they helped me with my

5     depression.  So I wanted to find another way to kind of use

6     the psychedelics for continued treating of my depression.

7          But I wasn't comfortable using Silk Road, so more

8     recently in 2018 and '19, I found something called Ayahuasca

9     Retreats.  I started --

10         MR. BROWN:  Your Honor, pardon the interruption.

11    The question was:  Does the witness know why the withdrawal

12    from Silk Road was larger than the deposit?

13         THE COURT:  Yes.  I think it's a good point.

14         I'm trying to be respectful of the witness, but I

15    do think it's important to just listen to the questions

16    being asked.  Your attorney will get around to asking other

17    questions as followups.  Just listen carefully to the

18    questions he's asked and answer those.  Then he'll proceed

19    as he thinks appropriate for further questions.

20         THE WITNESS:  I'm sorry, your Honor.  He just

21    mentioned Silk Road, and I feel like this is something I had

22    to explain.

23         THE COURT:  I'm not chastising you.  I just want

24    to, going forward, make sure we listen carefully.

25         THE WITNESS:  I'm sorry.

```
 1    BY MR. EKELAND:
 2    Q.  And this transaction was in 2011.  And I think, if I
 3    recall correctly, you also just testified that you did buy
 4    some psychedelics from Silk Road in 2012.  Is that right?
 5    A.  I think so.
 6    Q.  But that was -- what Agent Santell testified to was the
 7    extent of all the psychedelics you bought from Silk Road; is
 8    that fair?
 9    A.  Yes.  That's correct.
10    Q.  And just --
11    A.  Because --
12    Q.  I'm sorry.
13    A.  That's just kind of the point I was trying to make.
14    That after this experience, I found a better way for me to
15    deal with my depression by going to these ayahuasca retreats
16    in Spain, which are completely legal there.  And so I
17    haven't bought any more psychedelics anywhere.
18              THE COURT REPORTER:  Can I just get a spelling on
19    the retreat in Spain.
20              THE WITNESS:  A-Y-A-H-U-A-S-C-A.
21              THE COURT REPORTER:  Thank you.
22    BY MR. EKELAND:
23    Q.  And just following this trace briefly through here from
24    this Bitcoin address down at the bottom here to Mt. Gox
25    account No. 2 -- and that, as you said, wasn't your Mt. Gox
```

```
 1    account?
 2              THE COURT:  I'm sorry.  If you could be careful
 3    about the leading.
 4              MR. EKELAND:  I'm just trying to -- understood,
 5    your Honor.
 6    BY MR. EKELAND:
 7    Q.  Following this transaction, do you see how it says
 8    "Bitcoin Fog" down at the bottom?
 9    A.  I see that.
10              MR. EKELAND:  Mr. Hassard, you can take this down
11    now.
12    BY MR. EKELAND:
13    Q.  Do you remember the first time you heard about Bitcoin
14    Fog?
15    A.  No.  I heard about mixing in general.  But I'm not sure
16    the specific time when I heard about Bitcoin Fog.
17    Q.  Do you remember what you heard initially about mixing?
18    A.  Yeah.  So about -- I want to say six months or a year
19    after me starting -- after I started going to these
20    meet-ups, people started mentioning mixing.  And it was just
21    another one of these weird geeky things that you kind of had
22    to learn with Bitcoin.  Like I said, I mentioned earlier,
23    there's, you know, private keys and there's Merkle trees and
24    there's mining and there was mixing.  It was just one of the
25    things that people said that you really should do to
```

1    preserve your privacy.

2              And I don't ultimately know if you need to be

3    doing mixing.  I decided to do it after hearing these people

4    on these meet-ups.  Some of them were saying you really have

5    to do it.  Some of them said it doesn't do anything.  Some

6    of them said you've got to do it sometimes.

7              I don't really know what the truth is.  I had to

8    learn all of this on the meet-ups.  There was no book.

9    There was no, like, website where you can get, like,

10   reliable information about it.

11             So --

12             THE COURT:  Again, listen carefully to the

13   question.  The question was just:  Do you remember when you

14   first heard about mixing?

15   BY MR. EKELAND:

16   Q.  And why were people saying you should use a mixer?

17   A.  To protect your privacy on the blockchain, which is

18   essentially -- my understanding is it's a public record of

19   all transactions that everybody's doing on the blockchain.

20             A specific reason that resonated with me was that

21   when one of the guys I was trading with, he explained to me

22   about these robberies that are happening to owners of

23   Bitcoin that had started going up in price a little bit

24   already.  That especially when you're trading in person --

25   if you're trading with somebody in person, they can identify

1    you on the blockchain because they know who you are right

2    there because you meet them.

3            And then through the blockchain, they could go and

4    they could track your transactions and they could track your

5    wallets and they could find how much Bitcoin you have or how

6    much Bitcoin you receive or who you are paying or who is

7    paying you.

8            And that there are cases where people get robbed

9    sometimes in their apartments.  People come to apartments of

10   owners of Bitcoin or other cryptocurrencies because they

11   have identified that there are some wallets there.

12           So that reason resonated with me; and after that I

13   became -- I started mixing more regularly.  I know other

14   people also used it just for private -- it's a privacy tool,

15   I think.

16   Q.  And what --

17   A.  The main point that I got out of it is it's a privacy

18   tool for Bitcoin that otherwise is not private.

19   Q.  And what mixers did you use?

20   A.  I used Bitcoin Fog mostly for most of my mixing.  I

21   think I tried a couple of other mixers.  But Bitcoin Fog was

22   the one that I got introduced early on, and it just kept

23   working.  And throughout the years, I think it was the

24   biggest mixer that everybody was recommending.  So I just

25   kept using it.

1    Q.  And after you mixed your Bitcoin through Bitcoin Fog,

2    where did you send your Bitcoin?

3    A.  Whenever -- wherever I needed it or just the trading or

4    to --

5    Q.  Did you --

6    A.  Sometimes I sent it to other people when I was trading

7    with them.  Sometimes I sent it to my exchange accounts.

8    Sometimes I sent it to my Mycelium wallet.  Just anywhere.

9    Q.  And was -- you've heard the testimony about your Kraken

10   accounts.  Do you recall that?

11   A.  I don't know what specific testimony you are referring

12   to.  But in general, yes.

13   Q.  After you mixed your Bitcoin -- some of the times when

14   you mixed your Bitcoin through Bitcoin Fog, did you send it

15   to your Kraken accounts?

16   A.  I probably did that.

17   Q.  And your Kraken accounts were KYC accounts?

18   A.  Yes.  My two Kraken accounts were KYC accounts.  One of

19   them was the account of my business.  But I owned the

20   business, so it's -- I'm just calling it my account as it's

21   an account of my business.

22   Q.  And was it a general practice of yours to mix your

23   Bitcoin through Bitcoin Fog before you sent it somewhere?

24   A.  Yes.  To mix it to achieve the privacy that I -- my

25   understanding was that I needed to do that for the safety

1    reasons that I mentioned.

2    Q.  And just turning your attention briefly to 2012, what

3    were you doing in 2012?

4    A.  In 2012, I still was working at Capo.  I was still

5    taking some freelance jobs on the side.  I was going to

6    meet-ups.

7    Q.  Were you still buying and selling Bitcoin?

8    A.  Yes.

9    Q.  And did you have a home computer in 2012?

10   A.  Probably yes.  Yes.

11   Q.  And do you remember if you remotely accessed that

12   computer in 2012?

13   A.  I don't think so.  Not in 2012.  Maybe.

14   Q.  Do you remember --

15   A.  At some point, I started accessing my home computer

16   remotely.  I don't remember the date of that.

17   Q.  And is there anything else about 2012 that you'd like to

18   share with the jury before we move on to 2013?

19          THE COURT:  I don't think that's an appropriate

20   question.

21          MR. EKELAND:  Withdrawn.

22   BY MR. EKELAND:

23   Q.  Moving on to 2013, how old were you in 2013?

24   A.  That would be 25.

25   Q.  25.  Okay.

1       And what were you doing in 2013?

2   A.  Well, one thing around 2013 or '14 or thereabouts, I --

3   the Bitcoin that I had saved had appreciated a lot because

4   the price started going up.

5       And at some point, I realized that I had enough

6   savings to get six months off my job or maybe even 12

7   months.  So that's what I did.  I took a leave of absence.

8   And my understanding was also that I could come back to my

9   job almost at any point because they were -- they were

10  hiring people at the time as well.  And also, me living in

11  Sweden, we have a really good social security system.  So I

12  wasn't really worried about becoming homeless or anything

13  like that.

14      So I just wanted to pursue other interests of

15  mine, and it was kind of a dream to get this time off my job

16  for a while and now I had the opportunity to do that.  So I

17  did that.

18  Q.  And did --

19          MR. EKELAND:  Mr. Hassard, could you put up what's

20  in evidence, I believe, as Government's Exhibit 850.

21          MR. HASSARD:  850?

22          MR. EKELAND:  850.

23  BY MR. EKELAND:

24  Q.  Do you recognize this email, Mr. Sterlingov?

25  A.  I have to say I don't recognize it from my memory.  But

1    I recognize it from seeing it in this trial.

2    Q.  And do you see how it says there in the middle that

3    you're running out quickly?

4    A.  Yes.

5    Q.  Is that a reference to you running out of Bitcoin?

6    A.  I believe there's another email that says that I was

7    running out of Bitcoin.  I think this one kind of mentions

8    it.

9    Q.  Uh-huh.  And that other email --

10           MR. EKELAND:  Let's take this down.

11   BY MR. EKELAND:

12   Q.  Do you recall the testimony about that email that the

13   Government elicited testimony on that you were running out

14   of Bitcoin?

15   A.  Yes.

16   Q.  And were you in fact running out of Bitcoin at the time

17   of that email?

18   A.  Should I wait for the email or not?

19   Q.  I'm not sure if I've got the right exhibit number for

20   it, Mr. Sterlingov.  If you could just recall from your

21   testimony.

22   A.  Okay.  So there -- there is an email where apparently

23   I'm telling somebody that I don't want to trade with them

24   because I've ran out of Bitcoin.

25           And I know that the Government brought it up in

1    this trial.  And they've also asked me about it already.

2            And it's just interesting to me because when I

3    read that, it kind of makes me wonder if they think even for

4    five minutes about this -- these theories, just because --

5    so this is --

6            MR. BROWN:  Objection.  This is far from the

7    question.

8            THE COURT:  The question, I think, was simply:  Do

9    you recall your testimony?  I'm sorry.  If you could recall

10   from your testimony.

11           So I think you were asking whether he simply

12   recalled the testimony that came in about that, about that

13   issue.

14           MR. EKELAND:  Yes.  It was:  Do you recall the

15   testimony --

16   BY MR. EKELAND:

17   Q.  Do you recall the testimony about the email where you

18   state that you were running out of Bitcoin?

19   A.  Yes.  I recall my testimony.  And --

20           THE COURT:  So that's the answer to that question.

21           So now ask your next question.

22   BY MR. EKELAND:

23   Q.  Were you actually running out of Bitcoin?

24   A.  No.  I did not ran out of Bitcoin.  That email, that --

25   I'm not seeing it, but there's an email where I mention that

1    I ran out of Bitcoin.

2            That was an email with somebody who I was probably

3    trading Bitcoin with beforehand.  This was not somebody that

4    I knew well.  This was not some of my friends.  This was

5    just a random person that I probably met in a meet-up and

6    that I traded a couple of times with.

7            I have different -- I had different wallets and

8    different -- I kept Bitcoin in different places.  And I did

9    not want to trade all of my Bitcoin.  Some of the Bitcoin I

10   wanted to save for future.  I kept it in paper wallets

11   sometimes.  I kept it in other wallets.  I'm not required to

12   trade all the Bitcoin that I have just because somebody

13   wants to trade with me.

14           And also, as I think I've mentioned once before, I

15   was worried about being robbed.  So this would be exactly

16   the kind of person that would be -- that I would be worried

17   about.  This is a random person that I met on the street

18   that I've already traded with that knows that I have

19   Bitcoin.  And they probably know my address.

20           I don't know if I mixed my Bitcoin or not when I

21   was trading with them.  Even if I did, they could figure out

22   what my wallet address is.  And this is the exact -- the

23   risk -- this is the person that was potentially a robber

24   that I was worried about.  Right?  I don't know if they

25   were.  I'm just saying, this is the type of person.

 1              So I am not gonna tell this person exactly how

 2    much Bitcoin I have and where.

 3              But what really kind of makes me question why this

 4    is coming up is that that email kind of destroys the whole

 5    theory, because --

 6              THE COURT:  I'm sorry.  I'm sorry.  But that's --

 7    I don't think this is responsive to the question posed.

 8              The question was simply whether you in fact were

 9    out of Bitcoin.

10              I think that was the question.  Right?

11              MR. EKELAND:  Yes.

12              THE COURT:  So I think you've answered that

13    question.

14              So you can ask the next question.

15              MR. EKELAND:  Mr. Hassard, if you could put up

16    what I believe is in evidence as Government's Exhibit 841.

17    BY MR. EKELAND:

18    Q.  Mr. Sterlingov, do you recognize that email from the

19    testimony in this case?

20    A.  Yes.  I recognize it.

21    Q.  And what is your understanding of what you're talking

22    about in this email?

23    A.  This is the email where apparently I am mentioning some

24    shady characters, quote, that are always hanging in

25    McDonald's and that they are starting to recognize me.

```
 1              I believe this is the same -- this is the same

 2    reason that I was worried about being robbed.  I just don't

 3    want to -- I think I traded Bitcoin at McDonald's a few

 4    times before that.  And I was just worried that some people

 5    that are hanging out there could be seeing me exchanging

 6    cash with somebody or doing something, you know, weird on

 7    our phones and just being attacked.

 8              MR. EKELAND:  You can take this down, Mr. Hassard.

 9    BY MR. EKELAND:

10    Q.  And, Mr. Sterlingov, do you recall there's been a lot of

11    testimony in this case about your notes?

12    A.  Yes.  I'm sorry.  Are you gonna ask me about the --

13    running out of Bitcoin?

14              MR. BROWN:  Objection.

15              THE WITNESS:  This is the point I'm --

16              MR. BROWN:  There's no question in front of the

17    witness.

18              THE COURT:  So there's not a question in front of

19    the witness.  I mean, I want to make sure the witness has

20    the opportunity to say whatever he wants to say in the case.

21              But why don't you go on, and we can come back to

22    this later.

23              MR. EKELAND:  I can ask him another followup

24    question on that.

25              THE COURT:  If you know what the followup question
```

```
1   is, yes.  That's fine.

2   BY MR. EKELAND:

3   Q.  In relation to the email we were discussing about

4   running out of Bitcoin, you weren't actually running out of

5   Bitcoin.  Is that your testimony?

6           THE COURT:  That's asked and answered, I think.

7   BY MR. EKELAND:

8   Q.  Is there anything else you'd like to share --

9           THE COURT:  Yes.  So I have --

10          MR. EKELAND:  I'll move on.

11          THE COURT:  We can talk about this.  I think the

12  rules with respect to counsel conferring with the witness

13  don't necessarily apply when the witness is the defendant.

14  So you may have an opportunity to talk with him during the

15  break if there's some question that he wants to suggest that

16  you ask.  But rather than doing this all in front of the

17  jury, why don't you go on and we'll talk about that later.

18          MR. EKELAND:  Certainly, your Honor.

19          Mr. Hassard, if you could please put up what's in

20  evidence as Government's Exhibit 711-A, as in apple.  And if

21  we could go to Page 6.

22  BY MR. EKELAND:

23  Q.  Can you see that, Mr. Sterlingov?

24  A.  Yes.

25  Q.  And do you see the title Temp Money?
```

```
1    A.  Yes.

2    Q.  What are you talking about there?

3    A.  I believe this was a list of all my accounts that I

4    tried to get into kind of this one document to just keep

5    them all in one place.

6             MR. EKELAND:  Can we just scroll very quickly to

7    the top of these notes.

8    BY MR. EKELAND:

9    Q.  Were these notes that you took on your computer?

10   A.  Yes.  This is a document from my computer.

11   Q.  And what kind of notes were you taking on this document

12   here?

13   A.  So there are quite a few notes on my devices.  There are

14   actually hundreds of pages.

15   Q.  And --

16   A.  I believe there's been a certain presentation to make my

17   notes look like they are some sort of well-planned,

18   well-structured evil plan.

19             I don't believe that's correct.  A lot of my notes

20   are not even structured really well.  A lot of my notes are

21   just, like, a hodgepodge mix of some philosophy quotes that

22   I found on the internet, some interesting ideas that I had.

23             This one is tracking of my packages.

24   Q.  We --

25   A.  The --
```

1    Q.  I'm sorry.

2              MR. EKELAND:  Can we scroll down to the heading

3    Packages?

4              THE WITNESS:  A lot of them are my -- something

5    that's called stream of consciousness.  And that's a

6    technique that I learned for my -- I mentioned my depression

7    already.  It's a good technique for, like, emotional

8    processing and processing trauma and stuff like that.  It's

9    where I just write down whatever comes into my head without

10   trying to filter it, without necessarily even go back and

11   reading it, just, like, trying to vent it on paper.  A lot

12   of these notes are like that.

13             I don't see how I could have been doing that.

14   There's hundreds of pages of notes of me venting.  And how

15   could I be running some sort of secret $100 million

16   operation for ten years and not mentioning it once in the

17   notes that I don't even read back?  I don't think that would

18   be possible.

19             Some of these notes have, like, cuss words in

20   them.  I apologize if you guys will be reading them if

21   anybody's offended by that.

22             A lot of the venting is -- I still use it for my

23   depression reasons.  So it's like when I have some negative

24   emotions that I am trying to process, sometimes it comes out

25   as cuss words.

1           I have some technical notes.  Some of these

2    documents are a little bit more structured.  I have a lot of

3    my passwords in these notes.  I have notes about my backups.

4    I have notes -- I have just hundreds and hundreds of links

5    that I've -- like every time there's a link that somebody

6    sends me or that I find on the internet that, there's, like,

7    something interesting about, I put it in my notes.

8           It doesn't mean that I like the link.  It doesn't

9    mean that I'm gonna buy the product.  It doesn't mean that I

10    agree with what's in the link.  It just might be something

11    interesting.  I might be saving it for somebody else that I

12    want to share it with.  Some of these notes are like other

13    people that have sent me some information.  It's just a mix

14    of everything.

15           I think that if you go through more than 300 pages

16    of my notes and you just pick and choose individual lines

17    here and there --

18           THE COURT:  I'm sorry.  I just think we're losing

19    the process here of just questions and answers.  And so I

20    think we should stick with that.

21           MR. EKELAND:  Your Honor, understood.

22           Mr. Hassard, could we go to Page 4?

23    BY MR. EKELAND:

24    Q.  Do you see where it says Level Zero Masked Goals?

25    A.  Yes.

1    Q.  What do you mean by Masked Goals?

2    A.  Right.  So the word "masked" is used here.  It's also

3    the name of this document.  It's actually a term from

4    computer science, it's something that happens to a processor

5    when a processor is doing, like, one specific task that it's

6    like 100 percent focused on.

7            And there are all these other events that are

8    typically happening in, like, a computer system, to try to

9    get the attention of the processor, if you will, away from

10   that specific task.  But for the time being, the -- whatever

11   program it is, it doesn't -- it cannot switch from what it

12   is doing.  Then it is called -- these extraneous events,

13   they're called masks.  They're called masks or maskable

14   interrupts.

15           It is a term from processor programming.  It's

16   very easy to Google.  I don't know if you are allowed to do

17   that.  I don't know if we have the exhibit.  But that's

18   where the name comes from.

19           And I mean, I apologize for, like, even taking

20   time with this.  But it's just the Government has been using

21   these.  I think they said something like my file masked is

22   about, like, his efforts to stay masked.

23               MR. BROWN:  Objection.  Argumentative and --

24               THE COURT:  Yes.

25               MR. BROWN:  It doesn't fairly characterize the

 1          evidence in the record.

 2                    THE COURT:  Fair enough.

 3                    I think you can leave argument in the case to your

 4          lawyer to make.  But he can ask you the questions and

 5          establish the record that way.  And then you can talk with

 6          him about whatever arguments you think should be made.

 7          BY MR. EKELAND:

 8          Q.  Would it be fair to say --

 9                    THE WITNESS:  Your Honor, I'm sorry.  I'm just

10          trying to explain things about my notes that I don't think

11          anybody else can explain.

12                    THE COURT:  That's entirely fair.  And --

13                    THE WITNESS:  Can I just add the last thing to

14          that?  I'm gonna try to not be an argument.

15                    THE COURT:  Okay.  That's fine.

16          BY MR. EKELAND:

17          Q.  Would it be fair to say, Mr. Sterlingov, that your

18          masked lists are just to-do lists?

19          A.  Sometimes they're to-do lists.  But more generally, they

20          are things that are -- that I didn't want to deal with in

21          the moment.  And I just wrote them down as something that I

22          wanted to maybe come back later or check out later, just

23          like the processor analogy.

24                    And if you look through my masked document,

25          there's also a second document that's called Tech Specific

1    Masks where the word "masked" is used in the same meaning.

2    They don't contain any efforts to stay masked, I guess.

3              MR. EKELAND:  We can take this down, Mr. Hassard.

4    BY MR. EKELAND:

5    Q.  And then I just -- turning your attention to 2014, are

6    you still working for Capo Marknadskommunikation in 2014?

7    A.  That would be around the time where I got my leave of

8    absence.

9    Q.  And then did you return to Capo after your leave of

10   absence?

11   A.  I returned to them, Capo, at times just to -- they asked

12   me to come back and kind of work on a couple small issues

13   that they had that only I had knowledge about.

14             But I didn't -- I never returned as a long-term

15   employee at Capo.

16   Q.  And then what, if anything, did you do to earn a living

17   after you left your full-time position at Capo?

18   A.  I had a few attempts at projects.  But I never made any

19   money on any of my projects except maybe a little bit on the

20   music studio.  So all my money came from Bitcoin, from the

21   Bitcoin price appreciation.

22   Q.  Did you say you had a music studio?

23   A.  Yes.  Around that time, I think 2014 or '15, me and two

24   of my friends, we came together to start a small music

25   studio where people were coming in and recording their

1    projects.  This was one of those -- this is one of the

2    reasons I wanted to leave my job to try to do more

3    interesting things that I had the opportunity to do, that I

4    had now time to do when I didn't --

5    Q.  And is that music studio still operating?

6    A.  No.  We shut it down after a few years.  It operated for

7    a few years.  We never made any money.  We made a little bit

8    of money selling it.  But just everybody lost interest after

9    a while, and we just closed it down.

10    Q.  And were you working on any other kinds of projects

11    during this time period, 2014-2015?

12    A.  I had a lot of ideas.  Almost every year, I had a lot of

13    ideas that I was trying to pursue.  There were very few of

14    them that came anywhere.  In 2014, I think that was the year

15    where I tried to set up something called Hedged Wallet,

16    which was the one Bitcoin-related project that I came --

17    even -- it was never operating -- I could never finish it.

18    But that's the one project that I came most close to

19    actually creating a Bitcoin project.

