UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>   v.<br><br>ROMAN STERLINGOV,<br><br>   *Defendant*. | **21-CR-399 (RDM)**<br><br>**Notice of Supplemental Authority** |

  Roman Sterlingov respectfully submits this Notice of Supplemental Authority involving defendants convicted of "similar conduct," 18 U.S.C. § 3553(a)(6), who received significantly lower sentences than those recommended by the government and Probation here:

- *United States v. Firoz Patel*, Dkt. 18-cr-053-KBJ (DDC) – Patel "operate[d] an unlicensed money service business" that systematically laundered "more than $250 million" in fraud and other criminal proceeds – including fruits of a Ponzi scheme in which he personally "participated" – for over "10 years."[1] Notably, Patel "actively solicit[ed] transfer of monies and fees from known illegal enterprises, such as drug dealers and fraudulent business operators; set[] up various entities to conceal the fact that [they] were accepting money transfers from illegal merchants; and actively sanitize[d] client lists and other records … to prevent regulators and others from detecting it."[2] Agreeing that the Guidelines' advisory offense level (49) and "life" imprisonment range were "draconian" and "out of whack," then-Judge Brown Jackson sentenced Patel to 36 months.[3]

 *Patel*, a case in this District, appears to correspond to the 36-month sentence the U.S. Sentencing Commission located in response to a request from this Court, Dkt. 326. Meanwhile,

---

[1] *United States v. Firoz Patel*, No. 18-cr-053-KBJ (DDC), Dkt. 107 at 3, 15-16; *id.* 140 at 86.
[2] *Id.* 140 at 86.
[3] *Id.* 14, 17, 86, 94.

the 240-month sentence identified may relate to *United States v. Delgado*,[4] involving a Texas-based attorney who "conspired to use ingenious methods" to launder "up to $600 million" on behalf of a Mexican cartel using "fraudulent court documents," "companies" and his "IOLTA account."[5] That sentence, however, was vacated by the Fifth Circuit, due in significant part to overvaluation of the laundered funds.[6]

Additionally, the defense located this recent case:

- *United States v. Feliks Medvedev*, Dkt. 22-cr-00184-TWT (NDGA) – Medvedev used eight shell companies to conduct more than 1300 transactions and launder over $150 million on behalf of now sanctioned Russian nationals and their company. He was sentenced to 46 months' imprisonment.[7]

Though both Patel and Medvedev entered guilty pleas,[8] that discrepancy alone cannot account for the huge gulf between their sentences and that sought for Sterlingov. He therefore merits a substantial reduction.

Finally, the defense respectfully attaches additional sentencing letters as Exhibit A-B.

---

[4] *United States v. Delgado* 608 F. App'x 230, 231 (5th Cir. 2015).

[5] *United States v. Delgado*, No. 12-cr-2106-DCG, Dkt. 149 at 4, 15, 31-34, 2016 WL 1743419 (W.D.Tex.).

[6] *Delgado*, 608 F. App'x at 238. Delgado was subsequently resentenced to 192 months. *United States v. Delgado*, No. 12-cr-2106-DCG, Dkt. 166 at 2. The defense has been unable to locate the additional cases referenced by the Sentencing Commission but suggests the 360-month sentence may have resulted from a plea concession to avoid life imprisonment for conduct more serious than money laundering or unlicensed money transmission.

[7] *United States v. Feliks Medvedev*, No. 22-cr-00184-TWT (NDGA), Dkt. 6; *Russian Man Sentenced for Running an Illegal Money Transmitting Business,* DOJ PRESS RELEASE (available at www.justice.gov/opa/pr/russian-man-sentenced-running-illegal-money-transmitting-business) (Oct. 2, 2024).

[8] Similarly, the government allowed TD Bank to resolve by plea agreement claims that it failed to monitor over $18 trillion in transactions and facilitated the laundering of more than $600 million in criminal proceeds. Its executives, at least thus far, have not been charged.

Dated: November 4, 2024
       New York, NY

                Respectfully submitted,

                /s/ Tor Ekeland
                Tor Ekeland (NYS Bar No. 4493631)
                *Pro Hac Vice*
                Tor Ekeland Law, PLLC
                30 Wall Street, 8th Floor
                New York, NY 10005
                t: (718) 737-7264
                f: (718) 504-5417
                tor@torekeland.com

                /s/ Michael Hassard
                Michael Hassard (NYS Bar No. 5824768)
                *Pro Hac Vice*
                Tor Ekeland Law, PLLC
                30 Wall Street, 8th Floor
                New York, NY 10005
                t: (718) 737-7264
                f: (718) 504-5417
                michael@torekeland.com

                /s/ Maksim Nemtsev
                Maksim Nemtsev (MA Bar No. 690826)
                *Pro Hac Vice*
                20 Park Plaza, Suite 1000
                Boston, Massachusetts 02116
                t: (617) 227-3700
                f: (718) 701-5922
                max@mnpc.law

                /s/ Marc Fernich
                Marc Fernich (NYS Bar No. 2472596)
                *Pro Hac Vice*
                800 Third Ave., Floor 20
                New York, NY 10022
                t: (212) 446-2346
                maf@fernichlaw.com

                *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th of November 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov