# Exhibit A

The Honorable Randolph D. Moss
U.S. District Court
District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001

Dear Judge Moss,

My name is Evgeniy Demyanov. I am a psychologist, a personal growth trainer, and a writer, with 15 years of experience. I met Roman around a decade ago through one of my courses.

I initially knew Roman as a participant in the trainings I conducted and later through personal mentoring, where we worked closely together for several years. Throughout this time, he consistently impressed me as a dedicated and responsible individual, deeply committed to self-discovery, fostering better relationships, and caring for his mother.

When we met, Roman was going through a difficult time in his life. He was struggling with debilitating depression which caused him to disconnect from his loved ones and everyone else around him. During this intense internal crisis, he found it challenging to manage daily life including simple things like getting out of bed, let alone finding joy or direction. Yet, his dedication and personal development efforts helped him overcome this period. He even created a YouTube channel to share his insights on overcoming such challenges.

In our discussions, Roman was always open and willing to tackle complex topics. He looked for new perspectives and readily examined issues from different angles—even if it meant acknowledging personal mistakes. This kind of self-honesty requires courage and dedication, which not everyone possesses. He is also an individual that deeply cares about his family and anyone else in need of assistance.

Although our relationship began as teacher and student, over time we grew into good acquaintances. I would describe Roman as an intriguing and profound conversationalist—someone who values honesty with himself and others, is purposeful, and remains highly responsible. Above all, he is genuine, open, versatile, and possesses a warm sense of humor.

