# Exhibit B

The Honorable Randolph D. Moss
U.S. District Court
District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001
RE: Roman Sterlingov

My name is Ilona and I am a friend of Roman's.

I am writing this letter because I would like you to meet Roman as a person; I have known him for 12 years, we first met in August 2012 when I was visiting Kiev. I was 23 years old and travelling by myself for the first time and I decided to celebrate my Birthday in Kiev. I was very excited about my traveling to Ukraine but also very scared to travel alone. I met Roman on Kreschatik Street and he simply said hi and smiled so open heartedly that I felt safe so we chatted for a while and decided to meet again.

My first impressions of him was that he was very kind, caring, and friendly. We exchanged numbers and decided to stay in touch. We haven't messaged each other very often, but we've always kept in touch especially during the most challenging times of my life, Roman stayed a good friend and was a huge support for me. For example, when I had the first episode of my bipolar disorder in 2020, Roman was the one who cared, called almost every day, and asked if I was alright.

Our last meeting with Roman was in Moscow in 2021. We walked around a lot and had really long conversations together. By that time I was suffering from depression and desperately needed help and to be understood. I still remember how he told me that he would do anything he could to help me, he also told me to call or text him anytime, it was one of the most supportive things I have ever heard in my life. The day after our meeting, Roman flew to the USA and I lost contact with him. I texted and called him with no success, was very worried and wrote on his Facebook page. With the help of his friends, I discovered what had happened and was shocked. For me, Roman has always been a good friend. He is a very supportive, kind and open-hearted person who is always ready to help. I know that I am not the only one for whom Roman became a huge emotional support. That is why I decided to write this letter – it's the least I can do for my dear friend in this situation.

Best regards.

Ilona Akhmetgaryaeva