```
1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,               No. 1: 21-399

5         vs.                           Washington, DC
                                        November 8, 2024
6    ROMAN STERLINGOV,
                                        2:06 p.m.
7              Defendant.
     _____/
8

9                   TRANSCRIPT OF SENTENCING
          BEFORE THE HONORABLE RANDOLPH D. MOSS
10              UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      Catherine Pelker
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             Christopher Brodie Brown
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             Jeffrey Pearlman
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                         APPEARANCES CONTINUED

 2    For the Defendant:        Tor Ekeland
                                Michael Hassard
 3                              TOR EKELAND LAW PLLC
                                30 Wall Street
 4                              8th Floor
                                Brooklyn, NY 10005
 5
                                Marc Fernich
 6                              Law Office of Marc Fernich
                                800 Third Avenue
 7                              Ste Floor 20
                                New York, NY 10022
 8
                                Maksim Nemtsev
 9                              Maksim Nemtsev, PC
                                20 Park Plaza
10                              Suite 1000
                                Boston, MA 02116
11
      Court Reporter:           Sherry Lindsay
12                              Official Court Reporter
                                U.S. District & Bankruptcy Courts
13                              333 Constitution Avenue, NW
                                Room 6710
14                              Washington, DC 20001

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Calling case number 21-399,

3    United States of America versus Roman Sterlingov.

4              Would counsel please approach the podium, state your

5    name for the record, starting with government counsel.

6              MR. BROWN:  Good afternoon, Your Honor.  Chris Brown,

7    Alden Pelker and Jeff Pearlman for the government.

8              THE COURT:  All right.  Good afternoon.

9              MR. FERNICH:  Good afternoon, Your Honor.  Marc

10   Fernich and Max Nemtsev and Tor Ekeland and Mike Hassard for

11   Mr. Sterlingov.

12             THE COURT:  All right.  Good afternoon to you.  So we

13   are here this afternoon for the sentencing of Roman Sterlingov,

14   who on March 12th, 2024, was convicted by a jury of Count 1,

15   money laundering conspiracy in violation of 1956(h); Count 2,

16   money laundering in violation of 18 U.S.C. section

17   1956(a)(3)(A) and (B); Count 3, operating an unlicensed money

18   transmitting business in violation of 18 U.S.C. section 1960(a)

19   and as well as section 2; and Count 4, money transmission

20   without a license in violation of D.C. Code section 26-1023(c).

21             I have received and reviewed the presentence report

22   and the sentencing recommendation from the probation office.  I

23   probably should have given you the opportunity to make your

24   appearance as well.

25             MS. FIELD:  Thank you, Your Honor.  Hana Field with
```

1    US Probation.

2             THE COURT:  Thank you for being here.

3             And I also reviewed the sentencing memoranda from the

4    government, from the defense, as well as the letters that have

5    been submitted on behalf of Mr. Sterlingov.

6             Let me just ask whether there are any additional

7    materials, Mr. Brown, that the government will request that I

8    consider today?

9             MR. BROWN:  No, Your Honor.

10            THE COURT:  And Mr. Fernich?

11            MR. FERNICH:  Judge, just the notice of supplemental

12   authority, which I am sure the Court has that we put in a

13   couple of days ago.

14            THE COURT:  Yes.  Yes, I did see that.  Thank you.

15            MR. FERNICH:  For the record, we reviewed the PSR

16   with Mr. Sterlingov.  And we have gone over that with him and

17   all of that.

18            THE COURT:  Okay.  Good.  I will turn to that in just

19   a second because I will want to know if there are any

20   differences of opinion on that.

21            So, Mr. Sterlingov, today's proceeding is going to go

22   through a number of steps.  I am sure you are anxious just to

23   get to the bottom line.  I need to go through all of these

24   steps just to make sure there is agreement on the relevant

25   facts, the law, the guidelines.  And if there is any

1    disagreement, I need to resolve those disagreements.

2                So we'll have to start with the presentence report.

3    And I will resolve any outstanding objections as to that.  The

4    second step is for me to determine what guidelines apply in

5    your case and whether there are grounds for departure.  The

6    third step is for me to hear from government counsel; your

7    counsel; you, if you would like to address the Court; anyone

8    else you would like me to hear from.

9                And the last step will be for the Court to fashion a

10   just and fair sentence in light of the factors that Congress

11   has specified in a statute, which is at 18 U.S.C. section

12   3553(a).  And as part of that last step, I will actually impose

13   the sentence in the case.

14               So let's start with the presentence report.  The

15   final presentence report and recommendation were filed on

16   August 14th, 2024.

17               Does the government have any objections to any of the

18   factual material set forth in the presentence report,

19   Mr. Brown?

20               MR. BROWN:  Your Honor, other than what is noted as

21   the government's objections to the PSR, we don't have any

22   further.

23               THE COURT:  Are there any that you think that I need

24   to resolve for purposes of sentencing?  I mean, I know there

25   were some where it may have been more in the nature of

1    characterization.  But if there are factual disputes that I

2    need to resolve, then we need to go through them one by one.

3         MR. BROWN:  Your Honor, there is a series of -- I

4    don't think these are really material factual disputes, but

5    there are series of factual disagreements about, for example,

6    when Mr. Sterlingov quit his job at Capo Marknadskommunikation

7    and what was the nature of his flight training, those sorts of

8    factual disputes that, again, I don't think they are going to

9    be material to the Court's sentencing determination, but we do

10   stand on those objections.

11        THE COURT:  Are you asking me to amend or direct the

12   PSR be amended?

13        MR. BROWN:  Your Honor, at least with respect to

14   paragraph 112 of the presentence report -- paragraph 112,

15   paragraph 115 -- paragraph 112 and 115, which refer to the

16   dates of the defendant's employment.  I think those paragraphs

17   are inconsistent with the evidence that was adduced at trial,

18   which is --

19        THE COURT:  So let's take these one at time then.

20   Paragraph 112 says at the time of his arrest, the defendant was

21   employed.  Is that the objection is that you think he was

22   unemployed at that time?

23        MR. BROWN:  Yes, Your Honor.

24        THE COURT:  Okay.  And, Mr. Fernch, are you the one

25   who is speaking today?  I know that Mr. Ekeland knows the

1    record well.

2              MR. FERNICH:  That's right, Judge.  Some judges don't

3    like to be tag teamed.  Whoever knows best I think would be

4    great.

5              THE COURT:  Mr. Ekeland, do you have an objection to

6    me striking from paragraph 112 at the time of his arrest he was

7    employed?

8              MR. EKELAND:  I'm sorry.  He was --

9              THE COURT:  Employed.

10             MR. FERNICH:  Judge, we don't have any factual

11   objections to the PSR that would be material to the sentencing

12   determination.  So we would just rest on our papers with that

13   stuff.

14             THE COURT:  What about -- the government is asking

15   that I drop the --

16             MR. FERNICH:  I think we should leave it alone.  The

17   probation office conducted an investigation in consultation

18   with the government.  And we know that the government has

19   substantial influence sometimes over what goes into the PSR.

20   So I think the PSR factually should be left alone.

21             THE COURT:  Usually what I tend to do is -- and I

22   realize this is a little bit of a different case since I sat

23   through the entire trial in the case.  Typically what I will do

24   is adopt the facts as set forth in the PSR as my findings of

25   fact.  But if they are not correct, then I need to correct

```
 1   them.
 2              MR. FERNICH:  We don't take any position on this
 3   issue.
 4              THE COURT:  So if you don't take any position on the
 5   issue and the government represents it is inaccurate that the
 6   defendant was employed and I don't remember evidence of
 7   employment at the time of his arrest.  And I also think that it
 8   is probably not material anyway, so I will drop the -- or
 9   direct that the sentence that says "At the time of his arrest
10   the defendant was employed" and drop the word "However" in the
11   next sentence.  So it just says, he was unemployed at the time
12   of sentencing due to his custodial status.
13              Okay.  Then what about 115, Mr. Brown?
14              MR. BROWN:  Your Honor, actually if I could back up.
15   I think this entire employment record section -- these -- the
16   government filed objections to most of these paragraphs.  So
17   maybe we could go one paragraph at a time.
18              THE COURT:  Okay.
19              MR. BROWN:  So paragraph 113.
20              THE COURT:  Yeah.
21              MR. BROWN:  There are representations about a, quote,
22   business, Moon VPN, as a virtual private network service.  The
23   service never went into operation.  We don't dispute it never
24   went into operation as a functional business.  But we believe
25   the evidence at trial supports that Moon VPN was never a real
```

1    business, that it was a front for the defendant to launder his

2    profits from Bitcoin Fog.

3              THE COURT:  All right.  Any objection from the

4    defense from my just dropping that paragraph on the grounds

5    that it is not material for present purposes anyway?

6              MR. FERNICH:  That is fine, Judge.  The record will

7    speak for itself there.

8              THE COURT:  I agree with that.  So I will drop 113

9    and record will speak itself.

10             114.

11             MR. BROWN:  Paragraph 114.  We have no objection to

12   the description of the music studio, Adrenal Productions.  We

13   object to that last sentence, "Following the termination of

14   this business and prior to his incident arrest, the defendant

15   financially supported himself through his Bitcoin investments."

16   We object to that.  The source of his wealth was not Bitcoin

17   investments, it was Bitcoin Fog.

18             THE COURT:  All right.  Any objection to my just

19   dropping that on the grounds that the record speaks for itself.

20             MR. FERNICH:  Same.

21             THE COURT:  So I will drop the final sentence of 114.

22             115.

23             MR. BROWN:  Paragraph 115, we object to the -- first,

24   the characterization of the time frame during which the

25   defendant was employed by the CapO Market Communications firm.

1    As he testified at trial --

2              THE COURT:  Let me speed this along.  Any objection

3    from anyone from me just dropping 115.

4              MR. FERNICH:  No.

5              THE COURT:  Okay.  115.  What is next?

6              MR. BROWN:  Paragraph 117 and 117A, I just want to

7    point out to the Court, this makes representations about a

8    statement of financial assets that the government has never

9    seen.

10             THE COURT:  So I could be wrong.  What I assumed that

11   was referring to was the statement that was submitted at the

12   hearing on whether to unfreeze the assets.

13             Is that correct, Mr. Ekeland?

14             MR. EKELAND:  Yes, that right.

15             THE COURT:  That is all I thought it was referring

16   to.

17             MR. BROWN:  If that is true, Your Honor, we object

18   that is not an accurate statement.  It wasn't accurate at the

19   time and certainly is not accurate today, for all of the

20   reasons that we explored during cross-examination of the

21   defendant, during --

22             THE COURT:  Does it ever say here, though, that it is

23   accurate?  I mean, I guess --

24             MR. BROWN:  Well, it says according to the financial

25   assets document provided by the defense counsel, the defendant

```
 1    has --
 2            THE COURT:  So why don't I do this then?  I will
 3    amend 117A to say that according to the defense, the defendant
 4    has the following assets.  Any objection?
 5            MR. EKELAND:  No, Judge.
 6            MR. FERNICH:  No, Judge.
 7            MR. BROWN:  Your Honor, I don't think that there are
 8    any other material factual disputes here.
 9            THE COURT:  Okay.  All right.  Any material factual
10    disputes from the defense?
11            MR. FERNICH:  No, Judge.  We'll stand on our papers.
12    That is fine.
13            THE COURT:  Okay.  Mr. Sterlingov, are you fully
14    satisfied with the assistance of your counsel in this case?
15            THE DEFENDANT:  Can you explain the question, please?
16            THE COURT:  Yeah.  What I want to do is, I just want
17    to make sure that you are satisfied with the assistance of the
18    counsel that you have received.  Because my next question is
19    going to be whether you have had enough time to talk with your
20    counsel about the presentence report and the sentencing and all
21    of that.  I want to make sure that as we proceed with
22    sentencing that you are satisfied with the assistance that you
23    are receiving with respect to sentencing.  And if you -- this
24    is without prejudice if someday down the road you ever wanted
25    to bring a habeas petition arguing ineffective assistance of
```

1    counsel, I am not asking you to give that up now.

2          I am just asking for purposes of proceeding with

3    sentencing, have you had enough time to confer with your

4    counsel and are you fully satisfied with the assistance of your

5    counsel with respect to sentencing?

6          THE DEFENDANT:  I think I understand, Your Honor.

7    Yes.

8          THE COURT:  Okay.  Did you have enough time to talk

9    with your counsel about the presentence report and the

10   government's sentencing memorandum?

11         THE DEFENDANT:  Yes.

12         THE COURT:  Okay.  Did you have enough time to review

13   that yourself as well?

14         THE DEFENDANT:  Yes.

15         THE COURT:  All right.  So then with the amendment

16   that I have made --

17         You can have a seat.  Thank you.

18         -- I will accept the statement of facts as set forth

19   in the presentence report as supplemented by my own

20   understanding of the facts from trial as my findings of fact

21   for purpose of today's proceeding.

22         And I am sure as we go through things today, there

23   will be discussions of some of the evidence at trial.  And I

24   will note for the record when I am make making particular

25   findings or if there is disagreements I will resolve those

1    disagreements as we proceed.

2           So turning to the guidelines, the presentence report

3    lays out the probation office's calculation of the advisory

4    guidelines that applies in this case.  And let me summarize

5    this.  And I know there is some disagreement and we can talk

6    about the areas of disagreement as we go.  Just by way of

7    background, the statutory maximum for money laundering

8    conspiracy in violation of 18 U.S.C. section 1956(h) is 20

9    years.  The statutory maximum for money laundering in violation

10   of 18 U.S.C. section 1956(a)(3)(A) and (B) is 20 years.  The

11   statutory maximum for operating an unlicensed money

12   transmitting business in violation of 18 U.S.C. section

13   1960(a), and section 2 is 5 years.  And the statutory maximum

14   for money transmission without license in violation of D.C.

15   Code 26-20 -- 26-1023(e) is 5 years.

16          Turning to the guidelines for Counts 1 and 2, the

17   parties agree that the applicable guideline is section 2S1.1,

18   which provides a base offense level of 8, plus the number of

19   offense levels in table 2B1.1.  For Count 3, the sentencing

20   guidelines provide that section 2S1.1 also applies to a

21   violation of 1960(b)(1)(C) while 2S1.3 applies to a violation

22   of 1960(b)(1)(A) and (B).

23          Section 2S1.3 provides a base offense level of 6 plus

24   the number of offense levels from the table on section 2B1.1.

25          The parties agree that Counts 1 through 3 should be

1    grouped.  And the probation office and the government have

2    slightly different theories as to the grouping.  But I don't

3    think there is any disagreement that the bottom line is the

4    same and all of those offenses should be grouped together.

5            And I have to say, I am persuaded that the offenses

6    should be grouped and that subsection C appears to be the most

7    applicable here, since the Sentencing Commission's guidance on

8    grouping instructs that where different counts have different

9    guidelines, the Court should first look to see if section C

10   applies.  And because the offenses are grouped, the base

11   offense level applies -- it applies to the group as determined

12   by the most serious of the counts, that is the one with the

13   highest offense level.  And the parties agree that under

14   section 2S1.1, we get the highest offense level.  So that is

15   what I will focus on.

16           The parties do dispute how many levels should be

17   added, pursuant to the table.  The government argues that there

18   should be a 28-level increase.  And Mr. Sterlingov is of the

19   view there should be a 22-level increase.  And I suppose if the

20   parties want to be heard on that, this is probably the best

21   time to do it.  And if there is anything I have said thus far

22   that the parties want to hear about, I am happy to hear from

23   you now about that as well.  Why don't I go ahead and start

24   with Mr. Brown?

25           Is there anything that you disagree with with respect

1    to the calculation today as well as addressing the right

2    offense level under 2B1.1?

3              MR. BROWN:  Your Honor, other than the technical

4    disagreement about the grouping, the prevailing rule for

5    grouping, the government does not disagree with the calculation

6    in the PSR.

7              And to address the property, the value of the

8    laundered funds issue, the value of the laundered funds is a

9    defined term under the guidelines.  It is defined under 2S1.1

10   in the commentary to mean the property, funds or monetary

11   instrument involved in the transaction --

12             THE COURT:  Can you slow down, please?

13             MR. BROWN:  It is defined in the application notes to

14   2S1.1, to mean the property, funds or monetary instrument

15   involved in the transaction, et cetera, in violation of section

16   1956 or 1957.  That "involved in" verbiage mirrors the same

17   statutory phrase in the text of the money laundering statute,

18   1956, as well as the text of the forfeiture statute, the

19   applicable forfeiture statute 982(a)(1).  And it is the

20   government's position those should be read consistently.

21             Now, the dispute here is about the commingling of the

22   funds.  So the government has produced evidence at trial that,

23   you know, that tens of millions of dollars out of the

24   395 million that was deposited into Bitcoin Fog is either

25   directly or indirectly traceable to specified darknet markets.

1   I think it is important to note that there is no evidence in

2   the record whatsoever other than the defendant's perjured and

3   self serving testimony that there were any legitimate

4   transactions on Bitcoin Fog.  The entirety of the record is

5   that Bitcoin Fog processed illegal transactions.

6           Under the D.C. Circuit precedent of

7   *Braxtonbrown-Smith*, it is appropriate to count not just the

8   value of what we can directly identify as, you know, one hop

9   away from a darknet market, but to include commingled amounts.

10  And because Bitcoin Fog was a money laundering service that

11  worked by pooling funds and because there is no way to

12  disaggregate what supposedly was a legitimate input into that

13  transaction, then it is appropriate under *Braxtonbrown-Smith* to

14  find that the entire 395 million should count.

15          I want to add, Your Honor, that under application

16  note 3 to 2S1.1, application note 3 specifically addresses this

17  question.

18          THE COURT:  I'm sorry.  I want to get that in front

19  of me.  One second.  Okay.

20          MR. BROWN:  Application note 3 sub B, addresses

21  commingled funds.  And the default rule under the sentencing

22  guidelines is there at the bottom of that paragraph.  If the

23  amount of criminally derived funds is difficult or

24  impracticable --

25          THE COURT:  I'm sorry.  You have lost me here.  I

1    want to make sure I am where you are.  If the application

2    notes -- okay.  One -- application note -- oh, I'm sorry.  I am

3    in the wrong guideline.  Application note to which section?

4              MR. BROWN:  2S1.1.

5              THE COURT:  Okay.  Hold on a second.

6              Okay.  I am with you now.

7              MR. BROWN:  So application note 3(B) to 2S1.1 --

8    essentially let me paraphrase it for the Court.  The default

9    rule is if there is a money laundering transaction that

10   involves both criminal funds and commingled non-criminal funds,

11   the default is that the entire transaction counts as the value

12   of the laundered funds unless the defendant carries a burden of

13   showing sufficient information to determine the amount of

14   criminally derived funds without unduly complicating or

15   prolonging the sentencing process.  And I would cite to the

16   Court *United States versus Alaniz,* A-L-A-N-I-Z.  That is 726

17   F.3d 586 in the Fifth Circuit.  That confirms that the burden

18   rests with the defendant to disambiguate.  If there is some

19   question about clean funds being commingled with dirty funds

20   the burden rests on the defendant to come forward with

21   sufficient evidence to show the amount of clean funds.  And I

22   will just say, Your Honor, as I have -- I don't want to belabor

23   the point.  There is zero evidence in the record that there

24   were any clean funds deposited into Bitcoin Fog, other than you

25   might say, the government's undercover transactions.

1          So the defendant has not borne that burden.  He

2    cannot bear that burden under the record.  And so the entire

3    395 million should be counted.

4          If I could address the defendant's argument.  The

5    defendant cites to cases that deal with a different question.

6    The different question that the defense cases deal with is not

7    commingling, but layering and aggregating layered transactions.

8    So in other words, for example, if, Your Honor, there is a bank

9    robbery, the bank robber, you know, converts the dollars into

10   Euros and then sends a wire transfer to a second bank account

11   and then converts that into gold.  If you were aggregating the

12   layers of that laundering process -- and this is what courts

13   used to do before the 2001 amendments to the money laundering

14   guideline -- then you would count each step in that layering

15   process.  So if the bank robber robbed a bank for $100,000 and

16   then went through four layers, your violation would essentially

17   be $400,000, because you could count each layer individually.

18         And the cases that the defense cites to deal with

19   that situation.  That is not the situation that we have here.

20   We are not proposing that Court count all of the internal

21   laundering mechanism that Bitcoin Fog did.  We are not asking

22   the Court to count each hop in a peel chain that was part of

23   the laundering process.  We are asking the Court to count money

24   coming in and money going out of the laundering process.  And

25   that money is commingled and under the straightforward

1    application of 2S1.1, the D.C. Circuit binding precedent in

2    *Braxtonbrown-Smith* and just the record in this case, we think

3    that is well supported.

4              THE COURT:  Okay.  Mr. Fernich.

5              MR. FERNICH:  Judge, the problem with their argument

6    is that the D.C. Circuit case and the *Martin* case are all

7    interpreting a different phrase than the sentencing guidelines,

8    which is value of the funds involved in the transaction.  And,

9    of course, it has now been amended to value of the laundered

10   funds.  And laundered funds has a straightforward meaning.  And

11   the two most pertinent cases are simply citing the *Martin* case

12   that they cited in their original papers.  That is *the Pizano*

13   case out of the Eighth Circuit and the *Paley* case out of the

14   Eleventh Circuit.  And it is quite clear the value of the

15   laundered funds equates to the amount of dirty money that was

16   originally, quote, injected into the scheme.  In all of this,

17   they talk about it being commingled.  It is impossible to

18   disambiguate or whatever.  They have done it for us.  And we

19   are relying on their own expert testimony on page 4 of the

20   chart they have created in their brief to meet our burden.

21              And they break it down quite clearly.  They say -- if

22   the Court follows *Paley* and follows *Pizano* that the value of

23   the funds laundered means the dirty money originally injected

24   into the scheme and they break it down.  $47 million came from

25   the darknet into the scheme.  That is --

```
1              THE COURT:  I don't think they have ever said it was
2    a total of 47 million.  I think they said at least 47 million
3    associated with those particular sites.  And they also talk
4    about the fact that --
5              MR. FERNICH:  There is some indirect --
6              THE COURT:  Mr. Licthenstein and Mr. Harmon used the
7    site as well.  I don't think they say that is the sum total.  I
8    think they say these are the ones we can trace to particular
9    darknet subsites.
10             MR. FERNICH:  I am not sure that is subsumed with
11   indirectly.  If the Court looks at page 4 of the brief, there
12   is directly the dirty money that came right in and they break
13   that down for us for 47 million.  I don't know what they are
14   talking about with indirectly, because we cited in our papers
15   the excerpt that we believe is on point from the trial
16   testimony.  And we detailed why that shouldn't count, because
17   they are downstream transactions they went -- by the time the
18   money hit us at BitcoinFog, they went through several layers
19   first.  And, PS, they say all over their brief that we are the
20   ultimate layering machine.  That is their quote.  And I just
21   pulled that one out of the brief.  But it is over and over
22   again.  So to come in here and tell us that we are not
23   layering, that doesn't really make a whole lot of sense.
24             The cases are really pretty clear since 2001.  And,
25   you know, the interesting thing about these 2001 amendments is
```

1     they not only moved in the value of the funds laundered to be

2     the primary driver of the base offense level, but all of these

3     other specific offense characteristics that we are getting,

4     knowing that it comes from drug money, being in the business or

5     sophisticated laundering.  All of this stuff came in at 2001.

6     And if the Court reads *Pizano*, the whole point was before 2001,

7     the value of the funds -- again, not the laundered funds -- was

8     supposed to approximate the magnitude and scale of the scheme,

9     which undoubtedly is large in this case.  But now, with the

10    2001 enhancements -- and unfortunately I am old enough to

11    remember when all of this stuff came in.  They moved it in

12    there -- and, A, the whole point of 2001 was to whether you are

13    a direct launderer or a secondary launderer, the whole point

14    was to tie this more closely to the underlying conduct.

15    Because in the nineties the sentences were just so eye popping

16    under the money laundering guidelines.

17          So what they did was, they not only moved -- they

18    changed the language of the -- from value of funds to value of

19    laundered funds.  They added a sophisticated means specific

20    offense level characteristic.  They added a 6-point bump,

21    Judge, for knowledge that it comes from, in this case, drug

22    activity.  And they added a bump for business of the laundered

23    funds.  So I know that the Court is going to have to make a

24    calculation of the base offense level.

25          But, ultimately, I want to make this clear what our

1    ultimate position is here.  And that position really boils down

2    to two things, Judge, the *Lauersen* case that I cited from the

3    Second Circuit, which is where there is a number of overlapping

4    enhancements that really punish the same conduct in different

5    ways.  And there is not a dispute that what this is, is

6    designed to do the whole -- all of these different enhancements

7    are designed to punish him for running a large scale, huge, if

8    we are to accept the verdict, money laundering operation.  And

9    they are banging him in six different ways, which may

10   technically apply, for doing the same thing.  And it results in

11   a -- in our view at least, a 12-point overstatement.  That is

12   right out of *Lauersen*.  In my early part of my career, when

13   this was just departures, that was a recognized ground for

14   departure.  We are not asking for that.  But under 3553, it is

15   the exact same rationale.  We have got seven different

16   enhancements.  Now, if we are going to give him 28 instead of

17   22 for the value of funds laundered, you end up with an

18   eye-popping sentence.  And that leads -- segues fairly nicely

19   into the other main point, which is the *Patel* case.

20           And, Your Honor, the Court was thinking exactly along

21   the same lines that we were, because, candidly, we had already

22   prepared the notice of supplemental authority and were getting

23   ready to give that to the Court when the Court issued its --

24   got its response to the query from the Sentencing Commission.

25   I mean, this is a Supreme Court justice in the United States.

1    And, you know, there is a plea in that case, I get it.

2    Potentially there is an obstruction enhancement in this case,

3    which Mr. Ekeland will address.  And it was a very big scale of

4    money laundering in that case.  It was sophisticated.  It was

5    layered.  The guy was involved in a Ponzi scheme.  It was a

6    $250 million laundering scheme.  It was complicated.  And you

7    have got a sitting Supreme Court Justice who said, you know,

8    these are wildly inflated numbers.  He gave him 36.  And if the

9    Court wants -- I get it.  He pled -- Patel did.  He accepted

10   responsibility, our client didn't.  So, you know, you can add

11   something for that, potentially.  And, again, Mr. Ekeland will

12   address it.  If the Court finds that he perjured himself, he

13   deserves to be punished for that.  How much, 200 times?  Double

14   because maybe he didn't plead?  Give him something for the

15   perjury.  What does that amount to?

16          So in our view, ultimately -- and we talk about the

17   guidelines and the Court will find them and the Court has to do

18   this, but it is our ultimate position that a sentence of above

19   7 and a half years to the extent that the Court gives him a

20   perjury enhancement, it is very, very difficult to square that

21   with *Patel* in this district from a Supreme Court justice.  And

22   it is certainly hard to square that with *Lauersen*, because you

23   are really adding enhancements for the same -- different

24   aspects of the same conduct.  And the upshot is that it is

25   literally off the charts, so it is serious conduct.

1          It is very extensive conduct.  We accept the verdict,

2    obviously, as we must for purposes of sentencing.  But it is

3    very, very hard to rationalize it with those two precedents.

4    And part of the reason why the 20 -- I think the 22 is -- the

5    47 million and the 22 is highly appropriate, based on the

6    evidence that they have proffered.  And we are relying on that

7    for 22.  But the extra 6 points, again, it is designed to get

8    at the same thing that these other enhancements that were

9    propounded in 2001 punish.  And if we are going to add those 6

10   points, really something has to come off somewhere to

11   compensate for it, because that is the point of *Lauersen* and

12   the point of these enhancements, the amendments, I should say,

13   was to bring it all down and to tie it more directly to the

14   underlying conduct.  And, you know, they could have charged him

15   with the underlying conduct untimely.  They could have charged

16   him with aiding and abetting it, if he knows it.  They didn't

17   do that.  That is their prerogative.  They didn't do that.

18   That is fine.  We are at sentencing now.  It is just,

19   empirically speaking, too much time relative to *Patel* and under

20   the *Lauersen* rationale.

21          THE COURT:  All right.  Anything else, Mr. Brown, on

22   this issue.

23          MR. BROWN:  Your Honor, if I could just respond with

24   respect to calculation of the -- this specific offense

25   characteristic as opposed to everything under the sun.

1          THE COURT:  We will turn to the others later.

2          MR. BROWN:  Yes, Your Honor.  With respect to the

3    question of *Paley* and *Pizano* -- and really *Paley* is not about

4    aggregation or layering at all.  It is about stock that

5    increases in price.  The only case that they are really relying

6    on is *Pizano*.  *Pizano* just had to do with a different --

7    conceptually different, distinct fact pattern, which is do you

8    count layering, in other words, every separate laundering --

9    step in the laundering process.  That is not what we are

10   talking about here.  That is not what was at issue in

11   *Braxtonbrown-Smith*.  I just want to point the Court to, again,

12   D.C. Circuit's decision *Braxtonbrown-Smith*, page 1355

13   specifically addressed the Court did not error in considering

14   the, "Total amount of money involved in the charged

15   transactions," which in that case was $487,290.78 rather than

16   only some portion of that amount based on the proportion of

17   illegitimate funds in the PDA account in calculating the value

18   of the laundered funds.

19          THE COURT:  Wasn't that case from before the

20   amendments to the guidelines?

21          MR. BROWN:  It was.  But, Your Honor, this deals with

22   a different -- this is a holding as to commingling.  So if you

23   have a laundering transaction that involved both proceeds of

24   crime and arguably licit funds, *Braxtonbrown-Smith* says you

25   count the whole transaction.  That is not about layering.  It

1     is not about the -- what was amended in the guideline.  And it

2     is significant, Your Honor, that if you look at the actual

3     verbiage that the D.C. Circuit uses here, the D.C. Circuit says

4     this is the way you calculate the value of the laundered funds.

5     The 2001 amendment inserted the word laundered into

6     2S1.1(a)(2).  So before that it read, value of the funds.  And

7     after the amendments it read, value of the laundered funds.  I

8     know we don't read judicial opinions as statutes, but it is

9     significant.  This is conceptually different and it uses the

10    specific language that is now the prevailing standard in the

11    guidelines.

12            If we were asking the Court to count layering, we

13    would ask the Court to count every single peel chain, every

14    single hop.  So you deposit 1 Bitcoin into Bitcoin Fog, that

15    goes through 5, 10, 100 transactions.  We would be asking for

16    5, 10, 100 times the amount of funds deposited into Bitcoin

17    Fog.  That is not what we are asking for.  This is commingled

18    funds, at best.  And if it is commingled funds, the defendant

19    bears the burden of coming forward with information sufficient

20    to disambiguate the funds and they haven't even attempted to do

21    that.

22            THE COURT:  All right.

23            MR. BROWN:  One last point, the table on page 4, it

24    is about 47 million if you add it up for the direct

25    transactions.

1          THE COURT:  Right.

2          MR. BROWN:  The indirect, if you add it up, it is

3    another roughly $60 million, so we would really be talking

4    about 100 or so million dollars in that range, if the Court

5    were to go down that road.

6          THE COURT:  Okay.

7          MR. FERNICH:  Judge, this is just a purely fanciful

8    reading of the law.  I don't have anything else to say.  If you

9    read *Paley* and *Pizano* especially, it says -- it is a materially

10   different guideline.  We count only the dirty money initially.

11   So this is just -- it is just fanciful.

12         THE COURT:  Right.

13         MR. FERNICH:  I don't know what -- and I briefed it

14   about the indirect monies.  So they haven't explained what the

15   indirect monies are.  They are downstream transactions.

16   The trial --

17         THE COURT:  I think they are upstream transactions,

18   at least what they are talking about now.

19         MR. FERNICH:  I don't know what they are talking

20   about, but the indirect monies had to go through several steps

21   before they got into Bitcoin Fog.  And the case law says, it is

22   the original dirty funds that are involved in the transaction

23   in the first instance that drives the value of the laundered

24   funds.

25         THE COURT:  Yeah.  Fair enough.  And I think I have

1    enough to give you my views on this.  But what I will say

2    though on that, this isn't a circumstance where someone

3    where -- the person who goes to the safe -- owns the Safeway,

4    takes the profits home at the end of the day and goes to the

5    dog food store and buys some dog food.  And the person who owns

6    the dog food store goes to the shoe store and then that person

7    deposits the money.  This is the way funds get hidden in

8    Bitcoin transactions is going through various hops in order to

9    obscure the transactions.

10           You we may be right.  We don't know with respect to

11   every one whether there may have been some legitimate pause in

12   the path there, but what the analysis showed was that these

13   were traced back to the darknet sites.  And it is fair --

14           MR. FERNICH:  Judge, what the cases --

15           THE COURT:  It is a fair inference, the darknet -- it

16   might be a coincidence on the darknet site someone says, oh, I

17   am going to spend $1,000 on some item.  It seems improbable.

