```
1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2

3     United States of America,        ) Criminal Action
                                       ) No. 21-cr-399
4                     Plaintiff,       )
                                       ) JURY TRIAL
5     vs.                              )
                                       ) Washington, DC
6     Roman Sterlingov,                ) February 15, 2024
                                       ) Time:  1:45 p.m.
7                     Defendant.       )
      _____
8
                         TRANSCRIPT OF JURY TRIAL
9                            HELD BEFORE
                    THE HONORABLE JUDGE RANDOLPH D. MOSS
10                     UNITED STATES DISTRICT JUDGE
      _____
11
                        A P P E A R A N C E S
12
13    For Plaintiff:     Christopher Brown
                         DOJ-USAO
14                       601 D Street, NW, Suite 5.1527
                         Washington, DC  20530
15                       Email:  Christopher.brown6@usdoj.gov
                         Catherine Pelker
16                       US DOJ
                         950 Pennsylvania Avenue NW
17                       Washington, DC  20530
                         Email:  Catherine.pelker@usdoj.gov
18                       Jeffrey Pearlman
                         DOJ-CRM
19                       1301 New York Avenue NW
                         Washington, DC  20005
20                       Email:  Jeffrey.pearlman@usdoj.gov

21    For Defendant:     Tor Ekeland
                         Michael Hassard
22                       Tor Ekeland Law PLLC
                         30 Wall Street, 8th Floor
23                       Brooklyn, NY  10005
                         Email:  Tor@torekeland.com
24                       Email:  Michael@torekeland.com

25    Court Reporter:    Janice E. Dickman, RMR, CRR, CRC
                         Email:  Janice_e_dickman@dcd.uscourts.gov
```

1    *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *

2              THE COURT:  All right.  Are we ready to get the jury?

3              MR. BROWN:  Yes, Your Honor.

4              THE COURT:  The witness can come back to the stand.

5              (Whereupon the jurors enter the courtroom.)

6              THE COURTROOM DEPUTY:  Jury is present.  You may be

7    seated and come to order.

8              THE COURT:  Mr. Brown, you may continue.

9                   DIRECT EXAMINATION (continued)

10   BY MR. BROWN:

11   Q.  Good afternoon, Agent Rovensky.  Could I direct you in your

12   binder to review Exhibits 804 through 806?

13   A.  Yes, I see them.

14   Q.  Are those records provided by Microsoft in response to

15   further legal process?

16   A.  Yes, they are.

17   Q.  And are these Exhibits 804 through 806 fair and accurate

18   copies of the records provided by Microsoft?

19   A.  They are.

20              MR. BROWN:  The government moves to admit and publish

21   804 through 806.

22              THE COURT:  Any objection?

23              MR. EKELAND:  Just looking through it real quickly,

24   Your Honor, one moment.

25              No objection, Your Honor.

```
1              THE COURT:  Exhibits 804 through 806 are admitted and
2     may be published to the jury.
3              (Government's Exhibits 804 through 806 admitted.)
4     BY MR. BROWN:
5     Q.  Agent Rovensky, directing your attention to Exhibit 804
6     which is up on your screen here, what information is shown
7     here?
8     A.  This is information for the shormint@hotmail.com account.
9     These are account records for subscriber information.
10    Q.  Can you tell from looking at this document when Microsoft
11    produced this information?
12    A.  Yes.  This was produced on December 13th, 2016.
13    Q.  Is that a subsequent event compared to the records we were
14    just looking at?
15    A.  Yes, the previous records were produced in June of 2016,
16    and this was in December of 2016.
17    Q.  And so what Microsoft account is shown here?
18    A.  This appears to be the active shormint@hotmail.com account.
19    Q.  And could you point out the sign-in name for the
20    shormint@hotmail.com account?
21    A.  Yes.  First name Vasily.  Last name Kunnikov.
22    Q.  Could you point out the geographic location?
23    A.  London, United Kingdom.
24    Q.  And I believe if you scroll to the right a little bit, is
25    there -- maybe clear your previous marks from the screen,
```

1    please.

2    A.  Yes, I'm sorry.  This is the archived shormint@hotmail.com

3    account and the creation date.

4    Q.  Agent Rovensky, maybe could you clear out the markings you

5    previously made.

6         And now could you point out the account creation date

7    for this account?

8    A.  Yes, now that I see it.  The creation date is October 7,

9    2011 at 12:01:40 a.m.

10   Q.  Now, was law enforcement able to obtain a search warrant

11   for this shormint@hotmail.com account?

12   A.  We did obtain a search warrant for this account.

13   Q.  Were the full contents of the email account available when

14   the search warrant was obtained?

15   A.  No, they were not.

16   Q.  Why was that?

17   A.  It's because this account was archived, deleted at

18   Microsoft, so those records were not available.

19   Q.  Were there still some more recent emails that had come into

20   the shormint@hotmail.com account?

21   A.  Yes, for the active one there were emails.

22   Q.  And were those only emails after a certain date and time?

23   A.  Yes.

24   Q.  And what was that event or that date?

25   A.  After October, 2015.

```
1    Q.  So, I would like to show you a handful of emails that were
2    recovered.  If we could -- if I could have you look in your
3    binder at Exhibit 816?
4    A.  I see it.
5    Q.  And actually, also look at Exhibit 815 while you're at it,
6    shormint@hotmail.com.
7    A.  I see it.
8    Q.  Do you recognize those two exhibits?
9    A.  I do.
10   Q.  What do they appear to be?
11   A.  These are emails from the shormint@hotmail.com account.
12   Q.  Do those fairly and accurately represent emails produced in
13   response to legal process?
14   A.  Yes, they do.
15            MR. BROWN:  The government moves to admit Exhibit 815
16   and 816 and publish.
17            THE COURT:  Any objection?
18            MR. EKELAND:  Hearsay.
19            MR. BROWN:  Your Honor, we can walk through some
20   foundational questions to establish that these are automated
21   business record messages and/or they're not being used to --
22   for the truth of the matter asserted.
23            THE COURT:  Okay.
24   BY MR. BROWN:
25   Q.  So, Agent Rovensky, before we publish, with respect to --
```

1    directing your attention to Exhibit 816 on the screen here, who

2    is that -- what form of exhibit is that?

3    A.   This is an email.

4    Q.   And who is the email from?

5    A.   The email is from noreply@bitcointalk.org.

6    Q.   Are "no reply" addresses usually mailed or automated?

7    A.   These are usually automated, automatically generated

8    emails.

9    Q.   Who is the email to?

10   A.   The email is to shormint@hotmail.com.

11   Q.   What is the date of that email?

12   A.   January 18th, 2016.

13   Q.   Could you -- looking at the body of the email, could you --

14   directing your attention to the second line of that email,

15   could you read what it says there on that second line, starting

16   with "Important"?

17   A.   "Could you please fix my deposit."

18   Q.   Sorry.  Agent Rovensky, the second line of the body, just

19   the second line from the very top, starting with the word

20   "Important"?

21   A.   I understand.  "Important.  Remember, this is just a

22   notification.  Please do not reply to this email."

23   Q.   Then down towards the bottom there is a dotted line and

24   there is some text beneath that dotted line.

25            Do you see that?

1    A.  I do.

2    Q.  Could you read the dotted line up until the web addresses

3    beneath the dotted line -- sorry -- up until the web addresses?

4    A.  Sure.

5         "You are receiving this message because you are a

6    member of the Bitcoin forum.  If you do not want to receive

7    further messages, you can change your notification preferences

8    here."

9         MR. BROWN:  Your Honor, at this time I think we've

10   laid the foundation that this is a business record, and it is

11   also -- we're not introducing the text of any of this for the

12   truth of the matter asserted.

13        THE COURT:  All right.

14        MR. EKELAND:  Your Honor, there's clearly a message

15   from a user in the body of this email that has not been

16   redacted.  This is not purely an auto response.

17        It says, "The message they sent you was," and if you

18   look below that, there is a message, and that is hearsay.

19        MR. BROWN:  Your Honor, we're not introducing the

20   body of that message for the truth of the matter asserted.

21   We're using it -- that is, effect on the listener.  It's to

22   show knowledge and that the recipient of this email account

23   received a message like that.  It doesn't matter if what

24   they're saying is true or not.  What matters is the recipient

25   of the message received the message.

```
 1              THE COURT:  I will -- go ahead.

 2              MR. EKELAND:  Additionally, Your Honor, just looking

 3      at the body of the message, we have a 403 objection.

 4              MR. BROWN:  Your Honor --

 5              THE COURT:  Go ahead and pick up the phone.

 6              (A bench conference was held as follows:)

 7              THE COURT:  What's the 403 issue?

 8              MR. EKELAND:  The text of the message says, "Hi, I am

 9      your drug buddy.  Could you please fix my deposit?"

10              And this is from a user that has, as far as I know,

11      nothing to do with this case.  I do not understand why this is

12      being introduced at all.  I also think there's a relevancy

13      objection here.

14              THE COURT:  Hold on a second.

15              (Pause.)

16              THE COURT:  I'm sorry.  Which message are you looking

17      at?

18              MR. EKELAND:  Your Honor, if you look -- we're on

19      816.  Is that what we're on?

20              THE COURT:  I see it.  Mr. Brown?

21              MR. BROWN:  Your Honor, this is clearly not

22      substantially more prejudicial than it is probative.  One of

23      the elements of the offense that the government has to prove is

24      knowledge that the Bitcoin Fog was transacting involving the

25      proceeds of specified unlawful activity; namely, drug
```

1    trafficking.  The fact the administrator of Bitcoin Fog used

2    someone using the username Your Drug Buddy is highly probative

3    and relevant to establishing that knowledge element.

4            MR. EKELAND:  That doesn't answer the hearsay

5    objection.

6            THE COURT:  Yeah, it's for the truth of the assertion

7    of the speaker.  It's for the impact on the listener, I take

8    it?

9            MR. EKELAND:  Your Honor, they are offering it for

10   the truth that Bitcoin Fog was engaged in drug transactions.

11   So I would submit to the Court that it's actually being offered

12   for the truth of the statement which is that essentially

13   Bitcoin Fog is laundering drug money.  So I disagree.

14           THE COURT:  If that's the case, that's the basis it's

15   being offered, then it's being offered by a co-conspirator.

16           MR. EKELAND:  Again, we renew our objection on the

17   co-conspirator front because the witnesses have been called out

18   of order and there's no foundation for that.

19           THE COURT:  I've already made a finding for the

20   co-conspirator exception that conspiracy existed, and the only

21   question is whether the emails at issue are in furtherance of

22   that conspiracy.

23           Mr. Brown?

24           MR. BROWN:  Yes, Your Honor.  I think this email

25   obviously is in furtherance of the conspiracy.  Again, you

1   know, it doesn't matter whether the sender of the automated

2   message was, in fact, Akemashite Drug Buddy.  That is not what

3   we are asserting.  It goes to his knowledge and the fact that

4   there are users writing in to Akemashite asking for help with

5   their transactions is a communication in furtherance of the

6   conspiracy.  It goes to the operation of the conspiracy and

7   whether Bitcoin Fog was operating as a mixing service.

8           MR. EKELAND:  I was just going to say, it's not clear

9   to me at all that the body of this email, this text that we're

10  referring to, is in furtherance of the conspiracy because

11  there's no clear statement that actually what they're talking

12  about is drug money, nor is there anything in evidence showing

13  that whoever is behind the Shormint account ever saw this

14  account because it's an auto reply.

15          MR. BROWN:  Your Honor, either "Your Drug Buddy" is

16  being introduced for the truth of the matter asserted, or it's

17  not.  And if it's not, then what is the 403 issue?  And if it

18  is, then this is clearly in furtherance of a drug conspiracy.

19          THE COURT:  What do you think I should tell the jury

20  about this?  Should I tell them it's not coming in for the

21  truth of the matter asserted or just for the effect on the

22  listener?

23          MR. BROWN:  Yes, Your Honor.  That is exactly what we

24  would like to do.

25          MR. EKELAND:  Who is the listener that is being

1    affected?

2          MR. BROWN:  The listener is Shormint.  We've

3    established that Shormint is the same as Akemashite Omedetou

4    who is the administrator of the Bitcoin Fog.

5          MR. EKELAND:  We object.

6          THE COURT:  That's an actual argument that you can

7    make.  Okay.  Thank you.

8          (Whereupon, the bench conference concludes.)

9          THE COURT:  Court will admit 80 -- 815 and -16 -- are

10   those the right numbers?

11         MR. BROWN:  Yes.

12         THE COURT:  I want to instruct the jury that there --

13   in the email there is some substantive text and that is not

14   being admitted for the truth of the matter asserted, but for

15   the affect on the listener.  And for those purposes, the

16   listener here is shormint@hotmail.com.  And you can decide for

17   yourselves whether you believe that it was received or seen and

18   whether it had any effect on the listener.

19         MR. BROWN:  Your Honor, if the Court wants to maybe

20   clarify that that applies to both of these two exhibits.  I

21   think the same issue will arise.

22         THE COURT:  I meant that to apply to 815 and 816.

23         MR. BROWN:  The government moves to admit and

24   publish, subject to that limit.

25         THE COURT:  Yes.

```
 1              (Government's Exhibits 815 and 816 admitted.)
 2              A JUROR:  Could you clarify what "asserted" means?
 3              THE COURT:  Yes.  Yeah.  It's -- so the email here
 4      says -- well, it's not being -- I'll give you an example, just
 5      a hypothetical, not this thing.
 6              If, in a case, I were to say to somebody -- or let's
 7      say you were in a car accident and you said the reason I was in
 8      a car accident was the judge told me the building was on fire
 9      and I had to leave as quickly as I possibly could.  It doesn't
10      matter if -- that comes in not for the truth of the matter
11      asserted, it's the effect on you.  It's coming in as to whether
12      you had good reason to be concerned, whether -- you know, to
13      explain why you were explaining what was in your head at the
14      time.  It doesn't really matter whether the building was
15      actually on fire or not.  And so that -- that's what I mean
16      when I say it's coming in not for the truth of the matter
17      asserted, but for the affect on the listener.
18              Go ahead.
19      BY MR. BROWN:
20      Q.  Agent Rovensky, could you walk the jury through the
21      different parts of the -- the body of this email message?
22      A.  So on top is the subject, "New personal message."
23      Q.  And then after the colon, what does it say?
24      A.  The subject is "Your drug buddy."
25              Then, the next line is "From," that is who is sending
```

1    the email.  In this case, Bitcoin Forum,

2    noreply@bitcointalk.org.  The "To" line is the recipient of the

3    email, shormint@hotmail.com.  The date is January 18th, 2016.

4    And the time the email was sent.

5    Q.  And then just looking at the body of that email, could you

6    read the first line of that email.

7         I think you already read the second line, but could you

8    read the first line, please?

9    A.  Sure.

10         "You have just been sent a personal message by

11    Ilikestuff on Bitcoin forum."

12    Q.  And, Agent Rovensky, what kind of email does this appear to

13    be?

14         Is this -- is noreply@bitcointalk a person sending this

15    email or is it something else?

16              MR. EKELAND:  Objection.

17              THE COURT:  I'm sorry?

18              MR. EKELAND:  It's a compound question.  It's vague

19    and ambiguous in asking what type of email this is.

20              MR. BROWN:  I can rephrase that question, Your Honor.

21              THE COURT:  Okay.  Thank you.

22    BY MR. BROWN:

23    Q.  Agent Rovensky, does this email appear to be an email that

24    somebody sat down to type or something else?

25    A.  It appears to be an automatically generated notification

```
 1    email.

 2    Q.  And can you see here -- is there -- the text of this email

 3    that was sent to Shormint through BitcoinTalk?

 4    A.  Yes, I can.

 5    Q.  And could you point that out to the jury?

 6    A.  (Indicating.)

 7    Q.  And could you just read what you just highlighted there?

 8    A.  Sure.

 9            "Hi, I am your drug buddy.  Could you please fix my

10    deposit.  It has 13,068 confirmations.  Thank you."

11    Q.  And then turning to Exhibit 850.  And could you read the

12    subject line for this email?

13    A.  Yes.  The subject line is "New personal message, Bitcoin

14    Fog."

15    Q.  And who is -- who is this message from?

16    A.  This is also from noreply@bitcointalk.org.

17    Q.  And so is this a similar formatted message to the one we

18    just looked at?

19    A.  Yes, it is.  It's an automatically generated notification

20    email.

21    Q.  And who is this email to?

22    A.  To shormint@hotmail.com.

23    Q.  And what's the date of this email?

24    A.  January 2nd, 2016.

25    Q.  And could you read the first line in the body of the text?
```

1    A.  You have just been sent a personal message by Blacksob12 on

2    Bitcoin forum.

3    Q.  And is there part of this message that shows the message

4    that was forwarded to shormint through the BitcoinTalk forum?

5    A.  Yes, there is.

6    Q.  Could you just highlight that?

7    A.  (Indicating.)

8    Q.  And could you read that sentence please?

9    A.  Sure.

10          "Are you a member of Bitcoin Fog?  I'm still waiting

11   for my Bitcoins.  I wanted to mix 0.9 Bitcoins on your site.

12   Where is it?  User name:  Sobando12."  Address where it should

13   deposit."

14   Q.  And, Agent Rovensky, you don't need to read the Bitcoin

15   address.

16   A.  It's a 1PQQ followed by, "Can you help?  Greetings."

17   Q.  Thank you, Agent Rovensky.

18          Now we can close that out.

19          I would like to discuss a couple of other email

20   addresses that will come up at different points in your

21   testimony.

22          When Mr. Sterlingov was arrested, was he carrying

23   account recovery codes?

24   A.  Yes, he was.

25   Q.  And for what email address?

1    A.  Heavydist@gmail.com.

2    Q.  Directing your attention to Exhibit 111, which has

3    previously been admitted.

4            MR. BROWN:  Please publish to the jury.

5    BY MR. BROWN:

6    Q.  What is shown in Exhibit 111?

7    A.  These are the recovery codes for heavydist@gmail.com.

8            MR. EKELAND:  Objection, Your Honor.  This is

9    cumulative.  We've been through this.

10            THE COURT:  Overruled.

11   BY MR. BROWN:

12   Q.  Did the investigation team ever obtain a search warrant for

13   heavydist.com?

14   A.  Yes.

15            MR. BROWN:  Directing your attention to Exhibit 817.

16            THE COURTROOM DEPUTY:  817?

17            MR. BROWN:  817, yes.

18   BY MR. BROWN:

19   Q.  Do you recognize this exhibit?

20   A.  I do.

21   Q.  What is it?

22   A.  These are records provided by Google pursuant to the search

23   warrant.

24   Q.  And do these records fairly and accurately represent the

25   records that Google produced to the government in response to a

1    search warrant?

2    A.  Yes, they do.

3              MR. BROWN:  The government moves to admit and publish

4    817.

5              THE COURT:  Any objection?

6              MR. EKELAND:  No objection.

7              THE COURT:  817 is admitted and may be published to

8    the jury.

9              (Government's Exhibit 817 admitted.)

10   BY MR. BROWN:

11   Q.  Agent Rovensky, just to start out with:  Is this the format

12   in which Google provided this particular record?

13   A.  It is.

14   Q.  So starting at the top of the -- the information, is there

15   a name listed for this email account?

16   A.  Yes, there is.  Roman Heavydist.

17   Q.  And what is the email address?

18   A.  The email address is heavydist@gmail.com.

19   Q.  And is there something listed as SMS?

20   A.  Yes, there is.  There's a phone number provided here.

21   Q.  And do you have an understanding of what SMS is or what

22   it's used for?

23   A.  Yes.  It's a way to receive text, commonly for two-factor

24   authorization.

25   Q.  And is there something in brackets at the end of the SMS?

1    A.  There is, SE.

2    Q.  Do you have an understanding of what SE means in this

3    context?

4    A.  Yes.  That refers to the country of Sweden.

5    Q.  And is there a nickname given for this account?

6    A.  Yes.  The nickname for this account is Max Power.

7    Q.  Now, did Mr. Sterlingov -- do you find in your

8    investigation that Mr. Sterlingov registered some of his

9    financial accounts using the heavydist@gmail.com email account?

10   A.  He did.

11           MR. BROWN:  You can close that.

12   BY MR. BROWN:

13   Q.  Agent Rovensky, did law enforcement obtain records for the

14   email domain plasmadivision.com?

15   A.  Yes.

16   Q.  And were those produced to the investigation team as a

17   result of an official request to Denmark?

18   A.  Yes.

19   Q.  Was there more than one address -- email address using the

20   plasmadivision.com?

21   A.  There was.  There was plasma@plasmadivision.com and there

22   was also spam@plasmadivision.com.

23   Q.  So directing your attention to Exhibit 838.

24           Do you recognize this item?

25   A.  I do.  This is an email from the heavydist@gmail.com

1    account.

2    Q.  And is this an email that was produced in response to the

3    search warrant for Heavydist?

4    A.  It was.

5    Q.  Does this fairly and accurately represent the record

6    provided by Google in response to the search warrant?

7    A.  It does.

8           MR. BROWN:  The government moves to publish and admit

9    Exhibit 838.

10           THE COURT:  Any objection?

11           MR. EKELAND:  No objection.

12           THE COURT:  Exhibit 838 is admitted and may be

13    published to the jury.

14           (Government's Exhibit 838 admitted.)

15           MR. BROWN:  So zooming into the top of this.

16    BY MR. BROWN:

17    Q.  What is the subject line of this email?

18    A.  "Center Gold contact message.  Remove phone number."

19    Q.  And who is this email from?

20    A.  This email is from Mr. Sterlingov using his

21    heavydist@gmail.com account.

22    Q.  And who is it to?

23    A.  Center Gold Support.

24    Q.  And scrolling through the message, does this appear to be

25    more than one message or just one message?

1    A.  Yes, it appears to be a thread.  A series of messages.

2    Q.  Sorry.  Could you repeat that?

3    A.  It's a thread or a series of messages.

4    Q.  And where in this item are the oldest messages?

5    A.  At the bottom.

6    Q.  Now, about halfway down the first page, there's a quoted

7    message from Roman Heavydist, heavydist@gmail.com, dated -- or,

8    do you see that message?

9    A.  The one dated March 7th, 2013, at 1752?

10   Q.  Yes.

11       Could you just read -- read the body of that message,

12   the whole text of that March 7th message?

13   A.  Sure.

14       Roman Heavydist writes, "I am not trying to create a

15   second account.  Please read my first message again.  I must

16   delete the old account because I don't have any information for

17   it exactly.  So that I won't have two accounts, only one, the

18   new one.  I have tried to recover the password but it says that

19   this is impossible because I have a non-American phone.  I am

20   not trying to get access to any account, just to delete the

21   account which I know is mine so that I use your service with my

22   phone, which is unchanged.  I am pretty sure the account was

23   registered to the email spam@plasmadivision.com.  Sorry for the

24   trouble.  Roman."

25   Q.  And closing this email out.

1              Directing your attention to Exhibit 891.

2              Do you recognize this exhibit?

3    A.  Yes, I do, this is an email from the

4    plasma@plasmadivision.com account.

5    Q.  Does this email fairly and accurately show one of the email

6    messages that were provided to law enforcement for the

7    plasmadivision.com domain?

8    A.  It does.

9              MR. BROWN:  The government moves -- the government

10   moves to admit and publish Exhibit 891.

11             THE COURT:  Any objection?

12             MR. EKELAND:  I just need to look at it real quick,

13   Your Honor.

14             No objection.

15             THE COURT:  891 is admitted and may be published to

16   the jury.

17             (Government's Exhibit 891 admitted.)

18   BY MR. BROWN:

19   Q.  So scrolling up to the very top of this message, who is

20   this message from in the "From" line?

21   A.  This is a message from Mr. Sterlingov's employer's account.

22   Q.  Could you point out that name and the email address that

23   it's from?

24   A.  Here it is.  Roman@capo.se.

25   Q.  What is CAPO.SE?

1    A.  This is where Mr. Sterlingov was employed.

2    Q.  What is the domain SE or the .se SIG file?

3    A.  That this domain is registered in Sweden.

4    Q.  What is the date of this message?

5    A.  June 19th, 2012.

6    Q.  Where is this message being sent to?

7    A.  This message was being sent to Mr. Sterlingov's plasma at

8    plasmadivision.com account.

9    Q.  We can close that out.

10       Did Mr. Sterlingov also use his spam@plasmadivision.com

11   accounts or his plasma@plasmadivision.com accounts to register

12   financial accounts in his own name?

13   A.  Yes, he did.

14           MR. EKELAND:  Objection.  Leading.

15           THE COURT:  Go ahead.  Sustained.  You can rephrase

16   the question.

17           MR. BROWN:  I'm sorry, Your Honor?

18           THE COURT:  Yeah.  I'm just asking that you rephrase

19   the question.

20   BY MR. BROWN:

21   Q.  Did Mr. Sterlingov register certain financial accounts in

22   his own name?

23   A.  He did.

24   Q.  Did Mr. Sterling use certain email addresses to register

25   those financial accounts in his own name?

1    A.  Yes, he did.

2    Q.  What were some of the email accounts he used to register

3    financial accounts in his own name?

4    A.  He used heavydist@gmail.com, spam@plasmadivision.com.  He

5    used plasma@plasmadivision.com.

6    Q.  Now, Agent Rovensky, we talked earlier about another

7    account on the BitcoinTalk forum with the name of Killdozer.

8         I would like to direct your attention to Exhibit 12,

9    which has been admitted previously.

10        Now, scrolling down, maybe about two-thirds of the way,

11   is there another user or user's information shown in this

12   exhibit?

13   A.  Yes.  Starting here, this is the user information for the

14   Killdozer account.

15   Q.  And could you -- let's walk through the information given.

16   Could you read out the username for the Killdozer account?

17   A.  The username is Jordan Butch.

18   Q.  What is the display name?

19   A.  The display name is Killdozer.

20   Q.  When was this Killdozer account registered?

21   A.  This account was registered on August 3rd, 2011.

22   Q.  What's the email address given for the Killdozer account?

23   A.  Jordan.butch@mail.ru.

24   Q.  Is there a birth date given for Killdozer?

25   A.  Yes.  Again, January 1st of the year 1 AD.

 1    Q.  If you scroll down just a little bit further under the

 2    signature line, is there -- what does it say under signature?

 3    A.  Under signature it says Bloom Editor with a domain

 4    Bloomeditor.com.

 5    Q.  Do you have an understanding of who controlled the

 6    Killdozer account?

 7    A.  Roman Sterlingov.

 8    Q.  I would like to direct your attention to Exhibit 865, which

 9    I believe has been conditionally admitted.  Maybe -- sorry, not

10    this exhibit.  This is a new exhibit.

11         Agent Rovensky, do you recognize Exhibit 865?

12    A.  I do.  This is an email from the heavydist@gmail.com

13    account.

14    Q.  Was this email obtained through the legal process to

15    Google?

16    A.  It was.

17    Q.  Does this exhibit fairly and accurately represent the

18    contents of that email?

19    A.  It does.

20         MR. BROWN:  The government moves to admit and publish

21    Exhibit 865.

22         THE COURT:  Any objection?

23         MR. EKELAND:  No objection.

24         THE COURT:  865 is admitted and may be published to

25    the jury.

```
 1                  (Government's Exhibit 865 admitted.)
 2     BY MR. BROWN:
 3     Q.  Agent Rovensky, could you read the "From" line from this
 4     email?
 5     A.  Mediawikimailwiki@bitcoin.it.
 6     Q.  Do you have understanding of what Bitcoin.it is or was?
 7     A.  Yes.  It was the Wikipedia site for Bitcoin.
 8     Q.  Who is this email directed to?
 9     A.  Killdozer with the email heavydist@gmail.com.
10     Q.  Could you just read the first two lines of text written in
11     the body of the email, please?
12     A.  "Someone, probably you, from IP address 83.248.132.4 has
13     registered an account Killdozer with this email address on
14     Bitcoin."
15     Q.  We can close that out.
16          Directing your attention now to Exhibits 862 and 862-B,
17     I believe.
18          And these were conditionally admitted in prior
19     testimony.
20          Looking at Exhibit 862, Agent Rovensky, what item is
21     this?
22     A.  This is an email from the heavydist@gmail.com account.
23     Q.  And can you tell from the body of the email what language
24     it is in?
25     A.  I believe this is in Swedish.
```

1    Q.  And to your understanding, were translations prepared of

2    this email?

3    A.  Yes, they were.

4    Q.  Directing your attention to Exhibit 862-B, do you recognize

5    this exhibit?

6    A.  Yes, this is the translation for that email.

7            MR. BROWN:  The government moves to admit and publish

8    Exhibits 862 and 862-B.

9            THE COURT:  Any objection?

10           MR. EKELAND:  Just relevance.

11           THE COURT:  862 and 862-B are admitted and may be

12   published to the jury.

13           (Government's Exhibits 862 and 862-B admitted.)

14   BY MR. BROWN:

15   Q.  First, could you look at Exhibit 862 and just point out to

16   the jury who is it from and who is it to?

17   A.  This email was from the defendant, from his

18   heavydist@gmail.com address, and it's to mats@henricson.se.

19   Q.  What's the date of this email?

20   A.  May 24th, 2012.

21   Q.  And directing your attention to Exhibit 862-B, is this the

22   translation?

23   A.  It is.

24   Q.  Could you read the translated body of that email, please?

25   A.  "Hi, Mats.  I'm the guy from Gothenburg, and I can be found

1    on bitcoin.se and BitcoinTalk as Killdozer.  I just want to

2    tell you that you can count on me.  This is a really great

3    initiative.  It is a shame that it is not in Gothenburg."

4    Smiley face.

5    Q.  Agent Rovensky, is the city of Gothenburg significant in

6    any way to this case?

7    A.  Yes.  This is --

8            MR. EKELAND:  Vague and ambiguous as to significant.

9            THE COURT:  Overruled.  We're trying to avoid

10   leading, I think.

11   BY MR. BROWN:

12   Q.  Agent Rovensky, you can answer the question.

13   A.  This is a city in Sweden where the defendant resided.

14   Q.  We can close this out.

15       And directing your attention to Exhibit 910, do you

16   recognize this exhibit?

17   A.  Yes.  This is an email from Mr. Sterlingov's

18   spam@plasmadivision.com account.

19   Q.  Does this exhibit fairly and accurately represent the

20   records from the spam@plasmadivision.com email records?

21   A.  It does.

22           MR. BROWN:  Government moves to admit and publish

23   Exhibit 910.

24           THE COURT:  Any objection?

25           MR. EKELAND:  Just one moment.  We just want to look

1    at it quickly.

2              (Pause.)

3              MR. EKELAND:  It contains hearsay and I question its

4    relevance.

5              MR. BROWN:  Your Honor, we are not planning to

6    introduce any statements that are not statements of the

7    defendant.  The other text on the page is not being introduced

8    or used in any way to prove the truth of the matter asserted

9    but merely to show the effect on the listener, and I believe

10   we've made a showing that the listener here is the defendant,

11   Roman Sterlingov.

12             MR. EKELAND:  And then it's cumulative, Your Honor.

13             THE COURT:  I will allow it.  The objection is

14   overruled, and Exhibit 910 is admitted and may be published to

15   the jury.

16             I'm sorry.  The objection is overruled.  The exhibit

17   is admitted and may be published to the jury.

18             (Government's Exhibit 910 admitted.)

19   BY MR. BROWN:

20   Q.  Agent Rovensky, does this appear to be another threaded

21   email?

22   A.  It does.

23   Q.  And can you tell from looking at this where the different

24   messages sort of fit into that nested message?

25   A.  Yes, I can.

1           MR. BROWN:  So, actually, Your Honor, we do intend to

2     elicit just some of the framing language from the third party,

3     which is not being used for any --

4           THE COURT:  So just, again for the jury, there's

5     something -- some material at the top of the page and then

6     there's material at the bottom of the page.  The material at

7     the bottom of the page has been admitted into evidence.  The

8     material at the top of the page has been admitted not for the

9     truth of the matter asserted, but just for the effect of

10    framing the email that you see below.

11    BY MR. BROWN:

12    Q.  So about a third of the way down the page there's a line

13    that starts, "On April" -- or, "APR 27."  And then there's an

14    email address there.  And then the word "Wrote."

15          Before you read it, could you explain what is going on

16    there in that message?

17    A.  Yes.  So this is -- this is the responder quoting

18    Mr. Sterlingov's previous message before responding to it at

19    the bottom.

20    Q.  Could you read how the responder starts, with the words

21    "Dear Roman"?

22    A.  "Dear Roman.  You wrote," colon.

23    Q.  And then what do you understand the further indented text

24    beneath that to be?

25    A.  The next two paragraphs are what Mr. Sterlingov wrote to

1    the responder.

2    Q.  Could you read those next two paragraphs?

3    A.  Sure.

4         "That name is no gamer name.  It is the name I always

5    use in my IT work with my colleagues and in all my computer

6    environments.  It was my identity which I have been living with

7    and used in my work and the only one I associate myself in

8    those contexts.  So you see, it would work perfectly as a

9    psychological copy protection of the program.  I am a developer

10   myself, and as you surely understand, it is in the IT culture

11   to use such names.

12        "Please let me have this name on the license.  I have

13   used your program for a very long time and sincerely consider

14   your program the single biggest timesaver and overall computer

15   experience improver ever made.  It is the first one I install

16   on every new system.  It is the first one that starts every day

17   as well.

18        "I recommended it to almost any other developer/power

19   user I meet.  So I thought that it seems only fair that I buy a

20   real copy this time, instead of using the trial version, which

21   is still very generous of you to let users to do considering

22   how much I have been using it and going to use it.

23        "Please let this experience stay as magical as it is

24   by using the provided name, which is the one that I use all the

25   time in my work and any IT context."

1    Q.  Agent Rovensky, from the context of this message, can you

2    tell what name is Mr. Sterlingov referring to?

3    A.  He's referring to Killdozer.  Killdozer.

4    Q.  Now, going back to BitcoinTalk, can users on BitcoinTalk

5    send private messages to one another?

6    A.  Yes.  That's one of the features.

7    Q.  Did you obtain -- did the investigation team obtain private

8    messages for the user Killdozer?

9    A.  Yes.  BitcoinTalk provided private messages to Killdozer

10   pursuant to a search warrant.

11   Q.  Now, directing your attention to Exhibit 15 -- 15,

12   one-five -- which I believe has been previously admitted.

13          And scrolling down about halfway or two-thirds of the

14   way.

15          Are there messages from -- to and from Killdozer?

16   A.  Yes, there are.

17   Q.  I think -- are there sent private messages from Killdozer?

18   A.  Yes, there are.  First, it showed sent private messages

19   then it showed received private message.

20   Q.  So just looking at the very first sent private message

21   here, can you point out the date and time of this first private

22   message?

23   A.  October 2nd, 2011.

24   Q.  And who is the recipient of this private message?

25   A.  The recipient is Duncant.

1    Q.   And is that a BitcoinTalk user ID?

2    A.   It is.

3    Q.   And could you read the subject of that -- that private

4    message?

5    A.   The subject is "Blind Bitcoin."

6    Q.   And in the body -- is the body printed below?

7    A.   Yes.

8    Q.   Could you read the whole body of that message?

9    A.   Sure.

10          So Killdozer writes, "Hello.  Did you already

11   outsource the Blind Bitcoin site to someone else?  If not, I am

12   very much willing to discuss taking over.  I think the service

13   is great and operating such a website would be very

14   interesting.  Besides, I believe I have all the needed

15   technical qualifications.  Do you have a Jabber account?

16   Perhaps we could discuss this in more detail there."

17   Q.   And then looking at the next private message below that,

18   what is the date and time of that private message?

19   A.   The date and time of the next private message is October 2,

20   2011.

21   Q.   And is it the same recipient?

22   A.   It is, Duncant.

23   Q.   And looking at the body of the message, is it the same or

24   different from the first private message?

25   A.   It's the same, with something new in the parenthesis at the

1    bottom.

2    Q.  And could you read that something new in the parenthesis,

3    please?

4    A.  Sure.

5            "This is the second message.  The browser died.  I

6    don't know if you received the first one."

7    Q.  Now, October 2nd, 2011, how does that compare in time to

8    the launch of Bitcoin Fog?

9    A.  This is a few weeks before the launch of Bitcoin Fog.  It's

10   the same month that Bitcoin Fog was launched.

