```
 1                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3    United States of America,      ) Criminal Action
                                     ) No. 21-cr-399
 4                   Plaintiff,      )
                                     ) JURY TRIAL
 5    vs.                            )
                                     ) Washington, DC
 6    Roman Sterlingov,              ) February 20, 2024
                                     ) Time:  1:45 p.m.
 7                   Defendant.      )
      _____
 8
                        TRANSCRIPT OF JURY TRIAL
 9                          HELD BEFORE
                    THE HONORABLE JUDGE RANDOLPH D. MOSS
10                    UNITED STATES DISTRICT JUDGE
      _____
11
                        A P P E A R A N C E S
12
      For Plaintiff:       Christopher Brown
13                         DOJ-USAO
                           601 D Street, NW, Suite 5.1527
14                         Washington, DC  20530
                           Email:  Christopher.brown6@usdoj.gov
15                         Catherine Pelker
                           US DOJ
16                         950 Pennsylvania Avenue NW
                           Washington, DC  20530
17                         Email:  Catherine.pelker@usdoj.gov
                           Jeffrey Pearlman
18                         DOJ-CRM
                           1301 New York Avenue NW
19                         Washington, DC  20005
                           Email:  Jeffrey.pearlman@usdoj.gov
20
      For Defendant:       Tor Ekeland
21                         Michael Hassard
                           Tor Ekeland Law PLLC
22                         30 Wall Street, 8th Floor
                           Brooklyn, NY  10005
23                         Email:  Tor@torekeland.com
                           Email:  Michael@torekeland.com
24

25    Court Reporter:      Janice E. Dickman, RMR, CRR, CRC
                           Email:  Janice_e_dickman@dcd.uscourts.gov
```

```
1      *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *

2              THE COURT:  Anything before we get the jury?

3              MR. BROWN:  Yes, Your Honor -- oh, no, Your Honor.

4              MR. EKELAND:  No, Your Honor.

5              (Whereupon the jurors enter the courtroom.)

6              THE COURTROOM DEPUTY:  Jury is present.  You may be

7      seated.  Come to order.

8              THE COURT:  Welcome back, folks.

9              And, Mr. Brown, you may continue.

10             DIRECT EXAMINATION (Cont.) - LEO ROVENSKY

11     BY MR. BROWN:

12     Q.  Agent Rovensky, what was XMLGold?

13     A.  XMLGold was another financial services company where you

14     could exchange Bitcoin.

15     Q.  And did XMLGold respond to U.S. subpoenas?

16     A.  They did not.

17     Q.  Was the investigation otherwise able to obtain records

18     relating to XMLGold?

19     A.  Yes, we were.

20     Q.  Directing your attention to Exhibit 842, which has not yet

21     been admitted.

22          Agent Rovensky, do you recognize Exhibit 842?

23     A.  I do, this is an email obtained from the defendant's

24     heavydist@gmail.com address.

25     Q.  Does this email -- does this exhibit fairly and accurately
```

 1   represent an email that was produced to the government from

 2   Google in response to legal process?

 3   A.  Yes, it does.

 4          MR. BROWN:  The government moves to admit and publish

 5   Exhibit 842.

 6          THE COURT:  Any objection?

 7          MR. EKELAND:  No objection.

 8          THE COURT:  Exhibit 842 is admitted and may be

 9   published to the jury.

10          (Government's Exhibit 842, admitted and published.)

11   BY MR. BROWN:

12   Q.  Agent Rovensky, what is the date of this email?

13   A.  March 21st, 2013.

14   Q.  And who is it from?

15   A.  From XMLGold.

16   Q.  Who is it to?

17   A.  Heavydist@gmail.com.

18   Q.  And if you could read -- is there text within the box shown

19   in that email?

20   A.  There is.

21   Q.  Could you read just what the text says, those two lines of

22   text not including the web address in that box, please?

23   A.  "Hello, Heav!  To activate your account, please use this

24   link."

25          And then there's a long URL.

1   Q.  And then, does XMLGold offer the use of prepaid debit

2   cards?

3   A.  Yes.

4   Q.  So directing your attention to Exhibit 846, which has not

5   yet been admitted.

6        Do you recognize Exhibit 846?

7   A.  I do.  This is also an email from the defendant's

8   heavydist@gmail.com account.

9   Q.  Is this a fair and accurate copy of the email record

10  provided by Google in response to legal process?

11  A.  It is.

12        MR. BROWN:  The government moves to admit and publish

13  Exhibit 846.

14        THE COURT:  Any objection?

15        MR. EKELAND:  No objection.

16        THE COURT:  Exhibit 846 is admitted and may be

17  published to the jury.

18        (Government's Exhibit 846, admitted and published.)

19  BY MR. BROWN:

20  Q.  What is the date of this email?

21  A.  March 28th, 2013.

22  Q.  And who is it from?

23  A.  From XMLGold.

24  Q.  Who is it to?

25  A.  Heavydist@gmail.com.

1    Q.  Can you read the body of the text starting, "Your card"?

2    A.  "Your card will be delivered to the postal address you have

3    provided during the card ordering.  The manufacturing and

4    delivery of the card may take up to two to three weeks.  After

5    you have received the card, you need to activate it in your

6    XMLGold account menu.  You will be able to load your card with

7    an electronic currencies after its activation only."

8    Q.  Looking at the entries below there, there's an entry that

9    says "You are paying."

10         Do you see that?

11   A.  I do.

12   Q.  And then what manner of payment is indicated there?

13   A.  Liberty Reserve.

14   Q.  Are you familiar with a company called Prepaid Financial

15   Services?

16   A.  Yes.

17   Q.  And what is Prepaid Financial Services?

18   A.  Prepaid Financial Services is a company that partnered with

19   other companies and was able to issue prepaid value cards.

20   Q.  Was XMLGold one of the companies that Prepaid Financial

21   Services partnered with?

22   A.  Correct.  Yes.

23   Q.  So directing your attention to an exhibit that has not yet

24   been admitted, Exhibit 856, and do you recognize Exhibit 856?

25   A.  I do.  This is an email from Mr. Sterlingov's

```
 1    heavydist@gmail.com account.
 2    Q.  Does Exhibit 856 fairly and accurately show a copy of the
 3    records as provided by Google to the government in response to
 4    legal process?
 5    A.  It does.
 6             MR. BROWN:  The government moves to admit and publish
 7    Exhibit 856.
 8             THE COURT:  Any objection?
 9             MR. EKELAND:  No objection.
10             THE COURT:  Exhibit 856 is admitted and may be
11    published to the jury.
12             (Government's Exhibit 856, admitted and published.)
13    BY MR. BROWN:
14    Q.  So just reading the top fields for this email, who is the
15    message from?
16    A.  Message is from the defendant, using his
17    heavydist@gmail.com address.
18    Q.  What address is this to?
19    A.  Info@PrepaidFinancialServices.com.
20    Q.  And scrolling through this message, does this appear to
21    contain a thread of multiple messages?
22    A.  Yes.
23    Q.  And so starting at the bottom, what appears to be shown on
24    the bottom of this thread?
25    A.  The details of Mr. Sterlingov's inquiry with a message
```

```
 1    there.
 2                   (Computer screen malfunction.)
 3                   MR. BROWN:  Pardon the technical difficulties here.
 4                   (Pause.)
 5                   THE COURT:  You may proceed.
 6    BY MR. BROWN:
 7    Q.  So looking at the bottom message, there's a field towards
 8    the bottom that is marked "Enquiry" -- spelled with an E -- and
 9    then there's a block of text following that.  Who do you
10    understand is speaking in that block of text?
11    A.  This is Roman Sterlingov sending an inquiry to Prepaid
12    Financial Services.
13    Q.  Could you just read that block of text there, please?
14    A.  "Hello, I have got my MasterCard of yours through a company
15    named xmlgold.eu.  Now I am trying to put some more money on
16    the card.  I have successfully done this in the past, and used
17    it even.  And they say that now I need to send a back side of
18    my driver's license because you, the card company, require
19    this.  This is a little strange since I've already had to send
20    similar documents to xmlgold.eu.  I am wondering -- I'm just
21    wondering if this is the case.  Do you require any documents to
22    be sent?  Is it best that I send them to you directly somehow
23    or to xmlgold.eu?"
24    Q.  Scrolling up to the top of this exhibit, does
25    Mr. Sterlingov provide further information to XMLGold about his
```

1    identity?

2    A.  He does.  He provides the card number, his birthday, and

3    attaches the back of his driver's license.

4    Q.  What does he list as his date of birth?

5    A.  August 14th, 1988.

6    Q.  Now we can close this out.

7         Did the investigation team obtain records from Prepaid

8    Financial Services?

9    A.  We did.

10    Q.  And directing your attention to two documents, Exhibit 428

11    and 429 in your binder.

12    A.  Okay.

13    Q.  Do you recognize those documents?

14    A.  Yes.  These are records from Prepaid Financial Services

15    pursuant to legal process.

16    Q.  Have you also received electronic copies of these

17    documents?

18    A.  I have.

19    Q.  Do these two exhibits, Exhibit 428 and 429, do they fairly

20    and accurately represent records that Prepaid Financial

21    provided to the government in response to legal process?

22    A.  They do.

23         MR. BROWN:  The government moves to admit and publish

24    Exhibits 428 and 429.

25         THE COURT:  Any objection?

```
1              MR. EKELAND:  No objection, Your Honor.

2              THE COURT:  Exhibits 428 and 429 are admitted and may

3    be published to the jury.

4              (Government's Exhibits 428 and 429, admitted and

5    published.)

6    BY MR. BROWN:

7    Q.  Agent Rovensky, I would like to look at Exhibit 428 under

8    the personal details tab.

9              Looking at this tab, is there a reference to XMLGold?

10   A.  There is in the distributor name XMLGold.

11   Q.  Are you underlining that right now?

12   A.  Yes.

13   Q.  And do these spreadsheets also show records of transactions

14   using Prepaid Financial Services?

15   A.  They do.

16   Q.  And was the spending on Prepaid Financial, was that funded

17   through the XMLGold account?

18   A.  Yes, it was.

19   Q.  What are some of the different ways that the defendant

20   funded his XMLGold account?

21   A.  Through Bitcoin, through Liberty Reserve, I believe to his

22   BTC-e account as well.

23   Q.  Now we can close this out.

24             I would like to direct your attention to a series of

25   email messages, Exhibits 468 -- sorry, let me start that again.
```

```
1    Exhibit 846.  Got the digits mixed up.
2          So 846, 849, 858, 859, and then 860.  And we can flip
3    through those on your screen.  846, 849, 858, 859, and 860.
4    A.  Okay.
5    Q.  Do you recognize these exhibits?
6    A.  I do.  These are emails from the defendant's
7    heavydist@gmail.com email account.
8    Q.  Are these exhibits fair and accurate copies of the emails
9    that Google provided to the government in response to legal
10   process for heavydist@gmail.com?
11   A.  Yes, they are.
12          MR. BROWN:  Government moves to admit and publish
13   Exhibits 846, 849, 858, 859, and 860.
14          THE COURT:  Any objection?
15          MR. EKELAND:  If I could just see 858 and 859?  I
16   just can't find it in my binder.
17          Okay.  I see it.  And could I see 858 real quick?
18          Thank you.  No objection.
19          THE COURT:  Exhibits 846, 849, 858, 849, and 860 are
20   admitted and may be published to the jury.
21          (Government's Exhibits 846, 849, 858, 849 and 860,
22   admitted and published.)
23   BY MR. BROWN:
24   Q.  Let's walk through these very quickly.  So directing your
25   attention to Exhibit 846.  What is the date of this email?
```

1    A.  March 28, 2013.

2    Q.  And looking -- and what is the subject line of this email?

3    A.  Order details from www.xmlgold.eu.

4    Q.  Who is the email sent from?

5    A.  From XMLGold.

6    Q.  And who is it to?

7    A.  To heavydist@gmail.com.

8    Q.  And then looking at the body of this email message, does

9    it -- does it reflect how the defendant is making a payment for

10   XMLGold?

11   A.  Yes, he is paying $20.37 in Liberty Reserve U.S. dollars.

12   Q.  And then directing your attention to Exhibit 849.

13       And then what is the subject line of this email?

14   A.  "Order details from www.xmlgold.eu."

15   Q.  And who is this from?

16   A.  XMLGold.

17   Q.  Who is it to?

18   A.  Heavydist@gmail.com.

19   Q.  What is the date?

20   A.  April 15th, 2013.

21   Q.  And does this -- does the body of the email indicate how

22   the defendant is paying into XMLGold?

23   A.  It does, $96.08 in Liberty Reserve U.S. dollars.

24   Q.  And then looking at Exhibit 858.

25       What is the subject line of this message?

1    A.   "Order details from xmlgold.eu."

2    Q.   And who is this from?

3    A.   From XMLGold.

4    Q.   And who is it to?

5    A.   Heavydist@gmail.com.

6    Q.   Looking at the body of the message, does this indicate how

7    the payment -- a payment is being made into XMLGold?

8    A.   Yes.   This was made from the defendant's BTC-e account.

9    Q.   Then looking at Exhibit 859.

10           What is the subject line here?

11   A.   Order details from xmlgold.eu.

12   Q.   And who is it from?

13   A.   XMLGold.

14   Q.   And who is it to?

15   A.   Heavydist@gmail.com.

16   Q.   And looking at the body of the email, does this indicate

17   how payment is being made to XMLGold?

18   A.   The defendant made this payment in the form of Bitcoin,

19   2.09893 Bitcoin.

20   Q.   And then looking at Exhibit 860.

21           What's the subject line of that email?

22   A.   "Order details from xmlgold.eu."

23   Q.   And who is it from?

24   A.   XMLGold.

25   Q.   And who is it to?

1    A.  Heavydist@gmail.com.

2    Q.  And looking at the body of the email, can you tell how

3    payment is being made to XMLGold?

4    A.  This payment was made in Bitcoin, 4.30316 Bitcoin.

5    Q.  Did the investigation team -- we can close this out.

6        Did the investigation team obtain records from Optal

7    Financial Limited?

8    A.  Yes, we did.

9    Q.  And what kind of financial institution is Optal?

10   A.  Optal was another financial services company that partnered

11   with other businesses, such as travel agencies.  And Optal

12   was -- was able to issue MasterCard account numbers through its

13   partners.

14   Q.  And directing your attention on the screen to Exhibit 421,

15   which has not yet been admitted, and just scrolling through a

16   few pages.

17       Do you recognize this exhibit?

18   A.  Yes, I do.  These are records produced to the government

19   from Optal Financial pursuant to legal process.

20   Q.  And are these -- is this a fair and accurate copy of the

21   records that were produced by Optal?

22   A.  It is.

23            MR. BROWN:  The government moves to admit and publish

24   Exhibit 421.

25            THE COURT:  Any objection?

```
 1                MR. EKELAND:  Just let me put my eyes on it,
 2     Your Honor.  One second.
 3                (Pause.)
 4                MR. EKELAND:  No objection.
 5                THE COURT:  Exhibit 421 is admitted and may be
 6     published to the jury.
 7                (Government's Exhibit 421, admitted and published.)
 8     BY MR. BROWN:
 9     Q.  Now, directing your attention to the second page of Optal.
10          Could you read the -- the second full paragraph there
11     starting, "Optal issues"?
12     A.  "Optal issues MasterCard virtual account numbers, VANs,
13     primarily to our principal client and partner company eNett
14     International UK Limited and eNett International Singapore
15     Limited as primary and secondary cardholder respectively,
16     collectively referred to as eNett.  eNett provides its clients
17     online travel agencies, OTAs, with a technological solution for
18     managing business to business, B2B, payments."
19     Q.  And then could you read just the -- the following sentence
20     after that?
21     A.  "OTAs, as merchants, accept card transactions from
22     individuals or companies to book holidays/travel through their
23     merchant acquirer.  These card transactions could be from any
24     card scheme the OTA accepts."
25     Q.  And if we could turn to the next page here and show the
```

1    jury -- or, the next page after that, excuse me.  The next page

2    after this, and show the jury.

3         Are these records from Optal?

4    A.  They are.

5    Q.  And are these -- looking at the history area, do you see

6    the defendant's name anywhere?

7    A.  I do.  In the statement:  Sterlingov, Roman Sterlingov,

8    Sterlingov again, and also in the client reference details

9    refers to Sterlingov.

10   Q.  And we can close this out.

11        Did the investigation team obtain records from PayPal?

12   A.  Yes.

13   Q.  And what kind of financial institution is PayPal?

14   A.  PayPal is a payment processing company.

15   Q.  And in your binder, I would like to direct your attention

16   to Exhibits 422-A through 427-C.

17   A.  Okay.

18   Q.  Do you recognize Exhibits 422-A through 427-C?

19   A.  I do.  These records were produced to the government by

20   PayPal, pursuant to legal process.

21   Q.  And do these exhibits fairly and accurately show the

22   records that were provided by PayPal to the government?

23   A.  Yes, they do.

24        The government moves to admit, and we -- we don't

25   need to publish right now, but the government moves to admit

```
1    Exhibits 422-A through 427-C.

2              THE COURT:  Any objection?

3              MR. EKELAND:  No objection.

4              THE COURT:  Exhibits 422-A through 427-C are

5    admitted.

6              (Government's Exhibit 422-A through 427-C, admitted.)

7    BY MR. BROWN:

8    Q.  Agent Rovensky, did the investigation team obtain records

9    from FISV or Fiserv?

10   A.  Yes.

11   Q.  And what kind of financial institution is FISV?

12   A.  FISV allowed -- allowed clients to purchase gift cards.

13   Q.  So I would like to direct your attention on the screen to

14   Exhibit 430.  And there are multiple tabs.

15        Do you recognize this exhibit?

16   A.  I do.  These are records provided to the government by FISV

17   pursuant to legal process.

18   Q.  And does Exhibit 430 fairly and accurately show the records

19   that were provided by FISV to the government?

20   A.  It does.

21             MR. BROWN:  The government moves to admit and publish

22   Exhibit 430.

23             THE COURT:  Any objection?

24             MR. EKELAND:  Just one second, I would like to flip

25   through it, Your Honor.
```

```
 1                    (Pause.)
 2               MR. EKELAND:  No objection.
 3               THE COURT:  Exhibit 430 is admitted and may be
 4     published to the jury.
 5               (Government's Exhibit 430, admitted and published.)
 6     BY MR. BROWN:
 7     Q.  And just directing your attention to the first tab, account
 8     details.
 9          What is the name on this account?
10     A.  Max Sterlingov.
11     Q.  And what is the email account?
12     A.  Info@dangerzone.today.
13     Q.  And we can close this out.
14          Directing your attention to -- pause there.
15          Did the investigation team obtain records from Tesla?
16     A.  We did.
17     Q.  Directing your attention to Exhibit 436.
18          Do you recognize this exhibit?
19     A.  I do.  These are records provided to the government from
20     Tesla pursuant to legal process.
21     Q.  And does this fairly and accurately show the records
22     that -- that were produced by Tesla to the government?
23     A.  Yes, it does.
24               MR. BROWN:  The government moves to admit and publish
25     Exhibit 436.
```

```
 1                    THE COURT:  Any objection?

 2                    MR. EKELAND:  No objection.

 3                    THE COURT:  Exhibit 436 is admitted and may be

 4       published to the jury.

 5                    (Government's Exhibit 436, admitted and published.)

 6       BY MR. BROWN:

 7       Q.  And, Agent Rovensky, if you could look down towards the

 8       bottom of this -- this page.  There's a line that begins with

 9       the word "Additionally."

10                    Could you read that -- those two lines there?

11       A.  "Additionally, VIN 5YJXCCE45LF278319 is associated with a

12       Tesla, Model X, delivered to Roman Sterlingov on June 13th,

13       2020, in Germany.

14       Q.  And we can close that out.

15                    Now at some point in 2017, did Mr. Sterlingov travel to

16       Florida?

17       A.  Yes, he did.

18       Q.  Did he rent an apartment for his stay there?

19       A.  Yes.

20       Q.  Directing your attention to Exhibit 435-A, as in alpha.

21                    Do you recognize this exhibit?

22       A.  I do.  This is a short-term lease agreement for the

23       apartment the defendant rented when he traveled to Florida.

24       Q.  And does this fairly and accurately show the records that

25       were returned by the apartment company?
```

1    A.  Yes.

2            MR. BROWN:  The government moves to admit and publish

3    Exhibit 435-A.

4            THE COURT:  Any objection?

5            MR. EKELAND:  No objection.

6            THE COURT:  Exhibit 435-A is admitted and published

7    to the jury.

8            (Government's Exhibit 435-A, admitted and published.)

9    BY MR. BROWN:

10   Q.  Now, Agent Rovensky, if we could scroll down to the middle

11   of this page here.

12           Do you see an area that refers to employment history?

13   A.  I do.  Right here (indicating).

14   Q.  And what does Mr. Sterlingov indicate as his present

15   employer?

16   A.  He indicates self-employed/freelance consulting.

17   Q.  And what does he indicate for his position?

18   A.  Software developer.

19   Q.  And what is his gross weekly salary, according to this?

20   A.  According to this, 1500 U.S. dollars.

21   Q.  And then what does he list as his previous employer?

22   A.  CapO Marknaos Communication, CapO SE.

23   Q.  And for that position, what was his title?

24   A.  Web developer.

25   Q.  And what did he list as his gross weekly salary for there?

1    A.  $800 per week.

2    Q.  And what were the dates of his employment at the CapO

3    company?

4    A.  He lists here 2010 to 2014.

5    Q.  And what did he -- what does he list under income as his

6    annual salary?

7    A.  50,000 U.S. dollars.

8    Q.  And we can close this.

9         Now, Agent Rovensky, in addition to localbitcoins.com,

10   was there evidence of Mr. Sterlingov selling Bitcoin on a

11   peer-to-peer basis?

12   A.  There was.

13   Q.  So directing your attention to 834.

14        Do you recognize this exhibit?

15   A.  I do.  This is an email from Mr. Sterlingov's

16   heavydist@gmail.com email address.

17   Q.  And does this email -- is this a fair and accurate

18   representation of the -- the email content that was produced by

19   Google in response to a search warrant?

20   A.  Yes, it is.

21        MR. BROWN:  The government moves to admit and

22   published Exhibit 834.

23        THE COURT:  Any objection?

24        MR. EKELAND:  I just -- I just need to catch up and

25   look at it.  One second, Your Honor.

```
 1                    (Pause.)
 2                    MR. EKELAND:  No objection.
 3                    THE COURT:  Exhibit 834 is admitted and may be
 4       published to the jury.
 5                    (Government's Exhibit 834, admitted and published.)
 6       BY MR. BROWN:
 7       Q.  And, Agent Rovensky, who is this email from?
 8       A.  This email is from Roman Sterlingov.
 9       Q.  And who is it to?
10       A.  Propaganda@rebelart.se.
11       Q.  And is this -- what's the subject of this email?
12       A.  "Regarding 25 BTC."
13       Q.  And does this appear to be a thread that includes one or
14       more prior messages?
15       A.  It does.
16       Q.  Could you just read what the original message was at the
17       bottom of that email?
18       A.  So on February 26, 2013 Propaganda writes, "Hi, it's me,
19       the guy from London.  I did, like, 25 BTC.  Can you do it for
20       5,000?"
21       Q.  How does Mr. Sterlingov respond?
22       A.  "Sure.  Would you like to meet tomorrow at 1930?"
23       Q.  And then directing your attention to Exhibit 835, which has
24       not yet been admitted.
25                    And, actually, could I have you look at Exhibits 835,
```

1    836, and 837?

2    A.  Sure.

3    Q.  And do you recognize those three exhibits, 835, 836, and

4    837?

5    A.  I do.  These are emails obtained from Google for the

6    defendant's heavydist@gmail.com address.

7    Q.  Are these fair and accurate copies of the emails produced

8    by Google in response to the legal process?

9    A.  Yes, they are.

10         MR. BROWN:  The government moves to admit and publish

11   Exhibits 835, 836, and 837.

12         THE COURT:  Any objection?

13         MR. EKELAND:  No objection.

14         THE COURT:  Exhibits 835, 836, and 837 are admitted

15   and published to the jury.

16         (Government's Exhibits 835, 836, 837, admitted and

17   published.)

18   BY MR. BROWN:

19   Q.  So just walking through these one at a time, 835, what is

20   the subject heading here?

21   A.  "Re:  BTC Address..."

22   Q.  Who is this from?

23   A.  From Mr. Sterlingov.

24   Q.  And who is it to?

25   A.  Propaganda@rebelart.se.

1    Q.  And then does this appear to have one message or is this a

2    thread of messages?

3    A.  There are multiple messages.

4    Q.  Then in the message at the bottom of this Exhibit 835, what

5    is shown in the body of that -- the bottom message?

6    A.  Propaganda provides a Bitcoin address to Mr. Sterlingov and

7    underneath writes, "Address for later..."

8    Q.  How does Mr. Sterlingov respond?

9    A.  "Cool.  See you tonight."

10   Q.  What's the date of this message?

11   A.  February 27th, 2013.

12   Q.  And then if we could move to Exhibit 836, please.

13        And does this appear to be a continuation of the same

14   email back and forth?

15   A.  It is.  It's the same subject.

16   Q.  And what's the date of this message?

17   A.  March 5th, 2013.

18   Q.  And what does Mr. Sterlingov say at the top of this email

19   here?

20   A.  "When do you want to meet?  What day at least?"  Tongue out

21   emoji.  "The price is swinging like crazy."

22   Q.  If you could look at Exhibit 837, is this another

23   continuation of the same email conversation?

24   A.  It is.

25   Q.  And what's the date of this?

1   A.  Still March 5th, 2013.

2   Q.  And if you could just read the first full sentence of

3   Mr. Sterlingov's email at the top there, please?

4   A.  "Well, it seems to have went up to 40 now.  But I don't

5   know if you want this quote.  It seems that it is going to

6   probably go down until tomorrow."

7   Q.  And then what is the last sentence that Mr. Sterlingov

8   writes there?

9   A.  "If it's lower than 40, we can renegotiate."

10  Q.  We can close this out.

11          Directing your attention to Exhibit 839, which has not

12  yet been admitted.

13          Do you recognize Exhibit 839?

14  A.  I do.  This is a record provided by Google pursuant to

15  legal process for the heavydist@gmail.com email address.

16  Q.  Does this fairly and accurately show content that was

17  provided by Google in response to U.S. legal process?

18  A.  Yes, it does.

19          MR. BROWN:  The government moves to admit and publish

20  Exhibit 839.

21          THE COURT:  Any objection?

22          MR. EKELAND:  No objection, Your Honor.

23          THE COURT:  839 is admitted and may be published to

24  the jury.

25          (Government's Exhibit 839, admitted and published.)

1    BY MR. BROWN:

2    Q.   Who is this from?

3    A.   From Roman Sterlingov.

4    Q.   Who is it to?

5    A.   Propaganda@rebelart.se.

6    Q.   Is that the same email address that we saw in the earlier

7    conversation thread?

8    A.   It is.

9    Q.   Could you read what Mr. Sterlingov writes in the body of

10   that email?

11   A.   "Hi, man.  Isn't your account Tangocash that just put in

12   some orders?  When do you want to meet in that case?  Maybe

13   it's someone else's account.  I can't remember exactly."

14   Q.   Was Tangocash one of Mr. Sterlingov's counterparties or

15   business partners on LocalBitcoins?

16   A.   Yes, he was.

17   Q.   Directing your attention to Exhibit 420-F, which has

18   previously been admitted.

19         Now, are these records of transactions involving

20   Mr. Sterlingov's gothencoin account on LocalBitcoins?

21   A.   Yes, they are.

22   Q.   Directing your attention to lines 7 and 8 of this

23   spreadsheet.

24         With whom are these transactions being made on line 7

25   and 8?

1    A.  So in column E you see that the buyer username is

2    Tangocash.

3    Q.  And then returning to Exhibit 839, does that appear to be

4    the same Tangocash?

5    A.  It is.

6    Q.  Now we can close this out.

7         Directing your attention to Exhibit 841, which has not

8    yet been admitted.

9         Do you recognize this exhibit?

10   A.  Yes.  This is a Google record for the heavydist@gmail.com

11   account.

12   Q.  Does this fairly and accurately show content provided by

13   Google in response to U.S. legal process?

14   A.  Yes, it does.

15        MR. BROWN:  Government moves to admit and publish

16   Exhibit 841.

17        THE COURT:  Any objection?

18        MR. EKELAND:  No objection.

19        THE COURT:  Exhibit 841 is admitted and may be

20   published to the jury.

21        (Government's Exhibit 841, admitted and published.)

22   BY MR. BROWN:

23   Q.  Agent Rovensky, what's the date of this email here?

24   A.  March 12th of 2013.

25   Q.  And what does Mr. Sterlingov say in the top part of this

1  message?

2  A.  "Yep, so let's say 2030, McDonald's?  I think I'm going to

3  wait for you upstairs this time.  The shady characters that are

4  always hanging there are starting to recognize me," tongue out

5  emoji.

6  Q.  We can close this out.

7      And directing your attention to Exhibit 845.  Do you

8  recognize this exhibit?

9  A.  I do.  This is a Google record for the heavydist@gmail.com

10  account.

11  Q.  Does this fairly and accurately show content that Google

12  produced in response to U.S. legal process?

13  A.  Yes, it does.

14      MR. BROWN:  Government moves to admit and publish

15  Exhibit 845.

16      THE COURT:  Any objection?

17      MR. EKELAND:  No objection.

18      THE COURT:  845 is admitted and may be published to

19  the jury.

20      (Government's Exhibit 845, admitted and published.)

21  BY MR. BROWN:

22  Q.  And who is this email from?

23  A.  From Roman Sterlingov.

24  Q.  And who is it to?

25  A.  Propaganda@rebelart.se.

1    Q.  What's the date of this email?

2    A.  March 25th, 2013.

3    Q.  And on the -- does this email appear to have another

4    multipart thread?

5    A.  Yes.

6    Q.  And looking at the bottom of this email thread, what do you

7    understand the content to be that is at the bottom of this

8    thread?

9    A.  In the prior message, Propaganda provides Mr. Sterlingov

10   with a Bitcoin address.

11   Q.  How does Mr. Sterlingov respond --

12           MR. BROWN:  Oh, the government moves to admit and

13   publish Exhibit 845.  Sorry.

14           THE COURT:  Yeah, I think I've already admitted.  But

15   if I haven't, 845 is admitted and may be published to the jury.

16           Is there a different one you meant to admit?

17           I think 845 is already in.

18           MS. PELKER:  It's up on the screen.

19           THE COURT:  Okay.  Fine.

20   BY MR. BROWN:

21   Q.  Agent Rovensky, could you point out the Bitcoin address you

22   just referred to on the screen?

23   A.  The one starting with "1Ct9."

24   Q.  Could you read Mr. Sterlingov's response?

25   A.  "Hi, man.  Thanks for today.  The lost bc seems to have

1    returned to my Insta now, so all good."

2    Q.  Closing this out.  Directing your attention to Exhibit 853,

3    please.

4         And do you recognize this exhibit?

5    A.  I do.  This is a Google record from the defendant's

6    heavydist@gmail.com account.

7    Q.  Is this a fair and accurate copy of the records that Google

8    produced in response to U.S. legal process?

9    A.  Yes, it is.

10        MR. BROWN:  The government moves to admit and publish

11   Exhibit 853.

12        THE COURT:  Any objection?

13        MR. EKELAND:  No objection.

14        THE COURT:  Exhibit 853 is admitted and may be

15   published to the jury.

16        (Government's Exhibit 853, admitted and published.)

17   BY MR. BROWN:

18   Q.  And I just want to walk through a few pieces of this.  What

19   is the subject line of this email thread?

