```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3    United States of America,      ) Criminal Action
                                     ) No. 21-cr-399
 4                    Plaintiff,     )
                                     ) JURY TRIAL
 5    vs.                            ) Afternoon Session
                                     )
 6    Roman Sterlingov,             ) Washington, DC
                                     ) February 28, 2024
 7                    Defendant.     ) Time:  1:30 p.m.
      _____
 8
                       TRANSCRIPT OF JURY TRIAL
 9                          HELD BEFORE
                 THE HONORABLE JUDGE RANDOLPH D. MOSS
10                   UNITED STATES DISTRICT JUDGE
      _____
11
                       A P P E A R A N C E S
12

13    For Plaintiff:     Christopher Brown
                         DOJ-USAO
14                       601 D Street, NW, Suite 5.1527
                         Washington, DC  20530
15                       Email:  Christopher.brown6@usdoj.gov
                         Catherine Pelker
16                       US DOJ
                         950 Pennsylvania Avenue NW
17                       Washington, DC  20530
                         Email:  Catherine.pelker@usdoj.gov
18                       Jeffrey Pearlman
                         DOJ-CRM
19                       1301 New York Avenue NW
                         Washington, DC  20005
20                       Email:  Jeffrey.pearlman@usdoj.gov

21    For Defendant:     Tor Ekeland
                         Michael Hassard
22                       Tor Ekeland Law PLLC
                         30 Wall Street, 8th Floor
23                       Brooklyn, NY  10005
                         Email:  Tor@torekeland.com
24                       Email:  Michael@torekeland.com

25    Court Reporter:    Janice E. Dickman, RMR, CRR, CRC
                         Email:  Janice_e_dickman@dcd.uscourts.gov
```

2

```
1        *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *
2                THE COURT:  Get the jury.
3                THE COURTROOM DEPUTY:  Yes, Your Honor.
4                THE COURT:  And the witness can return to the witness
5        box.
6                MS. PELKER:  Your Honor, there are a couple physical
7        exhibits that, with the Court's permission, we would just have
8        Special Agent Lund carry up when the time comes.
9                THE COURT:  Without objection, that's fine with me.
10               MS. PELKER:  Thank you, Your Honor.
11               (Whereupon the jurors enter the courtroom.)
12               THE COURTROOM DEPUTY:  Jury is present.  Please be
13       seated and come to order.
14               THE COURT:  Ms. Pelker, you can continue when you're
15       ready.
16               MS. PELKER:  Thank you, Your Honor.
17                   DIRECT EXAMINATION (Cont.)
18       BY MS. PELKER:
19       Q.  CS Mazarin, as part of your work on the Bitcoin Fog
20       investigation, did you also review data from electronic
21       devices?
22       A.  Yes.
23       Q.  What types of electronic devices, generally?
24       A.  Phones, a laptop, some Raspberry Pi data storage SD cards
25       were the main types, but there were a few others.
```

1    Q.  Can you explain to the jury what a forensic image is?

2    A.  A forensic image is an exact copy of a computer represented

3    as a file, or in some cases, a set of files.

4    Q.  Are there trainings and standards for making a forensic

5    image?

6    A.  Yes.

7    Q.  How does an examiner ensure that the image is an exact copy

8    of the original media?

9    A.  The examiner would verify the image through hashing.

10    Q.  Can you explain generally what a hash is?

11    A.  So, to generate a hash of a file, it's a mathematical

12    formula.  You can put as input all of the ones and zeros that

13    are in the file, and the output will be a number that is unique

14    to the file, a string of letters and numbers.  There are a few

15    different types you can do, but that represents the computer as

16    the image exactly as it is.

17    Q.  Did you prepare a visual that would assist the jury

18    understanding the concept of hash values?

19    A.  Yes.

20    Q.  Pull up Exhibit 365, which is not yet in evidence.

21        Is this the visual that we were just referencing?

22    A.  Yes.

23    Q.  And would this assist the jury in understanding your

24    testimony about hash values?

25    A.  Yes.

1          MS. PELKER:  Government moves to publish as a

2    demonstrative Exhibit 365.

3          THE COURT:  Any objection?

4          MR. EKELAND:  No objection.

5          THE COURT:  Exhibit 865 is admitted as a

6    demonstrative and may be published to the jury.

7    BY MS. PELKER:

8    Q.  CS Mazarin, can you explain what's shown here in file 1?

9    A.  File 1 is a text file that just has the text.  This is

10   file 1.

11   Q.  And can you circle where file 1 is appearing here on this

12   screen?

13   A.  (Indicating.)

14   Q.  And what did you do with file 1?

15   A.  I made a copy of file 1, which I renamed file 2, and I

16   changed one character, the number 1 to 2, and that's file 2.

17   Q.  And can you just draw a box around what is file 2 here on

18   your screen?

19   A.  Oh, to box both of them --

20   Q.  Just to help the jury see what file is which.

21   A.  (Indicating.)

22   Q.  And did you hash the contents of file 1?

23   A.  Yes, I did.

24   Q.  Can you point to where that's shown here on the screen?

25   A.  (Indicating.)  So in this section, the very first command

 1    computes the hash, and what you see below is the output, or the

 2    result.

 3    Q.  And, so, is that string starting with 1D7B5 the hash value

 4    of file 1?

 5    A.  Yes.  What I did here was run a command, get file hash, on

 6    file 1 as a file.  I told it to use -- which specific hashing

 7    algorithm to use, in this case it's used SHA256, and gave it

 8    the name file 1.  It hashed the file and as a result, it

 9    displayed for me the algorithm again, SHA256, and the hash

10    value -- or at least the beginning of it for that file.

11    Q.  And for file 2, remind the jury what the only change is in

12    file -- between file 1 and file 2.

13    A.  The number 1 here, 2, 2.

14    Q.  Did you then calculate the hash for file 2?

15    A.  Yes.  I ran the exact same command for file 2 to calculate

16    the SHA256 hash.

17    Q.  Can you point to where that hash value is shown on the

18    screen?

19    A.  (Indicating.)

20    Q.  So after just changing one character in the text file, what

21    happened to the hash value?

22    A.  The value changed.  It's a completely different hash.

23    Q.  And can you hash entire computer systems, in addition to

24    just individual files?

25    A.  Yes.

1    Q.  If the computers were identical copies with thousands of

2    files except one character is changed in one small text file,

3    what would happen with the hash value?

4    A.  The hash values would no longer match.

5    Q.  How do hash values help examiners ensure that the images

6    and files they're reviewing are true copies of the original?

7    A.  Since any change to the original would change the hash,

8    having matching hashes before the examiner does work and after

9    is a good verification that the original wasn't changed in the

10   process.

11   Q.  Are there different hashing algorithms in addition to

12   SHA256?

13   A.  Yes, there are.

14   Q.  What are some of the most common ones used currently used

15   in digital forensics?

16   A.  SHA1 and MD5.

17   Q.  We've spoken about imaging.  Were there also phones taken

18   into evidence in this case?

19   A.  Yes.

20   Q.  Is the process for retrieving evidence from phones

21   sometimes a bit different from computers?

22   A.  Yes.

23   Q.  Can you explain what an extraction is related to forensic

24   review of phones?

25   A.  So phones don't get exactly imaged because the process of

1    replicating data that's on a phone is different.  So, instead,

2    it gets referred to as an extraction.  There are different

3    types, depending on how deep into the phone it goes, but

4    basically it's a process of pulling files, the phone's

5    operation information, metadata, as much as possible, off of

6    the phone into, usually, a big zip file.

7    Q.  Is the information that's retrieved through the extraction

8    process still a reflection of the original data that was

9    contained on the phone?

10   A.  Yes.

11   Q.  Now, were you responsible for making the initial images or

12   extractions for the devices in this case?

13   A.  No.

14   Q.  Did you review those images and extractions provided by

15   others at FBI and IRS?

16   A.  Yes.

17   Q.  Can you explain what it means to process an image?

18   A.  Processing an image in terms of forensics usually means

19   running it through a forensic tool that can make it, one, more

20   searchable; and, two, can pull out additional files or pieces

21   of information from the image that might not be readily

22   available.  Depending on the tool, it can also do indexing, and

23   it can organize the file types better.  But processing

24   essentially means running it through a tool.

25   Q.  When you're reviewing a forensic image of a laptop, do you

1    see the same thing that someone would see if they were sitting

2    down in front of that original lap?

3    A.  No.

4    Q.  Why is that?

5    A.  Because you see the laptop as it would be on disk.  Like,

6    as if you open up File Explorer and are clicking through

7    looking at your files, you see lots and lots of folders, that's

8    what it looks like.

9    Q.  What's the benefit to a forensic examiner of looking at

10   files that way?

11   A.  It's easier, in my opinion, to build a timeline because you

12   have a more overhead view of the files.  It's easier to see

13   when things were last changed or updated.  And there are other

14   types of information that are more -- like file extensions that

15   are more obvious from looking at it as a disk, as the

16   computer's hard drive, rather than having the computer be

17   booted up and interacting with it.

18   Q.  Is the examiner still able to see the different files that

19   were saved on the computer?

20   A.  Yes.

21   Q.  And can you also see information about those files?

22   A.  Yes.

23   Q.  Is that sometimes called metadata?

24   A.  Yes, it is.

25   Q.  Why is metadata important in a forensic review?

1    A.  Again, it contributes to timeline.  Sometimes I want to see

2    if a file appeared before another file.  It can help in terms

3    of analyzing photos because it might contain information about

4    what camera took the photo.

5            It's details that help the examiner determine where

6    files came from and when.

7    Q.  When you're viewing files forensically, are you also

8    sometimes able to see files that the user has deleted?

9    A.  Yes.

10   Q.  Why is that?

11   A.  In the process of the file, where the forensic tool scans

12   the disk image looking for data or information, one of those

13   features most all of the tools have is called carving.

14   Essentially, files begin in their data in the same sorts of

15   ways, so carving programs will look through the rest of your

16   disk that does not have the files you see and just look for

17   matches.

18           Every match to that pattern it pulls out and it

19   gives, then, the examiner a list of possibly carved files to go

20   through, and sometimes those turn out to be documents.  It's

21   really because deleting a file doesn't, on your computer,

22   remove its data, it just takes away the reference to it.  The

23   data is still sitting there on the disk.

24   Q.  You're referring to disk.  Can you explain what's meant by

25   that?

1    A.  Yes.  The hard drive of the computer where its information

2    is stored.

3    Q.  Are you familiar with forensically-sound handling

4    practices?

5    A.  Yes.

6    Q.  What does that term mean?

7    A.  For something to be forensically sound, it should not

8    change the item being examined, as much as that's possible --

9    with hard drives not at all -- and it needs to be replicable by

10   another examiner.

11   Q.  I would like to turn now to your review of images and

12   extractions of particular electronic devices seized when the

13   defendant was arrested.  Generally, what sorts of things are

14   you looking for when you review devices?

15   A.  It largely depends on the type of case and the -- the exact

16   charges, but I will look for names, phone numbers, emails, and

17   IP addresses of interest.  Sometimes I will go through the

18   sorts of files that are there to determine how a device was

19   being used.  Was this a business laptop?  What was this extra

20   storage for?  I will look for dates and times particularly to

21   have a sense of when it's used.  And sometimes I'll look for

22   special types of files, including malware or encrypted files

23   involved.

24   Q.  Showing you what's been marked as Exhibit 701, not yet in

25   evidence.

```
 1            Now, when you're reviewing devices, do you compile a
 2    list of files of interest?
 3    A.  Yes.
 4    Q.  And can you explain what's shown here in Exhibit 701?
 5    A.  This is a spreadsheet that I compiled with files that I
 6    noticed and downloaded copies of from the evidence image, and
 7    it keeps track of information like which device it came from,
 8    its file hash, and where exactly in the file structure I found
 9    it.
10    Q.  And does Exhibit 701 include in one spreadsheet all of the
11    files that you looked at?
12    A.  It's many of the files I looked at.  There were one-off
13    occasions where I looked at different files on the computer,
14    went back and looked for something.  This spreadsheet is what I
15    made at the time of writing my main report to keep track of any
16    files that I mentioned in the report.
17    Q.  And does this accurately summarize the information about
18    that subset of the files that you had reviewed at the time?
19    A.  Yes.
20            MS. PELKER:  Government moves to admit and publish
21    Exhibit 701.
22            THE COURT:  Any objection?
23            MR. EKELAND:  Hearsay and incomplete summary.
24            THE COURT:  Exhibit 701 -- the objection is
25    overruled.  Exhibit 701 is admitted and may be published to the
```

1    jury.

2    BY MS. PELKER:

3    Q.  Can you walk through the column headers here?

4    A.  The columns I have are File Name, which is self-evident,

5    the Item Number, using the FBI's evidence numbering system, the

6    MD5 hash, then Path.

7    Q.  And is MD5 one of the hashing algorithms you testified to

8    earlier?

9    A.  Yes.

10   Q.  What is shown in Path?

11   A.  Path is where in the folder structure on the computer's

12   hard drive I located a file.

13   Q.  And why organize the file list like this?

14   A.  I find that it makes it simple to go back and find again

15   these files on the forensic images, if need be.  And then the

16   hashes are there so that authenticity check or verification can

17   be done.

18   Q.  And this list, was this list created while your review was

19   ongoing?  S, there was some additional review done after this

20   list?

21   A.  Yes.

22   Q.  How did you retrieve the files that are noted in this list

23   and in your review generally?

24   A.  I downloaded them from the processed image right there

25   inside the forensic tool.

1    Q.  Did you alter the contents of the files in any way when you

2    copied them?

3    A.  No.  Not from downloading them out of the image.  They're

4    the same files.

5    Q.  And did you review those files as we were processing them

6    to show to the -- as the government was processing them to show

7    to the jury for trial?

8    A.  Yes.

9    Q.  Now, in some instances, were the originals file types or

10   formats that would not be easy for the jury to review?

11   A.  Yes.

12   Q.  Can you give an example?

13   A.  Some were database files, where they're known as SQL LIKE

14   databases where you need a database viewer to see them.  If you

15   opened it and tried to look at the text, it wouldn't be

16   readable.  Others were computer programs that just aren't --

17   couldn't be readable at all.

18   Q.  And does this include files that you could view on your

19   computer that you use for forensic review, but that cannot even

20   be opened on the government or court computers that we use for

21   displaying the exhibits to the jury?

22   A.  Yes, that's correct.

23   Q.  What did you do in that instance, if it was an exhibit that

24   needed to be shown to the jury in some format?

25   A.  In those cases, I'd create either screenshots or Excel-type

 1    exports from my tools.

 2    Q.  And when you're doing those screenshots or the exports, is

 3    the resulting information you're providing still an accurate

 4    reflection of the information contained in the original file?

 5    A.  Yes.

 6    Q.  And so do the files that are -- we're about to talk about

 7    and that we've reviewed fairly and accurately reflect the

 8    substantive contents of the files found on the defendant's

 9    devices, even if they needed to be extracted in a form to show

10    to the jury?

11    A.  Yes, they are.

12    Q.  In your review, did you locate text files appearing to

13    contain the defendant's notes?

14    A.  To contain what?

15    Q.  The defendant's notes.

16    A.  Yes.

17    Q.  And with the assistance of Mr. Lund, if we could bring up

18    Exhibit 134R and M.  134R, and then we'll do 134M.

19             MR. EKELAND:  Okay.

20    BY MS. PELKER:

21    Q.  So with Agent Lund's assistance, we're passing you

22    Exhibit 134R first.

23             Can you just hold that up for the jury to see?

24    A.  (Indicating.)

25    Q.  What is that?

1    A.   This is a USB storage device, like a little thumb drive.

2    Q.   Is there a 1B number associated with this device on that

3    label?

4    A.   Yes.  It's 1B9_18.

5    Q.   Can you explain what a 1B number is?

6    A.   1B is an FBI evidence numbering system.  Oftentimes when

7    digital evidence, in particular, is recovered, there will be

8    digital evidence inside of it, like a camera and its storage or

9    a second SIM card in a phone.  And so 1B9 is in reference to

10   where this was found, I believe, and then 18 means specifically

11   this item.

12   Q.   And when you're talking about evidence pertaining to your

13   review at FBI, do you often refer to it by the 1B number?

14   A.   Yes.

15   Q.   And in this item, 1B9_18 which we've labeled for this trial

16   as Exhibit 134R, is this where you found many of the notes that

17   we're going to discuss?

18   A.   Yes.

19   Q.   If you could hand that back to Special Agent Lund.

20        And showing you Exhibit 709 through 715.

21        MS. PELKER:  And I believe that these may have been

22   conditionally admitted, or at least addressed through the

23   translators.  And, Your Honor, we're just going to go through a

24   series to complete the authentication of exhibits that have

25   been previously shown.

1            THE COURT:  All right.  Just to expedite things, let

2     me just ask the defense whether there's any objection to my

3     just going ahead and admitting 709 through 715, which I believe

4     were conditionally admitted subject to authentication.

5            MS. PELKER:  We're just going to have her testify

6     that she retrieved them from the device.

7            MR. EKELAND:  The originals are fine, Your Honor.  No

8     objection to the originals that the --

9            THE COURT:  I don't know if that addresses the issue

10    or not.  Do you mean the translations you're objecting to?

11           MR. EKELAND:  No.  I mean the original language notes

12    as they were extracted from the USB drive.  Am I

13    understanding --

14           THE COURT:  Well, it's 709 through 715, so if you

15    have no objection, I will admit 709 through 715.

16           MR. EKELAND:  Not the translation still, which are

17    separate documents; is that correct?

18           MS. PELKER:  Right.  This is just to complete the

19    authentication.  We've had testimony about the documents.

20    She's just testifying that these are, in fact, the documents

21    that were retrieved from the device.

22           THE COURT:  So any objection to that?

23           MR. EKELAND:  No objections to that, Your Honor, as

24    long as it's clear we're not talking about the translations.

25           THE COURT:  I think I've previously addressed the

1    translations.  So, then I will go ahead and admit 709 through

2    715.

3    BY MS. PELKER:

4    Q.  And, CS Mazarin, generally, did these files also contain

5    text in other languages?

6    A.  Yes.

7    Q.  Did you later review translated copies of some of these

8    notes?

9    A.  Yes.

10    Q.  And in addition to the notes that were retrieved from the

11    defendant's devices, did you also review translated copies of

12    some of the physical papers the defendant was carrying when he

13    was arrested?

14    A.  Yes, I did.

15    Q.  And did those documents include references to various cyber

16    topics that the case team asked you to help explain?

17    A.  Yes.

18    Q.  And on that same thumb drive, Exhibit 134R, did you also

19    locate a folder named Code Reactor?

20    A.  Yes.

21    Q.  And what was in that folder generally?

22    A.  The primary type of document I found in that folder were

23    invoices.

24         MS. PELKER:  And, Your Honor, if defense is willing

25    to stipulate, we're, again, just going to go through the

1    authentication that the invoices at Exhibit 719A through KKK

2    are copies of invoices from -- retrieved from that thumb drive.

3             THE COURT:  Any objection to that Mr. Ekeland?

4             MR. EKELAND:  No, Your Honor.

5             THE COURT:  Exhibits 719A through KK (sic) are

6    admitted.

7             MR. EKELAND:  Ms. Pelker, those are just the Code

8    Reactor invoices?

9             MS. PELKER:  Yes.  719A through KKK.

10            THE COURT:  KKK.  Okay.

11   BY MS. PELKER:

12   Q.  CS Mazarin, during your review the defendant's devices, did

13   you also encounter file encryption?

14   A.  Yes.

15   Q.  Did the defendant have several encrypted password vaults?

16   A.  Yes.

17   Q.  Can you explain what a password vault is?

18   A.  A password vault is an encrypted sort of container used by

19   password keeper software.  They work together, where if you

20   open the password keeper software, it will unlock the vault for

21   you so you can add user names and passwords or see and copy out

22   ones you've already saved.  And then when you're not using it,

23   it locks it or encrypts it again.

24   Q.  With Agent Lund's assistance, if we could hand you Exhibit

25   134M or 1B_13.

1    A.   1B9_13?

2    Q.   Yes, 1B9_13.   Thank you.

3          And can you hold that up for the jury and explain what

4    that is?

5    A.   This is another USB thumb drive, external storage.

6    Q.   And was one of the -- did you retrieve one of the password

7    vaults from that thumb drive, 1B9_13?

8    A.   Yes.

9    Q.   And were you able to get access to that password vault,

10   even though it was initially encrypted?

11   A.   Yes.

12   Q.   Is the native password vault file format one that can be

13   opened on the DOJ and court computers and shown to the jury

14   readily in that format?

15   A.   No.   I had to download the software to do it.

16   Q.   Did you export the information from the password vault in a

17   format that would allow the information in it to be displayed?

18   A.   Yes.

19   Q.   And did you -- when you did that, was the resulting file

20   then -- what format was it in?

21   A.   It was a TSV Excel spreadsheet.

22   Q.   Did you alter the actual contents of the fields of

23   information in any way when you were extracting the

24   information?

25   A.   No.

1    Q.  If we could pull up Exhibit 702, the password safe file.

2    And we should just not pull this up for the gallery.  And we

3    can actually just not publish this for the moment.

4         But, is 702 a fair and accurate reflection of the

5    information you retrieved in your extraction from the password

6    safe file?

7    A.  Yes.

8         MS. PELKER:  And government moves to admit or

9    complete its admission of Exhibit 702.

10        THE COURT:  Any objection?

11        MR. EKELAND:  This is the same password, one

12   spreadsheet we were doing before?

13        MS. PELKER:  Just the extraction.

14        MR. EKELAND:  No objection, Your Honor.

15        THE COURT:  702 is admitted and may be published to

16   the jury.

17   BY MS. PELKER:

18   Q.  And, CS Mazarin, generally, what does this generally show?

19   A.  User names and passwords to log into various websites.

20   Q.  Did you also find references in the defendant's notes and

21   command history regarding the use of encryption?

22   A.  Yes.

23   Q.  In your review of the defendant's devices, did you locate

24   any Bitcoin wallets?

25   A.  Yes.

1    Q.  And are you familiar with the defendant's Mycelium wallet?

2    A.  Yes.

3    Q.  Generally, what is a Mycelium wallet?

4    A.  It's a -- it was a mobile app on one of the phones, and

5    it's a cryptocurrency wallet.

6    Q.  Where was the Mycelium wallet located?

7    A.  On one of the phones.

8    Q.  One of the defendant's phones seized at the time of his

9    arrest?

10    A.  Yes, that's correct.

11    Q.  How did you extract information related to the Mycelium

12    wallet from the phone?

13    A.  I went into the extraction that another examiner had made

14    of this phone and identified where the coded files for the app

15    lived on the Samsung there, its APK file, which is sort of like

16    an archive file, and I pulled the entire Mycelium APK off of it

17    to look at the data that would be in that app.

18    Q.  And from there were you able to retrieve a key-value store

19    related to that Mycelium wallet?

20    A.  Yes.  That was in one of the app's databases.

21    Q.  Showing you Exhibit 703.  I believe this is the same

22    situation of it's been conditionally admitted.

23         Is this a fair and accurate reflection of the

24    information you retrieved regarding the Mycelium wallet

25    application?

```
 1    A.  Yes.

 2              MS. PELKER:  Government moves to complete admission

 3    of Exhibit 703, which was addressed in Mr. Scholl's testimony.

 4              THE COURT:  Any objection?

 5              MR. EKELAND:  No objection.

 6              THE COURT:  703 is admitted and may be published to

 7    the jury.

 8    BY MS. PELKER:

 9    Q.  CS Mazarin, while you were reviewing the records from the

10    Mycelium wallet from the defendant's phone, did you pull out

11    the records that appeared to be accounts and summarize them in

12    a chart?

13    A.  Yes.

14    Q.  I'm showing you Exhibit 704.

15              Is this a copy of the summary of accounts that you

16    pulled out with the corresponding account information?

17    A.  Yes, it is.

18    Q.  And does this fairly and accurately summarize the

19    information that you extracted from the Mycelium wallet?

20    A.  Yes.

21              MS. PELKER:  Government moves to admit Exhibit 704.

22              THE COURT:  Any objection?

23              MR. EKELAND:  No objection.

24              THE COURT:  704 is admitted and may be published to

25    the jury.
```

 1    BY MS. PELKER:

 2    Q.  Can you just explain generally what's shown here on this

 3    chart?

 4    A.  To the left appear to be full account numbers, and to the

 5    right were notes that were stored somewhere in the app

 6    alongside, in a sense, those account numbers.

 7    Q.  Did the FBI also match this information to information that

 8    was displayed on the phone itself?

 9    A.  Yes.  It appeared on the phone itself as labels for the

10    accounts.

11    Q.  And did you assist with photographing the Mycelium app on

12    the defendant's phone?

13    A.  Yes, I assisted.

14    Q.  I'm showing you Exhibits 705A through E.

15         Do you recognize these images?

16    A.  Yes.

17    Q.  Are these fair and accurate depictions of the phone as it

18    appeared at the time?

19    A.  Yes.

20         MS. PELKER:  Move to complete admission of Exhibit

21    705A through E.

22         THE COURT:  Any objection?

23         MR. EKELAND:  No objection.

24         THE COURT:  705A through E are admitted and may be

25    published to the jury.

1    BY MS. PELKER:

2    Q.  Did Mr. Sterlingov's phone also contain a pre-saved

3    transaction history for one of the wallets?

4    A.  There was a -- an export of account activity that I found

5    in the form of a spreadsheet on the phone, if that's what

6    you're referring to.

7    Q.  If we could pull up Exhibit 707.

8         Is this the file that you were referencing?

9    A.  Yes.

10   Q.  And is Exhibit 707 a fair and accurate copy of the file

11   that was retrieved from the defendant's phone?

12   A.  Yes.

13            MS. PELKER:  Government moves to admit Exhibit 707.

14            THE COURT:  Any objection?

15            MR. EKELAND:  It's hearsay.

16            THE COURT:  Overruled.  Exhibit 707 is admitted and

17   may be published to the jury.

18   BY MS. PELKER:

19   Q.  And, CS Mazarin, did you provide files pertaining to the

20   Mycelium wallet to other members of the case team for further

21   review?

22   A.  Yes.

23   Q.  And are these some of the files that Mr. Luke Scholl

24   testified to in his review of the Mycelium wallet activity?

25   A.  Yes.

1    Q.  Did you find evidence of Tor on multiple devices seized by

2    the defendant?

3    A.  Yes.

4    Q.  Did that include the defendant's laptop as well as multiple

5    SD cards or external storage devices?

6    A.  Yes, that's right.

7    Q.  Can you explain to the jury what bash history is?

8    A.  Bash history is a saved command line history where when the

9    command window pops up and user's comfortable with it, type in

10   commands to the computer, those actually get logged in a file.

11   It doesn't have any dates and times, but it's just a list of

12   all the commands that were entered and attempted to be run.

13   Q.  Did you review bash history from the defendant's devices?

14   A.  Yes.

15   Q.  Showing you Exhibit 731, which I believe is not yet in

16   evidence.

17           Do you recognize this?

18   A.  Yes.

19   Q.  And can you explain, generally, what it is?

20   A.  So, the .bash history file is a Linux command history file.

21   And this is from that device 1B9_18 for the user heavydist.

22   Q.  And is this a fair and accurate copy of the file from that

23   device?

24   A.  Yes.

25           MS. PELKER:  Government moves to admit Exhibit 731.

```
 1                THE COURT:  Any objection?

 2                MR. EKELAND:  Relevance and hearsay.

 3                THE COURT:  The objection is overruled.  And

 4     Exhibit 731 is admitted and may be published to the jury.

 5     BY MS. PELKER:

 6     Q.  Now, the jury has this on the screen in front of them.  Can

 7     you generally describe what's shown here in this bash history

 8     file?

 9     A.  This is that list of commands, one command per line,

10     generally, that the user heavydist at some point typed in the

11     terminal.

12     Q.  So what does this -- these bash history files tell you

13     about the defendant's use of the command terminal?

14     A.  He knew how to use it.  He knew a variety of commands to do

15     all sorts of functionality on his devices.

16     Q.  Directing your attention a little bit more than midway

17     down.  And just search for .onion.

18                Can you explain what's shown here with these entries

19     pertaining to .onion?

20     A.  The torsocks command is one of the ways to connect to Tor

21     browser without using the actual browser.  Torsocks followed by

22     any command says to run it through the Tor network instead of

23     directly to the internet.  So the actual command here is SSH,

24     short for secure shell, which says to make a connection to a

25     server, log into it.  The -D flag specifies a port, and the
```

1    format here will be the user name at the server name that's

2    being connected to.  In this case, root at this .onion site.

3    Q.  What does it mean to access something as root?

4    A.  Root is the term for administrator.

5    Q.  Why was this access as root significant to you?

6    A.  Because this would suggest an attempted administrator login

7    to the server found at KCQ and therest.onion.  So that's

8    different than someone visiting the site as a regular user.

9    This would be somebody who manages the site logging in as

10   its -- a privileged user.

11   Q.  What's the information following the D?

12   A.  That's a port number.

13   Q.  And why was it significant that this connection attempt

14   included a port number?

15   A.  It possibly shows some knowledge about the server's

16   configuration.

17   Q.  Did you review a translated copy of the masked file

18   retrieved from the defendant's device?

19   A.  Yes.

20   Q.  Directing your attention to Exhibit 711A.

21        Is this the translated mast that you reviewed?

22   A.  Yes.

23   Q.  If we could go to page 26.  And in the section under Tor,

24   without reading all of it, generally, what is Mr. Sterlingov

25   discussing in the top portion under the Tor subheading?

1    A.  In the very first two paragraphs?

2    Q.  Yes.  I'm going to have you read beginning with, "As such,

3    you can sniff the addresses."

4         But what's he discussing before we get to that point?

5    A.  Oh, in the whole section.

6         He's discussing part of how Tor hidden services work,

7    and how there are some Tor nodes that keep track of where all

8    the hidden services are.

9    Q.  Can you read from the text beginning with, "As such, you

10   can sniff the addresses"?

11   A.  "As such, you can sniff the addresses of hidden services in

12   three ways:  Register as a directory service with the right

13   flag and get the descriptors themselves, and maybe you can add

14   ID digest rotation so that different services sent their

15   descriptors here, otherwise, they will be the same.  That's

16   probably why they made the 24-hour restriction.  Sniff

17   addresses when hidden service chooses you as an introduction

18   point.  Sniff addresses when a hidden service client chooses

19   you as a rendezvous point.  An update.  It won't fucking work

20   because rendezvous points don't receive services" --

21         THE COURT:  Slow down just a little bit.  If you can

22   go a little slower.

23   A.  "They only see rendezvous cookies."

24   BY MS. PELKER:

25   Q.  If you could speak into the microphone, as well, for the

1    court reporter.

2         What does address sniffing mean in this context?

3    A.  It means attempting to find the IP address.

4    Q.  What is the defendant explaining or writing about here?

5         MR. EKELAND:  Objection.

6         THE COURT:  Why don't you phrase it as what does it

7    say, what does it describe.

8    BY MS. PELKER:

9    Q.  Can you explain the meaning of the technical terms that's

10   being described here?

11   A.  Hidden services are the .onion sites.  Rendezvous points

12   are the Tor nodes in the middle, that center point that serves

13   a few functions when connecting to a hidden service.  And the

14   DHT, distributed hash table, is part of how the Tor network

15   knows where -- how to reach the actual hidden services.

16        And there are multiple Tor nodes that keep track of

17   parts of those lists, and so these are descriptions of

18   different parts of the Tor network as it pertains to hidden

19   services in different points that the traffic or the request

20   has to go through.

21   Q.  Can you explain your understanding of what's being

22   discussed in these paragraphs?

23   A.  In general, I understand it as thinking through what

24   vulnerabilities, or flaws, in the Tor network would allow an

25   attacker to determine the IP addresses of hidden services.

1    Q.  And why, if at all, was this significant to you in your

2    review?

3    A.  It shows a decent amount of knowledge about how the Tor

4    network works.  It shows examination of it from a lot of

5    different angles, and that would be important to know for

6    multiple reasons, if you are on the Tor network.

7    Q.  Can you read the next section under Current Status?

8    A.  "Current Status:  Change the code only in the file

9    rendmid.c, signaled using the signature what and where exactly

10   changed.  This file is stored both on the work computer and on

11   the VPS."

12   Q.  Can you explain your understanding of what's being

13   discussed here?

14   A.  In general, that file is part of the Tor browser code and

15   the Tor service code, and so to make changes of it is to

16   customize Tor on a computer and a VPS, a server, in some way.

17   Q.  And can you now read the next section, starting with, "To

18   compile"?

19   A.  "To compile on the ubuntu, it was necessary to follow the

20   instructions on HTTPS://" --

21   Q.  You don't have to read the --

22   A.  Okay.

23   Q.  Generally, what's the domain, just the main portion of the

24   domain?

25   A.  Oh, yeah.  "Torproject.org/docs/debian.HTML.en regarding

1    uilding from source, everything except the debuild command.

2    Instead, I just went to the folder that got created there,

3    $./configure.  He told me what libraries need to be installed

4    there as well and how.  Everything went smoothly.  $ make.

5    Q.  And what is at the Tor project address that's noted there?

6    A.  Documentation on how to build Tor for the Debian Linux --

7    Debian version of Linux.

8    Q.  And what's your understanding of what's being discussed in

9    this text here?

10   A.  Building from source means instead of just downloading it

11   pre-made, there was some element of it that -- that the user

12   would want to change or control themselves.  So they are

13   compiling their version of it with the modifications, maybe, to

14   run it.