20    Q.  And what was Hedge Wallet?

21    A.  Hedged Wallet was a wallet that was gonna kind of trade

22    Bitcoin for you.  But -- so I gave up on the Hedged Wallet

23    because as I started -- as I figured out what it was going

24    to be and I started writing some code for it; and I had to

25    hire somebody to even help me with the Bitcoin code because

Sterlingov - DIRECT - By Mr. Ekeland

```
 1            I couldn't write all that Bitcoin code myself.

 2                    As we had finished a part of the project and we

 3            started testing it, it was actually losing money even

 4            without -- so we never put any real money in it like any

 5            real Bitcoin.  But as we were testing the code on the back

 6            end, when we were doing the different transactions, there

 7            was money already disappearing from the accounts.

 8                    So there must have been some kind of bug in the

 9            code that we had.  And I tried to -- like I tried to find a

10            solution for a while.  But I just couldn't -- I couldn't

11            find a solution myself.

12                    And I thought that maybe I could find some other

13            expert, you know, yet another person that maybe could go

14            into it and try to resolve these problems.  But I just -- I

15            mean, I got scared that I would end up like Mt. Gox project,

16            meaning that I would lose a lot of money for other people

17            because I didn't know how to complete this project and why

18            the money was disappearing from the accounts.

19                    And even if somebody would fix the problem, I

20            would still not know where it came from and where the next

21            problem like that would come from.

22                    So eventually, I just gave up the whole idea.

23            And --

24            Q.  And then --

25            A.  -- other than that, I didn't have any Bitcoin projects
```

Sterlingov - DIRECT - By Mr. Ekeland

```
 1   ever.
 2   Q.  Well, turning your attention to January -- I'm sorry --
 3   turning your attention to 2015, what sort of projects or
 4   what were you doing in 2015?
 5   A.  In 2015, I think the studio was still operating.  And I
 6   think that was the year where I started working on my Moon
 7   VPN project.
 8   Q.  And could you describe -- are you referring to the To
 9   the Moon VPN project?
10   A.  Yes.  That's the same thing.
11   Q.  Could you explain your To the Moon VPN project to the
12   jury?
13   A.  To the Moon was going to be a VPN service that was gonna
14   take Bitcoin, among other things.  I'm not describing that
15   as a Bitcoin project because it wasn't gonna handle any
16   money for clients.  It was just gonna -- you were supposed
17   to be able to pay with Bitcoin for VPN.
18             And I was trying to get it off the ground for a
19   while.  It kind of came in waves.  I got interested and then
20   I got interested in other things.  I let it sit for a while
21   and then I would come back.  I would try to finish some
22   more -- do more work on this VPN.
23             This was my company in Malta.  It's the same thing
24   as the Moon VPN.  It's the same thing as Bit Coaster.  It's
25   just -- in Malta, they always have two companies to register
```

1    the same -- I guess rather two legal entities to register

2    the same company.  So one of them is Bit Coaster; one of

3    them is Moon VPN.  But they're part of the same thing.

4    Q.  Why did you register your company in Malta?

5    A.  Just tax reasons.  Malta is a European, fully -- what's

6    the word? -- fully compliant jurisdiction in Europe; and you

7    get all the access to, like, European markets and it has

8    good -- like a good legal system.  It's a developed country.

9    But it has very low tax for Europe.

10   Q.  And did your To the Moon VPN project -- did it ever

11   develop a customer base?

12   A.  No.  It never came to that.  It was never a completed

13   project.  It had a website and I used a -- so I didn't

14   actually develop the code for Moon VPN because it was just a

15   constructer that people could use to make their own VPNs.

16   It's called WHMCS, I think.

17           So I got that.  And I started configuring it and I

18   got a server in Romania that was the Moon VPN server.  And I

19   got to hire somebody else to write the Bitcoin code for

20   that, for accepting Bitcoin.

21           And I just did some work on it and I think it

22   was -- I guess almost operational, but there were never any

23   clients other than like my friends that I asked to just,

24   like, Hey, I'm making this VPN.  Can you be -- can you make,

25   like, an order so that I can test the website?

1    Q.  Turning your attention to 2016, do you recall what you

2    were doing in 2016?

3    A.  In 2016, I was probably doing the same things.  I

4    also -- so I was still learning how to trade, "trade"

5    meaning trying to predict the prices.

6          Throughout these -- I think 2014 and '15 and '16,

7    the Bitcoin price started going up even more than it did

8    before.  Suddenly I had even more money than I did before

9    without even really, like, doing anything except that I held

10   onto the Bitcoin.

11          I started learning more about the different

12   exchanges, the trading.

13          I think at that time I already started my learning

14   to become a mental health coach.  It's this -- another thing

15   that I wanted to do, like I was also one of the reasons I

16   wanted to take a leave of absence from my job, because I had

17   an interest in that for a long time, connected to me, you

18   know, struggling with my depression, but also I had interest

19   to become a coach that could help other people with those

20   problems as well.

21          So I started going to seminars and different

22   retreats and things like that to learn how to be a mental

23   health coach.  Just chronologically I think it was around

24   that time.

25   Q.  Then just turning your attention to 2017, did you in

1    2017 travel to Miami?

2    A.  Yes.

3    Q.  And do you recall how long you were in Miami?

4    A.  In 2017, it was three months.

5    Q.  And were you traveling a lot during this period?

6    A.  I traveled quite a bit, I would say.  In terms of

7    traveling within Europe, for many years I travel a lot.

8    It's quite easy to travel between different countries in

9    Europe.  It's like going to a different state, I think, if

10   you compare to the U.S.  You don't need any visas or

11   documents.  You just drive there.  You can drive to another

12   country in three hours.

13   Q.  And at this point in time, were you remotely accessing

14   your home computers on your travels?

15   A.  In 2017, I'm not sure.  I probably had accessed my home

16   computer before that.  But I don't think it was -- I don't

17   think I had it for three months on in Miami.

18              MR. EKELAND:  If we could get what is -- I believe

19   it's in evidence -- as Government's Exhibit 414-C, as in

20   Charlie, up on the screen, Mr. Hassard.

21              THE COURT:  If any jurors want to stand up and

22   stretch, you're welcome to do so.  I'm told it's good for

23   you to get up every now and then.

24              MR. EKELAND:  How long are we going today?

25              THE COURT:  Until 5:00.

1          MR. EKELAND:  If we could scroll down to post No.

2     10.

3     BY MR. EKELAND:

4     Q.  Mr. Sterlingov, do you recognize these messages from the

5     previous testimony in this case?

6     A.  Yes.

7     Q.  And could you just briefly summarize what these message

8     threads are about?

9     A.  These are my communications with an exchange called

10    Bitstamp, with their support.  And the last messages that I

11    believe we had talked about or like the most recent ones

12    are -- I pretty much just got frustrated with their support,

13    and I'm copy-pasting messages.

14    Q.  Did --

15    A.  Bitstamp was already at that time -- Bitstamp was

16    already an exchange that I was trying to stop using because

17    it is -- at that time, I probably had accounts on several

18    other exchanges.  And Bitstamp had the least -- the worst

19    functionality of all of those exchanges that I already had

20    experience with.  I think you could only trade one

21    cryptocurrency on it, whereas you can trade sometimes

22    hundreds of other -- of cryptocurrencies on other exchanges.

23          The interface was not very good.  And of course a

24    lot of these KYC questions, I know they've come up, but I

25    had at that time experience with other exchanges and their

1    KYC questions as well.

2            And when these, like, ten huge questions from

3    Bitstamp from their KYC -- when I saw that, that they're

4    asking me the same questions again as I have already

5    answered, and they -- the level of detail that they're

6    asking, to me it seemed like there was something else going

7    on there.  It's not just KYC, because I talked to KYC on

8    other exchanges.  I've never seen this many questions being

9    asked.

10            This is probably -- I'm not -- I don't know what

11   Bitstamp is doing.  I'm just explaining my thinking at the

12   time, I guess, why I got frustrated at their support,

13   because I was already trying to stop using the exchange; and

14   then I'm providing them answers and they just are asking

15   more questions and more questions.

16            MR. EKELAND:  Mr. Hassard, could we scroll down to

17   message number -- post No. 23.  Actually, could we go to

18   post No. 22 above that.

19   BY MR. EKELAND:

20   Q.  Do you see that post No. 22, Mr. Sterlingov?

21   A.  Yes.

22   Q.  Are those some of the kinds of questions you were being

23   asked that were frustrating you?

24   A.  I think partly.  But it seems like here there's only

25   three questions.  So this is a better -- I think at some

1  point Bitstamp was asking for, like, ten different

2  questions.  And then they asked the same ten different

3  questions again, which I don't think are in this post

4  particular -- this particular post.

5           MR. EKELAND:  If we could scroll down and go to

6  posts 28 through 40.  Then if you could scroll down to,

7  actually, post 29 -- actually, hold on right there.

8  BY MR. EKELAND:

9  Q.  Do you see that -- where Urban Kosem is asking you about

10  the .46 Bitcoin deposit?

11  A.  Yes.

12           MR. EKELAND:  If we could just scroll down to --

13  some more to the reply.

14  BY MR. EKELAND:

15  Q.  And then you reply there in post No. 30.  What is your

16  understanding of what you're saying there?

17  A.  I'm saying that this payment was connected to a payment

18  from a client.  I'm saying that I forgot that they were -- I

19  think they were asking about my past payments first.  But I

20  got it confused with the more recent payment or --

21           MR. EKELAND:  If we could scroll down a little bit

22  to 31.

23  BY MR. EKELAND:

24  Q.  Do you see there where they're saying that they notice

25  your BTC address had never received any BTC?

 1    A.  Yes.

 2              MR. EKELAND:  Could we scroll down to 32.

 3    BY MR. EKELAND:

 4    Q.  If you could just take a look at that and just --

 5    instead of just reading it to the jury, just summarize your

 6    understanding of your response to them.

 7    A.  At this point, I'm just trying to explain to them

 8    something about my invoices.  But I think I shouldn't have

 9    sent this invoice to Bitstamp, because those invoices were

10    for my own records.  I know that some of those invoices

11    might have some incorrect information.  I never intended to

12    send those invoices anywhere.  And I wasn't required to.

13    They are -- I don't know --

14    Q.  Are those the Code Reactor invoices that you're talking

15    about?

16    A.  Yes.  Those are the Code Reactor invoices that the

17    Government I think found on my computer.

18              MR. EKELAND:  Mr. Hassard, if we could pull up --

19    we'll come back to this one -- what's in evidence as

20    Government's Exhibit 414-A, as in apple.  414-A.

21    BY MR. EKELAND:

22    Q.  Is that one of those Code Reactor invoices?

23    A.  Yes.

24    Q.  And you testified that you didn't send them out to

25    anywhere?

1          MR. BROWN:  Objection.  I think that misstates the

2    witness's testimony.

3          THE COURT:  You shouldn't be leading anyway.  Why

4    don't you just ask him.

5    BY MR. EKELAND:

6    Q.  What were those invoices for?

7    A.  These invoices were for me trying to tax some Bitcoin

8    that I had at the time that I had remaining from some of my

9    freelance jobs some years before that.

10          So I had a wallet with Bitcoin that I had received

11    for those jobs, and I hadn't taxed it at the time.  And I

12    kind of understood that I need to tax it because those were

13    for the jobs; and I was trying to figure out the best way in

14    Sweden what would be to tax them.

15          Also, considering that that money was in Bitcoin

16    and the Swedish government and the Swedish system, they

17    didn't understand Bitcoin.  You couldn't just go to them and

18    tell them, Oh, I have this Bitcoin from a client.  They

19    see -- they want to see the money on, like, a Swedish bank

20    account.  Once it's in the Swedish system, then you can tax

21    it.

22          So I was trying to figure out what the best way

23    to -- how to exchange that, how to tax that.

24          I found a simple form of a business.  I think it's

25    something like a simplified version of -- I think there's

1    something in the U.S. called sole proprietorship.  That's a

2    very similar form of business.  It's not really even a

3    business.  It's just my -- it's my Social Security number.

4    It doesn't have its own number.  It's a very limited form of

5    business that has very strict limits, even on the amounts.

6            And --

7    Q.  Do you --

8    A.  -- I've heard that -- there's been allegations that I've

9    been trying to launder my alleged hundreds of millions of

10   dollars through these Code Reactor invoices.  That would not

11   be possible.  This business type is -- it would never work.

12   There are very strict limits.

13   Q.  And let --

14   A.  And they don't -- I'm sorry -- your question about the

15   invoices:  They don't require me to send any invoices.

16   There's no government requirement for that.

17           I decided to still make invoices to learn how to

18   do that in the future.  I thought I would still be doing

19   freelance jobs.  But I wasn't paying too much attention to

20   them.

21           And sometimes I just had to -- because these jobs

22   I have done three, four years prior.  And sometimes I had to

23   go back to, like, try to find my records and sometimes just

24   go back to the website that I was working on and try to

25   find, like, the DNS registration and get the name from

1    there.

2    Q.  Do these invoices reflect money that you actually earned

3    on freelance jobs?

4    A.  Yes.  And I think it had appreciated during that time as

5    well, because it was in Bitcoin.

6    Q.  It appreciated because you were paid in Bitcoin?

7    A.  Yes.

8    Q.  And are these actual customer names there, where, like,

9    Anton Beckman or I think we saw one that was Karl Marx?

10   Were you actually using customer names?

11   A.  I didn't see one that was Karl Marx.  I believe the Karl

12   Marx was something than an agent put in somewhere.

13   Q.  Were you generating these invoices?

14   A.  Yes.

15   Q.  And were you using an accounting program to do it?

16   A.  Yes.

17   Q.  And besides the one that you sent to Bitstamp, did you

18   ever send one of these invoices anywhere?

19   A.  No.  I didn't send them anywhere and I didn't need to

20   send them anywhere.  Like I said, for this type of business,

21   they never expected these invoices, which is why I didn't

22   pay as much attention to them as I would have if it was

23   another type of business.

24           MR. EKELAND:  If we could just take this down,

25   Mr. Hassard, and if we could just go back to what's in

1    evidence as Government's Exhibit 414-C, as in Charlie.  If

2    we could just scroll down a little bit more.

3    BY MR. EKELAND:

4    Q.  Do you see there in post 33 where it says the bulk of

5    your deposited BTC originate from mixing services?

6    A.  The bulk --

7    Q.  It's the posting --

8    A.  Yes.  I see that.

9    Q.  Was that an accurate -- do you recall if that's an

10   accurate statement?

11   A.  It could have been.  I was using Bitcoin Fog

12   specifically.

13   Q.  Did --

14   A.  I do not recall at the time whether these specific

15   transactions they're talking about -- whether I used the

16   mixer on that specific transaction, whether I used maybe a

17   mixer and then I put it in a different wallet and maybe then

18   I sent it to Bitstamp, whether I didn't use a mixer at all.

19        These transactions that they're asking about, I

20   think, are several years in the past from the date when

21   they're asking.

22   Q.  Do you -- so that's the reason, because I think I got --

23   I think I answered that I might have been using --

24        THE COURT:  I'm sorry.  Do you need a break?  We

25   need a break.

```
 1              Well, it's a quarter of 5:00.  Why don't we just
 2     break for the night now, I think.  And so -- I'll tell you
 3     what.  If you can all just go back in the jury room.  I just
 4     want to talk with the lawyers about what the schedule is for
 5     tomorrow.  So before you go home, just hang out in the jury
 6     room and the deputy clerk will let you know what the
 7     schedule is for tomorrow after I talk to the lawyers.
 8              Do not discuss the case with anybody, even among
 9     yourselves, and do not conduct any research.
10              There was a reference at one point where I think
11     Mr. Sterlingov said, "I don't know whether you're allowed to
12     Google or not."  I don't know whether he was talking to
13     Mr. Ekeland or who he was talking to.  But I wanted to
14     remind you, you should not be conducting any type of
15     research, Google or otherwise, relating to the case.
16              THE COURTROOM DEPUTY:  All rise.
17              (Whereupon, the jury exited the courtroom at 4:45
18     p.m. and the following proceedings were had:)
19              THE COURTROOM DEPUTY:  You may be seated.
20              THE COURT:  Mr. Sterlingov, you can go back to the
21     counsel table.
22              So I wanted to talk to you all about scheduling
23     tomorrow.  I will do my best to post some proposed
24     instructions.  I'm working on them.
25              So we could get together in the morning and talk
```

1    about the proposed instructions.  I will say, though, the

2    reason that we can't start until 11:00 a.m. tomorrow is

3    because Juror No. 9 has an appointment.  I don't know if you

4    all noticed this, but Juror 9 was just asleep.

5              So again, if both sides were of the view that

6    Juror 9 should be excused, I would be open to that.  This is

7    at least the third or fourth or fifth time I've noticed her

8    sleeping.  She does have -- I don't want to be critical of

9    her at all.  She's got a medical issue she's dealing with in

10   the morning, and so it's understandable to me.  But I'm

11   happy to handle this however the parties think we should.

12             MR. EKELAND:  May I take a moment to consult with

13   my client?

14             THE COURT:  Yes.

15             MR. EKELAND:  Thank you.

16             (Confers with the Defendant and co-counsel

17   privately.)

18             THE COURT:  Mr. Ekeland?

19             MR. EKELAND:  We'd prefer to keep the juror.

20             THE COURT:  Okay.  She was sleeping during your

21   client's testimony.

22             MR. EKELAND:  Sleeping.  Okay.

23             THE COURT:  If you want to keep her -- what's the

24   Government's view?

25             MR. BROWN:  Your Honor, so two considerations.

```
 1        One, I think at this point it is appropriate to cut her.

 2              She slept through, in fairness, both --

 3   everybody's cases.

 4              THE COURT:  I don't think it's one side or the

 5   other.

 6              MR. BROWN:  But also, a little bit more to the

 7   point, although I think initially we expressed some

 8   agreement with going forward with the charging conference

 9   tomorrow morning, I think the problem there is the evidence

10   just isn't fully in.  And there's some issues where I think

11   it makes more sense to get through the witnesses, get

12   through the defense case.

13              The Government -- we have to figure out if we are

14   presenting any sort of rebuttal case.  It makes a lot more

15   sense to do charging conference after that.

16              And so I think the Government's preference would

17   be, you know, if necessary cut Juror 9, start at 9:00 a.m.

18   tomorrow and try to work through as much of the rest of this

19   trial as we can before 3:30.  And, you know, we very well

20   may have time for a charging conference.

21              THE COURT:  Ultimately, I don't think the

22   scheduling so much should drive this as the question about

23   whether she has just actually heard portions of the

24   testimony because she has been asleep.

25              Do you know, is there precedent on point with
```

1    respect to what the standard is for making this

2    determination?

3              MR. BROWN:  Your Honor, none of us know off the

4    top of our heads.  We can certainly go back and look for it.

5              THE COURT:  The only thing is we should let her

6    know tonight -- let everyone know tonight what time we're

7    coming to be in in the morning.

8              Mr. Ekeland, do you have anything else you want to

9    add on this?

10             MR. EKELAND:  No, your Honor.

11             THE COURT:  I think we should just take five or

12   ten minutes to see if there's a precedent on sleeping

13   jurors.  My strong suspicion is that if it's a repeated

14   problem, that that is a basis for dismissing a juror.

15             But let's take a careful look at that before we

16   make a decision on that, although I don't want to keep the

17   jurors waiting too long.

18             Is there anything else you want to raise, anyone

19   wants to raise tonight while --

20             MR. EKELAND:  Nothing from the defense, your

21   Honor.

22             MR. BROWN:  Nothing else from the Government.

23             THE COURT:  Okay.  Also, any objection from the

24   Government to Mr. Ekeland conferring with Mr. Sterlingov

25   about the questions that Mr. Sterlingov wanted him to ask?

1    My recollection is that the standards are substantially

2    relaxed with respect to the no contact when you're dealing

3    with the Defendant and his counsel and his right to counsel,

4    as well as the fact that he's still on direct, so it's not

5    as though he's going to be rehabilitated for cross in some

6    way.

7              MR. BROWN:  No, your Honor.

8              And I'm not recently familiar with the D.C.

9    Circuit precedent on this.  But I know that, as the Court

10   states, the standards are somewhat relaxed.

11             THE COURT:  So, Mr. Ekeland, if you'd like to

12   confer in following up with Mr. Sterlingov about that, I

13   have no objection to that.

14             MR. EKELAND:  Thank you, your Honor.

15             THE COURT:  I just think it was cleaner than doing

16   it in front of the jury.

17             (Confers with the courtroom deputy privately.)

18             She also is the juror who is always late, too,

19   which is another issue.  It's less pressing, obviously, as

20   we're getting later in the case.  But she is chronically

21   late.  And, as I said, she's dealing with some issues that

22   make it understandable to me.

23             (Pause in proceedings.)

24             THE COURT:  I don't want to keep the jurors too

25   much longer.  Have you found anything?

1          MR. BROWN:  Your Honor, just a handful of

2     citations.

3          There's an older Ninth Circuit case, *United States*

4     *versus Velazquez*, which is 110 F.3d 71.  It deals with

5     dismissal of a sleeping juror.

6          The district court has independent authority to

7     substitute an alternate juror for a sleeping juror.

8          And so long as the substitution takes place prior

9     to deliberations, it's within the Court's prerogative.

10         In that case, there was a -- the district court

11    observed the sleeping juror, questioned the juror directly

12    and dismissed them pursuant to Rule 24.

13         The Sixth Circuit case, 690 F.2d 545, *United*

14    *States versus Warner*, that is from 1982, but it does say

15    that the trial court is -- can replace jurors who are found

16    to be unable to perform their duties and that authorizes the

17    dismissal of sleeping jurors because a juror who sleeps

18    through much of the trial testimony cannot be expected to

19    perform their duties.

20         And in this Tenth Circuit case -- there's another

21    Tenth Circuit case that talks about, you know, the trial

22    court can consider, you know, whether there's any prejudice

23    from the juror missing large portions of the trial and

24    whether the judge -- the Court itself has observed the juror

25    sleeping.

```
1              THE COURT:  Yes.

2              MR. BROWN:  I think those are the most on point.

3              THE COURT:  My guess is there's not a lot of

4    precedent on this because it's just not an appellate issue

5    because it's clearly in the discretion of trial court.

6              MR. BROWN:  Yes.  Absolutely.  All of those show

7    that it's within the discretion of the Court.

8              THE COURT:  I really don't feel terribly strongly

9    about this.  I have noticed on several occasions, you know,

10   she's been sleeping and, in fact, there have been times

11   where I've suggested that we stand up and stretch just to

12   wake her up and she's stayed in her chair, has been one of

13   the one or two jurors who don't get up.  In one case she was

14   still even asleep or at least partially asleep after I

15   suggested that we stand up to stretch.

16           I feel bad because she's a nice woman, as I said,

17   dealing with some difficult situations.  But I do think

18   she's missed a substantial or a significant portion of the

19   testimony.  She has been chronically late and she can't be

20   here tomorrow morning for personal medical reasons.

21           Anything else, Mr. Ekeland, you want to offer on

22   this?  As I said, this is not something that I have a strong

23   feeling about, but I am concerned that she's just repeatedly

24   been asleep.  And I think all of the jurors have been quite

25   attentive.
```

1          MR. EKELAND:  I would add this case is -- it

2     depends if the Government has a rebuttal.  But we're almost

3     at the end of the defense's case in chief, and I think I can

4     see, depending on how late the day goes tomorrow, like us

5     resting either tomorrow or early on -- what day is today? --

6     Tuesday -- early on Thursday.

7          THE COURT:  Right.

8          Mr. Brown, anything else?

9          MR. BROWN:  No, your Honor.

10          Just to repeat, I think our position is we would

11     ask the Court to remove Juror 9.  We still have four

12     alternates left.  And I think that the fact that she's slept

13     through both, you know, portions of the Government case and

14     also large portions of the Defendant's testimony himself,

15     you know, I think it's -- this is an equal-opportunity issue

16     that affects both sides in this case.

17          THE COURT:  Right.  And what is I think notable to

18     me is one would think if you're a juror that's going to pay

19     attention to anything at all in a case, it would actually be

20     hearing the Defendant testify.  And that's something where

21     you would really be particularly attentive.