18   And then whoever did that then says, oh, I am going to go put

19   the money into Bitcoin Fog.  I think the more reasonable -- and

20   it is just the preponderance now -- inference is with those

21   transactions going on was whoever was running the darknet sites

22   was engaging in some hops to further obscure themselves.

23           MR. FERNICH:  But what the cases say, Judge, is, the

24   takeaway from the 2001 amendments is that we get at that -- the

25   harm that creates is the sophistication and the intricacy and

1    the difficulty of hiding it from law enforcement.  And we get

2    it through that.  And we get it through the business of

3    being -- of laundering.  And we get it through the knowledge,

4    ostensibly, of the underlying specified unlawful activity.

5    That is why, the -- I mean, you can't just say, the '93 case or

6    whatever, from the D.C. Circuit solves this, because it is

7    interpreting a whole different amendment that didn't have these

8    things.  So the way you get at that is not through value.  But

9    through sophistication.  That is the harm.  And we all know

10   that the harm of money laundering is a societal harm.  So that

11   is accounted for in other ways under the guideline.

12          I am -- of course, it is not like going to the Buster

13   Brown shoe store and hiding the money in a pair of shoes.  It

14   is sophisticated.  It is complex.  It is difficult to unravel,

15   all of that, whether it is commingled, whether it is not

16   commingled, all of that -- whether there is any licit funds or

17   whether it is purely illicit, all of that is tied up in the

18   other enhancements.  And if we are going to pound all of this

19   stuff together and give him 6 points on top of it for the

20   value --

21          THE COURT:  No.  I am going to give you a chance to

22   address those separately.  So let me give you my views on this

23   one and then we can turn to the others.

24          You know, as you may have noted from reading my

25   opinion on the excessive fines, I think there is a legitimate

1    question about 1956 and the extent to which the word

2    transactions in that statute is intended to refer only to the

3    transactions involving the illicit goods or whether it includes

4    the transaction in the broader sense that would include the

5    mixing with licit funds.

6            And I know that there is some D.C. Circuit law that

7    tends to support the government's view on this question.  And

8    there may be some language, as I pointed to in my opinion,

9    which further supports that view.  I don't know that that issue

10   is one that is fully resolved.  And I don't think I need to

11   fully resolve that question today.

12           Because I do agree with the government's argument

13   that the application note and in particular note 3B does

14   address this circumstance.  And there it provides and explains

15   in a case in which a transaction, financial transaction,

16   monetary transaction, results in commingling of legitimately

17   derived funds with criminally derived funds, the value of the

18   laundered funds for subsection (a)(2) is the amount of the

19   criminally derived funds, not the total amount of the

20   commingled funds if the defendant provides sufficient

21   information to determine the amount of criminally derived funds

22   without unduly complicating or prolonging the sentencing

23   process.

24           And here, as I indicated, I don't agree with the

25   proposition that the government has already defined what the

1    illicit funds were and distinguished them from the licit funds.

2    And the government has been pretty clear in its view that its

3    position is they were all or likely all from unlawful activity

4    and they just pointed to examples where they can -- were able

5    to trace it in ways to actually prove that, but I don't think

6    they intended to draw any finer lines than that.

7        And so I do conclude that the government is right

8    that under the guidelines, the 28 levels should be added.  I

9    will say, however, that that doesn't make a difference in the

10   end, because for reasons that I will explain later today, I

11   think that either a variance or a departure is appropriate.

12   Because I think, as even the government seems to concede with

13   respect to its sentencing recommendation, that just applying

14   the guidelines and that vary large adjustment results with a

15   sentencing range, which I just think is excessive.  And I -- I

16   don't need to repeat what all of my colleagues have said over

17   the years about the table and how the table, at least in some

18   cases, does overstate the culpability of the defendant.  But

19   here, in these circumstances, and as we'll get into greater

20   detail below, I think that applying the 28 levels, which I

21   think literally does apply under the guidelines, does result in

22   a suggested sentence which is significantly too high.

23       And I want to make sure that I hear from everyone on

24   everything else before I get to this.  I do want to just note

25   for the benefit of the record and Mr. Fernich that although I

1    disagree with you on the law and the interpretation of the

2    guidelines, I don't disagree with you with respect to where

3    this takes us.

4              MR. FERNICH:  It is not the first time I have heard

5    that, Judge, people disagreeing with me on the law.

6              THE COURT:  Maybe it is the first time on the second

7    part.  I don't know.  But I am actually agreeing with you about

8    the concerns that you are identifying.

9              MR. FERNICH:  Broken clocks, Judge.

10             THE COURT:  Yes.  But what I will say though is

11   that -- so I think that in some sense how I come out on this is

12   not outcome determinative in this case, because even though I

13   agree with the government on the application of the guidelines,

14   I think I would vary down in any event, at least by the amount

15   to the 22 levels if not below that, for reasons that we can

16   discuss later.  So then that leads to the question of whether

17   there should be a 6-level adjustment under section 2S1.1(b)(1)

18   because Mr. Sterlingov knew laundered funds were proceeds of

19   illegal or unlawful narcotics activity or CSAM transactions.

20             And the government and the probation officer also

21   both suggest there should be a 4-level adjustment because

22   Mr. Sterlingov was in the business of laundering funds.

23   Probation and the government also agree there should be a

24   2-level -- let me put that aside for a second before I turn to

25   the obstruction issue, because I think that is a distinct

1    question.

2            The parties disagree about whether there should be a

3    2-level enhancement under 3C1.4.  So let me start with the

4    6-level enhancement under 2S1.1(b)(1) and the 4-level

5    enhancement under 2S1.1(b)(2)(C).  And I suppose my question is

6    whether the defense disagrees with the proposition that those

7    provisions technically apply.  And you're, of course, welcome

8    to argue that I should vary because those may overstate the

9    nature of the offense or the culpability of the defendant.  But

10   if there is a technical difference that I should resolve, I

11   need to know what that is.

12           MR. FERNICH:  So the first one is knowledge.

13           THE COURT:  That he knew the laundered funds were the

14   proceeds of at least narcotics?

15           MR. FERNICH:  Yeah.  We are going to stand on the

16   papers about that one.  We have nothing to add.

17           THE COURT:  On that one, I do find there was

18   sufficient evidence in the record that Mr. Sterlingov knew that

19   Bitcoin Fog was being used to launder narcotics -- illegal

20   narcotics funds.  And so I find that as a technical matter that

21   enhancement applies.  The second one is that Mr. Sterlingov was

22   in the business of laundering funds.

23           MR. FERNICH:  We think that it is a *Hobson*'s choice

24   for us, business of laundering funds versus the 2 for

25   sophisticated means and violating 1956.  It turns out to 4

1    points one way or the other.  And we don't have an argument on

2    the sophisticated means and the 1956 violation.

3            So, otherwise, we'll stand on the papers with respect

4    to this issue.

5            THE COURT:  And I conclude that as a technical matter

6    that that enhancement does apply as well.  Again, the parties

7    are free to argue there should be a variance in light of that

8    or even a departure if you would like to.

9            Yes, Mr. Brown.

10            MR. BROWN:  Your Honor, just to point a

11    clarification, on the 2S1.1(b)(2) enhancement, is the Court

12    finding that solely on the basis of knowledge of drug

13    trafficking or also knowledge of transactions related to child

14    sexual abuse?

15            THE COURT:  Why does that matter?

16            MR. BROWN:  Just for clarity of the record.

17            THE COURT:  I guess I would like -- I don't think I

18    need to do that for the guidelines calculation.  If you want to

19    argue to me about that in allocuting more generally, I can make

20    a determination about that.  I would like to hear more on that

21    question.  But I don't think I need to decide that for purposes

22    of the guidelines calculation, because I think it is clear with

23    respect to the illegal narcotics transactions.

24            MR. BROWN:  Thank you, Your Honor.

25            THE COURT:  Okay.  So I think that then does lead to

1    the 2-level obstruction enhancement.  And maybe it makes sense

2    for me to hear first of all from Mr. Ekeland on that.

3           MR. EKELAND:  Your Honor, it is just a simple

4    argument that we did reference in our papers.  If the Court

5    recalls that the government argued at closing to the jury that

6    all they needed to convict Mr. Sterlingov was to find that he

7    registered the domain name to the clearnet site.  The Court, of

8    course, recalls there was a willful blindness jury instruction

9    as well as aiding and abetting jury instruction.  And we just

10   submit that Mr. Sterlingov's testimony is entirely consistent

11   with that.  And him actually not operating and administrating

12   Bitcoin Fog.

13          I would point out that no direct evidence came in, in

14   trial at all of Mr. Sterlingov administrating or operating

15   Bitcoin Fog.  There is no communications between him and anyone

16   else operating Bitcoin Fog.  There is no server logs.  There is

17   no ledgers.  There is nothing -- the entire, I think, case --

18   the evidence against Mr. Sterlingov in relation to operation

19   and administration is purely circumstantial.

20          THE COURT:  Okay.  Thank you.

21          Mr. Brown.

22          MR. BROWN:  Your Honor, I would direct the Court's

23   attention to this section in our sentencing memo.  And I just

24   point out that there are four clearcut examples of perjury.

25   Now, it is true that virtually every bit of the defendant's

1    testimony was misleading or incomplete in some way, but these

2    four examples are, number one, he was asked a direct question,

3    "Did you ever operate Bitcoin Fog?"

4         And he said, "No.  I never operated or was

5    administrator of Bitcoin Fog."

6         That is just incompatible with the jury's verdict of

7    guilty on all counts.  Even if he operated it for purposes of

8    setting up the domain, he still was operating or administering

9    Bitcoin Fog in some sense.

10        Number two, when he was asked to explain how he first

11   learned of Bitcoin Fog, he told a story that he just heard

12   about Bitcoin Fog at one of these Meetups.  And somebody told

13   him that he should use this to mix his funds.  Your Honor, even

14   if all that he did was register the clearnet domain for Bitcoin

15   Fog, he could not have heard about it from somebody else at a

16   Bitcoin Meetup, because it didn't exist until the defendant set

17   up that clearnet domain.

18        Number three, he testified that he had no funds

19   sourced from Bitcoin Fog.

20        Again, that is incompatible with the jury's verdict.

21   There were heaps of evidence that, number one, that -- that he

22   received millions upon millions of dollars directly or

23   indirectly traceable from Bitcoin Fog.  And there is no

24   evidence in the record showing a legitimate source of those

25   funds, especially postdating the date that he quit his day job

1    in 2014.

2          And, number four, he testified at trial, quote --

3    when he was asked how many transactions he ever made on Bitcoin

4    Fog he testified, "Maybe a few dozen."

5          Over ten years, he testified that he only made a few

6    dozen transactions on Bitcoin Fog.  That is just totally

7    incompatible with just the mountain of evidence showing Bitcoin

8    flowing in to his accounts, to his Mycelium wallet, to Local

9    Bitcoins, to Kraken, to Bitstamp, all of these wallets under

10   his control -- it was way more than a few dozen transactions

11   over 10 years.  And that is incompatible with the jury's

12   verdict finding him criminally responsible for the Bitcoin Fog

13   money laundering conspiracy, for the undercover transaction,

14   for operating or even just aiding and abetting the operation of

15   an unlicensed money transmission business and for engaging in

16   the business of money transaction in the District of Columbia.

17   It is just incompatible.  So those are four clearcut, factual

18   statements the defendant made that cannot be true.  The jury

19   could not have believed those statements and still come out

20   with the verdict that it did.

21          And if there is any doubt about the defendant's

22   intent here, the defendant's intent is made manifest by all of

23   this blizzard of feigned amnesia, I can't remember.  He

24   testified he couldn't remember if he set up the Bitcoin Fog

25   clearnet domain, not that he never did it, he couldn't

1    remember.  He couldn't remember half of the answers to the

2    questions he was asked on cross.  And I think that that shows

3    very clearly that he was trying to mislead the jury.  And that

4    shows that for these specific four factual -- clear factual

5    misstatements that his intent was to lie and to commit perjury.

6              THE COURT:  Okay.  Thank you.

7              Mr. Ekeland.

8              MR. EKELAND:  Just briefly, Your Honor, registering a

9    domain name for a website on the internet is not the same as

10   operating, administrating that website.  And it is entirely

11   possible that Mr. Sterlingov did hear about Bitcoin Fog at a

12   Meetup before he registered the domain name.  And I actually as

13   I am sitting here, I am wondering or questioning if that is

14   actually material to the case.  Because it is -- again, as the

15   government argued in closing told the jury that all they had to

16   do was find that he registered that domain name and that they

17   could find him guilty of everything.

18              In terms of the few dozen transactions, there is --

19   here, I think, there is sort of playing games with the language

20   here.  Because what the government is saying is that all of

21   these transactions that went through Bitcoin Fog from third

22   parties, whatever Silk Road and everything, they are saying

23   those are his transactions.  And Mr. Sterlingov's testimony

24   there is entirely consistent with him saying -- and the

25   evidence is consistent with him roughly doing around a dozen

1    transactions of his own funds through Bitcoin Fog.

2         So I just don't think that the government, you know,

3    meets the standard here for perjury of, you know, willfully

4    intending to deceive the Court.  And that I think his testimony

5    was entirely consistent with the jury just finding that he was

6    somehow aiding and abetting this or willfully blind.  And,

7    again, there is no direct evidence in the record of him ever

8    operating or administrating Bitcoin Fog.  Any evidence relating

9    to that is purely circumstantial.

10        THE COURT:  All right.  Thank you.

11        Well, I do find that the enhancement does apply here.

12   And I, in general and in this case, am cautious about applying

13   this enhancement, because I don't think people should have to

14   face an enhanced sentence merely because they testify in their

15   own defense and sometimes people see the world differently.

16   But, on the other hand, where someone I think affirmatively

17   attempts to mislead the jury, it is a different matter and the

18   enhancement applies.  And I do think that by way of example,

19   that Mr. Sterlingov was intentionally untruthful when he was

20   asked whether he ever operated Bitcoin Fog.  And he responded,

21   "No.  I never operated or was an administrator of Bitcoin Fog."

22        And Mr. Ekeland's argument is that you can understand

23   the jury's verdict based on a willful blindness theory.  But

24   that is not really what I understood the willful blindness

25   was -- I don't think the willful blindness was, was he

1    operating it or was he not operating it and maybe he didn't

2    realize he was operating it.  I think the willful blindness

3    instruction was about willfully blind about where the money was

4    coming from that was being deposited into Bitcoin Fog and

5    whether he went to the trouble of figuring out and knew that it

6    was coming from unlawful drug transactions, by way of example,

7    or whether he just chose not to know that and was willfully

8    blind to the fact that those -- the deposits were coming from

9    unlawful drug transactions and other unlawful activity.  I

10   think that is what the willful blindness instruction was about.

11          And I don't know, quite frankly, how one could

12   reconcile the jury's verdict with a finding that Mr. Sterlingov

13   never operated or administered Bitcoin Fog, because he wouldn't

14   have been engaged in money laundering had he not done those

15   things.  And so I think that that, just by way of one example,

16   was intentionally false testimony that was offered.

17          With respect to the registering of the domain name,

18   it is true that there was not a great deal of evidence in the

19   case directly linked to Mr. Sterlingov and that the

20   registration of the domain name was one of those pieces of

21   evidence.  It was, obviously, a very important piece of

22   evidence.  I don't think it was the only evidence though

23   linking things to Mr. Sterlingov and linking Bitcoin Fog and

24   the operation of Bitcoin Fog to Mr. Sterlingov in the case.

25   Similarly, with respect to the source of Mr. Sterlingov's

1    Bitcoin wealth, he said that he didn't have any funds that were

2    sourced from Bitcoin Fog.  I think that also is at odds with

3    the jury's verdict and the overwhelming evidence in the case.

4    And I think this is an example of somewhere where things may

5    not have gone particularly well for Mr. Sterlingov in his

6    testimony.  But when he testified about the invoices that he

7    had generated and claimed that he had done those after the

8    fact, my recollection is for tax purposes, I think that the

9    jury likely, and in my view quite reasonably, would have based

10   on my listening to the evidence concluded that that testimony

11   was not truthful.  And that the invoices were generated for the

12   purposes of hiding the source of the income.  So I find that

13   enhancement does apply.

14        Which then leads to the question about whether the

15   registration of the domain name enhancement should apply from

16   section 3C1.4.  And I am happy to hear from you all on that as

17   well.

18        MR. FERNICH:  Judge, we are going to stand on our

19   papers about that.  But I will just preview this, for my

20   cocounsels' edification as well as the Court's.  If it

21   technically applies, I think this goes into the 3553 hopper,

22   because they could have charged the underlying activity.  And I

23   get it.  There is an ongoing debate about the standard of proof

24   of the guidelines -- under the guidelines.  This harkens back

25   to pre-Booker stuff.  You have great opinions from Scalia

1    before he passed in the *Jones* case.  Maybe they can do it under

2    current law.  Should they do it?  It is a little cheeky.  And I

3    think that belongs in the 3553 hopper, otherwise we'll stand on

4    our papers about that.

5              THE COURT:  Mr. Brown.

6              MR. BROWN:  Your Honor, if I could just clarify the

7    work that false registration of the domain name is doing here.

8    It is applied here because there is a specific enhancement in

9    the guidelines for conduct that fits 3559(g) in terms of

10   registering a false domain name, which means registering in the

11   manner that prevents the effective identification of or contact

12   with the person who registers.  3559(g) can come up in a case

13   in one of two ways.  In one way, it can be something that is

14   charged and the jury renders a verdict.

15             And if that is the case then by operation of the

16   statute, the statute causes the statutory maximum to increase

17   by either double or plus 7.  That is one way to apply it.  That

18   is not the way that we are asking the Court to apply it here.

19   We are asking the Court to apply the guidelines enhancement,

20   which applies because those facts are satisfied.  What we are

21   not asking the Court to do is increase the statutory maximum

22   punishment.  That is the issue that the defense cases deal with

23   is whether the jury needs to find facts that increase the

24   statutory maximum.  That is not how this is being used here.

25   And the D.C. Circuit has been clear that the principle that in

1    order to increase the statutory maximum the jury has to make a

2    finding beyond a reasonable doubt that -- or at least by a

3    preponderance.  That is not what we are asking for here.

4         It is clear under D.C. Circuit precedent, which is

5    cited -- I think it is the *Fields* case in our brief -- that

6    simply applying the sentencing enhancement, which increases the

7    recommended guideline range, but does not increase the total

8    statutory maximum exposure of criminal punishment for the

9    defendant, there is no constitutional question about doing

10   that.  We are just applying the guideline, not increasing the

11   stat maxes in this case.

12        MR. FERNICH:  Well, let me just make this clear for

13   the record, because Your Honor is not an appellate court.  I

14   agree, to an extent, with what my friend just said.  I do

15   believe that it violates the Sixth Amendment.  And I believe

16   that when you put a statute under the guidelines that the law

17   should be and someday may well be, that we have a right to have

18   a jury determine whether the statute was violated, have a jury

19   determine that beyond a reasonable doubt, as opposed to a judge

20   at sentencing -- no offense to Your Honor.  You have been

21   great -- by a preponderance of the evidence.  And that is by no

22   means some sort of outre proposition.  So certainly, three

23   justices I believe, maybe two in *Jones* agreed with that.  And I

24   think Justice Gorsuch would agree with that heartily.  Maybe

25   some of the so called liberal justices would agree with it as

1    well.  So this is for another audience.  But I do think if it

2    ever gets that far, this is a pretty good test case for it,

3    because it is rare in the guidelines where they are asking Your

4    Honor to make a finding after the fact that his conduct

5    violated a federal statute, which they could have, but chose

6    not to put before the jury.  So I know they are not -- whatever

7    he said about what they are asking and what they are not asking

8    the Court to do, I agree with that.  That doesn't mean at the

9    end of the day it is constitutional and I don't think it is.

10              THE COURT:  All right.  Give me a moment here.

11              (Pause.)

12              THE COURT:  So I have to say, I think this is a hard

13   question on the law.  The government argues that the guideline

14   doesn't apply, because it says if a statutory enhancement under

15   18 U.S.C. section 3559(g)(1) applies, increase by 2 levels.  It

16   doesn't say if you are convicted of violating 18 U.S.C.

17   3559(g)(1) then apply the enhancement.

18              As far as we have been able to determine, there have

19   been no cases decided or at least no reported decisions

20   interpreting this provision.  And I am -- the provision is

21   implementing section 204(b) of Public Law 108-482, which is

22   what I was just looking at.  And that provision says that

23   pursuant to section 944(p) of Title 28, which is the Sentencing

24   Commission provision -- but let me just pull that up as well.

25   P says the Commission at or after the beginning of the regular

1    session of Congress may promulgate under A of this section and

2    submit to Congress amendments to the guidelines.  But then the

3    provision from Public Law 108-482 goes on and says that the

4    Commission shall review and amend the guidelines and policy

5    statements to ensure that the applicable guidelines range for a

6    defendant convicted of any felony offense carried out online

7    that may be facilitated through the use of a domain name,

8    registered under materially false contact information is

9    sufficiently stringent to determine -- to deter commission of

10   such acts.  But then 2 says, in carrying out the subsection,

11   Sentencing Commission shall provide sentencing enhancements for

12   anyone convicted of any felony offense furthered through

13   knowingly providing or knowingly causing to be provided

14   materially false contact information to a domain name

15   registrar.

16          And in that language it is not entirely clear whether

17   Congress is talking about being convicted of an offense and

18   then the Court makes a separate, independent determination

19   about whether that offense someone was convicted of was

20   furthered in the -- or whether that actually is what the

21   conviction involves, which would be a violation of section

22   359 -- 3559(g)(1).  And I quite frankly think you can argue

23   this either way pretty reasonably as to whether Congress or the

24   Sentencing Commission intended that there be a conviction.

25          And just looking at the plain language of 3C1.4,

1  Congress -- or the Sentencing Commission didn't say if the

2  factors set forth in that provision are satisfied, then

3  enhance.  It says, "If a statutory enhancement applies."  And I

4  think that as a matter of just plain language that one could

5  quite reasonably conclude that that enhancement only applies

6  when there is a conviction under that section.

7        And so my view is that, although a close question, I

8  am of the view that 3C1.4 does not apply under these

9  circumstances.  And in any event, for the reasons that

10  Mr. Fernich has provided with respect to overcounting based on

11  each element of the scheme here, I would conclude that a

12  variance would be appropriate with respect to this enhancement

13  as well, so I am not going to apply that enhancement.

14        Then Mr. Sterlingov is eligible for a 2-level

15  reduction as a zero-point offender.  And so I think that all

16  then leads to a total offense level of 44.  Any objections,

17  clarifications, anything else for the record that has not

18  already been covered with respect to the guidelines

19  calculation?

20        MR. BROWN:  Your Honor, just reviewing the math on

21  that so --

22        THE COURT:  It is always a good idea with me.

23        MR. BROWN:  If we are using essentially the PSR as a

24  guideline calculation, but dropping out the plus-2 enhancement

25  for false registration of a domain name, would that not --

1         THE COURT:  That still leads us to 46; is that right?

2         MR. BROWN:  So it is 50, minus 2, for the dropping of

3    the domain name, minus 2 for the zero-point offender, yes, 46.

4    Yes.

5         THE COURT:  46, everyone agree with that?

6         MR. FERNICH:  That's right, Judge.

7         THE COURT:  Mr. Sterlingov has no criminal history so

8    is in criminal history category 1.  And under the guidelines,

9    because we are above 43, we drop the guidelines down to 43.

10   And so that would mean that the guidelines would recommend a

11   sentence of life in prison.

12         And then under the D.C. Circuit voluntary guidelines,

13   Count 4 is a group 9 offense.  And that would mean that the DC

14   voluntary guidelines would recommend a sentence of between 1 to

15   12 months.  Anything else to clarify or --

16         MR. FERNICH:  Could I have a word with my cocounsel

17   for just one minute?

18         THE COURT:  Yes, you may.

19         MR. FERNICH:  Nothing further.

20         MR. BROWN:  Nothing from the government, Your Honor.

21         THE COURT:  Then for purposes of Counts 1 and 2, as I

22   have mentioned before, the maximum sentence is 20 years.  For

23   Counts 3 and 4, the maximum sentence is 5 years.  Under 18

24   U.S.C. section 3583 a Court may impose a term of supervised

25   release of up to 3 years for Counts 1 to 3 with those terms

1    running concurrently.  And if the Court imposes a sentence of

2    more than 1 year for Count 4, the Court shall also impose a

3    term of supervised release of 3 years under DC law.

4              Under section 5D1.2 of the guidelines, the

5    recommended term of supervised release is between 1 and 3 years

6    for Counts 1 and 2.  And the DC guidelines do not provide a

7    requirement regarding the imposition of supervised release.

8    And because Mr. Sterlingov is a removable alien, the courts

9    generally do not impose a term of supervised release, although

10   I can do so if I conclude that it would be appropriate if there

11   was some period of time where he might continue to reside in

12   the United States or if anyone thought there was some reason

13   for me to do so even after he is removed from the United

14   States.

15             Under 18 U.S.C. section 3561(c)(1), the defendant is

16   eligible for 1 to 5 years of probation for Counts 1 to 3.  And

17   he is eligible for a term of probation not exceeding 5 years on

18   Count 4.  Under the guidelines, no term of probation is

19   recommended.

20             I have already issued a couple of opinions now on my

21   preliminary order with respect to forfeiture.  Anything else

22   anyone wants to add with respect to forfeiture at this point?

23             MR. FERNICH:  No, Judge.  Just stand on our papers.

24             MR. BROWN:  No, Your Honor.

25             THE COURT:  I understand.  Okay.  I will then enter

1    the order of -- preliminary order of -- or proposed order of

2    forfeiture as part of my sentence in this case.

3           For Counts 1 and 2, the maximum statutory fine is

4    $500,000 or twice the value of the property involved in the

5    transaction.  And for Count 3, the maximum fine is $250,000.

6    And for Count 4 the maximum fine is $12,500.  And the

7    guidelines recommend a fine of between 50- and $500,000 for

8    Counts 1 through 3.  And the DC guidelines don't recommend

9    imposition of a fine.  There is just no fine provision at all.

10   There is a mandatory special assessment of $300 for Counts 1 to

11   3.  And a mandatory special assessment of between 100 and

12   $5,000 for Count 4.

13          Would the parties like to be heard?  I want to -- I

14   will decide variances after I hear from you all with respect to

15   the 3553(a) factors.  But does anyone want to address

16   departures before we get to that?

17          MR. FERNICH:  Six in one, half a dozen in the other

18   from our perspective, Judge.

19          THE COURT:  Okay.

20          MR. BROWN:  No, Your Honor.

21          THE COURT:  Well, I do conclude that a *Smith*

22   departure would be appropriate in this case.  And I will apply

23   a *Smith* departure of 6 months from whatever sentence I

24   ultimately impose under *United States versus Smith*, 27 F.3d

25   649.

1    And I will also note for the record and you are

2    welcome to address this in the context of variances.  But under

3    5K2.0(a)(2), the guidelines recognize that the courts may

4    depart if the Court finds there exists an aggravating or

5    mitigating circumstance of a kind and to a degree not

6    adequately taken into consideration by the guidelines in

7    formulating the guidelines.  And I think other than the *Smith*

8    issue I am not of the view that any of that applies here.

9    The probation office, as you all know, has

10   recommended a sentence of 240 months of imprisonment for all

11   counts to run concurrently.  Obviously, counts that carry

12   sentences shorter than that would just be at the statutory

13   maximum.  Probation office also recommends 36 months supervised

14   release and a special assessment of $100.  That is based purely

15   on information set forth in the PSR.

16   I now need to consider the factors Congress has

17   specified in 18 U.S.C. section 3553(a).  And I have to ensure

18   that I impose a sentence that is sufficient but not greater

19   than necessary to comply with purposes of sentencing.  Those

20   purposes include the need for the sentence imposed to reflect

21   the seriousness of the offense, to promote respect for the law

22   and to provide just punishment for the offense.  The sentence

23   should also afford adequate deterrence to criminal conduct,

24   protect the public from future crimes of the defendant and

25   promote rehabilitation.

1        In addition to the guidelines and sentencing

2   statements, the Court must consider the nature and

3   circumstances of the offense, the history and characteristics

4   of the defendant, the need for the sentence imposed, the

5   guidelines range, and the need to avoid unwarranted sentencing

6   disparities among defendants with similar records who have been

7   found guilty of similar conduct and the types of sentences

8   available.

9        We have been going for about an hour and a quarter or

10  so at this point.  I also have a plea that I am supposed to

11  take at 3:30.  So I don't know if --

12       Are counsel here for that matter?

13       MR. BERMAN:  Yes, Your Honor.

14       THE COURT:  Would you like -- if we take a break

15  would you like to proceed with that?

16       MR. BERMAN:  Certainly.

17       THE COURT:  So why don't we take a break.

18       I don't think it is necessary -- I mean, it is up to

19  you.  I don't think it is necessary for you to clear away

20  everything you have on the table.  I don't want to burden you

21  too much.  Hopefully if there is anything sensitive, you can

22  take it with you, but otherwise you can leave your things

23  there.

24       I am going to take a 5-minute break, come back, take

25  the plea and that way I can hear from you without interrupting

 1    you.

 2             (Recess taken at 3:26 p.m.)

 3             THE COURTROOM DEPUTY:  Recalling criminal case number

 4    21-399.

 5             THE COURT:  All right.  So I am ready to hear from

 6    the parties.  And if the government wants to go first, I am

 7    happy to hear from you, Mr. Brown.

 8             MR. BROWN:  Yes, Your Honor.

 9             The government is asking for 30 years of

10    imprisonment.  That is a downward departure or variance from

11    the applicable guidelines range.  We think that 30 years is a

12    fair and just sentence under the 3553(a) factors.  And to walk

13    through those factors -- I don't want to belabor everything in

14    our sentencing memo, because I am sure the Court has reviewed

15    that.  I just want to highlight a few points that we think are

16    especially relevant.  And the first point that we wanted to

17    highlight is the duration of this criminal scheme.

18             Bitcoin Fog started in October of 2011.  That is

19    significant, because just less than a year earlier -- and I

20    think it was February 2011 that is when the first real darknet

21    market launched, Silk Road, that sold drugs in exchange for

22    Bitcoin.  Bitcoin Fog grew up with Silk Road.  And if you look

23    at Government Exhibit 601, that table of the transactions to

24    and from these darknet markets, you see that during the course

25    of Silk Road's lifespan Bitcoin Fog processed about $11 million

1    in direct transactions to and from and another $11 million in

2    indirect transactions to and from Silk Road.

3          So Bitcoin Fog really helped to enable this illicit

4    drug trafficking ecosystem from the very beginning.  And then

5    when Silk Road was taken down, Bitcoin Fog continued.  And it

6    serviced Silk Road 2.0, AlphaBay, Agora, Nucleus.

7          THE COURT:  Wasn't Silk Road basically performing its

8    own mixing services and that you would put your money in an

9    account there and then when you took your money out, there

10   would be separate or different Bitcoin that you would draw out?

11         MR. BROWN:  Yes, Your Honor.  That did come out

12   during the testimony that Silk Road acted like any other

13   custodial service, where if you deposit funds, it is held in an

14   account in your name.  But when you withdraw, it comes from a

15   different Bitcoin address.  The problem though for vendors on

16   Silk Road or users is they are still withdrawing funds from a

17   known darknet service.  They still needed Bitcoin Fog.  Say if

18   you are a vendor, you are selling cocaine, like the Symbiosis

19   vendor on Silk Road.  When Symbiosis is withdrawing cocaine

20   trafficking funds, Symbiosis can't just deposit that into his

21   Kraken or Coinbase account, because Coinbase will see it comes

22   directly from Silk Road.  So Bitcoin Fog served that essential

23   mixing service.  It was year in, year out.

24         And it is significant if the Court looks at

25   Exhibit 325 that breaks down Bitcoin Fog's transactions over --

1    on a yearly basis.  It ramped up and by 2013 and onward, there

2    was never a year in which Bitcoin Fog transacted less than

3    $35 million in transactions.

4         $35 million dollars per year.  And even in the

5    partial year of 2021 when Roman Sterlingov was arrested,

6    interrupting Bitcoin Fog's operations, just in that partial

7    year, January through April of 2021, it was $17 million.  This

8    is criminal activity of a staggering scale over a prolonged

9    period of time.

10        And the scale of harm that was facilitated by the

11   defendant by his actions in creating this criminal service is

12   also staggering in its scale.  We are talking about tens of

13   millions of dollars in drug trafficking transactions, tens of

14   millions of dollars in cocaine, methamphetamine, fentanyl, all

15   sorts of illegal drugs.  That is tens of millions of dollars

16   worth of lives interrupted and destroyed by addiction, of

17   overdoses, chronic health problems, families impacted.