11   Q.  And if we could scroll a little further to see "received."

12   Private messages that Killdozer received.  Right here.

13           Looking at that first received private message, what is

14   the date and time?

15   A.  October 4th, 2011.

16   Q.  And who is the sender of this message?

17   A.  The sender is Duncant.

18   Q.  What is the subject?

19   A.  It's a continuation of the subject Blind Bitcoin.

20   Q.  And does this message begin with a quotation?

21   A.  It does.  It quotes the first message that was sent by

22   Mr. Sterlingov.

23   Q.  And how does Mr. Sterlingov, using the name Killdozer,

24   respond in this message?

25           Or, excuse me, how does -- how does the recipient

1   respond to Mr. Sterlingov?

2   A.  Duncant responds, "Hi.  Sorry for taking too long to get

3   back to you.  The semester has just gotten into full swing and

4   I have had no time to myself.  I have not handed over this site

5   to anybody yet.  I don't really have any sort of IM client, but

6   I check my email every five minutes or thereabouts, so that's

7   probably the best way to get ahold of me, duncant@mit.edu.  I

8   am moderately comfort with IRC, if you prefer that."

9   Q.  And, Agent Rovensky, what was Blind Bitcoin?

10  A.  Blind Bitcoin was the Bitcoin mixing service that

11  operated --

12              MR. EKELAND:  Objection, Your Honor.

13              THE COURT:  What's the objection?

14              MR. EKELAND:  This is hearsay and I don't think we've

15  laid a foundation that he's got knowledge.

16              THE COURT:  You can just lay the foundation about how

17  he knows.

18  BY MR. BROWN:

19  Q.  Agent Rovensky, do you have an understanding of who Duncant

20  is?

21  A.  I do.

22  Q.  Who is that?

23  A.  Duncan Townsend.

24  Q.  And have you spoken to Duncan Townsend?

25  A.  I have.

1    Q.  And have you -- has Duncan Townsend explained what Blind

2    Bitcoin was?

3    A.  Yes, he has.

4    Q.  Have you -- do you have an understanding of what Blind

5    Bitcoin was?

6    A.  I do.

7    Q.  What was it?

8    A.  Blind Bitcoin was a Bitcoin mixing service that operated

9    previous to Bitcoin Fog in the summer -- in the spring/summer

10   of 2011.

11   Q.  Now, did the search warrant also return private messages

12   for the user Akemashite Omedetou?

13   A.  Yes.

14   Q.  Now, directing your attention up at the very top of this

15   long document.

16         What is shown at the top of Exhibit 15?

17   A.  Just like with the Killdozer account, the sent private

18   messages for Akemashite Omedetou are shown first, followed by

19   the received private messages.

20   Q.  So looking at this first sent private message, what is the

21   date of this private message?

22   A.  October 27th, 2011.

23   Q.  And who is the sender of this message?

24   A.  The sender is Akemashite Omedetou.

25   Q.  And who is the recipient?

1    A.   The recipient is Theymos.

2    Q.   Do you have understand of who Theymos is or was?

3    A.   I do.   Theymos is the administrator of bitcointalk.org.

4    Q.   Could you read the body of that message?

5    A.   "I don't know if it was you personally, but thanks for

6    unlocking my account.   I never anticipated so much trouble in

7    the now-deleted Bitcoin Fog topic yesterday.   The idea was to

8    create it before the actual announcement, to be able to reserve

9    first two answers for updates and extra information, because we

10   are planning to use a topic here as the main discussion place

11   for the service.

12             "Nevertheless, I won't do any more such experiments.

13   I'll just put the announcement in at 1700 UTC, plain and

14   simple.   The service itself is basically a Blind Bitcoin

15   implementation with improvements and more professionally done.

16   Operating through Tor.   Thanks for understanding."

17   Q.   And how does the date of this message relate in time to the

18   launch of Bitcoin Fog?

19   A.   The date of this message is October 27, 2011; this is the

20   date that Bitcoin Fog was launched.

21   Q.   Now, does the moniker Akemashite Omedetou referred to other

22   -- at other points to Blind Bitcoin?

23   A.   Yes, he did.

24   Q.   So directing your attention to Exhibit 1, which has

25   previously been admitted.   And looking at post number 1, under

1    the subject heading "Why us?"

2         And could you read the first few sentences that appear

3    on -- do you see the page break in this exhibit?

4    A.  I do.

5    Q.  Could you read essentially the block of text in between

6    "Why us?" and that page break?

7    A.  "Why us?  There have been a couple of similar services

8    before, and as we see it the problem with most of them was that

9    they were not professional enough, not secure enough, and not

10   taken seriously, thus becoming subjects to easy hacking and

11   other problems."  In quotations, My Bitcoin, Blind Bitcoin,

12   et cetera.  "We, on the other hand, are here for the long run."

13   Q.  Thank you.

14        Could I direct your attention to post 16.

15        And who made post 16?

16   A.  Post 16 was made by Akemashite Omedetou.

17   Q.  And what's the date of post 16?

18   A.  October 28th, 2011.

19   Q.  And is this another post with boxes of text and then

20   answers following that?

21   A.  Yes.  It's quoted text from a post by another user and the

22   response under it.

23   Q.  And if we could scroll down a little further to the last --

24   I believe the last box of text.

25        Could you read what is quoted in that box, please, up to

1    the web address?

2    A.  "Anything that requires trusting you is stupid and

3    hopefully people will realize that.  See this post for the

4    correct way to do things."

5         And it links to another BitcoinTalk URL address.

6    Q.  And do you have an understanding of where that BitcoinTalk

7    URL address leads to?

8    A.  I do.

9    Q.  Where does it lead to?

10   A.  This is a BitcoinTalk topic that's about Blind Bitcoin.

11   Q.  And in that web address, could you just point out the topic

12   number?

13   A.  The topic number is 12751.

14   Q.  And directing your attention now to Government Exhibit 22.

15        Agent Rovensky, do you recognize this exhibit?

16   A.  Yes, I do.

17   Q.  And what does this exhibit show?

18   A.  This is a topic started by Duncan Townsend sent using his

19   Duncant BitcoinTalk account, and it's titled "Blind Bitcoin

20   transfers."

21   Q.  And is this where that link would have led to, the thread?

22   A.  Yes, it is.

23   Q.  The government -- and did you take this screenshot?

24   A.  Yes, I did.

25   Q.  And does this screenshot fairly and accurately depict the

1    Blind Bitcoin thread on BitcoinTalk as you viewed it?

2    A.  It does.

3            MR. BROWN:  The government moves to admit and publish

4    Exhibit 22.

5            THE COURT:  Any objection to Exhibit 22?

6            MR. EKELAND:  No objection.

7            THE COURT:  Exhibit 22 is admitted and may be

8    published to the jury.

9            (Government's Exhibit 22 admitted.)

10   BY MR. BROWN:

11   Q.  Agent Rovensky, could you just point out the topic heading

12   for this thread?

13   A.  "Blind Bitcoin transfers."

14   Q.  Now, going back to -- if we could just toggle back to

15   Exhibit 1.

16           Sorry.  Post 16 on Exhibit 1 that we were just looking

17   at.

18           And then going back to that same quoted box of text in

19   Exhibit 1 at the bottom of post 16.

20           Could you read what Akemashite says in response to

21   that -- that quote that you just read out earlier?

22   A.  So he responds, "I have been following the Blind Bitcoin

23   project.  In fact, many of the ideas in our service originated

24   in that.  We are not, however, using any code base from Blind

25   Bitcoin.  Our solution is customly written."

1    Q.  Just to be clear, on that second -- that second line after

2    "code base," could you just reread that?

3    A.  Sorry.

4        "We were not, however, using any code base from BB.

5    Our solution is customly written."

6    Q.  And what do you understand BB to refer to?

7    A.  He's referring to Blind Bitcoin.

8    Q.  And then going back to Exhibit 22 where we just were.  If

9    you could drop to the very bottom of that thread, post 47 in

10   this thread?

11       Who is the author of this post?

12   A.  Akemashite Omedetou.

13   Q.  And what's the date of this post?

14   A.  December 3rd, 2011.

15   Q.  And how does December 3rd, 2011 relate in time to the

16   launch of Bitcoin Fog?

17   A.  Bitcoin Fog was launched on October 27th.  So this is a

18   little bit over a month since Bitcoin Fog was launched.

19   Q.  And could you just read the full text of that -- that post

20   there?

21   A.  Sure.

22       Akemashite writes, "As the TS has written in post

23   number 35, he is no longer running the service.  However, you

24   may want to check out our service,

25   HTTP://bitcointalk.org/index.PHP?topic=50037.0.

1         "We already superseded Blind Bitcoin in

2    functionality, run through TOR, and have a couple of other

3    advantages.  The Fog is not based on Blind Bitcoins however

4    and, thus, we do not share any of the bugs that may have led to

5    discontinuation of its service.  Sorry for the shameless

6    plugging, but it seemed like you were searching for a good

7    working anon-service."

8    Q.  We can close out of that exhibit, please.

9         Agent Rovensky, when somebody wants to set up a website,

10   how do they go about getting the web address for that website?

11            MR. EKELAND:  Objection.  Calls for speculation.

12            THE COURT:  Overruled.

13   BY MR. BROWN:

14   Q.  You may answer.

15   A.  They have to register the website address with a hosting

16   service.

17   Q.  Is there a way to determine which hosting service has

18   registered a given domain?

19   A.  There is.  That is publicly available.

20   Q.  And how do you look up that information?

21   A.  You do what's commonly referred to as a "whois" lookup.

22   Q.  And was the investigation team able to determine where

23   BitcoinFog.com was initially registered?

24   A.  Yes, we were.

25   Q.  And where was that?

```
 1    A.  The initial registration was with a company called

 2    highhosting.net.

 3    Q.  Did the investigation team obtain records from

 4    highhosting.net?

 5    A.  We did.

 6    Q.  I'm going to direct your attention to Exhibits 502-A

 7    through 502-H.  If you could review those and look up when

 8    you're done.

 9    A.  Can I do it on the screen or --

10    Q.  It might be easier in your binder, and I'm not sure which

11    binder this is.

12         If you could find binder 3, please, and look for 502-A

13    through 502-H?

14    A.  Okay.  I see them.

15    Q.  And do you recognize Exhibits 502-A through 502-H?

16    A.  I do.  These are records provided by highhosting.net.

17    Q.  Are these fair and accurate copies of the records that were

18    provided by highhosting.net?

19    A.  They are.

20    Q.  What is the format of these records?

21    A.  These are emails.

22    Q.  What's the content of these emails, generally speaking?  If

23    you could summarize?

24    A.  These are High Hosting's -- highhosting.net emails in the

25    course of their business.  So, order information, customer
```

1    support, records like that.

2    Q.  And do some of the emails reference an individual named

3    Michael Howell?

4    A.  Yes, they do.

5    Q.  Who is Michael Howell?

6    A.  He was the administrator of highhosting.net.

7          MR. BROWN:  Your Honor, the government moves to admit

8    and publish 502-A through 502-H.

9          THE COURT:  Any objection?

10          MR. EKELAND:  No objection.

11          THE COURT:  502-A through 502-G are admitted and may

12    be published to the jury.

13          MR. BROWN:  Your Honor, we also move 502-H.

14          THE COURT:  I'm sorry.  And H as well.

15          (Government's Exhibits 502-A through 502-H admitted.)

16    BY MR. BROWN:

17    Q.  Directing your attention to 502-A, as in alpha.  First of

18    all, who is this email from?

19    A.  This email is from highhosting.net.

20    Q.  Who is it to?

21    A.  It is to Michael Howell and other highhosting.net email

22    addresses.

23    Q.  What is the subject line of this email?

24    A.  The subject is "WHMCS New Order Notification."

25    Q.  And what is the date?

1    A.  Tuesday -- sorry -- October 25th, 2011, 10:16:59 a.m.

2    Q.  How does that relate in time to the launch of Bitcoin Fog?

3    A.  This is two days prior to the launch of Bitcoin Fog.

4    Q.  Now, dropping down to kind of the middle of the screen

5    where it says "Order Items," could you describe what products

6    or services are being ordered?

7    A.  Yes.  Share hosting, mini-serve hosting for the domain

8    bitcoinfog.com.  And also the domain registration for the

9    domain bitcoinfog.com.

10   Q.  And how much is that domain registration amount?

11   A.  The domain registration was $12 for one year, and the

12   hosting was $2 monthly.

13   Q.  And there's -- just moving up to the next field above that,

14   under "Customer Information," what information is provided

15   about the customer?

16   A.  The customer name is Akemashite Omedetou.  The email

17   address is shormint@hotmail.com.

18   Q.  Is there a geographic location given for Akemashite

19   Omedetou?

20   A.  Yes, this time he provided an address in Kyoto, Japan.

21   Q.  And then looking above that at the field marked "Order

22   Information," what does it say is payment method?

23   A.  The payment method noted is Liberty Reserve.

24   Q.  Now, directing your attention to Exhibit 502-E, as in echo.

25   And what does this exhibit appear to be?

```
 1    A.   This is another internal email at highhosting.net.

 2    Q.   And who is the from -- who is this from?

 3    A.   The from is highhosting.net technical support.

 4    Q.   Who is it to?

 5    A.   The to is to Michael Howell.

 6    Q.   What is the date of this email?

 7    A.   November 29th, 2011.

 8    Q.   How does that relate in time to the launch of Bitcoin Fog?

 9    A.   This is approximately a month after Bitcoin Fog was

10    launched.

11    Q.   Could you just read the first line in the body of the

12    email, please?

13    A.   "A new support ticket has been opened."

14    Q.   And is there information beneath that line about a

15    customer?

16    A.   There is.  The client is Akemashite Omedetou.  The subject

17    is "Third Invoice Overdue Notice."

18    Q.   And then beneath that it looks like there's a dotted line.

19         Do you see that?

20    A.   I do.

21    Q.   And beneath the dotted line there is a body of text and

22    then some numbers.

23         Do you see that?

24    A.   I do.

25    Q.   And what do you understand that block of text to be?
```

1    A.  This is a quoted text from a message that

2    shormint@hotmail.com sent.

3    Q.  Could you go ahead and read that body of text, starting

4    with just the verbal text there?

5    A.  Shormint writes, "Hello, can you please check this?  I

6    believe this is incorrect.  I have paid, and I can see in my

7    Liberty Reserve account that the payment has been made... Here

8    is the roll from LR.  That is the date and something called

9    batch number.  Maybe this will help you find my payment."

10   Q.  Then what is beneath that?

11   A.  So he provides the date of the payment, November 25th,

12   2011, the time, 10:55, what he refers to as the batch number,

13   which is 77407610 followed by a Liberty Reserve account number

14   U9214765.

15   Q.  And then closing out that email, directing your attention

16   to Exhibit 502-D, as in delta.

17        And, Agent Rovensky, could you just describe what is

18   shown in Exhibit 502-D?

19   A.  Yes.  This is an email from shormint@hotmail.com using the

20   Vasily Kunnikov moniker to support@highhosting.net.

21   Q.  Looking at the body of the email here, does that seem

22   familiar?

23   A.  It does.

24   Q.  Why?  Why is it familiar?

25   A.  This is the quote I just read.

1    Q.  To review, based on these records from High Hosting, what

2    company first hosted the bitcoinfog.com name?

3    A.  Highhosting.net.

4    Q.  And who was it listed as the purchaser of the

5    Bitcoinfog.com name?

6    A.  Akemashite Omedetou using the shormint@hotmail.com email

7    address.

8    Q.  How did Shormint or Akemashite pay for the domain?

9    A.  Liberty Reserve.

10   Q.  So, what kind of --

11        We can close that out.

12        What kind of financial institution was Liberty Reserve?

13   A.  Liberty Reserve was a virtual currency exchange.  Not

14   cryptocurrency, but virtual currency, and they had their own

15   digital currency called the Liberty Reserve dollar.

16   Q.  Was it based overseas?

17   A.  It was.  It was operating from Costa Rica.

18   Q.  Did the U.S. government eventually obtain access to Liberty

19   Reserve records?

20   A.  Yes.

21   Q.  Which agency has custody of Liberty Reserve's account

22   records?

23   A.  The United States Secret Service.

24   Q.  For this investigation, did the Secret Service pull

25   specific account records relevant to the case?

1    A.  Yes, they did.

2    Q.  I'm going to ask, in your binder, to please review Exhibits

3    401 through 404.

4         First of all, have you found the exhibits?

5    A.  Not yet.  I'll get better at this eventually.

6    Q.  Agent Rovensky, if I could direct you to binder 2.

7    A.  I'm there.

8    Q.  Towards the end of binder No. 2.

9    A.  I'm at 401.

10   Q.  Okay.  If I could direct you to review Exhibits 401 through

11   404.  And just bear in mind that some spreadsheets have been

12   printed with just the first part of the spreadsheet, just to

13   aid your recognition.

14   A.  I recognize these records.

15   Q.  What do you -- what do you recognize these records to be?

16   A.  These are the records provided by the Secret Service for

17   specific Liberty Reserve accounts.

18   Q.  Have you also reviewed electronic versions of these same

19   records?

20   A.  I have.

21   Q.  And were those electronic records -- were those the

22   complete spreadsheets?

23   A.  Yes.

24   Q.  Now, are these -- at least the electronic records, are they

25   full and fair and complete, fair and accurate copies of the

1    records produced by Secret Service for the specified Liberty

2    Reserve accounts?

3    A.  They are.

4            MR. BROWN:  The government moves to admit and publish

5    Exhibits 401 through 404.

6            THE COURT:  Any objection?

7            MR. EKELAND:  I just need to look at them.  Is this

8    spreadsheet I'm seeing up on the monitor that you're clicking

9    through, is that the same as the 40 --

10           MR. BROWN:  That's the same as the --

11           MR. EKELAND:  That's what I'm looking at here and

12    those tabs are a compilation of a spreadsheet you created.  Is

13    that how it was produced to you from the Secret Service?

14           MR. BROWN:  Well, this is still direct examination.

15    I can ask the witness and lay that foundation.

16    BY MR. BROWN:

17    Q.  Agent Rovensky, is the format of these exhibits the way

18    that they were produced by the Secret Service?

19    A.  Yes, it is.

20           MS. PELKER:  It's the same ones we provided

21    electronically.

22           MR. EKELAND:  No objection.

23           THE COURT:  Exhibits 401 through 404 are admitted and

24    may be published to the jury.

25           (Government's Exhibits 401 and 404 admitted.)

1    BY MR. BROWN:

2    Q.  And we'll come back to some of the other Liberty Reserve

3    accounts, but I wanted to direct your attention to Exhibit 401,

4    please.

5           And we are pulling that up on the screen and publishing

6    to the jury.

7           Looking at Tab 1, what is that tab labeled -- or, the

8    first tab, I should say?

9    A.  Registration.

10   Q.  And is there a name listed for this account?

11   A.  There is.  The account name is Shormint.

12   Q.  Is there an account number listed for this account?

13   A.  There is.

14   Q.  What is that number?

15   A.  It is up at the top, U0845692.

16   Q.  Is that the same account number that we saw referenced in

17   the High Hosting records?

18   A.  It is.

19   Q.  Now, when was this account -- this Liberty Reserve account

20   first registered?

21   A.  This account was registered on October 7th, 2011 at

22   00:06:41.

23   Q.  How does that relate in time to the launch of Bitcoin Fog?

24   A.  This is earlier in the same month that Bitcoin Fog was

25   launched.

1    Q.  And is there a name associated with this account?

2    A.  Yes.  Again, the moniker Vasily Kunnikov.

3    Q.  And is there a geographic location associated with this

4    account?

5    A.  This time an address in Moscow, Russia, is provided.

6    Q.  And what is the account recovery question?

7    A.  The account recovery question is "Favorite movie."

8    Q.  And do you have an understanding of what an account

9    recovery question is?

10   A.  Yes.  This is -- if you -- for example, if you forget your

11   password or the site you are using wants to do a little more

12   verification of who you are, they might ask you an account

13   recovery question so you can access your account.

14   Q.  What did Shormint list as his favorite movie?

15   A.  It's a string of random letters, it appears to be.  I can

16   read them out, if you would like.

17   Q.  Now turning to Tab 3 -- or, the third tab over.

18          What is that tab labeled?

19   A.  "Transaction" -- "All transactions."

20   Q.  And looking at those transactions, is there a row that

21   shows a payment to High Hosting?

22   A.  There is.  There are a couple, actually.  There's row 4 and

23   there's row 9.

24   Q.  And turning to row 4 to begin with, could you walk us

25   through the -- first of all, the date of that payment?

1    A.  Sure.  The date of that payment is in the first column of

2    October 25th, 2011.  The "from" account is Shormint's Liberty

3    Reserve account 0845692.  The "to" account is -- I think this

4    is the one we saw on the High Hosting account.  The "to"

5    account is highhosting.net, Liberty Reserve account, U9214765.

6    The currency type is Liberty Reserve dollars.  The amount is

7    $14.  And there's an invoice in the end in the memo,

8    "Highhost.net - Invoice number 10651."

9    Q.  And does that payment date and time and amount correspond

10   to the payment -- to High Hosting to register bitcoinfog.com?

11   A.  Yes, it does.

12   Q.  And then also looking at so at row 9.

13       Could you explain what transaction is shown here?

14   A.  Yes.  This is a subsequent payment from the shormint

15   Liberty Reserve account to highhosting.net Liberty Reserve

16   account.  This happened on November 25th, 2011, in Liberty

17   Reserve dollars for a total of $2 for continued hosting, and

18   there's a High Hosting invoice of 10998.

19   Q.  By the way, directing your attention to row 5 of this

20   spreadsheet.

21       Who is that payment being made to?

22   A.  That's a payment that Shormint made to a company called

23   CryptoVPN.

24   Q.  So prior -- going back to the transaction shown in row 4,

25   is there a prior incoming deposit of funds corresponding to

1    this outgoing payment?

2    A.  There is.

3    Q.  And where do you see that?

4    A.  So it's in row 2, but it's the first row under the column

5    headings.  On October 20th, 2011, at 7:18 a.m., the shormint

6    Liberty Reserve account receives 77 Liberty Reserve dollars and

7    60 cents from a company called the Aurum XChange Company.  And

8    their Liberty Reserve account number is U2213781.

9    Q.  What was Aurum XChange?

10   A.  Aurum XChange was another E-currency service that allowed

11   users to exchange various digital currencies with each other.

12   Q.  Was the investigation team able to obtain records directly

13   from Aurum XChange?

14   A.  Not directly from Aurum XChange.

15   Q.  Why not?

16   A.  It was an underground service that did not comply with law

17   enforcement requests.

18   Q.  Was the investigation team otherwise able to piece together

19   some of Aurum XChange's transactions?

20   A.  Yes, we were.

21   Q.  How -- how was that done?

22   A.  Through email records and also -- sorry -- and also records

23   that -- also accounts that Aurum XChange had at other services.

24   Q.  What other services did Aurum XChange have accounts at?

25   A.  Aurum XChange had accounts at Mt. Gox digital currency

1  exchange and -- and as you see here, at Liberty Reserves.

2  Q.  And we'll return to Mt. Gox in a moment, but did the

3  government find any other evidence that Mr. Sterlingov was an

4  Aurum XChange user?

5  A.  Yes.

6  Q.  Now, directing your attention to Exhibit 847.

7      And we can just pull that up on the screen.

8      Agent Rovensky, do you recognize this document?

9  A.  I do.  This is an email from Mr. Sterlingov's

10 heavydist@gmail.com.

11 Q.  Could you double check the "from" line, please?

12 A.  The sender of this email is support@aurumxchange.com.

13 Q.  And who is it to?

14 A.  The recipient is Mr. Sterlingov at his heavydist@gmail.com

15 email address.

16 Q.  And does this email -- was this email recovered from Google

17 in response to a search warrant?

18 A.  It was.

19 Q.  And does this exhibit fairly and accurately represent the

20 email that was provided by Google?

21 A.  It does.

22      MR. BROWN:  The government moves to admit and publish

23 Exhibit 847.

24      THE COURT:  Any objection?

25      MR. EKELAND:  No objection.

1           THE COURT:  847 is admitted and can be published to

2    the jury.

3           (Government's Exhibit 847 admitted.)

4    BY MR. BROWN:

5    Q.  Agent Rovensky, what does this email show?

6    A.  This is an email Mr. Sterlingov received from Aurum XChange

7    on April 2nd, 2013, and it says that his ticket has been

8    received.

9    Q.  Could you read that -- just that -- those two sentences

10   beneath the "Dear heavydist@gmail.com" opening?

11   A.  Sure.

12          "Your support ticket, Bitcoin-to-bank transfer has

13   been submitted.  We try to reply to all tickets as soon as

14   possible, usually within 24 hours."

15   Q.  We can close out this exhibit.

16          Agent Rovensky, returning to Mt. Gox.

17          Where was Mt. Gox operated?

18   A.  Mt. Gox operated from Japan.

19   Q.  And did the United States government obtain records from

20   Mt. Gox?

21   A.  Yes.

22   Q.  What agency in the U.S. government has custody of the Mt.

23   Gox records?

24   A.  The Federal Bureau of Investigation.

25   Q.  And did the FBI personnel conduct queries on the database

1    to extract specific account records for this case?

2    A.  They did.

3    Q.  Now, in your binder I would ask you to review Exhibits 405

4    through 410-G, as in golf.

5    A.  I recognize these exhibits.

6    Q.  And what do you recognize these exhibits to be?

7    A.  These are the records from Mt. Gox.

8    Q.  And are these fair and accurate copies of the records that

9    the FBI pulled from the Mt. Gox records for this case?

10   A.  They are.

11   Q.  Now directing --

12              MR. BROWN:  The government moves to admit and publish

13   Exhibits 405 through 410-G.

14              THE COURT:  Any objection?

15              MR. EKELAND:  Yes.  In relation --

16              (A bench conference was held as follows:)

17              MR. EKELAND:  Your Honor, we renew, obviously,

18   objections on the Mt. Gox database.  Let me start with 405.

19   There's a 403 objection here because it's grouping

20   Mr. Sterlingov in the second line in that.  In the second line

21   on 405, you'll see there's Mr. Sterlingov's plasma --

22   @plasmadivision.com email, and it's being grouped with other

23   emails that the government -- I mean, this is -- a core issue

24   in this case is going to say this is Mr. Sterlingov, and the

25   defense says it is not.  And this is, I think, improper under

1    403.  Perhaps if these, you know, were separated out, you know,

2    it would be appropriate, then 405 is just -- looks like the Mt.

3    Gox records.

4           THE COURT:  Why don't we take these one at a time and

5    ask Mr. Brown to respond to that one.

6           MR. BROWN:  Your Honor, I think -- so two points.  I

7    think the witness was very clear that the way that these

8    exhibits were prepared is they were pulled by FBI as just being

9    records specific to this case.  There's nothing beyond that in

10   laying the foundation for this.  And just the fact that certain

11   accounts are grouped together on a spreadsheet is absolutely

12   not more prejudicial than probative of any issue in this case.

13          THE COURT:  What are they grouped by or why were they

14   grouped this way?

15          MR. BROWN:  They were grouped this way because FBI,

16   when it assembled these records -- and this was laid out in our

17   briefing, FBI selected certain identifiers just to pull through

18   an automated process, pulled those relevant account records

19   from the Mt. Gox server data.  The fact that they are grouped

20   together reflects nothing more than that.  These are the five

21   account records that we collected.

22          This is no different from having five different

23   subpoena returns for five different accounts and presenting

24   them, you know, seriatim.  The fact that they are grouped

25   together does not imply anything, other than this is how the

1     records were assembled, Your Honor.

2           THE COURT:  I'm sorry.  By the FBI?

3           MR. BROWN:  Yes, Your Honor.  These were -- it was an

4     automated query.  We were -- oh, sorry.  Also the Aurum XChange

5     record.

6           So, yes, Your Honor.  So the other point here is --

7     so we have one account from Aurum XChange and there will be no

8     testimony in -- there's absolutely no suggestion that Aurum

9     XChange is somehow associated with the other four accounts.

10    These are just the four accounts that are relevant in tracing

11    the flow of funds for the Bitcoin Fog domain.

12          THE COURT:  So what if I, just on this document,

13    instruct the jury that the jury shouldn't draw any inference

14    from the document that these are all on the same page?

15         MR. EKELAND:  Your Honor, I think as soon as the jury

16    sees it the damage is done.  This is not the original document,

17    it's not the native file.  It's not just, you know, showing

18    Mr. Sterlingov's name as it really appears in the database.

19    This was purposely assembled by the FBI.  It's improperly

20    argumentative under 403.

21         There's also a hearsay objection here as well.  It

22    goes to core issues in this case.  They're not ancillary

23    issues.  The whole -- one of the key questions in this case is

24    whether Mr. Sterlingov is -- controls these other email

25    accounts.

1          THE COURT:  Which are the other ones?  All three of
2     these.
3          MR. EKELAND:  The Volfprius, the Peternsf and the
4     Kolbasa are all the emails that you may recall in Valerie
5     Mazars de Mazarin IP address.  What's being done here, in the
6     defense's view -- I think we've made our point.  They're being
7     visually grouped together to make it sort of a psychological
8     argument to the jury.
9          If the government wants to produce these out
10    singularly or just say okay, we got this account and this
11    account and this account.  But this visual presentation is just
12    unduly argumentative, prejudicial, and it's not the original
13    record.
14          THE COURT:  What is the hearsay objection?
15          MR. EKELAND:  These are statements by the FBI because
16    the way it's grouped together, it's actually a statement from
17    the FBI essentially saying these emails and these accounts are
18    all associated with each other.  There is nothing else on the
19    page, except these accounts.
20          MR. BROWN:  Your Honor, this is not a statement.
21          THE COURT:  It's not a hearsay problem, I understand.
22          But what about the other objection?  And is there a
23    way that you could relatively easily just black out the other
24    accounts for purposes of this examination with this witness?
25    And if you have a basis to introduce the others later, you can

1    do that.

2            MR. BROWN:  Your Honor, the problem with that is the

3    information listed on this document reflects basic account --

4    you know, basic stats for the relevant accounts.  We'll be

5    referring back to this to, you know, find out what is the email

6    address associated with X account, when was X account

7    registered, and all of those entries are going to be relevant

8    to the examination.

9            Your Honor, I have no -- the government has no

10   objection to a limiting instruction that just says the fact

11   that these accounts are grouped together is -- you know, should

12   not be read to imply is a statement that these are associated

13   in some form or fashion and that the jury is instructed to take

14   each line as a separate piece of evidence.  But this is

15   absolutely -- absolutely not substantially more prejudicial

16   than probative.

17           THE COURT:  Let's go on to the next -- what's the

18   next objection?

19           MR. EKELAND:  Oh, to the next document?

20           THE COURT:  Yes.

21           MR. EKELAND:  May I just mention one more thing about

22   the government?

23           THE COURT:  Go ahead.

24           MR. EKELAND:  We don't think a limiting instruction

25   will cure this.  Just highlighting an issue for the jury, like

 1   just putting a highlighter on it.  I don't think there's a way

 2   to cure it with a limiting instruction.  I think the only way

 3   to cure it is separate them as a visual document and say this

 4   is the hit we got back when we searched separately.  It's

 5   actually what we talked about before, the other day, where we

 6   just separated the searches.

 7          THE COURT:  What are the objections to the other

 8   documents?

 9          MR. EKELAND:  Going to the next one, 146-A, we are

10   just renewing our Mt. Gox objection.

11          THE COURT:  I've already ruled on that.

12          MR. EKELAND:  Then I think I'm just going through

13   them.  I think that's also the same with the 407.  I'm assuming

14   the rest here are just Mt. Gox records, and I think -- how far

15   are we going on this, Mr. Brown, just on the exhibit numbers?

16          MR. BROWN:  I think every single one of these

17   exhibits or the vast majority of them will be introduced in the

18   witness's testimony.

19          MR. EKELAND:  So in relation to the Mt. Gox accounts,

20   we've heard the Court, so -- and then I'm just a little -- as

21   for -- maybe, perhaps we should just continue.  I don't know

22   about -- what the rest of them are going to be, but if there's

23   any ones beyond what we just talked about that aren't Mt. Gox

24   accounts, I just would need to look at them very quickly.

25          THE COURT:  Currently the request is that I admit

1    which documents?

2              MR. BROWN:  Your Honor, so the government has moved

3    to admit and publish Exhibits 405 through 410-G, as in golf.

4              THE COURT:  Right.  That's my recollection as well.

5    So I'm going to go ahead and admit them.  But, Mr. Brown, what

6    I'm going to ask you to do is, with respect to 405, is just to

7    lay a foundation with the witness that this is a document that

8    was prepared by the investigators or by the FBI that grouped

9    these together and that it was not produced that way and that

10   this is just sort of the investigative sources -- not sources.

11   It is what the FBI on its own was investigating, following

12   through on it.  It is an FBI-related document in that regard.

13   And if I hear that and if I think it's inadequate, then I will

14   offer a further limiting instruction.  Okay.

15             MR. BROWN:  Yes, Your Honor, I can do that.

16             THE COURT:  All right.  Proceed.

17             (Whereupon, the bench conference concludes.)

18             MR. BROWN:  So the government renews its motion to

19   admit and publish, pursuant to the Court's instructions,

20   Exhibits -- actually, before the government moves...

21             Could you please turn to Exhibit 405?

22             Ms. Walker, could you pull up the screen just for the

23   witness?  Thank you.

24   BY MR. BROWN:

25   Q.  So, Agent Rovensky, when FBI produced these records, did

1    FBI draw these records from a larger source of information?

2    A.  Yes.

3    Q.  And was FBI just pulling specific records?

4    A.  Yes, it was for specific account records.

5    Q.  And those were specific account records of interest in this

6    case?

7    A.  Yes.

8    Q.  And did FBI produce a summary document that simply lists

9    basic information for the five accounts it was pulling from?

10   A.  They did.

11   Q.  And were those five different accounts, were those

12   otherwise grouped in the underlying Mt. Gox records?

13   A.  Can you repeat the question?

14   Q.  For those five account records the FBI pulled, in the

15   original Mt. Gox -- in the records from which FBI was pulling,

16   that database, was there anything else just in the way that

17   those records were organized that grouped those five accounts

18   together?

19   A.  I don't believe so.

20            MR. BROWN:  Is that sufficient, Your Honor?

21            THE COURT:  Yes, it is.  But why don't you -- I'm

22   going to go ahead and admit 405 through 410-G.

23            (Government Exhibits 405 through 410-G admitted.)

24            Are you putting 405 up now?  Are you going to publish

25   405 to the jury?

1          MR. BROWN:  Yes, Your Honor.

2          THE COURT:  Why don't you publish, and I want to

3     explain --

4          MR. BROWN:  The government moves to admit and

5     publish.

6          THE COURT:  That motion is granted.  With respect to

7     405 which is in front of you now, that document groups, I

8     think, five email addresses and user IDs together.  And I just

9     want to make clear to the jury that was the FBI, just for its

10    investigative purposes, that grouped those together as the

11    accounts that it was investigating.  There's not a separate

12    document or separate evidence that grouped those together.

13    This is just what the FBI itself then was further

14    investigating.

15          So you shouldn't draw any inferences of association

16    from these accounts simply from what's in 405 because that is

17    just what FBI was itself putting forth and saying this is what

18    we wanted to look into.

19          You may proceed.

20    BY MR. BROWN:

21    Q.  Agent Rovensky, let's just walk through those accounts one

22    by one.  And I would actually like to start from the bottom

23    account listed on row 6.

24          Can you tell what account row 6 is for?

25    A.  Yes, this is the account that the Aurum XChange service had

1    with Mt. Gox.

2    Q.  What is the email account associated with that?  What's the

3    email address associated with that account?

4    A.  Admin@aurumxchange.com.

5    Q.  Now, let's hold this open, but if we could flip over to

6    Exhibit 410-G.

7         Is there another one -- is this another record from

8    Mt. Gox?

9    A.  It is.

10   Q.  Is this for Aurum XChange?

11   A.  Yes, it is.

12   Q.  And can you tell from this document any information about

13   the user of this account?

14   A.  It just says -- I can see that there is an email

15   admin@aurumxchange.com and this account is for Aurum XChange.

16   Q.  Flipping over to Exhibit 410-A.

17        Are these transactions for the Aurum XChange account?

18   A.  Yes.  These are Aurum XChange's transaction on their

19   Mt. Gox account.

20   Q.  If we scroll down, do you have an understanding of how many

21   or how few transactions are shown on this spreadsheet?