20   A.  "Re:  LocalBitcoins."

21   Q.  And who is it -- the top message from?

22   A.  Info@janemedia.se.

23   Q.  Who is it to?

24   A.  To Roman Heavydist, to heavydist@gmail.com.

25   Q.  What's the date of this message?

1    A.  May 4th, 2013.

2    Q.  If you scroll down to the bottom of this message, in terms

3    of content that is actually printed here, what is the first

4    message that you see in the sequence?

5    A.  The defendant writes, "Hi, man.  I would like Mt. Gox SEK

6    price at the time of the deal plus 3 percent."

7    Q.  Do you have an understanding of what SEK refers to?

8    A.  Yes, the Swedish krona, the Swedish fiat currency.

9    Q.  How does info@janemedia respond to that?

10   A.  He writes, "Okay, but which price?  The weighted or the

11   average or the high?  If it's not the high price, we can meet

12   today."

13   Q.  And then what's the next message on that thread?

14   A.  The defendant writes, "No, not the high, of course.  The

15   last one.  It is usually about the same as average.  Which time

16   today?  I am a bit unsure about the evening.  I'll keep in

17   touch.  How have you been otherwise?  Been a long time..."

18   Q.  We can close this out.

19        Agent Rovensky, did Mr. Sterlingov eventually indicate

20   that he was running low or running out of Bitcoin?

21   A.  He did.

22   Q.  Directing your attention to Exhibit 850.

23        Do you recognize this exhibit?

24   A.  I do.  This is a Google record for the heavydist@gmail.com

25   account.

1    Q.  And is this a fair and accurate copy of content that Google

2    produced in response to U.S. legal process?

3    A.  Yes, it is.

4            MR. BROWN:  The government moves to admit and publish

5    Exhibit 850.

6            THE COURT:  Any objection?

7            MR. EKELAND:  No objection, Your Honor.

8            THE COURT:  Exhibit 850 is admitted and it may be

9    published to the jury.

10           (Government's Exhibit 850, admitted and published.)

11   BY MR. BROWN:

12   Q.  So who is this email from?

13   A.  Mr. Sterlingov.

14   Q.  And who is it to?

15   A.  Info@janemedia.se.

16   Q.  And what's the date of this email?

17   A.  April 15th, 2013.

18   Q.  Could you read what the -- the first message in this thread

19   is?

20   A.  Janemedia wrote, "Hi.  Are you still in business?  What

21   price?"

22   Q.  And then could you just read the -- the first two sentences

23   of the defendant's reply?

24   A.  "Hi, man.  Suddenly a lot more people want to buy, so I've

25   been running out quickly.  I've got so 10K-ish krons worth now,

```
 1    if you want."
 2    Q.  And we can close this out.
 3         And directing your attention to Exhibit 857, which has
 4    not yet been admitted.
 5         Do you recognize this exhibit?
 6    A.  I do.  This is a Google record from the defendant's
 7    heavydist@gmail.com account.
 8    Q.  And does this fairly and accurately show content that
 9    Google produced to the government in response to legal process?
10    A.  Yes, it does.
11         MR. BROWN:  The government moves to admit and publish
12    Exhibit 857.
13         THE COURT:  Any objection?
14         MR. EKELAND:  No objection.
15         THE COURT:  Exhibit 857 is admitted and may be
16    published to the jury.
17         (Government's Exhibit 857, admitted and published.)
18    BY MR. BROWN:
19    Q.  And, Agent Rovensky, could you explain who is this -- the
20    top message here, who is it from?
21    A.  This is from the defendant.
22    Q.  And then who is it to?
23    A.  To info@janemedia.se.
24    Q.  And what is the date of this email message?
25    A.  November 11th, 2013.
```

1   Q.  So is that a little bit later in the year 2013?

2   A.  Yes, it is.

3   Q.  So going down to the bottom of that thread, what is the

4   first message in that thread?

5   A.  Jane media writes, "hi.  Do you still have coins?"

6   Q.  And how does the defendant respond then?

7   A.  He responds, "Hi, man.  I am out right now, unfortunately."

8   Q.  And then skipping up to the top of this thread, what does

9   the defendant say?

10  A.  He says, "I'm not really sure.  I sold all mine.  I'll have

11  to wait until the price gets down.  Or maybe it goes up as

12  fuck, so I'll buy anyway.  I don't know it all.  Didn't think

13  it would go up this much," smiley face."

14  Q.  And we can close that out.

15        Now, Agent Rovensky, I would like to walk through a few

16  different email accounts.

17        To start out with, did Mr. Sterlingov register the

18  gravytrain.top domain?

19  A.  He did.

20  Q.  And directing your attention to Exhibit 521-A, which I

21  believe has previously been admitted.

22        And do you recognize this exhibit?

23  A.  I do.  This is Mr. Sterlingov's namecheap account.

24  Q.  And then turning to page 2 of this.

25        In the middle of the page here, is -- can you point out

```
 1    to the jury, is there anything that indicates that
 2    Mr. Sterlingov rented the gravytrain.top domain?
 3    A.  Right here on -- on March 30th, 2021, he renews the
 4    gravytrain.top domain.
 5    Q.  Now, Agent Rovensky, when Mr. Sterlingov was arrested, was
 6    he carrying electronic devices?
 7    A.  He was.
 8    Q.  And were some of those electronic devices examined for
 9    electronic files?
10    A.  Yes, they were.
11    Q.  And did law enforcement find certain electronic files in a
12    variety of languages?
13    A.  Yes.
14    Q.  And were some of those files translated?
15    A.  Some of them were, yes.
16    Q.  Now, directing your attention to Exhibit 710-A -- which I
17    believe Exhibit 710-A may have been conditionally admitted.
18              THE COURTROOM DEPUTY:  I'm sorry.  Did you say 710?
19              MR. BROWN:  710-A, as in alpha.
20              THE COURTROOM DEPUTY:  Yes.
21    BY MR. BROWN:
22    Q.  Do you recognize this exhibit?
23    A.  I do.  This is from -- from one of Mr. Sterlingov's
24    devices.
25    Q.  And is this the info settings file from his devices?
```

1    A.  It is.

2    Q.  And is this a translation that was prepared from the

3    original file?

4    A.  Yes, it is.

5            MR. BROWN:  The government moves to admit Exhibit --

6    admit and publish Exhibit 710-A.

7            THE COURT:  Any objection?

8            MR. EKELAND:  We just need a moment to look at it.

9    This is 710-A?

10           MR. BROWN:  Yes.

11           MR. EKELAND:  I don't think we've got the binder that

12   has the 700 in it.  Can we borrow it from the government?  Is

13   it 710?

14           MS. PELKER:  It's in the -- (indicating).

15           THE COURT:  Feel free to stand and stretch, if you

16   like.

17           (Pause.)

18           MR. EKELAND:  Your Honor, we object on relevance

19   grounds, and there's a lot of just irrelevant stuff in here and

20   there's a lot of different hearsay in here.

21           It's a 30-page document with all sorts of different

22   things in here.  It's not any one focused thing.

23           THE COURT:  All right.  Well, if you want -- go

24   ahead, Mr. Brown.

25           MR. BROWN:  Your Honor, we can focus in on certain

1    specific relevant points of this document and -- if that

2    addresses the objection.

3              THE COURT:  All right.  Well, it's already been

4    provisionally admitted, correct?

5              MR. BROWN:  Yes, Your Honor.

6              THE COURT:  All right.  So why don't we go through it

7    and then you can raise your objections as -- as we go through

8    and point to any -- anything that is objectionable, you're

9    welcome to raise it at that point.  Okay.

10             So make sure you come back and ask me whether it

11   should be admitted finally.  But it's been provisionally

12   admitted at this point.

13             MR. BROWN:  Yes, Your Honor.

14             And may we publish to the jury?

15             THE COURT:  You may.

16             (Whereupon, the exhibit was published.)

17   BY MR. BROWN:

18   Q.  So, Agent Rovensky, I want to direct your attention to

19   page 25.

20             And do you see a subject heading there that says -- do

21   you see a large subject heading there?

22   A.  I do.  It says "gravytrain mails."

23   Q.  And listed beneath that -- that subject heading, what do

24   you see?

25   A.  A variety of email addresses that start with the word

1    "incoming," and then end with the domain gravytrain.top.

2    Q.  And then looking at the -- one, two -- third entry down.

3          Do you see -- what is the -- the third gravytrain.top

4    email address listed down?

5    A.  Incoming527409381@gravytrain.top.

6    Q.  And is there a list that follows that email address?

7    A.  There is.  There's a list with a few lines with -- with

8    various company names.

9    Q.  And do there also appear to be website names in that list?

10   A.  There are.

11   Q.  And I just want to direct your attention -- what's the last

12   entry in that list there?

13   A.  The last entry under this email is Binance.

14   Q.  And then holding this exhibit here, I would like to flip

15   over to Exhibit 412, please, which has previously been

16   admitted.

17          And, Agent Rovensky, are -- are these the Binance

18   account records that we looked at earlier?

19   A.  Yes.  These are records produced to the government from

20   Binance.

21   Q.  And is there an email address listed here?

22   A.  There is.  Incoming527409381@gravytrain.top.

23   Q.  And then flipping back to Exhibit 710-A, is that the same

24   gravytrain.top email address listed here?

25   A.  It is.

1    Q.  And then looking down towards the bottom of the page here,

2    what is the -- the last gravytrain.top address listed towards

3    the bottom of the page here?

4    A.  Incoming455431950@gravytrain.top.

5    Q.  And then beneath that is there -- actually, sorry.

6    Scrolling up.

7         Two -- two entries above from that, could you readout

8    the email address listed there?

9    A.  Sure.  Incoming558264323@gravytrain.top.

10   Q.  And then when Mr. Sterlingov traveled to the United States

11   in 2021, had he signed up for flight training?

12   A.  He did.

13   Q.  And did the government obtain records from the flight

14   training school?

15   A.  Yes.

16   Q.  We can keep this open, but directing your attention --

17   actually -- sorry.  Close this.

18        And directing your attention to an exhibit that has not

19   yet been admitted, which is Exhibit 37.

20             THE COURT:  Are you coming back to 710-A?

21             MR. BROWN:  Yes.  I am, Your Honor.

22             THE COURT:  Okay.

23   BY MR. BROWN:

24   Q.  And, Agent Rovensky, do you recognize this document?

25   A.  These are records, I believe, provided to the government

1    for the defendant's flight training.

2    Q.  And does this -- is this a fair and accurate representation

3    of the records that were provided to the government by the

4    flight training school?

5    A.  It is.

6                MR. BROWN:  The government moves to admit and publish

7    Exhibit 37.

8                THE COURT:  Any objection?

9                MR. EKELAND:  No objection.

10               THE COURT:  Exhibit 37 is admitted and may be

11   published to the jury.

12               (Government's Exhibit 37, admitted and published.)

13   BY MR. BROWN:

14   Q.  And, Agent Rovensky, looking at this, could you read out

15   what it says under "School"?

16   A.  Adventure Flight, LLC.

17   Q.  And then if we scroll down a little bit further.

18       Is there -- under student's information, is there a name

19   given?

20   A.  Roman Sterlingov.

21   Q.  And is there an email account used for this -- for this

22   document?

23   A.  There is.  Incoming124920104@gravytrain.top.

24   Q.  And then flipping to the namecheap domain registration

25   records previously admitted at Exhibit 521-A.  And looking at

```
1    page 2.
2         Did Mr. Sterlingov register the domain dangerzone.today?
3    A.  He did.
4    Q.  And did he register domain bitcoaster.com?
5    A.  Oh, that moved on me.
6              Yes, he did.
7              I'll clear it.
8    Q.  And could you just circle bitcoaster.com?
9    A.  Right here, bitcoaster.com.
10   Q.  And then you're going to have to clear that out.
11             Could we scroll down a little bit further.
12             And did Mr. Sterlingov also register moonvpn.org?
13   A.  He did.  I'm just looking for it on here.
14             Moonvpn.org and moonvpn.net.
15   Q.  And then flipping back to 710-A, the info settings document
16   we were looking at earlier.
17             On the bottom of page 26 of this document does
18   Mr. Sterlingov list information about email addresses under
19   those three domains that we just looked at?
20   A.  He does there's info@mail.dangerzone.today.  There's
21   max@bitcoaster.com.  There's hq@moonvpn.org.  There's
22   info@dangerzone.today.
23   Q.  And so based on all of this, does it appear that
24   info@dangerzone.today is an email address that Mr. Sterlingov
25   used?
```

1    A.  It is.

2    Q.  And what about max@bitcoaster.com?

3    A.  That is also one of his email addresses.

4    Q.  What about hq@moonvpn.org?

5    A.  This is also one of the defendant's email addresses.

6    Q.  Staying with this document and turning to the middle of

7    page 7, do you see a heading marked "Privacy/info sec"?

8    A.  I do.

9    Q.  And what is the first line of text beneath that?

10   A.  "List of Mailinator or other disposable emails," and it

11   links to a Y Combinator online article.

12   Q.  And then in the same document, if you flip to page 31, and

13   I think scrolling down a bit -- or, actually -- oh, here, in

14   the middle beneath the heading "Random Info Shit."  In the

15   second block of text there, do you see a reference to a

16   mailinator.com email address?

17   A.  I do.  Allcommander@mailinator.com.

18   Q.  And then on the following page, page 32 of this same

19   document, do you see a heading that says "Oracle login"?

20   A.  I do.

21   Q.  What is listed immediately beneath Oracle login?

22   A.  Shopshop@mailinator.com.

23   Q.  And then at the bottom of the same page, page 32, towards

24   the bottom, above that block of text, is there a line that

25   starts "Random account"?

1   A.  Yes, I see it.

2   Q.  And could you read that line and then indicate what's

3   printed below?

4   A.  "Random account from Isle of Man on notebookreview.com.

5   Tip83fjwdq@mailinator.com."

6   Q.  Directing your attention back to the namecheap records at

7   Exhibit 521-A.  And I would like to turn page 12 on a specific

8   transaction.  This is going to be transaction 39511743.

9   A.  I see it.

10  Q.  So can you indicate with your finger which transaction

11  you're looking at?

12  A.  (Indicating.)

13  Q.  And if you go to the column in the middle of the page, does

14  it indicate -- beneath the word "deposit," does it indicate a

15  manner of deposit?

16  A.  The method of payment here was through BitPay.

17  Q.  And is this -- by the way, is this under the Kellerman user

18  ID for Mr. Sterlingov?

19  A.  Yes, this one's his user ID with namecheap.

20  Q.  And what is the transaction date and time for this

21  transaction?

22  A.  March 28th, 2018.

23  Q.  And what's the time listed as?

24  A.  10:03:43 a.m.

25  Q.  And to the left of that, does it indicate how much the

1    payment was for?

2    A.  For 205 U.S. dollars.

3    Q.  So, kind of collecting all of this together, how would you

4    describe this transaction here?

5    A.  The defendant made -- the defendant used Bitcoin, through

6    BitPay, to pay namecheap $205 on March 28th, 2018 at

7    10:03:43 a.m.

8    Q.  And then flipping back to previously admitted BitPay

9    records, this time Exhibit 443-C, and directing your attention

10    to the first tab here, line 2.  And could we scroll across.

11        What is the date and time of this transaction?

12    A.  March 28th, 2018.  14:03:42.

13    Q.  And this doesn't indicate the time zone -- or, does this

14    indicate the time zone?

15    A.  I believe -- it doesn't look like it does.

16    Q.  And what's the amount of this transaction in U.S. dollar

17    value?

18    A.  For U.S. dollars, $205.09.

19    Q.  Who is the merchant indicated?

20    A.  The merchant is namecheap.

21    Q.  And so does this transaction appear to correspond to the

22    Kellerman transaction that we just looked at on the namecheap?

23    A.  It does.

24    Q.  And then scrolling over further to the right under buyer

25    email, what is the email address listed here?

1    A.   The buyer is fuckyou2@mailinator.com.

2    Q.   And so does this appear to be the email address that the

3    defendant used in making that namecheap payment?

4    A.   Yes, it does.

5    Q.   Then staying on the same spreadsheet and looking down at

6    lines 27 and 28 of the same tab, so I just want to walk through

7    these two entries, kind of piece by piece.

8         First of all, under column D, what are the dates of

9    these two transactions?

10   A.   The first one is November 8th, 2017, and the second one is

11   December 7th, 2017.

12   Q.   And then looking at the merchant name under column J, what

13   is the merchant name for those two transactions?

14   A.   This payment was made to Bitcoin Commodities.

15   Q.   And then scrolling further to the right, what are the email

16   addresses associated with these two transactions in 27 and then

17   28?

18   A.   The buyer, the first email, is shipface@mailinator.com and

19   the second email is spam@plasmadivision.com.

20   Q.   And then could I have us pull up another previously

21   admitted exhibit, 443-A.

22        And scrolling down to page 3, could you read what it

23   says for column R, as in Romeo?  The first -- or, that entire

24   text there for column R.

25   A.   Column R, "The IP address which the shopper uses to view

1    the BitPay invoice, please note that it depends on the

2    implementation of the merchant whether or not this is logged.

3    Additionally, view IPs are only logged in the case that the

4    invoice is viewed in the browser, not over API from the

5    wallet."

6    Q.  And then turning back to the BitPay spreadsheet,

7    Exhibit 443-C, looking at column R for those two rows, 27 and

8    28, what do you see there?

9    A.  If you look at the first two IP addresses, they're the same

10   for each email address.  So, 83.248.64.79 and then

11   85.214.195.196.

12   Q.  So based on this, what can you say about

13   shitface@mailinator.com (sic)?  Who controls that account?

14          MR. EKELAND:  Objection, Your Honor.  Calls for

15   speculation.

16          MR. BROWN:  We can withdraw the question.

17          THE COURT:  All right.

18   BY MR. BROWN:

19   Q.  Then I would like to direct your attention to Exhibit 868,

20   which has not previously been admitted.

21          Agent Rovensky, do you recognize Exhibit 868?

22   A.  I do.  This is a Google record from the defendant's

23   heavydist@gmail.com account.

24   Q.  Does this fairly and accurately show the content of Google

25   records as Google produced it to the government in response to

```
 1    legal process?

 2    A.  Yes, it does.

 3            MR. BROWN:  The government moves to admit and publish

 4    Exhibit 868.

 5            THE COURT:  Any objection?

 6            MR. EKELAND:  No objection.

 7            THE COURT:  Exhibit 868 is admitted and may be

 8    published to the jury.

 9            (Government's Exhibit 868, admitted and published.)

10    BY MR. BROWN:

11    Q.  Agent Rovensky, what's the subject heading of this email?

12    A.  Details of the Bitcoin wallet business.

13    Q.  And who is this email from?

14    A.  From the defendant.

15    Q.  And who is it directed to?

16    A.  To Neville Cutajar.

17    Q.  What's the address it's addressed to?

18    A.  Neville@3a.com.mt.

19    Q.  Do you have an understanding of what 3a is or was?

20    A.  I do.  3a is a corporate consultation/financial services

21    institution based in Malta.

22    Q.  Could you just read the first three lines of the

23    defendant's message there?

24    A.  "Dear Neville, We have talked about registering a company

25    in Malta and registration as an electronic currency exchanger.
```

1    Here are the details of the business model.  Name:  Hedged

2    Wallet.  Description" --

3    Q.  I'm sorry, I was just going to ask, have you reviewed this

4    email thread before?

5    A.  I have.

6    Q.  And do you -- can you summarize what Hedged Wallet is as

7    described here?

8    A.  Hedged Wallet, the defendant is proposing to have a -- have

9    a wallet business that you could keep your money securely but

10   also trade, taking advantage of the timing of the market.  So

11   it's an exchange idea focused on making money.

12   Q.  And then flipping back to Exhibit 443-C, the BitPay

13   transaction records, moving over to tab 2, and on lines 2 and

14   6, I would like to walk through these two lines.

15        So first of all, on column A, what does column A show?

16   A.  Column A is the input ID, and that's the record that BitPay

17   used to search for records.

18   Q.  And so what does column A show for row 2 here?

19   A.  For row 2 it shows the email max@bitcoaster.com.

20   Q.  And what does it show for row 6?

21   A.  For row 6 it shows the email address

22   shipface@mailinator.com.

23   Q.  If we could scroll to the right and see the U.S. dollar

24   value of those two transactions in rows 2 and 6.

25        What is the U.S. dollar value for these two

48

1    transactions?

2    A.  In row 2 the U.S. dollar value is $32.77.  In row 6 the

3    U.S. dollar value is $32.92.

4    Q.  And then what is the merchant name for row 2?

5    A.  Row 2, the merchant name is Dellmont.

6    Q.  What is the merchant name for row 6?

7    A.  Also Dellmont.

8    Q.  What is the merchant address?

9    A.  In row 2 and row 6, the merchant address was 3a.

10   Q.  We can close that out.

11            MR. BROWN:  And, Your Honor, the government moves to

12   admit Exhibit 710-A.  That was the notes document that we were

13   looking at earlier.

14            THE COURT:  So I'll admit 710-A, but allow

15   Mr. Ekeland to confer with you, and if it turns out there is

16   anything in that document that shouldn't come in, you can bring

17   that to my attention and, if need be, we can redact that.

18            MR. BROWN:  Yes, Your Honor.  Thank you.

19   BY MR. BROWN:

20   Q.  Now, at some point, Agent Rovensky, did Mr. Sterlingov

21   explore creating another Bitcoin wallet service?

22   A.  Yes.

23   Q.  I would like to direct your attention to Exhibit 867, which

24   has not yet been admitted.

25            Do you recognize Exhibit 867?

1   A.  I do.  This is a Google record from the defendant's

2   heavydist@gmail.com account.

3   Q.  Is this a fair and accurate representation of records

4   provided by Google to the government in response to legal

5   process?

6   A.  Yes, it is.

7           MR. BROWN:  The government moves to admit and publish

8   Exhibit 867.

9           THE COURT:  Any objection?

10          MR. EKELAND:  No objection.

11          THE COURT:  Exhibit 867 is admitted and may be

12  published 209 jury.

13          (Government's Exhibit 867, admitted and published.)

14  BY MR. BROWN:

15  Q.  Agent Rovensky, what is the subject line of this message?

16  A.  "Would it be okay to use your image in a design?"

17  Q.  Who is this from?

18  A.  From the defendant.

19  Q.  And who is it to?

20  A.  To gavinandresen@gmail.com.

21  Q.  Would you read the text?

22  A.  "Hello, we are in the process of making a legitimate wallet

23  service with some interesting quirks.  We are now contemplating

24  its design, and one of the ideas is to make it look like a

25  100-dollar bill.  Would it be okay with you to use your image

1    instead, in place of Benjamin's, to indicate this is a Bitcoin

2    service?  We would use Satoshi but nobody knows how he looks,"

3    smiley face.

4    Q.  What is the date of this message?

5    A.  July 1st, 2013.

6    Q.  Now, I would like to return to one of the Akemashite

7    Omedetou's posts on BitcoinTalk, which is at Exhibit 13, which

8    has previously been admitted.

9         Directing your attention to post 736421 and scrolling

10   down in this message, I would like to find the final paragraph

11   of this message.

12        Could you just read the first full sentence of that

13   final paragraph?

14   A.  Sure.  "Personally, it is great, of course, to make a

15   little extra money on the side.  But more importantly, it is

16   great to actually have a way of anonymizing Bitcoins for my

17   other projects that I know is legit and anonymous."

18   Q.  We can close that out.

19        Agent Rovensky, I would like to direct your attention to

20   Exhibits 864 and 864-A.

21        I believe these have been conditionally admitted.

22        Agent Rovensky, do you recognize Exhibit 864 and 864-A?

23   A.  Yes.

24   Q.  What do you recognize these to be?

25   A.  864 is a Google record of the Roman at heavydist@gmail.com

1    account, and 864-A is the translation of it.

2    Q.  864, is that a fair and accurate copy of records provided

3    by Google to the government in response to legal process?

4    A.  It is.

5    Q.  And is 864-A a fair and accurate copy of the translation

6    that was produced for that same document?

7    A.  Yes, it is.

8            MR. BROWN:  At this time, the government moves to

9    admit and publish Exhibits 864 and 864-A.

10           THE COURT:  Any objection?

11           MR. EKELAND:  Just 401 and 403.

12           THE COURT:  864 and 864-A are admitted and may be

13   published to the jury.

14           (Government's Exhibits 864 and 864-A, admitted and

15   published.)

16   BY MR. BROWN:

17   Q.  And so just briefly on 864, Agent Rovensky, who is this

18   message from?

19   A.  From the defendant.

20   Q.  And who is it to?

21   A.  Badmadafacker@hotmail.com.

22   Q.  And what's the date of this message?

23   A.  August 16th, 2012.

24   Q.  And what language does this message appear to be in?

25   A.  It's predominantly in Russian.

1    Q.  And are there also web addresses or links in this message?

2    A.  Yes.  The web addresses are in English.

3    Q.  And then flipping over to Exhibit 864-A.

4        What does this appear to be?

5    A.  This is the translation of that -- of the previous email.

6    Q.  And could I just ask you to read the whole email.  You

7    don't have to read the links, but read the text around them,

8    please.

9    A.  Sure.

10       "Hi.  I completely forgot that I wanted to send you a

11   couple of links.  Here's an article that explains about this

12   site in some detail.  In fact, it is precisely after this

13   article that the majority learned about it."

14   Q.  And, actually, let's pause here.

15       Looking at that web address, what's the -- generally

16   speaking, what's the main domain of that web address that

17   follows?

18   A.  Gawker.com.

19   Q.  And is there human readable text in that web address?

20   A.  Yes.  "The underground website where you can buy any drug

21   imaginable."

22   Q.  And we can close this.

23       Directing your attention to Exhibit 43, which has not

24   yet been admitted.

25       Do you recognize Exhibit 43?

1    A.  I do.  This is an archived.org capture of that gawker.com

2    linked article from the email we just looked at.

3    Q.  And is this a fair and accurate copy of the archived

4    version of that page?

5    A.  Yes, it is.

6          MR. BROWN:  The government moves to admit and publish

7    Exhibit 43.

8          THE COURT:  Any objection?

9          MR. EKELAND:  It's hearsay.

10          THE COURT:  I'm sorry?

11          MR. EKELAND:  It's hearsay.

12          MR. BROWN:  It's effect on the listener.

13          THE COURT:  Yeah.  I will admit Exhibit 43 on the

14    ground it's not coming in for the truth of the matter asserted.

15          (Government's Exhibit 43, admitted and published.)

16    BY MR. BROWN:

17    Q.  And, Agent Rovensky, can you just read what that -- what

18    the headline of this article is?

19    A.  "The underground website where you can buy any drug

20    imaginable."

21    Q.  And then flipping back to Exhibit 864-A.

22          Could I ask you to continue reading the -- the rest of

23    that message, please?

24    A.  "A little bit about the currency itself" -- and it provides

25    a link to HTTP://www.weusecoins.com -- "well, Wikipedia has a

1    little bit of general info in Russian too."  And then there's a

2    Wikipedia link for Wiki Bitcoin.

3              "You need this program to access Silk Road website,"

4    and then it provides the link to the Tor project,

5    www.torproject.org.  "Well, of course, all of this is for

6    information, without any illegal intent, et cetera."  Winky

7    face emoji.

8    Q.  And then I just wanted to make sure the jury had a chance

9    to see Exhibit 43.  Can we flip back to that.

10             And with your finger, can you just indicate the headline

11   that you had read earlier?

12   A.  (Indicating.)

13   Q.  And we can close this out.

14             Now, directing your attention to Exhibits 863 and 863-B,

15   which I believe are also exhibits that were conditionally

16   admitted last week.

17             Do you recognize these two exhibits, Agent Rovensky?

18   A.  I do.  863 is a Google record from the defendant's

19   heavydist@gmail.com account.

20   Q.  What is 863-B?

21   A.  863-B is the translation of that record.

22   Q.  And is Exhibit 863, is that a fair and accurate copy of the

23   record as produced by Google to the government?

24   A.  Yes, it is.

25   Q.  And is Exhibit 863-B, is that a fair and accurate copy of

1    the translation that was prepared of Exhibit 863?

2    A.  Yes, it is.

3              MR. BROWN:  The government moves, at this time, to

4    admit and publish Exhibits 863 and 863-B.

5              THE COURT:  Any objection?

6              MR. EKELAND:  No objection.

7              MR. BROWN:  863 and 863-B are admitted and may be

8    published to the jury.

9              (Government's Exhibits 863 and 863-B, admitted and

10   published.)

11   BY MR. BROWN:

12   Q.  And, Agent Rovensky, looking at Exhibit 863, who is this

13   message from?

14   A.  From the defendant.

15   Q.  And who is it to?

16   A.  Emanuel Ringberg with the email emanuel@hoodlum.se.

17   Q.  And what is the date of this message here?

18   A.  March 15th, 2012.

19   Q.  And does this message appear to be in a language other than

20   English?

21   A.  It is not in English and it is not in Russian.

22   Q.  And if we scroll down towards the bottom.

23             Does this message appear to be another email thread?

24   A.  It is.

25   Q.  And looking down towards the bottom.

1           Can you tell what the date of the earliest message is?

2    A.  The first message is March 14th, 2012.

3    Q.  And then let's look over at Exhibit 863-B.

4           Is this the translation of that same email thread?

5    A.  Yes, it is.

6    Q.  And then dropping down towards the bottom here.  It appears

7    that -- skipping over the -- the first two chronological

8    messages and looking at the third chronological message from

9    Emanuel Ringberg.

10          What is the date of that message?

11   A.  March 14th, 2012.

12   Q.  And how does that date relate in time to the launch of

13   Bitcoin Fog?

14   A.  At this point Bitcoin Fog has been in operation in excess

15   of five months.

16   Q.  And what does Emanuel Ringberg say there in that message?

17   A.  He says, "By the way, how did it go with that 3-D text

18   editor?  Do you still have it?"

19   Q.  And if we could go to the top of this -- the email thread.

20          Could you read the first -- one, two -- three full

21   sentences here?

22   A.  The defendant writes, "Hello.  It turned out okay, but I

23   have not done all that much more to it.  I should probably

24   start working on it again though.  There was some other things

25   that came up in between which seemed to yield more cash,

1    et cetera.  But I have to finish it, damn it.  I was thinking

2    about enlisting the help of some freelancer, but those things

3    are rather complex, however, and it will, thus, be difficult to

4    explain to them how they need to do it."

5    Q.  And what is the date that Mr. Sterlingov is writing back

6    here?

7    A.  March 15th, 2012.

8    Q.  And then could you continue reading the rest of that --

9    that full email message?

10   A.  "But let us see.  What was it I was going to send?

11   Bitcoin.  Here is like the main site, Bitcoin.org.

12   Bitcointalk.org is like the main forum where the majority of

13   things happen, so to speak.  And then a person from there

14   started a small Swedish Bitcoin news site forum,

15   www.bitcoin.se, but there is presently not much happening

16   there, however.  The most fun part is that it is in Swedish.

17           "Just like with all other currencies, the Bitcoin

18   rate is determined by the market.  Nevertheless, no real

19   centralized market actually exists.  There are some

20   alternatives available instead though, but one of them is by

21   far the biggest.  Probably has 80 to 90 percent of all the

22   Bitcoin exchanges and it is, thus, sort of standard de facto.

23   It can be found on mtgox.com, and one is able to see the rate

24   in realtime.  It is actually a little fun sometimes.

25   Mtgoxlive.com.

1    "Sometimes it can certainly be a little bit difficult

2    to explain all the small details of how Bitcoin works.

3    Nevertheless, here is a pretty good initial explanation."  And

4    it links to a bitcointalk.org url, topic number 7269.

5    "And if you have looked up how it works and if you

6    were to acquire Bitcoins, then take a look at instawallet.org."

7    Q.  Oh, pause there.

8    Are you familiar with this site, Instawallet?

9    A.  I'm familiar that Instawallet is a Bitcoin wallet service.

10   Q.  Continue reading, please.

11   A.  "It is like a site that is very easy to use and which one

12   can use as a Bitcoin wallet.  One would then not need to

13   install any programs that would take up a lot of memory and

14   processing power and which would take a while to run.  But the

15   Bitcoins will, of course, be disrupted on that site and so you

16   should not be savings any large sums there.