15   Q.  And viewed as a whole for this page under the Tor section

16   overall, what's your understanding of the concern that's being

17   discussed -- of what's being discussed in this discussion under

18   Tor?

19              MR. EKELAND:  Objection.  Just vague and ambiguous.

20              THE COURT:  Overruled.

21   A.  The overall write-up appeared to me to examine the

22   effectiveness of Tor network's anonymity, especially with

23   regards to hidden services and keeping those IPs private.

24   BY MS. PELKER:

25   Q.  When you say "keeping the IPs private," you mean the IP

1    address of the hidden service?

2    A.  Yes, of the hidden service.  So that no one knows where it

3    is.

4    Q.  Staying within the mast document and going to page 30.  Can

5    you read the second full paragraph under the --

6        MR. EKELAND:  Your Honor, can we talk on the phone

7    for a second?

8        THE COURT:  I'm sorry?

9        MR. EKELAND:  Can we speak on the phone for a second?

10        (Bench discussion:)

11        MR. EKELAND:  There's still translations in this

12    document which we've -- it's not right now, actually, being

13    published in front of the jury -- and we never, ever agreed to

14    use the whole summary issue.  And I don't know why these

15    summaries are still being published to the jury in this

16    document.

17        MS. PELKER:  That was very much inadvertent.  But

18    this summary appears to be that there was a section discussing

19    yoga, and the translators just didn't translate verbatim to the

20    yoga summary.  We will redact it.  We -- this was not the --

21    intentional, and we don't think that there's any prejudice

22    here.  It just says that there's a discussion about yoga.

23        MR. EKELAND:  Your Honor, we don't think it's

24    intentional.  If we can just get it -- you know, get the

25    documents -- the summaries redacted from the document, we're

1    okay.  And if we can just try to avoid dislodging the summaries

2    to the jury.

3              THE COURT:  That's fine.  Let's move on.

4              (Open court:)

5              MS. PELKER:  If I can have just one moment to explain

6    that to Ms. de Falco.

7              (Pause.)

8              THE COURT:  Okay.  You can continue.

9    BY MS. PELKER:

10   Q.  CS Mazarin, can you read the second full -- the paragraph

11   that starts with, "There is a Tor-like one"?

12   A.  "There is a Tor-like one or an add-on built over the Tor in

13   which connections do not always have to go through the same

14   channel such that it was possible for one TCP connection, for

15   its different packets to totally go through different nodes and

16   get assembled in the right place."

17   Q.  Can you read the second line from the bottom of this page?

18   A.  "Go ahead and set up the connection of payment to the Tor

19   already so as to have fucking plenty of nodes all in all."

20   Q.  What's your understanding of what's being described in

21   these paragraphs?

22   A.  Well, the preceding paragraphs give it more context that

23   helped me understand it better.

24   Q.  And this -- my question is really of -- we had you read

25   several paragraphs.  Did you also review additional text on

1    this in this section?

2    A.  Yes.

3    Q.  And based on your review of that text and these paragraphs,

4    what's your understanding of what's being described?

5    A.  What I understand being described here is the idea that a

6    Tor user would have nodes in the Tor network that they control.

7    Since anyone can run one, that there would be a subset of the

8    overall network that was trusted to not have any -- anything

9    listening on it or spying.  And that if there were enough of

10   those, the traffic could go through it, maybe with some

11   connection split, as described in one of the paragraphs, I'm

12   not sure.  But it would be the part of the Tor network,

13   theoretically, a user could connect through to be sure that

14   their connection was fully safe and anonymous.

15   Q.  Going now to the bottom of page 31.

16          Can you read the last paragraph, starting with, "The

17   most important thing"?

18          And if we can scroll down so we can continue on to the

19   top of the next page.

20   A.  "The most important thing in the project of making payment

21   for Tor nodes operational is making it possible for the payment

22   to be anonymous, so that the payer knew for sure that the

23   payment will be made without problems, such that the recipient

24   of the money would just receive it on some address, to which he

25   himself won't connect in any way."

1    Q.  What would be the benefit of controlling your own set of

2    Tor nodes?

3    A.  In this case, the benefit would be charging for it so that

4    whoever was paying for it would be willing to pay for that

5    extra guarantee.

6    Q.  And if someone were trying to anonymize their activity,

7    what would be the benefit of that control?

8    A.  They could theoretically try to make that protected part of

9    the network the gateway into their site.  They're basically

10   trying to avoid sniffing or man-in-the-middle type of attacks

11   anywhere where part of the network is collecting or capturing

12   information it shouldn't.

13   Q.  Going to page 32.  Can you read the paragraph about halfway

14   down, starting with, "In general, darn it"?

15        Scroll.

16   A.  "In general, darn it, create a system of encrypted file

17   containers after all, in which you can save anything.  And

18   making sure that a good plausible deniability was in place."

19   Q.  Can you explain what an encrypted file container is?

20   A.  It's a section of your computer which, at a high level, you

21   could store multiple files in and then encrypt or, you know,

22   mathematically convert to something unreadable the whole set of

23   files.  And then you could also decrypt it when you needed that

24   whole set.  It's known as a -- the whole set is known as the

25   container.

1   Q.  And what do you understand to be meant by "good plausible

2   deniability"?

3   A.  An alternate explanation for having something or something

4   occurring.

5   Q.  Can you read the next paragraph, starting with, "Make sure

6   that the browser bundle"?

7   A.  "Make sure that the browser bundle does not let the pages

8   understand what fonts are available on the machine."

9   Q.  What's your understanding of what is meant by that?

10  A.  What fonts someone has installed on their computer could be

11  an attribute that's unique to them.  If you speak multiple

12  languages, you might need to download fonts specific to those

13  languages.  And then in another sense, any custom fonts that

14  might be unusual could also give information about you as the

15  user.  And so I understand this to mean that what fonts are

16  available on the machine is information that he wants to make

17  sure that the Tor browser bundle isn't able to access.

18  Q.  Why would that be a concern for the defendant, in

19  particular?

20  A.  For anonymity.  For the language reason, possibly, but for

21  anonymity.

22  Q.  And scrolling to the bottom of this page.  Can you read the

23  last paragraph?

24  A.  "In general, create a program that will be removing traces

25  from everywhere.  Clean all sorts of cookies out there, the

1    cache of all sorts of additional programs, temp, et cetera.

2    Everything in general."

3    Q.  What's your understanding of what's being described here?

4    A.  This is an awareness of the forensic techniques existing to

5    pull data out of various places, such as leftovers in the

6    browsers and cookies.  It's awareness of forensic techniques

7    and information that can be stolen, for example, by malicious

8    code, and is referencing creating a program that will automate

9    going through and deleting all of those traces of leftover

10    information.

11    Q.  I'm now on page 34, into 35.  If we could read in the last

12    paragraph that starts "So, in order," and continue on to the

13    next page.

14    A.  "So, in order to properly set up communication with secure

15    servers, one needs to properly make a system that will be

16    sending packets constantly, and not just when the user presses

17    the keys, for example."

18    Q.  Keep reading for that -- the next two paragraphs.

19    A.  "And perhaps one needs to find a way to embed this in open

20    VPN.  In any case, it would be fucking awesome to finish I2P,

21    to make sure it all worked there.  And the main thing, making

22    sure that a fucking huge amount of unauthorized traffic is

23    already going through there, say for bittorrent, and that it

24    was not clear who was on this network and who just happens to

25    be there."

1    Q.  Can you read the next paragraph?

2    A.  "So, the idea is that when a package intended for a hidden

3    service comes to the router, one can simultaneously send such a

4    package somewhere else.  Therefore, just by watching the

5    router, one can't fucking find out whether the service itself

6    is on it or not."

7    Q.  What's your understanding of what the defendant is

8    describing here?

9    A.  So these are some suggestions for, from how I read this,

10   keeping traffic intended for a hidden service, from it being

11   obvious to which IP or which router here it's going to.  Aside

12   from the VPN connection, there's a description of running a

13   noisy service, like a torrenting service on it so that lots of

14   requests, not just the ones for that -- that Tor service will

15   be going through it, so it might not be as visible what that

16   router is being used for.  And it describes another

17   configuration where the -- where the request that comes for the

18   site could go to some other point first.  And by the way it's

19   described at the end, this is to obscure where -- that the

20   server is actually behind this router and where it actually is.

21   Q.  Who would be putting this sort of protection in place for a

22   hidden service?

23   A.  The person running the hidden service.  But it did say

24   "secure server" in this one, so a hidden service could be one

25   kind of secure server, but --

1  Q.  If law enforcement were monitoring this router, if it were

2  actually set up like this, what would they see?

3  A.  A lot of traffic.  Maybe traffic to the hidden service, but

4  maybe not.  It would be difficult to determine exactly what

5  traffic was being seen because it would be a mix of a lot of

6  people's traffic for different purposes.

7  Q.  And would a VPN service be the sort of noisy activity that

8  would be consistent with what's described here?

9  A.  More so the bit torrent service, but the VPN would be for

10  additional encryption, I would say.

11  Q.  If we can now pull up Exhibit 715A, Tech Specific Mast.

12       And is this another -- did you review this translation

13  of a file from the defendant's computer?

14  A.  Yes.

15  Q.  And if we can go to page 2 and read in the fifth bullet

16  point, starting with, "Upgrade."

17       THE COURT:  Has this one been unconditionally

18  admitted at this point?

19       MS. PELKER:  I believe it was admitted.

20       THE COURTROOM DEPUTY:  It was admitted, Your Honor.

21       THE COURT:  Okay.  Thank you.

22  A.  "Upgrade our local server.  Because now even SSH seems

23  fucked up.  It has a lot of problems."

24  BY MS. PELKER:

25  Q.  And can you read the last sub-bullet in this section,

1    "Check if Tor-SSH"?

2    A.   "Check if Tor-SSH endpoint still works, too."

3    Q.   Can you explain what this -- what your understanding is of

4    these bullet points in nontechnical terms?

5    A.   That the server was to be set up allowing for secure shell,

6    SSH connections in, but that it's running into problems and the

7    connection is not working right.

8    Q.   And what is the Tor-SSH -- or, the Tor portion of the --

9    that bullet point describing?

10   A.   I don't know for certain.  It suggests that it would be a

11   way to remote into a computer that has something to do with the

12   Tor network, but I don't know what that exact command does.

13   Q.   And would it be a casual user of the server or an

14   administrator who would be run -- who will be running these

15   checks and configurations?

16            MR. EKELAND:  Objection, Your Honor.  Vague and

17   ambiguous as to "casual administrator."  And it's also, I

18   think, kind of compound.

19            THE COURT:  Overruled.

20   A.   It would be the administrator, someone who needs to work on

21   the site, not someone who is visiting the site.

22   BY MS. PELKER:

23   Q.   Turning now to a somewhat different but related topic.

24            If a user -- if someone is hosting a website, do they

25   usually run the website off of their laptop?

1    A.  No.

2    Q.  Why not?

3    A.  A laptop couldn't support all of the traffic that would

4    come in.  And a website generally needs to be up and running

5    all the time, whereas laptops you'll close and bring with you.

6    Q.  When cyber criminals are doing work on a criminal project,

7    do they always save the files on the computer that's physically

8    in front of them?

9    A.  No.

10   Q.  Why not?

11   A.  Because sometimes they need more storage or different

12   locations for these files to be staged.  So they will remote

13   into a different computer or server to move files back and

14   forth.

15   Q.  What are other ways that cyber criminals can store

16   information remotely but still have access to it?

17   A.  They can connect to another computer and map a share.  You

18   could think of it as on some people's home browsers they'll add

19   some extra storage so that when they connect on their computer,

20   they can see where all the extra videos are.  They can do

21   different types of connections to servers they have, such as

22   RDP connections or VNC.  Those are some of the ways.

23   Q.  What is RDP?

24   A.  Windows terminal services.

25   Q.  And does RDP stand for remote desktop protocol?

1    A.  Yes, remote desktop protocol.

2    Q.  Can you explain in nontechnical terms what remote desktop

3    protocol would allow someone to do?

4    A.  It's usually known as remoting into another computer.  The

5    help desk example fits here as well, when the -- it lets a

6    remote user enter the computer and see it as if it's a user who

7    is behind the screen.

8    Q.  Are you generally familiar with X2Go?

9    A.  Yes.

10   Q.  What is X2Go?

11   A.  A remote viewer application.

12   Q.  Can you explain what a remote viewer application is?

13   A.  It's a program that when it's set up between two computers,

14   would let somebody remotely access and view the contents of the

15   other computer as it -- as logged into it.

16   Q.  Did you find X2Go installed on the defendant's laptop?

17   A.  Yes.

18   Q.  Did you find other indications that the defendant was

19   remotely connecting to other computers and servers?

20   A.  Yes.

21   Q.  Did that include repeated references to bunker or bunkerx?

22   A.  Yes.

23   Q.  What is a bunker, generally?

24   A.  An underground fortress.

25   Q.  Showing you exhibits which are not yet in evidence, 720,

1    722 through 726, 729, 732, and 733.

2         And as they're being pulled up, are these fair and

3    accurate copies of files that you retrieved from the

4    defendant's devices?

5    A.  Yes.

6         MS. PELKER:  And the government will move to admit

7    those exhibits.

8         THE COURT:  Any objection?

9         MR. EKELAND:  Could I just get the exhibit numbers

10   again?

11        MS. PELKER:  720, 722 through 726, 729, 732, and 733.

12        MR. EKELAND:  I have no objection.

13        THE COURT:  Exhibit 720, 722 through 726, 729, 732,

14   and 733 are admitted and may be published to the jury.

15   BY MS. PELKER:

16   Q.  If we could actually pull up 731, which is already in

17   evidence.

18        Is this the same bash history file that we previously

19   looked at, showing the defendant attempting to connect to a Tor

20   hidden services root?

21   A.  Yes.

22   Q.  Did this bash history also contain numerous references to

23   bunkertunnel?

24   A.  Yes.

25   Q.  And with Ms. de Falco's assistance, if we could click

1    through the various bunker references.

2         What is a "tunnel" in computer terms?

3    A.   Usually, it's an encrypted connection between two

4    computers.

5    Q.   What does "bunkertunnel" indicate to you as it appears in

6    the bash history?

7    A.   A tunnel encrypted connection to some machine named bunker.

8    Q.   Did you locate a script on the defendant's device named

9    bunkertunnel?

10   A.   Yes.

11   Q.   And generally, what is a script?

12   A.   A script is a file that contains one or more computer

13   commands so that they run one after the next.

14   Q.   Pulling up Exhibit 725.  The bunkertunnel.  Can you explain

15   what's shown here?

16   A.   This appears to be a script containing an auto SSH command,

17   ending with the user SSHuser at the server TD1.ignorelist.com.

18   Q.   What was the name of the script?

19   A.   Bunkertunnel.  Bunkertunnel.sh, depending on --

20   Q.   I believe what's shown here is a PDF, but there is a -- if

21   we can just open up the --

22         Was the original file that was retrieved from the

23   defendant's device a PDF, or was the PDF part of the processing

24   so that it would show up for the jury?

25   A.   It was a text file that may have been turned into a PDF.

1    Q.  And I think we were able to get the actual text file up.

2         And generally, was the -- is the PDF simply the same

3    exhibit, just a PDF version of the text file of the script that

4    actually was retrieved?

5    A.  Yes.

6    Q.  Did you do further research on the domains containing that

7    TD1 subdomain?

8    A.  Yes.

9    Q.  And can you just point -- if you can try drawing on your

10   screen of what -- point out that TD1 subdomain here?

11   A.  (Indicating.)

12   Q.  And again, in very nontechnical terms, what would this

13   script with auto SSH be directing the computer to do with

14   regard to that subdomain?

15   A.  Likely to initiate some kind of connection to the server at

16   that subdomain using the user name SSHuser.

17   Q.  Directing your attention to Exhibit 727, which is not yet

18   in evidence.

19        What is shown here?

20   A.  A passive DNS record rendered in a domain tools table.

21   Q.  You testified earlier about passive DNS.

22        Is this the same sort of passive DNS record that's

23   relied on by cybersecurity professionals and viewed as

24   accurate?

25   A.  Yes.

1           MS. PELKER:  Government moves to admit and publish

2     Exhibit 727.

3           THE COURT:  Any objection?

4           MR. EKELAND:  No objection.

5           THE COURT:  Exhibit 727 is admitted and may be

6     published to the jury.

7     BY MS. PELKER:

8     Q.  Can you explain what is shown here?

9     A.  This record is saying that between 12-9-2020 and 4-19-2021,

10    domain tool sources saw TD1.ignorelist.com resolve to IP

11    address 188.149.52.168.

12    Q.  If we could pull up exhibit --

13          Did you do additional research on that .168 IP address?

14    A.  Yes.

15    Q.  If we could pull up Exhibit 728, which is also not yet in

16    evidence.

17          Can you explain what's shown here?

18    A.  An additional domain tool screenshot for this specific IP

19    ending in .168.

20    Q.  Does this fairly and accurately reflect the information

21    pertaining to that .168 IP address that you obtained?

22    A.  Yes.  This was the screen I saw.

23          MS. PELKER:  Move to admit Exhibit 728.

24          THE COURT:  Any objection?

25          MR. EKELAND:  Just hearsay.

1            THE COURT:  Exhibit 728 is admitted and may be

2     published to the jury.

3     BY MS. PELKER:

4     Q.  Can you explain what's shown here with regard to who

5     controlled that .168 IP?

6     A.  It appears that the company was called Tele2.

7     Q.  We might need to scroll down a little bit or zoom in, but

8     can you point out to where on the screen that's shown?

9     A.  A few places (indicating).

10    Q.  What's shown -- scrolling back up, what is shown under the

11    passive DNS resolutions?

12    A.  So these are some domains that domain tools observed

13    resolving to that .168 IP address, and there are several listed

14    here.  When I say that some domains appear residential or

15    business in nature to me, this is often what I mean.  There's

16    some sort of ID number, which you'll notice has the same

17    numbers as the IP .breadband.tele2, so that would be on the

18    networks like we see of tele2.

19           We also see COMHEM, which it might have been at

20    another time.  And TD1.ignorelist.com and TD1.hopto.org I

21    generally recognize as domains coming from a dynamic DNS

22    service.

23    Q.  Is that TD1 the same -- the same domain that was seen in

24    the bunkertunnel script on the defendant's computer?

25    A.  Yeah, the TD1 subdomain was the same as in these examples.

1    Q.  What do all of these last couple of exhibits that we've

2    seen indicate to you about the defendant's connections using

3    that bunkertunnel script?

4    A.  That the connections were made to a computer or server that

5    was in Sweden.

6    Q.  And was the case team able to obtain any of the defendant's

7    computers or servers from Sweden?

8    A.  No.

9    Q.  Directing your attention to Exhibit --

10             THE COURT:  Are you getting ready to move to a

11    different topic?  Because if so, I think we should take at

12    least a bathroom break now or maybe an afternoon break.

13             MS. PELKER:  A break here is fine, Your Honor.

14             THE COURT:  So why don't we do that.  It is just

15    about ten minutes to three.  Let's come back at ten after

16    three.

17             Please don't discuss the case, even amongst

18    yourselves, and don't conduct any type of research relating to

19    the case in any way.

20             (Whereupon the jurors leave the courtroom.)

21             THE COURT:  The witness can take a break as well.

22             One of the jurors signaled they needed to use the

23    bathroom.  I was going to go a little longer, but it's fine to

24    break now.

25             Anything else before we take a break?

1          MS. PELKER:  No, Your Honor.

2          THE COURT:  All right.  See you shortly.

3          (Recess from 2:53 p.m. to 3:10 p.m.)

4          (Whereupon the jurors enter the courtroom.)

5          THE COURTROOM DEPUTY:  You may be seated and come to

6    order.

7          THE COURT:  All right.  Welcome back, folks.

8          And you can continue.

9          MS. PELKER:  Thank you, Your Honor.

10   BY MS. PELKER:

11   Q.  If you could pull up Exhibit 732.

12          And, CS Mazarin, is this another bash history from the

13   Exhibit 134R, 1B9_18?

14   A.  Yes.

15   Q.  Why are there two different bash history files for that

16   device?

17   A.  If you're logged in as different users, each user gets its

18   own command history.  It's the command someone ran from that

19   user name.

20   Q.  So for the exhibit that's in front of us now of 732, what's

21   the user noted here for this bash history?

22   A.  It's root, meaning administrator.

23   Q.  Can we jump down to the first reference to bunker, and look

24   to the following lines here?

25          Can you explain, generally, what's shown here?

1   A.   The following lines?

2   Q.   Just in the section referencing with the bunker-related

3   references.

4   A.   There appear to be directories, or folders, named

5   bunkerxmedia and bunkerxhome under a heavydist folder, and it

6   looks like these are being mounted and, eventually, I think,

7   unmounted.  But in here, mounted or sort of attached in a

8   viewable way over the local network bunkerxhome and

9   bunkerxmedia.  So those two are being linked, the bunkerxhome

10  under media heavydist bunkerxhome, and the local area called

11  bunkerxhome, they're being linked or synced up.

12  Q.   If we could keep scrolling down to where it says "Install

13  Tor."

14       Can you explain what's shown here?

15  A.   Apt-get install is one way to install programs and software

16  onto a Linux system to get the packages needed.  So apt-get

17  install Tor would be an attempt to install a set of programs

18  called Tor.

19  Q.   Are there other install commands that come after that?

20  A.   Apt-get install Keypass and apt-get install Keypass 2.

21  Q.   What's Keypass?

22  A.   It's a password keeper software.

23  Q.   If you could pull up Exhibit 729.

24       Is this the bash history for 1B9_13, or Exhibit 134M?

25  A.   Yes.

1    Q.  And is that the -- that's the device where the defendant's

2    password vault that you were able to decrypt was recovered

3    from?

4    A.  Yes.

5    Q.  Can we highlight BunkerSSH, just the first reference?

6         Can you explain what BunkerSSH means here?

7    A.  Having just the name BunkerSSH would mean running it as a

8    program, the file name BunkerSSH, running a script.

9    Q.  And can you remind the jury what SSH indicates?

10    A.  Secure shell, a remote connection.

11    Q.  Pulling up Exhibit 723.  Mount bunkerx.  Can you explain

12    what's shown here?

13    A.  These are a set of commands to mount the directories

14    bunkerxmedia and bunkerxhome.

15    Q.  What does it mean to "mount a directory"?

16    A.  So, you have, on your local system, two spots, usually

17    they're in a media folder or something, where you would create

18    a folder to access the files from locally, but you don't have

19    access to them yet until you run a mount command, usually to

20    something that you have access to by path.  It could be

21    remotely to another computer.

22         And mounting basically creates a linkage for the time

23    until you unmount it between that second folder and the folder

24    that you're seeing here, so that the files that are over there

25    in this folder, you can now see in your folder, and changes

1    that are made to them can apply to both until you unmount it

2    and break that connection.

3    Q.   Directing your attention to Exhibit 724.

4         Is this a corollary to that, the unmount script?

5    A.   Yes.

6    Q.   What would this do?

7    A.   The unmount command unmounts the other directory from

8    bunkerxmedia and bunkerxhome.

9    Q.   Pulling up Exhibit 722.

10   A.   It's not just a folder, though.  You can mount a whole

11   volume.  I'm describing it in a high-level way, but there are

12   different parts of the other computer, like, entire sections of

13   it that you can attach and mount that way.  But just to be

14   clear, when I say "folder," I mean it in a more conceptual way.

15   Q.   Directing your attention to Exhibit 722, titled bunkerx.

16   What's shown here?

17   A.   This looks to be a configuration file.

18   Q.   And could you explain what the IP address next to hostname

19   indicates there?

20   A.   Well --

21   Q.   Just in nontechnical terms, not getting into anything in

22   particular detail about the technical details of how this would

23   actually work, but, generally, what's shown next to hostname

24   and what that indicates?

25   A.   Hostname is an IP address here.

1    Q.  And what would -- again, without getting into the weeds on

2    any technical details, at a very general, simplistic level,

3    what would this -- what would the purpose of this file be?

4    A.  What I'm trying to explain is that it appears to be a

5    configuration file for a tool called Putty, which is another

6    way to make remote connections.  So when you set it up, there

7    are places to specify where you are connecting and how.  So,

8    within that context, hostname would be a computer or server

9    that you would use Putty to connect to.

10   Q.  And did you look at -- do additional research into that IP

11   address 83.248.64.79?

12   A.  Yes.

13   Q.  And did that also to go a residential IP address in Sweden

14   controlled by tele2?

15   A.  Yes, I believe so.

16   Q.  And so what does this tell you about this connection here?

17   A.  It appears that this connection, also, is to a computer or

18   server on a residential or business Swedish internet provider

19   network.  So, Sweden or possibly the surrounding areas.

20   Q.  Did you also find references to bunker in the defendant's

21   notes?

22   A.  Yes.

23   Q.  If we could pull up Exhibit 119C.  Going to page 12.  I

24   believe this has been admitted.

25            THE COURTROOM DEPUTY:  It's coming up in a minute.

1            MS. PELKER:  Thank you, Ms. Walker.

2            If we could scroll down to the text in purple.  It

3    does not show up very purple on this screen, but if we could --

4    it's there.  It's just, like, a very, very dark purple that is

5    looking fairly black.

6    BY MS. PELKER:

7    Q.  If you can start reading with, "Fuck.  And, also, how can

8    UDP speeder not be working"?

9    A.  "Fuck.  And, also, how can UDP speeder not be working?

10   How?  Then, shit,  this means I simply don't understand

11   something completely about F network.  What the fuck am I

12   supposed to do with that?  Maybe everything is working.  Maybe

13   it's just packet loss going on in Sweden.  What is the easiest

14   way to reinstall UPS in bunkerx?

15           "Switch the address to a local one inside the VPN.

16           "Launch server on bunkerx.

17           "Change the address in UDP speeder client.

18           "Open more new ports in bunkerx."

19   Q.  Can you explain what is UDP speeder again, at a

20   nontechnical, high level?

21   A.  It's some kind of network utility program to improve the

22   performance of a type of connection called UDP -- a type of

23   protocol, rather.

24   Q.  What is packet loss?

25   A.  When information goes back and forth over the internet,

1    sometimes pieces of it get corrupted or drop out, if there are

2    network issues, or don't come through properly, and that's

3    known as packet loss because the units of the data traveling

4    over are called packets.

5    Q.  So what's your understanding of what's being described

6    here?

7    A.  It seems to be troubleshooting notes for a UDP connection

8    to some odd network that, according to the paragraph before the

9    bullets, may be in Sweden.

10    Q.  And was the case team able to identify exactly where these

11    various Swedish IPs were resolving back to?

12    A.  Not exactly where, no.

13    Q.  What's your understanding of the retention period for

14    Swedish IP records, if any?

15    A.  They keep them, as I understand it, for less than a year.

16    I believe it's six months.  But it's a matter of months.

17    Q.  And did Swedish law enforcement ever -- was it ever able to

18    locate the defendant's bunker computer or computers?

19    A.  No.

20    Q.  Did you ever review this computer or computers or servers?

21    A.  No.

22    Q.  Did you find additional evidence on the defendant's devices

23    and notes indicating he was connecting to other computers?

24    A.  Yes.

25    Q.  Did that include evidence of use of -- additional evidence

1    of use of remote desktop tools?

2    A.  Yes.

3    Q.  And did you review an image of the defendant's laptop?

4    A.  Yes, I did.

5    Q.  Did that laptop contained remote desktop software?

6    A.  Yes.

7    Q.  Did it contain virtual machines?

8    A.  Yes.

9    Q.  Can you explain, generally, what a virtual machine is?

10   A.  A virtual machine is like having a computer inside your

11   computer.  The virtualization software is a program that lets

12   you create smaller software, I guess you could say,

13   representations of computers.  You can tell it how big its hard

14   drive would be and how much processing power it can use.  And

15   you can even install whatever operating system you would like

16   on them, and you turn them on and off within your

17   virtualization program.

18   Q.  Did you also find evidence of VPN configurations?

19   A.  Yes.

20   Q.  In the Tor browser?

21   A.  Yes.

22   Q.  And additional encrypted files that the team was not able

23   to access?

24   A.  At least one, yes.

25   Q.  Did you also find evidence on the defendant's devices of

1    VNC Viewer?

2    A.  Yes.

3    Q.  Could you explain what VNC is?

4    A.  It's a different type of remote connection.

5    Q.  Pull up Exhibit 720.

6            And can you explain what is shown here?

7    A.  This is a configuration file for the VNC program TigerVNC.

8    Q.  What's the server name noted here?

9    A.  Td1.ignorelist.com.

10   Q.  Is that the same td1 subdomain that we looked at previously?

11   A.  Yes.

12   Q.  And can you explain what this configuration for tiger --

13   what this TigerVNC configuration file would do?

14   A.  It would set the server that TigerVNC is to use as the

15   computer that could be found at td1.ignorelist.com.  It's

16   setting up how the connection would go.

17   Q.  And, so, this would set up a connection between the

18   defendant's computer and the server at td1.ignorelist?

19   A.  Yeah --

20           MR. EKELAND:  Objection.  I don't believe it is in

21   evidence that the connection is to a server.  I think that's a

22   fact nowhere in evidence.

23           THE COURT:  Well, you can ask the question.

24   BY MS. PELKER:

25   Q.  Would it set up a connection between what is noted here as

1    server name td1.ignorelist.com?

2    A.  The server name field would indicate a destination

3    computer, one that should be -- that -- one that this config

4    file would create a connection between.

5    Q.  Pulling up Exhibit 726.

6         Is this an additional TigerVNC configuration file?

7    A.  Yes.

8    Q.  And could you circle the device that this configuration

9    file is set to connect the defendant's traffic through?

10   A.  I'm sorry.  Could you say that again?

11   Q.  Can you note here, circling on your screen, where this is

12   configuring the defendant's device to connect to?

13   A.  (Indicating.)

14   Q.  And would this function similarly of configuring the

15   defendant's device to connect through VNC to the device located

16   at td1.hopto?

17   A.  Yes.  It's the same type of configuration file with the

18   same server name field.

19   Q.  And did you also find references to VNC in the defendant's

20   notes?

21   A.  Yes.

22   Q.  Was that just one or two references or many references?

23   A.  There were multiple references.

24   Q.  In the defendant's notes, did you also find examples of him

25   discussing buying VPSs?

1   A.  Yes.

2   Q.  And was there discussion of the defendant remotely

3   administering and accessing servers and computers?

4   A.  Yes, I believe so.

5   Q.  Did you also find references in the defendant's notes to a

6   physical computer that was located elsewhere?

7   A.  By name --

8   Q.  Did you find references in the defendant's notes to a

9   computer that appeared to be located elsewhere, not on the

10  defendant's person?

11  A.  Yes.

12  Q.  If we could pull up Exhibit 119C.

13          And directing your attention to the bottom of page 26.

14  Should be below -- scroll to below the discussion of the travel

15  plans.  Can you read the last line here?

16  A.  On page 24?

17  Q.  Yes.

18  A.  "Shit.  But what to do about the computer?"

19  Q.  And scrolling down now to page 27, can you read under,

20  "Shit, but first I need to buy tickets"?

21  A.  Underneath, you said, or starting with?

22  Q.  Right underneath.

23  A.  "Can I fly directly to Moscow?  Well, fuck.  No.  I need to

24  pick up the computer right away in order to work on it.

25          "Well, and then -- how will I buy the return ticket?"

```
 1              Keep reading?
 2    Q.  No.
 3          If we could pull up Exhibit 712 -- actually,
 4    apologies -- 712A.
 5          And is 712A a translated version of the packing document
 6    that you found on the defendant's micro USB?
 7    A.  Yes.
 8    Q.  And generally, what does this document appear to be?
 9    A.  A to-do list before a trip.
10    Q.  And directing your attention to the bottom of this packing
11    list, to-do list, under the section Computer.  Can you read the
12    line that starts "Restart the computer"?
13    A.  "Restart the computer, if I leave it, and mute the sound,
14    turn off the screen."
15    Q.  Can you read through the next -- the "Verify that remote
16    access"?
17    A.  "Verify that remote access works as it should."
18    Q.  What's your understanding of the devices being discussed
19    here and in the prior notes that we just looked at?
20    A.  That there is a computer that at the time of these notes
21    the defendant has access to, and that while he leaves on a trip
22    of some sort, he intends to leave that computer running and
23    connect to it remotely from his laptop or another device when
24    he's away from it.
25    Q.  Did you find other examples of references to additional
```

1    devices that the FBI or Swedish authorities has not found?

2    A.  Yes.

3    Q.  If we can now pull up Exhibit 710A, Info Settings.  Under

4    page 27, if we could turn off the gallery screen, just to the

5    extent that there are some login credentials here.

6         Thank you, Mr. Pearlman.

7         If you could go to page 27.  Thank you.

8         CS Mazarin, can you explain what's shown in this section

9    under RamNode?

10   A.  In this section, it appears to show an IP address and a

11   passwords for a RamNode, most likely, server.

12   Q.  What is RamNode?

13   A.  It's a web hosting company.

14   Q.  And can you read the line under SolusVM Control Panel?

15   A.  "You can install and manage your VPS through the SolusVM

16   control panel."

17   Q.  Generally, what is SolusVM?

18   A.  It's software that lets users manage their virtual private

19   servers, so if any work needs to be done on them at a high

20   level, giving them more resources.  I've never used it, but it

21   seems to give the users options to run their server in that

22   way.

23   Q.  And did you review records from RamNode for the defendant's

24   account there?