22          But also, this isn't the first -- it's not -- as I

23     said, I don't think it's the first, second, third or fourth

24     time.  I think it's been more than four times that someone

25     has noticed her asleep.  I personally noticed her asleep at

1    least three or four times for sustained periods, not just

2    sort of a nodding of the head, but being asleep for

3    sustained periods of time, where I've had to try and rouse

4    her.  And she has been chronically late and she can't be

5    here tomorrow morning.

6            So I think what I will do is, although it makes me

7    sad to do it, I'm going to go ahead and excuse her.

8            I'll bring the jurors back in and I will tell

9    them -- should we convene at 9:30 tomorrow morning, given

10   this?  9:30 to 3:30?  I think that sounds like we'll be able

11   to finish with the presentation of at least the defense case

12   by then and maybe even, if there's a rebuttal case, we might

13   even get through that.

14           Does that make sense?

15           MR. BROWN:  Yes, your Honor.

16           THE COURT:  Is that acceptable?

17           MR. EKELAND:  Yes, your Honor.

18           THE COURT:  So let's do that.

19           What I'll do is, after I tell everyone this, she

20   may be a little surprised.

21           If you want to just ask her, Ms. Walker, to stay

22   back and then I'll explain to her that I know that she has

23   an appointment tomorrow but that we're going to go ahead and

24   let her go and excuse her and thank her for her service but

25   that she -- yes -- but she shouldn't talk about the case

 1    until it's over.

 2              THE COURTROOM DEPUTY:  All rise.

 3              (Whereupon, the jury entered the courtroom at 5:06

 4    p.m. and the following proceedings were had:)

 5              THE COURTROOM DEPUTY:  The jury is present.  You

 6    may be seated and come to order.

 7              THE COURT:  All right.  Members of the jury, we

 8    are going to reconvene tomorrow morning at 9:30.  We're

 9    going to go until 3:30 tomorrow.

10              So I'll remind you overnight again, don't discuss

11    the case with anybody.  No research of any kind.  And I'll

12    see you back here at 9:30.

13              THE COURTROOM DEPUTY:  All rise.

14              (Whereupon, the jury exited the courtroom at 5:07

15    p.m. and the following proceedings were had:)

16              THE COURTROOM DEPUTY:  You may be seated.

17              (Thereupon, Juror No. 9 entered the courtroom and

18    the following proceedings were had:)

19              THE COURT:  You can have a seat there, wherever

20    you're comfortable.

21              So I know you have an appointments tomorrow

22    morning.  You may have been a little panicked when I said we

23    were going to start at 11:30 -- at 9:30 tomorrow.  But we

24    have alternate jurors.  So I'm going to go ahead and let you

25    go.

```
 1                    JUROR NO. 9:  Okay.  Thank you.
 2                    THE COURT:  But I thank you very much for your
 3          service.  I know it's been a long time and you've been
 4          sitting there listening to the evidence in this case.  So
 5          I'm very appreciative for your service in the case.
 6                    I will ask that you not discuss the case with
 7          anybody until you get a call from Ms. Walker, who will tell
 8          you that the case is all over and that you're welcome to
 9          discuss it with whoever you want.
10                    JUROR NO. 9:  Okay.
11                    THE COURT:  But please don't do so until then.
12                    Take care.  You have my appreciation and the
13          appreciation of the Court for your service.
14                    JUROR NO. 9:  Okay.  Thank you.
15                    THE COURT:  Thank you.
16                    (Thereupon, Juror No. 9 retired from the courtroom
17          and the following proceedings were had:)
18                    THE COURT:  I feel bad, but I think it was the
19          right thing to do.
20                    All right.  Anything else before we adjourn
21          tonight?
22                    MR. BROWN:  No, your Honor.
23                    MR. EKELAND:  No, your Honor.
24                    THE COURT:  I can confirm for you all in the
25          morning -- I just want to go back and look at my notes --
```

1    who the first alternate was and who's now a regular juror.

2    But under the rules, we just go in order.  So whoever is the

3    lowest-numbered alternate will now be a regular juror.

4              I will see you all at 9:30 tomorrow morning.  As I

5    said, I'm going to do my best to post the proposed

6    instructions tonight.

7              THE COURTROOM DEPUTY:  All rise.

8              (Proceedings concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          <u>CERTIFICATE</u>

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                   Dated this 5th day of March, 2024.

11

12                <u>/s/ Lisa Edwards, RDR, CRR</u>
                  Official Court Reporter
13                United States District Court for the
                    District of Columbia
14                333 Constitution Avenue, Northwest
                  Washington, D.C. 20001
15                (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10** [2] - 55:16, 55:17
**$100** [1] - 91:15
**$50** [2] - 57:15, 57:17

## '

**'14** [2] - 61:1, 83:2
**'15** [2] - 95:23, 100:6
**'16** [1] - 100:6
**'19** [1] - 76:8
**'22** [2] - 23:13, 23:14

## /

**/s** [1] - 122:12

## 1

**1** [4] - 60:16, 68:7, 70:22, 73:10
**10** [1] - 102:2
**10,000** [1] - 46:9
**100** [1] - 93:6
**10005** [1] - 1:23
**110** [1] - 115:4
**11:00** [6] - 64:15, 64:17, 65:18, 65:21, 65:24, 111:2
**11:30** [1] - 119:23
**12** [1] - 83:6
**13** [2] - 68:14, 69:12
**14** [3] - 30:21, 31:15, 68:14
**1982** [1] - 115:14
**1988** [2] - 30:20, 67:2
**1:38** [1] - 1:7
**1:41** [1] - 4:6
**1:56** [1] - 16:20

## 2

**2** [3] - 71:1, 71:5, 77:25
**2,000** [1] - 55:20
**2,500** [1] - 33:7
**20** [3] - 23:7, 38:11, 38:19
**20001** [2] - 2:4, 122:14
**2002** [1] - 31:17
**2006** [1] - 32:12
**2007** [1] - 32:12
**2008** [2] - 31:17, 33:8
**2009** [1] - 44:18

**2009-2010** [1] - 40:8
**2010** [3] - 42:15, 44:17, 44:18
**2010-2011** [2] - 54:17, 58:22
**2011** [14] - 42:15, 66:25, 67:1, 67:4, 67:10, 67:14, 67:15, 67:18, 68:4, 69:23, 70:13, 70:20, 73:9, 77:2
**2012** [9] - 75:8, 77:4, 82:2, 82:3, 82:4, 82:9, 82:12, 82:13, 82:17
**2013** [7] - 39:20, 61:1, 82:18, 82:23, 83:1, 83:2
**2014** [5] - 95:5, 95:6, 95:23, 96:14, 100:6
**2014-2015** [1] - 96:11
**2015** [3] - 98:3, 98:4, 98:5
**2016** [3] - 100:1, 100:2, 100:3
**2017** [4] - 100:25, 101:1, 101:4, 101:15
**2018** [1] - 76:8
**202** [2] - 2:4, 122:15
**2020s** [1] - 48:6
**2021** [2] - 18:16, 23:11
**2022** [6] - 17:19, 19:2, 20:25, 21:22, 22:8, 23:15
**2023** [1] - 17:20
**2024** [2] - 1:7, 122:10
**20530** [2] - 1:16, 1:19
**21-00399** [1] - 1:4
**22** [2] - 103:18, 103:20
**23** [2] - 67:2, 103:17
**24** [1] - 115:12
**25** [2] - 82:24, 82:25
**25,000** [1] - 33:6
**27th** [1] - 73:9
**28** [1] - 104:6
**29** [1] - 104:7
**2:15** [1] - 29:21

## 3

**3** [2] - 71:8, 71:13
**30** [2] - 1:22, 104:15
**300** [1] - 92:15
**31** [1] - 104:22
**313** [1] - 67:21
**316** [1] - 72:24
**32** [1] - 105:2
**33** [1] - 109:4

**333** [2] - 2:3, 122:14
**354-3269** [2] - 2:4, 122:15
**3:00** [1] - 63:20
**3:11** [1] - 64:2
**3:30** [6] - 63:21, 63:25, 66:6, 112:19, 118:10, 119:9
**3:33** [1] - 66:16

## 4

**4** [1] - 92:22
**40** [1] - 104:6
**403** [2] - 17:3, 21:15
**414-A** [2] - 105:20
**414-C** [2] - 101:19, 109:1
**46** [1] - 104:10
**4:45** [1] - 110:17

## 5

**5** [1] - 1:7
**5.1527** [1] - 1:16
**50** [1] - 40:22
**521-A** [1] - 33:14
**53** [2] - 3:5, 3:7
**545** [1] - 115:13
**5:00** [2] - 101:25, 110:1
**5:06** [1] - 119:3
**5:07** [1] - 119:14
**5th** [1] - 122:10

## 6

**6** [1] - 89:21
**60.41** [1] - 75:13
**60.8** [1] - 75:17
**601** [1] - 1:15
**6706** [1] - 2:3
**690** [1] - 115:13

## 7

**71** [1] - 115:4
**711-A** [1] - 89:20

## 8

**841** [1] - 87:16
**850** [3] - 83:20, 83:21, 83:22

## 9

**9** [11] - 64:14, 111:3, 111:4, 111:6, 112:17, 117:11, 119:17, 120:1, 120:10, 120:14, 120:16
**950** [1] - 1:18
**9:00** [1] - 112:17
**9:30** [6] - 118:9, 118:10, 119:8, 119:12, 119:23, 121:4

## A

**A-Y-A-H-U-A-S-C-A** [1] - 77:20
**a.m** [2] - 111:2, 112:17
**ability** [2] - 28:16, 122:7
**able** [12] - 11:25, 15:22, 17:7, 17:14, 18:9, 19:13, 20:5, 27:7, 60:5, 68:15, 98:17, 118:10
**about..** [1] - 4:16
**absence** [4] - 83:7, 95:8, 95:10, 100:16
**absolutely** [4] - 11:1, 14:11, 18:5, 116:6
**abusing** [1] - 42:11
**acceptable** [1] - 118:16
**accepting** [1] - 99:20
**access** [15] - 14:13, 17:15, 17:16, 20:14, 35:15, 35:24, 39:4, 49:8, 49:11, 49:13, 56:25, 58:2, 70:8, 99:7
**accessed** [2] - 82:11, 101:15
**accessing** [2] - 82:15, 101:13
**accidentally** [1] - 39:7
**account** [58] - 33:8, 33:23, 33:24, 33:25, 34:2, 34:21, 36:7, 37:1, 58:8, 58:11, 60:7, 60:14, 60:16, 60:17, 68:7, 68:9, 70:4, 70:22, 70:25, 71:4, 71:7, 71:11, 71:12, 71:13, 71:15, 71:19, 71:23, 71:25, 72:16, 72:18, 73:5, 73:6, 73:7, 73:10,

73:13, 73:17, 73:18, 73:24, 74:4, 74:5, 74:7, 74:9, 75:7, 75:13, 75:14, 75:16, 75:20, 77:25, 78:1, 81:19, 81:20, 81:21, 106:20
**accounting** [1] - 108:15
**accounts** [39] - 35:6, 35:15, 35:16, 35:17, 35:18, 35:21, 35:25, 36:3, 36:12, 36:14, 36:17, 37:3, 37:4, 37:7, 38:23, 38:25, 39:3, 39:6, 39:7, 39:10, 51:12, 58:10, 61:18, 70:6, 70:7, 81:7, 81:10, 81:15, 81:17, 81:18, 90:3, 97:7, 97:18, 102:17
**accurate** [3] - 109:9, 109:10, 122:4
**accusation** [1] - 20:6
**achieve** [2] - 55:8, 81:24
**Action** [1] - 1:3
**activities** [1] - 27:10
**activity** [1] - 13:4
**actual** [2] - 45:20, 108:8
**add** [3] - 94:13, 113:9, 117:1
**addicted** [1] - 74:18
**additional** [1] - 29:17
**address** [31] - 11:25, 12:6, 20:21, 22:14, 24:14, 25:21, 52:5, 54:4, 60:9, 60:11, 60:12, 60:15, 68:10, 68:23, 68:24, 69:11, 69:12, 69:14, 69:15, 69:16, 69:17, 71:2, 71:3, 71:8, 71:9, 72:20, 73:24, 77:24, 86:19, 86:22, 104:25
**addresses** [3] - 11:16, 12:6, 48:14
**addressing** [1] - 22:12
**adjourn** [1] - 120:20
**administrator** [1] - 30:17
**affects** [1] - 117:16
**affiliate** [1] - 38:10
**AFTERNOON** [1] - 1:5
**afterwards** [3] - 22:20, 43:14, 55:25
**Agent** [3] - 54:19,

75:10, 77:6
**agent** [1] - 108:12
**ago** [9] - 18:21,
23:12, 23:16, 47:7,
59:13, 68:15, 68:18,
69:13
**agree** [6] - 17:13,
21:25, 29:11, 57:7,
65:19, 92:10
**agreement** [1] -
112:8
**agrees** [1] - 66:2
**ahead** [7] - 7:12,
26:8, 28:3, 34:17,
118:7, 118:23, 119:24
**Airport** [1] - 5:10
**alcohol** [1] - 74:16
**alive** [1] - 5:7
**allegations** [1] -
107:8
**alleged** [2] - 31:2,
107:9
**allegedly** [1] - 6:20
**allow** [3] - 9:14,
15:10, 27:11
**allowed** [5] - 27:12,
28:14, 28:22, 93:16,
110:11
**almost** [7] - 48:5,
48:8, 67:7, 83:9,
96:12, 99:22, 117:2
**alone** [1] - 26:19
**alternate** [4] - 115:7,
119:24, 121:1, 121:3
**alternates** [2] -
64:16, 117:12
**America** [2] - 42:7,
47:5
**AMERICA** [1] - 1:3
**amount** [3] - 11:6,
55:18, 70:19
**amounts** [4] - 46:16,
55:13, 55:22, 107:5
**analogy** [1] - 94:23
**analysis** [2] - 11:16,
12:6
**Angeles** [1] - 5:10
**answer** [6] - 13:15,
18:23, 22:11, 62:21,
76:18, 85:20
**answered** [13] - 7:1,
7:21, 7:25, 8:4, 8:12,
8:23, 15:8, 29:5, 46:6,
87:12, 89:6, 103:5,
109:23
**answers** [2] - 92:19,
103:14
**anticipate** [1] - 64:22
**Anton** [1] - 108:9
**anyway** [1] - 106:3

**apartment** [1] - 41:4
**apartments** [2] -
80:9
**apologize** [3] -
13:15, 91:20, 93:19
**App** [2] - 47:4, 47:5
**app** [5] - 47:4, 47:6,
58:9, 58:10
**aPPEARANCES** [1] -
1:13
**appellate** [1] - 116:4
**apple** [2] - 89:20,
105:20
**apply** [1] - 89:13
**appointment** [4] -
64:14, 66:7, 111:3,
118:23
**appointments** [1] -
119:21
**appreciated** [4] -
39:22, 83:3, 108:4,
108:6
**appreciation** [3] -
95:21, 120:12, 120:13
**appreciative** [1] -
120:5
**appropriate** [4] -
29:16, 76:19, 82:19,
112:1
**apps** [1] - 72:11
**area** [2] - 38:8, 38:25
**argue** [1] - 17:7
**arguing** [1] - 21:16
**argument** [3] - 17:6,
94:3, 94:14
**argumentative** [1] -
93:23
**arguments** [1] - 94:6
**arrest** [4] - 18:19,
21:1, 21:12, 26:1
**arrested** [2] - 19:3,
19:10
**arrived** [1] - 6:23
**article** [1] - 41:19
**as-needed** [1] -
22:15
**asked-and-
answered** [1] - 7:25
**asleep** [8] - 111:4,
112:24, 116:14,
116:24, 117:25, 118:2
**associated** [5] -
34:11, 35:17, 60:7,
60:14, 70:6
**attacked** [1] - 88:7
**attempts** [2] - 74:20,
95:18
**attention** [15] - 38:6,
66:24, 70:25, 71:7,
75:12, 82:2, 93:9,

95:5, 98:2, 98:3,
100:1, 100:25,
107:19, 108:22,
117:19
**attentive** [2] -
116:25, 117:21
**attorney** [2] - 27:15,
76:16
**ATTORNEY'S** [1] -
1:14
**attorneys** [4] - 17:16,
18:3, 20:17, 29:2
**August** [1] - 17:18
**AurumXChange** [3] -
71:14, 71:15, 71:19
**authority** [1] - 115:6
**authorizes** [1] -
115:16
**Avenue** [3] - 1:18,
2:3, 122:14
**avoid** [1] - 28:10
**aware** [3] - 5:9, 8:19,
14:21
**Ayahuasca** [1] - 76:8
**ayahuasca** [1] -
77:15

**B**

**backing** [1] - 40:7
**backstory** [1] - 37:9
**backups** [1] - 92:3
**bad** [2] - 116:16,
120:18
**bank** [1] - 106:19
**banking** [1] - 72:11
**bar** [1] - 48:7
**base** [1] - 99:11
**based** [1] - 24:15
**basic** [1] - 12:2
**basics** [1] - 56:13
**basis** [2] - 22:15,
113:14
**became** [2] - 31:24,
80:13
**Beckman** [1] - 108:9
**become** [4] - 36:21,
74:18, 100:14, 100:19
**becomes** [1] - 25:20
**becoming** [1] - 83:12
**BEFORE** [1] - 1:11
**beforehand** [1] -
86:3
**beginning** [3] -
28:24, 56:17, 63:6
**believes** [1] - 20:22
**belonged** [1] - 36:18
**bench** [2] - 6:12,
13:10

**best** [7] - 57:22,
64:18, 106:13,
106:22, 110:23,
121:5, 122:7
**better** [3] - 13:13,
77:14, 103:25
**between** [4] - 13:1,
13:18, 34:19, 101:8
**beyond** [3] - 7:5,
12:21, 20:15
**big** [1] - 42:25
**biggest** [2] - 23:1,
80:24
**bills** [1] - 46:18
**bit** [31] - 21:9, 29:13,
37:8, 37:12, 39:23,
40:7, 47:3, 48:9,
49:13, 50:2, 50:11,
50:14, 50:23, 50:24,
50:25, 55:18, 57:2,
59:23, 61:22, 63:9,
65:2, 65:17, 75:17,
79:23, 92:2, 95:19,
96:7, 101:6, 104:21,
109:2, 112:6
**Bit** [2] - 98:24, 99:2
**Bitcoin** [181] - 6:19,
21:2, 30:16, 30:17,
37:24, 39:21, 41:6,
41:8, 41:10, 41:15,
41:16, 42:5, 42:12,
42:14, 42:16, 42:18,
42:19, 42:21, 43:7,
43:9, 43:11, 43:17,
43:19, 43:22, 43:23,
43:25, 44:1, 44:6,
44:7, 44:9, 44:13,
44:14, 44:19, 44:24,
45:7, 45:12, 45:16,
46:4, 46:13, 47:9,
47:10, 47:11, 47:12,
47:14, 47:15, 48:3,
48:8, 48:12, 48:14,
48:20, 49:1, 49:3,
49:24, 49:25, 50:1,
50:10, 50:23, 51:3,
51:7, 51:9, 51:13,
52:5, 52:6, 52:17,
52:18, 52:23, 53:14,
53:17, 53:22, 54:8,
54:9, 54:13, 55:16,
55:17, 55:23, 55:25,
56:2, 56:12, 56:21,
57:8, 57:14, 58:14,
59:15, 61:4, 61:6,
61:12, 61:14, 61:18,
61:20, 62:2, 62:15,
62:20, 62:24, 63:4,
67:12, 67:14, 68:10,
68:23, 68:24, 69:10,

69:12, 69:14, 69:23,
69:24, 75:14, 75:17,
75:19, 77:24, 78:8,
78:13, 78:16, 78:22,
79:23, 80:5, 80:6,
80:10, 80:18, 80:20,
80:21, 81:1, 81:2,
81:13, 81:14, 81:23,
82:7, 83:3, 84:5, 84:7,
84:14, 84:16, 84:24,
85:18, 85:23, 85:24,
86:1, 86:3, 86:8, 86:9,
86:12, 86:19, 86:20,
87:2, 87:9, 88:3,
88:13, 89:4, 89:5,
95:20, 95:21, 96:16,
96:19, 96:22, 96:25,
97:1, 97:5, 97:25,
98:14, 98:15, 98:17,
99:19, 99:20, 100:7,
100:10, 104:10,
106:7, 106:10,
106:15, 106:17,
106:18, 108:5, 108:6,
109:11
**Bitcoin-related** [1] -
96:16
**bitcoin.org** [4] -
48:22, 48:23, 49:20,
49:23
**Bitstamp** [9] -
102:10, 102:15,
102:18, 103:3,
103:11, 104:1, 105:9,
108:17, 109:18
**bitstamp** [1] - 102:15
**blockchain** [6] -
68:11, 73:25, 79:17,
79:19, 80:1, 80:3
**Blocket** [1] - 46:20
**blurt** [1] - 28:22
**book** [1] - 79:8
**born** [3] - 30:19,
30:20, 67:2
**bottom** [2] - 77:24,
78:8
**bought** [17] - 43:7,
43:9, 43:10, 44:14,
45:16, 49:24, 50:1,
50:10, 51:3, 51:7,
51:9, 51:13, 74:12,
77:7, 77:17
**boxes** [1] - 15:20
**break** [11] - 14:6,
16:15, 22:14, 63:14,
63:19, 63:21, 64:6,
89:15, 109:24,
109:25, 110:2
**briefly** [15] - 4:21,
11:2, 11:20, 12:19,

15:15, 40:15, 43:23, 43:25, 49:5, 49:7, 51:15, 53:13, 77:23, 82:2, 102:7
**bring** [3] - 28:5, 29:6, 118:8
**Brooklyn** [1] - 1:23
**brought** [1] - 84:25
**BROWN** [39] - 1:14, 17:1, 18:18, 18:25, 19:11, 23:17, 23:21, 24:3, 24:6, 24:16, 24:21, 25:11, 28:2, 28:19, 46:6, 54:23, 64:9, 65:14, 65:23, 69:1, 69:3, 76:10, 85:6, 88:14, 88:16, 93:23, 93:25, 106:1, 111:25, 112:6, 113:3, 113:22, 114:7, 115:1, 116:2, 116:6, 117:9, 118:15, 120:22
**Brown** [2] - 20:10, 117:8
**Browser** [3] - 12:9, 13:2, 13:18
**BTC** [3] - 104:25, 109:5
**bug** [1] - 97:8
**building** [1] - 5:1
**built** [1] - 35:13
**bulk** [2] - 109:4, 109:6
**Burn** [1] - 57:22
**burned** [3] - 26:3, 26:5, 57:25
**business** [11] - 23:8, 81:19, 81:20, 81:21, 106:24, 107:2, 107:3, 107:5, 107:11, 108:20, 108:23
**buy** [9] - 34:24, 49:25, 50:5, 50:23, 51:12, 56:12, 61:14, 77:3, 92:9
**buying** [16] - 50:2, 50:13, 51:18, 52:13, 53:14, 53:17, 54:8, 54:12, 60:1, 61:17, 67:14, 70:15, 72:14, 75:22, 75:25, 82:7
**BY** [52] - 2:1, 4:13, 5:18, 9:23, 12:17, 15:14, 30:11, 31:10, 33:21, 35:1, 39:8, 46:11, 53:10, 55:4, 58:21, 66:23, 67:24, 68:22, 69:7, 70:18, 71:21, 72:15, 73:1, 77:1, 77:22, 78:6,

78:12, 79:15, 82:22, 83:23, 84:11, 85:16, 85:22, 87:17, 88:9, 89:2, 89:7, 89:22, 90:8, 92:23, 94:7, 94:16, 95:4, 102:3, 103:19, 104:8, 104:14, 104:23, 105:3, 105:21, 106:5, 109:3