18        And then there is the child sexual abuse material.

19   And I know this is a point where the defense likes to ridicule

20   that is only about $1,800 in total that Bitcoin Fog processed

21   for users of Welcome to Video, $1,800 worth of payments into

22   Welcome to Video.  This Court saw those exhibits before they

23   were redacted.

24        THE COURT:  The chart has 800 or 900 in front of me;

25   right?

1           MR. BROWN:  It is nine --

2           THE COURT:  I see.  You have got the direct and

3    indirect.

4           MR. BROWN:  Yes, Your Honor.  And if you add that up,

5    it is about I think it is $1,835.

6           THE COURT:  Yep.

7           MR. BROWN:  But that is $1,835 of child sexual abuse

8    images.  And I know this Court saw those text descriptions of

9    those videos.  And it wasn't one or two or three videos, it was

10   dozens upon dozens of videos.  And in each video, there is a

11   child who is raped, sexually abused.  And users of that website

12   were accessing it using the defendant's services.

13          And the defendant knew that his service would be used

14   for this sort of activity.  And I direct the Court to

15   Exhibit 55A.  This is contemporaneous with when the defendant

16   was setting up Bitcoin Fog.  He, in his posting on the

17   Exploit.in, the Russian cybercrime forum, he said, and I quote,

18   "Folks, I will share with you an awesome idea.  Stop struggling

19   and get a Tor hidden service."  Then he says, "For years, drugs

20   are sold and unfortunately, child pornography distributed

21   through it."  And then at the bottom he says, "Thank me later."

22   There is a smiley emoji.  And then he says, "Else also like

23   Silk Road, go ahead and accept payments in Bitcoins and then

24   you will not be intimidated by even the US government."

25          So he knew that the darknet drug trafficking economy,

1    the Tor-based illicit economy that is fueled by Bitcoin

2    involves drug trafficking.  And he knew that it involved child

3    sexual abuse material.  This is not a case where there is a

4    mystery about what the defendant thought or what he knew or

5    what he was trying to accomplish in setting up Bitcoin Fog.

6    His words are all over the exhibits in this case.  They are in

7    the words of Akemashite Omedetou, the moniker, the alter ego of

8    Bitcoin Fog.  They are in his postings on Exploit.in under his

9    Meth persona.  They are in his statements by Killdozer on

10   Bitcoin Talk and in his private correspondence and his private

11   notes.  And those are all quoted in our sentencing memo.  He

12   knew that Bitcoin was a service for people who had "Real

13   problems with the law" -- "for people who have real problems

14   with the law."

15            "If we were to reveal any account information to any

16   unauthorized party, people might go to jail."

17            "We will never be found and dealt with by the proper

18   authorities."

19            "Us, on the other hand, the authorities have to find

20   first which as Silk Road have demonstrated can prove

21   problematic."

22            He knew what he was doing.  He created Bitcoin Fog

23   for the purpose of facilitating criminal activity.  And it is

24   not just his words.  It is the design of the service itself.

25   It is the choice to put it on the Tor network, but with that

1    clearnet domain pointing towards the onion address on the Tor

2    network, but to place it beyond the reach of authorities on the

3    Tor network, to not keep any logs, to not require any log-in

4    information other than a username and password, not even an

5    email address for password recovery.  He deliberately created a

6    service that closed its eyes to the way that -- to who its

7    users actually were.  That was by design.  And he went to

8    equally extreme measures to protect his own identity.  That was

9    all brought out during the trial.

10           So this was a crime that was deliberate and

11    intentional.

12           And the other point that I think is really

13    significant in this case is the lack of remorse, which is

14    related to his perjury and his deliberate attempts to mislead

15    not just this Court, not just the government, but to lie to the

16    jury and mislead them during the course of this trial.  That

17    includes his feigned amnesia during his testimony.  And it,

18    frankly, includes his misrepresentations throughout the course

19    of this whole prosecution about his financial assets.  He

20    told -- and that starts from the very beginning when he claimed

21    indigency, even as he was paying Max Nemtsev out of his Bitcoin

22    holdings.

23           And to this date he has provided no financial

24    information to substantiate any sort of inability to pay a

25    fine.

1          And I want to address the comparable sentences.  We

2     have laid out what we think is the most apposite case, which is

3     the Ross Ulbricht sentencing for operating Silk Road.  That is

4     a different case.  And Silk Road only processed, I think it was

5     $183 million worth of drug transactions.  Bitcoin Fog processed

6     almost $400 million worth of laundering transactions.  Silk

7     Road was active for I think two or three years.  Bitcoin was

8     active for 10 years.

9          But what is similar is the basic characteristics of

10    those cases.  This is somebody who perhaps out of some sort of

11    misguided or lack of morality created a criminal service that

12    he knew would be used for criminal activities.  It was a novel

13    service.  It was exploiting a new technology and turning it

14    into a criminal instrumentality.  And it is the sort of case

15    where both specific and general deterrence call for a

16    significant punishment.

17          THE COURT:  I have to say, I would think very, very

18    differently about this case if there were any evidence or

19    reason to think that Mr. Sterlingov ever plotted a contract

20    murder of somebody.  I think that the Ross Ulbricht case is

21    very different in that fundamental way.

22          MR. BROWN:  Yes, Your Honor.  And I would point out

23    that Ross Ulbricht was not convicted of the attempted murder.

24          THE COURT:  Right.  But as you know, judges at

25    sentencing consider the case as whole.

```
 1              MR. BROWN:  Yes, Your Honor.  But -- and we cited the
 2    sentencing transcript.  Judge Forrest did not -- I am not sure
 3    she even mentioned the attempted murder.  She certainly did not
 4    dwell on the attempted murder.
 5              THE COURT:  Didn't the Second Circuit talk about it?
 6              MR. FERNICH:  They did, Judge.  I happened to attend
 7    the argument.
 8              MR. BROWN:  The Second Circuit was not the sentencing
 9    court.  Judge Forrest was --
10              THE COURT:  Anyway, I am the sentencing court here.
11    And that does strike me that that is a major difference in
12    someone's character.
13              MR. BROWN:  Yes, Your Honor.  And there are
14    differences here.  In some ways, the conduct here is far more
15    grave:  The scale, the duration, as well as the defendant's
16    perjury at trial.  And I just want to address some of these
17    other so-called comparable cases.
18              The defense, Mr. Fernich, mentioned the *Firoz Patel*
19    case.  I know this Court is familiar with *Firoz Patel.*
20              THE COURT:  You know, it is actually assigned to me
21    at the moment.
22              MR. BROWN:  Yes, Your Honor.  The 2255 case is
23    assigned to you.  I am familiar with it, because I was one of
24    the undersigned -- I was one of the assigned prosecutors for
25    the second Firoz Patel case.  So as this Court is aware, and
```

1    maybe the defense is not aware, Firoz Patel was sentenced by

2    then Judge Ketanji Brown Jackson.  And he was given a period of

3    time to self surrender.  And in the period between when he was

4    sentenced and just a couple months later when he

5    self-surrendered to jail, he laundered $24 million worth of

6    criminal proceeds from the Payza conspiracy.  And he tried to

7    hide it in an account on -- a UK-based account in his father's

8    name.  He committed money laundering.  He engaged in this whole

9    scheme to cover it up and to mislead the US Attorney's Office.

10   And he was indicted and he has been prosecuted.  He has pled

11   guilty.  And his sentencing is pending before Judge Friedrich

12   right now.  So the *Firoz Patel* case is not exactly a great

13   example of specific deterrence or what an appropriate sentence

14   would be in this case.

15          And it is also very, very distinguishable because he

16   pled.  Payza was not -- it was a dirty money transmitting

17   business, but it was not conceived from the ground up as

18   nothing but a criminal laundering service.  It was not a

19   Tor-based criminal money laundering service that catered almost

20   exclusively to darknet hidden services.

21          And the *Feliks Medvedev* case, again, that was a plea.

22   It was not a contested trial.  There are no aggravating

23   circumstances that I am aware of, such as perjury.  He was

24   only -- he wasn't sentenced for money laundering.  He was only

25   sentenced for operating an unlicensed money transmitting.  And

1    his business was otherwise legitimate.  It just happened to

2    engage in transactions involving sanctioned parties, in that

3    case, from Russia.  That was not -- again, it wasn't a business

4    built from the ground up like Bitcoin Fog solely to cater to

5    criminals.  And it was not a business that processed almost

6    $400 million worth of criminal proceeds.

7              THE COURT:  I know this is not a question that your

8    office has the authority to decide.  But based on just past

9    precedent and Department of Justice practice, do you know

10   whether Mr. Sterlingov's incarceration is likely to be

11   transferred to Sweden in a manner that would allow him to serve

12   all or a portion of his sentence in Sweden?

13             MR. BROWN:  The Court's indulgence.

14             MS. PELKER:  I am happy to address that issue.  Your

15   Honor may remember that one of the post terms of the plea was

16   that we would not oppose if the defense put in a request.

17   There is an active prisoner transfer treaty between the United

18   States and Sweden.  It is certainly a request that can be made.

19   The Department of Justice generally will look at the different

20   factors of the sentence that will be served in the other

21   country.  Sweden is a country that we can do transfers with.

22             I will say, given -- and we would evaluate that

23   request when it comes up.  We haven't predetermined what our

24   recommendation would be.  In a case like this, there certainly

25   would be factors that would weigh against the Department of

1    Justice supporting such an application.  That said, I have had

2    cases where even with Department of Justice nonsupport

3    essentially -- it is not our decision and the prisoner is still

4    transferred out.

5              THE COURT:  The reason I ask about that is,

6    obviously, serving a sentence here in the United States is

7    not -- it is not just harsher because the prisons may be less

8    pleasant here in the United States, but it is harsher because

9    he is away from his home and his mother who he hasn't seen now

10   for three and a half years who is getting older.  And that just

11   increases the severity of the sentence.

12             MS. PELKER:  It is also up to the other country to be

13   willing to accept the prisoner.  And that is a whole other

14   calculus that we don't actually have any say in.

15             MR. FERNICH:  If it helps, Judge, I once had a

16   case --

17             THE COURTROOM DEPUTY:  Microphone, please.

18             MR. FERNICH:  -- in Australia with an Australian

19   defendant.  And my -- he had an 11-year sentence.  And it was

20   very, very difficult to even initiate the transfer process,

21   until he had served like 6 or 7 years of the sentence.  And it

22   was an extraordinarily -- and he was a solid -- I mean, he got

23   convicted of a serious financial crime, but he was a -- it was

24   actually a case with Judge Forrest.  She was very favorably

25   disposed toward him.  It was a very, very difficult process for

1    us to do.  And it took a long time.

2             THE COURT:  Okay.  Thank you.

3             Mr. Brown.

4             MR. BROWN:  Your Honor, if I could just point out --

5    I don't have it at my fingertips, but I am sure the Court is

6    familiar with the policy statement and the sentencing

7    guidelines that family obligations are generally not

8    appropriate factors to consider, except under very narrow

9    circumstances such as where the defendant is the sole caregiver

10   for minor children.  So to the extent the concern is about the

11   defendant's access to his mother, that is under the --

12            THE COURT:  I am just thinking about this in a much

13   more practical way.  For anyone to serve a sentence thousands

14   of miles away from their home and where anyone can visit them

15   is just a harsher matter than serving a sentence closer to

16   home.  It is -- more often than not when I sentence someone

17   their request is that I make a request to the Bureau of Prisons

18   that they be housed somewhere close to their family and their

19   home so they can visit with people.

20            MR. BROWN:  Yes, Your Honor.

21            THE COURT:  All right.  Mr. Fernich.

22            MR. NEMTSEV:  It is going to be me, Judge.

23            THE COURT:  All right.  I am seeing everyone today.

24            MR. NEMTSEV:  So I guess a lot was said by

25   Mr. Fernich actually on this topic regarding the sentencing

1   guidelines.  And I really don't want to repeat and take up

2   your time with the arguments, specifically *Lauersen* that -- and

3   all of these enhancements, lump one on top of the other,

4   creating this unsustainable guideline level where life in

5   prison is what essentially they tell the Court to sentence

6   Mr. Sterlingov to.

7        And I think in the words of Judge Brown Jackson, that

8   is draconian and that is out of whack.  And I think you have to

9   look at cases that are similar.  Similarly situated defendants,

10  similarly situated conduct and similar harm to society in order

11  to recess where a sentence should be under the circumstances of

12  this case.  And I think *Patel* in this district is probably the

13  most precedential case.

14        THE COURT:  Although in *Patel*, the government only

15  sought a 52-month sentence.  And the government thinks this is

16  a case that should be 30 years.  And in that case, they thought

17  it should be 52 months.  That must be some measure of the

18  seriousness of the offenses.

19        MR. NEMTSEV:  Well, if you look at the facts, I think

20  the government conceded that the guidelines didn't make sense

21  in Patel and they don't make sense in this case.  Because the

22  guidelines were astronomical there and they are astronomical

23  here.

24        THE COURT:  Right.

25        MR. NEMTSEV:  There is a difference obviously.  Patel

1    pled guilty.  Mr. Sterlingov exercised his right to go to

2    trial.  In terms of the --

3              THE COURT:  I am not disagreeing with the proposition

4    that the guidelines here --

5              MR. NEMTSEV:  I get it, Judge.

6              THE COURT:  -- are less helpful than in some cases,

7    because they are so extreme it makes it much harder to make a

8    lot of use of them.  So I am trying to figure out what the

9    right sentence is.  And I have to consider the guidelines as

10   one factor, but I recognize that largely because of the loss

11   amount, there is -- as Mr. Fernich put it to me, they are

12   literally off the chart.

13             MR. NEMTSEV:  Yeah.  It is literally off the chart.

14   And that is why I want to focus Your Honor's attention on

15   Patel, where the conduct -- the laundering conduct involved the

16   same amount of money.  It was 250-plus million in terms of the

17   guidelines.  It was actually at least one of the transactions

18   just from one of the Ponzi schemes that he engaged in was

19   closer to 340 million.  So you could imagine that all of the

20   Ponzi schemes that he helped out, all of the victims he helped

21   defraud were probably in the half of a billion dollars.  And

22   there was a C plea.  And it was a range between 20 and 52.  The

23   judge sentenced him to 36 months.

24             *Patel* operated the scheme for these -- for longer

25   than Bitcoin Fog was in operation.  His first company started

1    in 2005.  He didn't stop until he was arrested or charged in

2    2018 and then subsequently charged in 2020.  So that is the

3    same 15 years more than Bitcoin Fog ever operated.  And

4    Mr. Sterlingov never participated in any of the schemes.  He

5    didn't participate in the drug trafficking.  There is certainly

6    no evidence that he participated in anything related to child

7    pornography except for the fact that $900 from Bitcoin Fog went

8    to a website.  And there is no evidence that he knew that or

9    that he had an opportunity to prevent that, but the government

10   focuses on it because --

11              THE COURT:  There is some evidence that he was aware

12   that --

13              MR. NEMTSEV:  That child pornography could exist on

14   the dark web and --

15              THE COURT:  And that he was facilitating dark web

16   transactions.

17              MR. NEMTSEV:  If that was the email that was prior to

18   the beginning of Bitcoin Fog --

19              THE COURT:  Right.

20              MR. NEMTSEV:  -- one, it doesn't sound like he is

21   happy about it.  Two is, it is just a general observation that

22   the dark web has child pornography.

23              THE COURT:  I am just responding to your point where

24   you said there was no evidence that he knew.  I think there is

25   some evidence that he at least thought there was reason to

1    believe that could happen.

2         MR. NEMTSEV:  Yeah.  I understand, Judge.

3         In terms of Mr. Patel, he also had every opportunity

4    to stop.  He was getting cease and desist letters from

5    regulators across all of the states.  He hired consultants that

6    advised him that you are operating illegally in 45 states.  He

7    changed the name of his company five times and tried to move

8    around these clients so that they can't be detected.  And he

9    was -- he was ordered to forfeit the funds that he made and it

10   was approximately $4.6 million.  Your Honor's preliminary

11   forfeiture order which I expect to become final at the end of

12   this is going to be close to $400 million.

13        THE COURT:  Right.

14        MR. NEMTSEV:  So that is an additional added

15   punishment on top of *Patel* that carries some weight, Judge.

16   You know, even if he is in Sweden, the government has access to

17   mutual legal assistance treaties.  They can request access to

18   his assets through the Swedish prosecutors.

19        And *Patel* is not the only case.  *Medvedev* was also

20   helping to move $160 million for sanctioned entities that -- I

21   read the detention transcript -- came from an illegal gambling

22   operation in western United States.  And it was -- he used

23   eight shell companies.  It wasn't legitimate businesses.  He

24   literally created companies to move monies around to move them

25   to Singapore to buy gold so that gold could be shipped

1    somewhere else to obfuscate.  And it was in order to promote

2    the illegal gambling business that was running in the United

3    States.

4           Binance, Your Honor, is probably one of the largest

5    cases involving transmission of billions of dollars of --

6    includes billion dollar transactions between US and sanctioned

7    entities including Iran.

8           It includes Binance helping these people not only

9    anonymize their transactions, but also to cash out those

10   transactions.  It helped these people take the funds and move

11   them from cryptocurrency to cash, whatever cash they wanted.

12   That is significantly more help than just anonymization.

13          And I understand, Judge, the conduct is egregious.

14   It it was harmful and we are not denying that.  But there are

15   other comparable cases in this district and in other districts

16   that warrant a much lower sentence than what the government

17   recommends which is frankly draconian and not in line with any

18   of the principles of sentencing.  And it really goes against

19   who -- the necessity of such a sentence.  You know, who is

20   Mr. Sterlingov as a person?  You know, we wrote a lot about it

21   in the sentencing memo.  There is lot of information in the

22   PSR.  There is letters that were submitted from friends and

23   family members.  He doesn't have a lot of family in the US.

24   The only family he has is his cousin, who is sitting back

25   there.  And he support him, but his cousin lives in Boston,

1    Your Honor.  He can't commute to see him every other weekend.

2    His mother, she is elderly.  She has her own health conditions.

3    She is not going to come to the United States, because she has

4    never been to the United States in the last four years to see

5    her son.  Not because she doesn't want to, but because she

6    can't.  And I think that is a major issue.

7    And in terms of Mr. Sterlingov's background.  He

8    never knew his father and he was raised by his mother in poor

9    conditions.  Not just economically poor, but meaning he was

10   assaulted.  He was robbed.  He was living in the post-Soviet

11   era.  He had no father figure.  The only person that helped his

12   mother was his abusive grandfather.  When they had the chance

13   to escape when he was 14 years old, he took that chance and

14   they went to Sweden.  And life wasn't easy in Sweden.  You are

15   an outsider.  You don't know the language.  You don't have any

16   friends.  You are a teenager starting high school without

17   knowing anything and that is difficult.

18   And he developed horrible depression, Judge, he

19   couldn't get out of bed.  And the only thing that helped was

20   really computers and, you know, trying to learn them, working

21   on them.  And he kind of got into this community.  And when

22   Bitcoin Fog started, he was only 22 or 23 years old, Judge.  He

23   was a really young kid.

24   And what has he done?  You know, taking aside Bitcoin

25   Fog, he has really tried to help other people.  You know, in

1    some of the letters that we submitted, people in their times of

2    crises, they turned to him and he supports them in any way he

3    can.  He has dealt with depression.  He has overcome it.  He

4    tries to use whatever he knows to help people on an individual

5    basis and more broadly by starting a YouTube channel, Judge.

6    And I think that speaks to him.  Otherwise, he has lived a very

7    humble life.  I don't think there is any need for specific

8    deterrence.  He is a first-time offender, never arrested, never

9    charged before.  And it doesn't seem to me that he would ever

10   go back to this lifestyle because he has lived a very humble

11   life before this.

12           THE COURT:  How do I know that?  I mean, particularly

13   where if he were in the United States on supervision, I could

14   impose monitoring with respect to his computer use.  But if he

15   is in Sweden or Russia, how do I know he is not going to just

16   engage in further cyber-related crime?

17           MR. NEMTSEV:  Your Honor can order it, certainly.

18           THE COURT:  But how could I enforce it?

19           MR. NEMTSEV:  I have had individuals in similar

20   positions be order to supervised release where there is a unit,

21   at least in the District of Mass there is a unit of probation

22   that still continues to monitor them.  And, you know, they

23   essentially certify compliance and they talk to these

24   individuals.  You are right, Judge, if he does something wrong,

25   then we are relying on the government to use their MLAT powers

1    to get him here or an extradition request potentially depending

2    on what it is.  It would be a little more difficult.  Your

3    Honor, I don't see him doing anything wrong.  He is just not

4    the type of individual -- he knows he has a lot to lose.  He

5    knows that, you know, a short sentence would be a break for

6    him.

7            You know, he would obviously use it to go back and be

8    with his family and be with his mother, because that is who

9    really needs him.  And he feels terrible that he wasn't there

10   when his stepfather -- the only father figure that he has had

11   his entire life died while he was incarcerated, because of his

12   actions and he couldn't do anything.  And he believes that he

13   could have done something to help him, maybe not save his life,

14   but at least prolong it, at least make it more comfortable.

15   And that dwells on you, Judge.  You know, why would you ever

16   want to put yourself in that position again?

17           So in terms of general deterrence, Judge, I think

18   this case was widely publicized.  There is a lot of other

19   cases, the Binance case, there is Tornado Cash, the Samourai

20   Wallet cases.  I think the government got their point across

21   that international domicile, being in a foreign country --

22           THE COURT:  Although it does strike me that is an

23   important consideration, just because this is one of those

24   crimes where it is just very hard to catch somebody.  It

25   requires somebody to make a mistake to catch them.  And it may

1    be that in this context the general deterrence is more

2    important than other context just because it is so difficult to

3    actually catch someone.

4         MR. NEMTSEV:  Well, it is difficult to catch someone,

5    Your Honor, but from what I see everyone is getting caught.

6         THE COURT:  I am betting there are a lot of other

7    folks out there.

8         MR. NEMTSEV:  I am sure there are.  But I have a

9    feeling that people realize they are going to get prosecuted.

10   The US government is going to use all of their resources

11   including their international partners who go after individuals

12   who start these services.  You know, to the extent that

13   somebody could be deterred, I think they have been adequately

14   deterred.  The fact he spent almost 4 years already in Northern

15   Neck or at least two years of four in Northern Neck where he

16   wasn't getting any programming, any mental health care.  His

17   physical ailments worsened, including his dentist needs and

18   including his tinnitus that he developed there.  You know, now

19   he is finally in a facility, the DC Jail that kind of provides

20   some programming.  But for two years he was just sitting by

21   himself not doing anything, Judge.

22        You know, given the opportunity, I promise you, you

23   are not going to see this man before you again.  And I think he

24   will use his second chance very wisely.  So I would ask and

25   urge this Court to give him a sentence that is consistent with

1    *Patel,* taking into account that he didn't take a plea, taking

2    into account Your Honor's finding that he obstructed justice

3    through his testimony, but I think it should be a small

4    multiple of *Patel.* You know, Mr. Fernich suggested two and a

5    half times of 7 and a half years. I think probably less is

6    appropriate, in all honesty, Judge. But I don't think it

7    should be significantly higher than that. It is just not

8    necessary for this defendant, not necessary for this case.

9            Thank you, Judge.

10           THE COURT: All right. Would Mr. Sterlingov like to

11   address the Court?

12           THE DEFENDANT: Your Honor --

13           THE COURT: Good afternoon or evening.

14           THE DEFENDANT: -- it is very stressful being here.

15   I had to write this down.

16           THE COURT: However you want to proceed.

17           THE DEFENDANT: I am sorry for any harm that may have

18   come from my actions. I never intended to cause anyone harm.

19   I also apologize for this Court that this matter has taken up

20   so much time and attention. It has been a really long time.

21           I am also sorry for the pain I have caused those who

22   relied on me, most of all my mother, who now struggles living

23   alone as an immigrant. She will need to work past her

24   retirement age to support herself. She has no other close

25   relatives after the loss of my stepfather during my time here,

1   who was her support system.

2         To me, he was the only caring father figure that I

3   have ever had.  It pains me the most that every day, knowing

4   that I let him down and he might have lived a little bit longer

5   if I was there to give him medical support that he needed that

6   we talked about.

7         For a long time, I struggled with depression which

8   worsened as I moved to Sweden.  The challenges of adjusting to

9   new culture, making friends and finding my place took a big

10  toll on me.  I do not wish to present my depression as an

11  excuse for anything.  But I can see that it has undeniably

12  affected my choices and the people that I kept around me.  I

13  recognize that I needed to do something about it before it got

14  even worse, so I sought help.  Over time, I began to see that

15  there are many other people around me with similar problems

16  that I could use my experiences to help them as well.

17        It has become my passion and I found great

18  fulfillment in coaching and supporting such people.  It is the

19  greatest thing that I know that when somebody tells me that my

20  help has helped them through very difficult problems.

21        While I am being locked up, I have tried to better

22  myself, learn something to contribute with something positive.

23  Once I came to my current facility, I took up all of the

24  classes that were offered.  And I have been trying to help

25  others with my mental health coaching with their struggles.  My

1    first two years I was held in Northern Neck Regional Jail as I

2    know you have heard a lot about it already.  It was during

3    COVID.  I lacked access to any classes or any activities nor

4    exercise.  I couldn't get books for most of the time.  And

5    other conditions there also affected my hearing and my mental

6    health.

7         I am fully committed to becoming a better person.  I

8    understand that this conviction and its financial and other

9    consequences will impact me forever.  I will carry lasting debt

10   that I will most likely never be able to repay fully.  But I

11   know that I will be working for the rest of my life to try to

12   repay it and redeem myself, try to improve things for people

13   around me.

14        It is my hope to eventually return to my home country

15   and live a life dedicated to supporting my mother and helping

16   others, if I can.  I pray that I can -- that I will get a

17   chance to have a family of my own one day.  The last three and

18   a half years were so far the worst years of my life.  And I

19   will never do anything to repeat any of it or really risk being

20   away from my family, which has been the worst thing so far.

21        Thank you for your time, Your Honor.

22        THE COURT:  Thank you.

23        Does the defense have anyone else you want me to hear

24   from or anything else you want to offer?

25        MR. FERNICH:  Nothing further, Judge.

1        THE COURT:  Anything else from the government?

2        MR. BROWN:  Nothing.

3        THE COURT:  I know it is late, but I would like to

4   step off the bench for a minute and think about what I just

5   heard and I will come back and impose sentence.

6        (Recess taken at 4:54 p.m.)

7        THE COURT:  One question before I impose sentence.

8   Is there a request with respect to any programming that I

9   should make?

10       MR. NEMTSEV:  Judge, so we would request this, Your

11  Honor, to keep -- to make a recommendation for the government

12  to keep him at the DC Jail, because he is in active programming

13  there right now.

14       THE COURT:  I am not sure that is possible.  It is

15  not a Bureau of Prisons facilities.  It is a contract with the

16  Marshals Service.

17       MR. NEMTSEV:  Yeah.

18       THE COURT:  The Marshals Service, not the Bureau of

19  Prisons.

20       MR. NEMTSEV:  Yes.

21       THE COURT:  I am not sure.  I have never heard of

22  anyone serving their sentence there other than just on a

23  temporary basis.

24       MR. NEMTSEV:  Mr. Sterlingov says at least he has

25  heard some other people were allowed to remain there while they

1    were doing educational courses.

2             THE COURT:  I am happy to include anything by way of

3    recommendation in my judgment, but you may want a backup on

4    that because I am just not sure that is possible.

5             MR. NEMTSEV:  Okay.  I guess the backup would be any

6    facility in the northeast consistent with whatever designation.

7             THE COURT:  Okay.

8             MR. NEMTSEV:  That he gets from the BOP.

9             THE COURT:  Okay.  All right.  So I have assessed the

10   particular facts of this case in light of the relevant 3553(a)

11   factors and I want to provide some remarks for the record, for

12   Mr. Sterlingov and others with respect to my decision.  And I

13   recognize that there are not many benchmarks frankly in this

14   area, so maybe providing a little bit more detail in my

15   thinking will be helpful in future cases as well.

16            Sentencing is never an easy process.  And, quite

17   frankly, I have been thinking about this sentence for the past

18   several months and have really been stewing on it, because I

19   find it very, very hard.  I find it hard because there are

20   great benchmarks.  And for the reasons that I have already

21   provided, I have considered the guidelines, but I don't think

22   they are terribly helpful in this case.  Because a life

23   sentence to me seems inconsistent with the level of

24   culpability.  And it is driven so much by the dollar figure in

25   ways that I don't think are sufficiently tied to the actual

1     culpability of the conduct.

2            I realize that the larger the amount of funds that

3     are laundered does have a clear connection with respect to the

4     damage that is done.  And I don't mean to the understate that.

5     I just mean to suggest that I think that the guidelines are

6     excessive in this case.

7            But let me start with the nature of the offense here.

8     I think I agree with everything that Mr. Brown said to me with

9     respect to the severity of the offense here.  And this is

10    something that took place over a period of 10 years with tens

11    of millions of dollars in transactions.  And we'll never know

12    exactly what the ultimate consequences were, but the service

13    was intended to and did, in fact, facilitate a huge number of

14    unlawful transactions over a period of many, many years.  And

15    some of those were drug transactions.  We don't know whether

16    anyone who was involved in any of those transactions died of an

17    overdose.  But it is pretty certain that there were lives that

18    were ruined because of the unlawful drug transactions and drug

19    addiction that was facilitated through this service.

20           And although I take the defense's point that the

21    number of transactions or the dollar figure relating to the

22    Ready for Video site is small, but even a small amount when you

23    are dealing with something of that nature is horrific.  And it

24    may be -- and I don't doubt that Mr. Sterlingov didn't support

25    the idea and was not happy to see people using Bitcoin to

1     purchase child pornography that was the result of horrific,

2     horrific abuse of young children.  But I also think that he

3     certainly was aware of the possibility that his site would be

4     used for that purpose.  And it did cause that, even in small

5     amounts, but even small amounts of that type of transaction is

6     devastating in its seriousness.

7            I have also thought about the fact that this is an

8     area where general deterrence is important.  It is hard to

9     catch people.  The whole goal is to avoid being caught.  And it

10    may be that law enforcement takes two steps forward, but then

11    when they do that, those who are trying to hide transactions on

12    the internet take three steps forward.  And the government has

13    to take another two steps forward.  And it is always an effort

14    to come up with new ways and new ideas of how to hide things.

15    And it is part of the process, but I think people need to

16    understand that if they do get caught, the consequences are

17    grave consequences.

18           Considering the characteristics of the offender.

19    Mr. Sterlingov was very young when he started this business.

20    He was 23 years old.  He has no criminal record.  And I think

21    the record supports the notion that he is somebody who other

22    than the crimes that he has been convicted of here is somebody

23    who is concerned about helping others and has gone out of his

24    way to help others.  He has talked about his own depression.

25    And he was serious in his efforts to reach out and try to help

1    other people suffering from depression.  And I actually have no

2    doubt that he is going to try and do that during his period of

3    incarceration and thereafter of reaching out to help other

4    people.

5            I also think it is fairly devastating that somebody

6    who was in many respects a father to him passed away while he

7    has been incarcerated and he wasn't able to be with him and

8    helpful to him and that he is so far away from his family, from

9    his mother.  And I can imagine the pain that he must suffer

10   thinking about his mother being so far away and in a role in

11   which he is not able to be helpful to her.

12           With respect to the types of sentences available, the

13   guidelines range is life.  The Government has requested 30

14   years.  Probation has recommended 20 years.  The defense has

15   recommended something I think in the neighborhood of 7 or 7 and

16   a half years of incarceration.

17           And I have also considered other cases and tried to

18   avoid unwarranted sentencing disparity.  I have to say, I don't

19   think any of the comparators I have seen are terribly helpful.

20   I don't think *Ross Ulbricht* is terribly comparable to the

21   present circumstances, nor by the same token do I think *Patel*

22   was.  And in particular, Patel was a (c)(1)(C) plea.  And Judge

23   Jackson imposed a sentence that was within the (c)(1)(C) plea

24   range.  And I think the case is also distinguishable for some

25   of the reasons that Mr. Brown has provided.

1          So I think that this is, to my mind, a very difficult

2     case.  And I think it is important that I impose a sentence

3     that is serious enough to send a clear message that this type

4     of conduct is unacceptable.  And that if you get caught, you

5     are in big trouble.  But I also don't think that this is a case

6     that ought to, for all intents and purposes, end

7     Mr. Sterlingov's life.

8          And I think that he is somebody who deserves another

9     chance in life and an opportunity as he admitted perhaps to

10    have his own family to try and rebuild his life.  So that is

11    the balance that I have tried to strike here.

12          Give me one second here.  So I am going to vary

13    downward fairly substantially in this case.  What I am going to

14    do is, I would ordinarily impose a sentence of 156 months, but

15    as I indicated, I am going to provide a Smith departure of 6

16    months.  So what I am going to do is I am going to impose a

17    sentence of 150 months.