22   A.  Aurum XChange was a service with many clients, and as you

23   can see here, they conducted a lot of transactions for their

24   clients.

25   Q.  And then we can flip over to Exhibit -- go back to

66

1    Exhibit 405.  And then I wanted to look at the -- it's row 3 of

2    the spreadsheet.

3           What's the login for row 3?

4    A.  The login for row 3 is roso987341870.

5    Q.  And what's the email address for this account?

6    A.  The email address is plasma@plasmadivision.com.

7    Q.  And then flipping over to Exhibit 406-E.

8           Does this list who the account owner is for the

9    roso987341870 account?

10   A.  It does.

11   Q.  What name is that?

12   A.  This account was in the name of Roman Sterlingov.

13   Q.  Is there a birth date?

14   A.  There is.  August --

15   Q.  What's the birth date highlighted?

16   A.  August 14th, 1988.

17   Q.  And then turning to Exhibit 406-F and 406-G, what do these

18   two exhibits show?

19   A.  This is a --

20   Q.  This is 406-F on the screen.

21   A.  This is a government ID, belongs to Mr. Sterlingov.

22   Q.  And was this exhibit found in the account records for

23   roso987341870?

24   A.  It was.

25   Q.  And then looking at Exhibit 406-G, as in golf.

1    A.  Yes, this appears to be some sort of utility statement for

2    Mr. Sterlingov.

3    Q.  And then flipping over to Exhibit 406-I, as in India, just

4    scrolling down a little bit.

5         Do you see reference to the user's email account?

6    A.  I do.

7    Q.  And what email account is listed?

8    A.  Plasma@plasmadivision.com.

9    Q.  And then flipping back to Exhibit 405, I would like to

10   direct your attention to the three remaining accounts.

11        Looking at Exhibit 2, what's the login for this account?

12   A.  This account login is Volfprius.

13   Q.  When was that account created?

14   A.  The account was created on October 8th, 2011.

15   Q.  And when was the last login for that account?

16   A.  The last login was November 24th, 2011.

17   Q.  And then looking at row 4 on the spreadsheet, what's the

18   login name for that account?

19   A.  The login name for this account is Peternfs.

20   Q.  What is the email account associated with Peternfs?

21   A.  Nfs9000@hotmail.com.

22   Q.  When was that account created?

23   A.  The Peternfs account was created on October 9th, 2011.

24   Q.  What was the last login for that account?

25   A.  The last login for this account was November 28th, 2011.

1   Q.  And then one row below that, what is the login for that

2   account?

3   A.  This account name is Kolbasa.

4   Q.  What is the email account associated with that?

5   A.  Kolbasa99@rambler.ru.

6   Q.  When was that account created?

7   A.  This account was also created on October 9th, 2011.

8   Q.  When was the last login?

9   A.  November 29th, 2011.

10  Q.  Now, kolbasa99@rambler.ru, do you recognize the email

11  domain for that address?

12  A.  Yes.  It's a domain ending in RU.

13  Q.  What does it mean for a domain to end in RU?

14  A.  That it was registered in Russia.

15  Q.  Is U.S. law enforcement generally able to obtain records

16  from Russian email providers?

17  A.  We usually are not.

18  Q.  Now, looking at the accounts for Volfprius, Peternfs and

19  Kolbasa and their account creation dates, how do those three

20  accounts' creation relate in time to the launch of Bitcoin Fog?

21  A.  These accounts were short-lived.  They were around for less

22  than two months.  For -- they were set up a few weeks preceding

23  the launch of Bitcoin Fog, and they were never used after a few

24  weeks after -- or, approximately a month after the launch of

25  Bitcoin Fog.

1    Q.  And then the account creation date for Mr. Sterlingov's

2    roso987341870 account, when was that created again?

3    A.  September 29th, 2011.

4    Q.  How does that relate in time to the launch of Bitcoin Fog?

5    A.  It's a little bit less than a month before the launch of

6    Bitcoin Fog.

7    Q.  Now, flipping back to Exhibit 401 and looking at Shormint's

8    Liberty Reserve account.  Could you point out to the jury again

9    how the money came in from Aurum XChange?

10         MR. EKELAND:  Objection.  Vague and ambiguous.  Calls

11    for opinion.

12         THE COURT:  Overruled.

13    BY MR. BROWN:

14    Q.  Okay.

15    A.  Sure.  On October 20th, 2011, $77.60 in Liberty Reserve

16    dollars were deposited to the Shormint Liberty Reserve account

17    from Aurum XChange.

18    Q.  Now, looking over to the Mt. Gox account records for Aurum

19    XChange in Exhibit 410-A, I would like to direct your attention

20    to line 2701.

21         All right.  So, reviewing line 2701, what is the date of

22    this transaction?

23    A.  October 20th, 2011.

24    Q.  Is there a time given?

25    A.  7:17.

1    Q.  And how much is that transaction for?

2    A.  It is for $80.

3    Q.  And looking to the right of the 80, two fields over, what

4    is in that filed that starts "redeemed"?

5    A.  This is a Mt. Gox redeem code.  It starts with MTGOX and

6    ends with 18CAB.

7    Q.  Now, is October 20th, 2011 at 7:17 close in time to the

8    Aurum XChange transfer into Shormint's Liberty Reserve account?

9    A.  It was very close in time.

10   Q.  And what accounts for the difference of the $80 coming in

11   to Aurum XChange and then the 77 Liberty Reserve dollars coming

12   out?

13   A.  This is a fee charged by Aurum XChange.  So Aurum XChange

14   took out their fee from the $80.

15   Q.  Were you able to match the redeemed code from the deposit

16   here into Aurum XChange?

17   A.  I was.

18   Q.  I'm going to direct your attention to Exhibit 409-A.

19            MR. EKELAND:  Your Honor, can we talk on the phone

20   for a moment?

21            THE COURT:  Okay.

22            (A bench conference was held as follows:)

23            MR. EKELAND:  The government -- I'm concerned we're

24   in 702 territory here with this particular -- after, you know,

25   the witness had testified that Aurum XChange -- I think we have

1    a 702 problem here.

2                (Whereupon, the bench conference concludes.)

3                THE COURT:  I did want to tell you all before the

4    break that we're not going to sit tomorrow.  I know at least

5    one of you has an obligation tomorrow, so we're not going to

6    sit tomorrow and we'll come back on Monday.  But I'll give you

7    instructions on that.

8                So it's 3:30 now, let's come back to a quarter to

9    four.

10               THE JURORS:  Monday is a holiday.

11               THE COURT:  Monday is a holiday.  So Tuesday, yes.

12   So don't discuss the case and no research.

13               (Whereupon, the jurors leave the courtroom.)

14               THE COURT:  All right.  Do you want to come to the

15   podium, Mr. Ekeland, and raise your issue?

16               MR. EKELAND:  We're -- this is an expert witness

17   objection.

18               Mr. Rovensky is now testifying to tracing financial

19   transactions that he did.  He wasn't noticed as an expert.

20   This is a -- he's testifying to now what he knows the fees to

21   be, how they're calculated for Aurum XChange, how there is a

22   flow of money.  And he's essentially offering expert opinion as

23   to these transactions, rather than testifying as a fact

24   witness.  And this is not an area where the defense believes

25   that this is just a lay opinion.

1          This should have been noticed beforehand and we

2     object.  This is expert witness testimony related to core --

3     core transactions in this case and the government has had ample

4     opportunity to notice an expert in this area.

5          It also overlaps with Mr. Scholl's testimony, is my

6     understanding, because he traces these transactions.  If the

7     government wants to lay a -- you know, bring in the records --

8     you know, here's the records and then these are the ones that

9     Mr. Scholl works from, that's appropriate.  But this kind of

10    expert testimony is inappropriate.  It should have been

11    noticed.  And it's also in many ways cumulative with

12    Mr. Scholl's testimony.

13          THE COURT:  I'll hear from Mr. Brown then.

14          MR. EKELAND:  I'm sorry, Your Honor.  I didn't hear

15    you.

16          THE COURT:  I said let me hear from Mr. Brown then.

17          MR. BROWN:  Yes, Your Honor.

18          Agent Rovensky is testifying as a fact witness.  He's

19    an IRS criminal investigator reading lines of financial data

20    off of financial records.  I mean, this is -- and we have a

21    right to present to the jury the underlying financial records.

22    Even if Mr. Scholl --

23          THE COURT:  Please, wait.

24          MR. BROWN:  Sorry.

25          (Pause.)

 1          MR. BROWN:  Even if -- well, first of all, I've never

 2    heard a cumulative objection before we get to the -- you know,

 3    the part that is cumulative.

 4          And even if Mr. Scholl will also refer to this in

 5    summary form or testify as more of a qualified expert, we still

 6    have the right to present the underlying financial records and

 7    that's exactly what we're doing here.  There's nothing here

 8    that is expert opinion testimony.  These are lines from a

 9    spreadsheet.

10          THE COURT:  All right.  I've heard you, but if you

11    have anything else you want to add you can.

12          MR. EKELAND:  No.  I just think he is offering

13    opinions as to what happened, what the financial fees were,

14    what the flow of the transaction was.

15          THE COURT:  You're going too fast.

16          MR. EKELAND:  I think the Court has heard us, but I

17    think him saying, "Here are the fees, here is the flow of the

18    transactions," that is opinion testimony.

19          If, you know, they brought the records in and those

20    can be the basis for Mr. Scholl's testimony.  But I also think

21    that this will confuse the jury.  They might think that, you

22    know, Mr. Rovensky is an expert in this area and their --

23    you've heard our objection, Your Honor.

24          THE COURT:  I have, and I'm going to overrule the

25    objection.

1          I'll, you know, reserve with respect to particular

2    questions where you think they may call for opinion, but I

3    don't think there's a problem with an agent testifying in this

4    nature.  And there obviously are differences between tracking

5    what happens with financials and tracking, you know, a car.

6    But I think it's terribly different from an agent saying,

7    Here's my log, I sat outside the house, I saw this person go in

8    at this hour, I saw them go out at this hour.  And scattered,

9    occasional, I think, noncontroversial propositions like what

10   the fees were that were being charged, which are questions of

11   fact and not opinion.

12          So I really haven't seen him venturing into any

13   opinion testimony.  So I'm going to allow this testimony.  But

14   as I said, if he does start offering expert opinions, you're

15   welcome to object at this point.

16              All right.  I'll see you all shortly.

17              (Whereupon, a recess was taken from 3:36 p.m. to

18   3:54 p.m.)

19              THE COURT:  All right.  You can get the jury.

20              THE COURTROOM DEPUTY:  All right.

21              All rise.

22              (Whereupon the jurors enter the courtroom.)

23              THE COURT:  All right.  Mr. Brown, you may continue.

24   BY MR. BROWN:

25   Q.  Agent Rovensky, to pick up again, I wanted to show you,

1    again, Exhibit 410-A, Line 2701.

2         And we had just -- you had just made reference to the

3    redeemed code.

4         Could you read off the last four letters of that

5    redeemed code on 2701?

6    A.  Yes.  18CAB.

7    Q.  And, again, what was the date and time of this transaction?

8    A.  October 20th, 2011, at 7:17.

9    Q.  Now, flipping over to Exhibit 409-A.

10        Is there a matching entry on line 33?

11   A.  There is.  It's the redeem code that starts with MTGOX and

12   ends with 18CAB.

13   Q.  And what is the date and time of that transaction?

14   A.  October 20th, 2011, at 7:04.

15   Q.  How does that relate in time to the transaction we just

16   looked at in the Aurum XChange records?

17   A.  It is just a few minutes beforehand.

18   Q.  And whose records are these?

19   A.  These are -- sorry.  Let me -- this is the Mt. Gox account

20   for -- let me refresh my memory here.

21        MR. BROWN:  Could we pull this down and not publish

22   to the jury.

23   BY MR. BROWN:

24   Q.  Agent Rovensky -- well, in your binder -- how about this:

25   In your binder, could you flip to Exhibit 405?

1  A.  I am here.

2  Q.  And does Exhibit 405 refresh your memory at all?

3  A.  Yes, it does.

4  Q.  Okay.  Can you close the binder?

5  A.  Sure.

6  Q.  What is your refreshed recollection?

7  A.  This is the Mt. Gox account for the user Kolbasa.

8  Q.  So looking at line 33, what is the amount of this

9  transaction?

10  A.  $80.

11  Q.  And what sort of -- what manner of transaction is this

12  listed as under column E?

13  A.  It is a withdrawal.

14  Q.  So to review, we have the Kolbasa account sending money to

15  Aurum XChange and --

16          MR. EKELAND:  Objection, Your Honor.  This is leading

17  and counsel is testifying.

18          MR. BROWN:  Your Honor, I withdraw the question.

19  BY MR. BROWN:

20  Q.  How about this, Agent Rovensky:  Is there anything else

21  that draws a connection between the Kolbasa account and the

22  Shormint account?

23  A.  Yes.  So the Kolbasa account is the sending account with

24  the 18CAB redeem code to the Mt. Gox account for Aurum XChange

25  where the $80 was received.  And the Aurum XChange then sends

1    the $77 Liberty Reserve, and some change, to the Shormint

2    Liberty Reserve account.

3    Q.  And staying on this Exhibit 409-A, if we could briefly

4    scroll up to the top so we could see the headers for the

5    different columns?

6         What is the header column I?

7    A.  The header for column I is IP address.

8    Q.  And then scrolling down for the transaction on line 33.

9         What is the IP address for that?

10   A.  70.90.169.13.

11   Q.  And I would like to direct your attention to Shormint

12   Liberty Reserve records at Exhibit 401, which has been

13   previously admitted.

14        And under tab 5, the history tab, direct your attention

15   to line 11.

16        What does that show in line 11?

17   A.  It's an IP address.  The same IP address, 70.90.169.13.

18   Q.  And what is the exact date and time of that IP event?

19   A.  October 20th, 2011, at 7:10.

20   Q.  And then flipping back to Exhibit 409-A?

21        What was the precise date and time of the transaction on

22   row 33?

23   A.  Also October 20th, 2011, at 7:04.

24   Q.  And so how far apart were those two events?

25   A.  Approximately six minutes apart.

1    Q.  Now, going back -- or, staying on this sheet in the Kolbasa

2    transaction record.

3         Directing your attention to lines 25, 27, 29, and 31.

4    If it's possible to control and select for those four lines.

5         First of all, what's the date and time of these four

6    transactions in lines 25, 27, 29, and 31?

7    A.  All four transactions occurred on October 20th, 2011, at

8    7:01.

9    Q.  And how does that relate in time to the outgoing withdrawal

10   shown at line 33?

11   A.  So that is only approximately three minutes before the

12   withdrawal.

13   Q.  And for each one of these lines, what does it say under

14   column H?

15         What manner of transaction is this?

16   A.  It says BTC sold.  So these are sales of Bitcoin to

17   dollars.

18   Q.  And doing some approximate math on the stand, could you add

19   up the four entries, how much Bitcoin was sold, approximately?

20   A.  It was approximately 35 Bitcoin.

21   Q.  And can you tell how much was earned from selling

22   approximately 35 Bitcoin?

23   A.  Approximately $80.

24   Q.  Now directing your attention to line 7 on the same

25   spreadsheet.

1          What do you see there?

2     A.  On line 7 you see here a deposit of 35 Bitcoin coming into

3     the Kolbasa Mt. Gox account.

4     Q.  What was the date and time of that deposit?

5     A.  October 20th, at 7:01.

6     Q.  And how does that relate in time to those four events where

7     the Bitcoin was sold for dollars?

8     A.  This Bitcoin was sold within a minute of being deposited to

9     this account.

10    Q.  And how much Bitcoin was deposited in line 7?

11    A.  35 Bitcoin.

12    Q.  Now, is there a redeem code associated with the transaction

13    on line 7?

14    A.  Yes.  The redeem code for this deposit ends in FFD2B.

15    Q.  Now, directing your attention to the Peternfs transaction

16    spreadsheet at Exhibit 408-A.

17          On line 5, what do you see there under "Memo"?

18    A.  Yes.  On line 5, on October 19th, 2011, at 23:06, there is

19    a withdrawal of 35 Bitcoin.  And if you look at column H, there

20    is a matching redeem code that ends in FFD2B.

21    Q.  And looking at the line just above that, line 4.

22          Is there a corresponding deposit into this Peternfs

23    account?

24    A.  There is.  And I'll clear the screen.

25    Q.  And could you walk through the -- first of all, point out

1    the date and time of the deposit.

2    A.  So the deposit was on October 19th, 2011, at 2245, so

3    approximately 21 minutes before the 35 Bitcoin was withdrawn to

4    the Kolbasa account.  The deposit was in the amount of

5    35.999 Bitcoin.

6    Q.  And what does it say under "Memo"?

7    A.  In the memo line is a Bitcoin address and that is the

8    Bitcoin address that received the deposit.

9    Q.  What are the first several letters of that Bitcoin address?

10   A.  1HvkjK.

11   Q.  Agent Rovensky, are you familiar with blockchain explorers?

12   A.  I am.

13   Q.  What is a blockchain explorer?

14   A.  Blockchain explorers are websites that are available to

15   anybody, where you can conduct searches of Bitcoin blockchain

16   or any other blockchain.  The blockchains are completely public

17   ledgers and the blockchain explorers are websites that help you

18   search addresses or transactions of the public ledger.

19              MR. EKELAND:  Your Honor, can --

20              THE COURT:  Okay.

21              (A bench conference was held as follows:)

22              MR. EKELAND:  Your Honor, we're just -- I'm concerned

23   that we're getting into blockchain tracing territory and the

24   702 zone, again.  The government's noticed Mr. Scholl and --

25              THE COURT:  I just don't think it's expert testimony

1    to say I took an addresses for Bitcoin and plugged it into this

2    publicly available source and this is what came up.  I don't

3    think -- I don't know exactly where this is going, but I think

4    that much of it is not expert testimony.

5              MR. BROWN:  It is, Your Honor, and that's exactly

6    what this witness intends to do, is simply to display the --

7    you know, the available transactional data for this and then

8    one other blockchain -- Bitcoin transaction that's recorded on

9    the public blockchain that's available to anybody through

10   blockchain explorer.

11             THE COURT:  Again, by analogy the officer is tracking

12   a police car, and he says, okay, here is the license plate.  I

13   went back to the police station.  I plugged that license plate

14   number into the database and it showed this is who -- the car

15   that it belonged to.  Seems to me it's analogous to that and,

16   therefore, not opinion testimony but fact testimony.

17             MR. EKELAND:  Your Honor, just to be clear, it's

18   using -- blockchain explorer is not considered expert

19   testimony.

20             THE COURT:  I think just putting the numbers into the

21   blockchain explorer and showing what it comes up with is not

22   expert testimony, correct.

23             MR. EKELAND:  Thank you.

24             THE COURT:  Okay.

25             (Whereupon, the bench conference concludes.)

1    BY MR. BROWN:

2    Q.  Agent Rovensky, what are some of the blockchain explorers

3    that you're familiar with?

4    A.  Literally, blockchain.com, blockshares.com, mempool.space,

5    Etherscan, there's a number of them.

6    Q.  And for blockchain explorers, they deal with Bitcoin

7    blockchain, they're all drawing from the same underlying

8    information?

9    A.  They are.

10   Q.  In your experience do Bitcoin -- do blockchain explorers

11   fairly and accurately represent the data from the Bitcoin

12   blockchain?

13   A.  They do.

14   Q.  I would like to display for you Exhibit 311.  And it's page

15   6 of Exhibit 311.

16          Now, do you recognize this item?

17   A.  I do.

18   Q.  What do you recognize this to be?

19   A.  This is a screenshot from a blockchain explorer called

20   mempool.space.

21   Q.  And would this screenshot be helpful for the jury to

22   understand your testimony?

23   A.  Yes, it would.

24          MR. BROWN:  Your Honor, the government moves to

25   publish this as a demonstrative for Mr. -- Agent Rovensky's

1    testimony.

2              THE COURT:  Is this Exhibit 311?

3              MR. BROWN:  Yes, Your Honor.

4              THE COURT:  All right.  Mr. Ekeland?

5              MR. EKELAND:  No objection.

6              THE COURT:  311 may be published to the jury as a

7    demonstrative.  I think I may have explained to you all before,

8    a demonstrative is something that helps understand the

9    testimony.  It doesn't go back with you during your

10   deliberations.

11   BY MR. BROWN:

12   Q.  Now, Agent Rovensky, how many transactions are shown on

13   this screenshot?

14   A.  This is one transaction.

15   Q.  And what's the date and time of this transaction?

16   A.  October 19th, 2011.  The time shown is 17:47.

17   Q.  And do you see that same Bitcoin address that we saw in

18   Exhibit 408 from the Peternfs account?

19   A.  Yes, this is it on the right starting with 1HvkjK.

20   Q.  And in the context of this display, what role in this

21   transaction is 1Hvk playing?

22   A.  This is the receiving address.

23   Q.  And can you tell what address sent to 1Hvk?

24   A.  The address on the left, the one that starts with 14RzfW,

25   that is the sending address.

1    Q.  And can you tell how much Bitcoin was sent in this

2    transaction?

3    A.  35.995 Bitcoin.

4    Q.  And how much Bitcoin was leftover in 1HvjK?

5    A.  35.999 Bitcoin.

6    Q.  Now, flipping back to Exhibit 408-A on line 4, what is the

7    amount of that deposit?

8    A.  35.999 Bitcoin was received at the 1HvkjK Bitcoin address.

9    Q.  And then flipping back to the demonstrative at 311, looking

10   at the sending address, what are the first several letters of

11   that sending address?

12   A.  14RzfW.

13   Q.  I would like to direct your attention to Exhibit 312 and

14   page 6 of Exhibit 312 --

15          MR. BROWN:  Oh, sorry.  Your Honor, was that

16   published, the previous?

17          THE COURT:  No.  I think --

18          MR. BROWN:  Oh, yes.  Thank you, Your Honor.

19          THE COURT:  It's all right.

20          MR. BROWN:  Apologies.

21   BY MR. BROWN:

22   Q.  Agent Rovensky, what is shown in Exhibit 312?

23   A.  This is another Bitcoin transaction.

24   Q.  And can you tell from looking at this image, what is this

25   image drawn from?

1    A.  From the blockchain explorer mempool.space.

2    Q.  Would this be helpful to the jury to understand your

3    testimony?

4    A.  It would.

5            MR. BROWN:  Your Honor, government moves to publish,

6    for purposes of Agent Rovensky's testimony, Exhibit 312 as a

7    demonstrative for his testimony.

8            THE COURT:  Any objection?

9            MR. EKELAND:  No objection.

10           THE COURT:  312 may be published as a demonstrative.

11   BY MR. BROWN:

12   Q.  Now, Agent Rovensky, what's the date of this transaction?

13   A.  Also October 19, 2011, at 17:16.

14   Q.  And what is -- could you point out the sending and

15   receiving addresses to the jury?

16   A.  Yes, the sending address is on the left, and that starts

17   with a 1JzbuK.  And the receiving address is what we just

18   looked at on the previous screenshot, 14RzfW.

19   Q.  So let's flip over to Exhibit 406-A for the Roso account

20   transactions.  Directing your attention to line 589 of that

21   exhibit --

22           THE COURTROOM DEPUTY:  You said 406-A?

23           MR. BROWN:  Yes.  406-A.

24           THE COURTROOM DEPUTY:  Thank you.

25   BY MR. BROWN:

1    Q.  Directing your attention to line 589, what sort of

2    transaction do you see here?

3    A.  This is a withdrawal from the defendant's Mt. Gox account.

4    Q.  What's the date of that withdrawal?

5    A.  October 19th, 2011, at 12:29.

6    Q.  What's the amount of that withdrawal?

7    A.  36 Bitcoin.

8    Q.  And under column H, could you read what it says?  You don't

9    have to read the whole string of letters and numbers, but could

10   you read what it says to begin with?

11   A.  Yes.  "Bitcoin withdrawal to 1JzbuK."

12   Q.  And remind us again, whose account was this?

13   A.  This account is the Roso account at Mt. Gox that's in the

14   defendant's true name, Roman Sterlingov.

15   Q.  Could we flip back to Exhibit 406-E, as in echo.

16        And is this user information for the same Mt. Gox

17   account?

18   A.  It is.

19   Q.  Could I direct your attention to Exhibit 873.  We'll just

20   bring it up on the screen.

21        Do you recognize this exhibit?

22   A.  I do.

23   Q.  What do you recognize this exhibit to be?

24   A.  This is an email from the plasma@plasmadivision.com email

25   address.

1    Q.  What is the date of this email?

2    A.  The date is September 29th, 2011.

3    Q.  Does this email fairly and accurately represent email

4    records that were obtained for the plasma.com email account?

5    A.  It does.

6          MR. BROWN:  The government moves to admit and publish

7    Exhibit 873.

8          THE COURT:  Any objection?

9          MR. EKELAND:  No objection.

10          THE COURT:  Exhibit 873 may be admitted and

11    published.

12          (Government's Exhibit 873 admitted.)

13    BY MR. BROWN:

14    Q.  Agent Rovensky, who is this email from?

15    A.  The sender is Mt. Gox with the email address

16    info@mtgox.com.

17    Q.  What's the date?

18    A.  September 29th, 2011.

19    Q.  Who is it directed to in the "to" line here?

20    A.  It is direct to roso987341870 with the email address

21    plasma@plasmadivision.com.

22    Q.  Could you just read the first three lines there of the

23    email?

24    A.  "Welcome to Mt. Gox.  Thank you for creating your account

25    with us.  Your login:  Roso987341870."

1    Q.  Now, flipping back to Exhibit 406 for the defendant's

2    Mt. Gox account transactions, directing your attention to line

3    288.

4         And what is the date of the transaction shown on line

5    288?

6    A.  The date of this transaction is October 12th, 2011.

7    Q.  What manner of transaction is this?

8    A.  This is a wire transfer.  Sorry.  This is a deposit into

9    the -- into Mr. Sterlingov's Mt. Gox account.

10   Q.  How much was deposited?

11   A.  89 euros and 87 cents.

12   Q.  And what information is indicated under column H?

13   A.  Sterlingov, Roman.

14   Q.  And then directing your attention to the next three lines

15   below that, 289, 290, and 291, looking at column H for these

16   three transactions.

17        Can you tell what sort of transactions these three were?

18   A.  Yes.  It says BTC bought, which represents purchases of

19   Bitcoin.

20   Q.  Can you tell how Mr. Sterlingov paid to buy that Bitcoin?

21   A.  He bought that Bitcoin with the euros.

22   Q.  And can you tell how many euros -- without doing the math

23   in your head, can you estimate how many euros he spent to buy

24   that Bitcoin?

25   A.  This --

1    MR. EKELAND:  Objection, Your Honor.  This calls for

2    speculation, asking him to estimate.

3    MR. BROWN:  Your Honor --

4    BY MR. BROWN:

5    Q.  Mr. Rovensky, could you calculate how many euros were spent

6    to buy the Bitcoin?

7    THE COURT:  If you would like a calculator --

8    THE WITNESS:  Yeah.  It's a test of what I can do in

9    my head.

10   BY MR. BROWN:

11   Q.  Do you need a sheet of paper?

12   A.  Sure.  I'll take a sheet of paper.  I'm on the spot.

13   MR. BROWN:  Your Honor, may I approach?

14   THE COURT:  You may.

15   A.  Approximately 6.59558 euros.

16   BY MR. BROWN:

17   Q.  Agent Rovensky --

18   A.  I'm sorry.  I was using the wrong numbers.  That's the

19   price, right?

20   Q.  Agent Rovensky, are there -- do you have to have any

21   mathematical qualifications to become an IRS agent?

22   A.  I'm very good at Excel and calculators.

23   Q.  Could you just try to sum up the three numbers shown in

24   column F for lines 289, 290, and 291, please.

25   A.  89.26166.

1    Q.  So I would like to direct your attention to Exhibit 887.

2         Do you recognize this exhibit?

3    A.  I do.

4    Q.  And what do you recognize this exhibit to be?

5    A.  This is an email obtained from records produced from the

6    plasma@plasmadivision.com email address.

7    Q.  Does this exhibit fairly and accurately represent the

8    history for plasma@plasmadivision.com?

9    A.  It does.

10         MR. BROWN:  Government moves to admit and publish

11   Exhibit 887.

12         THE COURT:  Any objection?

13         MR. EKELAND:  No objection.

14         THE COURT:  Exhibit 887 is admitted and may be

15   published to the jury.

16         (Government's Exhibit 887 admitted.)

17   BY MR. BROWN:

18   Q.  What is the date of this document?

19   A.  The email was sent on October 11th, 2011.

20   Q.  And who is the email from?

21   A.  Email is from Mt. Gox using the email address

22   info@mtgox.com.

23   Q.  Who is it delivered to?

24   A.  To Mr. Sterlingov for his roso987341870 Mt. Gox account at

25   his email address plasma@plasmadivision.com.

1    Q.  Could you read the first two lines of text there?

2    A.  "Dear Roso987341870, we have deposited 89.87 euros into

3    your account roso987341870."

4    Q.  And is there a transaction date given for that in the

5    email?

6    A.  There is, October 6, 2011.

7    Q.  And how many days, approximately, lapsed between the

8    transaction date listed here and the date of that email?

9    A.  Approximately five days.

10   Q.  Now we can close that out.

11        Agent Rovensky, in the defendant's Heavydist Google

12   account, did investigators find a Google doc in Russian?

13   A.  Yes.

14        MR. EKELAND:  Objection.  This is leading,

15   Your Honor.

16        MR. BROWN:  It's not leading.

17        THE COURT:  Overruled.  I think it's just a

18   foundational question.

19   BY MR. BROWN:

20   Q.  Agent Rovensky, do you recognize -- sorry.

21        Could you pull up 819.

22        Agent Rovensky, do you recognize Exhibit 819?

23   A.  Yes, I do.

24   Q.  What do you recognize this to be?

25   A.  This is the metadata from the Google production pursuant to

1    the search warrant.

2    Q.  Is this the format in which Google produced the metadata?

3    A.  It is.

4    Q.  And does this fairly and accurately show the document that

5    was produced by Google in response to the search warrant for

6    the heavydist@gmail.com account?

7    A.  It does.

8            MR. BROWN:  The government moves to admit and publish

9    Exhibit 819.

10           THE COURT:  Any objection?

11           MR. EKELAND:  No.  No objection.

12           THE COURT:  Exhibit 819 is admitted and may be

13    published to the jury.

14           (Government's Exhibit 819 admitted.)

15   BY MR. BROWN:

16   Q.  Agent Rovensky, could you explain what a metadata document

17   shows?

18   A.  Metadata is data about data.  And for a document it would

19   show when a document was created, what the title of it is,

20   whether it may have been modified.

21   Q.  And for this document here, could you point out the title

22   of the document?

23   A.  The title of the document is in Russian here and it reads

24   *(Russian spoken)*.

25   Q.  And how do you understand those words?

1    A.  I understand that to be putting money, or inputting money,

2    or depositing.

3                MR. EKELAND:  Objection, Your Honor.

4                Can we talk on the phone for a second?

5                (A bench conference was held as follows:)

6                MR. EKELAND:  This is one of the transactions we're

7    disputing, that Agent Rovensky has not been noted as a

8    translator.  Now we're translating documents on the stand after

9    we had translators on the stand this morning.

10               THE COURT:  Let me ask you this:  You've indicated

11   that Mr. Sterlingov is going to testify.  Is he going to

12   testify about the Russian language based on his understanding

13   of the Russian language?

14               MR. EKELAND:  Potentially yes, Your Honor.  But the

15   issue is that this is the same putting money -- they should

16   have -- this should have been noticed and done with the

17   translators.  And it didn't occur to me that they would have

18   Mr. Rovensky doing Russian translations from the stand when we

19   just had a Russian translator on the stand this morning.  And

20   this, I don't believe, was included in what was certified as a

21   translation and now the jury has just heard a translation by a

22   translator that wasn't notified and that hasn't been certified

23   and hasn't been offered up.

24               THE COURT:  Mr. Brown?

25               MR. BROWN:  Your Honor, Agent Rovensky is a native

1   Russian speaker.  He is testifying only to his understanding of

2   a term.  There is no separate translation of this document.  He

3   is just telling the jury how he understands those literally two

4   Russian words based on his native level fluency.

5           MR. EKELAND:  But those are the keywords -- in the

6   opening, the government's opening, they had their putting money

7   slide three times.  And, you know, he should -- just leave the

8   Russian document in, but I don't think he should be translating

9   this from the stand.

10          THE COURT:  Well, so the other option is just to

11  have -- is having the Russian translator come back in to

12  testify with respect to this one document.

13          Go ahead.

14          MR. BROWN:  I believe Ms. Krulikowski did testify to

15  this specific document and she explained -- I don't recall the

16  exact words, but it translates something to the effect of

17  putting in or depositing.  I think that was roughly what she

18  said.

19          MR. EKELAND:  My understanding was the deposit.  And

20  if she translated this, let's leave with her translation and

21  not have the agent translating from the stand.

22          THE COURT:  Are we done with the Russian at this

23  point?

24          MR. BROWN:  Yes, Your Honor.  This is literally the

25  only --

```
1              THE COURT:  Unless there's some material difference
2     as to what he said and to what she said, I think we can just
3     move on and there's not any harm in this.  Okay.
4              MR. BROWN:  Thank you, Your Honor.
5              (Whereupon, the bench conference concludes.)
6     BY MR. BROWN:
7     Q.  Agent Rovensky, I'm not sure if you finished your answer.
8          How do you understand those two words?
9     A.  It could be putting money or depositing money.
10    Q.  Now, what is the date that this document was created?
11    A.  This document was created on September 29th, 2011.
12    Q.  How does that relate in time to the date that
13    Mr. Sterlingov opened his Mt. Gox account?
14    A.  I believe it's the same date.
15    Q.  Let's look at the document itself.  Directing your
16    attention to Exhibit 818.
17         Do you recognize this document?
18    A.  I do.
19    Q.  And what do you recognize this document to be?
20    A.  This is the (Russian spoken) document.
21    Q.  And was this -- was this a document obtained from Google in
22    response to the Google search warrant?
23    A.  It was.
24    Q.  And does this document fairly and accurately represent the
25    document that was produced by Google?
```

1    A.  It does.

2    Q.  And then directing your attention to Exhibit 818-B.

3         Do you recognize this Exhibit?

4    A.  Yes.  This is the translation of that document.

5         MR. BROWN:  And, Your Honor, Exhibits 818 and 818-B I

6    believe were conditionally or provisionally admitted in prior

7    testimony.  The government at this time moves to admit and

8    publish 818 and 818-B.

9         THE COURT:  Any objection?

10        MR. EKELAND:  We're going to object on both hearsay

11   and relevance here.

12        THE COURT:  I need to see the English version, I

13   guess.

14        MR. BROWN:  Your Honor, this is a statement by the

15   party opponent.  This was found in the defendant's email.

16        MR. EKELAND:  Your Honor, may we pick up the phone on

17   that.

18        (A bench conference was held as follows:)

19        MR. EKELAND:  That's actually an assumption by the

20   government because this could well be a cut-and-paste from

21   internet instructions that were very common at the time.

22        MR. BROWN:  Your Honor, I think there is enough of a

23   showing for a reasonable jury to find that this is a statement

24   by a party opponent.

25        THE COURT:  I think it seems implausible to me that

1    this is just a cut-and-paste of internet instructions.  If it

2    says, "The first step is the most fucking mind-blowing," it

3    doesn't sound like sort of your usual internet instructions.

4            MR. EKELAND:  Yes.  But the rest of it, a European

5    paying transfer.  We renew our objection.

6            THE COURT:  I think this is enough to establish this

7    is a statement of a party opponent under the circumstance.  I

8    don't have any evidence to the contrary.  And if it was found

9    in his email, that seems sufficient.

10           I did want to come back for one second to the Russian

11    translation.

12           Mr. Ekeland, what is your understanding of what those

13    words mean in the -- that the government has indicated mean

14    deposit or something along --

15           MR. EKELAND:  Deposit, not putting.  The word that

16    they're constantly using is putting, when it's really just

17    talking about a straight-up, like, deposit into an account.