17   "And then we talked about Tor, which can be found at

18   torproject.org.  Most frequently one would run the Tor browser

19   bundle.  It was the package with a secure web browser,

20   et cetera.  Since new bugs can arise though, which may lead to

21   it not being as secure as it can be, it is, thus, important to

22   update the Tor browser bundle, if it says to do so.  It checks

23   for updates during every start-up.

24   "And now in regards to the Silk Road, that drug site,

25   here is an article that made the site famous and things are

1    explained really well there as well" -- and it links to the

2    gawker.com article that we just looked at.

3            "In order to enter the site itself, however, one has

4    to do it via Tor, via especially designed URL

5    silkroadvb5piz3r.onion.  All such strange .onion URL only

6    function via Tor and they lead to such hidden services to

7    servers that one can access but one cannot find out where they

8    are and one is not able to turn them off.  It can take several

9    minutes when one accesses on like that via Tor for the first

10   time.  That does not mean that it is not working, just that it

11   needs to find the correct site, decrypt it, et cetera.  Once

12   one has entered the website, however, then it works much

13   faster."

14   Q.  And we can close this out here.

15           Did the investigation team find other documents on

16   Mr. Sterlingov's Google Drive?

17   A.  Yes.

18   Q.  So I would like to direct your attention to Exhibits 820

19   and 820-B.

20           Do you recognize these two exhibits?

21   A.  May I see 820 again, please?

22           Yes.  This is from the defendant's Google Drive.

23   Q.  And then do you recognize Exhibit 820-B?

24   A.  This is a translation of that document.

25   Q.  And for Exhibit 820, is that a fair and accurate copy of a

60

1    document that was found on the defendant's Google Drive?

2    A.  It is.

3    Q.  And then for Exhibit 820-B, is that a fair and accurate

4    copy of the translation of that document?

5    A.  Yes.

6            MR. BROWN:  And I believe, Your Honor, these have

7    been conditionally admitted.  At this point, the government

8    moves to admit and publish Exhibits 820 and 820-B.

9            THE COURT:  Any objection?

10            MR. EKELAND:  No objection.

11            THE COURT:  820 and 820-B are admitted and may be

12    published to the jury.

13            (Government's Exhibit 820 and 820-B, admitted and

14    published.)

15    BY MR. BROWN:

16    Q.  And, Agent Rovensky, looking at Exhibit 820.

17            What language or languages does this appear to be in?

18    A.  A combination of English and Russian.

19    Q.  And then turning to Exhibit 820-B.

20            Is this the translation?

21    A.  Yes.

22    Q.  And could you read the whole translated document?

23    A.  "Just as planned.  Well, and also an image, which is

24    usually used in this meme, a large image of a happy cat.

25    Introspection, Killdozer."

1   Q.  And we can close that out.

2        And then directing your attention to Exhibit 838.

3        Do you recognize Exhibit 838?

4   A.  Yes.  This is a Google record from the defendant's

5   heavydist@gmail.com account.

6   Q.  And is this a fair and accurate copy of the Google record

7   produced by Google in response to U.S. legal process?

8   A.  It is.

9        MR. BROWN:  The government moves to admit and publish

10  Exhibit 838.

11        THE COURT:  Any objection?

12        MR. EKELAND:  I just need to look at it one second.

13        (Pause.)

14        MR. EKELAND:  No objection.

15        THE COURT:  Exhibit 838 is admitted and may be

16  published to the jury.

17        (Government's Exhibit 838, admitted and published.)

18        THE COURT:  As soon as you're done with this, we'll

19  take our afternoon break.

20        MR. BROWN:  Yes, Your Honor.

21        Can we publish, please?

22  BY MR. BROWN:

23  Q.  Agent Rovensky, who is this message from?

24  A.  This message is from the defendant.

25  Q.  And who is it to?

1    A.   To centregoldsupport@support@centregold.com (sic).

2    Q.   And then does this appear to be another email thread?

3    A.   Yes, it is.

4    Q.   And looking at the next message from the top, could you

5    read the line beginning, "If you don't have access," and then

6    read until the last line before "Thank you," those three lines.

7    A.   So Centregold writes, "If you don't have access to your

8    account, then you just need to click the menu 'forgot your

9    password' in the login form and a new password will be sent to

10   you automatically.

11           "I suggest you, too, to read tip 11,

12   HTTP://centregold.info/account-blocked.  If you still have a

13   problem, then you have to tell me the answer of your secret

14   question.  Thank you."

15   Q.   And if we could scroll up to the top of this and just read

16   the first several sentences, through the sentence that's in

17   parenthesis.

18           Could you read just that section?

19   A.   "Hello.  This is exactly the problem.  I don't remember the

20   secret answer.  I usually write some code, like an extra

21   password in such fields.  I still have access to both the email

22   and the phone number though."

23   Q.   Okay.  And we can close that out.

24           MR. BROWN:  And this would be a good place for a

25   break.

1          THE COURT:  Okay.  All right.  So let's take our

2    afternoon break.  It is almost 3:40.  Why don't we come back --

3    or, 3:20.  Why don't we come back at 3:35.  So take a 15-minute

4    break.

5          Please don't discuss the case, even amongst

6    yourselves, and don't conduct any type of research.

7               (Whereupon the jurors leave the courtroom.)

8          THE COURT:  All right.  Anything before the break?

9          MR. BROWN:  No, Your Honor.

10         MR. EKELAND:  No, Your Honor.

11         THE COURT:  All right.  I will see you all shortly.

12              (Recess from 3:19 p.m. to 3:39 p.m.)

13         THE COURT:  Ready for the jury?

14         MR. BROWN:  Yes.

15         THE COURT:  Let's do it.

16              (Whereupon the jurors enter the courtroom.)

17         THE COURTROOM DEPUTY:  Jury is present.  You may be

18   seated and come to order.

19         THE COURT:  Mr. Brown, you may continue.

20   BY MR. BROWN:

21   Q.  All right.  Agent Rovensky, home stretch.  Do you have some

22   water?

23   A.  I'm good.  Thank you.

24   Q.  I would like to direct your attention to some of -- some

25   additional electronic files that were recovered from the

1    defendant's devices.

2              MR. BROWN:  Your Honor, I believe the next series of

3    exhibits, number one, these are all conditionally admitted

4    exhibits from last week and, number two, these are all longer

5    documents that we may wish to treat in the same way that we are

6    treating Exhibit 710-A.

7              THE COURT:  Okay.  Without objection, we'll proceed

8    that way.

9    BY MR. BROWN:

10   Q.  Agent Rovensky, I would like to direct your attention to

11   Exhibit 711-A.

12        Just wait for the screen to boot up here.

13        All right.  And scrolling through this document, do you

14   recognize Exhibit 711-A?

15   A.  I do.

16   Q.  And is this a translation of the MAST document that was

17   recovered from one of the defendant's thumb drives?

18   A.  Yes.  This is a translation of one of the defendant's

19   documents.

20             MR. BROWN:  And, Your Honor, the government moves to

21   admit and publish Exhibit 711-A.

22             THE COURT:  All right.  Subject to our discussion,

23   711-A is admitted.

24   BY MR. BROWN:

25   Q.  Directing your attention to page 6 --

1           MR. EKELAND:  Your Honor, one moment.  Can we speak

2    on the phone?

3               (Bench conference.)

4           MR. EKELAND:  There's -- apparently Mr. Hassard is

5    telling me there's a summary here of this translation.  We

6    didn't agree to summaries being published to the jury.  We just

7    agreed to translations.

8           MR. BROWN:  Your Honor, we would ask Mr. Ekeland to

9    direct us to where in the document the summary is.

10          MR. EKELAND:  It's in the bottom -- if you could

11   scroll down a little bit.

12          MR. BROWN:  Your Honor, this exhibit is also in the

13   binders.  It might be easier for defense counsel to locate this

14   in the binders.

15          MR. EKELAND:  It's -11-A.

16          THE COURT:  711-A.

17          MR. EKELAND:  We just searched the document.

18   Mr. Hassard told me there's different summaries coming up in

19   the document when we search it.

20          THE COURT:  I don't know if you heard that,

21   Mr. Brown.  Can you repeat that, Mr. Ekeland?

22          MR. EKELAND:  Mr. Hazard just searched the document,

23   and he says he got 16 hits of when it -- for the word "summary"

24   and it's -- this document in the binder I have here, it's

25   not -- I just have it marked as 711, I don't see an A in this

1    sequence, and I'm wondering if I don't have the right binder.

2              Yeah, for instance, I'm looking at the last -- here

3    there's a translator note, summary translation from Russian.

4              THE COURT:  You're going too fast, Mr. Ekeland.

5              MR. EKELAND:  There's not page numbers on this

6    document, but I'm looking at -- towards -- well, there's no

7    page number.

8              THE COURT:  Can Mr. Brown take a look at what you're

9    talking about?

10              MR. EKELAND:  It's right after -- there's a heading

11    called "Hotels 2017" in bold, and then on the next page after

12    that, in brackets, there's a "TN" which I'm assuming stands for

13    translator note.  It says, "Summary translation from Russian

14    begins here."  And I think if you scroll -- I think also on the

15    page before that, "What I need for a comfortable life" and

16    moves -- there's a header there in bold.  There's a summary

17    translation.

18              Also, on the page after that, "There's more or less

19    cool f'ing crap."  Underneath that it says, "TN, summary

20    translation from Russian."  There's "What I need for" -- under

21    the header "What I need for a comfortable life," parenthesis,

22    "and more."  There's notes saying, "Translation."  I'm seeing

23    them as I flip through here.  I'm seeing, actually, quite a lot

24    under -- "Regarding deciding how I can travel to Russia."

25              On the next page after that, I'm seeing "TN summary

1    translation."  It's just not -- just looks like there's a bunch

2    of summaries in here.

3              THE COURT:  Mr. Brown?

4              MR. BROWN:  Your Honor, I'm sorry, I'm trying to

5    catch up to where Mr. Ekeland is.  But I think, setting that

6    aside, I mean, we would be happy to -- when this is submitted

7    to the jury, to redact any summary sections.  That's certainly

8    not anything we plan to admit or publish for the jury today.

9              MR. EKELAND:  Then I ask that if we're going to do

10   another one of these conditional admissibility things, that

11   this document not be published at all to the jury.  If they're

12   going to read from it sections that aren't objectionable,

13   that's fine.  But what we want to avoid is any kind of

14   accidental publication to the jury of translator summaries,

15   which we just haven't agreed to.

16             MR. BROWN:  Your Honor, how about we do this?  We

17   could scroll to the location where there are translated

18   sections that we want to admit and publish, and we can publish

19   to the jury, have the witness treat those, and then we'll take

20   it off the screen and move to the next portion.

21             THE COURT:  Okay.  That way you'll have a chance to

22   look at it and object before it's published to the jury.

23             MR. EKELAND:  As long as we have a chance before it's

24   published, then we're okay with that.

25             THE COURT:  We'll proceed that way.  And I'm going to

1    admit 711-A subject to the parties going back and discussing

2    any redactions that need to be made for some reason.

3              MR. EKELAND:  I'm sorry, Your Honor.  I didn't hear

4    that last point because I had put the phone down.

5              THE COURT:  I said I'm going to admit 711-A subject

6    to the parties going back and reviewing any language that is a

7    summary, and then if you can't reach agreement with respect to

8    what is or what is not a summary, you can bring that back to

9    me.  Okay?

10             MR. EKELAND:  (Nods head.)

11             MR. BROWN:  Thank you, Your Honor.

12             (Open court:)

13             THE COURT:  You may proceed.

14   BY MR. BROWN:

15   Q.  Okay.  Agent Rovensky, do you see a heading here that says

16   "Temp money"?

17   A.  I do.

18   Q.  And under that heading, do you see a reference to Bitstamp?

19   A.  Yes.

20   Q.  Could you point that out for the jury?

21   A.  (Indicating.)  The second bullet.

22   Q.  Could you read those two lines to the jury?

23   A.  "Bitstamp dollars, probably like 50K?  Withdrawn everything

24   when they started delaying withdrawals and asking for 10 stupid

25   questions."

1          THE COURT:  I'm sorry.  Can I ask you -- I know when

2     you read sometimes it's easy to go fast, but it's hard for the

3     court reporter to get it down.  So if you could read it slowly.

4          THE WITNESS:  Sure.  Sorry.

5          "Bitstamp dollars, probably like 50K?  Withdrawn

6     everything when they started delaying withdrawals and asking

7     for 10 stupid questions.  Do not use them.  Tell everyone to

8     stop using them..."

9     BY MR. BROWN:

10    Q.  Are there references to other cryptocurrency accounts on

11    this page here?

12    A.  Yes, there are.

13    Q.  And could you just point those out for the jury and

14    highlight them with your finger?

15    A.  So, Kraken, Binance, Poloniex, Wex -- formerly BTC-e --

16    Bitfinex, and reference to Monero in DomVPN.

17    Q.  What is Monero?

18    A.  Monero is type of cryptocurrency that is focused on privacy

19    and difficult to trace.

20    Q.  And then for the entries for -- let's walk down one by one.

21         For Binance, are there any monetary values indicated

22    there?

23    A.  Yes.  He indicates "Zero BTC, probably some other coins or

24    tokens...53 KUSD-T.  Get out of USDt as soon as possible."

25    Q.  And what's USDt?

1    A.   USDt refers to Tether, which is a stable coin pegged

2    one-to-one to the U.S. dollar.  So 53 KUSD-T would be 53,000

3    U.S. dollars.

4    Q.   Under the entry for Poloniex, is there some number?

5    A.   4,860 XEM tokens.

6    Q.   Do you know offhand what XEM tokens are?

7    A.   I am not familiar with XEM.

8    Q.   For the entry for Wex, is there an indication of some

9    monetary amount below that?

10   A.   Yes.  30 ETH.

11   Q.   What's ETH?

12   A.   Ethereum.  Ether is the token for the Ethereum blockchain.

13   Q.   Then next to that?

14   A.   11 KUSD.

15   Q.   Then for Bitfinex, does it indicate any monetary amount?

16   A.   Approximately 4.14 BTC.  In parentheses 2018-09.

17   Q.   Going up to the top bullet here, could you read what it

18   says in just that first line there?

19   A.   "About 8 ETH," that one?

20   Q.   Yes.  Starting with the word "About."

21   A.   "About 8 ETH on the wallet on the Dom Adobe VM on main

22   bunker."

23   Q.   And then could we close this for the jury, please.

24        And then I would like to direct your attention to page

25   50 -- or, actually, page 41.  Sorry.

1          Do you see a series of bullet points?

2     A.  I do.

3          MR. BROWN:  And, Your Honor, the government moves to

4     publish this screen here.

5          THE COURT:  All right.  Any objection to that?

6          MR. EKELAND:  Your Honor, there's a summary at the

7     bottom of that page.  As its framed right now, as I'm looking

8     at it, there isn't one.

9          MR. BROWN:  How about as it's framed here?

10         MR. EKELAND:  Okay.  There's no objection to that.

11         THE COURT:  Okay.  You may publish to the jury.

12    BY MR. BROWN:

13    Q.  Agent Rovensky, could you read the second to the last

14    bullet on that list of bullet points?

15    A.  "Need to continue ordering more gold, but now it is not

16    clear how, because it is not clear when, where, and how I shall

17    travel."

18    Q.  Okay.  And we can close this down for the jury, please.

19         Then I would like to turn to page 50, 5-0.

20         And just what's on page 50?  And is this -- the

21    government moves -- sorry.

22         THE COURT:  Any objection to publishing this to the

23    jury?

24         MR. EKELAND:  That's okay, Your Honor.

25         THE COURT:  Okay.  Page 50 may be published.

1          (Whereupon, the exhibit was published.)

2    BY MR. BROWN:

3    Q.  Do you see a line that starts "The main question"?

4    A.  I do.  There are two.

5    Q.  Oh, the first "Main question."

6    A.  Yes.

7    Q.  Could you start reading there and read until you see the

8    asterisks?

9    A.  "The main question is not which jurisdiction to open the

10   offshore in and whether to open it at all.  For example, to

11   open Ltd in the UK, 3 hours and 25 pounds.  The main question

12   is, which bank will your money be kept in?  The fact of the

13   matter is there are no left in the world in which one can keep

14   a five or more figure balance without any worry and which won't

15   ask tedious questions at the same time.  Who are you?  What do

16   you do?  Where is the money from?  Who are your customers?  Who

17   is the real owner of the business?"  Et cetera.

18          "Either you will have to deal with some very shady

19   banks on coconut-crocodile islands which can't be trusted with

20   even a thousands euros or, like in a joke, you both bring them

21   a toilet and show them your ass.  Well, what do you want, the

22   era of anonymous money has ended in 2001.  The fight against

23   terrorism financing is underway across the world, as well as a

24   lot against dirty money laundering."

25   Q.  And then down towards the bottom of that page there's a --

1    the last, sort of, chunk paragraph, beginning, "Then any".

2         Could you read that paragraph, please?

3    A.  "Then any bank will be happy to open an account for you.

4    Your legal entity will be white and fluffy, while sleep

5    peaceful.  This relates to your relations with tax authority at

6    the place of residence of the company.  But it is a completely

7    different story, whether to pay or not to pay taxes at the

8    place of your, as an individual, residence.  And in this

9    regard, various white and gray options are possible as well."

10   Q.  And we can close this out.

11        And I would like to direct your attention to

12   Exhibit 713-A, and page 6 of that document.

13        Agent Rovensky, do you recognize this document?

14   A.  Yes, I do.

15   Q.  Is this another one of the files recovered from the

16   defendant's electronic thumb drive that he was carrying when he

17   was arrested?

18   A.  It is.

19   Q.  And I would like to direct your attention to page 6.

20        Do you recognize this?

21   A.  Yes.

22   Q.  And it -- does this -- is this a fair and accurate copy of

23   the file that was recovered from the defendant's thumb drive,

24   as translated?

25   A.  Yeah.  Again, this is a fair and accurate copy of the

1     translation.

2              MR. BROWN:  And the government moves to publish this

3     view of Exhibit 713.

4              THE COURT:  Any objection?

5              MR. EKELAND:  Your Honor, it's the -- in large

6     extent, it's the same objection as before.  There's the --

7     there's summaries of this as well.

8              THE COURT:  Right.  But I think he's -- that's why he

9     has a page in front of you there.

10             MR. BROWN:  We're just moving to publish this.

11             MR. EKELAND:  Just publish this page right here?

12             MR. BROWN:  Yes.

13             MR. EKELAND:  Then no objection.

14             THE COURT:  So I'm going to admit the exhibit and

15    then allow you to publish, subject to what we've discussed

16    previously as you go through it, and then you can come back to

17    it, if you need to.

18             MR. BROWN:  Yes, Your Honor.

19             (Whereupon, the exhibit was published.)

20    BY MR. BROWN:

21    Q.  So, Agent Rovensky, do you see a heading marked "trading"?

22    A.  Yes.

23    Q.  And could you read -- there's a first chunk of text there

24    beginning with the word, "Okay.  So."

25             Could you read that chunk of text down to the next line

1    break between lines?

2    A.  "Okay.  So what should the main portfolio size then?

3    100,000 USD?  Should it even be in USD?  Most other things are

4    calculated in USD.  Okay.  And how much should I be able to

5    loose on one single trade?  Should really go through the book.

6    There was something about setting up the loss target.  It

7    should not be too high because then one single loss will

8    eliminate too much of compound interest from the future."

9    Q.  Is that word "loose" in that -- in the middle of that

10   paragraph?

11   A.  It is.

12   Q.  Okay.  We can close this down.

13       And then I would like to direct your attention to

14   Exhibit 715-A.

15              THE COURTROOM DEPUTY:  I'm sorry.  What number?

16              MR. BROWN:  715-A, as in alpha.

17              THE COURTROOM DEPUTY:  Oh, -15.  Sorry.

18   BY MR. BROWN:

19   Q.  Do you recognize this document?

20   A.  Yes.  This is another document from defendant's devices.

21   Q.  And is this a translation of one of those documents?

22   A.  It is.

23   Q.  And is this a fair and accurate copy of the translation

24   that was prepared?

25   A.  Yes.

```
 1                  MR. BROWN:  The government moves to admit and publish

 2      Exhibit 715-A.

 3                  THE COURT:  Any objection?

 4                  MR. EKELAND:  No objection.

 5                  THE COURT:  715-A is admitted.

 6                  (Government's Exhibit 715-A, admitted.)

 7      BY MR. BROWN:

 8      Q.  So, Agent Rovensky, I direct you to page 3.

 9                  And there's a line there that begins "Finish."

10                  Do you see that line?

11      A.  I do.

12      Q.  Could you read that line?

13      A.  "Finish registration on Binance.  See what kind of KYC

14      registration do they need."

15      Q.  And what does KYC stand for?

16      A.  Know your customer.

17      Q.  And a little bit further down that same page there's a --

18      there should be a bullet that starts "If and/or when."  There

19      towards the bottom.

20                  Do you see that "If and/or when"?

21      A.  I see it.

22      Q.  Could you please read that line?

23      A.  "If and/or when the Bitstamp will release the funds,

24      withdraw everything from there.  They are assholes."

25      Q.  And then turning to page 4.  In the middle of the page
```

1    there should be a bullet that starts "Make a plan."  Or -- see

2    it there in the middle of the screen?

3    A.  I see it.

4    Q.  Could you just read that full asterisk or bullet entry there?

5    A.  "Make a plan for what safety measures I want to put in

6    place and when and how to finish them.  Also relating to that

7    now, I want to do some traveling.  So far I've been postponing

8    this all the time because it does not seem that important to

9    me, not that urgent."

10   Q.  And then we can close that out.

11         And I would like to direct your attention to

12   Exhibit 709-B.  And this is a longer document, but I just want

13   to direct your attention to portions of this.

14         Do you recognize this document, 709-B?

15   A.  I do.

16   Q.  And is this one of the files that was -- is this a

17   translation of one of the files recovered from the defendant's

18   devices?

19   A.  This is a translation of one of the defendant's files.

20   Q.  And so I would like to direct your attention to page 5 of

21   this exhibit.

22         MR. BROWN:  And the government moves to admit and

23   publish, for purposes of this exhibit, this view, and then we

24   can publish the next view of this file if --

25         THE COURT:  Okay.  So I will go ahead and I'm going

1        to admit 709-B, subject to our discussion.

2                  (Government's Exhibit 709-B, admitted.)

3        BY MR. BROWN:

4        Q.  And towards the bottom of that page do you see a paragraph

5        that begins, "What I'm..."

6        A.  Yes.

7        Q.  Could you read that paragraph?

8        A.  "What I'm starting to understand is that money is one of

9        the foundational things in my life and it's very different from

10       everything else meanwhile.  The goal is to get as much money as

11       fuck and to adjust my life, factoring this in."

12       Q.  And then if we could shut that down for the jury, please.

13                  And then turn to page 23 and pause here.

14                  MR. BROWN:  And the government moves to admit and

15       publish this view of Exhibit 709-B.

16                  THE COURT:  Any objection to publishing page 23?

17                  MR. EKELAND:  No, Your Honor.

18                  THE COURT:  All right then.  So 709-B is already

19       admitted subject to what we discussed, but you can publish

20       page 23.

21                  (Whereupon, the exhibit was published.)

22       BY MR. BROWN:

23       Q.  And, Agent Rovensky, down towards the bottom of that page,

24       do you see a paragraph that begins "When one"?

25       A.  Yes.

1    Q.  Could you read that paragraph?

2    A.  "When one creates commercials of various services, one can

3    make those very commercials with a bunch of words that are

4    understandable only to the interested dudes who understand this

5    matter.  First, they will understand that the services were

6    made for them.  Second, there will be far less chance that the

7    service will get too much attention from someone unwanted."

8    Q.  And we can close that down.

9             MR. BROWN:  Your Honor, I would like to have the

10   witness examine a file that contains passwords that we would

11   prefer not to publish to the gallery, but we -- if it's

12   possible to publish to the jury, but not the gallery, when we

13   get to that point.

14            THE COURT:  Just let us know when.

15            MR. BROWN:  Is that possible, to just --

16            THE COURT:  Yes.  I think we just turn that screen

17   there, right?

18            THE COURTROOM DEPUTY:  You have to turn the screen

19   around.  There's no other way to do it.

20            THE COURT:  Tell us when we're ready.  I would like

21   to have as much as possible published to the gallery.  So just

22   tell us when you're doing that and I can direct it be turned.

23            MR. BROWN:  Yes, Your Honor.

24   BY MR. BROWN:

25   Q.  Now, Agent Rovensky, did the investigation team recover a

1    file referred to as Psafe or export_HQ1?

2    A.  Yes, we did.

3    Q.  Was this a file recovered from one of the defendant's

4    electronic devices?

5    A.  It was.  It was on one of his thumb drives.

6    Q.  And I'm showing you what has been marked as Government

7    Exhibit 702.

8        Do you recognize this document?

9    A.  Yes, I do.

10   Q.  And what do you recognize this document to be?

11   A.  This -- this is an extract from one of the defendant's

12   devices.

13   Q.  And have you previously reviewed this electronic -- the

14   electronic copy of this exhibit?

15   A.  I have.

16   Q.  And does this exhibit appear to be a fair and accurate copy

17   of the information that was extracted from the defendant's

18   device?

19   A.  It is.

20        MR. BROWN:  The government moves to admit and publish

21   to the jury Exhibit 702.

22        THE COURT:  All right.  So 702 is admitted and may be

23   published to the jury.

24        (Whereupon, the exhibit was published.)

25        THE COURT:  And without objection, Mr. Pearlman can

1    turn the screen.

2              THE COURTROOM DEPUTY:  You know what?  I can just

3    turn it off.

4              THE COURT:  That's an easier way to do it.  Thank

5    you.

6              All right.  Let us know when we can turn that back on.

7              MR. BROWN:  Yes, Your Honor.

8              THE COURT:  Just for the record and members of --

9    those who are watching, this is just to protect personal

10    privacy issues.

11    BY MR. BROWN:

12    Q.  Now, Agent Rovensky, could you explain what this -- what

13    this file appears to contain?

14    A.  This file contains a spreadsheet.  It's basically a list of

15    over 100 of the defendant's accounts, various accounts, with

16    the user names, passwords, other information, like a date when

17    the account may have been created.

18              On the very right, there's a notes column that for

19    some accounts has notes in them.

20    Q.  And then moving back all the way to the left.  I wanted to

21    walk through a few of these entries.

22              So looking at -- well, first of all, what is the heading

23    for column A?

24    A.  Group/title.

25    Q.  And what's the heading for column B?

```
 1    A.  User name.

 2    Q.  And then what's the heading for column C?

 3    A.  Password.

 4    Q.  So I would like to direct your attention to row 12.

 5         Do you see the entry on row 12?

 6    A.  I do.

 7    Q.  And looking at column A, can you tell what sort of account

 8    is indicated in column 12?

 9    A.  This refers to the defendant's Kraken crypto exchange

10    account.

11    Q.  What is listed as the username for this account?

12    A.  MoonVPN.

13    Q.  Did the defendant, in fact, have an account with Kraken in

14    the name of -- or, associated with the name moonVPN?

15    A.  He did.  He had a Kraken account, and one of them was

16    associated with moonVPN.

17    Q.  And then scrolling down to line 28, under column A, what

18    sort of account is indicated under column A?

19    A.  This refers to the defendant's namecheap account.

20    Q.  In column B, what is the username associated with that

21    namecheap account?

22    A.  The moniker Kellerman.

23    Q.  Is that the same moniker that we saw in the namecheap

24    account records associated with the defendant?

25    A.  Yes, it is.
```

1    Q.  And then one line before that, line 27, what sort of

2    account is indicated here?

3    A.  This refers to the defendant's Ramnodek account.

4    Q.  What is indicated in column B here?

5    A.  His email, heavydist@gmail.com.

6    Q.  Was that the email that defendant used in signing up for

7    Ramnodek?

8    A.  Yes, it is.

9    Q.  Scrolling down to line 58, what sort of account is listed

10   here?

11   A.  This refers to the defendant's Bitcoin Wiki account.

12   Q.  Under column B, what is the username associated with this?

13   A.  The username is Killdozer.

14   Q.  Could we quickly flip over to Exhibit 865, which I believe

15   has previously been admitted.

16       And looking at this -- we previously looked at this.

17   Who is this email from?

18   A.  We did previously look at it.  This email is from Bitcoin

19   wiki, wiki@bitcoin.it to the defendant, addressing him as

20   KillDozer at his heavydist@gmail.com account.

21   Q.  And could you read just the first line of that email,

22   starting with "Someone, probably you."

23   A.  "Someone, probably you, from IP address 83.248.132.4 has

24   registered an account KillDozer with this email address on

25   Bitcoin."

1    Q.  And then flipping back to Exhibit 702.  Does that appear to

2    correspond with the entry shown in column B for line 58?

3    A.  Yes, it does.

4    Q.  And then moving down to line 133, under column A, what sort

5    of account is indicated here?

6    A.  This refers to the defendant's account on Silk Road.

7    Q.  And what is the username associated with that account?

8    A.  Pas.

9    Q.  Is that in column B?

10    A.  It is.

11    Q.  And just looking at the password, without reading out the

12    password, can you describe the components of that password?

13    A.  There's a word and then there's a series of numbers.

14    Q.  And just looking at the same view -- without scrolling up

15    and down, but the same view -- do you see other passwords that

16    appear to use that same word and/or components of that same

17    password?

18    A.  Yes.  The defendant repeatedly used either this password or

19    variations of the word in this password for many of his

20    accounts.

21    Q.  And by the way, are some of the entries in column A, do

22    they include the notation "white"?

23    A.  Some of them do.

24    Q.  And so I would like to direct your attention to line 100.

25    And under column A, what is listed there -- what sort of

1   account is listed there?

2   A.   This refers to the defendant's Liberty Reserve account and

3   next to the initials LR it says "WHITE" in all capital letters.

4   Q.   And then in column B what is the username associated with

5   that account?

6   A.   The moniker jacksonson.

7   Q.   If we could open up Exhibit 402, which has previously been

8   admitted.   Is this the defendant's Liberty Reserve account

9   information?

10   A.   It is.

11   Q.   What's the account name for this account?

12   A.   The account name for this account is Jacksonson.

13   Q.   What is the email address associated with it?

14   A.   Heavydist@gmail.com.

15   Q.   And did the defendant use his true name in opening this

16   account here?

17   A.   Yes.   This is the Liberty Reserve account in the

18   defendant's true name, and in rows 8 and 9 you see Roman

19   Sterlingov.

20   Q.   And then going back to Exhibit 702, directing your

21   attention to line 105, under column A, what sort of account is

22   indicated here?

23   A.   This refers to the defendant's Mt. Gox crypto exchange

24   account, and next to Mt. Gox, in capital letters, it says

25   "WHITE."

1    Q.   And then is there another word after "WHITE"?

2    A.   Plasma.

3    Q.   Then what is the username in column B?

4    A.   The user name is roso987341870.

5    Q.   And if we flip over to Exhibit 406-E, which has previously

6    been admitted, is this the user information for the defendant's

7    Mt. Gox account?

8    A.   Yes, it is.

9    Q.   And did he open this account in his true name?

10   A.   He opened this Mt. Gox account in his true name.

11   Q.   Now, going back to Exhibit 702, directing your attention to

12   line 129.  And what sort of account is indicated in column A

13   for line 129?

14   A.   This refers to the defendant's account on Reddit.

15   Q.   And what is the username listed in column B?

16   A.   All one word CaptainClearanceOver.

17   Q.   If you look at the password in column C, without reading it

18   a loud, is that password similar to, in part, to the

19   defendant's Silk Road password?

20   A.   Yes.

21   Q.   And are Reddit posts publicly available?

22   A.   Reddit posts are publicly available.

23   Q.   And I would like to direct your attention to an exhibit

24   that has not yet been published, which is Exhibit 54.