25   A.  Yes.

1  Q.  And were those the records displayed and discussed during

2  Special Agent Rovensky's testimony at the beginning of the

3  government's case?

4  A.  I'm not sure.

5  Q.  Do you recall whether Special Agent Rovensky had reviewed

6  or discussed the RamNode records in general?

7          MR. EKELAND:  Objection.  Asked and answered.

8          THE COURT:  Overruled.

9  A.  I believe it came up in general, yes.

10 BY MS. PELKER:

11 Q.  And were you or FBI or this case team ever able to review

12 the actual contents of those servers at RamNode?

13 A.  I don't know.  I don't believe so.

14 Q.  Were you -- did you ever --

15 A.  But I'm not sure.  I didn't review them.

16 Q.  Did you review records of the defendant using servers at

17 SpiderOak?

18 A.  Using the SpiderOak software?

19 Q.  Yes.  Did you review records of the defendant using

20 SpiderOak?

21 A.  Yes.

22 Q.  And showing you Exhibit 513A.  And this actually may not

23 currently be in evidence.  I believe it's a version of 513B

24 which was admitted.

25          But showing you 513A.  Is this a fair and accurate copy

1    of the records obtained from SpiderOak?

2    A.  Yes.

3            MS. PELKER:  Government moves to admit Exhibit 513A.

4            THE COURT:  Any objection?

5            MR. EKELAND:  Hearsay.

6            THE COURT:  513A is admitted and may be published to

7    the jury.

8    BY MS. PELKER:

9    Q.  Can you explain what's shown in this subpoena response

10   here, particularly in line 6 -- row 6?

11   A.  Um --

12   Q.  What's the name of the user given?

13   A.  Roman Sterlingov.

14   Q.  And if we can go to the Connection Information tab along

15   the bottom.

16           Can you explain the -- what's shown in the device names

17   tied to the Roman Sterlingov SpiderOak account?

18   A.  The device names are bunkerx, MAILWOO and btest.

19   Q.  Can you explain, generally, how SpiderOak would function,

20   understanding it had a few different features?

21   A.  It was some sort of data backup software where you could

22   keep -- keep your data automatically backed up so that it had a

23   safe place to be in case you had a hardware failure or got

24   locked out of your computer or something.

25   Q.  What was the dates of the defendant's use of SpiderOak to

1    back up bunkerx here?

2    A.  It appears that the last backup may have been on 5-11-2017.

3    But then the last login to the account on 7-30-2017.

4    Q.  And were you able to review the actual contents of the

5    SpiderOak backups?

6    A.  No.

7    Q.  Directing your attention back to Exhibit 710A for Info

8    Settings on page 2.

9        Again, without reading all of this, can you explain,

10   generally, what's being discussed under these -- in this

11   section?

12   A.  This section is doubting whether SpiderOak -- the extent to

13   which SpiderOak accesses the data that the users are backing up

14   using SpiderOak and questioning how private it really is and if

15   it's being used in any other way.

16   Q.  And could you read the first section -- or, the first

17   sentence under the bold text of We Use the Backup Service?

18   A.  "Which back up service to use?  Stop at Diino or maybe

19   switch to SpiderOak?"

20   Q.  And then can you read the last sentence on that section,

21   just "In short"?

22   A.  "In short, who the fuck knows what is better?  My decision

23   is to do SpiderOak.  We'll support a good manufacturer.

24   Perhaps the speeds will be better there as well.  Well, the

25   client for Linux, too."

1    Q.  Now, going to page 7, so farther down in this document.

2    Can you read the last section under Privacy/Infosec?  The last

3    paragraph within the Privacy/Infosec section.

4    A.  "Some alternatives to online secure backup solutions,

5    alternatives to SpiderOak, which is now burned."

6           And then there's a Reddit link.

7    Q.  Did you review that Reddit link post?

8    A.  Yes.

9    Q.  Directing your attention to Exhibit 514, which is not yet

10   in evidence.

11        Is this a fair and accurate depiction of the content

12   that's displayed at that Reddit link?

13   A.  Yes.

14           MS. PELKER:  Government moves to admit Exhibit 514.

15           THE COURT:  Any objection?

16           MR. EKELAND:  This is hearsay.  It's not the

17   defendant's statement at all.

18           MS. PELKER:  This is effect on the listener.

19           THE COURT:  Yes.  So, I'm going to admit it for the

20   effect on the listener.

21   BY MS. PELKER:

22   Q.  CS Mazarin, can you explain what's shown here?

23   A.  It doesn't have the full discussion, but, in general, this

24   is a post from the privacy sub-Reddit discussing what their --

25   SpiderOak's, I believe, failure to update its warrant canary

1    meant that something had happened to it.

2    Q.  Can you explain what a warrant canary is?

3    A.  A warrant canary can be, like, a file or value.  Sometimes

4    it's, like, the news article of the day.  Some piece of

5    information that stays up-to-date on a website.  The idea is,

6    if it stops getting updated, maybe the site has been taken down

7    for a few days by law enforcement or government or some entity,

8    and -- but as long as the canary -- as in, in a coal mine --

9    keeps updating and changing or staying current, that is one

10   guarantee that the site has been running without any

11   interference.

12   Q.  And what is the concern being discussed in this Reddit

13   thread about SpiderOak's -- the implications of SpiderOak's

14   warrant canary?

15   A.  I believe at the time something lapsed or didn't go right

16   with SpiderOak's warrant canary, and there was a lot of -- or,

17   there was some speculation online in this sub-Reddit that maybe

18   it wasn't trustworthy or maybe had been accessed by law

19   enforcement, is what I believe from the context.  And the

20   discussion is about finding alternatives to SpiderOak that

21   might be more private.

22   Q.  When you say "it wasn't trustworthy," what do you mean by

23   trustworthy in this context?

24              MR. EKELAND:  Objection, Your Honor.

25              THE COURT:  What's the objection?

1             MR. EKELAND:  It's vague and ambiguous.  And, also,

2     I've got relevance questions here as to --

3             THE COURT:  I'm sorry?

4             MR. EKELAND:  Relevance.

5             THE COURT:  Relevance.  Overruled.

6     A.  Trusted with user privacy, trusted to keep the user's data

7     and activity just for the user and the company and not provide

8     it to law enforcement or sold to any other entity.

9     BY MS. PELKER:

10    Q.  And so with a warrant canary, "warrant" refers to a law

11    enforcement warrant?

12    A.  Yes.  That's --

13            MR. EKELAND:  Objection.  Your Honor, this is also

14    cumulative.  We've also visited the warrant canaries before.

15            THE COURT:  Yeah.  Overruled.

16    BY MS. PELKER:

17    Q.  We can return back to Exhibit 710A.

18            And so in this context, what's your understanding of

19    what the defendant -- of what is meant by saying that

20    "SpiderOak is now burned"?

21    A.  I understand this to mean that the defendant no longer

22    trusts the level of resistance to answering warrants that

23    SpiderOak may have had, possibly believes that it has -- that

24    SpiderOak's servers have been served with a warrant already and

25    wants to find an alternative cloud backup site that has not

1    been searched by law enforcement.

2    Q.  Directing your attention now to Exhibit 715A, go to page 3.

3        If we could read the seventh bullet down, starting with

4    "Remove."

5    A.  "Remove any SpiderOak software from any of the computers I

6    have.  But download all data from there?"

7    Q.  And can you read the line above that?

8    A.  "Check the blockchain wallet, who the fuck knows which one,

9    from masked well and delete."

10   Q.  Scrolling up to page 2.  If we can look at the text-

11   specific to-do section.  Could you read the section that comes

12   in starting with "@RAID"?

13   A.  Everything below @RAID?

14   Q.  Yes.  Just that subsection.

15   A.  "Zero out old hard drives.  Remove the recycle bin from the

16   old hard drives.  Go through them again, see if anything is

17   fucked."

18   Q.  And can you read through the next three lines there as

19   well?

20   A.  Beginning with, "Is the machine"?  Where your cursor is?

21   Q.  Read the -- after -- just keep reading from "RAID" down

22   through the end of, "Is the machine now compromised?"

23   A.  Oh, okay.  "Local machine SSH keys.  Local machine SSH

24   settings?  Were they moved after the migration?

25        "Is the machine now compromised that it has been in

1    the internet with those settings?"

2    Q.  What is a RAID?

3    A.  It's a way to organize the drives of a computer or server

4    to have them work together.  There are different types of --

5    it's a redundant array of independent disks.  So, it's an

6    acronym.  And there are different types that show different

7    ways of creating redundancy, or repeat, of data across disks,

8    either entirely or in sections.  So, they tend to be referenced

9    by number, RAID 0, RAID 1.

10           And so they're all ways of setting up, typically,

11   servers, but you can do it to a computer or workstation, too.

12   Q.  What does it mean to "zero out a hard drive"?

13   A.  To overwrite everything with zeros so that there isn't any

14   leftover data.  That at the ones and zeros level, the disk is

15   just all zeros.

16   Q.  Could you explain the significance, if any, of these

17   conversations and notes about SpiderOak being burned and then

18   deleting files?

19   A.  The notes appear, to me, to show concern about removing any

20   forensic traces of the backup system, desire to not have any

21   passwords, which some of the SSH files might provide,

22   essentially, leftover, and making sure that after the

23   migration, the entire old setup does not have data in it

24   anymore.

25   Q.  Did you find other records where the defendant was

1    concerned about services being burned?

2    A.  Yes.

3    Q.  Directing your attention to Exhibit 714A.

4            MS. PELKER:  I believe 714A may have only been

5    conditionally admitted.  And I -- if this is not one of the

6    files that we previously discussed, is 7 -- if we could pull up

7    714.

8            THE COURTROOM DEPUTY:  714 and 714A were

9    conditionally admitted.

10   BY MS. PELKER:

11   Q.  So if 714 was admitted, is 714A a translation of the -- of

12   what -- the admission that was completed earlier today?

13   A.  Yes.

14           MS. PELKER:  And so the government moves to complete

15   the admission of 714A.  I believe 714A was conditionally

16   admitted depending on 714's admissibility.  Now we have 714

17   admitted, so we're moving to admit 714.

18           THE COURT:  Did we admit 714 earlier, or not?

19           THE COURTROOM DEPUTY:  I don't have it that we

20   admitted it earlier, or not.

21           MS. PELKER:  I believe earlier today with the batch

22   of documents with the defendant's device.  If we didn't, I

23   can -- we can do it right now.

24           THE COURT:  Let me just go back and look at my notes.

25           Oh, I think we did.  We had 709 through 715 should

```
 1    have come in.
 2              MS. PELKER:  It was a whole series.  Yes.
 3              THE COURT:  Right?  709 through 715 came in as a
 4    group, I believe, earlier today.
 5              MS. PELKER:  Yes.
 6              MR. EKELAND:  Okay.  So that it is in evidence?  It's
 7    not just conditionally, in terms --
 8              THE COURT:  With this witness we're doing it
 9    conditionally.
10              MR. EKELAND:  Oh, okay.  But with the proviso --
11              THE COURT:  I'm sorry?
12              MR. EKELAND:  With what we discussed over the phone
13    before in relation to the -- should we --
14              THE COURT:  I'm not sure I remember what you're
15    talking about, but whatever it was, it was.
16              MS. PELKER:  This was just the -- this is one of the
17    documents from the device, and we batch admitted all the
18    documents from the devices.
19              MR. EKELAND:  In Russian?
20              MS. PELKER:  Yes.  And then this is the translation
21    of it.  So 714A was conditionally admitted as a translation
22    based on the admission of 714.  We've completed the admission
23    of 714.  We now would move to complete the admission of 714A
24    because it was conditioned on conditioned, and now we've met
25    the conditions.
```

1          THE COURT:  All right.  Any objection to that?

2          MR. EKELAND:  I just -- subject to the same

3   discussion that we had over the phone.

4          THE COURT:  All right.  Well, that -- the objection

5   you raised was overruled, so 714 and 714 (sic) are both

6   admitted.

7   BY MS. PELKER:

8   Q.  If we could now go to page 40 within this research document

9   from the defendant's device.

10         And if we could scroll down, can you read the bold

11  headlines, starting with "VPNs"?

12  A.  "VPNs and other services that have been burned."

13  Q.  And is there a link on that next line?

14  A.  Yes, there is.

15  Q.  Did you view the article at that securitylab.ru link?

16  A.  Yes.

17  Q.  Directing your attention to Exhibit 520, which is not yet

18  in evidence.

19         Is this a fair and accurate copy of the article at that

20  link?

21  A.  Yes.

22         MS. PELKER:  Government moves to admit Exhibit 520.

23         THE COURT:  All right.  Any objection?

24         MR. EKELAND:  Hearsay.

25         THE COURT:  I'll admit it for the effect on the

 1    listener.

 2    BY MS. PELKER:

 3    Q.  CS Mazarin, did you -- is this an article that appears to

 4    be in Russian?

 5    A.  Yes.

 6    Q.  Did you also view the translation of this article made by

 7    FBI translators?

 8    A.  Yes.

 9    Q.  Directing your attention to Exhibit 520B.  I believe that

10    this was conditionally admitted by the translators.

11         CS Mazarin, is this a translated version of the article

12    that you reviewed?

13    A.  Yes.

14         MS. PELKER:  Government moves to complete the

15    admission of 520B.

16         THE COURT:  All right.  Any objection?

17         MR. EKELAND:  Hearsay.

18         THE COURT:  Objection is overruled.  It comes in for

19    the effect on the listener.  And 520B is admitted.

20    BY MS. PELKER:

21    Q.  Can you read the title of this article?

22    A.  A VPN Provider Provided the FBI with Activity Logs to Catch

23    a Cyber Criminal.

24    Q.  Generally, what's described in the article here?

25    A.  I believe it was about a cyberstalking case that the FBI

 1    was investigating and/or the local police where law enforcement

 2    obtained logs and IP information from PureVPN.

 3    Q.  Returning to Exhibit 714A, the defendant's note file.

 4         In this context, what's your understanding of what's

 5    meant when the defendant describes these services as having

 6    been burned?

 7    A.  That he can't use it because it cooperated with or

 8    otherwise turned records over to law enforcement.

 9    Q.  Did you see any other uses of "burned" on the defendant's

10    devices?

11    A.  Yes.

12    Q.  Directing your attention to Exhibit 705B.

13         Is this one of the photographs of the defendant's

14    Mycelium wallet application?

15    A.  Yes.

16    Q.  And can you read the wallet name that starts "Burned"?

17    A.  "Burned do not use 1."

18    Q.  Can you circle that on the screen?

19         Did you review other places where the defendant

20    expressed concern about the law enforcement disrupting computer

21    infrastructure?

22    A.  Yes.

23    Q.  Could you go to Exhibit 711A, the mast document?  And going

24    to page 13.

25         Can you read from the third block of text here, starting

1    with "Must fucking check this"?

2    A.  "Must fucking check this.  There is some good information

3    about which domains to use."

4          And a Reddit.com link to the Bitcoin sub-Reddit in

5    the specific post and comments section.

6    Q.  Did you visit the link noted there?

7    A.  Yes.

8    Q.  Directing your attention to Exhibit 510, not yet in

9    evidence.

10          Is this a fair and accurate copy of what is shown at

11    that link?

12    A.  Yes.

13          MS. PELKER:  Government moves to admit Exhibit 510.

14          THE COURT:  Any objection?

15          MR. EKELAND:  Yeah.  401, 403, and hearsay.

16          MS. PELKER:  Effect on listener.

17          THE COURT:  Yeah.  So, the 401 and 403 objections are

18    overruled.  And with respect to the hearsay objection,

19    Exhibit 510 comes in for the effect on the listener or reader.

20    BY MS. PELKER:

21    Q.  CS Mazarin, can you read the title of this Reddit thread

22    here?

23    A.  "U.S. Government Just Seized wn-center.com.  PSA repost:

24    For greater protection from a domain seizure, consider choosing

25    .is and/or .to CCTLDs for your Bitcoin related websites."

1    Q.  What is a domain seizure?

2    A.  It's when the government takes over a domain so that users

3    can't access the website anymore.  It's a website takedown via

4    the government taking control of the domain.

5    Q.  Are domain seizures one thing that law enforcement does to

6    take down criminal websites?

7    A.  Yes.

8    Q.  Can you read the next line, starting with "Uncle Sam says"?

9    A.  "Uncle Sam says if it ends in .com, it's seizable."

10   Q.  And did you review the link to the *Wired* article shown

11   below?

12   A.  Yes.

13   Q.  And generally, what was shown in that *Wired* article?

14              MR. EKELAND:  Objection.  Calls for hearsay.

15              THE COURT:  Is this one of the ones that's referenced

16   back in the text of the chain before this?

17              MS. PELKER:  No.  This would be -- it is still effect

18   on the listener of the viewer of this thread would have been

19   met right up front and center with this link and article.

20              THE COURT:  I'll allow the question.

21              MR. EKELAND:  It's assuming that this was listened

22   to.  This is just a link.  There's --

23              THE COURT:  That's what I was getting ready to say.

24   So, what I'm going to say is I'm going to admit it for the

25   effect on the listener.  But it's up to the jury to draw your

1    own conclusions as to whether you think that it's likely or not

2    that -- what the link was clicked on.  Okay.

3    A.  So this one I don't remember as many of the details because

4    it was a while ago.  But I believe the article was about how

5    .com domains were -- that the U.S. government could seize those

6    regardless of where the rest of the website was based.

7    BY MS. PELKER:

8    Q.  Would it refresh your recollection to review the article?

9    A.  Yes.

10   Q.  Could we pull up but not publish Exhibit 510A.

11        Does reviewing this -- we don't need a detailed

12   recitation of the article, but does this refresh your

13   recollection of what was generally discussed in the article?

14   A.  Sorry.  Could you do it a little more slowly?  I'm just

15   skimming it again.

16        (Pause.)

17        Yes.

18        THE COURT:  So the -- just to clarify, the only

19   question for you is not what the article says, but just whether

20   it refreshes your recollection.

21        THE WITNESS:  Right.  I was looking for certain

22   keywords.

23        THE COURT:  That's fine.  I just wanted to make sure

24   that you weren't being asked to read from the article, but just

25   whether it refreshed your recollection.

```
1                    THE WITNESS:  Yes.

2                    THE COURT:  Okay.

3       BY MS. PELKER:

4       Q.  We can take that back down.

5            So, generally, do you recall what that article was

6       discussing?

7       A.  It was something about the U.S. government doing domain

8       seizures by working with VeriSign and attacking the site, in a

9       sense, via the domain route rather than needing to locate and

10      take down the actual server.  But, that's most of what I

11      remember.  It was a while ago.

12      Q.  Returning to the mast document at Exhibit 711A.

13           And, so, what is the defendant saying after "must

14      fucking check this" about how he should use this information

15      about the U.S. government's ability to seize domains?

16                   MR. EKELAND:  Objection.  Your Honor, it calls for

17      personal knowledge.  It's vague and ambiguous.  And it's a

18      compound question.

19                   THE COURT:  Why don't you just rephrase the question

20      in terms of what does it say or how does she understand it.

21      BY MS. PELKER:

22      Q.  What do you understand this to be saying about how to use

23      the information at the links?

24      A.  I understood it to mean to use the link as a guide for

25      which TLDs are top-level domains, such as .com, not to use to
```

1     avoid this kind of outcome.

2     Q.  If we could go to page 28 within the mast document.  And

3     scrolling down to the Freelance Finance section here.

4          Can you read this first paragraph?

5     A.  "Regarding what to do with legal money.  So now I need to

6     copy the website of those idiots for whom I shall kind of set

7     up email.  To do this, I need to buy a semi-anonymous hosting

8     somewhere, because the website must be located somewhere, such

9     that it is unclear that it is with me.  But, straightforwardly,

10    I can register it on any name whatsoever because they won't

11    understand whether it belongs to me or not in any event."

12    Q.  Can you explain what your understanding is of what

13    "semi-anonymous hosting" means?

14    A.  Semi-anonymous hosting means that there is still

15    registration info provided.  It's not advertised as don't give

16    us any info, but that information isn't vetted in any way, and

17    it's simple to give whatever name, whatever address.  None of

18    it is verified.  When I describe hosting things

19    semi-anonymously, it's with inauthentic information, but

20    information is still listed.

21    Q.  Did you find other instances of the defendant researching

22    anonymous or semi-anonymous hosting?

23    A.  Yes.

24    Q.  Did you also find comments in the defendant's notes

25    regarding anti-surveillance measures?

1    A.   Yes.

2    Q.   Directing your attention to Exhibit 710A, Info Settings.

3    Directing your attention on page 6.  Scrolling down.

4         Could you read the title of that third section from the

5    bottom?

6    A.   Paint that Shields Against Radio Waves.

7    Q.   Did you review what was present at that link?

8    A.   Yes.

9    Q.   What generally was discussed?

10   A.   It was paint to block waves -- radio waves.

11   Q.   And do you know whether radio wave-blocking paint would

12   actually work?

13   A.   No.

14              MR. EKELAND:  Objection, Your Honor, relevance.

15              MS. PELKER:  I'm making the point that we don't know

16   whether this actually works or not.

17              THE COURT:  Overruled.

18   A.   No, I don't know.

19   BY MS. PELKER:

20   Q.   If it did work, what would radio wave-blocking paint do or

21   what does it claim to do?

22   A.   To prevent radio waves from getting through to the surface

23   where it's painted, as I understood it.

24   Q.   Why would a cyber criminal want to block radio waves?

25   A.   Law enforcement, especially local police, tend to

1    communicate a lot through radio, and they also try to intercept

2    radio waves.  So there are different stages of a law

3    enforcement operation where disrupting any radio wave

4    connection would -- could hinder the ultimate raid and arrest,

5    both the surveillance before and any communication after,

6    theoretically.

7    Q.  Going now to page 12.

8        Can you read the first bold section heading, starting

9    with "Is it safe"?

10   A.  "Is it safe to connect to open WiFi networks or even just

11   WPA networks of unknown ownership?"

12   Q.  Generally, what does the defendant discuss in the next few

13   sections?

14        MR. EKELAND:  Objection, Your Honor.

15   BY MS. PELKER:

16   Q.  What's your understanding of what the defendant is

17   discussing in the next few sections -- next few bullets?

18   A.  Whether it's safe to connect to sites through open WiFi

19   networks without, for example, leaking DNS information or

20   exposing more information than needed for the connection.

21   Q.  Can you read the first full sentence after the bullets?  So

22   starting with, "Setting up"?

23   A.  "Setting up a continuous VPN that does not let anything

24   leak, with a kill switch.  There seems to be a setting in

25   Android itself to do this, but it requires setting a password

1    on a lock thing.  And so let's try to find some other solution

2    first, SSH tunnel app?

3            "Last solution trying proxy.sh safe jumper Android

4    app.  It says it has kill switch."

5    Q.  Can you explain what a kill switch is?

6    A.  When you use a VPN with kill switch enabled, it's a setting

7    that says if anything gets interrupted with the VPN connection

8    and it's not working, just block the internet connection.  So

9    if it's not turned on, the kill switch, and the connection gets

10   interrupted, you would still have internet access, just with

11   whatever IP was behind the VPN.  But with this kill switch

12   setting on, your connection would drop and you would know that

13   something went wrong with your VPN.

14   Q.  What, if anything, was significant to you about this

15   discussion of kill switches?

16   A.  Browsing the internet with kill switch on is an action you

17   would take when one would want to be absolutely sure to not

18   have the connection behind the VPN going to the internet.  It

19   goes, in my opinion, a little beyond just not wanting to be

20   tracked as much by advertisers or other more casual VPN usages.

21   It's -- turning the kill switch on means you want to be very

22   sure to have continuous VPN protection.

23   Q.  We spoke a bit earlier about virtual machines.  Can you --

24   is it possible to set up virtual machines to work in parallel

25   with remote desktops?

1    A.  Yes, you can remotely connect to virtual machines.

2    Q.  And can you explain what the purpose is of using a virtual

3    machine?

4    A.  There are many reasons someone might use a virtual machine,

5    but it's one way of keeping operating systems separate from one

6    another.  Sometimes I will have all of my malware-reversing

7    tools and projects in one virtual machine, and I may have some

8    online research of a different site in another virtual machine.

9    That, to me, protects my main operating system from having a

10   lot of different -- from being exposed to different risks.

11   Q.  Did you find evidence of multiple virtual machines on the

12   defendant's devices?

13   A.  Yes.

14   Q.  And did you also find references in the defendant's notes

15   to virtual machines?

16   A.  Yes.

17   Q.  Directing your attention to 714A.  In fact, this is the

18   research document found on the defendant's devices.  If we

19   could go to page 41.

20        And can we read the last bullet point in this top

21   section, starting with "Virtual box"?

22   A.  "Virtual box, in windows if there is not enough memory, it

23   doesn't start the next VM, just says so.  In Linux it starts

24   it, the whole computer with mouse and all hangs for ten

25   minutes.  After that old started VMs just die."

1    Q.  What is your understanding of what's being discussed here

2    as far as the issues with VMs?

3    A.  Here, what's being discussed is issues with running

4    multiple VMs at the same time and running out of resources on

5    the main computer hosting the VMs, was my read of this.

6    Q.  And what does this indicate to you about the defendant's

7    use of VMs?

8    A.  That he was running multiple VMs at the same time.

9    Q.  You testified previously about proxies and VPNs.

10          In reviewing the defendant's devices, did you find

11   additional evidence that the defendant was using VPNs and

12   proxies?

13   A.  Yes.

14   Q.  And going to Exhibit 710A.  And on page 1, under VPN

15   settings.

16          Can you explain what the defendant is describing at a

17   high level on this first page?

18   A.  To me, this looked like troubleshooting notes for trying to

19   use open VPN with a proxy and making sure that the connection

20   moved in the right direction and didn't -- always went through

21   the proxy and didn't connect directly.

22   Q.  And why would connecting directly be problematic?

23   A.  You would expose your IP address online or other

24   information.

25   Q.  And if we can scroll down a bit, to where -- the discussion

1    of CryptoVPN.  And starting with, "For example."

2    A.  "For example, CryptoVPN adds a bunch of ports in its config

3    files.  If you connect through the Tor, then they fucking block

4    all the ports.  You need to remove from the config file all the

5    connect lines, except for ports 80 and 443, for example."

6    Q.  And why was this reference to CryptoVPN significant in this

7    case?

8              MR. EKELAND:  Objection.  Leading.

9              MS. PELKER:  It's a "why" question.

10             THE COURT:  Yeah, overruled.

11   A.  This note, to me, suggests use of CryptoVPN, since he's

12   writing about what's in its config files and what happens if

13   you run it in conjunction with Tor.

14   BY MS. PELKER:

15   Q.  And could you remind the jury where we previously -- where

16   you previously saw CryptoVPN being purchased and used?

17   A.  In the IPs of Note table with the data sources, they showed

18   up in CryptoVPN, was the company I attributed one of the IP

19   addresses to.

20   Q.  And was there also a payment to CryptoVPN from the Shormint

21   account?

22             MR. EKELAND:  Objection.  Leading.

23             MS. PELKER:  Was there.  We could also pull up the

24   exhibit.

25             THE COURT:  Yeah.  I think it is leading.

```
 1              MS. PELKER:  Can you pull up Exhibit 401?

 2              Going to the all transactions.

 3    BY MS. PELKER:

 4    Q.  And on -- can you, CS Mazarin, note what the -- what

 5    account the Shormint account is paying to in line 5?

 6    A.  The account is labeled CryptoVPN.

 7    Q.  Did you review other records of the defendant researching

 8    VPN providers?

 9    A.  Yes.

10    Q.  Directing your attention to Exhibit 830, which is not yet

11    in evidence.

12              Is this a fair and accurate copy of a document titled

13    VPN Retreat from the defendant's Google Drive?

14    A.  I'm sorry.  Could you zoom out a little bit again?  I just

15    want to remember it.

16              Yes, that's right.

17              MS. PELKER:  Government moves to admit Exhibit 830.

18              THE COURT:  Any objection?

19              MR. EKELAND:  401 and 803.

20              MS. PELKER:  This was authenticated through business

21    records sought from Google that the defense stipulated to.

22    This is just part of the Google production batch.

23              MR. EKELAND:  I'm not challenging the authenticity.

24    I'm saying it's being offered for the truth of the matter

25    asserted, that there's a list of VPN service providers.  And I
```

1    just don't see the relevance of this whole line of questioning.

2    I think we've established that the defendant is familiar with

3    VPN.

4            MS. PELKER:  I think we would like -- we are going to

5    introduce the list of VPN providers to show what VPN providers

6    specifically the defendant was looking at.

7            THE COURT:  As I've observed on multiple occasions, I

8    don't know how this is hearsay or why it would matter in the

9    present circumstances.  So the objection is overruled.  And the

10   exhibit is admitted.

11   BY MS. PELKER:

12   Q.  CS Mazarin, generally, what is shown in this Google Drive

13   VPN file?

14   A.  If I recall, it was a list of VPN companies, VPN services.

15   Q.  And to be clear, just what's shown here?  Is this a --

16   A.  Oh, in the document I'm looking at now?

17   Q.  Yes.

18   A.  It's a link to a website called filesharefreak.com.

19   Q.  And directing your attention to Exhibit 831.

20           Is this the associated metadata for a Google Drive VPN

21   file?

22   A.  It was information provided by Google.

23           MS. PELKER:  Government moves to admit Exhibit 831.

24           THE COURT:  Any objection?

25           MR. EKELAND:  401.

1          THE COURT:  Exhibit 831 is admitted and may be

2   published to the jury.

3   BY MS. PELKER:

4   Q.  CS Mazarin, can you note when this document was created?

5   A.  January 29th, 2011.

6   Q.  Did you review the information available at --

7          If we could go back to 830.

8          Did you review the information available at that link as

9   captured by archive.org?

10  A.  Yes, I did.  But, like the other one, I remember reviewing

11  it, but it was a while ago.  So I would need to see it again

12  for more detailed questions.

13  Q.  If we could pull up Exhibit 509.

14         And is this the link that was -- is this an archive --

15  looking at the address that's in that very bottom of the

16  screen, is this an archive.org capture of the link from

17  Mr. Sterlingov's Google Drive?

18  A.  Yes.

19  Q.  And does this fairly and accurately depict what would have

20  been captured by archive.org, as you understand how it scrapes

21  sites, of this page in 2011 -- January, specifically, of 2011?

22  A.  Yes.

23          MS. PELKER:  Government moves to admit Exhibit 509.

24          THE COURT:  Any objection?

25          MR. EKELAND:  Relevance.

```
 1              THE COURT:  Exhibit 509 is admitted and may be
 2    published to the jury.
 3    BY MS. PELKER:
 4    Q.  And, CS Mazarin, if we could scroll down a bit.
 5              And generally speaking, can you explain what's shown at
 6    this link?
 7    A.  In general, this is a list of links to VPN provider
 8    websites with notes about how much they cost and what
 9    anonymity-specific features they offer.
10    Q.  And is CryptoVPN on this list?
11              And if we could just do a control-F for CryptoVPN.
12    A.  No.  From what I can see here.
13    Q.  CS Mazarin, did you --
14              And we can pull down this exhibit.
15              CS Mazarin, did you also review servers from -- records
16    pertaining to servers at M247 in Romania?
17    A.  Yes.
18    Q.  Showing you Exhibit 522A.
19              Can you explain what's shown here, generally?
20    A.  This was a Romanian law enforcement response to information
21    requests regarding some specific IP addresses.
22    Q.  And who is the accountholder noted here for the IP
23    addresses?
24    A.  To the Moon LTD.
25    Q.  And what's the name of the point of contact listed?
```

1    A.   Roman Sterlingov.

2    Q.   Did you review a drive provided by Romanian law

3    enforcement?

4    A.   Yeah, I remember reviewing images.  I don't remember which

5    law enforcement provided me the actual drive.  But, I did

6    review images provided by the Romanians originally.

7    Q.   And were those images of -- images that you understand were

8    obtained from M247 in Romania?

9    A.   Yes.

10   Q.   And can you explain what your general approach is for

11   reviewing servers?

12   A.   Well, it largely depends on what kind of case it is, like,

13   a hacking case or not.  For just about any server, I will

14   briefly review the network configuration information as a

15   whole, see which users and user names are on there, and try to

16   categorize, generally, what the server was used for and when.

17   Q.   And how many drives were on the -- how many device images

18   were on the drive that you reviewed?

19   A.   Three.

20   Q.   And could you walk through what you found on the first

21   image?

22   A.   Which one?

23   Q.   Was one of the images appear to pertain to Moon VPN?

24   A.   Yes.  The -- one of the images seemed to mostly contain

25   code, notes, email server information that largely seemed to

1    correspond to a service call Moon VPN.

2    Q.  Did that server also have an application called Bisq,

3    B-I-S-Q?

4    A.  Yes, one of them did for sure.  Two of the server images I

5    looked at appeared to possibly work together to support

6    different functionalities of the same Moon VPN general site.

7    Q.  Can you explain what Bisq appeared to be, based on your

8    review?

9    A.  It appeared to be a type of cryptocurrency software, maybe

10   wallet software.

11   Q.  And did you find, on a second drive, the Bitcoin Core

12   software?

13   A.  I did find Bitcoin Core software installed.

14   Q.  Can you explain, generally, your understanding of what

15   Bitcoin Core was, from your perspective?

16   A.  It appeared to me that Bitcoin Core was the service that

17   managed or could manage Bitcoin transactions happening through

18   the site.

19   Q.  And did the Bitcoin Core found on the defendant's servers

20   have an extensive history saved in its logs?