---

## C

**calculations** [1] - 44:5
**cameras** [1] - 15:21
**cannot** [5] - 23:23, 58:11, 59:3, 93:11, 115:18
**Capo** [15] - 32:8, 32:10, 33:4, 34:5, 39:15, 39:16, 39:23, 40:10, 67:8, 82:4, 95:6, 95:9, 95:11, 95:15, 95:17
**car** [1] - 46:22
**care** [1] - 120:12
**careful** [4] - 70:16, 76:2, 78:2, 113:15
**carefully** [3] - 76:17, 76:24, 79:12
**cares** [1] - 21:21
**carries** [1] - 8:1
**case** [53] - 9:25, 11:14, 12:4, 12:19, 15:16, 16:17, 21:8, 21:9, 23:11, 24:18, 26:5, 28:24, 36:9, 36:19, 45:5, 56:11, 61:3, 62:16, 63:22, 65:9, 68:1, 69:9, 69:18, 70:24, 87:19, 88:11, 88:20, 94:3, 102:5, 110:8, 110:15, 112:12, 112:14, 114:20, 115:3, 115:10, 115:13, 115:20, 115:21, 116:13, 117:1, 117:3, 117:13, 117:16, 117:19, 118:11, 118:12, 118:25, 119:11, 120:4, 120:5, 120:6, 120:8
**cases** [3] - 4:24, 80:8, 112:3
**cash** [9] - 45:24, 46:3, 46:15, 46:16, 46:25, 47:8, 51:7, 52:4, 88:6

**Cash** [2] - 47:4, 47:5
**catalogs** [1] - 32:16
**CATHERINE** [1] - 1:17
**certain** [5] - 20:23, 44:2, 49:18, 70:4, 90:16
**certainly** [5] - 7:5, 14:18, 24:22, 89:18, 113:4
**CERTIFICATE** [1] - 122:1
**certify** [1] - 122:4
**chain** [1] - 56:7
**chair** [1] - 116:12
**chance** [1] - 57:19
**change** [5] - 17:8, 17:12, 18:10, 35:14, 42:3
**changed** [2] - 25:4, 49:15
**changes** [2] - 21:10, 61:10
**character** [1] - 27:9
**characterize** [1] - 93:25
**characterizes** [1] - 54:24
**characters** [1] - 87:24
**charges** [2] - 65:4, 65:5
**charging** [5] - 64:19, 65:25, 112:8, 112:15, 112:20
**Charlie** [2] - 101:20, 109:1
**chart** [1] - 62:14
**chastising** [1] - 76:23
**chatroom** [13] - 35:21, 44:21, 44:22, 45:1, 51:22, 52:9, 53:12, 53:15, 53:18, 53:24, 53:25, 55:6, 55:7
**chatrooms** [1] - 44:23
**chatting** [1] - 53:19
**check** [6] - 5:6, 7:15, 45:2, 45:11, 45:15, 94:22
**checking** [1] - 63:11
**chief** [1] - 117:3
**child** [1] - 43:21
**choose** [1] - 92:16
**CHRISTOPHER** [1] - 1:14
**chronically** [3] - 114:20, 116:19, 118:4

**chronologically** [1] - 100:23
**Circuit** [5] - 114:9, 115:3, 115:13, 115:20, 115:21
**CIS** [2] - 72:3, 72:4
**citations** [1] - 115:2
**city** [2] - 40:11, 40:13
**claiming** [1] - 54:1
**claims** [1] - 53:5
**clarify** [1] - 14:25
**classes** [2] - 67:16, 67:19
**cleaner** [1] - 114:15
**cleanest** [1] - 22:18
**clear** [4] - 5:20, 24:18, 26:2, 72:24
**clearly** [1] - 116:5
**clerk** [1] - 110:6
**clicked** [1] - 41:19
**client** [7] - 20:21, 35:20, 36:6, 37:4, 104:18, 106:18, 111:13
**client's** [1] - 111:21
**clients** [3] - 35:3, 98:16, 99:23
**clients'** [1] - 37:1
**close** [2] - 34:16, 96:18
**closed** [1] - 96:9
**co** [1] - 111:16
**co-counsel** [1] - 111:16
**coach** [3] - 100:14, 100:19, 100:23
**Coaster** [2] - 98:24, 99:2
**Code** [4] - 105:14, 105:16, 105:22, 107:10
**code** [9] - 49:8, 96:24, 96:25, 97:1, 97:5, 97:9, 99:14, 99:19
**cold** [1] - 61:20
**collapse** [1] - 61:5
**collapsed** [1] - 61:3
**COLUMBIA** [2] - 1:1, 1:15
**Columbia** [2] - 2:2, 122:13
**comfortable** [4] - 39:20, 75:25, 76:7, 119:20
**coming** [13] - 21:17, 25:22, 34:4, 35:10, 41:11, 59:19, 67:22, 75:16, 75:17, 75:20, 87:4, 95:25, 113:7

**common** [6] - 14:12, 14:19, 40:24, 57:8, 70:5, 72:1
**commonly** [1] - 13:22
**commonplace** [1] - 70:10
**communicate** [2] - 9:8, 17:14
**communicated** [3] - 18:2, 18:6, 20:7
**communicating** [2] - 8:21, 10:2
**communication** [2] - 9:15, 17:23
**communications** [6] - 9:4, 11:25, 18:1, 19:23, 19:24, 102:9
**companies** [2] - 32:17, 98:25
**company** [3] - 98:23, 99:2, 99:4
**compare** [1] - 101:10
**complete** [2] - 97:17, 122:6
**completed** [2] - 55:12, 99:12
**completely** [3] - 14:20, 48:10, 77:16
**compliant** [1] - 99:6
**complicated** [3] - 47:24, 48:1, 48:17
**computations** [1] - 44:2
**computer** [22] - 10:7, 21:9, 36:20, 41:12, 42:22, 43:3, 47:16, 52:12, 52:14, 56:17, 56:18, 59:3, 60:1, 82:9, 82:12, 82:15, 90:9, 90:10, 93:4, 93:8, 101:16, 105:17
**computers** [8] - 10:2, 31:25, 40:20, 41:13, 41:16, 44:1, 44:5, 101:14
**conceivable** [1] - 65:8
**concern** [1] - 23:1
**concerned** [1] - 116:23
**concerns** [1] - 21:15
**concluded** [1] - 121:8
**conditions** [1] - 17:4
**conduct** [2] - 63:23, 110:9
**conducting** [1] - 110:14
**confer** [1] - 114:12

**conference** [8] -
6:12, 13:10, 40:23,
64:19, 65:25, 112:8,
112:15, 112:20
**conferring** [2] -
89:12, 113:24
**Confers** [1] - 28:7
**confers** [3] - 66:4,
111:16, 114:17
**configuring** [1] -
99:17
**confinement** [3] -
16:25, 17:2, 17:5
**confirm** [2] - 8:3,
120:24
**confused** [1] -
104:20
**connect** [1] - 34:21
**connected** [6] - 4:25,
35:22, 59:2, 59:3,
100:17, 104:17
**connection** [2] -
11:8, 31:2
**consciousness** [1] -
91:5
**consider** [1] - 115:22
**considerations** [1] -
111:25
**considering** [1] -
106:15
**consistent** [3] -
69:22, 69:24, 70:2
**constitutes** [1] -
122:4
**Constitution** [2] -
2:3, 122:14
**constitutional** [2] -
26:22, 26:23
**constructer** [1] -
99:15
**consult** [2] - 27:15,
111:12
**contact** [2] - 31:5,
114:2
**contain** [1] - 95:2
**contempt** [2] - 26:4,
26:6
**continue** [3] - 4:10,
39:25, 66:20
**continued** [5] - 32:3,
40:14, 42:25, 51:2,
76:6
**Continued** [1] - 3:5
**CONTINUED** [1] -
4:12
**controlled** [1] -
69:20
**controls** [1] - 55:1
**convene** [1] - 118:9
**convenient** [2] -

59:20, 59:24
**cool** [3] - 41:22,
43:1, 50:25
**cooperating** [1] -
23:6
**copy** [1] - 102:13
**copy-pasting** [1] -
102:13
**correct** [3] - 27:19,
77:9, 90:19
**correctly** [3] - 8:8,
57:3, 77:3
**CorrLinks** [1] - 20:15
**corrupt** [1] - 30:23
**counsel** [6] - 17:20,
89:12, 110:21,
111:16, 114:3
**countries** [8] - 42:8,
42:9, 72:3, 72:6, 72:7,
72:8, 72:10, 101:8
**country** [2] - 99:8,
101:12
**couple** [14] - 4:23,
22:23, 22:24, 32:2,
32:6, 37:10, 41:2,
41:18, 59:7, 64:24,
75:3, 80:21, 86:6,
95:12
**course** [1] - 102:23
**COURT** [139] - 1:1,
4:1, 4:4, 4:10, 5:14,
5:16, 5:20, 5:25, 6:3,
6:9, 6:11, 6:14, 7:7,
7:12, 7:21, 8:11, 8:18,
9:10, 9:21, 12:23,
13:6, 13:9, 13:13,
14:2, 14:15, 15:3,
15:9, 16:1, 16:3, 16:8,
16:10, 16:14, 16:23,
18:12, 18:20, 19:5,
20:9, 21:4, 22:3,
22:16, 23:15, 23:20,
24:2, 24:5, 24:20,
24:25, 25:10, 25:14,
25:23, 26:11, 26:14,
26:16, 26:22, 27:1,
27:6, 27:14, 27:18,
27:21, 27:24, 28:3,
28:18, 29:11, 29:25,
30:8, 31:9, 34:15,
37:11, 46:7, 53:6,
54:25, 58:20, 63:13,
63:17, 63:20, 64:5,
64:10, 65:11, 65:16,
66:3, 66:14, 66:20,
68:20, 69:4, 69:6,
70:16, 71:20, 72:4,
76:13, 76:23, 77:18,
77:21, 78:2, 79:12,
82:19, 85:8, 85:20,

87:6, 87:12, 88:18,
88:25, 89:6, 89:9,
89:11, 92:18, 93:24,
94:2, 94:12, 94:15,
101:21, 101:25,
106:3, 109:24,
110:20, 111:14,
111:18, 111:20,
111:23, 112:4,
112:21, 113:5,
113:11, 113:23,
114:11, 114:15,
114:24, 116:1, 116:3,
116:8, 117:7, 117:17,
118:16, 118:18,
119:7, 119:19, 120:2,
120:11, 120:15,
120:18, 120:24
**court** [8] - 9:19,
15:13, 31:11, 115:6,
115:10, 115:15,
115:22, 116:5
**Court** [27] - 2:1, 2:2,
9:5, 13:15, 20:19,
20:22, 21:7, 21:12,
22:14, 23:9, 25:21,
26:3, 26:6, 28:24,
29:2, 29:4, 29:6, 29:8,
63:12, 63:15, 114:9,
115:24, 116:7,
117:11, 120:13,
122:12, 122:13
**Court's** [2] - 19:16,
115:9
**COURTROOM** [23] -
4:5, 4:8, 16:22, 29:20,
29:23, 30:3, 30:6,
33:15, 33:17, 64:1,
64:4, 66:10, 66:13,
66:15, 66:18, 67:22,
110:16, 110:19,
119:2, 119:5, 119:13,
119:16, 121:7
**courtroom** [14] - 4:6,
16:20, 24:7, 28:7,
29:21, 64:2, 66:4,
66:16, 110:17,
114:17, 119:3,
119:14, 119:17,
120:16
**craigslist** [2] - 46:20,
46:21
**create** [1] - 34:24
**creating** [1] - 96:19
**Criminal** [1] - 1:3
**criminal** [1] - 13:4
**criminality** [1] -
13:20, 30:24
**critical** [1] - 111:8
**cross** [8] - 7:6,

12:22, 12:24, 19:22,
65:7, 65:9, 65:13,
114:5
**cross-examine** [1] -
19:22
**crossed** [1] - 14:5
**CRR** [3] - 2:1, 122:3,
122:12
**cryptocurrencies** [2]
- 80:10, 102:22
**cryptocurrency** [1] -
102:21
**current** [2] - 45:3,
45:12
**cuss** [2] - 91:19,
91:25
**customer** [3] - 99:11,
108:8, 108:10
**cut** [2] - 112:1,
112:17
**Czech** [1] - 72:7

## D

**D.C** [6] - 1:6, 1:16,
1:19, 2:4, 114:8,
122:14
**dangerous** [2] -
19:15, 52:1
**date** [3] - 17:19,
18:16, 33:10, 82:16,
109:20
**Dated** [1] - 122:10
**Daubert** [1] -
14:11
**days** [7] - 6:19,
18:18, 21:1, 22:22,
22:24, 22:25, 25:25
**dead** [9] - 5:5, 6:17,
6:18, 6:21, 7:14, 7:19,
8:13, 9:7, 9:8
**deal** [4] - 22:18,
37:19, 77:15, 94:20
**dealing** [5] - 74:23,
111:9, 114:2, 114:21,
116:17
**deals** [1] - 115:4
**decide** [1] - 45:2
**decided** [5] - 27:1,
52:3, 75:3, 79:3,
107:17
**decides** [1] - 29:4
**deciding** [2] - 53:21
**decision** [8] - 19:17,
26:18, 27:3, 27:19,
27:21, 27:22, 113:16
**Defendant** [4] - 1:7,
111:16, 114:3, 117:20
**defendant** [1] - 89:13

**DEFENDANT** [8] -
1:20, 26:21, 26:25,
27:4, 27:13, 27:17,
27:20, 27:22
**Defendant's** [2] -
8:25, 117:14
**DEFENSE** [1] - 30:5
**defense** [17] - 14:3,
14:6, 14:22, 17:6,
17:20, 19:17, 23:21,
23:24, 24:21, 25:12,
29:25, 30:2, 64:7,
66:2, 112:12, 113:20,
118:11
**defense's** [1] - 117:3
**definitely** [1] - 34:13
**delete** [7] - 36:17,
36:25, 37:1, 39:7,
58:4, 58:9, 58:11
**deleting** [1] - 39:6
**deliberations** [1] -
115:9
**democratic** [1] -
49:14
**DEPARTMENT** [1] -
1:18
**deposit** [2] - 76:12,
104:10
**deposited** [1] - 109:5
**depression** [12] -
37:17, 37:19, 74:15,
74:17, 75:2, 76:2,
76:5, 76:6, 77:15,
91:6, 91:23, 100:18
**deputy** [4] - 28:7,
66:4, 110:6, 114:17
**DEPUTY** [23] - 4:5,
4:8, 16:22, 29:20,
29:23, 30:3, 30:6,
33:15, 33:17, 64:1,
64:4, 66:10, 66:13,
66:15, 66:18, 67:22,
110:16, 110:19,
119:2, 119:5, 119:13,
119:16, 121:7
**describe** [4] - 40:16,
43:10, 53:13, 98:8
**described** [1] - 55:6
**describing** [1] -
98:14
**desk** [1] - 10:12
**destroys** [1] - 87:4
**detail** [2] - 58:3,
103:5
**details** [1] - 48:13
**detained** [3] - 18:18,
22:12, 23:25
**detention** [6] - 17:8,
19:14, 19:16, 19:19,
21:1, 24:23

**determination** [1] - 113:2
**determine** [1] - 51:25
**develop** [2] - 99:11, 99:14
**developed** [4] - 42:8, 49:16, 72:10, 99:8
**developer** [3] - 32:14, 37:23, 37:25
**developers** [3] - 41:11, 49:3, 49:9
**developments** [1] - 16:23
**devices** [16] - 6:17, 6:22, 7:1, 7:19, 7:20, 7:24, 8:10, 8:17, 8:20, 9:1, 9:2, 9:16, 9:25, 10:15, 69:19, 90:13
**diagram** [3] - 67:25, 68:3, 73:3
**difference** [2] - 13:1, 13:17
**different** [21] - 4:23, 18:19, 38:11, 38:12, 47:3, 58:25, 59:7, 62:10, 62:16, 86:7, 86:8, 97:6, 100:11, 100:21, 101:8, 101:9, 104:1, 104:2, 109:17
**difficult** [2] - 44:20, 116:17
**digits** [1] - 59:9
**Direct** [1] - 3:7
**direct** [4] - 14:3, 65:15, 75:12, 114:4
**DIRECT** [1] - 30:10
**directly** [3] - 19:6, 42:3, 115:11
**disappear** [1] - 62:9
**disappearing** [2] - 97:7, 97:18
**disclosed** [1] - 7:5
**discovery** [5] - 9:25, 11:14, 12:4, 69:8, 69:18
**discretion** [2] - 116:5, 116:7
**discuss** [10] - 16:17, 22:1, 29:2, 40:24, 51:24, 63:23, 110:8, 119:10, 120:6, 120:9
**discussed** [1] - 64:15
**discussing** [3] - 41:16, 54:21, 89:3
**discussion** [1] - 53:20
**discussions** [1] - 17:4
**dismissal** [2] -

115:5, 115:17
**dismissed** [1] - 115:12
**dismissing** [1] - 113:14
**dispositive** [1] - 8:5
**distorting** [1] - 37:13
**distracting** [1] - 20:2
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**District** [3] - 2:2, 2:2, 122:13
**district** [1] - 115:6, 115:10, 122:13
**DNS** [21] - 17:9, 18:10, 20:23, 21:11, 21:21, 22:7, 22:17, 24:24, 32:25, 33:1, 33:3, 34:1, 34:2, 34:7, 34:10, 34:11, 34:13, 34:18, 34:20, 35:17, 107:25
**doctor's** [1] - 64:14
**document** [8] - 35:24, 35:25, 90:4, 90:10, 90:11, 93:3, 94:24, 94:25
**documentation** [1] - 35:22
**documents** [3] - 74:8, 92:2, 101:11
**dollar** [1] - 55:15
**dollars** [7] - 33:7, 46:9, 55:15, 55:21, 61:16, 71:14, 107:10
**domain** [5] - 23:18, 23:25, 24:13, 34:7, 34:21
**done** [8] - 18:10, 19:7, 19:9, 20:12, 36:23, 37:2, 47:6, 107:22
**door** [3] - 5:1, 15:23, 27:7
**doubt** [5] - 25:7, 63:2, 73:12, 73:14, 74:6
**down** [25] - 19:15, 33:20, 62:2, 71:23, 72:22, 77:24, 78:8, 78:10, 84:10, 88:8, 91:2, 91:9, 94:21, 95:3, 96:6, 96:9, 102:1, 103:16, 104:5, 104:6, 104:12, 104:21, 105:2, 108:24, 109:2
**download** [1] - 49:20
**downloaded** [1] - 49:21

**downrank** [1] - 38:22
**dozen** [1] - 38:11
**dream** [1] - 83:15
**Drive** [1] - 35:24
**drive** [4] - 5:2, 101:11, 112:22
**dropped** [2] - 24:4, 24:23
**drugs** [2] - 74:16, 75:6
**during** [6] - 22:25, 89:14, 96:11, 101:5, 108:4, 111:20
**duties** [2] - 115:16, 115:19

## E

**earliest** [1] - 60:22
**early** [9] - 31:25, 41:17, 58:14, 59:14, 60:19, 61:8, 80:22, 117:5, 117:6
**earn** [1] - 95:16
**earned** [1] - 108:2
**Eastern** [2] - 72:6, 72:7
**easy** [4] - 47:22, 47:24, 93:16, 101:8
**EDWARDS** [2] - 2:1, 122:3
**Edwards** [1] - 122:12
**effect** [2] - 7:3, 76:3
**effectively** [1] - 11:5
**efficient** [1] - 65:24
**efforts** [2] - 93:22, 95:2
**egg** [1] - 61:23
**Eighth** [1] - 1:22
**either** [5] - 5:8, 18:13, 18:22, 52:19, 117:5
**EKELAND** [149] - 1:20, 1:21, 4:3, 4:11, 4:13, 5:15, 5:17, 5:18, 5:22, 6:2, 6:6, 6:10, 6:16, 7:11, 7:13, 8:6, 8:13, 8:19, 9:3, 9:17, 9:20, 9:22, 9:23, 12:17, 12:25, 13:7, 13:12, 13:14, 14:17, 15:6, 15:11, 15:14, 16:2, 16:5, 16:9, 19:1, 20:10, 21:6, 22:4, 23:14, 25:6, 25:15, 26:9, 26:13, 26:15, 28:12, 30:2, 30:9, 30:11, 31:10, 33:12, 33:16, 33:18, 33:21,

35:1, 39:8, 46:11, 53:9, 53:10, 55:4, 58:19, 58:21, 63:11, 63:15, 63:19, 64:7, 64:23, 65:22, 66:2, 66:22, 66:23, 67:20, 67:23, 67:24, 68:22, 69:5, 69:7, 70:17, 70:18, 71:21, 72:15, 72:22, 73:1, 77:1, 77:22, 78:4, 78:6, 78:10, 78:12, 79:15, 82:21, 82:22, 83:19, 83:22, 83:23, 84:10, 84:11, 85:14, 85:16, 85:22, 87:11, 87:15, 87:17, 88:8, 88:9, 88:23, 89:2, 89:7, 89:10, 89:18, 89:22, 90:6, 90:8, 91:2, 92:21, 92:23, 94:7, 94:16, 95:3, 95:4, 101:18, 101:24, 102:1, 102:3, 103:16, 103:19, 104:5, 104:8, 104:12, 104:14, 104:21, 104:23, 105:2, 105:3, 105:18, 105:21, 106:5, 108:24, 109:3, 111:12, 111:15, 111:19, 111:22, 113:10, 113:20, 114:14, 117:1, 118:17, 120:23
**Ekeland** [16] - 3:5, 3:7, 4:10, 8:25, 16:24, 18:13, 20:9, 24:25, 53:7, 66:20, 110:13, 111:18, 113:8, 113:24, 114:11, 116:21
**elaborate** [1] - 59:23
**electronics** [1] - 32:1
**elicit** [2] - 19:13, 29:5
**elicited** [1] - 12:25, 13:16, 15:6, 84:13
**eliciting** [3] - 6:7, 13:4, 13:21
**eliminate** [1] - 42:6, 42:12
**email** [33] - 12:1, 17:25, 20:16, 24:14, 35:18, 35:21, 60:9, 60:11, 60:12, 60:14, 71:1, 71:2, 71:3, 71:8, 71:9, 72:20, 72:21, 83:24, 84:6, 84:9, 84:12, 84:17, 84:18, 84:22, 85:17, 85:24,