18          Pursuant to the Sentencing Reform Act of 1984 and in

19    consideration of the provisions of 18 U.S.C. section 3553 and

20    as well as the advisory guidelines, it is the judgment of the

21    Court that you, Roman Sterlingov, are hereby committed to the

22    custody of the Bureau of Prisons for a term of 150 months,

23    which consists of 150 months on Counts 1 and 2, to run

24    concurrently, as well as a sentence of 60 months on Counts 3

25    and 4 with those sentences to run concurrently both among

1    themselves as well as concurrently with 1 and 2.  So it is all

2    for a total sentence for all counts of 150 months.

3            Followed by -- does anyone think that I should impose

4    a term of supervised release in this case?  I don't know if

5    probation has a view on this.

6            I know you recommended it, but if he is going to be

7    removed --

8            MS. FIELD:  We would ultimately defer to the Court on

9    that issue.

10           THE COURT:  Does the government have a view on that?

11           MR. BROWN:  Your Honor, we are not asking for a term

12   of supervised release, given that he is likely to be removed

13   following the sentence.

14           THE COURT:  All right.  And I assume the defense is

15   not seeking that?

16           So I am not going to impose a term of supervised

17   release.  All of the terms, as I indicated, will run

18   concurrently.  In addition, you are ordered to pay a special

19   assessment of $400 in accordance with 18 U.S.C. 3013.  And

20   under the DC law as well, I will -- there is not going to be

21   any supervision.

22           Well, actually, do I need to impose any term of

23   supervised release with respect to compliance with removal or

24   will he just go immediately to the custody of ICE?  I think he

25   probably goes immediately to ICE custody.

1        MR. BROWN:  Your Honor, I am not sure.  I think

2   actually in the Firoz Patel example, he was set to be released

3   directly from BOP custody to ICE.  So I think that it is likely

4   to be the case.

5        THE COURT:  All right.  So I am not going to impose

6   any term of supervised release for those purposes as well.

7        In light of my extremely large forfeiture order,

8   which I will enter, the Court concludes that Mr. Sterlingov

9   doesn't have the ability to pay a fine.  And, therefore, I

10  waive the imposition of a fine in the case.

11       The financial obligations for Counts 1 through 3 are

12  immediately payable to the Clerk of the Court for the United

13  States District Court, 333 Constitution Avenue Northwest,

14  Washington, DC 20001.  Within 30 days of any change of address

15  you shall notify the Clerk of the Court of the change until

16  such time as the final obligation is paid in full.

17       And the financial obligation as to Count 4 is

18  immediately payable to the District of Columbia Superior Court,

19  attention Budget and Finance Office, 500 Indiana Avenue

20  Northwest Suite 4002, Washington, DC 20001, for deposit into

21  the Crime Victim Compensation Fund.  Within 30 days of any

22  change of address, you shall notify the Budget and Finance

23  Office of the DC Courts of any change until such time as that

24  obligation is paid in full.

25       The probation office shall release the presentence

1    investigation report and/or judgment and commitment order to

2    the Bureau of Immigration and Customs Enforcement to facilitate

3    any removal or deportation proceedings.

4         Pursuant to Rule 32.2(a) of the Federal Rules of

5    Criminal Procedure, the preliminary order of forfeiture is now

6    final.  Pursuant to rule 32.2(a) of the Federal Rules of

7    Criminal Procedure, you, Roman Sterlingov, shall forfeit the

8    money judgment for the sum of money set forth in the primary

9    order of forfeiture.

10         You shall also forfeit the following specific

11    property:  $349,625.72 seized from Kraken account AA68 N84G

12    QUXT DGNW in the name of Roman Sterlingov and AA24N84GWW46KQ5Y

13    held in the name of To The Moon LTD Roman.

14         Approximately .10877 Bitcoin cryptocurrency after

15    required fees received from Kraken account AA68 N84G QUXT DGMY

16    held in the name of Roman Sterlingov and AA24N84GWW46KQ5Y held

17    in the name of To the Moon LTD Roman.

18         Approximately 205.962 Ethereum cryptocurrency, after

19    required fees, seized from Kraken account AA68 N84G QUXT DGMY,

20    held in the name of Roman Sterlingov and AA24N84GWW46KQ5Y held

21    in the name of To The Moon LTD Roman.

22         Approximately 9,371.52683 Stellar XLM cryptocurrency,

23    after required fees, seized from Kraken account AA68 N84G QUXT

24    DGMY held in the name of Roman Sterlingov and AA24N84GWW46KQ5Y,

25    held in the name of To The Moon LTD Roman.

1          Approximately 35.9998 Monero XMR cryptocurrency,

2    after required fees, seized from Kraken account number AA68

3    N84G QUXT DGMY, held in the name of Roman Sterlingov, and

4    AA24N84GWW46KQ5Y, held in the name of To The Moon Roman.

5          And finally, approximately 1,354 Bitcoin

6    cryptocurrency held in the Bitcoin Fog wallet identified by

7    root beginning with 1YZJKAAX and I won't read the entire root

8    there, but it is the one in the preliminary order.

9          Pursuant to 18 U.S.C. section 3742(a) you have a

10   right to appeal your sentence to the D.C. Circuit.  Under

11   certain circumstances, including if you think the sentence was

12   imposed in violation of law or the result of incorrect

13   application of the sentencing guidelines or is more severe than

14   the maximum established in the guidelines range.  You may also

15   appeal your sentence on any other appropriate ground.

16         Pursuant to 28 U.S.C. section to 2255 you also have a

17   right to challenge the conviction entered or sentence imposed

18   to the extent permitted by statute.  And you also have a right

19   to appeal your conviction to the D.C. Circuit.  And any notice

20   of appeal must be filed within 14 days of entry of judgment or

21   within 14 days of a filing of notice of appeal by the

22   government.  If you are unable to afford the cost of appeal,

23   you may request permission from the court to file an appeal

24   without cost to you.  On appeal you may also apply for

25   court-appointed counsel.

1          Let me ask, Mr. Brown, whether there are any

2     objections to the sentence imposed that have not already been

3     noted for the record?

4          MR. BROWN:  No, Your Honor.

5          THE COURT:  All right.  And, Mr. Fernich, anything

6     from the defense that has not been noted for the record

7     already?

8          MR. FERNICH:  No, none beyond anything previously

9     discussed.

10         THE COURT:  Anything else we need to address today?

11         MR. BROWN:  No, Your Honor.

12         THE COURT:  Anything -- I see you are looking at your

13    code there.  Is there anything you want a minute to check

14    something?  I want to make sure I get things right.  I don't

15    want to make any mistakes.

16         MR. BROWN:  Your Honor, in announcing the entry of

17    the forfeiture order, the Court did not -- the Court entered

18    the order into the record.  It didn't refer to the property

19    forfeited as substitute property.  The Court didn't read that

20    aloud.  But we were just checking Rule 32.2.  As long as it is

21    announced by --

22         THE COURT:  My intention is to enter everything that

23    is in the preliminary order of forfeiture.  And if someone

24    wants me to simply sign a final version of that order, I will

25    be happy to do that.  Maybe I should just do that and attach it

1    to my judgment.

2                MR. BROWN:  Yes, Your Honor.  That is fine with the

3    government.

4                THE COURT:  All right.  I will do that.

5                Anything else from the defense before we part?

6                MR. FERNICH:  No, Judge.  Thank you.

7                THE COURT:  I will say just by final words and I

8    actually meant to say some of this in explaining the imposition

9    of sentence.  You know, I don't get to know individuals

10   appearing in front of me.  There is obviously some distance

11   between me and the defendant in a case for good reasons.

12               It is very much my impression that Mr. Sterlingov is

13   actually an extraordinary person and that he is exceptionally

14   intelligent and thoughtful and articulate.  And I know that a

15   sentence of this length for anybody may not be as bad as it

16   could have been, but it is also not good news.  It is going to

17   be a tough thing for him to endure.  But I very much hope and

18   expect that he will actually make a contribution while he is

19   incarcerated to others.  And if there are other programming you

20   want me to include in the judgment, you can still send me an

21   email or send an email to the deputy clerk, copying the

22   government, letting us know what that is.

23               But I really do think he is somebody who still has an

24   awful lot to offer in life.  And I just wish him well in that

25   regard.  And I'm sorry that he is in the circumstances that he

1    is in today, because I think he could have taken a very

2    different life path and been in a very different position.  So

3    it is painful to see given the fact that he seems to be such an

4    extraordinary person himself.

5                MR. FERNICH:  That is a very unusual statement.  We

6    appreciate that.  Thank you.

7                THE COURT:  All right.  Thank you all.

8                (Proceedings concluded at 5:26 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4       that the foregoing constitutes a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9

10                          Dated this 20th day of November, 2024.

11

12                          _____
                            Sherry Lindsay, RPR
13                          Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**MR. BERMAN: [2]** 51/13 51/16
**MR. BROWN: [56]** 3/6 4/9 5/20 6/3
6/13 6/23 8/14 8/19 8/21 9/11
9/23 10/6 10/17 10/24 11/7 15/3
15/13 16/20 17/4 17/7 24/23 25/2
25/21 26/23 27/2 34/10 34/16
34/24 35/22 42/6 46/20 46/23 47/2
47/20 48/24 49/20 52/8 53/11 55/1
55/4 55/7 58/22 59/1 59/8 59/13
59/22 61/13 63/4 63/20 76/2 82/11
83/1 86/4 86/11 86/14 87/20
**MR. EKELAND: [5]** 7/8 10/14 11/5
35/3 38/8
**MR. FERNICH: [39]** 3/9 4/11 4/15
7/2 7/10 7/16 8/2 9/6 9/20 10/4
11/6 11/11 19/5 20/5 20/10 27/7
27/13 27/19 28/14 28/23 32/4 32/9
33/12 33/15 33/23 41/18 43/12
47/6 47/16 47/19 48/23 49/17 59/6
62/15 62/18 75/25 86/8 87/6 88/5
**MR. NEMTSEV: [21]** 63/22 63/24
64/19 64/25 65/5 65/13 66/13
66/17 66/20 67/2 67/14 70/17
70/19 72/4 72/8 76/10 76/17 76/20
76/24 77/5 77/8
**MS. FIELD: [2]** 3/25 82/8
**MS. PELKER: [2]** 61/14 62/12
**THE COURT: [128]**
**THE COURTROOM DEPUTY: [3]** 3/2
52/3 62/17
**THE DEFENDANT: [7]** 11/15 12/6
12/11 12/14 73/12 73/14 73/17

---

**$**

**$1,000 [1]** 28/17
**$1,800 [2]** 54/20 54/21
**$1,835 [2]** 55/5 55/7
**$100 [1]** 50/14
**$100,000 [1]** 18/15
**$11 [2]** 52/25 53/1
**$11 million [2]** 52/25 53/1
**$12,500 [1]** 49/6
**$160 [1]** 67/20
**$160 million [1]** 67/20
**$17 [1]** 54/7
**$17 million [1]** 54/7
**$183 [1]** 58/5
**$24 [1]** 60/5
**$24 million [1]** 60/5
**$250 [1]** 23/6
**$250 million [1]** 23/6
**$250,000 [1]** 49/5
**$300 [1]** 49/10
**$349,625.72 [1]** 84/11
**$35 [2]** 54/3 54/4
**$35 million [1]** 54/3
**$4.6 [1]** 67/10
**$4.6 million [1]** 67/10
**$400 [4]** 58/6 61/6 67/12 82/19
**$400 million [2]** 61/6 67/12
**$400,000 [1]** 18/17
**$47 [1]** 19/24
**$47 million [1]** 19/24
**$487,290.78 [1]** 25/15
**$5,000 [1]** 49/12
**$500,000 [2]** 49/4 49/7
**$60 [1]** 27/3
**$900 [1]** 66/7

---

**'**

**'93 [1]** 29/5

---

**.**

**.10877 [1]** 84/14

---

**0**

**02116 [1]** 2/10

---

**1**

**1,354 [1]** 85/5

---

**10 [5]** 26/15 26/16 37/11 58/8
**100 [4]** 26/15 26/16 27/4 49/11
**1000 [1]** 2/10
**10005 [1]** 2/4
**10022 [1]** 2/7
**1023 [2]** 3/20 13/15
**108-482 [2]** 44/21 45/3
**11-year [1]** 62/19
**112 [5]** 6/14 6/14 6/15 6/20 7/6
**113 [2]** 8/19 9/8
**114 [3]** 9/10 9/11 9/21
**115 [7]** 6/15 6/15 8/13 9/22 9/23
10/3 10/5
**117 [1]** 10/6
**117A [2]** 10/6 11/3
**12 [1]** 47/15
**12-point [1]** 22/11
**12th [1]** 3/14
**1301 [1]** 1/20
**1355 [1]** 25/12
**14 [3]** 69/13 85/20 85/21
**14th [1]** 5/16
**15 [1]** 66/3
**150 [4]** 81/17 81/22 81/23 82/2
**156 [1]** 81/14
**18 [14]** 3/16 3/18 5/11 13/8 13/10
13/12 44/15 44/16 47/23 48/15
50/17 81/19 82/19 85/9
**1956 [9]** 3/15 3/17 13/8 13/10
15/16 15/18 30/1 33/25 34/2
**1957 [1]** 15/16
**1960 [4]** 3/18 13/13 13/21 13/22
**1984 [1]** 81/18
**1YZJKAAX [1]** 85/7

---

**2**

**2-level [4]** 32/24 33/3 35/1 46/14
**2.0 [1]** 53/6
**20 [9]** 2/7 2/9 13/8 13/10 13/15
24/4 47/22 65/22 80/14
**200 [1]** 23/13
**20001 [3]** 2/14 83/14 83/20
**20005 [1]** 1/21
**2001 [10]** 18/13 20/24 20/25 21/5
21/6 21/10 21/12 24/9 26/5 28/24
**2005 [1]** 66/1
**2011 [2]** 52/18 52/20
**2013 [1]** 54/1
**2014 [1]** 37/1
**2018 [1]** 66/2
**2020 [1]** 66/2
**2021 [2]** 54/5 54/7
**2024 [4]** 1/5 3/14 5/16 89/10
**204 [1]** 44/21
**205.962 [1]** 84/18
**20530 [2]** 1/14 1/17
**20th [1]** 89/10
**21-399 [3]** 1/4 3/2 52/4
**22 [6]** 22/17 24/4 24/5 24/7 32/15
69/22
**22-level [1]** 14/19
**2255 [2]** 59/22 85/16
**23 [2]** 69/22 79/20
**240 [1]** 50/10
**250-plus [1]** 65/16
**26-1023 [2]** 3/20 13/15
**26-20 [1]** 13/15
**27 [1]** 49/24
**28 [5]** 22/16 31/8 31/20 44/23
85/16
**28-level [1]** 14/18
**2:06 [1]** 1/6
**2B1.1 [3]** 13/19 13/24 15/2
**2S1.1 [14]** 13/17 13/20 14/14 15/9
15/14 16/16 17/4 17/7 19/1 26/6
32/17 33/4 33/5 34/11
**2S1.3 [2]** 13/21 13/23

---

**3**

**30 [7]** 2/3 52/9 52/11 64/16 80/13
83/14 83/21

---

**3013 [1]** 82/19
**3.2 [1]** 84/20
**325 [1]** 53/25
**333 [2]** 2/13 83/13
**340 million [1]** 65/19
**35.9998 [1]** 85/1
**3553 [9]** 5/12 22/14 41/21 42/3
49/15 50/17 52/12 77/10 81/19
**3559 [5]** 42/9 42/12 44/15 44/17
45/22
**3561 [1]** 48/15
**3583 [1]** 47/24
**359 [1]** 45/22
**36 [3]** 23/8 50/13 65/23
**3742 [1]** 85/9
**395 million [3]** 15/24 16/14 18/3
**399 [3]** 1/4 3/2 52/4
**3:26 [1]** 52/2
**3:30 [1]** 51/11
**3B [1]** 30/13
**3C1.4 [4]** 33/3 41/16 45/25 46/8

---

**4**

**4-level [2]** 32/21 33/4
**4002 [1]** 83/20
**43 [2]** 47/9 47/9
**44 [1]** 46/16
**45 [1]** 67/3
**46 [3]** 47/1 47/3 47/5
**47 million [5]** 20/2 20/2 20/13
24/5 26/24
**482 [2]** 44/21 45/3
**4:54 [1]** 76/6

---

**5**

**5-minute [1]** 51/24
**5.1527 [1]** 1/17
**50 [2]** 47/2 49/7
**500 [1]** 83/19
**52 [2]** 64/17 65/22
**52-month [1]** 64/15
**55A [1]** 55/15
**586 [1]** 17/17
**5:26 [1]** 88/8
**5D1.2 [1]** 48/4
**5K2.0 [1]** 50/3

---

**6**

**6-level [2]** 32/17 33/4
**6-point [1]** 21/20
**60 [1]** 81/24
**601 [2]** 1/16 52/23
**649 [1]** 49/25
**6710 [1]** 2/13

---

**7**

**726 [1]** 17/16

---

**8**

**800 [2]** 2/6 54/24
**8th [1]** 2/4

---

**9**

**9,371.52683 [1]** 84/22
**900 [1]** 54/24
**944 [1]** 44/23
**950 [1]** 1/14
**982 [1]** 15/19

---

**A**

**AA24N84GWW46KQ5Y [5]** 84/12 84/16
84/20 84/24 85/4
**AA68 [5]** 84/11 84/15 84/19 84/23
85/2
**abetting [4]** 24/16 35/9 37/14
39/6
**ability [1]** 83/9
**able [5]** 31/4 44/18 75/10 80/7
80/11
**about [75]** 6/5 7/14 8/13 8/21
10/7 11/20 12/9 13/6 14/22 14/23

**A**

about... [65]    15/4 15/21 17/19
19/17 20/4 20/14 20/25 23/16 25/3
25/4 25/10 25/25 26/1 26/24 27/4
27/14 27/18 27/20 30/1 31/17 32/7
33/2 33/16 34/19 34/20 36/12
36/15 37/21 38/11 39/12 40/3 40/3
40/10 41/6 41/14 41/19 41/23 42/4
43/9 44/7 45/17 45/19 51/9 52/25
54/12 54/20 55/5 56/4 57/19 58/18
59/5 62/5 63/10 63/12 66/21 68/20
74/6 74/13 75/2 76/4 77/17 79/7
79/23 79/24 80/10
above [3]    23/18 47/9 89/5
above-entitled [1]    89/5
abuse [5]    34/14 54/18 55/7 56/3
79/2
abused [1]    55/11
abusive [1]    69/12
accept [5]    12/18 22/8 24/1 55/23
62/13
accepted [1]    23/9
access [4]    63/11 67/16 67/17 75/3
accessing [1]    45/12
accomplish [1]    56/5
accordance [1]    82/19
according [2]    10/24 11/3
account [15]    18/10 25/17 53/9
53/14 53/21 56/15 60/7 60/7 73/1
73/2 84/11 84/15 84/19 84/23 85/2
accounted [1]    29/11
accounts [1]    37/8
accurate [4]    10/18 10/18 10/19
10/23
across [2]    67/5 71/20
Act [1]    81/18
acted [1]    53/12
Action [1]    1/3
actions [3]    54/11 71/12 73/18
active [4]    58/7 58/8 61/17 76/12
activities [2]    58/12 75/3
activity [9]    21/22 29/4 31/3
32/19 40/9 41/22 54/8 55/14 56/23
acts [1]    45/10
actual [2]    26/2 77/25
actually [21]    5/12 8/14 31/5 32/7
35/11 38/12 38/14 45/20 57/7
59/20 62/14 62/24 63/25 65/17
72/3 80/1 82/22 83/2 87/8 87/13
87/18
add [8]    16/15 23/10 24/9 26/24
27/2 33/16 48/22 55/4
added [6]    14/17 21/19 21/20 21/22
31/8 67/14
addiction [2]    54/16 78/19
adding [1]    23/23
addition [2]    51/1 82/18
additional [2]    4/6 67/14
address [19]    5/7 15/7 18/4 23/3
23/12 29/22 30/14 49/15 50/2
53/15 57/1 57/5 58/1 59/16 61/14
73/11 83/14 83/22 86/10
addressed [1]    25/13
addresses [2]    16/16 16/20
addressing [1]    15/1
adduced [1]    6/17
adequate [1]    50/23
adequately [2]    50/6 72/13
adjusting [1]    74/8
adjustment [3]    31/14 32/17 32/21
administered [1]    40/13
administering [1]    36/8
administrating [4]    35/11 35/14
38/10 39/8
administration [1]    35/19
administrator [2]    36/5 39/21
admitted [1]    81/9
adopt [1]    7/24
Adrenal [1]    9/12
advised [1]    67/6
advisory [2]    13/3 81/20

affected [2]    74/12 75/5
affirmatively [2]    39/11 55/24
afford [2]    50/23 85/22
after [12]    26/7 41/7 44/4 44/25
48/13 49/14 72/11 73/25 84/14
84/18 84/23 85/2
afternoon [6]    3/6 3/8 3/9 3/12
3/13 73/13
again [14]    6/8 20/22 21/7 23/11
24/7 25/11 34/6 36/20 38/14 39/7
60/21 61/3 71/16 72/23
against [3]    35/18 61/25 68/18
age [1]    73/24
aggravating [2]    50/4 60/22
aggregating [2]    18/7 18/11
aggregation [1]    25/4
ago [1]    4/13
Agora [1]    53/6
agree [14]    9/8 13/17 13/25 14/13
30/12 30/24 32/13 32/23 43/14
43/24 43/25 44/8 47/5 78/8
agreed [1]    43/23
agreeing [1]    32/7
agreement [1]    4/24
ahead [2]    14/23 55/23
aiding [4]    24/16 35/9 37/14 39/6
ailments [1]    72/17
Akemashite [1]    56/7
Alaniz [1]    17/16
Alden [1]    3/7
alien [1]    48/8
all [77]    3/8 3/12 4/17 4/23 9/3
9/18 10/16 10/19 11/9 11/20 12/15
14/4 18/20 19/6 19/16 20/19 21/2
21/5 21/11 22/6 24/13 24/21 25/4
26/22 29/9 29/15 29/16 29/17
29/18 31/3 31/3 31/16 35/2 35/6
35/14 36/7 36/14 37/9 37/22 38/15
38/20 39/10 41/16 44/10 46/15
49/9 49/14 50/9 50/10 52/5 54/14
56/6 56/11 57/9 61/12 63/21 63/23
64/3 65/19 65/20 67/5 72/10 73/6
73/10 73/22 74/23 77/9 81/6 82/1
82/2 82/14 82/17 83/5 86/5 87/4
88/7 88/7
allocuting [1]    34/19
allow [1]    61/11
allowed [1]    76/25
almost [4]    58/6 60/19 61/5 72/14
alone [3]    7/16 7/20 73/23
along [2]    10/2 22/20
aloud [1]    86/20
AlphaBay [1]    53/6
already [9]    22/21 30/25 46/18
48/20 72/14 75/2 77/20 86/2 86/7
also [35]    4/3 8/7 13/20 20/3
32/20 32/23 34/13 41/2 48/2 50/1
50/13 50/23 51/10 54/12 55/22
60/15 62/12 67/3 67/19 68/9 73/19
73/21 75/5 79/2 79/7 80/5 80/17
80/24 81/5 84/10 85/14 85/16
85/18 85/24 87/16
alter [1]    56/7
although [6]    31/25 46/7 48/9
64/14 71/22 78/20
always [2]    46/22 79/13
am [60]    4/12 4/22 12/1 12/2 12/22
12/24 14/5 14/22 17/1 17/2 17/6
20/10 21/10 28/17 28/18 29/12
29/21 32/7 38/13 38/13 39/12
41/16 44/20 46/8 46/13 50/8 51/10
51/24 52/5 52/6 52/14 59/2 59/10
59/23 60/23 61/14 63/5 63/12
63/23 65/3 65/8 66/23 72/6 72/8
73/17 73/21 74/21 75/7 76/14
76/21 77/2 77/4 81/2 81/13 81/15
81/16 81/16 82/16 83/1 83/5
amend [3]    6/11 11/3 45/4
amended [6]    6/12 19/9 26/1
amendment [4]    12/15 26/5 29/7
43/15
amendments [7]    18/13 20/25 24/12

25/20 26/7 28/24 45/2
AMERICA [2]    1/4 39/1
amnesia [2]    37/23 57/17
among [2]    51/6 81/25
amount [16]    16/23 17/13 17/21
19/15 23/15 25/14 25/16 26/16
30/18 30/19 30/21 32/14 65/11
65/16 78/2 78/22
amounts [3]    16/9 79/5 79/5
analysis [1]    28/12
announced [1]    86/21
announcing [1]    86/16
anonymization [1]    68/12
anonymize [1]    68/9
another [5]    27/3 44/1 53/1 79/13
81/8
answers [1]    38/1
anxious [1]    4/22
any [65]    4/6 4/19 4/25 5/3 5/17
5/17 5/21 5/23 7/10 8/2 8/4 9/3
9/18 10/2 11/4 11/8 11/9 14/3
16/3 17/24 29/16 31/6 32/14 37/21
39/8 41/1 45/6 45/12 46/9 46/16
50/8 53/12 56/15 56/15 57/3 57/3
57/24 58/18 62/14 66/4 68/17
69/15 70/2 70/7 72/16 72/16 73/17
75/3 75/3 75/19 76/8 77/5 78/16
80/19 82/21 82/22 83/6 83/14
83/21 83/23 84/3 85/15 85/19 86/1
86/15
anybody [1]    87/15
anyone [14]    5/7 10/3 35/15 45/12
48/12 48/22 49/15 63/13 63/14
73/18 75/23 76/22 78/16 82/3
anything [24]    14/21 14/25 24/21
27/8 46/17 47/15 48/21 51/21 66/6
69/17 71/3 71/12 72/21 74/11
75/19 75/24 76/1 77/2 86/5 86/8
86/10 86/12 86/13 87/5
anyway [3]    8/8 9/5 59/10
apologize [1]    73/19
appeal [8]    85/10 85/15 85/19
85/20 85/21 85/22 85/23 85/24
appearance [1]    3/24
APPEARANCES [3]    1/12 1/23 2/1
appearing [1]    87/10
appears [1]    14/6
appellate [1]    43/13
applicable [5]    13/17 14/7 15/19
45/5 52/11
application [13]    15/13 16/15
16/16 16/20 17/1 17/2 17/3 17/7
19/1 30/13 32/13 62/1 85/13
applied [1]    42/8
applies [14]    13/4 13/20 13/21
14/10 14/11 14/11 33/21 39/18
41/21 42/20 44/15 46/3 46/5 50/8
apply [17]    5/4 22/10 31/21 33/7
34/6 39/11 41/13 41/15 42/17
42/18 42/19 44/14 44/17 46/8
46/13 49/22 85/24
applying [5]    31/13 31/20 39/12
43/6 43/10
appointed [1]    85/25
apposite [1]    58/2
appreciate [1]    88/6
approach [1]    3/4
appropriate [11]    16/7 16/13 24/5
31/11 46/12 48/10 49/22 60/13
63/8 73/6 85/15
approximate [1]    21/8
approximately [6]    67/10 84/14
84/18 84/22 85/1 85/5
April [1]    54/7
are [132]
area [2]    77/14 79/8
areas [1]    13/6
arguably [1]    25/24
argue [4]    33/8 34/7 34/19 45/22
argued [2]    35/5 38/15
argues [2]    14/17 44/13
arguing [1]    11/25

**A**

argument [7]   18/4 19/5 30/12 34/1 35/4 39/22 59/7
arguments [1]   64/2
around [6]   38/25 67/8 67/24 74/12 74/15 75/13
arrest [7]   6/20 7/6 8/7 8/9 9/14
arrested [3]   54/5 66/1 70/8
articulate [1]   87/14
as [103]
aside [2]   32/24 69/24
ask [5]   4/6 26/13 62/5 72/24 86/1
asked [5]   36/2 36/10 37/3 38/2 39/20
asking [19]   6/11 7/14 12/1 12/2 18/21 18/23 22/14 26/12 26/15 26/17 42/18 42/19 42/21 43/3 44/7 44/7 52/9 82/11
aspects [1]   23/24
assaulted [1]   69/10
assessed [1]   77/9
assessment [4]   49/10 49/11 50/14 82/19
assets [6]   10/8 10/12 10/25 11/4 57/19 67/18
assigned [3]   59/20 59/23 59/24
assistance [6]   11/14 11/17 11/22 11/25 12/4 67/17
associated [1]   20/3
assume [1]   82/14
assumed [1]   10/10
astronomical [2]   64/22 64/22
attach [1]   86/25
attempted [4]   26/20 58/23 59/3 59/4
attempts [2]   39/17 57/14
attend [1]   59/6
attention [4]   35/23 65/14 73/20 83/19
Attorney's [1]   60/9
audience [1]   44/1
August [1]   5/16
August 14th [1]   5/16
Australia [1]   62/18
Australian [1]   62/18
authorities [3]   56/18 56/19 57/2
authority [3]   4/12 22/22 61/8
available [2]   51/8 80/12
Ave [2]   1/14 1/20
Avenue [4]   2/6 2/13 83/13 83/19
avoid [3]   51/5 79/9 80/18
aware [5]   59/25 60/1 60/23 66/11 79/3
away [8]   16/9 51/19 62/9 63/14 75/20 80/6 80/8 80/10
awesome [1]   55/18
awful [1]   87/24

**B**

back [8]   8/14 28/13 41/24 51/24 68/24 70/10 71/7 76/5
background [2]   13/7 69/7
backup [2]   77/3 77/5
bad [1]   87/15
balance [1]   81/11
banging [1]   79/7
bank [5]   18/8 18/9 18/10 18/15 18/15
Bankruptcy [1]   2/12
base [5]   13/18 13/23 14/10 21/2 21/24
based [10]   24/5 25/16 39/23 41/9 46/10 50/14 56/1 60/7 60/19 61/8
basic [1]   58/9
basically [1]   53/7
basis [4]   34/12 54/1 70/5 76/23
be [97]
bear [1]   18/2
bears [1]   26/19
because [63]   4/19 11/18 14/10 16/10 16/11 18/17 20/14 20/16

21/15 22/21 23/14 23/22 24/11 31/31 31/[?] 31/[?] 32/13 32/18 32/21 32/23 33/8 34/22 36/16 38/14 38/20 39/13 39/14 40/13 41/22 42/8 42/20 43/13 44/3 44/14 47/9 48/8 52/14 52/19 53/21 59/23 60/15 62/7 62/8 64/21 65/7 65/10 66/10 69/3 69/5 70/10 71/8 71/11 71/23 72/2 76/12 77/4 77/18 77/17 79/22 80/7 86/2 86/6 87/16 88/2
become [2]   67/11 74/17
becoming [1]   75/7
bed [1]   69/19
been [27]   4/5 5/25 19/9 28/11 31/2 40/14 42/25 43/20 44/18 44/19 46/18 51/6 51/9 60/10 69/4 72/13 73/20 74/24 75/20 77/17 77/18 79/22 80/7 86/2 86/6 87/16 88/2
before [21]   1/9 18/13 21/6 25/19 26/6 27/21 31/24 32/24 38/12 42/1 44/6 47/22 49/16 54/22 60/11 70/9 70/11 72/23 74/13 76/7 87/5
began [1]   74/14
beginning [5]   44/25 53/4 57/20 66/18 85/7
behalf [1]   4/5
being [15]   17/12 17/19 19/17 21/4 29/3 33/19 40/4 42/24 45/17 71/21 73/14 74/21 75/19 79/9 80/10
belabor [2]   17/22 52/13
believe [6]   8/24 20/15 43/15 43/15 43/23 67/1
believed [1]   37/19
believes [1]   71/12
belongs [1]   42/3
below [2]   31/20 32/15
bench [1]   76/4
benchmarks [2]   77/13 77/20
benefit [1]   31/25
best [3]   7/3 14/20 26/18
better [2]   74/21 75/7
betting [1]   72/6
between [10]   35/15 47/14 48/5 49/7 49/11 60/3 61/17 65/22 68/6 87/11
beyond [4]   43/2 43/19 57/2 86/8
big [3]   23/3 74/9 81/5
billion [2]   65/21 68/6
billions [1]   68/5
Binance [3]   68/4 68/8 71/19
binding [1]   19/1
bit [4]   7/22 35/25 74/4 77/14
Bitcoin [81]   9/2 9/15 9/16 17/5 15/24 16/4 16/5 16/10 17/24 18/21 26/14 26/14 26/16 27/21 28/8 28/19 33/19 35/12 35/15 35/16 36/3 36/5 36/9 36/11 36/12 36/14 36/16 36/19 36/23 37/3 37/6 37/7 37/12 37/24 38/11 38/21 39/1 39/8 39/20 39/21 40/4 40/13 40/23 40/24 41/1 41/2 52/18 52/22 52/22 52/25 53/3 53/5 53/10 53/15 53/17 53/22 53/25 54/2 54/6 54/20 55/16 56/1 56/5 56/8 56/10 56/12 56/22 57/21 58/5 58/7 61/4 65/25 66/3 66/7 66/18 69/22 69/24 78/25 84/14 85/5 85/6
BitcoinFog [1]   20/18
Bitcoins [2]   37/9 55/23
Bitstamp [1]   37/9
blind [3]   39/6 40/3 40/8
blindness [6]   35/8 39/23 39/24 39/25 40/2 40/10
blizzard [1]   37/23
boils [1]   22/1
Booker [1]   41/25
books [1]   71/4
BOP [2]   77/8 83/3
borne [1]   18/1
Boston [2]   2/10 68/25
both [5]   17/10 25/23 32/21 58/15