18    For some reason the word putting keeps on getting used.

19           THE COURT:  I was going to come back to this, but

20    that doesn't sound like a material difference anyway, so I

21    think we can move on.  I was a little bit concerned about if

22    this really were a subject of meaningful dispute of having, you

23    know, something that could be perceived as an expert

24    confirmation of the language, but it seems to me there's not

25    even a material dispute.  So I think that's fine.

1                    MR. EKELAND:  Your Honor, one other thing, that --

2        the "F'ing mind-blowing," we submit is a mistranslation of just

3        really what would be just saying "F'ing great" and --

4                    THE COURT:  All right.  Again, I'm not sure that's

5        material, at least for present purposes.  But I'm going to go

6        ahead -- I'll do this on the record, but I'll admit the two

7        exhibits.  Thank you.

8                    (Whereupon, the bench conference concludes.)

9                    THE COURT:  Exhibits are admitted and may be

10       published to the jury.

11                   (Government's Exhibit 818 and 818-B admitted.)

12       BY MR. BROWN:

13       Q.  Agent Rovensky, I just want to show the jury --

14                   Could we zoom into the top part of this document.

15                   And could you just point out the first three bullet

16       points in this document?

17       A.  Yes.

18       Q.  Circle with your finger.

19       A.  On this Google document, there's three points; one, two,

20       and three.

21       Q.  And it looks like -- at the end of the third line, it looks

22       like there Western English characters.

23                   Do you see those?

24       A.  I do.  It says www.aurumxchange.com.

25       Q.  Now could we flip over to Exhibit 818-B.

1          And, Agent Rovensky, is this the translation of

2     Exhibit 818?

3     A.  Yes, it is.

4     Q.  And could you go ahead and read through this translation

5     through that third bullet point, please?

6     A.  Sure.

7          "So the first step is the most fucking mind-blowing.

8     It seems to be:

9          1.  A European bank transfer directly from my bank to

10    Mt. Gox account.  It takes a couple of business days perhaps,

11    but it seems to be cheap.

12         2.  Then you sell Euros in exchange for Bitcoins and

13    then Bitcoins in exchange for dollars.

14         3.  You transfer to Liberty Reserve through

15    www.aurumxchange.com.

16    Q.  So, Agent Rovensky, we've walked --

17         And we can close this out.

18         We've walked through the tracing from the domain

19    registration backwards and I --

20         MR. EKELAND:  Objection, Your Honor.  Counsel is

21    testifying.

22    BY MR. BROWN:

23    Q.  Agent Rovensky, I would like to ask you to summarize the

24    transaction, going in chronological order from the beginning.

25    And I would like to show you an exhibit first.

1          MR. EKELAND:  Objection, Your Honor.  This calls for

2    narrative.

3          Is there a question there?  He's saying he would like

4    to show him an exhibit.  I'm a little bit at a loss.

5          THE COURT:  There's no question yet because he's

6    pulling the exhibit.

7          So you can put up the exhibit and if there's a

8    question, then you can object.

9    BY MR. BROWN:

10   Q.  Well, let me ask you this:  Does this transaction involve

11   voluminous records?

12   A.  It does.

13   Q.  Would there be a visual aid that would help in explaining

14   this transaction?

15   A.  I think so.

16   Q.  I would like to show you what has been marked as Exhibit

17   359.

18          (A bench conference was held as follows:)

19          MR. EKELAND:  We absolutely object to this because

20   the -- assuming that's being made from -- is that -- seeing

21   that visual, this is what Mr. Scholl is going to be testifying

22   to.  It's making the assumption that the flow of funds that are

23   going through all these different accounts are somehow

24   controlled by Mr. Sterlingov.  This is a highly prejudicial

25   exhibit that's at the core of the issues of this case.  This is

1    what they noticed Mr. Scholl to testify about, and bringing

2    this in here is entirely inappropriate.

3            Even Mr. Rovensky can testify, like you said, to the

4    facts, but now we're crossing over into a highly prejudicial

5    argumentative demonstrative that is going to unduly prejudice

6    the jury, and actually I think actually crosses over into

7    opinion because there is -- it's essentially arguing that

8    Mr. Sterlingov is behind every one of these steps, and that is

9    a matter of opinion.  There is not an ancillary issue to the

10    case.  It's -- they don't have -- they just don't have all the

11    steps in here, and we just object to this completely.

12            THE COURT:  Mr. Brown?

13            MR. BROWN:  Your Honor, this is a summary chart.  And

14    we can pull it up on the screen for the Court and defense

15    counsel.  This is the electronic version of it.  This is

16    literally just a summary of all of the exhibits that Agent

17    Rovensky just highlighted for the jury.  It's nothing more,

18    nothing less.  That's 100 percent of what we just heard him

19    testify to.  This will be helpful to the jury.  It summarizes

20    voluminous records, it is not prejudicial, it fits all the

21    qualifications for a Rule 1006 summary chart.

22            MR. EKELAND:  Absolutely not, Your Honor.  This is

23    highly confusing.  It's argumentative.  The government doesn't

24    even have the private key to that first Bitcoin address, and

25    what they're trying to do is they're trying to make a visual

1    argument that Mr. Sterlingov is the one who is in control of

2    the funds all the way through the transactions.  This is one of

3    their central arguments and disputes in this case, and if they

4    want to bring this in, they can attempt to bring this in

5    through, you know, Mr. Scholl who they've noticed as an expert.

6    But this is not an appropriate summary.  It's highly

7    argumentative and it's leaving out key information and it's

8    going to confuse the jury more than clarify anything.

9         THE COURT:  Mr. Brown, are you going to use the same

10    chart or the same approach with the expert witness?

11         MR. BROWN:  Your Honor, the expert witness, he will

12    address the chart, but he has several other charts.  He is

13    going to testify in more of an expert capacity where he can

14    provide context and expert opinion.  This is -- this here is

15    literally just a summary of the records that Agent Rovensky

16    just walked the jury through.  It is not confusing.  It is

17    helpful to the jury.

18         It is a visual that -- I mean, the reason why the

19    defense is upset about it is they recognize that this will

20    clarify things for the jury.  As the defense said, this is a

21    central issue in the case.  The government has a right to put

22    on its case in the manner that it sees fit in terms of

23    producing admissible, relevant, and helpful evidence before the

24    jury.  And this is -- fits squarely within Rule 1006.

25         THE COURT:  I'm sorry.  Just before you respond, let

1    me ask you, Mr. Ekeland, show me each step in the process here

2    that you think involves opinion rather than fact testimony.

3              MR. EKELAND:  Okay.  There's a big red box on the

4    left-hand side that's surrounding all three Mt. Gox accounts,

5    and that is visually grouping them together and that is

6    argumentative and it is psychologically and visually suggesting

7    that those three accounts are all the same.  That's one of the

8    government's key arguments, and one of the key things that the

9    defense is disputing.

10             Likewise, when you go to the first gold box on the

11   right-hand side, it's implying that those blockchain addresses

12   are somehow associated together, argumentatively like perhaps

13   they're controlled by the same entity.  You've got these green

14   pointed arrows that are pointing in towards the Bitcoin

15   addresses.  I think that suggests control again.  And then

16   you're going in -- you know, you see all these little boxes and

17   groups and breaks, and then you've got the IP address down

18   there, the 70.90, but they're not putting in the other IP

19   addresses.

20             There's a lot of information being left out.  And

21   then there's another red box around the Liberty Reserve

22   accounts.  And they're essentially visually arguing here with

23   this summary, and that's why they're pushing so hard to put

24   this in on this gigantic foam board, which is the first time

25   the defense has had any notice seeing this foam board that they

1    want to publish in front of the jury.

2              This is highly inappropriate, Your Honor, and this is

3    the province of the expert testimony for Luke Scholl where we

4    can dispute this.  But this is going to not only confuse the

5    jury, it's highly prejudicial.

6              THE COURT:  I'm not sure I heard you describe for me

7    why.  Anyway, this is expert testimony.  I would like you to

8    describe to me why you think this is argumentative.  But I am

9    concerned if this is the first time the defense has seen this

10   exhibit.

11             MR. BROWN:  That is absolutely not the first.  We

12   produced this exhibit --

13             MR. EKELAND:  We --

14             THE COURT:  Let him finish.

15             MR. BROWN:  We produced this exact exhibit in

16   discovery in prior weeks.  A version of this exhibit was

17   included in, like, Scholl's account, which they've had for

18   months.  They're seeing this on a foam board for the first

19   time, but I've they've seen this before.  I'm giving them a

20   chance to inspect the foam board.  It is the same, what was

21   produced in discovery.

22             MR. EKELAND:  That's what I was saying.  It's the

23   first time I've seen it on the foam board.  That's why I'm

24   referencing it as Luke Scholl's exhibit, but publish it on this

25   big form board -- and actually, this was produced to us as part

1    of the expert report.  So I think that goes to the whole expert

2    opinion, and it's implying that there's control between all

3    these accounts and it's -- it's visually inappropriate.

4            THE COURT:  I actually think that there -- there's an

5    awful lot that was lumped into the expert testimony that

6    probably was not expert testimony in this case when we had our

7    days and days of *Daubert* testimony on this.  To the extent he's

8    testifying to and asked questions of how he, through the

9    information that he has just presented, tracked the transaction

10   in the same way, as I said that, you know, an officer might --

11   or an agent might say, you know, I wrote down the person's

12   license plate.  I then went back to the MPD.  I put it into the

13   data base.  I found out where they lived.  I went to their

14   house.  I saw them leave the house.  And I think they're

15   entitled to use -- where there's cumulative and very large,

16   large exhibits, I think they're entitled to use an exhibit to

17   do so.

18           I also don't frankly see how this is as prejudicial

19   as you're suggesting, since this is going to be similar in part

20   to testimony that you've presumably already prepared for that

21   you've known about for months.  And I think, to the extent you

22   disagree and you think that there are some assumptions that are

23   improper that are being made here, you can cross the witness on

24   this.

25           You're, frankly, going to have four days to get ready

1    for that cross, if there's any question of undue surprise here

2    in presenting this to you.  But I just don't think that this is

3    expert testimony for the reasons I've given before.  And I

4    think this is an appropriate exhibit.  So I'm going to allow

5    it.  Okay.

6              (Whereupon, the bench conference concludes.)

7              MR. BROWN:  The government moves to admit Exhibit 313

8    and publish.

9              THE COURT:  313 is admitted as a summary exhibit.

10             MR. BROWN:  Summary chart, Your Honor.

11             THE COURT:  Summary chart and may be published.

12             MR. BROWN:  May I approach?

13             THE COURT:  You may.

14             (Government's Exhibit 313 admitted.)

15   BY MR. BROWN:

16   Q.  Now, Agent Rovensky, using this chart, could you walk the

17   jury in chronological order through the records that we just

18   reviewed?

19   A.  Sure.  Can I stand up?

20             THE COURT:  You just need to make sure you're near

21   the microphone.  Otherwise the court reporter is not going to

22   hear you.

23   A.  So we started with that Shormint Liberty Reserve payment on

24   the bottom right there to highhosting.net to register the

25   bitcoinfog.com email address.  And by looking at Mt. Gox

1    records, Liberty Reserve records, email records, records on the

2    BitcoinTalk chain, we worked on all these transactions back to,

3    in the upper left here, where Mr. Sterlingov wires 89 euro and

4    87 cents to his Mt. Gox account.

5          So just like the putting money document on his Google

6    drive, right here he wires the 89 euros and 87 cents from his

7    own bank account to the Mt. Gox account in his own true name.

8    And just like the putting money document, he buys Bitcoin with

9    it.

10         Now, the next transactions all happen close in time

11   to each other.  He sends the Bitcoin that he just bought to the

12   Bitcoin blockchain, to a Bitcoin blockchain address, sends it

13   one more time to another blockchain --

14         MR. EKELAND:  Objection, Your Honor.

15         THE COURT:  Yeah.  Perhaps if you wouldn't object,

16   perhaps the government could lead a little built.

17         MR. EKELAND:  Could we get on the phone?

18         (A bench conference was held as follows:)

19         MR. EKELAND:  There is nothing in the evidence or any

20   of the testimony from Mr. Rovensky saying that Mr. Sterlingov

21   controls and was sending funds from that Bitcoin address that

22   he initially sent funds to.  So that is something that's

23   entirely new and that is expert testimony and we object to

24   that.

25         THE COURT:  That's why I was suggesting that

```
 1    Mr. Brown could lead, to avoid that question.
 2              MR. EKELAND:  Well, I think --
 3              MR. BROWN:  Yes, Your Honor --
 4              MR. EKELAND:  There's been some damage done here
 5    because that was just set in front of the jury, and this was
 6    the entire reason that we made the expert opinion objection.
 7              THE COURT:  If you want me to strike that last
 8    answer, I will do so, and I'll allow Mr. Brown to lead.
 9              MR. EKELAND:  Your Honor, not only would I ask the
10    Court to strike that last answer, I would like the Court to
11    inform the jury that there is nothing in evidence and that
12    Mr. Rovensky hasn't testified to Mr. Sterlingov having any
13    control of that Bitcoin address.  This is the Court's issue in
14    the case and the jury just heard that.  And this is why we
15    objected about this issue, because we were afraid precisely
16    this was going to happen, and it did.
17              MR. BROWN:  Your Honor, I'm happy to lead him
18    through.  I think a corrective instruction that -- well, I'm
19    happy to lead him through and to make sure that he is not
20    attributing Mr. Sterlingov to any of these flows of funds.  And
21    we can just follow the money from point A to point Z.
22              THE COURT:  Give me a second here.
23              All right.  So what I think I'm going to do is I'm
24    going to strike the last answer.  And I will tell the jury that
25    this witness is not an expert witness, and he's here just to
```

1    testify to, you know, what the records say and that they should

2    not rely on anything -- any -- you know, attributions he's

3    made, other than what's reflected in the records in front of

4    him.

5             MR. EKELAND:  Your Honor, can we ask the Court to

6    clarify to the jury, on top of what you've said, that what

7    Mr. Rovensky is testifying to is the flow of funds and not the

8    flow of control of the funds?  And just because the funds are

9    flowing through a particular address or an account does not

10   mean that Mr. Sterlingov controls those accounts except for, of

11   course, Mt. Gox No. 1, which has never been in dispute.

12            THE COURT:  I'm afraid if I'm doing that, I'm

13   testifying.  You're welcome do that on cross-examination, if

14   you would like to.  But I think for present purposes, the thing

15   for me to do is strike the answer and explain the limited

16   nature of what this witness is testifying about.

17            (Whereupon, the bench conference concludes.)

18            THE COURT:  Members of the jury, I'm going to strike

19   that last answer that was just given.  And I want to just

20   clarify what this witness is testifying to in this case, and

21   he's just testifying here to what the records that have already

22   been presented to you show.  And he's not drawing any further

23   inferences with respect to anything beyond what was reflected,

24   just in those accounts and showing just the flow of funds.  And

25   there will be more evidence in the case by both sides with

1    respect to other issues in this case, but for present purposes

2    we're just dealing with the pure factual questions that were

3    already either in the records or not previously, and just

4    showing the flow that occurred.

5              And so with that clarification, I'm going to strike

6    the last answer.  You should ignore that.  It should not play

7    any role at all in your deliberations.

8              And, Mr. Brown, you may proceed.

9              MR. BROWN:  Thank you, Your Honor.

10   BY MR. BROWN:

11   Q.  Agent Rovensky, let's just take this kind of one bite at a

12   time.

13             So starting in the upper left-hand corner, what is the

14   account there?

15   A.  That is the Mt. Gox account and in Mr. Sterlingov's true

16   name.

17   Q.  What is the email for that Mt. Gox account?

18   A.  Plasma@plasmadivision.com.

19   Q.  So what's the first transaction shown on the chart there in

20   the -- in that Mt. Gox account?

21   A.  First transaction is receipt of 89 euros and 87 cents.

22   Q.  Then what happened to those 89 euros and 87 cents?

23   A.  They are used to buy Bitcoin.

24   Q.  And then after the Bitcoin was purchased, where does the

25   next transaction lead to?

1    A.  The next transaction goes to a Bitcoin address that starts

2    with 1JzbuK.

3    Q.  And then from that Bitcoin address, where does it go next?

4    A.  The Bitcoin is then sent to another Bitcoin address,

5    14RzfW.

6    Q.  And then from that Bitcoin address, where do the funds

7    move?

8    A.  Then the funds return to Mt. Gox, to the Peternfs, or the

9    Nfs9000 account.

10   Q.  And is the Bitcoin moved from the nfs9000@hotmail.com

11   account?

12   A.  Yes.  The Bitcoin is then sent to the Kolbasa Mt. Gox

13   account.

14   Q.  And then what happens to that Bitcoin in the Kolbasa

15   Mt. Gox account?

16   A.  The Bitcoin is sold for U.S. dollars.

17   Q.  And approximately how many U.S. dollars were purchased with

18   that Bitcoin?

19   A.  Approximately 80 U.S. dollars.

20   Q.  Then where does the U.S. dollars go next?

21   A.  The 80 U.S. dollars, through the services of Aurum XChange,

22   are deposited to the Shormint Liberty Reserve account.

23   Q.  And then in the Shormint Liberty Reserve account --

24   actually, before we get there, going back to Aurum XChange.

25        What is the form of currency for the funds leaving Aurum

1    XChange?

2    A.   Liberty Reserve dollars.

3    Q.   And then how were those Liberty Reserve dollars spent once

4    there in the Shormint Liberty Reserve account?

5    A.   Those Liberty Reserve dollars were used to register and

6    host the www.bitcoinfog domain with highhosting.net.

7    Q.   And then were there common IP addresses used between the

8    Liberty Reserve account and the Kolbasa -- or, I should say,

9    was there any common IP address used between the Liberty

10   Reserve Shormint account and the Mt. Gox Kolbasa99 account?

11           MR. EKELAND:  Objection, Your Honor.

12           THE COURT:  Can you pick up?

13           (A bench conference was held as follows:)

14           MR. EKELAND:  Now we're getting into when you're

15   talking about issues of commonality with IP addresses.

16           First of all, it's a very vague term and now we are

17   getting into the area of Mazars de Mazarin testimony.  I think

18   this is just needlessly confusing and the government is putting

19   this on to make this association that the computer forensics

20   information doesn't support, like we've gone -- Your Honor,

21   just what -- what Mr. Rovensky did with that one Bitcoin

22   address in the beginning, attributing control to

23   Mr. Sterlingov, that is just -- I think it's done a lot of

24   damage and think that we should just wrap up on this exhibit

25   before further damage is done with this kind of speculative

1    kind of testimony that -- he hasn't been noticed as an expert,

2    Your Honor.  We object.

3              MR. BROWN:  Your Honor, may I be heard?

4              THE COURT:  You may.

5              MR. BROWN:  We just went through records showing an

6    IP address associated with the Kolbasa transaction at 7:04 a.m.

7    on October 20th, 2011, and that is the IP address indicated

8    there.  That is just a literal reading of the Mt. Gox account

9    record.  And we also just looked at the Liberty Reserve account

10   records that show an account event, I think it was a login at

11   7:10 a.m. the same day, October 20th, 2011, from the same IP

12   address.

13             The question here was -- was to the effect of:  Was

14   there an event involving the same IP address between those two

15   accounts?  And that is just a literal summary of the records

16   that we just reviewed.

17             THE COURT:  That is a factual question about whether

18   this is the same IP address.

19             MR. EKELAND:  But the problem --

20             THE COURT:  I'm sorry, Mr. Brown.  Would you add

21   clarification first?

22             MR. BROWN:  Your Honor, if we just look at the

23   records, it just shows 70.90.169.13 in both of those records.

24   It's not a -- there's no characterization, there's no nothing.

25   It's just literally reading numbers off a page.

```
1              THE COURT:  Mr. Ekeland?

2              MR. EKELAND:  Yes.  First of all, Mr. Rovensky is not

3     an IP address expert.

4              THE COURT:  You don't have to be.  I can tell you --

5     I can read it and see the same IP address appears in two

6     places.  You don't need to be an expert about that.

7              MR. EKELAND:  If I cross-examine him as if he's an

8     expert and I ask the same questions I'm going to ask Ms. Mazars

9     de Mazarin, is he going to be able to answer?  A VP server that

10    hundreds of thousands -- maybe hundreds of thousands of people

11    were using the same IP address at the same time.

12             I think what's going on is they're putting this

13    information on and then he's just going to say, when I cross

14    him on it, oh, I don't know anything about this, I don't know

15    anything about this.  And when you start using terms like --

16    there's a whole argument going on here that's inappropriate and

17    should just be left for the experts.

18             THE COURT:  All right.  In fact, I think he can

19    comment it simply means the same, and I think he can testify if

20    it's the same number and you can cross him on it, if you want

21    to.  I think it's okay.

22             It is five minutes to 5 and I really want to finish

23    up at 5, so let's finish up with this and adjourn for a long

24    weekend.

25             MR. BROWN:  Thank you, Your Honor.
```

```
1                  (Whereupon, bench conference concludes.)

2                  THE COURT:  I know you all are probably looking at

3       the clock.  I will let you go soon.

4                  MR. BROWN:  One more question, Your Honor.

5       BY MR. BROWN:

6       Q.  Agent Rovensky, was the same IP address used in two

7       different events for the Liberty Reserve account and for the

8       Mt. Gox Kolbasa99 account?

9       A.  Yes.  It was within six minutes of each other.  The same

10      address, 70.90.169.13 was used by Kolbasa at Mt. Gox and the

11      Shormint account at Liberty Reserve.

12                  MR. BROWN:  We can wrap there.

13                  THE COURT:  Let's go ahead and break there for the

14      long weekend.  We'll come back on Tuesday.

15                  And since we're taking a long weekend, why don't we

16      go ahead and start at 9 o'clock on Tuesday.  I just want to

17      make sure we're moving forward.  But I hope you have a nice

18      weekend.

19                  Please, it's a long weekend, people may ask you about

20      the case, do not talk about the case with anybody.  If anybody

21      asks you about the case, you can say it's a criminal case

22      but -- you can tell them that the judge said they should not

23      ask you anything about it and that you can't say anything about

24      it.  And don't conduct any kind of research on the internet or

25      otherwise relating to the case, but enjoy yourselves.  I hope
```

1    it's a nice weekend and I will see you back here on Tuesday.

2              (Whereupon the jurors leave the courtroom.)

3              (Off-the-record discussion between Court and Juror

4    No. 1.)

5              THE COURT:  All right.  And the witness can step

6    down.  I just ask that you not discuss your testimony with

7    anybody until its complete.  But we'll see you back here on

8    Tuesday at 9 a.m.

9              Okay.  I was just talking to Juror No. 1 on the way

10    out because she's the one who had this very serious spinal

11    surgery and I think is in some pain.  I was just saying to her,

12    so you know, that I want to make sure that we're adjourning

13    early enough for her to get to physical therapy.  And

14    apparently she tried to get to physical therapy after court and

15    by the time she got there, they had closed for the evening.

16              So I was giving her assurances to get there and asked

17    her to let me know if she has to leave earlier to get to

18    physical therapy, because I would hate for her to suffer.  So

19    that was what that was about.

20              The other thing is -- I don't need an answer on this,

21    but maybe on Tuesday -- I do need to know whether the defense

22    is going to request, if there is a conviction, the same jury

23    consider forfeiture.

24              Anything else we need to handle before we adjourn for

25    the long weekend?

1          MR. BROWN:  No, Your Honor.

2          MR. EKELAND:  Can I very quickly update on

3    Mr. Sterlingov?

4          Your Honor, Mr. Sterlingov has gotten his laptop

5    back.

6          THE COURT:  Excellent.

7          MR. EKELAND:  He still doesn't have a tablet to call

8    us with.  He's been able to borrow someone's to call.  He

9    hasn't been able to shave, I believe he said in four days, and

10   they're not -- he's unable to, like, trim his fingernails.

11   That's the update.

12         THE COURT:  Well, on the shaving, I do want to make

13   sure that can happen.  I was told by the marshall they were

14   having an issue with the barber.  But I was also told there's

15   no difference in the shaving between the two facilities and

16   it's exactly the same in the two facilities.  Hopefully they'll

17   work things out by Tuesday.  If they haven't, let me know and I

18   will inquire again.

19         MR. EKELAND:  Thank you, Your Honor.

20         MR. BROWN:  One matter to place on the record in case

21   this comes up again.

22         Our exhibit list, which was produced to the defense,

23   lists separately exhibits that are physical charts and

24   demonstratives and the electronic version.  So in case there's

25   ever a question about unfair surprise or lack of disclosure, I

1    just wanted to make sure the Court understood that.

2              THE COURT:  Implicitly what you're saying is you did

3    disclose the chart, is what you're trying to say.

4              MR. BROWN:  So the substance of the chart was

5    disclosed earlier and the fact that we had prepared physical

6    demonstratives was shared with the defense.  It was implicit in

7    our exhibit list, which listed certain physical items.

8              THE COURT:  I see.  Okay.  All right.

9              MR. EKELAND:  Just for the record, we -- I was not

10   shown that actual physical exhibit today.  I did not see it

11   until the moment that they were bringing it up.  And my

12   understanding -- and I will double check this -- is that that

13   exhibit was noticed as an expert exhibit.  And maybe I missed

14   something, I will go back and check over the weekend.  I just

15   wanted to make the record, Your Honor.

16             THE COURT:  Let me say more generally then with

17   respect to this issue, is I would encourage both sides to be as

18   transparent as you can about what you're going to use at trial

19   because I just think it makes things run more smoothly.  We're

20   not going to have surprise issues come up.

21             I realize you may not want to give away exactly what

22   you're going to do, but I think it would be in the interest of

23   a smooth trial if both sides would give advance notice of any

24   demonstratives or other physical exhibits that they intend to

25   use, just so the other side is prepared and we don't have a

1    disruption to the jury.

2            MR. BROWN:  Yes, Your Honor.  And I can put on the

3    record right now that we will have more physical demonstratives

4    next week with Mr. Scholl's testimony and Ms. Mazars

5    de Mazarin.

6            THE COURT:  I direct then that you provide advance

7    access to the defense so they can see that before the

8    testimony.  And you can tell me now or on Tuesday what's a

9    reasonable amount of time under the circumstances for you to

10   disclose that to defense.

11           MR. BROWN:  Yes, Your Honor.

12           And in terms of advance access, they have the -- you

13   know, the mirror image electronically.  What further advanced

14   access do we need to -- physically show them --

15           THE COURT:  If you're talking about -- if you're

16   taking exhibits that are in the expert reports and simply

17   blowing them up to use with the expert witnesses, I'm not sure

18   that you need to make advance disclosure with respect to that.

19           If it's something that hasn't been associated with a

20   particular witness before or shown or disclosed previously,

21   then it should be.  Even if it's a demonstrative.

22           MR. BROWN:  Yes, Your Honor.  I don't know -- if they

23   need to inspect it in person, we can also take out a phone and

24   snap photos and say these are the physical demonstratives or

25   summary charts.

```
1            THE COURT:  You can even tell them.  If it's
2    something that's been produced, you can simply say we intend to
3    blow up Exhibit 463, just so you know.
4            MR. BROWN:  Yes, Your Honor.
5            And to be crystal clear on this, we have provided the
6    defense with an exhibit list and we have provided the defense
7    with electronic files for every single item in the exhibit
8    list, including these where there's an electronic version and a
9    physical version.  Those are separately notated in the physical
10   list.  So they can see there is an electronic Exhibit 313 that
11   corresponds to this physical 313.  They have it all already, so
12   if it -- you know, if it makes a difference, we would be happy
13   to physically show them the charts that they already have in
14   their possession.
15           THE COURT:  It might make sense for both sides to do
16   that, just in case there's any risk that it doesn't precisely
17   mirror what's in the produced exhibit.
18           MR. BROWN:  Yes, Your Honor.
19           THE COURT:  All right.  Mr. Ekeland, anything else
20   before we adjourn?
21           MR. EKELAND:  No.
22           THE COURT:  All right.  I will see you all on
23   Tuesday.
24
25
```

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3           I, JANICE DICKMAN, do hereby certify that the above and

4       foregoing constitutes a true and accurate transcript of my

5       stenographic notes and is a full, true and complete transcript

6       of the proceedings to the best of my ability.

7                            Dated this 16th day of February, 2024

8

9

10                            _____

11                            Janice E. Dickman, CRR, CMR, CCR
                              Official Court Reporter
12                            Room 6523
                              333 Constitution Avenue, N.W.
13                            Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25

1                              INDEX

2

     WITNESS:
3

         Leo Rovensky
4            Direct Examination By Mr. Brown (Cont.)........... 2

5

     GOVERNMENT EXHIBITS ADMITTED:
6

         Exhibit 22............................................39
7        Exhibit 313..........................................106
         Exhibits 401 through 404............................ 49
8
         Exhibits 405 through 410-G.......................... 63
9        Exhibit 502-A through 502-H......................... 43
         Exhibits 804 through 806............................  3
10
         Exhibits 815 and 816................................ 12
11       Exhibit 817......................................... 17
         Exhibit 818 and 818-B............................... 98
12
         Exhibit 819......................................... 92
13       Exhibit 838......................................... 19
         Exhibit 847......................................... 55
14
         Exhibits 862 and 862-B.............................. 26
15       Exhibit 865......................................... 25
         Exhibit 873......................................... 87
16
         Exhibit 887......................................... 90
17       Exhibit 891......................................... 21
         Exhibit 910......................................... 28
18
                              *   *   *
19

20

21

22

23

24

25

## $

**$12** [1] - 44:11
**$14** [1] - 52:7
**$77** [1] - 77:1
**$77.60** [1] - 69:15
**$80** [6] - 70:2, 70:10, 70:14, 76:10, 76:25, 78:23

## 0

**0.9** [1] - 15:11
**00:06:41** [1] - 50:22
**0845692** [1] - 52:3

## 1

**1** [11] - 23:25, 36:24, 36:25, 39:15, 39:16, 39:19, 50:7, 99:9, 109:11, 116:4, 116:9
**100** [1] - 101:18
**10005** [1] - 1:22
**1006** [2] - 101:21, 102:24
**10651** [1] - 52:8
**10998** [1] - 52:18
**10:16:59** [1] - 44:1
**10:55** [1] - 46:12
**11** [2] - 77:15, 77:16
**111** [2] - 16:2, 16:6
**11th** [1] - 90:19
**12** [2] - 23:8, 122:10
**12751** [1] - 38:13
**12:01:40** [1] - 4:9
**12:29** [1] - 86:5
**12th** [1] - 88:6
**13,068** [1] - 14:10
**1301** [1] - 1:18
**13th** [1] - 3:12
**146-A** [1] - 61:9
**14RzfW** [4] - 83:24, 84:12, 85:18, 111:5
**14th** [1] - 66:16
**15** [4] - 1:6, 31:11, 35:16
**16** [7] - 11:9, 37:14, 37:15, 37:16, 37:17, 39:16, 39:19
**16th** [1] - 121:7
**17** [1] - 122:11
**1700** [1] - 36:13
**1752** [1] - 20:9
**17:16** [1] - 85:13
**17:47** [1] - 83:16
**18CAB** [4] - 70:6, 75:6, 75:12, 76:24
**18th** [2] - 6:12, 13:3
**19** [2] - 85:13, 122:13

**1988** [1] - 66:16
**19th** [5] - 22:5, 79:18, 80:2, 83:16, 86:5
**1:45** [1] - 1:6
**1HvjK** [1] - 84:4
**1Hvk** [2] - 83:21, 83:23
**1HvkjK** [3] - 80:10, 83:19, 84:8
**1JzbuK** [3] - 85:17, 86:11, 111:2
**1PQQ** [1] - 15:16
**1st** [1] - 23:25

## 2

**2** [9] - 32:19, 44:12, 48:6, 48:8, 52:17, 53:4, 67:11, 99:12, 122:4
**20001** [1] - 121:13
**20005** [1] - 1:19
**2011** [47] - 4:9, 23:21, 31:23, 32:20, 33:7, 33:15, 35:10, 35:22, 36:19, 37:18, 40:14, 40:15, 44:1, 45:7, 46:12, 50:21, 52:2, 52:16, 53:5, 67:14, 67:16, 67:23, 67:25, 68:7, 68:9, 69:3, 69:15, 69:23, 70:7, 75:8, 75:14, 77:19, 77:23, 78:7, 79:18, 80:2, 83:16, 85:13, 86:5, 87:2, 87:18, 88:6, 90:19, 91:6, 95:11, 113:7, 113:11
**2012** [2] - 22:5, 26:20
**2013** [2] - 20:9, 55:7
**2015** [1] - 4:25
**2016** [6] - 3:12, 3:15, 3:16, 6:12, 13:3, 14:24
**2024** [2] - 1:6, 121:7
**20530** [2] - 1:14, 1:16
**20th** [12] - 53:5, 69:15, 69:23, 70:7, 75:8, 75:14, 77:19, 77:23, 78:7, 79:5, 113:7, 113:11
**21** [2] - 80:3, 122:17
**21-cr-399** [1] - 1:3
**22** [6] - 38:14, 39:4, 39:5, 39:7, 39:9, 40:8
**22..............................
...............** [1] - 122:6
**2245** [1] - 80:2
**23:06** [1] - 79:18
**24** [1] - 55:14
**24th** [2] - 26:20, 67:16
**25** [3] - 78:3, 78:6, 122:15

**25th** [4] - 44:1, 46:11, 52:2, 52:16
**26** [1] - 122:14
**27** [4] - 29:13, 36:19, 78:3, 78:6
**2701** [4] - 69:20, 69:21, 75:1, 75:5
**27th** [2] - 35:22, 40:17
**28** [1] - 122:17
**288** [2] - 88:3, 88:5
**289** [2] - 88:15, 89:24
**28th** [2] - 37:18, 67:25
**29** [2] - 78:3, 78:6
**290** [2] - 88:15, 89:24
**291** [2] - 88:15, 89:24
**29th** [6] - 45:7, 68:9, 69:3, 87:2, 87:18, 95:11
**2nd** [4] - 14:24, 31:23, 33:7, 55:7

## 3

**3** [7] - 42:12, 51:17, 66:1, 66:3, 66:4, 99:14, 122:9
**30** [1] - 1:22
**31** [2] - 78:3, 78:6
**311** [5] - 82:14, 82:15, 83:2, 83:6, 84:9
**312** [5] - 84:13, 84:14, 84:22, 85:6, 85:10
**313** [5] - 106:7, 106:9, 106:14, 120:10, 120:11
**313.............................
.............106** [1] - 122:7
**33** [5] - 75:10, 76:8, 77:8, 77:22, 78:10
**333** [1] - 121:12
**35** [7] - 40:23, 78:20, 78:22, 79:2, 79:11, 79:19, 80:3
**35.995** [1] - 84:3
**35.999** [3] - 80:5, 84:5, 84:8
**359** [1] - 100:17
**36** [1] - 86:7
**39** [1] - 122:6
**3:30** [1] - 71:8
**3:36** [1] - 74:17
**3:54** [1] - 74:18
**3rd** [3] - 23:21, 40:14, 40:15

## 4

**4** [6] - 51:22, 51:24, 52:24, 67:17, 79:21, 84:6
**40** [1] - 49:9

**401** [10] - 48:3, 48:9, 48:10, 49:5, 49:23, 49:25, 50:3, 69:7, 77:12, 122:7
**403** [6] - 8:3, 8:7, 10:17, 56:19, 57:1, 58:20
**404** [5] - 48:3, 48:11, 49:5, 49:23, 49:25
**404............................
.** [1] - 122:7
**405** [19] - 56:3, 56:13, 56:18, 56:21, 57:2, 62:3, 62:6, 62:21, 63:22, 63:23, 63:24, 63:25, 64:7, 64:16, 66:1, 67:9, 75:25, 76:2, 122:8
**406** [1] - 88:1
**406-A** [3] - 85:19, 85:22, 85:23
**406-E** [2] - 66:7, 86:15
**406-F** [2] - 66:17, 66:20
**406-G** [2] - 66:17, 66:25
**406-I** [1] - 67:3
**407** [1] - 61:13
**408** [1] - 83:18
**408-A** [2] - 79:16, 84:6
**409-A** [4] - 70:18, 75:9, 77:3, 77:20
**410-A** [3] - 65:16, 69:19, 75:1
**410-G** [6] - 56:4, 56:13, 62:3, 63:22, 63:23, 65:6
**410-G........................
...** [1] - 122:8
**43** [1] - 122:9
**463** [1] - 120:3
**47** [1] - 40:9
**49** [1] - 122:7
**4th** [1] - 33:15