25            Do you recognize Exhibit 54?

```
1    A.  Yes, I do.  These are the public posts by the defendant's

2    CaptainClearanceOver Reddit account.

3    Q.  And did you screenshot these posts to yourself?

4    A.  I did.

5    Q.  And does Exhibit 54 -- is this a fair and accurate

6    representation of the CaptainClearanceOver public posts on

7    Reddit?

8    A.  It is.

9              The government moves to admit Exhibit 54 and publish.

10              THE COURT:  Any objection?

11              MR. EKELAND:  No objection.

12              THE COURT:  Exhibit 54 is admitted and may be

13    published to the jury.

14              (Whereupon, Exhibit 54 was admitted.)

15              THE COURTROOM DEPUTY:  Mr. Brown, can I turn the TV

16    back on, or not yet?

17              MR. BROWN:  We can here.  We're going to go back to

18    that 702 in just a minute, but we can turn it back on for now.

19              THE COURTROOM DEPUTY:  That's okay.

20              MR. BROWN:  I'll let you know when we're done with

21    702.

22    BY MR. BROWN:

23    Q.  So looking at Exhibit 54, directing your attention to page

24    3, and the third full post up from the bottom of page 3.

25              THE COURT:  Mr. Pearlman, perhaps I can ask you to be
```

1    the one to sort of switch the screen on and off as we show

2    passwords.

3             There you go.  Thank you.

4             MR. BROWN:  And looking at where we are in the

5    document here -- and I may have miscounted the posts up from

6    the bottom -- but looking at this view, in the -- about halfway

7    down, do you see a message that begins with the words "It's

8    still"?

9    A.  I do.

10   Q.  And what is the subject line or subject heading for that

11   message?

12   A.  The subject heading is "LocalBitcoins requires everyone to

13   verify Hodl.  Hodl invites everyone to join."

14   Q.  And then what does CaptainClearanceOver state in that post?

15   A.  He writes, "It's still everyone.  It just means that if you

16   are in the U.S., you need to use a VPN.  They just can't write

17   it explicitly, but everyone understands it because they are

18   explicitly -- have no KYC."

19   Q.  And then on the following page -- scroll down just a little

20   bit further.  And pausing here.

21            And sort of in the middle of the screen, do you see a

22   post that starts "It is absolutely"?

23   A.  Yes.

24   Q.  Could you read that full post there?

25   A.  "It is absolutely Bitstamp's fault.  All exchanges are

1    regulated by the same regulatory bodies, but only Bitstamp goes

2    to these lengths, because they are cowards."

3    Q.  And then I would like to skip all the way down to page 12

4    here.  And this longer post in the middle of the page, on page

5    12, starting "Yes.  Government."

6    A.  "Yes.  Government intervention is major systemic threat to

7    Bitcoin.  This is not news.  So you would be very stupid to

8    just sleep happily and think that nothing can happen to it.

9    Pirating music is not the same thing at all.  For example,

10   imagine there being no exchanges now.  How useful would Bitcoin

11   be?  About 1 percent of its usefulness now?  And all exchanges

12   that exist currently have licenses for governments.  Try to run

13   an unlicensed exchange and see what happens to you and how long

14   it takes before SWAT comes kim.com-style.  It would not even be

15   hard for governments to revoke those licenses whenever they

16   want, if they want to.  So far they haven't been wanting to."

17           That's it.

18   Q.  Can you tell from the document what the date of this post

19   was?

20   A.  Approximately six years ago.

21   Q.  And directing your attention -- this is the last time.

22   And, actually, let's close the public gallery view.

23           Thank you to my colleague, Mr. Pearlman.

24           Flipping back over to Exhibit 702, could I direct your

25   attention to line 83?  And under column A, what sort of account

1    is indicated here?

2    A.  This refers to the defendant's account on exploit.

3    Q.  And what is exploit?

4    A.  Exploit -- in this case exploit is .in, is a long-running

5    Russian-speaking cyber criminal forum.

6    Q.  And under column B, what is the username indicated here?

7    A.  The username is "Meth!"

8    Q.  Did you find other evidence that the defendant had at least

9    one other exploit account?

10   A.  Yes.  He has at least another exploit.in account as well.

11   Q.  So directing your attention to Exhibit 893, which has not

12   yet been admitted.

13        Do you recognize Exhibit 893?

14   A.  I do.  This is a record produced pursuant to law

15   enforcement requests for the defendant's

16   spam@plasmadivision.com email address.

17   Q.  Is this a fair and accurate representation of the records

18   that were produced to law enforcement for the

19   plasmadivision.com emails?

20   A.  It is.

21        MR. BROWN:  The government moves to admit and publish

22   Exhibit 893.

23        THE COURT:  Any objection?

24        MR. EKELAND:  No objection.

25        THE COURT:  All right.  893 is admitted and may be

1    published to the jury.

2              And should the screen go back on now?

3              MR. BROWN:  Yes, it can for this.

4              THE COURT:  Okay.

5              (Government's Exhibit 893, admitted and published.)

6    BY MR. BROWN:

7    Q.  And, Agent Rovensky, what is the date of this email

8    message?

9    A.  October 14th, 2008.

10   Q.  Who is it delivered to?

11   A.  It is delivered to the defendant at spam@plasmadivision.com.

12   Q.  And who is it sent from?

13   A.  It is sent from admin@exploit.in.

14   Q.  What is the subject line?

15   A.  Registration at exploit.in forum.

16   Q.  And looking at the very top of the message, is there an

17   English word or words at the very top of the message?

18   A.  There is.  The first word is the "To."

19   Q.  What do you understand that word to represent?

20   A.  So that was the defendant's moniker or username on

21   exploit.in for this account.

22   Q.  And then -- maybe we don't need to go back to Exhibit 702.

23   But what was the moniker listed in Exhibit 702?

24   A.  On Exhibit 702 the spreadsheet with all the user names and

25   passwords, the -- that username for the defendant on exploit.in

1    is Meth!.

2    Q.  Now, are user posts on exploit.in, are those -- can

3    somebody view those publicly?

4    A.  They can be viewed publicly if you have an exploit.in

5    account.

6    Q.  Have you had an occasion to view posts within the

7    exploit.in website?

8    A.  I have.

9    Q.  And how did you view those posts?

10   A.  I used an exploit.in account that was set up by law

11   enforcement.

12   Q.  And were you able to review public posts made on exploit.in

13   by the user Meth!?

14   A.  I did.  I reviewed the defendant's posts on exploit.in

15   using his Meth! account.

16   Q.  And were screenshots captured showing those posts?

17   A.  Yes, they were.

18   Q.  And were translations prepared of those posts?

19   A.  Yes.  The posts were in Russian and they were translated.

20   Q.  And I would like to direct your attention to two exhibits

21   that I believe were conditionally admitted last week, but they

22   have -- let's not publish them yet, please.

23        So Exhibit 55 and 55-A.

24        And do you recognize Exhibits 55 and 55-A?

25   A.  I do.  55 are the public posts made by the defendant using

1     his Meth! exploit.in account in Russian and 55-A is the

2     translation of those posts.

3     Q.  And just a note on the formatting of 55-A.

4          Is there also -- well, first of all, what is the

5     original source language for these posts?

6     A.  Russian.

7     Q.  And then in 55-A, is there some Russian still shown?

8     A.  That's right.  55-A shows the Russian post and followed by

9     the translated post.

10              MR. BROWN:  The government moves to admit Exhibit --

11    admit and publish Exhibits 55 and 55-A.

12              THE COURT:  Any objection?

13              MR. EKELAND:  Yes.  Just 403 and also hearsay.

14              THE COURT:  These are all statements by "Meth!"?

15              MR. BROWN:  Yes, Your Honor.

16              (A bench conference was held as follows:)

17              THE COURT:  Okay.

18              MR. EKELAND:  So it's hearsay because the fact that

19    he has a password to the account doesn't necessarily mean that

20    he's speaking.  Numerous people can have the login.  So we're

21    making the hearsay objection.

22              And also on 403 grounds, there's -- this is highly

23    prejudicial.  There's nothing in here actually discussing the

24    operation of Bitcoin Fog.

25              And so I think there's also a 401 objection.  This is

1      just an attempt by the government to tar Mr. Sterlingov with

2      the appellation of being some kind of Russian hacker, which

3      he's not, and it's not accurate.  The testimony that we've

4      gotten from Mr. Rovensky, that this is purely a hacker forum.

5              So without more, the defense submits that the

6      government has not laid a foundation that this is actually

7      Mr. Sterlingov speaking.

8              THE COURT:  All right.  Well, that -- that argument

9      I'm unpersuaded by.  I'm unpersuaded on the hearsay argument.

10             But if you want to address the 403 issue, Mr. Brown?

11             MR. BROWN:  Yes, Your Honor.

12             I think each of the -- the posts that we seek to

13     admit and publish and highlight for the jury goes towards

14     Mr. Sterlingov's knowledge of the darknet, Silk Road, Bitcoin.

15     These are all key parts of the government's case in terms of

16     showing his awareness of -- not only his ability and aptitude

17     for accessing Tor, the darknet, darknet markets, but also the

18     knowledge that -- of what is sold on darknet markets and --

19     and, again, his aptitude and ability with respect to Bitcoin.

20             There are also references to specific payment methods

21     that have been brought up in the testimony already, references

22     to Mr. Sterlingov's use of Liberty Reserve and other payment

23     methods that I -- I think it -- this is all part of the, you

24     know, the overall fabric of his knowledge and state of mind,

25     you know, during and after the time that the Bitcoin Fog was

1    established.

2              MR. EKELAND:  Your Honor --

3              THE COURT:  Just a second.

4              Do I have a copy of this in the -- in the binder with

5    the translation?

6              MR. BROWN:  Yes, Your Honor.  It should be in there.

7    It should be Exhibit 55-A.

8              THE COURT:  Okay.

9              MR. BROWN:  The Russian is followed -- so there's

10   a page -- there will be a page with Russian and then a page

11   with the English translation sort of appended on top of where

12   the Russian text was.

13             THE COURT:  Okay.

14             MR. EKELAND:  Your Honor, as the government admits,

15   this is cumulative evidence and it's needlessly cumulative.  As

16   the government just said, it is just reiterating points that

17   they've already made in testimony.  We've heard, I think,

18   numerous times now about the Tor and the darknet.  They brought

19   in evidence about Silk Road.

20             There's nothing in here about the operation of

21   Bitcoin Fog.  As a matter of fact, I don't think I've heard

22   anything -- you know, unless you assume that they're correct in

23   their identification of Akemashite Omedetou.  This is

24   needlessly cumulative and the government is putting on a case

25   that is essentially of guilt by association.

1          It's not necessary to make their case.  There is

2     nothing in it that talks about the operation of Bitcoin Fog.

3          THE COURT:  All right.  So I want -- I want to take a

4     look at it, so give me a minute here to take a look at the

5     exhibit.

6          MR. EKELAND:  Yes, Your Honor.

7          (Whereupon, the bench conference concludes.)

8          (Pause.)

9          THE COURT:  The objection is overruled.

10         MR. BROWN:  So the government moves to admit and

11    publish Exhibit 55-A.

12         THE COURT:  Exhibit 55-A is admitted and may be

13    published to the jury.

14         (Government's Exhibit 55-A, admitted and published.)

15    BY MR. BROWN:

16    Q.  Agent Rovensky, starting with page 1 of 55-A.

17         First of all, is this the document with the translations

18    in it?

19    A.  Yes.

20    Q.  If you could look to page 2, and then back to page 1.

21         What does page 1 show here?

22    A.  A post made by the defendant using his Meth! account on

23    Exploit, on October 5th, 2011.

24    Q.  And looking at page 1 here, is this the format in which

25    those posts would have appeared?

1    A.  This is how they appear on the forum.

2    Q.  And on the left is -- is there a graphic or something that

3    you see?

4    A.  There is.  There is an avatar.

5    Q.  And is that an avatar associated with Meth!?

6    A.  Yes, it is.

7    Q.  So I would like to flip forward to page 33 and then 34.

8    Let's start with 33.

9         So, first of all, looking at this post, what is the date

10   of this post?

11   A.  January 16, 2012.

12   Q.  And how does -- January 16th, 2012, how does that relate in

13   time to the launch of Bitcoin Fog?

14   A.  This is about two and a half months after Bitcoin Fog

15   launched.

16   Q.  And just before we flip forward, looking at that top line

17   there, is there any English in that line that you can see?

18   A.  There is.  At the end of the sentence you can see it says

19   "Tor hidden service."

20   Q.  Okay.  And you can clear that out.

21        And I would like to flip to the next page.

22        Is this the translation of that post?

23   A.  This is the translation of that post.

24   Q.  And I would like you to read that -- that post in full,

25   please.

1    A.  "Folks, I will share with you an awesome idea.  Stop

2    struggling and get a Tor hidden service :ph34r:  For years,

3    drugs are sold and, unfortunately, child pornography

4    distributed through it, while it is known that ordinary sites

5    will not only get instant abuse reports, but also not every

6    anti-abuse hosting dares it.  And all because if you configure

7    such a server correctly, then no matter how hard one tries, no

8    one will fucking find where it is...  Thank me later."  Smily

9    face.  "Also, like Silk Road, go ahead and accept payments in

10   Bitcoins, then you will not be intimidated by even the U.S.

11   government."

12   Q.  And then if we could flip back to page 29 of this same

13   document, please.

14        And what is the date of this post here?

15   A.  This post is dated December 8th, 2011.

16   Q.  And how does December 8th, 2011 relate in time to the

17   launch of Bitcoin Fog?

18   A.  This is about six weeks or so after the launch of

19   Bitcoin Fog.

20   Q.  If we could flip to the next page.

21        Is the -- this the English translation on the next page

22   here?

23   A.  It is.

24   Q.  And could you read that whole post, please?

25   A.  "For what and for whom?  We live in a chaotic world and

1    there is no 100 percent protection from anything at all.  There

2    are only levels and probabilities that you will be found,

3    imprisoned, shot.  As far as I understand, that's why you want

4    VPN.  The more money you launder, the darker the schemes you

5    crank out, the more information about you is leaking to the

6    network, et cetera, the higher is this probability.  The more

7    proxies, VPNs and Tors you use, the more clever schemes you

8    utilize, the more you think about what you're doing and the

9    less you communicate and chatter in general, the lower is this

10   probability.  So it's up to you."

11   Q.  I would like to direct your attention to page 2 of this

12   document.

13        And what is the date of the post here?

14   A.  This is October 5th, 2011.

15   Q.  And how does October 5th, 2011 relate in time to the launch

16   of Bitcoin Fog?

17   A.  This is a few weeks before Bitcoin Fog was launched.

18   Q.  And could you read this whole post here?

19   A.  The defendant writes:  "Can you recommend any up-to-date

20   service that does not ask too many questions, where you can buy

21   a virtual Visa card, well, or MasterCard, for Liberty Reserve

22   or another anonymous currency?  The physical card itself is not

23   needed, just a number that can be used to pay on the internet.

24   So far I've found only one that seems to be doing this, Aurum

25   XChange Company, but they don't accept new card registrations

1    now."

2    Q.  And I would like to direct your attention to page 9.

3        Now, is this a longer post on exploit.in?

4    A.  I believe so.  If I could see the rest of it?

5        Yes.  This is a long post.

6    Q.  And then if we could flip to page 13 of this.

7        And about a third of the way down the screen there's a

8    paragraph beginning "Purely practically."

9    A.  I see it.

10   Q.  Can you read that first sentence there?

11   A.  "Purely practically, at the moment, Bitcoin is freely

12   transferred to Liberty Reserve and many other online payment

13   systems."

14   Q.  And then if you could drop down to the last paragraph

15   there.

16       Could you read the first sentence, beginning with the

17   word "However"?

18   A.  "However, even now you can use Bitcoins to buy, for

19   example, hosting, VPN, servers, pay for the work of some dudes

20   on the internet.  You can use them for gambling in casinos and

21   generally buy a lot of things in online stores.  For a complete

22   list, see the official Bitcoin Wiki website.  And there is" --

23   Q.  And -- oh, go ahead.

24   A.  "There is one list here.  I seem to have seen it somewhere

25   else, too.  But, of course, there are also a bunch of services

1    that are not yet on such lists."

2    Q.  And could we continue on to the next page, please?

3         Could you --

4         THE COURT:  Before you ask the next question, can you

5    clarify -- there's certain text that is struck out and I -- I

6    don't know and the jury may not know whether that was from the

7    translation or whether that was in the original.  So if you can

8    maybe clarify that with the witness.

9         MR. BROWN:  Yes.

10   BY MR. BROWN:

11   Q.  Agent Rovensky, could we flip back a few pages so we can

12   see the Russian version of this text -- or, this post.

13        And does there -- does there appear to be certain text

14   where the -- there are words in Russian with a strikethrough in

15   them?

16   A.  Yes.  As you can see it right here (indicating), right

17   here.  This is how it appeared on Exploit.

18   Q.  And do the English translations reproduce those

19   strikethroughs?

20   A.  Yes, they do.

21   Q.  Going down to page 14.  And this is a continuation of that

22   post.

23        Could you read those first two full paragraphs,

24   beginning with the word "Also"?

25   A.  "Also, do not forget that you can buy interesting things on

1    Silk Road with Bitcoins.  Well, LSD, cocaine or meth, and other

2    hard to do things -- hard to find things, as an example.  Well,

3    what am I talking about?  Almost any hard-to-get things.  At

4    the same time, everything is -- everything perfectly legal --

5    struck out -- is of excellent quality, which is achieved by the

6    feedback system.

7            "The weed there is rumored to be 100 times better

8    than you get from your local dealer, the dealer who gets it

9    from God-knows-where and who perhaps is on the valiant cop's

10   radars with your address in their notebook.  This site is

11   accessible only through Tor.  If you have Tor, just go to the

12   link HTTP://ianxz6zefk72ulzz.onion.

13           "By the way, the mere fact that this site has been

14   existing for so long is reassuring.  In America, a bunch of

15   Senators have already unequivocally announced that I will fuck

16   your Silk Road.  This is a violation of all laws over there.

17   It is against the Constitution.  We will shut down everything.

18   Bitcoin will disappear, Silk Road will be locked up in

19   Guantanamo Bay, et cetera."

20   Q.  Could we turn to page 16 of this document, please.

21           And what is the date of this post?

22   A.  November 14th, 2011.

23   Q.  And how does November 14th, 2011 relate in time to the

24   launch of Bitcoin Fog?

25   A.  Just a couple of weeks after Bitcoin Fog was launched.

1    Q.  And could you read the text starting "And how"?

2    A.  "And how to buy a dedicated server anonymously?  LOL.  But

3    seriously, that's why I love Liberty Reserve.  It's all through

4    the browser."

5    Q.  And could we turn to page 26, please.

6        And could you read this post in full?

7    A.  "Why doesn't anyone write about Tor?  Use VPN, plus Proxy,

8    or VPN plus Tor and good luck, have fun."  Winky face emoji.

9    Q.  I would like to turn to page 28.  And could you read those

10   first two full paragraphs of the post here on page 28, please?

11   A.  "Oh, come on.  Those are completely different things.  We

12   are talking about anonymity; that is, that they will not figure

13   out your IP address based on connection.  In this regard, the

14   Tor is really more trustworthy, where the algorithms pick three

15   different hosts through which the traffic runs and everything

16   between them is encrypted ten times.  The first two can even

17   log every bit.  Everything is encrypted anyway.  That is at the

18   network level.  It doesn't matter to what and how you connect.

19   Even the addresses are not visible.

20       "The last exit node can log your traffic as well as

21   any VPN.  But what is SSL for, if not for such cases?  Almost

22   all services that are of any interest support SSL.  Naturally

23   one needs to check the certificates, but if someone worries

24   about security and at the same time screws with certificates,

25   this is no long a problem with the law."  Smiley face.

 1          "Even if you send something using another way, not

 2   SSL, the exit node will not even see your real IP address."

 3   Q.  I would like to skip forward to page 40 of this document,

 4   please.  And what's the date of this post?

 5   A.  April 24th, 2018.

 6   Q.  And so that's a much more recent post, isn't it?

 7   A.  This is much more recent, yes.

 8   Q.  Can you read this full post, please?

 9   A.  Sure.  The defendant writes, "There is very little useful

10   information in the article.  All that has been known for a long

11   time.  Binance was not bought by any bank or cartel of banks,

12   but simply cooperates with them.  If you do not cooperate with

13   banks, you will not be able to accept bank payments.  This is

14   how the system works.

15          "The KYC/AML, of course, has been around.  It exists

16   now and will exist in the future.  Nevertheless, it still seems

17   to be in Binance.  Nowadays no one will allow the exchange to

18   work normally without these things.

19          "The only thing is, it's not about banks.  The

20   KYC/AML are a constant pain in the ass for banks, forced on

21   them for implementation by regulators, namely, governments and

22   international political community.  Banks waste a lot of money

23   and time on KYC all the time.  FATCA alone is worth so much.

24          "The KYC in exchanges is not going anywhere, but

25   that's not bad news.  It's good news.  This legitimizes

1    cryptocurrencies.  Cryptocurrencies themselves, as they were

2    semi-anonymous, some even anonymous, will remain as such.  Yes,

3    sometimes you have to transfer a little money to different

4    wallets.  Exchanges are just gateways to the world of banking

5    and laundering.  Just use them correctly and carefully.  The

6    more such exchanges there are now, the KYC jerking around with

7    questions, with blocking bank transfers, with all this crap,

8    the more pure cryptocurrencies get legitimacy, the more you

9    will be able in 10, 20, 100 years to pay for everything and

10   everywhere with cryptocurrencies without registering on

11   exchanges at all."

12   Q.  And then I would like to direct your attention to page 44

13   of this document.  And what's the date of this post?

14   A.  December 29th, 2019.

15   Q.  And could you read that second paragraph beginning "The

16   difficulty lies"?

17   A.  "The difficulty lies in the fact that physical access to

18   the computer allows attacks against it in many different ways.

19   In the simplest case, if a regular cop shows up and does not

20   just turn off the computer -- which would be the best option,

21   since disk encryption will be activated -- then most likely he

22   will first try to move the mouse, keyboard to see if access is

23   available through the console.

24          "If one creates a script that would respond to the

25   movement of the physical mouse and keyboard, this will already

```
 1    provide a protection, at least from the simplest enemy."
 2                MR. BROWN:  Court's indulgence.
 3                (Pause.)
 4                MR. BROWN:  The government passes the witness.
 5                THE COURT:  All right.  So, Mr. Ekeland, I don't know
 6    if you want to get going?  We're going to adjourn in ten
 7    minutes.
 8                MR. EKELAND:  I would prefer just to adjourn for the
 9    day, start tomorrow.
10                THE COURT:  All right.  We can do that.
11                All right.  It's almost quarter of five, so we'll
12    adjourn for the day.  Let's get started tomorrow morning at
13    9 a.m.
14                And don't discuss the case with anybody and don't do
15    any type of research.  And I'll see you tomorrow at 9 a.m.
16                (Whereupon the jurors leave the courtroom.)
17                THE COURT:  All right.  The witness can step down as
18    well.  I just direct that you not discuss your testimony with
19    anybody until it's complete.  So, thank you.
20                Anything to address before we adjourn for the
21    evening?
22                MR. BROWN:  No, Your Honor.
23                THE COURT:  Mr. Ekeland?
24                MR. EKELAND:  No, Your Honor.
25                THE COURT:  Okay.  I will see you all at 9 o'clock.
```

1        THE COURTROOM DEPUTY:  This court is adjourned.

2                            *   *   *

3

4

5

6        CERTIFICATE OF OFFICIAL COURT REPORTER

7

8    I, JANICE DICKMAN, do hereby certify that the above and

9    foregoing constitutes a true and accurate transcript of my

10   stenographic notes and is a full, true and complete transcript

11   of the proceedings to the best of my ability.

12                    Dated this 20th day of February, 2024

13

14

15        _____

16        Janice E. Dickman, CRR, CMR, CCR
          Official Court Reporter
17        Room 6523
          333 Constitution Avenue, N.W.
18        Washington, D.C.  20001

19

20

21

22

23

24

25

```
 1                              INDEX

 2      WITNESS:
             Leo Rovensky
 3                Direct Examination (Cont.) By Mr. Brown..........  2

 4      GOVERNMENT EXHIBITS - Admitted
             Exhibit 37............................................ 39
 5           Exhibit 43............................................ 53
             Exhibit 54............................................ 87
 6           Exhibit 55............................................ 93
             Exhibit 55-A.......................................... 96
 7
             Exhibit 421........................................... 14
 8           Exhibits 422-A through 427-C.......................... 16
             Exhibit 430........................................... 17
 9           Exhibit 435-A......................................... 19
             Exhibit 436........................................... 18
10
             Exhibits 428 and 429..................................  9
11           Exhibit 702........................................... 80
             Exhibit 709-B......................................... 78
12           Exhibit 710-A......................................... 48
             Exhibit 711-A......................................... 68
13
             Exhibit 713........................................... 74
14           Exhibit 715-A......................................... 76
             Exhibit 820 and 820-B................................. 60
15           Exhibit 834........................................... 21
             Exhibit 835, 836, and 837............................. 22
16
             Exhibit 838........................................... 61
17           Exhibit 839........................................... 24
             Exhibit 841........................................... 26
18           Exhibit 845........................................... 27
             Exhibit 846...........................................  4
19
             Exhibit 849........................................... 10
20           Exhibit 850........................................... 31
             Exhibit 853........................................... 29
21           Exhibit 856...........................................  6
             Exhibit 857........................................... 32
22
             Exhibits 858, 859, and 860............................ 10
23           Exhibit 863 and 863-B................................. 55
             Exhibit 864 and 864-A................................. 51
24           Exhibit 867........................................... 49
             Exhibit 868........................................... 46
25           Exhibit 893........................................... 90
                              *   *   *
```

**$**

**$20.37** [1] - 11:11
**$205** [1] - 43:6
**$205.09** [1] - 43:18
**$32.77** [1] - 48:2
**$32.92** [1] - 48:3
**$800** [1] - 20:1
**$96.08** [1] - 11:23

**'**

**'forgot** [1] - 62:8

**1**

**1** [5] - 89:11, 96:16,
96:20, 96:21, 96:24
**10** [3] - 68:24, 69:7,
105:9
**100** [5] - 81:15, 84:24,
99:1, 102:7, 105:9
**100,000** [1] - 75:3
**100-dollar** [1] - 49:25
**105** [1] - 85:21
**10:03:43** [2] - 42:24,
43:7
**10K** [1] - 31:25
**10K-ish** [1] - 31:25
**11** [2] - 62:11, 70:14
**11-A** [1] - 65:15
**11th** [1] - 32:25
**12** [6] - 42:7, 82:4,
82:5, 82:8, 89:3, 89:5
**129** [2] - 86:12, 86:13
**12th** [1] - 26:24
**13** [2] - 50:7, 100:6
**133** [1] - 84:4
**13th** [1] - 18:12
**14** [1] - 101:21
**14:03:42** [1] - 43:12
**14th** [6] - 8:5, 56:2,
56:11, 91:9, 102:22,
102:23
**15** [1] - 75:17
**15-minute** [1] - 63:3
**1500** [1] - 19:20
**15th** [4] - 11:20, 31:17,
55:18, 57:7
**16** [3] - 65:23, 97:11,
102:20
**16th** [2] - 51:23, 97:12
**1930** [1] - 21:22
**1988** [1] - 8:5
**1Ct9** [1] - 28:23
**1st** [1] - 50:5

**2**

**2** [14] - 33:24, 40:1,

43:10, 47:13, 47:18,
47:19, 47:24, 48:2,
48:4, 48:5, 48:9, 96:20,
99:11
  **2.09893** [1] - 12:19
**20** [1] - 105:9
**2001** [1] - 72:22
**2008** [1] - 91:9
**2010** [1] - 20:4
**2011** [7] - 96:23,
98:15, 98:16, 99:14,
99:15, 102:22, 102:23
**2012** [7] - 51:23,
55:18, 56:2, 56:11,
57:7, 97:11, 97:12
**2013** [15] - 3:13, 4:21,
11:1, 11:20, 21:18,
23:11, 23:17, 24:1,
26:24, 28:2, 30:1,
31:17, 32:25, 33:1,
50:5
**2014** [1] - 20:4
**2017** [4] - 18:15,
44:10, 44:11, 66:11
**2018** [4] - 42:22, 43:6,
43:12, 104:5
**2018-09** [1] - 70:16
**2019** [1] - 105:14
**2020** [1] - 18:13
**2021** [2] - 34:3, 38:11
**2030** [1] - 27:2
**205** [1] - 43:2
**209** [1] - 49:12
**21st** [1] - 3:13
**23** [3] - 78:13, 78:16,
78:20
**24th** [1] - 104:5
**25** [4] - 21:12, 21:19,
36:19, 72:11
**25th** [1] - 28:2
**26** [3] - 21:18, 40:17,
103:5
**27** [4] - 44:6, 44:16,
45:7, 83:1
**27th** [1] - 23:11
**28** [7] - 11:1, 44:6,
44:17, 45:8, 82:17,
103:9, 103:10
**28th** [4] - 4:21, 42:22,
43:6, 43:12
**29** [1] - 98:12
**29th** [1] - 105:14

**3**

**3** [6] - 30:6, 44:22,
72:11, 76:8, 87:24
**3-D** [1] - 56:17
**30** [1] - 70:10
**30-page** [1] - 35:21

**30th** [1] - 34:3
**31** [1] - 41:12
**32** [2] - 41:18, 41:23
**33** [2] - 97:7, 97:8
**34** [1] - 97:7
**37** [4] - 38:19, 39:7,
39:10, 39:12
**39511743** [1] - 42:8
**3:19** [1] - 63:12
**3:20** [1] - 63:3
**3:35** [1] - 63:3
**3:39** [1] - 63:12
**3:40** [1] - 63:2
**3a** [3] - 46:19, 46:20,
48:9

**4**

**4** [1] - 76:25
**4,860** [1] - 70:5
**4.14** [1] - 70:16
**4.30316** [1] - 13:4
**40** [3] - 24:4, 24:9,
104:3
**401** [2] - 51:11, 93:25
**402** [1] - 85:7
**403** [4] - 51:11, 93:13,
93:22, 94:10
**406-E** [1] - 86:5
**41** [1] - 70:25
**412** [1] - 37:15
**420-F** [1] - 25:17
**421** [4] - 13:14, 13:24,
14:5, 14:7
**422-A** [5] - 15:16,
15:18, 16:1, 16:4, 16:6
**427-C** [5] - 15:16,
15:18, 16:1, 16:4, 16:6
**428** [6] - 8:10, 8:19,
8:24, 9:2, 9:4, 9:7
**429** [5] - 8:11, 8:19,
8:24, 9:2, 9:4
**43** [6] - 52:23, 52:25,
53:7, 53:13, 53:15,
54:9
**430** [5] - 16:14, 16:18,
16:22, 17:3, 17:5
**435-A** [4] - 18:20, 19:3,
19:6, 19:8
**436** [4] - 17:17, 17:25,
18:3, 18:5
**44** [1] - 105:12
**443-A** [1] - 44:21
**443-C** [3] - 43:9, 45:7,
47:12
**468** [1] - 9:25
**4th** [1] - 30:1

**5**

**5** [1] - 77:20
**5,000** [1] - 21:20
**5-0** [1] - 71:19
**50** [4] - 70:25, 71:19,
71:20, 71:25
**50,000** [1] - 20:7
**50K** [2] - 68:23, 69:5
**521-A** [3] - 33:20,
39:25, 42:7
**53** [1] - 70:2
**53,000** [1] - 70:2
**54** [7] - 86:24, 86:25,
87:5, 87:9, 87:12,
87:14, 87:23
**55** [4] - 92:23, 92:24,
92:25, 93:11
**55-A** [12] - 92:23,
92:24, 93:1, 93:3, 93:7,
93:8, 93:11, 95:7,
96:11, 96:12, 96:14,
96:16
**58** [2] - 83:9, 84:2
**5th** [5] - 23:17, 24:1,
96:23, 99:14, 99:15
**5YJXCCE45LF
278319** [1] - 18:11