21            MR. EKELAND:  Objection.  It's vague and ambiguous as

22   to "extensive."  What precisely does that mean?

23            THE COURT:  I think the questions are -- you can

24   follow up if there's uncertainty about that.

25   A.  I don't remember.

1    BY MS. PELKER:

2    Q.  And what was found on the third drive?

3            MR. EKELAND:  Objection.  Your Honor, it's leading as

4    to "What was found."  It's assuming there was something on

5    there.

6            MS. PELKER:  I think the answer is actually that

7    there was actually nothing on there, so I don't think it's

8    leading.

9            THE COURT:  Yeah.  So, what, if anything.

10   BY MS. PELKER:

11   Q.  What, if anything, was found on the third server?

12   A.  The third image was all zeros, from what I could see.

13   Q.  And was there anything in the recycling bin, or a server --

14   whatever the server equivalent of a recycling bin would be?

15   A.  No.  There just wasn't any real data on it.

16   Q.  And how are you able to confirm that?

17   A.  I opened the image file up in a hex editor and looked

18   through.  It's a type of viewer for the file where I could see

19   what all the bytes were, and I scrolled through to check that

20   they were all zeros, and they were.

21   Q.  If we could pull up Exhibit 523A.

22           Do you recognize this exhibit?

23   A.  Yes.

24   Q.  What is it?

25   A.  This is a screenshot of the space of the third image opened

1    in -- I believe this is -- X-Ways is built-in text editor,

2    though I can't remember -- yeah, this is X-Ways Forensics

3    built-in hex editor.

4    Q.  And does this fairly and accurately reflect the information

5    shown when you've reviewed that Romanian drive in a hex editor?

6    A.  Yes.

7              MS. PELKER:  Government moves to admit Exhibit 523A.

8              THE COURT:  Any objection?

9              MR. EKELAND:  No objection.

10             THE COURT:  Exhibit 523A is admitted and may be

11   published to the jury.

12   BY MS. PELKER:

13   Q.  And if we could just scroll down so we can see the zeros.

14             CS Mazarin, could you explain what the significance, if

15   any, is of all of this being completely zeroed out?

16   A.  Having a drive have only zeros and no other information,

17   that's generally something a user has to do to a drive.  If you

18   take a hard drive new, out of the box, and look at what all the

19   bytes are, sometimes they do have some data, although not

20   actual files, here and there.  To get a drive to look like

21   that, you have to do what's known as zeroing it out, or wiping

22   it.  This is, for example, what I do with any drive I'm about

23   to use for forensics.  I overwrite it with all zeros.

24   Q.  If we could return back to Exhibit 522A.

25             If we could scroll up.

1          CS Mazarin, what's the date on the return here on the

2    top right-hand corner?

3    A.  7-19-2021.

4    Q.  And did the FBI obtain images of these Romania servers

5    before or after the defendant --

6                MR. EKELAND:  Objection, Your Honor.

7                THE COURT:  What's the objection?

8                MR. EKELAND:  The objection is that there's nothing

9    in evidence that there were multiple servers.  We've just been

10   talking about one server and three hard drives on it.

11               THE COURT:  Overruled.

12   A.  I'm sorry.  What was the question?

13   BY MS. PELKER:

14   Q.  Did the FBI obtain the records or the images from Romania

15   before or after the defendant's arrest?

16   A.  I wasn't working on the case at the time of the defendant's

17   arrest, so I'm not sure exactly.

18   Q.  Is July 19th of 2021 before or after April of 2021?

19   A.  Oh, it's after.

20   Q.  Did you also find references in the defendant's notes to

21   M247?

22   A.  Yes.

23   Q.  Direct your attention to Exhibit 119C.  And on page 3.

24          And can you read, "But now I should probably sort out"?

25   Just do those two lines.

 1    A.  "But now I should probably sort out M247 and 3A.  Shit, but

 2    one needs to resolve the problem with M247 in the morning

 3    somehow."

 4    Q.  Directing your attention now to Exhibit 716A, the temp

 5    note.

 6         And is this a translated copy of a file that you

 7    retrieved from the defendant's device?

 8    A.  Yes.

 9    Q.  Directing your attention to page 8.

10              THE COURTROOM DEPUTY:  716A, is it admitted or just

11    conditionally?

12              MS. PELKER:  I believe it was previously

13    conditionally admitted, and we would now seek to complete the

14    admission.

15              THE COURT:  All right.  Any objection?

16              MR. EKELAND:  Just subject to the same thing we

17    discussed over the phone before, Your Honor.  Do you want --

18              THE COURT:  If you're just -- okay.

19              (Bench discussion:)

20              MR. EKELAND:  This was just in reference to the

21    summary -- summary portions that the government's going to

22    redact out.  But, otherwise, no objection.

23              (Open court:)

24              THE COURT:  All right.  You may proceed.

25    BY MS. PELKER:

1    Q.  And what is the date noted here, starting with 2020?

2    A.  9-24-2020.

3    Q.  Can we scroll down to the fourth block of text?

4         And just read, "What to do about moving now, in

5    general."

6    A.  "What to do about moving now, in general.  I won't fly to

7    Russia now, and another fuck up in M247."

8    Q.  You can pull that exhibit down.

9         And with Special Agent Lund's assistance, if I can now

10   direct your attention to Exhibit 125.

11        And --

12             THE COURT:  I'm sorry.  Just a second here.

13             MS. PELKER:  This is one of the physical exhibits.

14             THE COURT:  I don't know that I actually -- I just

15   want to make sure that I actually put on the record that I did

16   admit 716A.

17             MS. PELKER:  Thank you, Your Honor.

18             THE COURT:  Okay.

19   BY MS. PELKER:

20   Q.  And --

21   A.  Can I stand up?

22   Q.  CS Mazarin, can you go ahead and open up that --

23        You can sit and then open up that box, with Special

24   Agent Lund's assistance.

25             THE COURT:  Would this be a good time for the jurors

1    to stretch their legs?

2              MS. PELKER:  Yes.  And, Your Honor, I am very hopeful

3    we finish today.  We're right at the break.

4              THE COURT:  Okay.  All right.

5              So feel free to stretch your legs.  And does anyone

6    need to use the restroom?

7              (Jurors shake heads.)

8              THE COURT:  Okay.

9              (Pause.)

10             THE COURT:  All right.  You may proceed.

11             MS. PELKER:  Thank you.

12   BY MS. PELKER:

13   Q.  CS Mazarin, can you explain -- you can take it out of the

14   box or maneuver it as you need to.  But can you explain what

15   this is?

16   A.  This is a portable LTE device called LiveLTE -- can you

17   hold that -- to be able to connect to the internet over data.

18   Q.  Can you hold up the different parts and kind of explain to

19   the jury how this is -- without getting into the real technical

20   details, but explain what the different parts are here?

21   A.  So, the main computer here, as well as the secondary one,

22   are Raspberry Pi microcomputers.  It's attached to this TP link

23   hub, and these are four modems.  You can add, from the diagram,

24   what appears to be up to four SIM cards from different

25   providers, and it's configured so that it will route your

1    traffic through them and you can reach the internet over data,

2    essentially.

3    Q.  Is there a visual that would help the jury understand how

4    this router works?

5    A.  Yes.

6    Q.  And showing you Exhibit 368.

7        Would this visual assist the jury in understanding your

8    testimony about this LiveLTE writer?

9    A.  Yes.

10        MS. PELKER:  Government moves to publish Exhibit 368

11   as a demonstrative.

12        THE COURT:  Any objection?

13        MR. EKELAND:  No objection, Your Honor.

14        THE COURT:  Exhibit 368 may be published as a

15   demonstrative.

16   BY MS. PELKER:

17   Q.  Can you walk the jury through how this device would be used

18   for a user trying to connect to the internet?

19   A.  Yes.  The Raspberry Pi I held up would function as the mini

20   PC.  Here are the four modems, as I showed you.  The devices

21   connect through to this mini PC.  Sample, here's, you know, my

22   laptop trying to get to the internet, and then the connection

23   to the internet is via LTE provided by the modems.

24   (Indicating.)

25   Q.  And is this configured to operate with just one SIM card or

1    can it use multiple SIM cards?

2    A.  Multiple.

3    Q.  And what would the impact be of having multiple SIM cards

4    rather than just one?

5    A.  It could move the data over multiple different networks.

6    Q.  If law enforcement were monitoring a target's internet

7    traffic, but the target was using this device, what would

8    happen?

9    A.  If law enforcement was, for example, monitoring the traffic

10   coming from the home or business, it goes over data instead,

11   and so none of that would be visible to the law enforcement tap

12   or monitor.

13   Q.  And if law enforcement were monitoring traffic to a server

14   trying to identify the person who is connecting to it, but that

15   person was using -- connecting using one of these devices, what

16   would law enforcement see?

17          MR. EKELAND:  Objection.  Leading.

18          THE COURT:  Overruled.

19   A.  I would see that the IPs would come back to being mobile

20   network IPs from the sources of the SIM cards, and they would

21   see something similar to data coming back to someone using

22   their phone on data out of the house.

23   BY MS. PELKER:

24   Q.  And would that then potentially be split across multiple

25   SIM cards, depending on how these multiple SIM cards are

1    configured with the modems?

2    A.  Yes, it appears so.

3    Q.  Had you ever encountered one of these devices in real life

4    before this case?

5    A.  No, I hadn't.

6    Q.  Did you find references in the defendant's notes to him

7    troubleshooting issues that he was having with this device?

8    A.  Yes.

9    Q.  And we can go ahead and put away the LiveLTE device.

10        Thank you, Special Agent Lund.

11        Did you review additional evidence from the defendant's

12   phone, in addition to the Mycelium wallet?

13   A.  Yes.

14   Q.  And directing your attention to Exhibits 734, 734A, 735,

15   735A, 736, 737A, 737B, 737C, and 738.

16        Were these files that were retrieved from the

17   defendant's phones?

18   A.  Yes, they were.

19        MS. PELKER:  And government moves to admit

20   Exhibits 734, 734A, 735, 735A, 736, 737A, 737B, 737C, and 738.

21        THE COURT:  Any objection?

22        MR. EKELAND:  401 and 403.

23        THE COURT:  The objections are overruled.  And those

24   exhibits are all admitted and may be published to the jury.

25   BY MS. PELKER:

1    Q.  If we can just walk through those.  So directing your

2    attention to this exhibit here, 735.

3             Can you explain what's shown here?

4    A.  This is a screenshot of a desktop.  Firefox browser is the

5    current window open.

6    Q.  And if we can zoom in on the lower portion with the -- down

7    at the bottom, with the purple onion.

8             Do you see the Tor browser down at the bottom?

9    A.  Yes.

10   Q.  And can you circle where that is?

11   A.  (Indicating.)

12   Q.  And -- but to be clear, what browser is currently open on

13   the screen?

14   A.  Mozilla Firefox.

15   Q.  And did you also review an extraction of the defendant's

16   tablet?

17   A.  Yes.

18   Q.  In reviewing that extraction, did you assist in retrieving

19   a copy of a message that the defendant had sent?

20   A.  Yes.

21   Q.  Showing you Exhibit 721, which is not yet in evidence.

22             Does this accurately reflect what was retrieved from the

23   tablet?

24   A.  Yes.

25             MS. PELKER:  Government moves to admit Exhibit 721.

```
 1                    MR. EKELAND:  One second, Your Honor.

 2              (Pause.)

 3                    THE COURT:  Any objection?

 4                    MR. EKELAND:  Yes.  First of all, 401, 403, and 803.

 5         These aren't statements of the defendant.

 6                    THE COURT:  Ms. Pelker?

 7                    MS. PELKER:  This is a chat message that was

 8         retrieved from the defendant's device, I believe in connection

 9         to one of his dating profiles, and it's a discussion of money

10         laundering as a random reference.

11                    MR. EKELAND:  This is actually a screenshot, Your

12         Honor.  It's not -- my understanding, it's not from his texts.

13         It's something else.  And, again, I just don't see the

14         relevance of this.

15                    THE COURT:  Why don't you lay the foundation with the

16         witness and we can get a better sense of what this is and then

17         we can decide based on that.

18         BY MS. PELKER:

19         Q.  When you were reviewing the tablet, did you review --

20         without getting into anything personal, but could you describe,

21         generally, some of the nature of the messages on the

22         defendant's tablet?

23         A.  Well, a lot of these were from -- were images, too, so

24         screenshots, and photos of images, too.

25         Q.  And when you were reviewing this tablet, was there a --
```

1   conversations and images that appeared to be going back and

2   forthwith individuals the defendant appeared to be

3   corresponding with?

4   A.   Yes.   There were -- this device, in this screenshots and

5   photos that I reviewed, multiple that showed chats over various

6   apps.

7   Q.   Can you describe, generally, the nature of some of those

8   apps?

9   A.   These ones with the blue bubbles were from a dating app.

10  Q.   And did you note a reference of interest that seemed

11  relevant to this case in this particular chat?

12  A.   Yes, I did.

13  Q.   And did you assist with copying that particular -- this

14  particular snippet of the file from the defendant's tablet?

15  A.   Yes.

16            MS. PELKER:  Government moves to admit Exhibit 721.

17            THE COURT:  Can I ask you to pick up the phone?

18            (Bench discussion:)

19            THE COURT:  I'm just trying to figure out -- I don't

20  know if you can tell from the blue color or from the rest of

21  the context, whether there's reason to believe that

22  Mr. Sterlingov was receiving this text or whether he was the

23  one who sent it.

24            MS. PELKER:  My understanding is that he was the

25  sender of the text.  And that's the relevance here, that

1    somebody on a dating site was asking him some get-to-know-you

2    questions and he gratuitously brought up money laundering.

3        THE COURT:  Can you tell from the dating app whether

4    the other person he's conversing with is a man or a woman?  And

5    the reason I ask that question is just because the reference to

6    the beard, which might provide some clarification.  If he's

7    communicating with another man who was bearded, then that might

8    be one thing.  If he was communicating with a woman, that's

9    less likely.

10        MS. PELKER:  My understanding is that there are

11    extensive conversations with -- or, that there are

12    conversations with women and, also, that the materials on the

13    defendant's phone would indicate that the partners he would

14    have romantic interests in are women.

15        THE COURT:  Okay.  Mr. Ekeland?

16        MR. EKELAND:  Yeah, I think Your Honor sees the

17    point.  There's nothing here that --

18        THE COURT:  I don't see the point.  That's what I'm

19    trying to get at.  And that's the reason I asked the question.

20    You know, maybe you can point me to something that suggests

21    that he was conversing with another man, which could have some

22    bearing on my thinking about this.

23        MR. EKELAND:  Your Honor, there is nothing

24    identifying Mr. Sterlingov as the speaker.  There's been no

25    foundation laid for that.  These are screenshots from dating

1    apps where other people are speaking to Mr. Sterlingov, and --

2            THE COURT:  How do I know that?  And how do I know

3    that's not Mr. Sterlingov?  And why isn't it just a question

4    for the jury?

5            MR. EKELAND:  Because there's nothing in here

6    identifying him as Mr. Sterlingov.

7            MS. PELKER:  Your Honor, the government is actually

8    trying not to put overly personal and problematic material

9    before the jury here.  We have no interest in airing

10   Mr. Sterlingov's sexual activity to the jury here.

11           THE COURT:  I mean, if the defense wants to lay a

12   little bit more of a foundation by establishing that his

13   romantic communications were with women, which, I think, would

14   satisfy my question about whether there's at least a

15   preponderance of evidence that he was the sender rather than

16   the receiver of the message.

17           Should we do that, Mr. Ekeland?

18           MR. EKELAND:  I think there's a 403 issue here, and I

19   don't understand really even what the relevance is.  I'm still

20   really --

21           THE COURT:  Come on.  That is -- that borders on

22   silly.  If he's saying that he's engaged in money laundering

23   and you're saying there's no relevance to it, that's not a

24   serious argument.

25           MR. EKELAND:  It's my understanding this is actually

1    not him, and that there's no foundation for it being him.

2            THE COURT:  That's what I'm asking about.  If you

3    want the government to lay more foundation, I'll have them do

4    it.  But I think that is going to require getting into some of

5    his romantic relations and establishing that he was engaged in

6    romantic conversations with women, which I think would then

7    satisfy by a preponderance of the evidence that this was him.

8            I really don't have a strong view on it.  I just want

9    to make sure that I'm not unnecessarily putting personal

10   information of him into the record.

11           MR. EKELAND:  May I one moment to consult with my

12   client, Your Honor?

13           THE COURT:  You may.

14           MR. EKELAND:  Thank you.

15           (Pause.)

16           MR. EKELAND:  We would like them to lay a foundation.

17           THE COURT:  Okay.

18           (Open court:)

19           THE COURT:  All right.  You can lay a foundation.

20   BY MS. PELKER:

21   Q.  CS Mazarin, in your review of the defendant's devices as a

22   whole, did you have the opportunity to gain some insight into

23   the defendant's romantic or otherwise interests or activities?

24   A.  Yes, I would say so.

25   Q.  And based on that review, do you have an understanding of

1    the gender of the individuals that the defendant was interested

2    in?

3    A.  Yes.  They were all women.

4            THE COURT:  All right.  Anything further on this?

5            MR. EKELAND:  Our objection still stands on this.

6    But, that's --

7            THE COURT:  Okay.  All right.  All right.  Anything

8    further?

9            MR. EKELAND:  No, Your Honor.  That's lack of

10    foundation.

11            THE COURT:  I will go ahead and admit -- Exhibit 721?

12    Is this what -- I'm sorry.  What's the exhibit number?

13            MS. PELKER:  721.

14            THE COURT:  721?

15            MS. PELKER:  721.

16            THE COURT:  721 is admitted and may be published to

17    the jury.

18    BY MS. PELKER:

19    Q.  CS Mazarin, in your review, did you also view photos of the

20    defendant at various points in time?

21    A.  Yes.

22    Q.  And does the defendant sometimes have a beard?

23    A.  Yes.

24    Q.  And can you explain what this conversation appears to be --

25    what your understanding is of what's shown here?

1    A.  It appears to be a screenshot of chats within a dating

2    app's direct messaging feature.

3    Q.  And can you read the second message there in the blue

4    bubble?

5    A.  "You're wondering what I do, in terms of magically having

6    such photos, or in terms of money laundering?"

7    Q.  Did you review evidence pertaining to the defendant's use

8    of exploit.in?

9    A.  Yes.

10   Q.  Directing your attention to Exhibit 898, which is not yet

11   in evidence.

12          Is this a -- and if we can just scroll up to the top.

13          Who is the recipient of this message?

14   A.  Exploit@exploit.in.

15   Q.  The recipient.  Who is it sent to?

16   A.  The recipient?

17   Q.  Yes.

18   A.  Oh, sorry.  Spam@plasmadivision.com.

19   Q.  Is this a fair and accurate copy of an email retrieved from

20   the plasmadivision account?

21   A.  Yes.

22          MS. PELKER:  Government moves to admit Exhibit 898.

23          THE COURT:  Any objection?

24          MR. EKELAND:  Yeah, it's hearsay.  The defendant is

25   not the speaker.  He's the recipient of the message here.

1      THE COURT:  I guess I may need it in English to be

2   able to evaluate that.  Do we have an English version of this?

3      MS. PELKER:  We unfortunately do not, Your Honor.

4   We're going to be pointing to the links here.  It relates to

5   the timing of the message.  We can ask for some additional

6   questions about whether this appears to be an auto-generated

7   email.  We're really just pointing to the different links here.

8      THE COURT:  Okay.  Why don't you lay a little bit

9   more of a foundation.

10  BY MS. PELKER:

11  Q.  CS Mazarin, to -- what's the date on this email here?

12  A.  9-20-2011.

13  Q.  And to whom is the email addressed?

14  A.  To spam@plasmadivision.com.

15  Q.  And then below that, is there a user name that's noted in

16  the email?

17  A.  It appears to be the Two, which is listed at the top.

18  Q.  If we can kind of scroll out to look at the -- zoom out to

19  look at the general context of the email as a whole, and then

20  scrolling down here.

21      Can you describe the general structure of this email?

22      MR. EKELAND:  Objection.  Vague and ambiguous.

23  Leading.

24      THE COURT:  Overruled.  Overruled.

25  A.  The email appears to give a link to an exploit.in page with

1    the code Lost Pass Form, an ID number, and an alphanumeric

2    string.

3    Q.  And given that long alphanumeric string and the context of

4    this email, does this appear to be an email that an individual

5    person working at exploit.in sat at their computer and typed

6    out or an automatically generated or scripted email?

7         MR. EKELAND:  Objection.  Leading.  Incompetent

8    question.  And vague and ambiguous.

9         THE COURT:  Overruled.

10   A.  I would say automatically generated.

11        MS. PELKER:  Government moves to admit Exhibit 898.

12        MR. EKELAND:  This is still hearsay.  It's not a

13   statement by the defendant.  And in terms of effect of any

14   listener, it's going to his SPAM folder.  And also, given that

15   it's entirely in Russian, there's a relevance issue, as well.

16   There's nothing in here that is going to issues in this case

17   that I'm aware of.

18        MS. PELKER:  It's not going to a SPAM folder.  It's

19   going to a spam@plasmadivision email account, and the defense

20   has put into issue as to whether the Meth! account is truly the

21   defendant.  And so we need to have the right to play out the

22   sequence of events that led to the creation of the Meth!

23   account.

24        THE COURT:  All right.  Exhibit -- I'm sorry.  Go

25   ahead.

```
 1            MR. EKELAND:  I'm sorry, Your Honor.  I didn't mean

 2    to cut you off.

 3            THE COURT:  That's okay.

 4            MR. EKELAND:  Also, to that extent, to what counsel

 5    just said, this is cumulative because that issue has already

 6    been testified to.

 7            THE COURT:  Exhibit 898 is admitted and may be

 8    published to the jury.

 9    BY MS. PELKER:

10    Q.  CS Mazarin, if we can direct --

11            THE COURT:  Can I ask, Ms. Pelker, it's just

12    5 o'clock now, and I don't know how much time you have left.

13    And I don't know if there are jurors who have --

14            MS. PELKER:  We have five minutes left.

15            THE COURT:  Anyone who needs to go right now?

16            THE JURORS:  (No response.)

17            THE COURT:  You want to keep going?

18            THE JURORS:  (Nod heads.)

19            THE COURT:  Okay.  Let's finish up.  Go ahead.

20    BY MS. PELKER:

21    Q.  CS Mazarin, what's your understanding of what the "two"

22    was -- or is there?

23    A.  It could be a user name or friendly name.

24    Q.  And scrolling down a bit, the link there, exploit.in, is

25    that the link to the Expoit forum that's been the subject of
```

1    previous testimony?

2    A.  Yes.

3    Q.  What's your understanding of what a Lost Pass Form

4    indicates?

5    A.  Most websites that have logins have an option if someone

6    forgets their password, where they click a link and get next

7    steps for password reset.

8    Q.  Scrolling up, what's the date on this email?

9    A.  9-20-2011.

10   Q.  Directing your attention now to Exhibit 702.

11          If we could turn off the gallery screen.

12          Is this the extraction of the defendant's password

13   vault?

14   A.  Yes.

15   Q.  Directing your attention to row 33 -- or, apologies -- 133.

16          Sorry.  Can we search for "meth," M-E-T-H, with the

17   Exploit link?

18          83, not 33.  Apologies.

19          Is this the entry for the defendant's Meth! account on

20   exploit.in?

21   A.  Yes, it appears to be.

22   Q.  If we could scroll to the right, and note the date that

23   this was created.

24   A.  If this is the Date Created column, then it would be

25   9-22-2011.

1    Q.  And so how soon after the lost password link was sent to

2    the defendant's SPAM account directed to the "two" was this

3    Meth! exploit.in account created?

4    A.  Could I see the email again?

5            Two days after.

6    Q.  Directing your attention to Exhibit 55A.

7            Is this the exhibit pertaining to the Meth! post on

8    exploit.in?

9    A.  Yes.

10   Q.  And under the Meth! avatar on the left, what is noted for

11   the date joined?

12   A.  9-22-2011.

13   Q.  And is that the same date that the Meth! entry in the

14   password vault file on the defendant's device was entered?

15   A.  Yes.

16   Q.  If you could go now to page 54.  I'm just going to have you

17   read aloud two posts, and then we're wrapping for the day.

18           Can you read this post aloud?

19   A.  "It depends on how serious the enemy is.  But in principle,

20   it is quite difficult.  One needs some specialized hardware

21   solutions, which would shut down or reboot the computer.  In

22   the simplest option, one can create a script that will track

23   the newly enabled USB devices.  Or, for example, perhaps one

24   can set up a web cam there, such that it looks at the computer

25   itself and, when a movement is sensed, the compute will reboot?

1          "The difficulty lies in the fact that physical access

2     to the computer allows attacks against it in many different

3     ways.  In the simplest case, if a regular cop shows up and does

4     not just turn off the computer -- which would be the best

5     option, since disk encryption will be activated -- then, most

6     likely, he will first try to move the mouse/keyboard to see if

7     access is available through the console.  If one creates a

8     script that will respond to the movement of a physical mouse

9     and keyboard, this will already provide a protection, at least

10    from the simplest enemy."

11    Q.  What is Mr. Sterlingov describing in this post?

12              MR. EKELAND:  Objection.

13    BY MS. PELKER:

14    Q.  What's your understanding of what is being described in

15    this post?

16    A.  It's describing how to prevent a regular cop or law

17    enforcement from accessing a computer and shutting it down --

18    encrypting its contents so it can't be accessed that way.

19    Q.  And in your review of Mr. Sterlingov's devices, did you

20    find any evidence consistent with this sort of a setup?

21    A.  Particularly the webcam setup, yes.

22    Q.  Can you describe that at a high level?

23    A.  On some of the devices were software and records of him

24    testing out motion-triggered webcams.

25    Q.  Directing your attention to page 36.

1         And can you read this post here?

2    A.  "Useful, although the usual Google Tor setup hidden service

3    will give about the same thing.  Looks like another small typo

4    under Leave Comments on the lines, according to this example,

5    instead of hidden service port 80 127.0.0.1:8, perhaps it

6    should be hidden service port 80 127.0.0.1:80."

7    Q.  What does this post indicate to you regarding the

8    defendant's knowledge about hidden service configurations?

9    A.  Specific lines within the configurations for setting up Tor

10   hidden services.

11   Q.  And is that something that this indicates the defendant was

12   familiar with?

13   A.  Yes, it could.

14         MS. PELKER:  No further questions, Your Honor.

15         THE COURT:  All right.  So let's break for the day.

16   We're going to start tomorrow at 9:15, which is, hopefully, as

17   soon as we can do so.  I would ask, do your best to be here by

18   9 so we can really get going at 9:15 tomorrow.

19         And don't discuss the case with anybody, including

20   your fellow jurors.  Don't do any type of research in any way

21   relating to anything in this case.  And I will see you back

22   here tomorrow at 9:15.  I appreciate that you're all very

23   attentive.  I really appreciate that.

24         (Whereupon the jurors leave the courtroom.)

25         THE COURT:  The witness is excused until 9:15

1    tomorrow, as well.  I just ask that you not discuss your

2    testimony with anybody until it's complete.  All right.  Thank

3    you.

4         All right.  I noticed -- or, my law clerk noticed

5    that one of the jurors was pointing to Juror 13 -- which is the

6    juror that there have been complaints about -- sort of

7    muttering about the testimony in ways that were distracting to

8    the other jurors.  I may have mentioned before, there were, I

9    think, four jurors who had complained, and I started watching

10   more carefully after that.  And I think she probably was a

11   little bit more on her toes because she undoubtedly saw that

12   somebody was pointing to her.

13        Mr. Hassard, I saw you were kind of interested in

14   something going on with the jury.  Did you see something that

15   was going on, as well?  You seemed amused by something, and you

16   were looking at the jurors.

17        MR. HASSARD:  No, nothing.

18        THE COURT:  I'm sorry?

19        MR. HASSARD:  No, nothing in particular.

20        THE COURT:  All right.  I think we'll just have to

21   continue to monitor that.  I am concerned about that one,

22   though.  If she's ignoring my instruction not to comment, and

23   she's doing it, actually, in front of us, that's obviously

24   problematic.

25        And one other thing is, is that I would ask that you

1    all check in with the deputy clerk about the demonstratives.  I

2    just want to make sure that she has a clear record of what has

3    come in only as a demonstrative, so it doesn't inadvertently go

4    back to the jury.  And, so, just your checks notes against hers

5    to make sure that if something came in only as a demonstrative,

6    that she knows that's how it came in.

7              Anything else before we adjourn for the night?

8              MS. PELKER:  No, Your Honor.

9              THE COURT:  All right.  I will see you in the

10    morning.

11                         *   *   *

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3          I, JANICE DICKMAN, do hereby certify that the above and

4     foregoing constitutes a true and accurate transcript of my

5     stenographic notes and is a full, true and complete transcript

6     of the proceedings to the best of my ability.