85:25, 86:2, 87:4, 87:18, 87:22, 87:23, 89:3
**emotional** [1] - 91:7
**emotions** [1] - 91:24
**employee** [1] - 95:15
**encrypt** [1] - 5:8
**encrypting** [1] - 5:3
**encrypts** [1] - 5:2
**end** [6] - 28:25, 53:25, 68:4, 97:6, 97:15, 117:3
**entered** [5] - 4:6, 29:21, 66:16, 119:3, 119:17
**entirely** [1] - 94:12
**entities** [1] - 99:1
**entry** [2] - 15:21, 15:22
**equal** [1] - 117:15
**equal-opportunity** [1] - 117:15
**equipment** [1] - 12:2
**equivalent** [3] - 33:7, 46:10, 55:21
**escort** [1] - 28:8
**escorting** [1] - 28:11
**especially** [5] - 28:21, 34:13, 62:3, 72:2, 79:24
**ESQ** [4] - 1:14, 1:17, 1:20, 1:21
**essentially** [2] - 75:4, 79:18
**establish** [1] - 94:5
**established** [1] - 7:9
**Europe** [4] - 99:6, 99:9, 101:7, 101:9
**European** [4] - 72:6, 72:8, 99:5, 99:7
**event** [1] - 28:20
**events** [2] - 93:7, 93:12
**eventually** [4] - 5:8, 51:12, 76:1, 97:22
**everyday** [1] - 46:24
**evidence** [19] - 8:9, 9:15, 24:5, 25:2, 27:11, 29:6, 33:13, 33:16, 67:21, 72:23, 83:20, 87:16, 89:20, 94:1, 101:19, 105:19, 109:1, 112:9, 120:4
**evil** [1] - 90:18
**exact** [2] - 40:22, 86:22
**exactly** [3] - 68:16, 86:15, 87:1
**Examination** [2] - 3:5, 3:7

examination [1] - 64:11
**EXAMINATION** [2] - 4:12, 30:10
examine [1] - 19:22
example [11] - 5:1, 10:11, 10:18, 14:7, 17:18, 35:11, 36:19, 38:9, 38:10, 59:8, 60:24
except [4] - 20:16, 25:25, 95:19, 100:9
exchange [9] - 45:7, 59:21, 59:24, 61:5, 81:7, 102:9, 102:16, 103:13, 106:23
exchanges [20] - 45:4, 45:5, 45:8, 45:10, 45:14, 51:12, 59:14, 59:17, 59:18, 60:19, 60:22, 60:25, 61:8, 62:10, 100:12, 102:18, 102:19, 102:22, 102:25, 103:8
exchanging [1] - 88:5
excuse [4] - 32:21, 73:16, 118:7, 118:24
excused [3] - 16:10, 16:13, 111:6
**Exhibit** [10] - 3:11, 33:13, 67:21, 72:24, 83:20, 87:16, 89:20, 101:19, 105:20, 109:1
exhibit [4] - 14:7, 14:21, 84:19, 93:17
exhibits [1] - 36:9
**EXHIBITS** [1] - 3:13
existed [1] - 7:24
exit [1] - 15:22
exited [4] - 16:20, 64:2, 110:17, 119:14
expect [1] - 62:4
expected [2] - 108:21, 115:18
expensive [1] - 50:18
experience [3] - 77:14, 102:20, 102:25
expert [8] - 5:21, 5:24, 6:1, 6:3, 6:5, 6:14, 14:18, 97:13
expertise [1] - 7:4
explain [19] - 4:21, 11:2, 11:20, 15:15, 24:9, 24:18, 37:8, 42:5, 43:23, 49:5, 51:15, 56:14, 57:3, 76:22, 94:10, 94:11, 98:11, 105:7, 118:22

explained [4] - 24:11, 24:13, 41:20, 79:21
explaining [3] - 26:9, 74:14, 103:11
express [1] - 6:15
expressed [1] - 112:7
extensions [1] - 19:18
extent [1] - 77:7
extraneous [1] - 93:12

## F

**F.2d** [1] - 115:13
**F.3d** [1] - 115:4
facing [1] - 23:7
fact [12] - 6:4, 12:13, 20:22, 21:13, 22:4, 22:12, 25:3, 84:16, 87:8, 114:4, 116:10, 117:12
facts [2] - 22:2, 22:3
fair [7] - 14:15, 57:18, 92:4, 94:2, 94:8, 94:12, 94:17
fairly [2] - 54:23, 93:25
fairness [3] - 19:12, 20:5, 112:2
fall [1] - 67:18
false [4] - 23:22, 23:23, 25:12, 25:15
familiar [2] - 48:21, 114:8
families [1] - 72:13
family [1] - 66:7
far [3] - 10:8, 63:22, 85:6
fascinated [1] - 41:23
faster [2] - 11:8
federal [1] - 20:16
feedback [1] - 34:16
feeders [1] - 15:20
few [19] - 25:25, 30:23, 46:19, 55:15, 55:21, 59:11, 59:18, 61:10, 61:11, 61:21, 74:23, 75:7, 88:3, 90:13, 95:18, 96:6, 96:7, 96:13
fifth [1] - 111:7
figure [7] - 20:20, 62:6, 62:7, 86:21, 106:13, 106:22, 112:13

figured [2] - 38:21, 96:23
figuring [1] - 38:19
file [4] - 56:22, 56:23, 57:4, 93:21
filter [1] - 91:10
final [2] - 16:3, 71:22
finally [1] - 71:22
financial [1] - 42:6
fine [5] - 27:24, 63:17, 69:6, 89:1, 94:15
finish [4] - 65:25, 96:17, 98:21, 118:11
finished [3] - 32:6, 40:4, 97:2
first [27] - 17:19, 37:25, 38:15, 41:2, 41:3, 41:7, 41:9, 41:10, 42:13, 43:7, 43:9, 43:11, 45:5, 48:25, 49:24, 50:1, 50:10, 51:6, 51:23, 53:22, 60:21, 78:13, 79:14, 104:19, 117:22, 117:23, 121:1
**FISCHBACH** [1] - 3:4
Fischbach [12] - 4:14, 9:7, 9:24, 13:1, 13:5, 13:17, 13:21, 14:4, 14:9, 14:11, 14:25, 15:15
five [4] - 34:19, 59:13, 85:4, 113:11
fix [1] - 97:19
Floor [1] - 1:22
focused [1] - 93:6
Fog [13] - 6:19, 21:3, 30:16, 30:18, 78:8, 78:14, 78:16, 80:20, 80:21, 81:1, 81:14, 81:23, 109:11
follow [2] - 7:16, 14:1
following [19] - 4:7, 6:12, 9:18, 13:10, 15:12, 16:21, 29:22, 36:17, 64:3, 66:12, 66:17, 77:23, 78:7, 110:18, 114:12, 119:4, 119:15, 119:18, 120:17
followup [6] - 8:15, 8:18, 13:23, 16:2, 88:23, 88:25
followups [1] - 76:17
**FOR** [4] - 1:1, 1:14, 1:14, 1:20
force [1] - 20:6
foregoing [1] - 122:4

forgetting [1] - 55:21
**Forgive** [1] - 34:17
forgot [1] - 104:18
form [5] - 46:20, 58:25, 106:24, 107:2, 107:4
formats [1] - 58:25
forum [1] - 35:18
forward [5] - 23:22, 58:20, 76:24, 112:8
foundation [3] - 5:13, 5:15, 6:7
four [5] - 64:16, 107:22, 117:11, 117:24, 118:1
fourth [2] - 111:7, 117:23
frankly [1] - 23:2
free [1] - 21:23
freelance [20] - 34:6, 35:2, 35:4, 35:8, 35:11, 36:14, 39:11, 39:13, 39:19, 39:24, 67:10, 70:2, 70:12, 70:13, 70:19, 82:5, 106:9, 107:19, 108:3
friends [10] - 38:3, 38:4, 43:6, 57:13, 57:18, 72:13, 74:23, 86:4, 95:24, 99:23
front [7] - 8:7, 25:22, 28:11, 88:16, 88:18, 89:16, 114:16
frustrated [2] - 102:12, 103:12
frustrating [1] - 103:23
full [5] - 20:5, 39:14, 39:16, 95:17, 122:5
full-time [3] - 39:14, 39:16, 95:17
fully [4] - 27:15, 99:5, 99:6, 112:10
function [2] - 44:3, 44:6
functionality [1] - 102:19
funds [1] - 58:13
future [2] - 86:10, 107:18

## G

game [1] - 38:14
games [2] - 31:25, 40:20
geeky [1] - 78:21
general [6] - 30:22, 30:24, 34:20, 78:15,

81:12, 81:22
generally [2] - 55:13, 94:19
generating [1] - 108:13
generic [1] - 29:15
given [4] - 14:22, 56:9, 57:6, 118:9
Goals [2] - 92:24, 93:1
gonna [12] - 52:1, 61:14, 61:15, 87:1, 88:12, 92:9, 94:14, 96:21, 98:13, 98:15, 98:16
Google [8] - 35:23, 38:14, 38:16, 38:19, 38:21, 93:16, 110:12, 110:15
Gothenburg [7] - 37:15, 40:8, 40:11, 41:1, 41:5, 67:5, 67:6
governance [1] - 49:18
governing [1] - 49:19
government [4] - 31:3, 31:6, 106:16, 107:16
Government [25] - 14:5, 17:1, 19:12, 20:5, 20:19, 21:16, 21:25, 22:16, 24:25, 25:3, 25:7, 25:17, 27:7, 27:11, 27:12, 65:11, 84:13, 84:25, 93:20, 105:17, 112:13, 113:22, 113:24, 117:2, 117:13
Government's [20] - 7:23, 8:24, 9:6, 9:11, 9:13, 19:20, 22:6, 28:18, 33:13, 65:7, 67:21, 72:24, 83:20, 87:16, 89:20, 101:19, 105:20, 109:1, 111:24, 112:16
Gox [30] - 60:7, 60:14, 60:16, 60:19, 60:21, 60:24, 61:1, 61:9, 68:6, 68:7, 68:9, 70:22, 70:25, 71:4, 71:7, 71:11, 71:12, 71:13, 73:10, 73:13, 73:17, 73:18, 73:23, 77:24, 77:25, 97:15
graduate [1] - 31:21
grappling [2] - 20:21, 21:8
gray [2] - 38:8, 38:25

**ground** [2] - 8:2, 98:18
**guess** [1] - 6:14, 7:22, 31:17, 55:24, 60:2, 65:20, 95:2, 99:1, 99:22, 103:12, 116:3
**guy** [1] - 50:11
**guys** [3] - 61:2, 79:21, 91:20

## H

**hacked** [4] - 36:22, 59:4, 61:2, 61:3
**hacks** [1] - 36:19
**half** [4] - 19:3, 23:12, 23:16, 67:18
**hand** [1] - 30:4
**handful** [1] - 115:1
**handle** [2] - 98:15, 111:11
**hang** [1] - 44:23, 110:5
**hanging** [2] - 87:24, 88:5
**happy** [4] - 65:19, 65:20, 65:23, 111:11
**hard** [7] - 5:2, 23:3, 42:5, 64:25, 65:12, 74:15, 74:16
**hassard** [1] - 103:16
**HASSARD** [2] - 1:21, 83:21
**Hassard** [14] - 33:12, 33:19, 67:20, 72:22, 78:10, 83:19, 87:15, 88:8, 89:19, 92:22, 95:3, 101:20, 105:18, 108:25
**head** [2] - 91:9, 118:2
**heading** [1] - 91:2
**heads** [1] - 113:4
**health** [5] - 74:21, 75:3, 100:14, 100:23
**healthcare** [1] - 74:25
**heard** [14] - 23:5, 41:7, 48:11, 60:6, 60:15, 65:12, 78:13, 78:15, 78:16, 78:17, 79:14, 81:9, 107:8, 112:23
**hearing** [3] - 54:19, 79:3, 117:20
**hearsay** [1] - 5:13
**Hedge** [1] - 96:20
**Hedged** [2] - 96:15,

96:22
**hedged** [1] - 96:21
**held** [3] - 6:13, 13:11, 100:9
**help** [4] - 74:20, 74:22, 96:25, 100:19
**helped** [1] - 76:4
**helpful** [1] - 64:21
**helping** [2] - 32:18, 44:8
**hereby** [1] - 122:3
**hesitant** [1] - 75:22
**hidden** [13] - 12:9, 12:11, 13:2, 13:3, 13:18, 13:19, 13:22, 14:4, 14:8, 14:14, 14:19, 15:4, 15:7
**hide** [1] - 38:18
**high** [6] - 31:20, 31:21, 32:6, 37:16, 57:19, 74:17
**higher** [1] - 55:18
**himself** [1] - 117:14
**hire** [2] - 96:25, 99:19
**hired** [2] - 32:14, 35:13
**hiring** [1] - 83:10
**history** [2] - 55:10, 62:22
**hobbies** [1] - 31:23
**hodgepodge** [1] - 90:21
**hold** [2] - 27:3, 104:7
**home** [20] - 12:12, 12:20, 13:22, 13:25, 14:7, 14:13, 15:1, 15:5, 15:7, 15:10, 15:16, 15:17, 15:25, 46:16, 82:9, 82:15, 101:14, 101:15, 110:5
**homeless** [1] - 83:12
**homes** [2] - 13:22, 14:20
**honestly** [1] - 14:21
**Honor** [49] - 4:2, 4:3, 4:11, 5:12, 5:17, 6:24, 9:17, 9:20, 13:14, 14:3, 15:11, 17:1, 18:25, 19:11, 23:17, 24:6, 25:16, 28:2, 28:12, 28:19, 29:10, 30:9, 53:9, 58:19, 63:11, 64:8, 64:9, 64:24, 65:14, 65:23, 66:22, 76:10, 76:20, 78:5, 89:18, 92:21, 94:9, 111:25, 113:3, 113:10, 113:21, 114:7, 114:14, 115:1,

117:9, 118:15, 118:17, 120:22, 120:23
**HONORABLE** [1] - 1:11
**horizon** [1] - 17:19
**hosting** [1] - 70:7
**hotmail.com** [1] - 71:1
**hour** [2] - 18:21, 35:11
**hours** [6] - 18:21, 40:11, 64:24, 64:25, 65:15, 101:12
**huge** [1] - 103:2
**hundred** [1] - 55:15
**hundreds** [9] - 45:17, 45:19, 45:22, 90:14, 91:14, 92:4, 102:22, 107:9

## I

**ID** [1] - 73:19
**idea** [2] - 65:3, 97:22
**ideas** [3] - 90:22, 96:12, 96:13
**identification** [1] - 70:23
**identified** [1] - 80:11
**identify** [1] - 79:25
**IDs** [1] - 73:15
**impact** [1] - 7:3
**implication** [3] - 13:2, 19:5, 19:6
**implicit** [1] - 19:9
**implied** [1] - 13:19
**implies** [1] - 13:3
**important** [2] - 28:21, 76:15
**improving** [1] - 41:25
**in-person** [2] - 51:10, 52:11
**incarcerated** [2] - 18:15, 22:25
**incarceration** [2] - 23:2, 25:25
**incidentally** [1] - 57:19
**including** [3] - 17:12, 19:23, 72:6
**incorrect** [1] - 105:11
**independent** [1] - 115:6
**INDEX** [1] - 3:1
**indicate** [1] - 69:9
**indicators** [1] - 62:16

**indicia** [1] - 8:8
**individual** [2] - 51:19, 92:16
**information** [7] - 8:19, 10:1, 23:18, 25:18, 79:10, 92:13, 105:11
**informs** [1] - 20:15
**initial** [2] - 53:20
**innocence** [1] - 21:14
**innuendo** [1] - 23:23
**inputs** [1] - 49:14
**inquire** [1] - 27:25
**installing** [1] - 48:1
**instance** [1] - 60:6
**instantaneous** [2] - 52:15, 53:2
**instantly** [2] - 54:1, 54:7
**instead** [3] - 47:7, 55:2, 105:5
**instruct** [1] - 27:2
**instructed** [1] - 29:12
**instruction** [1] - 29:18
**instructions** [6] - 18:7, 28:23, 64:18, 110:24, 111:1, 121:6
**intended** [1] - 105:11
**intending** [1] - 65:3
**interest** [3] - 96:8, 100:17, 100:18
**interested** [10] - 31:24, 32:1, 40:19, 41:12, 41:21, 42:13, 42:18, 98:19, 98:20
**interesting** [9] - 41:24, 41:25, 43:2, 51:1, 85:2, 90:22, 92:7, 92:11, 96:3
**interests** [5] - 40:1, 40:18, 40:24, 40:25, 83:14
**interface** [1] - 102:23
**International** [1] - 5:10
**internet** [9] - 17:15, 20:14, 32:20, 32:22, 32:23, 50:9, 59:4, 90:22, 92:6
**internet-related** [1] - 32:23
**interruption** [1] - 76:10
**interrupts** [1] - 93:14
**interview** [4] - 17:21, 18:3, 18:4, 19:25
**introduce** [3] -

27:11, 27:12, 30:12
**introduced** [1] - 80:22
**introducing** [1] - 14:23
**invest** [1] - 62:11
**investigated** [1] - 4:24
**invited** [1] - 29:14
**invoice** [1] - 105:9
**invoices** [17] - 105:8, 105:9, 105:10, 105:12, 105:14, 105:16, 105:22, 106:6, 106:7, 107:10, 107:15, 107:17, 108:2, 108:13, 108:18, 108:21
**involve** [1] - 33:2
**involved** [6] - 13:20, 27:10, 34:7, 38:24, 39:1, 51:21
**IP** [3] - 11:16, 12:5, 12:6
**IRC** [2] - 44:21
**irrelevant** [1] - 25:5
**issue** [10] - 17:3, 20:20, 21:7, 21:10, 25:20, 85:13, 111:9, 114:19, 116:4, 117:15
**issues** [5] - 74:24, 75:3, 95:12, 112:10, 114:21
**itself** [4] - 5:3, 5:8, 12:2, 115:24

## J

**J-O-N-K-O-P-I-N-G** [1] - 31:13
**jail** [3] - 17:24, 17:25, 21:17
**Jail** [1] - 20:11
**January** [2] - 17:20, 98:2
**JEFF** [1] - 3:4
**job** [15] - 32:4, 32:7, 34:5, 35:8, 35:11, 36:14, 36:23, 37:2, 39:23, 70:3, 83:6, 83:9, 83:15, 96:2, 100:16
**jobs** [29] - 32:6, 33:2, 34:6, 35:8, 37:14, 37:21, 38:6, 38:7, 38:24, 39:2, 39:4, 39:6, 39:9, 39:10, 39:11, 39:21, 39:24, 43:2, 70:4, 70:12,

70:13, 70:19, 82:5, 106:9, 106:11, 106:13, 107:19, 107:21, 108:3

**joined** [1] - 60:20
**Jonkoping** [8] - 31:8, 31:14, 31:19, 31:20, 32:5, 37:15, 67:7, 67:9
**JUDGE** [1] - 1:11
**judge** [1] - 115:24
**junior** [1] - 32:14
**jurisdiction** [1] - 99:6
**JUROR** [3] - 120:1, 120:10, 120:14
**juror** [18] - 64:13, 64:17, 65:19, 66:5, 111:19, 113:14, 114:18, 115:5, 115:7, 115:11, 115:17, 115:23, 115:24, 117:18, 121:1, 121:3
**Juror** [8] - 64:14, 111:3, 111:4, 111:6, 112:17, 117:11, 119:17, 120:16
**jurors** [10] - 101:21, 113:13, 113:17, 114:24, 115:15, 115:17, 116:13, 116:24, 118:8, 119:24
**jury** [65] - 4:1, 4:4, 4:6, 4:8, 4:21, 11:2, 11:20, 12:19, 12:20, 13:24, 15:1, 15:16, 16:14, 16:20, 18:15, 20:2, 21:20, 22:21, 23:4, 23:5, 23:8, 25:13, 25:22, 27:2, 28:4, 28:5, 28:11, 28:14, 28:16, 28:20, 28:22, 29:3, 29:6, 29:10, 29:12, 29:14, 29:19, 29:21, 29:23, 30:13, 43:10, 43:24, 49:5, 51:15, 53:14, 64:2, 64:18, 65:4, 65:5, 65:17, 66:14, 66:16, 66:18, 82:18, 89:17, 98:12, 105:5, 110:3, 110:5, 110:17, 114:16, 119:3, 119:5, 119:7, 119:14
**JURY** [1] - 1:10
**jury's** [1] - 55:1
**JUSTICE** [1] - 1:18

## K

**Karl** [3] - 108:9, 108:11
**keep** [8] - 9:9, 12:2, 36:11, 90:4, 111:19, 111:23, 113:16, 114:24
**keeping** [2] - 44:8
**kept** [7] - 19:18, 63:3, 80:22, 80:25, 86:8, 86:10, 86:11
**key** [12] - 56:8, 56:9, 56:24, 57:5, 57:6, 57:9, 57:10, 57:23, 57:24, 58:1, 58:24, 59:8
**keyboards** [2] - 10:13, 10:16
**keys** [4] - 48:15, 56:25, 57:1, 78:23
**kill** [18] - 4:15, 4:17, 4:18, 4:19, 5:23, 6:25, 7:3, 7:9, 7:17, 8:10, 8:16, 8:21, 9:1, 9:3, 9:4, 9:6, 9:16, 10:2
**kind** [8] - 8:8, 11:22, 12:18, 20:20, 32:4, 38:6, 38:13, 38:25, 41:19, 42:5, 42:24, 44:8, 50:6, 50:13, 50:24, 53:22, 67:16, 72:9, 76:5, 77:13, 78:21, 83:15, 84:7, 85:3, 86:16, 87:3, 87:4, 90:4, 90:11, 95:12, 96:21, 97:8, 98:19, 106:12, 119:11
**kinds** [2] - 96:10, 103:22
**knowing** [1] - 11:7
**knowledge** [2] - 14:19, 95:13
**knows** [3] - 11:7, 48:9, 86:18
**kolbasa99@ rambler.ru** [1] - 71:8
**Kosem** [1] - 104:9
**Kraken** [4] - 81:9, 81:15, 81:17, 81:18
**Kroners** [2] - 33:6, 46:9
**KYC** [7] - 81:17, 81:18, 102:24, 103:1, 103:3, 103:7

## L

**labeled** [2] - 37:7,

57:25
**lack** [2] - 5:12, 24:15
**landed** [1] - 5:10
**laptop** [3] - 10:18, 43:18, 47:17
**larger** [6] - 61:24, 61:25, 115:23, 117:14
**larger** [1] - 76:12
**last** [9] - 14:24, 21:2, 30:14, 59:12, 75:8, 75:23, 75:24, 94:13, 102:10
**late** [5] - 114:18, 114:21, 116:19, 117:4, 118:4
**launder** [1] - 107:9
**LAW** [1] - 1:21
**lawyer** [1] - 94:4
**lawyers** [3] - 19:25, 110:4, 110:7
**LAX** [1] - 6:23
**lay** [1] - 5:15
**lead** [1] - 10:1
**leading** [5] - 53:11, 70:16, 71:20, 78:3, 106:3
**leaning** [1] - 58:20
**learn** [8] - 48:2, 48:14, 48:16, 57:14, 78:22, 79:8, 100:22, 107:17
**learned** [2] - 63:9, 91:6
**learning** [6] - 62:9, 62:12, 62:19, 63:7, 63:8, 100:4, 100:11, 100:13
**least** [7] - 43:8, 54:1, 102:18, 111:7, 116:14, 118:1, 118:11
**leave** [8] - 63:13, 66:5, 83:7, 94:3, 95:7, 95:9, 96:2, 100:16
**left** [2] - 95:17, 117:12
**legal** [3] - 77:16, 99:1, 99:8
**legitimate** [1] - 14:20
**length** [1] - 65:9
**less** [2] - 60:25, 114:19
**letters** [1] - 59:9
**level** [1] - 103:5
**Level** [1] - 92:24
**Liberty** [7] - 71:22, 71:25, 72:1, 72:18, 73:5, 73:6
**life** [1] - 75:5
**lifetimes** [1] - 63:8
**light** [1] - 15:19