81/25
bottom [2]   16/22 55/21
Braxtonbrown [6]   16/7 16/13 19/2 25/11 25/12 25/24
Braxtonbrown-Smith [6]   16/7 16/13 19/2 25/11 25/12 25/24
break [7]   19/21 19/24 20/12 51/14 51/17 51/24 71/5
breaks [1]   53/25
brief [5]   19/20 20/11 20/19 20/21 43/5
briefed [1]   27/13
briefly [1]   38/8
bring [2]   11/25 24/13
broader [1]   30/4
broadly [1]   70/5
Brodie [1]   1/15
Broken [1]   32/9
Brooklyn [1]   2/4
brought [1]   57/9
Brown [18]   1/15 3/6 4/7 5/19 8/13 14/24 24/21 29/13 34/9 35/21 42/5 52/7 60/2 63/3 64/7 78/8 80/25 86/1
Budget [2]   83/19 83/22
built [1]   61/4
bump [2]   21/20 21/22
burden [8]   17/12 17/17 17/20 18/1 18/2 19/20 26/19 51/20
Bureau [5]   63/17 76/15 76/18 81/22 84/2
business [20]   3/18 8/22 8/24 9/1 9/14 13/12 21/4 21/22 29/2 32/22 33/22 33/24 37/15 37/16 60/17 61/1 61/3 61/5 68/2 79/19
businesses [1]   67/23
Buster [1]   29/12
buy [1]   67/25
buys [1]   28/5

**C**

calculate [1]   26/4
calculating [1]   25/17
calculation [9]   13/3 15/1 15/5 21/24 24/24 34/18 34/22 46/19 46/24
calculus [1]   62/14
call [1]   58/15
called [2]   43/25 59/17
Calling [1]   3/2
came [7]   19/24 20/12 21/5 21/11 35/13 67/21 74/23
can [33]   11/15 12/17 13/5 15/12 16/8 20/8 23/10 29/23 31/4 32/15 34/19 39/22 42/1 42/12 42/13 45/22 48/10 51/21 51/22 51/25 56/20 61/18 61/21 63/14 63/19 67/17 70/3 70/17 74/11 75/16 75/16 80/9 87/20
can't [6]   29/5 37/23 53/20 67/8 69/1 69/6
candidly [1]   22/21
cannot [2]   18/2 37/18
Capo [2]   6/6 9/25
care [1]   72/16
career [1]   22/12
caregiver [1]   63/9
caring [1]   74/2
carried [1]   45/6
carries [2]   17/12 67/15
carry [2]   50/11 75/9
carrying [1]   45/10
case [81]   3/2 5/5 5/13 7/22 7/23 11/14 13/4 17/2 19/2 19/6 19/11 19/13 19/13 21/9 21/21 22/2 22/19 23/1 23/2 23/4 25/5 25/15 25/19 27/21 29/5 30/15 32/12 35/17 38/14 39/12 40/19 40/24 41/3 42/1 42/12 42/15 43/5 43/11 44/2 49/2 49/22 52/3 56/3 56/6 57/13 58/2 58/4 58/14 58/18 58/20 58/25 59/19 59/22 59/25 60/12 60/14

case... [25]  60/21 61/3 81/24
62/16 62/24 64/12 64/13 64/16
64/16 64/21 67/19 71/18 71/19
73/8 77/10 77/22 78/6 80/24 81/2
81/5 81/13 82/4 83/4 83/10 87/11
cases [21]  18/5 18/6 18/18 19/11
20/24 28/14 28/23 31/18 42/22
44/19 58/10 59/17 62/2 64/9 65/6
68/5 68/15 71/19 71/20 77/15
80/17
cash [4]  68/9 68/11 68/11 71/19
catch [5]  71/24 71/25 72/3 72/4
79/9
category [1]  47/8
cater [1]  61/4
catered [1]  60/19
Catherine [1]  1/13
caught [4]  72/5 79/9 79/16 81/4
cause [2]  73/18 79/4
caused [1]  73/21
causes [1]  42/16
causing [1]  45/13
cautious [1]  39/12
Ccips [1]  1/19
cease [1]  67/4
certain [2]  78/17 85/11
certainly [10]  10/19 23/22 43/22
51/16 59/3 61/18 61/24 66/5 70/17
79/3
certify [2]  70/23 89/3
cetera [1]  15/15
chain [2]  18/22 26/13
challenge [1]  85/17
challenges [1]  74/8
chance [6]  29/21 69/12 69/13
72/24 75/17 81/9
change [4]  83/14 83/15 83/22
83/23
changed [2]  21/18 67/7
channel [1]  70/5
character [1]  59/12
characteristic [2]  21/20 24/25
characteristics [4]  21/3 51/3
58/9 79/18
characterization [2]  6/1 9/24
charged [8]  24/14 24/15 25/14
41/22 42/14 66/11 66/2 70/9
chart [4]  19/20 54/24 65/12 65/13
charts [1]  23/25
check [1]  86/13
checking [1]  86/20
cheeky [1]  42/2
child [10]  34/13 54/18 55/7 55/11
55/20 56/2 66/6 66/13 66/22 79/1
children [2]  63/10 79/2
choice [2]  33/23 56/25
choices [1]  74/12
chose [2]  40/7 44/5
Chris [1]  3/6
Christopher [1]  1/15
chronic [1]  54/17
Circuit [18]  16/6 17/17 19/1 19/6
19/13 19/14 22/3 26/3 26/3 29/6
30/6 42/25 43/4 47/12 59/5 59/8
85/10 85/19
Circuit's [1]  25/12
circumstance [3]  28/2 30/14 50/5
circumstances [9]  31/19 46/9 51/3
60/23 63/9 64/11 80/21 85/11
87/25
circumstantial [2]  35/19 39/9
cite [1]  17/15
cited [5]  19/12 20/14 22/2 43/5
59/1
cites [2]  18/5 18/18
citing [1]  19/11
claimed [2]  41/7 57/20
clarification [1]  34/11
clarifications [1]  46/17
clarify [2]  42/6 47/15

clarity [1]  34/16
clarity [2]  34/20 75/18
clean [3]  17/19 17/21 17/24
clear [13]  19/14 20/24 21/25 31/2
34/22 38/4 42/25 43/4 43/12 45/16
51/19 78/3 81/3
clearcut [2]  35/24 37/17
clearly [2]  19/21 38/3
clearnet [5]  35/7 36/14 36/17
37/25 57/1
clerk [3]  83/12 83/15 87/21
client [1]  23/10
clients [1]  67/8
clocks [1]  32/9
close [4]  46/7 63/18 67/12 73/24
closed [1]  57/6
closely [1]  21/14
closer [2]  63/15 65/19
closing [2]  35/5 38/15
coaching [2]  74/18 74/25
cocaine [3]  53/18 53/19 54/14
cocounsel [1]  47/16
cocounsels' [1]  41/20
code [3]  3/20 13/15 86/13
Coinbase [2]  53/21 53/21
coincidence [1]  28/16
colleagues [1]  31/16
COLUMBIA [3]  1/1 37/16 83/18
come [12]  17/20 20/22 24/10 32/11
37/19 42/12 52/14 53/11 69/3
73/18 76/5 79/14
comes [5]  21/4 21/21 53/14 53/21
61/23
comfortable [1]  71/14
coming [5]  18/24 26/19 40/4 40/6
40/8
commentary [1]  15/10
commingled [11]  16/9 16/21 17/10
17/19 18/25 19/17 26/17 26/18
29/15 29/16 30/20
commingling [4]  15/21 18/7 25/22
30/16
commission [8]  22/24 44/24 44/25
45/4 45/9 45/11 45/24 46/1
Commission's [1]  14/7
commit [1]  38/5
commitment [1]  84/1
committed [3]  60/8 75/7 81/21
communications [2]  9/25 35/15
community [1]  69/21
commute [1]  69/1
companies [2]  67/23 67/24
company [2]  65/25 67/7
comparable [4]  58/1 59/17 68/15
80/20
comparators [1]  80/19
compensate [1]  24/11
Compensation [1]  83/21
complex [1]  29/14
compliance [2]  70/23 82/23
complicated [1]  23/6
complicating [2]  17/14 30/22
comply [1]  50/19
computer [1]  70/14
computers [1]  69/20
concede [1]  31/12
conceded [1]  64/20
conceived [1]  60/17
conceptually [2]  25/7 26/9
concern [1]  63/10
concerned [1]  79/23
concerns [1]  32/8
conclude [6]  31/7 34/5 46/5 46/11
48/10 49/21
concluded [2]  41/10 88/8
concludes [1]  83/8
concurrently [6]  48/1 50/11 81/24
81/25 82/1 82/18
conditions [3]  69/2 69/9 75/5
conduct [18]  21/14 22/4 23/24
23/25 24/1 24/14 24/15 42/9 44/4
50/23 51/7 59/14 64/10 65/15

65/15 68/13 78/1 81/4
conduct... [4]  75/11 75/20
confer [1]  12/3
confirms [1]  17/17
Congress [7]  5/10 45/1 45/2 45/17
45/23 46/1 50/16
connection [1]  78/3
consequences [4]  75/9 78/12 79/16
79/17
consider [6]  4/8 50/16 51/2 58/25
63/8 65/9
consideration [3]  50/6 71/23
81/19
considered [2]  77/21 80/17
considering [2]  25/13 79/18
consistent [6]  35/10 38/24 38/25
39/5 72/25 77/6
consistently [1]  15/20
consists [1]  81/23
conspiracy [4]  3/15 13/8 37/13
60/6
constitutes [1]  89/4
Constitution [2]  2/13 83/13
constitutional [2]  43/9 44/9
consultants [1]  67/5
consultation [1]  7/17
contact [3]  42/11 45/8 45/14
contemporaneous [1]  55/15
contested [1]  60/22
context [3]  50/2 72/1 72/2
continue [1]  48/11
continued [3]  1/23 2/1 53/5
continues [1]  70/22
contract [2]  58/19 76/15
contribute [1]  74/22
contribution [1]  87/18
control [1]  37/10
converts [2]  18/9 18/11
convict [1]  35/6
convicted [9]  3/14 44/16 45/6
45/12 45/17 45/19 58/23 62/23
79/22
conviction [6]  45/21 45/24 46/6
75/8 85/17 85/19
copying [1]  87/21
correct [4]  7/25 7/25 10/13 89/4
correspondence [1]  56/10
cost [2]  85/22 85/24
could [29]  8/14 8/17 10/10 18/4
18/17 24/14 24/15 24/23 36/15
37/19 38/17 40/11 41/22 42/6 44/5
46/4 47/16 63/4 65/19 66/13 67/1
67/25 70/13 70/18 71/13 72/13
74/16 87/16 88/1
couldn't [6]  37/24 37/25 38/1
69/19 71/12 75/4
counsel [14]  3/4 3/5 5/6 5/7
10/25 11/14 11/18 11/20 12/1 12/4
12/5 12/9 51/12 85/25
count [25]  3/14 3/15 3/17 3/19
13/19 16/7 16/14 18/14 18/17
18/20 18/22 18/23 20/16 25/8
25/25 26/12 26/13 27/10 47/13
48/2 48/18 49/5 49/6 49/12 82/17
counted [1]  18/3
country [5]  61/21 61/21 62/12
71/21 75/14
counts [20]  13/16 13/25 14/8
14/12 17/11 36/7 47/21 47/23
47/25 48/6 48/16 49/3 49/8 49/10
50/11 50/11 81/23 81/24 82/2
83/11
couple [3]  4/13 48/20 60/4
course [7]  19/9 29/12 33/7 35/8
52/24 57/16 57/18
courses [1]  77/1
court [77]  1/1 2/11 2/12 4/12 5/7
5/9 10/7 14/9 17/8 17/16 18/20
18/22 18/23 19/22 20/11 21/6
21/23 22/20 22/22 22/23 22/25
23/7 23/9 23/12 23/17 23/17 23/19
23/21 25/11 25/13 26/12 26/13

**C**

court... **[45]**   27/4 34/11 35/4
35/7 39/4 42/18 42/19 42/21 43/13
44/8 45/18 47/24 48/1 48/2 50/4
51/2 52/14 53/24 54/22 55/8 55/14
57/15 59/9 59/10 59/19 59/25 63/5
64/5 72/25 73/11 73/19 81/21 82/8
83/8 83/12 83/13 83/15 83/18
85/23 85/25 86/17 86/17 86/19
89/3 89/13
Court's **[4]**   6/9 35/22 41/20 61/13
court-appointed **[1]**   85/25
courts **[5]**   2/12 18/12 48/8 50/3
83/23
cousin **[2]**   68/24 68/25
cover **[1]**   60/9
covered **[1]**   46/18
COVID **[1]**   75/3
created **[5]**   19/20 56/22 57/5
58/11 67/24
creates **[1]**   28/25
creating **[2]**   54/11 64/4
crime **[5]**   25/24 57/10 62/23 70/16
83/21
crimes **[3]**   50/24 71/24 79/22
criminal **[22]**   1/3 17/10 17/10
43/8 47/7 47/8 50/23 52/3 52/17
54/8 54/11 56/23 58/11 58/12
58/14 60/6 60/18 60/19 61/6 79/20
84/5 84/7
criminally **[6]**   16/23 17/14 30/17
30/19 30/21 37/12
criminals **[1]**   61/5
crises **[1]**   70/2
CRM **[1]**   1/19
cross **[2]**   10/20 38/2
cross-examination **[1]**   10/20
cryptocurrency **[6]**   68/11 84/14
84/18 84/22 85/1 85/6
CSAM **[1]**   32/19
culpability **[4]**   31/18 33/9 77/24
78/1
culture **[1]**   74/9
current **[2]**   42/2 74/23
custodial **[2]**   8/12 53/13
custody **[4]**   81/22 82/24 82/25
83/3
Customs **[1]**   84/2
cyber **[1]**   70/16
cyber-related **[1]**   70/16
cybercrime **[1]**   55/17

**D**

D.C **[15]**   3/20 13/14 16/6 19/1
19/6 25/12 26/3 26/3 29/6 30/6
42/25 43/4 47/12 85/10 85/19
damage **[1]**   78/4
dark **[3]**   66/14 66/15 66/22
darknet **[13]**   15/25 16/9 19/25
20/9 28/13 28/15 28/16 28/21
52/20 52/24 53/17 55/25 60/20
date **[2]**   36/25 57/23
Dated **[1]**   89/10
dates **[1]**   6/16
day **[6]**   28/4 36/25 44/9 74/3
75/17 89/10
days **[5]**   4/13 83/14 83/21 85/20
85/21
DC **[15]**   1/5 1/14 1/17 1/21 2/14
47/13 48/3 48/6 49/8 72/19 76/12
82/20 83/14 83/20 83/23
deal **[5]**   18/5 18/6 18/18 40/18
42/22
dealing **[1]**   78/23
deals **[1]**   25/21
dealt **[2]**   56/17 70/3
debate **[1]**   41/23
debt **[1]**   75/9
deceive **[1]**   39/4
decide **[3]**   34/21 49/14 61/8
decided **[1]**   44/19

decision **[3]**   25/12 62/3 77/12
additionally **[1]**   21/19
dedicated **[1]**   75/15
default **[3]**   16/21 17/8 17/13
defendant **[35]**   1/7 2/2 6/20 8/6
8/10 9/1 9/14 9/25 10/21 10/25
11/3 17/12 17/18 17/20 18/1 18/5
26/18 30/20 31/18 33/9 36/16
37/18 43/9 45/6 48/15 50/24 51/4
54/11 55/13 55/15 56/4 62/19 63/9
73/8 87/11
defendant's **[9]**   6/16 16/2 18/4
35/25 37/21 37/22 55/12 59/15
63/11
defendants **[2]**   51/6 64/9
defense **[19]**   4/4 9/4 10/25 11/3
11/10 18/6 18/18 33/6 39/15 42/22
54/19 59/18 60/1 61/16 75/23
80/14 82/14 86/6 87/5
defense's **[1]**   78/20
defer **[1]**   82/8
defined **[4]**   15/9 15/9 15/13 30/25
defraud **[1]**   65/21
degree **[1]**   50/5
deliberate **[2]**   57/10 57/14
deliberately **[1]**   57/5
demonstrated **[1]**   56/20
dentist **[1]**   72/17
denying **[1]**   68/14
depart **[1]**   50/4
DEPARTMENT **[5]**   1/13 61/9 61/19
61/25 62/2
departure **[8]**   5/5 22/14 31/11
34/8 49/22 49/23 52/10 81/15
departures **[2]**   22/13 49/16
depending **[1]**   71/1
deportation **[1]**   84/3
deposit **[2]**   26/14 53/13 53/20
83/20
deposited **[4]**   15/24 17/24 26/16
40/4
deposits **[2]**   28/7 40/8
depression **[6]**   69/18 70/3 74/7
74/10 79/24 80/1
Dept **[1]**   1/20
deputy **[1]**   87/21
derived **[6]**   16/23 17/14 30/17
30/17 30/19 30/21
description **[1]**   9/12
descriptions **[1]**   55/8
deserves **[2]**   23/13 81/8
design **[2]**   56/24 57/7
designation **[1]**   77/6
designed **[3]**   22/6 22/7 24/7
desist **[1]**   67/4
destroyed **[1]**   54/16
detail **[2]**   31/20 77/14
detailed **[1]**   20/16
detected **[1]**   67/8
detention **[1]**   67/21
deter **[1]**   45/9
determination **[4]**   6/9 7/12 34/20
45/18
determinative **[1]**   32/12
determine **[7]**   5/4 17/13 30/21
43/18 43/19 44/18 45/9
determined **[1]**   14/11
deterred **[2]**   72/13 72/14
deterrence **[7]**   50/23 58/15 60/13
70/8 71/17 72/17 72/1 79/8
devastating **[2]**   79/6 80/5
developed **[2]**   69/18 72/18
DGMY **[4]**   84/15 84/19 84/24 85/3
DGNW **[1]**   84/12
did **[21]**   4/14 12/8 12/12 18/21
21/17 23/9 25/13 28/18 35/4 36/3
36/14 37/20 37/25 38/11 53/11
59/2 59/3 59/6 78/13 79/4 86/17
didn't **[17]**   23/10 23/14 24/16
24/17 29/7 36/16 40/1 41/1 46/1
59/5 64/20 66/1 66/5 73/1 78/24
86/18 86/19

died **[2]**   71/11 78/16
storage **[2]**   53/10 59/11
64/25
differences **[2]**   4/20 59/14
different **[26]**   7/22 14/2 14/8
14/8 18/5 18/6 19/7 22/4 22/6
22/9 22/15 23/23 25/6 25/7 25/22
26/9 27/10 29/7 39/17 53/10 53/15
58/4 58/21 61/19 88/2 88/2
differently **[2]**   39/15 58/18
difficult **[11]**   16/23 23/20 29/14
62/20 62/25 69/17 71/2 72/2 72/4
74/20 81/1
difficulty **[1]**   29/1
direct **[11]**   6/11 8/9 21/13 26/24
35/13 35/22 36/2 39/7 53/1 55/2
55/14
directly **[8]**   15/25 16/8 20/12
24/13 36/22 40/19 53/22 83/3
dirty **[7]**   17/19 19/15 19/23 20/12
27/10 27/22 60/16
disaggregate **[1]**   16/12
disagree **[5]**   14/25 15/5 32/1 32/2
33/2
disagreeing **[2]**   32/5 65/3
disagreement **[5]**   5/1 13/5 13/6
14/3 15/4
disagreements **[4]**   5/1 6/5 12/25
13/1
disagrees **[1]**   33/6
disambiguate **[3]**   17/18 19/18
26/20
discuss **[1]**   32/16
discussed **[1]**   86/9
discussions **[1]**   12/23
disparities **[1]**   51/6
disparity **[1]**   80/18
disposed **[1]**   62/25
dispute **[4]**   8/23 14/16 15/21 22/5
disputes **[5]**   6/1 6/4 6/8 11/8
11/10
distance **[1]**   87/10
distinct **[2]**   25/7 32/25
distinguishable **[2]**   60/15 80/24
distinguished **[1]**   31/1
distributed **[1]**   55/20
district **[11]**   1/1 1/1 1/10 2/12
23/21 37/16 64/12 68/15 70/21
83/13 83/18
districts **[1]**   68/15
do **[55]**   6/9 7/5 7/21 7/23 11/2
11/16 14/16 14/21 18/13 22/6
23/17 24/17 24/17 25/6 25/7 26/20
30/12 31/7 31/24 33/17 34/18
38/16 39/11 39/18 42/1 42/2 42/21
43/14 44/1 44/8 48/6 48/9 48/10
48/13 49/21 61/9 61/21 63/1 70/12
70/15 71/12 74/10 74/13 75/19
79/11 79/16 80/2 80/21 81/14
81/16 82/22 86/25 86/25 87/4
87/23
document **[1]**   10/25
does **[23]**   5/17 10/22 15/5 23/15
30/13 31/18 31/21 31/21 34/6
34/15 34/25 39/11 41/13 43/7 46/8
49/15 59/11 70/24 72/2 75/23
78/3 82/3 82/10
doesn't **[10]**   20/23 31/9 44/8
44/14 44/16 66/20 68/23 69/5 70/9
83/9
dog **[3]**   28/5 28/5 28/6
doing **[8]**   22/10 38/25 42/7 43/9
56/22 71/3 72/21 77/1
DOJ **[2]**   1/16 1/19
DOJ-CRM **[1]**   1/19
DOJ-USAO **[1]**   1/16
dollar **[3]**   68/6 77/24 78/21
dollars **[11]**   15/23 18/9 27/4
36/22 54/4 54/13 54/14 54/15
65/21 68/5 78/11
domain **[18]**   35/7 36/8 36/14 36/17
37/25 38/9 38/12 38/16 40/17

**D**

domain... [9]  40/20 41/15 42/7
42/10 45/7 45/14 46/25 47/3 57/1
domicile [1]  71/21
don't [65]  5/21 6/4 6/8 7/2 7/10
8/2 8/4 8/6 8/23 11/2 11/7 14/2
14/23 17/22 20/1 20/7 20/13 26/8
27/8 27/13 27/19 28/10 30/9 30/10
30/24 31/5 31/16 32/2 32/7 34/1
34/17 34/21 39/2 39/13 39/25
40/11 40/22 44/9 49/8 51/11 51/17
51/18 51/19 51/20 52/13 62/14
63/5 64/1 64/21 69/15 69/15 70/7
71/3 73/6 77/21 77/25 78/4 78/15
78/24 80/18 80/20 81/5 82/4 86/14
87/9
done [6]  19/18 40/14 41/7 69/24
71/13 78/4
double [2]  23/13 42/17
doubt [5]  37/21 43/2 43/19 78/24
80/2
down [14]  11/24 15/12 19/21 19/24
20/13 22/1 24/13 27/5 32/14 47/9
53/5 53/25 73/15 74/4
downstream [2]  20/17 27/15
downward [2]  52/10 81/13
dozen [6]  37/4 37/6 37/10 38/18
38/25 49/17
dozens [2]  55/10 55/10
draconian [2]  64/8 68/17
draw [2]  31/6 53/10
driven [1]  77/24
driver [1]  21/2
drives [1]  27/23
drop [6]  7/15 8/8 8/10 9/8 9/21
47/9
dropping [5]  9/4 9/19 10/3 46/24
47/2
drug [14]  21/4 21/21 34/12 40/6
40/9 53/4 54/13 55/25 56/2 58/5
66/5 78/15 78/18 78/18
drugs [3]  52/21 54/15 55/19
due [1]  8/12
duration [2]  52/17 59/15
during [11]  9/24 10/20 10/21
52/24 53/12 57/9 57/16 57/17
73/25 75/2 80/2
dwell [1]  59/4
dwells [1]  71/15

**E**

each [5]  18/14 18/17 18/22 46/11
55/10
earlier [1]  52/19
early [1]  22/12
easy [2]  69/14 77/16
economically [1]  69/9
economy [2]  55/25 56/1
ecosystem [1]  53/4
edification [1]  41/20
educational [1]  77/1
effective [1]  42/11
effort [1]  79/13
efforts [1]  79/25
ego [1]  56/7
egregious [1]  68/13
eight [1]  67/23
Eighth [1]  19/13
either [4]  15/24 31/11 42/17
45/23
Ekeland [10]  2/2 2/3 3/10 6/25
7/5 10/13 23/3 23/11 35/2 38/7
Ekeland's [1]  39/22
elderly [1]  69/2
element [1]  46/11
Eleventh [1]  19/14
eligible [3]  46/14 48/16 48/17
else [16]  5/8 24/21 27/8 31/24
35/16 36/15 46/17 47/15 48/21
55/22 68/1 75/23 75/24 76/1 86/10
87/5

email [4]  57/5 66/17 87/21 87/21
emphasize [1]  86/25
empirically [1]  24/19
employed [6]  6/21 7/7 7/9 8/6
8/10 9/25
employment [3]  6/16 8/7 8/15
enable [1]  53/3
end [6]  22/17 28/4 31/10 44/9
67/11 81/6
endure [1]  87/17
enforce [1]  70/18
enforcement [3]  29/1 79/10 84/2
engage [2]  61/2 70/16
engaged [3]  40/14 60/8 65/18
engaging [2]  28/22 37/15
enhance [1]  46/3
enhanced [1]  39/14
enhancement [24]  23/2 23/20 33/3
33/4 33/5 33/21 34/6 34/11 35/1
39/11 39/13 39/18 41/13 41/15
42/8 42/19 43/6 44/14 44/17 46/3
46/5 46/12 46/13 46/24
enhancements [10]  21/10 22/4 22/6
22/16 23/23 24/8 24/12 29/18
45/11 64/3
enough [8]  11/19 12/3 12/8 12/12
21/10 27/25 28/1 81/3
ensure [2]  45/5 50/17
enter [3]  48/25 83/8 86/22
entered [2]  85/17 86/17
entire [8]  7/23 8/15 16/14 17/11
18/2 35/17 71/11 85/7
entirely [5]  35/10 38/10 38/24
39/5 45/16
entirety [1]  16/4
entities [2]  67/20 68/7
entitled [1]  89/5
entry [2]  85/20 86/16
equally [1]  57/8
equates [1]  19/15
era [1]  69/11
error [1]  25/13
escape [1]  69/13
especially [3]  27/9 36/25 52/16
essential [1]  53/22
essentially [6]  17/8 18/16 46/23
62/3 64/5 70/23
established [1]  85/14
et [1]  15/15
et cetera [1]  15/15
Ethereum [1]  84/18
Euros [1]  18/10
evaluate [1]  61/22
even [20]  26/20 31/12 32/12 34/8
36/7 36/13 37/14 48/13 54/4 55/24
57/4 57/21 59/3 62/2 62/20 67/16
74/14 78/22 79/4 79/5
evening [1]  73/13
event [2]  32/14 46/9
eventually [1]  75/14
ever [13]  10/22 11/24 20/1 36/3
37/3 39/7 39/20 44/2 58/19 66/3
70/9 71/15 74/3
every [8]  25/8 26/13 26/13 28/11
35/25 67/3 69/1 74/3
everyone [4]  31/23 47/5 63/23
72/5
everything [8]  24/25 31/24 38/17
38/22 51/20 52/13 78/8 86/22
evidence [31]  6/17 8/6 8/25 12/23
15/22 16/1 17/21 17/23 24/6 33/18
35/13 35/18 36/21 36/24 37/7
38/25 39/7 39/8 40/18 40/21 40/22
40/22 41/3 41/10 43/21 58/18 66/6
66/8 66/11 66/24 66/25
exact [1]  22/15
exactly [3]  22/20 60/12 78/12
examination [1]  10/20
example [8]  6/5 18/8 39/18 40/6
40/15 41/4 60/13 83/2
examples [3]  31/4 35/24 36/2
exceeding [1]  48/17

except [2]  63/8 66/7
exception [1]  61/13
excerpt [1]  20/15
excessive [3]  29/25 31/15 78/6
exchange [1]  52/21
exclusively [1]  60/20
excuse [1]  74/11
exercise [1]  75/4
exercised [1]  65/1
Exhibit [3]  52/23 53/25 55/15
Exhibit 325 [1]  53/25
Exhibit 55A [1]  55/15
Exhibit 601 [1]  52/23
exhibits [2]  54/22 56/6
exist [2]  36/16 66/13
exists [1]  50/4
expect [2]  67/11 87/18
experiences [1]  74/16
expert [1]  19/19
explain [3]  11/15 31/10 36/10
explained [1]  27/14
explaining [1]  87/8
explains [1]  30/14
Exploit.in [2]  55/17 56/8
exploiting [1]  58/13
explored [1]  10/20
exposure [1]  43/8
extensive [1]  24/1
extent [6]  23/19 30/1 43/14 63/10
72/12 85/18
extra [1]  24/7
extradition [1]  71/1
extraordinarily [1]  62/22
extraordinary [2]  87/13 88/4
extreme [2]  57/8 65/7
extremely [1]  83/7
eye [2]  21/15 22/18
eye-popping [1]  22/18
eyes [1]  57/6

**F**

F.3d [2]  17/17 49/24
face [1]  39/14
facilitate [2]  78/13 84/2
facilitated [3]  45/7 54/10 78/19
facilitating [2]  56/23 66/15
facilities [1]  76/15
facility [3]  72/19 74/23 77/6
fact [12]  7/25 12/20 20/4 25/7
40/8 41/8 44/4 66/7 72/14 78/13
79/7 88/3
factor [1]  65/10
factors [10]  5/10 46/2 49/15
50/16 52/12 52/13 61/20 61/25
63/8 77/11
facts [8]  4/25 7/24 12/18 12/20
42/20 42/23 64/17 77/10
factual [11]  5/18 6/1 6/4 6/5 6/8
7/10 11/8 11/9 37/17 38/4 38/4
factually [1]  7/20
fair [5]  5/10 27/25 28/13 28/15
52/12
fairly [3]  22/18 80/5 81/13
false [6]  40/16 42/7 42/10 45/8
45/14 46/25
familiar [3]  59/19 59/23 63/6
families [1]  54/17
family [10]  63/7 63/18 68/23
68/23 68/24 71/8 75/17 75/20 80/8
81/10
fanciful [2]  27/7 27/11
far [8]  14/21 44/2 44/18 59/14
75/18 75/20 80/8 80/10
fashion [1]  5/9
father [5]  69/8 69/11 71/10 74/2
80/6
father's [1]  60/7
favorably [1]  62/24
February [1]  52/20
February 2011 [1]  52/20
federal [3]  44/5 84/4 84/6
feeling [1]  72/9

**F**

feels [1]  71/9
fees [4]  84/15 84/19 84/23 85/2
feigned [2]  37/23 57/17
Feliks [1]  60/21
felony [2]  45/6 45/12
fentanyl [1]  54/14
Fernch [1]  6/24
Fernich [13]  2/5 2/6 3/10 4/10
 19/4 31/25 46/10 59/18 63/21
 63/25 65/11 73/4 86/5
few [5]  37/4 37/5 37/10 38/18
 52/15
Field [1]  3/25
Fields [1]  43/5
Fifth [1]  17/17
figure [6]  65/8 69/11 71/10 74/2
 77/24 78/21
figuring [1]  40/5
file [1]  85/23
filed [3]  5/15 8/16 85/20
filing [1]  85/21
final [7]  5/15 9/21 67/11 83/16
 84/6 86/24 87/7
finally [2]  72/19 85/5
Finance [2]  83/19 83/22
financial [9]  10/8 10/24 30/15
 57/19 57/23 62/23 75/8 83/11
 83/17
financially [1]  9/15
find [13]  16/14 23/17 33/17 33/20
 35/6 38/16 38/17 39/11 41/12
 42/23 56/19 77/19 77/19
finding [8]  34/12 37/12 39/5
 40/12 43/2 44/4 73/2 74/9
findings [3]  7/24 12/20 12/25
finds [2]  23/12 50/4
fine [13]  9/6 11/12 24/18 49/3
 49/5 49/6 49/7 49/9 49/9 57/25
 83/9 83/10 87/2
finer [1]  31/6
fines [1]  29/25
fingertips [1]  63/5
firm [1]  9/25
Firoz [6]  59/18 59/19 59/25 60/1
 60/12 83/2
first [16]  9/23 14/9 20/19 27/23
 32/4 32/6 33/12 35/2 36/10 52/6
 52/16 52/20 56/20 65/25 70/8 75/1
first-time [1]  70/8
fits [1]  42/9
five [1]  67/7
flight [1]  6/7
Floor [2]  2/4 2/7
flowing [1]  37/8
focus [2]  14/15 65/14
focuses [1]  66/10
Fog [61]  9/2 9/17 15/24 16/4 16/5
 16/10 17/24 18/21 26/14 26/17
 27/21 28/19 33/19 35/12 35/15
 35/16 36/3 36/5 36/9 36/11 36/12
 36/15 36/19 36/23 37/4 37/6 37/12
 37/24 38/11 38/21 39/1 39/8 39/20
 39/21 40/4 40/13 40/23 40/24 41/2
 52/18 52/22 52/25 53/3 53/5 53/17
 53/22 54/2 54/20 55/16 56/5 56/8
 56/22 58/5 61/4 65/25 66/3 66/7
 66/18 69/22 69/25 25/6
Fog's [2]  53/25 54/6
folks [2]  55/18 72/7
Followed [1]  82/3
following [4]  9/13 11/4 82/13
 84/10
follows [2]  19/22 19/22
food [3]  28/5 28/5 28/6
foregoing [1]  89/4
foreign [1]  71/21
forever [1]  75/9
forfeit [3]  67/9 84/7 84/10
forfeited [1]  86/19
forfeiture [11]  15/18 15/19 48/21