## 5

**5** [6] - 52:19, 77:14, 79:17, 79:18, 114:22, 114:23
**5.1527** [1] - 1:13
**502-A** [8] - 42:6, 42:12, 42:15, 43:8, 43:11, 43:15, 43:17, 122:9
**502-D** [2] - 46:16, 46:18
**502-E** [1] - 44:24
**502-G** [1] - 43:11
**502-H** [6] - 42:7, 42:13, 42:15, 43:8,

43:13, 43:15
**502-H...........................**
.. [1] - 122:9
**55** [1] - 122:13
**589** [2] - 85:20, 86:1

### 6

**6** [5] - 64:23, 64:24, 82:15, 84:14, 91:6
**6.59558** [1] - 89:15
**60** [1] - 53:7
**601** [1] - 1:13
**63** [1] - 122:8
**6523** [1] - 121:12

### 7

**7** [5] - 4:8, 78:24, 79:2, 79:10, 79:13
**70.90** [1] - 103:18
**70.90.169.13** [4] - 77:10, 77:17, 113:23, 115:10
**702** [3] - 70:24, 71:1, 80:24
**77** [2] - 53:6, 70:11
**77407610** [1] - 46:13
**7:01** [2] - 78:8, 79:5
**7:04** [3] - 75:14, 77:23, 113:6
**7:10** [2] - 77:19, 113:11
**7:17** [3] - 69:25, 70:7, 75:8
**7:18** [1] - 53:5
**7th** [3] - 20:9, 20:12, 50:21

### 8

**80** [4] - 11:9, 70:3, 111:19, 111:21
**804** [7] - 2:12, 2:17, 2:21, 3:1, 3:3, 3:5, 122:9
**806** [5] - 2:12, 2:17, 2:21, 3:1, 3:3
**806...........................**
. [1] - 122:9
**815** [6] - 5:5, 5:15, 11:9, 11:22, 12:1, 122:10
**816** [6] - 5:3, 5:16, 6:1, 8:19, 11:22, 12:1
**816...........................**
...... [1] - 122:10
**817** [6] - 16:15, 16:16, 16:17, 17:4, 17:7, 17:9
**817...........................**

............ [1] - 122:11
**818** [6] - 95:16, 96:5, 96:8, 98:11, 99:2, 122:11
**818-B** [5] - 96:2, 96:5, 96:8, 98:11, 98:25
**818-B...........................**
........ [1] - 122:11
**819** [5] - 91:21, 91:22, 92:9, 92:12, 92:14
**819...........................**
............ [1] - 122:12
**83.248.132.4** [1] - 25:12
**838** [4] - 18:23, 19:9, 19:12, 19:14
**838...........................**
............ [1] - 122:13
**847** [4] - 54:6, 54:23, 55:1, 55:3
**847...........................**
............ [1] - 122:13
**850** [1] - 14:11
**862** [7] - 25:16, 25:20, 26:8, 26:11, 26:13, 26:15, 122:14
**862-B** [6] - 25:16, 26:4, 26:8, 26:11, 26:13, 26:21
**862-B...........................**
........ [1] - 122:14
**865** [5] - 24:8, 24:11, 24:21, 24:24, 25:1
**865...........................**
............ [1] - 122:15
**87** [6] - 88:11, 107:4, 107:6, 110:21, 110:22, 122:15
**873** [4] - 86:19, 87:7, 87:10, 87:12
**873...........................**
............ [1] - 122:15
**887** [4] - 90:1, 90:11, 90:14, 90:16
**887...........................**
............ [1] - 122:16
**89** [5] - 88:11, 107:3, 107:6, 110:21, 110:22
**89.26166** [1] - 89:25
**89.87** [1] - 91:2
**891** [4] - 21:1, 21:10, 21:15, 21:17
**891...........................**
............ [1] - 122:17
**8th** [1] - 1:22, 67:14

### 9

**9** [4] - 51:23, 52:12, 115:16, 116:8

**90** [1] - 122:16
**910** [4] - 27:15, 27:23, 28:14, 28:18
**910...........................**
............ [1] - 122:17
**92** [1] - 122:12
**950** [1] - 1:16
**98** [1] - 122:11
**9th** [2] - 67:23, 68:7

### A

**a.m** [6] - 4:9, 44:1, 53:5, 113:6, 113:11, 116:8
**ability** [1] - 121:6
**able** [10] - 4:10, 36:8, 41:22, 53:12, 53:18, 68:15, 70:15, 114:9, 117:8, 117:9
**absolutely** [7] - 57:11, 58:8, 60:15, 100:19, 101:22, 104:11
**access** [6] - 20:20, 47:18, 51:13, 119:7, 119:12, 119:14
**accident** [2] - 12:7, 12:8
**account** [185] - 3:8, 3:9, 3:17, 3:18, 3:20, 4:3, 4:6, 4:7, 4:11, 4:12, 4:13, 4:17, 4:20, 5:11, 7:22, 10:13, 10:14, 15:23, 17:15, 18:5, 18:6, 18:9, 19:1, 19:21, 20:15, 20:16, 20:20, 20:21, 20:22, 21:4, 21:21, 22:8, 23:7, 23:14, 23:16, 23:20, 23:21, 23:22, 24:6, 24:13, 25:13, 25:22, 27:18, 32:15, 35:17, 36:6, 38:19, 46:7, 46:13, 47:21, 47:25, 50:10, 50:11, 50:12, 50:16, 50:19, 50:21, 51:1, 51:4, 51:6, 51:7, 51:8, 51:12, 51:13, 52:2, 52:3, 52:4, 52:5, 52:15, 52:16, 53:6, 53:8, 56:1, 57:18, 57:21, 58:7, 59:10, 59:11, 60:3, 60:6, 63:4, 63:5, 63:14, 64:23, 64:24, 64:25, 65:2, 65:3, 65:13, 65:15, 65:17, 65:19, 66:5, 66:8, 66:9, 66:12, 66:22, 67:5, 67:7, 67:11, 67:12, 67:13,

67:14, 67:15, 67:18, 67:19, 67:20, 67:22, 67:23, 67:24, 67:25, 68:2, 68:3, 68:4, 68:6, 68:7, 68:19, 69:1, 69:2, 69:8, 69:16, 69:18, 70:8, 75:19, 76:7, 76:14, 76:21, 76:22, 76:23, 76:24, 77:2, 79:3, 79:9, 79:23, 80:4, 83:18, 85:19, 86:3, 86:12, 86:13, 86:17, 87:4, 87:24, 88:2, 88:9, 90:24, 91:3, 91:12, 92:6, 95:13, 97:17, 99:10, 104:17, 107:4, 107:7, 109:9, 110:14, 110:15, 110:17, 110:20, 111:9, 111:11, 111:13, 111:15, 111:22, 111:23, 112:4, 112:8, 112:10, 113:8, 113:9, 113:10, 115:7, 115:8, 115:11
**accounts** [45] - 18:9, 20:17, 22:11, 22:12, 22:21, 22:25, 23:2, 23:3, 48:17, 49:2, 50:3, 53:23, 53:24, 53:25, 57:11, 57:23, 58:9, 58:10, 58:25, 59:17, 59:19, 59:24, 60:4, 60:11, 61:19, 61:24, 63:9, 63:11, 63:17, 64:11, 64:16, 64:21, 67:10, 68:18, 68:21, 70:10, 100:23, 103:4, 103:7, 103:22, 105:3, 109:10, 109:24, 113:15
**accounts'** [1] - 68:20
**accurate** [5] - 2:17, 42:17, 48:25, 56:8, 121:4
**accurately** [13] - 5:12, 16:24, 19:5, 21:5, 24:17, 27:19, 38:25, 54:19, 82:11, 87:3, 90:7, 92:4, 95:24
**Action** [1] - 1:3
**active** [2] - 3:18, 4:21
**activity** [1] - 8:25
**actual** [3] - 11:6, 36:8, 118:10
**AD** [1] - 23:25
**add** [3] - 73:11, 78:18, 113:20
**additionally** [1] - 8:2
**address** [77] - 15:12, 15:15, 15:25, 17:17, 17:18, 18:19, 21:22,

23:22, 25:12, 25:13,
26:18, 29:14, 38:1,
38:5, 38:7, 38:11,
41:10, 41:15, 44:17,
44:20, 47:7, 51:5,
54:15, 59:5, 60:6, 65:3,
66:5, 66:6, 68:11, 77:7,
77:9, 77:17, 80:7, 80:8,
80:9, 83:17, 83:22,
83:23, 83:24, 83:25,
84:8, 84:10, 84:11,
85:16, 85:17, 86:25,
87:15, 87:20, 90:6,
90:21, 90:25, 101:24,
102:12, 103:17,
106:25, 107:12,
107:21, 108:13, 109:9,
111:1, 111:3, 111:4,
111:6, 112:9, 112:22,
113:6, 113:7, 113:12,
113:14, 113:18, 114:3,
114:5, 114:11, 115:6,
115:10

**addresses** [15] - 6:6,
7:2, 7:3, 15:20, 22:24,
43:22, 64:8, 80:18,
81:1, 85:15, 103:11,
103:15, 103:19, 112:7,
112:15

**adjourn** [3] - 114:23,
116:24, 120:20

**adjourning** [1] -
116:12

**admin@**
**aurumxchange.com** [2]
- 65:4, 65:15

**administrator** [4] -
9:1, 11:4, 36:3, 43:6

**admissible** [1] -
102:23

**admit** [27] - 2:20, 5:15,
11:9, 11:23, 17:3, 19:8,
21:10, 24:20, 26:7,
27:22, 39:3, 43:7, 49:4,
54:22, 56:12, 61:25,
62:3, 62:5, 62:19,
63:22, 64:4, 87:6,
90:10, 92:8, 96:7, 98:6,
106:7

**ADMITTED** [1] - 122:5

**admitted** [46] - 3:1,
3:3, 11:14, 12:1, 16:3,
17:7, 17:9, 19:12,
19:14, 21:15, 21:17,
23:9, 24:9, 24:24, 25:1,
25:18, 26:11, 26:13,
28:14, 28:17, 28:18,
29:7, 29:8, 31:12,
36:25, 39:7, 39:9,
43:11, 43:15, 49:23,

49:25, 55:1, 55:3,
63:23, 77:13, 87:10,
87:12, 90:14, 90:16,
92:12, 92:14, 96:6,
98:9, 98:11, 106:9,
106:14

**advance** [4] - 118:23,
119:6, 119:12, 119:18

**advanced** [1] - 119:13

**advantages** [1] - 41:3

**affect** [2] - 11:15,
12:17

**affected** [1] - 11:1

**afraid** [2] - 108:15,
109:12

**afternoon** [1] - 2:11

**agency** [2] - 47:21,
55:22

**agent** [7] - 27:5, 74:3,
74:6, 89:21, 94:21,
95:7, 105:11

**Agent** [61] - 2:11, 3:5,
4:4, 5:25, 6:18, 12:20,
13:12, 13:23, 15:14,
15:17, 17:11, 18:13,
23:6, 24:11, 25:3,
25:20, 27:12, 28:20,
31:1, 34:9, 34:19,
38:15, 39:11, 41:9,
46:17, 48:6, 49:17,
54:8, 55:5, 55:16,
62:25, 64:21, 72:18,
74:25, 75:24, 76:20,
80:11, 82:2, 82:25,
83:12, 84:22, 85:6,
85:12, 87:14, 89:17,
89:20, 91:11, 91:20,
91:22, 92:16, 93:7,
93:25, 98:13, 99:1,
99:16, 99:23, 101:16,
102:15, 106:16,
110:11, 115:6

**ahead** [13] - 8:1, 8:5,
12:18, 22:15, 46:3,
60:23, 62:5, 63:22,
94:13, 98:6, 99:4,
115:13, 115:16

**ahold** [1] - 34:7

**aid** [2] - 48:13, 100:13

**Akemashite** [16] -
10:2, 10:4, 11:3, 35:12,
35:18, 35:24, 36:21,
37:16, 39:20, 40:12,
40:22, 44:16, 44:18,
45:16, 47:6, 47:8

**allow** [4] - 28:13,
74:13, 106:4, 108:8

**allowed** [2] - 53:10

**almost** [1] - 30:18

**alpha** [1] - 43:17

**ambiguous** [3] -
13:19, 27:8, 69:10

**America** [1] - 1:3

**American** [2] - 20:19

**amount** [8] - 44:10,
52:6, 52:9, 76:8, 80:4,
84:7, 86:6, 119:9

**ample** [1] - 72:3

**analogous** [1] - 81:15

**analogy** [1] - 81:11

**ancillary** [2] - 58:22,
101:9

**announcement** [2] -
36:8, 36:13

**anon** [1] - 41:7

**anon-service** [1] -
41:7

**answer** [12] - 9:4,
27:12, 41:14, 95:7,
108:8, 108:10, 108:24,
109:15, 109:19, 110:6,
114:9, 116:20

**answers** [2] - 36:9,
37:20

**anticipated** [1] - 36:6

**anyway** [2] - 97:20,
104:7

**apart** [2] - 77:24,
77:25

**apologies** [1] - 84:20

**appear** [7] - 5:10,
13:12, 13:23, 19:24,
28:20, 37:2, 44:25

**applies** [1] - 11:20

**apply** [1] - 11:22

**approach** [3] - 89:13,
102:10, 106:12

**appropriate** [4] - 57:2,
72:9, 102:6, 106:4

**approximate** [1] -
78:18

**APR** [1] - 29:13

**April** [2] - 29:13, 55:7

**archived** [2] - 4:2,
4:17

**area** [4] - 71:24, 72:4,
73:22, 112:17

**arguing** [2] - 101:7,
103:22

**argument** [4] - 11:6,
59:8, 102:1, 114:16

**argumentative** [7] -
58:20, 59:12, 101:5,
101:23, 102:7, 103:6,
104:8

**argumentatively** [1] -
103:12

**arguments** [2] - 102:3,
103:8

**arise** [1] - 11:21

**arrested** [1] - 15:22

**arrows** [1] - 103:14

**assembled** [3] - 57:16,
58:1, 58:19

**asserted** [11] - 5:22,
7:12, 7:20, 10:16,
10:21, 11:14, 12:2,
12:11, 12:17, 28:8,
29:9

**asserting** [1] - 10:3

**assertion** [1] - 9:6

**associate** [1] - 30:7

**associated** [14] - 51:1,
51:3, 58:9, 59:18, 60:6,
60:12, 65:2, 65:3,
67:20, 68:4, 79:12,
103:12, 113:6, 119:19

**association** [2] -
64:15, 112:19

**assuming** [2] - 61:13,
100:20

**assumption** [2] -
96:19, 100:22

**assumptions** [1] -
105:22

**assurances** [1] -
116:16

**attempt** [1] - 102:4

**attention** [42] - 3:5,
6:1, 6:14, 16:2, 16:15,
18:23, 21:1, 23:8, 24:8,
25:16, 26:4, 26:21,
27:15, 31:11, 35:14,
36:24, 37:14, 38:14,
42:6, 43:17, 44:24,
46:15, 50:3, 52:19,
54:6, 67:10, 69:19,
70:18, 77:11, 77:14,
78:3, 78:24, 79:15,
84:13, 85:20, 86:1,
86:19, 88:2, 88:14,
90:1, 95:16, 96:2

**attributing** [2] -
108:20, 112:22

**attributions** [1] -
109:2

**August** [3] - 23:21,
66:14, 66:16

**Aurum** [37] - 53:7,
53:9, 53:10, 53:13,
53:14, 53:19, 53:23,
53:24, 53:25, 54:4,
55:6, 58:4, 58:7, 58:8,
64:25, 65:10, 65:15,
65:17, 65:18, 65:22,
69:9, 69:17, 69:18,
70:8, 70:11, 70:13,
70:16, 70:25, 71:21,
75:16, 76:15, 76:24,
76:25, 111:21, 111:24,

111:25
**author** [1] - 40:11
**authorization** [1] - 17:24
**auto** [2] - 7:16, 10:14
**automated** [6] - 5:20, 6:6, 6:7, 10:1, 57:18, 58:4
**automatically** [3] - 6:7, 13:25, 14:19
**available** [7] - 4:13, 4:18, 41:19, 80:14, 81:2, 81:7, 81:9
**Avenue** [3] - 1:16, 1:18, 121:12
**avoid** [2] - 27:9, 108:1
**awful** [1] - 105:5

**B**

**backwards** [1] - 99:19
**bank** [4] - 55:12, 99:9, 107:7
**barber** [1] - 117:14
**base** [4] - 39:24, 40:2, 40:4, 105:13
**based** [5] - 41:3, 47:1, 47:16, 93:12, 94:4
**basic** [3] - 60:3, 60:4, 63:9
**basis** [3] - 9:14, 59:25, 73:20
**batch** [2] - 46:9, 46:12
**BB** [2] - 40:4, 40:6
**bear** [1] - 48:11
**become** [1] - 89:21
**becoming** [1] - 37:10
**BEFORE** [1] - 1:9
**beforehand** [2] - 72:1, 75:17
**begin** [3] - 33:20, 51:24, 86:10
**beginning** [2] - 99:24, 112:22
**behind** [2] - 10:13, 101:8
**believes** [1] - 71:24
**belonged** [1] - 81:15
**belongs** [1] - 66:21
**below** [6] - 7:18, 29:10, 32:6, 32:17, 68:1, 88:15
**bench** [18] - 8:6, 11:8, 56:16, 62:17, 70:22, 71:2, 80:21, 81:25, 93:5, 95:5, 96:18, 98:8, 100:18, 106:6, 107:18, 109:17, 112:13, 115:1
**beneath** [8] - 6:24, 7:3, 29:24, 45:14,

45:18, 45:21, 46:10, 55:10
**best** [2] - 34:7, 121:6
**better** [1] - 48:5
**between** [10] - 37:5, 74:4, 76:21, 91:7, 105:2, 112:7, 112:9, 113:14, 116:3, 117:15
**beyond** [3] - 57:9, 61:23, 109:23
**big** [2] - 103:3, 104:25
**biggest** [1] - 30:14
**binder** [12] - 2:12, 5:3, 42:10, 42:11, 42:12, 48:2, 48:6, 48:8, 56:3, 75:24, 75:25, 76:4
**birth** [3] - 23:24, 66:13, 66:15
**bit** [7] - 3:24, 24:1, 40:18, 67:4, 69:5, 97:21, 100:4
**Bitcoin** [117] - 7:6, 8:24, 9:1, 9:10, 9:13, 10:7, 11:4, 13:1, 13:11, 14:13, 15:2, 15:10, 15:14, 25:7, 25:14, 32:5, 32:11, 33:8, 33:9, 33:10, 33:19, 34:9, 34:10, 35:2, 35:5, 35:8, 35:9, 36:7, 36:14, 36:18, 36:20, 36:22, 37:11, 38:10, 38:19, 39:1, 39:13, 39:22, 39:25, 40:7, 40:16, 40:17, 40:18, 41:1, 44:2, 44:3, 45:8, 45:9, 50:23, 50:24, 55:12, 58:11, 68:20, 68:23, 68:25, 69:4, 69:6, 78:16, 78:19, 78:20, 78:22, 79:2, 79:7, 79:8, 79:10, 79:11, 79:19, 80:3, 80:5, 80:7, 80:8, 80:9, 80:15, 81:1, 81:8, 82:6, 82:10, 82:11, 83:17, 84:1, 84:3, 84:4, 84:5, 84:8, 84:23, 86:7, 86:11, 88:19, 88:20, 88:21, 88:24, 89:6, 101:24, 103:14, 107:8, 107:11, 107:12, 107:21, 108:13, 110:23, 110:24, 111:1, 111:3, 111:4, 111:6, 111:10, 111:12, 111:14, 111:16, 111:18, 112:21
**Bitcoin-to-bank** [1] - 55:12
**Bitcoin.it** [1] - 25:6

**bitcoin.se** [1] - 27:1
**Bitcoinfog.com** [2] - 41:23, 47:5
**bitcoinfog.com** [5] - 44:8, 44:9, 47:2, 52:10, 106:25
**Bitcoins** [5] - 15:11, 41:3, 99:12, 99:13
**BitcoinTalk** [14] - 14:3, 15:4, 23:7, 27:1, 31:4, 31:9, 32:1, 38:5, 38:6, 38:10, 38:19, 39:1, 107:2
**bitcointalk.org** [1] - 36:3
**bite** [1] - 110:11
**black** [1] - 59:23
**Blacksob12** [1] - 15:1
**Blind** [20] - 32:5, 32:11, 33:19, 34:9, 34:10, 35:1, 35:4, 35:8, 36:14, 36:22, 37:11, 38:10, 38:19, 39:1, 39:13, 39:22, 39:24, 40:7, 41:1, 41:3
**block** [2] - 37:5, 45:25
**blockchain** [23] - 80:11, 80:13, 80:14, 80:15, 80:16, 80:17, 80:23, 81:8, 81:9, 81:10, 81:18, 81:21, 82:2, 82:6, 82:7, 82:10, 82:12, 82:19, 85:1, 103:11, 107:12, 107:13
**blockchain.com** [1] - 82:4
**blockchains** [1] - 80:16
**blockshares.com** [1] - 82:4
**Bloom** [1] - 24:3
**Bloomeditor.com** [1] - 24:4
**blow** [1] - 120:3
**blowing** [4] - 97:2, 98:2, 99:7, 119:17
**board** [6] - 103:24, 103:25, 104:18, 104:20, 104:23, 104:25
**body** [22] - 6:13, 6:18, 7:15, 7:20, 8:3, 10:9, 12:21, 13:5, 14:25, 20:11, 25:11, 25:23, 26:24, 32:6, 32:8, 32:23, 36:4, 45:11, 45:21, 46:3, 46:21
**borrow** [1] - 117:8
**bottom** [10] - 6:23, 20:5, 29:6, 29:7, 29:19, 33:1, 39:19, 40:9,

64:22, 106:24
**bought** [3] - 88:18, 88:21, 107:11
**box** [6] - 37:24, 37:25, 39:18, 103:3, 103:10, 103:21
**boxes** [2] - 37:19, 103:16
**brackets** [1] - 17:25
**break** [4] - 37:3, 37:6, 71:4, 115:13
**breaks** [1] - 103:17
**briefing** [1] - 57:17
**briefly** [1] - 77:3
**bring** [4] - 72:7, 86:20, 102:4
**bringing** [2] - 101:1, 118:11
**Brooklyn** [1] - 1:22
**brought** [1] - 73:19
**BROWN** [150] - 2:3, 2:10, 2:20, 3:4, 5:15, 5:19, 5:24, 7:9, 7:19, 8:4, 8:21, 9:24, 10:15, 10:23, 11:2, 11:11, 11:19, 11:23, 12:19, 13:20, 13:22, 16:4, 16:5, 16:11, 16:15, 16:17, 16:18, 17:3, 17:10, 18:11, 18:12, 19:8, 19:15, 19:16, 21:9, 21:18, 22:17, 22:20, 24:20, 25:2, 26:7, 26:14, 27:11, 27:22, 28:5, 28:19, 29:1, 29:11, 34:18, 39:3, 39:10, 41:13, 43:7, 43:13, 43:16, 49:4, 49:10, 49:14, 49:16, 50:1, 54:22, 55:4, 56:12, 57:6, 57:15, 58:3, 59:20, 60:2, 61:16, 62:2, 62:15, 62:18, 62:24, 63:20, 64:1, 64:4, 64:20, 69:13, 72:17, 72:24, 73:1, 74:24, 75:21, 75:23, 76:18, 76:19, 81:5, 82:1, 82:24, 83:3, 83:11, 84:15, 84:18, 84:20, 84:21, 85:5, 85:11, 85:23, 85:25, 87:6, 87:13, 89:3, 89:4, 89:10, 89:13, 89:16, 90:10, 90:17, 91:16, 91:19, 92:8, 92:15, 93:25, 94:14, 94:24, 95:4, 95:6, 96:5, 96:14, 96:22, 98:12, 99:22,

100:9, 101:13, 102:11, 104:11, 104:15, 106:7, 106:10, 106:12, 106:15, 108:3, 108:17, 110:9, 110:10, 113:3, 113:5, 113:22, 114:25, 115:4, 115:5, 115:12, 117:1, 117:20, 118:4, 119:2, 119:11, 119:22, 120:4, 120:18

**Brown** [3] - 1:12, 102:9, 122:4

**brown** [15] - 2:8, 8:20, 9:23, 57:5, 61:15, 62:5, 72:13, 72:16, 74:23, 93:24, 101:12, 108:1, 108:8, 110:8, 113:20

**browser** [1] - 33:5

**BTC** [2] - 78:16, 88:18

**Buddy** [3] - 9:2, 10:2, 10:15

**buddy** [3] - 8:9, 12:24, 14:9

**bugs** [1] - 41:4

**building** [2] - 12:8, 12:14

**built** [1] - 107:16

**bullet** [2] - 98:15, 99:5

**Bureau** [1] - 55:24

**business** [4] - 5:21, 7:10, 42:25, 99:10

**Butch** [1] - 23:17

**buy** [5] - 30:19, 88:20, 88:23, 89:6, 110:23

**buys** [1] - 107:8

**BY** [49] - 2:10, 3:4, 5:24, 12:19, 13:22, 16:5, 16:11, 16:18, 17:10, 18:12, 19:16, 21:18, 22:20, 25:2, 26:14, 27:11, 28:19, 29:11, 34:18, 39:10, 41:13, 43:16, 49:16, 55:4, 62:24, 64:20, 69:13, 74:24, 75:23, 76:19, 82:1, 83:11, 84:21, 85:11, 85:25, 87:13, 89:4, 89:10, 89:16, 90:17, 91:19, 92:15, 95:6, 98:12, 99:22, 100:9, 106:15, 110:10, 115:5

## C

**calculate** [1] - 89:5

**calculated** [1] - 71:21

**calculator** [1] - 89:7

**calculators** [1] - 89:22

**capacity** [1] - 102:13

**CAPO.SE** [1] - 21:25

**car** [5] - 12:7, 12:8, 74:5, 81:12, 81:14

**carrying** [1] - 15:22

**case** [34] - 8:11, 9:14, 12:6, 13:1, 27:6, 47:25, 56:1, 56:9, 56:24, 57:9, 57:12, 58:22, 58:23, 63:6, 71:12, 72:3, 100:25, 101:10, 102:3, 102:21, 102:22, 105:6, 108:14, 109:20, 109:25, 110:1, 115:20, 115:21, 115:25, 117:20, 117:24, 120:16

**Catherine** [1] - 1:15

**catherine.pelker@usdoj.gov** [1] - 1:17

**CCR** [1] - 121:11

**center** [2] - 19:18, 19:23

**central** [2] - 102:3, 102:21

**cents** [6] - 53:7, 88:11, 107:4, 107:6, 110:21, 110:22

**certain** [6] - 4:22, 22:21, 22:24, 57:10, 57:17, 118:7

**CERTIFICATE** [1] - 121:1

**certified** [2] - 93:20, 93:22

**certify** [1] - 121:3

**cetera** [1] - 37:12

**chain** [1] - 107:2

**chance** [1] - 104:20

**change** [2] - 7:7, 77:1

**characterization** [1] - 113:24

**characters** [1] - 98:22

**charged** [2] - 70:13, 74:10

**chart** [10] - 101:13, 101:21, 102:10, 102:12, 106:10, 106:11, 106:16, 110:19, 118:3, 118:4

**charts** [4] - 102:12, 117:23, 119:25, 120:13

**cheap** [1] - 99:11

**check** [6] - 34:6, 40:24, 46:5, 54:11, 118:12, 118:14

**Christopher** [1] - 1:12

**christopher.brown6@usdoj.gov** [1] - 1:14

**chronological** [2] - 99:24, 106:17

**circle** [1] - 98:18

**circumstance** [1] - 97:7

**circumstances** [1] - 119:9

**city** [2] - 27:5, 27:13

**clarification** [2] - 110:5, 113:21

**clarify** [6] - 11:20, 12:2, 102:8, 102:20, 109:6, 109:20

**clear** [10] - 3:25, 4:4, 10:8, 10:11, 40:1, 57:7, 64:9, 79:24, 81:17, 120:5

**clearly** [3] - 7:14, 8:21, 10:18

**clicking** [1] - 49:8

**client** [2] - 34:5, 45:16

**clients** [2] - 65:22, 65:24

**clock** [1] - 115:3

**close** [14] - 15:18, 18:11, 22:9, 25:15, 27:14, 41:8, 47:11, 55:15, 70:7, 70:9, 76:4, 91:10, 99:17, 107:10

**closed** [1] - 116:15

**closing** [2] - 20:25, 46:15

**CMR** [1] - 121:11

**co** [3] - 9:15, 9:17, 9:20

**co-conspirator** [3] - 9:15, 9:17, 9:20

**code** [12] - 39:24, 40:2, 40:4, 70:5, 70:15, 75:3, 75:5, 75:11, 76:24, 79:12, 79:14, 79:20

**codes** [2] - 15:23, 16:7

**colleagues** [1] - 30:5

**collected** [1] - 57:21

**colon** [2] - 12:23, 29:22

**COLUMBIA** [1] - 1:1

**column** [11] - 52:1, 53:4, 76:12, 77:6, 77:7, 78:14, 79:19, 86:8, 88:12, 88:15, 89:24

**columns** [1] - 77:5

**comfort** [1] - 34:8

**coming** [6] - 10:20, 12:11, 12:16, 70:10, 70:11, 79:2

**comment** [1] - 114:19

**common** [3] - 96:21, 112:7, 112:9

**commonality** [1] - 112:15

**commonly** [2] - 17:23,

41:21

**communication** [1] - 10:5

**Company** [1] - 53:7

**company** [4] - 42:1, 47:2, 52:22, 53:7

**compare** [1] - 33:7

**compared** [1] - 3:13

**compilation** [1] - 49:12

**complete** [4] - 48:22, 48:25, 116:7, 121:5

**completely** [2] - 80:16, 101:11

**comply** [1] - 53:16

**compound** [1] - 13:18

**computer** [3] - 30:5, 30:14, 112:19

**concerned** [5] - 12:12, 70:23, 80:22, 97:21, 104:9

**concludes** [9] - 11:8, 62:17, 71:2, 81:25, 95:5, 98:8, 106:6, 109:17, 115:1

**conditionally** [3] - 24:9, 25:18, 96:6

**conduct** [2] - 55:25, 80:15, 115:24

**conducted** [1] - 65:23

**conference** [18] - 8:6, 11:8, 56:16, 62:17, 70:22, 71:2, 80:21, 81:25, 93:5, 95:5, 96:18, 98:8, 100:18, 106:6, 107:18, 109:17, 112:13, 115:1

**confirmation** [1] - 97:24

**confirmations** [1] - 14:10

**confuse** [3] - 73:21, 102:8, 104:4

**confusing** [3] - 101:23, 102:16, 112:18

**connection** [1] - 76:21

**consider** [2] - 30:13, 116:23

**considered** [1] - 81:18

**considering** [1] - 30:21

**conspiracy** [7] - 9:20, 9:22, 9:25, 10:6, 10:10, 10:18

**conspirator** [3] - 9:15, 9:17, 9:20

**constantly** [1] - 97:16

**constitutes** [1] - 121:4

**Constitution** [1] - 121:12

**Cont.)**.......... [1] - 122:4
**contact** [1] - 19:18
**contains** [1] - 28:3
**content** [1] - 42:22
**contents** [2] - 4:13, 24:18
**context** [5] - 18:3, 30:25, 31:1, 83:20, 102:14
**contexts** [1] - 30:8
**continuation** [1] - 33:19
**continue** [3] - 2:8, 61:21, 74:23
**continued** [2] - 2:9, 52:17
**contrary** [1] - 97:8
**control** [7] - 78:4, 102:1, 103:15, 105:2, 108:13, 109:8, 112:22
**controlled** [3] - 24:5, 100:24, 103:13
**controls** [3] - 58:24, 107:21, 109:10
**conviction** [1] - 116:22
**copies** [4] - 2:18, 42:17, 48:25, 56:8
**copy** [2] - 30:9, 30:20
**core** [5] - 56:23, 58:22, 72:2, 72:3, 100:25
**corner** [1] - 110:13
**correct** [2] - 38:4, 81:22
**corrective** [1] - 108:18
**correspond** [1] - 52:9
**corresponding** [2] - 52:25, 79:22
**corresponds** [1] - 120:11
**Costa** [1] - 47:17
**counsel** [3] - 76:17, 99:20, 101:15
**count** [1] - 27:2
**country** [1] - 18:4
**couple** [5] - 15:19, 37:7, 41:2, 51:22, 99:10
**course** [2] - 42:25, 109:11
**court** [3] - 11:9, 106:21, 116:14
**Court** [12] - 1:25, 9:11, 11:19, 61:20, 73:16, 101:14, 108:10, 109:5, 116:3, 118:1, 121:11
**COURT** [160] - 1:1, 2:2, 2:4, 2:8, 2:22, 3:1, 5:17, 5:23, 7:13, 8:1,

8:5, 8:7, 8:14, 8:16, 8:20, 9:6, 9:14, 9:19, 10:19, 11:6, 11:9, 11:12, 11:22, 11:25, 12:3, 13:17, 13:21, 16:10, 17:5, 17:7, 19:10, 19:12, 21:11, 21:15, 22:15, 22:18, 24:22, 24:24, 26:9, 26:11, 27:9, 27:24, 28:13, 29:4, 34:13, 34:16, 39:5, 39:7, 41:12, 43:9, 43:11, 43:14, 49:6, 49:23, 54:24, 55:1, 56:14, 57:4, 57:13, 58:2, 58:12, 59:1, 59:14, 59:21, 60:17, 60:20, 60:23, 61:7, 61:11, 61:25, 62:4, 62:16, 63:21, 64:2, 64:6, 69:12, 70:21, 71:3, 71:11, 71:14, 72:13, 72:16, 72:23, 73:10, 73:15, 73:24, 74:19, 74:23, 80:20, 80:25, 81:11, 81:20, 81:24, 83:2, 83:4, 83:6, 84:17, 84:19, 85:8, 85:10, 87:8, 87:10, 89:7, 89:14, 90:12, 90:14, 91:17, 92:10, 92:12, 93:10, 93:24, 94:10, 94:22, 95:1, 96:9, 96:12, 96:25, 97:6, 97:19, 98:4, 98:9, 100:5, 101:12, 102:9, 102:25, 104:6, 104:14, 105:4, 106:9, 106:11, 106:13, 106:20, 107:15, 107:25, 108:7, 108:22, 109:12, 109:18, 112:12, 113:4, 113:17, 113:20, 114:1, 114:4, 114:18, 115:2, 115:13, 116:5, 117:6, 117:12, 118:2, 118:8, 118:16, 119:6, 119:15, 120:1, 120:15, 120:19, 120:22, 121:1
**Court's** [2] - 62:19, 108:13
**courtroom** [4] - 2:5, 71:13, 74:22, 116:2
**COURTROOM** [5] - 2:6, 16:16, 74:20, 85:22, 85:24
**CRC** [1] - 1:25
**create** [2] - 20:14, 36:8
**created** [11] - 49:12,

67:13, 67:14, 67:22, 67:23, 68:6, 68:7, 69:2, 92:19, 95:10, 95:11
**creating** [1] - 87:24
**creation** [6] - 4:3, 4:6, 4:8, 68:19, 68:20, 69:1
**criminal** [2] - 72:19, 115:21
**Criminal** [1] - 1:3
**CRM** [1] - 1:18
**cross** [6] - 105:23, 106:1, 109:13, 114:7, 114:13, 114:20
**cross-examination** [1] - 109:13
**cross-examine** [1] - 114:7
**crosses** [1] - 101:6
**crossing** [1] - 101:4
**CRR** [2] - 1:25, 121:11
**cryptocurrency** [1] - 47:14
**CryptoVPN** [1] - 52:23
**crystal** [1] - 120:5
**culture** [1] - 30:10
**cumulative** [6] - 16:9, 28:12, 72:11, 73:2, 73:3, 105:15
**cure** [3] - 60:25, 61:2, 61:3
**currencies** [1] - 53:11
**currency** [7] - 47:13, 47:14, 47:15, 52:6, 53:10, 53:25, 111:25
**custody** [2] - 47:21, 55:22
**customer** [4] - 42:25, 44:15, 44:16, 45:15
**Customer** [1] - 44:14
**customly** [2] - 39:25, 40:5
**cut** [2] - 96:20, 97:1
**cut-and-paste** [2] - 96:20, 97:1