**6**

**6** [10] - 47:14, 47:20,
47:21, 47:24, 48:2,
48:6, 48:9, 64:25,
73:12, 73:19

**7**

**7** [3] - 25:22, 25:24,
41:7
**700** [1] - 35:12
**702** [12] - 80:7, 80:21,
80:22, 84:1, 85:20,
86:11, 87:18, 87:21,
89:24, 91:22, 91:23,
91:24
**709-B** [6] - 77:12,
77:14, 78:1, 78:2,
78:15, 78:18
**710** [2] - 34:18, 35:13
**710-A** [11] - 34:16,
34:17, 34:19, 35:6,
35:9, 37:23, 38:20,
40:15, 48:12, 48:14,
64:6
**711** [1] - 65:25
**711-A** [7] - 64:11,
64:14, 64:21, 64:23,
65:16, 68:1, 68:5
**713** [1] - 74:3

**713-A** [1] - 73:12
**715-A** [5] - 75:14, 75:16, 76:2, 76:5, 76:6
**7269** [1] - 58:4
**736421** [1] - 50:9
**7th** [1] - 44:11

## 8

**8** [5] - 25:22, 25:25, 70:19, 70:21, 85:18
**80** [1] - 57:21
**820** [7] - 59:18, 59:21, 59:25, 60:8, 60:11, 60:13, 60:16
**820-B** [7] - 59:19, 59:23, 60:3, 60:8, 60:11, 60:13, 60:19
**83** [1] - 89:25
**83.248.132.4** [1] - 83:23
**83.248.64.79** [1] - 45:10
**834** [4] - 20:13, 20:22, 21:3, 21:5
**835** [8] - 21:23, 21:25, 22:3, 22:11, 22:14, 22:16, 22:19, 23:4
**836** [6] - 22:1, 22:3, 22:11, 22:14, 22:16, 23:12
**837** [6] - 22:1, 22:4, 22:11, 22:14, 22:16, 23:22
**838** [5] - 61:2, 61:3, 61:10, 61:15, 61:17
**839** [6] - 24:11, 24:13, 24:20, 24:23, 24:25, 26:3
**841** [4] - 26:7, 26:16, 26:19, 26:21
**842** [5] - 2:20, 2:22, 3:5, 3:8, 3:10
**845** [7] - 27:7, 27:15, 27:18, 27:20, 28:13, 28:15, 28:17
**846** [12] - 4:4, 4:6, 4:13, 4:16, 4:18, 10:1, 10:2, 10:3, 10:13, 10:19, 10:21, 10:25
**849** [8] - 10:2, 10:3, 10:13, 10:19, 10:21, 11:12
**85.214.195.196** [1] - 45:11
**850** [4] - 30:22, 31:5, 31:8, 31:10
**853** [4] - 29:2, 29:11, 29:14, 29:16
**856** [6] - 5:24, 6:2, 6:7,

6:10, 6:12
**857** [4] - 32:3, 32:12, 32:15, 32:17
**858** [8] - 10:2, 10:3, 10:13, 10:15, 10:17, 10:19, 10:21, 11:24
**859** [5] - 10:2, 10:3, 10:13, 10:15, 12:9
**860** [6] - 10:2, 10:3, 10:13, 10:19, 10:21, 12:20
**863** [8] - 54:14, 54:18, 54:22, 55:1, 55:4, 55:7, 55:9, 55:12
**863-B** [8] - 54:14, 54:20, 54:21, 54:25, 55:4, 55:7, 55:9, 56:3
**864** [8] - 50:20, 50:22, 50:25, 51:2, 51:9, 51:12, 51:14, 51:17
**864-A** [9] - 50:20, 50:22, 51:1, 51:5, 51:9, 51:12, 51:14, 52:3, 53:21
**865** [1] - 83:14
**867** [5] - 48:23, 48:25, 49:8, 49:11, 49:13
**868** [5] - 45:19, 45:21, 46:4, 46:7, 46:9
**893** [5] - 90:11, 90:13, 90:22, 90:25, 91:5
**8th** [3] - 44:10, 98:15, 98:16

## 9

**9** [5] - 85:18, 100:2, 106:13, 106:15, 106:25
**90** [1] - 57:21

## A

**a.m** [4] - 42:24, 43:7, 106:13, 106:15
**ability** [2] - 94:16, 94:19
**able** [10] - 2:17, 5:6, 5:19, 13:12, 57:23, 59:8, 75:4, 92:12, 104:13, 105:9
**absolutely** [2] - 88:22, 88:25
**abuse** [2] - 98:5, 98:6
**accept** [4] - 14:21, 98:9, 99:25, 104:13
**accepts** [1] - 14:24
**access** [7] - 54:3, 59:7, 62:5, 62:7, 62:21, 105:17, 105:22
**accesses** [1] - 59:9

**accessible** [1] - 102:11
**accessing** [1] - 94:17
**accidental** [1] - 67:14
**according** [2] - 19:19, 19:20
**account** [83] - 3:23, 4:8, 5:6, 6:1, 9:17, 9:20, 9:22, 10:7, 12:8, 13:12, 14:12, 17:7, 17:9, 17:11, 25:11, 25:13, 25:20, 26:11, 27:10, 29:6, 30:25, 32:7, 33:23, 37:18, 39:21, 41:25, 42:4, 45:13, 45:23, 49:2, 51:1, 54:19, 61:5, 62:8, 73:3, 81:17, 82:7, 82:10, 82:11, 82:13, 82:15, 82:18, 82:19, 82:21, 82:24, 83:2, 83:3, 83:9, 83:11, 83:20, 83:24, 84:5, 84:6, 84:7, 85:1, 85:2, 85:5, 85:8, 85:11, 85:12, 85:16, 85:17, 85:21, 85:24, 86:7, 86:9, 86:10, 86:12, 86:14, 87:2, 89:25, 90:2, 90:9, 90:10, 91:21, 92:5, 92:10, 92:15, 93:1, 93:19, 96:22
**accounts** [6] - 33:16, 69:10, 81:15, 81:19, 84:20
**accurate** [24] - 4:9, 10:8, 13:20, 20:17, 22:7, 29:7, 31:1, 39:2, 49:3, 51:2, 51:5, 53:3, 54:22, 54:25, 59:25, 60:3, 61:6, 73:22, 73:25, 75:23, 80:16, 87:5, 90:17, 94:3
**accurately** [12] - 2:25, 6:2, 8:20, 15:21, 16:18, 17:21, 18:24, 24:16, 26:12, 27:11, 32:8, 45:24
**achieved** [1] - 102:5
**acquire** [1] - 58:6
**acquirer** [1] - 14:23
**activate** [2] - 3:23, 5:5
**activated** [1] - 105:21
**activation** [1] - 5:7
**addition** [1] - 20:9
**additional** [1] - 63:25
**Additionally** [1] - 18:9
**additionally** [2] - 18:11, 45:3

**address** [40] - 2:24, 3:22, 5:2, 6:17, 6:18, 20:16, 22:6, 23:6, 24:15, 25:6, 28:10, 28:21, 37:4, 37:6, 37:21, 37:24, 38:2, 38:8, 40:24, 41:16, 43:25, 44:2, 44:25, 45:10, 46:17, 47:21, 48:8, 48:9, 52:15, 52:16, 52:19, 83:23, 83:24, 85:13, 90:16, 94:10, 102:10, 103:13, 104:2, 106:20
**Address** [1] - 23:7
**Address..** [1] - 22:21
**addressed** [1] - 46:17
**addresses** [10] - 36:2, 36:25, 40:18, 41:3, 41:5, 44:16, 45:9, 52:1, 52:2, 103:19
**addressing** [1] - 83:19
**adjourn** [4] - 106:6, 106:8, 106:12, 106:20
**adjust** [1] - 78:11
**admin@exploit.in** [1] - 91:13
**admissibility** [1] - 67:10
**admit** [51] - 3:4, 4:12, 6:6, 8:23, 10:12, 13:23, 15:24, 15:25, 16:21, 17:24, 19:2, 20:21, 22:10, 24:19, 26:15, 27:14, 28:12, 28:16, 29:10, 31:4, 32:11, 35:5, 35:6, 39:6, 46:3, 48:12, 48:14, 49:7, 51:9, 53:6, 53:13, 55:4, 60:8, 61:9, 64:21, 67:8, 67:18, 68:1, 68:5, 74:14, 76:1, 77:22, 78:1, 78:14, 80:20, 87:9, 90:21, 93:10, 93:11, 94:13, 96:10
**admits** [1] - 95:14
**admitted** [97] - 2:21, 3:8, 3:10, 4:5, 4:16, 4:18, 5:24, 6:10, 6:12, 9:2, 9:4, 10:20, 10:22, 13:15, 14:5, 14:7, 16:5, 16:6, 17:3, 17:5, 18:3, 18:5, 19:6, 19:8, 21:3, 21:5, 21:24, 22:14, 22:16, 24:12, 24:23, 24:25, 25:18, 26:8, 26:19, 26:21, 27:18, 27:20, 28:14, 28:15, 29:14, 29:16, 31:8, 31:10, 32:4, 32:15,

32:17, 33:21, 34:17, 36:4, 36:11, 36:12, 37:16, 38:19, 39:10, 39:12, 39:25, 43:8, 44:21, 45:20, 46:7, 46:9, 48:24, 49:11, 49:13, 50:8, 50:21, 51:12, 51:14, 52:24, 53:15, 54:16, 55:7, 55:9, 60:7, 60:11, 60:13, 61:15, 61:17, 64:3, 64:23, 76:5, 76:6, 78:2, 78:19, 80:22, 83:15, 85:8, 86:6, 87:12, 87:14, 90:12, 90:25, 91:5, 92:21, 96:12, 96:14

**Adobe** [1] - 70:21
**advantage** [1] - 47:10
**adventure** [1] - 39:16
**afternoon** [2] - 61:19, 63:2
**agencies** [2] - 13:11, 14:17
**agent** [1] - 71:13
**Agent** [43] - 2:12, 2:22, 3:12, 9:7, 16:8, 18:7, 19:10, 20:9, 21:7, 26:23, 28:21, 30:19, 32:19, 33:15, 34:5, 36:18, 37:17, 38:24, 39:14, 45:21, 46:11, 48:20, 49:15, 50:19, 50:22, 51:17, 53:17, 54:17, 55:12, 60:16, 61:23, 63:21, 64:10, 68:15, 73:13, 74:21, 76:8, 78:23, 79:25, 81:12, 91:7, 96:16, 101:11
**ago** [1] - 89:20
**agree** [1] - 65:6
**agreed** [2] - 65:7, 67:15
**agreement** [2] - 18:22, 68:7
**ahead** [4] - 35:24, 77:25, 98:9, 100:23
**Akemashite** [2] - 50:6, 95:23
**algorithms** [1] - 103:14
**allcommander@ mailinator.com** [1] - 41:17
**allow** [3] - 48:14, 74:15, 104:17
**allowed** [2] - 16:12
**allows** [1] - 105:18
**almost** [4] - 63:2,

102:3, 103:21, 106:11
**alone** [1] - 104:23
**alpha** [3] - 18:20, 34:19, 75:16
**alternatives** [1] - 57:20
**America** [1] - 102:14
**amount** [3] - 43:16, 70:9, 70:15
**announced** [1] - 102:15
**annual** [1] - 20:6
**anonymity** [1] - 103:12
**anonymizing** [1] - 50:16
**anonymous** [5] - 50:17, 72:22, 99:22, 105:2
**anonymously** [1] - 103:2
**answer** [2] - 62:13, 62:20
**anti** [1] - 98:6
**anti-abuse** [1] - 98:6
**any"** [1] - 73:1
**anyway** [2] - 33:12, 103:17
**apartment** [3] - 18:18, 18:23, 18:25
**API** [1] - 45:4
**appear** [21] - 6:20, 21:13, 23:1, 23:13, 26:3, 28:3, 37:9, 40:23, 43:21, 44:2, 51:24, 52:4, 55:19, 55:23, 60:17, 62:2, 80:16, 84:1, 84:16, 97:1, 101:13
**appeared** [2] - 96:25, 101:17
**appellation** [1] - 94:2
**appended** [1] - 95:11
**April** [3] - 11:20, 31:17, 104:5
**aptitude** [2] - 94:16, 94:19
**archived** [1] - 53:3
**archived.org** [1] - 53:1
**area** [2] - 15:5, 19:12
**argument** [2] - 94:8, 94:9
**arise** [1] - 58:20
**arrested** [2] - 34:5, 73:17
**article** [8] - 41:11, 52:11, 52:13, 53:2, 53:18, 58:25, 59:2, 104:10
**aside** [1] - 67:6

**ass** [2] - 72:21, 104:20
**asserted** [1] - 53:14
**assholes** [1] - 76:24
**associated** [11] - 18:11, 44:16, 82:14, 82:16, 82:20, 82:24, 83:12, 84:7, 85:4, 85:13, 97:5
**association** [1] - 95:25
**assume** [1] - 95:22
**assuming** [1] - 66:12
**asterisk** [1] - 77:4
**asterisks** [1] - 72:8
**attaches** [1] - 8:3
**attacks** [1] - 105:18
**attempt** [1] - 94:1
**attention** [66] - 2:20, 4:4, 5:23, 8:10, 9:24, 10:25, 11:12, 13:14, 14:9, 15:15, 16:13, 17:7, 17:14, 17:17, 18:20, 20:13, 21:23, 24:11, 25:17, 25:22, 26:7, 27:7, 29:2, 30:22, 32:3, 33:20, 34:16, 36:18, 37:11, 38:16, 38:18, 42:6, 43:9, 45:19, 48:17, 48:23, 50:9, 50:19, 52:23, 54:14, 59:18, 61:2, 63:24, 64:10, 64:25, 70:24, 73:11, 73:19, 75:13, 77:11, 77:13, 77:20, 79:7, 82:4, 84:24, 85:21, 86:11, 86:23, 87:23, 89:21, 89:25, 90:11, 92:20, 99:11, 100:2, 105:12
**August** [2] - 8:5, 51:23
**Aurum** [1] - 99:24
**authority** [1] - 73:5
**automatically** [1] - 62:10
**available** [4] - 57:20, 86:21, 86:22, 105:23
**avatar** [2] - 97:4, 97:5
**average** [2] - 30:11, 30:15
**avoid** [1] - 67:13
**awareness** [1] - 94:16
**awesome** [1] - 98:1

## B

**B2B** [1] - 14:18
**bad** [1] - 104:25
**badmadafacker@ hotmail.com** [1] - 51:21
**balance** [1] - 72:14

**bank** [5] - 72:12, 73:3, 104:11, 104:13, 105:7
**banking** [1] - 105:4
**banks** [6] - 72:19, 104:11, 104:13, 104:19, 104:20, 104:22
**based** [4] - 40:23, 45:12, 46:21, 103:13
**basis** [1] - 20:11
**Bay** [1] - 102:19
**bc** [1] - 28:25
**beginning** [7] - 62:5, 73:1, 74:24, 100:8, 100:16, 101:24, 105:15
**begins** [6] - 18:8, 66:14, 76:9, 78:5, 78:24, 88:7
**below** [3] - 5:8, 42:3, 70:9
**bench** [3] - 65:3, 93:16, 96:7
**beneath** [6] - 36:23, 38:5, 41:9, 41:14, 41:21, 42:14
**Benjamin's** [1] - 50:1
**best** [2] - 7:22, 105:20
**better** [1] - 102:7
**between** [3] - 56:25, 75:1, 103:16
**biggest** [1] - 57:21
**bill** [1] - 49:25
**Binance** [8] - 37:13, 37:17, 37:20, 69:15, 69:21, 76:13, 104:11, 104:17
**binder** [7] - 8:11, 10:16, 15:15, 35:11, 65:24, 66:1, 95:4
**binders** [2] - 65:13, 65:14
**birth** [1] - 8:4
**birthday** [1] - 8:2
**bit** [12] - 30:16, 33:1, 39:17, 40:11, 41:13, 53:24, 54:1, 58:1, 65:11, 76:17, 88:20, 103:17
**bitcoaster.com** [3] - 40:4, 40:8, 40:9
**Bitcoin** [48] - 2:14, 9:21, 12:18, 12:19, 13:4, 20:10, 23:6, 28:10, 28:21, 30:20, 43:5, 44:14, 46:12, 48:21, 50:1, 54:2, 56:13, 56:14, 57:11, 57:14, 57:17, 57:22, 58:2, 58:9, 58:12, 83:11, 83:18, 83:25, 89:7, 89:10, 93:24,

94:14, 94:19, 94:25, 95:21, 96:2, 97:13, 97:14, 98:17, 98:19, 99:16, 99:17, 100:11, 100:22, 102:18, 102:24, 102:25
**Bitcoin.org** [1] - 57:11
**Bitcoins** [6] - 50:16, 58:6, 58:15, 98:10, 100:18, 102:1
**BitcoinTalk** [1] - 50:7
**bitcointalk.org** [2] - 57:12, 58:4
**Bitfinex** [2] - 69:16, 70:15
**BitPay** [7] - 42:16, 43:6, 43:8, 45:1, 45:6, 47:12, 47:16
**Bitstamp** [5] - 68:18, 68:23, 69:5, 76:23, 89:1
**Bitstamp's** [1] - 88:25
**block** [5] - 7:9, 7:10, 7:13, 41:15, 41:24
**blockchain** [1] - 70:12
**blocked** [1] - 62:12
**blocking** [1] - 105:7
**bodies** [1] - 89:1
**body** [8] - 5:1, 11:8, 11:21, 12:6, 12:16, 13:2, 23:5, 25:9
**bold** [2] - 66:11, 66:16
**book** [2] - 14:22, 75:5
**boot** [1] - 64:12
**borrow** [1] - 35:12
**bottom** [28] - 6:23, 6:24, 7:7, 7:8, 18:8, 21:17, 23:4, 23:5, 28:6, 28:7, 30:2, 33:3, 38:1, 38:3, 40:17, 41:23, 41:24, 55:22, 55:25, 56:6, 65:10, 71:7, 72:25, 76:19, 78:4, 78:23, 87:24, 88:6
**bought** [1] - 104:11
**box** [2] - 3:18, 3:22
**brackets** [1] - 66:12
**break** [6] - 61:19, 62:25, 63:2, 63:4, 63:8, 75:1
**briefly** [1] - 51:17
**bring** [3] - 48:16, 68:8, 72:20
**brought** [2] - 94:21, 95:18
**BROWN** [133] - 2:3, 2:11, 3:4, 3:11, 4:12, 4:19, 6:6, 6:13, 7:3, 7:6, 8:23, 9:6, 10:12, 10:23, 13:23, 14:8,

16:7, 16:21, 17:6, 17:24, 18:6, 19:2, 19:9, 20:21, 21:6, 22:10, 22:18, 24:19, 25:1, 26:15, 26:22, 27:14, 27:21, 28:12, 28:20, 29:10, 29:17, 31:4, 31:11, 32:11, 32:18, 34:19, 34:21, 35:5, 35:10, 35:25, 36:5, 36:13, 36:17, 38:21, 38:23, 39:6, 39:13, 45:16, 45:18, 46:3, 46:10, 48:11, 48:18, 48:19, 49:7, 49:14, 51:8, 51:16, 53:6, 53:12, 53:16, 55:3, 55:7, 55:11, 60:6, 60:15, 61:9, 61:20, 61:22, 62:24, 63:9, 63:14, 63:20, 64:2, 64:9, 64:20, 64:24, 65:8, 65:12, 67:4, 67:16, 68:11, 68:14, 69:9, 71:3, 71:9, 71:12, 72:2, 74:2, 74:10, 74:12, 74:18, 74:20, 75:16, 75:18, 76:1, 76:7, 77:22, 78:3, 78:14, 78:22, 79:9, 79:15, 79:23, 79:24, 80:20, 81:7, 81:11, 87:17, 87:20, 87:22, 88:4, 90:21, 91:3, 91:6, 93:10, 93:15, 94:11, 95:6, 95:9, 96:10, 96:15, 101:9, 101:10, 106:2, 106:4, 106:22
**brown** [8] - 2:9, 35:24, 63:19, 65:21, 66:8, 67:3, 87:15, 94:10
**browser** [5] - 45:4, 58:18, 58:19, 58:22, 103:4
**BTC** [8] - 9:22, 12:8, 21:12, 21:19, 22:21, 69:15, 69:23, 70:16
**BTC-e** [3] - 9:22, 12:8, 69:15
**bugs** [1] - 58:20
**bullet** [8] - 68:21, 70:17, 71:1, 71:14, 76:18, 77:1, 77:4
**bunch** [4] - 67:1, 79:3, 100:25, 102:14
**bundle** [2] - 58:19, 58:22
**bunker** [1] - 70:22
**business** [8] - 14:18, 25:15, 31:20, 46:12,

47:1, 47:9, 72:17
**businesses** [1] - 13:11
**buy** [9] - 31:24, 33:12, 52:20, 53:19, 99:20, 100:18, 100:21, 101:25, 103:2
**buyer** [4] - 26:1, 43:24, 44:1, 44:18
**BY** [52] - 2:11, 3:11, 4:19, 6:13, 7:6, 9:6, 10:23, 14:8, 16:7, 17:6, 18:6, 19:9, 21:6, 22:18, 25:1, 26:22, 27:21, 28:20, 29:17, 31:11, 32:18, 34:21, 36:17, 38:23, 39:13, 45:18, 46:10, 48:19, 49:14, 51:16, 53:16, 55:11, 60:15, 61:22, 63:20, 64:9, 64:24, 68:14, 69:9, 71:12, 72:2, 74:20, 75:18, 76:7, 78:3, 78:22, 79:24, 81:11, 87:22, 91:6, 96:15, 101:10

---

## C

**calculated** [1] - 75:4
**cannot** [1] - 59:7
**capital** [2] - 85:3, 85:24
**CapO** [3] - 19:22, 20:2
**CaptainClearanceOv er** [4] - 86:16, 87:2, 87:6, 88:14
**capture** [1] - 53:1
**captured** [1] - 92:16
**card** [15] - 5:1, 5:2, 5:3, 5:4, 5:5, 5:6, 7:16, 7:18, 8:2, 14:21, 14:23, 14:24, 99:21, 99:22, 99:25
**cardholder** [1] - 14:15
**cards** [3] - 4:2, 5:19, 16:12
**carefully** [1] - 105:5
**carrying** [2] - 34:6, 73:16
**cartel** [1] - 104:11
**case** [10] - 7:21, 25:12, 45:3, 63:5, 90:4, 94:15, 95:24, 96:1, 105:19, 106:14
**cases** [1] - 103:21
**cash** [1] - 56:25
**casinos** [1] - 100:20
**cat** [1] - 60:24
**catch** [2] - 20:24, 67:5
**centralized** [1] - 57:19

**Centregold** [1] - 62:7
**centregoldsupport@ support@centregold. com** [1] - 62:1
**certain** [4] - 34:11, 35:25, 101:5, 101:13
**certainly** [2] - 58:1, 67:7
**certificates** [2] - 103:23, 103:24
**cetera** [4] - 54:6, 57:1, 58:20, 59:11, 72:17, 99:6, 102:19
**chance** [4] - 54:8, 67:21, 67:23, 79:6
**chaotic** [1] - 98:25
**characters** [1] - 27:3
**chatter** [1] - 99:9
**check** [1] - 103:23
**checks** [1] - 58:22
**child** [1] - 98:3
**chronological** [2] - 56:7, 56:8
**chunk** [3] - 73:1, 74:23, 74:25
**circle** [1] - 40:8
**clarify** [2] - 101:5, 101:8
**clear** [5] - 40:7, 40:10, 71:16, 97:20
**clever** [1] - 99:7
**click** [1] - 62:8
**client** [2] - 14:13, 15:8
**clients** [2] - 14:16, 16:12
**close** [28] - 8:6, 9:23, 13:5, 15:10, 17:13, 18:14, 20:8, 24:10, 26:6, 27:6, 30:18, 32:2, 33:14, 38:17, 48:10, 50:18, 52:22, 54:13, 59:14, 61:1, 62:23, 70:23, 71:18, 73:10, 75:12, 77:10, 79:8, 89:22
**closing** [1] - 29:2
**cocaine** [1] - 102:1
**coconut** [1] - 72:19
**coconut-crocodile** [1] - 72:19
**code** [1] - 62:20
**coin** [1] - 70:1
**coins** [2] - 33:5, 69:23
**colleague** [1] - 89:23
**collecting** [1] - 43:3
**collectively** [1] - 14:16
**column** [35] - 26:1, 42:13, 44:8, 44:12, 44:23, 44:24, 45:7, 47:15, 47:16, 47:18,

81:18, 81:23, 81:25,
82:2, 82:7, 82:8, 82:17,
82:18, 82:20, 83:4,
83:12, 84:2, 84:4, 84:9,
84:21, 84:25, 85:4,
85:21, 86:3, 86:12,
86:15, 86:17, 89:25,
90:6
   **Column** [1] - 44:25
   **combination** [1] -
60:18
   **Combinator** [1] -
41:11
   **comfortable** [2] -
66:15, 66:21
   **coming** [1] - 38:20,
53:14, 65:18
   **commercials** [2] -
79:2, 79:3
   **Commodities** [1] -
44:14
   **communicate** [1] -
99:9
   **Communication** [1] -
19:22
   **community** [1] -
104:22
   **companies** [3] - 5:19,
5:20, 14:22
   **Company** [1] - 99:25
   **company** [13] - 2:13,
5:14, 5:18, 7:14, 7:18,
13:10, 14:13, 15:14,
18:25, 20:3, 37:8,
46:24, 73:6
   **complete** [2] - 100:21,
106:19
   **completely** [3] - 52:10,
73:6, 103:11
   **complex** [1] - 57:3
   **components** [2] -
84:12, 84:16
   **compound** [1] - 75:8
   **computer** [3] - 7:2,
105:18, 105:20
   **concludes** [1] - 96:7
   **conditional** [1] - 67:10
   **conditionally** [6] -
34:17, 50:21, 54:15,
60:7, 64:3, 92:21
   **conduct** [1] - 63:6
   **confer** [1] - 48:15
   **conference** [2] - 65:3,
93:16, 96:7
   **configure** [1] - 98:6
   **connect** [1] - 103:18
   **connection** [1] -
103:13
   **console** [1] - 105:23
   **constant** [1] - 104:20

   **Constitution** [1] -
102:17
   **consultation/
financial** [1] - 46:20
   **consulting** [1] - 19:16
   **Cont** - 2:10
   **contain** [2] - 6:21,
81:13
   **contains** [2] - 79:10,
81:14
   **contemplating** [1] -
49:23
   **content** [9] - 20:18,
24:16, 26:12, 27:11,
28:7, 30:3, 31:1, 32:8,
45:24
   **continuation** [3] -
23:13, 23:23, 101:21
   **continue** [7] - 2:9,
53:22, 57:8, 58:10,
63:19, 71:15, 101:2
   **controls** [1] - 45:13
   **conversation** [2] -
23:23, 25:7
   **cool** [2] - 23:9, 66:19
   **cooperate** [1] - 104:12
   **cooperates** [1] -
104:12
   **cop** [1] - 105:19
   **cop's** [1] - 102:9
   **copies** [3] - 8:16, 10:8,
22:7
   **copy** [19] - 4:9, 6:2,
13:20, 29:7, 31:1, 51:2,
51:5, 53:3, 54:22,
54:25, 59:25, 60:4,
61:6, 73:22, 73:25,
75:23, 80:14, 80:16,
95:4
   **corporate** [1] - 46:20
   **correct** [4] - 5:22,
36:4, 59:11, 95:22
   **correctly** [2] - 98:7,
105:5
   **correspond** [2] -
43:21, 84:2
   **counsel** [1] - 65:13
   **counterparties** [1] -
25:14
   **couple** [2] - 52:11,
102:25
   **course** [6] - 30:14,
50:14, 54:5, 58:15,
100:25, 104:15
   **court** [2] - 68:12, 69:3
   **COURT** [127] - 2:2,
2:8, 3:6, 3:8, 4:14,
4:16, 6:8, 6:10, 7:5,
8:25, 9:2, 10:14, 10:19,
13:25, 14:5, 16:2, 16:4,

16:23, 17:3, 18:1, 18:3,
19:4, 19:6, 20:23, 21:3,
22:12, 22:14, 24:21,
24:23, 26:17, 26:19,
27:16, 27:18, 28:14,
28:19, 29:12, 29:14,
31:6, 31:8, 32:13,
32:15, 35:7, 35:15,
35:23, 36:3, 36:6,
36:15, 38:20, 38:22,
39:8, 39:10, 45:17,
46:5, 46:7, 48:14, 49:9,
49:11, 51:10, 51:12,
53:8, 53:10, 53:13,
55:5, 60:9, 60:11,
61:11, 61:15, 61:18,
63:1, 63:8, 63:11,
63:13, 63:15, 63:19,
64:7, 64:22, 65:16,
65:20, 66:4, 66:8, 67:3,
67:21, 67:25, 68:5,
68:13, 69:1, 71:5,
71:11, 71:22, 71:25,
74:4, 74:8, 74:14, 76:3,
76:5, 77:25, 78:16,
78:18, 79:14, 79:16,
79:20, 80:22, 80:25,
81:4, 81:8, 87:10,
87:12, 87:25, 90:23,
90:25, 91:4, 93:12,
93:14, 93:17, 94:8,
95:3, 95:8, 95:13, 96:3,
96:9, 96:12, 101:4,
106:5, 106:10, 106:17,
106:23, 106:25
   **court's** [1] - 106:2
   **courtroom** [4] - 2:5,
63:7, 63:16, 106:16
   **COURTROOM** [10] -
2:6, 34:18, 34:20,
63:17, 75:15, 75:17,
79:18, 81:2, 87:15,
87:19
   **cowards** [1] - 89:2
   **crank** [1] - 99:5
   **crap** [2] - 66:19, 105:7
   **crazy** [1] - 23:21
   **created** [1] - 81:17
   **creates** [2] - 79:2,
105:24
   **creating** [1] - 48:21
   **criminal** [1] - 90:5
   **crocodile** [1] - 72:19
   **crypto** [2] - 82:9,
85:23
   **cryptocurrencies** [3] -
105:1, 105:8, 105:10
   **Cryptocurrencies** [1] -
105:1
   **cryptocurrency** [2] -

69:10, 69:18
   **cumulative** [3] -
95:15, 95:24
   **currencies** [2] - 5:7,
57:17
   **currency** [4] - 30:8,
46:25, 53:24, 99:22
   **customer** [1] - 76:16
   **customers** [1] - 72:16
   **Cutajar** [1] - 46:16
   **cyber** [1] - 90:5

## D

   **damn** [1] - 57:1
   **dangerzone.today** [1]
- 40:2
   **dares** [1] - 98:6
   **darker** [1] - 99:4
   **darknet** [5] - 94:14,
94:17, 94:18, 95:18
   **date** [32] - 3:12, 4:20,
8:4, 10:25, 11:19,
23:10, 23:16, 23:25,
26:23, 28:1, 29:25,
31:16, 32:24, 42:20,
43:11, 50:4, 51:22,
55:17, 56:1, 56:10,
56:12, 57:5, 81:16,
89:18, 91:7, 97:9,
98:14, 99:13, 99:19,
102:21, 104:4, 105:13
   **dated** [1] - 98:15
   **dates** [2] - 20:2, 44:8
   **de** [1] - 57:22
   **deal** [2] - 30:6, 72:18
   **dealer** [1] - 102:8
   **dear** [1] - 46:24
   **debit** [1] - 4:1
   **December** [4] - 44:11,
98:15, 98:16, 105:14
   **deciding** [1] - 66:24
   **decrypt** [1] - 59:11
   **dedicated** [1] - 103:2
   **defendant** [34] - 6:16,
9:19, 11:9, 11:22,
12:18, 18:23, 30:5,
30:14, 32:21, 33:6,
33:9, 43:5, 44:3, 46:14,
47:8, 49:18, 51:19,
55:14, 56:22, 61:24,
82:13, 82:24, 83:6,
83:19, 84:18, 85:15,
90:8, 91:11, 91:25,
92:25, 96:22, 99:19,
104:9
   **defendant's** [47] -
2:23, 4:7, 10:6, 12:8,
15:6, 22:6, 29:5, 31:23,
32:6, 39:1, 41:5, 45:22,