7                         Dated this 29th day of February, 2024

8

9

10                         _____

11                         Janice E. Dickman, CRR, CMR, CCR
                           Official Court Reporter
12                         Room 6523
                           333 Constitution Avenue, N.W.
13                         Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                                    INDEX

 2      WITNESS:

 3          Valerie Mazars de Mazarin
                Direct Examination By Ms. Pelker.................. 2
 4

 5      GOVERNMENT EXHIBITS ADMITTED:
            Exhibit 509................................................. 89
 6          Exhibit 510................................................. 75
            Exhibit 513A................................................ 63
 7          Exhibit 514................................................. 65
            Exhibit 520................................................. 72
 8          Exhibit 520B................................................ 73

 9          Exhibit 523A................................................ 93
            Exhibit 701................................................. 11
10          Exhibit 702................................................. 20
            Exhibit 703................................................. 22
11          Exhibit 704................................................. 22
            Exhibit 704A through 704E................................... 23
12
            Exhibit 707................................................. 24
13          Exhibits 709 through 715.................................... 17
            Exhibit 714 and 714A........................................ 72
14          Exhibit 716A................................................ 96
            Exhibit 719A through 719KKK................................. 18
15          Exhibit 731................................................. 26

16          Exhibits 720................................................ 43
            Exhibit 721................................................107
17          Exhibit 722 through 726..................................... 43
            Exhibit 727................................................. 46
18          Exhibit 728................................................. 47
            Exhibit 729, 732, 733....................................... 43
19
            Exhibits 734, 734A, 735, 735A, 736, 737A, 737B, 737C....100
20          Exhibit 738................................................100
            Exhibit 830................................................. 87
21          Exhibit 831................................................. 88
            Exhibit 865.................................................  4
22          Exhibit 898................................................111