**limit** [1] - 15:9
**limited** [1] - 107:4
**limits** [2] - 107:5, 107:12
**line** [3] - 7:2, 13:19, 59:9
**lines** [2] - 22:19, 92:16
**link** [4] - 38:12, 92:5, 92:8, 92:10
**links** [1] - 92:4
**LISA** [2] - 2:1, 123:3
**Lisa** [1] - 122:12
**list** [10] - 36:9, 36:12, 36:18, 36:24, 37:5, 39:5, 58:5, 58:7, 69:19, 90:3
**listed** [1] - 12:6
**listen** [5] - 53:7, 76:15, 76:17, 76:24, 79:12
**listening** [1] - 120:4
**lists** [3] - 94:18, 94:19
**literally** [1] - 10:12
**litter** [1] - 15:20
**live** [3] - 31:16, 41:1, 67:9
**lived** [4] - 30:20, 31:17, 32:4, 41:2
**lives** [1] - 42:3
**living** [5] - 41:5, 67:5, 67:6, 83:10, 95:16
**log** [4] - 10:12, 10:15, 10:17, 11:22
**logged** [2] - 52:12, 52:13
**logging** [1] - 10:7
**logins** [1] - 10:5
**logs** [11] - 10:24, 11:3, 11:4, 11:5, 11:10, 11:15, 11:18, 11:21, 12:2, 12:5, 17:24
**long-term** [2] - 32:7, 63:7, 95:14
**look** [11] - 25:10, 25:18, 36:24, 51:25, 62:21, 90:17, 94:24, 105:4, 113:4, 113:15, 120:25
**looking** [5] - 55:17, 62:14, 65:4, 68:23, 70:1
**looks** [1] - 33:24
**Los** [1] - 5:10
**lose** [3] - 45:7, 61:6, 97:16
**losing** [2] - 92:18,

97:3
**loss** [1] - 20:12
**lost** [2] - 61:4, 96:8
**low** [1] - 99:9
**lowest** [1] - 121:3
**lowest-numbered** [1] - 121:3
**LR** [2] - 71:23, 72:16
**lunch** [1] - 14:6
**Lund** [1] - 24:6
**lund** [1] - 25:8

## M

**machine** [2] - 11:6, 11:8
**Magazine** [3] - 17:21, 17:23
**magic** [1] - 50:9
**magnetic** [1] - 5:1
**main** [3] - 48:25, 49:22, 80:17
**Malta** [4] - 98:23, 98:25, 99:4, 99:5
**man's** [8] - 5:5, 6:18, 6:21, 7:14, 7:19, 8:14, 9:7, 9:8
**manipulating** [1] - 24:19
**March** [2] - 1:7, 122:10
**marked** [2] - 38:25, 39:2
**MARKED** [1] - 3:13
**market** [4] - 62:17, 62:24, 62:25, 63:2
**marketing** [1] - 38:10
**markets** [1] - 99:7
**marking** [1] - 37:3
**Marknadskommuni kation** [6] - 32:8, 32:11, 33:5, 39:15, 67:8, 95:6
**marshals** [3] - 28:8, 28:9, 28:11
**Marx** [3] - 108:9, 108:11, 108:12
**maskable** [1] - 93:13
**Masked** [2] - 92:24, 93:1
**masked** [7] - 93:2, 93:21, 93:22, 94:18, 94:24, 95:1, 95:2
**masks** [2] - 93:13
**Masks** [1] - 95:1
**material** [2] - 21:13
**Matt** [1] - 54:19
**matter** [2] - 11:23, 12:13

**Mazars's** [2] - 11:16, 12:6

**McDonald's** [2] - 87:25, 88:3

**mean** [25] - 7:8, 8:14, 8:15, 9:10, 10:8, 14:23, 17:10, 19:11, 20:25, 22:22, 34:11, 37:8, 43:20, 50:16, 51:5, 57:13, 62:13, 65:14, 88:19, 92:8, 92:9, 93:1, 93:19, 97:15

**meaning** [3] - 95:1, 97:16, 100:5

**means** [2] - 49:7, 49:12

**meant** [1] - 26:10

**measure** [1] - 11:6

**mechanics** [1] - 53:13

**medical** [3] - 66:7, 111:9, 116:20

**medicate** [1] - 75:4

**meet** [40] - 37:22, 37:23, 37:24, 38:1, 40:12, 40:13, 40:14, 40:16, 40:17, 40:19, 40:21, 40:23, 40:24, 42:17, 42:19, 42:21, 42:22, 42:23, 42:25, 43:5, 43:6, 43:12, 43:15, 46:2, 47:17, 48:7, 48:18, 50:4, 50:22, 51:23, 62:4, 67:12, 78:20, 79:4, 79:8, 80:2, 82:6, 86:5

**meet-up** [9] - 40:16, 40:17, 40:21, 40:23, 43:12, 43:15, 47:17, 50:22, 86:5

**meet-ups** [24] - 37:22, 37:23, 37:24, 38:1, 40:12, 40:13, 40:14, 40:19, 42:17, 42:19, 42:21, 42:22, 42:23, 42:25, 46:2, 48:18, 50:4, 62:4, 67:12, 78:20, 79:4, 79:8, 82:6

**meeting** [5] - 40:17, 43:1, 51:1, 59:21, 65:4

**member** [1] - 66:8

**members** [2] - 16:14, 119:7

**memory** [1] - 83:25

**mental** [4] - 74:21, 75:3, 100:14, 100:22

**mention** [4] - 31:1,

48:8, 53:3, 85:25

**mentioned** [10] - 15:19, 35:2, 41:6, 41:16, 76:21, 78:22, 82:1, 86:14, 91:6

**mentioning** [3] - 78:20, 87:23, 91:16

**mentions** [2] - 41:10, 84:7

**merely** [3] - 13:23, 14:23, 14:25

**Merkle** [1] - 78:23

**message** [5] - 52:10, 102:7, 103:17

**messages** [3] - 102:4, 102:10, 102:13

**messed** [2] - 54:4, 54:5

**met** [2] - 86:5, 86:17

**Miami** [3] - 101:1, 101:3, 101:17

**MICHAEL** [1] - 1:21

**microphone** [2] - 34:16, 37:12

**middle** [4] - 58:5, 58:9, 58:11, 84:2

**might** [12] - 10:18, 55:21, 57:6, 60:5, 60:25, 62:2, 75:19, 92:10, 92:11, 105:11, 109:23, 118:12

**million** [1] - 91:15

**millions** [1] - 107:9

**mine** [3] - 39:1, 40:1, 83:15

**miner** [6] - 43:19, 43:20, 43:22, 43:23, 44:13

**MINER** [1] - 43:21

**miners** [3] - 44:4, 44:7, 44:10

**mining** [2] - 44:10, 78:24

**minor** [1] - 43:21

**minute** [1] - 45:11

**minutes** [5] - 16:16, 16:19, 34:19, 85:4, 113:12

**mislead** [1] - 25:13

**missed** [1] - 116:18

**missing** [1] - 115:23

**misstates** [1] - 106:1

**mix** [5] - 39:3, 81:22, 81:24, 90:21, 92:13

**mixed** [4] - 81:1, 81:13, 81:14, 86:20

**mixer** [5] - 79:16, 80:24, 109:16, 109:17, 109:18

**mixers** [2] - 80:19,

80:21

**mixing** [9] - 78:15, 78:17, 78:20, 78:24, 79:3, 79:14, 80:13, 80:20, 109:5

**moment** [3] - 66:3, 94:21, 111:12

**Money** [1] - 89:25

**money** [39] - 39:23, 46:12, 46:14, 50:2, 50:6, 50:7, 50:9, 50:16, 50:25, 55:13, 57:2, 58:1, 61:4, 61:24, 62:8, 62:17, 62:22, 63:4, 70:4, 72:10, 72:12, 73:9, 73:24, 74:2, 95:19, 95:20, 96:7, 96:8, 97:3, 97:4, 97:7, 97:16, 97:18, 98:16, 100:8, 106:15, 106:19, 108:2

**monitored** [1] - 17:25

**month** [1] - 33:7

**months** [6] - 50:20, 78:18, 83:6, 83:7, 101:4, 101:17

**Moon** [9] - 98:6, 98:9, 98:11, 98:13, 98:24, 99:3, 99:10, 99:14, 99:18

**moped** [1] - 46:23

**morning** [14] - 64:14, 64:20, 65:5, 110:25, 111:10, 112:9, 113:7, 116:20, 118:5, 118:9, 119:8, 119:22, 120:25, 121:4

**Moscow** [1] - 6:23

**MOSS** [1] - 1:11

**most** [11] - 37:1, 37:18, 43:13, 52:9, 57:8, 58:16, 58:17, 80:20, 96:18, 102:11, 116:2

**mostly** [1] - 80:20

**mother** [1] - 30:21

**move** [6] - 8:14, 9:16, 31:7, 72:9, 82:18, 89:10

**moved** [8] - 30:21, 30:22, 31:7, 31:8, 31:14, 32:2, 40:8, 40:10

**movements** [1] - 62:17

**moving** [2] - 37:15, 82:23

**MR** [186] - 4:3, 4:11,

4:13, 5:15, 5:17, 5:18, 5:22, 6:2, 6:6, 6:10, 6:16, 7:11, 7:13, 8:6, 8:13, 8:19, 9:3, 9:17, 9:20, 9:22, 9:23, 12:17, 12:25, 13:7, 13:12, 13:14, 14:17, 15:6, 15:11, 15:14, 16:2, 16:5, 16:9, 17:1, 18:18, 18:25, 19:1, 19:11, 20:10, 21:6, 22:4, 23:14, 23:17, 23:21, 24:3, 24:6, 24:16, 24:21, 25:6, 25:11, 25:15, 26:9, 26:13, 26:15, 28:2, 28:12, 28:19, 30:2, 30:9, 30:11, 31:10, 33:12, 33:16, 33:18, 33:21, 35:1, 39:8, 46:6, 46:11, 53:9, 53:10, 54:23, 55:4, 58:19, 58:21, 63:11, 63:15, 63:19, 64:7, 64:9, 64:23, 65:14, 65:22, 65:23, 66:2, 66:22, 66:23, 67:20, 67:23, 67:24, 68:22, 69:1, 69:3, 69:5, 69:7, 70:17, 70:18, 71:21, 72:15, 72:22, 73:1, 76:10, 77:1, 77:22, 78:4, 78:6, 78:10, 78:12, 79:15, 82:21, 82:22, 83:19, 83:21, 83:22, 83:23, 84:10, 84:11, 85:6, 85:14, 85:16, 85:22, 87:11, 87:15, 87:17, 88:8, 88:9, 88:14, 88:16, 88:23, 89:2, 89:7, 89:10, 89:18, 89:22, 90:6, 90:8, 91:2, 92:21, 92:23, 93:23, 93:25, 94:7, 94:16, 95:3, 95:4, 101:18, 101:24, 102:1, 102:3, 103:16, 103:19, 104:5, 104:8, 104:12, 104:14, 104:21, 104:23, 105:2, 105:3, 105:18, 105:21, 106:1, 106:5, 108:24, 109:3, 111:12, 111:15, 111:19, 111:22, 111:25, 112:6, 113:3, 113:10, 113:20, 113:22, 114:7, 114:14, 115:1, 116:2, 116:6, 117:1, 117:9, 118:15,

118:17, 120:22, 120:23

**MS** [11] - 4:2, 5:12, 5:24, 6:24, 8:22, 12:15, 12:21, 14:3, 23:13, 24:9, 24:17

**Mt** [30] - 60:7, 60:14, 60:16, 60:19, 60:21, 60:24, 61:1, 61:9, 68:6, 68:7, 68:9, 70:22, 70:25, 71:4, 71:7, 71:11, 71:12, 71:13, 73:10, 73:13, 73:17, 73:18, 73:23, 77:24, 77:25, 97:15

**multiple** [1] - 17:11

**music** [4] - 95:20, 95:22, 95:24, 96:5

**must** [6] - 32:12, 42:15, 44:17, 44:18, 46:14, 97:8

**Mycelium** [6] - 57:20, 57:21, 58:4, 58:7, 58:13, 81:8

**N**

**name** [9] - 30:13, 30:14, 32:8, 34:21, 73:21, 93:3, 93:18, 107:25

**Namecheap** [5] - 33:8, 33:23, 33:24, 33:25, 34:1

**names** [3] - 34:7, 108:8, 108:10

**native** [3] - 11:18, 11:20, 12:5

**nature** [2] - 7:9, 9:7

**necessarily** [2] - 89:13, 91:10

**necessary** [3] - 28:20, 29:9, 112:17

**Neck** [1] - 20:11

**need** [15] - 7:14, 9:8, 10:18, 11:8, 28:25, 42:12, 52:5, 62:6, 62:7, 79:2, 101:10, 106:12, 108:19, 109:24, 109:25

**needed** [4] - 22:15, 32:15, 81:3, 81:25

**needs** [1] - 44:2

**negative** [1] - 91:23

**nerdy** [1] - 32:1

**nest** [1] - 61:23

**network** [4] - 44:1, 44:2, 44:3, 44:6, 44:8

**networking** [1] -

13:23
**networks** [1] - 51:14
**never** [19] - 30:17,
42:1, 58:12, 61:24,
95:14, 95:18, 96:7,
96:17, 97:4, 99:12,
99:22, 103:8, 104:25,
105:11, 107:11,
108:21
**New** [1] - 1:23
**new** [6] - 7:2, 14:6,
43:6, 48:2, 48:3, 48:7
**news** [1] - 41:11
**next** [9] - 10:12,
30:1, 43:16, 50:20,
50:22, 68:20, 85:21,
87:14, 97:20
**NFS9000** [1] - 71:1
**nice** [1] - 116:16
**niche** [1] - 48:10
**night** [1] - 110:2
**Ninth** [1] - 115:3
**NO** [4] - 3:13, 120:1,
120:10, 120:14
**nobody** [6] - 26:6,
45:8, 48:11, 50:7,
50:17, 50:18
**none** [2] - 20:15,
113:3
**normal** [3] - 10:17,
20:15, 46:15
**Northern** [1] - 20:11
**Northwest** [4] - 1:15,
1:18, 2:3, 122:14
**notable** [1] - 117:17
**notes** [24] - 8:24,
28:16, 88:11, 90:7,
90:9, 90:11, 90:13,
90:17, 90:19, 90:20,
91:12, 91:14, 91:17,
91:19, 92:1, 92:3,
92:4, 92:7, 92:12,
92:16, 94:10, 120:25,
122:5
**nothing** [6] - 10:4,
11:24, 52:18, 64:7,
113:20, 113:22
**notice** [2] - 24:12,
104:24
**noticed** [7] - 14:18,
76:3, 111:4, 111:7,
116:9, 117:25
**November** [1] - 73:9
**nowadays** [1] - 47:3
**nullification** [1] -
23:4
**number** [13] - 10:21,
17:10, 17:13, 28:21,
34:5, 40:22, 45:14,
45:20, 74:12, 84:19,

103:17, 107:3, 107:4
**numbered** [1] -
121:3

## O

**object** [2] - 69:1,
69:3
**objection** [12] - 5:12,
7:25, 12:21, 19:20,
46:6, 54:23, 85:6,
88:14, 93:23, 106:1,
113:23, 114:13
**observed** [2] -
115:11, 115:24
**obviously** [1] -
114:19
**occasions** [1] -
116:9
**occurred** [2] - 13:24,
54:21
**October** [6] - 18:16,
19:2, 20:24, 21:22,
22:7, 23:11
**odd** [1] - 32:6
**OF** [5] - 1:1, 1:3,
1:10, 1:15, 1:18
**off-chain** [1] - 56:7
**offended** [1] - 91:21
**offer** [1] - 116:21
**OFFICE** [1] - 1:14
**offices** [1] - 67:8
**official** [4] - 40:17,
49:1, 49:3, 122:12
**Official** [1] - 2:1
**old** [6] - 31:14, 39:6,
46:22, 67:1, 72:6,
82:23
**older** [1] - 115:3
**once** [7] - 26:4,
42:18, 46:23, 57:24,
86:14, 91:16, 106:20
**one** [58] - 6:11, 9:14,
14:7, 16:2, 17:10,
17:18, 20:3, 21:24,
25:24, 28:22, 34:8,
41:19, 42:25, 43:8,
43:16, 56:11, 57:22,
60:19, 60:21, 61:15,
64:13, 64:25, 65:14,
65:18, 73:15, 78:21,
78:24, 79:21, 80:22,
81:18, 83:2, 84:7,
90:4, 90:5, 90:23,
93:5, 96:1, 96:16,
96:18, 99:2, 100:15,
102:20, 105:19,
105:22, 108:9,
108:11, 108:17,

108:18, 110:10,
112:1, 112:4, 116:12,
116:13, 117:18
**ones** [3] - 20:17,
34:14, 102:11
**online** [12] - 44:22,
44:23, 44:25, 45:13,
51:13, 52:8, 53:2,
53:14, 53:18, 56:4,
62:12, 67:19
**open** [10] - 9:19,
15:13, 15:22, 18:24,
27:7, 49:1, 49:2, 49:6,
49:11, 111:6
**open-source** [2] -
49:2, 49:6
**operate** [2] - 7:10,
30:16
**operated** [2] - 30:17,
96:6
**operating** [5] - 12:3,
45:9, 96:5, 96:17,
98:5
**operation** [1] - 91:16
**operational** [1] -
99:22
**opinion** [5] - 5:21,
5:24, 6:1, 6:7, 6:15
**opportunities** [1] -
30:23
**opportunity** [6] -
27:14, 83:16, 88:20,
89:14, 96:3, 117:15
**opposed** [1] - 37:4
**opposes** [1] - 17:1
**order** [11] - 4:9,
25:24, 26:3, 26:5,
29:24, 45:2, 55:18,
66:19, 99:25, 119:6,
121:2
**organized** [1] - 40:17
**originally** [1] - 46:15
**originate** [1] - 109:5
**otherwise** [4] - 27:9,
27:12, 80:18, 110:15
**outline** [1] - 65:2
**outset** [1] - 18:8
**outside** [7] - 7:4,
17:15, 17:17, 18:6,
19:23, 20:7, 29:3
**overnight** [1] -
119:10
**overruled** [1] - 46:7
**own** [6] - 39:7, 71:3,
73:21, 99:15, 105:10,
107:4
**owned** [3] - 34:11,
38:20, 81:19
**owners** [2] - 79:22,
80:10

## P

**p.m** [9] - 1:7, 4:7,
16:21, 29:22, 64:3,
66:17, 110:18, 119:4,
119:15
**packages** [1] - 90:23
**Packages** [1] - 91:3
**PAGE** [1] - 3:3
**Page** [2] - 89:21,
92:22
**page** [2] - 18:24,
38:15
**pages** [3] - 90:14,
91:14, 92:15
**paid** [7] - 44:7,
45:24, 46:3, 47:8,
47:12, 51:14, 108:6
**pain** [1] - 26:6
**panicked** [1] -
119:22
**paper** [10] - 58:23,
58:24, 59:1, 59:2,
59:6, 59:8, 59:10,
59:12, 86:10, 91:11
**pardon** [1] - 76:10
**parents** [1] - 67:9
**part** [9] - 6:6, 15:21,
15:24, 23:3, 33:1,
38:2, 70:2, 97:2, 99:3
**partially** [1] - 116:14
**particular** [14] - 8:13,
17:18, 29:13, 29:14,
29:15, 33:9, 36:4,
36:5, 36:6, 45:11,
46:18, 57:24, 104:4
**particularly** [1] -
117:21
**parties** [4] - 17:11,
65:19, 65:20, 111:11
**partly** [1] - 103:24
**PAS** [2] - 74:4
**pass** [2] - 25:12,
25:15
**passed** [1] - 28:25
**password** [5] - 36:9,
36:12, 36:15, 37:5,
69:19
**passwords** [5] -
35:5, 36:11, 36:20,
36:22, 92:3
**past** [3] - 63:20,
104:19, 109:20
**pasting** [1] - 102:13
**Pause** [1] - 114:23
**pay** [8] - 38:6, 44:19,
45:23, 46:12, 70:3,
98:17, 108:22, 117:18
**paycheck** [1] - 46:14

**paying** [6] - 46:25,
72:13, 80:6, 80:7,
107:19
**payment** [9] - 51:14,
53:23, 70:6, 72:1,
72:12, 104:17, 104:20
**payments** [1] -
104:19
**peer** [28] - 51:13,
51:16, 51:18, 51:21,
52:8, 52:11, 53:1,
53:11, 54:16, 54:20,
55:5, 55:7, 55:14,
57:12
**peer-to-peer** [14] -
51:13, 51:16, 51:18,
51:21, 52:8, 52:11,
53:1, 53:11, 54:16,
54:20, 55:5, 55:7,
55:14, 57:12
**Pelker** [7] - 4:14,
10:5, 10:20, 12:8,
12:25, 13:16, 14:2
**PELKER** [12] - 1:17,
4:2, 5:12, 5:24, 6:24,
8:22, 12:15, 12:21,
14:3, 23:13, 24:9,
24:17
**Pennsylvania** [1] -
1:18
**people** [59] - 10:21,
11:10, 11:12, 12:19,
13:5, 13:24, 36:18,
36:20, 37:21, 38:9,
38:10, 38:18, 40:18,
40:19, 40:22, 40:24,
41:12, 41:14, 42:10,
42:23, 42:24, 43:1,
43:5, 44:4, 44:22,
44:24, 45:6, 46:25,
48:11, 48:19, 49:12,
49:14, 49:25, 50:4,
51:1, 59:21, 61:4,
62:3, 63:7, 72:2,
72:11, 76:2, 78:20,
78:25, 79:3, 79:16,
80:8, 80:9, 80:14,
81:6, 83:10, 88:4,
92:13, 95:25, 97:16,
99:15, 100:19
**people's** [2] - 36:12,
42:3
**per** [1] - 33:7
**percent** [1] - 93:6
**percentage** [1] -
55:19
**perform** [4] - 35:14,
70:8, 115:16, 115:19
**performing** [1] - 44:5
**perhaps** [4] - 21:20,

21:24, 25:17, 28:15
**period** [5] - 22:20, 22:21, 58:22, 96:11, 101:5
**periods** [2] - 118:1, 118:3
**person** [32] - 18:9, 22:7, 38:20, 43:18, 44:12, 47:9, 47:23, 48:7, 51:10, 51:23, 52:1, 52:11, 52:13, 52:16, 53:19, 53:24, 55:9, 56:2, 57:17, 57:25, 59:21, 61:1, 79:24, 79:25, 86:5, 86:16, 86:17, 86:23, 86:25, 87:1, 97:13
**person's** [1] - 52:21
**personal** [1] - 116:20
**personally** [1] - 117:25
**pet** [1] - 15:20
**philosophical** [1] - 42:4
**philosophy** [1] - 90:21
**phone** [8] - 13:8, 17:16, 20:16, 56:16, 56:19, 57:21, 59:3, 59:5
**phones** [1] - 88:7
**photo** [3] - 70:23, 73:15, 73:19
**phrase** [1] - 51:16
**Pi** [1] - 10:15
**pick** [3] - 6:11, 13:7, 92:16
**piece** [2] - 59:1, 59:2
**place** [3] - 30:23, 90:5, 115:8
**places** [1] - 86:8
**Plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:14
**plan** [1] - 90:18
**planned** [1] - 90:17
**planning** [3] - 14:22, 50:13, 65:1
**plasma@ plasmadivision.com** [4] - 60:9, 60:11, 73:13, 73:17
**plasma@ plasmadivision@ hotmail.com** [1] - 60:8
**platform** [1] - 55:11
**plausible** [1] - 9:11
**plea** [1] - 23:4
**PLLC** [1] - 1:21
**plowed** [1] - 8:1
**podium** [3] - 26:12,