48/22 49/2 67/11 83/7 84/5 84/9
formulating [1]  50/7
Forrest [3]  59/2 59/9 62/24
forth [6]  5/18 7/24 12/18 46/2
 50/15 84/8
forum [1]  55/17
forward [5]  17/20 26/19 79/10
 79/12 79/13
found [3]  57/7 56/17 74/17
four [8]  18/16 35/24 36/2 37/2
 37/17 38/4 69/4 72/15
frame [1]  9/24
frankly [6]  41/10 45/22 57/18
 68/17 77/13 77/17
free [1]  34/7
Friedrich [1]  60/11
friend [1]  43/14
friends [3]  68/22 69/16 74/9
front [4]  9/1 16/18 54/24 87/10
fueled [1]  56/1
fulfillment [1]  74/18
full [2]  83/16 83/24
fully [6]  11/13 12/4 30/10 30/11
 75/7 75/10
functional [1]  8/24
Fund [1]  83/21
fundamental [1]  58/21
funds [68]  15/8 15/8 15/10 15/14
 15/22 16/11 16/21 16/23 17/10
 17/10 17/12 17/14 17/19 17/19
 17/21 17/24 19/8 19/10 19/10
 19/15 19/23 21/1 21/7 21/7 21/18
 21/19 21/23 22/17 25/17 25/18
 25/24 26/4 26/6 26/7 26/16 26/18
 26/18 26/20 27/22 27/24 28/7
 29/16 30/5 30/17 30/17 30/18
 30/19 30/20 30/21 31/1 31/1 32/18
 32/22 33/13 33/20 33/22 33/24
 36/13 36/18 36/25 39/1 41/1 53/13
 53/16 53/20 67/9 68/10 78/2
further [6]  5/22 28/22 30/9 47/19
 70/16 75/25
furthered [2]  45/12 45/20
future [2]  50/24 77/15

**G**

gambling [2]  67/21 68/2
games [1]  38/19
gave [1]  23/8
general [6]  39/12 58/15 66/21
 71/17 72/1 79/8
generally [4]  34/19 48/9 61/19
 63/7
generated [2]  41/7 41/11
get [27]  4/23 14/14 16/18 23/1
 23/9 24/7 28/7 28/24 29/1 29/2
 29/3 29/8 31/19 31/24 41/23 49/16
 55/19 65/5 69/19 71/1 72/9 75/4
 75/16 79/16 81/4 86/14 87/9
gets [2]  44/2 77/8
getting [6]  21/3 22/22 62/10 67/4
 72/5 72/16
give [12]  12/1 22/16 22/23 23/14
 28/1 29/19 29/21 29/22 44/10
 72/25 74/5 81/12
given [6]  3/23 60/2 61/22 72/22
 82/12 88/3
gives [1]  23/19
go [18]  4/21 4/23 6/2 8/17 12/22
 13/6 14/23 27/5 27/20 28/18 52/6
 55/23 56/16 65/1 70/10 71/7 72/11
 82/24
goal [1]  79/9
goes [9]  7/19 26/15 28/3 28/4
 28/6 41/21 45/3 68/18 82/25
going [37]  4/21 6/8 11/19 18/24
 21/23 22/16 24/9 28/8 28/17 28/18
 28/21 29/12 29/18 29/21 33/15
 41/18 46/13 51/9 51/24 63/22
 67/12 69/3 70/15 72/9 72/10 72/23
 80/2 81/12 81/13 81/15 81/16

81/16 82/6 82/16 82/20 83/5 87/16
 87/25
gone [3]  4/16 41/5 79/23
good [10]  3/6 3/8 3/9 3/12 4/18
 44/2 46/22 73/13 87/11 87/16
goods [1]  30/3
Gorsuch [1]  43/24
got [9]  22/15 22/24 23/7 27/21
 55/2 62/22 69/21 71/20 74/13
government [51]  3/5 3/7 4/4 4/7
 5/6 5/17 7/14 7/18 7/18 8/5 8/16
 10/8 14/1 14/17 15/5 15/22 30/25
 31/2 31/7 31/12 32/13 32/20 32/23
 35/5 38/15 38/20 39/2 44/13 47/20
 52/6 52/9 52/23 55/24 57/15 64/14
 64/15 64/20 66/9 67/16 68/16
 70/25 71/20 72/10 76/1 76/11
 79/12 80/13 82/10 85/22 87/3
 87/22
government's [6]  5/21 12/10 15/20
 17/25 30/7 30/12
grandfather [1]  69/12
grave [2]  59/15 79/17
great [7]  7/4 40/18 41/25 43/21
 60/12 74/17 77/20
greater [2]  31/19 50/18
greatest [1]  74/19
grew [1]  52/22
ground [4]  22/13 60/17 61/4 85/15
grounds [3]  5/5 9/4 9/19
group [2]  14/11 47/13
grouped [4]  14/1 14/4 14/6 14/10
grouping [4]  14/2 14/8 15/4 15/5
guess [10]  10/23 34/17 63/24 77/5
guidance [1]  14/7
guideline [11]  13/17 17/3 18/14
 26/1 27/10 29/11 43/7 43/10 44/13
 46/24 64/4
guidelines [60]  4/25 5/4 13/2
 13/4 13/16 13/20 14/9 15/9 16/22
 19/7 21/16 23/17 25/20 26/11 31/8
 31/14 31/21 32/2 32/13 34/18
 34/22 41/24 41/24 42/9 42/19
 43/16 44/3 45/2 45/4 45/5 46/18
 47/8 47/9 47/10 47/12 47/14 48/4
 48/6 48/18 49/7 49/8 50/3 50/6
 50/7 51/1 51/5 52/11 63/7 64/1
 64/20 64/22 65/4 65/9 65/17 77/21
 78/5 80/13 81/20 85/13 85/14
guilty [5]  36/7 38/17 51/7 60/11
 65/1
guy [1]  23/5

**H**

habeas [1]  11/25
had [23]  11/19 12/3 22/21 25/6
 27/20 36/18 38/15 40/14 41/7 41/7
 56/12 62/1 62/15 62/19 62/21 66/9
 67/3 69/11 69/12 70/19 71/10
 73/15 74/3
half [9]  23/19 38/1 49/17 62/10
 65/21 73/5 73/5 75/18 80/16
Hana [1]  3/25
hand [2]  39/16 56/19
happen [1]  67/1
happened [2]  59/6 61/1
happy [8]  14/22 41/16 52/7 61/14
 66/21 77/2 78/25 86/25
hard [7]  23/22 24/3 44/12 71/24
 77/19 77/19 79/8
harder [1]  65/7
harkens [1]  41/24
harm [8]  28/25 29/9 29/10 29/10
 54/10 64/10 73/17 73/18
harmful [1]  68/14
Harmon [1]  20/6
harsher [3]  62/7 62/8 63/15
has [61]  4/12 5/11 7/18 10/8 11/1
 11/4 15/22 18/1 19/9 19/10 23/17
 24/10 30/25 31/2 42/25 43/1 46/10
 46/17 47/7 50/9 50/16 52/14 54/24
 57/23 60/10 60/10 61/8 66/22

**H**

has... [33] 67/16 68/24 69/2 69/3 69/24 69/25 70/3 70/3 70/6 70/10 71/4 71/10 73/19 73/20 73/24 74/11 74/17 74/20 75/20 76/24 79/12 79/20 79/22 79/23 79/24 80/7 80/13 80/14 80/14 80/25 82/5 86/6 87/23
hasn't [1] 62/9
Hassard [2] 2/2 3/10
have [117]
haven't [3] 26/20 27/14 61/23
he [221]
health [5] 54/17 69/2 72/16 74/25 75/6
heaps [1] 36/21
hear [14] 5/6 5/8 14/22 14/22 31/23 34/20 35/2 38/11 41/16 49/14 51/25 52/5 52/7 75/23
heard [9] 14/20 32/4 36/11 36/15 49/13 75/2 76/5 76/21 76/25
hearing [2] 10/12 75/5
heartily [1] 43/24
held [12] 53/13 75/1 84/13 84/16 84/16 84/20 84/20 84/24 84/25 85/3 85/4 85/6
help [11] 68/12 69/25 70/4 71/13 74/14 74/16 74/20 74/24 79/24 79/25 80/3
helped [7] 53/3 65/20 65/20 68/10 69/11 69/19 74/20
helpful [6] 65/6 77/15 77/22 80/8 80/11 80/19
helping [4] 67/20 68/8 75/15 79/23
helps [1] 62/15
her [5] 69/2 69/5 73/23 74/1 80/11
here [44] 3/13 4/2 10/22 11/8 14/7 15/21 16/25 18/19 20/22 22/1 25/10 26/3 30/24 31/19 37/22 38/13 38/19 38/20 39/3 39/11 42/7 42/8 42/18 42/24 43/3 44/10 46/11 50/8 51/12 59/10 59/14 59/14 62/6 62/8 64/23 65/4 71/1 73/14 73/25 78/7 78/9 79/22 81/11 81/12
hereby [1] 81/21
herself [1] 73/14
hidden [3] 28/7 55/19 60/20
hide [6] 60/7 79/11 79/14
hiding [3] 29/1 29/13 41/12
high [2] 31/22 69/16
higher [1] 73/7
highest [1] 14/13 14/14
highlight [2] 52/15 52/17
highly [1] 24/5
him [40] 4/16 22/7 22/9 22/16 23/8 23/14 23/19 24/14 24/16 29/19 35/11 35/15 36/13 37/12 38/17 38/24 38/25 39/7 61/11 62/25 65/23 67/6 68/25 69/1 70/2 70/6 71/1 71/3 71/6 71/9 71/13 72/25 74/4 74/5 76/12 80/6 80/7 80/8 87/17 87/24
himself [4] 9/15 23/12 72/21 88/4
hired [1] 67/5
his [81] 6/6 6/7 6/20 7/6 8/7 8/9 8/12 9/1 9/14 9/15 9/16 36/13 36/25 37/8 37/8 37/10 38/5 38/23 39/1 39/4 41/5 44/4 53/20 54/11 55/13 55/16 56/6 56/8 56/8 56/9 56/10 56/10 56/24 57/8 57/14 57/14 57/17 57/17 57/18 57/19 57/21 60/7 60/11 61/1 61/12 62/9 62/9 63/11 65/1 65/25 67/7 67/18 68/24 68/25 69/8 69/8 69/11 69/12 70/14 71/8 71/8 71/10 71/11 71/11 71/13 72/16 72/17 72/18 72/24 73/3 79/3 79/23 79/24 79/25 80/2 80/8 80/9 80/10 81/10 81/10 81/10
history [3] 47/7 48/8 51/3

hit [1] 20/18
hoc [1] 22/3
Hold [1] 17/5
holding [1] 25/22
holdings [1] 57/22
home [6] 28/4 62/9 63/14 63/16 63/19 75/14
honesty [1] 73/6
Honor [60] 3/6 3/9 3/25 4/9 5/20 6/3 6/13 6/23 8/14 10/17 11/7 12/6 15/3 16/15 17/22 18/8 22/20 24/23 25/2 25/21 26/2 34/10 34/24 35/3 35/22 36/13 38/8 42/6 43/13 43/20 44/4 46/20 47/20 48/24 49/20 51/13 52/8 53/11 55/4 58/22 59/1 59/13 59/22 61/15 63/4 63/20 68/4 69/1 70/17 71/3 72/5 73/12 75/21 76/11 82/11 83/1 86/4 86/11 86/16 87/2
Honor's [3] 65/14 67/10 73/2
HONORABLE [1] 1/9
hop [1] 16/8 18/22 26/14
hope [2] 75/14 87/17
Hopefully [1] 51/21
hopper [2] 41/21 42/3
hops [2] 28/8 28/22
horrible [1] 69/18
horrific [3] 78/23 79/1 79/2
hour [1] 51/9
housed [1] 63/18
how [12] 14/16 23/13 31/17 32/11 36/10 37/3 40/11 42/24 70/12 70/15 70/18 79/14
however [3] 8/10 31/9 73/16
huge [2] 22/7 78/13
humble [2] 70/7 70/10

**I**

I'm [5] 7/8 16/18 16/25 17/2 87/25
ICE [3] 82/24 82/25 83/3
idea [3] 46/22 55/18 78/25
ideas [1] 79/14
identification [1] 42/11
identified [1] 85/6
identify [1] 16/8
identifying [1] 32/8
identity [1] 57/8
illegal [7] 16/5 32/19 33/19 34/23 54/15 67/21 68/2
illegally [1] 67/6
illegitimate [1] 25/17
illicit [5] 29/17 30/3 31/1 53/3 56/1
images [1] 55/8
imagine [1] 65/19 80/9
immediately [4] 82/24 82/25 83/12 83/18
immigrant [1] 73/23
Immigration [1] 84/2
impact [1] 75/9
impacted [1] 54/17
implementing [1] 44/21
important [6] 16/1 40/21 71/23 72/2 79/8 81/2
impose [16] 5/12 47/24 48/2 48/9 49/24 50/18 70/14 76/5 76/7 81/2 81/14 81/16 82/3 82/16 82/22 83/5 82/12 85/17 86/2
imposed [6] 50/20 51/4 80/23 85/12 85/17 86/2
imposes [1] 48/1
imposition [4] 48/7 49/9 83/10 87/8
impossible [1] 19/17
impracticable [1] 16/24
impression [1] 87/12
imprisonment [2] 50/10 52/10
improbable [1] 28/17
improve [1] 75/12
inability [1] 57/24
inaccurate [1] 8/5
incarcerated [3] 71/11 80/7 87/19

incarceration [3] 61/10 80/3 80/11
incident [1] 9/14
include [5] 16/9 30/4 50/20 77/2 87/20
includes [5] 30/3 57/17 57/18 68/6 68/8
including [1] 68/7 72/11 72/17 72/18 85/11
income [1] 41/12
incompatible [5] 36/6 36/20 37/7 37/11 37/17
incomplete [1] 36/1
inconsistent [2] 6/17 77/23
incorrect [1] 85/12
increase [8] 14/18 14/19 42/16 42/21 42/23 43/1 43/7 44/15
increases [3] 25/5 43/6 62/11
increasing [1] 43/10
independent [1] 45/18
Indiana [1] 83/19
indicated [3] 30/24 81/15 82/17
indicted [1] 60/10
indigency [1] 57/21
indirect [7] 20/5 27/2 27/14 27/15 27/20 53/2 55/3
indirectly [4] 15/25 20/11 20/14 36/23
individual [2] 70/4 71/4
individually [1] 18/17
individuals [4] 70/19 70/24 72/11 87/9
indulgence [1] 61/13
ineffective [1] 11/25
inference [2] 28/15 28/20
inflated [1] 23/8
influence [1] 7/19
information [10] 17/13 26/19 30/21 45/8 45/14 50/15 56/15 57/4 57/24 68/21
initially [1] 27/10
initiate [1] 62/20
injected [2] 19/16 19/23
input [1] 16/12
inserted [1] 26/5
instance [1] 27/23
instead [1] 22/16
instruction [4] 35/8 35/9 40/3 40/10
instructs [1] 14/8
instrument [2] 15/11 15/14
instrumentality [1] 58/14
intelligent [1] 87/14
intended [5] 30/2 31/6 45/24 73/18 78/13
intending [1] 39/4
intent [3] 37/22 37/22 38/5
intention [1] 86/22
intentional [1] 57/11
intentionally [2] 39/19 40/16
intents [1] 81/6
interesting [1] 20/25
internal [1] 18/20
international [2] 71/21 72/11
internet [2] 38/9 79/12
interpretation [1] 32/1
interpreting [3] 19/7 29/7 44/20
interrupted [1] 54/16
interrupting [2] 51/25 54/6
intimidated [1] 55/24
intricacy [1] 28/25
investigation [2] 7/17 84/1
investments [2] 9/15 9/17
invoices [2] 41/6 41/11
involved [12] 15/11 15/15 15/16 19/8 23/5 25/14 25/23 27/22 49/4 56/2 65/15 78/16
involves [3] 17/10 45/21 56/2
involving [3] 30/3 61/2 68/5
Iran [1] 68/7
is [490]
isn't [1] 28/2

**I**

issue [13]   8/3 8/5 15/8 24/22
25/10 30/9 32/25 34/4 42/22 50/8
61/14 69/6 82/9
issued [2]   22/23 48/20
it [292]
item [1]   28/17
its [11]   22/23 22/24 31/2 31/2
31/13 53/7 54/12 57/6 57/6 75/8
79/6
itself [4]   9/7 9/9 9/19 56/24

**J**

Jackson [3]   60/2 64/7 80/23
jail [5]   56/16 60/5 72/19 75/1
76/12
January [1]   54/7
Jeff [1]   3/7
Jeffrey [1]   1/18
job [2]   6/6 36/25
Jones [2]   42/1 43/23
judge [48]   1/10 4/11 7/2 7/10 9/6
11/5 11/6 11/11 19/5 21/21 22/2
27/7 28/14 28/23 32/5 32/9 41/18
43/19 47/6 48/23 49/18 59/2 59/6
59/9 60/2 60/11 62/15 62/24 63/22
64/7 65/5 65/23 67/2 67/15 68/13
69/18 69/22 70/5 70/24 71/15
71/17 72/21 73/6 73/9 75/25 76/10
80/22 87/6
judges [2]   7/2 58/24
judgment [7]   77/3 81/20 84/1 84/8
85/20 87/1 87/20
judicial [1]   26/8
jury [17]   3/14 35/5 35/8 35/9
37/18 38/3 38/15 39/5 39/17 41/9
42/14 42/23 43/1 43/18 43/18 44/6
57/16
jury's [6]   36/6 36/20 37/11 39/23
40/12 41/3
just [103]
justice [11]   1/13 1/20 22/25 23/7
23/21 43/24 61/9 61/19 62/1 62/2
73/2
justices [2]   43/23 43/25

**K**

keep [3]   57/3 76/11 76/12
kept [1]   74/12
Ketanji [1]   60/2
kid [1]   69/23
Killdozer [1]   56/9
kind [3]   50/5 69/21 72/19
knew [14]   32/18 33/13 33/18 40/5
55/13 55/25 56/2 56/4 56/12 56/22
58/12 66/8 66/24 69/8
know [68]   4/19 5/24 6/25 7/18
13/5 15/23 16/8 18/9 20/13 20/25
21/23 23/1 23/7 23/10 24/14 26/8
27/13 27/19 28/10 29/9 29/24 30/6
30/9 32/7 33/11 39/2 39/3 40/7
40/11 44/6 50/9 51/11 54/19 55/8
58/24 59/19 59/20 61/7 61/9 67/16
68/19 68/20 69/15 69/20 69/24
69/25 70/12 70/15 70/22 71/5 71/7
71/15 72/12 72/18 72/22 73/4
74/19 75/2 75/11 76/3 78/11 78/15
82/4 82/6 87/9 87/9 87/14 87/22
knowing [3]   21/4 69/17 74/3
knowingly [2]   45/13 45/13
knowledge [5]   21/21 29/3 33/12
34/12 34/13
known [1]   53/17
knows [6]   6/25 7/3 24/16 70/4
71/4 71/5
Kraken [7]   37/9 53/21 84/11 84/15
84/19 84/23 85/2

**L**

lack [2]   57/13 58/11
lacked [1]   75/3

laid [1]   58/2
language [26]   2/11 25/11 26/8 26/11
38/19 45/16 45/25 46/4 69/15
large [4]   21/9 22/7 31/14 83/7
largely [1]   65/10
larger [1]   78/2
largest [1]   68/4
last [6]   5/9 5/12 9/13 26/23 69/4
75/17
lasting [1]   75/9
late [1]   76/3
later [5]   25/1 31/10 32/16 55/21
60/4
Lauersen [6]   22/2 22/12 23/22
24/11 24/20 64/2
launched [1]   52/21
launder [2]   9/1 33/19
laundered [22]   15/8 15/8 17/12
19/9 19/10 19/15 19/23 21/1 21/7
21/19 21/22 22/17 25/18 26/4 26/5
26/7 27/23 30/18 32/18 33/13 60/5
78/3
launderer [2]   21/13 21/13
laundering [33]   3/15 3/16 13/7
13/9 15/17 16/10 17/9 18/12 18/13
18/21 18/23 18/24 21/5 21/16 22/8
23/4 23/6 25/8 25/9 25/23 29/3
29/10 32/22 33/22 33/24 37/13
40/14 58/6 60/8 60/18 60/19 60/24
65/15
law [21]   2/3 2/6 4/25 27/8 27/21
29/1 30/6 32/1 32/5 42/2 43/16
44/13 44/21 45/3 48/3 50/21 56/13
56/14 79/10 82/20 85/12
layer [1]   18/17
layered [2]   18/17 23/5
layering [8]   18/7 18/14 20/20
20/23 25/4 25/8 25/25 26/12
layers [3]   18/12 18/16 20/18
lays [1]   13/3
lead [1]   34/25
leads [5]   22/18 32/16 41/14 46/16
47/1
learn [2]   69/20 74/22
learned [1]   36/11
least [16]   6/13 20/2 22/11 27/18
31/17 32/14 33/14 43/2 44/19
65/17 66/25 70/21 71/14 71/14
72/15 76/24
leave [2]   7/16 51/22
ledgers [1]   35/17
left [1]   7/20
legal [1]   67/17
legitimate [7]   16/3 16/12 28/11
29/25 36/24 61/1 67/23
legitimately [1]   30/16
length [1]   87/15
less [5]   52/19 54/2 62/7 65/6
73/5
let [12]   4/6 10/2 13/4 17/8 29/22
32/24 33/3 43/12 44/24 74/4 78/7
86/1
let's [2]   5/14 6/19
letters [4]   4/4 67/4 68/22 70/1
letting [1]   87/22
level [22]   13/18 13/23 14/11
14/13 14/14 14/18 14/19 15/2 21/2
21/20 21/24 32/17 32/21 32/24
33/3 33/4 33/4 35/1 46/14 46/16
64/4 77/23
levels [7]   13/19 13/24 14/16 31/8
31/20 32/15 44/15
liberal [1]   43/25
license [2]   31/3 13/14
licit [4]   25/24 29/16 30/5 31/1
Lichtenstein [1]   20/6
lie [2]   38/5 57/15
life [17]   47/11 64/4 69/14 70/7
70/11 71/11 71/13 75/11 75/15
75/18 77/22 80/13 81/7 81/9 81/10
87/24 88/2
lifespan [1]   52/25

lifestyle [1]   70/10
light [3]   20/11 80/7 81/10 83/7
like [19]   5/7 5/8 7/3 29/12 34/8
34/17 34/20 49/13 51/14 51/15
53/12 53/18 55/22 61/4 61/24
62/21 66/20 73/10 76/3
likely [6]   31/3 41/9 61/10 75/10
82/12 83/3
likes [1]   54/19
Lindsay [3]   2/11 89/3 89/12
line [3]   4/23 14/3 68/17
lines [2]   22/21 31/6
linked [1]   40/19
linking [3]   40/23 40/23
listening [1]   41/10
literally [5]   23/25 31/21 65/12
65/13 67/24
little [5]   7/22 42/2 71/2 74/4
77/14
live [1]   75/15
lived [3]   70/6 70/10 74/4
lives [3]   54/16 68/25 78/17
living [2]   69/10 73/22
Local [1]   37/8
locked [1]   74/21
log [1]   57/3
log-in [1]   57/3
logs [2]   35/16 57/3
long [4]   63/1 73/20 74/7 86/20
longer [2]   65/24 74/4
look [6]   14/9 26/2 52/22 61/19
64/9 64/19
looking [3]   44/22 45/25 86/12
looks [2]   20/11 53/24
lose [1]   71/4
loss [2]   65/10 73/25
lost [1]   16/25
lot [11]   20/23 63/24 65/8 68/20
68/21 68/23 71/4 71/18 72/6 75/2
87/24
lower [1]   68/16
LTD [4]   84/13 84/17 84/21 84/25
lump [1]   64/3

**M**

MA [1]   2/10
machine [1]   20/20
made [7]   12/16 37/3 37/5 37/18
37/22 61/18 67/9
magnitude [1]   21/8
main [1]   22/19
major [2]   59/11 69/6
make [26]   3/23 4/24 11/17 11/21
12/24 17/1 20/23 21/23 21/25 31/9
31/23 34/19 43/1 43/12 44/4 63/17
64/20 64/21 65/7 71/14 71/25 76/9
76/11 86/14 86/15 87/18
makes [4]   10/7 35/1 45/18 65/7
making [2]   12/24 74/9
Maksim [2]   2/8 2/9
man [1]   72/23
mandatory [2]   49/10 49/11
manifest [1]   37/22
manner [2]   42/11 61/11
many [7]   14/16 37/3 74/15 77/13
78/14 78/14 80/6
Marc [3]   2/5 2/6 3/9
March [1]   3/14
March 12th [1]   3/14
market [3]   9/25 16/9 52/21
markets [2]   15/25 52/24
Marknadskommunikation [1]   6/6
Marshals [2]   76/16 76/18
Martin [2]   19/6 19/11
Mass [1]   70/21
material [11]   5/18 6/4 6/9 7/11
8/8 9/5 11/8 11/9 38/14 54/18
56/3
materially [3]   27/9 45/8 45/14
materials [1]   4/7
math [1]   46/20
matter [9]   33/20 34/5 34/15 39/17

**M**

matter... **[5]**   46/4 51/12 63/19
73/19 89/5
Max **[2]**   3/10 57/21
maxes **[1]**   43/11
maximum **[16]**   13/7 13/9 13/11
13/13 42/16 42/21 42/24 43/1 43/8
47/22 47/23 49/3 49/5 49/6 50/13
85/14
may **[25]**   5/25 22/9 28/10 28/11
29/24 30/8 33/8 41/4 43/17 45/1
45/7 47/18 47/24 50/3 61/15 62/7
71/25 73/17 77/3 78/24 79/10
85/14 85/23 85/24 87/15
maybe **[13]**   8/17 23/14 32/6 35/1
37/4 40/1 42/1 43/23 43/24 60/1
71/13 77/14 86/25
me **[51]**   4/6 5/4 5/6 5/8 6/11 7/6
10/2 10/3 13/4 16/19 16/25 17/8
29/22 32/5 32/24 33/3 34/19 35/2
43/12 44/10 44/24 46/22 48/13
54/24 55/21 59/11 59/20 63/22
65/11 70/9 71/22 73/22 74/2 74/3
74/10 74/12 74/15 74/19 75/9
75/13 75/23 77/23 78/7 78/8 81/12
86/1 86/24 87/10 87/11 87/20
87/20
me striking **[1]**   7/6
mean **[14]**   5/24 10/23 15/10 15/14
22/25 29/5 44/8 47/10 47/13 51/18
62/22 70/12 78/4 78/5
meaning **[2]**   19/10 69/9
means **[6]**   19/23 21/19 33/25 34/2
42/10 43/22
meant **[1]**   87/8
measure **[1]**   64/17
measures **[1]**   57/8
mechanism **[1]**   18/21
medical **[1]**   74/5
Medvedev **[2]**   60/21 67/19
meet **[1]**   19/20
meets **[1]**   39/3
Meetup **[2]**   36/16 38/12
Meetups **[1]**   36/12
members **[1]**   68/23
memo **[4]**   35/23 52/14 56/11 68/21
memoranda **[1]**   4/3
memorandum **[1]**   12/10
mental **[3]**   72/16 74/25 75/5
mentioned **[3]**   47/22 59/3 59/18
merely **[1]**   39/14
message **[1]**   81/3
Meth **[1]**   56/9
methamphetamine **[1]**   54/14
Michael **[1]**   2/2
Microphone **[1]**   62/17
might **[5]**   17/25 28/16 48/11 56/16
74/4
Mike **[1]**   3/10
miles **[1]**   63/14
million **[26]**   15/24 16/14 18/3
19/24 20/2 20/2 20/13 23/6 24/5
26/24 27/3 27/4 52/25 53/1 54/3
54/4 54/7 58/5 58/6 60/5 61/6
65/16 65/19 67/10 67/12 67/20
millions **[7]**   15/23 36/22 36/22
54/13 54/14 54/15 78/11
mind **[1]**   81/1
minor **[1]**   63/10
minus **[2]**   47/2 47/3
minute **[4]**   47/17 51/24 76/4 86/13
mirrors **[1]**   15/16
misguided **[1]**   58/11
mislead **[5]**   38/3 39/17 57/14
57/16 60/9
misleading **[1]**   36/1
misrepresentations **[1]**   57/18
misstatements **[1]**   38/5
mistake **[1]**   71/25
mistakes **[1]**   86/15
mitigating **[1]**   50/5

mix **[1]**   36/13
mixed **[3]**   36/16 37/8 37/8
MLAT **[1]**   70/25
moment **[2]**   44/10 59/21
Monero **[1]**   85/1
monetary **[3]**   15/10 15/14 30/16
money **[44]**   3/15 3/16 3/17 3/19
13/7 13/9 13/11 13/14 15/17 16/10
17/9 18/13 18/23 18/24 18/25
19/15 19/23 20/12 20/18 21/4
21/16 22/8 23/4 25/14 27/10 28/7
28/19 29/10 29/13 37/13 37/15
37/16 40/3 40/14 53/8 53/9 60/8
60/16 60/19 60/24 60/25 65/16
84/8 84/8
monies **[4]**   27/14 27/15 27/20
67/24
moniker **[1]**   56/7
monitor **[1]**   70/22
monitoring **[1]**   70/14
month **[1]**   64/15
months **[15]**   47/15 49/23 50/10
50/13 60/4 64/17 65/23 77/18
81/14 81/16 81/17 81/22 81/23
81/24 82/2
Moon **[7]**   8/22 8/25 84/13 84/17
84/21 84/25 85/4
morality **[1]**   58/11
more **[19]**   5/25 21/14 24/13 28/19
34/19 34/20 37/10 48/2 59/14
63/13 63/16 66/3 68/12 70/5 71/2
71/14 72/1 77/14 85/13
MOSS **[1]**   1/9
most **[10]**   8/16 14/6 14/12 19/11
58/2 64/13 73/22 74/3 75/4 75/10
mother **[10]**   62/9 63/11 69/2 69/3
69/12 71/8 73/22 75/15 80/9 80/10
mountain **[1]**   37/7
move **[5]**   67/7 67/20 67/24 67/24
68/10
moved **[4]**   21/1 21/11 21/17 74/8
Mr **[6]**   59/18 63/21 65/11 73/4
76/24 86/5
Mr. **[71]**   3/11 4/5 4/7 4/10 4/16
4/21 5/19 6/6 6/24 6/25 7/5 8/13
10/13 11/13 14/18 14/24 19/4 20/6
20/6 23/3 23/11 24/21 31/25 32/18
32/22 33/18 33/21 34/9 35/2 35/6
35/10 35/14 35/18 35/21 38/7
38/11 38/23 39/19 39/22 40/12
40/19 40/23 40/24 40/25 41/5 42/5
42/6 42/16 44/17 47/8 52/7 58/19
61/10 63/1 63/25 64/6 65/1 66/4
67/3 68/20 69/7 73/10 77/12 78/8
78/24 79/19 80/25 81/7 83/8 86/1
87/12
Mr. Brown **[13]**   4/7 5/19 8/13
14/24 24/21 34/9 35/21 42/5 52/7
63/3 78/8 80/25 86/1
Mr. Ekeland **[6]**   6/25 7/5 10/13
23/3 23/11 35/2 38/7
Mr. Ekeland's **[1]**   39/22
Mr. Fernch **[1]**   6/24
Mr. Fernich **[5]**   4/10 19/4 31/25
46/10 63/25
Mr. Harmon **[1]**   20/6
Mr. Lichtenstein **[1]**   20/6
Mr. Patel **[1]**   67/3
Mr. Sterlingov **[35]**   3/11 4/5 4/16
4/21 6/6 11/13 14/18 32/18 32/22
33/18 33/21 35/6 35/14 35/18
38/11 39/19 40/12 40/19 40/23
40/24 41/5 46/14 47/7 48/8 58/19
64/6 65/1 66/4 68/20 73/10 77/12
78/24 79/19 83/8 87/12
Mr. Sterlingov's **[5]**   35/10 38/23
40/25 61/10 69/7 81/7
much **[13]**   12/13 24/19 51/21 63/12
65/7 68/16 73/20 77/24 87/12
87/17
multiple **[1]**   73/4
murder **[4]**   58/20 58/23 59/3 59/4

music **[1]**   9/12
must **[5]**   50/9 58/3 58/4 63/8
63/9
mutual **[1]**   67/17
my **[55]**   7/24 9/4 9/18 11/18 12/19
12/20 22/12 22/12 28/1 29/22
29/24 30/8 31/16 33/5 41/8 41/9
41/10 41/19 43/14 46/7 47/16
48/20 49/2 62/19 63/5 73/18 73/22
73/25 73/25 74/9 74/10 74/12
74/16 74/17 74/19 74/23 74/25
74/25 75/5 75/5 75/11 75/14 75/14
75/15 75/17 75/18 75/20 77/3
77/12 77/14 81/1 83/7 86/22 87/1
87/12
Mycelium **[1]**   37/8
myself **[2]**   74/22 75/12
mystery **[1]**   56/4