# D

**D.C** [1] - 121:13
**damage** [4] - 58:16, 108:4, 112:24, 112:25
**data** [7] - 57:19, 72:19, 81:7, 82:11, 92:18, 105:13
**database** [5] - 55:25, 56:18, 58:18, 63:16, 81:14
**date** [54] - 4:3, 4:6, 4:8, 4:22, 4:24, 6:11, 13:3, 14:23, 22:4, 23:24, 26:19, 31:21,

32:18, 32:19, 33:14, 35:21, 36:17, 36:19, 36:20, 37:17, 40:13, 43:25, 45:6, 46:8, 46:11, 51:25, 52:1, 52:9, 66:13, 66:15, 69:1, 69:21, 75:7, 75:13, 77:18, 77:21, 78:5, 79:4, 80:1, 83:15, 85:12, 86:4, 87:1, 87:2, 87:17, 88:4, 88:6, 90:18, 91:4, 91:8, 95:10, 95:12, 95:14
**Dated** [1] - 121:7
**dated** [2] - 20:7, 20:9
**dates** [1] - 68:19
**Daubert** [1] - 105:7
**days** [8] - 44:3, 91:7, 91:9, 99:10, 105:7, 105:25, 117:9
**DC** [4] - 1:5, 1:14, 1:16, 1:19
**de** [4] - 59:5, 112:17, 114:9, 119:5
**deal** [1] - 82:6
**dealing** [1] - 110:2
**Dear** [2] - 29:21, 55:10
**dear** [2] - 29:22, 91:2
**December** [4] - 3:12, 3:16, 40:14, 40:15
**decide** [1] - 11:16
**defendant** [4] - 26:17, 27:13, 28:7, 28:10
**Defendant** [2] - 1:7, 1:20
**defendant's** [5] - 86:3, 86:14, 88:1, 91:11, 96:15
**defense** [15] - 56:25, 71:24, 101:14, 102:19, 102:20, 103:9, 103:25, 104:9, 116:21, 117:22, 118:6, 119:7, 119:10, 120:6
**defense's** [1] - 59:6
**delete** [2] - 20:16, 20:20
**deleted** [2] - 4:17, 36:7
**deliberations** [2] - 83:10, 110:7
**delivered** [1] - 90:23
**delta** [1] - 46:16
**demonstrative** [8] - 82:25, 83:7, 83:8, 84:9, 85:7, 85:10, 101:5, 119:21
**demonstratives** [5] - 117:24, 118:6, 118:24, 119:3, 119:24
**Denmark** [1] - 18:17

**depict** [1] - 38:25
**deposit** [20] - 6:17, 8:9, 14:10, 15:13, 52:25, 70:15, 79:2, 79:4, 79:14, 79:22, 80:1, 80:2, 80:4, 80:8, 84:7, 88:8, 94:19, 97:14, 97:15, 97:17
**deposited** [6] - 69:16, 79:8, 79:10, 88:10, 91:2, 111:22
**depositing** [3] - 93:2, 94:17, 95:9
**DEPUTY** [5] - 2:6, 16:16, 74:20, 85:22, 85:24
**describe** [4] - 44:5, 46:17, 104:6, 104:8
**detail** [1] - 32:16
**determine** [2] - 41:17, 41:22
**developer** [1] - 30:9
**developer/power** [1] - 30:18
**DICKMAN** [1] - 121:3
**Dickman** [2] - 1:25, 121:11
**died** [1] - 33:5
**difference** [5] - 70:10, 95:1, 97:20, 117:15, 120:12
**differences** [1] - 74:4
**different** [12] - 12:21, 15:20, 28:23, 32:24, 57:22, 57:23, 63:11, 74:6, 77:5, 100:23, 115:7
**digital** [3] - 47:15, 53:11, 53:25
**DIRECT** [1] - 2:9
**Direct** [1] - 122:4
**direct** [19] - 2:11, 23:8, 24:8, 37:14, 42:6, 48:6, 48:10, 49:14, 50:3, 67:10, 69:19, 70:18, 77:11, 77:14, 84:13, 86:19, 87:20, 90:1, 119:6
**directed** [2] - 25:8, 87:19
**directing** [30] - 3:5, 6:1, 6:14, 16:2, 16:15, 18:23, 21:1, 25:16, 26:4, 26:21, 27:15, 31:11, 35:14, 36:24, 38:14, 43:17, 44:24, 46:15, 52:19, 54:6, 56:11, 78:3, 78:24, 79:15, 85:20, 86:1, 88:2, 88:14, 95:15,

96:2
**directly** [3] - 53:12, 53:14, 99:9
**disagree** [2] - 9:13, 105:22
**disclose** [2] - 118:3, 119:10
**disclosed** [2] - 118:5, 119:20
**disclosure** [2] - 117:25, 119:18
**discontinuation** [1] - 41:5
**discovery** [2] - 104:16, 104:21
**discuss** [5] - 15:19, 32:12, 32:16, 71:12, 116:6
**discussion** [2] - 36:10, 116:3
**display** [5] - 23:18, 23:19, 81:6, 82:14, 83:20
**dispute** [4] - 97:22, 97:25, 104:4, 109:11
**disputes** [1] - 102:3
**disputing** [2] - 93:7, 103:9
**disruption** [1] - 119:1
**DISTRICT** [3] - 1:1, 1:1, 1:10
**doc** [1] - 91:12
**document** [42] - 3:10, 35:15, 54:8, 58:12, 58:14, 58:16, 60:3, 60:19, 61:3, 62:7, 62:12, 63:8, 64:7, 64:12, 65:12, 90:18, 92:4, 92:16, 92:18, 92:19, 92:21, 92:22, 92:23, 94:2, 94:8, 94:12, 94:15, 95:10, 95:11, 95:15, 95:17, 95:19, 95:20, 95:21, 95:24, 95:25, 96:4, 98:14, 98:16, 98:19, 107:5, 107:8
**documents** [3] - 61:8, 62:1, 93:8
**DOJ** [3] - 1:13, 1:15, 1:18
**DOJ-CRM** [1] - 1:18
**DOJ-USAO** [1] - 1:13
**dollar** [1] - 47:15
**dollars** [16] - 52:6, 52:17, 53:6, 69:16, 70:11, 78:17, 79:7, 99:13, 111:16, 111:17, 111:19, 111:20, 111:21, 112:2, 112:3,

112:5
**domain** [18] - 18:14, 21:7, 22:2, 22:3, 24:3, 41:18, 44:7, 44:8, 44:9, 44:10, 44:11, 47:8, 58:11, 68:11, 68:12, 68:13, 99:18, 112:6
**done** [10] - 36:15, 42:8, 53:21, 58:16, 59:5, 93:16, 94:22, 108:4, 112:23, 112:25
**dotted** [6] - 6:23, 6:24, 7:2, 7:3, 45:18, 45:21
**double** [2] - 54:11, 118:12
**down** [16] - 6:23, 13:24, 20:6, 23:10, 24:1, 29:12, 31:13, 37:23, 44:4, 65:20, 67:4, 75:21, 77:8, 103:17, 105:11, 116:6
**draw** [3] - 58:13, 63:1, 64:15
**drawing** [2] - 82:7, 109:22
**drawn** [1] - 84:25
**draws** [1] - 76:21
**drive** [1] - 107:6
**drop** [1] - 40:9
**dropping** [1] - 44:4
**drug** [8] - 8:9, 8:25, 9:10, 9:13, 10:12, 10:18, 12:24, 14:9
**Drug** [3] - 9:2, 10:2, 10:15
**Duncan** [4] - 34:23, 34:24, 35:1, 38:18
**Duncant** [5] - 31:25, 32:22, 33:17, 34:19, 38:19
**duncant** [1] - 34:2
**duncant@mit.edu** [1] - 34:7
**during** [1] - 83:9

**E**

**E-currency** [1] - 53:10
**early** [1] - 116:13
**earned** [1] - 78:21
**easier** [1] - 42:10
**easily** [1] - 59:23
**easy** [1] - 37:10
**echo** [2] - 44:24, 86:15
**Editor** [1] - 24:3
**effect** [8] - 7:21, 10:21, 11:18, 12:11, 28:9, 29:9, 94:16, 113:13
**either** [2] - 10:15, 110:3

**Ekeland** [8] - 1:20, 1:21, 71:15, 83:4, 97:12, 103:1, 114:1, 120:19
**EKELAND** [99] - 2:23, 5:18, 7:14, 8:2, 8:8, 8:18, 9:4, 9:9, 9:16, 10:8, 10:25, 11:5, 13:16, 13:18, 16:8, 17:6, 19:11, 21:12, 22:14, 24:23, 26:10, 27:8, 27:25, 28:3, 28:12, 34:12, 34:14, 39:6, 41:11, 43:10, 49:7, 49:11, 49:22, 54:25, 56:15, 56:17, 58:15, 59:3, 59:15, 60:19, 60:21, 60:24, 61:9, 61:12, 61:19, 69:10, 70:19, 70:23, 71:16, 72:14, 73:12, 73:16, 76:16, 80:19, 80:22, 81:17, 81:23, 83:5, 85:9, 87:9, 89:1, 90:13, 91:14, 92:11, 93:3, 93:6, 93:14, 94:5, 94:19, 96:10, 96:16, 96:19, 97:4, 97:15, 98:1, 99:20, 100:1, 100:19, 101:22, 103:3, 104:13, 104:22, 107:14, 107:17, 107:19, 108:2, 108:4, 108:9, 109:5, 112:11, 112:14, 113:19, 114:2, 114:7, 117:2, 117:7, 117:19, 118:9, 120:21
**electronic** [8] - 48:18, 48:21, 48:24, 101:15, 117:24, 120:7, 120:8, 120:10
**electronically** [2] - 49:21, 119:13
**element** [1] - 9:3
**elements** [1] - 8:23
**elicit** [1] - 29:2
**Email** [6] - 1:14, 1:17, 1:19, 1:23, 1:23, 1:25
**email** [136] - 4:13, 6:3, 6:4, 6:5, 6:9, 6:10, 6:11, 6:13, 6:14, 6:22, 7:15, 7:22, 9:24, 10:9, 11:13, 12:3, 12:21, 13:1, 13:3, 13:4, 13:5, 13:6, 13:12, 13:15, 13:19, 13:23, 14:1, 14:2, 14:12, 14:20, 14:21, 14:23, 15:19, 15:25, 17:15, 17:17, 17:18, 18:9, 18:14,

18:19, 18:25, 19:2, 19:17, 19:19, 19:20, 20:23, 20:25, 21:3, 21:5, 21:22, 22:24, 23:2, 23:22, 24:12, 24:14, 24:18, 25:4, 25:8, 25:9, 25:11, 25:13, 25:22, 25:23, 26:2, 26:6, 26:17, 26:19, 26:24, 27:17, 27:20, 28:21, 29:10, 29:14, 34:6, 43:18, 43:19, 43:21, 43:23, 44:16, 45:1, 45:6, 45:12, 46:15, 46:19, 46:21, 47:6, 53:22, 54:9, 54:12, 54:15, 54:16, 54:20, 55:5, 55:6, 56:22, 58:24, 60:5, 64:8, 65:2, 65:3, 65:14, 66:5, 66:6, 67:5, 67:7, 67:20, 68:4, 68:10, 68:16, 86:24, 87:1, 87:3, 87:4, 87:14, 87:15, 87:20, 87:23, 90:5, 90:6, 90:19, 90:20, 90:21, 90:25, 91:5, 91:8, 96:15, 97:9, 106:25, 107:1, 110:17
  **emails** [15] - 4:19, 4:21, 4:22, 5:1, 5:11, 5:12, 6:8, 9:21, 42:21, 42:22, 42:24, 43:2, 56:23, 59:4, 59:17
  **employed** [1] - 22:1
  **employer's** [1] - 21:21
  **encourage** [1] - 118:17
  **end** [5] - 17:25, 48:8, 52:7, 68:13, 98:21
  **ending** [1] - 68:12
  **ends** [4] - 70:6, 75:12, 79:14, 79:20
  **enforcement** [5] - 4:10, 18:13, 21:6, 53:17, 68:15
  **engaged** [1] - 9:10
  **English** [2] - 96:12, 98:22
  **enjoy** [1] - 115:25
  **enter** [2] - 2:5, 74:22
  **entire** [1] - 108:6
  **entirely** [2] - 101:2, 107:23
  **entitled** [2] - 105:15, 105:16
  **entity** [1] - 103:13
  **entries** [2] - 60:7, 78:19
  **entry** [1] - 75:10

  **environments** [1] - 30:6
  **essentially** [6] - 9:12, 37:5, 59:17, 71:22, 101:7, 103:22
  **establish** [2] - 5:20, 97:6
  **established** [1] - 11:3
  **establishing** [1] - 9:3
  **estimate** [2] - 88:23, 89:2
  **et** [1] - 37:12
  **Etherscan** [1] - 82:5
  **euro** [1] - 107:3
  **European** [2] - 97:4, 99:9
  **euros** [10] - 88:11, 88:21, 88:22, 88:23, 89:5, 89:15, 91:2, 107:6, 110:21, 110:22
  **Euros** [1] - 99:12
  **evening** [1] - 116:15
  **event** [5] - 3:13, 4:24, 77:18, 113:10, 113:14
  **events** [3] - 77:24, 79:6, 115:7
  **eventually** [2] - 47:18, 48:5
  **evidence** [10] - 10:12, 29:7, 54:3, 60:14, 64:12, 97:8, 102:23, 107:19, 108:11, 109:25
  **exact** [3] - 77:18, 94:16, 104:15
  **exactly** [7] - 10:23, 20:17, 73:7, 81:3, 81:5, 117:16, 118:21
  **examination** [4] - 49:14, 59:24, 60:8, 109:13
  **Examination** [1] - 122:4
  **EXAMINATION** [1] - 2:9
  **examine** [1] - 114:7
  **example** [2] - 12:4, 51:10
  **Excel** [1] - 89:22
  **Excellent** [1] - 117:6
  **except** [2] - 59:19, 109:10
  **exception** [1] - 9:20
  **exchange** [5] - 47:13, 53:11, 54:1, 99:12, 99:13
  **excuse** [1] - 33:25
  **exhibit** [48] - 6:2, 16:19, 21:2, 23:12, 24:10, 24:17, 26:5, 27:16, 27:19, 28:16,

37:3, 38:15, 38:17, 41:8, 44:25, 54:19, 55:15, 61:15, 66:22, 85:21, 86:21, 86:23, 90:2, 90:4, 90:7, 99:25, 100:4, 100:6, 100:7, 100:25, 104:10, 104:12, 104:15, 104:16, 104:24, 105:16, 106:4, 106:9, 112:24, 117:22, 118:7, 118:10, 118:13, 120:6, 120:7, 120:17
  **Exhibit** [119] - 3:5, 5:3, 5:5, 5:15, 6:1, 14:11, 16:2, 16:6, 16:15, 17:9, 18:23, 19:9, 19:12, 19:14, 21:1, 21:10, 21:17, 23:8, 24:8, 24:11, 24:21, 25:1, 25:20, 26:4, 26:15, 26:21, 27:15, 27:23, 28:14, 28:18, 31:11, 35:16, 36:24, 38:14, 39:4, 39:5, 39:7, 39:9, 39:15, 39:16, 39:19, 40:8, 44:24, 46:16, 46:18, 50:3, 54:6, 54:23, 55:3, 62:21, 65:6, 65:16, 65:25, 66:1, 66:7, 66:17, 66:25, 67:3, 67:9, 67:11, 69:7, 69:19, 70:18, 75:1, 75:9, 75:25, 76:2, 77:3, 77:12, 77:20, 79:16, 82:14, 82:15, 83:2, 83:18, 84:6, 84:13, 84:14, 84:22, 85:6, 85:19, 86:15, 86:19, 87:7, 87:10, 87:12, 88:1, 90:1, 90:11, 90:14, 90:16, 91:22, 92:9, 92:12, 92:14, 95:16, 96:2, 96:3, 98:11, 98:25, 99:2, 100:16, 106:7, 106:14, 120:3, 120:10, 122:6, 122:7, 122:9, 122:11, 122:11, 122:12, 122:13, 122:13, 122:15, 122:15, 122:16, 122:17, 122:17
  **EXHIBITS** [1] - 122:5
  **Exhibits** [26] - 2:12, 2:17, 3:3, 12:1, 25:16, 26:8, 26:13, 42:6, 42:15, 43:15, 48:2, 48:10, 49:5, 49:25, 56:3, 56:13, 62:3, 62:20, 63:23, 96:5,

98:9, 122:7, 122:8, 122:9, 122:10, 122:14
  **exhibits** [17] - 3:1, 5:8, 11:20, 48:4, 49:17, 49:23, 56:5, 56:6, 57:8, 61:17, 66:18, 98:7, 101:16, 105:16, 117:23, 118:24, 119:16
  **existed** [1] - 9:20
  **experience** [3] - 30:15, 30:23, 82:10
  **experiments** [1] - 36:12
  **expert** [37] - 71:16, 71:19, 71:22, 72:2, 72:4, 72:10, 73:5, 73:8, 73:22, 74:14, 80:25, 81:4, 81:18, 81:22, 97:23, 102:5, 102:10, 102:11, 102:13, 102:14, 104:3, 104:7, 105:1, 105:5, 105:6, 106:3, 107:23, 108:6, 108:25, 113:1, 114:3, 114:6, 114:8, 118:13, 119:16, 119:17
  **experts** [1] - 114:17
  **explain** [6] - 12:13, 29:15, 52:13, 64:3, 92:16, 109:15
  **explained** [3] - 35:1, 83:7, 94:15
  **explaining** [2] - 12:13, 100:13
  **explorer** [6] - 80:13, 81:10, 81:18, 81:21, 82:19, 85:1
  **explorers** [6] - 80:11, 80:14, 80:17, 82:2, 82:6, 82:10
  **extent** [2] - 105:7, 105:21
  **extra** [1] - 36:9
  **extract** [1] - 56:1

## F

  **F'ing** [2] - 98:2, 98:3
  **face** [1] - 27:4
  **facilities** [2] - 117:15, 117:16
  **fact** [15] - 9:1, 10:2, 10:3, 39:23, 57:10, 57:19, 57:24, 60:10, 71:23, 72:18, 74:11, 81:16, 103:2, 114:18, 118:5
  **factor** [1] - 17:23
  **facts** [1] - 101:4
  **factual** [2] - 110:2,

113:17
**fair** [6] - 2:17, 30:19,
42:17, 48:25, 56:8
**fairly** [13] - 5:12,
16:24, 19:5, 21:5,
24:17, 27:19, 38:25,
54:19, 82:11, 87:3,
90:7, 92:4, 95:24
**familiar** [4] - 46:22,
46:24, 80:11, 82:3
**far** [3] - 8:10, 61:14,
77:24
**fashion** [1] - 60:13
**fast** [1] - 73:15
**Favorite** [1] - 51:7
**favorite** [1] - 51:14
**FBI** [21] - 55:25, 56:9,
57:8, 57:15, 57:17,
58:2, 58:19, 59:15,
59:17, 62:8, 62:11,
62:12, 62:25, 63:1,
63:3, 63:8, 63:14,
63:15, 64:9, 64:13,
64:17
  **FBI-related** [1] - 62:12
  **features** [1] - 31:6
**February** [2] - 1:6,
121:7
  **Federal** [1] - 55:24
**fee** [2] - 70:13, 70:14
**fees** [4] - 71:20, 73:13,
73:17, 74:10
**few** [6] - 33:9, 37:2,
65:21, 68:22, 68:23,
75:17
**FFD2B** [2] - 79:14,
79:20
**field** [2] - 44:13, 44:21
**fields** [1] - 70:3
**file** [2] - 22:2, 58:17
**filed** [1] - 70:4
**files** [1] - 120:7
**financial** [4] - 18:9,
22:12, 22:21, 22:25,
23:3, 47:12, 71:18,
72:19, 72:20, 72:21,
73:6, 73:13
  **financials** [1] - 74:5
**fine** [1] - 97:25
**finger** [1] - 98:18
**fingernails** [1] -
117:10
**finish** [3] - 104:14,
114:22, 114:23
**finished** [1] - 95:7
**fire** [2] - 12:8, 12:15
**first** [54] - 3:21, 13:6,
13:8, 14:25, 20:6,
20:15, 25:10, 26:15,
30:15, 30:16, 31:18,

31:20, 31:21, 32:24,
33:6, 33:13, 33:21,
35:18, 35:20, 36:9,
37:2, 43:17, 45:11,
47:2, 48:4, 48:12, 50:8,
50:20, 51:25, 52:1,
53:4, 73:1, 78:5, 79:25,
80:9, 84:10, 87:22,
91:1, 97:2, 98:15, 99:7,
99:25, 101:24, 103:10,
103:24, 104:9, 104:11,
104:18, 104:23,
110:19, 110:21,
112:16, 113:21, 114:2
**fit** [2] - 28:24, 102:22
**fits** [2] - 101:20,
102:24
**five** [12] - 31:12, 34:6,
57:20, 57:22, 57:23,
63:9, 63:11, 63:14,
63:17, 64:8, 91:9,
114:22
**fix** [3] - 6:17, 8:9, 14:9
**flip** [6] - 65:5, 65:25,
75:25, 85:19, 86:15,
98:25
  **flipping** [10] - 65:16,
66:7, 67:3, 67:9, 69:7,
75:9, 77:20, 84:6, 84:9,
88:1
  **Floor** [1] - 1:22
  **flow** [9] - 58:11, 71:22,
73:14, 73:17, 100:22,
109:7, 109:8, 109:24,
110:4
  **flowing** [1] - 109:9
  **flows** [1] - 108:20
  **fluency** [1] - 94:4
  **foam** [5] - 103:24,
103:25, 104:18,
104:20, 104:23
  **Fog** [31] - 8:24, 9:1,
9:10, 9:13, 10:7, 11:4,
14:14, 15:10, 33:8,
33:9, 33:10, 35:9, 36:7,
36:18, 36:20, 40:16,
40:17, 40:18, 41:3,
44:2, 44:3, 45:8, 45:9,
50:23, 50:24, 58:11,
68:20, 68:23, 68:25,
69:4, 69:6
    **follow** [1] - 108:21
    **followed** [3] - 15:16,
35:18, 46:13
    **following** [3] - 37:20,
39:22, 62:11
  **follows** [9] - 8:6,
56:16, 70:22, 80:21,
93:5, 96:18, 100:18,
107:18, 112:13

**FOR** [1] - 1:1
**foregoing** [1] - 121:4
**forensics** [1] - 112:19
**forfeiture** [1] - 116:23
**forget** [1] - 51:10
**form** [5] - 6:2, 60:13,
73:5, 104:25, 111:25
**format** [4] - 17:11,
42:20, 49:17, 92:2
**formatted** [1] - 14:17
**forth** [1] - 64:17
**Forum** [1] - 13:1
**forum** [5] - 7:6, 13:11,
15:2, 15:4, 23:7
**forward** [1] - 115:17
**forwarded** [1] - 15:4
**foundation** [7] - 7:10,
9:18, 34:15, 34:16,
49:15, 57:10, 62:7
**foundational** [2] -
5:20, 91:18
**four** [11] - 58:9, 58:10,
71:9, 75:4, 78:4, 78:5,
78:7, 78:19, 79:6,
105:25, 117:9
**framing** [2] - 29:2,
29:10
**frankly** [2] - 105:18,
105:25
**front** [5] - 9:17, 64:7,
104:1, 108:5, 109:3
**fucking** [2] - 97:2,
99:7
**full** [5] - 4:13, 34:3,
40:19, 48:25, 121:5
**functionality** [1] - 41:2
**funds** [14] - 52:25,
58:11, 100:22, 102:2,
107:21, 107:22,
108:20, 109:7, 109:8,
109:24, 111:6, 111:8,
111:25
**furtherance** [5] - 9:21,
9:25, 10:5, 10:10,
10:18

# G

**gamer** [1] - 30:4
**generally** [3] - 42:22,
68:15, 118:16
**generated** [3] - 6:7,
13:25, 14:19
**generous** [1] - 30:21
**geographic** [3] - 3:22,
44:18, 51:3
**gigantic** [1] - 103:24
**given** [10] - 18:5,
23:15, 23:22, 23:24,
41:18, 44:18, 69:24,

91:4, 106:3, 109:19
  **gold** [1] - 103:10
  **Gold** [2] - 19:18, 19:23
  **golf** [3] - 56:4, 62:3,
66:25
  **Google** [17] - 16:22,
16:25, 17:12, 19:6,
24:15, 54:16, 54:20,
91:11, 91:12, 91:25,
92:2, 92:5, 95:21,
95:22, 95:25, 98:19,
107:5
  **Gothenburg** [3] -
26:25, 27:3, 27:5
  **Government** [2] -
38:14, 63:23
  **government** [48] -
2:20, 5:15, 8:23, 11:23,
16:25, 17:3, 19:8, 21:9,
24:20, 26:7, 27:22,
38:23, 39:3, 43:7,
47:18, 49:4, 54:3,
54:22, 55:19, 55:22,
56:12, 56:23, 59:9,
60:9, 60:22, 62:2,
62:18, 62:20, 64:4,
66:21, 70:23, 72:3,
72:7, 82:24, 85:5, 87:6,
90:10, 92:8, 96:7,
96:20, 97:13, 101:23,
102:21, 106:7, 107:16,
112:18, 122:5
    **government's** [3] -
80:24, 94:6, 103:8
    **Government's** [17] -
3:3, 12:1, 17:9, 19:14,
21:17, 25:1, 26:13,
28:18, 39:9, 43:15,
49:25, 55:3, 87:12,
90:16, 92:14, 98:11,
106:14
  **Gox** [53] - 53:25, 54:2,
55:16, 55:17, 55:18,
55:20, 55:23, 56:7,
56:9, 56:18, 57:3,
57:19, 61:10, 61:14,
61:19, 61:23, 63:12,
63:15, 65:1, 65:8,
65:19, 69:18, 70:5,
75:19, 76:7, 76:24,
79:3, 86:3, 86:13,
86:16, 87:15, 87:24,
88:2, 88:9, 90:21,
90:24, 95:13, 99:10,
103:4, 106:25, 107:4,
107:7, 109:11, 110:15,
110:17, 110:20, 111:8,
111:12, 111:15,
112:10, 113:8, 115:8,
115:10

granted [1] - 64:6
great [3] - 27:2, 32:13, 98:3
green [1] - 103:13
greetings [1] - 15:16
grouped [15] - 56:22, 57:11, 57:13, 57:14, 57:15, 57:19, 57:24, 59:7, 59:16, 60:11, 62:8, 63:12, 63:17, 64:10, 64:12
grouping [2] - 56:19, 103:5
groups [2] - 64:7, 103:17
guess [1] - 96:13
guy [1] - 26:25

**H**

hacking [1] - 37:10
halfway [2] - 20:6, 31:13
hand [2] - 37:12, 103:4, 103:11, 110:13
handed [1] - 34:4
handful [1] - 5:1
handle [1] - 116:24
happy [3] - 108:17, 108:19, 120:12
hard [1] - 103:23
harm [1] - 95:3
Hassard [1] - 1:21
hate [1] - 116:18
head [3] - 12:13, 88:23, 89:9
header [2] - 77:6, 77:7
headers [1] - 77:4
heading [2] - 37:1, 39:11
headings [1] - 53:5
hear [5] - 62:13, 72:13, 72:14, 72:16, 106:22
heard [10] - 61:20, 73:2, 73:10, 73:16, 73:23, 93:21, 101:18, 104:6, 108:14, 113:3
hearsay [9] - 5:18, 7:18, 9:4, 28:3, 34:14, 58:21, 59:14, 59:21, 96:10
Heavydist [5] - 17:16, 19:3, 20:7, 20:14, 91:11
heavydist.com [1] - 16:13
heavydist@gmail. com [16] - 16:1, 16:7, 17:18, 18:9, 18:25, 19:21, 20:7, 23:4,

24:12, 25:9, 25:22, 26:18, 54:10, 54:14, 55:10, 92:6
held [9] - 8:6, 56:16, 70:22, 80:21, 93:5, 96:18, 100:18, 107:18, 112:13
HELD [1] - 1:9
Hello [2] - 32:10, 46:5
help [5] - 10:4, 15:16, 46:9, 80:17, 100:13
helpful [5] - 82:21, 85:2, 101:19, 102:17, 102:23
helps [1] - 83:8
hereby [1] - 121:3
Hi [2] - 8:8, 34:2
hi [2] - 14:9, 26:25
High [7] - 42:24, 47:1, 50:17, 51:21, 52:4, 52:10, 52:18
Highhost.net [1] - 52:8
highhosting.net [15] - 42:2, 42:4, 42:16, 42:18, 42:24, 43:6, 43:19, 43:21, 45:1, 45:3, 47:3, 52:5, 52:15, 106:24, 112:6
highlight [1] - 15:6
highlighted [3] - 14:7, 66:15, 101:17
highlighter [1] - 61:1
highlighting [1] - 60:25
highly [7] - 9:2, 100:24, 101:4, 101:23, 102:6, 104:2, 104:5
history [2] - 77:14, 90:8
hit [1] - 61:4
hold [2] - 8:14, 65:5
holiday [2] - 71:10, 71:11
Honor [97] - 2:3, 2:24, 2:25, 5:19, 7:9, 7:14, 7:19, 8:2, 8:4, 8:18, 8:21, 9:9, 9:24, 10:15, 10:23, 11:19, 13:20, 16:8, 21:13, 22:17, 28:5, 28:12, 29:1, 34:12, 43:7, 43:13, 56:17, 57:6, 58:1, 58:3, 58:6, 58:15, 59:20, 60:2, 60:9, 62:2, 62:15, 63:20, 64:1, 70:19, 72:14, 72:17, 73:23, 76:16, 76:18, 80:19, 80:22, 81:5, 81:17, 82:24, 83:3, 84:15,

84:18, 85:5, 89:1, 89:3, 89:13, 91:15, 93:3, 93:14, 93:25, 94:24, 95:4, 96:5, 96:14, 96:16, 96:22, 98:1, 99:20, 100:1, 101:13, 101:22, 102:11, 104:2, 106:10, 107:14, 108:3, 108:9, 108:17, 109:5, 110:9, 112:11, 112:20, 113:2, 113:3, 113:22, 114:25, 115:4, 117:1, 117:4, 117:19, 118:15, 119:2, 119:11, 119:22, 120:4, 120:18
HONORABLE [1] - 1:9
hope [2] - 115:17, 115:25
hopefully [2] - 38:3, 117:16
host [1] - 112:6
hosted [1] - 47:2
hosting [6] - 41:15, 41:17, 44:7, 44:12, 52:17
Hosting [6] - 47:1, 50:17, 51:21, 52:4, 52:10, 52:18
Hosting's [1] - 42:24
hour [2] - 74:8
hours [1] - 55:14
house [3] - 74:7, 105:14
Howell [4] - 43:3, 43:5, 43:21, 45:5
HTTP://bitcointalk. org/index.PHP?topic= 50037.0 [1] - 40:25
hundreds [2] - 114:10
hypothetical [1] - 12:5

**I**

ID [2] - 32:1, 66:21
idea [1] - 36:7
ideas [1] - 39:23
identifiers [1] - 57:17
identity [1] - 30:6
IDs [1] - 64:8
ignore [1] - 110:6
Ilikestuff [1] - 13:11
IM [1] - 34:5
image [3] - 84:24, 84:25, 119:13
impact [1] - 9:7
implausible [1] - 96:25
implementation [1] - 36:15
implicit [1] - 118:6

implicitly [1] - 118:2
imply [2] - 57:25, 60:12
implying [2] - 103:11, 105:2
Important [2] - 6:16, 6:20
important [1] - 6:21
impossible [1] - 20:19
improper [2] - 56:25, 105:23
improperly [1] - 58:19
improvements [1] - 36:15
improver [1] - 30:15
IN [1] - 1:1
inadequate [1] - 62:13
inappropriate [5] - 72:10, 101:2, 104:2, 105:3, 114:16
included [2] - 93:20, 104:17
including [1] - 120:8
incoming [1] - 52:25
incorrect [1] - 46:6
indented [1] - 29:23
INDEX [1] - 122:1
India [1] - 67:3
indicated [4] - 88:12, 93:10, 97:13, 113:7
indicating [2] - 14:6, 15:7
individual [1] - 43:2
inference [1] - 58:13
inferences [2] - 64:15, 109:23
info@mtgox.com [2] - 87:16, 90:22
inform [1] - 108:11
information [26] - 3:6, 3:8, 3:9, 3:11, 17:14, 20:16, 23:11, 23:13, 23:15, 36:9, 41:20, 42:25, 44:14, 45:14, 60:3, 63:1, 63:9, 65:12, 82:8, 86:16, 88:12, 102:7, 103:20, 105:9, 112:20, 114:13
Information [2] - 44:14, 44:22
initial [1] - 42:1
initiative [1] - 27:3
inputting [1] - 93:1
inquire [1] - 117:18
inspect [2] - 104:20, 119:23
install [1] - 30:15
instead [1] - 30:20
institution [1] - 47:12
instruct [2] - 11:12,

58:13
**instructed** [1] - 60:13
**instruction** [5] - 60:10,
60:24, 61:2, 62:14,
108:18
**instructions** [5] -
62:19, 71:7, 96:21,
97:1, 97:3
**intend** [3] - 29:1,
118:24, 120:2
**intends** [1] - 81:6
**interest** [2] - 63:5,
118:22
**interesting** [1] - 32:14
**internal** [1] - 45:1
**internet** [4] - 96:21,
97:1, 97:3, 115:24
**introduce** [2] - 28:6,
59:25
**introduced** [4] - 8:12,
10:16, 28:7, 61:17
**introducing** [2] - 7:11,
7:19
**investigating** [3] -
62:11, 64:11, 64:14
**Investigation** [1] -
55:24
**investigation** [9] -
16:12, 18:8, 18:16,
31:7, 41:22, 42:3,
47:24, 53:12, 53:18
**investigative** [2] -
62:10, 64:10
**investigator** [1] -
72:19
**investigators** [2] -
62:8, 91:12
**invoice** [2] - 52:7,
52:18
**Invoice** [2] - 45:17,
52:8
**involve** [1] - 100:10
**involves** [1] - 103:2
**involving** [2] - 8:24,
113:14
**IP** [21] - 25:12, 59:5,
77:7, 77:9, 77:17,
77:18, 103:17, 103:18,
112:7, 112:9, 112:15,
113:6, 113:7, 113:11,
113:14, 113:18, 114:3,
114:5, 114:11, 115:6
**IRC** [1] - 34:8
**IRS** [2] - 72:19, 89:21
**issue** [15] - 8:7, 9:21,
10:17, 11:21, 56:23,
57:12, 60:25, 71:15,
93:15, 101:9, 102:21,
108:13, 108:15,
117:14, 118:17

**issues** [6] - 58:22,
58:23, 100:25, 110:1,
112:15, 118:20
**IT** [3] - 30:5, 30:10,
30:25
**item** [5] - 18:24, 20:4,
25:20, 82:16, 120:7
**Items** [1] - 44:5
**items** [1] - 118:7
**itself** [4] - 36:14,
64:13, 64:17, 95:15

## J

**Jabber** [1] - 32:15
**Janice** [2] - 1:25,
121:11
**JANICE** [1] - 121:3
**Janice_e_dickman@
dcd.uscourts.gov** [1] -
1:25
**January** [4] - 6:12,
13:3, 14:24, 23:25
**Japan** [2] - 44:20,
55:18
**Jeffrey** [1] - 1:17
**Jeffrey.pearlman@
usdoj.gov** [1] - 1:19
**Jordan** [1] - 23:17
**jordan.butch@mail.
ru** [1] - 23:23
**judge** [2] - 12:8,
115:22
**JUDGE** [2] - 1:9, 1:10
**June** [2] - 3:15, 22:5
**Juror** [2] - 116:3,
116:9
**JUROR** [1] - 12:2
**JURORS** [1] - 71:10
**jurors** [4] - 2:5, 71:13,
74:22, 116:2
**JURY** [2] - 1:4, 1:8
**jury** [65] - 2:2, 2:6, 3:2,
10:19, 11:12, 12:20,
14:5, 16:4, 17:8, 19:13,
21:16, 24:25, 26:12,
26:16, 28:15, 28:17,
29:4, 39:8, 43:12,
49:24, 50:6, 55:2,
58:13, 58:15, 59:8,
60:13, 60:25, 63:25,
64:9, 69:8, 72:21,
73:21, 74:19, 75:22,
82:21, 83:6, 85:2,
85:15, 90:15, 92:13,
93:21, 94:3, 96:23,
98:10, 98:13, 101:6,
101:17, 101:19, 102:8,
102:16, 102:17,
102:20, 102:24, 104:1,