46:23, 49:1, 54:18, 59:22, 60:1, 61:4, 64:1, 64:17, 64:18, 73:16, 73:23, 75:20, 77:17, 77:19, 80:3, 80:11, 80:17, 81:15, 82:9, 82:19, 83:3, 83:11, 84:6, 85:2, 85:8, 85:18, 85:23, 86:6, 86:14, 86:19, 87:1, 90:2, 90:15, 91:20, 92:14
**defense** [2] - 65:13, 94:5
**delaying** [2] - 68:24, 69:6
**delivered** [4] - 5:2, 18:12, 91:10, 91:11
**delivery** [1] - 5:4
**Dellmont** [2] - 48:5, 48:7
**deposit** [2] - 42:14, 42:15
**DEPUTY** [10] - 2:6, 34:18, 34:20, 63:17, 75:15, 75:17, 79:18, 81:2, 87:15, 87:19
**describe** [2] - 43:4, 84:12
**described** [1] - 47:7
**description** [1] - 47:2
**design** [2] - 49:16, 49:24
**designed** [1] - 59:4
**detail** [1] - 52:12
**details** [12] - 6:25, 9:8, 11:3, 11:14, 12:1, 12:11, 12:22, 15:8, 17:8, 46:12, 47:1, 58:2
**determined** [1] - 57:18
**developer** [2] - 19:18, 19:24
**device** [1] - 80:18
**devices** [9] - 34:6, 34:8, 34:24, 34:25, 64:1, 75:20, 77:18, 80:4, 80:12
**different** [12] - 9:19, 28:16, 33:16, 35:20, 35:21, 65:18, 73:7, 78:9, 103:11, 103:15, 105:3, 105:18
**difficult** [3] - 57:3, 58:1, 69:19
**difficulties** [1] - 7:3
**difficulty** [2] - 105:16, 105:17
**digits** [1] - 10:1
**DIRECT** [1] - 2:10
**direct** [30] - 9:24, 15:15, 16:13, 36:18,

37:11, 45:19, 48:23, 50:19, 59:18, 63:24, 64:10, 65:9, 70:24, 73:11, 73:19, 75:13, 76:8, 77:11, 77:13, 77:20, 79:22, 82:4, 84:24, 86:23, 89:24, 92:20, 99:11, 100:2, 105:12, 106:18
**directed** [1] - 46:15
**directing** [38] - 2:20, 4:4, 5:23, 8:10, 10:24, 11:12, 13:14, 14:9, 17:7, 17:14, 17:17, 18:20, 20:13, 21:23, 24:11, 25:17, 25:22, 26:7, 27:7, 29:2, 30:22, 32:3, 33:20, 34:16, 38:16, 38:18, 42:6, 43:9, 50:9, 52:23, 54:14, 61:2, 64:25, 85:20, 86:11, 87:23, 89:21, 90:11
**directly** [1] - 7:22
**dirty** [1] - 72:24
**disappear** [1] - 102:18
**discuss** [3] - 63:5, 106:14, 106:18
**discussed** [2] - 74:15, 78:19
**discussing** [2] - 68:1, 93:23
**discussion** [2] - 64:22, 78:1
**disk** [1] - 105:21
**disposable** [1] - 41:10
**disrupted** [1] - 58:15
**distributed** [1] - 98:4
**distributor** [1] - 9:10
**document** [41] - 35:21, 36:1, 38:24, 39:22, 40:15, 40:17, 41:6, 41:12, 41:19, 48:12, 48:16, 51:6, 59:24, 60:1, 60:4, 60:22, 64:13, 64:16, 65:9, 65:17, 65:19, 65:22, 65:24, 66:6, 67:11, 73:12, 73:13, 75:19, 75:20, 77:12, 77:14, 80:8, 80:10, 88:5, 89:18, 96:17, 98:13, 99:12, 102:20, 104:3, 105:13
**documents** [9] - 7:20, 7:21, 8:10, 8:13, 8:17, 59:15, 64:5, 64:19, 75:21
**dollar** [6] - 43:16, 47:23, 47:25, 48:2,

48:3, 70:2
**dollars** [9] - 11:11, 11:23, 19:20, 20:7, 43:2, 43:18, 68:23, 69:5, 70:3
**Dom** [1] - 70:21
**domain** [8] - 33:18, 34:2, 34:4, 37:1, 39:24, 40:2, 40:4, 52:16
**domains** [1] - 40:19
**DomVPN** [1] - 69:16
**done** [4] - 7:16, 56:23, 61:18, 87:20
**down** [42] - 18:7, 19:10, 24:6, 30:2, 33:3, 33:11, 37:2, 37:4, 38:1, 39:17, 40:11, 41:13, 44:5, 44:22, 50:10, 55:22, 55:25, 56:6, 65:11, 68:4, 69:3, 69:20, 71:18, 72:25, 74:25, 75:12, 76:17, 78:12, 78:23, 79:8, 82:17, 83:9, 84:4, 84:15, 88:7, 88:19, 89:3, 100:7, 100:14, 101:21, 102:17, 106:17
**Drive** [3] - 59:16, 59:22, 60:1
**drive** [2] - 73:16, 73:23
**driver's** [2] - 7:18, 8:3
**drives** [2] - 64:17, 80:5
**drop** [1] - 100:14
**dropping** [1] - 56:6
**drug** [3] - 52:20, 53:19, 58:24
**drugs** [1] - 98:3
**dudes** [2] - 79:4, 100:19
**during** [3] - 5:3, 58:23, 94:25

**E**

**earliest** [1] - 56:1
**easier** [2] - 65:13, 81:4
**easy** [2] - 58:11, 69:2
**editor** [1] - 56:18
**effect** [1] - 53:12
**either** [2] - 72:18, 84:18
**Ekeland** [7] - 48:15, 65:8, 65:21, 66:4, 67:5, 106:5, 106:23
**EKELAND** [66] - 2:4, 3:7, 4:15, 6:9, 9:1, 10:15, 14:1, 14:4, 16:3, 16:24, 17:2, 18:2, 19:5, 20:24, 21:2, 22:13, 24:22, 26:18, 27:17,

29:13, 31:7, 32:14, 35:8, 35:11, 35:18, 39:9, 45:14, 46:6, 49:10, 51:11, 53:9, 53:11, 55:6, 60:10, 61:12, 61:14, 63:10, 65:1, 65:4, 65:10, 65:15, 65:17, 65:22, 66:5, 66:10, 67:9, 67:23, 68:3, 68:10, 71:6, 71:10, 71:24, 74:5, 74:11, 74:13, 76:4, 78:17, 87:11, 90:24, 93:13, 93:18, 95:2, 95:14, 96:6, 106:8, 106:24
**electronic** [12] - 5:7, 8:16, 34:6, 34:8, 34:9, 34:11, 46:25, 63:25, 73:16, 80:4, 80:13, 80:14
**eliminate** [1] - 75:8
**email** [91] - 2:23, 2:25, 3:1, 3:12, 3:19, 4:7, 4:9, 4:20, 5:25, 6:14, 9:25, 10:7, 10:25, 11:2, 11:4, 11:8, 11:13, 11:21, 12:16, 12:21, 13:2, 17:11, 20:15, 20:16, 20:17, 20:18, 21:7, 21:8, 21:11, 21:17, 23:14, 23:18, 23:23, 24:3, 24:15, 25:6, 25:10, 26:23, 27:22, 28:1, 28:3, 28:6, 29:19, 31:12, 31:16, 32:24, 33:16, 36:25, 37:4, 37:6, 37:13, 37:21, 37:24, 38:8, 39:21, 40:18, 40:24, 41:3, 41:5, 41:16, 43:25, 44:2, 44:15, 44:18, 44:19, 45:10, 46:11, 46:13, 47:4, 47:19, 47:21, 52:5, 52:6, 53:2, 55:16, 55:23, 56:4, 56:19, 57:9, 62:2, 62:21, 83:5, 83:6, 83:17, 83:18, 83:21, 83:24, 85:13, 90:16, 91:7
**emails** [6] - 10:6, 10:8, 22:5, 22:7, 41:10, 90:19
**Emanuel** [3] - 55:16, 56:9, 56:16
**emanuel@hoodlum. se** [1] - 55:16
**emoji** [4] - 23:21, 27:5, 54:7, 103:8

**employed/freelance** [1] - 19:16
**employer** [2] - 19:15, 19:21
**employment** [2] - 19:12, 20:2
**encrypted** [2] - 103:16, 103:17
**encryption** [1] - 105:21
**end** [2] - 37:1, 97:18
**ended** [1] - 72:22
**enemy** [1] - 106:1
**eNett** [4] - 14:13, 14:14, 14:16
**enforcement** [4] - 34:11, 90:15, 90:18, 92:11
**English** [9] - 52:2, 55:20, 55:21, 60:18, 91:17, 95:11, 97:17, 98:21, 101:18
**enlisting** [1] - 57:2
**Enquiry** [1] - 7:8
**enter** [3] - 2:5, 59:3, 63:16
**entered** [1] - 59:12
**entire** [1] - 44:23
**entity** [1] - 73:4
**entries** [6] - 5:8, 38:7, 44:7, 69:20, 81:21, 84:21
**entry** [9] - 5:8, 37:2, 37:12, 37:13, 70:4, 70:8, 77:4, 82:5, 84:2
**era** [1] - 72:22
**especially** [1] - 59:4
**essentially** [1] - 95:25
**established** [1] - 95:1
**et** [7] - 54:6, 57:1, 58:20, 59:11, 72:17, 99:6, 102:19
**ETH** [4] - 70:10, 70:11, 70:19, 70:21
**Ether** [1] - 70:12
**ethereum** [1] - 70:12
**Ethereum** [1] - 70:12
**euros** [1] - 72:20
**evening** [2] - 30:16, 106:21
**eventually** [1] - 30:19
**everywhere** [1] - 105:10
**evidence** [4] - 20:10, 90:8, 95:15, 95:19
**exactly** [2] - 25:13, 62:19
**EXAMINATION** [1] - 2:10
**examine** [1] - 79:10

**examined** [1] - 34:8
**example** [4] - 72:10, 89:9, 100:19, 102:2
**excellent** [1] - 102:5
**excess** [1] - 56:14
**exchange** [6] - 2:14, 47:11, 82:9, 85:23, 89:13, 104:17
**exchanger** [1] - 46:25
**exchanges** [8] - 57:22, 88:25, 89:10, 89:11, 104:24, 105:4, 105:6, 105:11
**excuse** [1] - 15:1
**Exhibit** [169] - 2:20, 2:22, 3:5, 3:8, 3:10, 4:4, 4:6, 4:13, 4:16, 4:18, 5:24, 6:2, 6:7, 6:10, 6:12, 8:10, 8:19, 9:7, 10:1, 10:25, 11:12, 11:24, 12:9, 12:20, 13:14, 13:24, 14:5, 14:7, 16:6, 16:14, 16:18, 16:22, 17:3, 17:5, 17:17, 17:25, 18:3, 18:5, 18:20, 19:3, 19:6, 19:8, 20:22, 21:3, 21:5, 21:23, 23:4, 23:12, 23:22, 24:11, 24:13, 24:20, 24:25, 25:17, 26:3, 26:7, 26:16, 26:19, 26:21, 27:7, 27:15, 27:20, 28:13, 29:2, 29:11, 29:14, 29:16, 30:22, 31:5, 31:8, 31:10, 32:3, 32:12, 32:15, 32:17, 33:20, 34:16, 34:17, 35:5, 35:6, 37:15, 37:23, 38:19, 39:7, 39:10, 39:12, 39:25, 42:7, 43:9, 45:7, 45:19, 45:21, 46:4, 46:9, 47:12, 48:12, 48:23, 48:25, 49:8, 49:11, 49:13, 50:7, 50:22, 52:3, 52:23, 52:25, 53:7, 53:13, 53:15, 53:21, 54:9, 54:22, 54:25, 55:1, 55:12, 56:3, 59:23, 59:25, 60:3, 60:13, 60:16, 60:19, 61:2, 61:3, 61:10, 61:15, 61:17, 64:6, 64:11, 64:14, 64:21, 73:12, 74:3, 75:14, 76:2, 76:6, 77:12, 78:2, 78:15, 80:7, 80:21, 83:14, 84:1, 85:7, 85:20, 86:5,

86:11, 86:24, 86:25, 87:5, 87:9, 87:12, 87:14, 87:23, 89:24, 90:11, 90:13, 90:22, 91:5, 91:22, 91:23, 91:24, 92:23, 93:10, 95:7, 96:11, 96:12, 96:14
**exhibit** [32] - 2:25, 5:23, 7:24, 13:17, 16:15, 17:18, 18:21, 20:14, 26:9, 27:8, 29:4, 30:23, 32:5, 33:22, 34:22, 36:16, 37:14, 38:18, 44:21, 46:7, 65:12, 72:1, 74:14, 74:19, 77:21, 77:23, 78:21, 80:14, 80:16, 80:24, 86:23, 96:5
**exhibits** [14] - 8:19, 10:5, 10:8, 10:19, 15:21, 16:4, 22:3, 22:14, 54:15, 54:17, 59:20, 64:3, 64:4, 92:20
**Exhibits** [22] - 8:24, 9:2, 9:4, 9:25, 10:13, 10:21, 15:16, 15:18, 16:1, 21:25, 22:11, 22:16, 50:20, 51:9, 51:14, 54:14, 55:4, 55:9, 59:18, 60:8, 92:24, 93:11
**exist** [2] - 89:12, 104:16
**existing** [1] - 102:14
**exists** [2] - 57:19, 104:15
**exit** [2] - 103:20, 104:2
**explain** [4] - 32:19, 57:4, 58:2, 81:12
**explained** [1] - 59:1
**explains** [1] - 52:11
**explanation** [1] - 58:3
**explicitly** [2] - 88:17, 88:18
**exploit** [5] - 90:2, 90:3, 90:4, 90:9
**Exploit** [2] - 96:23, 101:17
**exploit.in** [12] - 90:10, 91:15, 91:21, 91:25, 92:2, 92:4, 92:7, 92:10, 92:12, 92:14, 93:1, 100:3
**explore** [1] - 48:21
**export_HQ1** [1] - 80:1
**extent** [1] - 74:6
**extra** [2] - 50:15, 62:20
**extract** [1] - 80:11

**extracted** [1] - 80:17
**eyes** [1] - 14:1

## F

**f'ing** [1] - 66:19
**fabric** [1] - 94:24
**face** [6] - 33:13, 50:3, 54:7, 98:9, 103:8, 103:25
**fact** [7] - 52:12, 72:12, 82:13, 93:18, 95:21, 102:13, 105:17
**facto** [1] - 57:22
**factoring** [1] - 78:11
**fair** [23] - 4:9, 10:8, 13:20, 20:17, 22:7, 29:7, 31:1, 39:2, 49:3, 51:2, 51:5, 53:3, 54:22, 54:25, 59:25, 60:3, 61:6, 73:22, 73:25, 75:23, 80:16, 87:5, 90:17
**fairly** [12] - 2:25, 6:2, 8:19, 15:21, 16:18, 17:21, 18:24, 24:16, 26:12, 27:11, 32:8, 45:24
**familiar** [4] - 5:14, 58:8, 58:9, 70:7
**famous** [1] - 58:25
**far** [6] - 57:21, 77:7, 79:6, 89:16, 99:3, 99:24
**fast** [2] - 66:4, 69:2
**faster** [1] - 59:13
**FATCA** [1] - 104:23
**fault** [1] - 88:25
**February** [2] - 21:18, 23:11
**feedback** [1] - 102:6
**few** [7] - 13:16, 29:18, 33:15, 37:7, 81:21, 99:17, 101:11
**fiat** [1] - 30:8
**field** [1] - 7:7
**fields** [2] - 6:14, 62:21
**fight** [1] - 72:22
**figure** [2] - 72:14, 103:12
**file** [9] - 34:25, 35:3, 73:23, 77:24, 79:10, 80:1, 80:3, 81:13, 81:14
**files** [8] - 34:9, 34:11, 34:14, 63:25, 73:15, 77:16, 77:17, 77:19
**final** [2] - 50:10, 50:13
**finally** [1] - 36:11
**Financial** [12] - 5:14,

5:17, 5:18, 5:20, 7:12,
8:8, 8:14, 8:20, 9:14,
9:16, 13:7, 13:19
**financial** [5] - 2:13,
13:9, 13:10, 15:13,
16:11
**financing** [1] - 72:23
**fine** [2] - 28:19, 67:13
**finger** [3] - 42:10,
54:10, 69:14
**finish** [3] - 57:1, 76:13,
77:6
**Finish** [1] - 76:9
**first** [37] - 17:7, 24:2,
30:3, 31:18, 31:22,
33:4, 41:9, 43:10, 44:8,
44:10, 44:18, 44:23,
45:9, 46:22, 47:15,
50:12, 56:2, 56:7,
56:20, 59:9, 62:16,
70:18, 72:5, 74:23,
79:5, 81:22, 83:21,
91:18, 93:4, 96:17,
97:9, 100:10, 100:16,
101:23, 103:10,
103:16, 105:22
**Fiserv** [1] - 16:9
**FISV** [5] - 16:9, 16:11,
16:12, 16:16, 16:19
**five** [3] - 56:15, 72:14,
106:11
**flight** [4] - 38:11,
38:13, 39:1, 39:4
**Flight** [1] - 39:16
**flip** [15] - 10:2, 16:24,
37:14, 41:12, 54:9,
66:23, 83:14, 86:5,
97:7, 97:16, 97:21,
98:12, 98:20, 100:6,
101:11
**flipping** [9] - 37:23,
39:24, 40:15, 43:8,
47:12, 52:3, 53:21,
84:1, 89:24
**Florida** [2] - 18:16,
18:23
**fluffy** [1] - 73:4
**focus** [1] - 35:25
**focused** [3] - 35:22,
47:11, 69:18
**Fog** [4] - 56:13,
56:14, 93:24, 94:25,
95:21, 96:2, 97:13,
97:14, 98:17, 98:19,
99:16, 99:17, 102:24,
102:25
**folks** [2] - 2:8, 98:1
**followed** [2] - 93:8,
95:9
**following** [4] - 7:9,

14:19, 41:18, 88:19
**follows** [3] - 37:6,
52:17, 93:16
**forced** [1] - 104:20
**forget** [1] - 101:25
**forgot** [1] - 52:10
**form** [2] - 12:18, 62:9
**format** [1] - 96:24
**formatting** [1] - 93:3
**formerly** [1] - 69:15
**forth** [1] - 23:14
**forum** [6] - 57:12,
57:14, 90:5, 91:15,
94:4, 97:1
**forward** [1] - 97:7,
97:16, 104:3
**foundation** [1] - 94:6
**foundational** [1] - 78:9
**framed** [2] - 71:7, 71:9
**free** [1] - 35:15
**freelancer** [1] - 57:2
**freely** [1] - 100:11
**frequently** [1] - 58:18
**front** [1] - 74:9
**fuck** [3] - 33:12, 78:11,
102:15
**fucking** [1] - 98:8
**fuckyou2@
mailinator.com** [1] -
44:1
**full** [13] - 14:10, 24:2,
50:12, 56:20, 57:9,
77:4, 87:24, 88:24,
97:24, 101:23, 103:6,
103:10, 104:8
**fun** [3] - 57:16, 57:24,
103:8
**function** [1] - 59:6
**funded** [2] - 9:16, 9:20
**funds** [1] - 76:23
**future** [2] - 75:8,
104:16

## G

**gallery** [4] - 79:11,
79:12, 79:21, 89:22
**gambling** [1] - 100:20
**gateways** [1] - 105:4
**gavinandresen@
gmail.com** [1] - 49:20
**gawker.com** [3] -
52:18, 53:1, 59:2
**general** [2] - 54:1,
99:9
**generally** [2] - 52:15,
100:21
**Germany** [1] - 18:13
**gift** [1] - 16:12
**given** [1] - 39:19

**goal** [1] - 78:10
**God** [1] - 102:9
**God-knows-where** [1]
- 102:9
**gold** [1] - 71:15
**Google** [34] - 3:2,
4:10, 6:3, 10:9, 20:19,
22:5, 22:8, 24:14,
24:17, 26:10, 26:13,
27:9, 27:11, 29:5, 29:7,
30:24, 31:1, 32:6, 32:9,
45:22, 45:24, 45:25,
49:1, 49:4, 50:25, 51:3,
54:18, 54:23, 59:16,
59:22, 60:1, 61:4, 61:6,
61:7
**gothencoin** [1] - 25:20
**Government** [1] - 80:6
**government** [72] - 3:1,
3:4, 4:12, 6:3, 6:6,
8:21, 8:23, 10:9, 10:12,
13:18, 13:23, 15:19,
15:22, 15:24, 15:25,
16:16, 16:19, 16:21,
17:19, 17:22, 17:24,
19:2, 20:21, 22:10,
24:19, 26:15, 27:14,
28:12, 29:10, 31:4,
32:9, 32:11, 35:5,
35:12, 37:19, 38:13,
38:25, 39:3, 39:6,
45:25, 46:3, 48:11,
49:4, 49:7, 51:3, 51:8,
53:6, 54:23, 55:3, 60:7,
61:9, 64:20, 71:3,
71:21, 74:2, 76:1,
77:22, 78:14, 80:20,
89:5, 89:6, 89:6, 90:21,
93:10, 94:1, 94:6,
95:14, 95:16, 95:24,
96:10, 98:11, 106:4
**government's** [2] -
60:13, 94:15
**Government's** [29] -
3:10, 4:18, 6:12, 9:4,
10:21, 14:7, 16:6, 17:5,
18:5, 19:8, 21:5, 22:16,
24:25, 26:21, 27:20,
29:16, 31:10, 32:17,
39:12, 46:9, 49:13,
51:14, 53:15, 55:9,
61:17, 76:6, 78:2, 91:5,
96:14
**governments** [3] -
89:12, 89:15, 104:21
**Gox** [5] - 30:5, 85:23,
85:24, 86:7, 86:10
**graphic** [1] - 97:2
**gravytrain** [1] - 36:22
**gravytrain.top** [7] -

33:18, 34:2, 34:4, 37:1,
37:3, 37:24, 38:2
**gray** [1] - 73:9
**great** [2] - 50:14,
50:16
**gross** [2] - 19:19,
19:25
**ground** [1] - 53:14
**grounds** [2] - 35:19,
93:22
**group/title** [1] - 81:24
**Guantanamo** [1] -
102:19
**guilt** [1] - 95:25
**guy** [1] - 21:19

## H

**hacker** [2] - 94:2, 94:4
**half** [1] - 97:14
**halfway** [1] - 88:6
**hanging** [1] - 27:4
**happily** [1] - 89:8
**happy** [3] - 60:24,
67:6, 73:3
**hard** [6] - 69:2, 89:15,
98:7, 102:2, 102:3
**hard-to-get** [1] - 102:3
**Hassard** [2] - 65:4,
65:18
**hazard** [1] - 65:22
**head** [1] - 68:10
**header** [2] - 66:16,
66:21
**heading** [17] - 22:20,
36:20, 36:21, 36:23,
41:7, 41:14, 41:19,
46:11, 66:10, 68:15,
68:18, 74:21, 81:22,
81:25, 82:2, 88:10,
88:12
**headline** [2] - 53:18,
54:10
**hear** [1] - 68:3
**heard** [3] - 65:20,
95:17, 95:21
**hearsay** [7] - 35:20,
53:9, 53:11, 93:13,
93:18, 93:21, 94:9
**Heav** [1] - 3:23
**Heavydist** [1] - 29:24
**heavydist@gmail.
com** [30] - 2:24, 3:17,
4:8, 4:25, 6:1, 6:17,
10:7, 10:10, 11:7,
11:18, 12:5, 12:15,
13:1, 20:16, 22:6,
24:15, 26:10, 27:9,
29:6, 29:24, 30:24,
32:7, 45:23, 49:2,

50:25, 54:19, 61:5, 83:5, 83:20, 85:14
**Hedged** [2] - 47:1, 47:6
**hedged** [1] - 47:8
**held** [1] - 93:16
**Hello** [1] - 56:22
**hello** [4] - 3:23, 7:14, 49:22, 62:19
**help** [1] - 57:2
**hi** [4] - 21:11, 28:25, 33:5, 52:10
**Hi** [5] - 21:18, 30:5, 31:20, 31:24, 33:7
**hidden** [3] - 59:6, 97:19, 98:2
**high** [4] - 30:11, 30:14, 75:7
**higher** [1] - 99:6
**highlight** [2] - 69:14, 94:13
**highly** [1] - 93:22
**history** [2] - 15:5, 19:12
**hits** [1] - 65:23
**Hodl** [2] - 88:13
**holding** [1] - 37:14
**holidays/travel** [1] - 14:22
**home** [1] - 63:21
**Honor** [47] - 2:3, 2:4, 9:1, 14:2, 16:25, 20:25, 24:22, 31:7, 35:18, 35:25, 36:5, 36:13, 38:21, 45:14, 48:11, 48:18, 60:6, 61:20, 63:9, 63:10, 64:2, 64:20, 65:1, 65:8, 65:12, 67:4, 67:16, 68:3, 68:11, 71:3, 71:6, 71:24, 74:5, 74:18, 78:17, 79:9, 79:23, 81:7, 93:15, 94:11, 95:2, 95:6, 95:14, 96:6, 106:22, 106:24
**hosting** [2] - 98:6, 100:19
**hosts** [1] - 103:15
**Hotels** [1] - 66:11
**hours** [1] - 72:11
**hq@moonvpn.org** [2] - 40:21, 41:4
**HTTP://centregold. info/account** [1] - 62:12
**HTTP://centregold. info/account-blocked** [1] - 62:12
**HTTP://ianxz6zefk72 ulzz.onion** [1] - 102:12
**HTTP://www.**

**weusecoins.com** [1] - 53:25
**human** [1] - 52:19

**I**

**I'm..** [1] - 78:5
**ID** [3] - 42:18, 42:19, 47:16
**idea** [2] - 47:11, 98:1
**ideas** [1] - 49:24
**identification** [1] - 95:23
**identity** [1] - 8:1
**illegal** [1] - 54:6
**image** [4] - 49:16, 49:25, 60:23, 60:24
**imaginable** [2] - 52:21, 53:20
**imagine** [1] - 89:10
**immediately** [1] - 41:21
**implementation** [2] - 45:2, 104:21
**important** [2] - 58:21, 77:8
**importantly** [1] - 50:15
**imprisoned** [1] - 99:3
**include** [1] - 84:22
**includes** [1] - 21:13
**including** [1] - 3:22
**income** [1] - 20:5
**incoming** [1] - 37:1
**incoming124920104 @gravytrain.top** [1] - 39:23
**incoming455431950 @gravytrain.top** [1] - 38:4
**incoming527409381 @gravytrain.top** [2] - 37:5, 37:22
**incoming558264323 @gravytrain.top** [1] - 38:9
**indicate** [16] - 11:21, 12:6, 12:16, 19:14, 19:17, 30:19, 42:2, 42:10, 42:14, 42:25, 43:13, 43:14, 50:1, 54:10, 70:15
**indicated** [12] - 5:12, 43:19, 69:21, 82:8, 82:18, 83:2, 83:4, 84:5, 85:22, 86:12, 90:1, 90:6
**indicates** [3] - 19:16, 34:1, 69:23
**indicating** [4] - 42:12, 54:12, 68:21, 101:16

indicating) [2] - 19:13, 35:14
**indication** [1] - 70:8
**individual** [1] - 73:8
**individuals** [1] - 14:22
**indulgence** [1] - 106:2
**info** [3] - 34:25, 40:15, 54:1
**Info** [1] - 41:14
**info@dangerzone. today** [3] - 17:12, 40:22, 40:24
**info@janemedia** [1] - 30:9
**info@janemedia.se** [3] - 29:22, 31:15, 32:23
**info@mail. dangerzone.today** [1] - 40:20
**info@ PrepaidFinancialServices .com** [1] - 6:19
**information** [10] - 7:25, 39:18, 40:18, 54:6, 80:17, 81:16, 85:9, 86:6, 99:5, 104:10
**initial** [1] - 58:3
**initials** [1] - 85:3
**input** [1] - 47:16
**inquiry** [2] - 6:25, 7:11
**Insta** [1] - 29:1
**install** [1] - 58:13
**instance** [1] - 66:2
**instant** [1] - 98:5
**Instawallet** [2] - 58:8, 58:9
**instawallet.org** [1] - 58:6
**instead** [2] - 50:1, 57:20
**institution** [4] - 13:9, 15:13, 16:11, 46:21
**intent** [1] - 54:6
**interest** [2] - 75:8, 103:22
**interested** [1] - 79:4
**interesting** [2] - 49:23, 101:25
**International** [2] - 14:14
**international** [1] - 104:22
**internet** [2] - 99:23, 100:20
**intervention** [1] - 89:6
**intimidated** [1] - 98:10
**introspection** [1] - 60:25
**investigation** [9] -

2:17, 8:7, 13:5, 13:6, 15:11, 16:8, 17:15, 59:15, 79:25
**invites** [1] - 88:13
**invoice** [2] - 45:1, 45:4
**involving** [1] - 25:19
**IP** [5] - 44:25, 45:9, 83:23, 103:13, 104:2
**IPs** [1] - 45:3
**irrelevant** [1] - 35:19
**is..** [1] - 98:8
**ish** [1] - 31:25
**islands** [1] - 72:19
**Isle** [1] - 42:4
**issue** [3] - 5:19, 13:12, 94:10
**issues** [3] - 14:11, 14:12, 81:10
**itself** [3] - 53:24, 59:3, 99:22

**J**

**jacksonson** [1] - 85:6
**Jacksonson** [1] - 85:12
**Jane** [1] - 33:5
**Janemedia** [1] - 31:20
**January** [2] - 97:11, 97:12
**jerking** [1] - 105:6
**join** [1] - 88:13
**joke** [1] - 72:20
**July** [1] - 50:5
**June** [1] - 18:12
**jurisdiction** [1] - 72:9
**jurors** [4] - 2:5, 63:7, 63:16, 106:16
**jury** [57] - 2:2, 2:6, 3:9, 4:17, 6:11, 9:3, 10:20, 14:6, 15:1, 15:2, 17:4, 18:4, 19:7, 21:4, 22:15, 24:24, 26:20, 27:19, 28:15, 29:15, 31:9, 32:16, 34:1, 36:14, 39:11, 46:8, 49:12, 51:13, 54:8, 55:8, 60:12, 61:16, 63:13, 63:17, 65:6, 67:7, 67:8, 67:11, 67:14, 67:19, 67:22, 68:20, 68:22, 69:13, 70:23, 71:11, 71:18, 71:23, 78:12, 79:12, 80:21, 80:23, 87:13, 91:1, 94:13, 96:13, 101:6