23      GOVERNMENT DEMONSTRATIVE EXHIBIT
            Exhibit 368................................................. 98
24
                                *   *   *
25
```

120

## /

**/configure** [1] - 31:3

## 0

**0** [1] - 69:9

## 1

**1** [16] - 4:8, 4:9, 4:10, 4:11, 4:14, 4:15, 4:16, 4:22, 5:4, 5:6, 5:8, 5:12, 5:13, 69:9, 74:17, 84:14
**119C** [3] - 53:23, 59:12, 94:23
**12** [2] - 53:23, 81:7
**12-9-2020** [1] - 46:9
**125** [1] - 96:10
**13** [1] - 74:24
**134M** [3] - 14:18, 18:25, 50:24
**134R** [6] - 14:18, 14:22, 15:16, 17:18, 49:13
**168** [5] - 46:13, 46:19, 46:21, 47:5, 47:13
**18** [1] - 15:10
**188.149.52.168** [1] - 46:11
**19th** [1] - 94:18
**1B** [4] - 15:2, 15:5, 15:6, 15:13
**1B9** [1] - 15:9
**1B9_13** [4] - 19:1, 19:2, 19:7, 50:24
**1B9_18** [4] - 15:4, 15:15, 25:21, 49:13
**1B_13** [1] - 18:25
**1D7B5** [1] - 5:3

## 2

**2** [14] - 4:15, 4:16, 4:17, 5:11, 5:12, 5:13, 5:14, 5:15, 39:15, 50:20, 64:8, 68:10
**2011** [3] - 88:5, 88:21
**2020** [1] - 96:1
**2021** [2] - 94:18
**24** [1] - 59:16
**24-hour** [1] - 28:16
**26** [2] - 27:23, 59:13
**27** [3] - 59:19, 61:4, 61:7
**28** [1] - 79:2
**29th** [1] - 88:5
**2:53** [1] - 49:3

## 3

**3** [2] - 68:2, 94:23
**30** [1] - 32:4
**31** [1] - 34:15
**32** [1] - 35:13
**34** [1] - 37:11
**35** [1] - 37:11
**365** [2] - 3:20, 4:2
**368** [3] - 98:6, 98:10, 98:14
**3:10** [1] - 49:3
**3A** [1] - 95:1

## 4

**4-19-2021** [1] - 46:9
**40** [1] - 72:8
**401** [7] - 75:15, 75:17, 86:1, 86:19, 87:25, 100:22, 102:4
**403** [5] - 75:15, 75:17, 100:22, 102:4, 105:18
**41** [1] - 83:19
**443** [1] - 85:5

## 5

**5** [1] - 86:5
**5-11-2017** [1] - 64:2
**509** [3] - 88:13, 88:23, 89:1
**510** [3] - 75:8, 75:13, 75:19
**510A** [1] - 77:10
**513A** [4] - 62:22, 62:25, 63:3, 63:6
**513B** [1] - 62:23
**514** [2] - 65:9, 65:14
**520** [2] - 72:17, 72:22
**520B** [3] - 73:9, 73:15, 73:19
**522A** [2] - 89:18, 93:24
**523A** [3] - 92:21, 93:7, 93:10

## 6

**6** [3] - 63:10, 80:3

## 7

**7** [2] - 65:1, 70:6
**7-19-2021** [1] - 94:3
**7-30-2017** [1] - 64:3
**701** [6] - 10:24, 11:4, 11:10, 11:21, 11:24, 11:25
**702** [4] - 20:1, 20:4, 20:9, 20:15

**703** [3] - 21:21, 22:3, 22:6
**704** [3] - 22:14, 22:21, 22:24
**705A** [3] - 23:14, 23:21, 23:24
**705B** [1] - 74:12
**707** [4] - 24:7, 24:10, 24:13, 24:16
**709** [7] - 15:20, 16:3, 16:14, 16:15, 17:1, 70:25, 71:3
**710A** [5] - 61:3, 64:7, 67:17, 80:2, 84:14
**711A** [3] - 27:20, 74:23, 78:12
**712** [1] - 60:3
**712A** [2] - 60:4, 60:5
**714** [10] - 70:7, 70:8, 70:11, 70:16, 70:17, 70:18, 71:22, 71:23, 72:5
**714's** [1] - 70:16
**714A** [10] - 70:3, 70:4, 70:8, 70:11, 70:15, 71:21, 71:23, 74:3, 83:17
**715** [7] - 15:20, 16:3, 16:14, 16:15, 17:2, 70:25, 71:3
**715A** [2] - 39:11, 68:2
**716A** [3] - 95:4, 95:10, 96:16
**719A** [3] - 18:1, 18:5, 18:9
**720** [4] - 42:25, 43:11, 43:13, 57:5
**721** [3] - 101:21, 101:25, 103:16
**722** [5] - 43:1, 43:11, 43:13, 52:9, 52:15
**723** [1] - 51:11
**724** [1] - 52:3
**725** [1] - 44:14
**726** [4] - 43:1, 43:11, 43:13, 58:5
**727** [3] - 45:17, 46:2, 46:5
**728** [3] - 46:15, 46:23, 47:1
**729** [4] - 43:1, 43:11, 43:13, 50:23
**731** [4] - 25:15, 25:25, 26:4, 43:16
**732** [5] - 43:1, 43:11, 43:13, 49:11, 49:20
**733** [3] - 43:1, 43:11, 43:14
**734** [2] - 100:14, 100:20

**734A** [2] - 100:14, 100:20
**735** [3] - 100:14, 100:20, 101:2
**735A** [2] - 100:15, 100:20
**736** [2] - 100:15, 100:20
**737A** [2] - 100:15, 100:20
**737B** [2] - 100:15, 100:20
**737C** [2] - 100:15, 100:20
**738** [2] - 100:15, 100:20

## 8

**8** [1] - 95:9
**80** [1] - 85:5
**803** [2] - 86:19, 102:4
**83.248.64.79** [1] - 53:11
**830** [3] - 86:10, 86:17, 88:7
**831** [3] - 87:19, 87:23, 88:1
**865** [1] - 4:5

## 9

**9-24-2020** [1] - 96:2

## A

**ability** [1] - 78:15
**able** [15] - 8:18, 9:8, 19:9, 21:18, 36:17, 45:1, 48:6, 51:2, 55:10, 55:17, 56:22, 62:11, 64:4, 92:16, 97:17
**absolutely** [1] - 82:17
**access** [15] - 19:9, 27:3, 27:5, 36:17, 41:16, 42:14, 51:18, 51:19, 51:20, 56:23, 60:16, 60:17, 60:21, 76:3, 82:10
**accessed** [1] - 66:18
**accesses** [1] - 64:13
**accessing** [1] - 59:3
**according** [1] - 55:8
**account** [11] - 22:16, 23:4, 23:6, 24:4, 61:24, 63:17, 64:3, 85:21, 86:5, 86:6
**accountholder** [1] - 89:22
**accounts** [3] - 22:11,

22:15, 23:10
**accurate** [13] - 14:3, 20:4, 21:23, 23:17, 24:10, 25:22, 43:3, 45:24, 62:25, 65:11, 72:19, 75:10, 86:12
**accurately** [7] - 11:17, 14:7, 22:18, 46:20, 88:19, 93:4, 101:22
**acronym** [1] - 69:6
**action** [1] - 82:16
**activities** [1] - 106:23
**activity** [6] - 24:4, 24:24, 35:6, 39:7, 67:7, 105:10
**Activity** [1] - 73:22
**actual** [10] - 19:22, 26:21, 26:23, 29:15, 45:1, 62:12, 64:4, 78:10, 90:5, 93:20
**add** [5] - 18:21, 28:13, 33:12, 41:18, 97:23
**add-on** [1] - 33:12
**addition** [4] - 5:23, 6:11, 17:10, 100:12
**additional** [15] - 7:20, 12:19, 33:25, 37:1, 39:10, 46:13, 46:18, 53:10, 55:22, 55:25, 56:22, 58:6, 60:25, 84:11, 100:11
**address** [19] - 29:2, 29:3, 31:5, 32:1, 34:24, 46:11, 46:13, 46:21, 47:13, 52:18, 52:25, 53:11, 53:13, 54:15, 54:17, 61:10, 79:17, 84:23, 88:15
**addressed** [3] - 15:22, 16:25, 22:3
**addresses** [11] - 10:17, 16:9, 28:3, 28:10, 28:11, 28:17, 28:18, 29:25, 85:19, 89:21, 89:23
**adds** [1] - 85:2
**administering** [1] - 59:3
**administrator** [6] - 27:4, 27:6, 40:14, 40:17, 40:20, 49:22
**admissibility** [1] - 70:16
**admission** [10] - 20:9, 22:2, 23:20, 70:12, 70:15, 71:22, 71:23, 73:15, 95:14
**admit** [27] - 11:20, 16:15, 17:1, 20:8, 22:21, 24:13, 25:25,

43:6, 46:1, 46:23, 63:3, 65:14, 65:19, 70:17, 70:18, 72:22, 72:25, 75:13, 76:24, 86:17, 87:23, 88:23, 93:7, 96:16, 100:19, 101:25, 103:16
**admitted** [39] - 4:5, 11:25, 15:22, 16:4, 18:6, 20:15, 21:22, 22:6, 22:24, 23:24, 24:16, 26:4, 39:18, 39:19, 39:20, 43:14, 46:5, 47:1, 53:24, 62:24, 63:6, 70:5, 70:9, 70:11, 70:16, 70:17, 70:20, 71:17, 71:21, 72:6, 73:10, 73:19, 87:10, 88:1, 89:1, 93:10, 95:10, 95:13, 100:24
**admitting** [1] - 16:3
**advertised** [1] - 79:15
**advertisers** [1] - 82:20
**afternoon** [1] - 48:12
**Agent** [9] - 2:8, 14:21, 15:19, 18:24, 62:2, 62:5, 96:9, 96:24, 100:10
**ago** [3] - 77:4, 78:11, 88:11
**agreed** [1] - 32:13
**ahead** [5] - 16:3, 17:1, 33:18, 96:22, 100:9
**airing** [1] - 105:9
**algorithm** [2] - 5:7, 5:9
**algorithms** [2] - 6:11, 12:7
**allow** [4] - 19:17, 29:24, 42:3, 76:20
**allowing** [1] - 40:5
**alongside** [1] - 23:6
**alter** [2] - 13:1, 19:22
**alternate** [1] - 36:3
**alternative** [1] - 67:25
**alternatives** [2] - 65:4, 65:5, 66:20
**ambiguous** [5] - 31:19, 40:17, 67:1, 78:17, 91:21
**amount** [2] - 30:3, 37:22
**analyzing** [1] - 9:3
**Android** [2] - 81:25, 82:3
**angles** [1] - 30:5
**anonymity** [4] - 31:22, 36:20, 36:21, 89:9
**anonymity-specific** [1] - 89:9

**anonymize** [1] - 35:6
**anonymous** [7] - 34:14, 34:22, 79:7, 79:13, 79:14, 79:22
**anonymously** [1] - 79:19
**answer** [1] - 92:6
**answered** [1] - 62:7
**answering** [1] - 67:22
**anti** [1] - 79:25
**anti-surveillance** [1] - 79:25
**APK** [2] - 21:15, 21:16
**apologies** [1] - 60:4
**app** [9] - 21:4, 21:14, 21:17, 23:5, 23:11, 82:2, 82:4, 103:9, 104:3
**app's** [1] - 21:20
**appear** [6] - 23:4, 47:14, 50:4, 60:8, 69:19, 90:23
**appeared** [12] - 9:2, 22:11, 23:9, 23:18, 31:21, 59:9, 91:5, 91:7, 91:9, 91:16, 103:1, 103:2
**appearing** [2] - 4:11, 14:12
**application** [5] - 21:25, 42:11, 42:12, 74:14, 91:2
**apply** [1] - 52:1
**approach** [1] - 90:10
**apps** [3] - 103:6, 103:8, 105:1
**April** [1] - 94:18
**apt** [4] - 50:15, 50:16, 50:20
**apt-get** [4] - 50:15, 50:16, 50:20
**archive** [2] - 21:16, 88:14
**archive.org** [3] - 88:9, 88:16, 88:20
**area** [1] - 50:10
**areas** [1] - 53:19
**argument** [1] - 105:24
**array** [1] - 69:5
**arrest** [4] - 21:9, 81:4, 94:15, 94:17
**arrested** [2] - 10:13, 17:13
**article** [18] - 66:4, 72:15, 72:19, 73:3, 73:6, 73:11, 73:21, 73:24, 76:10, 76:13, 76:19, 77:4, 77:8, 77:12, 77:13, 77:19, 77:24, 78:5

**aside** [1] - 38:11
**assembled** [1] - 33:16
**asserted** [1] - 86:25
**assist** [6] - 3:17, 3:23, 23:11, 98:7, 101:18, 103:13
**assistance** [6] - 14:17, 14:21, 18:24, 43:25, 96:9, 96:24
**assisted** [1] - 23:13
**associated** [2] - 15:2, 87:20
**assuming** [2] - 76:21, 92:4
**attach** [1] - 52:13
**attached** [2] - 50:7, 97:22
**attacker** [1] - 29:25
**attacking** [1] - 78:8
**attacks** [1] - 35:10
**attempt** [2] - 27:13, 50:17
**attempted** [2] - 25:12, 27:6
**attempting** [2] - 29:3, 43:19
**attention** [27] - 26:16, 27:20, 45:17, 48:9, 52:3, 52:15, 59:13, 60:10, 64:7, 65:9, 68:2, 70:3, 72:17, 73:9, 74:12, 75:8, 80:2, 80:3, 83:17, 86:10, 87:19, 94:23, 95:4, 95:9, 96:10, 100:14, 101:2
**attribute** [1] - 36:11
**attributed** [1] - 85:18
**authenticated** [1] - 86:20
**authentication** [4] - 15:24, 16:4, 16:19, 18:1
**authenticity** [2] - 12:16, 86:23
**authorities** [1] - 61:1
**auto** [2] - 44:16, 45:13
**automate** [1] - 37:8
**automatically** [1] - 63:22
**available** [5] - 7:22, 36:8, 36:16, 88:6, 88:8
**avoid** [3] - 33:1, 35:10, 79:1
**awareness** [2] - 37:4, 37:6
**awesome** [1] - 37:20

**B**

**backed** [1] - 63:22

**backing** [1] - 64:13
**backup** [5] - 63:21, 64:2, 65:4, 67:25, 69:20
**Backup** [1] - 64:17
**backups** [1] - 64:5
**based** [6] - 34:3, 71:22, 77:6, 91:7, 102:17, 106:25
**bash** [12] - 25:7, 25:13, 25:20, 26:7, 26:12, 43:18, 43:22, 44:6, 49:12, 49:15, 49:21, 50:24
**Bash** [1] - 25:8
**batch** [3] - 70:21, 71:17, 86:22
**bathroom** [2] - 48:12, 48:23
**beard** [1] - 104:6
**bearded** [1] - 104:7
**bearing** [1] - 104:22
**begin** [1] - 9:14
**beginning** [5] - 5:10, 28:2, 28:9, 62:2, 68:20
**behind** [4] - 38:20, 42:7, 82:11, 82:18
**believes** [1] - 67:23
**belongs** [1] - 79:11
**below** [5] - 5:1, 59:14, 68:13, 76:11
**Bench** [3] - 32:10, 95:19, 103:18
**benefit** [4] - 8:9, 35:1, 35:3, 35:7
**better** [5] - 7:23, 33:23, 64:22, 64:24, 102:16
**between** [8] - 5:12, 42:13, 44:3, 46:9, 51:23, 57:17, 57:25, 58:4
**beyond** [1] - 82:19
**big** [2] - 7:6, 56:13
**bin** [3] - 68:15, 92:13, 92:14
**Bisq** [2] - 91:2, 91:7
**BISQ** [1] - 91:3
**bit** [10] - 6:21, 26:16, 28:21, 39:9, 47:7, 82:23, 84:25, 86:14, 89:4, 105:12
**Bitcoin** [10] - 2:19, 20:24, 75:4, 75:25, 91:11, 91:13, 91:15, 91:16, 91:17, 91:19
**bittorrent** [1] - 37:23
**black** [1] - 54:5
**block** [6] - 74:25, 80:10, 80:24, 82:8,

85:3, 96:3
**blockchain** [1] - 68:8
**blocking** [2] - 80:11, 80:20
**blue** [2] - 103:9, 103:20
**bold** [3] - 64:17, 72:10, 81:8
**booted** [1] - 8:17
**borders** [1] - 105:21
**bottom** [10] - 33:17, 34:15, 36:22, 59:13, 60:10, 63:15, 80:5, 88:15, 101:7, 101:8
**box** [8] - 2:5, 4:17, 4:19, 83:21, 83:22, 93:18, 96:23, 97:14
**breadband.tele2** [1] - 47:17
**break** [8] - 48:12, 48:13, 48:21, 48:24, 48:25, 52:2, 97:3
**briefly** [1] - 90:14
**bring** [2] - 14:17, 41:5
**brought** [1] - 104:2
**browser** [10] - 26:21, 30:14, 36:6, 36:7, 36:17, 56:20, 101:4, 101:8, 101:12
**browsers** [2] - 37:6, 41:18
**browsing** [1] - 82:16
**btest** [1] - 63:18
**bubbles** [1] - 103:9
**build** [2] - 8:11, 31:6
**building** [1] - 31:10
**built** [3] - 33:12, 93:1, 93:3
**built-in** [2] - 93:1, 93:3
**bullet** [6] - 39:15, 39:25, 40:4, 40:9, 68:3, 83:20
**bullets** [3] - 55:9, 81:17, 81:21
**bunch** [1] - 85:2
**bundle** [3] - 36:6, 36:7, 36:17
**bunker** [8] - 42:21, 42:23, 44:1, 44:7, 49:23, 50:2, 53:20, 55:18
**bunker-related** [1] - 50:2
**BunkerSSH** [4] - 51:5, 51:6, 51:7, 51:8
**bunkertunnel** [7] - 43:23, 44:5, 44:9, 44:14, 44:19, 47:24, 48:3
**bunkertunnel.sh** [1] -

44:19
**bunkerx** [8] - 42:21, 51:11, 52:15, 54:14, 54:16, 54:18, 63:18, 64:1
**bunkerxhome** [7] - 50:5, 50:8, 50:9, 50:10, 50:11, 51:14, 52:8
**bunkerxmedia** [4] - 50:5, 50:9, 51:14, 52:8
**Burned** [1] - 74:16
**burned** [8] - 65:5, 67:20, 69:17, 70:1, 72:12, 74:6, 74:9, 74:17
**business** [5] - 10:19, 47:15, 53:18, 86:20, 99:10
**buy** [3] - 59:20, 59:25, 79:7
**buying** [1] - 58:25
**BY** [56] - 2:18, 4:7, 12:2, 14:20, 17:3, 18:11, 20:17, 22:8, 23:1, 24:1, 24:18, 26:5, 28:24, 29:8, 31:24, 33:9, 39:24, 40:22, 43:15, 46:7, 47:3, 49:10, 54:6, 57:24, 62:10, 63:8, 65:21, 67:9, 67:16, 70:10, 72:7, 73:2, 73:20, 75:20, 77:7, 78:3, 78:21, 80:19, 81:15, 85:14, 86:3, 87:11, 88:3, 89:3, 92:1, 92:10, 93:12, 94:13, 95:25, 96:19, 97:12, 98:16, 99:23, 100:25, 102:18, 106:20
**bytes** [2] - 92:19, 93:19

## C

**cache** [1] - 37:1
**calculate** [2] - 5:14, 5:15
**camera** [2] - 9:4, 15:8
**canaries** [1] - 67:14
**canary** [7] - 65:25, 66:2, 66:3, 66:8, 66:14, 66:16, 67:10
**cannot** [1] - 13:19
**capture** [1] - 88:16
**captured** [2] - 88:9, 88:20
**capturing** [1] - 35:11
**card** [2] - 15:9, 98:25
**cards** [8] - 2:24, 25:5,

97:24, 99:1, 99:3, 99:20, 99:25
**carry** [1] - 2:8
**carrying** [1] - 17:12
**carved** [1] - 9:19
**carving** [2] - 9:13, 9:15
**case** [23] - 5:7, 6:18, 7:12, 10:15, 17:16, 24:20, 27:2, 35:3, 37:20, 48:6, 48:17, 48:19, 55:10, 62:3, 62:11, 63:23, 73:25, 85:7, 90:12, 90:13, 94:16, 100:4, 103:11
**cases** [2] - 3:3, 13:25
**casual** [3] - 40:13, 40:17, 82:20
**Catch** [1] - 73:22
**categorize** [1] - 90:16
**CCTLDs** [1] - 75:25
**center** [2] - 29:12, 76:19
**center.com** [1] - 75:23
**certain** [2] - 40:10, 77:21
**cetera** [1] - 37:1
**chain** [1] - 76:16
**challenging** [1] - 86:23
**change** [7] - 5:11, 6:7, 10:8, 30:8, 31:12, 54:17
**changed** [6] - 4:16, 5:22, 6:2, 6:9, 8:13, 30:10
**changes** [2] - 30:15, 51:25
**changing** [2] - 5:20, 66:9
**channel** [1] - 33:14
**character** [3] - 4:16, 5:20, 6:2
**charges** [1] - 10:16
**charging** [1] - 35:3
**chart** [2] - 22:12, 23:3
**chat** [2] - 102:7, 103:11
**chats** [1] - 103:5
**Check** [1] - 40:1
**check** [7] - 12:16, 40:2, 68:8, 75:1, 75:2, 78:14, 92:19
**checks** [1] - 40:15
**chooses** [2] - 28:17, 28:18
**choosing** [1] - 75:24
**circle** [4] - 4:11, 58:8, 74:18, 101:10
**circling** [1] - 58:11

**circumstances** [1] - 87:9

**claim** [1] - 80:21

**clarification** [1] - 104:6

**clarify** [1] - 77:18

**clean** [1] - 36:25

**clear** [5] - 16:24, 37:24, 52:14, 87:15, 101:12

**click** [1] - 43:25

**clicked** [1] - 77:2

**clicking** [1] - 8:6

**client** [4] - 28:18, 54:17, 64:25, 106:12

**close** [1] - 41:5

**cloud** [1] - 67:25

**coal** [1] - 66:8

**code** [5] - 30:8, 30:14, 30:15, 37:8, 90:25

**Code** [2] - 17:19, 18:7

**coded** [1] - 21:14

**collecting** [1] - 35:11

**color** [1] - 103:20

**column** [1] - 12:3

**columns** [1] - 12:4

**com** [3] - 76:9, 77:5, 78:25

**comfortable** [1] - 25:9

**COMHEM** [1] - 47:19

**coming** [4] - 47:21, 53:25, 99:10, 99:21

**command** [19] - 4:25, 5:5, 5:15, 20:21, 25:8, 25:9, 25:20, 26:9, 26:13, 26:20, 26:22, 26:23, 31:1, 40:12, 44:16, 49:18, 51:19, 52:7

**commands** [7] - 25:10, 25:12, 26:9, 26:14, 44:13, 50:19, 51:13

**comments** [2] - 75:5, 79:24

**common** [1] - 6:14

**communicate** [1] - 81:1

**communicating** [2] - 104:7, 104:8

**communication** [2] - 37:14, 81:5

**communications** [1] - 105:13

**companies** [1] - 87:14

**company** [4] - 47:6, 61:13, 67:7, 85:18

**compile** [3] - 11:1, 30:18, 30:19

**compiled** [1] - 11:5

**compiling** [1] - 31:13

**complete** [9] - 15:24, 16:18, 20:9, 22:2, 23:20, 70:14, 71:23, 73:14, 95:13

**completed** [2] - 70:12, 71:22

**completely** [3] - 5:22, 54:11, 93:15

**compound** [2] - 40:18, 78:18

**compromised** [2] - 68:22, 68:25

**computer** [55] - 3:2, 3:15, 5:23, 8:16, 8:19, 9:21, 10:1, 11:13, 13:16, 13:19, 25:10, 30:10, 30:16, 35:20, 36:10, 39:13, 40:11, 41:7, 41:13, 41:17, 41:19, 42:4, 42:6, 42:15, 44:2, 44:12, 45:13, 47:24, 48:4, 51:21, 52:12, 53:8, 53:17, 55:18, 55:20, 56:10, 56:11, 57:15, 57:18, 58:3, 59:6, 59:9, 59:18, 59:24, 60:12, 60:13, 60:20, 60:22, 63:24, 69:3, 69:11, 74:20, 83:24, 84:5, 97:21

**Computer** [1] - 60:11

**computer's** [2] - 8:16, 12:11

**computers** [14] - 6:1, 6:21, 13:20, 19:13, 42:13, 42:19, 44:4, 48:7, 55:18, 55:20, 55:23, 56:13, 59:3, 68:5

**computes** [1] - 5:1

**concept** [1] - 3:18

**conceptual** [1] - 52:14

**concern** [5] - 31:16, 36:18, 66:12, 69:19, 74:20

**concerned** [1] - 70:1

**conclusions** [1] - 77:1

**conditionally** [12] - 15:22, 16:4, 21:22, 70:5, 70:9, 70:15, 71:7, 71:9, 71:21, 73:10, 95:11, 95:13

**conditioned** [2] - 71:24

**conditions** [1] - 71:25

**conduct** [1] - 48:18

**config** [4] - 58:3, 85:2, 85:4, 85:12

**configuration** [11] - 27:16, 38:17, 52:17, 53:5, 57:7, 57:12, 57:13, 58:6, 58:8, 58:17, 90:14

**configurations** [2] - 40:15, 56:18

**configured** [3] - 97:25, 98:25, 100:1

**configuring** [2] - 58:12, 58:14

**confirm** [1] - 92:16

**conjunction** [1] - 85:13

**connect** [20] - 26:20, 34:13, 34:25, 41:17, 41:19, 43:19, 53:9, 58:9, 58:12, 58:15, 60:23, 81:10, 81:18, 83:1, 84:21, 85:3, 85:5, 97:17, 98:18, 98:21

**connected** [1] - 27:2

**connecting** [7] - 29:13, 42:19, 53:7, 55:23, 84:22, 99:14, 99:15

**Connection** [1] - 63:14

**connection** [33] - 26:24, 27:13, 33:14, 33:18, 34:11, 34:14, 38:12, 40:7, 44:3, 44:7, 45:15, 51:10, 52:2, 53:16, 53:17, 54:22, 55:7, 57:4, 57:16, 57:17, 57:21, 57:25, 58:4, 81:4, 81:20, 82:7, 82:8, 82:9, 82:12, 82:18, 84:19, 98:22, 102:8

**connections** [7] - 33:13, 40:6, 41:21, 41:22, 48:2, 48:4, 53:6

**consider** [1] - 75:24

**consistent** [1] - 39:8

**constantly** [1] - 37:16

**consult** [1] - 106:11

**Cont** [1] - 2:17

**contact** [1] - 89:25

**contain** [8] - 9:3, 14:13, 14:14, 17:4, 24:2, 43:22, 56:7, 90:24

**contained** [3] - 7:9, 14:4, 56:5

**container** [2] - 18:18, 35:19, 35:25

**containers** [1] - 35:17

**containing** [2] - 44:16, 45:6

**contains** [1] - 44:12

**content** [1] - 65:11

**contents** [7] - 4:22, 13:1, 14:8, 19:22, 42:14, 62:12, 64:4

**context** [8] - 29:2, 33:22, 53:8, 66:19, 66:23, 67:18, 74:4, 103:21

**continue** [5] - 2:14, 33:8, 34:18, 37:12, 49:8

**continuous** [2] - 81:23, 82:22

**contributes** [1] - 9:1

**control** [6] - 31:12, 34:6, 35:7, 61:16, 76:4, 89:11

**Control** [1] - 61:14

**control-F** [1] - 89:11

**controlled** [2] - 47:5, 53:14

**controlling** [1] - 35:1

**conversations** [5] - 69:17, 103:1, 104:11, 104:12, 106:6

**conversing** [2] - 104:4, 104:21

**convert** [1] - 35:22

**cookies** [3] - 28:23, 36:25, 37:6

**cooperated** [1] - 74:7

**copied** [1] - 13:2

**copies** [7] - 6:1, 6:6, 11:6, 17:7, 17:11, 18:2, 43:3

**copy** [15] - 3:2, 3:7, 4:15, 18:21, 22:15, 24:10, 25:22, 27:17, 62:25, 72:19, 75:10, 79:6, 86:12, 95:6, 101:19

**copying** [1] - 103:13

**Core** [5] - 91:11, 91:13, 91:15, 91:16, 91:19

**corner** [1] - 94:2

**corollary** [1] - 52:4

**correct** [3] - 13:22, 16:17, 21:10

**correspond** [1] - 91:1

**corresponding** [2] - 22:16, 103:3

**corrupted** [1] - 55:1

**cost** [1] - 89:8

**couple** [2] - 2:6, 48:1

**court** [6] - 13:20, 19:13, 29:1, 33:4, 95:23, 106:18

**COURT** [124] - 2:2,

2:4, 2:9, 2:14, 4:3, 4:5, 11:22, 11:24, 16:1, 16:9, 16:14, 16:22, 16:25, 18:3, 18:5, 18:10, 20:10, 20:15, 22:4, 22:6, 22:22, 22:24, 23:22, 23:24, 24:14, 24:16, 26:1, 26:3, 28:21, 29:6, 31:20, 32:8, 33:3, 33:8, 39:17, 39:21, 40:19, 43:8, 43:13, 46:3, 46:5, 46:24, 47:1, 48:10, 48:14, 48:21, 49:2, 49:7, 57:23, 62:8, 63:4, 63:6, 65:15, 65:19, 66:25, 67:3, 67:5, 67:15, 70:18, 70:24, 71:3, 71:8, 71:11, 71:14, 72:1, 72:4, 72:23, 72:25, 73:16, 73:18, 75:14, 75:17, 76:15, 76:20, 76:23, 77:18, 77:23, 78:2, 78:19, 80:17, 85:10, 85:25, 86:18, 87:7, 87:24, 88:1, 88:24, 89:1, 91:23, 92:9, 93:8, 93:10, 94:7, 94:11, 95:15, 95:18, 95:24, 96:12, 96:14, 96:18, 96:25, 97:4, 97:8, 97:10, 98:12, 98:14, 99:18, 100:21, 100:23, 102:3, 102:6, 102:15, 103:17, 103:19, 104:3, 104:15, 104:18, 105:2, 105:11, 105:21, 106:2, 106:13, 106:17, 106:19

**Court's** [1] - 2:7
**COURTROOM** [8] - 2:3, 2:12, 39:20, 49:5, 53:25, 70:8, 70:19, 95:10
**courtroom** [3] - 2:11, 48:20, 49:4
**create** [6] - 13:25, 35:16, 36:24, 51:17, 56:12, 58:4
**created** [3] - 12:18, 31:2, 88:4
**creates** [1] - 51:22
**creating** [2] - 37:8, 69:7
**credentials** [1] - 61:5
**criminal** [3] - 41:6, 76:6, 80:24
**Criminal** [1] - 73:23
**criminals** [2] - 41:6, 41:15

**cryptocurrency** [2] - 21:5, 91:9
**CryptoVPN** [10] - 85:1, 85:2, 85:6, 85:11, 85:16, 85:18, 85:20, 86:6, 89:10, 89:11
**CS** [25] - 2:19, 4:8, 17:4, 18:12, 20:18, 22:9, 24:19, 33:10, 49:12, 61:8, 65:22, 73:3, 73:11, 75:21, 86:4, 87:12, 88:4, 89:4, 89:13, 89:15, 93:14, 94:1, 96:22, 97:13, 106:21
**cumulative** [1] - 67:14
**Current** [1] - 30:7
**current** [3] - 30:8, 66:9, 101:5
**cursor** [1] - 68:20
**custom** [1] - 36:13
**customize** [1] - 30:16
**cyber** [4] - 17:15, 41:6, 41:15, 80:24
**Cyber** [1] - 73:23
**cybersecurity** [1] - 45:23
**cyberstalking** [1] - 73:25

## D

**dark** [1] - 54:4
**darn** [2] - 35:14, 35:16
**data** [28] - 2:20, 2:24, 7:1, 7:8, 9:12, 9:14, 9:22, 9:23, 21:17, 37:5, 55:3, 63:21, 63:22, 64:13, 67:6, 68:6, 69:7, 69:14, 69:23, 85:17, 92:15, 93:19, 97:17, 98:1, 99:5, 99:10, 99:21, 99:22
**database** [2] - 13:13, 13:14
**databases** [2] - 13:14, 21:20
**date** [3] - 66:5, 94:1, 96:1
**dates** [3] - 10:20, 25:11, 63:25
**dating** [5] - 102:9, 103:9, 104:1, 104:3, 104:25
**days** [1] - 66:7
**de** [2] - 33:6, 43:25
**Debian** [2] - 31:6, 31:7
**debuild** [1] - 31:1
**decent** [1] - 30:3
**decide** [1] - 102:17

**decision** [1] - 64:22
**decrypt** [2] - 35:23, 51:2
**deep** [1] - 7:3
**defendant** [31] - 10:13, 17:12, 18:15, 25:2, 29:4, 36:18, 38:7, 42:18, 43:19, 59:2, 60:21, 62:16, 62:19, 67:19, 67:21, 69:25, 74:5, 74:19, 78:13, 79:21, 81:12, 81:16, 84:11, 84:16, 86:7, 87:2, 87:6, 94:5, 101:19, 102:5, 103:2
**defendant's** [70] - 14:8, 14:13, 14:15, 17:11, 18:12, 20:20, 20:23, 21:1, 21:8, 22:10, 23:12, 24:11, 25:4, 25:13, 26:13, 27:18, 39:13, 42:16, 43:4, 44:8, 44:23, 47:24, 48:2, 48:6, 51:1, 53:20, 55:18, 55:22, 56:3, 56:25, 57:18, 58:9, 58:12, 58:15, 58:19, 58:24, 59:5, 59:8, 59:10, 60:6, 61:23, 63:25, 65:17, 70:22, 72:9, 74:3, 74:9, 74:13, 79:24, 83:12, 83:14, 83:18, 84:6, 84:10, 86:13, 91:19, 94:15, 94:16, 94:20, 95:7, 100:6, 100:11, 100:17, 101:15, 102:8, 102:22, 103:14, 104:13, 106:21, 106:23
**defense** [4] - 16:2, 17:24, 86:21, 105:11
**delete** [1] - 68:9
**deleted** [1] - 9:8
**deleting** [3] - 9:21, 37:9, 69:18
**demonstrative** [4] - 4:2, 4:6, 98:11, 98:15
**deniability** [2] - 35:18, 36:2
**depict** [1] - 88:19
**depiction** [1] - 65:11
**depictions** [1] - 23:17
**DEPUTY** [8] - 2:3, 2:12, 39:20, 49:5, 53:25, 70:8, 70:19, 95:10
**describe** [5] - 26:7, 29:7, 79:18, 102:20, 103:7
**described** [10] - 29:10,

33:20, 34:4, 34:5, 34:11, 37:3, 38:19, 39:8, 55:5, 73:24
**describes** [2] - 38:16, 74:5
**describing** [4] - 38:8, 40:9, 52:11, 84:16
**description** [1] - 38:12
**descriptions** [1] - 29:17
**descriptors** [2] - 28:13, 28:15
**desire** [1] - 69:20
**desk** [1] - 42:5
**desktop** [6] - 41:25, 42:1, 42:2, 56:1, 56:5, 101:4
**desktops** [1] - 82:25
**destination** [1] - 58:2
**detail** [1] - 52:22
**detailed** [2] - 77:11, 88:12
**details** [5] - 9:5, 52:22, 53:2, 77:3, 97:20
**determine** [4] - 9:5, 10:18, 29:25, 39:4
**device** [32] - 10:18, 11:7, 15:1, 15:2, 16:6, 16:21, 25:21, 25:23, 27:18, 44:8, 44:23, 49:16, 51:1, 58:8, 58:12, 58:15, 60:23, 63:16, 63:18, 70:22, 71:17, 72:9, 90:17, 95:7, 97:16, 98:17, 99:7, 100:7, 100:9, 102:8, 103:4
**devices** [28] - 2:21, 2:23, 7:12, 10:12, 10:14, 11:1, 14:9, 17:11, 18:12, 20:23, 25:1, 25:5, 25:13, 26:15, 43:4, 55:22, 56:25, 60:18, 61:1, 71:18, 74:10, 83:12, 83:18, 84:10, 98:20, 99:15, 100:3, 106:21
**DHT** [1] - 29:14
**diagram** [1] - 97:23
**die** [1] - 83:25
**different** [38] - 3:15, 5:22, 6:11, 6:21, 7:1, 7:2, 8:18, 11:13, 27:8, 28:14, 29:18, 29:19, 30:5, 33:15, 39:6, 40:23, 41:11, 41:13, 41:21, 48:11, 49:15, 49:17, 52:12, 57:4, 63:20, 69:4, 69:6, 81:2, 83:8, 83:10, 91:6,

97:18, 97:20, 97:24, 99:5
**difficult** [1] - 39:4
**digest** [1] - 28:14
**digital** [3] - 6:15, 15:7, 15:8
**Diino** [1] - 64:18
**DIRECT** [1] - 2:17
**direct** [2] - 94:23, 96:10
**directing** [26] - 26:16, 27:20, 45:13, 45:17, 48:9, 52:3, 52:15, 59:13, 60:10, 64:7, 65:9, 68:2, 70:3, 72:17, 73:9, 74:12, 75:8, 80:2, 80:3, 83:17, 86:10, 87:19, 95:4, 95:9, 100:14, 101:1
**direction** [1] - 84:20
**directly** [4] - 26:23, 59:23, 84:21, 84:22
**directories** [2] - 50:4, 51:13
**directory** [3] - 28:12, 51:15, 52:7
**discuss** [3] - 15:17, 48:17, 81:12
**discussed** [17] - 29:22, 30:13, 31:8, 31:17, 60:18, 62:1, 62:6, 64:10, 66:12, 70:6, 71:12, 77:13, 80:9, 84:1, 84:3, 95:17
**discussing** [8] - 27:25, 28:4, 28:6, 32:18, 58:25, 65:24, 78:6, 81:17
**discussion** [13] - 31:17, 32:10, 32:22, 59:2, 59:14, 65:23, 66:20, 72:3, 82:15, 84:25, 95:19, 102:9, 103:18
**disk** [7] - 8:5, 8:15, 9:12, 9:16, 9:23, 9:24, 69:14
**disks** [2] - 69:5, 69:7
**dislodging** [1] - 33:1
**displayed** [5] - 5:9, 19:17, 23:8, 62:1, 65:12
**displaying** [1] - 13:21
**disrupting** [2] - 74:20, 81:3
**distributed** [1] - 29:14
**DNS** [6] - 45:20, 45:21, 45:22, 47:11, 47:21, 81:19
**document** [16] - 17:22,

32:4, 32:12, 32:16, 32:25, 60:5, 60:8, 65:1, 72:8, 74:23, 78:12, 79:2, 83:18, 86:12, 87:16, 88:4
**documentation** [1] - 31:6
**documents** [9] - 9:20, 16:17, 16:19, 16:20, 17:15, 32:25, 70:22, 71:17, 71:18
**DOJ** [1] - 19:13
**domain** [14] - 30:23, 30:24, 45:20, 46:10, 46:18, 47:12, 47:23, 75:24, 76:1, 76:2, 76:4, 76:5, 78:7, 78:9
**domains** [8] - 45:6, 47:12, 47:14, 47:21, 75:3, 77:5, 78:15, 78:25
**done** [3] - 12:17, 12:19, 61:19
**doubting** [1] - 64:12
**down** [28] - 8:2, 26:17, 28:21, 34:18, 35:14, 47:7, 49:23, 50:12, 54:2, 59:19, 65:1, 66:6, 68:3, 68:21, 72:10, 76:6, 78:4, 78:10, 79:3, 80:3, 84:25, 89:4, 89:14, 93:13, 96:3, 96:8, 101:6, 101:8
**download** [3] - 19:15, 36:12, 68:6
**downloaded** [2] - 11:6, 12:24
**downloading** [2] - 13:3, 31:10
**draw** [2] - 4:17, 76:25
**drawing** [1] - 45:9
**drive** [22] - 8:16, 10:1, 12:12, 15:1, 16:12, 17:18, 18:2, 19:5, 19:7, 56:14, 69:12, 90:2, 90:5, 90:18, 91:11, 92:2, 93:5, 93:16, 93:17, 93:18, 93:20, 93:22
**Drive** [4] - 86:13, 87:12, 87:20, 88:17
**drives** [6] - 10:9, 68:15, 68:16, 69:3, 90:17, 94:10
**drop** [2] - 55:1, 82:12
**during** [2] - 18:12, 62:1
**dynamic** [1] - 47:21

**E**

**easier** [2] - 8:11, 8:12
**easiest** [1] - 54:13
**easy** [1] - 13:10
**editor** [4] - 92:17, 93:1, 93:3, 93:5
**effect** [8] - 65:18, 65:20, 72:25, 73:19, 75:16, 75:19, 76:17, 76:25
**effectiveness** [1] - 31:22
**either** [2] - 13:25, 69:8
**Ekeland** [3] - 18:3, 104:15, 105:17
**EKELAND** [75] - 4:4, 11:23, 14:19, 16:7, 16:11, 16:16, 16:23, 18:4, 18:7, 20:11, 20:14, 22:5, 22:23, 23:23, 24:15, 26:2, 29:5, 31:19, 32:6, 32:9, 32:11, 32:23, 40:16, 43:9, 43:12, 46:4, 46:25, 57:20, 62:7, 63:5, 65:16, 66:24, 67:1, 67:4, 67:13, 71:6, 71:10, 71:12, 71:19, 72:2, 72:24, 73:17, 75:15, 76:14, 76:21, 78:16, 80:14, 81:14, 85:8, 85:22, 86:19, 86:23, 87:25, 88:25, 91:21, 92:3, 93:9, 94:6, 94:8, 95:16, 95:20, 98:13, 99:17, 100:22, 102:1, 102:4, 102:11, 104:16, 104:23, 105:5, 105:18, 105:25, 106:11, 106:14, 106:16
**electronic** [3] - 2:20, 2:23, 10:12
**element** [1] - 31:11
**elsewhere** [2] - 59:6, 59:9
**email** [2] - 79:7, 90:25
**emails** [1] - 10:16
**embed** [1] - 37:19
**enabled** [1] - 82:6
**encounter** [1] - 18:13
**encountered** [1] - 100:3
**encrypt** [1] - 35:21
**encrypted** [9] - 10:22, 18:15, 18:18, 19:10, 35:16, 35:19, 44:3, 44:7, 56:22
**encryption** [3] - 18:13, 20:21, 39:10

**encrypts** [1] - 18:23
**end** [2] - 38:19, 68:22
**ending** [2] - 44:17, 46:19
**endpoint** [1] - 40:2
**ends** [1] - 76:9
**enforcement** [21] - 39:1, 55:17, 66:7, 66:19, 67:8, 67:11, 68:1, 74:1, 74:8, 74:20, 76:5, 80:25, 81:3, 89:20, 90:3, 90:5, 99:6, 99:9, 99:11, 99:13, 99:16
**engaged** [2] - 105:22, 106:5
**ensure** [2] - 3:7, 6:5
**enter** [3] - 2:11, 42:6, 49:4
**entered** [1] - 25:12
**entire** [4] - 5:23, 21:16, 52:12, 69:23
**entirely** [1] - 69:8
**entity** [2] - 66:7, 67:8
**entries** [1] - 26:18
**equivalent** [1] - 92:14
**especially** [2] - 31:22, 80:25
**essentially** [4] - 7:24, 9:14, 69:22, 98:2
**established** [1] - 87:2
**establishing** [2] - 105:12, 106:5
**et** [1] - 37:1
**event** [1] - 79:11
**eventually** [1] - 50:6
**everywhere** [1] - 36:25
**evidence** [36] - 3:20, 6:18, 6:20, 10:25, 11:6, 12:5, 15:6, 15:7, 15:8, 15:12, 25:1, 25:16, 42:25, 43:17, 45:18, 46:16, 55:22, 55:25, 56:18, 56:25, 57:21, 57:22, 62:23, 65:10, 71:6, 72:18, 75:9, 83:11, 84:11, 86:11, 94:9, 100:11, 101:21, 105:15, 106:7
**evident** [1] - 12:4
**exact** [5] - 3:2, 3:7, 5:15, 10:15, 40:12
**exactly** [8] - 3:16, 6:25, 11:8, 30:9, 39:4, 55:10, 55:12, 94:17
**EXAMINATION** [1] - 2:17
**examination** [1] - 30:4
**examine** [1] - 31:21
**examined** [1] - 10:8

**examiner** [9] - 3:7, 3:9, 6:8, 8:9, 8:18, 9:5, 9:19, 10:10, 21:13
**examiners** [1] - 6:5
**example** [10] - 13:12, 37:7, 37:17, 42:5, 81:19, 85:1, 85:2, 85:5, 93:22, 99:9
**examples** [3] - 47:25, 58:24, 60:25
**Excel** [2] - 13:25, 19:21
**Excel-type** [1] - 13:25
**except** [3] - 6:2, 31:1, 85:5
**Exhibit** [97] - 3:20, 4:2, 10:24, 11:4, 11:10, 11:21, 11:24, 11:25, 14:18, 14:22, 15:16, 15:20, 17:18, 18:1, 18:24, 20:1, 20:9, 21:21, 22:3, 22:14, 22:21, 23:20, 24:7, 24:10, 24:13, 24:16, 25:15, 25:25, 26:4, 27:20, 39:11, 43:13, 44:14, 45:17, 46:2, 46:5, 46:15, 46:23, 47:1, 48:9, 49:11, 49:13, 50:23, 50:24, 51:11, 52:3, 52:9, 52:15, 53:23, 57:5, 58:5, 59:12, 60:3, 61:3, 62:22, 63:3, 64:7, 65:9, 65:14, 67:17, 68:2, 70:3, 72:17, 72:22, 73:9, 74:3, 74:12, 74:23, 75:8, 75:13, 75:19, 77:10, 78:12, 80:2, 84:14, 86:1, 86:10, 86:17, 87:19, 87:23, 88:1, 88:13, 88:23, 89:1, 89:18, 92:21, 93:7, 93:24, 94:23, 95:4, 96:10, 98:6, 98:10, 98:14, 101:21, 101:25, 103:16
**exhibit** [13] - 4:5, 13:23, 43:9, 45:3, 46:12, 49:20, 85:24, 87:10, 89:14, 92:22, 93:10, 96:8, 101:2
**Exhibits** [3] - 23:14, 100:14, 100:20
**exhibits** [9] - 2:7, 13:21, 15:24, 18:5, 42:25, 43:7, 48:1, 96:13, 100:24
**existing** [1] - 37:4
**expedite** [1] - 16:1

**explain** [61] - 3:1, 3:10, 4:8, 6:23, 7:17, 9:24, 11:4, 15:5, 17:16, 18:17, 19:3, 23:2, 25:7, 25:19, 26:18, 29:9, 29:21, 30:12, 33:5, 35:19, 40:3, 42:2, 42:12, 44:14, 46:8, 46:17, 47:4, 49:25, 50:14, 51:6, 51:11, 52:18, 53:4, 54:19, 56:9, 57:3, 57:6, 57:12, 61:8, 63:9, 63:16, 63:19, 64:9, 65:22, 66:2, 69:16, 79:12, 82:5, 83:2, 84:16, 89:5, 89:19, 90:10, 91:7, 91:14, 93:14, 97:13, 97:14, 97:18, 97:20, 101:3
**explaining** [1] - 29:4
**explanation** [1] - 36:3
**Explorer** [1] - 8:6
**export** [2] - 19:16, 24:4
**exports** [2] - 14:1, 14:2
**expose** [1] - 84:23
**exposed** [1] - 83:10
**exposing** [1] - 81:20
**expressed** [1] - 74:20
**extensions** [1] - 8:14
**extensive** [3] - 91:20, 91:22, 104:11
**extent** [2] - 61:5, 64:12
**external** [2] - 19:5, 25:5
**extra** [4] - 10:19, 35:5, 41:19, 41:20
**extract** [1] - 21:11
**extracted** [3] - 14:9, 16:12, 22:19
**extracting** [1] - 19:23
**extraction** [8] - 6:23, 7:2, 7:7, 20:5, 20:13, 21:13, 101:15, 101:18
**extractions** [3] - 7:12, 7:14, 10:12

**F**

**fact** [3] - 16:20, 57:22, 83:17
**failure** [2] - 63:23, 65:25
**fair** [11] - 20:4, 21:23, 23:17, 24:10, 25:22, 43:2, 62:25, 65:11, 72:19, 75:10, 86:12
**fairly** [6] - 14:7, 22:18,

46:20, 54:5, 88:19, 93:4