26:15, 26:16
**point** [26] - 7:8, 19:7, 23:25, 25:3, 25:5, 26:1, 29:18, 30:21, 40:9, 59:17, 62:2, 76:13, 77:13, 80:17, 82:15, 83:5, 83:9, 88:15, 101:13, 104:1, 105:7, 110:10, 112:1, 112:7, 112:25, 116:2
**pointing** [1] - 20:6
**portion** [1] - 116:18
**portions** [4] - 112:23, 115:23, 117:13, 117:14
**posed** [1] - 87:7
**position** [4] - 21:13, 22:6, 95:17, 117:10
**positions** [1] - 42:11
**possibility** [2] - 52:19, 52:20
**possible** [3] - 18:5, 91:18, 107:11
**post** [12] - 42:8, 102:1, 103:17, 103:18, 103:20, 104:3, 104:4, 104:7, 104:15, 109:4, 110:23, 121:5
**post-Soviet** [1] - 42:8
**posting** [1] - 109:7
**posts** [1] - 104:6
**potential** [4] - 17:4, 41:22, 41:24, 42:6
**potentially** [1] - 86:23
**power** [3] - 26:4, 42:11
**practice** [3] - 36:16, 49:12, 81:22
**precedent** [4] - 112:25, 113:12, 114:9, 116:4
**predict** [3] - 62:14, 62:15, 100:5
**prefer** [1] - 111:19
**preference** [2] - 63:16, 112:16
**prejudice** [2] - 20:3, 115:22
**prejudicial** [1] - 25:2
**prepared** [1] - 43:18
**prerogative** [1] - 115:9
**presence** [1] - 29:3
**present** [5] - 4:8, 25:23, 29:23, 66:18, 119:5
**presentation** [2] -

90:16, 118:11
**presented** [1] - 18:15
**presenting** [1] - 112:14
**preserve** [1] - 79:1
**pressing** [1] - 114:19
**pretrial** [3] - 17:8, 19:14, 19:19
**pretty** [5] - 30:22, 46:21, 58:24, 59:25, 102:12
**previous** [1] - 102:5
**previously** [2] - 8:4, 9:13
**price** [18] - 44:19, 45:3, 45:10, 45:12, 45:15, 50:12, 50:17, 61:12, 61:16, 61:22, 62:2, 62:14, 62:15, 62:17, 79:23, 83:4, 95:21, 100:7
**Price's** [1] - 54:19
**prices** [1] - 100:5
**printed** [3] - 32:16, 32:17, 59:1
**prisoner** [1] - 20:16
**privacy** [5] - 79:1, 79:17, 80:14, 80:17, 81:24
**private** [16] - 48:15, 56:8, 56:9, 56:24, 56:25, 57:1, 57:5, 57:6, 57:9, 57:23, 58:1, 58:24, 59:8, 78:23, 80:14, 80:18
**privately** [1] - 28:7, 66:4, 111:17, 114:17
**probative** [1] - 25:3
**problem** [7] - 7:22, 21:5, 23:17, 97:19, 97:21, 112:9, 113:14
**problems** [4] - 42:6, 42:9, 97:14, 100:20
**proceed** [4] - 9:20, 25:19, 30:8, 76:18
**proceedings** [16] - 4:7, 9:18, 15:12, 16:21, 29:22, 64:3, 66:12, 66:17, 110:18, 114:23, 119:4, 119:15, 119:18, 120:17, 121:8, 122:6
**process** [3] - 44:20, 91:24, 92:19
**processing** [2] - 91:8
**processor** [1] - 93:4, 93:5, 93:9, 93:15, 94:23
**produce** [1] - 64:18
**produced** [1] - 14:6,

122:6
**product** [1] - 92:9
**productions** [1] - 32:17
**profit** [2] - 50:3, 50:24
**profoundly** [1] - 20:1
**program** [2] - 93:11, 108:15
**programming** [3] - 37:25, 40:19, 93:15
**project** [18] - 35:10, 35:17, 35:23, 36:4, 36:5, 70:6, 96:16, 96:18, 96:19, 97:2, 97:15, 97:17, 98:7, 98:9, 98:11, 98:15, 99:10, 99:13
**projects** [8] - 32:19, 49:19, 95:18, 95:19, 96:1, 96:10, 97:25, 98:3
**proposed** [3] - 110:23, 111:1, 121:5
**proprietorship** [1] - 107:1
**protect** [1] - 79:17
**prove** [1] - 25:4
**provide** [1] - 18:7
**provided** [3] - 24:11, 70:22, 73:18
**providing** [1] - 103:14
**psychedelics** [11] - 74:13, 75:2, 75:4, 75:6, 75:8, 75:22, 76:3, 76:6, 77:4, 77:7, 77:17
**public** [1] - 79:18
**pull** [2] - 37:12, 105:18
**punishment** [1] - 17:4
**purchases** [2] - 55:14, 58:14
**purported** [1] - 61:2
**purports** [1] - 14:7
**purpose** [1] - 23:4
**purposes** [3] - 11:7, 25:23, 64:12
**pursuant** [2] - 28:23, 115:12
**pursue** [2] - 83:14, 96:13
**put** [21] - 17:20, 23:21, 23:22, 24:17, 33:12, 36:14, 36:15, 42:10, 54:25, 61:20, 61:21, 62:10, 67:20, 72:23, 83:19, 87:15,

89:19, 92:7, 97:4, 108:12, 109:17

## Q

**quarter** [1] - 110:1
**questioned** [1] - 115:11
**questioning** [2] - 7:2, 13:19
**questions** [28] - 16:9, 27:8, 28:14, 28:17, 28:22, 28:23, 28:25, 29:10, 37:10, 53:7, 76:15, 76:17, 76:18, 76:19, 92:19, 94:4, 102:24, 103:1, 103:2, 103:4, 103:8, 103:15, 103:22, 103:25, 104:2, 104:3, 113:25
**quickly** [2] - 84:3, 90:6
**quit** [1] - 39:23
**quite** [8] - 23:2, 37:17, 61:10, 74:23, 90:13, 101:6, 101:8, 116:24
**quote** [1] - 87:24
**quotes** [1] - 90:21

## R

**raise** [4] - 30:4, 64:5, 113:18, 113:19
**raised** [1] - 16:24
**ran** [3] - 84:24, 85:24, 86:1
**RANDOLPH** [1] - 1:11
**random** [2] - 86:5, 86:17
**ranking** [1] - 38:14
**Rasberry** [1] - 10:15
**rather** [3] - 25:21, 89:16, 99:1
**RDR** [3] - 2:1, 122:3, 122:12
**reach** [1] - 24:10
**Reactor** [4] - 105:14, 105:16, 105:22, 107:10
**read** [5] - 41:18, 41:20, 42:1, 85:3, 91:17
**reading** [5] - 41:10, 75:1, 91:11, 91:20, 105:5
**ready** [2] - 35:12,

66:21
**real** [3] - 75:5, 97:4, 97:5
**realized** [1] - 83:5
**realizing** [1] - 38:7
**really** [24] - 41:14, 41:21, 41:23, 45:6, 45:8, 50:8, 53:1, 61:24, 62:3, 65:15, 74:15, 74:18, 76:2, 78:25, 79:4, 79:7, 83:11, 83:12, 87:3, 90:20, 100:9, 107:2, 116:8, 117:21
**reason** [16] - 7:24, 25:6, 25:20, 36:21, 38:2, 64:11, 69:10, 69:11, 73:12, 73:14, 74:6, 79:20, 80:12, 88:2, 109:22, 111:2
**reasons** [8] - 30:24, 42:25, 82:1, 91:23, 96:2, 99:5, 100:15, 116:20
**rebuttal** [4] - 24:17, 112:14, 117:2, 118:12
**recalled** [2] - 68:14, 85:12
**receive** [2] - 38:16, 80:6
**Received** [1] - 3:11
**received** [5] - 23:18, 54:3, 54:4, 104:25, 106:10
**recent** [3] - 45:2, 102:11, 104:20
**recently** [3] - 54:11, 76:8, 114:8
**recess** [1] - 66:11
**recognize** [7] - 83:24, 83:25, 84:1, 87:18, 87:20, 87:25, 102:4
**recollection** [3] - 55:1, 66:8, 114:1
**recommending** [1] - 80:24
**reconvene** [1] - 119:8
**record** [7] - 17:10, 17:22, 20:13, 26:2, 79:18, 94:1, 94:5
**recorded** [2] - 17:24, 20:17
**recording** [1] - 95:25
**records** [2] - 105:10, 107:23
**Redirect** [1] - 3:5
**REDIRECT** [1] - 4:12
**reference** [4] - 18:23,

25:24, 84:5, 110:10
**referring** [5] - 20:11, 37:6, 56:8, 81:11, 98:8
**reflect** [1] - 108:2
**regard** [2] - 25:1, 74:25
**regarding** [2] - 6:8, 16:25
**Regional** [1] - 20:11
**register** [2] - 98:25, 99:1, 99:4
**registered** [1] - 34:10
**registering** [2] - 34:7, 38:11
**registrant** [4] - 23:19, 24:1, 24:8, 24:14
**registrant's** [1] - 24:14
**registrar** [9] - 17:12, 18:10, 20:24, 24:3, 24:4, 24:10, 24:12, 24:23, 25:4
**registration** [10] - 17:9, 17:12, 18:10, 22:17, 24:24, 34:12, 34:13, 34:18, 34:20, 107:25
**registrations** [4] - 32:25, 33:1, 34:1, 34:3
**regular** [8] - 33:2, 41:14, 42:21, 46:24, 47:23, 48:7, 121:1, 121:3
**regularly** [2] - 5:6, 80:13
**rehabilitated** [1] - 114:5
**related** [7] - 5:23, 8:16, 11:15, 32:23, 35:8, 53:5, 96:16
**relates** [1] - 66:7
**relating** [1] - 110:15
**relation** [6] - 12:5, 20:14, 20:24, 21:14, 69:18, 89:3
**relatively** [1] - 54:11
**relaxed** [2] - 114:2, 114:10
**relevant** [1] - 29:5
**reliable** [1] - 79:10
**remaining** [1] - 106:8
**remember** [31] - 32:10, 38:18, 41:7, 41:9, 42:13, 42:16, 43:7, 44:15, 45:3, 45:16, 45:19, 45:20,

45:23, 46:3, 46:12, 47:15, 56:11, 57:23, 58:6, 59:12, 59:16, 68:17, 69:12, 72:14, 73:2, 74:7, 75:21, 78:13, 78:17, 79:13, 82:11, 82:14, 82:16
**remind** [7] - 16:17, 18:12, 28:15, 28:20, 29:9, 110:14, 119:10
**reminded** [1] - 28:13
**remote** [3] - 5:4, 10:5, 14:13
**remote-triggered** [1] - 5:4
**remotely** [6] - 10:7, 10:17, 15:22, 82:11, 82:16, 101:13
**remove** [1] - 117:11
**renamed** [1] - 58:12
**repeat** [1] - 117:10
**repeated** [1] - 113:13
**repeatedly** [1] - 116:23
**replace** [1] - 115:15
**replacement** [1] - 15:17
**reply** [2] - 104:13, 104:15
**REPORTED** [1] - 2:1
**REPORTER** [6] - 31:9, 34:15, 37:11, 72:4, 77:18, 77:21
**Reporter** [2] - 2:1, 122:12
**reporter** [1] - 31:11
**reporters** [4] - 17:21, 17:23, 18:4, 19:24
**representation** [2] - 25:1, 25:7
**Republic** [1] - 72:7
**require** [6] - 33:3, 55:6, 55:7, 57:11, 57:16, 107:15
**required** [2] - 86:11, 105:12
**requirement** [1] - 107:16
**requires** [2] - 54:22, 57:9
**research** [5] - 16:18, 63:24, 110:9, 110:15, 119:11
**Reserve** [1] - 71:22, 71:25, 72:1, 72:18, 73:5, 73:6, 73:7
**resolve** [1] - 97:14
**resonated** [2] - 79:20, 80:12
**respect** [7] - 16:24,

22:17, 22:19, 27:9, 89:12, 113:1, 114:2
**respectful** [1] - 76:14
**respond** [2] - 20:5, 53:8
**responded** [2] - 18:14, 24:10
**response** [4] - 14:16, 14:17, 24:15, 105:6
**responsive** [1] - 87:7
**rest** [5] - 41:5, 44:6, 65:8, 65:9, 112:18
**restaurant** [2] - 43:12, 51:8
**restaurants** [1] - 43:14
**resting** [1] - 117:5
**retired** [1] - 120:16
**retreat** [1] - 77:19
**Retreats** [1] - 76:9
**retreats** [2] - 77:15, 100:22
**return** [1] - 95:9
**returned** [2] - 95:11, 95:14
**reveal** [1] - 9:1
**review** [9] - 6:17, 7:18, 8:25, 9:24, 11:14, 12:4, 33:22, 69:8, 69:17
**rise** [9] - 4:5, 29:20, 64:1, 66:10, 66:15, 110:16, 119:2, 119:13, 121:7
**risk** [3] - 20:2, 74:17, 86:23
**Road** [19] - 74:2, 74:4, 74:5, 74:6, 74:9, 74:12, 75:7, 75:13, 75:14, 75:16, 75:20, 75:23, 75:24, 75:25, 76:7, 76:12, 76:21, 77:4, 77:7
**road** [1] - 19:15
**rob** [1] - 52:1
**robbed** [3] - 80:8, 86:15, 88:2
**robber** [1] - 86:23
**robberies** [1] - 79:22
**role** [1] - 23:9
**ROMAN** [4] - 1:6, 3:6, 30:5, 30:14
**Roman** [2] - 30:2, 30:14
**Romania** [1] - 99:18
**Room** [1] - 2:3
**room** [2] - 110:3, 110:6
**rooms** [1] - 41:2
**roughly** [1] - 33:4

**rouse** [1] - 118:3
**Rule** [1] - 115:12
**rules** [2] - 89:12, 121:2
**run** [1] - 15:7
**running** [11] - 84:3, 84:5, 84:7, 84:13, 84:16, 85:18, 85:23, 88:13, 89:4, 91:15
**Russia** [3] - 30:20, 30:22, 32:3
**Russian** [2] - 31:3, 31:6

## S

**S-T-E-R-L-I-N-G-O-V** [1] - 30:15
**sad** [1] - 118:7
**safe** [3] - 36:15, 59:5, 60:25
**safer** [2] - 60:2
**safety** [1] - 81:25
**salary** [1] - 33:4
**sale** [1] - 55:25
**Santell** [2] - 75:10, 77:6
**sat** [2] - 18:2, 18:3
**save** [2] - 62:8, 86:10
**saved** [1] - 83:3
**saving** [1] - 92:11
**savings** [2] - 39:21, 83:6
**saw** [6] - 6:16, 7:18, 9:15, 28:12, 103:3, 108:9
**scam** [1] - 54:6
**scammed** [2] - 54:10, 54:11, 54:12
**scams** [1] - 57:17
**scared** [1] - 97:15
**schedule** [2] - 110:4, 110:7
**scheduling** [4] - 64:12, 64:22, 110:22, 112:22
**Scholl** [2] - 6:19, 21:2
**school** [5] - 31:19, 31:20, 31:21, 32:6, 37:16
**science** [1] - 93:4
**scope** [2] - 7:6, 12:21
**screen** [2] - 46:23, 101:20
**screens** [2] - 10:13, 10:16
**screenshot** [1] - 58:6

**scroll** [11] - 33:19, 90:6, 91:2, 102:1, 103:16, 104:5, 104:6, 104:12, 104:21, 105:2, 109:2

**seat** [4] - 28:5, 28:6, 28:10, 119:19

**seated** [10] - 4:9, 16:22, 29:24, 30:7, 64:4, 66:13, 66:19, 110:19, 119:6, 119:16

**second** [5] - 6:11, 55:24, 67:18, 94:25, 117:23

**secret** [1] - 91:15

**Security** [1] - 107:3

**security** [2] - 14:13, 83:11

**see** [48] - 19:5, 20:19, 35:9, 36:25, 48:5, 50:2, 52:16, 52:17, 53:25, 54:3, 55:9, 63:24, 66:9, 68:9, 71:13, 71:14, 71:22, 71:24, 72:16, 72:17, 73:2, 73:11, 73:23, 74:2, 74:11, 75:13, 75:15, 75:16, 75:18, 78:7, 78:9, 84:2, 89:23, 89:25, 91:13, 92:24, 103:20, 104:9, 104:24, 106:19, 108:11, 109:4, 109:8, 113:12, 117:4, 119:12, 121:4

**seeing** [5] - 43:17, 45:19, 84:1, 85:25, 88:5

**seeks** [2] - 29:5, 42:12

**self** [1] - 75:4

**self-medicate** [1] - 75:4

**sell** [8] - 44:13, 46:22, 46:23, 50:5, 50:12, 55:16, 56:2, 56:4

**selling** [15] - 43:19, 50:3, 54:8, 54:12, 55:23, 55:25, 60:1, 61:17, 67:14, 69:22, 69:24, 70:15, 75:5, 82:7, 96:8

**semi** [1] - 40:17

**semi-official** [1] - 40:17

**seminars** [1] - 100:21

**send** [25] - 5:6, 25:17, 28:16, 38:12,

47:9, 47:11, 47:14, 52:5, 52:6, 52:17, 52:22, 53:22, 54:7, 58:1, 72:12, 81:2, 81:14, 105:12, 105:24, 107:15, 108:18, 108:19, 108:20

**sending** [5] - 56:23, 68:9, 73:9, 73:24, 74:2

**sends** [3] - 19:15, 71:14, 92:6

**sense** [5] - 18:13, 48:17, 112:11, 112:15, 118:14

**sensitive** [1] - 37:13

**sent** [12] - 47:16, 53:23, 56:20, 56:21, 81:6, 81:7, 81:8, 81:23, 92:13, 105:9, 108:17, 109:18

**series** [1] - 68:3

**serious** [1] - 17:3

**server** [17] - 5:7, 7:23, 9:6, 10:3, 10:25, 11:5, 11:11, 11:12, 11:13, 11:18, 11:21, 11:23, 12:5, 20:24, 21:3, 99:18

**servers** [9] - 4:15, 4:17, 4:19, 8:21, 10:11, 10:14, 11:15, 21:10, 32:23

**service** [12] - 12:11, 14:8, 14:14, 15:4, 21:11, 21:21, 22:7, 98:13, 118:24, 120:3, 120:5, 120:13

**services** [7] - 12:9, 14:4, 14:19, 34:2, 72:14, 74:21, 109:5

**serving** [1] - 11:24

**SESSION** [1] - 1:5

**set** [11] - 5:5, 14:8, 14:12, 19:25, 20:11, 45:8, 45:10, 47:20, 56:16, 56:20, 96:15

**several** [4] - 75:1, 102:17, 109:20, 116:9

**severe** [2] - 37:17, 74:15

**shady** [1] - 87:24

**share** [3] - 82:18, 89:8, 92:12

**Shormint** [2] - 71:23, 72:16

**shormint@hotmail. com** [1] - 72:20

**short** [5] - 16:15,

38:5, 38:23, 46:8, 63:19

**shortly** [2] - 22:20, 66:9

**show** [4] - 11:10, 11:12, 14:7, 116:6

**showing** [2] - 8:20, 58:6

**shown** [1] - 57:21

**shut** [2] - 6:20, 96:6

**side** [5] - 34:6, 50:2, 54:7, 82:5, 112:4

**sides** [2] - 111:5, 117:16

**significant** [2] - 20:2, 116:18

**Silk** [19] - 74:2, 74:4, 74:5, 74:6, 74:9, 74:12, 75:7, 75:13, 75:14, 75:16, 75:20, 75:22, 75:24, 75:25, 76:7, 76:12, 76:21, 77:4, 77:7

**similar** [5] - 11:22, 40:18, 47:5, 53:1, 107:2

**simple** [3] - 7:15, 7:18, 106:24

**simplified** [1] - 106:25

**simply** [3] - 85:8, 85:11, 87:8

**simultaneous** [1] - 11:6

**simultaneously** [1] - 10:22

**singling** [1] - 29:13

**sit** [2] - 61:11, 98:20

**site** [6] - 13:2, 13:3, 13:18, 15:7, 48:22, 49:1

**sites** [2] - 13:19, 13:22

**sitting** [1] - 120:4

**situation** [1] - 35:7

**situations** [1] - 116:17

**six** [4] - 31:18, 50:20, 78:18, 83:6

**Sixth** [1] - 115:13

**sleeping** [10] - 111:8, 111:20, 111:22, 113:12, 115:5, 115:7, 115:11, 115:17, 115:25, 116:10

**sleeps** [1] - 115:17

**slept** [2] - 112:2, 117:12

**slowly** [1] - 33:19

**small** [11] - 32:15,

34:6, 35:14, 40:23, 41:4, 46:16, 50:3, 74:12, 95:12, 95:24

**smart** [12] - 12:12, 12:20, 13:22, 13:25, 14:20, 15:1, 15:4, 15:7, 15:10, 15:16, 15:17, 15:25

**Social** [1] - 107:3

**social** [1] - 83:11

**society** [1] - 41:25

**software** [8] - 48:1, 49:2, 49:6, 49:10, 49:15, 49:19, 56:14

**sold** [3] - 46:22, 46:23, 47:9

**sole** [1] - 107:1

**solution** [2] - 97:10, 97:11

**someone** [4] - 8:3, 10:7, 24:19, 117:24

**sometimes** [19] - 4:25, 35:20, 35:22, 36:2, 36:24, 36:25, 40:20, 79:6, 80:9, 81:6, 81:7, 81:8, 86:11, 91:24, 94:19, 102:21, 107:21, 107:22, 107:23

**somewhat** [1] - 114:10

**somewhere** [4] - 35:14, 35:19, 81:23, 108:12

**soon** [1] - 53:23

**sorry** [30] - 4:16, 6:2, 6:10, 13:14, 23:15, 26:7, 31:9, 37:11, 40:4, 43:22, 46:1, 47:18, 68:10, 70:17, 74:11, 75:9, 76:20, 76:25, 77:12, 78:2, 85:9, 87:6, 88:12, 91:1, 92:18, 94:9, 98:2, 107:14, 109:24

**sort** [18] - 9:1, 11:9, 15:17, 19:8, 20:3, 34:21, 35:23, 38:8, 42:23, 43:5, 53:20, 55:10, 75:5, 90:17, 91:15, 98:3, 112:14, 118:2

**sorts** [3] - 32:15, 35:16, 35:25

**sounds** [5] - 33:9, 33:10, 42:4, 67:3, 118:10

**source** [6] - 49:1, 49:2, 49:6, 49:8, 49:11

**Soviet** [2] - 42:8, 72:6

**Spain** [2] - 77:16, 77:19

**special** [1] - 41:15

**specialized** [1] - 44:4

**Specific** [1] - 94:25

**specific** [9] - 41:9, 68:17, 78:16, 79:20, 81:11, 93:5, 93:10, 109:14, 109:16

**specifically** [4] - 4:24, 54:15, 60:5, 109:12

**spell** [1] - 31:11

**spelling** [2] - 30:13, 77:18

**spend** [1] - 57:1

**spending** [2] - 14:24, 48:19

**stand** [4] - 30:4, 101:21, 116:11, 116:15

**standard** [2] - 11:4, 113:1

**standards** [2] - 114:1, 114:10

**start** [12] - 29:13, 42:11, 42:16, 59:16, 61:13, 61:23, 64:17, 65:25, 95:24, 111:2, 112:17, 119:23

**started** [37] - 32:10, 37:14, 37:24, 38:7, 40:12, 41:9, 42:18, 54:18, 56:18, 59:18, 61:10, 61:11, 61:12, 61:16, 61:22, 62:1, 62:6, 62:9, 62:12, 62:19, 63:8, 76:9, 78:19, 78:20, 79:23, 80:13, 82:15, 83:4, 96:23, 96:24, 97:3, 98:6, 99:17, 100:7, 100:11, 100:13, 100:21