**N**

N.W **[1]**   1/16
N84G **[5]**   84/11 84/15 84/19 84/23
85/3
name **[27]**   3/5 35/7 38/9 38/12
38/16 40/17 40/20 41/15 42/7
42/10 45/7 45/14 46/25 47/3 53/14
60/8 67/7 84/12 84/13 84/16 84/17
84/20 84/21 84/24 84/25 85/3 85/4
narcotics **[5]**   32/19 33/14 33/19
33/20 34/23
narrow **[1]**   63/8
nature **[6]**   5/25 6/7 33/9 51/2
78/7 78/23
necessary **[5]**   50/19 51/18 51/19
73/8 73/8
necessity **[1]**   68/19
Neck **[3]**   72/15 72/15 75/1
need **[20]**   4/23 5/1 5/23 6/2 6/2
7/25 30/10 31/16 33/11 34/18
34/21 50/16 50/20 51/4 51/5 70/7
73/23 79/15 82/22 86/10
needed **[4]**   35/6 53/17 74/5 74/13
needs **[3]**   42/23 71/9 72/17
neighborhood **[1]**   80/15
Nemtsev **[4]**   2/8 2/9 3/10 57/21
network **[4]**   8/22 56/25 57/2 57/3
never **[21]**   8/23 8/23 8/25 10/8
36/4 37/25 39/21 40/13 54/2 56/17
66/4 69/4 69/8 70/8 70/8 73/18
75/10 75/19 76/21 77/16 78/11
new **[6]**   1/20 2/7 58/13 74/9 79/14
79/14
news **[1]**   87/16
next **[4]**   1/23 8/11 10/5 11/18
nicely **[1]**   22/18
nine **[1]**   55/1
nineties **[1]**   21/15
no **[43]**   1/4 4/9 9/11 10/4 11/5
11/6 11/11 16/1 16/11 29/21 35/13
35/15 35/16 35/17 36/4 36/18
36/23 39/7 39/21 43/9 43/20 43/21
44/19 44/19 47/7 48/18 48/23
48/24 49/9 49/20 57/23 60/22 66/6
66/8 66/24 69/11 73/24 79/20 80/1
86/4 86/8 86/11 87/6
non **[1]**   17/10
non-criminal **[1]**   17/10
none **[1]**   86/8
nonsupport **[1]**   62/2
northeast **[1]**   77/6
Northern **[3]**   72/14 72/15 75/1
Northwest **[2]**   83/13 83/20
not **[131]**
note **[12]**   12/24 16/1 16/16 16/16
16/20 17/2 17/3 17/7 30/13 30/13
31/24 50/1
noted **[4]**   5/20 29/24 86/3 86/6
notes **[3]**   15/13 17/2 56/11
nothing **[7]**   33/16 35/17 47/19
47/20 60/18 75/25 76/2
notice **[4]**   4/11 22/22 85/19 85/21
notify **[2]**   83/15 83/22

**N**

notion [1] 79/21
novel [1] 58/12
November [2] 1/5 89/10
now [20] 12/1 14/23 15/21 17/6
 19/9 21/9 22/16 24/18 26/10 27/18
 28/20 35/25 48/20 50/16 60/12
 62/9 72/18 73/22 76/13 84/5
Nucleus [1] 53/6
number [14] 3/2 4/22 13/18 13/24
 22/3 36/2 36/10 36/18 36/21 37/2
 52/3 78/13 78/21 85/2
numbers [1] 23/8
NW [3] 1/14 1/20 2/13
NY [2] 2/4 2/7

**O**

obfuscate [1] 68/1
object [4] 9/13 9/16 9/23 10/17
objection [7] 6/21 7/5 9/3 9/11
 9/18 10/2 11/4
objections [8] 5/3 5/17 5/21 6/10
 7/11 8/16 46/16 86/2
obligation [3] 83/16 83/17 83/24
obligations [2] 63/7 83/11
obscure [2] 28/9 28/22
observation [1] 66/21
obstructed [1] 73/2
obstruction [3] 23/2 32/25 35/1
obviously [7] 24/2 40/21 50/11
 62/6 64/25 71/7 87/10
October [1] 52/18
odds [1] 41/2
off [5] 23/25 24/10 65/12 65/13
 76/4
offender [4] 46/15 47/3 70/8
 79/18
offense [26] 13/18 13/19 13/23
 13/24 14/11 14/13 14/14 15/2 21/2
 21/3 21/20 21/24 24/24 33/9 43/20
 45/6 45/12 45/17 45/19 46/16
 47/13 50/21 50/22 51/3 78/7 78/9
offenses [4] 14/4 14/5 14/10
 64/18
offer [2] 75/24 87/24
offered [2] 40/16 74/24
office [11] 2/6 3/22 7/17 14/1
 50/9 50/13 60/9 61/8 83/19 83/23
 83/25
office's [1] 13/3
officer [1] 32/20
Official [3] 2/12 89/3 89/13
often [1] 63/16
oh [3] 17/2 28/16 28/18
okay [24] 4/18 6/24 8/13 8/18
 10/5 11/9 11/13 12/8 12/12 16/19
 17/2 17/5 17/6 19/4 27/6 34/25
 35/20 38/6 48/25 49/19 63/2 77/5
 77/7 77/9
old [4] 21/10 69/13 69/22 79/20
older [1] 62/10
Omedetou [1] 56/7
once [2] 62/15 74/23
one [46] 6/2 6/2 6/19 6/24 8/17
 14/12 16/8 16/19 17/2 20/21 26/23
 28/11 29/23 30/10 33/12 33/16
 33/17 33/21 34/1 36/2 36/12 36/21
 40/11 40/15 40/20 42/13 42/13
 42/17 46/4 47/17 49/17 55/9 59/23
 59/24 61/15 64/3 65/10 65/17
 65/18 66/20 68/4 71/23 75/17 76/7
 81/12 85/8
ones [1] 20/8
ongoing [1] 41/23
onion [1] 57/1
online [1] 45/6
only [22] 21/1 21/17 25/5 25/16
 27/10 30/2 37/5 40/22 46/5 54/20
 58/4 60/24 60/24 64/14 67/19 68/8
 68/24 69/11 69/19 69/22 71/10
 74/2

onward [1] 54/1
onwards [1] 54/1
operated [7] 36/4 36/7 39/20
 39/21 40/13 65/24 66/13
operating [15] 3/17 13/11 35/11
 35/14 35/16 36/8 37/14 38/10 39/8
 40/1 40/1 40/2 58/3 60/25 67/6
operation [9] 8/23 8/24 22/8
 35/18 37/14 40/24 42/15 65/25
 67/22
operations [1] 54/6
opinion [3] 4/20 29/25 30/8
opinions [3] 26/8 41/25 48/20
opportunity [5] 3/23 66/9 67/3
 72/22 81/9
oppose [1] 61/16
opposed [2] 24/25 43/19
order [20] 28/8 43/1 48/21 49/1
 49/1 49/1 64/10 67/11 68/1 70/17
 70/20 83/7 84/1 84/5 84/9 85/8
 86/17 86/18 86/23 86/24
ordered [2] 67/9 82/18
ordinarily [1] 81/14
original [2] 19/12 27/22
originally [2] 19/16 19/23
ostensibly [1] 29/4
other [45] 5/20 11/8 15/3 16/2
 17/24 18/8 21/3 22/19 24/8 25/8
 29/11 29/18 34/1 39/16 40/9 49/17
 50/7 53/12 56/19 57/4 57/12 59/17
 61/20 62/12 62/13 64/3 68/15
 68/19 69/1 69/25 71/18 72/2 72/6
 73/24 74/15 75/5 75/8 76/22 76/25
 79/21 80/1 80/3 80/17 85/15 87/19
others [8] 25/1 29/23 74/25 75/16
 77/12 79/23 79/24 87/19
otherwise [5] 34/3 42/3 51/22
 61/1 70/6
ought [1] 81/6
our [20] 7/12 11/11 19/20 20/14
 21/25 22/11 23/10 23/16 23/18
 35/4 35/23 41/18 42/4 43/5 48/23
 49/18 52/14 56/11 61/23 62/3
out [37] 10/7 13/3 15/23 18/24
 19/13 19/13 20/21 22/12 32/11
 33/25 35/13 35/24 37/19 40/5 45/6
 45/10 46/24 53/9 53/10 53/11
 53/23 57/9 57/21 58/2 58/10 58/22
 62/4 63/4 64/8 65/8 65/20 68/9
 69/19 72/7 79/23 79/25 80/3
outcome [1] 32/12
outre [1] 43/22
outsider [1] 69/15
outstanding [1] 5/3
over [14] 4/16 7/19 20/19 20/21
 20/21 31/16 37/5 37/11 53/25 54/8
 56/6 74/14 78/10 78/14
overcome [1] 70/3
overcounting [1] 46/10
overdose [1] 78/17
overdoses [1] 54/17
overlapping [1] 22/3
overstate [2] 31/18 33/8
overstatement [1] 22/11
overwhelming [1] 41/3
own [10] 12/19 19/19 39/1 39/15
 53/8 57/8 69/2 75/17 79/24 81/10
owns [2] 28/3 28/5

**P**

p.m [4] 1/6 52/2 76/6 88/8
page [5] 1/23 19/19 20/11 25/12
 26/23
paid [2] 83/16 83/24
pain [2] 73/21 80/9
painful [1] 88/3
pains [1] 74/3
pair [1] 29/13
Paley [5] 19/13 19/22 25/3 25/3
 27/9
papers [10] 7/12 11/11 19/12
 20/14 33/16 34/3 35/4 41/19 42/4

48/23
paragraph [1] 8/16
paragraph's [6] 6/14 6/15
 6/15 6/20 7/6 8/17 8/19 9/4 9/11
 9/23 10/6 16/22
paragraphs [2] 6/16 8/16
paraphrase [1] 17/8
Park [1] 2/9
part [8] 5/12 18/22 22/12 24/4
 32/7 49/2 79/15 87/5
partial [2] 54/5 54/6
participate [1] 66/5
participated [2] 66/4 66/6
particular [6] 12/24 20/3 20/8
 30/13 77/10 80/22
particularly [2] 41/5 70/12
parties [12] 13/17 13/25 14/13
 14/16 14/20 14/22 33/2 34/6 38/22
 49/13 52/6 61/2
partners [1] 72/11
party [1] 56/16
passed [2] 42/1 80/6
passion [1] 74/17
password [2] 57/4 57/5
past [3] 61/8 73/23 77/17
Patel [23] 22/19 23/9 23/21 24/19
 59/18 59/19 59/25 60/1 60/12
 64/12 64/14 64/21 64/25 65/15
 65/24 67/3 67/15 67/19 73/1 73/4
 80/21 80/22 83/2
path [2] 28/12 88/2
pattern [1] 25/7
pause [2] 28/11 44/11
pay [3] 57/24 82/18 83/9
payable [2] 83/12 83/18
paying [1] 57/21
payments [2] 54/21 55/23
Payza [2] 60/6 60/16
PC [1] 2/9
PDA [1] 25/17
Pearlman [2] 1/18 3/7
peel [2] 18/22 26/13
Pelker [2] 1/13 3/7
pending [1] 60/11
Pennsylvania [1] 1/14
people [23] 32/5 39/13 39/15
 56/12 56/13 56/16 63/19 68/8
 68/10 69/25 70/1 70/4 72/9 74/12
 74/15 74/18 75/12 76/25 78/25
 79/9 79/15 80/1 80/4
per [1] 54/4
performing [1] 53/7
perhaps [2] 58/10 81/7
period [7] 48/11 54/9 60/2 60/3
 78/10 78/14 88/4
perjured [2] 16/2 23/12
perjury [8] 23/15 23/20 35/24
 38/5 39/3 57/14 59/16 60/23
permission [1] 85/23
permitted [1] 85/18
person [9] 28/3 28/5 28/6 42/12
 68/20 69/11 75/7 87/13 88/4
persona [1] 56/9
perspective [1] 49/18
persuaded [1] 14/5
pertinent [1] 19/11
petition [1] 11/25
phrase [2] 15/17 19/7
physical [1] 72/17
piece [1] 40/21
pieces [1] 40/20
Pizano [7] 19/12 19/22 21/6 25/3
 25/6 25/6 27/9
place [3] 57/2 74/9 78/10
plain [2] 45/25 46/4
Plaintiff [2] 1/4 1/13
playing [1] 38/19
Plaza [1] 2/9
plea [9] 23/1 51/10 51/25 60/21
 61/15 65/22 73/1 80/22 80/23
plead [1] 23/14
pleasant [1] 62/8
please [4] 3/4 11/15 15/12 62/17

**P**

pled [4]  23/9 60/10 60/16 65/1
PLLC [1]  2/3
plotted [1]  58/19
plus [5]  13/18 13/23 42/17 46/24
65/16
plus-2 [1]  46/24
podium [1]  3/4
point [28]  10/7 17/23 20/15 21/6
21/12 21/13 21/20 22/11 22/19
24/11 24/12 25/11 26/23 34/10
35/13 35/24 46/15 47/3 48/22
51/10 52/16 54/19 57/12 58/22
63/4 66/23 71/20 78/20
pointed [2]  30/8 31/4
pointing [1]  57/1
points [5]  24/7 24/10 29/19 34/1
52/15
policy [2]  45/4 63/6
Ponzi [3]  23/5 65/18 65/20
pooling [1]  16/11
poor [2]  69/8 69/9
popping [2]  21/15 22/18
pornography [5]  55/20 66/7 66/13
66/22 79/1
portion [2]  25/16 61/12
position [9]  8/2 8/4 15/20 22/1
22/1 23/18 31/3 71/16 88/2
positions [1]  70/20
positive [1]  74/22
possibility [1]  79/3
possible [3]  38/11 76/14 77/4
post [2]  61/15 69/10
post-Soviet [1]  69/10
postdating [1]  36/25
posting [1]  55/16
postings [1]  56/8
potentially [3]  23/2 23/11 71/1
pound [1]  29/18
powers [1]  70/25
practical [1]  63/13
practice [1]  61/9
pray [1]  75/16
pre [1]  41/25
pre-Booker [1]  41/25
precedent [4]  16/6 19/1 43/4 61/9
precedential [1]  64/13
precedents [1]  24/3
predetermined [1]  61/23
prejudice [1]  11/24
preliminary [6]  48/21 49/1 67/10
84/5 85/8 86/23
prepared [1]  22/22
preponderance [3]  28/20 43/3
43/21
prerogative [1]  24/17
present [3]  9/5 74/10 80/21
presentence [11]  3/21 5/2 5/14
5/15 5/18 6/14 11/20 12/9 12/19
13/2 83/25
pretty [5]  20/24 31/2 44/2 45/23
78/17
prevailing [2]  15/4 26/10
prevent [1]  66/9
prevents [1]  42/11
preview [1]  41/19
previously [1]  86/8
price [1]  25/5
primary [2]  21/2 84/8
principle [1]  42/25
principles [1]  68/18
prior [2]  9/14 66/17
prison [2]  47/11 64/5
prisoner [1]  61/17 62/3 62/13
prisons [5]  62/7 63/17 76/15
76/19 81/22
private [3]  8/22 56/10 56/10
probably [8]  3/23 8/8 14/20 64/12
65/21 68/4 73/5 82/25
probation [16]  3/22 4/1 7/17 13/3
14/1 32/20 32/23 48/16 48/17

48/18 50/9 50/13 70/21 80/14 82/5
problem [2]  19/5 53/15
problematic [1]  56/21
problems [5]  54/17 56/13 56/13
74/15 74/20
Procedure [2]  84/5 84/7
proceed [4]  11/21 13/1 51/15
73/16
proceeding [3]  4/21 12/2 12/21
proceedings [3]  84/3 88/8 89/5
proceeds [5]  25/23 32/18 33/14
60/6 61/6
process [5]  17/15 18/12 18/15
18/23 18/24 25/9 30/23 62/20
62/25 77/16 79/15
processed [6]  16/5 52/25 54/20
58/4 58/5 61/5
produced [1]  15/22
Productions [1]  9/12
proffered [1]  24/6
profits [2]  9/2 28/4
programming [5]  72/16 72/20 76/8
76/12 87/19
prolong [1]  71/14
prolonged [1]  54/8
prolonging [2]  17/15 30/22
promise [1]  72/22
promote [3]  50/21 50/25 68/1
promulgate [1]  45/1
proof [1]  41/23
proper [1]  56/17
property [7]  15/7 15/10 15/14
49/4 84/11 86/18 86/19
proportion [1]  25/16
proposed [1]  49/1
proposing [1]  18/20
proposition [4]  30/25 33/6 43/22
65/3
propounded [1]
prosecuted [2]  60/10 72/9
prosecution [1]  57/19
prosecutors [2]  59/24 67/18
protect [2]  50/24 57/8
prove [2]  31/5 56/20
provide [6]  13/20 45/11 48/6
50/22 77/11 81/15
provided [6]  10/25 45/13 46/10
57/23 77/21 80/25
provides [5]  13/18 13/23 30/14
30/20 72/19
providing [2]  45/13 77/14
provision [7]  44/20 44/20 44/22
44/24 45/3 46/2 49/9
provisions [2]  33/7 81/19
PS [1]  20/19
PSR [11]  4/15 5/21 6/12 7/11 7/19
7/20 7/24 15/6 46/23 50/15 68/22
public [3]  44/21 45/3 50/24
publicized [1]  71/18
pull [1]  44/24
pulled [1]  20/21
punish [3]  22/4 22/7 24/9
punished [1]  23/13
punishment [5]  42/22 43/8 50/22
58/16 67/15
purchase [1]  79/1
purely [5]  27/7 29/17 35/19 39/9
50/14
purpose [3]  12/21 56/23 79/4
purposes [13]  5/24 9/5 12/2 24/2
34/21 36/7 41/8 41/12 47/21 50/19
50/20 81/6 83/6
pursuant [5]  14/17 44/23 81/18
84/4 84/6 85/9 85/16
put [10]  4/12 28/18 32/24 43/16
44/6 53/8 56/25 61/16 65/11 71/16

**Q**

quarter [1]  51/9
query [1]  22/24
question [21]  11/15 11/18 16/17

17/19 18/5 18/6 25/3 30/1 30/7
30/7 30/17 31/6 31/8 34/21 36/2
41/14 43/9 44/13 46/7 61/7 76/7
questioning [1]  38/13
questions [1]  38/2
quit [2]  6/6 36/25
quite [7]  19/14 19/21 40/11 41/9
45/22 46/5 77/16
quote [5]  8/21 19/16 20/20 37/2
55/17
quoted [1]  56/11
QUXT [5]  84/12 84/15 84/19 84/23
85/3

**R**

raised [1]  69/8
ramped [1]  54/1
RANDOLPH [1]  1/9
range [10]  27/4 31/15 43/7 45/5
51/5 52/11 65/22 80/13 80/24
85/14
raped [1]  55/11
rare [1]  44/3
rather [1]  25/15
rationale [2]  22/15 24/20
rationalize [1]  24/3
reach [2]  57/2 79/25
reaching [1]  80/3
read [8]  15/20 26/6 26/7 26/8
27/9 67/21 85/7 86/19
reading [2]  27/8 29/24
reads [1]  21/6
ready [3]  22/23 52/5 78/22
real [4]  8/25 52/20 56/12 56/13
realize [4]  7/22 40/2 72/9 78/2
really [23]  6/4 20/23 20/24 22/1
22/4 23/23 24/10 25/3 25/5 27/3
39/24 53/3 57/12 64/1 68/18 69/20
69/23 69/25 71/9 73/20 75/19
77/18 87/23
reason [5]  24/4 48/12 58/19 62/5
66/25
reasonable [3]  28/19 43/2 43/19
reasonably [3]  41/9 45/23 46/5
reasons [7]  10/20 31/10 32/15
46/9 77/20 80/25 87/11
rebuild [1]  81/10
Recalling [1]  52/3
recalls [2]  35/5 35/8
received [4]  3/21 11/18 36/22
84/15
receiving [1]  11/23
recess [3]  52/2 64/11 76/6
recognize [4]  50/3 65/10 74/13
77/13
recognized [2]  22/13
recollection [1]  41/8
recommend [4]  47/10 47/14 49/7
49/8
recommendation [6]  3/22 5/15
31/13 61/24 76/11 77/3
recommended [7]  43/7 48/5 48/19
50/10 80/14 80/15 82/6
recommends [2]  50/13 68/17
reconcile [1]  40/12
record [28]  3/5 4/15 7/1 8/15 9/6
9/9 9/19 12/24 16/2 16/4 17/23
18/2 19/2 31/25 33/18 34/16 36/24
39/7 43/13 46/17 50/1 77/11 79/20
79/21 86/3 86/6 86/18 89/5
records [1]  51/6
recovery [1]  57/5
redacted [1]  54/23
redeem [1]  75/12
reduction [1]  46/15
refer [3]  6/15 30/2 86/18
reference [1]  35/4
referring [2]  11/10 11/15
reflect [1]  50/20
Reform [1]  81/18
regard [1]  87/25
regarding [2]  48/7 63/25

**R**

**Regional [1]** 75/1
**register [1]** 36/14
**registered [4]** 35/7 38/12 38/16
45/8
**registering [4]** 38/8 40/17 42/10
42/10
**registers [1]** 42/12
**registrar [1]** 45/15
**registration [4]** 40/20 41/15 42/7
46/25
**regular [1]** 44/25
**regulators [1]** 67/5
**rehabilitation [1]** 50/25
**related [4]** 34/13 57/14 66/6
70/16
**relating [2]** 39/8 78/21
**relation [1]** 35/18
**relative [1]** 24/19
**relatives [1]** 73/25
**release [13]** 47/25 48/3 48/5 48/7
48/9 50/14 70/20 82/4 82/12 82/17
82/23 83/6 83/25
**released [1]** 83/2
**relevant [3]** 4/24 52/16 77/10
**relied [1]** 73/22
**relying [4]** 19/19 24/6 25/5 70/25
**remain [1]** 76/25
**remarks [1]** 77/11
**remember [7]** 8/6 21/11 37/23
37/24 38/1 38/1 61/15
**remorse [1]** 57/13
**removable [1]** 48/8
**removal [2]** 82/23 84/3
**removed [3]** 48/13 82/7 82/12
**renders [1]** 42/14
**repay [2]** 75/10 75/12
**repeat [3]** 31/16 64/1 75/19
**report [11]** 3/21 5/2 5/14 5/15
5/18 6/14 11/20 12/9 12/19 13/2
84/1
**reported [1]** 44/19
**Reporter [4]** 2/11 2/12 89/3 89/13
**representations [2]** 8/21 10/7
**represents [1]** 8/5
**request [11]** 4/7 61/16 61/18
61/23 63/17 63/17 67/17 71/1 76/8
76/10 85/23
**requested [1]** 80/13
**require [1]** 57/3
**required [4]** 84/15 84/19 84/23
85/2
**requirement [1]** 48/7
**requires [1]** 71/25
**reside [1]** 48/11
**resolve [7]** 5/1 5/3 5/24 6/2
12/25 30/11 33/10
**resolved [1]** 30/10
**resources [1]** 72/10
**respect [27]** 6/13 11/23 12/5
14/25 24/24 25/2 28/10 31/13 32/2
34/3 34/23 40/17 40/25 46/10
46/12 46/18 48/21 48/22 49/14
50/21 70/14 76/8 77/12 78/3 78/9
80/12 82/23
**respects [1]** 80/6
**respond [1]** 24/23
**responded [1]** 39/20
**responding [1]** 66/23
**response [1]** 22/24
**responsibility [1]** 23/10
**responsible [1]** 37/12
**rest [2]** 7/12 75/11
**rests [2]** 17/18 17/20
**result [3]** 31/21 79/1 85/12
**results [3]** 22/10 30/16 31/14
**retirement [1]** 73/24
**return [1]** 75/14
**reveal [1]** 56/15
**review [2]** 12/12 45/4
**reviewed [4]** 3/21 4/3 4/15 52/14

**reviewing [1]** 46/20
**revocation [1]** 84/19
**right [46]** 3/8 3/12 7/2 9/3 9/18
10/14 11/9 12/15 15/1 20/12 22/12
24/21 26/22 27/1 27/12 28/10 31/7
39/10 43/17 44/10 47/1 47/6 52/5
54/25 58/24 60/12 63/21 63/23
64/24 65/1 65/9 66/19 67/13 70/24
73/10 76/13 77/9 82/14 83/5 85/10
85/17 85/18 86/5 86/14 87/4 88/7
**risk [1]** 75/19
**road [18]** 11/24 27/5 38/22 52/21
52/22 53/2 53/5 53/6 53/7 53/12
53/22 53/22 55/23 56/20
58/3 58/4 58/7
**Road's [1]** 52/25
**robbed [2]** 18/15 69/10
**robber [2]** 18/9 18/15
**robbery [1]** 18/9
**role [1]** 80/10
**ROMAN [16]** 1/6 3/3 3/13 54/5
81/21 84/7 84/12 84/13 84/16
84/17 84/20 84/21 84/24 84/25
85/3 85/4
**Room [1]** 2/13
**root [2]** 85/7 85/7
**Ross [4]** 58/3 58/20 58/23 80/20
**roughly [2]** 27/3 38/25
**RPR [1]** 89/12
**ruined [1]** 78/18
**rule [6]** 15/4 16/21 17/9 84/4
84/6 86/20
**Rules [2]** 84/4 84/6
**run [4]** 50/11 81/23 81/25 82/17
**running [4]** 22/7 28/21 48/1 68/2
**Russia [2]** 61/3 70/15
**Russian [1]** 55/17

**S**

**safe [1]** 28/3
**Safeway [1]** 28/3
**said [14]** 14/21 20/1 20/2 23/7
31/16 36/4 41/1 43/14 44/7 55/17
62/1 63/24 66/24 78/8
**same [14]** 9/20 14/4 15/16 22/4
22/10 22/15 22/21 23/23 23/24
24/8 38/9 65/16 66/3 80/21
**Samourai [1]** 71/19
**sanctioned [3]** 61/2 67/20 68/6
**sat [1]** 7/22
**satisfied [6]** 11/14 11/17 11/22
12/4 42/20 46/2
**save [1]** 71/13
**saw [2]** 54/22 55/8
**say [26]** 10/22 11/3 14/5 17/22
17/25 19/21 20/7 20/8 20/19 24/12
27/8 28/1 28/23 29/5 31/9 32/10
42/12 44/16 46/1 53/17 58/17
61/22 62/14 80/18 87/7 87/8
**saying [3]** 38/20 38/22 38/24
**says [20]** 6/20 8/9 8/11 10/24
25/24 26/3 27/9 27/21 28/16 28/18
44/14 44/22 44/25 45/3 45/10 46/3
55/19 55/21 55/22 76/24
**scale [7]** 21/8 22/7 23/3 54/8
54/10 54/12 55/8
**Scalia [1]** 41/25
**scheme [10]** 19/16 19/24 19/25
21/8 23/5 23/6 46/11 52/17 60/9
65/24
**schemes [3]** 65/18 65/20 66/4
**school [1]** 69/16
**seat [1]** 12/17
**second [14]** 4/19 5/4 16/19 17/5
18/10 22/3 32/6 32/24 33/21 59/5
59/8 59/25 72/24 81/12
**secondary [1]** 21/13
**section [34]** 3/16 3/18 3/19 3/20
5/11 8/15 13/8 13/10 13/12 13/13
13/17 13/20 13/23 13/24 14/9
14/14 15/15 17/3 32/17 35/23
41/16 44/15 44/21 44/23 45/1

45/21 46/6 47/24 48/4 48/15 50/17
81/7 82/25 84/1
**see [16]** 4/14 14/9 39/15 52/24
53/21 55/22 69/1 69/4 71/3 72/5
72/23 74/11 74/14 78/25 86/12
88/3
**seeing [1]** 63/23
**seeking [1]** 82/15
**seem [1]** 70/9
**seems [4]** 28/17 31/12 77/23 88/3
**seen [3]** 10/9 62/9 80/19
**segues [1]** 22/18
**seized [4]** 84/11 84/19 84/23 85/2
**self [3]** 16/3 60/3 60/5
**self-surrendered [1]** 60/5
**selling [1]** 53/18
**send [3]** 81/3 87/20 87/21
**sends [1]** 18/10
**sense [7]** 20/23 30/4 32/11 35/1
36/9 64/20 64/21
**sensitive [1]** 51/21
**sentence [60]** 5/10 5/13 8/9 8/11
9/13 9/21 22/18 23/18 31/22 39/14
47/11 47/14 47/22 47/23 48/1 49/2
49/23 50/10 50/18 50/20 50/22
51/4 52/12 60/13 61/12 61/20 62/6
62/11 62/19 62/21 63/13 63/15
63/16 64/5 64/11 64/15 65/9 68/16
68/19 71/5 72/25 76/5 76/7 76/22
77/17 77/23 80/23 81/2 81/14
81/17 81/24 82/2 82/13 85/10
85/11 85/15 85/17 86/2 87/9 87/15
**sentenced [5]** 60/1 60/4 60/24
60/25 65/23
**sentences [6]** 21/15 50/12 51/7
58/1 80/12 81/25
**sentencing [52]** 1/9 3/13 3/22 4/3
5/24 6/9 7/11 8/12 11/20 11/22
11/23 12/3 12/5 12/10 13/19 14/7
16/21 17/15 19/7 22/24 24/2 24/18
30/22 31/13 31/15 35/23 43/6
43/20 44/23 45/11 45/11 45/24
46/1 50/19 51/1 51/5 52/14 56/11
58/3 58/25 59/2 59/8 59/10 60/11
63/6 63/25 68/18 68/21 77/16
80/18 81/18 85/13
**separate [3]** 25/8 45/18 53/10
**separately [1]** 29/22
**series [2]** 6/3 6/5
**serious [5]** 14/12 23/25 62/23
79/25 81/3
**seriousness [3]** 50/21 64/18 79/6
**serve [2]** 61/11 63/13
**served [3]** 53/22 61/20 62/21
**server [1]** 35/16
**service [20]** 8/22 8/23 16/10
53/13 53/17 53/23 54/11 55/13
55/19 56/12 56/24 57/6 58/11
58/13 60/18 60/19 76/16 76/18
78/12 78/19
**serviced [1]** 53/6
**services [4]** 53/8 55/12 60/20
72/12
**serving [4]** 16/3 62/6 63/15 76/22
**session [1]** 45/1
**set [9]** 5/18 7/24 12/18 36/16
37/24 46/2 50/15 83/2 84/8
**setting [3]** 36/8 55/16 56/5
**seven [1]** 22/15
**several [3]** 20/18 27/20 77/18
**severe [1]** 85/13
**severity [2]** 62/11 78/9
**sexual [4]** 34/14 54/18 55/7 56/3
**sexually [1]** 55/11
**shall [8]** 45/4 45/11 48/2 83/15
83/22 83/25 84/7 84/10
**share [1]** 55/18
**she [11]** 59/3 59/3 62/24 69/2
69/2 69/3 69/3 69/5 69/5 73/23
73/24
**shell [1]** 67/23
**Sherry [3]** 2/11 89/3 89/12