104:5, 106:17, 108:5,
108:11, 108:14,
108:24, 109:6, 109:18,
116:22, 119:1

## K

**keeps** [1] - 97:18
**key** [5] - 58:23,
101:24, 102:7, 103:8
**keywords** [1] - 94:5
**Killdozer** [21] - 23:7,
23:14, 23:16, 23:19,
23:20, 23:22, 23:24,
24:6, 25:9, 25:13, 27:1,
31:3, 31:8, 31:9, 31:15,
31:17, 32:10, 33:12,
33:23, 35:17
**kind** [9] - 13:12, 44:4,
47:10, 47:12, 72:9,
110:11, 112:25, 113:1,
115:24
**Kingdom** [1] - 3:23
**knowledge** [5] - 7:22,
8:24, 9:3, 10:3, 34:15
**known** [1] - 105:21
**knows** [2] - 34:17,
71:20
**Kolbasa** [15] - 59:4,
68:3, 68:19, 76:7,
76:14, 76:21, 76:23,
78:1, 79:3, 80:4,
111:12, 111:14, 112:8,
113:6, 115:10
**Kolbasa99** [2] -
112:10, 115:8
**kolbasa99@rambler.
ru** [2] - 68:5, 68:10
**Krulikowski** [1] -
94:14
**Kunnikov** [3] - 3:21,
46:20, 51:2
**Kyoto** [1] - 44:20

## L

**labeled** [2] - 50:7,
51:18
**lack** [1] - 117:25
**laid** [3] - 7:10, 34:15,
57:16
**language** [5] - 25:23,
29:2, 93:12, 93:13,
97:24
**lapsed** [1] - 91:7
**laptop** [1] - 117:4
**large** [2] - 105:15,
105:16
**larger** [1] - 63:1
**last** [14] - 3:21, 37:23,

37:24, 67:15, 67:16,
67:24, 67:25, 68:8,
75:4, 108:7, 108:10,
108:24, 109:19, 110:6
**launch** [13] - 33:8,
33:9, 36:18, 40:16,
44:2, 44:3, 45:8, 50:23,
68:20, 68:23, 68:24,
69:4, 69:5
**launched** [6] - 33:10,
36:20, 40:17, 40:18,
45:10, 50:25
**laundering** [1] - 9:13
**Law** [1] - 1:21
**law** [5] - 4:10, 18:13,
21:6, 53:16, 68:15
**lay** [5] - 34:16, 49:15,
62:7, 71:25, 72:7
**laying** [1] - 57:10
**lead** [7] - 38:9, 107:16,
108:1, 108:8, 108:17,
108:19, 110:25
**leading** [5] - 22:14,
27:10, 76:16, 91:14,
91:16
**leads** [1] - 38:7
**least** [3] - 48:24, 71:4,
98:5
**leave** [7] - 12:9, 71:13,
94:7, 94:20, 105:14,
116:2, 116:17
**leaving** [2] - 102:7,
111:25
**led** [2] - 38:21, 41:4
**ledger** [1] - 80:18
**ledgers** [1] - 80:17
**left** [7] - 83:24, 85:16,
103:4, 103:20, 107:3,
110:13, 114:17
**left-hand** [2] - 103:4,
110:13
**leftover** [1] - 84:4
**legal** [2] - 2:15, 5:13,
24:14
**Leo** [1] - 122:3
**less** [3] - 68:21, 69:5,
101:18
**letters** [5] - 51:15,
75:4, 80:9, 84:10, 86:9
**level** [1] - 94:4
**Liberty** [46] - 44:23,
46:7, 46:13, 47:9,
47:12, 47:13, 47:15,
47:18, 47:21, 48:17,
49:1, 50:2, 50:19, 52:2,
52:5, 52:6, 52:15,
52:16, 53:6, 53:8, 54:1,
69:8, 69:15, 69:16,
70:8, 70:11, 77:1, 77:2,
77:12, 99:14, 103:21,

106:23, 107:1, 111:22,
111:23, 112:2, 112:3,
112:4, 112:5, 112:8,
112:9, 113:9, 115:7,
115:11
**license** [4] - 30:12,
81:12, 81:13, 105:12
**likewise** [1] - 103:10
**limit** [1] - 11:24
**limited** [1] - 109:15
**limiting** [4] - 60:10,
60:24, 61:2, 62:14
**line** [55] - 6:14, 6:15,
6:18, 6:19, 6:23, 6:24,
7:2, 7:3, 12:25, 13:2,
13:6, 13:7, 13:8, 14:12,
14:13, 14:25, 19:17,
21:20, 24:2, 25:3,
29:12, 40:1, 43:23,
45:11, 45:14, 45:18,
45:21, 54:11, 56:20,
60:14, 69:20, 69:21,
75:10, 76:8, 77:8,
77:15, 77:16, 78:10,
78:24, 79:2, 79:10,
79:13, 79:17, 79:18,
79:21, 80:7, 84:6,
85:20, 86:1, 87:19,
88:2, 88:4, 98:21
**Line** [1] - 75:1
**lines** [11] - 25:10,
72:19, 73:8, 78:3, 78:4,
78:6, 78:13, 87:22,
88:14, 89:24, 91:1
**link** [1] - 38:21
**links** [1] - 38:5
**list** [7] - 51:14, 66:8,
117:22, 118:7, 120:6,
120:8, 120:10
**listed** [11] - 17:15,
17:19, 47:4, 50:10,
50:12, 60:3, 64:23,
67:7, 76:12, 91:8,
118:7
**listener** [11] - 7:21,
9:7, 10:22, 10:25, 11:2,
11:15, 11:16, 11:18,
12:17, 28:9, 28:10
**lists** [2] - 63:8, 117:23
**literal** [2] - 113:8,
113:15
**literally** [6] - 82:4,
94:3, 94:24, 101:16,
102:15, 113:25
**lived** [2] - 68:21,
105:13
**living** [1] - 30:6
**location** [3] - 3:22,
44:18, 51:3
**log** [1] - 74:7

**login** [14] - 66:3, 66:4,
67:11, 67:12, 67:15,
67:16, 67:18, 67:19,
67:24, 67:25, 68:1,
68:8, 87:25, 113:10
**London** [1] - 3:23
**look** [17] - 5:2, 5:5,
7:18, 8:18, 21:12,
26:15, 27:25, 41:20,
42:7, 42:12, 49:7,
61:24, 64:18, 66:1,
79:19, 95:15, 113:22
**looked** [4] - 14:18,
75:16, 85:18, 113:9
**looking** [36] - 2:23,
3:10, 3:14, 6:13, 8:2,
8:16, 13:5, 25:20,
28:23, 31:20, 32:17,
32:23, 33:13, 35:20,
36:25, 39:16, 44:21,
46:21, 49:11, 50:7,
51:20, 52:12, 66:25,
67:11, 67:17, 68:18,
69:7, 69:18, 70:3, 76:8,
79:21, 84:9, 84:24,
88:15, 106:25, 115:2
**looks** [4] - 45:18, 57:2,
98:21
**lookup** [1] - 41:21
**loss** [1] - 100:4
**LR** [1] - 46:8
**Luke** [2] - 104:3,
104:24
**lumped** [1] - 105:5

## M

**made..** [1] - 46:7
**magical** [1] - 30:23
**mailed** [1] - 6:6
**main** [1] - 36:10
**majority** [1] - 61:17
**manner** [4] - 76:11,
78:15, 88:7, 102:22
**March** [2] - 20:9, 20:12
**marked** [2] - 44:21,
100:16
**markings** [1] - 4:4
**marks** [1] - 3:25
**marshall** [1] - 117:13
**match** [1] - 70:15
**matching** [2] - 75:10,
79:20
**material** [8] - 29:5,
29:6, 29:8, 95:1, 97:20,
97:25, 98:5
**math** [2] - 78:18, 88:22
**mathematical** [1] -
89:21
**Mats** [1] - 26:25

**mats@henricson.se**
[1] - 26:18
**matter** [16] - 5:22,
7:12, 7:20, 7:23, 10:1,
10:16, 10:21, 11:14,
12:10, 12:14, 12:16,
28:8, 29:9, 101:9,
117:20
**matters** [1] - 7:24
**Max** [1] - 18:6
**Mazarin** [4] - 59:5,
112:17, 114:9, 119:5
**Mazars** [4] - 59:5,
112:17, 114:8, 119:4
**mean** [8] - 12:15,
56:23, 68:13, 72:20,
97:13, 102:18, 109:10
**meaningful** [1] - 97:22
**means** [3] - 12:2, 18:2,
114:19
**meant** [1] - 11:22
**mediawikimailwiki@**
**bitcoin.it** [1] - 25:5
**meet** [1] - 30:19
**member** [2] - 7:6,
15:10
**members** [1] - 109:18
**Memo** [2] - 79:17, 80:6
**memo** [2] - 52:7, 80:7
**memory** [2] - 75:20,
76:2
**mempool.space** [3] -
82:4, 82:20, 85:1
**mention** [1] - 60:21
**merely** [1] - 28:9
**message** [64] - 7:5,
7:14, 7:17, 7:18, 7:20,
7:23, 7:25, 8:3, 8:8,
8:16, 10:2, 12:21,
12:22, 13:10, 14:13,
14:15, 14:17, 15:1,
15:3, 19:18, 19:24,
19:25, 20:7, 20:8,
20:11, 20:12, 20:15,
21:19, 21:20, 21:21,
22:4, 22:6, 22:7, 28:24,
29:16, 29:18, 31:1,
31:19, 31:20, 31:22,
31:24, 32:4, 32:8,
32:17, 32:18, 32:19,
32:23, 32:24, 33:5,
33:13, 33:16, 33:20,
33:21, 33:24, 35:20,
35:21, 35:23, 36:4,
36:17, 36:19, 46:1
**messages** [17] - 5:21,
7:7, 20:1, 20:3, 20:4,
21:6, 28:24, 31:5, 31:8,
31:9, 31:15, 31:17,
31:18, 33:12, 35:11,

35:18, 35:19
**metadata** [4] - 91:25,
92:2, 92:16, 92:18
**method** [2] - 44:22,
44:23
**Michael** [5] - 1:21,
43:3, 43:5, 43:21, 45:5
**michael@torekeland**
**.com** [1] - 1:23
**microphone** [1] -
106:21
**Microsoft** [5] - 2:14,
2:18, 3:10, 3:17, 4:18
**middle** [1] - 44:4
**might** [6] - 42:10,
51:12, 73:2, 73:21, 105:10,
105:11, 120:15
**mind** [4] - 48:11, 97:2,
98:2, 99:7
**mind-blowing** [3] -
97:2, 98:2, 99:7
**mine** [1] - 20:21
**mini** [1] - 44:7
**mini-serve** [1] - 44:7
**minute** [1] - 79:8
**minutes** [7] - 34:6,
75:17, 77:25, 78:11,
80:3, 114:22, 115:9
**mirror** [2] - 119:13,
120:17
**missed** [1] - 118:13
**mistranslation** [1] -
98:2
**mix** [1] - 15:11
**mixing** [3] - 10:7,
34:10, 35:8
**moderately** [1] - 34:8
**modified** [1] - 92:20
**moment** [5] - 2:24,
27:25, 54:2, 70:20,
118:11
**Monday** [3] - 71:6,
71:10, 71:11
**money** [14] - 9:13,
10:12, 69:9, 71:22,
76:14, 93:1, 93:15,
94:6, 95:9, 107:5,
107:8, 108:21
**moniker** [3] - 36:21,
46:20, 51:2
**monitor** [1] - 49:8
**month** [6] - 33:10,
40:18, 45:9, 50:24,
68:24, 69:5
**monthly** [1] - 44:12
**months** [3] - 68:22,
104:18, 105:21
**morning** [2] - 93:9,
93:19
**Moscow** [1] - 51:5

**MOSS** [1] - 1:9
**most** [3] - 37:8, 97:2, 99:7
**motion** [2] - 62:18, 64:6
**move** [4] - 43:13, 95:3, 97:21, 111:7
**moved** [2] - 62:2, 111:10
**moves** [23] - 2:20, 5:15, 11:23, 17:3, 19:8, 21:9, 21:10, 24:20, 26:7, 27:22, 39:3, 43:7, 49:4, 54:22, 56:12, 64:4, 82:24, 85:5, 87:6, 90:10, 92:8, 96:7, 106:7
**moves..** [1] - 62:20
**movie** [2] - 51:7, 51:14
**moving** [2] - 44:13, 115:17
**MPD** [1] - 105:12
**MR** [248] - 2:3, 2:10, 2:20, 2:23, 3:4, 5:15, 5:18, 5:19, 5:24, 7:9, 7:14, 7:19, 8:2, 8:4, 8:8, 8:18, 8:21, 9:4, 9:9, 9:16, 9:24, 10:8, 10:15, 10:23, 10:25, 11:2, 11:5, 11:11, 11:19, 11:23, 12:19, 13:16, 13:18, 13:20, 13:22, 16:4, 16:5, 16:8, 16:11, 16:15, 16:17, 16:18, 17:3, 17:6, 17:10, 18:11, 18:12, 19:8, 19:11, 19:15, 19:16, 21:9, 21:12, 21:18, 22:14, 22:17, 22:20, 24:20, 24:23, 25:2, 26:7, 26:10, 26:14, 27:8, 27:11, 27:22, 27:25, 28:3, 28:5, 28:12, 28:19, 29:11, 34:12, 34:14, 34:18, 39:3, 39:6, 39:10, 41:11, 41:13, 43:7, 43:10, 43:13, 43:16, 49:4, 49:7, 49:10, 49:11, 49:14, 49:16, 49:22, 50:1, 54:22, 54:25, 55:4, 56:12, 56:15, 56:17, 57:6, 57:15, 58:3, 58:15, 59:3, 59:15, 59:20, 60:2, 60:19, 60:21, 60:24, 61:9, 61:12, 61:16, 61:19, 62:2, 62:15, 62:18, 62:24, 63:20, 64:1,
64:4, 64:20, 69:10, 69:13, 70:19, 70:23, 71:16, 72:14, 72:17, 72:24, 73:1, 73:12, 73:16, 74:24, 75:21, 75:23, 76:16, 76:18, 76:19, 80:19, 80:22, 81:5, 81:17, 81:23, 82:1, 82:24, 83:3, 83:5, 83:11, 84:15, 84:18, 84:20, 84:21, 85:5, 85:9, 85:11, 85:23, 85:25, 87:6, 87:9, 87:13, 89:1, 89:3, 89:4, 89:10, 89:13, 89:16, 90:10, 90:13, 90:17, 91:14, 91:16, 91:19, 92:8, 92:11, 92:15, 93:3, 93:6, 93:14, 93:25, 94:5, 94:14, 94:19, 94:24, 95:4, 95:6, 96:5, 96:10, 96:14, 96:16, 96:19, 96:22, 97:4, 97:15, 98:1, 98:12, 99:20, 99:22, 100:1, 100:9, 100:19, 101:13, 101:22, 102:11, 103:3, 104:11, 104:13, 104:15, 104:22, 106:7, 106:10, 106:12, 106:15, 107:14, 107:17, 107:19, 108:2, 108:3, 108:4, 108:9, 108:17, 109:5, 110:9, 110:10, 112:11, 112:14, 113:3, 113:5, 113:19, 113:22, 114:2, 114:7, 114:25, 115:4, 115:5, 115:12, 117:1, 117:2, 117:7, 117:19, 117:20, 118:4, 118:9, 119:2, 119:11, 119:22, 120:4, 120:18, 120:21
**MS** [1] - 49:20
**Mt** [53] - 53:25, 54:2, 55:16, 55:17, 55:18, 55:20, 55:22, 56:7, 56:9, 56:18, 57:2, 57:19, 61:10, 61:14, 61:19, 61:23, 63:12, 63:15, 65:1, 65:8, 65:19, 69:18, 70:5, 75:19, 76:7, 76:24, 79:3, 86:3, 86:13, 86:16, 87:15, 87:24, 88:2, 88:9, 90:21, 90:24, 95:13, 99:10, 103:4, 106:25, 107:4, 107:7, 109:11, 110:15, 110:17, 110:20, 111:8,
111:12, 111:15, 112:10, 113:8, 115:8, 115:10
**MTGOX** [2] - 70:5, 75:11
**must** [1] - 20:15

## N

**N.W** [1] - 121:12
**name** [35] - 3:19, 3:21, 15:12, 17:15, 21:22, 22:12, 22:22, 22:25, 23:3, 23:7, 23:18, 23:19, 30:4, 30:12, 30:24, 31:2, 33:23, 44:16, 47:2, 47:5, 50:10, 50:11, 51:1, 58:18, 66:11, 66:12, 67:18, 67:19, 68:3, 86:14, 107:7, 110:16
**named** [1] - 43:2
**namely** [1] - 8:25
**names** [1] - 30:11
**narrative** [1] - 100:2
**native** [3] - 58:17, 93:25, 94:4
**nature** [2] - 74:4, 109:16
**near** [1] - 106:20
**need** [14] - 15:14, 21:12, 49:7, 61:24, 89:11, 96:12, 106:20, 114:6, 116:20, 116:21, 116:24, 119:14, 119:18, 119:23
**needed** [1] - 32:14
**needlessly** [1] - 112:18
**nested** [1] - 28:24
**never** [4] - 36:6, 68:23, 73:1, 109:11
**nevertheless** [1] - 36:12
**new** [7] - 20:18, 24:10, 30:16, 32:25, 33:2, 45:13, 107:23
**New** [4] - 1:18, 12:22, 14:13, 43:24
**next** [17] - 12:25, 29:25, 30:2, 32:17, 32:19, 44:13, 60:17, 60:18, 60:19, 61:9, 88:14, 107:10, 110:25, 111:1, 111:3, 111:20, 119:4
**Nfs9000** [1] - 111:9
**nfs9000@hotmail. com** [2] - 67:21, 111:10
**nice** [2] - 115:17,
116:1
**nickname** [2] - 18:5, 18:6
**non** - 20:19
**non-American** [1] - 20:19
**noncontroversial** [1] - 74:9
**noreply@bitcointalk** [1] - 13:14
**noreply@bitcointalk. org** [3] - 6:5, 13:2, 14:16
**notated** [1] - 120:9
**noted** [2] - 44:23, 93:7
**notes** [1] - 121:5
**nothing** [10] - 8:11, 57:9, 57:20, 59:18, 73:7, 101:17, 101:18, 107:19, 108:11, 113:24
**notice** [3] - 72:4, 103:25, 118:23
**Notice** [1] - 45:17
**noticed** [7] - 71:19, 72:1, 72:11, 80:24, 93:16, 101:1, 102:5, 113:1, 118:13
**Notification** [1] - 43:24
**notification** [4] - 6:22, 7:7, 13:25, 14:19
**notified** [1] - 93:22
**November** [6] - 45:7, 46:11, 52:16, 67:16, 67:25, 68:9
**now-deleted** [1] - 36:7
**number** [17] - 17:20, 19:18, 36:25, 38:12, 38:13, 40:23, 46:9, 46:12, 46:13, 50:12, 50:14, 50:16, 52:8, 53:8, 81:14, 82:5, 114:20
**numbers** [8] - 11:10, 45:22, 61:15, 81:20, 86:9, 89:18, 89:23, 113:25
**NW** [3] - 1:13, 1:16, 1:18
**NY** [1] - 1:22

## O

**o'clock** [1] - 115:16
**object** [10] - 11:5, 72:2, 74:15, 96:10, 100:8, 100:19, 101:11, 107:15, 107:23, 113:2
**objected** [1] - 108:15
**objection** [66] - 2:22, 2:25, 5:17, 8:3, 8:13,

9:5, 9:16, 13:16, 16:8, 17:5, 17:6, 19:10, 19:11, 21:11, 21:14, 22:14, 24:22, 24:23, 26:9, 27:24, 28:13, 28:16, 34:12, 34:13, 39:5, 39:6, 41:11, 43:9, 43:10, 49:6, 49:22, 54:24, 54:25, 56:14, 56:19, 58:21, 59:14, 59:22, 60:10, 60:18, 61:10, 69:10, 71:17, 73:2, 73:23, 73:25, 76:16, 83:5, 85:8, 85:9, 87:8, 87:9, 89:1, 90:12, 90:13, 91:14, 92:10, 92:11, 93:3, 96:9, 97:5, 99:20, 100:1, 107:14, 108:6, 112:11

**objections** [2] - 56:18, 61:7

**obligation** [1] - 71:5

**obtain** [11] - 4:10, 4:12, 16:12, 18:13, 31:7, 42:3, 47:18, 53:12, 55:19, 68:15

**obtained** [5] - 4:14, 24:14, 87:4, 90:5, 95:21

**obviously** [3] - 9:25, 56:17, 74:4

**occasional** [1] - 74:9

**occur** [1] - 93:17

**occurred** [2] - 78:7, 110:4

**October** [36] - 4:8, 4:25, 31:23, 32:19, 33:7, 33:15, 35:22, 36:19, 37:18, 40:17, 44:1, 50:21, 52:2, 53:5, 67:14, 67:23, 68:7, 69:15, 69:23, 70:7, 75:8, 75:14, 77:19, 77:23, 78:7, 79:5, 79:18, 80:2, 83:16, 85:13, 86:5, 88:6, 90:19, 91:6, 113:7, 113:11

**OF** [3] - 1:1, 1:8, 121:1

**Off-the-record** [1] - 116:3

**offense** [1] - 8:23

**offer** [1] - 62:14

**offered** [4] - 9:11, 9:15, 93:23

**offering** [4] - 9:9, 71:22, 73:12, 74:14

**officer** [2] - 81:11, 105:10

**OFFICIAL** [1] - 121:1

**official** [1] - 18:17

**Official** [1] - 121:11

**old** [1] - 20:16

**oldest** [1] - 20:4

**Omedetou** [11] - 11:3, 35:12, 35:18, 35:24, 36:21, 37:16, 40:12, 44:16, 44:19, 45:16, 47:6

**once** [1] - 112:3

**one** [54] - 2:24, 4:21, 8:22, 14:17, 18:19, 19:25, 20:9, 20:17, 20:18, 21:5, 27:25, 30:7, 30:15, 30:16, 30:24, 31:5, 31:6, 31:12, 33:6, 44:11, 52:4, 57:4, 57:5, 58:7, 58:23, 60:21, 61:9, 61:16, 64:21, 64:22, 65:7, 68:1, 71:5, 78:13, 81:8, 83:14, 83:24, 93:6, 94:12, 97:10, 98:1, 98:19, 101:8, 102:1, 102:2, 103:7, 103:8, 107:13, 110:11, 112:21, 115:4, 116:10, 117:20

**one-five** [1] - 31:12

**ones** [4] - 49:20, 59:1, 61:23, 72:8

**open** [1] - 65:5

**opened** [1] - 45:13, 95:13

**opening** [3] - 55:10, 94:6

**operated** [4] - 34:11, 35:8, 55:17, 55:18

**operating** [1] - 10:7, 32:13, 36:16, 47:17

**operation** [1] - 10:6

**opinion** [15] - 69:11, 71:22, 71:25, 73:8, 73:18, 74:2, 74:11, 74:13, 81:16, 101:7, 101:9, 102:14, 103:2, 105:2, 108:6

**opinions** [2] - 73:13, 74:14

**opponent** [3] - 96:15, 96:24, 97:7

**opportunity** [1] - 72:4

**option** [1] - 94:10

**order** [5] - 2:7, 9:18, 42:25, 99:24, 106:17

**Order** [3] - 43:24, 44:5, 44:21

**ordered** [1] - 44:6

**organized** [1] - 63:17

**original** [3] - 58:16,

59:12, 63:15

**originated** [1] - 39:23

**otherwise** [4] - 53:18, 63:12, 106:21, 115:25

**outgoing** [2] - 53:1, 78:9

**outside** [1] - 74:7

**outsource** [1] - 32:11

**overall** [1] - 30:14

**Overdue** [1] - 45:17

**overlaps** [1] - 72:5

**overrule** [1] - 73:24

**overruled** [7] - 16:10, 27:9, 28:14, 28:16, 41:12, 69:12, 91:17

**overseas** [1] - 47:16

**own** [8] - 22:12, 22:22, 22:25, 23:3, 47:14, 62:11, 107:7

**owner** [1] - 66:8

## P

**p.m** [3] - 1:6, 74:17, 74:18

**page** [14] - 20:6, 28:7, 29:5, 29:6, 29:7, 29:8, 29:12, 37:3, 37:6, 58:14, 59:19, 82:14, 84:14, 113:25

**paid** [2] - 46:6, 88:20

**pain** [1] - 116:11

**paper** [2] - 89:11, 89:12

**paragraphs** [2] - 29:25, 30:2

**parenthesis** [2] - 32:25, 33:2

**part** [6] - 15:3, 48:12, 73:3, 98:14, 104:25, 105:19

**particular** [5] - 17:12, 70:24, 74:1, 109:9, 119:20

**parts** [1] - 12:21

**party** [4] - 29:2, 96:15, 96:24, 97:7

**password** [2] - 20:18, 51:11

**paste** [2] - 96:20, 97:1

**Pause** [1] - 28:2

**pause** [2] - 8:15, 72:25

**pay** [1] - 47:8

**paying** [1] - 97:5

**payment** [15] - 44:22, 44:23, 46:7, 46:9, 46:11, 51:21, 51:25, 52:1, 52:9, 52:10, 52:14, 52:21, 52:22, 53:1, 106:23

**Pearlman** [1] - 1:17

**PELKER** [1] - 49:20

**Pelker** [1] - 1:15

**Pennsylvania** [1] - 1:16

**people** [3] - 38:3, 114:10, 115:19

**perceived** [1] - 97:23

**percent** [1] - 101:18

**perfectly** [1] - 30:8

**perhaps** [7] - 32:16, 57:1, 61:21, 99:10, 103:12, 107:15, 107:16

**person** [3] - 13:14, 74:7, 119:23

**person's** [1] - 105:11

**personal** [4] - 12:22, 13:10, 14:13, 15:1

**personally** [1] - 36:5

**personnel** [1] - 55:25

**Peternfs** [8] - 67:19, 67:20, 67:23, 68:18, 79:15, 79:22, 83:18, 111:8

**Petersnf** [1] - 59:3

**phone** [10] - 8:5, 17:20, 19:18, 20:19, 20:22, 70:19, 93:4, 96:16, 107:17, 119:23

**photos** [1] - 119:24

**physical** [13] - 116:13, 116:14, 116:18, 117:23, 118:5, 118:7, 118:10, 118:24, 119:3, 119:24, 120:9, 120:11

**physically** [2] - 119:14, 120:13

**pick** [4] - 8:5, 74:25, 96:16, 112:12

**piece** [2] - 53:18, 60:14

**place** [2] - 36:10, 117:20

**places** [1] - 114:6

**plain** [1] - 36:13

**Plaintiff** [2] - 1:4, 1:12

**planning** [2] - 28:5, 36:10

**plasma** [2] - 22:7, 56:21

**plasma.com** [1] - 87:4

**plasma@ plasmadivision.com** [12] - 18:21, 21:4, 22:11, 23:5, 66:6, 67:8, 86:24, 87:21, 90:6, 90:8, 90:25, 110:18

**plasmadivision.com** [5] - 18:14, 18:20, 21:7, 22:8, 56:22

**plate** [3] - 81:12, 81:13, 105:12
**play** [1] - 110:6
**playing** [1] - 83:21
**PLLC** [1] - 1:21
**plugged** [2] - 81:1, 81:13
**plugging** [1] - 41:6
**podium** [1] - 71:15
**point** [21] - 3:19, 3:22, 4:6, 14:5, 21:22, 26:15, 31:21, 38:11, 39:11, 58:6, 59:6, 69:8, 74:15, 79:25, 85:14, 92:21, 94:23, 98:15, 99:5, 108:21
**pointed** [1] - 103:14
**pointing** [1] - 103:14
**points** [5] - 15:20, 36:22, 57:6, 98:16, 98:19
**police** [2] - 81:12, 81:13
**possession** [1] - 120:14
**possible** [2] - 55:14, 78:4
**possibly** [1] - 12:9
**post** [15] - 36:25, 37:14, 37:15, 37:16, 37:17, 37:19, 37:21, 38:3, 39:16, 39:19, 40:9, 40:11, 40:13, 40:19, 40:22
**potentially** [1] - 93:14
**Power** [1] - 18:6
**preceding** [1] - 68:22
**precise** [1] - 77:21
**precisely** [2] - 108:15, 120:16
**prefer** [1] - 34:8
**preferences** [1] - 7:7
**prejudice** [1] - 101:5
**prejudicial** [9] - 8:22, 57:12, 59:12, 60:15, 100:24, 101:4, 101:20, 104:5, 105:18
**prepared** [6] - 26:1, 57:8, 62:8, 105:20, 118:5, 118:25
**present** [6] - 2:6, 72:21, 73:6, 98:5, 109:14, 110:1
**presentation** [1] - 59:11
**presented** [2] - 105:9, 109:22
**presenting** [2] - 57:23, 106:2
**presumably** [1] -

105:20
**pretty** [1] - 20:22
**previous** [6] - 3:15, 3:25, 29:18, 35:9, 84:16, 85:18
**previously** [8] - 4:5, 16:3, 23:9, 31:12, 36:25, 77:13, 110:3, 119:20
**price** [1] - 89:19
**printed** [2] - 32:6, 48:12
**private** [22] - 31:5, 31:7, 31:9, 31:17, 31:18, 31:19, 31:20, 31:21, 31:24, 32:3, 32:17, 32:18, 32:19, 32:24, 33:12, 33:13, 35:11, 35:17, 35:19, 35:20, 35:21, 101:24
**probative** [4] - 8:22, 9:2, 57:12, 60:16
**problem** [6] - 37:8, 59:21, 60:2, 71:1, 74:3, 113:19
**problems** [1] - 37:11
**proceed** [3] - 62:16, 64:19, 110:8
**proceedings** [1] - 121:6
**proceeds** [1] - 8:25
**process** [5] - 2:15, 5:13, 24:14, 57:18, 103:1
**produce** [2] - 59:9, 63:8
**produced** [23] - 3:11, 3:12, 3:15, 5:12, 16:25, 18:16, 19:2, 49:1, 49:13, 49:18, 62:9, 62:25, 90:5, 92:2, 92:5, 95:25, 104:12, 104:15, 104:21, 104:25, 117:22, 120:2, 120:17
**producing** [1] - 102:23
**production** [1] - 91:25
**products** [1] - 44:5
**professional** [1] - 37:9
**professionally** [1] - 36:15
**program** [3] - 30:9, 30:13, 30:14
**project** [1] - 39:23
**propositions** [1] - 74:9
**protection** [1] - 30:9
**prove** [2] - 8:23, 28:8
**provide** [2] - 102:14, 119:6
**provided** [19] - 2:14,

2:18, 16:22, 17:12, 17:20, 19:6, 21:6, 30:24, 31:9, 42:16, 42:18, 44:14, 44:20, 48:16, 49:20, 51:5, 54:20, 120:5, 120:6
**providers** [1] - 68:16
**provides** [1] - 46:11
**province** [1] - 104:3
**provisionally** [1] - 96:6
**psychological** [2] - 30:9, 59:7
**psychologically** [1] - 103:6
**public** [3] - 80:16, 80:18, 81:9
**publicly** [2] - 41:19, 81:2
**publish** [31] - 2:20, 5:16, 5:25, 11:24, 16:4, 17:3, 19:8, 21:10, 24:20, 26:7, 27:22, 39:3, 43:8, 49:4, 54:22, 56:12, 62:3, 62:19, 63:24, 64:2, 64:5, 75:21, 82:25, 85:5, 87:6, 90:10, 92:8, 96:8, 104:1, 104:24, 106:8
**published** [20] - 3:2, 17:7, 19:13, 21:15, 24:24, 26:12, 28:14, 28:17, 39:8, 43:12, 49:24, 55:1, 83:6, 84:16, 85:10, 87:11, 90:15, 92:13, 98:10, 106:11
**publishing** [1] - 50:5
**pull** [7] - 47:24, 54:7, 57:17, 62:22, 75:21, 91:21, 101:14
**pulled** [4] - 56:9, 57:8, 57:18, 63:14
**pulling** [5] - 50:5, 63:3, 63:9, 63:15, 100:6
**purchased** [2] - 110:24, 111:17
**purchaser** [1] - 47:4
**purchases** [1] - 88:18
**pure** [1] - 110:2
**purely** [1] - 7:16
**purposely** [1] - 58:19
**purposes** [7] - 11:15, 59:24, 64:10, 85:6, 98:5, 109:14, 110:1
**pursuant** [4] - 16:22, 31:10, 62:19, 91:25
**pushing** [1] - 103:23
**put** [6] - 36:13, 100:7,

102:21, 103:23, 105:12, 119:2
**putting** [17] - 61:1, 63:24, 64:17, 81:20, 93:1, 93:15, 94:6, 94:17, 95:9, 97:15, 97:16, 97:18, 103:18, 107:5, 107:8, 112:18, 114:12

**Q**

**qualifications** [3] - 32:15, 89:21, 101:21
**qualified** [1] - 73:5
**quarter** [1] - 71:8
**queries** [1] - 55:25
**query** [1] - 58:4
**questions** [7] - 5:20, 58:23, 74:2, 74:10, 105:8, 110:2, 114:8
**quick** [1] - 21:12
**quickly** [5] - 2:23, 12:9, 28:1, 61:24, 117:2
**quotation** [1] - 33:20
**quotations** [1] - 37:11
**quote** [2] - 39:21, 46:25
**quoted** [5] - 20:6, 37:21, 37:25, 39:18, 46:1
**quotes** [1] - 33:21
**quoting** [1] - 29:17

**R**

**raise** [1] - 71:15
**RANDOLPH** [1] - 1:9
**random** [1] - 51:15
**rather** [2] - 71:23, 103:2
**read** [44] - 6:15, 7:2, 13:6, 13:7, 13:8, 14:7, 14:11, 14:25, 15:8, 15:14, 20:11, 20:15, 23:16, 25:3, 25:10, 26:24, 29:15, 29:20, 30:2, 32:3, 32:8, 33:2, 36:4, 37:2, 37:5, 37:25, 39:20, 39:21, 40:19, 45:11, 46:3, 46:25, 51:16, 55:9, 60:12, 75:4, 86:8, 86:9, 86:10, 87:22, 91:1, 99:4, 114:5
**reading** [3] - 72:19, 113:8, 113:25
**reads** [1] - 92:23
**ready** [2] - 2:2, 105:25

**real** [3] - 2:23, 21:12, 30:20
**realize** [2] - 38:3, 118:21
**really** [9] - 12:14, 27:2, 34:5, 58:18, 74:12, 97:16, 97:22, 98:3, 114:22
**reason** [5] - 12:7, 12:12, 97:18, 102:18, 108:6
**reasonable** [2] - 96:23, 119:9
**reasons** [1] - 106:3
**receipt** [1] - 110:21
**receive** [2] - 7:6, 17:23
**received** [14] - 7:23, 7:25, 11:17, 31:19, 33:6, 33:11, 33:12, 33:13, 35:19, 55:6, 55:8, 76:25, 80:8, 84:8
**receives** [1] - 53:6
**receiving** [4] - 7:5, 83:22, 85:15, 85:17
**recent** [1] - 4:19
**recess** [1] - 74:17
**recipient** [10] - 7:22, 7:24, 13:2, 31:24, 31:25, 32:21, 33:25, 35:25, 36:1, 54:14
**recognition** [1] - 48:13
**recognize** [28] - 5:8, 16:19, 18:24, 21:2, 24:11, 26:4, 27:16, 38:15, 42:15, 48:14, 48:15, 54:8, 56:5, 56:6, 68:10, 82:16, 82:18, 86:21, 86:23, 90:2, 90:4, 91:20, 91:22, 91:24, 95:17, 95:19, 96:3, 102:19
**recollection** [2] - 62:4, 76:6
**recommended** [1] - 30:18
**record** [15] - 5:21, 7:10, 17:12, 19:5, 58:5, 59:13, 65:7, 78:2, 98:6, 113:9, 116:3, 117:20, 118:9, 118:15, 119:3
**recorded** [1] - 81:8
**records** [85] - 2:14, 2:18, 3:9, 3:13, 3:15, 4:18, 16:22, 16:24, 16:25, 18:13, 27:20, 42:3, 42:16, 42:17, 42:20, 43:1, 47:1, 47:19, 47:22, 47:25, 48:14, 48:15, 48:16, 48:19, 48:21, 48:24,