**K**

**keep** [4] - 30:16,

38:16, 47:9, 72:13
**Kellerman** [3] - 42:17, 43:22, 82:22
**kept** [1] - 72:12
**key** [1] - 94:15
**keyboard** [2] - 105:22, 105:25
**Killdozer** [4] - 60:25, 83:13, 83:20, 83:24
**kim.com** [1] - 89:14
**kim.com-style** [1] - 89:14
**kind** [8] - 13:9, 15:13, 16:11, 43:3, 44:7, 67:13, 76:13, 94:2
**knowledge** [3] - 94:14, 94:18, 94:24
**known** [2] - 98:4, 104:10
**knows** [2] - 50:2, 102:9
**Kraken** [4] - 69:15, 82:9, 82:13, 82:15
**krona** [1] - 30:8
**krons** [1] - 31:25
**KUSD** [3] - 69:24, 70:2, 70:14
**KUSD-T** [2] - 69:24, 70:2
**KYC** [6] - 76:13, 76:15, 88:18, 104:23, 104:24, 105:6
**KYC/AML** [2] - 104:15, 104:20

## L

**laid** [1] - 94:6
**language** [5] - 51:24, 55:19, 60:17, 68:6, 93:5
**languages** [2] - 34:12, 60:17
**large** [4] - 36:21, 58:16, 60:24, 74:5
**last** [16] - 24:7, 30:15, 37:11, 37:13, 38:2, 54:16, 62:6, 64:4, 66:2, 68:4, 71:13, 73:1, 89:21, 92:21, 100:14, 103:20
**later..** [1] - 23:7
**launch** [6] - 56:12, 97:13, 98:17, 98:18, 99:15, 102:24
**launched** [3] - 97:15, 99:17, 102:25
**launder** [1] - 99:4
**laundering** [2] - 72:24, 105:5

**law** [5] - 34:11, 90:14, 90:18, 92:10, 103:25
**laws** [1] - 102:16
**lead** [2] - 58:20, 59:6
**leaking** [1] - 99:5
**learned** [1] - 52:13
**lease** [1] - 18:22
**least** [4] - 23:20, 90:8, 90:10, 106:1
**leave** [2] - 63:7, 106:16
**left** [4] - 42:25, 72:13, 81:20, 97:2
**legal** [24] - 3:2, 4:10, 6:4, 8:15, 8:21, 10:9, 13:19, 15:20, 16:17, 17:20, 22:8, 24:15, 24:17, 26:13, 27:12, 29:8, 31:2, 32:9, 46:1, 49:4, 51:3, 61:7, 73:4, 102:4
**legit** [1] - 50:17
**legitimacy** [1] - 105:8
**legitimate** [1] - 49:22
**legitimizes** [1] - 104:25
**lengths** [1] - 89:2
**LEO** [1] - 2:10
**less** [3] - 66:18, 79:6, 99:9
**letters** [2] - 85:3, 85:24
**level** [1] - 103:18
**levels** [1] - 99:2
**Liberty** [11] - 5:13, 9:21, 11:11, 11:23, 85:2, 85:8, 85:17, 94:22, 99:21, 100:12, 103:3
**license** [2] - 7:18, 8:3
**licenses** [2] - 89:12, 89:15
**lies** [2] - 105:16, 105:17
**life** [4] - 66:15, 66:21, 78:9, 78:11
**likely** [1] - 105:21
**Limited** [3] - 13:7, 14:14, 14:15
**line** [38] - 11:2, 11:13, 11:25, 12:10, 12:21, 18:8, 25:24, 29:19, 41:9, 41:24, 42:2, 43:10, 49:15, 62:5, 62:6, 70:18, 72:3, 74:25, 76:9, 76:10, 76:12, 76:22, 82:17, 83:1, 83:9, 83:21, 84:2, 84:4, 84:24, 85:21, 86:12, 86:13, 88:10,

89:25, 91:14, 97:16, 97:17
**lines** [11] - 3:21, 18:10, 25:22, 37:7, 44:6, 46:22, 47:13, 47:14, 62:6, 68:22, 75:1
**link** [5] - 3:24, 53:25, 54:2, 54:4, 102:12
**linked** [1] - 53:2
**links** [6] - 41:11, 52:1, 52:7, 52:11, 58:4, 59:17
**list** [14] - 8:4, 19:21, 19:25, 20:5, 37:6, 37:7, 37:9, 37:12, 40:18, 41:10, 71:14, 81:14, 100:22, 100:24
**listed** [15] - 36:23, 37:4, 37:21, 37:24, 38:2, 38:8, 41:21, 42:23, 43:25, 82:11, 83:9, 84:25, 85:1, 86:15, 91:23
**listener** [1] - 53:12
**lists** [2] - 20:4, 101:1
**live** [1] - 98:25
**LLC** [1] - 39:16
**load** [1] - 5:6
**local** [1] - 102:8
**LocalBitcoins** [3] - 25:15, 25:20, 88:12
**localBitcoins** [1] - 29:20
**localbitcoins.com** [1] - 20:9
**locate** [1] - 65:13
**location** [1] - 67:17
**locked** [1] - 102:18
**log** [2] - 103:17, 103:20
**logged** [2] - 45:2, 45:3
**login** [4] - 41:19, 41:21, 62:9, 93:20
**LOL** [1] - 103:2
**London** [1] - 21:19
**long-running** [1] - 90:4
**look** [19] - 9:7, 18:7, 20:25, 21:25, 23:22, 35:8, 43:15, 45:9, 49:24, 56:3, 58:6, 61:12, 66:8, 67:22, 83:18, 86:17, 96:4, 96:20
**looked** [7] - 37:18, 40:19, 43:22, 53:2, 58:5, 59:2, 83:16
**looking** [45] - 5:8, 7:7, 9:9, 11:2, 11:8, 11:24, 12:6, 12:9, 12:16, 12:20, 13:2, 15:5, 28:6,

37:2, 38:1, 39:14, 39:25, 40:13, 40:16, 42:11, 44:5, 44:12, 45:7, 48:13, 52:15, 55:12, 55:25, 56:8, 60:16, 62:4, 66:2, 66:6, 71:7, 81:22, 82:7, 83:16, 84:11, 84:14, 87:23, 88:4, 88:6, 91:16, 96:24, 97:9, 97:16
**looks** [2] - 50:2, 67:1
**loose** [2] - 75:5, 75:9
**loss** [2] - 75:6, 75:7
**lost** [1] - 28:25
**loud** [1] - 86:18
**love** [1] - 103:3
**low** [1] - 30:20
**lower** [2] - 24:9, 99:9
**LR** [1] - 85:3
**LSD** [1] - 102:1
**Ltd** [1] - 72:11
**luck** [1] - 103:8

## M

**Mailinator** [1] - 41:10
**mailinator.com** [1] - 41:16
**mails** [1] - 36:22
**main** [8] - 52:16, 57:11, 57:12, 70:21, 72:3, 72:9, 72:11, 75:2
**Main** [1] - 72:5
**major** [1] - 89:6
**majority** [2] - 52:13, 57:12
**malfunction** [1] - 7:2
**Malta** [2] - 46:21, 46:25
**man** [5] - 25:11, 28:25, 30:5, 31:24, 33:7
**Man** [1] - 42:4
**managing** [1] - 14:18
**manner** [2] - 5:12, 42:15
**manufacturing** [1] - 5:3
**March** [15] - 3:13, 4:21, 11:1, 23:17, 24:1, 26:24, 28:2, 34:3, 42:22, 43:6, 43:12, 55:18, 56:2, 56:11, 57:7
**marked** [5] - 7:8, 41:7, 65:25, 74:21, 80:6
**market** [3] - 47:10, 57:18, 57:19
**markets** [2] - 94:17, 94:18

**Marknaos** [1] - 19:22
**MAST** [1] - 64:16
**MasterCard** [4] - 7:14, 13:12, 14:12, 99:21
**matter** [6] - 53:14, 72:13, 79:5, 95:21, 98:7, 103:18
**max** [1] - 17:10
**max@bitcoaster. com** [3] - 40:21, 41:2, 47:19
**McDonald's** [1] - 27:2
**mean** [3] - 59:10, 67:6, 93:19
**means** [1] - 88:15
**meant** [1] - 28:16
**meanwhile** [1] - 78:10
**measures** [1] - 77:5
**media** [1] - 33:5
**meet** [4] - 21:22, 23:20, 25:12, 30:11
**members** [1] - 81:8
**meme** [1] - 60:24
**memory** [1] - 58:13
**menu** [2] - 5:6, 62:8
**merchant** [11] - 14:23, 43:19, 43:20, 44:12, 44:13, 45:2, 48:4, 48:5, 48:6, 48:8, 48:9
**merchants** [1] - 14:21
**mere** [1] - 102:13
**message** [53] - 6:15, 6:16, 6:20, 6:25, 7:7, 11:8, 11:25, 12:6, 21:16, 23:1, 23:4, 23:5, 23:10, 23:16, 27:1, 28:9, 29:21, 29:25, 30:2, 30:4, 30:13, 31:18, 32:20, 32:24, 33:4, 46:23, 49:15, 50:4, 50:10, 50:11, 51:18, 51:22, 51:24, 52:1, 53:23, 55:13, 55:17, 55:19, 55:23, 56:1, 56:2, 56:8, 56:10, 56:16, 57:9, 61:23, 61:24, 62:4, 88:7, 88:11, 91:8, 91:16, 91:17
**messages** [6] - 6:21, 9:25, 21:14, 23:2, 23:3, 56:8
**Meth** [7] - 90:7, 92:13, 92:15, 93:1, 93:14, 96:22, 97:5
**meth** [1] - 102:1
**Meth!** [1] - 92:1
**method** [1] - 42:16
**methods** [2] - 94:20, 94:23

**middle** [10] - 19:10, 33:25, 41:6, 41:14, 42:13, 75:9, 76:25, 77:2, 88:21, 89:4
**might** [1] - 65:13
**mind** [1] - 94:24
**mine** [1] - 33:10
**minute** [2] - 87:18, 96:4
**minutes** [1] - 59:9, 106:7
**miscounted** [1] - 88:5
**mixed** [1] - 10:1
**Model** [1] - 18:12
**model** [1] - 47:1
**moment** [3] - 35:8, 65:1, 100:11
**Monero** [3] - 69:16, 69:17, 69:18
**monetary** [3] - 69:21, 70:9, 70:15
**money** [14] - 7:15, 47:9, 47:11, 50:15, 68:16, 72:12, 72:16, 72:22, 72:24, 78:8, 78:10, 99:4, 104:22, 105:3
**moniker** [5] - 82:22, 82:23, 85:6, 91:20, 91:23
**months** [2] - 56:15, 97:14
**moonVPN** [3] - 82:12, 82:14, 82:16
**moonvpn.net** [1] - 40:14
**moonvpn.org** [2] - 40:12, 40:14
**morning** [1] - 106:12
**most** [4] - 57:16, 58:18, 75:3, 105:21
**mouse** [2] - 105:22, 105:25
**move** [3] - 23:12, 67:20, 105:22
**moved** [1] - 40:5
**movement** [1] - 105:25
**moves** [43] - 3:4, 4:12, 6:6, 8:23, 10:12, 13:23, 15:24, 15:25, 16:21, 17:24, 19:2, 20:21, 22:10, 24:19, 26:15, 27:14, 28:12, 29:10, 31:4, 32:11, 35:5, 39:6, 46:3, 48:11, 49:7, 51:8, 53:6, 55:3, 60:8, 61:9, 64:20, 66:16, 71:3, 71:21, 74:2, 76:1, 77:22, 78:14, 80:20,

87:9, 90:21, 93:10, 96:10
**moving** [4] - 47:13, 74:10, 81:20, 84:4
**MR** [199] - 2:3, 2:4, 2:11, 3:4, 3:7, 3:11, 4:12, 4:15, 4:19, 6:6, 6:9, 6:13, 7:3, 7:6, 8:23, 9:1, 9:6, 10:12, 10:15, 10:23, 13:23, 14:1, 14:4, 14:8, 16:3, 16:7, 16:21, 16:24, 17:2, 17:6, 17:24, 18:2, 18:6, 19:2, 19:5, 19:9, 20:21, 20:24, 21:2, 21:6, 22:10, 22:13, 22:18, 24:19, 24:22, 25:1, 26:15, 26:18, 26:22, 27:14, 27:17, 27:21, 28:12, 28:20, 29:10, 29:13, 29:17, 31:4, 31:7, 31:11, 32:11, 32:14, 32:18, 34:19, 34:21, 35:5, 35:8, 35:10, 35:11, 35:18, 35:25, 36:5, 36:13, 36:17, 38:21, 38:23, 39:6, 39:9, 39:13, 45:14, 45:16, 45:18, 46:3, 46:6, 46:10, 48:11, 48:18, 48:19, 49:7, 49:10, 49:14, 51:8, 51:11, 51:16, 53:6, 53:9, 53:11, 53:12, 53:16, 55:3, 55:6, 55:7, 55:11, 60:6, 60:10, 60:15, 61:9, 61:12, 61:14, 61:20, 61:22, 62:24, 63:9, 63:10, 63:14, 63:20, 64:2, 64:9, 64:20, 64:24, 65:1, 65:4, 65:8, 65:10, 65:12, 65:15, 65:17, 65:22, 66:5, 66:10, 67:4, 67:9, 67:16, 67:23, 68:3, 68:10, 68:11, 68:14, 69:9, 71:3, 71:6, 71:9, 71:10, 71:12, 71:24, 72:2, 74:2, 74:5, 74:10, 74:11, 74:12, 74:13, 74:18, 74:20, 75:16, 75:18, 76:1, 76:4, 76:7, 77:22, 78:3, 78:14, 78:17, 78:22, 79:9, 79:15, 79:23, 79:24, 80:20, 81:7, 81:11, 87:11, 87:17, 87:20, 87:22, 88:4, 90:21, 90:24, 91:3, 91:6,

93:10, 93:13, 93:15, 93:18, 94:11, 95:2, 95:6, 95:9, 95:14, 96:6, 96:10, 96:15, 101:9, 101:10, 106:2, 106:4, 106:8, 106:22, 106:24
**MS** [2] - 28:18, 35:14
**Mt** [5] - 30:5, 85:23, 85:24, 86:7, 86:10
**mtgox.com** [1] - 57:23
**mtgoxlive.com** [1] - 57:25
**multipart** [1] - 28:4
**multiple** [3] - 6:21, 16:14, 23:3
**music** [1] - 89:9

## N

**name** [20] - 9:10, 15:6, 17:9, 39:18, 44:12, 44:13, 47:1, 48:4, 48:5, 48:6, 82:1, 82:14, 85:11, 85:12, 85:15, 85:18, 86:4, 86:9, 86:10
**namecheap** [11] - 33:23, 39:24, 42:6, 42:19, 43:6, 43:20, 43:22, 44:3, 82:19, 82:21, 82:23
**named** [1] - 7:15
**namely** [1] - 104:21
**names** [4] - 37:8, 37:9, 81:16, 91:24
**naturally** [1] - 103:22
**necessarily** [1] - 93:19
**necessary** [1] - 96:1
**need** [20] - 5:5, 7:17, 15:25, 20:24, 35:8, 48:17, 54:3, 57:4, 58:12, 61:12, 62:8, 66:15, 66:20, 66:21, 68:2, 71:15, 74:17, 76:14, 88:16, 91:22
**needed** [1] - 99:23
**needlessly** [2] - 95:15, 95:24
**needs** [2] - 59:11, 103:23
**network** [2] - 99:6, 103:18
**nevertheless** [3] - 57:18, 58:3, 104:16
**Neville** [2] - 46:16, 46:24
**Neville@3a.com.mt** [1] - 46:18
**new** [3] - 58:20, 62:9, 99:25

**news** [4] - 57:14, 89:7, 104:25
**next** [19] - 14:25, 15:1, 30:13, 62:4, 64:2, 66:11, 66:25, 67:20, 70:13, 74:25, 77:24, 85:3, 85:24, 97:21, 98:20, 98:21, 101:2, 101:4
**nobody** [1] - 50:2
**node** [2] - 103:20, 104:2
**normally** [1] - 104:18
**notation** [1] - 84:22
**note** [4] - 45:1, 66:3, 66:13, 93:3
**notebook** [1] - 102:10
**notebookreview. com** [1] - 42:4
**notes** [4] - 48:12, 66:22, 81:18, 81:19
**nothing** [4] - 89:8, 93:23, 95:20, 96:2
**November** [4] - 32:25, 44:10, 102:22, 102:23
**nowadays** [1] - 104:17
**number** [9] - 8:2, 58:4, 62:22, 64:3, 64:4, 66:7, 70:4, 75:15, 99:23
**numbers** [4] - 13:12, 14:12, 66:5, 84:13
**numerous** [2] - 93:20, 95:18

## O

**o'clock** [1] - 106:25
**object** [2] - 35:18, 67:22
**objection** [72] - 3:6, 3:7, 4:14, 4:15, 6:8, 6:9, 8:25, 9:1, 10:14, 10:18, 13:25, 14:4, 16:2, 16:3, 16:23, 17:2, 18:1, 18:2, 19:4, 19:5, 20:23, 21:2, 22:12, 22:13, 24:21, 24:22, 26:17, 26:18, 27:16, 27:17, 29:12, 29:13, 31:6, 31:7, 32:13, 32:14, 35:7, 36:2, 39:8, 39:9, 45:14, 46:5, 46:6, 49:9, 49:10, 51:10, 53:8, 55:5, 55:6, 60:9, 60:10, 61:11, 61:14, 64:7, 71:5, 71:10, 71:22, 74:4, 74:6, 74:13, 76:3, 76:4, 78:16, 80:25, 87:10, 87:11, 90:23, 90:24,

93:12, 93:21, 93:25, 96:9
**objectionable** [2] - 36:8, 67:12
**objections** [1] - 36:7
**obtain** [7] - 2:17, 8:7, 13:6, 15:11, 16:8, 17:15, 38:13
**obtained** [2] - 2:23, 22:5
**occasion** [1] - 92:6
**October** [4] - 91:9, 96:23, 99:14, 99:15
**offer** [1] - 4:1
**offhand** [1] - 70:6
**official** [1] - 100:22
**offshore** [1] - 72:10
**Omedetou** [1] - 95:23
**Omedetou's** [1] - 50:7
**once** [1] - 59:11
**one** [71] - 5:20, 14:2, 16:24, 20:25, 21:13, 22:19, 23:1, 25:14, 28:16, 28:23, 30:15, 34:23, 35:22, 37:2, 41:3, 41:5, 44:10, 49:24, 50:6, 56:20, 57:20, 57:23, 58:11, 58:12, 58:18, 59:3, 59:7, 59:8, 59:9, 59:12, 61:12, 64:3, 64:17, 64:18, 65:1, 67:10, 69:20, 70:2, 70:19, 71:8, 72:13, 73:15, 75:5, 75:7, 75:21, 77:16, 77:17, 77:19, 78:8, 78:24, 79:2, 80:3, 80:5, 80:11, 82:15, 83:1, 86:16, 88:1, 90:9, 98:7, 98:8, 99:24, 100:24, 103:23, 104:17, 105:24
**one's** [1] - 42:19
**one-to-one** [1] - 70:2
**onion** [1] - 59:5
**online** [4] - 14:17, 41:11, 100:12, 100:21
**open** [8] - 38:16, 68:12, 72:9, 72:10, 72:11, 73:3, 85:7, 86:9
**opened** [1] - 86:10
**opening** [1] - 85:15
**operation** [4] - 56:14, 93:24, 95:20, 96:2
**Optal** [10] - 13:6, 13:9, 13:10, 13:11, 13:19, 13:21, 14:9, 14:11, 14:12, 15:3
**option** [1] - 105:20
**options** [1] - 73:9

**Oracle** [2] - 41:19, 41:21
**order** [8] - 2:7, 11:3, 11:14, 12:1, 12:11, 12:22, 59:3, 63:18
**ordering** [2] - 5:3, 71:15
**orders** [1] - 25:12
**ordinary** [1] - 98:4
**original** [4] - 21:16, 35:3, 93:5, 101:7
**OTA** [1] - 14:24
**OTAs** [2] - 14:17, 14:21
**otherwise** [2] - 2:17, 30:17
**overall** [1] - 94:24
**overruled** [1] - 96:9
**owner** [1] - 72:17

## P

**p.m** [1] - 63:12
**package** [1] - 58:19
**page** [82] - 14:9, 14:25, 15:1, 18:8, 19:11, 33:24, 33:25, 36:19, 38:1, 38:3, 40:1, 40:17, 41:7, 41:12, 41:18, 41:23, 42:7, 42:13, 44:22, 53:4, 64:25, 66:5, 66:7, 66:11, 66:15, 66:18, 66:25, 69:11, 70:24, 70:25, 71:7, 71:19, 71:20, 71:25, 72:25, 73:12, 73:19, 74:9, 74:11, 76:8, 76:17, 76:25, 77:20, 78:4, 78:13, 78:16, 78:20, 78:23, 87:23, 87:24, 88:19, 89:3, 89:4, 95:10, 96:16, 96:20, 96:21, 96:24, 97:7, 97:21, 98:12, 98:20, 98:21, 99:11, 100:2, 100:6, 101:2, 101:21, 102:20, 103:5, 103:9, 103:10, 104:3, 105:12
**pages** [2] - 13:16, 101:11
**pain** [1] - 104:20
**paragraph** [13] - 14:10, 50:10, 50:13, 73:1, 73:2, 75:10, 78:4, 78:7, 78:24, 79:1, 100:8, 100:14, 105:15
**paragraphs** [2] - 101:23, 103:10
**pardon** [1] - 7:3

**parentheses** [1] - 70:16
**parenthesis** [2] - 62:17, 66:21
**part** [4] - 26:25, 57:16, 86:18, 94:23
**parties** [2] - 68:1, 68:6
**partner** [1] - 14:13
**partnered** [3] - 5:18, 5:21, 13:10
**partners** [3] - 13:13, 25:15
**parts** [1] - 94:15
**Pas** [1] - 84:8
**passes** [1] - 106:4
**password** [13] - 62:9, 62:21, 82:3, 84:11, 84:12, 84:17, 84:18, 84:19, 86:17, 86:18, 86:19, 93:19
**password'** [1] - 62:9
**passwords** [5] - 79:10, 81:16, 84:15, 88:2, 91:25
**past** [1] - 7:16
**Pause** [2] - 21:1, 61:13
**pause** [10] - 7:4, 14:3, 17:1, 17:14, 35:17, 52:14, 58:7, 78:13, 96:8, 106:3
**pausing** [1] - 88:20
**pay** [6] - 43:6, 73:7, 99:23, 100:19, 105:9
**paying** [3] - 5:9, 11:11, 11:22
**payment** [16] - 5:12, 11:9, 12:7, 12:17, 12:18, 13:3, 13:4, 15:14, 42:16, 43:1, 44:3, 44:14, 94:20, 94:22, 100:12
**payments** [3] - 14:18, 98:9, 104:13
**PayPal** [5] - 15:11, 15:13, 15:14, 15:20, 15:22
**peaceful** [1] - 73:5
**Pearlman** [3] - 80:25, 87:25, 89:23
**peer** [2] - 20:11
**peer-to-peer** [1] - 20:11
**pegged** [1] - 70:1
**PELKER** [2] - 28:18, 35:14
**people** [2] - 31:24, 93:20
**per** [1] - 20:1
**percent** [4] - 30:6, 57:21, 89:11, 99:1

**perfectly** [1] - 102:4
**perhaps** [2] - 87:25, 102:9
**person** [1] - 57:13
**personal** [2] - 9:8, 81:9
**personally** [1] - 50:14
**ph34r** [1] - 98:2
**phone** [3] - 62:22, 65:2, 68:4
**physical** [3] - 99:22, 105:17, 105:25
**pick** [1] - 103:14
**piece** [2] - 44:7
**pieces** [1] - 29:18
**pirating** [1] - 89:9
**place** [5] - 50:1, 62:24, 73:6, 73:8, 77:6
**plan** [3] - 67:8, 77:1, 77:5
**planned** [1] - 60:23
**plasma** [1] - 86:2
**plasmadivision.com** [1] - 90:19
**plus** [3] - 30:6, 103:7, 103:8
**point** [13] - 18:15, 28:21, 33:25, 36:8, 36:9, 36:12, 48:20, 56:14, 60:7, 68:4, 68:20, 69:13, 79:13
**points** [4] - 36:1, 71:1, 71:14, 95:16
**political** [1] - 104:22
**Poloniex** [2] - 69:15, 70:4
**pornography** [1] - 98:3
**portfolio** [1] - 75:2
**portion** [1] - 67:20
**portions** [1] - 77:13
**position** [2] - 19:17, 19:23
**possible** [5] - 69:24, 73:9, 79:12, 79:15, 79:21
**post** [31] - 50:9, 87:24, 88:14, 88:22, 88:24, 89:4, 89:18, 93:8, 93:9, 96:22, 97:9, 97:10, 97:22, 97:23, 97:24, 98:14, 98:15, 98:24, 99:13, 99:18, 100:3, 100:5, 101:12, 101:22, 102:21, 103:6, 103:10, 104:4, 104:6, 104:8, 105:13
**postal** [1] - 5:2
**postponing** [1] - 77:7
**posts** [20] - 50:7,

86:21, 86:22, 87:1, 87:3, 87:6, 88:5, 92:2, 92:6, 92:9, 92:12, 92:14, 92:16, 92:18, 92:19, 92:25, 93:2, 93:5, 94:12, 96:25
**pounds** [1] - 72:11
**power** [1] - 58:14
**practically** [2] - 100:8, 100:11
**precisely** [1] - 52:12
**predominantly** [1] - 51:25
**prefer** [2] - 79:11, 106:8
**prejudicial** [1] - 93:23
**Prepaid** [10] - 5:14, 5:17, 5:18, 5:20, 7:11, 8:7, 8:14, 8:20, 9:14, 9:16
**prepaid** [2] - 4:1, 5:19
**prepared** [4] - 35:2, 55:1, 75:24, 92:18
**present** [3] - 2:6, 19:14, 63:17
**presently** [1] - 57:15
**pretty** [1] - 58:3
**previous** [2] - 19:21, 52:5
**previously** [15] - 25:18, 33:21, 37:15, 39:25, 43:8, 44:20, 45:20, 50:8, 74:16, 80:13, 83:15, 83:16, 83:18, 85:7, 86:5
**price** [6] - 23:21, 30:6, 30:10, 30:11, 31:21, 33:11
**primarily** [1] - 14:13
**primary** [1] - 14:15
**principal** [1] - 14:13
**printed** [2] - 30:3, 42:3
**privacy** [2] - 69:18, 81:10
**Privacy/info** [1] - 41:7
**probabilities** [1] - 99:2
**probability** [2] - 99:6, 99:10
**problem** [3] - 62:13, 62:19, 103:25
**proceed** [4] - 7:5, 64:7, 67:25, 68:13
**process** [23] - 3:2, 4:10, 6:4, 8:15, 8:21, 10:10, 13:19, 15:20, 16:17, 17:20, 22:8, 24:15, 24:17, 26:13, 27:12, 29:8, 31:2, 32:9, 46:1, 49:5, 49:22, 51:3, 61:7

**processing** [2] - 15:14, 58:14
**produced** [18] - 3:1, 13:18, 13:21, 15:19, 17:22, 20:18, 22:7, 27:12, 29:8, 31:2, 32:9, 37:19, 45:25, 51:6, 54:23, 61:7, 90:14, 90:18
**program** [1] - 54:3
**programs** [1] - 58:13
**project** [1] - 54:4
**projects** [1] - 50:17
**Propaganda** [2] - 21:18, 28:9
**propaganda** [1] - 23:6
**Propaganda@ rebelart.se** [1] - 25:5
**propaganda@ rebelart.se** [3] - 21:10, 22:25, 27:25
**proposing** [1] - 47:8
**protect** [1] - 81:9
**protection** [2] - 99:1, 106:1
**provide** [2] - 7:25, 106:1
**provided** [16] - 4:10, 5:3, 6:3, 8:21, 10:9, 15:22, 16:16, 16:19, 17:19, 24:14, 24:17, 26:12, 38:25, 39:3, 49:4, 51:2
**provides** [6] - 8:2, 14:16, 23:6, 28:9, 53:24, 54:4
**provisionally** [2] - 36:4, 36:11
**proxies** [1] - 99:7
**Proxy** [1] - 103:7
**Psafe** [1] - 80:1
**public** [5] - 87:1, 87:6, 89:22, 92:12, 92:25
**publication** [1] - 67:14
**publicly** [4] - 86:21, 86:22, 92:3, 92:4
**publish** [53] - 3:4, 4:12, 6:6, 8:23, 10:12, 13:23, 15:25, 16:21, 17:24, 19:2, 22:10, 24:19, 26:15, 27:14, 28:13, 29:10, 31:4, 32:11, 35:6, 36:14, 39:6, 46:3, 49:7, 51:9, 53:6, 55:4, 60:8, 61:9, 61:21, 64:21, 67:8, 67:18, 71:4, 71:11, 74:2, 74:10, 74:11, 74:15, 76:1, 77:23, 77:24, 78:15, 78:19,

79:11, 79:12, 80:20, 87:9, 90:21, 92:22, 93:11, 94:13, 96:11
**published** [69] - 3:9, 3:10, 4:17, 4:18, 6:11, 6:12, 9:3, 9:5, 10:20, 10:22, 14:6, 14:7, 17:4, 17:5, 18:4, 18:5, 19:6, 19:8, 20:22, 21:4, 21:5, 22:15, 22:17, 24:23, 24:25, 26:20, 26:21, 27:18, 27:20, 28:15, 29:15, 29:16, 31:9, 31:10, 32:16, 32:17, 36:16, 39:11, 39:12, 46:8, 46:9, 49:12, 49:13, 51:13, 51:15, 53:15, 55:8, 55:10, 60:12, 60:14, 61:16, 61:17, 65:6, 67:11, 67:22, 67:24, 71:25, 72:1, 74:19, 78:21, 79:21, 80:23, 80:24, 86:24, 87:13, 91:1, 91:5, 96:13, 96:14
**publishing** [2] - 71:22, 78:16
**pull** [1] - 44:20
**purchase** [1] - 16:12
**pure** [1] - 105:8
**purely** [2] - 94:4, 100:11
**Purely** [1] - 100:8
**purposes** [1] - 77:23
**pursuant** [7] - 8:15, 13:19, 15:20, 16:17, 17:20, 24:14, 90:14
**put** [5] - 7:15, 14:1, 25:11, 68:4, 77:5
**putting** [1] - 95:24

# Q

**quality** [1] - 102:5
**quarter** [1] - 106:11
**questions** [5] - 68:25, 69:7, 72:15, 99:20, 105:7
**quick** [1] - 10:17
**quickly** [3] - 10:24, 31:25, 83:14
**quirks** [1] - 49:23
**quite** [1] - 66:23
**quote** [1] - 24:5

# R

**radars** [1] - 102:10
**raise** [2] - 36:7, 36:9
**Ramnodek** [2] - 83:3,

83:7
**random** [1] - 42:4
**Random** [2] - 41:14, 41:25
**rate** [2] - 57:18, 57:23
**rather** [1] - 57:3
**re** [2] - 22:21, 29:20
**reach** [1] - 68:7
**read** [59] - 3:18, 3:21, 5:1, 7:13, 14:10, 14:19, 18:10, 21:16, 24:2, 25:9, 28:24, 31:18, 31:22, 39:14, 42:2, 44:22, 46:22, 49:21, 50:12, 52:6, 52:7, 53:17, 54:11, 56:20, 60:22, 62:5, 62:6, 62:11, 62:15, 62:18, 67:12, 68:22, 69:2, 69:3, 70:17, 71:13, 72:7, 73:2, 74:23, 74:25, 76:12, 76:22, 77:4, 78:7, 79:1, 83:21, 88:24, 97:24, 98:24, 99:18, 100:10, 100:16, 101:23, 103:1, 103:6, 103:9, 104:8, 105:15
**readable** [1] - 52:19
**reading** [7] - 6:14, 53:22, 57:8, 58:10, 72:7, 84:11, 86:17
**readout** [1] - 38:7
**ready** [4] - 63:13, 79:20
**real** [4] - 10:17, 57:18, 72:17, 104:2
**really** [4] - 33:10, 59:1, 75:5, 103:14
**realtime** [1] - 57:24
**reason** [1] - 68:2
**reassuring** [1] - 102:14
**received** [2] - 5:5, 8:16
**recent** [2] - 104:6, 104:7
**recess** [1] - 63:12
**recognize** [41] - 2:22, 4:6, 5:24, 8:13, 10:5, 13:17, 15:18, 16:15, 17:18, 18:21, 20:14, 22:3, 24:13, 26:9, 27:4, 27:8, 29:4, 30:23, 32:5, 33:22, 34:22, 38:24, 45:21, 48:25, 50:22, 50:24, 52:25, 54:17, 59:20, 59:23, 61:3, 64:14, 73:13, 73:20, 75:19, 77:14, 80:8, 80:10, 86:25, 90:13, 92:24