**Falco** [1] - 33:6
**Falco's** [1] - 43:25
**familiar** [4] - 10:3, 21:1, 42:8, 87:2
**far** [1] - 84:2
**FBI** [11] - 7:15, 15:6, 15:13, 23:7, 61:1, 62:11, 73:7, 73:22, 73:25, 94:4, 94:14
**FBI's** [1] - 12:5
**features** [3] - 9:13, 63:20, 89:9
**few** [9] - 2:25, 3:14, 29:13, 47:9, 63:20, 66:7, 81:12, 81:17
**field** [2] - 58:2, 58:18
**fields** [1] - 19:22
**fifth** [1] - 39:15
**figure** [1] - 103:19
**file** [90] - 3:3, 3:11, 3:13, 3:14, 4:8, 4:9, 4:10, 4:11, 4:14, 4:15, 4:16, 4:17, 4:20, 4:22, 5:4, 5:5, 5:6, 5:8, 5:10, 5:11, 5:12, 5:14, 5:15, 5:20, 6:2, 7:6, 7:23, 8:14, 9:2, 9:11, 9:21, 11:8, 12:12, 12:13, 13:9, 14:4, 18:13, 19:12, 19:19, 20:1, 20:6, 21:15, 21:16, 24:8, 24:10, 25:10, 25:20, 25:22, 26:8, 27:17, 30:8, 30:10, 30:14, 35:16, 35:19, 39:13, 43:18, 44:12, 44:22, 44:25, 45:1, 45:3, 51:8, 52:17, 53:3, 53:5, 57:7, 57:13, 58:4, 58:6, 58:9, 58:17, 66:3, 74:3, 85:4, 87:13, 87:21, 92:17, 92:18, 95:6, 103:14
**File** [2] - 8:6, 12:4
**files** [59] - 3:3, 5:24, 6:2, 6:6, 7:4, 7:20, 8:7, 8:10, 8:12, 8:18, 8:21, 9:6, 9:7, 9:8, 9:14, 9:16, 9:19, 10:18, 10:22, 11:2, 11:5, 11:11, 11:12, 11:13, 11:16, 11:18, 12:15, 12:22, 13:1, 13:4, 13:5, 13:13, 13:18, 14:6, 14:8, 14:12, 17:4, 21:14, 24:19, 24:23, 26:12, 35:21, 35:23, 41:7, 41:12, 41:13,

43:3, 49:15, 51:18, 51:24, 56:22, 69:18, 69:21, 70:6, 85:3, 85:12, 93:20, 100:16
**filesharefreak.com** [1] - 87:18
**Finance** [1] - 79:3
**fine** [6] - 2:9, 16:7, 33:3, 48:13, 48:23, 77:23
**finish** [2] - 37:20, 97:3
**Firefox** [2] - 101:4, 101:14
**first** [16] - 4:25, 14:22, 28:1, 38:18, 49:23, 51:5, 59:20, 64:16, 79:4, 81:8, 81:21, 82:2, 84:17, 90:20, 102:4
**fits** [1] - 42:5
**flag** [2] - 26:25, 28:13
**flaws** [1] - 29:24
**fly** [2] - 59:23, 96:6
**Fog** [1] - 2:19
**folder** [14] - 12:11, 17:19, 17:21, 17:22, 31:2, 50:5, 51:17, 51:18, 51:23, 51:25, 52:10, 52:14
**folders** [2] - 8:7, 50:4
**folks** [1] - 49:7
**follow** [2] - 30:19, 91:24
**followed** [1] - 26:21
**following** [3] - 27:11, 49:24, 50:1
**fonts** [5] - 36:8, 36:10, 36:12, 36:13, 36:15
**forensic** [15] - 3:1, 3:2, 3:4, 6:23, 7:19, 7:25, 8:9, 8:25, 9:11, 12:15, 12:25, 13:19, 37:4, 37:6, 69:20
**forensically** [3] - 9:7, 10:3, 10:7
**forensically-sound** [1] - 10:3
**forensics** [3] - 6:15, 7:18, 93:23
**Forensics** [1] - 93:2
**form** [2] - 14:9, 24:5
**format** [6] - 13:24, 19:12, 19:14, 19:17, 19:20, 27:1
**formats** [1] - 13:10
**formula** [1] - 3:12
**forth** [2] - 41:14, 54:25
**forthwith** [1] - 103:2
**fortress** [1] - 42:24
**foundation** [7] - 102:15, 104:25,

105:12, 106:1, 106:3, 106:16, 106:19
**four** [3] - 97:23, 97:24, 98:20
**fourth** [1] - 96:3
**free** [1] - 97:5
**Freelance** [1] - 79:3
**front** [6] - 8:2, 26:6, 32:13, 41:8, 49:20, 76:19
**Fuck** [1] - 54:7
**fuck** [6] - 54:9, 54:11, 59:23, 64:22, 68:8, 96:7
**fucked** [2] - 39:23, 68:17
**fucking** [9] - 28:19, 33:19, 37:20, 37:22, 38:5, 75:1, 75:2, 78:14, 85:3
**full** [5] - 23:4, 32:5, 33:10, 65:23, 81:21
**fully** [1] - 34:14
**function** [3] - 58:14, 63:19, 98:19
**functionalities** [1] - 91:6
**functionality** [1] - 26:15
**functions** [1] - 29:13

## G

**gain** [1] - 106:22
**gallery** [2] - 20:2, 61:4
**gateway** [1] - 35:9
**general** [15] - 29:23, 30:14, 35:14, 35:16, 36:24, 37:2, 53:2, 62:6, 62:9, 65:23, 89:7, 90:10, 91:6, 96:5, 96:6
**generally** [42] - 2:23, 3:10, 10:13, 12:23, 17:4, 17:21, 20:18, 21:3, 23:2, 25:19, 26:7, 26:10, 27:24, 30:23, 41:4, 42:8, 42:23, 44:11, 45:2, 47:21, 49:25, 52:23, 56:9, 60:8, 61:17, 63:19, 64:10, 73:24, 76:13, 77:13, 78:5, 80:9, 81:12, 87:12, 89:5, 89:19, 90:16, 91:14, 93:17, 102:21, 103:7
**generate** [1] - 3:11
**get-to-know-you** [1] - 104:1
**given** [1] - 63:12
**Google** [7] - 86:13,

86:21, 86:22, 87:12, 87:20, 87:22, 88:17
**government** [32] - 4:1, 11:20, 13:6, 13:20, 20:8, 22:2, 22:21, 24:13, 25:25, 43:6, 46:1, 63:3, 65:14, 66:7, 70:14, 72:22, 73:14, 75:13, 76:2, 76:4, 77:5, 78:7, 86:17, 87:23, 88:23, 93:7, 98:10, 100:19, 101:25, 103:16, 105:7, 106:3
**Government** [1] - 75:23
**government's** [3] - 62:3, 78:15, 95:21
**gratuitously** [1] - 104:2
**greater** [1] - 75:24
**group** [1] - 71:4
**guarantee** [2] - 35:5, 66:10
**guess** [1] - 56:12
**guide** [1] - 78:24

## H

**hacking** [1] - 90:13
**halfway** [1] - 35:13
**hand** [3] - 15:19, 18:24, 94:2
**handling** [1] - 10:3
**hangs** [1] - 83:24
**hard** [10] - 8:16, 10:1, 10:9, 12:12, 56:13, 68:15, 68:16, 69:12, 93:18, 94:10
**hardware** [1] - 63:23
**hash** [22] - 3:10, 3:11, 3:18, 3:24, 4:22, 5:1, 5:3, 5:5, 5:9, 5:14, 5:16, 5:17, 5:21, 5:22, 5:23, 6:3, 6:4, 6:5, 6:7, 11:8, 12:6, 29:14
**hashed** [1] - 5:8
**hashes** [2] - 6:8, 12:16
**hashing** [4] - 3:9, 5:6, 6:11, 12:7
**headers** [1] - 12:3
**heading** [1] - 81:8
**headlines** [1] - 72:11
**heads** [1] - 97:7
**hearsay** [12] - 11:23, 24:15, 26:2, 46:25, 63:5, 65:16, 72:24, 73:17, 75:15, 75:18, 76:14, 87:8
**heavydist** [4] - 25:21, 26:10, 50:5, 50:10

**held** [1] - 98:19
**help** [7] - 4:20, 6:5, 9:2, 9:5, 17:16, 42:5, 98:3
**helped** [1] - 33:23
**hex** [3] - 92:17, 93:3, 93:5
**hidden** [20] - 28:6, 28:8, 28:11, 28:17, 28:18, 29:11, 29:13, 29:15, 29:18, 29:25, 31:23, 32:1, 32:2, 38:2, 38:10, 38:22, 38:23, 38:24, 39:3, 43:20
**high** [5] - 35:20, 52:11, 54:20, 61:19, 84:17
**high-level** [1] - 52:11
**highlight** [1] - 51:5
**himself** [1] - 34:25
**hinder** [1] - 81:4
**history** [19] - 20:21, 24:3, 25:7, 25:8, 25:13, 25:20, 26:7, 26:12, 43:18, 43:22, 44:6, 49:12, 49:15, 49:18, 49:21, 50:24, 91:20
**hold** [4] - 14:23, 19:3, 97:17, 97:18
**home** [2] - 41:18, 99:10
**Honor** [34] - 2:3, 2:6, 2:10, 2:16, 15:23, 16:7, 16:23, 17:24, 18:4, 20:14, 32:6, 32:23, 39:20, 40:16, 48:13, 49:1, 49:9, 66:24, 67:13, 78:16, 80:14, 81:14, 92:3, 94:6, 95:17, 96:17, 97:2, 98:13, 102:1, 102:12, 104:16, 104:23, 105:7, 106:12
**hopeful** [1] - 97:2
**hosting** [8] - 40:24, 61:13, 79:7, 79:13, 79:14, 79:18, 79:22, 84:5
**hostname** [4] - 52:18, 52:23, 52:25, 53:8
**house** [1] - 99:22
**HTTPS** [1] - 30:20
**hub** [1] - 97:23
**huge** [1] - 37:22

## I

**I2P** [1] - 37:20
**ID** [2] - 28:14, 47:16
**idea** [3] - 34:5, 38:2, 66:5

**identical** [1] - 6:1
**identified** [1] - 21:14
**identify** [2] - 55:10, 99:14
**identifying** [2] - 104:24, 105:6
**idiots** [1] - 79:6
**image** [19] - 3:1, 3:2, 3:5, 3:7, 3:9, 3:16, 7:17, 7:18, 7:21, 7:25, 9:12, 11:6, 12:24, 13:3, 56:3, 90:21, 92:12, 92:17, 92:25
**imaged** [1] - 6:25
**images** [19] - 6:5, 7:11, 7:14, 10:11, 12:15, 23:15, 90:4, 90:6, 90:7, 90:17, 90:23, 90:24, 91:4, 94:4, 94:14, 102:23, 102:24, 103:1
**imaging** [1] - 6:17
**impact** [1] - 99:3
**implications** [1] - 66:13
**important** [4] - 8:25, 30:5, 34:17, 34:20
**improve** [1] - 54:21
**inadvertent** [1] - 32:17
**inauthentic** [1] - 79:19
**include** [6] - 11:10, 13:18, 17:15, 25:4, 42:21, 55:25
**included** [1] - 27:14
**including** [1] - 10:22
**incomplete** [1] - 11:23
**independent** [1] - 69:5
**indexing** [1] - 7:22
**indicate** [5] - 44:5, 48:2, 58:2, 84:6, 104:13
**indicates** [3] - 51:9, 52:19, 52:24
**Indicating** [7] - 4:13, 4:21, 4:25, 5:19, 14:24, 45:11, 98:24
**indicating** [3] - 55:23, 58:13, 101:11
**indicating)** [1] - 47:9
**indications** [1] - 42:18
**individual** [1] - 5:24
**individuals** [1] - 103:2
**info** [2] - 79:15, 79:16
**Info** [3] - 61:3, 64:7, 80:2
**information** [52] - 7:5, 7:7, 7:21, 8:14, 8:21, 9:3, 9:12, 10:1, 11:7, 11:17, 14:3, 14:4, 19:16, 19:17, 19:23,

19:24, 20:5, 21:11, 21:24, 22:16, 22:19, 23:7, 27:11, 35:12, 36:14, 36:16, 37:7, 37:10, 41:16, 46:20, 54:25, 66:5, 74:2, 75:2, 78:14, 78:23, 79:16, 79:19, 79:20, 81:19, 81:20, 84:24, 87:22, 88:6, 88:8, 89:20, 90:14, 90:25, 93:4, 93:16, 106:10

**Information** [1] - 63:14

**infrastructure** [1] - 74:21

**initial** [1] - 7:11

**initiate** [1] - 45:15

**input** [1] - 3:12

**inside** [4] - 12:25, 15:8, 54:15, 56:10

**insight** [1] - 106:22

**Install** [1] - 50:12

**install** [9] - 50:15, 50:17, 50:19, 50:20, 56:15, 61:15

**installed** [4] - 31:3, 36:10, 42:16, 91:13

**instance** [1] - 13:23

**instances** [2] - 13:9, 79:21

**instead** [5] - 7:1, 26:22, 31:2, 31:10, 99:10

**instructions** [1] - 30:20

**intended** [2] - 38:2, 38:10

**intends** [1] - 60:22

**intentional** [2] - 32:21, 32:24

**interacting** [1] - 8:17

**intercept** [1] - 84:21

**interest** [4] - 10:17, 11:2, 103:10, 105:9

**interests** [2] - 104:14, 106:23

**interference** [1] - 66:11

**internet** [14] - 26:23, 53:18, 54:25, 69:1, 82:8, 82:10, 82:16, 82:18, 97:17, 98:1, 98:18, 98:22, 98:23, 99:6

**interrupted** [2] - 82:7, 82:10

**introduce** [1] - 87:5

**introduction** [1] - 28:17

**investigating** [1] - 74:1

**investigation** [1] - 2:20

**invoices** [4] - 17:23, 18:1, 18:2, 18:8

**involved** [1] - 10:23

**IP** [24] - 10:17, 29:3, 29:25, 31:25, 38:11, 46:10, 46:13, 46:18, 46:21, 47:5, 47:13, 47:17, 52:18, 52:25, 53:10, 53:13, 55:14, 61:10, 74:2, 82:11, 84:23, 85:18, 89:21, 89:22

**IPs** [6] - 31:23, 31:25, 55:11, 85:17, 99:19, 99:20

**IRS** [1] - 7:15

**issue** [3] - 16:9, 32:14, 105:18

**issues** [4] - 55:2, 84:2, 84:3, 100:7

**item** [3] - 10:8, 15:11, 15:15

**Item** [1] - 12:5

**itself** [4] - 23:8, 23:9, 38:5, 81:25

**J**

**January** [2] - 88:5, 88:21

**July** [1] - 94:18

**jump** [1] - 49:23

**jumper** [1] - 82:3

**jurors** [6] - 2:11, 48:20, 48:22, 49:4, 96:25, 97:7

**jury** [47] - 2:2, 2:12, 3:1, 3:17, 3:23, 4:6, 4:20, 5:11, 12:1, 13:7, 13:10, 13:21, 13:24, 14:10, 14:23, 19:3, 19:13, 20:16, 22:7, 22:25, 23:25, 24:17, 25:7, 26:4, 26:6, 32:13, 32:15, 33:2, 43:14, 44:24, 46:6, 47:2, 51:9, 63:7, 76:25, 85:15, 88:2, 89:2, 93:11, 97:19, 98:3, 98:7, 98:17, 100:24, 105:4, 105:9, 105:10

**K**

**KCQ** [1] - 27:7

**keep** [11] - 11:15, 28:7,

29:16, 37:18, 50:12, 55:15, 60:1, 63:22, 67:6, 68:21

**keeper** [3] - 18:19, 18:20, 50:22

**keeping** [4] - 31:23, 31:25, 38:10, 83:5

**keeps** [2] - 11:7, 66:9

**key** [1] - 21:18

**key-value** [1] - 21:18

**Keypass** [3] - 50:20, 50:21

**keys** [2] - 37:17, 68:23

**keywords** [1] - 77:22

**kill** [9] - 81:24, 82:4, 82:5, 82:6, 82:9, 82:11, 82:15, 82:16, 82:21

**kind** [8] - 38:25, 40:18, 45:15, 54:21, 79:1, 79:6, 90:12, 97:18

**KK** [1] - 18:5

**KKK** [3] - 18:1, 18:9, 18:10

**knowledge** [3] - 27:15, 30:3, 78:17

**known** [6] - 13:13, 35:24, 42:4, 55:3, 93:21

**knows** [4] - 29:15, 32:2, 64:22, 68:8

**L**

**label** [1] - 15:3

**labeled** [2] - 15:15, 86:6

**labels** [1] - 23:9

**laid** [1] - 104:25

**language** [2] - 16:11, 36:20

**languages** [3] - 17:5, 36:12, 36:13

**lap** [1] - 8:2

**lapsed** [1] - 66:15

**laptop** [12] - 2:24, 7:25, 8:5, 10:19, 25:4, 40:25, 41:3, 42:16, 56:3, 56:5, 60:23, 98:22

**laptops** [1] - 41:5

**largely** [3] - 10:15, 90:12, 90:25

**last** [14] - 8:13, 34:16, 36:23, 37:11, 39:25, 48:1, 59:15, 64:2, 64:3, 64:20, 65:2, 82:3, 83:20

**launch** [1] - 54:16

**laundering** [3] - 102:10, 104:2, 105:22

**law** [21] - 39:1, 55:17, 66:7, 66:18, 67:8, 67:10, 68:1, 74:1, 74:8, 74:20, 76:5, 80:25, 81:2, 89:20, 90:2, 90:5, 99:6, 99:9, 99:11, 99:13, 99:16

**lay** [5] - 102:15, 105:11, 106:3, 106:16, 106:19

**leading** [6] - 85:8, 85:22, 85:25, 92:3, 92:8, 99:17

**leak** [1] - 81:24

**leaking** [1] - 81:19

**least** [5] - 5:10, 15:22, 48:12, 56:24, 105:14

**leave** [3] - 48:20, 60:13, 60:22

**leaves** [1] - 60:21

**left** [1] - 23:4

**leftover** [3] - 37:9, 69:14, 69:22

**leftovers** [1] - 37:5

**legal** [1] - 79:5

**legs** [2] - 97:1, 97:5

**less** [2] - 55:15, 104:9

**letters** [1] - 23:4

**level** [9] - 35:20, 52:11, 53:2, 54:20, 61:20, 67:22, 69:14, 78:25, 84:17

**libraries** [1] - 31:3

**life** [1] - 100:3

**LIKE** [1] - 13:13

**likely** [4] - 45:15, 61:11, 77:1, 104:9

**line** [12] - 25:8, 26:9, 33:17, 59:15, 60:12, 61:14, 63:10, 68:7, 72:13, 76:8, 86:5, 87:1

**lines** [5] - 49:24, 50:1, 68:18, 85:5, 94:25

**link** [21] - 65:6, 65:7, 65:12, 72:13, 72:15, 72:20, 75:4, 75:6, 75:11, 76:10, 76:19, 76:22, 77:2, 78:24, 80:7, 87:18, 88:8, 88:14, 88:16, 89:6, 97:22

**linkage** [1] - 51:22

**linked** [2] - 50:9, 50:11

**links** [2] - 78:23, 89:7

**Linux** [6] - 25:20, 31:6, 31:7, 50:16, 64:25, 83:23

**list** [17] - 9:19, 11:2, 12:13, 12:18, 12:20, 12:22, 25:11, 26:9,

60:9, 60:11, 86:25, 87:5, 87:14, 89:7, 89:10

**listed** [3] - 47:13, 79:20, 89:25

**listened** [1] - 76:21

**listener** [8] - 65:18, 65:20, 73:1, 73:19, 75:16, 75:19, 76:18, 76:25

**listening** [1] - 34:9

**lists** [1] - 29:17

**lived** [1] - 21:15

**LiveLTE** [3] - 97:16, 98:8, 100:9

**local** [9] - 39:22, 50:8, 50:10, 51:16, 54:15, 68:23, 74:1, 80:25

**locally** [1] - 51:18

**locate** [6] - 14:12, 17:19, 20:23, 44:8, 55:18, 78:9

**located** [6] - 12:12, 21:6, 58:15, 59:6, 59:9, 79:8

**locations** [1] - 41:12

**lock** [1] - 82:1

**locked** [1] - 63:24

**locks** [1] - 18:23

**log** [2] - 20:19, 26:25

**logged** [2] - 25:10, 42:15, 49:17

**logging** [1] - 27:9

**login** [3] - 27:6, 61:5, 64:3

**Logs** [1] - 73:22

**logs** [2] - 74:2, 91:20

**look** [13] - 9:15, 9:16, 10:16, 10:20, 10:21, 13:15, 21:17, 49:23, 53:10, 68:10, 70:24, 93:18, 93:20

**looked** [10] - 11:11, 11:12, 11:13, 11:14, 43:19, 57:10, 60:19, 84:18, 91:5, 92:17

**looking** [10] - 8:7, 8:9, 8:15, 9:12, 10:14, 54:5, 77:21, 87:6, 87:16, 88:15

**looks** [3] - 8:8, 50:6, 52:17

**loss** [3] - 54:13, 54:24, 55:3

**lower** [1] - 101:6

**LTD** [1] - 89:24

**LTE** [2] - 97:16, 98:23

**Luke** [1] - 24:23

**Lund** [4] - 2:8, 14:17, 15:19, 100:10

**Lund's** [4] - 14:21, 18:24, 96:9, 96:24

# M

**M247** [6] - 89:16, 90:8, 94:21, 95:1, 95:2, 96:7

**machine** [14] - 36:8, 36:16, 44:7, 56:9, 56:10, 68:20, 68:22, 68:23, 68:25, 83:3, 83:4, 83:7, 83:8

**machines** [6] - 56:7, 82:23, 82:24, 83:1, 83:11, 83:15

**MAILWOO** [1] - 63:18

**main** [7] - 2:25, 11:15, 30:23, 37:21, 83:9, 84:5, 97:21

**malicious** [1] - 37:7

**malware** [2] - 10:22, 83:6

**malware-reversing** [1] - 83:6

**man** [4] - 35:10, 104:4, 104:7, 104:21

**man-in-the-middle** [1] - 35:10

**manage** [3] - 61:15, 61:18, 91:17

**managed** [1] - 91:17

**manages** [1] - 27:9

**maneuver** [1] - 97:14

**manufacturer** [1] - 64:23

**map** [1] - 41:17

**marked** [1] - 10:24

**masked** [2] - 27:17, 68:9

**Mast** [1] - 39:11

**mast** [5] - 27:21, 32:4, 74:23, 78:12, 79:2

**match** [3] - 6:4, 9:18, 23:7

**matches** [1] - 9:17

**matching** [1] - 6:8

**material** [1] - 105:8

**materials** [1] - 104:12

**mathematical** [1] - 3:11

**mathematically** [1] - 35:22

**matter** [3] - 55:16, 86:24, 87:8

**Mazarin** [25] - 2:19, 4:8, 17:4, 18:12, 20:18, 22:9, 24:19, 33:10, 49:12, 61:8, 65:22, 73:3, 73:11, 75:21, 86:4, 87:12, 88:4, 89:4,

89:13, 89:15, 93:14, 94:1, 96:22, 97:13, 106:21

**MD5** [3] - 6:16, 12:6, 12:7

**mean** [17] - 10:6, 16:10, 16:11, 27:3, 29:2, 31:25, 36:15, 47:15, 51:7, 51:15, 52:14, 66:22, 67:21, 69:12, 78:24, 91:22, 105:11

**meaning** [2] - 29:9, 49:22

**means** [11] - 7:17, 7:18, 7:24, 15:10, 29:3, 31:10, 51:6, 54:10, 79:13, 79:14, 82:21

**meant** [6] - 9:24, 36:1, 36:9, 66:1, 67:19, 74:5

**measures** [1] - 79:25

**media** [3] - 3:8, 50:10, 51:17

**members** [1] - 24:20

**memory** [1] - 83:22

**mentioned** [1] - 11:16

**message** [3] - 101:19, 102:7, 105:16

**messages** [1] - 102:21

**met** [2] - 71:24, 76:19

**metadata** [4] - 7:5, 8:23, 8:25, 87:20

**micro** [1] - 60:6

**microcomputers** [1] - 97:22

**microphone** [1] - 28:25

**middle** [2] - 29:12, 35:10

**midway** [1] - 26:16

**might** [12] - 7:21, 9:3, 36:12, 36:14, 38:15, 47:7, 47:19, 66:21, 69:21, 83:4, 104:6, 104:7

**migration** [2] - 68:24, 69:23

**mine** [1] - 66:8

**mini** [2] - 98:19, 98:21

**minute** [1] - 53:25

**minutes** [2] - 48:15, 83:25

**mix** [1] - 39:5

**mobile** [2] - 21:4, 99:19

**modems** [4] - 97:23, 98:20, 98:23, 100:1

**modifications** [1] - 31:13

**moment** [3] - 20:3,

33:5, 106:11

**money** [5] - 34:24, 79:5, 102:9, 104:2, 105:22

**monitor** [1] - 99:12

**monitoring** [4] - 39:1, 99:6, 99:9, 99:13

**months** [2] - 55:16

**Moon** [4] - 89:24, 90:23, 91:1, 91:6

**morning** [1] - 95:2

**Moscow** [1] - 59:23

**most** [6] - 6:14, 9:13, 34:17, 34:20, 61:11, 78:10

**mostly** [1] - 90:24

**Mount** [1] - 51:11

**mount** [5] - 51:13, 51:15, 51:19, 52:10, 52:13

**mounted** [2] - 50:6, 50:7

**mounting** [1] - 51:22

**mouse** [1] - 83:24

**move** [8] - 23:20, 33:3, 41:13, 43:6, 46:23, 48:10, 71:23, 99:5

**moved** [2] - 68:24, 84:20

**moves** [22] - 4:1, 11:20, 20:8, 22:2, 22:21, 24:13, 25:25, 46:1, 63:3, 65:14, 70:14, 72:22, 73:14, 75:13, 86:17, 87:23, 88:23, 93:7, 98:10, 100:19, 101:25, 103:16

**moving** [3] - 70:17, 96:4, 96:6

**mozilla** [1] - 101:14

**MR** [75] - 4:4, 11:23, 14:19, 16:7, 16:11, 16:16, 16:23, 18:4, 18:7, 20:11, 20:14, 22:5, 22:23, 23:23, 24:15, 26:2, 29:5, 31:19, 32:6, 32:9, 32:11, 32:23, 40:16, 43:9, 43:12, 46:4, 46:25, 57:20, 62:7, 63:5, 65:16, 66:24, 67:1, 67:4, 67:13, 71:6, 71:10, 71:12, 71:19, 72:2, 72:24, 73:17, 75:15, 76:14, 76:21, 78:16, 80:14, 81:14, 85:8, 85:22, 86:19, 86:23, 87:25, 88:25, 91:21, 92:3, 93:9, 94:6, 94:8, 95:16, 95:20,

98:13, 99:17, 100:22,
102:1, 102:4, 102:11,
104:16, 104:23, 105:5,
105:18, 105:25,
106:11, 106:14, 106:16
**MS** [122] - 2:6, 2:10,
2:16, 2:18, 4:1, 4:7,
11:20, 12:2, 14:20,
15:21, 16:5, 16:18,
17:3, 17:24, 18:9,
18:11, 20:8, 20:13,
20:17, 22:2, 22:8,
22:21, 23:1, 23:20,
24:1, 24:13, 24:18,
25:25, 26:5, 28:24,
29:8, 31:24, 32:17,
33:5, 33:9, 39:19,
39:24, 40:22, 43:6,
43:11, 43:15, 46:1,
46:7, 46:23, 47:3,
48:13, 49:1, 49:9,
49:10, 54:1, 54:6,
57:24, 62:10, 63:3,
63:8, 65:14, 65:18,
65:21, 67:9, 67:16,
70:10, 70:14, 70:21,
71:2, 71:5, 71:16,
71:20, 72:7, 72:22,
73:2, 73:14, 73:20,
75:13, 75:16, 75:20,
76:17, 77:7, 78:3,
78:21, 80:15, 80:19,
81:15, 85:9, 85:14,
85:23, 86:1, 86:3,
86:17, 86:20, 87:4,
87:11, 87:23, 88:3,
88:23, 89:3, 92:1, 92:6,
92:10, 93:7, 93:12,
94:13, 95:12, 95:25,
96:13, 96:17, 96:19,
97:2, 97:11, 97:12,
98:10, 98:16, 99:23,
100:19, 100:25,
101:25, 102:7, 102:18,
103:16, 103:24,
104:10, 105:7, 106:20
**multiple** [19] - 25:1,
25:4, 29:16, 30:6,
35:21, 36:11, 58:23,
83:11, 84:4, 84:8, 87:7,
94:9, 99:1, 99:2, 99:3,
99:5, 99:24, 99:25,
103:5
**Must** [1] - 75:1
**must** [3] - 75:2, 78:13,
79:8
**mute** [1] - 60:13
**Mycelium** [14] - 21:1,
21:3, 21:6, 21:11,
21:16, 21:19, 21:24,

22:10, 22:19, 23:11,
24:20, 24:24, 74:14,
100:12

# N

**Name** [1] - 12:4
**name** [18] - 5:8, 27:1,
44:18, 45:16, 49:19,
51:7, 51:8, 57:8, 58:1,
58:2, 58:18, 59:7,
63:12, 74:16, 79:10,
79:17, 89:25
**named** [4] - 17:19,
44:7, 44:8, 50:4
**names** [6] - 10:16,
18:21, 20:19, 63:16,
63:18, 90:15
**native** [1] - 19:12
**nature** [3] - 47:15,
102:21, 103:7
**necessary** [1] - 30:19
**need** [15] - 12:15,
13:14, 31:3, 36:12,
41:11, 47:7, 59:20,
59:23, 77:11, 79:5,
79:7, 85:4, 88:11, 97:6,
97:14
**needed** [6] - 13:24,
14:9, 35:23, 48:22,
50:16, 81:20
**needing** [1] - 78:9
**needs** [7] - 10:9,
37:15, 37:19, 40:20,
41:4, 61:19, 95:2
**network** [21] - 26:22,
29:14, 29:18, 29:24,
30:4, 30:6, 34:6, 34:8,
34:12, 35:9, 35:11,
37:24, 40:12, 50:8,
53:19, 54:11, 54:21,
55:2, 55:8, 90:14,
99:20
**network's** [1] - 31:22
**networks** [5] - 47:18,
81:10, 81:11, 81:19,
99:5
**never** [2] - 32:13,
61:20
**new** [2] - 54:18, 93:18
**news** [1] - 66:4
**next** [18] - 30:7, 30:17,
34:19, 36:5, 37:13,
37:18, 38:1, 44:13,
52:18, 52:23, 60:15,
68:18, 72:13, 76:8,
81:12, 81:17, 83:23
**nodes** [8] - 28:7,
29:12, 29:16, 33:15,
33:19, 34:6, 34:21,

35:2
**noisy** [2] - 38:13, 39:7
**none** [2] - 79:17, 99:11
**nontechnical** [5] -
40:4, 42:2, 45:12,
52:21, 54:20
**note** [7] - 58:11, 74:3,
85:11, 86:4, 88:4, 95:5,
103:10
**Note** [1] - 85:17
**noted** [8] - 12:22,
31:5, 49:21, 57:8,
57:25, 75:6, 89:22,
96:1
**notes** [27] - 14:13,
14:15, 15:16, 16:11,
17:8, 17:10, 20:20,
23:5, 53:21, 55:7,
55:23, 58:20, 58:24,
59:5, 59:8, 60:19,
60:20, 69:17, 69:19,
70:24, 79:24, 83:14,
84:18, 89:8, 90:25,
94:20, 100:6
**nothing** [5] - 92:7,
94:8, 104:17, 104:23,
105:5
**notice** [1] - 47:16
**noticed** [1] - 11:6
**nowhere** [1] - 57:22
**number** [10] - 3:13,
4:16, 5:13, 15:2, 15:5,
15:13, 27:12, 27:14,
47:16, 69:9
**Number** [1] - 12:5
**numbering** [2] - 12:5,
15:6
**numbers** [6] - 3:14,
10:16, 23:4, 23:6, 43:9,
47:17
**numerous** [1] - 43:22

# O

**objecting** [1] - 16:10
**objection** [67] - 2:9,
4:3, 4:4, 11:22, 11:24,
16:2, 16:8, 16:15,
16:22, 18:3, 20:10,
20:14, 22:4, 22:5,
22:22, 22:23, 23:22,
23:23, 24:14, 26:1,
26:3, 29:5, 31:19,
40:16, 43:8, 43:12,
46:3, 46:4, 46:24,
57:20, 62:7, 63:4,
65:15, 66:24, 66:25,
67:13, 72:1, 72:4,
72:23, 73:16, 73:18,
75:14, 75:18, 76:14,

78:16, 80:14, 81:14,
85:8, 85:22, 86:18,
87:9, 87:24, 88:24,
91:21, 92:3, 93:8, 93:9,
94:6, 94:7, 94:8, 95:15,
95:22, 98:12, 98:13,
99:17, 100:21, 102:3
**objections** [3] - 16:23,
75:17, 100:23
**obscure** [1] - 38:19
**observed** [2] - 47:12,
87:7
**obtain** [3] - 48:6, 94:4,
94:14
**obtained** [4] - 46:21,
63:1, 74:2, 90:8
**obvious** [2] - 8:15,
38:11
**occasions** [2] - 11:13,
87:7
**occurring** [1] - 36:4
**odd** [1] - 55:8
**offer** [1] - 89:9
**offered** [1] - 86:24
**often** [2] - 15:13,
47:15
**oftentimes** [1] - 15:6
**old** [4] - 68:15, 68:16,
69:23, 83:25
**one** [74] - 4:16, 5:20,
6:2, 7:19, 9:12, 11:10,
11:12, 12:7, 19:6,
19:12, 20:11, 21:4,
21:7, 21:8, 21:20, 24:3,
26:9, 26:20, 32:2, 33:5,
33:11, 33:12, 33:14,
34:7, 34:11, 37:15,
37:19, 38:3, 38:5,
38:24, 39:17, 44:12,
44:13, 48:22, 50:15,
54:15, 56:24, 58:3,
58:22, 66:9, 68:8, 70:5,
71:16, 74:13, 76:5,
76:15, 77:3, 82:17,
83:5, 83:7, 85:18,
88:10, 90:22, 90:23,
90:24, 91:4, 94:10,
95:2, 96:13, 97:21,
98:25, 99:4, 99:15,
100:3, 102:1, 102:9,
103:23, 104:8, 106:11
**one-off** [1] - 11:12
**ones** [7] - 3:12, 6:14,
18:22, 38:14, 69:14,
76:15, 103:9
**ongoing** [1] - 12:19
**onion** [5] - 26:17,
26:19, 27:2, 29:11,
101:7
**online** [4] - 65:4,

66:17, 83:8, 84:23

**open** [15] - 8:6, 18:20, 33:4, 37:19, 44:21, 54:18, 81:10, 81:18, 84:19, 95:23, 96:22, 96:23, 101:5, 101:12, 106:18

**opened** [5] - 13:15, 13:20, 19:13, 92:17, 92:25

**operate** [1] - 98:25

**operating** [3] - 56:15, 83:5, 83:9

**operation** [2] - 7:5, 81:3

**operational** [1] - 34:21

**opinion** [2] - 8:11, 82:19

**opportunity** [1] - 106:22

**options** [1] - 61:21

**order** [5] - 2:13, 37:12, 37:14, 49:6, 59:24

**organize** [3] - 7:23, 12:13, 69:3

**original** [9] - 3:8, 6:6, 6:7, 6:9, 7:8, 8:2, 14:4, 16:11, 44:22

**originally** [1] - 90:6

**originals** [3] - 13:9, 16:7, 16:8

**otherwise** [4] - 28:15, 74:8, 95:22, 106:23

**outcome** [1] - 79:1

**output** [2] - 3:13, 5:1

**overall** [3] - 31:16, 31:21, 34:8

**overhead** [1] - 8:12

**overly** [1] - 105:8

**overruled** [7] - 11:25, 24:16, 26:3, 31:20, 40:19, 62:8, 67:5, 67:15, 72:5, 73:18, 75:18, 80:17, 85:10, 87:9, 94:11, 99:18, 100:23

**overwrite** [2] - 69:13, 93:23

**own** [3] - 35:1, 49:18, 77:1

**ownership** [1] - 81:11

## P

**p.m** [2] - 49:3

**package** [2] - 38:2, 38:4

**packages** [1] - 50:16

**packet** [3] - 54:13, 54:24, 55:3

**packets** [3] - 33:15, 37:16, 55:4

**packing** [2] - 60:5, 60:10

**page** [32] - 27:23, 31:15, 32:4, 33:17, 34:15, 34:19, 35:13, 36:22, 37:11, 37:13, 39:15, 53:23, 59:13, 59:16, 59:19, 61:4, 61:7, 64:8, 65:1, 68:2, 68:10, 72:8, 74:24, 79:2, 80:3, 81:7, 83:19, 84:14, 84:17, 88:21, 94:23, 95:9

**pages** [1] - 36:7

**paint** [4] - 80:6, 80:10, 80:11, 80:20

**painted** [1] - 80:23

**Panel** [1] - 61:14

**panel** [1] - 61:16

**papers** [1] - 17:12

**paragraph** [11] - 32:5, 33:10, 34:16, 35:13, 36:5, 36:23, 37:12, 38:1, 55:8, 65:3, 79:4

**paragraphs** [8] - 28:1, 29:22, 33:21, 33:22, 33:25, 34:3, 34:11, 37:18

**parallel** [1] - 82:24

**part** [9] - 2:19, 28:6, 29:14, 30:14, 34:12, 35:8, 35:11, 44:23, 86:22

**particular** [7] - 10:12, 15:7, 36:19, 52:22, 103:11, 103:13, 103:14

**particularly** [2] - 10:20, 63:10

**partners** [1] - 104:13

**parts** [5] - 29:17, 29:18, 52:12, 97:18, 97:20

**passing** [1] - 14:21

**passive** [4] - 45:20, 45:21, 45:22, 47:11

**password** [15] - 18:15, 18:17, 18:18, 18:19, 18:20, 19:6, 19:9, 19:12, 19:16, 20:1, 20:5, 20:11, 50:22, 51:2, 81:25

**passwords** [4] - 18:21, 20:19, 61:11, 69:21

**Path** [2] - 12:6, 12:10

**path** [2] - 12:11, 51:20

**pattern** [1] - 9:18

**Pause** [1] - 77:16

**pause** [4] - 33:7, 97:9, 102:2, 106:15

**pay** [1] - 35:4

**payer** [1] - 34:22

**paying** [2] - 35:4, 86:5

**payment** [5] - 33:18, 34:20, 34:21, 34:23, 85:20

**PC** [2] - 98:20, 98:21

**PDF** [6] - 44:20, 44:23, 44:25, 45:2, 45:3

**Pearlman** [1] - 61:6

**PELKER** [123] - 2:6, 2:10, 2:16, 2:18, 4:1, 4:7, 11:20, 12:2, 14:20, 15:21, 16:5, 16:18, 17:3, 17:24, 18:9, 18:11, 20:8, 20:13, 20:17, 22:2, 22:8, 22:21, 23:1, 23:20, 24:1, 24:13, 24:18, 25:25, 26:5, 28:24, 29:8, 31:24, 32:17, 33:5, 33:9, 39:19, 39:24, 40:22, 43:6, 43:11, 43:15, 46:1, 46:7, 46:23, 47:3, 48:13, 49:1, 49:9, 49:10, 54:1, 54:6, 57:24, 62:10, 63:3, 63:8, 65:14, 65:18, 65:21, 67:9, 67:16, 70:4, 70:10, 70:14, 70:21, 71:2, 71:5, 71:16, 71:20, 72:7, 72:22, 73:2, 73:14, 73:20, 75:13, 75:16, 75:20, 76:17, 77:7, 78:3, 78:21, 80:15, 80:19, 81:15, 85:9, 85:14, 85:23, 86:1, 86:3, 86:17, 86:20, 87:4, 87:11, 87:23, 88:3, 88:23, 89:3, 92:1, 92:6, 92:10, 93:7, 93:12, 94:13, 95:12, 95:25, 96:13, 96:17, 96:19, 97:2, 97:11, 97:12, 98:10, 98:16, 99:23, 100:19, 100:25, 101:25, 102:7, 102:18, 103:16, 103:24, 104:10, 105:7, 106:20

**Pelker** [3] - 2:14, 18:7, 102:6

**people** [1] - 105:1

**people's** [2] - 39:6, 41:18

**per** [1] - 26:9

**performance** [1] -

54:22

**perhaps** [2] - 37:19, 64:24

**period** [1] - 55:13

**permission** [1] - 2:7

**person** [5] - 38:23, 59:10, 99:14, 99:15, 104:4

**personal** [4] - 78:17, 102:20, 105:8, 106:9

**perspective** [1] - 91:15

**pertain** [1] - 90:23

**pertaining** [5] - 15:12, 24:19, 26:19, 46:21, 89:16

**pertains** [1] - 29:18

**phone** [25] - 7:1, 7:3, 7:6, 7:9, 10:16, 15:9, 21:12, 21:14, 22:10, 23:8, 23:9, 23:12, 23:17, 24:2, 24:5, 24:11, 32:6, 32:9, 71:12, 72:3, 95:17, 99:22, 100:12, 103:17, 104:13

**phone's** [1] - 7:4

**phones** [9] - 2:24, 6:17, 6:20, 6:24, 6:25, 21:4, 21:7, 21:8, 100:17

**photo** [1] - 9:4

**photographing** [1] - 23:11

**photographs** [1] - 74:13

**photos** [3] - 9:3, 102:24, 103:5

**phrase** [1] - 29:6

**physical** [4] - 2:6, 17:12, 59:6, 96:13

**physically** [1] - 41:7

**Pi** [3] - 2:24, 97:22, 98:19

**pick** [2] - 59:24, 103:17

**piece** [1] - 66:4

**pieces** [2] - 7:20, 55:1

**place** [4] - 33:16, 35:18, 38:21, 63:23

**places** [4] - 37:5, 47:9, 53:7, 74:19

**plans** [1] - 59:15

**plausible** [2] - 35:18, 36:1

**plenty** [1] - 33:19

**point** [20] - 4:24, 5:17, 26:10, 28:4, 28:18, 28:19, 29:12, 38:18, 39:16, 39:18, 40:9,

45:9, 45:10, 47:8, 80:15, 83:20, 89:25, 104:17, 104:18, 104:20