**starting** [3] - 73:5, 78:19, 87:25

**state** [2] - 85:18, 101:9

**statement** [1] - 109:10

**STATES** [4] - 1:1, 1:3, 1:11, 1:14

**States** [4] - 2:2, 115:3, 115:14, 122:13

**states** [1] - 114:10

**stay** [5] - 74:16, 74:18, 93:22, 95:2, 118:21

**stayed** [1] - 116:12
**stenographic** [1] - 122:5
**steps** [3] - 51:20, 52:23, 56:14
**Sterlingov** [44] - 5:9, 7:2, 17:7, 17:14, 17:15, 17:20, 18:15, 19:3, 19:13, 19:18, 19:22, 20:7, 21:23, 22:10, 24:23, 26:10, 26:12, 26:17, 28:13, 28:21, 30:2, 30:3, 30:12, 30:14, 30:16, 31:12, 33:22, 40:4, 66:24, 67:25, 73:6, 83:24, 84:20, 87:18, 88:10, 89:23, 94:17, 102:4, 103:20, 110:11, 110:20, 113:24, 113:25, 114:12
**STERLINGOV** [3] - 1:6, 3:6, 30:5
**Sterlingov's** [14] - 6:17, 6:22, 7:1, 7:19, 8:10, 8:20, 9:24, 16:25, 17:2, 17:24, 17:25, 20:14, 25:19, 25:25
**stick** [1] - 92:20
**still** [26] - 23:11, 23:16, 39:14, 40:10, 52:20, 52:23, 63:22, 67:4, 67:10, 67:12, 82:4, 82:7, 91:22, 95:6, 96:5, 97:20, 98:5, 100:4, 107:17, 107:18, 114:4, 116:14, 117:11
**stipulate** [7] - 22:2, 22:3, 22:4, 23:23, 23:24, 24:22
**stipulated** [2] - 20:25, 21:6
**stipulation** [2] - 20:20, 22:21
**stop** [5] - 13:6, 22:13, 25:21, 102:16, 103:13
**stopped** [3] - 39:18, 39:24, 42:21
**storage** [1] - 61:20
**story** [5] - 23:22, 25:12, 25:16, 38:5, 38:23
**straight** [1] - 55:3
**strange** [2] - 46:17, 48:5
**stream** [1] - 91:5

**Street** [2] - 1:15, 1:22
**street** [2] - 48:7, 86:17
**stretch** [3] - 101:22, 116:11, 116:15
**strict** [2] - 107:5, 107:12
**strike** [1] - 25:2
**strong** [2] - 113:13, 116:22
**strongest** [2] - 37:18, 37:19
**strongly** [1] - 116:8
**structured** [3] - 90:18, 90:20, 92:2
**struggling** [4] - 37:17, 43:6, 74:15, 100:18
**stuck** [1] - 52:24
**student** [1] - 41:2
**studies** [1] - 75:1
**studio** [6] - 41:4, 95:20, 95:22, 95:25, 96:5, 98:5
**studying** [1] - 63:8
**stuff** [1] - 91:8
**subaccounts** [1] - 58:8
**substantial** [1] - 116:18
**substantially** [1] - 114:1
**substitute** [1] - 115:7
**substitution** [1] - 115:8
**subwallet** [1] - 58:5
**subwallets** [1] - 58:8
**successful** [4] - 62:18, 62:20, 63:1, 74:22
**successive** [1] - 19:17
**suddenly** [3] - 61:22, 61:23, 100:8
**sufficient** [1] - 12:14
**suggest** [1] - 89:15
**suggested** [3] - 9:12, 116:11, 116:15
**suggests** [1] - 29:14
**Suite** [1] - 1:16
**summarize** [2] - 102:7, 105:5
**sums** [1] - 61:24
**supervision** [1] - 20:12
**support** [5] - 31:3, 31:4, 102:10, 102:12, 103:12
**supposed** [1] - 98:16
**surprise** [1] - 14:18

**surprised** [1] - 118:20
**survive** [1] - 50:19
**suspended** [1] - 24:13
**suspension** [1] - 24:15
**suspicion** [1] - 113:13
**sustained** [3] - 5:14, 118:1, 118:3
**Sweden** [8] - 30:21, 31:7, 40:8, 47:3, 47:5, 67:5, 83:11, 106:14
**Swedish** [8] - 32:8, 46:20, 74:20, 74:25, 106:16, 106:19, 106:20
**switch** [23] - 5:1, 5:5, 5:23, 6:18, 6:21, 6:25, 7:3, 7:9, 7:14, 7:17, 7:19, 8:10, 8:14, 8:16, 8:21, 9:1, 9:6, 9:7, 9:9, 9:16, 10:2, 40:1, 93:11
**switched** [2] - 22:7, 42:21
**switches** [7] - 4:15, 4:17, 4:18, 4:19, 9:4, 15:19
**SWORN** [1] - 30:5
**system** [13] - 14:7, 14:13, 38:14, 42:7, 72:1, 72:11, 74:25, 83:11, 93:8, 99:8, 106:16, 106:20
**systems** [3] - 15:21, 15:22, 72:12

## T

**table** [1] - 110:21
**talks** [1] - 115:21
**task** [3] - 70:10, 93:5, 93:10
**tasks** [4] - 32:15, 34:6, 34:8, 70:8
**tax** [7] - 99:5, 99:9, 106:7, 106:12, 106:14, 106:20, 106:23
**taxed** [1] - 106:11
**teaching** [1] - 48:20
**Tech** [1] - 94:25
**technical** [5] - 43:3, 49:17, 57:2, 58:3, 92:1
**technically** [2] - 49:7, 55:24

**technique** [2] - 91:6, 91:7
**technology** [3] - 41:22, 41:23, 42:2
**telephone** [1] - 16:4
**Temp** [1] - 89:25
**ten** [9] - 16:16, 16:19, 34:19, 63:20, 91:16, 103:2, 104:1, 104:2, 113:12
**tend** [1] - 77:3
**Tenth** [2] - 115:20, 115:21
**term** [9] - 32:7, 44:9, 44:11, 49:17, 63:7, 72:5, 93:3, 93:15, 95:14
**terms** [6] - 17:3, 48:2, 48:15, 53:21, 55:15, 101:6
**terribly** [1] - 116:8
**test** [1] - 99:25
**testified** [10] - 6:19, 7:14, 9:8, 21:2, 51:6, 55:2, 75:10, 77:3, 77:6, 105:24
**testify** [9] - 7:16, 26:18, 26:23, 27:2, 27:7, 27:16, 27:23, 117:20
**testifying** [3] - 6:4, 13:6, 22:10
**testimony** [47] - 5:23, 6:4, 6:8, 13:1, 13:3, 13:4, 13:16, 14:12, 15:6, 17:2, 17:10, 19:13, 22:23, 23:1, 23:6, 25:19, 29:1, 36:8, 54:19, 54:24, 55:1, 60:6, 60:15, 65:12, 68:1, 73:2, 81:9, 81:11, 84:12, 84:13, 84:21, 85:9, 85:10, 85:12, 85:15, 85:17, 85:19, 87:19, 88:11, 89:5, 102:5, 106:2, 111:21, 112:24, 115:18, 116:19, 117:14
**testing** [2] - 97:3, 97:5
**text** [2] - 52:10
**THE** [186] - 1:1, 1:11, 1:14, 1:15, 1:20, 4:1, 4:4, 4:5, 4:8, 4:10, 5:14, 5:16, 5:20, 5:25, 6:3, 6:9, 6:11, 6:14, 7:7, 7:12, 7:21, 8:11, 8:18, 9:10, 9:21, 12:23, 13:6, 13:9,

13:13, 14:2, 14:15, 15:3, 15:9, 16:1, 16:3, 16:8, 16:10, 16:12, 16:14, 16:22, 16:23, 18:12, 18:20, 19:5, 20:9, 21:4, 22:3, 22:16, 23:15, 23:20, 24:2, 24:5, 24:20, 24:25, 25:10, 25:14, 25:23, 26:11, 26:14, 26:16, 26:21, 26:22, 26:25, 27:1, 27:4, 27:13, 27:14, 27:17, 27:18, 27:20, 27:21, 27:22, 27:24, 28:3, 28:18, 29:11, 29:20, 29:23, 29:25, 30:3, 30:6, 30:8, 31:9, 33:15, 33:17, 34:15, 34:18, 37:11, 37:14, 46:7, 46:8, 53:6, 54:25, 58:20, 63:13, 63:17, 63:20, 64:1, 64:4, 64:5, 64:10, 65:11, 65:16, 66:3, 66:10, 66:13, 66:14, 66:15, 66:18, 66:20, 67:22, 68:20, 69:2, 69:4, 69:6, 70:16, 71:20, 72:4, 72:5, 76:13, 76:20, 76:23, 76:25, 77:18, 77:20, 77:21, 78:2, 79:12, 82:19, 85:8, 85:20, 87:6, 87:12, 88:15, 88:18, 88:25, 89:6, 89:9, 89:11, 91:4, 92:18, 93:24, 94:2, 94:9, 94:12, 94:13, 94:15, 101:21, 101:25, 103:6, 109:24, 110:16, 110:19, 110:20, 111:14, 111:18, 111:20, 111:23, 112:4, 112:21, 113:5, 113:11, 113:23, 114:11, 114:15, 114:24, 116:1, 116:3, 116:8, 117:7, 117:17, 118:16, 118:18, 119:2, 119:5, 119:7, 119:13, 119:16, 119:19, 120:2, 120:11, 120:15, 120:18, 120:24, 121:7
**theories** [1] - 85:4
**theory** [5] - 7:23, 9:6, 9:12, 9:13, 87:5
**there'll** [1] - 35:17
**thereabouts** [1] -

83:2
**Thereupon** [3] - 66:11, 119:17, 120:16
**thermostat** [1] - 15:18
**they've** [3] - 47:5, 85:1, 102:24
**thinking** [5] - 61:14, 61:23, 62:6, 70:1, 103:11
**thinks** [2] - 27:25, 76:19
**third** [3] - 38:13, 111:7, 117:23
**thousand** [2] - 46:9, 55:21
**thousands** [1] - 61:16
**threads** [1] - 102:8
**three** [9] - 21:17, 23:5, 64:25, 101:4, 101:12, 101:17, 103:25, 107:22, 118:1
**throughout** [3] - 39:4, 80:23, 100:6
**Thursday** [1] - 117:6
**tie** [1] - 5:22
**tires** [1] - 46:22
**title** [1] - 89:25
**to-do** [2] - 94:18, 94:19
**today** [6] - 5:3, 25:11, 25:19, 45:13, 101:24, 117:5
**together** [4] - 5:22, 15:24, 95:24, 110:25
**tomorrow** [22] - 64:14, 64:19, 65:9, 65:18, 66:5, 110:5, 110:7, 110:23, 111:2, 112:9, 112:18, 116:20, 117:4, 117:5, 118:5, 118:9, 118:23, 119:8, 119:9, 119:21, 119:23, 121:4
**tonight** [7] - 64:19, 65:4, 113:6, 113:19, 120:21, 121:6
**took** [5] - 13:18, 35:8, 67:19, 83:7, 90:9
**tool** [2] - 80:14, 80:18
**top** [4] - 68:6, 75:13, 90:7, 113:4
**topics** [3] - 27:8, 43:3, 43:4
**TOR** [2] - 1:20, 1:21
**Tor** [19] - 12:9, 12:11, 13:2, 13:3, 13:5,

13:18, 13:19, 13:21, 14:4, 14:8, 14:13, 14:18, 14:19, 15:4, 15:7
**touched** [1] - 58:12
**touching** [1] - 17:2
**tough** [2] - 64:23, 72:9
**town** [1] - 31:8
**trace** [2] - 53:3, 77:23
**track** [2] - 80:4
**tracking** [1] - 90:23
**trade** [16] - 51:24, 52:3, 55:11, 55:22, 55:24, 63:7, 84:23, 86:9, 86:12, 86:13, 96:21, 100:4, 102:20, 102:21
**traded** [5] - 55:9, 55:11, 86:6, 86:18, 88:3
**trader** [1] - 63:10
**trades** [5] - 45:2, 47:6, 52:8, 53:1, 63:1
**trading** [26] - 43:17, 44:24, 44:25, 46:19, 53:19, 59:25, 60:25, 61:11, 61:17, 61:18, 62:12, 62:13, 62:20, 62:22, 62:23, 62:24, 63:3, 79:21, 79:24, 79:25, 81:3, 81:6, 86:3, 86:21, 100:12
**traffic** [7] - 10:24, 11:2, 11:5, 11:10, 11:15, 38:13, 38:16
**transaction** [16] - 51:17, 51:21, 52:16, 52:24, 54:2, 54:7, 56:7, 57:15, 68:13, 68:14, 73:11, 73:23, 75:24, 77:2, 78:7, 109:16
**transactions** [19] - 51:10, 51:13, 52:12, 53:12, 54:16, 54:21, 55:5, 55:7, 57:8, 57:12, 68:3, 68:16, 68:17, 75:10, 79:19, 80:4, 97:6, 109:15, 109:19
**TRANSCRIPT** [1] - 1:10
**transcript** [4] - 8:7, 18:24, 122:5, 122:6
**transfer** [1] - 70:3
**transferring** [2] - 56:24, 57:4
**trauma** [1] - 91:8

**travel** [3] - 101:1, 101:7, 101:8
**traveled** [1] - 101:6
**traveling** [3] - 67:6, 101:5, 101:7
**travels** [1] - 101:14
**treating** [3] - 75:2, 76:1, 76:6
**trees** [1] - 78:23
**TRIAL** [1] - 1:10
**trial** [10] - 17:19, 19:18, 84:1, 85:1, 112:19, 115:15, 115:18, 115:21, 115:23, 116:5
**trick** [1] - 52:22
**tried** [10] - 37:1, 38:3, 50:22, 74:15, 74:18, 80:21, 90:4, 96:15, 97:9
**trigger** [1] - 5:2
**triggered** [2] - 5:4, 6:18
**true** [2] - 122:4, 122:5
**trust** [8] - 45:6, 54:22, 55:6, 55:8, 57:10, 57:11, 57:16
**trustworthy** [1] - 59:19
**truth** [1] - 79:7
**try** [20] - 36:6, 36:17, 38:13, 51:25, 55:8, 62:14, 62:15, 64:18, 65:24, 75:4, 93:8, 94:14, 96:2, 97:14, 98:21, 107:23, 107:24, 112:18, 118:3
**trying** [33] - 13:15, 15:2, 20:19, 23:21, 23:22, 25:12, 25:15, 34:24, 38:18, 52:22, 54:6, 55:9, 56:12, 57:14, 62:16, 76:4, 76:14, 77:13, 78:4, 91:10, 91:11, 91:24, 94:10, 96:13, 98:18, 100:5, 102:16, 103:13, 105:7, 106:7, 106:13, 106:22, 107:9
**Tuesday** [1] - 117:6
**turn** [3] - 20:23, 22:13, 66:24
**turned** [2] - 21:22, 22:5
**turning** [8] - 70:25, 71:7, 82:2, 95:5, 98:2, 98:3, 100:1, 100:25
**two** [23] - 6:18, 6:23, 17:13, 17:21, 17:23,

18:3, 18:4, 18:18, 18:21, 19:17, 19:24, 21:1, 23:6, 23:12, 35:11, 40:11, 65:15, 81:18, 95:23, 98:25, 99:1, 111:25, 116:13
**two-hour** [1] - 35:11
**type** [9] - 16:18, 44:21, 62:13, 63:24, 86:25, 107:11, 108:20, 108:23, 110:14
**types** [5] - 32:19, 39:21, 54:20, 70:7, 72:12
**typical** [5] - 15:21, 34:8, 35:7, 36:13, 45:24
**typically** [17] - 5:3, 34:23, 35:12, 35:16, 36:16, 40:20, 43:13, 53:18, 53:24, 54:7, 55:8, 55:15, 55:17, 55:22, 57:9, 93:8

## U

**U.S** [5] - 1:18, 33:7, 71:14, 101:10, 107:1
**Ukraine** [1] - 72:7
**ultimately** [2] - 79:2, 112:21
**unable** [3] - 17:8, 20:23, 115:16
**uncertain** [1] - 52:21
**under** [2] - 20:12, 121:2
**underneath** [1] - 69:14
**understandable** [2] - 111:10, 114:22
**understood** [7] - 50:6, 50:18, 62:1, 63:6, 78:4, 92:21, 106:12
**united** [1] - 2:2
**United** [3] - 115:3, 115:13, 122:13
**UNITED** [4] - 1:1, 1:3, 1:11, 1:14
**universe** [1] - 18:9
**university** [1] - 67:19
**unless** [1] - 23:23
**unlike** [1] - 11:4
**unusual** [1] - 21:9
**up** [74] - 6:11, 7:16, 13:7, 14:1, 14:8, 14:12, 15:23, 17:20, 19:25, 20:11, 26:11,

28:25, 33:12, 38:15, 39:3, 40:7, 40:16, 40:17, 40:21, 40:22, 40:23, 41:11, 43:12, 43:15, 44:10, 45:8, 47:17, 47:20, 50:22, 53:11, 54:4, 54:5, 55:3, 56:16, 56:20, 59:19, 61:12, 61:16, 61:22, 62:4, 62:25, 63:13, 67:20, 67:22, 68:6, 75:12, 79:23, 83:4, 83:19, 84:25, 86:5, 87:4, 87:15, 89:19, 96:15, 96:22, 97:15, 97:22, 100:7, 101:20, 101:21, 101:23, 102:24, 105:18, 114:12, 116:11, 116:12, 116:13, 116:15
**updated** [2] - 23:19, 23:25
**upgrade** [1] - 11:8
**ups** [24] - 37:22, 37:23, 37:24, 38:1, 40:12, 40:13, 40:14, 40:19, 42:17, 42:19, 42:21, 42:22, 42:23, 42:25, 46:2, 48:18, 50:4, 62:4, 67:12, 78:20, 79:4, 79:8, 82:6
**Urban** [1] - 104:9
**user** [1] - 74:4
**username** [1] - 74:8
**usernames** [2] - 35:5, 36:11

## V

**vague** [3] - 18:13, 69:1, 69:3
**various** [3] - 32:18, 37:22, 41:11
**vault** [1] - 36:15
**Velazquez** [1] - 115:4
**vent** [1] - 91:11
**venting** [2] - 91:14, 91:22
**verified** [1] - 52:25
**verify** [1] - 24:14
**version** [1] - 106:25
**versus** [3] - 12:9, 115:4, 115:14
**video** [3] - 15:21, 31:25, 40:20
**view** [3] - 28:18,

111:5, 111:24
**visas** [1] - 101:10
**visitors** [1] - 17:25
**voice** [1] - 37:13
**VPN** [15] - 10:21,
36:3, 36:6, 98:7, 98:9,
98:11, 98:13, 98:17,
98:22, 98:24, 99:3,
99:10, 99:14, 99:18,
99:24
**VPNs** [2] - 36:2,
99:15
**vs** [1] - 1:5

## W

**wait** [1] - 53:6, 68:20,
84:18
**waiting** [1] - 113:17
**wake** [1] - 116:12
**walker** [2] - 118:21,
120:7
**Wall** [1] - 1:22
**wallet** [39] - 45:19,
46:16, 47:14, 47:16,
47:20, 49:21, 49:22,
52:18, 56:10, 56:13,
56:16, 56:20, 56:21,
56:23, 57:1, 57:2,
57:4, 57:11, 57:20,
57:21, 57:24, 58:2,
58:4, 58:7, 58:13,
58:23, 58:24, 58:25,
59:4, 59:5, 59:12,
69:12, 81:8, 86:22,
96:21, 106:10, 109:17
**Wallet** [4] - 96:15,
96:20, 96:21, 96:22
**wallets** [10] - 49:20,
59:8, 59:10, 61:21,
63:4, 80:5, 80:11,
86:7, 86:10, 86:11
**wants** [5] - 64:5,
86:13, 88:20, 89:15,
113:19
**war** [1] - 31:4
**Warner** [1] - 115:14
**Washington** [5] -
1:6, 1:16, 1:19, 2:4,
122:14
**waves** [1] - 98:19
**ways** [8] - 4:23, 20:6,
59:5, 59:7, 59:20,
60:2, 60:3, 62:8
**web** [4] - 35:8, 37:23,
37:25, 41:11
**web-related** [1] -
35:8
**webpage** [1] - 12:1

**website** [19] - 33:2,
34:11, 34:22, 34:23,
34:25, 35:12, 36:4,
38:12, 38:13, 38:15,
38:17, 38:22, 49:2,
49:4, 59:21, 79:9,
99:13, 99:25, 107:24
**websites** [8] - 32:16,
32:23, 33:3, 34:9,
38:11, 38:19, 41:11,
41:15
**week** [3] - 22:22,
67:7
**weeks** [1] - 6:23
**weight** [1] - 8:1
**weird** [3] - 50:8,
78:21, 88:6
**welcome** [3] - 25:10,
101:22, 120:8
**well-planned** [1] -
90:17
**well-structured** [1] -
90:18
**whatsoever** [1] -
17:22
**whereas** [1] - 102:21
**white** [2] - 37:7, 39:2
**WHMCS** [1] - 99:16
**whole** [11] - 35:23,
35:24, 35:25, 41:20,
48:3, 61:5, 62:22,
62:25, 65:1, 87:4,
97:22
**whole-day** [1] - 65:1
**willing** [2] - 23:24,
24:21
**Windows** [1] - 10:18
**winter** [1] - 67:18
**wipe** [1] - 5:8
**wipes** [1] - 5:2
**wiping** [1] - 5:3
**Wired** [5] - 17:21,
17:23, 18:4, 19:24
**wish** [3] - 26:4,
68:14, 68:15
**withdrawal** [2] -
21:2, 76:11
**withdrawn** [2] -
12:18, 82:21
**WITNESS** [15] - 3:3,
16:12, 30:5, 34:18,
37:14, 46:8, 69:2,
72:5, 76:20, 76:25,
77:20, 88:15, 91:4,
94:9, 94:13
**witness** [12] - 6:4,
12:16, 16:10, 16:13,
30:1, 76:11, 76:14,
88:17, 88:19, 89:12,
89:13

**witness's** [3] - 7:4,
54:24, 106:2
**witnesses** [4] - 23:6,
29:13, 29:15, 112:11
**woman** [1] - 116:16
**wonder** [1] - 85:3
**wondering** [4] -
21:20, 22:9, 22:17,
23:10
**word** [6] - 8:9, 37:7,
39:2, 93:2, 95:1, 99:6
**words** [3] - 24:4,
91:19, 91:25
**works** [5] - 15:24,
56:13, 56:14, 58:10,
62:7
**world** [5] - 17:15,
17:17, 19:23, 20:8,
42:8
**worried** [8] - 50:14,
50:21, 83:12, 86:15,
86:16, 86:24, 88:2,
88:4
**worry** [1] - 29:12
**worst** [1] - 102:18
**worth** [3] - 50:16,
57:15, 61:15
**write** [4] - 53:23,
91:9, 97:1, 99:19
**writing** [1] - 96:24
**written** [2] - 59:6,
59:9
**wrote** [1] - 94:21

## Y

**year** [11] - 19:3,
19:19, 23:16, 36:22,
41:3, 44:15, 62:5,
78:18, 96:12, 96:14,
98:6
**years** [22] - 21:18,
23:5, 23:7, 23:12,
31:18, 32:2, 54:12,
59:13, 59:18, 61:10,
61:11, 61:21, 68:15,
69:12, 80:23, 91:16,
96:6, 96:7, 101:7,
106:9, 107:22, 109:20
**yesterday** [1] - 15:20
**York** [1] - 1:23
**yourself** [2] - 30:12,
47:20
**yourselves** [3] -
16:18, 63:23, 110:9

## Z

**Zero** [1] - 92:24

**Zoom** [1] - 20:10