**S**

shipped [1]  67/25
shoe [1]  28/6 29/13
shoes [1]  29/13
short [1]  71/5
shorter [1]  50/12
should [36]  3/23 7/16 7/20 13/25
14/4 14/6 14/9 14/16 14/18 14/19
15/20 16/14 18/3 24/12 31/8 32/17
32/21 32/23 33/2 33/8 33/10 34/7
36/13 39/13 41/15 42/2 43/17
50/23 64/11 64/16 64/17 73/3 73/7
76/9 82/3 86/25
shouldn't [1]  20/16
show [1]  17/21
showed [1]  28/12
showing [3]  17/13 36/24 37/7
shows [2]  38/2 38/4
sign [1]  86/24
significant [6]  26/2 26/9 52/19
53/24 57/13 58/16
significantly [3]  31/22 68/12
73/7
Silk [17]  38/22 52/21 52/22 52/25
53/2 53/5 53/6 53/7 53/12 53/16
53/19 53/22 55/23 56/20 58/3 58/4
58/6
similar [7]  51/6 51/7 58/9 64/9
64/10 70/19 74/15
similarly [3]  40/25 64/9 64/10
simple [1]  35/3
simply [3]  19/11 43/6 86/24
since [3]  7/22 14/7 20/24
Singapore [1]  67/25
single [2]  26/13 26/14
site [5]  20/7 28/16 35/7 78/22
79/3
sites [3]  20/3 28/13 28/21
sitting [4]  23/7 38/13 68/24
72/20
situated [2]  64/9 64/10
situation [2]  18/19 18/19
six [2]  22/9 49/17
Sixth [1]  43/15
slightly [1]  14/2
slow [1]  15/12
small [5]  73/3 78/22 78/22 79/4
79/5
smiley [1]  55/22
Smith [11]  16/7 16/13 19/2 25/11
25/12 25/24 49/21 49/23 49/24
50/7 81/15
so [111]
so-called [1]  59/17
societal [1]  29/10
society [1]  64/10
sold [2]  52/21 55/20
sole [1]  63/9
solely [2]  34/12 61/4
solid [1]  62/22
solves [1]  29/6
some [37]  5/25 7/2 12/23 13/5
17/18 20/5 25/16 28/5 28/11 28/17
28/22 30/6 30/8 31/17 32/11 36/1
36/9 43/22 43/25 48/11 48/12
58/10 59/14 59/16 64/17 65/6
66/11 66/25 67/15 70/1 72/20
76/25 77/11 78/15 80/24 87/8
87/10
somebody [13]  36/12 36/15 58/10
58/20 71/24 71/25 72/13 74/19
79/21 79/22 80/5 81/8 87/23
someday [1]  11/24 43/17
somehow [1]  39/6
someone [8]  28/2 28/16 39/16
45/19 63/16 72/3 72/4 86/23
someone's [1]  59/12
something [13]  23/11 23/14 24/10
42/13 70/24 71/13 74/13 74/22
74/22 78/10 78/23 80/15 86/14
sometimes [2]  7/19 39/15

somewhere [4]  24/10 41/4 63/18
son [1]  69/5
sophisticated [6]  21/5 21/19 23/4
29/14 33/25 34/2
sophistication [2]  28/25 29/9
sorry [7]  7/8 16/18 16/25 17/2
73/17 73/21 87/25
sort [6]  38/19 43/22 55/14 57/24
58/10 58/14
sorts [2]  6/7 54/15
sought [2]  64/15 74/14
sound [1]  66/20
source [4]  9/16 36/24 40/25 41/12
sourced [2]  36/19 41/2
Soviet [1]  69/10
speak [2]  9/7 9/9
speaking [2]  6/25 24/19
speaks [2]  9/19 70/6
special [4]  49/10 49/11 50/14
82/18
specific [10]  21/3 21/19 24/24
26/10 38/4 42/8 58/15 60/13 70/7
84/10
specifically [3]  16/16 25/13 64/2
specified [4]  5/11 15/25 29/4
50/17
speed [1]  10/2
spend [1]  28/17
spent [1]  72/14
square [2]  23/20 23/22
staggering [2]  54/8 54/12
stand [7]  6/10 11/11 33/15 34/3
41/18 42/3 48/23
standard [3]  26/10 39/3 41/23
start [6]  5/2 5/14 14/23 33/3
72/12 78/7
started [4]  52/18 65/25 69/22
79/19
starting [3]  3/5 69/16 70/5
starts [1]  57/20
stat [1]  43/11
state [1]  3/4
statement [6]  10/8 10/11 10/18
12/18 63/6 88/5
statements [5]  37/18 37/19 45/5
51/2 56/9
states [20]  1/1 1/3 1/10 3/3
17/16 22/25 48/12 48/14 49/24
61/18 62/6 62/8 67/5 67/6 67/22
68/3 69/3 69/4 70/13 83/13
status [1]  8/12
statute [11]  5/11 15/17 15/18
15/19 30/2 42/16 42/16 43/16
43/18 44/5 85/18
statutes [1]  26/8
statutory [14]  13/7 13/9 13/11
13/13 15/17 42/16 42/21 42/24
43/1 43/8 44/14 46/3 49/3 50/12
Ste [1]  2/7
Stellar [1]  84/22
step [7]  5/4 5/6 5/9 5/12 18/14
25/9 76/4
stepfather [2]  71/10 73/25
steps [6]  4/22 4/24 27/20 79/10
79/12 79/13
STERLINGOV [47]  1/6 3/3 3/11 3/13
4/5 4/16 4/21 6/6 11/13 14/18
32/18 32/22 33/18 33/21 35/6
35/14 35/18 38/11 39/19 40/12
40/19 40/23 40/24 41/5 46/14 47/7
48/8 54/5 58/19 64/6 65/1 66/4
68/20 73/10 76/24 77/12 78/24
79/19 81/21 83/8 84/7 84/12 84/16
84/20 84/24 85/3 87/12
Sterlingov's [6]  35/10 38/23
40/25 61/10 69/7 81/7
stewing [1]  77/18
still [9]  36/8 37/19 47/1 53/16
53/17 62/3 70/22 87/20 87/23
stock [1]  25/4
stop [3]  55/18 66/1 67/4

store [4]  28/5 28/6 28/6 29/13
story [1]  50/5
straightforward [2]  18/25 19/10
Street [2]  1/16 2/3
stressful [1]  73/14
strike [3]  59/11 71/22 81/11
striking [1]  7/6
stringent [1]  45/9
struggled [1]  74/7
struggles [2]  73/22 74/25
struggling [1]  55/18
studio [1]  9/12
stuff [5]  7/13 21/5 21/21 29/19
41/25
sub [1]  16/20
submit [2]  35/10 45/2
submitted [4]  4/5 10/11 68/22
70/1
subsection [3]  14/6 30/18 45/10
subsequently [1]  66/2
subsites [1]  20/9
substantial [1]  7/19
substantially [1]  81/13
substantiate [1]  57/24
substitute [1]  86/19
subsumed [1]  20/10
such [9]  45/10 60/23 62/1 63/9
68/19 74/18 83/16 83/23 88/3
suffer [1]  80/9
suffering [1]  80/1
sufficient [6]  17/13 17/21 26/19
30/20 33/18 50/18
sufficiently [2]  45/9 77/25
suggest [2]  32/21 78/5
suggested [2]  31/22 73/4
Suite [3]  1/17 2/10 83/20
sum [2]  20/7 84/8
summarize [1]  13/4
sun [1]  24/25
Superior [1]  83/18
supervised [12]  47/24 48/3 48/5
48/7 48/9 50/13 70/20 82/4 82/12
82/16 82/23 83/6
supervision [2]  70/13 82/21
supplemental [2]  4/11 22/22
supplemented [1]  12/19
support [6]  30/7 68/25 73/24 74/1
74/5 78/24
supported [2]  9/15 19/3
supporting [3]  62/1 74/18 75/15
supports [4]  8/25 30/9 70/2 79/21
suppose [2]  14/19 33/5
supposed [2]  21/8 51/10
supposedly [1]  16/12
Supreme [3]  22/25 23/7 23/21
sure [18]  4/12 4/22 4/24 11/17
11/21 12/22 17/1 20/10 31/23
52/14 59/2 63/5 72/8 76/14 76/21
77/4 83/1 86/14
surrender [1]  60/3
surrendered [1]  60/5
Sweden [9]  61/11 61/12 61/18
61/21 67/16 69/14 69/14 70/15
74/8
Swedish [1]  67/18
Symbiosis [3]  53/18 53/19 53/20
system [1]  74/1

**T**

table [8]  13/19 13/24 14/17 26/23
31/17 31/17 51/20 52/23
tag [1]  7/3
take [15]  6/19 8/2 8/4 51/11
51/14 51/17 51/22 51/24 51/24
64/1 68/10 73/1 78/20 79/12 79/13
takeaway [1]  28/24
taken [6]  50/6 52/2 53/5 73/19
76/6 88/1
takes [3]  28/4 32/3 79/10
taking [3]  69/24 73/1 73/1
talk [9]  11/19 12/8 13/5 19/17
20/3 23/16 56/10 59/5 70/23

**talked [2]** 74/6 79/24
**talking [7]** 20/14 25/10 27/3
27/18 27/19 45/17 54/12
**tax [1]** 41/8
**teamed [1]** 7/3
**technical [4]** 15/3 33/10 33/20
34/5
**technically [3]** 22/10 33/7 41/21
**technology [1]** 58/13
**teenager [1]** 69/16
**tell [2]** 20/22 64/5
**tells [1]** 74/19
**temporary [1]** 76/23
**ten [1]** 37/5
**tend [1]** 7/21
**tends [1]** 30/7
**tens [5]** 15/23 54/12 54/13 54/15
78/10
**term [13]** 15/9 47/24 48/3 48/5
48/9 48/17 48/18 81/22 82/4 82/11
82/16 82/22 83/6
**termination [1]** 9/13
**terms [10]** 38/18 42/9 47/25 61/15
65/2 65/16 67/3 69/7 71/17 82/17
**terrible [1]** 71/9
**terribly [3]** 77/22 80/19 80/20
**test [1]** 44/2
**testified [7]** 10/1 36/18 37/2
37/4 37/5 37/24 41/6
**testify [1]** 39/14
**testimony [13]** 16/3 19/19 20/16
35/10 36/1 38/23 39/4 40/16 41/6
41/10 53/12 57/17 73/3
**text [3]** 15/17 15/18 55/8
**than [27]** 5/20 15/3 16/2 17/24
19/7 25/15 31/6 37/10 48/2 50/7
50/12 50/19 52/19 54/2 57/4 63/15
63/16 65/6 65/25 66/3 68/12 68/16
72/2 73/7 76/22 79/22 85/13
**Thank [16]** 3/25 4/2 4/14 12/17
34/24 35/20 38/6 39/10 55/21 63/2
73/9 75/21 75/22 87/6 88/6 88/7
**that [661]**
**That's [2]** 7/2 47/6
**their [20]** 19/5 19/12 19/19 19/20
20/19 20/20 24/17 39/14 63/14
63/17 63/18 63/18 68/9 70/1 70/25
71/20 72/10 72/11 74/25 76/22
**them [16]** 6/2 8/1 23/17 31/1
57/16 63/14 65/8 67/24 68/11
69/20 69/21 70/2 70/22 71/25
74/16 74/20
**themselves [2]** 28/22 82/1
**then [40]** 6/2 6/19 7/25 8/13 11/2
12/15 16/13 18/10 18/11 18/14
18/16 28/6 28/18 28/18 29/23
32/16 34/25 41/14 42/15 44/17
45/2 45/10 45/18 46/2 46/14 46/16
47/12 47/21 48/25 53/4 53/9 54/18
55/19 55/21 55/22 55/23 60/2 66/2
70/25 79/10
**theories [1]** 14/2
**theory [1]** 39/23
**there [131]**
**thereafter [1]** 80/3
**therefore [1]** 83/9
**these [30]** 4/23 6/4 6/19 8/15
8/16 8/20 20/25 21/2 22/6 23/8
24/8 24/12 28/12 29/7 31/19 36/1
36/12 37/9 38/4 38/21 46/8 52/24
59/16 64/3 65/24 67/8 68/8 68/10
70/23 72/12
**they [88]** 6/8 7/25 19/12 19/17
19/18 19/20 19/21 19/21 19/24
20/1 20/2 20/3 20/7 20/8 20/12
20/13 20/17 20/17 20/18 20/19
21/1 21/11 21/17 21/17 21/17
21/19 21/20 21/22 22/9 24/6 24/14
24/15 24/16 24/17 25/5 26/20
27/14 27/15 27/17 27/18 27/19

27/21 31/3 31/4 31/4 31/6 35/6
37/12 38/23 38/23 41/1 41/11 41/13
42/1 42/2 44/3 44/5 44/6 44/7
44/7 53/16 53/17 54/22 56/6 56/8
56/9 59/6 63/18 63/19 64/5 64/16
64/21 64/22 65/7 65/11 67/8 67/17
68/11 69/12 69/14 70/2 70/22
70/23 72/9 72/13 76/25 77/22
79/11 79/16
**they tell [1]** 64/5
**thing [7]** 20/25 22/10 24/8 69/19
74/19 75/20 87/17
**things [10]** 12/22 22/2 29/8 40/15
40/23 41/4 51/22 75/12 79/14
86/14
**think [119]**
**thinking [5]** 22/20 63/12 77/15
77/17 80/10
**thinks [1]** 64/15
**third [3]** 2/6 5/6 38/21
**this [143]**
**those [39]** 5/1 6/7 6/10 6/16
12/25 14/4 15/20 20/3 24/3 24/9
28/20 29/22 33/6 33/8 36/24 37/17
37/19 38/23 40/8 40/14 40/20 41/7
42/20 47/25 50/19 52/13 54/22
55/8 55/9 56/11 58/10 68/9 71/23
73/21 78/15 78/16 79/11 81/25
83/6
**though [6]** 10/22 28/2 32/10 32/12
40/22 53/15
**thought [6]** 10/15 48/12 56/4
64/16 66/25 79/7
**thoughtful [1]** 87/14
**thousands [1]** 63/13
**three [7]** 36/18 43/22 55/9 58/7
62/10 75/17 79/12
**through [30]** 4/22 4/23 6/2 7/23
9/15 12/22 13/25 18/16 20/18
26/15 27/20 28/8 29/2 29/2 29/3
29/8 29/9 38/21 39/1 45/7 45/12
49/8 52/13 54/7 55/21 67/18 73/3
74/20 78/19 83/11
**throughout [1]** 57/18
**thus [1]** 14/21
**tie [1]** 21/14 24/13
**tied [2]** 29/17 77/25
**time [34]** 6/19 6/20 6/22 7/6 8/7
8/9 8/11 8/17 9/24 10/19 11/19
12/3 12/8 12/12 14/21 20/17 24/19
32/4 32/6 48/11 54/9 60/3 63/1
64/2 70/8 73/20 73/20 73/25 74/7
74/14 75/4 75/21 83/16 83/23
**times [5]** 23/13 26/16 67/7 70/1
73/5
**tinnitus [1]** 72/18
**Title [1]** 44/23
**today [10]** 4/8 6/25 10/19 12/22
15/1 30/11 31/10 63/23 86/10 88/1
**today's [2]** 4/21 12/21
**together [2]** 14/4 29/19
**token [1]** 4/21
**told [4]** 36/11 36/12 38/15 57/20
**toll [1]** 74/10
**too [3]** 24/19 31/22 51/21
**took [6]** 53/9 63/1 69/13 74/9
74/23 78/10
**top [3]** 29/19 64/3 67/15
**topic [1]** 63/25
**Tor [9]** 2/2 2/3 3/10 55/19 56/1
56/25 57/1 57/3 60/19
**Tor-based [1]** 56/1 60/19
**Tornado [1]** 71/19
**total [8]** 20/2 20/7 25/14 30/19
43/7 46/16 54/20 82/2
**totally [1]** 37/6
**tough [1]** 87/17
**toward [1]** 62/25
**towards [1]** 57/1
**trace [2]** 20/8 31/5
**traceable [2]** 15/25 36/23
**traced [1]** 28/13

**trafficking [7]** 34/13 53/4 53/20
54/7 73/8 73/8 73/9
**training [1]** 6/7
**transacted [1]** 54/2
**transaction [17]** 15/11 15/15
16/13 17/9 17/11 19/8 25/23 25/25
27/22 30/4 30/15 30/15 30/16
37/13 37/16 49/5 79/5
**transactions [48]** 16/4 16/5 17/25
18/7 20/17 25/15 26/15 26/25
27/15 27/17 28/8 28/9 28/21 30/2
30/3 32/19 34/13 34/23 37/3 37/6
37/10 38/18 38/21 38/23 39/1 40/6
40/9 52/23 53/1 53/2 53/25 54/3
54/13 58/5 58/6 61/2 65/17 66/16
68/6 68/9 68/10 78/11 78/14 78/15
78/16 78/18 78/21 79/11
**transcript [4]** 1/9 59/2 67/21
89/4
**transfer [3]** 18/10 61/17 62/20
**transferred [2]** 61/11 62/4
**transfers [1]** 61/21
**transmission [4]** 3/19 13/14 37/15
68/5
**transmitting [4]** 3/18 13/12 60/16
60/25
**treaties [1]** 67/17
**treaty [1]** 61/17
**trial [16]** 6/17 7/23 8/25 10/1
12/20 12/23 15/22 20/15 27/16
35/14 37/2 57/9 57/16 59/16 60/22
65/2
**tried [6]** 60/6 67/7 69/25 74/21
80/17 81/11
**tries [1]** 70/4
**trouble [2]** 40/5 81/5
**true [5]** 10/17 35/25 37/18 40/18
89/4
**truthful [1]** 41/11
**try [5]** 75/11 75/12 79/25 80/2
81/10
**trying [6]** 38/3 56/5 65/8 69/20
74/24 79/11
**turn [4]** 4/18 25/1 29/23 32/24
**turned [1]** 70/2
**turning [3]** 13/2 13/16 58/13
**turns [1]** 33/25
**twice [1]** 49/4
**two [15]** 19/11 22/2 24/3 36/10
42/13 43/23 55/9 58/7 66/21 72/15
72/20 73/4 75/1 79/10 79/13
**type [3]** 71/4 79/5 81/3
**types [2]** 51/7 80/12
**Typically [1]** 7/23

**U**

**U.S [2]** 1/13 2/12
**U.S.C [15]** 3/16 3/18 5/11 13/8
13/10 13/12 44/15 44/16 47/24
48/15 50/17 81/19 82/19 85/9
85/16
**UK [1]** 60/7
**UK-based [1]** 60/7
**Ulbricht [4]** 58/3 58/20 58/23
80/20
**ultimate [4]** 20/20 22/1 23/18
78/12
**ultimately [4]** 21/25 23/16 49/24
82/8
**unable [1]** 85/22
**unacceptable [1]** 81/4
**unauthorized [1]** 56/16
**undeniably [1]** 74/11
**under [47]** 14/13 15/2 15/9 15/9
16/6 16/13 16/15 16/21 18/2 18/25
21/16 22/14 24/19 24/25 29/11
31/8 31/21 32/17 33/3 33/4 33/5
37/9 41/24 42/1 43/4 43/16 44/14
45/1 45/8 46/6 46/8 47/8 47/12
47/23 48/3 48/4 48/15 48/18 49/24
50/2 52/12 56/8 63/8 63/11 64/11
82/20 85/10

**U**

undercover [2] 17/25 37/13
underlying [5] 21/14 24/14 24/15
29/4 41/22
undersigned [1] 59/24
understand [7] 12/6 39/22 48/25
67/2 68/13 75/8 79/16
understanding [1] 12/20
understate [1] 78/4
understood [1] 39/24
undoubtedly [1] 21/9
unduly [2] 17/14 30/22
unemployed [2] 6/22 8/11
unfortunately [2] 21/10 55/20
unfreeze [1] 10/12
unit [2] 70/20 70/21
UNITED [18] 1/1 1/3 1/10 3/3
17/16 22/25 48/12 48/13 49/24
61/17 62/6 62/8 67/22 68/2 69/3
69/4 70/13 83/12
unlawful [8] 29/4 31/3 32/19 40/6
40/9 40/9 78/14 78/18
unless [1] 17/12
unlicensed [4] 3/17 13/11 37/15
60/25
unravel [1] 29/14
unsustainable [1] 64/4
until [5] 36/16 62/21 66/1 83/15
83/23
untimely [1] 24/15
untruthful [1] 39/19
unusual [1] 88/5
unwarranted [2] 51/5 80/18
up [28] 8/14 12/1 22/17 26/24
27/2 29/17 36/8 36/17 37/24 42/12
44/24 47/25 51/18 52/22 54/1 55/4
55/16 56/5 60/9 60/17 61/4 61/23
62/12 64/1 73/19 74/21 74/23
79/14
upon [2] 36/22 55/10
upshot [1] 23/24
upstream [1] 27/17
urge [1] 72/25
us [17] 1/20 4/1 19/18 20/13
20/18 20/22 32/3 33/24 47/1 55/24
56/19 60/9 63/1 68/6 68/23 72/10
87/22
USAO [1] 1/16
use [10] 36/13 45/7 65/8 70/4
70/14 70/25 71/7 72/10 72/24
74/16
used [8] 18/13 20/6 33/19 42/24
55/13 58/12 67/22 79/4
username [1] 57/4
users [4] 53/16 54/21 55/11 57/7
uses [2] 26/3 26/9
using [3] 46/23 55/12 78/25
Usually [1] 7/21

**V**

value [22] 15/7 15/8 16/8 17/11
19/8 19/9 19/14 19/22 21/1 21/7
21/18 21/18 22/17 25/17 26/4 26/6
26/7 27/23 29/8 29/20 30/17 49/4
52/10
variance [4] 31/11 34/7 46/12
52/10
variances [2] 49/14 50/2
various [1] 28/8
vary [4] 31/14 32/14 33/8 81/12
vendor [2] 53/18 53/19
vendors [1] 53/15
verbiage [2] 11/6 26/3
verdict [10] 22/8 24/1 36/6 36/20
37/12 37/20 39/23 40/12 41/3
42/14
version [1] 86/24
versus [4] 3/3 17/16 33/24 49/24
very [36] 23/3 23/20 23/20 24/1
24/3 24/3 38/3 40/21 53/4 57/20
58/17 58/17 58/21 60/15 60/15
62/20 62/20 62/24 62/25 62/25

**W**

waive [1] 83/10
walk [1] 52/12
Wall [1] 2/3
wallet [3] 37/8 71/20 85/6
wallets [1] 37/9
want [36] 4/19 10/6 11/16 11/16
11/21 14/20 14/22 16/15 16/18
17/1 17/22 21/25 25/11 31/23
31/24 34/18 49/13 49/15 51/20
52/13 52/15 58/1 59/16 64/1 65/14
69/5 71/16 73/16 75/23 75/24 77/3
77/11 86/13 86/14 86/15 87/20
wanted [3] 11/24 52/16 68/11
wants [4] 23/9 48/22 52/6 86/24
warrant [2] 68/16
was [200]
Washington [7] 1/5 1/14 1/17 1/21
2/14 83/14 83/20
wasn't [11] 10/18 25/19 53/7 55/9
60/24 61/3 67/23 69/14 71/9 72/16
80/7
way [22] 13/6 16/11 26/4 28/7
29/8 34/1 36/1 37/10 39/18 40/6
40/15 42/13 42/17 42/18 45/23
51/25 57/6 58/21 63/13 70/2 77/2
79/24
ways [8] 22/5 22/9 29/11 31/5
52/19 59/14 77/25 79/14
we [120]
we'll [6] 5/2 11/11 31/19 34/3
42/3 78/11
wealth [2] 9/16 41/1
web [3] 66/14 66/15 66/22
website [4] 38/9 38/10 55/11 66/8
weekend [1] 69/1
weigh [1] 61/25
weight [1] 67/15
welcome [4] 33/7 50/2 54/21 54/22
well [35] 3/19 3/24 4/4 7/1 10/24
12/13 14/23 15/1 15/18 19/3 20/7
34/6 35/9 39/11 41/5 41/17 41/20
43/12 43/17 44/1 44/24 46/13
49/21 59/15 64/19 72/4 74/16
77/15 81/20 81/24 82/1 82/20
82/22 83/6 87/24
went [10] 8/23 8/24 18/16 20/17
20/18 38/21 40/5 57/7 66/7 69/14
were [39] 5/15 5/25 16/3 17/24
18/11 21/15 22/21 22/22 24/8
26/12 27/5 28/13 31/1 31/3 31/4
32/18 33/13 36/21 40/8 41/1 41/11
54/23 55/12 56/15 57/7 58/18
64/22 65/21 68/22 70/13 74/24
75/18 76/25 77/1 78/12 78/15
78/17 78/18 86/20
western [1] 67/22

**X**

yhack [1] 64/8
what hse [1] 7/14 7/19
7/21 7/23 8/13 10/5 10/10 11/16
14/15 16/8 16/12 18/12 20/13
21/17 21/25 22/5 23/15 25/9 25/10
26/1 26/17 27/13 27/14 27/18
27/19 28/1 28/12 28/14 28/23
30/25 31/16 32/10 33/11 38/20
39/24 40/10 42/20 43/3 43/14 44/7
44/7 44/22 45/20 56/4 56/4 56/5
56/22 58/2 58/9 60/13 61/23 64/5
65/8 68/16 69/24 71/2 72/5 76/4
78/12 81/13 81/16 87/22
whatever [8] 19/18 29/6 38/22
44/6 49/23 68/11 70/4 77/6
whatsoever [1] 16/2
when [31] 6/6 12/24 21/11 22/12
22/23 36/10 37/3 39/19 41/6 43/16
46/6 52/20 53/5 53/9 53/14 53/19
54/5 55/15 57/20 60/3 60/4 61/23
63/16 69/12 69/13 69/21 71/10
74/19 78/22 79/11 79/19
where [29] 5/25 14/8 17/1 22/3
28/2 28/3 31/4 32/2 39/16 40/3
41/4 44/3 48/11 53/13 54/19 56/3
58/15 62/2 63/9 63/14 64/4 64/11
65/15 66/23 70/13 70/20 71/24
72/15 79/8
whether [27] 4/6 5/5 10/12 11/19
21/12 28/11 29/15 29/15 29/16
29/17 30/3 32/16 33/2 33/6 39/20
40/5 40/7 41/14 42/23 43/18 45/16
45/19 45/20 45/23 61/10 78/15
86/1
which [41] 4/12 5/11 6/15 6/18
9/24 13/18 17/3 19/8 21/9 22/3
22/9 22/19 23/3 25/7 25/15 30/1
30/9 30/15 31/15 31/20 31/22
41/14 42/10 42/20 43/4 43/6 44/5
44/21 44/23 45/21 54/2 56/20
57/13 58/2 67/11 68/17 74/7 75/20
80/11 81/23 83/8
while [6] 13/21 71/11 74/21 76/25
80/6 87/18
who [30] 3/14 6/25 23/7 28/3 28/5
42/12 51/6 55/11 56/12 56/13 57/6
58/10 62/9 62/10 68/19 68/19
68/24 71/8 72/11 72/12 73/21
73/22 74/1 78/16 79/11 79/21
79/23 80/6 81/8 87/23
whoever [3] 7/3 28/18 28/21
whole [12] 20/23 21/6 21/12 21/13
22/6 25/25 29/7 57/19 58/25 60/8
62/13 79/9
why [9] 11/2 14/23 20/16 24/4
29/5 34/15 51/17 65/14 71/15
widely [1] 71/18
wildly [1] 23/8
will [57] 4/7 4/18 4/19 5/3 5/9
5/12 7/23 8/8 9/6 9/8 9/9 9/21
11/2 12/18 12/23 12/24 12/25
14/15 17/22 23/3 23/11 23/17 25/1
28/1 31/9 31/10 32/10 41/19 48/25
49/14 49/22 50/1 53/21 55/18
55/24 56/17 61/19 61/20 61/22
72/24 73/23 75/9 75/9 75/10 75/11
75/16 75/19 76/5 77/15 82/17
82/20 82/24 83/8 86/24 87/4 87/7
87/18
willful [6] 35/8 39/23 39/24
39/25 40/2 40/10
willfully [4] 39/3 39/6 40/3 40/7
willing [1] 62/13
wire [1] 18/10
wisely [1] 72/24
wish [2] 74/10 87/24
withdraw [1] 53/14
withdrawing [2] 53/16 53/19
within [5] 80/23 83/14 83/21
85/20 85/21
without [8] 3/20 11/24 13/14
17/14 30/22 51/25 69/16 85/24

**Index continued left column:**

63/8 70/6 70/10 71/24 72/24 73/14
87/12 87/17 88/1 88/2 88/5
Victim [1] 83/21
victims [1] 65/20
video [4] 54/21 54/22 55/10 78/22
videos [3] 55/9 55/9 55/10
view [12] 14/19 22/11 23/16 30/7
30/9 31/2 41/9 46/7 46/8 50/8
82/5 82/10
views [2] 28/1 29/22
violated [2] 43/18 44/5
violates [1] 43/15
violating [2] 33/25 44/16
violation [15] 3/15 3/16 3/18
3/20 13/8 13/9 13/12 13/14 13/21
13/21 15/15 18/16 34/2 45/21
85/12
virtual [1] 8/22
virtually [1] 35/25
visit [2] 63/14 63/19
voluntary [2] 47/12 47/14
VPN [2] 8/22 8/25
vs [1] 1/5

**W**

**won't [1]** 85/7
**wondering [1]** 38/13
**word [4]** 8/10 26/5 30/1 47/16
**words [7]** 18/8 25/8 56/6 56/7
56/24 64/7 87/7
**work [2]** 42/7 73/23
**worked [1]** 16/11
**working [2]** 69/20 75/11
**world [1]** 39/15
**worse [1]** 74/14
**worsened [2]** 72/17 74/8
**worst [2]** 75/18 75/20
**worth [6]** 54/16 54/21 58/5 58/6
60/5 61/6
**would [63]** 3/4 5/7 5/8 7/3 7/11
7/12 17/15 18/14 18/16 26/13
26/15 27/3 30/4 32/14 34/8 34/17
34/20 35/13 35/22 41/9 43/24
43/25 45/21 46/11 46/12 46/25
47/10 47/10 47/13 47/14 48/10
49/13 49/22 50/12 51/14 51/15
53/8 53/10 53/10 55/13 58/12
58/17 58/22 60/14 61/11 61/16
61/22 61/24 61/25 61/25 70/9 71/2
71/5 71/7 71/15 72/24 73/10 76/3
76/10 77/5 79/3 81/14 82/8
**wouldn't [1]** 40/13
**write [1]** 73/15
**wrong [4]** 10/10 17/3 70/24 71/3
**wrote [1]** 68/20

**X**

**XLM [1]** 84/22
**XMR [1]** 85/1

**Y**

**Yeah [7]** 8/20 11/16 27/25 33/15
65/13 67/2 76/17
**year [9]** 48/2 52/19 53/23 53/23
54/2 54/4 54/5 54/7 62/19
**yearly [1]** 54/1
**years [40]** 13/9 13/10 13/13 13/15
23/19 31/17 37/5 37/11 47/22
47/23 47/25 48/3 48/5 48/16 48/17
52/9 52/11 55/19 58/7 58/8 62/10
62/21 64/16 66/3 69/4 69/13 69/22
72/14 72/15 72/20 73/5 75/1 75/18
75/18 78/10 78/14 79/20 80/14
80/14 80/16
**Yep [1]** 55/6
**yes [24]** 4/14 4/14 6/23 10/14
12/7 12/11 12/14 25/2 32/10 34/9
47/3 47/4 47/18 51/13 52/8 53/11
55/4 58/22 59/1 59/13 59/22 63/20
76/20 87/2
**York [2]** 1/20 2/7
**you [189]**
**you're [1]** 33/7
**young [3]** 69/23 79/2 79/19
**your [85]** 3/4 3/6 3/9 3/23 3/25
4/9 5/5 5/6 5/20 6/3 6/13 6/23
8/14 10/17 11/7 11/14 11/19 12/3
12/4 12/6 12/9 15/3 16/15 17/22
18/8 18/16 22/20 24/23 25/2 25/21
26/2 34/10 34/24 35/3 35/22 36/13
38/8 42/6 43/13 43/20 44/3 46/20
47/20 48/24 49/20 51/13 51/22
52/8 53/8 53/9 53/11 53/14 55/4
58/22 59/1 59/13 59/22 61/7 61/14
63/4 63/20 64/2 65/14 66/23 67/10
68/4 69/1 70/17 71/2 72/5 73/2
73/12 75/21 75/21 76/10 82/11
83/1 85/10 85/15 85/19 86/4 86/11
86/12 86/16 87/2
**yourself [2]** 12/13 71/16
**YouTube [1]** 70/5

**Z**

**zero [3]** 17/23 46/15 47/3
**zero-point [2]** 46/15 47/3