49:1, 50:17, 53:12, 53:22, 55:19, 55:23, 56:1, 56:7, 56:8, 56:9, 57:3, 57:9, 57:16, 57:18, 57:21, 58:1, 61:14, 62:25, 63:1, 63:3, 63:4, 63:5, 63:12, 63:3, 63:15, 63:17, 66:22, 68:15, 69:18, 72:7, 72:8, 72:20, 72:21, 73:6, 73:19, 75:16, 75:18, 77:12, 87:4, 90:5, 100:11, 101:20, 102:15, 106:17, 107:1, 109:1, 109:3, 109:21, 110:3, 113:5, 113:10, 113:15, 113:23
**recover** [1] - 20:18
**recovered** [2] - 5:2, 54:16
**recovery** [6] - 15:23, 16:7, 51:6, 51:7, 51:9, 51:13
**red** [2] - 103:3, 103:21
**redacted** [1] - 7:16
**redeem** [6] - 70:5, 75:11, 76:24, 79:12, 79:14, 79:20
**redeemed** [4] - 70:4, 70:15, 75:3, 75:5
**refer** [2] - 40:6, 73:4
**reference** [3] - 43:2, 67:5, 75:2
**referenced** [1] - 50:16
**referencing** [1] - 104:24
**referred** [2] - 36:21, 41:21
**referring** [5] - 10:10, 31:2, 31:3, 40:7, 60:5
**refers** [2] - 18:4, 46:12
**reflected** [2] - 109:3, 109:23
**reflects** [2] - 57:20, 60:3
**refresh** [2] - 75:20, 76:2
**refreshed** [1] - 76:6
**regard** [1] - 62:12
**register** [8] - 22:11, 22:21, 22:24, 23:2, 41:15, 52:10, 106:24, 112:5
**registered** [12] - 18:8, 20:23, 22:3, 23:20, 23:21, 25:13, 41:18, 41:23, 50:20, 50:21, 60:7, 68:14
**registration** [6] - 42:1,

44:8, 44:10, 44:11, 50:9, 99:19
**relate** [11] - 36:17, 40:15, 44:2, 45:8, 50:23, 68:20, 69:4, 75:15, 78:9, 79:6, 95:12
**related** [2] - 62:12, 72:2
**relating** [1] - 115:25
**relation** [2] - 56:15, 61:19
**relatively** [1] - 59:23
**relevance** [3] - 26:10, 28:4, 96:11
**relevancy** [1] - 8:12
**relevant** [7] - 9:3, 47:25, 57:18, 58:10, 60:4, 60:7, 102:23
**rely** [1] - 109:2
**remaining** [1] - 67:10
**remember** [1] - 6:21
**remind** [1] - 86:12
**remove** [1] - 19:18
**renew** [3] - 9:16, 56:17, 97:5
**renewing** [1] - 61:10
**renews** [1] - 62:18
**repeat** [2] - 20:2, 63:13
**rephrase** [3] - 13:20, 22:15, 22:18
**reply** [4] - 6:6, 6:22, 10:14, 55:13
**report** [1] - 105:1
**REPORTER** [1] - 121:1
**reporter** [1] - 106:21
**Reporter** [2] - 1:25, 121:11
**reports** [1] - 119:16
**represent** [10] - 5:12, 16:24, 19:5, 24:17, 27:19, 54:19, 82:11, 87:3, 90:7, 95:24
**represents** [1] - 88:18
**request** [3] - 18:17, 61:25, 116:22
**requests** [1] - 53:17
**requires** [1] - 38:2
**reread** [1] - 40:2
**research** [2] - 71:12, 115:24
**Reserve** [44] - 44:23, 46:7, 46:13, 47:9, 47:12, 47:13, 47:15, 47:19, 48:17, 49:2, 50:2, 50:19, 52:3, 52:5, 52:6, 52:15, 52:17, 53:6, 53:8, 69:8, 69:15,

69:16, 70:8, 70:11, 77:1, 77:2, 77:12, 99:14, 103:21, 106:23, 107:1, 111:22, 111:23, 112:2, 112:3, 112:4, 112:5, 112:8, 112:10, 113:9, 115:7, 115:11
**reserve** [2] - 36:8, 74:1
**Reserve's** [1] - 47:21
**Reserves** [1] - 54:1
**resided** [1] - 27:13
**respect** [9] - 5:25, 62:6, 64:6, 74:1, 94:12, 109:23, 110:1, 118:17, 119:18
**respond** [4] - 33:24, 34:1, 57:5, 102:25
**responder** [3] - 29:17, 29:20, 30:1
**responding** [1] - 29:18
**responds** [2] - 34:2, 39:22
**response** [7] - 2:14, 5:13, 7:16, 16:25, 19:2, 19:6, 37:22, 39:20, 54:17, 92:5, 95:22
**rest** [3] - 61:14, 61:22, 97:4
**result** [1] - 18:17
**return** [3] - 35:11, 54:2, 111:8
**returning** [1] - 55:16
**returns** [1] - 57:23
**review** [7] - 2:12, 42:7, 47:1, 48:2, 48:10, 56:3, 76:14
**reviewed** [3] - 48:18, 106:18, 113:16
**reviewing** [1] - 69:21
**Rica** [1] - 47:17
**right-hand** [1] - 103:11
**rise** [1] - 74:21
**risk** [1] - 120:16
**RMR** [1] - 1:25
**role** [2] - 83:20, 110:7
**roll** [1] - 46:8
**Roman** [12] - 1:6, 17:16, 20:7, 20:14, 20:24, 24:7, 28:11, 29:21, 29:22, 66:12, 86:14, 88:13
**Roman@capo.se** [1] - 21:24
**Room** [1] - 121:12
**Roso** [2] - 85:19, 86:13
**roso987341870** [8] - 66:4, 66:9, 66:23, 69:2, 87:20, 87:25, 90:24,

91:3
**Roso987341870** [1] -
91:2
**roughly** [1] - 94:17
**Rovensky** [72] - 2:11,
3:5, 4:4, 5:25, 6:18,
12:20, 13:12, 13:23,
15:14, 15:17, 17:11,
18:13, 23:6, 24:11,
25:3, 25:20, 27:5,
27:12, 28:20, 31:1,
34:9, 34:19, 38:15,
39:11, 41:9, 46:17,
48:6, 49:17, 54:8, 55:5,
55:16, 62:25, 64:21,
71:18, 72:18, 73:22,
74:25, 75:24, 76:20,
80:11, 82:2, 83:12,
84:22, 85:12, 87:14,
89:5, 89:17, 89:20,
91:11, 91:20, 91:22,
92:16, 93:7, 93:18,
93:25, 95:7, 98:13,
99:1, 99:16, 99:23,
101:3, 101:17, 102:15,
106:16, 107:20,
108:12, 109:7, 110:11,
112:21, 114:2, 115:6,
122:3
**Rovensky's** [2] -
82:25, 85:6
**row** [17] - 51:20,
51:22, 51:23, 51:24,
52:12, 52:19, 52:24,
53:4, 64:23, 64:24,
66:1, 66:3, 66:4, 67:17,
68:1, 77:22
**RU** [2] - 68:12, 68:13
**Rule** [2] - 101:21,
102:24
**ruled** [1] - 61:11
**run** [3] - 37:12, 41:2,
118:19
**running** [1] - 40:23
**Russia** [2] - 51:5,
68:14
**Russian** [15] - 68:16,
91:12, 92:23, 92:24,
93:12, 93:13, 93:18,
93:19, 94:1, 94:4, 94:8,
94:11, 94:22, 95:20,
97:10

**S**

**sales** [1] - 78:16
**sat** [2] - 13:24, 74:7
**saw** [7] - 10:13, 50:16,
52:4, 74:7, 74:8, 83:17,
105:14

**scattered** [1] - 74:8
**Scholl** [8] - 72:9,
72:22, 73:4, 80:24,
100:21, 101:1, 102:5,
104:3
**Scholl's** [6] - 72:5,
72:12, 73:20, 104:17,
104:24, 119:4
**screen** [12] - 3:6, 3:25,
6:1, 42:9, 44:4, 50:5,
54:7, 62:22, 66:20,
79:24, 86:20, 101:14
**screenshot** [6] -
38:23, 38:25, 82:19,
82:21, 83:13, 85:18
**scroll** [6] - 3:24, 24:1,
33:11, 37:23, 65:20,
77:4
**scrolling** [6] - 19:24,
21:19, 23:10, 31:13,
67:4, 77:8
**SE** [3] - 18:1, 18:2,
22:2
**se** [1] - 22:2
**search** [15] - 4:10,
4:12, 4:14, 16:12,
16:22, 17:1, 19:3, 19:6,
31:10, 35:11, 54:17,
80:18, 92:1, 92:5,
95:22
**searched** [1] - 61:4
**searches** [2] - 61:6,
80:15
**searching** [1] - 41:6
**seated** [1] - 2:7
**second** [15] - 6:14,
6:15, 6:18, 6:19, 8:14,
13:7, 20:15, 33:5, 40:1,
56:20, 93:4, 97:10,
108:22
**Secret** [6] - 47:23,
47:24, 48:16, 49:1,
49:13, 49:18
**secure** [1] - 37:9
**see** [43] - 2:13, 4:8,
5:4, 5:7, 6:25, 8:20,
14:2, 20:8, 29:10, 30:8,
33:11, 37:3, 37:8, 38:3,
42:14, 45:19, 45:23,
46:6, 53:3, 54:1, 56:21,
65:14, 65:23, 67:5,
74:16, 77:4, 79:1, 79:2,
79:17, 83:17, 86:2,
96:12, 98:23, 103:16,
105:18, 114:5, 116:1,
116:7, 118:8, 118:10,
119:7, 120:10, 120:22
**seeing** [4] - 49:8,
100:20, 103:25, 104:18
**seem** [1] - 46:21

**sees** [2] - 58:16,
102:22
**select** [1] - 78:4
**selected** [1] - 57:17
**sell** [1] - 99:12
**selling** [1] - 78:21
**semester** [1] - 34:3
**send** [1] - 31:5
**sender** [7] - 10:1,
33:16, 33:17, 35:23,
35:24, 54:12, 87:15
**sending** [10] - 12:25,
13:14, 76:14, 76:23,
83:25, 84:10, 84:11,
85:14, 85:16, 107:21
**sends** [3] - 76:25,
107:11, 107:12
**sense** [1] - 120:15
**sent** [21] - 7:17, 13:4,
13:10, 14:3, 15:1, 22:6,
22:7, 31:17, 31:18,
31:20, 33:21, 35:17,
35:20, 38:18, 46:2,
83:23, 84:1, 90:19,
107:22, 111:4, 111:12
**sentence** [1] - 15:8
**sentences** [2] - 37:2,
55:9
**separate** [5] - 60:14,
61:3, 64:11, 64:12,
94:2
**separated** [2] - 57:1,
61:6
**separately** [3] - 61:4,
117:23, 120:9
**September** [4] - 69:3,
87:2, 87:18, 95:11
**seriatim** [1] - 57:24
**series** [2] - 20:1, 20:3
**serious** [1] - 116:10
**seriously** [1] - 37:10
**serve** [1] - 44:7
**server** [2] - 57:19,
114:9
**Service** [6] - 47:23,
47:24, 48:16, 49:1,
49:13, 49:18
**service** [18] - 10:7,
20:21, 32:12, 34:10,
35:8, 36:11, 36:14,
39:23, 40:23, 40:24,
41:5, 41:7, 41:16,
41:17, 53:10, 53:16,
64:25, 65:22
**services** [5] - 37:7,
44:6, 53:23, 53:24,
111:21
**set** [3] - 41:9, 68:22,
108:5
**several** [3] - 80:9,

84:10, 102:12
**shame** [1] - 27:3
**shameless** [1] - 41:5
**share** [2] - 41:4, 44:7
**shared** [1] - 118:6
**shave** [1] - 117:9
**shaving** [2] - 117:12,
117:15
**sheet** [3] - 78:1, 89:11,
89:12
**shormint** [4] - 15:4,
46:5, 52:14, 53:5
**Shormint** [18] - 10:13,
11:2, 11:3, 14:3, 47:8,
50:11, 51:14, 52:22,
69:16, 76:22, 77:1,
77:11, 106:23, 111:22,
111:23, 112:4, 112:10,
115:11
**Shormint's** [3] - 52:2,
69:7, 70:8
**shormint@hotmail.
com** [16] - 3:8, 3:18,
3:20, 4:2, 4:11, 4:20,
5:6, 5:11, 6:10, 11:16,
13:3, 14:22, 44:17,
46:2, 46:19, 47:6
**short** [1] - 68:21
**short-lived** [1] - 68:21
**shortly** [1] - 74:16
**show** [20] - 5:1, 7:22,
21:5, 28:9, 38:17, 55:5,
66:18, 74:25, 77:16,
92:4, 92:19, 98:13,
99:25, 100:4, 100:16,
103:1, 109:22, 113:10,
119:14, 120:13
**showed** [3] - 31:18,
31:19, 81:14
**showing** [8] - 10:12,
28:10, 58:17, 81:21,
96:23, 109:24, 110:4,
113:5
**shown** [19] - 3:6, 3:17,
16:6, 23:11, 35:16,
35:18, 46:18, 52:13,
52:24, 65:21, 78:10,
83:12, 83:16, 84:22,
88:4, 89:23, 110:19,
118:10, 119:20
**shows** [4] - 15:3,
51:21, 92:17, 113:23
**side** [3] - 103:4,
103:11, 118:25
**sides** [4] - 109:25,
118:17, 118:23, 120:15
**SIG** [1] - 22:2
**sign** [1] - 3:19
**sign-in** [1] - 3:19
**signature** [3] - 24:2,

24:3
**significant** [2] - 27:5, 27:8
**similar** [3] - 14:17, 37:7, 105:19
**simple** [1] - 36:14
**simply** [6] - 63:8, 64:16, 81:6, 114:19, 119:16, 120:2
**sincerely** [1] - 30:13
**single** [3] - 30:14, 61:16, 120:7
**singularly** [1] - 59:10
**sit** [2] - 71:4, 71:6
**site** [5] - 15:11, 25:7, 32:11, 34:4, 51:11
**six** [2] - 77:25, 115:9
**slide** [1] - 94:7
**smiley** [1] - 27:4
**smooth** [1] - 118:23
**smoothly** [1] - 118:19
**SMS** [3] - 17:19, 17:21, 17:25
**snap** [1] - 119:24
**Sobando12** [1] - 15:12
**sold** [5] - 78:16, 78:19, 79:7, 79:8, 111:16
**solution** [2] - 39:25, 40:5
**someone** [3] - 9:2, 25:12, 32:11
**soon** [2] - 55:13, 58:15, 115:3
**sorry** [28] - 4:2, 6:18, 7:3, 8:16, 13:17, 20:2, 20:23, 22:17, 24:9, 28:16, 34:2, 39:16, 40:3, 41:5, 43:14, 44:1, 53:22, 58:2, 58:4, 72:14, 72:24, 75:19, 84:15, 88:8, 89:18, 91:20, 102:25, 113:20
**sort** [9] - 28:24, 34:5, 59:7, 62:10, 67:1, 76:11, 86:1, 88:17, 97:3
**sound** [2] - 97:3, 97:20
**source** [2] - 63:1, 81:2
**sources** [2] - 62:10
**spam@ plasmadivision.com** [6] - 18:22, 20:23, 22:10, 23:4, 27:18, 27:20
**speaker** [2] - 9:7, 94:1
**speaking** [1] - 42:22
**specific** [8] - 47:25, 48:17, 56:1, 57:9, 63:3, 63:4, 63:5, 94:15

**specified** [2] - 8:25, 49:1
**speculation** [2] - 41:11, 89:2
**speculative** [1] - 112:25
**spent** [3] - 88:23, 89:5, 112:3
**spinal** [1] - 116:10
**spoken** [2] - 34:24, 95:20
**spoken)** [1] - 92:24
**spot** [1] - 89:12
**spreadsheet** [11] - 48:12, 49:8, 49:12, 52:20, 57:11, 65:21, 66:2, 67:17, 73:9, 78:25, 79:16
**spreadsheets** [2] - 48:11, 48:22
**spring/summer** [1] - 35:9
**squarely** [1] - 102:24
**stand** [9] - 2:4, 78:18, 93:8, 93:9, 93:18, 93:19, 94:9, 94:21, 106:19
**start** [6] - 17:11, 56:18, 64:22, 74:14, 114:15, 115:16
**started** [2] - 38:18, 106:23
**starting** [7] - 6:15, 6:19, 17:14, 23:13, 46:3, 83:19, 110:13
**starts** [9] - 29:13, 29:20, 30:16, 70:4, 70:5, 75:11, 83:24, 85:16, 111:1
**statement** [9] - 9:12, 10:11, 59:16, 59:20, 60:12, 67:1, 96:14, 96:23, 97:7
**statements** [3] - 28:6, 59:15
**STATES** [2] - 1:1, 1:10
**States** [3] - 1:3, 47:23, 55:19
**station** [1] - 81:13
**stats** [1] - 60:4
**stay** [1] - 30:23
**staying** [2] - 77:3, 78:1
**stenographic** [1] - 121:5
**step** [4] - 97:2, 99:7, 103:1, 116:5
**steps** [2] - 101:8, 101:11
**sterling** [1] - 22:24
**Sterlingov** [41] - 1:6,

15:22, 18:7, 18:8, 19:20, 22:1, 22:10, 22:21, 24:7, 28:11, 29:25, 31:2, 33:22, 33:23, 34:1, 54:3, 54:14, 55:6, 56:20, 56:24, 58:24, 66:12, 66:21, 67:2, 86:14, 88:13, 88:20, 90:24, 93:11, 95:13, 100:24, 101:8, 102:1, 107:3, 107:20, 108:12, 108:20, 109:10, 112:23, 117:3, 117:4
**sterlingov's** [2] - 21:21, 27:17
**Sterlingov's** [8] - 22:7, 29:18, 54:9, 56:21, 58:18, 69:1, 88:9, 110:15
**still** [6] - 4:19, 15:10, 30:21, 49:14, 73:5, 117:7
**straight** [1] - 97:17
**straight-up** [1] - 97:17
**Street** [2] - 1:13, 1:22
**strike** [6] - 108:7, 108:10, 108:24, 109:15, 109:18, 110:5
**string** [2] - 51:15, 86:9
**stupid** [1] - 38:2
**subject** [15] - 11:24, 12:22, 12:24, 14:12, 14:13, 19:17, 32:3, 32:5, 33:18, 33:19, 37:1, 43:23, 43:24, 45:16, 97:22
**subjects** [1] - 37:10
**submit** [2] - 9:11, 98:2
**submitted** [1] - 55:13
**subpoena** [1] - 57:23
**subscriber** [1] - 3:9
**subsequent** [2] - 3:13, 52:14
**substance** [1] - 118:4
**substantially** [2] - 8:22, 60:15
**substantive** [1] - 11:13
**suffer** [1] - 116:18
**sufficient** [2] - 63:20, 97:9
**suggesting** [2] - 103:6, 105:19, 107:25
**suggestion** [1] - 58:8
**suggests** [1] - 103:15
**Suite** [1] - 1:13
**sum** [1] - 89:23
**summarize** [2] - 42:23, 99:23

**summarizes** [1] - 101:19
**summary** [13] - 63:8, 73:5, 101:13, 101:16, 101:21, 102:6, 102:15, 103:23, 106:9, 106:10, 106:11, 113:15, 119:25
**summer** [1] - 35:9
**superseded** [1] - 41:1
**Support** [1] - 19:23
**support** [5] - 43:1, 45:3, 45:13, 55:12, 112:20
**support@ aurumxchange.com** [1] - 54:12
**support@ highhosting.net** [1] - 46:20
**surely** [1] - 30:10
**surgery** [1] - 116:11
**surprise** [3] - 106:1, 117:25, 118:20
**surrounding** [1] - 103:4
**sustained** [1] - 22:15
**Sweden** [3] - 18:4, 22:3, 27:13
**Swedish** [1] - 25:25
**swing** [1] - 34:3
**system** [1] - 30:16

---

# T

**Tab** [2] - 50:7, 51:17
**tab** [6] - 50:7, 50:8, 51:17, 51:18, 77:14
**tablet** [1] - 117:7
**tabs** [1] - 49:12
**team** [7] - 16:12, 18:16, 31:7, 41:22, 42:3, 53:12, 53:18
**technical** [2] - 32:15, 45:3
**term** [2] - 94:2, 112:16
**terms** [3] - 102:22, 114:15, 119:12
**terribly** [1] - 74:6
**territory** [2] - 70:24, 80:23
**test** [1] - 89:8
**testified** [2] - 70:25, 108:12
**testify** [11] - 73:5, 93:11, 93:12, 94:12, 94:14, 101:1, 101:3, 101:19, 102:13, 109:1, 114:19
**testifying** [15] - 71:18, 71:20, 71:23, 72:18,

74:3, 76:17, 94:1, 99:21, 100:21, 105:8, 109:7, 109:13, 109:16, 109:20, 109:21

**testimony** [41] - 15:21, 25:19, 58:8, 61:18, 72:2, 72:5, 72:10, 72:12, 73:8, 73:18, 73:20, 74:13, 80:25, 81:4, 81:16, 81:19, 81:22, 82:22, 83:1, 83:9, 85:3, 85:6, 85:7, 96:7, 103:2, 104:3, 104:7, 105:5, 105:6, 105:7, 105:20, 106:3, 107:20, 107:23, 112:17, 113:1, 116:6, 119:4, 119:8

**text** [24] - 6:24, 7:11, 8:8, 10:9, 11:13, 14:2, 14:25, 17:23, 20:12, 25:10, 28:7, 29:23, 37:5, 37:19, 37:21, 37:24, 39:18, 40:19, 45:21, 45:25, 46:1, 46:3, 46:4, 91:1

**THE** [168] - 1:1, 1:1, 1:9, 2:2, 2:4, 2:6, 2:8, 2:22, 3:1, 5:17, 5:23, 7:13, 8:1, 8:5, 8:7, 8:14, 8:16, 8:20, 9:6, 9:14, 9:19, 10:19, 11:6, 11:9, 11:12, 11:22, 11:25, 12:3, 13:17, 13:21, 16:10, 16:16, 17:5, 17:7, 19:10, 19:12, 21:11, 21:15, 22:15, 22:18, 24:22, 24:24, 26:9, 26:11, 27:9, 27:24, 28:13, 29:4, 34:13, 34:16, 39:5, 39:7, 41:12, 43:9, 43:11, 43:14, 49:6, 49:23, 54:24, 55:1, 56:14, 57:4, 57:13, 58:2, 58:12, 59:1, 59:14, 59:21, 60:17, 60:20, 60:23, 61:7, 61:11, 61:25, 62:4, 62:16, 63:21, 64:2, 64:6, 69:12, 70:21, 71:3, 71:10, 71:11, 71:14, 72:13, 72:16, 72:23, 73:10, 73:15, 73:24, 74:19, 74:20, 74:23, 80:20, 80:25, 81:11, 81:20, 81:24, 83:2, 83:4, 83:6, 84:17, 84:19, 85:8, 85:10, 85:22, 85:24, 87:8, 87:10, 89:7, 89:8,

89:14, 90:12, 90:14, 91:17, 92:10, 92:12, 93:10, 93:24, 94:10, 94:22, 95:1, 96:9, 96:12, 96:25, 97:6, 97:19, 98:4, 98:9, 100:5, 101:12, 102:9, 102:25, 104:6, 104:14, 105:4, 106:9, 106:11, 106:13, 106:20, 107:15, 107:25, 108:7, 108:22, 109:12, 109:18, 112:12, 113:4, 113:17, 113:20, 114:1, 114:4, 114:18, 115:2, 115:13, 116:5, 117:6, 117:12, 118:2, 118:8, 118:16, 119:6, 119:15, 120:1, 120:15, 120:19, 120:22

**therapy** [3] - 116:13, 116:14, 116:18

**thereabouts** [1] - 34:6

**therefore** [1] - 81:16

**they've** [3] - 102:5, 104:17, 104:19

**Theymos** [2] - 36:1, 36:2

**theymos** [1] - 36:3

**Third** [1] - 45:17

**third** [5] - 29:2, 29:12, 51:17, 98:21, 99:5

**thirds** [2] - 23:10, 31:13

**thousands** [2] - 114:10

**thread** [7] - 20:1, 20:3, 38:21, 39:1, 39:12, 40:9, 40:10

**threaded** [1] - 28:20

**three** [15] - 59:1, 67:10, 68:19, 78:11, 87:22, 88:14, 88:16, 88:17, 89:23, 94:7, 98:15, 98:19, 98:20, 103:4, 103:7

**ticket** [3] - 45:13, 55:7, 55:12

**tickets** [1] - 55:13

**timesaver** [1] - 30:14

**title** [3] - 92:19, 92:21, 92:23

**titled** [1] - 38:19

**today** [1] - 118:10

**together** [14] - 53:18, 57:11, 57:20, 57:25, 59:7, 59:16, 60:11, 62:9, 63:18, 64:8, 64:10, 64:12, 103:5, 103:12

**toggle** [1] - 39:14

**tomorrow** [3] - 71:4, 71:5, 71:6

**took** [2] - 70:14, 81:1

**top** [13] - 6:19, 12:22, 17:14, 19:15, 21:19, 29:5, 29:8, 35:14, 35:16, 50:15, 77:4, 98:14, 109:6

**topic** [7] - 36:7, 36:10, 38:10, 38:11, 38:13, 38:18, 39:11

**Tor** [3] - 1:20, 1:21, 36:16

**TOR** [1] - 41:2

**Tor@torekeland.com** [1] - 1:23

**total** [1] - 52:17

**towards** [3] - 6:23, 48:8, 103:14

**Townsend** [4] - 34:23, 34:24, 35:1, 38:18

**traces** [1] - 72:6

**tracing** [4] - 58:10, 71:18, 80:23, 99:18

**tracked** [1] - 105:9

**tracking** [3] - 74:4, 74:5, 81:11

**trafficking** [1] - 9:1

**transacting** [1] - 8:24

**transaction** [40] - 51:19, 52:13, 52:24, 65:18, 69:22, 70:1, 73:14, 75:7, 75:13, 75:15, 76:9, 76:11, 77:8, 77:21, 78:2, 78:15, 79:12, 79:15, 81:8, 83:14, 83:15, 83:21, 84:2, 84:23, 85:12, 86:2, 88:4, 88:6, 88:7, 91:4, 91:8, 99:24, 100:10, 100:14, 105:9, 110:19, 110:21, 110:25, 111:1, 113:6

**transactional** [1] - 81:7

**transactions** [25] - 9:10, 10:5, 51:19, 51:20, 53:19, 65:17, 65:21, 65:23, 71:19, 71:23, 72:3, 72:6, 73:18, 78:6, 78:7, 80:18, 83:12, 85:20, 88:2, 88:16, 88:17, 93:6, 102:2, 107:2, 107:10

**TRANSCRIPT** [1] - 1:8

**transcript** [2] - 121:4, 121:5

**transfer** [6] - 55:12,

70:8, 88:8, 97:5, 99:9, 99:14

**transfers** [2] - 38:20, 39:13

**translated** [2] - 26:24, 94:20

**translates** [1] - 94:16

**translating** [3] - 93:8, 94:8, 94:21

**translation** [10] - 26:6, 26:22, 93:21, 94:2, 94:20, 96:4, 97:11, 99:1, 99:4

**translations** [2] - 26:1, 93:18

**translator** [4] - 93:8, 93:19, 93:22, 94:11

**translators** [2] - 93:9, 93:17

**transparent** [1] - 118:18

**trial** [3] - 30:20, 118:18, 118:23

**TRIAL** [2] - 1:4, 1:8

**tried** [2] - 20:18, 116:14

**trim** [1] - 117:10

**trouble** [2] - 20:24, 36:6

**true** [6] - 7:24, 86:14, 107:7, 110:15, 121:4, 121:5

**trusting** [1] - 38:2

**truth** [13] - 5:22, 7:12, 7:20, 9:6, 9:10, 9:12, 10:16, 10:21, 11:14, 12:10, 12:16, 28:8, 29:9

**try** [2] - 55:13, 89:23

**trying** [6] - 20:14, 20:20, 27:9, 101:25, 118:3

**TS** [1] - 40:22

**Tuesday** [10] - 44:1, 71:11, 115:14, 115:16, 116:1, 116:8, 116:21, 117:17, 119:8, 120:23

**turn** [1] - 62:21

**turning** [4] - 14:11, 51:17, 51:24, 66:17

**two** [27] - 5:8, 11:20, 17:23, 20:17, 23:10, 25:10, 29:25, 30:2, 31:13, 36:9, 44:3, 55:9, 57:6, 66:18, 68:22, 70:3, 77:24, 91:1, 94:3, 95:8, 98:6, 98:19, 113:14, 114:5, 115:6, 117:15, 117:16

**two-factor** [1] - 17:23

**two-thirds** [2] - 23:10, 31:13
**type** [3] - 13:19, 13:24, 52:6

# U

**U.S** [8] - 47:18, 55:22, 68:15, 111:16, 111:17, 111:19, 111:20, 111:21
**U0845692** [1] - 50:15
**U2213781** [1] - 53:8
**U9214765** [2] - 46:14, 52:5
**unable** [1] - 117:10
**unchanged** [1] - 20:22
**under** [18] - 24:1, 24:2, 24:3, 36:25, 37:22, 44:14, 53:4, 56:25, 58:20, 76:12, 77:14, 78:13, 79:17, 80:6, 86:8, 88:12, 97:7, 119:9
**underground** [1] - 53:16
**underlying** [4] - 63:12, 72:21, 73:6, 82:7
**understood** [1] - 118:1
**undue** [1] - 106:1
**unduly** [2] - 59:12, 101:5
**unfair** [1] - 117:25
**UNITED** [2] - 1:1, 1:10
**United** [4] - 1:3, 3:23, 47:23, 55:19
**unlawful** [1] - 8:25
**unless** [1] - 95:1
**unlocking** [1] - 36:6
**up** [42] - 3:6, 7:2, 7:3, 8:5, 15:20, 21:19, 35:14, 37:25, 41:9, 41:20, 42:7, 44:13, 49:8, 50:5, 50:15, 54:7, 62:22, 63:24, 68:22, 74:25, 77:4, 78:19, 81:2, 81:21, 86:20, 89:23, 91:21, 93:23, 96:16, 97:17, 100:7, 101:14, 106:19, 112:12, 112:24, 114:23, 117:21, 118:11, 118:20, 119:17, 120:3
**update** [2] - 117:2, 117:11
**updates** [1] - 36:9
**upper** [2] - 107:3, 110:13
**upset** [1] - 102:19

**URL** [2] - 38:5, 38:7
**US** [1] - 1:15
**USAO** [1] - 1:13
**user** [15] - 7:15, 8:10, 15:12, 23:11, 23:13, 30:19, 31:8, 32:1, 35:12, 37:21, 54:4, 64:8, 65:13, 76:7, 86:16
**user's** [2] - 23:11, 67:5
**username** [3] - 9:2, 23:16, 23:17
**users** [4] - 10:4, 30:21, 31:4, 53:11
**usual** [1] - 97:3
**UTC** [1] - 36:13
**utility** [1] - 67:1

# V

**vague** [4] - 13:18, 27:8, 69:10, 112:16
**Valerie** [1] - 59:4
**various** [1] - 53:11
**Vasily** [3] - 3:21, 46:20, 51:2
**vast** [1] - 61:17
**venturing** [1] - 74:12
**verbal** [1] - 46:4
**verification** [1] - 51:12
**version** [7] - 30:20, 96:12, 101:15, 104:16, 117:24, 120:8, 120:9
**versions** [1] - 48:18
**view** [1] - 59:6
**viewed** [1] - 39:1
**virtual** [2] - 47:13, 47:14
**visual** [6] - 59:11, 61:3, 100:13, 100:21, 101:25, 102:18
**visually** [5] - 59:7, 103:5, 103:6, 103:22, 105:3
**Volfprius** [3] - 59:3, 67:12, 68:18
**voluminous** [2] - 100:11, 101:20
**VP** [1] - 114:9
**vs** [1] - 1:5

# W

**wait** [1] - 72:23
**waiting** [1] - 15:10
**walk** [7] - 5:19, 12:20, 23:15, 51:24, 64:21, 79:25, 106:16
**walked** [3] - 99:16, 99:18, 102:16

**walker** [1] - 62:22
**Wall** [1] - 1:22
**wants** [5] - 11:19, 41:9, 51:11, 59:9, 72:7
**warrant** [14] - 4:10, 4:12, 4:14, 16:12, 16:23, 17:1, 19:3, 19:6, 31:10, 35:11, 54:17, 92:1, 92:5, 95:22
**Washington** [5] - 1:5, 1:14, 1:16, 1:19, 121:13
**ways** [1] - 72:11
**web** [5] - 7:2, 7:3, 38:1, 38:11, 41:10
**website** [4] - 32:13, 41:9, 41:10, 41:15
**websites** [2] - 80:14, 80:17
**week** [1] - 119:4
**weekend** [8] - 114:24, 115:14, 115:15, 115:18, 115:19, 116:1, 116:25, 118:14
**weeks** [4] - 33:9, 68:22, 68:24, 104:16
**welcome** [3] - 74:15, 87:24, 109:13
**Western** [1] - 98:22
**WHMCS** [1] - 43:24
**whois** [1] - 41:21
**whole** [6] - 20:12, 32:8, 58:23, 86:9, 105:1, 114:16
**Wikipedia** [1] - 25:7
**willing** [1] - 32:12
**wire** [1] - 88:8
**wires** [2] - 107:3, 107:6
**withdraw** [1] - 76:18
**withdrawal** [8] - 76:13, 78:9, 78:12, 79:19, 86:3, 86:4, 86:6, 86:11
**withdrawn** [1] - 80:3
**witness** [21] - 2:4, 49:15, 57:7, 59:24, 62:7, 62:23, 70:25, 71:16, 71:24, 72:2, 72:18, 81:6, 102:10, 102:11, 105:23, 108:25, 109:16, 109:20, 116:5, 119:20
**WITNESS** [2] - 89:8, 122:2
**witness's** [1] - 61:18
**witnesses** [2] - 9:17, 119:17
**word** [4] - 6:19, 29:14, 97:15, 97:18
**words** [6] - 29:20,

92:25, 94:4, 94:16, 95:8, 97:13
**works** [1] - 72:9
**wrap** [2] - 112:24, 115:12
**writes** [4] - 20:14, 32:10, 40:22, 46:5
**writing** [1] - 10:4
**written** [4] - 25:10, 39:25, 40:5, 40:22
**Wrote** [1] - 29:14
**wrote** [3] - 29:22, 29:25, 105:11
**www.aurumxchange .com** [2] - 98:24, 99:15
**www.bitcoinfog** [1] - 112:6

# X

**XChange** [35] - 53:7, 53:9, 53:10, 53:13, 53:14, 53:23, 53:24, 53:25, 54:4, 55:6, 58:4, 58:7, 58:9, 64:25, 65:10, 65:15, 65:17, 65:22, 69:9, 69:17, 69:19, 70:8, 70:11, 70:13, 70:16, 70:25, 71:21, 75:16, 76:15, 76:24, 76:25, 111:21, 111:24, 112:1
**XChange's** [2] - 53:19, 65:18

# Y

**year** [2] - 23:25, 44:11
**yesterday** [1] - 36:7
**York** [1] - 1:18
**yourselves** [2] - 11:17, 115:25

# Z

**zone** [1] - 80:24
**zoom** [1] - 98:14
**zooming** [1] - 19:15