**recommend** [1] - 99:19
**record** [18] - 4:9, 24:14, 26:10, 27:9, 29:5, 30:24, 32:6, 45:22, 47:16, 49:1, 50:25, 54:18, 54:21, 54:23, 61:4, 61:6, 81:8, 90:14
**records** [37] - 2:17, 6:3, 8:7, 8:14, 8:20, 9:13, 13:6, 13:18, 13:21, 15:3, 15:11, 15:19, 15:22, 16:8, 16:16, 16:18, 17:15, 17:19, 17:21, 18:24, 25:19, 29:7, 37:18, 37:19, 38:13, 38:25, 39:3, 39:25, 42:6, 43:9, 45:25, 47:13, 47:17, 49:3, 51:2, 82:24, 90:17
**recover** [1] - 79:25
**recovered** [6] - 63:25, 64:17, 73:15, 73:23, 77:17, 80:3
**redact** [2] - 48:17, 67:7
**redactions** [1] - 68:2
**Reddit** [5] - 86:14, 86:21, 86:22, 87:2, 87:7
**reference** [5] - 9:9, 15:8, 41:15, 68:18, 69:16
**references** [3] - 69:10, 94:20, 94:21
**referred** [3] - 14:16, 28:22, 80:1
**refers** [13] - 15:9, 19:12, 30:7, 70:1, 82:9, 82:19, 83:3, 83:11, 84:6, 85:2, 85:23, 86:14, 90:2
**reflect** [1] - 11:9
**regard** [2] - 73:9, 103:13
**regarding** [1] - 21:12
**Regarding** [1] - 66:24
**regards** [1] - 58:24
**register** [4] - 33:17, 40:2, 40:4, 40:12
**registered** [1] - 83:24
**registering** [2] - 46:24, 105:10
**registration** [5] - 39:24, 46:25, 76:13, 76:14, 91:15
**registrations** [1] - 99:25

**regular** [1] - 105:19
**regulated** [1] - 89:1
**regulators** [1] - 104:21
**regulatory** [1] - 89:1
**reiterating** [1] - 95:16
**relate** [5] - 56:12, 97:12, 98:16, 99:15, 102:23
**relates** [1] - 73:5
**relating** [2] - 2:18, 77:6
**relations** [1] - 73:5
**release** [1] - 76:23
**relevance** [1] - 35:18
**relevant** [1] - 36:1
**remain** [1] - 105:2
**remember** [2] - 25:13, 62:19
**renegotiate** [1] - 24:9
**renews** [1] - 34:3
**rent** [1] - 18:18
**rented** [2] - 18:23, 34:2
**repeat** [1] - 65:21
**repeatedly** [1] - 84:18
**reply** [1] - 31:23
**reporter** [1] - 69:3
**reports** [1] - 98:5
**represent** [3] - 3:1, 8:20, 91:19
**representation** [5] - 20:18, 39:2, 49:3, 87:6, 90:17
**reproduce** [1] - 101:18
**requests** [1] - 90:15
**require** [2] - 7:18, 7:21
**requires** [1] - 88:12
**research** [2] - 63:6, 106:15
**Reserve** [11] - 5:13, 9:21, 11:11, 11:23, 85:2, 85:8, 85:17, 94:22, 99:21, 100:12, 103:3
**residence** [2] - 73:6, 73:8
**respect** [2] - 68:7, 94:19
**respectively** [1] - 14:15
**respond** [7] - 2:15, 21:21, 23:8, 28:11, 30:9, 33:6, 105:24
**responds** [1] - 33:7
**response** [18] - 3:2, 4:10, 6:3, 8:21, 10:9, 20:19, 22:8, 24:17, 26:13, 27:12, 28:24, 29:8, 31:2, 32:9, 45:25, 49:4, 51:3, 61:7

**rest** [3] - 53:22, 57:8, 100:4
**return** [1] - 50:6
**returned** [2] - 18:25, 29:1
**returning** [1] - 26:3
**review** [1] - 92:12
**reviewed** [3] - 47:3, 80:13, 92:14
**reviewing** [1] - 68:6
**revoke** [1] - 89:15
**Ringberg** [3] - 55:16, 56:9, 56:16
**Road** [10] - 54:3, 58:24, 84:6, 86:19, 94:14, 95:19, 98:9, 102:1, 102:16, 102:18
**Roman** [10] - 7:11, 15:7, 18:12, 21:8, 25:3, 27:23, 29:24, 39:20, 50:25, 85:18
**Romeo** [1] - 44:23
**roso987341870** [1] - 86:4
**ROVENSKY** [1] - 2:10
**Rovensky** [45] - 2:12, 2:22, 3:12, 9:7, 16:8, 18:7, 19:10, 20:9, 21:7, 26:23, 28:21, 30:19, 32:19, 33:15, 34:5, 36:18, 37:17, 38:24, 39:14, 45:21, 46:11, 48:20, 49:15, 50:19, 50:22, 51:17, 53:17, 54:17, 55:12, 60:16, 61:23, 63:21, 64:10, 68:15, 71:13, 73:13, 74:21, 76:8, 78:23, 79:25, 81:12, 91:7, 94:4, 96:16, 101:11
**row** [13] - 47:18, 47:19, 47:20, 47:21, 48:2, 48:4, 48:5, 48:6, 48:9, 82:4, 82:5
**rows** [3] - 45:7, 47:24, 85:18
**rumored** [1] - 102:7
**run** [3] - 58:14, 58:18, 89:12
**running** [4] - 30:20, 31:25, 90:4
**runs** [1] - 103:15
**Russia** [1] - 66:24
**Russian** [19] - 51:25, 54:1, 55:21, 60:18, 66:3, 66:13, 66:20, 90:5, 92:19, 93:1, 93:6, 93:7, 93:8, 94:2, 95:9, 95:10, 95:12, 101:12, 101:14

**Russian-speaking** [1] - 90:5

## S

**safety** [1] - 77:5
**salary** [3] - 19:19, 19:25, 20:6
**Satoshi** [1] - 50:2
**savings** [1] - 58:16
**saw** [2] - 25:6, 82:23
**scheme** [1] - 14:24
**schemes** [2] - 99:4, 99:7
**school** [2] - 38:14, 39:4
**School** [1] - 39:15
**screen** [17] - 7:2, 10:3, 13:14, 16:13, 28:18, 28:22, 64:12, 67:20, 71:4, 77:2, 79:16, 79:18, 81:1, 88:1, 88:21, 91:2, 100:7
**screenshot** [1] - 87:3
**screenshots** [1] - 92:16
**screws** [1] - 103:24
**script** [1] - 105:24
**scroll** [12] - 19:10, 30:2, 39:17, 40:11, 43:10, 47:23, 55:22, 62:15, 65:11, 66:14, 67:17, 88:19
**scrolling** [13] - 6:20, 7:24, 13:15, 38:6, 41:13, 43:24, 44:15, 44:22, 50:9, 64:13, 82:17, 83:9, 84:14
**SE** [1] - 19:22
**search** [3] - 20:19, 47:17, 65:19
**searched** [2] - 65:17, 65:22
**seated** [2] - 2:7, 63:18
**sec** [1] - 41:7
**second** [14] - 14:2, 14:9, 14:10, 16:24, 20:25, 41:15, 44:10, 44:19, 61:12, 68:21, 71:13, 79:6, 95:3, 105:15
**secondary** [1] - 14:15
**secret** [2] - 62:13, 62:20
**section** [1] - 62:18
**sections** [3] - 67:7, 67:12, 67:18
**secure** [2] - 58:19, 58:21
**securely** [1] - 47:9

**security** [1] - 103:24
**see** [58] - 5:10, 10:15, 10:17, 15:5, 19:12, 23:9, 26:1, 30:4, 36:20, 36:21, 36:24, 37:3, 41:7, 41:15, 41:19, 42:1, 42:9, 45:8, 47:23, 54:9, 57:10, 57:23, 59:21, 63:11, 65:25, 68:15, 68:18, 71:1, 72:3, 72:7, 74:21, 76:10, 76:13, 76:20, 76:21, 77:1, 77:3, 78:4, 78:24, 82:5, 84:15, 85:18, 88:7, 88:21, 89:13, 97:3, 97:17, 97:18, 100:4, 100:9, 100:22, 101:12, 101:16, 104:2, 105:22, 106:15, 106:25
**seeing** [3] - 66:22, 66:23, 66:25
**seek** [1] - 94:12
**seem** [2] - 77:8, 100:24
**SEK** [2] - 30:5, 30:7
**self** [1] - 19:16
**self-employed/ freelance** [1] - 19:16
**selling** [1] - 20:10
**semi** [1] - 105:2
**semi-anonymous** [1] - 105:2
**Senators** [1] - 102:15
**send** [6] - 7:17, 7:19, 7:22, 52:10, 57:10, 104:1
**sending** [1] - 7:11
**sent** [5] - 7:22, 11:4, 62:9, 91:12, 91:13
**sentence** [8] - 14:19, 24:2, 24:7, 50:12, 62:16, 97:18, 100:10, 100:16
**sentences** [3] - 31:22, 56:21, 62:16
**sequence** [2] - 30:4, 66:1
**series** [4] - 9:24, 64:2, 71:1, 84:13
**seriously** [1] - 103:3
**server** [2] - 98:7, 103:2
**servers** [2] - 59:7, 100:19
**service** [8] - 48:21, 49:23, 50:2, 58:9, 79:7, 97:19, 98:2, 99:20
**services** [8] - 2:13, 13:10, 46:20, 59:6, 79:2, 79:5, 100:25,

103:22
**Services** [8] - 5:15, 5:17, 5:18, 5:21, 7:12, 8:8, 8:14, 9:14
**set** [1] - 92:10
**setting** [2] - 67:5, 75:6
**settings** [2] - 34:25, 40:15
**several** [2] - 59:8, 62:16
**shady** [2] - 27:3, 72:18
**shall** [1] - 71:16
**share** [1] - 98:1
**shipface@mailinator .com** [2] - 44:18, 47:22
**Shit** [1] - 41:14
**shitface@mailinator. com** [1] - 45:13
**shopper** [1] - 44:25
**shopshop@ mailinator.com** [1] - 41:22
**short** [1] - 18:22
**short-term** [1] - 18:22
**shortly** [1] - 63:11
**shot** [1] - 99:3
**show** [19] - 6:2, 9:13, 14:25, 15:2, 15:21, 16:18, 17:21, 18:24, 24:16, 26:12, 27:11, 32:8, 45:24, 47:15, 47:18, 47:20, 72:21, 88:1, 96:21
**showing** [3] - 80:6, 92:16, 94:16
**shown** [5] - 3:18, 6:23, 23:5, 84:2, 93:7
**shows** [4] - 47:19, 47:21, 93:8, 105:19
**shut** [2] - 78:12, 102:17
**sic** [1] - 45:13
**sic)** [1] - 62:1
**side** [2] - 7:17, 50:15
**signed** [1] - 38:11
**signing** [1] - 83:6
**Silk** [10] - 54:3, 58:24, 84:6, 86:19, 94:14, 95:19, 98:9, 102:1, 102:16, 102:18
**silkroadvb5piz3r. onion** [1] - 59:5
**similar** [2] - 7:20, 86:18
**simplest** [2] - 105:19, 106:1
**simply** [1] - 104:12
**Singapore** [1] - 14:14
**single** [2] - 75:5, 75:7
**site** [12] - 52:12, 57:11,

57:14, 58:8, 58:11, 58:15, 58:24, 58:25, 59:3, 59:11, 102:10, 102:13
**sites** [1] - 98:4
**six** [2] - 89:20, 98:18
**size** [1] - 75:2
**skip** [2] - 89:3, 104:3
**skipping** [2] - 33:8, 56:7
**sleep** [2] - 73:4, 89:8
**slowly** [1] - 69:3
**small** [2] - 57:14, 58:2
**smiley** [3] - 33:13, 50:3, 103:25
**smily** [1] - 98:8
**software** [1] - 19:18
**sold** [3] - 33:10, 94:18, 98:3
**solution** [1] - 14:17
**someone** [4] - 25:13, 79:7, 83:23, 103:23
**Someone** [1] - 83:22
**sometimes** [4] - 57:24, 58:1, 69:2, 105:3
**somewhere** [1] - 100:24
**soon** [2] - 61:18, 69:24
**sorry** [15] - 9:25, 28:13, 34:18, 38:5, 38:17, 47:3, 53:10, 67:4, 68:3, 69:1, 69:4, 70:25, 71:21, 75:15, 75:17
**sort** [14] - 57:22, 73:1, 82:7, 82:18, 83:1, 83:9, 84:4, 84:25, 85:21, 86:12, 88:1, 88:21, 89:25, 95:11
**sorts** [1] - 35:21
**source** [1] - 93:5
**spam@ plasmadivision.com** [3] - 44:19, 90:16, 91:11
**speaking** [5] - 7:10, 52:16, 90:5, 93:20, 94:7
**specific** [3] - 36:1, 42:7, 94:20
**speculation** [1] - 45:15
**spelled** [1] - 7:8
**spending** [1] - 9:16
**spreadsheet** [5] - 25:23, 44:5, 45:6, 81:14, 91:24
**spreadsheets** [1] - 9:13
**SSL** [3] - 103:21,

103:22, 104:2
**stable** [1] - 70:1
**stand** [2] - 35:15, 76:15
**standard** [1] - 57:22
**stands** [1] - 66:12
**start** [8] - 9:25, 33:17, 36:25, 56:24, 58:23, 72:7, 97:8, 106:9
**start-up** [1] - 58:23
**started** [4] - 57:14, 68:24, 69:6, 106:12
**starting** [11] - 5:1, 6:23, 14:11, 27:4, 28:23, 70:20, 78:8, 83:22, 89:5, 96:16, 103:1
**starts** [5] - 41:25, 72:3, 76:18, 77:1, 88:22
**state** [2] - 88:14, 94:24
**statement** [1] - 15:7
**statements** [1] - 93:14
**States** [1] - 38:10
**stay** [1] - 18:18
**staying** [2] - 41:6, 44:5
**step** [1] - 106:17
**Sterlingov** [40] - 7:11, 7:25, 15:7, 15:8, 15:9, 17:10, 18:12, 18:15, 19:14, 20:10, 21:8, 21:21, 22:23, 23:6, 23:8, 23:18, 24:7, 25:3, 25:9, 26:25, 27:23, 28:9, 28:11, 30:19, 31:13, 33:17, 34:2, 34:5, 38:10, 39:20, 40:2, 40:12, 40:18, 42:18, 48:20, 57:5, 85:19, 94:1, 94:7
**sterlingov** [1] - 40:24
**Sterlingov's** [12] - 5:25, 6:25, 20:15, 24:3, 25:14, 25:20, 28:24, 33:23, 34:23, 59:16, 94:14, 94:22
**still** [10] - 24:1, 31:20, 33:5, 56:18, 62:12, 62:21, 88:8, 88:15, 93:7, 104:16
**stop** [2] - 69:8, 98:1
**stores** [1] - 100:21
**story** [1] - 73:7
**strange** [2] - 7:19, 59:5
**stretch** [2] - 35:15, 63:21
**strikethrough** [1] - 101:14
**strikethroughs** [1] -

101:19
**struck** [2] - 101:5, 102:5
**struggling** [1] - 98:2
**student's** [1] - 39:18
**stuff** [1] - 35:19
**stupid** [3] - 68:24, 69:7, 89:7
**style** [1] - 89:14
**subject** [24] - 11:2, 11:13, 11:25, 12:10, 12:21, 21:11, 22:20, 23:15, 29:19, 36:20, 36:21, 36:23, 46:11, 49:15, 64:22, 68:1, 68:5, 74:15, 78:1, 78:19, 88:10, 88:12, 91:14
**submits** [1] - 94:5
**submitted** [1] - 67:6
**subpoenas** [1] - 2:15
**successfully** [1] - 7:16
**suddenly** [1] - 31:24
**suggest** [1] - 62:11
**summaries** [5] - 65:6, 65:18, 67:2, 67:14, 74:7
**summarize** [1] - 47:6
**summary** [11] - 65:5, 65:9, 65:23, 66:3, 66:16, 66:19, 66:25, 67:7, 68:7, 68:8, 71:6
**Summary** [1] - 66:13
**sums** [1] - 58:16
**support** [1] - 103:22
**SWAT** [1] - 89:14
**Swedish** [4] - 30:8, 57:14, 57:16
**swinging** [1] - 23:21
**switch** [1] - 88:1
**system** [2] - 102:6, 104:14
**systemic** [1] - 89:6
**systems** [1] - 100:13

**T**

**tab** [6] - 9:8, 9:9, 17:7, 43:10, 44:6, 47:13
**tabs** [1] - 16:14
**talks** [1] - 96:2
**Tangocash** [4] - 25:11, 25:14, 26:2, 26:4
**tar** [1] - 94:1
**target** [1] - 75:6
**tax** [1] - 73:5
**taxes** [1] - 73:7
**team** [8] - 8:7, 13:5, 13:6, 15:11, 16:8,

17:15, 59:15, 79:25
**technical** [1] - 7:3
**technological** [1] - 14:17
**tedious** [1] - 72:15
**Temp** [1] - 68:16
**ten** [2] - 103:16, 106:6
**term** [1] - 18:22
**terms** [2] - 30:2, 94:15
**terrorism** [1] - 72:23
**Tesla** [4] - 17:15, 17:20, 17:22, 18:12
**testimony** [4] - 94:3, 94:21, 95:17, 106:18
**Tether** [1] - 70:1
**text** [22] - 3:18, 3:21, 3:22, 5:1, 7:9, 7:10, 7:13, 41:9, 41:15, 41:24, 44:24, 49:21, 52:7, 52:19, 56:17, 74:23, 74:25, 95:12, 101:5, 101:12, 101:13, 103:1
**THE** [138] - 2:2, 2:6, 2:8, 3:6, 3:8, 4:14, 4:16, 6:8, 6:10, 7:5, 8:25, 9:2, 10:14, 10:19, 13:25, 14:5, 16:2, 16:4, 16:23, 17:3, 18:1, 18:3, 19:4, 19:6, 20:23, 21:3, 22:12, 22:14, 24:21, 24:23, 26:17, 26:19, 27:16, 27:18, 28:14, 28:19, 29:12, 29:14, 31:6, 31:8, 32:13, 32:15, 34:18, 34:20, 35:7, 35:15, 35:23, 36:3, 36:6, 36:15, 38:20, 38:22, 39:8, 39:10, 45:17, 46:5, 46:7, 48:14, 49:9, 49:11, 51:10, 51:12, 53:8, 53:10, 53:13, 55:5, 60:9, 60:11, 61:11, 61:15, 61:18, 63:1, 63:8, 63:11, 63:13, 63:15, 63:17, 63:19, 64:7, 64:22, 65:16, 65:20, 66:4, 66:8, 67:3, 67:21, 67:25, 68:5, 68:13, 69:1, 69:4, 71:5, 71:11, 71:22, 71:25, 74:4, 74:8, 74:14, 75:15, 75:17, 76:3, 76:5, 77:25, 78:16, 78:18, 79:14, 79:16, 79:18, 79:20, 80:22, 80:25, 81:2, 81:4, 81:8, 87:10, 87:12, 87:15, 87:19,

87:25, 90:23, 90:25, 91:4, 93:12, 93:14, 93:17, 94:8, 95:3, 95:8, 95:13, 96:3, 96:9, 96:12, 101:4, 106:5, 106:10, 106:17, 106:23, 106:25
**them..** [1] - 69:8
**themselves** [1] - 105:1
**they've** [1] - 95:17
**thinking** [1] - 57:1
**third** [5] - 37:2, 37:3, 56:8, 87:24, 100:7
**thousands** [1] - 72:20
**thread** [19] - 6:21, 6:24, 21:13, 23:2, 25:7, 28:4, 28:6, 28:8, 29:19, 30:13, 31:18, 33:3, 33:4, 33:8, 47:4, 55:23, 56:4, 56:19, 62:2
**threat** [1] - 89:6
**three** [7] - 5:4, 22:3, 40:19, 46:22, 56:20, 62:6, 103:14
**thumb** [4] - 64:17, 73:16, 73:23, 80:5
**time.** [1] - 30:17
**timing** [1] - 47:10
**tip** [1] - 62:11
**tip83fjwdq@ mailinator.com** [1] - 42:5
**title** [1] - 19:23
**TN** [3] - 66:12, 66:19, 66:25
**today** [4] - 28:25, 30:12, 30:16, 67:8
**together** [1] - 43:3
**toilet** [1] - 72:21
**token** [1] - 70:12
**tokens** [2] - 70:5, 70:6
**tokens...53** [1] - 69:24
**tomorrow** [5] - 21:22, 24:6, 106:9, 106:12, 106:15
**tongue** [2] - 23:20, 27:4
**tonight** [1] - 23:9
**top** [16] - 6:14, 7:24, 23:18, 24:3, 26:25, 29:21, 32:20, 33:8, 56:19, 62:4, 62:15, 70:17, 91:16, 91:17, 95:11, 97:16
**topic** [1] - 58:4
**Tor** [16] - 54:4, 58:17, 58:18, 58:22, 59:4, 59:6, 59:9, 94:17, 95:18, 97:19, 98:2, 102:11, 103:7, 103:8,

103:14
**torproject.org** [1] - 58:18
**Tors** [1] - 99:7
**touch** [1] - 30:17
**towards** [14] - 7:7, 18:7, 38:1, 38:2, 41:23, 55:22, 55:25, 56:6, 66:6, 72:25, 76:19, 78:4, 78:23, 94:13
**trace** [1] - 69:19
**trade** [2] - 47:10, 75:5
**trading** [1] - 74:21
**traffic** [2] - 103:15, 103:20
**training** [4] - 38:11, 38:14, 39:1, 39:4
**transaction** [1] - 42:8, 42:10, 42:20, 42:21, 43:4, 43:11, 43:16, 43:21, 43:22, 47:13
**transactions** [10] - 9:13, 14:21, 14:23, 25:19, 25:24, 44:9, 44:13, 44:16, 47:24, 48:1
**transfer** [1] - 105:3
**transferred** [1] - 100:12
**transfers** [1] - 105:7
**translated** [6] - 34:14, 60:22, 67:17, 73:24, 92:19, 93:9
**Translation** [1] - 66:22
**translation** [30] - 35:2, 51:1, 51:5, 52:5, 54:21, 55:1, 56:4, 59:24, 60:4, 60:20, 64:16, 64:18, 65:5, 66:3, 66:13, 66:17, 66:20, 67:1, 74:1, 75:21, 75:23, 77:17, 77:19, 93:2, 95:5, 95:11, 97:22, 97:23, 98:21, 101:7
**translations** [4] - 65:7, 92:18, 96:17, 101:18
**translator** [2] - 66:3, 66:13, 67:14
**travel** [5] - 13:11, 14:17, 18:15, 66:24, 71:17
**traveled** [2] - 18:23, 38:10
**traveling** [1] - 77:7
**treat** [2] - 64:5, 67:19
**treating** [1] - 64:6
**tries** [1] - 98:7
**true** [4] - 85:15, 85:18, 86:9, 86:10

**trusted** [1] - 72:19
**trustworthy** [1] - 103:14
**truth** [1] - 53:14
**try** [2] - 89:12, 105:22
**trying** [2] - 7:15, 67:4
**turn** [16] - 14:25, 42:7, 59:8, 71:19, 78:13, 79:16, 79:18, 81:1, 81:3, 81:6, 87:15, 87:18, 102:20, 103:5, 103:9, 105:20
**turned** [1] - 56:22, 79:22
**turning** [5] - 33:24, 41:6, 45:6, 60:19, 76:25
**turns** [1] - 48:15
**TV** [1] - 87:15
**two** [30] - 3:21, 5:4, 8:10, 8:19, 18:10, 31:22, 37:2, 38:7, 44:7, 44:9, 44:13, 44:16, 45:7, 45:9, 47:14, 47:24, 47:25, 54:17, 56:7, 56:20, 59:20, 64:4, 68:22, 72:4, 92:20, 97:14, 101:23, 103:10, 103:16
**type** [3] - 63:6, 69:18, 106:15

## U

**U.S** [22] - 2:15, 11:11, 11:23, 19:20, 20:7, 24:17, 26:13, 27:12, 29:8, 31:2, 43:2, 43:16, 43:18, 47:23, 47:25, 48:2, 48:3, 61:7, 70:2, 70:3, 88:16, 98:10
**UK** [2] - 14:14, 72:11
**under** [22] - 9:7, 20:5, 37:13, 39:15, 39:18, 40:18, 42:17, 43:24, 44:8, 44:12, 66:20, 66:24, 68:18, 70:4, 82:17, 82:18, 83:12, 84:4, 84:25, 85:21, 89:25, 90:6
**underground** [2] - 52:20, 53:19
**underlining** [1] - 9:11
**underneath** [1] - 23:7, 66:19
**understandable** [1] - 79:4
**underway** [1] - 72:23
**unequivocally** [1] - 102:15

**unfortunately** [2] - 33:7, 98:3
**United** [1] - 38:10
**unless** [1] - 95:22
**unlicensed** [1] - 89:13
**unpersuaded** [2] - 94:9
**unsure** [1] - 30:16
**unwanted** [1] - 79:7
**up** [33] - 5:4, 7:24, 10:1, 20:24, 24:4, 28:18, 33:8, 33:11, 33:13, 38:6, 38:11, 44:20, 56:25, 58:5, 58:13, 58:23, 62:15, 64:12, 65:18, 67:5, 70:17, 75:6, 83:6, 84:14, 85:7, 87:24, 88:5, 92:10, 94:21, 99:10, 99:19, 102:18, 105:19
**up-to-date** [1] - 99:19
**update** [1] - 58:22
**updates** [1] - 58:23
**upstairs** [1] - 27:3
**urgent** [1] - 77:9
**url** [1] - 58:4
**URL** [3] - 3:25, 59:4, 59:5
**USD** [3] - 75:3, 75:4
**USDt** [3] - 69:24, 69:25, 70:1
**useful** [2] - 89:10, 104:9
**usefulness** [1] - 89:11
**user** [9] - 42:17, 42:19, 81:16, 82:1, 86:4, 86:6, 91:24, 92:2, 92:13
**username** [13] - 26:1, 82:11, 82:20, 83:12, 83:13, 84:7, 85:4, 86:3, 86:15, 90:6, 90:7, 91:20, 91:25
**uses** [1] - 44:25
**utilize** [1] - 99:8

## V

**valiant** [1] - 102:9
**value** [6] - 5:19, 43:17, 47:24, 47:25, 48:2, 48:3
**values** [1] - 69:21
**VANs** [1] - 14:12
**variations** [1] - 84:19
**variety** [2] - 34:12, 36:25
**various** [4] - 37:8, 73:9, 79:2, 81:15
**verify** [1] - 88:13

**version** [2] - 53:4, 101:12
**via** [4] - 59:4, 59:6, 59:9
**view** [13] - 44:25, 45:3, 74:3, 77:23, 77:24, 78:15, 84:14, 84:15, 88:6, 89:22, 92:3, 92:6, 92:9
**viewed** [2] - 45:4, 92:4
**VIN** [1] - 18:11
**violation** [1] - 102:16
**virtual** [2] - 14:12, 99:21
**Visa** [1] - 99:21
**visible** [1] - 103:19
**VM** [1] - 70:21
**VPN** [6] - 88:16, 99:4, 100:19, 103:7, 103:8, 103:21
**VPNs** [1] - 99:7

## W

**wait** [3] - 27:3, 33:11, 64:12
**walk** [7] - 10:24, 29:18, 33:15, 44:6, 47:14, 69:20, 81:21
**walking** [1] - 22:19
**Wallet** [3] - 47:2, 47:6, 47:8
**wallet** [8] - 45:5, 46:12, 47:9, 48:21, 49:22, 58:9, 58:12, 70:21
**wallets** [1] - 105:4
**warrant** [1] - 20:19
**waste** [1] - 104:22
**watching** [1] - 81:9
**water** [1] - 63:22
**ways** [2] - 9:19, 105:18
**web** [8] - 3:22, 19:24, 52:1, 52:2, 52:15, 52:16, 52:19, 58:19
**website** [7] - 37:9, 52:20, 53:19, 54:3, 59:12, 92:7, 100:22
**weed** [1] - 102:7
**week** [4] - 20:1, 54:16, 64:4, 92:21
**weekly** [1] - 19:19, 19:25
**weeks** [4] - 5:4, 98:18, 99:17, 102:25
**weighted** [1] - 30:10
**welcome** [2] - 2:8, 36:9
**Wex** [2] - 69:15, 70:8
**WHITE** [3] - 85:3,

85:25, 86:1
**white** [3] - 73:4, 73:9, 84:22
**whole** [4] - 52:6, 60:22, 98:24, 99:18
**Wiki** [3] - 54:2, 83:11, 100:22
**wiki** [1] - 83:19
**wiki@bitcoin.it** [1] - 83:19
**Wikipedia** [2] - 53:25, 54:2
**winky** [2] - 54:6, 103:8
**wish** [1] - 64:5
**withdraw** [2] - 45:16, 76:24
**withdrawals** [2] - 68:24, 69:6
**withdrawn** [2] - 68:23, 69:5
**witness** [5] - 67:19, 79:10, 101:8, 106:4, 106:17
**WITNESS** [1] - 69:4
**wondering** [3] - 7:20, 7:21, 66:1
**word** [17] - 18:9, 36:25, 42:14, 65:23, 70:20, 74:24, 75:9, 84:13, 84:16, 84:19, 86:1, 86:16, 91:17, 91:18, 91:19, 100:17, 101:24
**words** [4] - 79:3, 88:7, 91:17, 101:14
**works** [4] - 58:2, 58:5, 59:12, 104:14
**world** [4] - 72:13, 72:23, 98:25, 105:4
**worries** [1] - 103:23
**worry** [1] - 72:14
**worth** [2] - 31:25, 104:23
**write** [3] - 62:20, 88:16, 103:7
**writes** [13] - 21:18, 23:7, 24:8, 25:9, 30:5, 30:10, 30:14, 33:5, 56:22, 62:7, 88:15, 99:19, 104:9
**writing** [1] - 57:5
**wrote** [1] - 31:20
**www.bitcoin.se** [1] - 57:15
**www.torproject.org** [1] - 54:5
**www.xmlgold.eu** [2] - 11:3, 11:14

## X

**XChange** [1] - 99:25
**XEM** [3] - 70:5, 70:6, 70:7
**XMLGold** [24] - 2:12, 2:13, 2:15, 2:18, 3:15, 4:1, 4:23, 5:6, 5:20, 7:25, 9:9, 9:10, 9:17, 9:20, 11:5, 11:10, 11:16, 11:22, 12:3, 12:7, 12:13, 12:17, 12:24, 13:3
**xmlgold.eu** [6] - 7:15, 7:20, 7:23, 12:1, 12:11, 12:22

## Y

**year** [1] - 33:1
**years** [3] - 89:20, 98:2, 105:9
**yield** [1] - 56:25
**yourself** [1] - 87:3
**yourselves** [1] - 63:6

## Z

**Zero** [1] - 69:23
**zone** [2] - 43:13, 43:14