**points** [4] - 28:20, 29:11, 29:19, 40:4
**police** [2] - 74:1, 80:25
**pops** [1] - 25:9
**port** [3] - 26:25, 27:12, 27:14
**portable** [1] - 97:16
**portion** [4] - 27:25, 30:23, 40:8, 101:6
**portions** [1] - 95:21
**ports** [4] - 54:18, 85:2, 85:4, 85:5
**possible** [5] - 7:5, 10:8, 33:14, 34:21, 82:24
**possibly** [6] - 9:19, 27:15, 36:20, 53:19, 67:23, 91:5
**post** [3] - 65:7, 65:24, 75:5
**potentially** [1] - 99:24
**power** [1] - 56:14
**practices** [1] - 10:4
**pre** [2] - 24:2, 31:11
**pre-made** [1] - 31:11
**pre-saved** [1] - 24:2
**preceding** [1] - 33:22
**precisely** [1] - 91:22
**prejudice** [1] - 32:21
**prepare** [1] - 3:17
**preponderance** [2] - 105:15, 106:7
**present** [3] - 2:12, 80:7, 87:9
**presses** [1] - 37:16
**prevent** [1] - 80:22
**previously** [9] - 15:25, 16:25, 43:18, 57:10, 70:6, 84:9, 85:15, 85:16, 95:12
**primary** [1] - 17:22
**privacy** [2] - 65:24, 67:6
**Privacy/Infosec** [2] - 65:2, 65:3
**private** [5] - 31:23, 31:25, 61:18, 64:14, 66:21
**privileged** [1] - 27:10
**problem** [1] - 95:2
**problematic** [2] - 84:22, 105:8
**problems** [3] - 34:23, 39:23, 40:6
**proceed** [2] - 95:24, 97:10
**process** [7] - 6:10,

6:20, 6:25, 7:4, 7:8, 7:17, 9:11
**processed** [1] - 12:24
**processing** [6] - 7:18, 7:23, 13:5, 13:6, 44:23, 56:14
**production** [1] - 86:22
**professionals** [1] - 45:23
**profiles** [1] - 102:9
**program** [8] - 36:24, 37:8, 42:13, 51:8, 54:21, 56:11, 56:17, 57:7
**programs** [5] - 9:15, 13:16, 37:1, 50:15, 50:17
**project** [3] - 31:5, 34:20, 41:6
**projects** [1] - 83:7
**properly** [3] - 37:14, 37:15, 55:2
**protected** [1] - 35:8
**protection** [3] - 38:21, 75:24, 82:22
**protects** [1] - 83:9
**protocol** [4] - 41:25, 42:1, 42:3, 54:23
**provide** [4] - 24:19, 67:7, 69:21, 104:6
**Provided** [1] - 73:22
**provided** [7] - 7:14, 79:15, 87:22, 90:2, 90:5, 90:6, 98:23
**Provider** [1] - 73:22
**provider** [2] - 53:18, 89:7
**providers** [5] - 86:8, 86:25, 87:5, 97:25
**providing** [1] - 14:3
**proviso** [1] - 71:10
**proxies** [2] - 84:9, 84:12
**proxy** [2] - 84:19, 84:21
**proxy.sh** [1] - 82:3
**PSA** [1] - 75:23
**publish** [6] - 4:1, 11:20, 20:3, 46:1, 77:10, 98:10
**published** [19] - 4:6, 11:25, 20:15, 22:6, 22:24, 23:25, 24:17, 26:4, 32:13, 32:15, 43:14, 46:6, 47:2, 63:6, 88:2, 89:2, 93:11, 98:14, 100:24
**pull** [26] - 3:20, 7:20, 20:1, 20:2, 22:10, 24:7, 37:5, 39:11, 43:16,

46:12, 46:15, 49:11, 50:23, 53:23, 57:5, 59:12, 60:3, 61:3, 70:6, 77:10, 85:23, 86:1, 88:13, 89:14, 92:21, 96:8
**pulled** [3] - 21:16, 22:16, 43:2
**pulling** [5] - 7:4, 44:14, 51:11, 52:9, 58:5
**pulls** [1] - 9:18
**purchased** [1] - 85:16
**PureVPN** [1] - 74:2
**purple** [4] - 54:2, 54:3, 54:4, 101:7
**purpose** [2] - 53:3, 83:2
**purposes** [1] - 39:6
**put** [4] - 3:12, 96:15, 100:9, 105:8
**putting** [2] - 38:21, 106:9
**Putty** [2] - 53:5, 53:9

# Q

**questioning** [2] - 64:14, 87:1
**questions** [4] - 67:2, 88:12, 91:23, 104:2

# R

**Radio** [1] - 80:6
**radio** [8] - 80:10, 80:11, 80:20, 80:22, 80:24, 81:1, 81:2, 81:3
**RAID** [6] - 68:12, 68:13, 68:21, 69:2, 69:9
**raid** [1] - 81:4
**raised** [1] - 72:5
**RamNode** [6] - 61:9, 61:11, 61:12, 61:23, 62:6, 62:12
**ran** [2] - 5:15, 49:18
**random** [1] - 102:10
**Raspberry** [3] - 2:24, 97:22, 98:19
**rather** [5] - 8:16, 54:23, 78:9, 99:4, 105:15
**RDP** [3] - 41:22, 41:23, 41:25
**reach** [2] - 29:15, 98:1
**Reactor** [2] - 17:19, 18:8
**read** [46] - 28:2, 28:9, 30:7, 30:17, 30:21,

32:5, 33:10, 33:17, 33:24, 34:16, 35:13, 36:5, 36:22, 37:11, 38:1, 38:9, 39:15, 39:25, 59:15, 59:19, 60:11, 60:15, 61:14, 64:16, 64:20, 65:2, 68:3, 68:7, 68:11, 68:18, 68:21, 72:10, 73:21, 74:16, 74:25, 75:21, 76:8, 77:24, 79:4, 80:4, 81:8, 81:21, 83:20, 84:5, 94:24, 96:4
**readable** [2] - 13:16, 13:17
**reader** [1] - 75:19
**readily** [2] - 7:21, 19:14
**reading** [6] - 27:24, 37:18, 54:7, 60:1, 64:9, 68:21
**ready** [3] - 2:15, 48:10, 76:23
**real** [3] - 92:15, 97:19, 100:3
**really** [6] - 9:21, 33:24, 64:14, 105:19, 105:20, 106:8
**reason** [4] - 36:20, 103:21, 104:5, 104:19
**reasons** [2] - 30:6, 83:4
**receive** [2] - 28:20, 34:24
**receiver** [1] - 105:16
**receiving** [1] - 103:22
**recess** [1] - 49:3
**recipient** [1] - 34:23
**recitation** [1] - 77:12
**recognize** [4] - 23:15, 25:17, 47:21, 92:22
**recollection** [4] - 77:8, 77:13, 77:20, 77:25
**record** [5] - 45:20, 45:22, 46:9, 96:15, 106:10
**records** [15] - 22:9, 22:11, 55:14, 61:23, 62:1, 62:6, 62:16, 62:19, 63:1, 69:25, 74:8, 86:7, 86:21, 89:15, 94:14
**recovered** [2] - 15:7, 51:2
**recycle** [1] - 68:15
**recycling** [2] - 92:13, 92:14
**redact** [2] - 32:20, 95:22

redacted [1] - 32:25
Reddit [8] - 65:6, 65:7, 65:12, 65:24, 66:12, 66:17, 75:4, 75:21
Reddit.com [1] - 75:4
redundancy [1] - 69:7
redundant [1] - 69:5
refer [1] - 15:13
reference [9] - 9:22, 15:9, 49:23, 51:5, 85:6, 95:20, 102:10, 103:10, 104:5
referenced [2] - 69:8, 76:15
references [17] - 17:15, 20:20, 42:21, 43:22, 44:1, 50:3, 53:20, 58:19, 58:22, 58:23, 59:5, 59:8, 60:25, 83:14, 94:20, 100:6
referencing [4] - 3:21, 24:8, 37:8, 50:2
referred [1] - 7:2
referring [2] - 9:24, 24:6
refers [1] - 67:10
reflect [4] - 14:7, 46:20, 93:4, 101:22
reflection [4] - 7:8, 14:4, 20:4, 21:23
refresh [2] - 77:8, 77:12
refreshed [1] - 77:25
refreshes [1] - 77:20
regard [2] - 45:14, 47:4
regarding [6] - 20:21, 21:24, 30:25, 79:5, 79:25, 89:21
regardless [1] - 77:6
regards [1] - 31:23
register [2] - 28:12, 79:10
registration [1] - 79:15
regular [1] - 27:8
reinstall [1] - 54:14
related [6] - 6:23, 21:11, 21:19, 40:23, 50:2, 75:25
relating [1] - 48:18
relation [1] - 71:13
relations [1] - 106:5
relevance [11] - 26:2, 67:2, 67:4, 67:5, 80:14, 87:1, 88:25, 102:14, 103:25, 105:19, 105:23
relevant [1] - 103:11
relied [1] - 45:23

remember [9] - 71:14, 77:3, 78:11, 86:15, 88:10, 90:4, 91:25, 93:2
remind [3] - 5:11, 51:9, 85:15
remote [16] - 40:11, 41:12, 41:25, 42:1, 42:2, 42:6, 42:11, 42:12, 51:10, 53:6, 56:1, 56:5, 57:4, 60:15, 60:17, 82:25
remotely [7] - 41:16, 42:14, 42:19, 51:21, 59:2, 60:23, 83:1
remoting [1] - 42:4
Remove [1] - 68:4
remove [4] - 9:22, 68:5, 68:15, 85:4
removing [2] - 36:24, 69:19
renamed [1] - 4:15
rendered [1] - 45:20
rendezvous [4] - 28:19, 28:20, 28:23, 29:11
rendmid.c [1] - 30:9
repeat [1] - 69:7
repeated [1] - 42:21
rephrase [1] - 78:19
replicable [1] - 10:9
replicating [1] - 7:1
report [2] - 11:15, 11:16
reporter [1] - 29:1
repost [1] - 75:23
representations [1] - 56:13
represented [1] - 3:2
represents [1] - 3:15
request [2] - 29:19, 38:17
requests [2] - 38:14, 89:21
require [1] - 106:4
requires [1] - 81:25
research [7] - 45:6, 46:13, 48:18, 53:10, 72:8, 83:8, 83:18
researching [2] - 79:21, 86:7
residential [3] - 47:14, 53:13, 53:18
resistance [1] - 67:22
resolutions [1] - 47:11
resolve [2] - 46:10, 95:2
resolving [2] - 47:13, 55:11
resources [2] - 61:20,

84:4
respect [1] - 75:18
response [2] - 63:9, 89:20
responsible [1] - 7:11
rest [3] - 9:15, 77:6, 103:20
Restart [1] - 60:12
restart [1] - 60:13
restriction [1] - 28:16
restroom [1] - 97:6
result [2] - 5:2, 5:8
resulting [2] - 14:3, 19:19
retention [1] - 55:13
Retreat [1] - 86:13
retrieve [3] - 12:22, 19:6, 21:18
retrieved [16] - 7:7, 16:6, 16:21, 17:10, 18:2, 20:5, 21:24, 24:11, 27:18, 43:3, 44:22, 45:4, 95:7, 100:16, 101:22, 102:8
retrieving [2] - 6:20, 101:18
return [5] - 2:4, 59:25, 67:17, 93:24, 94:1
returning [2] - 74:3, 78:12
reversing [1] - 83:6
review [52] - 2:20, 6:24, 7:14, 8:25, 10:11, 10:14, 12:18, 12:19, 12:23, 13:5, 13:10, 13:19, 14:12, 15:13, 17:7, 17:11, 18:12, 20:23, 24:21, 24:24, 25:13, 27:17, 30:2, 33:25, 34:3, 39:12, 55:20, 56:3, 61:23, 62:11, 62:15, 62:16, 62:19, 64:4, 65:7, 74:19, 76:10, 77:8, 80:7, 86:7, 88:6, 88:8, 89:15, 90:2, 90:6, 90:14, 91:8, 100:11, 101:15, 102:19, 106:21, 106:25
reviewed [8] - 11:18, 14:7, 27:21, 62:5, 73:12, 90:18, 93:5, 103:5
reviewing [12] - 6:6, 7:25, 11:1, 22:9, 77:11, 84:10, 88:10, 90:4, 90:11, 101:18, 102:19, 102:25
right-hand [1] - 94:2
risks [1] - 83:10

Roman [3] - 63:13, 63:17, 90:1
Romania [4] - 89:16, 90:8, 94:4, 94:14
Romanian [3] - 89:20, 90:2, 93:5
Romanians [1] - 90:6
romantic [5] - 104:14, 105:13, 106:5, 106:6, 106:23
root [6] - 27:2, 27:3, 27:4, 27:5, 43:20, 49:22
rotation [1] - 28:14
route [2] - 78:9, 97:25
router [7] - 38:3, 38:5, 38:11, 38:16, 38:20, 39:1, 98:4
Rovensky [1] - 62:5
Rovensky's [1] - 62:2
row [1] - 63:10
run [11] - 5:5, 25:12, 26:22, 31:14, 34:7, 40:14, 40:25, 44:13, 51:19, 61:21, 85:13
running [14] - 7:19, 7:24, 38:12, 38:23, 40:6, 40:14, 41:4, 51:7, 51:8, 60:22, 66:10, 84:3, 84:4, 84:8
Russia [1] - 96:7
Russian [2] - 71:19, 73:4

## S

safe [8] - 20:1, 20:6, 34:14, 63:23, 81:9, 81:10, 81:18, 82:3
Sam [2] - 76:8, 76:9
sample [1] - 98:21
Samsung [1] - 21:15
satisfy [2] - 105:14, 106:7
save [2] - 35:17, 41:7
saved [5] - 8:19, 18:22, 24:2, 25:8, 91:20
saw [3] - 46:10, 46:22, 85:16
scans [1] - 9:11
Scholl [1] - 24:23
Scholl's [1] - 22:3
scrapes [1] - 88:20
screen [16] - 4:12, 4:18, 4:24, 5:18, 26:6, 42:7, 45:10, 46:22, 47:8, 54:3, 58:11, 60:14, 61:4, 74:18, 88:16, 101:13

**screenshot** [4] - 46:18, 92:25, 101:4, 102:11

**screenshots** [5] - 13:25, 14:2, 102:24, 103:4, 104:25

**script** [11] - 44:8, 44:11, 44:12, 44:16, 44:18, 45:3, 45:13, 47:24, 48:3, 51:8, 52:4

**scroll** [11] - 34:18, 35:15, 47:7, 54:2, 59:14, 72:10, 84:25, 89:4, 93:13, 93:25, 96:3

**scrolled** [1] - 92:19

**scrolling** [7] - 36:22, 47:10, 50:12, 59:19, 68:10, 79:3, 80:3

**SD** [2] - 2:24, 25:5

**search** [1] - 26:17

**searchable** [1] - 7:20

**searched** [1] - 68:1

**seated** [2] - 2:13, 49:5

**second** [10] - 15:9, 32:5, 32:7, 32:9, 33:10, 33:17, 51:23, 91:11, 96:12, 102:1

**secondary** [1] - 97:21

**section** [27] - 4:25, 27:23, 28:5, 30:7, 30:17, 31:15, 32:18, 34:1, 35:20, 39:25, 50:2, 60:11, 61:8, 61:10, 64:11, 64:12, 64:16, 64:20, 65:2, 65:3, 68:11, 75:5, 79:3, 80:4, 81:8, 83:21

**sections** [4] - 52:12, 69:8, 81:13, 81:17

**secure** [7] - 26:24, 37:14, 38:24, 38:25, 40:5, 51:10, 65:4

**securitylab.ru** [1] - 72:15

**see** [38] - 4:20, 5:1, 8:1, 8:5, 8:7, 8:12, 8:18, 8:21, 9:1, 9:8, 9:16, 13:14, 14:23, 18:21, 28:23, 39:2, 41:20, 42:6, 47:18, 47:19, 49:2, 51:25, 68:16, 74:9, 87:1, 88:11, 89:12, 90:15, 92:12, 92:18, 93:13, 99:16, 99:19, 99:21, 101:8, 102:13, 104:18

**seeing** [1] - 51:24

**seek** [1] - 95:13

**sees** [1] - 104:16

**seizable** [1] - 76:9

**seize** [2] - 77:5, 78:15

**seized** [3] - 10:12, 21:8, 25:1

**Seized** [1] - 75:23

**seizure** [2] - 75:24, 76:1

**seizures** [2] - 76:5, 78:8

**self** [1] - 12:4

**self-evident** [1] - 12:4

**semi** [5] - 79:7, 79:13, 79:14, 79:19, 79:22

**semi-anonymous** [4] - 79:7, 79:13, 79:14, 79:22

**semi-anonymously** [1] - 79:19

**send** [1] - 38:3

**sender** [2] - 103:25, 105:15

**sending** [1] - 37:16

**sense** [5] - 10:21, 23:6, 36:13, 78:9, 102:16

**sent** [3] - 28:14, 101:19, 103:23

**sentence** [3] - 64:17, 64:20, 81:21

**separate** [2] - 16:17, 83:5

**series** [2] - 15:24, 71:2

**serious** [1] - 105:24

**served** [1] - 67:24

**server** [38] - 26:25, 27:1, 27:7, 30:16, 38:20, 38:24, 38:25, 39:22, 40:5, 40:13, 41:13, 44:17, 45:15, 48:4, 53:8, 53:18, 54:16, 57:8, 57:14, 57:18, 57:21, 58:1, 58:2, 58:18, 61:11, 61:21, 69:3, 78:10, 90:13, 90:16, 90:25, 91:2, 91:4, 92:11, 92:13, 92:14, 94:10, 99:13

**server's** [1] - 27:15

**servers** [17] - 37:15, 41:21, 42:19, 48:7, 55:20, 59:3, 61:19, 62:12, 62:16, 67:24, 69:11, 89:15, 89:16, 90:11, 91:19, 94:4, 94:9

**serves** [1] - 29:12

**Service** [1] - 64:17

**service** [24] - 28:12, 28:17, 28:18, 29:13,

30:15, 32:1, 32:2, 38:3, 38:5, 38:10, 38:13, 38:14, 38:22, 38:23, 38:24, 39:3, 39:7, 39:9, 47:22, 64:18, 86:25, 91:1, 91:16

**services** [16] - 28:6, 28:8, 28:11, 28:14, 28:20, 29:11, 29:15, 29:19, 29:25, 31:23, 41:24, 43:20, 70:1, 72:12, 74:5, 87:14

**set** [19] - 3:3, 33:18, 35:1, 35:22, 35:24, 37:14, 39:2, 40:5, 42:13, 50:17, 51:13, 53:6, 57:14, 57:17, 57:25, 58:9, 79:6, 82:24

**Setting** [1] - 81:22

**setting** [7] - 57:16, 69:10, 81:23, 81:24, 81:25, 82:6, 82:12

**settings** [3] - 68:24, 69:1, 84:15

**Settings** [3] - 61:3, 64:8, 80:2

**setup** [1] - 69:23

**seventh** [1] - 68:3

**several** [3] - 18:15, 33:25, 47:13

**sexual** [1] - 105:10

**SHA1** [1] - 6:16

**SHA256** [4] - 5:7, 5:9, 5:16, 6:12

**shake** [1] - 97:7

**shall** [1] - 79:6

**share** [1] - 41:17

**shell** [3] - 26:24, 40:5, 51:10

**Shields** [1] - 80:6

**Shit** [1] - 59:20

**shit** [3] - 54:10, 59:18, 95:1

**Shormint** [2] - 85:20, 86:5

**short** [3] - 26:24, 64:21, 64:22

**shortly** [1] - 49:2

**show** [10] - 13:6, 14:9, 20:18, 44:24, 54:3, 61:10, 69:6, 69:19, 87:5

**showed** [3] - 85:17, 98:20, 103:5

**showing** [13] - 10:24, 15:20, 21:21, 22:14, 23:14, 25:15, 42:25, 43:19, 62:22, 62:25, 89:18, 98:6, 101:21

**shown** [39] - 4:8, 4:24, 5:17, 11:4, 12:10, 13:24, 15:25, 19:13, 23:2, 26:7, 26:18, 44:15, 44:20, 45:19, 46:8, 46:17, 47:4, 47:8, 47:10, 49:25, 50:14, 51:12, 52:16, 52:23, 57:6, 61:8, 63:9, 63:16, 65:22, 75:10, 76:10, 76:13, 87:12, 87:15, 89:5, 89:19, 93:5, 101:3

**shows** [3] - 27:15, 30:3, 30:4

**sic** [2] - 18:5, 72:5

**signaled** [2] - 30:9, 48:22

**signature** [1] - 30:9

**significance** [2] - 69:16, 93:14

**significant** [5] - 27:5, 27:13, 30:1, 82:14, 85:6

**silly** [1] - 105:22

**SIM** [8] - 15:9, 97:24, 98:25, 99:1, 99:3, 99:20, 99:25

**similar** [1] - 99:21

**similarly** [1] - 58:14

**simple** [2] - 12:14, 79:17

**simplistic** [1] - 53:2

**simply** [2] - 45:2, 54:10

**simultaneously** [1] - 38:3

**sit** [1] - 96:23

**site** [15] - 27:2, 27:8, 27:9, 35:9, 38:18, 40:21, 66:6, 66:10, 67:25, 78:8, 83:8, 91:6, 91:18, 104:1

**sites** [3] - 29:11, 81:18, 88:21

**sitting** [2] - 8:1, 9:23

**situation** [1] - 21:22

**six** [1] - 55:16

**skimming** [1] - 77:15

**slow** [1] - 28:21

**slower** [1] - 28:22

**slowly** [1] - 77:14

**small** [1] - 6:2

**smaller** [1] - 56:12

**smoothly** [1] - 31:4

**sniff** [5] - 28:3, 28:10, 28:11, 28:16, 28:18

**sniffing** [2] - 29:2, 35:10

**snippet** [1] - 103:14

**software** [16] - 18:19, 18:20, 19:15, 50:15, 50:22, 56:5, 56:11, 56:12, 61:18, 62:18, 63:21, 68:5, 91:9, 91:10, 91:12, 91:13

**sold** [1] - 67:8

**SolusVM** [3] - 61:14, 61:15, 61:17

**solution** [2] - 82:1, 82:3

**solutions** [1] - 65:4

**someone** [11] - 8:1, 27:8, 35:6, 36:10, 40:20, 40:21, 40:24, 42:3, 49:18, 83:4, 99:21

**sometimes** [12] - 6:21, 8:23, 9:1, 9:8, 9:20, 10:17, 10:21, 41:11, 55:1, 66:3, 83:6, 93:19

**somewhat** [1] - 40:23

**somewhere** [4] - 23:5, 38:4, 79:8

**sorry** [8] - 32:8, 58:10, 67:3, 71:11, 77:14, 86:14, 94:12, 96:12

**sort** [11] - 18:18, 21:15, 38:21, 39:7, 45:22, 47:16, 50:7, 60:22, 63:21, 94:24, 95:1

**sorts** [6] - 9:14, 10:13, 10:18, 26:15, 36:25, 37:1

**sought** [1] - 86:21

**sound** [3] - 10:3, 10:7, 60:13

**source** [2] - 31:1, 31:10

**sources** [3] - 46:10, 85:17, 99:20

**space** [1] - 92:25

**speaker** [1] - 104:24

**speaking** [2] - 89:5, 105:1

**special** [1] - 10:22

**Special** [7] - 2:8, 15:19, 62:2, 62:5, 96:9, 96:23, 100:10

**specific** [7] - 5:6, 36:12, 46:18, 68:11, 75:5, 89:9, 89:21

**Specific** [1] - 39:11

**specifically** [3] - 15:10, 87:6, 88:21

**specifies** [1] - 26:25

**specify** [1] - 53:7

**speculation** [1] - 66:17

**speeder** [4] - 54:8, 54:9, 54:17, 54:19

**speeds** [1] - 64:24

**SpiderOak** [19] - 62:17, 62:18, 62:20, 63:1, 63:17, 63:19, 63:25, 64:5, 64:12, 64:13, 64:14, 64:19, 64:23, 65:5, 66:20, 67:20, 67:23, 68:5, 69:17

**SpiderOak's** [5] - 65:25, 66:13, 66:16, 67:24

**split** [2] - 34:11, 99:24

**spoken** [1] - 6:17

**spots** [1] - 51:16

**spreadsheet** [6] - 11:5, 11:10, 11:14, 19:21, 20:12, 24:5

**spying** [1] - 34:9

**SQL** [1] - 13:13

**SSH** [13] - 26:23, 39:22, 40:1, 40:2, 40:6, 40:8, 44:16, 45:13, 51:9, 68:23, 69:21, 82:2

**SSHuser** [2] - 44:17, 45:16

**staged** [1] - 41:12

**stages** [1] - 81:2

**stand** [2] - 41:25, 96:21

**standards** [1] - 3:4

**start** [2] - 54:7, 83:23

**started** [1] - 83:25

**starting** [17] - 5:3, 30:17, 34:16, 35:14, 36:5, 39:16, 59:21, 68:3, 68:12, 72:11, 74:25, 76:8, 81:8, 81:22, 83:21, 85:1, 96:1

**starts** [5] - 33:11, 37:12, 60:12, 74:16, 83:23

**statement** [1] - 65:17

**statements** [1] - 102:5

**Status** [2] - 30:7, 30:8

**staying** [2] - 32:4, 66:9

**stays** [1] - 66:5

**sterlingov** [2] - 105:1, 105:3

**Sterlingov** [7] - 27:24, 63:13, 63:17, 90:1, 103:22, 104:24, 105:6

**Sterlingov's** [3] - 24:2, 88:17, 105:10

**still** [14] - 7:8, 8:18, 9:23, 14:3, 16:16,

32:11, 32:15, 40:2, 41:16, 76:17, 79:14, 79:20, 82:10, 105:19

**stipulate** [1] - 17:25

**stipulated** [1] - 86:21

**stolen** [1] - 37:7

**stop** [1] - 64:18

**stops** [1] - 66:6

**storage** [8] - 2:24, 10:20, 15:1, 15:8, 19:5, 25:5, 41:11, 41:19

**store** [3] - 21:18, 35:21, 41:15

**stored** [3] - 10:2, 23:5, 30:10

**straightforwardly** [1] - 79:9

**stretch** [2] - 97:1, 97:5

**string** [2] - 3:14, 5:3

**strong** [1] - 106:8

**structure** [2] - 11:8, 12:11

**sub** [4] - 39:25, 65:24, 66:17, 75:4

**sub-bullet** [1] - 39:25

**sub-Reddit** [3] - 65:24, 66:17, 75:4

**subdomain** [6] - 45:7, 45:10, 45:14, 45:16, 47:25, 57:10

**subheading** [1] - 27:25

**subject** [3] - 16:4, 72:2, 95:16

**subpoena** [1] - 63:9

**subsection** [1] - 68:14

**subset** [2] - 11:18, 34:7

**substantive** [1] - 14:8

**suggest** [1] - 27:6

**suggestions** [1] - 38:9

**suggests** [3] - 40:10, 85:11, 104:20

**summaries** [3] - 32:15, 32:25, 33:1

**summarize** [3] - 11:17, 22:11, 22:18

**summary** [7] - 11:23, 22:15, 32:14, 32:18, 32:20, 95:21

**support** [3] - 41:3, 64:23, 91:5

**supposed** [1] - 54:12

**surface** [1] - 80:22

**surrounding** [1] - 53:19

**surveillance** [2] - 79:25, 81:5

**Sweden** [6] - 48:5, 48:7, 53:13, 53:19,

54:13, 55:9

**Swedish** [5] - 53:18, 55:11, 55:14, 55:17, 61:1

**switch** [10] - 54:15, 64:19, 81:24, 82:4, 82:5, 82:6, 82:9, 82:11, 82:16, 82:21

**switches** [1] - 82:15

**synced** [1] - 50:11

**system** [9] - 12:5, 15:6, 35:16, 37:15, 50:16, 51:16, 56:15, 69:20, 83:9

**systems** [2] - 5:23, 83:5

**T**

**tab** [1] - 63:14

**table** [3] - 29:14, 45:20, 85:17

**tablet** [6] - 101:16, 101:23, 102:19, 102:22, 102:25, 103:14

**takedown** [1] - 76:3

**tap** [1] - 99:11

**target** [1] - 99:7

**target's** [1] - 99:6

**TCP** [1] - 33:14

**td1** [1] - 57:10

**TD1** [4] - 45:7, 45:10, 47:23, 47:25

**td1.hopto** [1] - 58:16

**TD1.hopto.org** [1] - 47:20

**td1.ignorelist** [1] - 57:18

**TD1.ignorelist.com** [3] - 44:17, 46:10, 47:20

**td1.ignorelist.com** [3] - 57:9, 57:15, 58:1

**team** [6] - 17:16, 24:20, 48:6, 55:10, 56:22, 62:11

**Tech** [1] - 39:11

**technical** [4] - 29:9, 52:22, 53:2, 97:19

**techniques** [2] - 37:4, 37:6

**tele2** [2] - 47:18, 53:14

**Tele2** [1] - 47:6

**temp** [2] - 37:1, 95:4

**ten** [3] - 48:15, 83:24

**tend** [2] - 69:8, 80:25

**term** [2] - 10:6, 27:4

**terminal** [3] - 26:11, 26:13, 41:24

**terms** [10] - 7:18, 9:2, 29:9, 40:4, 42:2, 44:2,

45:12, 52:21, 71:7, 78:20

**testified** [4] - 12:7, 24:24, 45:21, 84:9
**testify** [1] - 16:5
**testifying** [1] - 16:20
**testimony** [5] - 3:24, 16:19, 22:3, 62:2, 98:8
**text** [23] - 4:9, 5:20, 6:2, 13:15, 14:12, 17:5, 28:9, 31:9, 33:25, 34:3, 44:25, 45:1, 45:3, 54:2, 64:17, 68:10, 74:25, 76:16, 93:1, 96:3, 103:22, 103:25
**texts** [1] - 102:12
**THE** [134] - 2:2, 2:3, 2:4, 2:9, 2:12, 2:14, 4:3, 4:5, 11:22, 11:24, 16:1, 16:9, 16:14, 16:22, 16:25, 18:3, 18:5, 18:10, 20:10, 20:15, 22:4, 22:6, 22:22, 22:24, 23:22, 23:24, 24:14, 24:16, 26:1, 26:3, 28:21, 29:6, 31:20, 32:8, 33:3, 33:8, 39:17, 39:20, 39:21, 40:19, 43:8, 43:13, 46:3, 46:5, 46:24, 47:1, 48:10, 48:14, 48:21, 49:2, 49:5, 49:7, 53:25, 57:23, 62:8, 63:4, 63:6, 65:15, 65:19, 66:25, 67:3, 67:5, 67:15, 70:8, 70:18, 70:19, 70:24, 71:3, 71:8, 71:11, 71:14, 72:1, 72:4, 72:23, 72:25, 73:16, 73:18, 75:14, 75:17, 76:15, 76:20, 76:23, 77:18, 77:21, 77:23, 78:1, 78:2, 78:19, 80:17, 85:10, 85:25, 86:18, 87:7, 87:24, 88:1, 88:24, 89:1, 91:23, 92:9, 93:8, 93:10, 94:7, 94:11, 95:10, 95:15, 95:18, 95:24, 96:12, 96:14, 96:18, 96:25, 97:4, 97:8, 97:10, 98:12, 98:14, 99:18, 100:21, 100:23, 102:3, 102:6, 102:15, 103:17, 103:19, 104:3, 104:15, 104:18, 105:2, 105:11, 105:21, 106:2, 106:13, 106:17, 106:19
**themselves** [2] -

28:13, 31:12
**theoretically** [3] - 34:13, 35:8, 81:6
**therefore** [1] - 38:4
**therest.onion** [1] - 27:7
**thinking** [2] - 29:23, 104:22
**third** [6] - 74:25, 80:4, 92:2, 92:11, 92:12, 92:25
**thousands** [1] - 6:1
**thread** [3] - 66:13, 75:21, 76:18
**three** [6] - 28:12, 48:15, 48:16, 68:18, 90:19, 94:10
**thumb** [5] - 15:1, 17:18, 18:2, 19:5, 19:7
**ticket** [1] - 59:25
**tickets** [1] - 59:20
**tied** [1] - 63:17
**tiger** [1] - 57:12
**TigerVNC** [4] - 57:7, 57:13, 57:14, 58:6
**timeline** [2] - 8:11, 9:1
**title** [3] - 73:21, 75:21, 80:4
**titled** [2] - 52:15, 86:12
**TLDs** [1] - 78:25
**to-do** [3] - 60:9, 60:11, 68:11
**today** [4] - 70:12, 70:21, 71:4, 97:3
**together** [3] - 18:19, 69:4, 91:5
**took** [1] - 9:4
**tool** [8] - 7:19, 7:22, 7:24, 9:11, 12:25, 46:10, 46:18, 53:5
**tools** [6] - 9:13, 14:1, 45:20, 47:12, 56:1, 83:7
**top** [5] - 27:25, 34:19, 78:25, 83:20, 94:2
**top-level** [1] - 78:25
**topic** [2] - 40:23, 48:11
**topics** [1] - 17:16
**Tor** [46] - 25:1, 26:20, 26:22, 27:23, 27:25, 28:6, 28:7, 29:12, 29:14, 29:16, 29:18, 29:24, 30:3, 30:6, 30:14, 30:15, 30:16, 31:5, 31:6, 31:15, 31:18, 31:22, 33:11, 33:12, 33:18, 34:6, 34:12, 34:21, 35:2, 36:17, 38:14, 40:1, 40:2, 40:8, 40:12,

43:19, 50:13, 50:17, 50:18, 56:20, 85:3, 85:13, 101:8
**Tor-like** [2] - 33:11, 33:12
**Tor-SSH** [3] - 40:1, 40:2, 40:8
**Torproject.org/docs/ debian.HTML.en** [1] - 30:25
**torrent** [1] - 39:9
**torrenting** [1] - 38:13
**torsocks** [1] - 26:20
**Torsocks** [1] - 26:21
**totally** [1] - 33:15
**TP** [1] - 97:22
**traces** [3] - 36:24, 37:9, 69:20
**track** [4] - 11:7, 11:15, 28:7, 29:16
**tracked** [1] - 82:20
**traffic** [14] - 29:19, 34:10, 37:22, 38:10, 39:3, 39:5, 39:6, 41:3, 58:9, 98:1, 99:7, 99:9, 99:13
**trainings** [1] - 3:4
**transaction** [1] - 24:3
**transactions** [2] - 86:2, 91:17
**translate** [1] - 32:19
**translated** [7] - 17:7, 17:11, 27:17, 27:21, 60:5, 73:11, 95:6
**translation** [6] - 16:16, 39:12, 70:11, 71:20, 71:21, 73:6
**translations** [4] - 16:10, 16:24, 17:1, 32:11
**translators** [4] - 15:23, 32:19, 73:7, 73:10
**travel** [1] - 59:14
**traveling** [1] - 55:3
**trial** [2] - 13:7, 15:15
**tried** [1] - 13:15
**trip** [2] - 60:9, 60:21
**troubleshooting** [3] - 55:7, 84:18, 100:7
**true** [1] - 6:6
**trusted** [3] - 34:8, 67:6
**trusts** [1] - 67:22
**trustworthy** [3] - 66:18, 66:22, 66:23
**truth** [1] - 86:24
**try** [6] - 33:1, 35:8, 45:9, 81:1, 82:1, 90:15
**trying** [11] - 35:6, 35:10, 53:4, 82:3, 84:18, 98:18, 98:22,

99:14, 103:19, 104:19, 105:8
**TSV** [1] - 19:21
**tunnel** [3] - 44:2, 44:7, 82:2
**turn** [5] - 9:20, 10:11, 56:16, 60:14, 61:4
**turned** [3] - 44:25, 74:8, 82:9
**turning** [2] - 40:23, 82:21
**two** [11] - 7:20, 28:1, 37:18, 42:13, 44:3, 49:15, 50:9, 51:16, 58:22, 91:4, 94:25
**type** [12] - 10:15, 13:25, 17:22, 25:9, 35:10, 48:18, 54:22, 57:4, 58:17, 91:9, 92:18
**typed** [1] - 26:10
**types** [11] - 2:23, 2:25, 3:15, 7:3, 7:23, 8:14, 10:22, 13:9, 41:21, 69:4, 69:6
**typically** [1] - 69:10

## U

**U.S** [4] - 75:23, 77:5, 78:7, 78:15
**ubuntu** [1] - 30:19
**UDP** [6] - 54:8, 54:9, 54:17, 54:19, 54:22, 55:7
**uilding** [1] - 31:1
**ultimate** [1] - 81:4
**unauthorized** [1] - 37:22
**uncertainty** [1] - 91:24
**Uncle** [1] - 76:8
**uncle** [1] - 76:9
**unclear** [1] - 79:9
**unconditionally** [1] - 39:17
**under** [18] - 27:23, 27:25, 30:7, 31:15, 31:17, 32:5, 47:10, 50:5, 50:10, 59:19, 60:11, 61:3, 61:9, 61:14, 64:10, 64:17, 65:2, 84:14
**underground** [1] - 42:24
**underneath** [2] - 59:21, 59:22
**understood** [2] - 78:24, 80:23
**unique** [2] - 3:13, 36:11

**units** [1] - 55:3
**unknown** [1] - 81:11
**unlock** [1] - 18:20
**unmount** [4] - 51:23, 52:1, 52:4, 52:7
**unmounted** [1] - 50:7
**unmounts** [1] - 52:7
**unnecessarily** [1] - 106:9
**unreadable** [1] - 35:22
**unusual** [1] - 36:14
**up** [80] - 2:8, 3:20, 8:6, 8:17, 14:17, 14:23, 19:3, 20:1, 20:2, 24:7, 25:9, 31:21, 33:18, 37:14, 39:2, 39:11, 39:23, 40:5, 41:4, 42:13, 43:2, 43:16, 44:14, 44:21, 44:24, 45:1, 46:12, 46:15, 47:10, 49:11, 50:11, 50:23, 51:11, 52:9, 53:6, 53:23, 53:25, 54:3, 57:5, 57:16, 57:17, 57:25, 58:5, 59:12, 59:24, 60:3, 61:3, 62:9, 63:22, 64:1, 64:13, 64:18, 66:5, 68:10, 69:10, 70:6, 76:19, 76:25, 77:10, 79:7, 81:22, 81:23, 82:24, 85:18, 85:23, 86:1, 88:13, 91:24, 92:17, 92:21, 93:25, 96:7, 96:21, 96:22, 96:23, 97:18, 97:24, 98:19, 103:17, 104:2
**up-to-date** [1] - 66:5
**update** [2] - 28:19, 65:25
**updated** [2] - 8:13, 66:6
**updating** [1] - 66:9
**Upgrade** [1] - 39:16
**upgrade** [1] - 39:22
**UPS** [1] - 54:14
**usages** [1] - 82:20
**USB** [4] - 15:1, 16:12, 19:5, 60:6
**user** [28] - 9:8, 18:21, 20:19, 25:21, 26:10, 27:1, 27:8, 27:10, 31:11, 34:6, 34:13, 36:15, 37:16, 40:13, 40:24, 42:6, 44:17, 45:16, 49:17, 49:19, 49:21, 63:12, 67:6, 67:7, 90:15, 93:17, 98:18
**user's** [2] - 25:9, 67:6

**users** [6] - 49:17, 61:18, 61:21, 64:13, 76:2, 90:15
**uses** [1] - 74:9
**utility** [1] - 54:21

## V

**vague** [5] - 31:19, 40:16, 67:1, 78:17, 91:21
**value** [8] - 5:3, 5:10, 5:17, 5:21, 5:22, 6:3, 21:18, 66:3
**values** [4] - 3:18, 3:24, 6:4, 6:5
**variety** [1] - 26:14
**various** [6] - 17:15, 20:19, 37:5, 44:1, 55:11, 103:5
**vault** [7] - 18:17, 18:18, 18:20, 19:9, 19:12, 19:16, 51:2
**vaults** [2] - 18:15, 19:7
**verbatim** [1] - 32:19
**verification** [2] - 6:9, 12:16
**verified** [1] - 79:18
**Verify** [1] - 60:15
**verify** [2] - 3:9, 60:17
**VeriSign** [1] - 78:8
**version** [6] - 31:7, 31:13, 45:3, 60:5, 62:23, 73:11
**vetted** [1] - 79:16
**via** [3] - 76:3, 78:9, 98:23
**videos** [1] - 41:20
**view** [6] - 8:12, 13:18, 42:14, 72:15, 73:6, 106:8
**viewable** [1] - 50:8
**viewed** [2] - 31:15, 45:23
**viewer** [5] - 13:14, 42:11, 42:12, 76:18, 92:18
**Viewer** [1] - 57:1
**viewing** [1] - 9:7
**Virtual** [1] - 83:21
**virtual** [14] - 56:7, 56:9, 56:10, 61:18, 82:23, 82:24, 83:1, 83:2, 83:4, 83:7, 83:8, 83:11, 83:15, 83:22
**virtualization** [2] - 56:11, 56:17
**visible** [2] - 38:15, 99:11
**visit** [1] - 75:6

**visited** [1] - 67:14
**visiting** [2] - 27:8, 40:21
**visual** [4] - 3:17, 3:21, 98:3, 98:7
**VM** [1] - 83:23
**VMs** [5] - 83:25, 84:2, 84:4, 84:5, 84:7, 84:8
**VNC** [6] - 41:22, 57:1, 57:3, 57:7, 58:15, 58:19
**volume** [1] - 52:11
**VPN** [31] - 37:20, 38:12, 39:7, 39:9, 54:15, 56:18, 73:22, 81:23, 82:6, 82:7, 82:11, 82:13, 82:18, 82:20, 82:22, 84:14, 84:19, 86:8, 86:13, 86:25, 87:3, 87:5, 87:13, 87:14, 87:20, 89:7, 90:23, 91:1, 91:6
**VPNs** [4] - 72:11, 72:12, 84:9, 84:11
**VPS** [3] - 30:11, 30:16, 61:15
**VPSs** [1] - 58:25
**vulnerabilities** [1] - 29:24

## W

**walk** [4] - 12:3, 90:20, 98:17, 101:1
**walker** [1] - 54:1
**wallet** [16] - 21:1, 21:3, 21:5, 21:6, 21:12, 21:19, 21:24, 22:10, 22:19, 24:20, 24:24, 68:8, 74:14, 74:16, 91:10, 100:12
**wallets** [2] - 20:24, 24:3
**wants** [3] - 36:16, 67:25, 105:11
**warrant** [10] - 65:25, 66:2, 66:3, 66:14, 66:16, 67:10, 67:11, 67:14, 67:24
**warrants** [1] - 67:22
**watching** [1] - 38:4
**wave** [3] - 80:11, 80:20, 81:3
**wave-blocking** [2] - 80:11, 80:20
**Waves** [1] - 80:6
**waves** [5] - 80:10, 80:22, 80:24, 81:2
**Ways** [2] - 93:1, 93:2
**ways** [7] - 9:15, 26:20,

28:12, 41:15, 41:22, 69:7, 69:10
**web** [1] - 61:13
**website** [10] - 40:24, 40:25, 41:4, 66:5, 76:3, 77:6, 79:6, 79:8, 87:18
**websites** [4] - 20:19, 75:25, 76:6, 89:8
**weeds** [1] - 53:1
**welcome** [1] - 49:7
**whatsoever** [1] - 79:10
**whereas** [1] - 41:5
**whole** [12] - 28:5, 31:15, 32:14, 35:22, 35:24, 52:10, 71:2, 83:24, 87:1, 90:15, 106:22
**WiFi** [2] - 81:10, 81:18
**willing** [2] - 17:24, 35:4
**window** [2] - 25:9, 101:5
**windows** [2] - 41:24, 83:22
**wiping** [1] - 93:21
**Wired** [2] - 76:10, 76:13
**witness** [5] - 2:4, 48:21, 71:8, 102:16
**WITNESS** [2] - 77:21, 78:1
**wn** [1] - 75:23
**wn-center.com** [1] - 75:23
**woman** [2] - 104:4, 104:8
**women** [4] - 104:12, 104:14, 105:13, 106:6
**works** [5] - 30:4, 40:2, 60:17, 80:16, 98:4
**workstation** [1] - 69:11
**WPA** [1] - 81:11
**write** [1] - 31:21
**write-up** [1] - 31:21
**writer** [1] - 98:8
**writing** [3] - 11:15, 29:4, 85:12

## X

**X-Ways** [1] - 93:1, 93:2
**X2Go** [3] - 42:8, 42:10, 42:16

## Y

**year** [1] - 55:15
**yoga** [3] - 32:19,

32:20, 32:22
  **yourselves** [1] - 48:18

## Z

**zero** [2] - 68:15, 69:12
**zeroed** [1] - 93:15
**zeroing** [1] - 93:21
**zeros** [9] - 3:12, 69:13,
69:14, 69:15, 92:12,
92:20, 93:13, 93:16,
93:23
  **zip** [1] - 7:6
  **zoom** [3] - 47:7, 86:14,
101:6